## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

-------------------------------------------------------------- x

LAURA LOOMER,

              *Plaintiff*,

    - against -

BILL MAHER

      and

HOME BOX OFFICE, INC.,

              *Defendants*.

-------------------------------------------------------------- x

Case No.:

Removed From:

Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida

Case No.:  60-2024-CA-000504-CAAXMX

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Home Box Office, Inc. ("HBO") hereby removes to this Court the state court action described below from the Fifth Judicial Circuit in and for Sumter County, Florida. Removal is based on diversity jurisdiction because complete diversity exists between Plaintiff Laura Loomer, on the one hand, and Defendants, on the other hand, and the amount in controversy exceeds $75,000.00.

### Background

1.     On October 21, 2024, Plaintiff Laura Loomer filed this action in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida as Case No. 60-2024-CA-000504-CAAXMX.

2.     Defendant HBO was served through its registered agent on October 28, 2024. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b) and Eleventh Circuit case law. *See Harrell v. Bank of Am., N.A.*, 813 F. App'x 397, 399 (11th Cir. 2020) ("The 30-

day time period under § 1446(b) 'is triggered by simultaneous service of the summons and complaint.'") (quoting *Bailey v. Janssen Pharmaceutica, Inc.*, 536 F.3d 1202, 1205 (11th Cir. 2008)).

3.      Plaintiff filed an affidavit of service purporting to have also served Defendant Bill Maher via the same registered agent on October 28, 2024.  However, The Corporation Trust Company is not authorized to accept service on behalf of Bill Maher (or, indeed, on behalf of any individual).  Accordingly, Mr. Maher has not been properly served.  In any event, without waiving any defenses, Mr. Maher consents to removal.

4.      No further proceedings have been had in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, as of the date of filing of this removal.

5.      All state court papers reflected on the docket of the state court action at the time of removal are attached to this Notice of Removal as **Composite Exhibit 1** in accordance with 28 U.S.C. § 1446(a) and Local Rule 1.06(b).  Included in **Composite Exhibit 1** are true and correct copies of the complaint and summons served on Defendant HBO.

### Subject Matter Jurisdiction

6.      This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendants have complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.  *See* 28 U.S.C. § 1332(a).  In addition, venue is proper in this Court because the state court matter is proceeding in Sumter County, located in this judicial district.  28 U.S.C. § 1441(a).

**A. Amount in Controversy**

7.      Plaintiff seeks no less than "150 Million U.S. Dollars" in damages in her Complaint.  Compl. at 17.

8.      Because the amount in controversy exceeds $75,000, exclusive of interest and costs, this case meets the amount-in-controversy requirement for this Court's jurisdiction set forth in 28 U.S.C. § 1332(a).

**B. Diversity of Citizenship**

9.      Plaintiff alleges that she is "a citizen and a resident of the state of Florida." Compl. ¶ 3.

10.     Plaintiff alleges that Defendant Bill Maher is a "citizen and resident of California." Compl. ¶ 4.

11.     Plaintiff alleges that "Defendant HBO is a corporation with headquarters in New York and incorporated under the laws of Delaware." Compl. ¶ 5.

12.     Accordingly, the requirement for diversity jurisdiction is satisfied because this is a civil action between "citizens of different States." 28 U.S.C. § 1332(a)(1).

## Notice

13.     As required by 28 U.S.C. § 1446(d), HBO is providing written notice of the filing of this Notice of Removal to Plaintiff, through her attorney, and will also be filing a Notice of Filing a Notice of Removal with the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, where the action is currently pending. A true and correct copy of the Notice of Filing a Notice of Removal is attached as **Exhibit 2.**

14.     This notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

## No Waiver

15.     Defendants have additional defenses to this action and do not waive any defenses, including but not limited to the defense that this Court lacks personal jurisdiction over Defendant Bill Maher, by the filing of this Removal.

**Conclusion**

16.    This Court has subject-matter jurisdiction over this action because (i) complete diversity of citizenship exists between the parties; and (ii) the amount in controversy exceeds the $75,000.00 jurisdictional threshold.  Accordingly, Defendant HBO, desiring to remove this case to the United States District Court for the Middle District of Florida, requests that the filing of this Notice of Removal with this Court and the filing of the Notice of Filing a Notice of Removal with the Clerk of the Fifth Judicial Circuit Court in and for Sumter County, Florida shall effect the removal of this case.

Dated: November 18, 2024                    Respectfully submitted,

<div style="margin-left:40%">

*/s/ Rachel E. Fugate*
Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel:  (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice* forthcoming)
(lead counsel)
Alexandra Perloff-Giles (*pro hac vice* forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel:  (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*

</div>

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2024 a true and correct copy of the

foregoing was served via electronic mail and U.S. mail upon:

KLAYMAN LAW GROUP P.A.
Larry Klayman
7050 W. Palmetto Park Rd.
Boca Raton, FL 33433
Tel.: (561) 558-5536
Email: leklayman@gmail.com
*Counsel for Plaintiff Laura Loomer*

/s/ ***Rachel E. Fugate***
Rachel E. Fugate

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>SUMTER</u>   COUNTY, FLORIDA

<u>Laura Loomer</u>
Plaintiff                                              Case # _____
                                                       Judge _____

vs.

