**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

---------------------------------------------------------------------------------x
LAURA LOOMER,

                     *Plaintiff*,

        - against -

BILL MAHER

      and

HOME BOX OFFICE, INC.,

                     *Defendants*.
---------------------------------------------------------------------------------x

Case No.: 5:24-cv-00625-JSM-PRL

**NOTICE OF SUPPLEMENTAL FILING**

    Defendant Home Box Office, Inc. ("HBO") hereby supplements its Notice of Removal [ECF No. 1] and files each separate paper currently docketed in the state court action initiated in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida as Case No. 60-2024-CA-000504-CAAXMX.


Dated: November 19, 2024

Respectfully submitted,

**/s/ *Rachel E. Fugate*** 
Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice* forthcoming)
(lead counsel)
Alexandra Perloff-Giles (*pro hac vice* forthcoming)

Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel:  (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*