

New Search    Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 602024CA000504CAAXMX [2024CA000504AXMX] | 10/21/2024 | Circuit Civil 3-C | CASE OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 10/21/2024 | Libel/Slander | YES | NO | - |

| Party Name | | Party Type | Attorney | Bar ID |
|---|---|---|---|---|
| MORLEY, MICHELLE T | | JUDGE | | |
| Loomer, Laura | Search This Party | PLAINTIFF | KLAYMAN, LARRY ELLIOT | 246220 |
| Maher, Bill | Search This Party | DEFENDANT | | |
| Home Box Office Inc | Search This Party | DEFENDANT | | |

## Dockets   −

Page : 1    |◄   ◄◄   ►►   ALL ▼

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 14 | 11/05/2024 | AFFIDAVIT OF SERVICE ON NADIA BELLAMY FOR BILL MAHER SERVED ON OCTOBER 28 2024 | 2 |
| 📄 | 13 | 10/25/2024 | SUMMONS ISSUED TO BILL MAHER | 4 |
| 📄 | 12 | 10/25/2024 | SUMMONS ISSUED TO HOME BOX OFFICE INC | 4 |
| | 9 | 10/25/2024 | Payment received: $20.00 Receipt Number M 598372 | |
| | 8 | 10/25/2024 | Assessment 2 Total Assessed $20.00 Balance Remaining $0.00 | |
| 📄 | 11 | 10/24/2024 | REQUEST FOR ISSUANCE OF SUMMONS | 3 |
| 📄 | 10 | 10/24/2024 | REQUEST FOR ISSUANCE OF SUMMONS | 3 |
| | 7 | 10/24/2024 | Assessment 2 assessed at sum $20.00 | |
| | 4 | 10/22/2024 | Payment received: $400.00 Receipt Number M 597919 | |
| | 3 | 10/22/2024 | Assessment 1 Total Assessed $400.00 Balance Remaining $0.00 | |
| 📄 | 6 | 10/21/2024 | COMPLAINT | 17 |
| 📄 | 5 | 10/21/2024 | CIVIL COVER SHEET | 3 |
| | 2 | 10/21/2024 | Assessment 1 assessed at sum $400.00 | |
| | 1 | 10/21/2024 | Case 602024CA000504CAAXMX Filed with Clerk on 10/21/2024 | |

## Judge Assignment History   +

## Court Events   +

## Financial Summary   +

## Reopen History   +

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Privacy - Terms