**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**

```
------------------------------------------------------------------- x
LAURA LOOMER,                                                       :
                                                                    :
                Plaintiff,                                          :
                                                                    :
        - against -                                                 :   Case No.: 5:24-cv-00625
                                                                    :
BILL MAHER                                                          :
                                                                    :
            and                                                     :
                                                                    :
HOME BOX OFFICE, INC.,                                              :
                                                                    :
                Defendants.                                         :
------------------------------------------------------------------- x
```

**DEFENDANT HOME BOX OFFICE, INC.'S DISCLOSURE STATEMENT UNDER**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐   No.

    ☒   Yes, and

        ☒   These parent corporations and publicly held corporations own 10% or more of the filer's shares:

           Defendant Home Box Office, Inc. ("HBO") is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of HBO's knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

        ☐   The filer has no parent corporation.

        ☐   No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐     No.

☒     Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

       HBO is a corporation incorporated in Delaware and with its principal place of business in New York.

a.     Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

       ☒     No.

       ☐     Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.     Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

       ☒     No.

       ☐     Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.     Is the filer an insurer?

       ☒     No.

       ☐     Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d.     Is the filer a legal representative?

       ☒     No.

       ☐     Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

  e.  Has the filer identified any corporation?

    ☐  No.

    ☒  Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

  f.  Has the filer identified any natural person?

    ☒  No.

    ☐  Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☐  No.

  ☒  Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    a) Shullman Fugate PLLC, counsel for Defendants.

    b) Rachel Fugate, counsel for Defendants.

    c) Yelan Escalona, counsel for Defendants.

    d) Davis Wright Tremaine LLP, counsel for Defendants.

    e) Kate Bolger, lead counsel for Defendants.

    f) Alexandra Perloff-Giles, counsel for Defendants.

    g) Defendant HBO's parent company, Warner Bros. Discovery, Inc.

    h) Defendant Bill Maher.

    i) Plaintiff Laura Loomer.

    j) Klayman Law Group P.A., counsel for Plaintiff.

        k) Larry Klayman, counsel for Plaintiff.

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒ No.

    ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒ No.

    ☐ Yes, and the debtor is [].

    ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒ No.

    ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒ No.

    ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒ Yes.

Dated: November 19, 2024

Respectfully submitted,

**/s/ *Rachel E. Fugate*** 
Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel:  (813) 935-5098
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice* forthcoming)
(lead counsel)
Alexandra Perloff-Giles (*pro hac vice* forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel:  (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*