IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LAURA LOOMER, | } |
| Plaintiff | } |
| v. | } Case Number: 5:24-cv-00625-JSM-PRL |
| BILL MAHER, et al | } |
| Defendants. | } |

## PLAINTIFF'S MOTION TO TRANSFER

Plaintiff Laura Loomer ("Plaintiff Loomer") hereby moves this Court for an order transferring this case from the Tampa division to the Ocala division of the U.S. District Court for the Middle District of Florida. This case was originally filed by Plaintiff Loomer in state court, in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida and it was subsequently removed by the Defendants. Pursuant to this Court's website, Sumter county is served by the Ocala division.[1] Thus, Ocala is the proper division for this case to proceed, and

---

[1] https://www.flmd.uscourts.gov/locations/ocala

1

Plaintiff Loomer therefore respectfully requests that this case be transferred expeditiously to Ocala before this Court takes any further action on this matter.

Dated: November 19, 2024

Respectfully submitted,

By: */s/ Larry Klayman*_____
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, November 19, 2024 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*_____