## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

-------------------------------------------------------------------- x

LAURA LOOMER,

                  *Plaintiff,*

     - against -

BILL MAHER

        and

HOME BOX OFFICE, INC.,

                *Defendants.*

Case No.: 5:24-cv-00625-JSM-PRL

-------------------------------------------------------------------- x

## MOTION FOR SPECIAL ADMISSION

Katherine M. Bolger, Esquire, moves for special admission to represent Defendants Bill Maher and Home Box Office, Inc. in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these four cases in state or federal court in Florida: *Sergio Jadue v. Amazon.com, Inc.*, 1:24-cv-22106-JLK (appearance date: 8/8/2024); *Rumble Inc. v. Jammi*, 8:23-cv-02718-CEH-JSS (appearance date: 2/2/2024); *Valerie Flynn v. Cable*

*News Network, Inc.*, 8:22-cv-343-MSS (appearance date: 3/7/22); *Lori Flynn v. Cable News Network, Inc.*, 8:22-cv-512 (appearance date: 5/2/22).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Katherine M. Bolger*
Katherine M. Bolger

WHEREFORE, Katherine M. Bolger respectfully requests entry of an order granting her request to appear *pro hac vice* on behalf of Defendants in this case.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Counsel for Defendants further certifies that they conferred with counsel for Plaintiff by electronic mail on November 21, 2024, who advised that Plaintiff opposes the relief requested herein.

Dated: November 21, 2024          Respectfully submitted,

**/s/ *Rachel E. Fugate*** _____
Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel:  (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger*
(lead counsel)
Alexandra Perloff-Giles*
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel:  (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

**Pro Hav Vice* Admission Pending

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*