## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

-------------------------------------------------------------------x

LAURA LOOMER,

                  *Plaintiff*,

       - against -

BILL MAHER

      and

HOME BOX OFFICE, INC.,

             *Defendants*.

Case No.: 5:24-cv-00625-JSM-PRL

-------------------------------------------------------------------x

### DEFENDANTS' NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Middle District of Florida Local Rule 2.02(a) and the Court's order entered on November 20, 2024 [ECF No. 8], Defendants Bill Maher and Home Box Office, Inc. hereby provide notice that Katherine M. Bolger, Esq. is lead counsel in this matter.

Dated: November 21, 2024        Respectfully submitted,

                                 ***/s/ Rachel E. Fugate***
                                 Rachel E. Fugate (Florida Bar No. 144029)
                                 Yelan Escalona (Florida Bar No. 1031564)
                                 Shullman Fugate PLLC
                                 100 South Ashley Drive, Suite 600
                                 Tampa, FL 33602
                                 Tel: (813) 935-5098
                                 rfugate@shullmanfugate.com
                                 yescalona@shullmanfugate.com

                                 Katherine M. Bolger*
                                 Alexandra Perloff-Giles*
                                 Davis Wright Tremaine LLP

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

\* *Pro hac vice* pending

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*