# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

------------------------------------------------------------------------------- x
LAURA LOOMER,

        *Plaintiff*,

    - against -

BILL MAHER

    and

HOME BOX OFFICE, INC.,

        *Defendants.*

------------------------------------------------------------------------------- x

Case No.: 5:24-cv-00625-JSM-PRL

## DEFENDANT HOME BOX OFFICE, INC.'S MOTION FOR LEAVE TO CONVENTIONALLY FILE AUDIVISUAL EXHIBIT

Defendant Home Box Office, Inc. ("HBO") hereby seeks leave to file conventionally, by delivery to the Clerk of Court, a USB flash drive featuring audiovisual material in support of its forthcoming Motion to Dismiss. In support thereof, HBO state as follows:

1. In this action, Plaintiff Laura Loomer asserts claims of defamation per se, defamation per quod, and defamation by implication against HBO and Bill Maher arising out of the September 13, 2024 episode of *Real Time with Bill Maher*, a weekly hour-long television program hosted by Mr. Maher that airs on HBO.

2. Throughout her complaint, Ms. Loomer extensively discusses statements made by Mr. Maher during the September 13, 2024 and September 20,

2024 episodes (the "Episodes") of his show. *See* Compl. ¶¶ 18–21, 23(f)–(g), 23(i), 25–26, 32–34, 42–44, 50–52, 59–61, 69–71, 77–79.

3. In support of its forthcoming motion, HBO seeks to attach as an exhibit a USB flash drive containing copies of the Episodes—which are essential to Ms. Loomer's claims and have been incorporated by reference into her complaint.

4. Statements appearing in video form, however, cannot be electronically filed because the Court's CM/ECF system does not permit filings to be submitted via USB flash drives without prior court approval.

5. Given the nature of the exhibit, the CM/ECF procedures, and Federal Rule of Civil Procedure 5(d)(2), HBO seeks leave to conventionally file the USB flash drive containing copies of the Episodes with the Clerk of Court.

WHEREFORE, HBO requests that the Court grant leave to conventionally file the USB flash drive containing audiovisual material in support of its forthcoming Motion to Dismiss.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for HBO certifies that they conferred with counsel for Plaintiff by electronic mail on November 21, 2024, who advised that Plaintiff opposes the relief requested herein.

Dated: November 21, 2024          Respectfully submitted,

*/s/ Rachel E. Fugate*
Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600

Tampa, FL 33602
Tel: (813)935-5098
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger*
Alexandra Perloff-Giles*
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

* *Pro hac vice* pending

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*