# Exhibit 1

True and correct copies of the September 13, 2024 and September 20, 2024 episodes of *Real Time with Bill Maher* on a flash drive submitted to the Court