# Exhibit 2

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

LAURA LOOMER,

        Plaintiff,

- against -

BILL MAHER

    and

HOME BOX OFFICE, INC.,

        Defendants.

---

Case No.: 5:24-cv-00625

**DECLARATION OF DEFENDANT BILL MAHER**

I, Bill Maher, being duly sworn, hereby declare as follows:

1. I am a citizen and resident of the State of California.

2. I consent to the removal of this lawsuit from state court, where the lawsuit was filed, to federal court in the Middle District of Florida.

3. I have never designated CT Corporation to serve as my registered agent for service or otherwise authorized CT Corporation to accept service of process on my behalf.

4. I have not been served with a copy of the complaint in this action, either personally or by mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2024.

                                                  _/s/ Bill Maher_____