UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER**, Individually

    Plaintiff,

v.                                                            Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER and HOME BOX OFFICE, INC.**,

    Defendants.

___

## ORDER

The motions to appear *pro hac vice* of Alexandra Perloff-Giles, Esq. (Doc. 12) and Katherine M. Bolger, Esq. (Doc. 13) are **GRANTED**.[1] To activate e-filing access, shall submit the *pro hac vice* e-file registration through PACER.[2] After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case.

**DONE** and **ORDERED** in Ocala, Florida on November 27, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

---

[1] Local Rule 2.01(c) allows an attorney to move for special admission who is not an active member in good standing of the Florida Bar but who is a member in good standing of the bar of a United States district court, provided, however, such privilege is not abused by maintaining a regular practice of law in Florida. M.D. Fla. Local Rule 2.01(c). The Florida Bar and the Florida Supreme Court presume that more than three appearances by a non-Florida lawyer within a 365-day period constitutes the "general practice" of law in Florida. *See* Fla. Bar Rule 1-3.10(a)(2); Fla. R. Jud. Admin. 2.510(a). According to Ms. Bolger's motion, this is her third appearance within the past 365 days.

[2] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.

Copies furnished to:

Counsel of Record
Unrepresented Parties