MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

------------------------------------------------------------------------------- x
LAURA LOOMER,

          *Plaintiff*,

  - against -

BILL MAHER and HOME BOX OFFICE, INC.,

          *Defendants*.
------------------------------------------------------------------------------- x

Case No.: 5:24-cv-00625-JSM-PRL

## DEFENDANTS' TIME SENSITIVE MOTION TO SEAL

Pursuant to Local Rule 1.11(d), Defendants Bill Maher and Home Box Office, Inc. (the "Defendants") hereby moves to seal certain redacted portions of Plaintiff's Notice of Service of Process on Bill Maher (D.E. 24, the "Notice"), specifically those that identify Mr. Maher's home address. In support thereof, Defendant states as follows:

    1.    Mr. Maher's home address is currently publicly available in the court file. Defendants' request an immediate ruling on this Motion to avoid irreparable harm that would result if Mr. Maher's home address was publicly circulated.

    2.    While there is a common law right of access to judicial records, that presumption "may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1245 (11th Cir. 2007) (internal quotations omitted). Good cause is established by demonstrating that a disclosure "will cause a clearly defined and serious injury." *Nguyen v. Raymond James*

*& Assocs., Inc.*, No. 8:21-cv-736-KKM-JSS, 2022 WL 61198 at *4 (M.D. Fla. Jan. 6, 2022). In particular, "a party's right or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Romero*, 480 F.3d at 1246.

3. FRCP 5.2(a) does not require home addresses to be redacted, but under 5.2(e) a court can require redaction of additional information for good cause

4. There is good cause to redact Mr. Maher's address because he is a public figure and his home address has not otherwise been publicly revealed for security reasons. Redacting the address will protect Mr. Maher from possible harassment and will not alter the substance of the filing. Proposed redactions to the Notice (D.E. 24) are attached as Exhibit A.

WHEREFORE, Defendants requests that the Court grant its Motion to Seal.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for HBO further certifies that counsel contacted Plaintiffs' counsel by electronic mail on December 20, 2024, but has not yet been able confer on this Motion.

Dated: December 20, 2024

SHULLMAN FUGATE PLLC

**/s/ Rachel E. Fugate**

Rachel E. Fugate (FL Bar No. 144029)
Yelan Escalona (FL Bar No. 1031564)
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (813) 935-5098
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com

*Admitted *Pro Hac Vice*
*Counsel for Defendants*