UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER**, Individually

    Plaintiff,

v.                                                   Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER and HOME BOX OFFICE, INC.**,

    Defendants.

_____

**ORDER**

This matter is before the Court on Defendants' motion to seal certain portions of Plaintiff's Notice of Service of Process on Bill Maher that identify Mr. Maher's home address. (Doc. 25). Upon due consideration, Defendants' motion is **GRANTED.** The Clerk shall seal the "Proof of Service" and "Affidavit of Due Diligence" attached to Plaintiff's Notice of Service of Process on Bill Maher (Doc. 24). Within **five days** of this Order, Defendants shall file as a separate docket entry redacted copies of the "Proof of Service" and "Affidavit of Due Diligence" as attached to the instant motion.

**DONE** and **ORDERED** in Ocala, Florida on December 23, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties