# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

### PROOF OF SERVICE

**CASE#   5:24-cv-00625-JSM-PRL**
Plaintiff : LAURA LOOMER
Defendant : BILL MAHER, et. al.

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. Party Served: Bill Maher

3. Person Served: Mark – House Sitter for Bill Maher

4. Date, Time and Place of Service: 12/17/2024 – 12:00 PM PT – [redacted]

5. Manner of Service: Substitute Service on Natural Person, Minor, Incompetent, or Candidate.

    By leaving copies at the dwelling house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service box of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person to be served at the place where the copies were left. (C.C.P. 116.340 (a) (3) and 415.20 (b)

6. Date of mailing : 12/17/2024                    From: Van Nuys, CA

7. Person Serving: Paul Cazadet, P.I. - Private Investigator, St. Lic. # P.I 16819

8. Attempts/Remarks: Several prior attempts made at home address.

9. Service Fee: $360.00

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/19/2024

Paul Cazalet, P.I.

# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

Plaintiff : LAURA LOOMER

CASE#   5:24-cv-00625-JSM-PRL

Defendant : BILL MAHER, et. al.

## AFFIDAVIT OF DUE DILIGENCE

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I received the following papers on: 12/16/2024

   a. SUMMONS and COMPLAINT

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

## BILL MAHER

   a. The Date and Times of attempts are as follows:

12/16/2024 - 5:30 PM - I Arrived at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I rang the intercom buzzer for this address and received an answer from "Mark" who explained to me that he was a "house sitter" for Bill Maher and that Maher was away from his home at that time. Mark confirmed to me that Maher resided at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Mark informed me that he could accept service on behalf of Maher.

12/16/2024 - 8:50 PM - Arrived at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I received no answer on the intercom buzzer.

12/17/2024 - 8:00 AM - Arrived at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I received no answer on the intercom buzzer

12/17/2024 - 12:00 PM - Arrived at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I rang the intercom buzzer for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and Mark met me outside to accept service of process on behalf of Maher.



1

4. Person who attempted service

Paul Cazalet, P.I.   St.Lic.#PI16819   VCRPS#565   818-310-6711
2470 STEARNS ST #219, SIMI VALLEY, CA  93063   mail@PMCPS.com

5. The fee for the service was $360.00

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/19/2024

Paul Cazalet, P.I.