IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LAURA LOOMER, | }<br>}<br>} |
| Plaintiff | }<br>} |
| v. | } Case Number: 5:24-cv-00625-JSM-PRL<br>} |
| BILL MAHER, et al | }<br>} |
| Defendants. | }<br>}<br>}<br>}<br>}<br>} |

## PLAINTIFF'S MOTION FOR LEAVE

Plaintiff Laura Loomer ("Plaintiff Loomer") hereby moves the Court for leave to file a response in opposition to Defendants' Motion to Stay Discovery on or before December 27, 2024.

Counsel for Plaintiff inadvertently did not mark up the response time for this motion because he has recently undergone a serious back and spine surgery from which he is still recovering. During this hectic period, the deadline to file a response to Defendants' Motion to Stay Discovery passed. This was an inadvertent good-faith error and was not done for the purpose of delay.

1

Plaintiff therefore respectfully requests leave to file a response in opposition to Defendants' Motion to Stay Discovery on or before December 27, 2024.

Dated: December 23, 2024              Respectfully submitted,

By: */s/ Larry Klayman*_____
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, December 23, 2024 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*_____