IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BILL MAHER et al<br><br>　　　　　Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 34, Plaintiffs by its undersigned attorneys, requests that Defendant Bill Maher respond to this Request within the time prescribed by the Federal Rules of Civil Procedure and produce or make available for inspection and copying the following documents and electronically storied information ("ESI") described in Exhibit A attached hereto within thirty (30) days.

Dated: 　　January 30, 2025　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Larry Klayman
　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 246220
　　　	　　　　　　　　　　　　　　　　Klayman Law Group P.A.
　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd
　　　　　　　　　　　　　　　　　　　　Boca Raton, FL, 33433
　　　　　　　　　　　　　　　　　　　　Tel: 561-558-5536
　　　　　　　　　　　　　　　　　　　　leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, January 30, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*

## Exhibit A

## DEFINITIONS

1.1. As used herein, "you" or "your" shall mean **BILL MAHER** and/or anyone acting on your behalf.

1.2. The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation."

1.3. "Agent" shall mean: any person or entity acting at the direction of or on behalf of another.

1.4. "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

1.5. The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

1.6. As used herein, "relevant time period" shall mean from **January 1, 2024** to the present.

1.7. The word "identify" when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, land a general description including (1) the type of document (i.e. correspondence, memorandum, facsimile etc.; (2) the general subject matter of the document; (3) the date of the document; (4) the author of the

document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

1.8.  The terms "document" or "documents" shall mean any and all information in tangible form and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondences, telephone billing records, e-mails, contracts, drafts, agreements, notes to file, reports, memoranda, mechanical or electronic recordings or transcripts of such recordings, audio, video, blueprints, flow sheets, flow charts, calendar or diary entries, memoranda or telephone or personal conversations, text messages, signal messages, memoranda of meetings or conferences, studies, reports, interoffice and intra-office communications, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, maps, charts, graphs, propositions, articles, announcements, newspaper clippings, books, records, tables, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, promissory notes and other evidence of indebtedness and all drafts and copies of documents as hereinabove defined by whatever means made. If multiple copies of a document exist, each copy which is in any way not completely identical to a copy which is being produced should also be produced.

## **INSTRUCTIONS**

1.9.  If you object to fully identifying a document or oral communication because of an alleged privilege, you must nevertheless provide the following information:

   a) the nature of the privilege claimed (including work product);

   b) if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

   c) the date of the document or oral communication;

   d) if a document: its type, custodian, location, and such other information sufficient to identify the document for a subpoena *duces tecum* or a document request;

   e) if an oral communication, the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

   f) the general subject matter of the document or oral communication.

## **SPECIFIC DOCUMENTS REQUESTED**

1. Any and all documents that refer or relate to Laura Loomer having sex with Donald Trump

2. Any and all documents that refer or relate to Laura Loomer and her relationship with Donald Trump.

3. Any and all documents with regard to internal discussions at Home Box Office, Inc. concerning Laura Loomer and allegations that she was defamed by Bill Maher.

4. Any and all documents that refer or relate to criticism and/or discipline by HBO concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

5. Any and all documents which refer or relate to Donald Trump's relationship, sexual or otherwise, with Melania Trump.