IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>                    Plaintiff,<br><br>v.<br><br>BILL MAHER et al<br><br>                    Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## NOTICE OF TAKING DEPOSITION

TO:   BILL MAHER
      8838 National Blvd
      Culver City, CA 90232

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant Bill Maher. This deposition will take place at the 8838 National Blvd, Culver City, CA on March 5, 2025 at 9:00 a.m. unless the parties mutually agree to hold the deposition on a different date or time and/or at a different location[1]. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

---

[1] This deposition is being set unilaterally because counsel for Defendants failed to provide dates when asked by counsel for Plaintiff. However, Plaintiff and counsel are open to rescheduling this deposition for another timely date in the first week of March upon agreement of the parties.

1

Dated:     February 13, 2025              Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 13, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*
