## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                Plaintiff,

v.                               **Case No: 5:24-cv-00625-JSM-PRL**

BILL MAHER et al

                Defendants.

## NOTICE OF TAKING DEPOSITION

TO:   HOME BOX OFFICE, INC.
        8838 National Blvd
        Culver City, CA 90232

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of the Custodian of Records, aka Corporate Representative of Defendant Home Box Office Inc. ("HBO"). This deposition will take place at the 8838 National Blvd, Culver City, CA on March 6, 2025 at 9:00 a.m. unless the parties mutually agree to hold the deposition on a different date or time and/or at a different location[1]. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this

---

[1] This deposition is being set unilaterally because counsel for Defendants failed to provide dates when asked by counsel for Plaintiff. However, Plaintiff and counsel are open to rescheduling this deposition for another timely date in the first week of March upon agreement of the parties.

1

matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

The Custodian of Records will testify about the follow subject areas:

1. Any and all internal records that refer or relate to Laura Loomer having sex with Donald Trump

2. Any and all internal records that refer or relate to Laura Loomer and her relationship with Donald Trump.

3. Any and all internal records with regard to internal discussions at HBO concerning Laura Loomer and allegations that she was defamed by Bill Maher.

4. Any and all internal records that refer or relate to criticism and/or discipline by HBO concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

5. Any and all internal records which refer or relate to Donald Trump's relationship, sexual or otherwise, with Melania Trump.

6. Any fact-checking procedures and protocols used by HBO and/or Real Talk with Bill Maher.

7. The facts and circumstances around any fact-checking done by HBO, Bill Maher, Real Talk with Bill Maher, or anyone acting on their behalf, HBO

2

concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

8. The facts and circumstances around and/or which refer or relate to any of the allegations of Ms. Loomer's Amended Complaint.

9. Record retention policies and practices of HBO.

10. Testimony concerning the search of documents pursuant to Plaintiff's request to produce.

Dated:   February 13, 2025            Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 13, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman

4