**Bolger, Kate**

---

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Sunday, February 16, 2025 7:23 AM |
| **To:** | Larry Klayman |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | RE: Loomer v. Maher |

Mr. Klayman

I am writing to provide dates for Mr. Maher's deposition. Mr. Maher is available to be deposed during the weeks when the show is not in production. He is available the week of March 31 or the week of May 19. He is not available on March 5.

In addition, I will be in Minnesota for depositions on March 5 and 6 and I am not available on those dates.

Please let us know which of those weeks you would like to depose him. If helpful, please be advised that while we are likely to be done with our document production before March 31, I cannot promise it will be complete.

In addition, please confirm MS Loomer's availability for a deposition the week of June 2.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Thursday, February 13, 2025 12:26 PM
**To:** Larry Klayman <leklayman@gmail.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. Maher

Mr. Klayman
We are coordinating dates with Mr. Maher and expect to get back to you in the coming days.  As I mentioned, I have been travelling.
Kate

> On Feb 13, 2025, at 11:23 AM, Larry Klayman <leklayman@gmail.com> wrote:
>
> **[EXTERNAL]**

1

EXHIBIT B

This is bad faith. You ask for a date for Loomer but then don't reply re Maher and HBO.

We will set the dates as a result and we can discuss resetting them

Please do not play games with us.

Larry Klayman

On Tue, Feb 11, 2025, 2:25 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Dear Mr. Klayman
>
> We are willing to work in good faith to schedule deposition dates, but it is unreasonable of you to give us less than 24 hours to do so. In fact, because I am traveling today, it is impossible for us to get back to you today.
>
> It is also impossible to schedule a 30(b)(6) witness because you have not provided us with a list of topics and we cannot identify a witness.
>
> We will provide you with dates as soon as we can for Mr. Maher, which I anticipate will be in the next several days. But we cannot schedule a 30(b)(6) depo unless you tell us the topics.
>
> In addition, I note that the Defendants' discovery responses are due on March 3, not March 1 (which is a Saturday).
>
> Finally, is your client available to be deposed the week of June 2?
>
> Thanks
>
> Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 11, 2025 12:14 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Loomer v. Maher

**[EXTERNAL]**

---

Ms. Bolger:

Please provide two dates in early to mid March 2025 when Plaintiffs can depose Mr. Mahrer and a corporate rep of HBO in LA.

Their documents in response to Ms. Loomer's document requests, filed and served on Jan. 30, 2025, are due no later than March 1, 2025.

Please provide dates for the depositions by noon tomorrow eastern time or we may be compelled to unilaterally set the dates.

Thank you for your immediate cooperation.

Larry Klayman, Esq.

> Counsel for Ms. Loomer

4