## Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Wednesday, February 19, 2025 3:58 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | Rachel E. Fugate; Oliver Peer |
| **Subject:** | RE: Loomer v. Maher and HBO |

Mr. Klayman,

As we told you, we are not available the first two weeks of March due to previously scheduled commitments and the Real Time production schedule.

Although we are preparing our motion for a protective order, we thought it would be in the interest of both our clients to attempt again to avoid unnecessary motion practice by simply agreeing among ourselves to reset the date in the notices you filed on Feb. 13. As I previously noted, Mr. Maher's availability is dictated by the weeks that his show is not in production, and as such, he can be available any day during the week of March 31, or any day during the week of May 19. We will ensure that an HBO Corporate Representative is available in a similar time frame within the next few months. Please let me know whether you agree to reset the date in the notices that you filed on Feb. 13 to one of the ten days that we have provided for Mr. Maher, and we can figure out the corporate representative date from there.

Please let us know either that you will agree to our proposed date or the motion for a protective order.

Kate

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 18, 2025 6:06 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
**Subject:** Re: Loomer v. Maher and HBO

**[EXTERNAL]**

We will be moving for sanctions if you do not provide dates for Maher and HBO during the first two weeks in March by cob Thursday.

My so called assertions are not fanciful but accurate and provable. Stay tuned.

1

EXHIBIT C

Larry Klayman, Esq.

On Tue, Feb 18, 2025, 2:53 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> We obviously disagree with your fanciful assertions below. We will be filing a motion for a protective order this week.
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
> P 212.402.4068  E katebolger@dwt.com
> A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> DWT.COM
>
> ---
>
> **From:** Larry Klayman <leklayman@gmail.com>
> **Sent:** Tuesday, February 18, 2025 7:37 AM
> **To:** Bolger, Kate <KateBolger@dwt.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
> **Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Larry Klayman <leklayman@gmail.com>
> **Subject:** Loomer v. Maher and HBO
>
> **[EXTERNAL]**
>
> ---
>
> Ms. Bolger and Ms. Fugate:
>
> We will adhere to the noticed dates for deposition of Bill Maher and HBO, particularly given your transparent attempts to delay discovery and the case in general.
>
> I am also aware of your unethical and illegal attempts and actions to interfere with the legal rights of Ms. Loomer and several of my other clients, for which you will be held ethically and legally accountable.
>
> Over the years the unethical and illegal conduct of Davis Wright (with whom Ms. Fugate and her firm associate) has been and continues to be endemic and I will not allow this to continue. False statements to courts and judges are just one issue, among many which will be appropriately addressed and remedied.

Larry Klayman, Esq.

Counsel for Ms. Loomer