**Bolger, Kate**

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Thursday, February 20, 2025 1:08 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | Rachel E. Fugate; Oliver Peer |
| **Subject:** | RE: Loomer v. Maher and HBO |

Mr. Klayman,
The link works for me, but here it is again: HBO TV Schedule | HBO

The simple fact is that I will be in Minnesota for depositions the week of March 5 and Mr. Maher's show will be in production that week. We are not available on the noticed deposition date. Your client is not prejudiced by scheduling the Maher deposition the week of March 31. HBO will also seek to identify 30 (b)(6) witnesses who can be available that week or shortly thereafter. There is simply no reason not to reschedule these depositions at a time that is mutually convenient for the parties. We will proceed to file our motion.

Kate Bolger


**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, February 20, 2025 12:57 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
**Subject:** Re: Loomer v. Maher and HBO

**[EXTERNAL]**

The filming of Realtime does not take an entire week but only an hour or so. What you linked is inoperative.

Larry Klayman

On Thu, Feb 20, 2025 at 9:36 AM Larry Klayman <leklayman@gmail.com> wrote:
> What you linked has nothing to do with Maher or Realtime.
>
> Larry Klayman, Esq.
>
>
> On Thu, Feb 20, 2025 at 9:09 AM Larry Klayman <leklayman@gmail.com> wrote:

EXHIBIT D

Please provide proof. Not just your statements.

Larry Klayman

On Thu, Feb 20, 2025, 8:57 AM Bolger, Kate <KateBolger@dwt.com> wrote:

Mr Klayman

Real Time with Bill Maher is in production throughout the week except when there is no show. There is a show the week that you noticed Mr. Maher's deposition. (HBO TV Schedule | HBO)  There is no show the week of March 31 or May 19.  Please let us know ASAP whether we can agree to move his deposition to one of those weeks. Otherwise, we will be forced to file our motion today.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, February 20, 2025 10:08 AM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>; Oliver Peer <oliver.peerfw@gmail.com>; Larry Klayman <leklayman@gmail.com>
**Subject:** Re: Loomer v. Maher and HBO

**[EXTERNAL]**

Before I would consider agreeing to reset the date of the Maher dep, please provide today his alleged production schedule.

I am familiar with his production schedules and I used to be a regular on his show "Politically Incorrect" And now he has only one show a week.

Given you and your firm's prediction to not be truthful, please therefore provide Maher's production schedule.

Further, you were not responsive when I first asked you for dates, said you were unavailable and then sent out discovery when you claimed not to be available.

Your credibility and that of Schullman Fugate, your local counsel, and other actions as previously communicated by me in attempting to harm my clients and me, raise serious issues, so prove up the alleged production schedule today for a show that is filmed and aired only one day a week.

Larry Klayman, Esq.

On Wed, Feb 19, 2025 at 12:58 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman,
>
> As we told you, we are not available the first two weeks of March due to previously scheduled commitments and the Real Time production schedule.
>
> Although we are preparing our motion for a protective order, we thought it would be in the interest of both our clients to attempt again to avoid unnecessary motion practice by simply agreeing among ourselves to reset the date in the notices you filed on Feb. 13. As I previously noted, Mr. Maher's availability is dictated by the weeks that his show is not in production, and as such, he can be available any day during the week of March 31, or any day during the week of May 19. We will ensure that an HBO Corporate Representative is available in a similar time frame within the next few months. Please let me know whether you agree to reset the date in the notices that you filed on Feb. 13 to one of the ten days that we have provided for Mr. Maher, and we can figure out the corporate representative date from there.

Please let us know either that you will agree to our proposed date or the motion for a protective order.

Kate

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 18, 2025 6:06 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
**Subject:** Re: Loomer v. Maher and HBO

**[EXTERNAL]**

We will be moving for sanctions if you do not provide dates for Maher and HBO during the first two weeks in March by cob Thursday.

My so called assertions are not fanciful but accurate and provable. Stay tuned.

Larry Klayman, Esq.

On Tue, Feb 18, 2025, 2:53 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> We obviously disagree with your fanciful assertions below. We will be filing a motion for a protective order this week.

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 18, 2025 7:37 AM
**To:** Bolger, Kate <KateBolger@dwt.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Larry Klayman <leklayman@gmail.com>
**Subject:** Loomer v. Maher and HBO

**[EXTERNAL]**

Ms. Bolger and Ms. Fugate:

We will adhere to the noticed dates for deposition of Bill Maher and HBO, particularly given your transparent attempts to delay discovery and the case in general.

I am also aware of your unethical and illegal attempts and actions to interfere with the legal rights of Ms. Loomer and several of my other clients, for which you will be held ethically and legally accountable.

Over the years the unethical and illegal conduct of Davis Wright (with whom Ms. Fugate and her firm associate) has been and continues to be endemic and I will not allow this to continue. False statements to courts and judges are just one issue, among many which will be appropriately addressed and remedied.

Larry Klayman, Esq.

Counsel for Ms. Loomer