**IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF**

LAURA LOOMER

                                   Plaintiff,

            v.                                          **Case No: 5:24-cv-00625-**JSM-**PRL**

BILL MAHER et al

                                   Defendants.

**PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE DEPOSITION
NOTICES AND FOR A PROTECTIVE ORDER AND FOR TEMPORARY
STAY OF DEPOSITIONS PENDING RESOLUTION**

Plaintiff Laura Loomer hereby submits the following in response to Defendants' Motion to Strike Deposition Notices and For a Protective Order and for Temporary Stay of Depositions Pending Resolution ("Defendants' Motion"). Defendants' Motion is nothing more than a delay tactic meant to disparage the undersigned counsel before the Court for simply trying to schedule the depositions of Defendants Bill Maher ("Maher") and Home Box Office, Inc. ("HBO") now that their motion to dismiss has been denied and they have filed their answer to the Amended Complaint. Tellingly, this is not the first time that Defendants and their counsel have sought to delay this case, notably when Defendant Maher evaded service of process after counsel for Defendants refused to accept service on his behalf, necessitating multiple time-consuming attempts to serve him personally. *See* Plaintiff's Response in Opposition to Defendants' Motions to Dismiss.

1

Plaintiff was forced to unilaterally notice the depositions of Maher and HBO for March 5 and March 6 respectively because counsel for Defendants did not respond with dates when asked on February 11, 2025. *See* <u>Exhibit A</u>; Notices of Deposition, <u>Exhibit B</u>; Email Correspondence. Notably, on the other hand, Plaintiff Loomer has agreed to the deposition date proposed by the Defendants. Counsel for Defendants claim to have been unavailable during that time period due to travel but at the same time, were clearly performing work on this case as they served comprehensive discovery requests on Plaintiff just two days later on February 13, 2025.

In the deposition notices, <u>Exhibit A</u>, the undersigned counsel made it clear that the dates could be reset upon agreement of the parties. Mr. Klayman has simply been trying to schedule depositions without undue delay, something that Defendants are clearly trying their best to effectuate by not offering Maher for deposition until either the week of March 31 or May 9. <u>Exhibit B</u>. Assuming that counsel for Defendants are truly unavailable on March 5 and 6 due to having to attend depositions in Minnesota, Defendants have provided no real reason why Maher cannot be deposed the following week of March 10th.  Simply having to film "Real Time" at some point during the week, which filming does not take more than one (1) hour from the undersigned's experience of having appeared on Defendant Maher's program in the past, does not excuse Defendant Maher for the entire week. This is a completely disingenuous and dishonest assertion. Indeed, it is important the Defendant Maher be deposed no later than the week of March 10th because it is unclear whether the undersigned counsel will be

available for the latter part of March due to a possibility of having to travel internationally on a client matter.

Accordingly, based on the foregoing, the Defendants' Motion must be denied and Maher be ordered to sit for deposition no later than the week of March 10th. Furthermore, given that responses to Plaintiffs' January 30, 2025 Requests for Production of Documents are due on March 3, 2025, the undersigned and Plaintiff expect a full disclosure without any further obstructionist or delay tactics.

Dated:        February 20, 2025              Respectfully Submitted,


                                    By:/s/ Larry Klayman_____
                                    Larry Klayman, Esq.
                                    Florida Bar No.: 246220
                                    Klayman Law Group P.A.
                                    7050 W. Palmetto Park Rd
                                    Boca Raton, FL, 33433
                                    Tel: 561-558-5536
                                    leklayman@gmail.com

                                    *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 20, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                    */s/ Larry Klayman_____*

3

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                       Plaintiff,

       v.

BILL MAHER et al

                    Defendants.

**Case No: 5:24-cv-00625-JSM-PRL**

## <u>NOTICE OF TAKING DEPOSITION</u>

TO:   BILL MAHER
       8838 National Blvd
       Culver City, CA 90232

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant Bill Maher. This deposition will take place at the 8838 National Blvd, Culver City, CA on March 5, 2025 at 9:00 a.m. unless the parties mutually agree to hold the deposition on a different date or time and/or at a different location[1]. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

---

[1] This deposition is being set unilaterally because counsel for Defendants failed to provide dates when asked by counsel for Plaintiff. However, Plaintiff and counsel are open to rescheduling this deposition for another timely date in the first week of March upon agreement of the parties.

