## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>      Plaintiff,<br><br>v.<br><br>BILL MAHER et al<br><br>      Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

### NOTICE OF TAKING DEPOSITION

TO: BILL MAHER
   8838 National Blvd
   Culver City, CA 90232

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant Bill Maher. This deposition will take place at 515 South Flower Street, 18th and 19th Floors, Los Angeles, CA 90071 on March 31, 2025 at 9:00 a.m. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated:  February 26, 2025      Respectfully Submitted,

                     By: /s/ Larry Klayman
                     Larry Klayman, Esq.
                     Florida Bar No.: 246220
                     Klayman Law Group P.A.
                     7050 W. Palmetto Park Rd

Boca Raton, FL, 33433<br>
Tel: 561-558-5536<br>
leklayman@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, February 26, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman
