## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                Plaintiff,

v.

BILL MAHER et al

                Defendants.

**Case No: 5:24-cv-00625-JSM-PRL**

## AMENDED NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant Bill Maher. This deposition will take place at Brillstein Entertainment Partners 9150 Wilshire Blvd., Suite # 350, Beverly Hills, CA 90212 on April 4, 2025 beginning at 12:00 p.m. and to continue until fully completed. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated:    February 28, 2025        Respectfully Submitted**,**

                                                      By:/s/ Larry Klayman
                                                      Larry Klayman, Esq.
                                                      Florida Bar No.: 246220
                                                      Klayman Law Group P.A.
                                                      7050 W. Palmetto Park Rd
                                                      Boca Raton, FL, 33433
                                                      Tel: 561-558-5536

leklayman@gmail.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, February 28, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*