IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>      Plaintiff,<br><br>v.<br><br>BILL MAHER et al<br><br>      Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES

Plaintiff Laura Loomer ("Ms. Loomer") hereby moves the Court for an order granting an extension of time until and including March 11, 2025, *nunc pro tunc,* to file a Motion to Strike Affirmative Defenses. The reason for this request is that the date to file a Motion to Strike was inadvertently marked up incorrectly and miscommunication due to the undersigned counsel's only associate being out of the country with difficult communication for the entirety of March. This was a good-faith error and not done for the purpose of delay. There is no prejudice to Defendants if this extension of time is granted. On the other hand, Ms. Loomer will be severely prejudiced absent this extension because there are a number of claimed affirmative defenses by the Defendants that have no basis in fact or law.

Counsel for Defendants decline consent.

WHEREFORE, this brief extension of time *nunc pro tunc* must be granted by the Court in the interests of justice and fundamental fairness.

1

Dated:       March 12, 2025                    Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, March 11, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*