# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

|  |  |
|---|---|
| LAURA LOOMER,<br><br>   *Plaintiff*,<br><br> - against -<br><br>BILL MAHER and HOME BOX OFFICE, INC.,<br><br>   *Defendants*. | Case No.: 5:24-cv-00625-JSM-PRL |

Exhibit A

Deposition Transcript to be filed with Motion to Seal