# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

| | |
|---|---|
| LAURA LOOMER, | |
| *Plaintiff*, | |
| - against - | Case No.: 5:24-cv-00625-JSM-PRL |
| BILL MAHER and HOME BOX OFFICE, INC., | |
| *Defendants*. | |

Exhibit B

Deposition Transcript with proposed redactions to be filed with Motion to Seal