

**From:** Julia Didner <Julia@transmediagroup.com>
**Date:** Friday, April 4, 2025 at 11:15 AM
**To:** mmelendez@bizjournals.com <mmelendez@bizjournals.com>
**Subject:** [External] MEDIA: TRUMP & LOOMER HATER BILL MAHER TO BE DEPOSED TODAY

KLAYMAN LAW GROUP
A PROFESSIONAL ASSOCIATION 7050 W. Palmetto Park Rd. Ste. 284 Boca Raton, FL 33433

Larry Klayman, Esq
leklayman@gmail.com
561-558-5336

1

FOR IMMEDIATE RELEASE

# TRUMP & LOOMER HATER BILL MAHER TO BE DEPOSED TODAY

### Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case

**(Beverly Hills, California, April 4th, 2025)-** Bill Maher, who recently staged a calculated meeting with President Trump to try to deflect attention away from his scheduled deposition in Los Angeles, will be deposed today for his defamation of Laura Loomer, the conservative, investigative journalist who strongly supports President Trump. Leftist Maher falsely published widely on his HBO Show "Real Time," that Ms. Loomer has "f***ed" President Trump, implying that Trump committed adultery against First Lady Melania Trump with Ms. Loomer. When Maher refused to apologize and declined to put Ms. Loomer on his show to mitigate the severe damage he has caused her, Maher was sued in Ms. Loomer's backyard, Ocala, Florida. *See* Case No: 5:24-cv-00625-PRL (M.D. Fla).

Maher then, through his counsel Kate Bolger of the leftist, Trump hating-law firm Davis Wright Tremaine, LLP threatened Ms. Loomer before the lawsuit was filed, moved to dismiss the complaint, and has since lost their efforts to dismiss the case. Thus, Maher's deposition is proceeding, and it will be recorded on video today at noon. It is worth noting that Kate Bolger and Davis Wright Tremaine were also the legal counsel who represented ABC News host George Stephanopoulos and ABC in the defamation suit President Trump brought against them and then settled for $15 million dollars on the eve of Stephanopoulos and ABC having been ordered by a Miami court to be deposed.

Larry Klayman, Esq., who filed the suit for Ms. Loomer, had this to say prior to the deposition:

"Bill Maher, a rabid Trump and Loomer hater, cannot fool the American people with his staged meeting at The White House. He has not changed his leftist leopard spots and was even attacking President Trump on his show last week, proving that his stunt was nothing but that, a political stunt. Maher will be held to account and Ms. Loomer is confident that in the end, justice will prevail, with Maher and HBO having to pay dearly in "Real Time" for the severe damage Maher has done to my client."

For more information contact leklayman@gmail.com.

###

In conjunction with CAN-SPAM Act: A Compliance Guide for Business - If you do not wish to receive our occasional emails, please reply "Remove," and we'll take care of that!