# Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Wednesday, March 26, 2025 9:51 PM |
| **To:** | Larry Klayman; Oliver Peer |
| **Cc:** | Rachel E. Fugate |
| **Subject:** | Re: Loomer - Confidentiality stipulation |

Mr Klayman.

My clients are not interested in settlement discussions at the time.

In addition, I am repeating again that Defendants will not produce documents without a confidentiality agreement in place. Please let us know your position on the proposed agreement.

Regards,
Kate Bolger

Get Outlook for iOS

---

**From:** Bolger, Kate
**Sent:** Tuesday, March 25, 2025 1:40:00 PM
**To:** Larry Klayman <leklayman@gmail.com>; Oliver Peer <oliverpeerfw@gmail.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** FW: Loomer - Confidentiality stipulation

Mr. Klayman
I am following up on our earlier conversation. I have relayed our conversation regarding settlement to my client.

Attached is the proposed confidentiality agreement that we sent on February 27. Please let us know if you agree to it. As I mentioned, we will not produce documents without an agreement on confidentiality.

Also, please let me know the names of anyone, including videographers or court reporters, who will be attending Mr. Maher's deposition. We will need those names to get them through security.

Thank you.
Kate Bolger


**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Bolger, Kate
**Sent:** Thursday, February 27, 2025 8:06 PM
**To:** 'Larry Klayman' <leklayman@gmail.com>

**Cc:** 'Oliver Peer' <oliverpeerfw@gmail.com>; 'Rachel E. Fugate' <rfugate@shullmanfugate.com>
**Subject:** FW: Loomer - Confidentiality stipulation


Hi Mr. Klayman,

For your convenience and in anticipation of the parties beginning to produce documents, I am attaching here a draft confidentiality stipulation. The terms are pretty standard and of course protect all parties equally so I am hoping we can mutually agree to these terms and avoid motion practice on a protective order, which would only prolong the production of documents. We are of course happy to discuss or to consider any edits you may have.

Kate Bolger


**Katherine M. Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 489-8340
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.