## Perloff-Giles, Alexandra

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Monday, March 31, 2025 6:41 PM |
| **To:** | Larry Klayman |
| **Cc:** | Rachel E. Fugate |
| **Subject:** | RE: Designation in Deposition Transcript and Video |

Mr. Klayman,
We will agree to order an expedited transcript of the deposition in exchange for your agreement that the transcript, video and content of the deposition remain confidential for 15 business days. We, of course, reserve the right to move the court for confidentiality thereafter.

Thank you. Glad we could reach agreement.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, March 31, 2025 1:24 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Designation in Deposition Transcript and Video

**[EXTERNAL]**

Bases on ur ordering an expedited transcript and video.

Thank you

Larry Klayman

On Mon, Mar 31, 2025, 12:22 PM Larry Klayman <leklayman@gmail.com> wrote:
> Ok. 15 business days.
>
> I will provide the names of attendees by tomorrow cob.
>
> Larry Klayman
>
> On Mon, Mar 31, 2025, 11:23 AM Bolger, Kate <KateBolger@dwt.com> wrote:
>> Mr. Klayman

1

30 days is the standard practice as I am sure you know.  While we fail to understand any good faith reason for your sense of urgency, we will accept your agreement to keep the deposition transcript and video confidential for 15 days after receipt of the certified transcript.  We reserve our right to seek expedited relief from the court if more time is needed.  We would appreciate it if you would agree in the spirit of civility to 15 <u>business</u> days – will you agree to that?

I also reiterate my request for the names of all attendees (court reporter, etc.) so that we may provide them to security.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Sunday, March 30, 2025 9:48 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Designation in Deposition Transcript and Video

**[EXTERNAL]**

Ms. Bolger:

We will agree, if you order an expedited transcript and video, that you may have 15 days to designate what Mr Maher may claim is confidential subject to court review if we cannot agree.

It is unlikely that Maher's testimony will be confidential in any respect, but we will agree to the above to be accommodating and as a courtesy.

Ms. Loomer obviously was defamed to the world in public with more than offensive statements, so for Mr. Maher to shield himself with non-meritorious claims of confidentiality would be inappropriate.

Thank you for your cooperation.

Larry Klayman