




## Laura Loomer Lawfare Fund

**Goal:** USD $150,000                                   **Raised:** USD $29,820

Campaign created by **Laura Loomer**

# Laura Loomer Lawfare Fund

Stand with Laura Loomer: Fund the Fight Against Lawfare and Expose the Truth

Patriots, truth-seekers, and freedom lovers—Laura Loomer needs your help now more than ever! As a fearless investigative journalist, Laura has spent years exposing corruption, uncovering hidden financial networks, and holding the powerful accountable on both sides of the political aisle. Her latest bombshell reports—linking Reid Hoffman, the Sixteen Thirty Fund, and the Hopewell Fund to violent protests through Leftist funding networks of the Sunrise Movement—have struck a nerve. Now, the deep-pocketed elites she's exposed

Give     Share     Pray

## Recent Donations

Show: Most Recent

**Anonymous Giver**
$ 25.00 USD
4 days ago

I believe in you, Laura you're doing some great investigative work. I hope I'm not being scammed here because I'm not gonna investigate it.

 1

**Anonymous Giver**
$ 100.00 USD
5 days ago

 1

**Anonymous Giver**
$ 50.00 USD
6 days ago

Should it fail to proceed, you have my permission to use this donation in anyway you see fit.

 2

**Dr Aleae**
$ 5.00 USD

## Updates

Follow this campaign to get email notifications when the campaign owner posts an update.

Follow

## Prayer Requests

Click the Pray button to let the campaign owner know you are praying for them.

Pray

# GiveSendGo

The place where help and hope go hand in hand.

Start a GiveSendGo    Support GiveSendGo

Let's stay in touch. Make your inbox SHINE!

Email

Follow Us:

Blog

Jobs

Press

Help Center

Giver Army

Testimonials

Prayer Wall

GiveSendGo Tips

Pricing & Fees

Terms of Use

Privacy Policy

Contact Us

©2025 GiveSendGo