



Document title: (1) Larry Klayman on X: &quot;Update on the Bill Maher Deposition in the @LauraLoomer LOOMER vs BILL MAHER @billmaher - BY LARRY KLAYMA…
Capture URL: https://x.com/LarryEKlayman/status/1908677877639565492
Capture timestamp (UTC): Thu, 10 Apr 2025 18:54:26 GMT
Page 2 of 3








