

 Search   

0:01  As you know, last Friday, April 4th, on behalf of Laura Loomer, a fine person, someone who is a great investigative journalist, someone who has the confidence of President Trump, we've seen that just in the last few days with regard to the firing of six national security individuals who were anti-Trump on the basis of information provided by

0:28  Laura Loomer. I took the deposition of Bill Maher, that low-class so-called pundit. He's not a comedian. He's not funny. And although I asked him any questions and I showed him what he had said about Laura Loomer and



### Larry's Freedom Watch Substack Podcast

Freedom Watch & Judicial Watch founded by Larry Klayman, a former prosecutor with the U.S. Department of Justice. It serves as the citizens' Justice Department, filing hard-hitting constitutional legal cases to restore this nation to our Founding Fathers.

Type your email...   Subscribe

**Listen on**

 Substack App      Spotify

 RSS Feed

|  | |
|---|---|
|  | others in terms of his tweets, in terms of what he said, He laughed at his own jokes, disrespectfully. |
| 0:52 | Now I can't reveal confidential information at this point because the deposition is classified, but in 15 days it's going to come unclassified because there was little to nothing in there that was confidential. But what is in there, you'll see how I was harassed at that deposition. Laura Loomer was sitting next to me. The lawyer |
| 1:13 | for Bill Maher from Davis Wright Tremaine, a law firm that actually advertises on its website that it's anti-Trump. This is a law firm that defends defamation, libel, and slander repeatedly for big media interests, for the fake news media. I've been up against them many times. I was harassed during that deposition. I tried to be polite, |
| 1:35 | I took it. I wanted them to show exactly who they were, how disrespectful they are. And it's not just disrespect. With regard to Laura Loomer, she was defamed saying that she had had sex with President Trump behind the back of Melania Trump, committed adultery. That's what's called defamation per se. |
| 1:54 | The court's already ruled that I properly pled that on behalf of Laura Loomer. This case is going to be going to trial in Ocala, Florida. which is an |

### Appears in episode

 Larry Klayman's Freedom Watch

### Recent Episodes


**REPUB. FED JUDGE BILL EXCUSE TO DO NOTHING!**
APR 13 • LARRY KLAYMAN'S FREEDOM...


**FREEDOM WATCH & TRUMP DOJ COMPLEMENTARY!**
APR 10 • LARRY KLAYMAN'S FREEDOM...


**Update on the Bill Maher Deposition**
APR 5 • LARRY KLAYMAN'S FREEDOM WATCH


**Larry on Bill Martinez Live**
MAR 30 • LARRY KLAYMAN'S FREEDOM...


**MORE ANTI-TRUMP CORRUPTION ON THE DC...**
MAR 29 • LARRY KLAYMAN'S FREEDOM...


**Freedom Watch's legal victory against China for causing COVI...**
MAR 27 • LARRY KLAYMAN'S FREEDOM...


**HELP ME SUE OVER LEFTIS DEATH THREATS & VIOLENCE V...**
MAR 25 • LARRY KLAYMAN'S FREEDOM...

area very conservative. I had my campaign headquarters there, as I said yesterday. It is a area that's religious and doesn't take kindly to this kind of behavior.

2:17  Now we tried to mitigate the damage here and settle this matter with Maher, but he's arrogant, his lawyers are arrogant, and so is HBO. We said, put Laura Loomer on your show real time. Let her rebut what she said. Let her tell her side of the story,

2:36  which is that obviously she didn't have sex with the president or committed adultery. That is a moral turpitude. And that's why with defamation per se, damages are presumed. And there are many cases that say actual malice is presumed, even though Laura Loomer is a public figure. But they didn't want to do that.

2:58  They didn't want to confront Laura Loomer. Bill Maher and HBO, they're cowards. They don't want to face up to it. They want to do stuff behind your back, like they did against President Trump. And of course, they use President Trump. They use Laura Loomer, rather, as a way to get to President Trump.

3:14  Because at that time, Maher and HBO were trying to have Trump defeated. And if you go into FEC records and you see who Bill Maher has contributed to, Kamala Harris, on a couple of occasions, you'll see exactly the

|      |      |
|------|------|
|      | motivation there in terms of why he tried to defame both Trump and Laura Loomer at the same time. |
| 3:38 | He used Laura Loomer as a vehicle to try to destroy Trump. Now you have to ask yourself, Kid Rock or not, why Maher was allowed into the White House. The president, I love the president. I support him 100%. But this is the kind of person that he's dealt with before that will stab him in the back. |
| 3:59 | And he'll be back writing vile material to harm Trump going forward. That's his audience. He depends on that for clicks and ratings. sensationalism, salaciousness, low class, sexual humor, which does not even apply with regard to Laura Loomer. And for that matter, anybody else in his league, because he's in a different league of disgusting alleged humor, |
| 4:28 | which is not humor at all, because he's not a comedian. I know that when I used to be on a show many years ago, before he went so far left, politically incorrect, he couldn't even give a line without reading it off the teleprompter. He's not funny, and he is really not a comedian at all. |
| 4:44 | He's just a hatchet man. Now, I want you to go to larryclayman.com. This is expensive. Laura's raised money for costs. I need to raise money for costs. This is a private case. It's a matter of |

|      | |
|------|---|
|      | principle. It's a matter of bringing Bill Maher and others like him to their legal knees to hold them accountable. |
| 5:08 | Because if we don't do it now, particularly when President Trump is president and in power, you can imagine what the leftist media is going to be in four years. They are socialist. They're communist. They're atheist. They're frankly in large measure perverted. We know that with what's been going on with transgender and everything else. |
| 5:31 | They promote all kinds of things to destroy the Judeo-Christian values of this country. They are evil. They are the disciple of the devil, in effect. And we cannot allow that to happen. Now, we need to take on the media. Quite apart from Laura Loomis' case, we have a leftist media strike force at freedomwatchusa.org. |
| 5:52 | That's not her case, but it's what we have done in many, many instances. And I have sued these people in my own right because they've defamed me. I know what it's all about. I've been up against Mars law firm Davis Wright Tremaine for many years. I probably have had 15 cases with them. |
| 6:07 | These people don't tell the truth. They are not straightforward. They're not honest, frankly, to be honest. They are people who are |

|       | hatchet men for the big media that's to the left. And again, they advertise. You can go to their website. You'll see they're advertising. |
|-------|---|
| 6:24  | There was a Hollywood Reporter story of how they're the least favorite law firm of Donald Trump. And then there was a story about me that I'm the counterforce to that in the same Hollywood Reporter. You can Google that. So I want you to go to LarryClayman.com, support Laura's case. |
| 6:42  | We need, the costs are going to get very expensive. We're taking the deposition of HBO on April 30th in New York City. Both they and Mar are in the deep, you know what, they have gone too far. They have to pay for it. We cannot allow this to continue any longer. And of course, |
| 7:02  | they use Laura Loomer to get to President Trump and they're not done yet, believe me. So God bless you. God bless America. God bless your family. God save America. Remember, God will only help us if we help ourselves. |

© 2025 Larry Klayman · Privacy · Terms · Collection notice
Substack is the home for great culture