# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

← Post

🔍 Search

**Laura Loomer** ✓
@LauraLoomer

Subscribe

So many conservatives are bending over backwards to compliment rabid Trump hater Bill Maher @billmaher. Meanwhile, Maher is complicit in the lawfare machine against President Trump and his admin. He has been cheering on Trump hatred for years, and now, Maher wants to rewrite history.

Anyone who is praising Bill Maher needs to be called out given the fact that Maher has anti-Trump legal representation.

I met Bill Maher last week, when my lawyer and I deposed him on video in Beverly Hills. As many of you know, I have filed a $150 Million Defamation lawsuit against Bill Maher and HBO after Maher falsely accused me of having sex with President Trump last September when President Trump invited me as his guest to the Presidential debate.

Who is representing Maher and @HBO in this legal matter?

An anti-Trump law firm called Davis Wright Tremaine. @DWTLaw

The law firm Davis Wright Tremaine has been hard at work "defending" those who have tried to destroy President Trump, his family, me and anyone who stands up to the left and their vile, fake news propaganda. The firm advertises, as you can see in this article, that it is anti-Trump and anti-conservative. They proudly promoted on their website that they are "Trump's Least Favorite Firm" in a @THR Hollywood Reporter spread in 2019.

Among the many Leftists and Trump haters DWT has represented is George Stephanopulos and ABC @ABC @ThisWeekABC in a defamation case filed by President Trump over a false accusation of RAPE.

Ultimately, they settled with President Trump for $15 MILLION in December 2024. This further demonstrates how depraved Davis Wright Tremaine is as a firm. They defend people who make defamatory remarks for the sake of destroying our country and emboldening communists in the media. They tried to destroy President Trump's reputation and his marriage by defending a Fake News puppet who accused Trump of being a RAPIST.

Now, Davis Wright Tremaine is up against me and my lawyer Larry Klayman @LarryEKlayman in a defamation case I filed against Bill Maher and HBO. They want to defend Maher from facing consequences for falsely accusing me of having sex with Donald Trump, which was an attempt to destroy my reputation, as well as President Trump's marriage with @MELANIATRUMP

The lawyers from Davis Wright Tremaine need to be held accountable in the same way others like their friends over at Perkins Coie have been. This month, DWT signed a brief DENOUNCING President Trump and his efforts to crack down on law firms that participate in the Weaponization of Government. They went out of their way to defend the anti-Trump, radical Leftist firm PERKINS COIE.

Hopefully, President @realDonaldTrump takes action against Davis Wright Tremaine. They need to be held accountable for their egregious behavior.

**DaWrTrem**
@JamesTremaine2

Post

---

**Relevant people**

**Laura Loomer** ✓
@LauraLoomer    [Follow]

Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡ Feisty Jewess

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

**What's happening**

Avalanche at Ducks
This morning

Trending in United States
**Katy Perry**
Trending with Gayle, Blue Origin
91.8K posts

Trending in United States
**John Wilkes Booth**
Trending with Abraham Lincoln

Entertainment · Trending
**Kris Jenner**

Entertainment · Trending
**#HarryPotter**
1,499 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.














Document title: (2) Laura Loomer on X: &quot;So many conservatives are bending over backwards to compliment rabid Trump hater Bill Maher @billmaher. Meanwhile,…
Capture URL: https://x.com/LauraLoomer/status/1911168898759893184
Capture timestamp (UTC): Mon, 14 Apr 2025 14:37:48 GMT
Page 7 of 9



