## Bolger, Kate

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Thursday, April 17, 2025 5:26 PM |
| **To:** | Bolger, Kate |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | Re: Loomer v. HBO |

**[EXTERNAL]**

You have no factual or legal bases. Frivolous obstruction.

Predictable that you would try this gambit and we will cross move for attorneys fees and costs and other sanctions.

Govern yourselves accordingly.

Larry Klayman, Esq.

On Thu, Apr 17, 2025, 4:03 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Dear Larry
>
> In light of your and Ms. Loomer's repeated public statements about your intention to release the videotaped deposition of Bill Maher publicly – and indeed, both of your efforts to fundraise off of it – we will be moving the Court to keep the video tape, and limited portions of the deposition, confidential and under seal. We do not consider the capricious publication of the videotape or transcript of a deposition for fundraising and publicity purposes to be consistent with the Federal Rules of Civil Procedure or the case law regarding the proper use of deposition testimony.  Do you oppose the application?
>
> In addition, we will move to seal portions of the motion and the transcript attached to the motion.  Will you consent to that sealing?
>
> Finally, will you agree to keep the transcript, videotape and contents of the deposition confidential while the motion is pending?  Please let us know so we can inform the court.
>
> Please let me know by 9 am tomorrow morning, when we intend to file the motion. I am available to meet and confer today on the subject.
>
> Kate Bolger

1



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**