UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER,**

    Plaintiff,

v.                                     Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER and HOME BOX OFFICE, INC.,**

    **Defendants.**

## ORDER

The parties disagree regarding the confidentiality of Defendant Bill Maher's deposition video and transcript. According to Defendant, Plaintiff Laura Loomer and her counsel have only agreed to keep the deposition materials confidential through May 1, 2025. Accordingly, Defendant has now filed a motion for a protective order asking the Court to designate as confidential the full video of the deposition, as well as portions of the transcript, and to require Plaintiff and her counsel to utilize all materials relating to the deposition solely for purposes of this litigation. (Doc. 57). Defendant has also filed a motion to file under seal: an unredacted version of the deposition transcript, a version of the transcript with highlighting showing proposed redactions, and an unredacted version of the motion for protective order. (Doc. 58).

The Court will take these matters under advisement and address the motions (Docs. 57, 58) once they have been fully briefed. In the meantime, Defendant Bill Maher's deposition video and transcript shall remain confidential –**and shall only be used for purposes of this litigation**—pending further order of the court.

- 2 -

DONE and ORDERED in Ocala, Florida on April 21, 2025.

                                              PHILIP R. LAMMENS
                                              United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties