## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOMER

                      Plaintiff,

    v.                              **Case No: 5:24-cv-00625-JSM-PRL**

BILL MAHER et al

                      Defendants.

### AMENDED NOTICE OF TAKING DEPOSITION

TO:    HOME BOX OFFICE, INC.
          1251 Avenue of the Americas, 21st Floor
          New York, NY 10020-1104

    PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of the Custodian of Records, aka Corporate Representative of Defendant Home Box Office Inc. ("HBO"). This deposition will take place at Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104 on May 7, 2025 at 10:00 a.m. This deposition will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

    The Custodian of Records will testify about the follow subject areas:

    1.    Any and all internal records that refer or relate to Laura Loomer having sex with Donald Trump.

1

2. Any and all internal records that refer or relate to Laura Loomer and her relationship with Donald Trump.

3. Any and all internal records with regard to internal discussions at HBO concerning Laura Loomer and allegations that she was defamed by Bill Maher.

4. Any and all internal records that refer or relate to criticism and/or discipline by HBO concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time or any other statement or broadcast that refers or relates in any way to Laura Loomer:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

5. Any and all internal records which refer or relate to Donald Trump's relationship, sexual or otherwise, with Melania Trump.

6. Any fact-checking procedures and protocols used by HBO and/or Real Talk with Bill Maher.

7. The facts and circumstances around any fact-checking done by HBO, Bill Maher, Real Talk with Bill Maher, or anyone acting on their behalf, HBO concerning Bill Maher's publication of the following statement on the September 13, 2024 episode of Real Time and the segment concerning Ms. Loomer on September 20,2024:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like

his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

8. The facts and circumstances around and/or which refer or relate to any of the allegations of Ms. Loomer's Amended Complaint.

9. Record retention policies and practices of HBO.

10. Testimony concerning the search of documents pursuant to Plaintiff's request to produce.

11. The total assets, gross and net worth of HBO for 2019 through 2024, by year.

12. Prior defamation litigation against HBO and Bill Maher, or threats of defamation litigation.

13. HBO's and/or Bill Maher's insurance carrier and coverage for defamation.

Dated:      April 24, 2025            Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, April 24, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

<em>/s/ Larry Klayman</em>