## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>           Plaintiff,<br><br>v.<br><br>BILL MAHER et al<br><br>           Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' (1) MOTION FOR A PROTECTIVE ORDER DESIGNATING THE VIDEO DEPOSITION OF BILL MAHER AND PORTIONS OF THE TRANSCRIPT AS CONFIDENTIAL AND DIRECTING THAT THE DEPOSITION BE USED ONLY FOR THE PURPOSES OF THE LITIGATION AND (2) MOTION TO SEAL**

Plaintiff Laura Loomer ("Ms. Loomer") hereby moves the Court for a brief three (3) day extension of time, until and including Wednesday May 7, 2025 to file responses in opposition to (1) Defendants' Motion for a Protective Order Designating the Video Deposition of Bill Maher and Portions of the Transcript as Confidential and directing that the Deposition be Used Only for Purposes of the Litigation [ECF No. 57], and (2) Defendants' Motion to Seal [ECF No. 58].

The reason for this request is that the undersigned counsel has been short-staffed and had client emergencies arise. The undersigned has also had to assist in the preparation of and attend a crucial oral argument at the U.S. Court of Appeals for the Eleventh Circuit, which has taken up a lot of his time. This is the first and only requested extension and no further extensions of time will be

sought. There will be no prejudice to the Defendants if the Court grants this brief three (3) day extension.

Counsel for Defendants do not oppose this motion.

Dated:    May 2, 2025                             Respectfully Submitted,


                                                  By: /s/ Larry Klayman
                                                  Larry Klayman, Esq.
                                                  Florida Bar No.: 246220
                                                  Klayman Law Group P.A.
                                                  7050 W. Palmetto Park Rd
                                                  Boca Raton, FL, 33433
                                                  Tel: 561-558-5536
                                                  leklayman@gmail.com

                                                  *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, May 2, 2025 the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

                                                  /s/ Larry Klayman