UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

---

LAURA LOOMER,

        *Plaintiff*,

- against -

BILL MAHER and HOME BOX OFFICE, INC.,

        *Defendants*.

Case No.: 5:24-cv-00625-JSM-PRL

---

### DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendants Bill Maher and Home Box Office, Inc. consent to Plaintiff Laura Loomer's motion for leave to file a surreply to Defendants' Motion for a Protective Order. Defendants respectfully request that the Court deny Plaintiff's motion for sanctions, which was not filed with consent despite the misleading caption on Plaintiff's motion, *see* ECF No. 66.

As set forth in the correspondence attached to Plaintiff's motion, *see id.*, Defendants asked for Plaintiff's position on their motion for leave to reply, and Plaintiff's counsel, Larry Klayman, responded: "We will agree if you agree to a surreply." Defendants accepted the condition on Plaintiff's consent, and noted Plaintiff's consent rather than opposition in the required Local Rule 3.01(g) Certification in their motion for a reply. Defendants, aware that only the court can grant a motion for a surreply, anticipated Plaintiff would file a motion for a surreply noting Defendants' consent.

1

While Mr. Klayman apparently expected something else, counsel for Defendants certainly did not intend to misrepresent Plaintiff's position. Indeed, counsel for Defendants explained as much to Mr. Klayman before he filed his motion for sanctions, stating that Defendants "understood that you consented on the condition that we also consent to your filing a surreply," and that "[w]e accept that condition and consent to your filing a surreply." *See* ECF No. 66, Ex. 1. And, when Defendants became aware that Mr. Klayman felt his position had been misrepresented, they were preparing to amend their motion for leave to so notify the Court and avoid any unintended confusion, but Plaintiff filed her motion for sanctions before Defendants had an opportunity to do so.

Defendants' motion for leave to reply did not contain mischaracterizations of any kind, much less those warranting sanctions. Accordingly, Defendants consent to a surreply on the motion for a Protective Order, but request that the Court deny the motion for sanctions.

Respectfully submitted,

*/s/ Rachel E. Fugate*

Rachel E. Fugate (FL Bar No. 144029)
Yelan Escalona (FL Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com