UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LAURA LOOMER,

    Plaintiff,

v.                                   Case No.: 5:24-cv-00625-JSM-PRL

BILL MAHER, et al.,

    Defendants,

_____/

**ORDER**

This matter is before the Court on Plaintiff's motion for leave to file a surreply to Defendants' motion for a protective order (Doc. 57) and Defendants' motion to seal (Doc. 58). (Doc. 66).

Upon due consideration, Plaintiff's motion (Doc. 66) is granted to the extent that she may file a surreply, limited to **seven pages,** within **seven days** of the date that Defendants file their reply. The Court, however, declines to impose sanctions. Given the Court's review of the papers, it does not appear that defense counsel engaged in sanctionable conduct. At most, there was a misunderstanding between counsel which was of no consequence since the Court has granted Plaintiff's motion to file a surreply.

DONE and ORDERED in Ocala, Florida on May 13, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge