# KLAYMAN LAW GROUP
### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.                    7050 W. Palmetto Park Rd                    Tel: 561-558-5336
                                       Boca Raton, FL, 33433

Via Federal Express

September 16, 2024

Home Box Office, Inc.
30 Hudson Yards
New York, NY, 10001

Bill Maher
c/o William Morris Endeavor
9601 Wilshire Blvd
Beverly Hills, California, 90210

**Re: Cease and Desist Letter and Demand for Retraction Pursuant to Fla. Stat. § 770.01**

Attn: Bill Maher and Home Box Office, Inc.

This letter is to put you on notice of false, malicious, and defamatory statements of and concerning my client, Laura Loomer ("Ms. Loomer"), made by Bill Maher ("Maher") on the September 13, 2024 episode of Real Time With Bill Maher, which was broadcasted by Home Box Office, Inc. ("HBO") and to demand a correction or retraction of these statements along with a published apology on an episode of Real Time With Bill Maher featuring Ms. Loomer as a guest. These false, malicious, and defamatory statements are set forth below.

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

Maher has falsely, and without any factual basis, accused Ms. Loomer of having committed adultery with Mr. Trump, who is married to Melania Trump. These statements are highly damaging to Ms. Loomer's reputation and goodwill and are, in fact, defamatory *per se*. "…words which falsely accuse a woman of adultery are libelous per se and that a plaintiff need not allege or prove general or special damages." *Bobenhausen v. Cassat Ave. Mobile Homes, Inc.*, 344 So. 2d 279, 281 (Fla. Dist. Ct. App. 1977).

Accordingly, with full reservation of all rights to pursue legal remedies including but not limited to filing suit, Ms. Loomer demands correction or retraction of these false, malicious, and

defamatory statements within five (5) days pursuant to Fla. Stat. § 770.01 along with a public apology on an episode of Real Time With Bill Maher featuring Ms. Loomer as a guest.


Dated: September 16, 2024

_____
Larry Klayman, Esq.
leklayman@gmail.com

Counsel for Laura Loomer