# EXHIBIT 1

## Bolger, Kate

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Thursday, February 27, 2025 8:20 PM |
| **To:** | Bolger, Kate |
| **Subject:** | Re: FW: Loomer - Confidentiality stipulation |

**[EXTERNAL]**

Provide the name and address of Maher's lawyer so we can reissue the notice.

I will look at the protective order but make sure it has a expeditious mechanism to declassify when you overly stamp docs confidential that will most certainly occur.

Larry Klayman

On Thu, Feb 27, 2025 at 5:06 PM Bolger, Kate <KateBolger@dwt.com> wrote:

Hi Mr. Klayman,

For your convenience and in anticipation of the parties beginning to produce documents, I am attaching here a draft confidentiality stipulation. The terms are pretty standard and of course protect all parties equally so I am hoping we can mutually agree to these terms and avoid motion practice on a protective order, which would only prolong the production of documents. We are of course happy to discuss or to consider any edits you may have.

Kate Bolger

**Katherine M. Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 489-8340
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.