# EXHIBIT 2

## Bolger, Kate

**From:**           Larry Klayman <leklayman@gmail.com>
**Sent:**           Friday, March 28, 2025 1:11 PM
**To:**             Bolger, Kate
**Cc:**             Oliver Peer; Larry Klayman
**Subject:**        Re: Loomer - Confidentiality Stipulation

**[EXTERNAL]**

Ms. Bolger:

There is nothing confidential about this straightforward case.

The confidential protective order you propose will also compound the time and expense of this litigation.
It will in effect cause multiple motions, hearings, loss of time and expense and burden the court.

Ms. Loomer will proceed without the documents at this time.

See you on April 4 at the noticed place and time for Mr. Maher's deposition.

Sincerely,

Larry Klayman, Esq.


On Fri, Mar 28, 2025 at 8:42 AM Bolger, Kate <KateBolger@dwt.com> wrote:


Dear Mr. Klayman,

We have a production of documents responsive to your requests ready to be produced to you
today.  But, as I have repeatedly said, we need a confidentiality agreement in place before we can
proceed. It is a standard practice to have a confidentiality agreement or protective order in place for any
litigation, which serves the interest of all parties involved.  The draft agreement we proposed on
February 27 is pro forma and protects both parties equally. I am reattaching it to this email.  We are
happy to consider any edits you might have.  Please let us know your comments (if any) as soon as
possible so we can proceed with production and with Mr. Maher's deposition next week.

Also, as a reminder, we are expecting your client's first production on April 14.

Kate Bolger