# EXHIBIT 3

# Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Monday, June 2, 2025 2:38 PM |
| **To:** | Larry Klayman |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | RE: Loomer  - Rosenstein deposition. |

Mr. Klayman
Do you agree that  the video and transcript of the deposition of Nina Rosenstein be used for the purposes of this litigation and this litigation only ? If not, we will advise the court.
Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Bolger, Kate
**Sent:** Wednesday, May 28, 2025 12:12 AM
**To:** Larry Klayman <Leklayman@gmail.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** RE: Loomer - Rosenstein deposition.

Mr Klayman
Can I have the courtesy of a response, please?
Thank you
Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Bolger, Kate
**Sent:** Thursday, May 22, 2025 12:13 PM
**To:** Larry Klayman <Leklayman@gmail.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Loomer - Rosenstein deposition.

Mr. Klayman
Will you agree that the video and transcript of the deposition of Nina Rosenstein be used for the purposes of this litigation and this litigation only? In other words, you and your client will not distribute it to the public or seek to fund this litigation in some way on the basis of its contents?
Please let me know.

1

Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**

2