# EXHIBIT 4

Laura Loomer v.         FINAL                 May 7, 2025
Bill Maher            [CONFIDENTIAL]        Nina Rosenstein

```
                                                          Page 1


     IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF FLORIDA
     OCALA DIVISION
     --------------------------------------------------
     LAURA LOOMER,

                       Plaintiff,


             v.


     BILL MAHER
     And
     HOME BOX OFFICE, INC.

                       Defendants.


     Case No. 5:24-CV-625-JSM-PRL
     --------------------------------------------------


     VIDEO DEPOSITION OF
     Nina Rosenstein
     May 7, 2025
     New York, New York
     Lead: Larry Klayman, Esquire
     Firm: Klayman Law Group



     FINAL COPY - CONFIDENTIAL
     JANE ROSE REPORTING 1-800-825-3341
```

| Laura Loomer v. Bill Maher | FINAL [CONFIDENTIAL] | May 7, 2025 Nina Rosenstein |
|---|---|---|

```
                                                          Page 4
 1    in-house counsel from HBO.  Jessica
 2    Davidovitch is here on behalf of the
 3    defendants.
 4            Actually before we get started,
 5    Larry, I just want to memorialize our
 6    agreement that we're going to keep this
 7    deposition confidential for 15 days, the
 8    end of which HBO can move, or not move, to
 9    have that confidentiality deposition
10    lifted, and that we're both complying with
11    the Court's interim order.  And I want to
12    make sure to keep Mr. Maher's video and
13    parts of his transcript discreet.  And it's
14    just 15 business days, and we have that
15    agreement, correct?
16            MR. KLAYMAN:  Correct.  Are you
17    producing any documents today?
18            MS. BOLGER:  No.  As we -- we told
19    you on February 27th and March 25th and
20    March 26th and April 30th and Monday, we
21    will produce documents to you as soon as we
22    have an agreed upon confidentiality
23    stipulation that is entered by the Court.
24    You've just simply refused to give me
25    comments on that confidentiality
```

JANE ROSE REPORTING                National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

| Laura Loomer v. Bill Maher | FINAL [CONFIDENTIAL] | May 7, 2025 Nina Rosenstein |
|---|---|---|

```
                                                          Page 5
 1      stipulation.
 2              Unless we have some agreement about
 3      confidentiality, we're not going to produce
 4      documents.  As soon as we do, we'll be able
 5      to get them to you within hours.  But we
 6      need to have that agreement.
 7              MR. KLAYMAN:  But as we set forth
 8      in our exchange of emails, the reason for
 9      that, from our perspective, is that your
10      proposed stipulation is so overly broad.
11      Frankly it's so broad, it's not even to be
12      capable of being edited.
13              In this case, which is so simple,
14      which deals with essentially one alleged
15      defamatory statement and others that were
16      made subsequent to that which compounded
17      the damage, then this is something that we
18      can agree to.
19              I mean, this is not a complex
20      commercial case or anything like that.  So
21      I suggested, and I hope that you'll
22      reconsider, that we work on this 15-day
23      agreement that we have that, you know, you
24      can produce the documents.  I would keep
25      them confidential, and then you can decide,
```

JANE ROSE REPORTING                National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

| Laura Loomer v. Bill Maher | FINAL [CONFIDENTIAL] | May 7, 2025 Nina Rosenstein |
|---|---|---|

```
                                                        Page 74
 1    stipulation that is so ordered, we will not
 2    produce documents.
 3            MR. KLAYMAN:  Well --
 4            MS. BOLGER:  And we are doing that,
 5    in part, because you and your client have
 6    grandstanded off this litigation, and in
 7    fact Ms. Loomer has sought to raise money
 8    based on her promise to disclose the
 9    videotape of Mr. Maher's deposition.
10            We have a good faith reason to
11    believe that y'all are seeking to use our
12    documents for a non-litigation purpose, and
13    that's our position.
14            And if you want to the fight with
15    me about it, fight with me about it in
16    front of the judge.  But that's not --
17            (Simultaneous speakers.)
18            MR. KLAYMAN:  The only person --
19    the only people that are grandstanding are
20    Bill -- are Bill Maher and HBO smearing my
21    client in a disgusting defamation per se --
22            MS. BOLGER:  Can you ask a
23    question?
24            MR. KLAYMAN:  -- with absolutely no
25    remorse --
```