UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER,**

    **Plaintiff,**

**v.**                                                                                   Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER, et al.,**

    **Defendants.**

_____

## ORDER

The parties have ongoing disagreement regarding the confidentiality and appropriate usage of depositions taken in this case. Defendants initially filed a motion for protective order regarding Bill Maher's deposition video and transcript. (Doc. 57). The Court previously took that motion under advisement and directed that Mr. Maher's deposition video and transcript shall remain confidential –and shall only be used for purposes of this litigation—pending further order of the court. (Doc. 59).

However, before the Court could issue a substantive ruling on that motion, Defendants filed a second motion regarding the deposition of HBO's 30(b)(6) corporate representative, Nina Rosenstein. (Doc. 73). According to Defendants, Plaintiff Laura Loomer and her counsel have only agreed to keep Ms. Rosenstein's deposition materials confidential through June 4, 2025. In their motion for protective order, Defendants ask the Court to enter an Order directing that Ms. Rosenstein's deposition be used solely for purposes of this litigation.

The Court will take these motions for protective order (Docs. 57, 73) under advisement and address them together once Plaintiff has responded to this most recent motion. In the meantime, the transcript and videotapes of the May 7, 2025, deposition of HBO's 30(b)(6)

- 2 -

corporate representative, Nina Rosenstein, shall only be used for purposes of this litigation pending further order of the Court.

    **DONE** and **ORDERED** in Ocala, Florida on June 3, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties