# Exhibit 2

**Bolger, Kate**

---

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Thursday, May 1, 2025 1:14 PM |
| **To:** | Bolger, Kate |
| **Cc:** | Rachel E. Fugate; Oliver Peer; Larry Klayman |
| **Subject:** | Re: Loomer - HBO 30b6 |

**[EXTERNAL]**

Ms. Bolger:

We need to hold a meet and confer later today or tomorrow afternoon, as you and your clients have not produced one document to Ms. Loomer, despite there not having being any confidential protective order in effect. Given your admissions in recent pleadings that not everything is confidential, even taking your non-meritorious and frivolous arguments at face value, this non-action was and continues to be actionably obstructionist, and my client and I thus demand that documents be produced pursuant to our requests to produce by cob tomorrow, Friday, May 2, 2025, in order that they can be used at HBO's deposition this Wednesday April 7, 2025.

We will keep them confidential until the court rules on your motion for protective order and adhere to any such order, pending any possible subsequent motion and appeal. This is a very straightforward case and your actions have been and continue to be in extreme bad faith, at best.

Further, we will agree to 15 calendar days to designate any alleged confidential information that may be subject to HBO's deposition. However, we cannot countenance, as you did will Maher, sandbag us in yet more extreme bad faith by then filing another non-meritorious and frivolous motion to seal the entire deposition transcript and video etc. at the end of these 15 days.

Your tactics are transparent and regrettably predictable.

Let me know when we can talk and thus meet and confer today or tomorrow in the afternoon.

Larry Klayman, Esq.

On Thu, May 1, 2025 at 12:44 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman,
>
> Looking ahead to the deposition of HBO's 30(b)(6) corporate representative next week, please confirm that the deposition transcript and video will be kept confidential pending a decision on Defendants' motion for a protective order regarding the deposition of Bill Maher, consistent with the court's provisional order on that motion, *see* ECF No. 59, and then subject to the terms of any final order on that motion. (For the avoidance of doubt, irrespective of any decision on Defendants' motion for a protective order, Defendants reserve the right to designate specific portions of the 30(b)(6) witness's transcript as confidential.)

1

In addition, please provide the list of all attendees for the deposition, including videographer and court reporter, so we can add them to the security list.

Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**