# Exhibit 3

# Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Friday, May 2, 2025 4:24 PM |
| **To:** | Larry Klayman |
| **Cc:** | Rachel E. Fugate; Oliver Peer |
| **Subject:** | Loomer - draft protective order and proposed agreement |
| **Attachments:** | Draft Confidentiality Agreement.docx |

Mr. Klayman

I am following up on our earlier conversation.

First, here is the proposed Confidentiality Stipulation that I have sent for you several times, the first of which was on February 27. Please let me know your comments, if any. As I have told you since February, Defendants will not produce documents until a Confidentiality Stipulation and Order is in place, which is a standard practice in any litigation involving sophisticated businesses.

Second, please confirm your agreement that Plaintiff and you will agree that the deposition transcript and video of HBO's witness will be kept confidential pending a decision on Defendants' motion for a protective order regarding the deposition of Bill Maher, consistent with the court's provisional order on that motion, *see* ECF No. 59, and then subject to the terms of any final order on that motion. (For the avoidance of doubt, irrespective of any decision on Defendants' motion for a protective order, Defendants reserve the right to designate specific portions of the 30(b)(6) witness's transcript as confidential.)

Finally, and also for the avoidance of doubt, because we have told you since February that Defendants will not produce documents absent a protective order and you refused to negotiate with us regarding its scope (and, in fact, specifically told me that you would continue to with Mr. Maher's deposition without documents), I need to reiterate that neither Mr. Maher nor any representative of HBO (should you choose to proceed without documents) will appear for more than one deposition, nor are you entitled to leave any depositions "open" as you have previously suggested. You already elected to proceed with Mr. Maher without documents so that deposition is over. If you would prefer to postpone the HBO witness deposition currently scheduled for next week until after the document issue is resolved, we are fine with that; otherwise if you prefer to proceed as scheduled without documents that is your prerogative, but you will not get a second bite at the apple with that witness.

Kate Bolger