# Exhibit 4

# KLAYMAN LAW GROUP
### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.　　　　　7050 W. Palmetto Park Rd　　　　　Tel: 561-558-5336
　　　　　　　　　　　　　　　Boca Raton, FL, 33433

May 15, 2025

Via Email

Kate Bolger
Davis Wright Tremaine LLP
katebolger@dwt.com

Rachel E. Fugate
Shullman Fugate
rfugate@shullmanfugate.com

**Re:**　***Loomer v. Maher et al*, 5:24-cv-00625**

Plaintiff Laura Loomer is producing the following documents with regard to Defendants' First Set of Request for Production of Documents with full reservation of all rights and subject to and without waiving any objections thereto. Four years of her tax returns will be produced in the next few days. The tax returns are the only documents to date for which she claims confidentiality, since legal proceedings, particularly in a case as simple and straightforward as this one, must not be litigated in secret as a "star chamber."

Importantly, Plaintiff is providing documents while Defendants have provided none to date. There is no reason, as discussed recently at the deposition of Home Box Office, Inc.'s Rule 30 Representative, that you cannot provide them to us in confidence to Plaintiff subject to Defendants' Motion for Protective Order, which is currently being litigated. We will keep them confidential subject to a dispositive ruling, and will adhere to any court order, subject to any appeal. Please therefore provide the Defendants' documents to us and we will honor any designation of confidentiality, subject to either a mutually agreeable negotiated solution or court intervention should this prove necessary. Hopefully Court intervention will not prove necessary, as we should try not to waste and overload the Court's time and resources with motions practice.

Finally, I do not agree to your recitation of what occurred at our meet and confer at the recent HBO deposition.

Plaintiff treated you and your clients with professional courtesy and Ms. Loomer and I expect the same in exchange.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

Larry Klayman, Esq.

cc: Ms. Laura Loomer