# Exhibit 7

# KLAYMAN LAW GROUP
## A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.　　　7050 W. Palmetto Park Rd　　　Tel: 561-558-5336
　　　　　　　　　　　　　Boca Raton, FL, 33433

May 20, 2025

Via Email

Kate Bolger
Davis Wright Tremaine LLP
katebolger@dwt.com

Rachel E. Fugate
Shullman Fugate
rfugate@shullmanfugate.com

Re:　*Loomer v. Maher et al*, 5:24-cv-00625

Please confirm immediately that the past four years of Plaintiff Laura Loomer's tax returns, which are being produced pursuant Defendants' First Set of Request for Production **will be kept confidential**. Once confirmation is received, Plaintiff will produce these documents with full reservation of all rights and subject to and without waiving any objections to Defendants' First Set of Request for Production.

Again, Plaintiff is providing documents while Defendants have provided none to date. There is no reason that you cannot provide them to us in confidence to Plaintiff subject to Defendants' Motion for Protective Order, which is currently being litigated, particularly since Plaintiff has produced confidential documents. We will keep them confidential subject to a dispositive ruling, and will adhere to any court order, subject to any appeal. Please therefore provide the Defendants' documents to us and we will honor any designation of confidentiality, subject to either a mutually agreeable negotiated solution or court intervention should this prove necessary. Hopefully Court intervention will not prove necessary, as we should try not to waste and overload the Court's time and resources with motions practice.

Sincerely,

*/s/ Larry Klayman*

Larry Klayman, Esq.

cc: Ms. Laura Loomer