# Exhibit E

# Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Friday, March 14, 2025 10:28 AM |
| **To:** | 'Larry Klayman' |
| **Cc:** | Oliver Peer |
| **Subject:** | RE: Loomer v. Maher |

Mr. Klayman

As you see from the other email, we offered and HBO representative for either April 30 or May 1.
We will agree to the 30 day extension of time to April 14 provided that you produce documents (rather than just responses and objections) on that date.
Please confirm.
Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, March 13, 2025 7:07 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>
**Subject:** Loomer v. Maher

**[EXTERNAL]**

Ms. Bolger:

Will you agree to 30 day extension to respond to defendants discovery requests.

This would make them due well in advance of Ms. Loomer's scheduled deposition.

In addition, do you have dates for the deposition of HBO's corporate rep.

Thank you for your response by cob tomorrow.

Larry Klayman, Esq

1