# Exhibit F

## Bolger, Kate

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Friday, March 14, 2025 2:24 PM |
| **To:** | Bolger, Kate; Oliver Peer |
| **Cc:** | Rachel E. Fugate |
| **Subject:** | Re: Loomer v. HBO |

**[EXTERNAL]**

April 30 for corporate rep dep.

We will produce documents which are not privileged (but have privilege log) and that which is relevant or may lead to relevant evidence, which is the standard. So thank you for agreeing to the extension of 30 to respond to discovery.

Larry Klayman

On Fri, Mar 14, 2025 at 6:51 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr Klayman
>
> I will respond to your other email about an extension presently – but see below. I offered April 30 or May 1 for the deposition of the HBO designee.
>
> Kate Bolger
>
> PS I changed the subject line on this email to reflect the proper case.
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
> ___
> **P** 212.402.4068  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**
>
> **From:** Bolger, Kate
> **Sent:** Monday, March 10, 2025 11:14 PM
> **To:** 'Larry Klayman' <leklayman@gmail.com>
> **Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
> **Subject:** RE: Hunter v. Netflix et al

1

Mr. Klayman.

Subject to final confirmation on our end, we can offer April 30 or May 1 for the deposition of the HBO designee.

Please let me know which day works and I will confirm.

Thanks

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, March 10, 2025 6:36 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
**Subject:** Re: Hunter v. Netflix et al

**[EXTERNAL]**

Pl provide by cob Tues March 11

LK

On Mon, Mar 10, 2025 at 2:55 PM Larry Klayman <leklayman@gmail.com> wrote:

> Part applies to you. Pl provide dates to depose corp reps in Maher/HBO case.

2

Larry Klayman

On Mon, Mar 10, 2025 at 2:47 PM Bolger, Kate <KateBolger@dwt.com> wrote:

Mr. Klayman

I have no involvement in this litigation, so you can leave me off the emails.

Thanks

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, March 10, 2025 5:46 PM
**To:** Rachel E. Fugate <rfugate@shullmanfugate.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Bolger, Kate <KateBolger@dwt.com>; Larry Klayman <leklayman@gmail.com>
**Subject:** Hunter v. Netflix et al

**[EXTERNAL]**

Rachel:

You and your colleagues were going to get back to me on dates to depose the corporate rep and also whether you will accept service for the other defendants.

Pl advise by cob tomorrow.

Larry Klayman

4