# Exhibit G

**Bolger, Kate**

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Friday, April 11, 2025 4:49 PM |
| **To:** | Larry Klayman |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | Re: Loomer v. Maher |

Of course. My condolences on your loss.

Get [Outlook for iOS](#)

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Friday, April 11, 2025 2:25:06 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. Maher

# [EXTERNAL]

Ms. Bolger:

We will notice up the deposition in the next day as we intend to proceed on April 30, 2025

In the meantime, I had a tragic death in the family which has set me back for time. As a result will you agree to another 10 days from April 14, 2025 to respond to defendants' discovery.

Thank you for your consideration.

Larry Klayman

On Fri, Apr 11, 2025 at 10:58 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Dear Larry.
>
> Last evening, we received copy of the Bill Maher transcript. Per our agreement, the transcript, the video, and their contents are confidential for 15 business days (until May 1).
>
> In addition, please confirm that you still intend to take the deposition of an HBO 30(b)(6) witness on April 30. If so, please serve a notice of deposition so that we know what topics we need to prepare the witness to address. In addition, to accommodate the witness, the deposition will need to start at 1 pm.
>
> Thanks.

1

Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**