# Exhibit H

**Bolger, Kate**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Monday, April 21, 2025 2:55 PM |
| **To:** | Bolger, Kate |
| **Cc:** | Oliver Peer; Rachel E. Fugate; Larry Klayman |
| **Subject:** | Loomer Discovery |

**[EXTERNAL]**

In light of your motions and the need to address them quickly, we will another week to respond to your discovery or by April 28, 2025. Given that Ms. Loomer's deposition is on June 2, 2025, this leaves plenty of time.

Thank you for your consent.

Larry Klayamn

1