# Exhibit I

**Bolger, Kate**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Wednesday, April 23, 2025 10:40 PM |
| **To:** | Bolger, Kate |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | Re: Loomer Discovery |

**[EXTERNAL]**

You are so tuff ha. Ok I agree.

All the best

Larry Kkayman

On Wed, Apr 23, 2025, 10:32 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Dear Mr. Klayman.
>
> No. We do not agree to that.
>
> We can agree to the extension you originally requested of 4/28.
>
> Otherwise, we will expect your responses tomorrow and are prepared to proceed with an HBO witness on April 30.
>
> Please let us know how you would like to proceed.
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
> _____
> **P** 212.402.4068  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, April 23, 2025 9:23 PM
**To:** Bolger, Kate <KateBolger@dwt.com>

**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer Discovery

**[EXTERNAL]**

Will agree to May 7 if you consent to May 9 to respond to ur discovery.

Larry Klayman

On Wed, Apr 23, 2025, 1:10 PM Larry Klayman <leklayman@gmail.com> wrote:

> Will do by days end..
>
> Larry Kkayman1[1]
>
> On Wed, Apr 23, 2025, 12:50 PM Bolger, Kate <KateBolger@dwt.com> wrote:
>
>> Dear Mr. Klayman.
>>
>> Can you confirm the deposition on May 7 so we can confirm a date for you document production?
>>
>> Thanks
>>
>> Kate Bolger
>>
>> **Kate Bolger**
>> **Partner,** Davis Wright Tremaine LLP
>>
>> **P** 212.402.4068  **E** katebolger@dwt.com
>> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
>> **DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, April 22, 2025 6:25 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>; Larry Klayman <leklayman@gmail.com>
**Subject:** Re: Loomer Discovery

**[EXTERNAL]**

The court entered an interim order pending briefing and argument and disposition on your motions.

Larry Klayman

On Tue, Apr 22, 2025, 5:32 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Thank you for clarifying.
>
> We consent to you submitting the video for in camera review (in fact, we offered to do that too).
>
> For the avoidance of doubt, the court has ordered that the video, the transcript, and the contents of the deposition are confidential and cannot be used for purposes other than this litigation. We are confident you will abide by that.
>
> Thanks
>
> Kate Bolger
>
> Get Outlook for iOS
>
> **From:** Larry Klayman <leklayman@gmail.com>
> **Sent:** Tuesday, April 22, 2025 3:47:42 PM
> **To:** Bolger, Kate <KateBolger@dwt.com>
> **Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
> **Subject:** Re: Loomer Discovery

**[EXTERNAL]**

No under seal or for view in chambers only. Not public.

Larry Klayman

On Tue, Apr 22, 2025, 4:43 PM Bolger, Kate <KateBolger@dwt.com> wrote:

Hi Oliver

Are you asking me if Mr. Klayman can file the video on the public docket? That would be contemptuous of the Court's order.

Please explain.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Oliver Peer <oliver.peerfw@gmail.com>
**Sent:** Tuesday, April 22, 2025 4:37 PM
**To:** Larry Klayman <leklayman@gmail.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer Discovery

**[EXTERNAL]**

Good afternoon:

4

Mr. Klayman will be moving to file the video of Mr. Maher's deposition with the Court. Please advise if you will consent to this by noon tomorrow. Thank you.

Regards,

Oliver Peer

Klayman Law Group P.A.

On Tue, Apr 22, 2025 at 12:07 PM Larry Klayman <leklayman@gmail.com> wrote:

> Tentatively May 7. Let me know and I will double check my schedule.
>
> Larry Klayman

On Tue, Apr 22, 2025, 2:28 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Hi again
>
> I am just following up to see if you had the chance to check your calendar so we can confirm a possible new date for the deposition and your document production.
>
> Thanks
>
> Kate Bolger
>
> ---
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
>
> **P** 212.402.4068  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**
>
> ---
>
> **From:** Bolger, Kate
> **Sent:** Monday, April 21, 2025 5:26 PM
> **To:** Larry Klayman <leklayman@gmail.com>
> **Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
> **Subject:** RE: Loomer Discovery

I know

I was thanking you for the courtesy of checking.

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, April 21, 2025 5:25 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>
**Subject:** Re: Loomer Discovery

**[EXTERNAL]**

I did not agree yet. I need to check my schedule.

On Mon, Apr 21, 2025 at 2:20 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Thank you
>
> May 4 is a Sunday, but May 5 would work.
>
> The client appreciates the courtesy.
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
>
> **P** 212.402.4068  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**

6

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, April 21, 2025 5:09 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Rachel E. Fugate <rfugate@shullmanfugate.com>; Oliver Peer <oliverpeerfw@gmail.com>; Larry Klayman <leklayman@gmail.com>
**Subject:** Re: Loomer Discovery

**[EXTERNAL]**

I have to check my schedule. Perhaps May 4 or 5. I will check and get back to you.

Larry Klayman, Esq.

On Mon, Apr 21, 2025 at 2:07 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman
>
> Would you consider rescheduling the deposition for any day the week of May 5-9 to accommodate the client's schedule?
> Kate Bolger
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
> **P** 212.402.4068  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Monday, April 21, 2025 3:59 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Re: Loomer Discovery

**[EXTERNAL]**

7

> I cannot due to scheduling.
>
> Larry Klayman
>
> On Mon, Apr 21, 2025, 11:55 AM Larry Klayman <leklayman@gmail.com> wrote:
>
>> In light of your motions and the need to address them quickly, we will another week to respond to your discovery or by April 28, 2025. Given that Ms. Loomer's deposition is on June 2, 2025, this leaves plenty of time.
>>
>> Thank you for your consent.
>>
>> Larry Klayamn