IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAURA LOOMER<br><br>                  Plaintiff,<br>   v.<br><br>BILL MAHER et al<br>                 Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff Laura Loomer hereby provides notice that Larry Klayman is lead counsel in this matter.

Dated:     June 11, 2025               Respectfully Submitted,

                                                        By: /s/ Larry Klayman
                                                        Larry Klayman, Esq.
                                                        Klayman Law Group P.A.
                                                        7050 W. Palmetto Park Rd
                                                        Boca Raton, FL, 33433
                                                        leklayman@gmail.com

                                                        Counsel for Plaintiff

1