**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION**

---

| | |
|---|---|
| LAURA LOOMER, | |
| *Plaintiff*, | |
| - against - | Case No.: 5:24-cv-00625-JSM-PRL |
| BILL MAHER and HOME BOX OFFICE, INC., | |
| *Defendants*. | |

---

## DEFENDANTS' TIME SENSITIVE MOTION FOR AN ORDER REQUIRING PLAINTIFF TO USE THE DEPOSITION OF LAURA LOOMER ONLY FOR LITIGATION PURPOSES

Defendants Home Box Office, Inc. ("HBO") and Bill Maher (collectively "Defendants") respectfully request that this Court enter an Order directing that the transcript and videotape of the June 4, 2025 deposition of Laura Loomer ("Plaintiff") be used solely for the purposes of litigation. This motion is time-sensitive as the release of the transcript for Plaintiff's deposition is imminent, and Plaintiff has expressed an intent online to release it to the public. Defendants request an interim ruling by this Court by June 16, 2025.

This Court is by now familiar with Plaintiff and her counsel's attempts to use discovery material as a means for soliciting monetary contributions and self-promotion. Unsurprisingly, both before and after her deposition, Plaintiff again sought to fundraise using the litigation process through postings on X. In these posts, Plaintiff repeatedly publicly abused Defendants' counsel to her 1.7 million followers, accusing Defendants' counsel of trying to "smear" her and writing "[t]he

lawyer deposing me is named Kate Bolger. She despises Trump, she despises me, and she despises my lawyer @LarryEKlayman since we are pro-Trump conservatives," all while asking her supporters to donate to her "Lawfare Fund." *See* @LauraLoomer, https://x.com/search?q=deposition%20(from%3ALauraLoomer)&src=typed_query&f=live (June 3, 2025). Plaintiff evidenced an intent to further make her deposition testimony public, writing "She wants to keep all of her client's testimony confidential. Her motions are now pending in front of the court who already denied Maher's and HBO's motion to dismiss my lawsuit. To the contrary, the overwhelming majority of my testimony will NOT be confidential. It will be on video tomorrow and I have nothing to hide, unlike Maher and HBO, who asked the judge to seal his video deposition so the public record won't reveal his 4 hour deposition." *See id.*

This Court has now issued two interim orders preventing Plaintiff from using the discovery process for non-litigation purposes. *See* ECFs No. 59 and 74. Plaintiff's further attempts transfigure the discovery process from a tool of litigation into a secondary source of income, all while publicly attacking Defendants' counsel necessitates further intervention from the Court.

## BACKGROUND

As discussed in detail in Defendants' two previous motions, Plaintiff has repeatedly attempted to subvert the discovery process into support for her "Lawfare Fund," all while refusing to sign a standard confidentiality stipulation.

2

*See* ECF Nos. 57 and 73. For instance, Plaintiff and her counsel generated so much publicity regarding Mr. Maher's deposition that paparazzi were waiting outside of the building at his deposition. *See* ECF No. 73 at 2. Plaintiff then repeatedly posted on X about Mr. Maher's deposition and her attempts to publicize it, all while raising money for her "Lawfare Fund." *See id.* Alarmed by Plaintiff's conduct, Defendants moved to keep Mr. Maher's video deposition and portions of his transcript confidential, and that Mr. Maher's deposition be used only for the purposes of litigation. The motion is currently pending before the Court.

After Plaintiff refused to confirm that she and her counsel would not use the testimony of HBO's 30(b)(6) deposition witness for non-litigation purposes, Defendants moved the court to enter an order directing this. On June 3, 2025, the Court entered an interim Order directing that the testimony of Ms. Rosenstein only be used for litigation purposes while the Court considers Defendants pending motions. *See* ECF No. 74.

On June 4, 2025, Defendants took Ms. Loomer's deposition. In the leadup to her deposition, Plaintiff posted twice on X.com, seeking to fundraise. On June 3, 2025, Plaintiff posted:

> 🚨 LAURA LOOMER VS BILL MAHER LAWSUIT UPDATE 🚨 I have arrived in DC for my deposition. Tomorrow, June 4, 2025, I am being deposed in DC by @billmaher and @HBO at the law offices of Davis Wright Tremaine @DWTLaw . This is an anti-Trump law firm, and they openly advertise themselves as being anti-Trump. The lawyer deposing me is named Kate Bolger. She despises Trump, she despises me, and she despises my lawyer @LarryEKlayman since we are pro-Trump

