UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER,**

    Plaintiff,

v.                                           Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER, et al.,**

    Defendants.

## ORDER

The parties have ongoing disagreement regarding the confidentiality and appropriate usage of depositions taken in this case. Defendants have now filed a third motion –this time regarding the deposition of Laura Loomer. (Doc. 82). Defendants represent that Ms. Loomer's deposition was taken on June 4, 2025, and its public release is imminent. Defendants ask the Court to enter an Order directing that Ms. Loomer's deposition be used solely for purposes of this litigation.

The Court will take this motion (Doc. 82) under advisement. In the meantime, the transcript and videotapes of the June 4, 2025, deposition of Laura Loomer shall only be used for purposes of this litigation pending further order of the Court.

**DONE** and **ORDERED** in Ocala, Florida on June 13, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties