IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BILL MAHER et al<br><br>　　　　　　　　Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' (1) MOTION FOR AN ORDER REQUIRING PLAINTIFF TO USE THE DEPOSITION OF NINA ROSENSTEIN ONLY FOR LITIGATION PURPOSES**

　　　Plaintiff Laura Loomer ("Ms. Loomer") hereby moves the Court for a brief one (1) day extension of time, until and including June 17, 2025 to file responses in opposition to (1) Defendants' Motion for an Order Requiring Plaintiff to Use the Deposition of Nina Rosenstein Only for Litigation Purposes [ECF No. 73].

　　　The reason for this request is that the undersigned counsel has had to deal with certain client matters upon return from out of state travel. This is the first and only requested extension and no further extensions of time will be sought. There will be no prejudice to the Defendants if the Court grants this brief one (1) day extension.

　　　Counsel for Defendants do not oppose this motion.

Dated:　　June 16, 2025　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　By: /s/ Larry Klayman
　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.

1

                                                Florida Bar No.: 246220
                                                Klayman Law Group P.A.
                                                7050 W. Palmetto Park Rd
                                                Boca Raton, FL, 33433
                                                Tel: 561-558-5536
                                                leklayman@gmail.com

                                                *Counsel for Plaintiffs*