## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                   Plaintiff,

v.                                    **Case No: 5:24-cv-00625-JSM-PRL**

BILL MAHER et al

                   Defendants.

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL

Plaintiff Laura Loomer ("Ms. Loomer") hereby moves the Court for a brief three (3) day extension of time, until and including June 27, 2025 to file responses in opposition to Defendants' Motion to Compel.

The reason for this request is that the undersigned counsel has had to deal with certain client matters upon return from out of state travel. This is the first and only requested extension and no further extensions of time will be sought. There will be no prejudice to the Defendants if the Court grants this brief three (3) day extension.

Counsel for Defendants do not oppose this motion.

Dated:     June 24, 2025                  Respectfully Submitted,

                                                          By: /s/ Larry Klayman
                                                          Larry Klayman, Esq.
                                                          Florida Bar No.: 246220
                                                          Klayman Law Group P.A.
                                                          7050 W. Palmetto Park Rd
                                                          Boca Raton, FL, 33433

Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiffs*