## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                        Plaintiff,

      v.

BILL MAHER et al

                        Defendants.

**Case No: 5:24-cv-00625-JSM-PRL**

### MOTION FOR CLARIFICATION PRIOR TO DEADLINE TO FILE OBJECTIONS TO MAGISTRATE'S ORDER OF JUNE 18, 2025

Plaintiff Laura Loomer ("Ms. Loomer") respectfully requests that the Honorable Magistrate Philip Lammens specify what factual and legal bases he had to rule that Ms. Loomer's own deposition, for which she claims no confidentiality, cannot be made publicly available, particularly since this would serve to mitigate damage to reputation and goodwill caused by the Defendants Bill Maher and HBO.

Ms. Loomer and her counsel intend no lack of respect for the Honorable Magistrate Philip Lammens but simply want to understand the specific basis for his ruling concerning Ms. Loomer's deposition video and transcript.

The remainder of the Honorable Magistrate Philip Lammens' order will be objected to before presiding judge, Hon. James Moody, but to have a complete record with regard to Ms. Loomer's deposition, both transcribed and by video, this clarification is necessary.

1

Dated: June 24, 2025    Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiffs*