# Exhibit A

1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

LAURA LOOMER,

            Plaintiff,

  vs.

BILL MAHER, et al.,

            Defendant(s).
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CASE NO.: 5:24-cv-00625-JSM-PRL

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

BILL MAHER

APRIL 4, 2025
12:02 P.M. TO 4:45 P.M.

9150 WILSHIRE BOULEVARD, SUITE 350
BEVERLY HILLS, CALIFORNIA 90212

Deidre Young, RPR, CSR No. 11461

223

```
 1            MR. KLAYMAN:  We will let the court decide
 2   that.  And for the record, the only question that is
 3   potentially confidential is his compensation and I was
 4   very --
 5            MS. BOLGER:  That's surprising, Mr. Klayman,     04:44:14
 6   because earlier in the day you said that another
 7   question was confidential, so maybe you forgot that.
 8            MR. KLAYMAN:  What was that?
 9            MS. BOLGER:  It was your completely
10   inappropriate questions about lawsuits that he was       04:44:20
11   involved in.  You asked for the name --
12            MR. KLAYMAN:  That's not confidential at all.
13            MS. BOLGER:  You said it was confidential.
14            MR. KLAYMAN:  That's not.  No, it's not.  So
15   maybe I misheard you or you misheard me, but that is not 04:44:28
16   confidential.
17            MS. BOLGER:  That's what you said.
18            MR. KLAYMAN:  Okay.  That is a normal question
19   which is asked in a case that involves --
20            MS. BOLGER:  And what's what you said.          04:44:34
21            MR. KLAYMAN:  -- tort actions in --
22            MS. BOLGER:  Mr. Maher -- Mr. Maher is not
23   coming back for a deposition.  You may ask him any
24   question you have.
25            MR. KLAYMAN:  I understand your position.       04:44:42
```

```
                                                                  224
 1              MS. BOLGER:  He is right here.
 2              MR. KLAYMAN:  I understand your position, which
 3     is the typical position that someone in your position
 4     would take.  So the deposition is adjourned.  I am not
 5     concluding the deposition.                           04:44:51
 6              I thank you, Mr. Maher, for coming.
 7              THE WITNESS:  Thank you.
 8              MR. KLAYMAN:  Okay.
 9              THE WITNESS:  Thank you.
10              MS. LOOMER:  Thank you.                     04:44:57
11              MR. KLAYMAN:  And please in the future, be
12     careful about what you say.
13              MS. BOLGER:  No.  No.  No lectures.  No
14     lectures.  No lectures.
15              THE WITNESS:  Okay.                         04:45:02
16              MS. BOLGER:  Don't -- unplug yourself, Bill.  I
17     mean, do unplug yourself.  Don't --
18              THE VIDEOGRAPHER:  This concludes today's
19     deposition.  We are going off the record at 4:45 p.m.
20              THE REPORTER:  And Ms. Bolger, you want your
21     copy by this Wednesday as well?
22              MS. BOLGER:  Yes, please.
23              (Whereupon, at the hour of 4:45 p.m., the
24              deposition of BILL MAHER was adjourned.)
25                         ---oOo---
```