# Exhibit B

Page 1

```
 1           UNITED STATES DISTRICT COURT FOR THE
 2                MIDDLE DISTRICT OF FLORIDA
 3                     OCALA DIVISION
 4    _____
 5    LAURA LOOMER,
 6           Plaintiff,
 7       v.                                   Case No.
 8    BILL MAHER and HOME BOX                  5:24-cv-00625-
 9    OFFICE, INC.,                            JSM-PRL
10           Defendants.
11    _____
12             VIDEOTAPED DEPOSITION OF LAURA LOOMER
13    DATE:         Wednesday, June 4, 2025
14    TIME:         10:11 a.m.
15    LOCATION:     Davis Wright Tremaine, LLP
16                  1301 K Street Northwest, Suite 500 East
17                  Washington, DC 20005
18    REPORTED BY:  Samuel Pachon
19
20
21    PAGES 112-114, 117, 178-180, 481-487 ARE CONFIDENTIAL
22
```

Page 234

1  was made to make people believe that it was true.
2  That's why I filed this lawsuit.
3  BY MS. BOLGER:
4      Q   Wait.  So my question was, can you name a
5  single human being on Planet Earth who believes what
6  Bill Maher said is true?
7              MR. KLAYMAN:  Calls for speculation.
8              THE WITNESS:  It's just -- it's like
9  just kind of a ridiculous question because the reality
10 is -- is it doesn't matter.  The fact -- what matters
11 is that he said it.  He said it, and so there are
12 people that believe it is true.
13 BY MS. BOLGER:
14     Q   Name one.
15             MR. KLAYMAN:  Why don't you name one?
16 BY MS. BOLGER:
17     Q   Name a single human being --
18     A   He -- he made the -- he made the claims.
19 And it was enough to --
20     Q   Name a single human being --
21     A   -- enough to make it so that I couldn't
22 travel.

```
                                                      Page 272
 1      He likes me very much.
 2              "And it's a shame that he's surrounded by
 3      some people that run to a publication that is
 4      notorious for attacking him in order to try to cut me
 5      at the knees, instead of being loyal to President
 6      Trump and respecting their confidentiality
 7      agreements"; do you see that?
 8          A    Mm-hmm.
 9          Q    Did you say that?
10          A    Yes.
11          Q    Great.  Then two paragraphs down -- oh.  No.
12      The next paragraph said, "Ms. Loomer, twice, ran
13      unsuccessfully for Congress and is known for offensive
14      attention-grabbing behavior"; do you see that?
15          A    [No audible response.]
16          Q    Do you see those words?
17          A    Are we on the same page, or is it another --
18          Q    Yep.  Just the next paragraph after your
19      quote.
20          A    Oh.  Yes.  I see it.  Mm-hmm.
21          Q    Okay.  Then it says "She once described
22      Islam as a cancer, and tweeted under the hashtag" --
```

Page 273

```
1              MR. KLAYMAN:  Objection.  Well, I want
2     to understand.  This is irrelevant.  What is the point
3     of repeating words by ultra-leftist haters of Trump,
4     hater of -- Maggie Haberman has no credibility,
5     neither does Jonathan Swan -- a bunch of leftist
6     hacks.
7     BY MS. BOLGER:
8         Q    Okay.  So the question is --
9              MR. KLAYMAN:  What's the point of this?
10    BY MS. BOLGER:
11        Q    "She once described Islam as 'a cancer' and
12    tweeted under the hashtag, '#proudislamophobe.'  And
13    she has celebrated the deaths of migrants crossing the
14    Mediterranean"; do you see that?
15        A    Yeah.
16        Q    Okay.  "2018, she was barred from Twitter
17    for violating its hateful conduct policy.  To protest
18    the ban, Ms. Loomer, who was Jewish affixed a yellow
19    Star of David to her clothes, just as the 'Nazis made
20    Jews wear during the Holocaust,' she said, and
21    handcuffed herself to the entrance of Twitter's" --
22             MR. KLAYMAN:  Objection.  Relevancy.
```

