# Exhibit C

**Bolger, Kate**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Friday, June 13, 2025 12:47 PM |
| **To:** | Bolger, Kate |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | Re: Loomer v HBO |

**[EXTERNAL]**

We will move then to have you, your firm and clients sanctioned as set forth in my previous email of today.

You cannot dictate how Ms. Loomer uses her own testimony to try to mitigate the damage your clients have caused and to try to financially bleed her into submission with frivolous motions and other obstructionist games.

And she is entitled to try to get contributions to pay for the huge costs of this case which you are forcing her to expend on your unethical antics, tactics, harassment and browbeating.

Larry Klayman
Counsel for Ms. Loomer


On Fri, Jun 13, 2025, 6:25 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman
>
> First, we note that Ms. Loomer is free to – and has repeatedly – addressed Mr. Maher's comment on her many social media outlets, including her own show and social media. To suggest we are somehow trying to muzzle her is, therefore, laughable.
>
> Next, your claims that Mr. Maher, HBO, me, or my firm, have lied to the Court or otherwise are demonstrably false.
>
> You are also wrong that I am asking for confidentiality for Ms. Loomer's transcript. I am not. I am asking that you only use it for the purposes of this litigation, rather then, for example distribute it to raise money for you and Ms. Loomer. That behavior is inconsistent with the purpose of discovery in a civil litigation. I understand your email below as both deliberately misunderstanding and rejecting my request and we intend to file our motion today.
>
> Finally, I am available to meet and confer on your motions for sanctions on Wednesday at 5 pm. What number should I call?

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Friday, June 13, 2025 11:57 AM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v HBO

[EXTERNAL]

Ms. Bolger:

Bill Maher and HBO can broadcasat to millions of viewers in the United States and worldwide that my client Laura Loomer "fucked" President Donald Trump, committed adultery behind the back of First Lady Melania Trump, and that President Trump f'ucks" around because he does not have sex with Mrs. Trump, but now you -- a Trump hater yourself along with your law firm-- want to keep all testimony and documents secret as a star chamber proceeding in Ms. Loomer's defamation case -- in which you and your clients have already lost a motion to dismiss, with the Court ruling that she properly pled defamation per se. Then you were forced to answer an amended complaint that added defamation by implication.

Your actions are not only obstructionist, they are calculated to run up the costs of litigation for Ms. Loomer. You have also lied in pleadings on more than one occasion, to be direct. Nothing regrettably new for your firm, Davis Wright Tremaine, LLC, which advertises its leftist anti-Trump hatred on its website. Ms. Loomer was the tool used by Bill Maher and HBO to try to sway the 2024 presidential elections to Kamala Harris, which y'all support and have donated to to.

Now you want to keep Ms. Loomer's deposition under seal when she correctly did not claim confidentiality, for which there is none save for financial information like tax returns. You want her deposition sealed because the video and transcript show you, your firm and your clients repeatedly harassing and browbeating her unethically and contrary to the norms of litigation.

We are filing a motion for sanctions against you, your firm and your clients, as this conduct, including your lying in pleadings cannot be countenanced.

I asked you to meet and confer on this and your motions as the conversation will be long as I will go through all of your and your firm's and clients transgressions and unethical conduct. I am traveling and apparently so are you so I agreed to Wednesday next. Just provide us with a time and we will accomodate you.

Govern yourselves accordingly.

Larry Klayman, Esq.

On Fri, Jun 13, 2025, 4:25 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman,
>
> We will meet and confer on Wednesday provided that you agree that no portion of Ms. Loomer's deposition (if either the video or transcript become available before then) will be used for non-litigation purposes until after we have conferred. If that is not the case, the harm that this motion is meant to correct is imminent and we will have no choice but to file the motion. Please confirm by noon on Friday, June 13, that you will agree to use Ms. Loomer's deposition video and transcript only for the purposes of this litigation until after we have had the meet and confer.
>
> Kate Bolger

3

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, June 12, 2025 9:18 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v HBO

**[EXTERNAL]**

---

All motions, both yours and mine, need to be subject to meet and confer. Wednesday will work. Give me a time and I will accomodate you.

Larry Klayman

On Thu, Jun 12, 2025 at 10:55 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Larry
>
> I find it notable that you are unavailable to speak to me while you are traveling but insist that I can make myself available to speak to you while I am traveling.
>
> In any event, mine is a yes or no question.
>
> Do you agree that the video and transcript of the deposition of Laura Loomer will be used for the purposes of this litigation and this litigation only ? You have answered no to that same question about the depositions of Maher and Rosenstein. Please let me know by the end of the day today whether you have changed your mind and will agree now.

4

Finally, I am available to meet and confer about your threatened motion for sanction any time tomorrow or Wednesday afternoon after 5 ET. I am not available on Monday or Tuesday.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, June 12, 2025 2:10 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v HBO

**[EXTERNAL]**

You can participate from Rome. It's not a third world city and we can talk by WhatsApp.

You are on thin ice already having harassed and browbeaten Ms. Loomer at her deposition not withstanding your dishonesty in general.

Larry Klayman

On Thu, Jun 12, 2025, 7:54 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> I am not available on Monday – I will be in Rome. I can talk today or tomorrow.

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, June 12, 2025 1:53 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v HBO

**[EXTERNAL]**

---

We can do a meet and confer on this and our upcoming motions for sanctions on Monday. I am traveling for the next two days.

How about 4 pm this Monday.

Larry Klayman

On Thu, Jun 12, 2025, 7:31 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman,
>
> Please confirm that you will only use Ms. Loomer's deposition transcript and video for litigation purposes. If this is not the case, we will need to move to file a motion to compel to you to do so.
>
> Kate Bolger

**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP
**P** 212.402.4068  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**