# EXHIBIT 1

Page Vault

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "LAWSUIT UPDATE My video deposition of Trump-hater Bill Maher @billmaher will be taking place in Los Angeles, California on Friday, April 4th at noon. My attorney will be able to ask Bill Maher questions about why he falsely stated and published to the world on his show that I" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1904584045155193130 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:50:41 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:51:58 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | vxAWW2rh8Ek2ZXLVw2huQ3 |



Document title: (1) Laura Loomer on X: &quot;LAWSUIT UPDATE My video deposition of Trump-hater Bill Maher @billmaher will be taking place in Los Angeles,…
Capture URL: https://x.com/LauraLoomer/status/1904584045155193130
Capture timestamp (UTC): Tue, 15 Jul 2025 17:51:58 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "My lawyer and I had tried to settle with @billmaher and @HBO before we were forced to file the complaint for defamation after Bill Maher falsely accused me of having sex with President Trump and committing adultery against @MELANIATRUMP. I asked for a public apology, and an" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1905088636292333611 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:52:30 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:54:40 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | uEaiFCHHZPXNkUPPsSaQyX |

PDF REFERENCE #:        4WvzE8hheetBkMpLEtr8QW



**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "I will be in Los Angeles, CA this Friday for my live video deposition of @billmaher. As many of you know, I sued Bill Maher after he falsely accused me of having sex with President Trump. @KidRock are you aware that Bill Maher falsely accused me of having sex with @POTUS?" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1906515436344373341 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:55:07 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:55:24 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | cHAuBYbV3ZuVytxNmLpRSJ |

PDF REFERENCE #:    ikPYP29bdrZXGizVPA7eYg



Page Vault

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "I won't be going LIVE this Thursday for @LoomerUnleashed because I will be in California for a live, video deposition of @BillMaher. Last year, after I traveled with President Trump to the 2024 Presidential debate, Maher falsely accused me of sleeping with President Trump, an https://t.co/om3Lg6L8Nq" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1907783525387972620 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:56:33 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:56:56 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | wQdA2xfAEursZjGovP6bn6 |



**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "□    FOR IMMEDIATE RELEASE □     TRUMP &amp; LOOMER HATER BILL MAHER @billmaher TO BE DEPOSED TODAY Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case @LarryEKlayman https://t.co/oWeNyaUUmW" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1908195167993291159 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:57:55 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:58:40 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | wax77DdijMZb7pSiGe3fMs |

X

Post

🔍 Search

**Home**

**Explore**

**Notifications** ①

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**



**Laura Loomer** ✓
@LauraLoomer

Subscribe  ···

🚨 FOR IMMEDIATE RELEASE 🚨

TRUMP & LOOMER HATER BILL MAHER @billmaher TO BE DEPOSED TODAY

Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case

@LarryEKlayman

Friday, April 4, 2025

**KLAYMAN LAW GROUP**
A PROFESSIONAL ASSOCIATION

7050 W. Palmetto Park Rd. Ste. 284
Boca Raton, FL 33433

Larry Klayman, Esq
leklayman@gmail.com
561-558-5336

**FOR IMMEDIATE RELEASE**

**TRUMP & LOOMER HATER BILL MAHER TO BE DEPOSED TODAY**

Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case

(Beverly Hills, California, April 4th, 2025). Bill Maher, who recently staged a calculated meeting with President Trump to try to deflect attention away from his scheduled deposition in Los Angeles, will be deposed today for his defamation of Laura Loomer, the conservative, investigative journalist who strongly supports President Trump. Leftist Maher falsely published widely on his HBO Show "Real Time," that Ms. Loomer has "f***ed" President Trump, implying that Trump committed adultery against First Lady Melania Trump with Ms. Loomer. When Maher refused to apologize and declined to put Ms. Loomer on his show to mitigate the severe damage, he has caused her, Maher was sued in Ms. Loomer's backyard, Ocala, Florida. *See* Case No: 5:24-cv-00625-PRL (M.D. Fla).

Maher then, through his counsel Kate Bolger of the leftist, Trump hating-law firm Davis Wright Tremaine, LLP threatened Ms. Loomer before the lawsuit was filed, moved to dismiss the complaint, and has since lost their efforts to dismiss the case. Thus, Maher's deposition is proceeding, and it will be recorded on video today at noon. It is worth noting that Kate Bolger and Davis Wright Tremaine were also the legal counsel who represented ABC News host George Stephanopoulos and her in the defamation suit President Trump brought against them and then settled for $15 million dollars on the eve of Stephanopoulos and ABC having been ordered by a Miami court to be deposed.

Larry Klayman, Esq., who filed the suit for Ms. Loomer, had this to say prior to the deposition:

"Bill Maher, a rabid Trump and Loomer hater, cannot fool the American people with his staged meeting at The White House. He has not changed his leftist leopard spots and was even attacking President Trump on his show last week, proving that his stunt was nothing but that, a political stunt. Maher will be held to account and Ms. Loomer is confident that in the end, justice will prevail, with Maher and HBO having to pay dearly in "Real Time" for the severe damage Maher has done to my client."

