# EXHIBIT 2

**FOR IMMEDIATE RELEASE**

## TRUMP & LOOMER HATER BILL MAHER TO BE DEPOSED TODAY

### Leftist Political Pundit Has Already Lost Motion to Dismiss in Defamation Case

**(Beverly Hills, California, April 4th, 2025)-** Bill Maher, who recently staged a calculated meeting with President Trump to try to deflect attention away from his scheduled deposition in Los Angeles, will be deposed today for his defamation of Laura Loomer, the conservative, investigative journalist who strongly supports President Trump. Leftist Maher falsely published widely on his HBO Show "Real Time," that Ms. Loomer has "f\*\*\*ed" President Trump, implying that Trump committed adultery against First Lady Melania Trump with Ms. Loomer. When Maher refused to apologize and declined to put Ms. Loomer on his show to mitigate the severe damage he has caused her, Maher was sued in Ms. Loomer's backyard, Ocala, Florida. *See* Case No: 5:24-cv-00625-PRL (M.D. Fla).

Maher then, through his counsel Kate Bolger of the leftist, Trump hating-law firm Davis Wright Tremaine, LLP threatened Ms. Loomer before the lawsuit was filed, moved to dismiss the complaint, and has since lost their efforts to dismiss the case. Thus, Maher's deposition is proceeding, and it will be recorded on video today at noon. It is worth noting that Kate Bolger and Davis Wright Tremaine were also the legal counsel who represented ABC News host George Stephanopoulos and ABC in the defamation suit President Trump brought against them and then settled for $15 million dollars on the eve of Stephanopoulos and ABC having been ordered by a Miami court to be deposed.

Larry Klayman, Esq., who filed the suit for Ms. Loomer, had this to say prior to the deposition:

"Bill Maher, a rabid Trump and Loomer hater, cannot fool the American people with his staged meeting at The White House. He has not changed his leftist leopard spots and was even attacking President Trump on his show last week, proving that his stunt was nothing but that, a political stunt. Maher will be held to account and Ms. Loomer is confident that in the end, justice will prevail, with Maher and HBO having to pay dearly in "Real Time" for the severe damage Maher has done to my client."

For more information contact leklayman@gmail.com.
### 

In conjunction with CAN-SPAM Act: A Compliance Guide for Business - If you do not wish to receive our occasional emails, please reply "Remove," and we'll take care of that!

**Page Vault**

| | |
|---|---|
| Document title: | (1) Larry Klayman on X: "As her attorney I am deposing Bill Maher in the defamation suit I filed on her behalf. Maher is being deposed tomorrow. Go to https://t.co/luQQjBbozp. For more information contact leklayman@gmail.com and go to the website to see the defamation complaint. Maher has already lost a" / X |
| Capture URL: | https://x.com/LarryEKlayman/status/1907934131679350787 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 22:43:58 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 22:45:35 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | 1tRRiKpsXHZoaynEgWcZi6 |

PDF REFERENCE #:        irdwEuvirtzk2EoksPdRft



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**DaWrTrem**
@JamesTremaine2

## Post

**Larry Klayman** ✓
@LarryEKlayman

As her attorney I am deposing Bill Maher in the defamation suit I filed on her behalf. Maher is being deposed tomorrow. Go to larryklayman.com. For more information contact leklayman@gmail.com and go to the website to see the defamation complaint. Maher has already lost a motion to dismiss

nytimes.com/2025/04/03/us/...

Larry Klayman, Attorney at Law

From larryklayman.com

11:11 PM · Apr 3, 2025 · **741** Views

🗨  ↻ 11   ♡ 37   🔖 1   ⬆

Post your reply                    **Reply**

### Relevant people

**Larry Klayman** ✓
@LarryEKlayman                    **Follow**

I've dedicated my career to fighting injustice and restoring ethics to government and the legal profession. Join Me on SubStack:
larryklayman.substack.com

### What's happening

**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
▶ Promoted by BetMGM 🦁

Trending in United States
**Doechii**
6,045 posts

Trending in United States
**Onika**
2,593 posts

Trending in United States
**Barbz**
11.6K posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···
© 2025 X Corp.



