# EXHIBIT 3

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AH"
CASE NO.: 50-2022-CA-006587-XXXX-MB

LARRY KLAYMAN,
    Plaintiff/Petitioner
vs.
PGA TOUR, DP WORLD TOUR,
JOSEPH WILLIAM MONAHAN, IV, et al.,
    Defendant/Respondents.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO DECLASSIFY AND MOTION TO SHOW CAUSE AND FOR SANCTIONS

**THIS CAUSE** came before the Court for review on December 4, 2024. Based upon review of the Plaintiff's Motion to Declassify and Motion to Show Cause and for Sanctions, a complete review of the court file, and the Court being otherwise fully advised in the premise, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion to Declassify is **DENIED**. The Clerk of Court is directed to maintain the filings at Docket Numbers 365, 367, 369, and 371 under seal and as previously ruled confidential unless and until further order of the Court.

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for an Order to Show Cause and for Sanctions is **DENIED**.

**ORDERED AND ADJUDGED** that this case having been dismissed for lack of subject matter jurisdiction, that the Clerk close the file.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

50-2022-CA-006587-XXXX-MB  01/23/2025
Reid P. Scott
Judge

**COPIES TO:**

Page **1** of **2**

| | | |
|---|---|---|
| LARRY KLAYMAN ESQ | 7050 W PALMETTO PARK ROAD<br>BOCA RATON, FL 33433 | LEKLAYMAN@GMAIL.COM<br>dajl42182@gmail.com<br>oliver.peerfw@gmail.com |
| LAWRENCE D. SILVERMAN ESQ | 1001 BRICKELL BAY DR STE 900<br>MIAMI, FL 33131 | lawrence.silverman@sidley.com<br>pvilla@sidley.com<br>ktanzer@sidley.com<br>mcabra@sidley.com<br>gportes@sidley.com<br>efilingnotice@sidley.com |
| ANTHONY DREYER ESQ | ONE MANHATTEN WEST<br>NEW YORK, NY 10001 | anthony.dreyer@skadden.com<br>karen.lent@skadden.com |

NOT A CERTIFIED COPY

Page **2** of **2**