7/31/25, 6:47 PM    Case 5:24-cv-00625-JSM-PRL    Document 103-1    Filed 08/01/25    Page 1 of 1 PageID
Gmail - From Lammens' Order on Motion to Compel
2319

 **Gmail**     Oliver Peer <oliver.peerfw@gmail.com>

## From Lammens' Order on Motion to Compel

**Larry Klayman** <leklayman@gmail.com>     Thu, Jul 31, 2025 at 5:57 PM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliverpeerfw@gmail.com>

Ms. Bolger:

This ruling by the Magistrate Judge of July 17, 2025 allows for use of the Loomer deposition to dispose of your pending motions on the merits. Thus, the transcript can be attached to the pleadings. And the Loomer deposition was not designated as confidential in any event, for which would have been Plaintiff's prerogative. See below finding and the one of June 18, 2025 where the Magistrate Judge also finds that "The transcript and video tape of the June 4, 2025 deposition shall be used solely for the purposes of the litigation."

Thus, Ms. Loomer's deposition transcript is not confidential and was used for the purposes of this litigation and to adjudicate your pending motions on the merits.

Larry Klayman, Esq.
Counsel for Plaintiff Loomer

[Quoted text hidden]