# Exhibit 1

**Bolger, Kate**

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Friday, August 1, 2025 12:35 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | 'Oliver Peer'; 'Rachel E. Fugate' |
| **Subject:** | RE: Loomer v. HBO |

Mr. Klayman,

Defendants intend to move for an order of contempt and sanctions regarding your failure to produce documents in accordance with Judge Lammens' order. In addition, we have received your initial disclosures. Your damages computation is woefully inadequate and fails to comply to with Magistrate Judge Lammens' Order to "provide sufficient detail regarding each category of damages." Indeed, they suffer from the very same deficiencies that Judge Lammens already ruled upon.

Judge Lammens has now ordered you to show cause based on your violation of his Order regarding Ms. Loomer's deposition. In order to avoid continued motion practice, we ask you to (i) revise your initial disclosures to fully comply with Judge Lammens' order and (ii) immediately produce all documents and interrogatory responses demanded by the order. Failure to do so will leave us with no choice but to seek further sanctions. Please produce all documents by 5 PM today.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Bolger, Kate
**Sent:** Thursday, July 31, 2025 12:53 PM
**To:** Larry Klayman <leklayman@gmail.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** RE: Loomer v. HBO

Mr. Klayman,

The Middle District of Florida has adopted the same standard. See *TemPay, Inc. v. Biltres Staffing of Tampa Bay, LLC*, 929 F.Supp.2d 1255, 1260 (M.D. Fla. 2013) ("Even though a party may object to a magistrate judge's order on a non-dispositive matter, the order is nonetheless a final order absent reversal by the district court. As a result, an objection to such final order does not stay the order or relieve the party of the obligation to comply with the order"). We have now given you multiple opportunities to comply with your basic discovery obligations – your refusal to do so necessitates Defendants moving for sanctions.

Further, and as stated in my emails on both June 27 and July 1, 2025, which I am attaching, (the latter of which you never responded to), we will not be producing Casey Bloys for a deposition. Mr. Bloys had no involvement in any of the allegedly defamatory statements and is further shielded from your attempts to depose him by the Apex Doctrine. Any argument to the contrary is entirely frivolous.

1

Finally, your suggestion that my client is responsible for your attorney's fees because you were "induced" to travel to New York "based on the false pretense that I would be able to depose the witness on all the designated issues" is entirely baseless. You were told on April 24, 2025 that we would produce Nina Rosenstein to be deposed on 8 topics on May 7. You did not respond. If you move for sanctions we will oppose and move for costs.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, July 30, 2025 1:51 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliverpeerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. HBO

[EXTERNAL]

Ms. Bolger:

Your threats are non-meritorious and meant to drive up the cost of litigation for Ms. Loomer also illogical that she would have to produce documents before her objections are heard by the judge. This would moot out the objections before they are considered by the judge. We will be making this point with the judge later today and notwithstanding that you miscited a case from another district court, not the Middle District, your threats are transparent.

If we go that route without allowing for Ms. Loomer's objections to be heard, we will move for cross sanctions and take other appropriate actions. It would be merely vindictive and pure harassment. You already browbeat and harassed Ms. Loomer at depositions, and this is unethical, particularly for a lawyer who is in this case pro hac vice and is not licensed in Florida. It is also unethical in New York state. You and your firm are very partisan and recognized Trump haters, and Ms. Loomer is a Trump supporter. She is thus rich target for you and your clients, who have the same rabid political and ideological bent as you and your anti-Trump law firm.

In addition, you have refused to provide dates for the deposition of HBO's CEO. Please finally provide some dates for this to occur within the next two weeks. If you do not do so by cob tomorrow, we will have to set the deposition of a date without your input. His deposition is highly relevant, particularly since he had to be involved at the highest level in the decision to publish and then not retract the defamatory statements at issue, given that they also defamed per se a president of the United States. This is not a minor routine matter to say the lease.

Please govern yourself accordingly.

Larry Klayman, Esq.

On Wed, Jul 30, 2025 at 3:02 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman,
>
> The fact that you are objecting to Magistrate Judge Lammens' order does not relieve you of compliance with the order. The law is clear in the 11th Circuit that "[e]ven though a party may object to a magistrate judge's order on a non-dispositive matter, the order is nonetheless a final order absent reversal by the district court. As a result, an objection to such final order does not stay the order or relieve the party of the obligation to comply with the order." *Mad Room, LLC v. City of* Miami, 2022 WL 19332077, at *2 (S.D. Fla. 2022).
>
> Judge Lammens' Order was clear – you were to produce documents and interrogatory responses by Monday. Defendants complied with our obligations – you have not. Unless we receive the materials you were ordered to produce by COB today, we will move for an order of contempt and appropriate sanctions. We are available to meet and confer about this issue today.
>
> Kate Bolger
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
>
> P 212.402.4068   C 917.561.2575   E katebolger@dwt.com
> A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**
>
> **From:** Larry Klayman <leklayman@gmail.com>
> **Sent:** Tuesday, July 29, 2025 6:54 PM
> **To:** Bolger, Kate <KateBolger@dwt.com>
> **Cc:** Oliver Peer <oliverpeerfw@gmail.com>
> **Subject:** Re: Loomer v. HBO
>
> **[EXTERNAL]**
>
> We are objecting to the magistrates orders by tomorrow but will provide initial disclosures.

3

I feel bad for Rupert Murdoch. Big mistake hiring you and your firm. Good job as well with Stephanopoulos, ABC and CBS. Y'all are on a roll. Big threats but poor results.

Larry Klayman

On Tue, Jul 29, 2025, 3:31 PM Bolger, Kate <KateBolger@dwt.com> wrote:

Mr. Klayman,

On July 17, 2025 Judge Lammens issued an Order granting Defendants' motion to compel. Implicit in the court's order was his acceptance of your representation that you would serve your initial disclosure. You did not do so.

The court ordered that "**Within ten days of this Order**, Plaintiff shall serve her initial disclosures or serve amended initial disclosures that provide sufficient detail regarding each category damages; provide full and complete responses to Interrogatory Nos. 1, 7 (as limited by this Order), 8, 9, 10, 11, and 13; and produce all responsive documents to Request for Production Nos. 12, 13, 14, 18, 19 (as limited by this Order), and 20, or state that she has none." ECF No. 99.

You were required to comply with this Order by July 28, 2025. If Defendants do not receive these material by **5 P.M. on Wednesday, July 30** we will be forced to move for an order of contempt.

Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP
**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**  in