**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

LAURA LOOMER,

    Plaintiff,

v.                                                     Case No: 5:24-cv-625-JSM-PRL

BILL MAHER and HOME BOX OFFICE, INC.,

    Defendants.
_____

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court *sua sponte*. A Case Management and Scheduling Order (Dkt. 40) was entered on January 16, 2025, which imposed a deadline to select a mediator by July 15, 2025, and a deadline to conduct mediation by September 15, 2025. A review of the file indicates that Plaintiff has failed to comply with this Court's Order directing selection of a mediator and a mediation date. A Mediation Notice has not been filed in the Court file.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff shall **within seven (7) days** from the date of this Order **show cause, in writing**, why she has failed to comply with this Court's Order.

**DONE** and **ORDERED** this 4th day of August, 2025, at Tampa, Florida.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record