IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

               Plaintiff,

v.

BILL MAHER et al

               Defendants.

**Case No: 5:24-cv-00625-JSM-PRL**

## PLAINTIFF'S INTERIM RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Laura Loomer ("Plaintiff") hereby submits the following interim response to the Court's Order to Show Cause of August 4, 2025, which stated the following: "Plaintiff shall within seven (7) days from the date of this Order show cause, in writing, why she has failed to comply with this Court's Order directing selection of a mediator and a mediation date." ECF No. 107.

The Court's January 16, 2025 Case Management and Scheduling Order ("Scheduling Order") provided the following:

> "**The parties are directed to meet the agreed upon terms** and time limits set forth in their Case Management Report, as noted below (including any exceptions deemed appropriate by the Court)….Mediation Selection/Scheduling due by: July 15, 2025." (emphasis added).

Thus, according to the Scheduling Order, both the Plaintiff and the Defendants were to have selected a mediator by July 15, 2025. Counsel for Plaintiff cannot speak for Defendants but informs the Court that this deadline was inadvertently not marked up on by his staff. Only the actual mediation deadline of September 15, 2025 was calendared, and thus, counsel for Plaintiff mistakenly believed that there was still time to schedule a mediation.

1

This has been an extremely difficult period for counsel for Plaintiff, with his surrogate mother having passed away by traumatic assisted suicide last Friday, August 1, 2025, and his attention being drawn to her emotional health and physical condition for the past several weeks. Counsel for Plaintiff has also been short staffed during this period, resulting in the calendaring error by staff.

Counsel for Plaintiff will therefore take immediate action and take the lead to set up mediation to occur prior to the current September 15, 2025 deadline and will inform the Court accordingly once this has been arranged, assuming the cooperation of counsel for Defendants.

Hopefully, Defendants will now be cooperative, since in the past they have refused to discuss possible settlement and did not relay Plaintiff's offer to try to settle with their clients.

Plaintiff will timely keep the Court advised of efforts to mediate before the deadline of September 15, 2025, which Plaintiff is fully committed to do.

Dated:   August 4, 2025                             Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
leklayman@gmail.com
Counsel for Plaintiff