UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

------------------------------------------------------------x
LAURA LOOMER,

                *Plaintiff*,

    - against -

BILL MAHER and HOME BOX OFFICE, INC.,

                *Defendants*.
------------------------------------------------------------x

Case No.: 5:24-cv-00625-JSM-PRL

## DEFENDANTS' REQUEST FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Pursuant to Local Rule 3.01(d), Defendants Home Box Office, Inc. ("HBO") and Bill Maher respectfully request leave to reply to Plaintiff's Response to the Court's Order to Show Cause. *See* ECF No. 109 ("Plaintiff's Response").

Defendants request that the Court grant leave to file a four page reply to Plaintiff's Response. This reply is necessary in order to bring to the Court's attention Plaintiff's recent conduct that further violates Judge Lammens' Order requiring that Plaintiff's deposition be used only for the purposes of litigation. *See* ECF No. 88.

Specifically, it has come to Defendants' attention that after Plaintiff needlessly filed her deposition on the public docket as part of unrelated objections, a copy of the unsealed exhibit was made available on the website CourtListener. *See* https://storage.courtlistener.com/recap/gov.uscourts.flmd.434676/gov.uscourts.flmd.434676.100.0.pdf. Portions of the unsealed deposition have been posted on Twitter and in the media. *See, e.g.*, Isaac Shore, *The 5 Wildest Moments From Laura Loomer's*

*Rollercoaster Bill Maher Defamation Case Deposition,* Mediate (Aug. 12, 2025), https://www.mediaite.com/media/news/the-5-wildest-moments-from-laura-loomers-rollercoaster-bill-maher-defamation-depostion/.

Since yesterday, Plaintiff has Tweeted about this deposition three times in contravention of the Court's Order. *See, e.g.*, @LauraLoomer, https://x.com/LauraLoomer/status/1955428331043819839 (Aug. 12, 2025) @LauraLoomer, https://x.com/LauraLoomer/status/1955444460533452889?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet (Aug. 12, 2025); @LauraLoomer, https://x.com/LauraLoomer/status/1955105273133273339 (Aug. 12, 2025). The claims that Plaintiff makes in her Tweets are not only false and misleading, but fly in the face of the Court's unambiguous order that deposition materials should be used only for the purposes of litigation. Plaintiff has continued her pattern of seeking to use discovery as a vehicle for increasing her own fame and profits.

Defendants respectfully request the ability to reply to Plaintiff's Response should the Court request it.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants certify that they conferred on August 13, 2025 with counsel for Plaintiff. Counsel for Defendants wrote: "We intend to file a request to file a brief in response to the Order to Show Cause why you should not be held in contempt in order to update the Court about Ms. Loomer's use of social media to discuss her sealed deposition transcript. Do you consent? Given the ongoing nature of the harm,

2

we intend to file tonight." Counsel for Plaintiff responded: "I have no knowledge of this. Make another false representation I will ask that you be sanctioned." Counsel for Plaintiff then sent a follow-up email stating: "If Ms. Loomer's deposition was picked up by others, it would be because the clerk did not seal it as the judge ordered. To blame me is a cheap and dishonest tactic, but nothing new coming from you and your firm. And I did not alert any in the media that it was even on the public record, and neither did Ms. Loomer. Proceed at our own risk Ms. Bolger."

Dated: August 13, 2025                    Respectfully submitted

                                          */s/ Yelan Escalona*

**Davis Wright Tremaine LLP**              **Shullman Fugate PLLC**
Katherine M. Bolger (*pro hac vice*)       Rachel E. Fugate (Bar No. 144029)
Alexandra Perloff-Giles (*pro hac vice*)   100 South Ashley Drive, Suite 600
1251 Avenue of the Americas, 21st Floor    Tampa, FL 33602
New York, NY 10020                         Tel: (813) 935-5098
Tel: (212) 489-8230                        rfugate@shullmanfugate.com
katebolger@dwt.com
alexandraperloffgiles@dwt.com              Yelan Escalona (Bar No. 1031564)
                                           201 S. Biscayne Blvd. 28th Floor
                                           Miami, FL 33131
                                           Tel: (305) 928-2429
                                           yescalona@shullmanfugate.com