

## Loomer
6 messages

---

**Bolger, Kate** <KateBolger@dwt.com>   Wed, Aug 13, 2025 at 3:06 PM
To: Larry Elliot Klayman <leklayman@gmail.com>, Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

Mr Klayman

We intend to file a request to file a brief in response to the Order to Show Cause why you should not be held in contempt in order to update the Court about Ms Loomer's use of social media to discuss her sealed deposition transcript. Do you consent?  Given the ongoing nature of the harm, we intend to file tonight.

Kate Bolger

Get Outlook for iOS

---

**Larry Klayman** <leklayman@gmail.com>   Wed, Aug 13, 2025 at 3:10 PM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

I have no knowledge of this. Make another false representation I will ask that you be sanctioned.

Larry Klayman

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>   Wed, Aug 13, 2025 at 3:17 PM
To: "Bolger, Kate" <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, "Rachel E. Fugate" <rfugate@shullmanfugate.com>

If Ms. Loomer's deposition was picked up by others, it would be because the clerk did not seal it as the judge ordered. To blame me is a cheap and dishonest tactic, but nothing new coming from you and your firm. And I did not alert any in the media that it was even on the public record, and neither did Ms. Loomer.

Proceed at our own risk Ms. Bolger.

Larry Klayman

Larry Klayman

Larry Klayman

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>   Thu, Aug 14, 2025 at 8:58 AM
To: Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman <leklayman@gmail.com>

[Quoted text hidden]

---

**Larry Klayman** <leklayman@gmail.com>   Thu, Aug 14, 2025 at 8:58 AM
To: Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman <leklayman@gmail.com>

[Quoted text hidden]

**Larry Klayman** <leklayman@gmail.com>                                                              Thu, Aug 14, 2025 at 8:59 AM
To: Oliver Peer <oliverpeerfw@gmail.com>, Larry Klayman <leklayman@gmail.com>

---------- Forwarded message ---------
From: **Larry Klayman** <leklayman@gmail.com>
Date: Wed, Aug 13, 2025, 5:17 PM
Subject: Re: Loomer
To: Bolger, Kate <KateBolger@dwt.com>
Cc: Oliver Peer <oliver.peerfw@gmail.com>, Rachel E. Fugate <rfugate@shullmanfugate.com>

[Quoted text hidden]