# IN THE UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAURA LOOMER<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BILL MAHER et al<br><br>　　　　　　　Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SECOND SET OF INTERROGATORIES AND REQUEST FOR <u>PRODUCTION</u>

Plaintiff Laura Loomer ("Ms. Loomer") hereby moves the Court for a two-week extension of time, until and including September 3, 2025 for Ms. Loomer to serve responses to Defendants' Second Set of Interrogatories and Second Set of Requests for Production (the "Discovery"). The Discovery was served on Ms. Loomer on July 21, 2025 and responses were originally due on August 20, 2025. Counsel for Ms. Loomer had emailed counsel for Defendants for consent for a two-week extension of time, but counsel for Defendants only agreed to an extension until August 25, 2025.

The reason for this motion is that counsel for Plaintiff has been travelling for client matters and is understaffed during this end-of-summer vacation period and counsel. This brief extension of time is required to coordinate with Ms. Loomer to provide responses to the outstanding Discovery.

Dated:　　　　August 25, 2025　　　　　　　Respectfully Submitted**,**

1

By: /s/ Larry Klayman
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

*Counsel for Plaintiff*
