UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:24-cv-625-JSM-PRL

LAURA LOOMER
Plaintiff,

vs.

BILL MAHER, et al.,
Defendants.

_____/

### NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that mediation has been set as follows:

    MEDIATOR:    ELLEN L. LEESFIELD

    LOCATION:    Videoconference Mediation

    DATE:    Thursday, August 28, 2025

    TIME:    10:00 a.m.

DATED this 26th day of August 2025

Respectfully submitted,

_____
ELLEN LEESFIELD, MEDIATOR
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146
T: 786-472-0423
Email: ellen@ellenleesfield.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via electronic service using the e-portal system with the Florida Courts e-Filing Portal, which will send e-mail notification of such filing in accordance with Rule 2.516 Fla. R. Jud. Admin., to all parties listed below, this 26th day of August 2024.

Larry Klayman
KLAYMAN LAW GROUP P.A.
7050 W Palmetto Park Road
Boca Raton, FL 33433
leklayman@gmail.com;
(561) 558-5336
Legal Assistant:
Oliver Peer
oliver.peerfw@gmail.com;
*Counsel for Plaintiff:*
*Laura Loomer*

Rachel Fugate
SHULLMAN FUGATE
100 Ashley Dr S #600
Tampa, FL 33602
rfugate@shullmanfugate.com;
(813) 935-5098
*Counsel for Defense:*
*Bill Maher/HBO*

Kate Bolger
DAVIS WRIGHT TREMAINE
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
katebolger@dwt.com;
(212) 402-4068
*Counsel for Defense:*
*Bill Maher/HBO*

By: _/s/ Ellen J. Leesfield_

**This Notice of Mediation is being filed late due to a problem that occurred on the Pacer website. The mediation did proceed on time.