UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:24-cv-625-JSM-PRL

LAURA LOOMER
Plaintiff,

vs.

BILL MAHER, et al.,
Defendants.

_____/

## MEDIATION REPORT

Ellen Leesfield, mediator in the above styled case, hereby files the following report:

1- The parties held a mediation conference on August 28, 2025, with the following participants attending:

Counsel for Plaintiff, Larry Klayman
Counsel for Defendant Bill Maher, Kate Bolger
Counsel for HBO, Alexandra Perloff-Giles and Jessica Davidovitch
The Plaintiff, Ms. Loomer
Representatives for each of the defendants, Mr. Maher and HBO satisfactory to the mediator with authority to settle.

2- The parties have reached an impasse.

Respectfully submitted,

ELLEN LEESFIELD, MEDIATOR
1501 Venera Avenue
Suite 300
Coral Gables, Florida 33146
Email: ellen@ellenleesfield.com