UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:24-cv-625-JSM-PRL

LAURA LOOMER
Plaintiff,

vs.

BILL MAHER, et al.,
Defendants.

_____/

### CORRECTED MEDIATION REPORT

Ellen Leesfield, mediator in the above styled case, hereby files the following report:

1- The parties held a mediation conference on August 28, 2025, with the following participants attending:

    Counsel for Plaintiff, Larry Klayman
    Counsel for Defendants Bill Maher and HBO, Kate Bolger and Alexandra Perloff-Giles

    The Plaintiff, Ms. Loomer
    The Defense: For Mr. Maher: Representative Marc Gurvitz
                  For HBO: Representative Jessica Davidovitch
    These representatives were satisfactory to the mediator.

2- The parties reached an **impasse.**

Respectfully submitted,

_____
ELLEN LEESFIELD, MEDIATOR
1501 Venera Avenue
Suite 300
Coral Gables, Florida 33146
Email: ellen@ellenleesfield.com