# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| **LAURA LOOMER**,<br><br>                    **Plaintiff**,<br><br>v.<br><br>**BILL MAHER and HOME BOX OFFICE, INC.**,<br><br>                    **Defendants.** | Case No. 5:24-cv-00625-JSM-PRL |

### DEFENDANTS' RULE 26(a) AMENDED INITIAL DISCLOSURE STATEMENT

Bill Maher and Home Box Office, Inc. ("HBO" and, together with Maher, "Defendants"), by and through their undersigned attorneys, hereby submit their amended Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Defendants make these Initial Disclosures based upon information reasonably available to them as of this date without the benefit of further discovery. By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Defendants expressly reserve the right to revise, withdraw, clarify, supplement, correct, or modify these Initial Disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, as additional information, individuals, or witnesses become known to them through further discovery, case investigation, or otherwise.

Defendants' disclosures are made without waiving, in any way: (1) the right to object on the grounds of competency, privilege, relevancy, materiality, hearsay, or any other proper ground, to the use of such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other actions; (2) the assertion of any applicable privilege or protection; (3)

the right to object on any and all proper grounds, at any time, to any discovery requests, including requests involving or related to the subject matter of these disclosures; and (4) the right to designate any witness in Plaintiff's Rule 26 disclosures or otherwise call such witness at trial. To the extent Defendants believe that some of the below categories of documents in their possession, custody, and/or control contain confidential commercial and/or trade secret information, and/or privileged newsgathering information, such documents will be produced only pursuant to a protective order appropriately limiting the use, control, disclosure, and ultimate disposition of the data and information therein.

All of the following disclosures are made subject to the above objections and qualifications.

## I.
## IDENTITY OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The following persons are reasonably likely to have discoverable information that Defendants may use to support their claims and defenses in the above-captioned action. Defendants have not provided contact information where they do not have such information and/or such information is already known or otherwise readily available to Plaintiff. Defendants intend to supplement this list as additional individuals likely to have discoverable information become known to Defendants through further discovery, case investigation, or otherwise. This list does not include experts or consultants who may be retained. Defendants have listed the probable general subject matter of these individuals' knowledge, but this general description does not limit the subject areas of information each individual may provide. Defendants do not consent for Plaintiff to directly contact any current or former employees or independent contractors of HBO listed below. Attempts to contact these individuals should be directed to the undersigned counsel.

| Witness Name | Subject(s) of Testimony | Contact Information |
|---|---|---|
| Bill Maher | Research, writing, and publication of the allegedly defamatory statements at issue; lack of actual malice | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 |
| Dean Johnsen | Research, writing, and publication of the allegedly defamatory statements at issue; lack of actual malice | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 |
| Laura Loomer | Substantial truth of the allegedly defamatory statements at issue; damages | c/o Klayman Law Group P.A. 7050 W. Palmetto Park Rd. Boca Raton, Florida 33433 |
| Roger Stone | Damages | Address unknown |
| Majorie Taylor Greene | Damages | Address unknown |
| Thom Tillis | Damages | Address unknown |
| Lindsey Graham | Damages | Address unknown |
| Michael Cernovich | Substantial truth of the allegedly defamatory statements at issue; damages | Address unknown |
| Gavin McInness | Substantial truth of the allegedly defamatory statements at issue; damages | Address unknown |
| Susan Wiles | Substantial truth of the allegedly defamatory statements at issue; damages | Address unknown |

## II.
## CATEGORIES AND LOCATION OF RELEVANT DOCUMENTS

The following categories of documents and tangible things are in the possession, custody, or control of Defendants, and may be used by Defendants to support their defenses in the above-captioned action:

1) Certain nonprivileged documents concerning the researching, writing, and publication of the September 13, 2024 episode of *Real Time with Bill Maher* that is the subject of the Complaint;

2) Certain nonprivileged documents concerning the researching, writing, and publication of the September 20, 2024 episode of *Real Time with Bill Maher* referenced in the Complaint; and

3) Certain nonprivileged documents reflecting the closeness between President Trump and Laura Loomer, including media coverage and social media posts about their relationship.

### III.
### COMPUTATION OF DAMAGES

Defendants make no claim for damages and thus have no computation of damages.

### IV.
### RELEVANT INSURANCE POLICIES

Pursuant to Federal Rule of Civil Procedure 26(a)(l)(A)(iv), upon request and after the entry of an appropriate protective order, Defendants will make available to Plaintiff for inspection and copying the declarations pages from any insurance agreement(s) that they believe reasonably may satisfy part or all of any judgment entered on Plaintiff's claims.

Dated: May 7, 2025

/s/ *Rachel E. Fugate*
Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
SHULLMAN FUGATE PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger*
Alexandra Perloff-Giles*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

* Admitted *Pro Hac Vice*

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*

4

Case 5:24-cv-00625-JSM-PRL    Document 122-2    Filed 09/08/25    Page 6 of 6 PageID
3513

5