UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER,**

    **Plaintiff,**

**v.**                                                     Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER and HOME BOX OFFICE, INC.,**

    **Defendants.**

## ORDER

Plaintiff noticed the deposition of Casey Bloys, the Chief Executive Officer of HBO, to take place on September 25, 2025. Defendants have filed a motion for a protective order preventing Plaintiff from taking Mr. Bloys' deposition. (Doc. 122). For the Court to resolve the motion prior to the scheduled deposition, Plaintiff is directed to file a written response on or before **September 16, 2025**.

DONE and ORDERED in Ocala, Florida on September 9, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record