<u>Bill Maher, Home Box Office Inc</u>
Defendant

## II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

## III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☒ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

Composite Exhibit 1, Page 2 of 36

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  6

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Larry E. Klayman         Fla. Bar # 246220
        Attorney or party                (Bar # if attorney)

Larry E. Klayman          10/21/2024
  (type or print name)          Date

- 3 -

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR SUMTER COUNTY, FLORIDA

LAURA LOOMER

     Plaintiff,

   v.

BILL MAHER

And

HOME BOX OFFICE, INC.

     Defendants.

**Case No:**

## COMPLAINT

Plaintiff, Laura Loomer ("Plaintiff" or "Ms. Loomer") hereby files this Complaint against Defendants Bill Maher ("Defendant Maher") and Home Box Office, Inc. ("Defendant HBO") for Defamation, Defamation Per Se and Defamation by Implication.

## JURISDICTION AND VENUE

1.  This is an action for defamation and damages in excess of $50,000, exclusive of interest, costs, and attorney's fees.

2.  Venue is proper in Sumter County, Florida, as this is the county where Ms. Loomer ran for US Congress and has strong roots and where her reputation is well-known and she is a respected figure and where Ms. Loomer's causes of action accrued. The subject defamatory broadcast was widely heard and viewed in Sumter County, Florida, nationally and internationally.

## THE PARTIES

3.      Ms. Loomer is an individual, and a citizen and a resident of the state of Florida. She ran for Congress in Florida and has strong roots and is a well-known and respected figure in this judicial circuit where her hard-earned reputation has been significantly damaged as set forth herein. Ms. Loomer originally ran for US Congress in Florida's 11th District, which included Sumter County, Lake County, Orange County, and Polk County after it was redistricted in 2022.

4.      Defendant Maher is an individual and citizen and resident of California. Defendant Maher hosts a weekly hour-long television program called "Real Time with Bill Maher" ("Real Time") which is broadcasted nationwide, including in this judicial circuit, by Defendant HBO.

5.      Defendant HBO is a corporation with headquarters in New York and incorporated under the laws of Delaware.

**STANDING**

6.      Plaintiff Loomer has standing to bring this action because she has been directly affected, victimized, and severely damaged by the unlawful conduct complained herein.

7.      Her injuries are directly and proximately caused by the conduct of the Defendants.

8.      Defendant**s,** as alleged herein, broadcasted numerous false, misleading and defamatory statements to severely harm and damage Plaintiff Loomer, which were published and republished and viewed in this circuit, in Florida, nationally and internationally, and Defendants do substantial business and reap substantial profits in and from this circuit and in Florida in general.

9.      The false, misleading and defamatory statements were broadcasted into this circuit, domestically and internationally on the internet and cable television and elsewhere on

Composite Exhibit 1, Page 5 of 36

social media for the entire world to see and hear.

10.     These false and misleading statements were broadcasted with actual malice, as Defendants knew that they were false and misleading, and/or at a minimum acted and published with a reckless disregard for the truth.

11.     These false and misleading statements subjected Laura Loomer within this circuit to unjustified ridicule, embarrassment, loss of reputation and professional opportunity and prospects, as well as being damaged financially.

## THE FACTS
### Background Facts

12.     Ms. Loomer is a well-known conservative investigative journalist.

13.     Ms. Loomer is also a conservative, Republican, Jewish female activist.

14.     In the past, Ms. Loomer has worked for Canadian news publisher The Rebel Media as well as Project Veritas.

15.     Ms. Loomer also has her own media company called Illoominate Media which operates in this circuit.

16.     Ms. Loomer was a Republican candidate for Florida's 11th congressional district in 2022 where she operated out of her campaign headquarters.

17.     Defendants broadcasted false, malicious, and defamatory statements of and concerning Ms. Loomer into this judicial circuit, nationwide, and internationally. These false, malicious, and defamatory statements were heard and viewed by numerous people in this judicial district.

### The Defamatory Statements

18.     On a September 13, 2024 episode of Defendant Bill Maher's show "Real Time," which was broadcasted by HBO into this circuit, nationally, and internationally, Defendant

Maher made and published the following false, malicious, and defamatory statement of and concerning Ms. Loomer:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

19.     In this statement, Defendant Maher makes the false statement that Ms. Loomer is in a sexual relationship with Donald Trump, who is a married man. Thus, Defendant Maher has thus falsely and maliciously accused Ms. Loomer of having committed adultery with Donald Trump.

20.     This is a statement of objectively verifiable fact of and concerning Ms. Loomer. Defendant Maher poses the question, "who's Trump fucking?" He then states that "**we may have our answer**" to this question: "Laura Loomer." This is reasonably understood by any reasonable viewer as Defendant Maher making a factual statement of objectively verifiable fact of and concerning Ms. Loomer.

21.     This statement is also plainly false. Ms. Loomer has never engaged in sexual relations with President Donald Trump. There is not a shred of credible reporting or evidence suggesting otherwise. Defendant Maher had no basis in fact to make this statement. He simply fabricated it for attention, notoriety, "clicks" and profit for himself and Defendant HBO, his employer.