1

Dated:        February 13, 2025            Respectfully Submitted,


                                           By:/s/ Larry Klayman_____
                                           Larry Klayman, Esq.
                                           Florida Bar No.: 246220
                                           Klayman Law Group P.A.
                                           7050 W. Palmetto Park Rd
                                           Boca Raton, FL, 33433
                                           Tel: 561-558-5536
                                           leklayman@gmail.com

                                           *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 13, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                           */s/ Larry Klayman_____*

# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                                Plaintiff,

            v.                                    **Case No: 5:24-cv-00625-JSM-PRL**

BILL MAHER et al

                                Defendants.

## <u>NOTICE OF TAKING DEPOSITION</u>

TO:   HOME BOX OFFICE, INC.
      8838 National Blvd
      Culver City, CA 90232

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of the Custodian of Records, aka Corporate Representative of Defendant Home Box Office Inc. ("HBO"). This deposition will take place at the 8838 National Blvd, Culver City, CA on March 6, 2025 at 9:00 a.m. unless the parties mutually agree to hold the deposition on a different date or time and/or at a different location[1]. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this

---

[1] This deposition is being set unilaterally because counsel for Defendants failed to provide dates when asked by counsel for Plaintiff. However, Plaintiff and counsel are open to rescheduling this deposition for another timely date in the first week of March upon agreement of the parties.

matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

The Custodian of Records will testify about the follow subject areas:

1.      Any and all internal records that refer or relate to Laura Loomer having sex with Donald Trump

2.      Any and all internal records that refer or relate to Laura Loomer and her relationship with Donald Trump.

3.      Any and all internal records with regard to internal discussions at HBO concerning Laura Loomer and allegations that she was defamed by Bill Maher.

4.      Any and all internal records that refer or relate to criticism and/or discipline by HBO concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

5.      Any and all internal records which refer or relate to Donald Trump's relationship, sexual or otherwise, with Melania Trump.

6.      Any fact-checking procedures and protocols used by HBO and/or Real Talk with Bill Maher.

7.      The facts and circumstances around any fact-checking done by HBO, Bill Maher, Real Talk with Bill Maher, or anyone acting on their behalf, HBO

concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

8.    The facts and circumstances around and/or which refer or relate to any of the allegations of Ms. Loomer's Amended Complaint.

9.    Record retention policies and practices of HBO.

10.    Testimony concerning the search of documents pursuant to Plaintiff's request to produce.

Dated:    February 13, 2025        Respectfully Submitted,


                                By:/s/ Larry Klayman
                                Larry Klayman, Esq.
                                Florida Bar No.: 246220
                                Klayman Law Group P.A.
                                7050 W. Palmetto Park Rd
                                Boca Raton, FL, 33433
                                Tel: 561-558-5536
                                leklayman@gmail.com

                                *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 13, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman

# EXHIBIT B

 Gmail

**Oliver Peer <oliver.peerfw@gmail.com>**

## Loomer v. Maher
8 messages

---

**Larry Klayman** <leklayman@gmail.com>                          Tue, Feb 11, 2025 at 9:13 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>

Ms. Bolger:

Please provide two dates in early to mid March 2025 when Plaintiffs can depose Mr. Mahrer and a corporate rep of HBO in LA.

Their documents in response to Ms. Loomer's document requests, filed and served on Jan. 30, 2025, are due no later than March 1, 2025.

Please provide dates for the depositions by noon tomorrow eastern time or we may be compelled to unilaterally set the dates.

Thank you for your immediate cooperation.

Larry Klayman, Esq.
Counsel for Ms. Loomer

---

**Bolger, Kate** <KateBolger@dwt.com>                          Tue, Feb 11, 2025 at 2:25 PM
To: Larry Klayman <leklayman@gmail.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

Dear Mr. Klayman

We are willing to work in good faith to schedule deposition dates, but it is unreasonable of you to give us less than 24 hours to do so. In fact, because I am traveling today, it is impossible for us to get back to you today.

It is also impossible to schedule a 30(b)(6) witness because you have not provided us with a list of topics and we cannot identify a witness.

We will provide you with dates as soon as we can for Mr. Maher, which I anticipate will be in the next several days. But we cannot schedule a 30(b)(6) depo unless you tell us the topics.