3

conservatives. **She wants to keep all of her client's testimony confidential. Her motions are now pending in front of the court who already denied Maher's and HBO's motion to dismiss my lawsuit. To the contrary, the overwhelming majority of my testimony will NOT be confidential. It will be on video tomorrow and I have nothing to hide, unlike Maher and HBO, who asked the judge to seal his video deposition so the public record won't reveal his 4 hour deposition**. I expect that I will be wildly disrespected by Ms. Bolger and Davis Wright and Tremaine, but I will be respectful as I always am. Bolger has tried to smear me, claiming that I am using discovery for fundraising. This is not true. Instead, I have asked my supporters to donate to help me pay the cost of this litigation since Maher and HBO's defamation has harmed me both financially and emotionally. I am not a millionaire like Maher. And nor am I worth billions of dollars like HBO, both of whom want to crush me because I am standing up for myself, for President Trump @realDonaldTrump , the country, and the TRUTH. I want to thank you all from the bottom of my heart for your support, which my lawyer @LarryEKlayman and I need. We are setting an example for women like me who are SMEARED for political purposes to advance the radical agenda of the Democrat Party. I had to pay for my travel, my lawyers' travel, the recording of 3 video depositions and travel to all 3 depositions for myself and my lawyer. These mounting costs are on their way to being well over $40,000, and they will continue to grow as I proceed to trial. I will be offline most of tomorrow since I will be in a deposition. The Left's attacks on me take me away from the very important work I am doing to support my country, the American people, and President Trump. You can support my lawfare cost fund here: 👉Thank you! https://givesendgo.com/LoomerLawfare

See @LauraLoomer, http://x.com/LauraLoomer/status/1930055010038976919 (June 3, 2025) (emphasis added). Plaintiff then posted again on the day of her deposition, writing, in part:

4

> I am about to walk into my deposition for my DEFAMATION lawsuit against @billmaher and @HBO . I will be offline till my deposition is over. It's absolutely OUTRAGEOUS that I have to use my very valuable time and resources to defend myself from sexist, misogynist and anti-Trump slurs made against me by one of the Left's biggest Trump haters: Bill Maher. Everyone can see Maher's long history and record of anti-Trump and low class tweets attacking @potus, his wife @MELANIATRUMP and his family. . . . Who is representing Maher and @HBO in this legal matter? An anti-Trump law firm named Davis Wright Tremaine. @DWTLaw The law firm Davis Wright Tremaine has been hard at work "defending" those who have tried to destroy President Trump @realDonaldTrump , his family, me and anyone who stands up to the left and their vile, fake news propaganda. The firm advertises, as you can see in this article, that it is anti-Trump and anti-conservative. They proudly promoted on their website that they are "Trump's Least Favorite Firm" in a @THR Hollywood Reporter spread in 2019, which they have since deleted from their website after I exposed this. . . . n April, DWT signed a brief DENOUNCING President Trump and his efforts to crack down on radical Left law firms that participate in the Weaponization of Government. They went out of their way to defend the anti-Trump, radical Leftist firm PERKINS COIE. You can support my legal fund to pay for the costs of this litigation to hold Bill Maher and his enabler HBO legally accountable here. Thank you. 🙏 👇🏻
> https://givesendgo.com/LoomerLawfare

See @LauraLoomer, https://x.com/LauraLoomer/status/1930250895549190284

(June 4, 2025). Finally, after Plaintiffs' deposition was complete, she posted:

> I just got out of my deposition. I was there since 10 am EST. Kate Bolger, the lawyer from the anti-Trump law firm Davis Wright Tremaine @DWTLaw which has been hired by @billmaher and @HBO , attempted to BROW BEAT ME, but that did not deter me from telling the truth. My deposition went extremely well, and my lawyer @LarryEKlayman kept Bolger off my back despite how

5

> nasty she was to me. Thank you for your support. I appreciate everyone's kind words and their financial support of my legal fund to cover the costs of what will continue to be very expensive litigation. https://givesendgo.com/LoomerLawfare This will not only teach @billmaher and @HBO a lesson, but it will also protect others who may be subjected to this same type of politically motivated defamation from the Left.

See @LauraLoomer, https://x.com/LauraLoomer/status/1930405132501692835 (June 4, 2025).[1]

Plaintiff included links to her "Lawfare Fund," in each of the posts. [2] She further wrote "the overwhelming majority of my testimony will NOT be confidential. It will be on video tomorrow and I have nothing to hide, unlike Maher and HBO, who asked the judge to seal his video deposition so the public record won't reveal his 4 hour deposition," implying that she would release her deposition testimony in an attempt to further fundraise. See @LauraLoomer, http://x.com/LauraLoomer/status/1930055010038976919 (June 3, 2025).