Veritext Legal Solutions
212-267-6868     www.veritext.com     516-608-2400

Page 285

1  Q    No.  Appreciate that.  The third graph
2  starts "Trump has a long history of elevating and
3  associating with people"; do you see that?
4  A    Yes.
5  Q    Okay.  And it says "Trump has a long history
6  of elevating and associating with people who trade in
7  falsehoods and conspiracy theories"; you see that?
8           MR. KLAYMAN:  Objection.  What's the
9  relevancy of this?  It's written by Associated Press;
10 BY MS. BOLGER:
11 Q    Do you see that?
12 A    Yep.
13 Q    Okay.
14           MR. KLAYMAN:  Yeah.  It's written by
15 Associated Press --
16           MS. BOLGER:  And then you can put that
17 away.
18           MR. KLAYMAN:  -- a Trump-hating
19 organization, which the Israelis even had to bomb
20 their building in Gaza because they were supporting
21 Hamas --
22           MS. BOLGER:  Okay.  You can put that to

Page 292

1  blogger."
2      A    Okay.  Well, I don't know.  Perhaps.  I
3  don't see that --
4      Q    Well, it was published then, on
5  September 11, 2020 [sic].
6      A    Yeah.  But like, it's opinion.  It's not a
7  fact.
8      Q    Right.  We get to have opinions in America.
9      A    Right.  But this doesn't stand up in court.
10 It's like --
11           MS. BOLGER:  I'm going to ask you to
12 mark, as Exhibit 20, a document published by The
13 Guardian.
14           (Exhibit 20 was marked for
15           identification.)
16           MR. KLAYMAN:  All leftist publications,
17 I might add -- leftist Trump-hating publications.
18           MS. BOLGER:  No.
19 BY MS. BOLGER:
20     Q    And the headline of this article is
21 "Republicans Point Finger at Laura Loomer for Trump's
22 Pet-Eating Rant."  "Conspiracy theorists said to have

Page 398

1    context.  Irrelevant.
2               THE WITNESS:  That has nothing to do --
3    you're trying -- it's a leading question.  You're
4    asking me something about Kamala Harris --
5               MR. KLAYMAN:  Vague and ambiguous.
6               THE WITNESS:  -- when -- when this is
7    about Bill Maher.  We should be talking about what
8    your client --
9    BY MS. BOLGER:
10       Q    I'm not asking at all about -- put that
11   tweet --
12       A    -- had any justification for saying I had
13   sex with Trump.
14       Q    Put all those tweets aside.  Put all those
15   tweets aside.  I'm not asking you about any of those
16   tweets.  You pick them up and put them to your side,
17   please.  Pick up the tweet -- the documents and put
18   them to the side.
19               MR. KLAYMAN:  All right.  This is
20   enough.  I'm instructing her not to go answer any more
21   questions.
22       //

Page 399

1    BY MS. BOLGER:
2         Q    And now, let's ask this question.
3              MR. KLAYMAN:  Do not answer any more
4    questions.  This is badgering.  You're going to be --
5              MS. BOLGER:  Mr. Klayman, I haven't
6    even asked the question.
7              MR. KLAYMAN:  You will have a motion
8    for sanctions.  Do not answer any more questions along
9    here.
10             MS. BOLGER:  Isn't it --
11             MR. KLAYMAN:  You're just being
12   harassed.  That's all.  Stop.
13   BY MS. BOLGER:
14        Q    Doesn't the First Amendment --
15             MR. KLAYMAN:  She's not answering any
16   more questions here.  Do not answer any questions.
17   BY MS. BOLGER:
18        Q    Doesn't the First Amendment protect your
19   right to have opinions; and isn't that wonderful?
20             MR. KLAYMAN:  No.  She's -- this
21   is -- she's not here in a legal context.  She's here
22   as a fact witness.

Page 404

1    She's a grownup.  She can do that.  The question
2    you're asking her --
3                MR. KLAYMAN:  One more question like
4    this, and this deposition is over.
5                MS. BOLGER:  Mr. Klayman, the question
6    is --
7                MR. KLAYMAN:  One more question like
8    this --
9                MS. BOLGER:  I'm going to ask the
10   question one more time, and I'm going to hope you
11   revisit this.
12               MR. KLAYMAN:  You are a vicious, nasty
13   person.
14   BY MS. BOLGER:
15       Q    Doesn't the First Amendment protect your
16   right to have opinions; and isn't that great?
17               MR. KLAYMAN:  Do not answer the
18   question.  She's getting a motion for sanctions.  This
19   is beyond the pale.  Do not answer the question.
20   BY MS. BOLGER:
21       Q    Are you going to accept that instruction?
22       A    [No audible response.]