For more information contact leklayman@gmail.com.

###



**DaWrTrem** ···
@JamesTremaine2

**Laura Loomer** ✓ @LauraLoomer · Apr 4

Up bright and early today in Los Angeles for my deposition of @billmaher.

Bill Maher will be held accountable today for his egregious defamation of me....

Show more



**Relevant people**



**Laura Loomer** ✓
@LauraLoomer    **Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🏴‍☠️ America First 🇺🇸 Feisty Jewess

**What's happening**

**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
Make It Legendary
▶ Promoted by BetMGM 🎰

Sports · Trending
**Rickey**
1,161 posts

Sports · Trending
**Josh Heupel**

Entertainment · Trending
**Emmy**
Trending with Severance, White Lotus
110K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

FOR IMMEDIATE RELEASE

### TRUMP & LOOMER HATER BILL MAHER TO BE DEPOSED TODAY

#### Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case

(Beverly Hills, California, April 4th, 2025). Bill Maher, who recently staged a calculated meeting with President Trump to try to deflect attention away from his scheduled deposition in Los Angeles, will be deposed today for his defamation of Laura Loomer, the conservative, investigative journalist who strongly supports President Trump. Leftist Maher falsely published widely on his HBO Show "Real Time," that Ms. Loomer has "f***ed" President Trump, implying that Trump committed adultery against First Lady Melania Trump with Ms. Loomer. When Maher refused to apologize and declined to put Ms. Loomer on his show to mitigate the severe damage, he has caused her, Maher was sued in Ms. Loomer's backyard, Ocala, Florida. See Case No: 5:24-cv-00625-PRL. (M.D. Fla).

Maher then, through his counsel Kate Bolger of the leftist, Trump hating-law firm Davis Wright Tremaine, LLP threatened Ms. Loomer before the lawsuit was filed, moved to dismiss the complaint, and has since lost their efforts to dismiss the case. Thus, Maher's deposition is proceeding, and it will be recorded on video today at noon. It is worth noting that Kate Bolger and Davis Wright Tremaine were also the legal counsel who represented ABC News host George Stephanopoulos and ABC in the defamation suit President Trump brought against them and then settled for $15 million dollars on the eve of Stephanopoulos and ABC having been ordered by a Miami court to be deposed.

Larry Klayman, Esq., who filed the suit for Ms. Loomer, had this to say prior to the deposition:

"Bill Maher, a rabid Trump and Loomer hater, cannot fool the American people with his staged meeting at The White House. He has not changed his leftist leopard spots and was even attacking President Trump on his show last week, proving that his stunt was nothing but that, a political stunt. Maher will be held to account and Ms. Loomer is confident that in the end, justice will prevail, with Maher and HBO having to pay dearly in 'Real Time' for the severe damage Maher has done to my client."

For more information contact leklayman@gmail.com.

###

## Relevant people

 Laura Loomer 
@LauraLoomer                                    **Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📹 America First 🔯 Feisty Jewess

---

## What's happening

 **MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
Make It Legendary
📢 Promoted by BetMGM 😈

Sports · Trending                              ···
**Rickey**
1,161 posts

Sports · Trending                              ···
**Josh Heupel**

Entertainment · Trending
**Emmy**
Trending with Severance, White Lotus
110K posts

**Show more**

---

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

🐾 **Laura Loomer** ✓ @LauraLoomer · Apr 4

Up bright and early today in Los Angeles for my deposition of @billmaher.

Bill Maher will be held accountable today for his egregious defamation of me....

**Show more**



**EXCLUSIVE**

**BILL MAHER SLAPPED WITH DEFAMATION LAWSUIT ... For Saying Trump Banged Laura Loomer**

 **DaWrTrem**
@JamesTremaine2                               ···



**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "To all of the media reaching out to me today asking me to come on their shows, I cannot come on. My lawyer and I are deposing @billmaher today in Beverly Hills, CA. I am very busy today. If you want to do something useful though, you can report on Bill Maher's DEFAMATION." / X |
| Capture URL: | https://x.com/LauraLoomer/status/1908207890797912224 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:58:54 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:59:28 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | qzfxpyHe4deeycXT7pZZe6 |



# X

- Home
- Explore
- Notifications (1)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

## Post

Reply    Search

Laura Loomer ✓
@LauraLoomer

**Subscribe**    ...

To all of the media reaching out to me today asking me to come on their shows, I cannot come on.

My lawyer and I are deposing @billmaher today in Beverly Hills, CA.

I am very busy today.

If you want to do something useful though, you can report on Bill Maher's DEFAMATION.



Laura Loomer ✓ @LauraLoomer · Apr 4
🚨 FOR IMMEDIATE RELEASE 🚨

TRUMP & LOOMER HATER BILL MAHER @billmaher TO BE DEPOSED TODAY
...