**Page Vault**

| | |
|---|---|
| Document title: | (1) Larry Klayman on X: "@LauraLoomer @billmaher More to come. Bill Maher is a hateful low class person who tried to destroy Trump and Laura Loomer!" / X |
| Capture URL: | https://x.com/LarryEKlayman/status/1908932945886507099 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 22:47:52 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 22:48:05 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | 9vDkbSAj59LnDGfz3TWAfi |



Document title: (1) Larry Klayman on X: &quot;@LauraLoomer @billmaher More to come. Bill Maher is a hateful low class person who tried to destroy Trump and Laura…

Capture URL: https://x.com/LarryEKlayman/status/1908932945886507099

Capture timestamp (UTC): Tue, 15 Jul 2025 22:48:05 GMT

Page 1 of 1



trial in Ocala, Florida.

Larry Klayman to take the deposition of HBO on April 30th in New York City.

Larry Klayman to continue fundraising for legal costs through his website Larry klayman.com.

Supporters to contribute to the legal costs for Laura Loomer's case through Larry klayman.com.

## Summary

### Larry's Deposition of Bill Maher

Larry discussed his deposition of Bill Maher, a low-class pundit, on behalf of Laura Loomer, a great investigative journalist. He mentioned that the deposition was classified but would be unclassified in 15 days. Larry also mentioned that he was harassed during the deposition and that the case against Bill Maher and HBO is going to trial in Ocala, Florida. He emphasized the importance of holding people like Bill Maher accountable for their actions and encouraged people to support Laura Loomer's case by contributing to the costs.

 3 Likes

## Discussion about this video

Comments   Restacks

Write a comment...

**Bryan Chaney**  Apr 7

Unfortunately, Maher is has been.

Quick victory for Laura...leviathan media moves along...

♡ LIKE   💬 REPLY                                    ↑ SHARE

 PROSECUTED FOR TERROR...
JUN 3 • LARRY KLAYMAN'S FREEDOM WATCH

 Freedom Watch Noticing Depositions in Biden Harris Fraud...
MAY 30 • LARRY KLAYMAN'S FREEDOM...

 Unborn Black Lives Do Not Matter to JEB Boasberg
MAY 28 • LARRY KLAYMAN'S FREEDOM...

 Jill Biden Sued for Treason!
MAY 23 • LARRY KLAYMAN'S FREEDOM...

 ULTIMATE IRONY: BIDEN WORKED A CANCER ON THE...
MAY 20 • LARRY KLAYMAN'S FREEDOM...

 BIDENS & HARRIS SUED OVER FRAUD!
MAY 18 • LARRY KLAYMAN'S FREEDOM...

 ALCATRAZ FOR CORRUPT POLITICIANS, FED. JUDGES &...
MAY 6 • LARRY KLAYMAN'S FREEDOM WATCH

TRUMP DOJ/FBI SHOULD CHARGE & ARREST HARRIS & BIDENS!
APR 29 • LARRY KLAYMAN'S FREEDOM...

## Ready for more?

Type your email...   Subscribe

© 2025 Larry Klayman · Privacy · Terms · Collection notice

Larry Klayman to take the deposition of HBO on April 30th in New York City.

Larry Klayman to continue fundraising for legal costs through his website Larry klayman.com.

Supporters to contribute to the legal costs for Laura Loomer's case through Larry klayman.com.

Summary

**Larry's Deposition of Bill Maher**

Larry discussed his deposition of Bill Maher, a low-class pundit, on behalf of Laura Loomer, a great investigative journalist. He mentioned that the deposition was classified but would be unclassified in 15 days. Larry also mentioned that he was harassed during the deposition and that the case against Bill Maher and HBO is going to trial in Ocala, Florida. He emphasized the importance of holding people like Bill Maher accountable for their actions and encouraged people to support Laura Loomer's case by contributing to the costs.