22.     Defendants Maher and HBO, as acting in concert as joint tortfeasors, have intentionally made false and misleading statements of and concerning Ms. Loomer, or at a minimum, acted with reckless disregard for the truth.

23.     In an article published by The Florida Bar Journal titled "Showing Constitutional

4

Malice in Media Defamation," the author Manual Socias provides twenty-four "badges" of malice that, when one or more are taken together, will provide additional evidence of actual, constitutional malice[1]. Many of these badges apply to this case, including but not limited to:

    a.    failure to conduct a due diligence and an investigation before publishing serious and damaging allegations that are not "hot news";

        i.    This badge is shown through the simple fact that Defendant Maher would make the defamatory statements. Even a cursory due diligence or investigation would have shown that these statements are simply not true and there is absolutely no evidence to support Defendant Maher's statements.

    b.    failure to give the plaintiff a fair opportunity to reply to defamatory allegations;

        i.    This badge is shown through Defendants' refusal seek comment from Ms. Loomer in advance of the subject broadcast and/or to have extended Ms. Loomer the courtesy of appearing on a future episode of "Real Time" to deny the published statements in person and to attempt to mitigate the damages caused by their defamatory statements.

    c.    omitting pertinent information to create a false impression;

        i.    This badge is shown through Defendants' omission of the fact that there is absolutely no evidence to support Defendant Maher's statements and was likely orchestrated by the Democrat Party and the Harris presidential campaign.

    d.    a reporter's knowledge of facts conflicting with the report;

        i.    This badge is shown through the fact that Defendant Maher knew that his statements were manufactured and false or, at a bare minimum, acted with reckless disregard for the truth to increase his and HBO's viewership, "clicks" and thus profits, as well as to further Defendants' Hollywood leftist political agenda to harm not just Ms. Loomer but presidential candidate Donald Trump's campaign.

    e.    a preconceived determination to disparage a plaintiff or a preconceived slant or view;

        i.    This badge is shown through the fact that Defendants and their partisan law firm, who threatened Ms. Loomer, as set forth in paragraph 27 of this

---

[1] https://www.floridabar.org/the-florida-bar-journal/showing-constitutional-malice-in-media-defamation/#:~:text=The%20phrase%20%20E2%80%9Cbadges%20of%20malice,a%20subjective%20%20intent%20to%20defraud.

Complaint, loathe Donald Trump and those who are associated with him, including Ms. Loomer.

f.    repetitive media attacks on the plaintiff;

i.    This badge is shown through the September 20th episode of "Real Time," as set forth below.

g.    a reporter's ill will toward the plaintiff;

i.    This badge is shown through the September 20th episode of "Real Time," as set forth below and he fact that Defendants loathe Donald Trump and those who are associated with him, including Ms. Loomer.

h.    refusal to publish a retraction upon learning of errors in a story;

i.    This badge is shown through the Defendants' refusal to retract upon receiving notice of their defamatory statements pursuant to Fla. Stat. § 770.01

i.    prior and subsequent defamatory statements.

i.    This badge is shown through the September 20th episode of "Real Time," as set forth below.

24.    Defendants clearly failed to conduct due diligence and investigation of the real facts, before publishing their false, malicious and defamatory statements. This is a "badge" of constitutional malice. Furthermore, Defendant Maher knew or should have known that his statements were false, another "badge" of actual and constitutional malice. Other badges are present as well, as set forth below.

25.    As further evidence of the Defendants' intent to defame and actual and constitutional malice, on the September 20, 2024 episode of "Real Time," Defendant Maher, being on notice of this pending lawsuit pursuant to Fla. Stat. § 770.01, retaliated and compounded the damage to Ms. Loomer with a segment titled "24 Things You Don't Know About Laura Loomer" where he continues to make false, disparaging statements about Ms. Loomer. For instance, he and his joint tortfeasor Defendant HBO published, acting in concert:

6

It's because the person, like Trump, the nut at the center of it, starts surrounding himself with – I mean, he normally surrounds himself with pretty crazy people – but this Laura Loomer…she's the new groupie in Trump's circle…here are 24 things you don't know about Laura Loomer.[2]

26.    He and HBO then proceed to conjure up fabricated "facts" about and attributed to Ms. Loomer, including but not limited to: (1)"My biggest fear is immigrants taking my job as a right-wing hatemonger" and (2) "I don't hate all brown people, just the brown ones." This is evidence of the following "badges" of actual and constitutional malice: (1) a preconceived determination to disparage a plaintiff or a preconceived slant or view, (2) repetitive media attacks on the plaintiff, (3) a reporter's ill will toward the plaintiff, and (4) prior and subsequent defamatory statements.