In addition, I note that the Defendants' discovery responses are due on March 3, not March 1 (which is a Saturday).

Finally, is your client available to be deposed the week of June 2?

Thanks

Kate Bolger



**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP
_____

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104


**DWT.COM**



---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 11, 2025 12:14 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Loomer v. Maher


**[EXTERNAL]**

---

[Quoted text hidden]

---

Larry Klayman <leklayman@gmail.com>                          Thu, Feb 13, 2025 at 9:23 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

   This is bad faith. You ask for a date for Loomer but then don't reply re Maher and HBO.

   We will set the dates as a result and we can discuss resetting them

   Please do not play games with us.

   Larry Klayman



[Quoted text hidden]

---

Bolger, Kate <KateBolger@dwt.com>                            Thu, Feb 13, 2025 at 9:26 AM
To: Larry Klayman <leklayman@gmail.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

   Mr. Klayman
   We are coordinating dates with Mr. Maher and expect to get back to you in the coming days.  As I mentioned, I have been
   travelling.
   Kate

On Feb 13, 2025, at 11:23 AM, Larry Klayman <leklayman@gmail.com> wrote:

**[EXTERNAL]**

---

[Quoted text hidden]
[Quoted text hidden]

---

**Bolger, Kate** <KateBolger@dwt.com>                                    Sun, Feb 16, 2025 at 4:23 AM
To: Larry Klayman <leklayman@gmail.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

Mr. Klayman

I am writing to provide dates for Mr. Maher's deposition. Mr. Maher is available to be deposed during the weeks when the show is not in production. He is available the week of March 31 or the week of May 19. He is not available on March 5.

In addition, I will be in Minnesota for depositions on March 5 and 6 and I am not available on those dates.

Please let us know which of those weeks you would like to depose him. If helpful, please be advised that while we are likely to be done with our document production before March 31, I cannot promise it will be complete.

In addition, please confirm MS Loomer's availability for a deposition the week of June 2.

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                  Sun, Feb 16, 2025 at 5:31 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

The dates have been set.

Larry Klayman
[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                  Sun, Feb 16, 2025 at 5:34 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

The document requests are due March 1. You don't get to extend the deadline.

Loomer will appear on June 2.

Larry Klayman
[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                  Mon, Feb 17, 2025 at 8:02 PM
To: Oliver Peer <oliverpeerfw@gmail.com>

 Gmail

**Oliver Peer <oliver.peerfw@gmail.com>**

---

## Loomer v. Maher and HBO
13 messages

---

**Larry Klayman** <leklayman@gmail.com>                               Tue, Feb 18, 2025 at 4:36 AM
To: "Bolger, Kate" <KateBolger@dwt.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>
Cc: Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman <leklayman@gmail.com>

Ms. Bolger and Ms. Fugate:

We will adhere to the noticed dates for deposition of Bill Maher and HBO, particularly given your transparent attempts to delay discovery and the case in general.

I am also aware of your unethical and illegal attempts and actions to interfere with the legal rights of Ms. Loomer and several of my other clients, for which you will be held ethically and legally accountable.

Over the years the unethical and illegal conduct of Davis Wright (with whom Ms. Fugate and her firm associate) has been and continues to be endemic and I will not allow this to continue. False statements to courts and judges are just one issue, among many which will be appropriately addressed and remedied.

Larry Klayman, Esq.
Counsel for Ms. Loomer

---

**Bolger, Kate** <KateBolger@dwt.com>                               Tue, Feb 18, 2025 at 2:53 PM
To: Larry Klayman <leklayman@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>
Cc: Oliver Peer <oliverpeerfw@gmail.com>

We obviously disagree with your fanciful assertions below. We will be filing a motion for a protective order this week.

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

---

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 18, 2025 7:37 AM
**To:** Bolger, Kate <KateBolger@dwt.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Larry Klayman <leklayman@gmail.com>
**Subject:** Loomer v. Maher and HBO

2/20/25, 3:35 PM                                      Gmail - Leonard v. Maher, et al. HBO

Case 5:24-cv-00625-JSM-PRL     Document 47   Filed 02/20/25   Page 16 of 22 PageID 480
[EXTERNAL]

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                 Tue, Feb 18, 2025 at 3:05 PM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>

We will be moving for sanctions if you do not provide dates for Maher and HBO during the first two weeks in March by cob Thursday.