---

[1] High profile individuals amplified Mrs. Loomer's message further. For instance, Roger Stone, responded to Ms. Loomer's post writing "I bet Loomer destroyed Bolger ! How embarrassing it must be to represent a brainless, retard, incapable of even being faintly amusing without a platoon of comedy writers. Bill Maher is a scrawny talentless [f**k]." See @RogerStoneJr, https://x.com/RogerJStoneJr/status/1930407698870215128 (June 4, 2025)

[2] Plaintiff also posted the following: "By the way, the lawyer deposing me today in my defamation lawsuit against Bill Maher and HBO is named Katherine "Kate" Bolger. She despises President Trump @realDonaldTrump , she despises me, and she despises my lawyer @LarryEKlayman , since we are pro-Trump conservatives. She is also a donor to the Democrat Party, according to FEC records."  The post contained screenshots of Defendants' counsel's FEC records. See @LauraLoomer, https://x.com/LauraLoomer/status/1930258020723781686 (June 4, 2025).

6

Despite Plaintiff's statements to the public, she insisted that the answers to a small number of questions be designated as confidential, while insisting that the remainder of the transcript be non-confidential. Plaintiff was particularly insistent that the confidential session be discrete and placed its own transcript – possibly because it made distribution easier.[3]

In an effort to head off further motion practice, Defendants emailed Plaintiff's counsel on June 11, 2025, seeking assurances that Plaintiff would use her deposition transcript solely for litigation purposes. Defendants did not hear back.

## ARGUMENT

The discovery process is not a fundraising or marketing opportunity – it is a tool used to advance a lawsuit and "assist[] in the preparation and trial, or the settlement, of litigated disputes." *See Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 34 (1984); *see also Tillman v. C.R. Bard, Inc.*, 297 F.R.D. 660, 662-63 (M.D. Fla. 2014) (noting that "to the extent Plaintiff is claiming that she has some right to use documents produced in discovery for purposes outside the litigation, it is not clear that such a right exists" and holding that good cause exists to issue a protective order preventing plaintiff from disclosing documents to the public); *Palm Beach Newspapers, Inc. v. Burk*, 504 So. 2d 378, 382, 384 (Fla. 1987) (noting that

---

[3] Plaintiff insisted that the name of her partner be kept confidential and further refused to provide contact information for him for fear of doxxing. Her fear is ironic considering her public posting of Defendants' counsel's name, employment information, and FEC records to her 1.7 million followers. *See* supra. at n 2

"[s]ociety in general, and the courts specifically, has a substantial interest in preventing abuse of judicially compelled discovery" and holding that "[t]ransforming the discovery rules into a major vehicle for obtaining information to be" made public "would subvert the purpose of discovery and result in the tail wagging the dog"); *Woodward v. Berkery*, 714 So.2d 1027, 1033, 1037- 38 (Fla. 4th DCA 1998) (reversing trial court's denial of protective order for confidentiality where the party seeking discovery "made clear her purpose to release to the press . . . information she acquires . . . during discovery" and emphasizing that "the instruments of the civil justice system of the State of Florida should [not] be used simply to assist in the disclosure and publication" of discovery material to the public); *Bond v. Utreras*, 585 F.3d 1061, 1075 (7th Cir. 2009) ("Secrecy is fine at the discovery stage, before the material enters the judicial record.") (citation omitted).

     Plaintiff's continued conduct shows blatant disrespect to the judicial process. While Plaintiff is free to use her deposition video and transcript for the purposes of this litigation, Defendants seek an Order requiring that her use of her deposition be confined solely to these purposes. Plaintiff's repeated attempts to raise funds using litigation material, all while lambasting Defendant's counsel to her 1.7 million followers requires the intervention of this Court.

8

## CONCLUSION

For the foregoing reasons Defendants respectfully request that this Court enter an Order directing that the transcript and videotapes of the June 4, 2025 deposition of Plaintiff be used solely for the purposes of this litigation.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants certifies that Defendants attempted to confer via email with Plaintiff's counsel between June 12 and June 13, 2025. Plaintiff's counsel would not agree to use Ms. Loomer's deposition only for litigation purposes, including pending resolution of this motion.

Dated: June 13, 2025

Respectfully submitted,

*/s/ Rachel E. Fugate*
**Shullman Fugate PLLC**
Rachel E. Fugate (Bar No. 144029)
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (813) 935-5098
rfugate@shullmanfugate.com

Yelan Escalona (Bar No. 1031564)
201 S. Biscayne Blvd. 28th Floor
Miami, FL 33131
Tel: (305) 928-2429
yescalona@shullmanfugate.com

**Davis Wright Tremaine LLP**
Katherine M. Bolger (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

*Counsel for Defendants*