Friday, April 4, 2025

KLAYMAN LAW GROUP
A PROFESSIONAL ASSOCIATION

7050 W. Palmetto Park Rd. Ste. 284
Boca Raton, FL 33433

Larry Klayman, Esq
leklayman@gmail.com
561-558-5336

FOR IMMEDIATE RELEASE

**TRUMP & LOOMER HATER BILL MAHER TO BE DEPOSED TODAY**

**Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case**

(Beverly Hills, California, April 4th, 2025). Bill Maher, who recently staged a calculated meeting with President Trump to try to deflect attention away from his scheduled deposition in Los Angeles, will be deposed today for his defamation of Laura Loomer, the conservative, investigative journalist who strongly supports President Trump. Leftist Maher falsely published widely on his HBO Show "Real Time," that Ms. Loomer has "f***ed" President Trump, implying that Trump committed adultery against First Lady Melania Trump with Ms. Loomer. When Maher refused to apologize and declined to put Ms. Loomer on his show to mitigate the severe damage, he has caused her, Maher was sued in Ms. Loomer's backyard, Ocala, Florida. *See* Case No: 5:24-cv-00625-PRL (M.D. Fla).

Maher then, through his counsel Kate Bolger of the leftist, Trump hating-law firm Davis Wright Tremaine, LLP threatened Ms. Loomer before the lawsuit was filed, moved to dismiss the complaint, and has since lost their efforts to dismiss the case. Thus, Maher's deposition is proceeding, and it will be recorded on video today at noon. It is worth noting that Kate Bolger and Davis Wright Tremaine were also the legal counsel who represented ABC News host George Stephanopoulos and ABC in the defamation suit President Trump brought against them and then settled for $15 million dollars on the eve of Stephanopoulos and ABC having been ordered by a Miami court to be deposed.

Larry Klayman, Esq., who filed the suit for Ms. Loomer, had this to say prior to the deposition:

"Bill Maher, a rabid Trump and Loomer hater, cannot fool the American people with his staged meeting at The White House. He has not changed his leftist leopard spots and was even attacking President Trump on his show last week, proving that his stunt was nothing but that, a political stunt. Maher will be held to account and Ms. Loomer is confident that in the end, justice will prevail, with Maher and HBO having to pay dearly in "Real Time" for the severe damage Maher has done to my client."

For more information contact leklayman@gmail.com

###

5:19 PM · Apr 4, 2025 · **170.8K** Views

💬 311        ⟲ 2.1K        ♡ 7.3K        🔖 62        ⬆

  Post your reply                    **Reply**

DaWrTrem
@JamesTremaine2    ...

MAG🇺🇸1775🇺🇸  @realMAG1775 · Apr 4
BILL MAHER? Leftist hack who thought he could smear Laura

## Relevant people



Laura Loomer ✓
@LauraLoomer                    **Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎥 America First 🇺🇸 Feisty Jewess

## What's happening



MLB All-Star Week 2025
LIVE

**MLB on BetMGM**
Make It Legendary
📣 Promoted by BetMGM 🦁        ...

Sports · Trending
**Rickey**
1,161 posts        ...

Entertainment · Trending
**Emmy**
Trending with Severance, White Lotus
111K posts        ...

Sports · Trending
**Josh Heupel**        ...

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



Post    Reply    Search

When Maher refused to apologize and declined to put his own money on his show to mitigate the severe damage, he has caused her, Maher was sued in Ms. Loomer's backyard, Ocala, Florida.
*See Case No.: 5:24-cv-00625-PRL (M.D. Fla).*

Maher then, through his counsel Kate Bolger of the leftist, Trump hating-law firm Davis Wright Tremaine, LLP threatened Ms. Loomer before the lawsuit was filed, moved to dismiss the complaint, and has since lost their efforts to dismiss the suit. Maher's deposition is proceeding, and it will be recorded on video today at noon. It is worth noting that Kate Bolger and Davis Wright Tremaine were also the legal counsel who represented ABC News host George Stephanopoulos and ABC in the defamation suit President Trump brought against them and then settled for $15 million dollars on the eve of Stephanopoulos and ABC having been ordered by a Miami court to be deposed.

Larry Klayman, Esq., who filed the suit for Ms. Loomer, had this to say prior to the deposition:

"Bill Maher, a rabid Trump and Loomer hater, cannot fool the American people with his staged meeting at The White House. He has not changed his leftist leopard spots as even attacking President Trump on his show last week, proving that his stunt was nothing but that, a political stunt. Maher will be held to account and Ms. Loomer is confident that in the end, justice will prevail, with Maher and HBO having to pay dearly in "Real Time" for the severe damage Maher has done to my client."

For more information contact leklayman@gmail.com.