 3 Likes

## Discussion about this video

Comments     Restacks

Write a comment...

Bryan Chaney  Apr 7

Unfortunately, Maher is has been.

Quick victory for Laura...leviathan media moves along...

♡ LIKE     💬 REPLY                                           ⬆ SHARE

 Freedom Watch Noticing Depositions in Biden Harris Fraud...
JUN 3 • LARRY KLAYMAN'S FREEDOM WATCH
MAY 30 • LARRY KLAYMAN'S FREEDOM...

 Unborn Black Lives Do Not Matter to JEB Boasberg
MAY 28 • LARRY KLAYMAN'S FREEDOM...

 Jill Biden Sued for Treason!
MAY 23 • LARRY KLAYMAN'S FREEDOM...

 ULTIMATE IRONY: BIDEN WORKED A CANCER ON THE...
MAY 20 • LARRY KLAYMAN'S FREEDOM...

 BIDENS & HARRIS SUED OVER FRAUD!
MAY 18 • LARRY KLAYMAN'S FREEDOM...

 ALCATRAZ FOR CORRUPT POLITICIANS, FED. JUDGES &...
MAY 6 • LARRY KLAYMAN'S FREEDOM WATCH

TRUMP DOJ/FBI SHOULD CHARGE & ARREST HARRIS & BIDENS!
APR 29 • LARRY KLAYMAN'S FREEDOM...

## Ready for more?

Type your email...     Subscribe

© 2025 Larry Klayman · Privacy · Terms · Collection notice

Start writing     Get the app

Substack is the home for great culture

**Page Vault**

| | |
|---|---|
| Document title: | (1) Larry Klayman on X: "Bill Maher is an atheist who has no respect for and tries to destroy Judeo-Christian values! He mocks Trump and his evangelical support!" / X |
| Capture URL: | https://x.com/LarryEKlayman/status/1934259113330184487 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 22:46:19 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 22:46:33 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | ctTafW9fiC2r8pfPHcQNNY |

PDF REFERENCE #:        tbQko9xWQ1GdtLAibjojH9



**Page Vault**

| | |
|---|---|
| Document title: | (1) Larry Klayman on X: "Support Laura Loomer in her fight against the low class and malicious Trump haters Bill Maher and HBO, Hollywood dishonest leftists. Go to https://t.co/luQQjBbWoX." / X |
| Capture URL: | https://x.com/LarryEKlayman/status/1934943847332933749 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 22:45:51 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 22:46:05 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | ahhsvHSX9AfZLZGMTL54qD |

PDF REFERENCE #:        9s77oiDjYafhAcdg1NJPcF

← Post

**Larry Klayman** ✓
@LarryEKlayman

Support Laura Loomer in her fight against the low class and malicious Trump haters Bill Maher and HBO, Hollywood dishonest leftists. Go to larryklayman.com.



Larry Klayman, Attorney at Law

From larryklayman.com

11:58 AM · Jun 17, 2025 · **136** Views

💬          🔁 1          ♡ 2          🔖          ⬆️

**Who can reply?**
Accounts @LarryEKlayman follows or mentioned can reply

### Relevant people

**Larry Klayman** ✓
@LarryEKlayman          [ Follow ]

I've dedicated my career to fighting injustice and restoring ethics to government and the legal profession. Join Me on SubStack: larryklayman.substack.com

### What's happening

**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**
Make It Legendary
▶ Promoted by BetMGM

Trending in United States
**Doechii**
6,225 posts

Trending in United States
**Barbz**
11.7K posts

Trending in United States
**Lauren Southern**
2,469 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More …
© 2025 X Corp.