27.    Ms. Loomer, through the undersigned counsel, has asked that the false, malicious, and defamatory statements  from the September 13, 2024 episode of "Real Time" be retracted by Defendants pursuant to Fla. Stat. § 770.01, but a  leftist, Democrat, anti-Trump counsel for Defendants, Davis Wright Tremaine, LLP,[3] Katherine M. Bolger, Esq., and her partners refused to do so and instead viciously and callously threatened Ms. Loomer as the agent of her clients Defendants Maher and HBO. Ms. Bolger's law firm, Davis Wright Tremaine LLP,  is not coincidentally comprised of other partisan leftist, Democrat, anti-Trump partners such as Laura Handman, Esq. (former wife of Clinton White House Deputy Chief of Staff Harold Ickes),

---

[2] https://www.youtube.com/watch?v=BFsnqfjZf28

[3] **Eriq Gardner, *Meet Trump's Least Favorite Lawyers Defending CNN, BuzzFeed's Dossier and Media Rights*, The Hollywood Reporter, Mar. 29, 2019, available at: https://www.hollywoodreporter.com/news/politics-news/trumps-war-fake-news-law-firm-defending-free-press-1197104/**

**This revealing Hollywood Reporter article was proudly featured on Davis Wright Tremaine LLP's website at   https://www.dwt.com/about/news/2019/03/meet-trumps-favorite-lawyers and made reference   in a linked complementary article titled "*In "Fake News" Era, Meet the Lawyer Taking on Media Titans*" to Ms. Loomer's undersigned counsel, Larry Klayman, as their frequent opposing counsel.**

Composite Exhibit 1, Page 10 of 36

Elizabeth McNamara, Esq., Rachel Strom, Esq., all of whom support and have donated heavily to Democrat politicians and anti-Trump causes. This collective, Democrat, leftist, anti-Trump bias and agenda of the Defendants and their law firm agents, who facilitate, further and compound the defamatory conduct as alleged herein, is further evidence of the following "badge" of actual and constitutional malice: "refusal to publish a retraction upon learning of errors in a story," compounded by the threats against Ms. Loomer.

28.     Ms. Loomer through counsel requested a public apology and that Ms. Loomer be invited to appear on a future episode of "Real Time" to mitigate prior and any further damage, but Defendants arrogantly refused, underscoring their malicious intention to harm Plaintiff and to seek to influence, with their unlawful actions, the 2024 presidential election by also defaming President Donald Trump, who Defendants loathe, if not hate, outright. This malicious hate was then projected onto Ms. Loomer as an improper vehicle to harm President Trump's presidential campaign. This is also evidence of the following "badge" of actual and constitutional malice: "failure to give the plaintiff a fair opportunity to reply to defamatory allegations."

**FIRST CAUSE OF ACTION**
*Defamation Per Se*
**Defendant Maher**

29.     Plaintiff Loomer repeats and re-alleges the facts of this Complaint as is set forth in full herein.

30.     Statements are "*defamatory per se,*" recognized under Florida law when statements are so powerful in their ability to hurt someone that Florida law presumes harm as a matter of law. *Montgomery v. Knox,* 23 Fla. 595, 3 So. 211, 217 (1887). Thus, damages are presumed and may be awarded in these cases even if no evidence of harm has been presented. "[T]he law presumes malice in their utterance," *Abraham v. Baldwin*, 52 Fla. 151, 42 So. 591,

592 (1906), where the words are "… of such common notoriety established by the general consent of men, that the courts must of necessity take judicial notice of its harmful effect." *Layne v. Tribune Co.*, 108 Fla. 177, 146 So. 234, 236 (1933).

31.    Falsely accusing a woman of having committed adultery is defamatory *per se*. *Bobenhausen v. Cassat Ave. Mobile Homes, Inc.*, 344 So. 2d 279, 281 (Fla. Dist. Ct. App. 1977).

32.    On September 13, 2024, Defendant Maher made the following false, malicious, disgusting and reprehensible defamatory statements of and concerning Ms. Loomer, which was broadcasted in this judicial circuit, nationally, and internationally:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer

33.    This statement makes the false assertion that Ms. Loomer has engaged in sexual relations with Donald Trump, a married man.

34.    This statement is false, as Ms. Loomer has never engaged in sexual relations with Donald Trump.

35.    Defendant Maher knew that these statements were false, or at a minimum, published them with reckless disregard for the truth.

36.    Defendant Maher knew that his public false statements about the Plaintiff would cause severe financial damage and damage to her reputation, good will, business opportunities, social relationships, and the career of Plaintiff, and furthermore Defendant Maher actually intended that result and in many cases made clear in his reports that he intended that result.

37.    Defendant Maher published false and misleading facts, inter alia, that Plaintiff's conduct, characteristics or a condition is incompatible with the proper exercise of her lawful

business, trade, profession or office as a journalist, as well as personally.

38.    These false, misleading, and defamatory statements are defamatory per se because these false and misleading statements severely harmed and damaged Ms. Loomer in her profession and business as an investigative journalist, as they concern conduct and characteristics incompatible with being an investigative journalist, and personally, as they accuse her of immoral and reprehensible conduct.

39.    Damage is presumed by law when defamation per se is shown as alleged herein.

### SECOND CAUSE OF ACTION
#### *Defamation*
#### Defendant Maher

40.    Plaintiff Loomer repeats and re-alleges the facts of this Complaint as if set forth in full herein.

41.    To establish general defamation, a plaintiff must show: (1) publication; (2) falsity; (3) that the defendant acted with knowledge or reckless disregard as to the falsity on a matter concerning a public figure; (4) actual damages; and (5) the statement must be defamatory.