My so called assertions are not fanciful but accurate and provable. Stay tuned.

Larry Klayman, Esq.

[Quoted text hidden]

---

**Bolger, Kate** <KateBolger@dwt.com>                                  Wed, Feb 19, 2025 at 12:57 PM
To: Larry Klayman <leklayman@gmail.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>

Mr. Klayman,

As we told you, we are not available the first two weeks of March due to previously scheduled commitments and the Real Time production schedule.

Although we are preparing our motion for a protective order, we thought it would be in the interest of both our clients to attempt again to avoid unnecessary motion practice by simply agreeing among ourselves to reset the date in the notices you filed on Feb. 13. As I previously noted, Mr. Maher's availability is dictated by the weeks that his show is not in production, and as such, he can be available any day during the week of March 31, or any day during the week of May 19. We will ensure that an HBO Corporate Representative is available in a similar time frame within the next few months. Please let me know whether you agree to reset the date in the notices that you filed on Feb. 13 to one of the ten days that we have provided for Mr. Maher, and we can figure out the corporate representative date from there.

Please let us know either that you will agree to our proposed date or the motion for a protective order.

Kate

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                 Thu, Feb 20, 2025 at 7:07 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>, Oliver Peer
<oliver.peerfw@gmail.com>, Larry Klayman <leklayman@gmail.com>

Before I would consider agreeing to reset the date of the Maher dep, please provide today his alleged production schedule.

I am familiar with his production schedules and  I used to be a regular on his show "Politically Incorrect" And now he has only one show a week.

2/20/25, 3:38 AM    Gmail - Limited. Maher. v. HBO

Case 5:24-cv-00625-JSM-PRL    Document 47    Filed 02/20/25    Page 17 of 22 PageID 481

Given you and your firm's prediction to not be truthful, please therefore provide Maher's production schedule.

Further, you were not responsive when I first asked you for dates, said you were unavailable and then sent out discovery when you claimed not to be available.

Your credibility and that of Schullman Fugate, your local counsel, and other actions as previously communicated by me in attempting to harm my clients and me, raise serious issues, so prove up the alleged production schedule today for a show that is filmed and aired only one day a week.

Larry Klayman, Esq.

[Quoted text hidden]

---

**Bolger, Kate** <KateBolger@dwt.com>                                    Thu, Feb 20, 2025 at 8:57 AM
To: Larry Klayman <leklayman@gmail.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>, Oliver Peer
<oliver.peerfw@gmail.com>


Mr Klayman


Real Time with Bill Maher is in production throughout the week except when there is no show.  There is a show the week
that you noticed Mr. Maher's deposition. (HBO TV Schedule | HBO)  There is no show the week of March 31 or May
19.  Please let us know ASAP whether we can agree to move his deposition to one of those weeks. Otherwise, we will be
forced to file our motion today.

Kate Bolger

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                  Thu, Feb 20, 2025 at 9:09 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman
<leklayman@gmail.com>

Please provide proof. Not just your statements.

Larry Klayman
[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>                                  Thu, Feb 20, 2025 at 9:36 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman
<leklayman@gmail.com>

What you linked has nothing to do with Maher or Realtime.

Larry Klayman, Esq.

[Quoted text hidden]

---

**Bolger, Kate** <KateBolger@dwt.com>                                    Thu, Feb 20, 2025 at 9:54 AM
To: Larry Klayman <leklayman@gmail.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>

Mr Klayman,

If you click through the HBO schedule, you will see that a new episode of Real Time with Bill Maher is scheduled to air every Friday from now until March 12 (the last day available on this calendar) at 10 pm. That is because, as I told you, the show is in production during the week you seek Mr. Maher's deposition.

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>            Thu, Feb 20, 2025 at 9:57 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>

The filming of Realtime does not take an entire week but only an hour or so. What you linked is inoperative.

Larry Klayman
[Quoted text hidden]

---

**Bolger, Kate** <KateBolger@dwt.com>            Thu, Feb 20, 2025 at 10:08 AM
To: Larry Klayman <leklayman@gmail.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>

Mr. Klayman,

The link works for me, but here it is again: HBO TV Schedule | HBO

The simple fact is that I will be in Minnesota for depositions the week of March 5 and Mr. Maher's show will be in production that week. We are not available on the noticed deposition date. Your client is not prejudiced by scheduling the Maher deposition the week of March 31. HBO will also seek to identify 30 (b) (6) witnesses who can be available that week or shortly thereafter. There is simply no reason not to reschedule these depositions at a time that is mutually convenient for the parties. We will proceed to file our motion.