###

5:19 PM · Apr 4, 2025 · **170.8K** Views

💬 311        ↻ 2.1K        ♡ 7.3K        🔖 62        ⬆️

🔴 Post your reply        **Reply**

---

🐸 **MAG▪️1775**🇺🇸 ✅ @realMAG1775 · Apr 4        ⊘ ···
BILL MAHER? Leftist hack who thought he could smear Laura Loomer and walk away.
REALITY? Deposition day in Beverly Hills—no HBO studio to hide in now.
DEFAMATION? Maher falsely accused Loomer of an affair with Trump then refused to apologize or retract.
HISTORY REPEATING: Maher's
Show more
💬 3        ↻ 9        ♡ 36        ▫️ 1K        🔖  ⬆️

---

👱 **MAGA Kitty** ✅ @SaveUSAKitty · Apr 4        ⊘ ···
Perfect 👌😊💅
💬         ↻         ♡ 7        ▫️ 304        🔖  ⬆️

---

👤 **Dede Watson** ✅ @Dede_Watson · Apr 5        ⊘ ···
And you strutting into the White House like you are WHO?

Just another Trump sycophant giving Trump BAD advice while trying to gain favor and attention.

You decide with your ZERO background in national security who is competent to work in our government.

Why would anyone
Show more
💬         ↻         ♡         ▫️ 53        🔖  ⬆️

---

👤 **Dede Watson** ✅ @Dede_Watson · Apr 5        ⊘ ···
You have no sense of humor do you?😂😂😺💅💅
💬         ↻         ♡         ▫️ 22        🔖  ⬆️

---

👤 **Rick Saxton** ✅ @SavvymanWyo · Apr 4        ⊘ ···
Bill Maher getting the Loomer treatment. Wish I could watch. Hang tough Laura

...oomer, once the Republican nominee to represent Florida's 21st district, fits that criteria in spades - and is now seemingly questioning why her high-powered president friend isn't streamlining the process to snag her a seat.

## Relevant people



**Laura Loomer** ✅    [Follow]
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🟪 America First 🇺🇸 Feisty Jewess

## What's happening



MLB All-Star Week 2025
LIVE

**MLB on BetMGM**
Make It Legendary
📣 Promoted by BetMGM 🤝        ···

Sports · Trending
**Rickey**
1,161 posts        ···

Entertainment · Trending
**Emmy**
Trending with Severance, White Lotus
111K posts        ···

Sports · Trending
**Josh Heupel**        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

🪐 **DaWrTrem**        ···
@JamesTremaine2



🔒 PageVault

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "Up bright and early today in Los Angeles for my deposition of @billmaher. Bill Maher will be held accountable today for his egregious defamation of me. I am a professional woman and I won't tolerate Bill Maher falsely accusing me of having an affair or committing adultery https://t.co/DGN2bV0G2h" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1908114333453942882 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:57:08 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 17:57:49 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | tDvHKJsVBrcG1MNkPLL9sR |

PDF REFERENCE #:        5d6KPDTyntzigG7Bz3qs1r

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

← Post

Q Search

Laura Loomer ✔
@LauraLoomer

Subscribe   ···

Up bright and early today in Los Angeles for my deposition of @billmaher.

Bill Maher will be held accountable today for his egregious defamation of me.

I am a professional woman and I won't tolerate Bill Maher falsely accusing me of having an affair or committing adultery simply because he doesn't like the fact that President Trump invited me to the Presidential debate as his guest.

The video deposition is taking place today at noon in Beverly Hills.

People who defame me and go out of their way to assassinate my character and disrespect President Trump and @MELANIATRUMP will be held accountable.

I have zero tolerance for it.




10/22/2024 6:26 AM PT


DaWrTrem
@JamesTremaine2   ···

Laura Loomer ✔  @LauraLoomer · Apr 3

### Relevant people


Laura Loomer ✔
@LauraLoomer

Follow

Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎥 America First 🟦 Feisty Jewess

### What's happening


MLB All-Star Week 2025
LIVE

MLB on BetMGM
Make It Legendary
📣 Promoted by BetMGM 🦁

Sports · Trending
Rickey
1,148 posts

Sports · Trending
Josh Heupel

Entertainment · Trending
Emmy
Trending with Severance, White Lotus
110K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





Getty Composite

**EXCLUSIVE**

# BILL MAHER
# SLAPPED WITH
# DEFAMATION LAWSUIT
# ... For Saying Trump Banged
# Laura Loomer

10/22/2024  6:26 AM PT

---

**Laura Loomer** ✔ @LauraLoomer · Apr 3

I won't be going LIVE this Thursday for @LoomerUnleashed because I will be in California for a live, video deposition of @BillMaher.

Last year, after I traveled with President Trump to the 2024 Presidential debate, Maher falsely accused me of sleeping with President Trump, an

Show more

11:08 AM · Apr 4, 2025 · **3.4M** Views

💬 3.7K        ⟲ 10K        ♡ 51K        🔖 877        ⬆️

---

Post your reply        **Reply**

---

**Laura Loomer** ✔ @LauraLoomer · Apr 4

I have to pay for the video deposition and legal fees associated with @billmaher defaming me. It's very expensive.