**DaWrTrem**
@JamesTremaine2



**Page Vault**

| | |
|---|---|
| Document title: | (1) Larry Klayman on X: "Bill Maher and HBO want to keep the deposition they took of Laura Loomer in her defamation case secret because their lawyers at Davis Wright Tremaine abused Laura. The video would show this. This law firm is anti-Trump and hates Laura because of this. Go to" / X |
| Capture URL: | https://x.com/LarryEKlayman/status/1934942952650055681 |
| Page loaded at (UTC): | Tue, 15 Jul 2025 22:46:55 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 22:47:08 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | e2btLyZUDaJoanTiYQzZTp |

PDF REFERENCE #:        phpLgiVBSDUaDazuVqgzd1



Post

**Larry Klayman** ✓
@LarryEKlayman

Bill Maher and HBO want to keep the deposition they took of Laura Loomer in her defamation case secret because their lawyers at Davis Wright Tremaine abused Laura. The video would show this. This law firm is anti-Trump and hates Laura because of this. Go to larryklayman.com.

11:55 AM · Jun 17, 2025 · **221** Views

💬         ⟲ 2         ♡ 2         🔖         ⬆

**Who can reply?**
Accounts @LarryEKlayman follows or mentioned can reply

### Relevant people

**Larry Klayman** ✓          **Follow**
@LarryEKlayman

I've dedicated my career to fighting injustice and restoring ethics to government and the legal profession. Join Me on SubStack: larryklayman.substack.com

### What's happening

**MLB All-Star Week 2025**
LIVE

**MLB on BetMGM**          ···
Make It Legendary
▶ Promoted by BetMGM 🦁

Trending in United States          ···
**Doechii**
6,425 posts

Trending in United States          ···
**Barbz**
11.7K posts

Trending in United States          ···
**Lauren Southern**
2,469 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···
© 2025 X Corp.

**DaWrTrem**          ···
@JamesTremaine2



| | |
|---|---|
| Document title: | Update on the Bill Maher Deposition #2 MAHER DEPOSITION IN LOOMER CASE SPELLS DISASTER FOR HIM & HBO! |
| Capture URL: | https://thefoundationforamerica.substack.com/p/update-on-the-bill-maher-deposition-e2b |
| Page loaded at (UTC): | Tue, 15 Jul 2025 22:49:11 GMT |
| Capture timestamp (UTC): | Tue, 15 Jul 2025 22:49:57 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | 22msWBrHFtXqtbsZkkfL5p |

PDF REFERENCE #:        bxNdfQoYRyMZPHwt9AzCDB

 THE FOUNDATION FOR AMERICAN | Sign in



Larry Klayman

## Update on the Bill Maher Deposition #2 MAHER DEPOSITION IN LOOMER CASE SPELLS DISASTER FOR HIM & HBO!

Quick update, as we wait for the case to be unsealed in 15 days.

 LARRY KLAYMAN'S FREEDOM WATCH
APR 06, 2025

♡ 3     💬 1     ↻          Share     ☰ Transcript

### Quick recap

Larry discussed his deposition of Bill Maher, a low-class pundit, on behalf of Laura Loomer, a great investigative journalist. He mentioned that the deposition was classified but would be unclassified in 15 days and that the case against Bill Maher and HBO is going to trial in Ocala, Florida. Larry emphasized the importance of holding people like Bill Maher accountable for their actions and encouraged people to support Laura Loomer's case by contributing to the costs.

### Next steps

Larry Klayman to release the unclassified deposition of Bill Maher in 15 days.

Larry Klayman to proceed with the defamation case against Bill Maher and HBO to trial in Ocala, Florida.

Larry Klayman to take the deposition of HBO on April 30th in New York City.



### Larry's Freedom Watch Substack Podcast

Freedom Watch & Judicial Watch founded by Larry Klayman, a former prosecutor with the U.S. Department of Justice. It serves as the citizens' Justice Department, filing hard-hitting constitutional legal cases to restore this nation to our Founding Fathers.