42.    On September 13, 2024, Defendant Maher made the following false, malicious, disgusting and reprehensible defamatory statement of and concerning Ms. Loomer, which was broadcasted into and heard and viewed this judicial circuit, nationally, and internationally:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

43.    This statement makes the false assertion that Ms. Loomer has engaged in sexual relations with Donald Trump, a married man.

44.    This statement is false, as Ms. Loomer has never engaged in sexual relations with

Composite Exhibit 1, Page 13 of 36

Donald Trump.

45.    Defendant Maher knew that these statements were false, or at a minimum, published them with reckless disregard for the truth.

46.    This false, malicious, disgusting and reprehensible defamatory statement has severely damaged Ms. Loomer  financially and otherwise in her profession and business as an investigative journalist, as they concern conduct and characteristics incompatible with being an investigative journalist, and personally, as they accuse her of immoral and reprehensible conduct

### THIRD CAUSE OF ACTION
#### *Defamation By Implication*
#### Defendant Maher

47.    Plaintiff Loomer repeats and re-alleges the facts of this Complaint as is set forth in full herein.

48.    Defendant HBO as a joint tortfeasor acting in concert with Defendant Maher broadcasted malicious, false, misleading, disgusting and reprehensible defamatory statements of and concerning Plaintiff Loomer into this judicial circuit, nationwide, and worldwide.

49.    These defamatory statements were published and heard and viewed by third parties in this judicial circuit.

50.    On September 13, 2024, Defendant Maher made the following false, malicious, disgusting and reprehensible defamatory statement of and concerning Ms. Loomer, which was broadcasted in this judicial circuit, nationally, and internationally:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

51.    This statement makes the false assertion that Ms. Loomer has engaged in sexual

Composite Exhibit 1, Page 14 of 36

relations with Donald Trump, a married man.

52.     This statement is false, as Ms. Loomer has never engaged in sexual relations with Donald Trump.

53.     These false and misleading statements were published with actual and constitutional malice, as Defendant Maher knew that these statements were false and misleading and/or at a minimum acted with a reckless disregard for the truth.

54.     Defamation by Implication is recognized under Florida law. " . . . it also works in reverse, to impose liability upon the defendant who has the details right but the 'gist' wrong." Simply put, "if the defendant juxtaposes a series of facts so as to imply a defamatory connection between them, or creates a defamatory implication by omitting facts, he may be held responsible for the defamatory implication, unless it qualifies as an opinion, even though the particular facts are correct. *Jews for Jesus, Inc. v. Rapp*, 997 So.2d 1098, 1108 (Fla. 2008).

55.     These malicious, false, misleading, and defamatory statements severely harmed and damaged Ms. Loomer financially and in other ways in her profession and business as an investigative journalist, as they concern conduct and characteristics incompatible with being an investigative journalist, and personally, as they accuse her of immoral and reprehensible conduct.

## FOURTH CAUSE OF ACTION
### *Defamation Per Se*
### Defendant HBO

56.     Plaintiff Loomer repeats and re-alleges the facts of this Complaint as if set forth in full herein.

57.     Statements are "*defamatory per se*," recognized under Florida law when statements are so powerful in their ability to hurt someone that Florida law presumes harm as a matter of law. *Montgomery v. Knox,* 23 Fla. 595, 3 So. 211, 217 (1887). Thus, damages  are

presumed and may be awarded in these cases even if no evidence of harm has been presented. "[T]he law presumes malice in their utterance," *Abraham v. Baldwin*, 52 Fla. 151, 42 So. 591, 592 (1906), where the words are "… of such common notoriety established by the general consent of men, that the courts must of necessity take judicial notice of its harmful effect." *Layne v. Tribune Co*., 108 Fla. 177, 146 So. 234, 236 (1933).

58.      Falsely accusing a woman of having committed adultery is defamatory *per se*. *Bobenhausen v. Cassat Ave. Mobile Homes, Inc*., 344 So. 2d 279, 281 (Fla. Dist. Ct. App. 1977).

59.      On September 13, 2024, Defendant Maher made the following false, malicious, disgusting and reprehensible defamatory statements of and concerning Ms. Loomer, which was broadcasted by Defendant HBO in this judicial circuit, nationally, and internationally:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer

60.      This statement makes the false assertion that Ms. Loomer has engaged in sexual relations with Donald Trump, a married man.

61.      This statement is false, as Ms. Loomer has never engaged in sexual relations with Donald Trump.

62.      Defendant HBO knew that these statements were false, or at a minimum, published them with reckless disregard for the truth.

63.      Defendant HBO knew that its public false statements about the Plaintiff would cause severe financial damage and damage to her reputation, good will, business opportunities, social relationships, and the career of Plaintiff, and furthermore Defendant HBO actually intended that result and in many cases made clear in his reports that it intended that result.

Composite Exhibit 1, Page 16 of 36

64.     Defendant HBO published false and misleading facts, inter alia, that Plaintiff's conduct, characteristics or a condition is incompatible with the proper exercise of her lawful business, trade, profession or office as a journalist, as well as personally.