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>            Thu, Feb 20, 2025 at 10:19 AM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman <leklayman@gmail.com>

Now its "conveniently" Minnesota the week of March 5. This was not mentioned before and is obviously contrived.

Again, then provide me today with dates during the first two weeks of March 2025 and we can resolve this by agreement.

Larry Klayman, Esq.

[Quoted text hidden]

---

**Bolger, Kate** <KateBolger@dwt.com>            Thu, Feb 20, 2025 at 11:13 AM
To: Larry Klayman <leklayman@gmail.com>
Cc: "Rachel E. Fugate" <rfugate@shullmanfugate.com>, Oliver Peer <oliverpeerfw@gmail.com>

Mr. Klayman:

I informed you about the deposition in Minnesota by email on Feb. 16 (see attached).

In light of your continued refusal to discuss dates when defendants are available and continued insistence on dates when we are not, we are unfortunately forced to seek relief from the court on this matter.

[Quoted text hidden]


---------- Forwarded message ----------
From: "Bolger, Kate" <KateBolger@dwt.com>
To: Larry Klayman <leklayman@gmail.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>
Bcc:
Date: Sun, 16 Feb 2025 12:23:02 +0000
Subject: RE: Loomer v. Maher

Mr. Klayman


I am writing to provide dates for Mr. Maher's deposition. Mr. Maher is available to be deposed during the weeks when the show is not in production. He is available the week of March 31 or the week of May 19. He is not available on March 5.


In addition, I will be in Minnesota for depositions on March 5 and 6 and I am not available on those dates.


Please let us know which of those weeks you would like to depose him. If helpful, please be advised that while we are likely to be done with our document production before March 31, I cannot promise it will be complete.


In addition, please confirm MS Loomer's availability for a deposition the week of June 2.


Kate Bolger




**Kate Bolger**
**Partner,** *Davis Wright Tremaine LLP*

_____

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104


**DWT.COM**


---

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Thursday, February 13, 2025 12:26 PM
**To:** Larry Klayman <leklayman@gmail.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. Maher

Mr. Klayman

We are coordinating dates with Mr. Maher and expect to get back to you in the coming days.  As I mentioned, I have been travelling.

Kate


On Feb 13, 2025, at 11:23 AM, Larry Klayman <leklayman@gmail.com> wrote:


**[EXTERNAL]**

This is bad faith. You ask for a date for Loomer but then don't reply re Maher and HBO.


We will set the dates as a result and we can discuss resetting them


Please do not play games with us.


Larry Klayman




On Tue, Feb 11, 2025, 2:25 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Dear Mr. Klayman
>
>
> We are willing to work in good faith to schedule deposition dates, but it is unreasonable of you to give us less than 24 hours to do so. In fact, because I am traveling today, it is impossible for us to get back to you today.
>
>
> It is also impossible to schedule a 30(b)(6) witness because you have not provided us with a list of topics and we cannot identify a witness.
>
>
> We will provide you with dates as soon as we can for Mr. Maher, which I anticipate will be in the next several days. But we cannot schedule a 30(b)(6) depo unless you tell us the topics.
>
>
> In addition, I note that the Defendants' discovery responses are due on March 3, not March 1 (which is a Saturday).
>
>
> Finally, is your client available to be deposed the week of June 2?

Thanks

Kate Bolger




**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP
_____

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**




---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, February 11, 2025 12:14 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Loomer v. Maher

---

[EXTERNAL]

---

Ms. Bolger:


Please provide two dates in early to mid March 2025 when Plaintiffs can depose Mr. Mahrer and a corporate rep of HBO in LA.


Their documents in response to Ms. Loomer's document requests, filed and served on Jan. 30, 2025, are due no later than March 1, 2025.


Please provide dates for the depositions by noon tomorrow eastern time or we may be compelled to unilaterally set the dates.


Thank you for your immediate cooperation.


Larry Klayman, Esq.

Counsel for Ms. Loomer

---

📄 **RE: Loomer v. Maher.eml**
32K