Please support my legal fund here, as I am constantly under attack and my legal fees are growing.

I appreciate it. Thank you.

**LAURA**

---

**Relevant people**

**Laura Loomer** ✔ @LauraLoomer

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎥 America First 🤍 Feisty Jewess

Follow

**What's happening**

MLB All-Star Week 2025
LIVE

MLB on BetMGM
Make It Legendary
📺 Promoted by BetMGM 🤝

Sports · Trending
Rickey
1,148 posts

Sports · Trending
Josh Heupel

Entertainment · Trending
Emmy
Trending with Severance, White Lotus
110K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy    Accessibility    Ads info    More ···

© 2025 X Corp.

**DaWrTrem** @JamesTremaine2

Page Vault

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "☐    LAURA LOOMER VS BILL MAHER DEFAMATION LAWSUIT UPDATE ☐    Incredibly, @billmaher has now asked the court to keep his deposition transcript, and the video of the April 4th deposition for my Defamation lawsuit CONFIDENTIAL AND UNDER SEAL. Lawsuits in our country are not secret" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1919476074922311734 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 17:59:38 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 18:00:10 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | hFmGBsZwCXuxajZQJ3h6Nz |

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 🗒️ Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✖️ Premium
- Verified Orgs
- 👤 Profile
- ⊙ More

**Post**

← Post

**Laura Loomer** ✔️
@LauraLoomer

Subscribe  ⊘  ⋯

🚨 LAURA LOOMER VS BILL MAHER DEFAMATION LAWSUIT UPDATE 🚨

Incredibly, @billmaher has now asked the court to keep his deposition transcript, and the video of the April 4th deposition for my Defamation lawsuit CONFIDENTIAL AND UNDER SEAL.

Lawsuits in our country are not secret star chamber proceedings. They are generally open to the public, particularity in a case like mine which is very simple, but also egregious.

Apparently, Bill Maher thinks he has license to maliciously defame me and President Trump, as well as First Lady @FLOTUS Melania Trump by falsely broadcasting to the world that I had sex with President Trump.

But, to the contrary, Maher also contends that his testimony and disrespectful demeanor at his deposition should be sealed and kept from the public.

This is the pot calling the kettle black!

HBO @HBO will be deposed in NYC this Wednesday, May 7th, 2025 by my attorney @LarryEKlayman.

The cost of these depositions are enormous, particularly when travel is included. The cost of the court reporter, the video recordings, and the deposition transcripts are also very costly.

My deposition is scheduled for June 2nd.

Please support my growing legal costs  here so we can hold Bill Maher accountable for his defamation.

Donate here: 👇🏻

givesendgo.com/LoomerLawfare



**Laura Loomer** ✔️ @LauraLoomer · Oct 22, 2024
📢ANNOUNCEMENT📢

Today, I filed a defamation lawsuit against @billmaher Bill Maher and HBO @HBO for falsely accusing me of having an affair with President Donald Trump on a September 13th episode of Maher's show ...
Show more


**DaWrTrem**
@JamesTremaine2     ⋯

## Relevant people



**Laura Loomer** ✔️
@LauraLoomer     **Follow**

Investigative Journalist 🇺🇸 Free Spirit🗽 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎙️ America First 🇺🇸 Feisty Jewess

## What's happening

**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
Make It Legendary
📺 Promoted by BetMGM 🦁     ⋯

Sports · Trending
**Rickey**
1,161 posts     ⋯

Entertainment · Trending
**Emmy**
Trending with  Severance,  White Lotus
111K posts     ⋯

Josh Heupel · Trending
**Josh Heupel**     ⋯

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

**Post**



🔒 **Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "☐  LAURA LOOMER VS BILL MAHER DEFAMATION LAWSUIT UPDATE ☐  HBO @HBO will be deposed in NYC today by my attorney @LarryEKlayman. As you know, I sued @billmaher and HBO for DEFAMATION after Maher falsely accused me of having sex with President Trump simply because I was invited" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1920085866803835108 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 18:00:20 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 18:00:51 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | wsntMH4gmA3C1NbZHxDRaX |

PDF REFERENCE #:        qy3WzTYdPRWyAzrEbgcF4j

**Post**

🔍 Search

## X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 📋 Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✕ Premium
- ✓ Verified Orgs
- 👤 Profile
- ● ● ● More

**Post**

---

Laura Loomer ✓ @LauraLoomer

Subscribe  ···

🚨 LAURA LOOMER VS BILL MAHER DEFAMATION LAWSUIT UPDATE 🚨

HBO @HBO will be deposed in NYC today by my attorney @LarryEKlayman.

As you know, I sued @billmaher and HBO for DEFAMATION after Maher falsely accused me of having sex with President Trump simply because I was invited to the Presidential debate in September 2024.

The cost of these depositions are enormous, particularly when travel is included. The cost of the court reporter, the video recordings, and the deposition transcripts are also very costly.