Type your email...     Subscribe

### Listen on

🎙 Substack App          Spotify

📡 RSS Feed

### Appears in episode

Larry Klayman's Freedom Watch

### Recent Episodes

BIDENS & OTHERS TO BE PROSECUTED FOR TERROR...
JUN 3 • LARRY KLAYMAN'S FREEDOM WATCH

Freedom Watch Noticing

Document title: Update on the Bill Maher Deposition #2 MAHER DEPOSITION IN LOOMER CASE SPELLS DISASTER FOR HIM &amp; HBO!
Capture URL: https://thefoundationforamerica.substack.com/p/update-on-the-bill-maher-deposition-e2b
Capture timestamp (UTC): Tue, 15 Jul 2025 22:49:57 GMT



I took the deposition of Bill Maher, that low-class so-called pundit.

Larry Klayman

  Search    

0:01    As you know, last Friday, April 4th, on behalf of Laura Loomer, a fine person, someone who is a great investigative journalist, someone who has the confidence of President Trump, we've seen that just in the last few days with regard to the firing of six national security individuals who were anti-Trump on the basis of information provided by

0:28    **Laura Loomer. I took the deposition of Bill Maher, that low-class so-called pundit. He's not a comedian. He's not funny. And although I asked him any questions and I showed him what he had said about Laura Loomer and**

### Larry's Freedom Watch Substack Podcast

Freedom Watch & Judicial Watch founded by Larry Klayman, a former prosecutor with the U.S. Department of Justice. It serves as the citizens' Justice Department, filing hard-hitting constitutional legal cases to restore this nation to our Founding Fathers.

Type your email...    Subscribe

## Listen on

 Substack App      Spotify

 RSS Feed

others in terms of his tweets, in terms of what he said, He laughed at his own jokes, disrespectfully.

0:52 Now I can't reveal confidential information at this point because the deposition is classified, but in 15 days it's going to come unclassified because there was little to nothing in there that was confidential. But what is in there, you'll see how I was harassed at that deposition. Laura Loomer was sitting next to me. The lawyer

1:13 for Bill Maher from Davis Wright Tremaine, a law firm that actually advertises on its website that it's anti-Trump. This is a law firm that defends defamation, libel, and slander repeatedly for big media interests, for the fake news media. I've been up against them many times. I was harassed during that deposition. I tried to be polite,

1:35 I took it. I wanted them to show exactly who they were, how disrespectful they are. And it's not just disrespect. With regard to Laura Loomer, she was defamed saying that she had had sex with President Trump behind the back of Melania Trump, committed adultery. That's what's called defamation per se.

1:54 The court's already ruled that I properly pled that on behalf of Laura Loomer. This case is going to be going to trial in Ocala, Florida. which is an

## Appears in episode

 Larry Klayman's Freedom Watch

## Recent Episodes

 **REPUB. FED JUDGE BILL EXCUSE TO DO NOTHING!**
APR 13 • LARRY KLAYMAN'S FREEDOM...

 **FREEDOM WATCH & TRUMP DOJ COMPLEMENTARY!**
APR 10 • LARRY KLAYMAN'S FREEDOM...

 **Update on the Bill Maher Deposition**
APR 5 • LARRY KLAYMAN'S FREEDOM WATCH

 **Larry on Bill Martinez Live**
MAR 30 • LARRY KLAYMAN'S FREEDOM...

 **MORE ANTI-TRUMP CORRUPTION ON THE DC...**
MAR 29 • LARRY KLAYMAN'S FREEDOM...

 **Freedom Watch's legal victory against China for causing COVI...**
MAR 27 • LARRY KLAYMAN'S FREEDOM...

 **HELP ME SUE OVER LEFTIS DEATH THREATS & VIOLENCE V...**
MAR 25 • LARRY KLAYMAN'S FREEDOM...

area very conservative. I had
my campaign headquarters
there, as I said yesterday. It is
a area that's religious and
doesn't take kindly to this
kind of behavior.