65.     These false, misleading, and defamatory statements are defamatory per se because these false and misleading statements severely harmed and damaged Ms. Loomer financially and in other ways in her profession and business as an investigative journalist, as they concern conduct and characteristics incompatible with being an investigative journalist, and personally, as they accuse her of immoral and reprehensible conduct.

66.     Damage is presumed by law when defamation per se is shown as alleged herein.

**FIFTH CAUSE OF ACTION**
*Defamation*
**Defendant HBO**

67.     Plaintiff Loomer repeats and re-alleges the facts of this Complaint as if set forth in full herein.

68.     To establish general defamation, a plaintiff must show: (1) publication; (2) falsity; (3) that the defendant acted with knowledge or reckless disregard as to the falsity on a matter concerning a public figure; (4) actual damages; and (5) the statement must be defamatory.

69.     On September 13, 2024, Defendant Maher made the following false, malicious, disgusting and reprehensible defamatory statements of and concerning Ms. Loomer, which was broadcasted by Defendant HBO in this judicial circuit, nationally, and internationally:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

70.     This statement makes the false assertion that Ms. Loomer has engaged in sexual

relations with Donald Trump, a married man.

71.     This statement is false, as Ms. Loomer has never engaged in sexual relations with Donald Trump.

72.     Defendant HBO knew that these statements were false, or at a minimum, published them with reckless disregard for the truth.

73.     This false, malicious, and defamatory statement has severely damaged Ms. Loomer financially and other ways in her profession and business as an investigative journalist, as they concern conduct and characteristics incompatible with being an investigative journalist, and personally, as they accuse her of immoral and reprehensible conduct.

### SIXTH CAUSE OF ACTION
#### *Defamation By Implication*
#### Defendant HBO

74.     Plaintiff Loomer repeats and re-alleges the facts of this Complaint as if set forth in full herein.

75.     Defendant HBO in concert with Defendant Maher broadcasted malicious, false, misleading, disgusting and reprehensible defamatory statements of and concerning Plaintiff Loomer in this judicial circuit, nationwide and worldwide.

76.     These defamatory statements were published and heard and viewed by third parties in this judicial circuit.

77.     On September 13, 2024, Defendant Maher made the following false, malicious, and defamatory statement of and concerning Ms. Loomer, which was broadcasted by Defendant HBO in this judicial circuit, nationally, and internationally:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not

Composite Exhibit 1, Page 18 of 36

Melania. I think we may have our answer this week. I think it might be Laura Loomer.

78.    This statement makes the false assertion that Ms. Loomer has engaged in sexual relations with Donald Trump, a married man.

79.    This statement is false, as Ms. Loomer has never engaged in sexual relations with Donald Trump.

80.    These false and misleading statements were published with actual and constitutional malice, as Defendant HBO, acting in concert with Defendant Maher as joint tortfeasors, knew and had reason to know that these statements were false and misleading and/or at a minimum acted with a reckless disregard for the truth.

81.    Defamation by Implication is recognized under Florida law. " . . . it also works in reverse, to impose liability upon the defendant who has the details right but the 'gist' wrong." Simply put, "if the defendant juxtaposes a series of facts so as to imply a defamatory connection between them, or creates a defamatory implication by omitting facts, he may be held responsible for the defamatory implication, unless it qualifies as an opinion, even though the particular facts are correct. *Jews for Jesus, Inc. v. Rapp*, 997 So.2d 1098, 1108 (Fla. 2008).

82.    These malicious, false, misleading, and defamatory statements severely harmed and damaged Ms. Loomer financially and in other ways in her profession and business as an investigative journalist, as they concern conduct and characteristics incompatible with being an investigative journalist, and personally, as they accuse her of immoral and reprehensible conduct.

**<u>PRAYER FOR RELIEF</u>**

With regard to all counts, Ms. Loomer demands that judgment be entered against Defendants, Maher and HBO, each and every one of them**, who acted in concert as joint tortfeasors.**

Plaintiff Laura Loomer prays for judgment against these Defendants as follows:

a. Awarding Ms. Loomer compensatory, including actual, consequential, and incidental damages for malicious defamatory conduct with actual and constitutional malice as alleged herein in an amount to be determined at trial and in excess of 150 Million U.S. Dollars.

b. Awarding Ms. Loomer attorney's fees and costs.

c. Ms. Loomer will be moving for punitive damages at the appropriate stage of this case under Florida law.

b. Granting any such further relief as the Court deems appropriate including preliminary and permanent injunctive relief to prevent further acts by each of the Defendants, acting in concert as joint tortfeasors, to severely harm and damage Ms. Loomer.