My deposition is scheduled for June 2nd.

Please support my growing legal costs  here so we can hold Bill Maher accountable for his defamation.

Thank you!

Donate here: 👇🏻

givesendgo.com/LoomerLawfare

---

Laura Loomer ✓ @LauraLoomer · Oct 22, 2024
🚨ANNOUNCEMENT🚨
Today, I filed a defamation lawsuit against @billmaher Bill Maher and HBO @HBO for falsely accusing me of having an affair with President Donald Trump on a September 13th episode of Maher's show ...
Show more

**KLAYMAN LAW GROUP, P.A.**

**BILL MAHER AND HOME BOX OFFICE SUED BY LAURA LOOMER FOR DEFAMATION**

*Falsely Broadcast and Stated Laura Loomer Committed Adultery with President Donald Trump*

**$150 Million Plus Punitive Damages Claimed**

[The Villages, Florida, October 22, 2024: Today, Larry Klayman, the founder of both Judicial Watch and Freedom Watch, a former federal prosecutor and former candidate for the U.S. Senate in Florida, announced the filing of a defamation complaint against Bill Maher and Home Box Office for broadcasting that leading conservative activist, journalist and conservative activist Laura Loomer has committed adultery with President Donald Trump.]

The complaint has been filed in the district where Ms. Loomer run for US Congress and has strong roots and has a community reputation as a respected moral figure. The Complaint can be found at www.larryklayman.com and is embedded below. *Loomer v. Bill Maher & Home Box Office*, Filing No. 2024:CV-009746-0 (8th Judicial Circuit In and For Sumter County, Florida)

After filing the complaint on behalf of Ms. Loomer against Maher and Home Box Office, Larry Klayman had this to

Accordingly, one became a target of the Maher and Home Box Office, both of whom advocate for Democrat Party officials and values. They attacked Ms. Loomer with defamatory statements as a vehicle to harm President Trump and his campaign for the presidency of the United States, and to harm Ms. Loomer's credibility, Bill Maher is a known Trump hater.

It is an outrage that Maher and Home Box Office would try to destroy a professional woman in their zeal to harm President Trump."

"To unmask the actual malice of these Defendants, before suit was filed, Klayman asked Maher and HBO under Florida law to retract their false and malicious statements about Ms. Loomer and to publicly apologize during Maher's show, in which Ms. Loomer would appear, to mitigate the damage caused to her reputation and generally. Both Maher and Home Box Office, through their partisan Democrat and Trump hating ways, derelict the request to do so and refused and instead threatened Ms. Loomer. I have opened these highly partisan lawyers many times in the past. For https://www.hollywoodreporter.com/news/politics-news/trump-may-take-action-law-film-defamation-free-speech-1197351. https://www.hollywoodreporter.com/news/general-news/fake-news-ever-have-er-taking-media-titans-1197374.

Klayman added, "Neither Ms. Loomer nor I will entertain politically motivated and unfounded and malicious defamation and threats, which put her at great risk. Thus, both Maher and Home Box Office will now have to answer to a jury of their peers. When this is over, Maher, the self-

11:58 AM · May 7, 2025 · **164.1K** Views

💬 203    🔁 1.4K    ♡ 4.6K    🔖 70    ↑

---

🗨 Post your reply                    **Reply**

---

GinnyM 🇺🇸🙏🧱 TRUMP WON - KAR... ✓ @Patri... · May 7  ···
I hope you win your suit. Maher is a nasty, mean-spirited angry man who is far from funny. He represents all the nastiness of the left that continues to darken all that is good. Good luck Laura and thank you. 💜🧱

💬 1    🔁 3    ♡ 20    📊 466    🔖 ↑

---

Trump Tracker ✓ @trackingdonald · May 7  ···
How can someone with a reputation of a white suprematist be defamed?

💬 5    🔁 1    ♡ 17    📊 554    🔖 ↑

---

Dede Watson ✓ @Dede_Watson · May 7  ···
I know you advocate for truth, so what is your opinion on Trump hosting a dinner for his biggest meme coin contributors when many are from foreign governments?

ny Scaramucci ✓ @Scaramu...
llets have made over $10 milli
ent Donald Trump's meme co
llion in profits, blockchain ana
alysis said.

,000 wallets of mostly small h
oney on $TRUMP, according
$TRUMP event, get for May 1

Steven Dennis ✓ @StevenTDennis · 1h
IEW Bloomberg analysis: Most of the top
olders of Trump's memecoin – who are
or an "intimate dinner" with POTUS and
ouse tour – are likely foreign.

Majority of Top Trump Token Holders Are Likely Outside

---

DaWrTrem  ···
@JamesTremaine2

---

### Relevant people

Laura Loomer ✓    **Follow**
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📷 America First 🪶 Feisty Jewess

### What's happening

MLB All-Star Week 2025
LIVE

**MLB on BetMGM**                    ···
Make It Legendary
✪ Promoted by BetMGM 🦁

Sports · Trending
**Rickey**
1,173 posts

Entertainment · Trending         ···
**Emmy**
Trending with The Studio, Severance
112K posts

News · Trending                   ···
**Per CNN**
4,597 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2025 X Corp.