2:17    Now we tried to mitigate the
damage here and settle this
matter with Maher, but he's
arrogant, his lawyers are
arrogant, and so is HBO. We
said, put Laura Loomer on
your show real time. Let her
rebut what she said. Let her
tell her side of the story,

2:36    which is that obviously she
didn't have sex with the
president or committed
adultery. That is a moral
turpitude. And that's why with
defamation per se, damages
are presumed. And there are
many cases that say actual
malice is presumed, even
though Laura Loomer is a
public figure. But they didn't
want to do that.

2:58    They didn't want to confront
Laura Loomer. Bill Maher and
HBO, they're cowards. They
don't want to face up to it.
They want to do stuff behind
your back, like they did
against President Trump. And
of course, they use President
Trump. They use Laura
Loomer, rather, as a way to
get to President Trump.

3:14    Because at that time, Maher
and HBO were trying to have
Trump defeated. And if you
go into FEC records and you
see who Bill Maher has
contributed to, Kamala Harris,
on a couple of occasions,
you'll see exactly the

motivation there in terms of why he tried to defame both Trump and Laura Loomer at the same time.

3:38    He used Laura Loomer as a vehicle to try to destroy Trump. Now you have to ask yourself, Kid Rock or not, why Maher was allowed into the White House. The president, I love the president. I support him 100%. But this is the kind of person that he's dealt with before that will stab him in the back.

3:59    And he'll be back writing vile material to harm Trump going forward. That's his audience. He depends on that for clicks and ratings. sensationalism, salaciousness, low class, sexual humor, which does not even apply with regard to Laura Loomer. And for that matter, anybody else in his league, because he's in a different league of disgusting alleged humor,

4:28    which is not humor at all, because he's not a comedian. I know that when I used to be on a show many years ago, before he went so far left, politically incorrect, he couldn't even give a line without reading it off the teleprompter. He's not funny, and he is really not a comedian at all.

4:44    He's just a hatchet man. Now, I want you to go to larryclayman.com. This is expensive. Laura's raised money for costs. I need to raise money for costs. This is a private case. It's a matter of

principle. It's a matter of bringing Bill Maher and others like him to their legal knees to hold them accountable.

5:08    Because if we don't do it now, particularly when President Trump is president and in power, you can imagine what the leftist media is going to be in four years. They are socialist. They're communist. They're atheist. They're frankly in large measure perverted. We know that with what's been going on with transgender and everything else.

5:31    They promote all kinds of things to destroy the Judeo-Christian values of this country. They are evil. They are the disciple of the devil, in effect. And we cannot allow that to happen. Now, we need to take on the media. Quite apart from Laura Loomis' case, we have a leftist media strike force at freedomwatchusa.org.

5:52    That's not her case, but it's what we have done in many, many instances. And I have sued these people in my own right because they've defamed me. I know what it's all about. I've been up against Mars law firm Davis Wright Tremaine for many years. I probably have had 15 cases with them.

6:07    These people don't tell the truth. They are not straightforward. They're not honest, frankly, to be honest. They are people who are

hatchet men for the big media that's to the left. And again, they advertise. You can go to their website. You'll see they're advertising.

6:24    There was a Hollywood Reporter story of how they're the least favorite law firm of Donald Trump. And then there was a story about me that I'm the counterforce to that in the same Hollywood Reporter. You can Google that. So I want you to go to LarryClayman.com, support Laura's case.

6:42    We need, the costs are going to get very expensive. We're taking the deposition of HBO on April 30th in New York City. Both they and Mar are in the deep, you know what, they have gone too far. They have to pay for it. We cannot allow this to continue any longer. And of course,

7:02    they use Laura Loomer to get to President Trump and they're not done yet, believe me. So God bless you. God bless America. God bless your family. God save America. Remember, God will only help us if we help ourselves.

© 2025 Larry Klayman · Privacy · Terms · Collection notice

Substack is the home for great culture