## **JURY DEMAND**

**Plaintiff Laura Loomer respectfully demands a jury trial on all issues so triable.**

Dated: October 22, 2024                    Respectfully submitted,


                                           /s/ Larry Klayman
                                           Larry Klayman, Esq.
                                           **Klayman Law Group P.A.**
                                           7050 W Palmetto Park Rd.
                                           Boca Raton, Florida 33433
                                           Telephone:   (561) 558-5536
                                           Email:  leklayman@gmail.com

                                           Attorney for Plaintiff

17

IN THE CIRCUIT COURT OF THE __Fifth_____ JUDICIAL CIRCUIT,
IN AND FOR __Sumter_____ COUNTY, FLORIDA

Case No.: __602024CA000504CAAXMX__

Division: _____

__Laura Loomer_____,
Petitioner,

and

__Bill Maher et al_____,
Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name} __Home Box Office Inc_____,
{address (including city and state)/location for service} __1251 6th Ave 21st Floor, New York, NY 10020__.

## IMPORTANT

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
{street address} __215 E McCollum Ave Bushnell, FL 33513_____.

A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.**  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

{Name and address of party serving summons} _____

Larry Klayman, 7050 W. Palmetto Park Rd, Boca Raton, FL, 33433_____.

**If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you.  Service must be in accordance with Florida Rule of General Practice and Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

**You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.)  Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

# IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Localizado en: _____.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.**

**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.**

# IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

tribunal. Qui se trouve a: *{L'Adresse}* _____.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____

(SEAL)

CLERK OF THE CIRCUIT COURT

By: _____
      Deputy Clerk

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

IN THE CIRCUIT COURT OF THE __Fifth_____ JUDICIAL CIRCUIT,
IN AND FOR __Sumter_____ COUNTY, FLORIDA

Case No.: __602024CA000504CAAXMX_____

Division: _____

__Laura Loomer_____,
Petitioner,

and

__Bill Maher et al_____,
Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* __Bill Maher_____,
*{address (including city and state)/location for service}* __1251 6th Ave 21st Floor, New York, NY 10020__.

## IMPORTANT

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: *{street address}* 215 E McCollum Ave Bushnell, FL 33513_____.

A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.**  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*{Name and address of party serving summons}* _____

Larry Klayman, 7050 W. Palmetto Park Rd, Boca Raton, FL, 33433_____.

**If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you.  Service must be in accordance with Florida Rule of General Practice and Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

Electronically Filed Sumter Case # 2024CA000504AXMX 10/24/2024 12:59:20 PM

You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.)  Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Localizado en: _____.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar ____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.  El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

tribunal. Qui se trouve a: *{L'Adresse}* _____.    Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____

(SEAL)

CLERK OF THE CIRCUIT COURT

By: _____
        Deputy Clerk

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

Filing # 209512237 E-Filed 10/24/2024 12:59:20 PM

IN THE CIRCUIT COURT OF THE __Fifth_____ JUDICIAL CIRCUIT,
IN AND FOR _Sumter_____ COUNTY, FLORIDA

Case No.: __602024CA000504CAAXMX__
Division: _____

__Laura Loomer_____,
              Petitioner,

and

__Bill Maher et al_____,
              Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name} __Home Box Office Inc_____,
{address (including city and state)/location for service} 1251 6th Ave 21st Floor, New York, NY 10020 .

## IMPORTANT

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to
file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
{street address} 215 E McCollum Ave Bushnell, FL 33513_____.

A phone call will not protect you.  Your written response, including the case number given above and the
names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and
property may be taken thereafter without further warning from the Court.**  There are other legal
requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call
an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the
Court, you must also serve a copy of your written response on the party serving this summons at:

{Name and address of party serving summons} _____

Larry Klayman, 7050 W. Palmetto Park Rd, Boca Raton, FL, 33433_____.


**If the party serving summons has designated email address(es) for service or is represented by an
attorney, you may designate email address(es) for service by or on you.  Service must be in accordance
with Florida Rule of General Practice and Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit
Court's office.  You may review these documents, upon request.**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

Electronically Filed Sumter Case # 2024CA000504AXMX 10/24/2024 12:59:20 PM

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

# IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].) Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

# IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

tribunal. Qui se trouve a: *{L'Adresse}* _____.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunaux de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: Oct. 25, 2024

(SEAL)

**GLORIA R. HAYWARD**
CLERK OF THE CIRCUIT COURT

By: *Morgan Hunnewell*
Deputy Clerk

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator at Office of the Trial Court Administrator, Sumter County, 215 East McCollum Ave., Bushnell, Florida 33513, Telephone: (352) 569-6952, <u>at least 7 days before your scheduled court appearance or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days</u>; If you are hearing or voice impaired, call 711."**



Filing # 209512237 E-Filed 10/24/2024 12:59:20 PM

IN THE CIRCUIT COURT OF THE __Fifth_____ JUDICIAL CIRCUIT,

IN AND FOR __Sumter_____ COUNTY, FLORIDA

Case No.: __602024CA000504CAAXMX__

Division: _____

__Laura Loomer_____,

Petitioner,

and

__Bill Maher et al_____,

Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name} __Bill Maher_____,

{address (including city and state)/location for service} 1251 6th Ave 21st Floor, New York, NY 10020.

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: {street address} __215 E McCollum Ave Bushnell, FL 33513_____.

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*{Name and address of party serving summons}* _____

Larry Klayman, 7050 W. Palmetto Park Rd, Boca Raton, FL, 33433_____.