Document title: (1) Laura Loomer on X: &quot;🚨 LAURA LOOMER VS BILL MAHER DEFAMATION LAWSUIT UPDATE 🚨    HBO @HBO will be deposed in NYC today
Capture URL: https://x.com/LauraLoomer/status/1920058566803835108
Capture timestamp (UTC): Tue, 15 Jul 2025 18:00:51 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "Bill Maher @BillMaher and his @HBO HBO lawyers are now trying to block me from releasing my own deposition that I gave under oath after flying to DC on June 4th. Maher defamed me on broadcast TV to as a way to harm me and also smear President Trump, and now they want to hide https://t.co/YPUoXWUJy3" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1937276370951770603 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 18:03:39 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 18:04:03 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | bJJo6Uy2r8b4HmzrvMFZdh |

PDF REFERENCE #:        q1XrwEHtJ3bsvx44XxWFsb



**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "☐ LAURA LOOMER VS BILL MAHER LAWSUIT UPDATE ☐ I have arrived in DC for my deposition. Tomorrow, June 4, 2025, I am being deposed in DC by @billmaher and @HBO at the law offices of Davis Wright Tremaine @DWTLaw. This is an anti-Trump law firm, and they openly advertise" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1930055010038976919 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 18:01:56 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 18:02:31 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | rQFcv6ehSeWrR5rLrsrc8b |

PDF REFERENCE #:        bSgZPNHRNvA1sAPyttAwgK

Post

**Laura Loomer** ✓
@LauraLoomer

Subscribe · · ·

🚨 LAURA LOOMER VS BILL MAHER LAWSUIT UPDATE 🚨

I have arrived in DC for my deposition.

Tomorrow, June 4, 2025, I am being deposed in DC by @billmaher and @HBO at the law offices of Davis Wright Tremaine @DWTLaw. This is an anti-Trump law firm, and they openly advertise themselves as being anti-Trump.

The lawyer deposing me is named Kate Bolger. She despises Trump, she despises me, and she despises my lawyer @LarryEKlayman since we are pro-Trump conservatives.

She wants to keep all of her client's testimony confidential. Her motions are now pending in front of the court who already denied Maher's and HBO's motion to dismiss my lawsuit. To the contrary, the overwhelming majority of my testimony will NOT be confidential. It will be on video tomorrow and I have nothing to hide, unlike Maher and HBO, who asked the judge to seal his video deposition so the public record won't reveal his 4 hour deposition.

I expect that I will be wildly disrespected by Ms. Bolger and Davis Wright and Tremaine, but I will be respectful as I always am.

Bolger has tried to smear me, claiming that I am using discovery for fundraising. This is not true. Instead, I have asked my supporters to donate to help me pay the cost of this litigation since Maher and HBO's defamation has harmed me both financially and emotionally.

I am not a millionaire like Maher. And nor am I worth billions of dollars like HBO, both of whom want to crush me because I am standing up for myself, for President Trump @realDonaldTrump, the country, and the TRUTH.

I want to thank you all from the bottom of my heart for your support, which my lawyer @LarryEKlayman and I need. We are setting an example for women like me who are SMEARED for political purposes to advance the radical agenda of the Democrat Party.

I had to pay for my travel, my lawyers' travel, the recording of 3 video depositions and travel to all 3 depositions for myself and my lawyer. These mounting costs are on their way to being well over $40,000, and they will continue to grow as I proceed to trial.

I will be offline most of tomorrow since I will be in a deposition. The Left's attacks on me take me away from the very important work I am doing to support my country, the American people, and President Trump.

You can support my lawfare cost fund here: 👇🏻 Thank you!

givesendgo.com/LoomerLawfare

12:12 AM · Jun 4, 2025 · **453.3K** Views

**DaWrTrem**
@JamesTremaine2 · · ·

💬 903    ↻ 3.4K    ♡ 13K    ▢ 279    ↑



**Relevant people**

**Laura Loomer** ✓
@LauraLoomer        Follow
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🎥
America First 😤 Feisty Jewess

**What's happening**



**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
Make It Legendary
📺 Promoted by BetMGM 🦁

Sports · Trending
**Rickey**
1,173 posts

Entertainment · Trending
**Emmy**
Trending with The Studio, Severance
112K posts

News · Trending
**Per CNN**
4,644 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



# X

- Home
- Explore
- Notifications ①
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Post    Reply

Search

I had to pay for my travel, my lady's travel, the recording of 3 video depositions and travel to all 3 depositions for myself and my lawyer. These mounting costs are on their way to being well over $40,000, and they will continue to grow as I proceed to trial.

I will be offline most of tomorrow since I will be in a deposition. The Left's attacks on me take me away from the very important work I am doing to support my country, the American people, and President Trump.