**If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you. Service must be in accordance with Florida Rule of General Practice and Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

Electronically Filed Sumter Case # 2024CA000504AXMX 10/24/2024 12:59:20 PM

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Localizado en: _____.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.**

**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

tribunal. Qui se trouve a: {L'Adresse} _____.    Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: Oct. 25, 2024

GLORIA R. HAYWARD
CLERK OF THE CIRCUIT COURT

(SEAL)

By: Morgan Hunnewell

Deputy Clerk

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (10/21)

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Office of the Trial Court Administrator, Sumter County, 215 East McCollum Ave., Bushnell, Florida 33513, Telephone: (352) 569-6952, <u>at least 7 days before your scheduled court appearance or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days</u>; If you are hearing or voice impaired, call 711."**



## CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT, IN AND FOR SUMTER COUNTY, FLORIDA

**LAURA LOOMER**,

        Plaintiff(s),

vs.

**Case No.: 602024CA000504CAAXMX**

**BILL MAHER, ET AL.**,

        Defendant(s).

**AFFIDAVIT OF SERVICE**

_____

Received by **DM PROFESSIONAL SERVICES** on **10/28/2024** at **9:56 AM** to be served upon:

**BILL MAHER**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX    ss.

I, ADAM GOLDEN, depose and say that:

On **10/28/2024** at **1:19 AM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **BILL MAHER** at **THE CORPORATION TRUST COMPANY 1209 ORANGE STREET**, Wilmington, DE 19801 in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **NADIA BELLAMY , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Black** - Hair: **Black** - Approx. Age: **25** - Height: **5''8''** - Weight: **160**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this _____31_____ day of _____OCT_____, 20 _24_ .

Signed and sworn to before me on
this 31 st day of October , 2024

_Thomas M. Marshall_
Notary Public

X _____
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: KLAYMAN LAW GROUP, P.A.
Atty File#: - Our File#: 474111

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
SEPT 28, 2026
NOTARY PUBLIC
STATE OF DELAWARE

**\*474111\***

# CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT, IN AND FOR SUMTER COUNTY, FLORIDA

**LAURA LOOMER**,

                    Plaintiff(s),

vs.

**BILL MAHER, ET AL.**,

                    Defendant(s).

_____

**Case No.: 602024CA000504CAAXMX**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **10/28/2024** at **9:55 AM** to be served upon:

**HOME BOX OFFICE INC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX        ss.

I, ADAM GOLDEN, depose and say that:

On **10/28/2024** at **1:19 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **HOME BOX OFFICE INC** at **THE CORPORATION TRUST COMPANY 1209 ORANGE STREET**, **Wilmington, DE 19801** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **NADIA BELLAMY** , **AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Black** - Hair: **Black** - Approx. Age: **25** - Height: **5'8"** - Weight: **160**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this ___31___ day of ___OCT_____, 20 _24_.

Signed and sworn to before me on
this _31_ day of _October_, 20_24_.

_____
Notary Public

X _____
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: KLAYMAN LAW GROUP, P.A.
Atty File#: - Our File#: 474110

*474110*

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR
SUMTER COUNTY, FLORIDA**

```
------------------------------------------------  x
LAURA LOOMER,                                      :
                                                   :
                     Plaintiff,                    :
                                                   :
            - against -                            :
                                                   :     Case No.:  60-2024-CA-000504-CAAXMX
BILL MAHER                                         :
                                                   :
               and                                 :
                                                   :
HOME BOX OFFICE, INC.,                             :
                                                   :
                     Defendants.                   :
------------------------------------------------  x
```

**NOTICE OF FILING A NOTICE OF REMOVAL BY DEFENDANT
HOME BOX OFFICE, INC. TO THE UNITED STATES DISTRICT COURT
<u>FOR THE MIDDLE DISTRICT OF FLORIDA</u>**

Pursuant to 28 U.S.C. §1446(d), a Notice of Removal in reference to the above-captioned

case was filed in the United States District Court for the Middle District of Florida on November

18, 2024, and this Court shall proceed no further unless and until the case is remanded.  A copy of

the Notice of Removal (without exhibits) is attached as Exhibit 1.

Dated: November 18, 2024

                              Respectfully submitted,


                              /s/ *Rachel E. Fugate*
                              Rachel E. Fugate (Florida Bar No. 144029)
                              Yelan Escalona (Florida Bar No. 1031564)
                              Shullman Fugate PLLC
                              100 South Ashley Drive, Suite 600
                              Tampa, FL 33602
                              Tel:  (813) 935-5098
                              rfugate@shullmanfugate.com
                              yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice* forthcoming)
Alexandra Perloff-Giles (*pro hac vice* forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2024, I electronically filed this document with the Florida

Courts e-Filing Portal, which will serve it by e-mail on all counsel on the attached service list.

/s/ *Rachel E. Fugate*
Rachel E. Fugate

## SERVICE LIST

KLAYMAN LAW GROUP P.A.
Larry Klayman
7050 W. Palmetto Park Rd.
Boca Raton, FL 33433
Tel.: (561) 558-5536
Email: leklayman@gmail.com

*Counsel for Plaintiff Laura Loomer*

2