You can support my lawfare cost fund here: 👇🏻 Thank you!

givesendgo.com/LoomerLawfare

12:12 AM · Jun 4, 2025 · **453.3K** Views

💬 903        ↻ 3.4K        ♡ 13K        🔖 279        ⬆️

● Post your reply        Reply

**ThePersistence** ✓ @ScottPresler · Jun 4
Good luck tomorrow.

You got this.

💬 5    ↻ 41    ♡ 789    ◫ 12K    🔖 ⬆️

**DOGEai** ✓ @dogeai_gov · Jun 4
🤖 Automated
The court's denial of Maher and HBO's motion to dismiss confirms this isn't just gossip—it's a legitimate defamation case exposing how media elites weaponize litigation to silence critics. Loomer's forced to drain $40k+ fighting Discovery Channel-tier smears while corporate
Show more

💬 9    ↻ 97    ♡ 487    ◫ 9.1K    🔖 ⬆️

**Amy Mek** ✓ @AmyMek · Jun 4
You got this! 🙏 Keep fighting

💬        ↻ 9    ♡ 107    ◫ 4.8K    🔖 ⬆️

**Meme Right Politics** 👏✌️🇺🇸 ✓ @MemeRtPolitics · Jun 4



**DaWrTrem**
@JamesTremaine2    · · ·

## Relevant people



**Laura Loomer** ✓
@LauraLoomer
[Follow]
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎥 America First 🔯 Feisty Jewess

## What's happening

**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
Make It Legendary
📺 Promoted by BetMGM 🤝        · · ·

Sports · Trending
**Rickey**
1,173 posts        · · ·

Entertainment · Trending
**Emmy**
Trending with The Studio, Severance
112K posts        · · ·

News · Trending
**Per CNN**
4,644 posts        · · ·

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



**Page Vault**

| | |
|---|---|
| Document title: | (1) Laura Loomer on X: "By the way, the lawyer deposing me today in my defamation lawsuit against Bill Maher and HBO is named Katherine "Kate" Bolger. She despises President Trump @realDonaldTrump, she despises me, and she despises my lawyer @LarryEKlayman, since we are pro-Trump conservatives. She is https://t.co/tUYdQhqiIw" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1930258020723781686 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 18:02:44 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 18:03:29 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | wdURoMo5ADMLSdPD6GvxdZ |

PDF REFERENCE #:    r5B8hvFLKnUWF9AM5ukEdX

**Post**    Reply

# X

- Home
- Explore
- Notifications ①
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**DaWrTrem**
@JamesTremaine2

---

**Laura Loomer** ✔
@LauraLoomer

Subscribe  ···

By the way, the lawyer deposing me today in my defamation lawsuit against Bill Maher and HBO is named Katherine "Kate" Bolger. She despises President Trump @realDonaldTrump, she despises me, and she despises my lawyer @LarryEKlayman, since we are pro-Trump conservatives.

She is also a donor to the Democrat Party, according to FEC records. Davis Wright Tremaine @DWTLaw brags about how anti-Trump they are. Here's a @THR Hollywood Reporter article from 2019 in which they call themselves "Trump's least favorite firm".

No wonder why Trump hater @billmaher and his enabler @HBO hired an anti-Trump law firm. 👇🏻

@realDonaldTrump @JDVance

---

**Laura Loomer** @LauraLoomer · Jun 4
I am about to walk into my deposition for my DEFAMATION lawsuit against @billmaher and @HBO.

I will be offline till my deposition is over. It's absolutely OUTRAGEOUS that I have to use my very valuable time and resources to defend ...

Show more

**FAVORITE FIRM**

By Mike Scarcella and Sara Merken

WASHINGTON (Reuters) — More than 500 law firms have signed a court brief denouncing Donald Trump's targeting of Perkins Coie and other firms, expressing alarm over the Republican president's intensifying crackdown on the legal profession.

**FREE SPEECH**

**Bill Maher's Saying Trump "Might Be" "Fucking" Republican Activist Laura Loomer Might Be Defamation of Loomer**

A judge lets Loomer's defamation claim against Maher and HBO go forward.

1:39 PM · Jun 4, 2025 · **95.5K** Views

💬 207    🔁 1.5K    ♡ 4K    🔖 54    📤

Post your reply    **Reply**

**DOGEai** ✔ @dogeai_gov · Jun 4

---

## Relevant people



**Laura Loomer** ✔
@LauraLoomer    **Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎥 America First 🇺🇸 Feisty Jewess

## What's happening

**MLB All-Star Week 2025**
LIVE    ···

**MLB on BetMGM**
Make It Legendary
▶ Promoted by BetMGM 🦁    ···

Entertainment · Trending    ···
**Emmy**
Trending with The Studio, Severance
112K posts

News · Trending    ···
**Per CNN**
4,644 posts

Trending in United States    ···
**Error 17**
3,232 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



---

