UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

------------------------------------------------------------------------------- x
LAURA LOOMER,  :
                  *Plaintiff*,  :
            - against -  :    Case No.: 5:24-cv-00625-JSM-PRL
BILL MAHER and HOME BOX OFFICE, INC.,  :
                *Defendants*.  :
------------------------------------------------------------------------------- x

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION IN EXCESS OF PAGE LIMITATIONS

Pursuant to Local Rule 3.01, Defendants Home Box Office, Inc. ("HBO") and Bill Maher respectfully move for leave to a file a 40-page summary judgement motion and incorporated memorandum of law on or before October 1, 2025. ECF No. 40. This brief would exceed by 15 pages what is permitted pursuant to Local Rule 3.01(a). Plaintiff does not consent to this request, arguing that "this is a simple case" and, erroneously, stating that "discovery is not complete so your motion is premature and untimely" despite the fact that discovery closed in this matter on September 2, 2025. *See* ECF No. 40. Good cause exists for granting Defendants' request.

1. Plaintiff asserts claims for defamation, defamation by implication, and defamation per se. Plaintiff seeks compensatory and punitive damages in excess of $500 million.

2. In accordance with Federal Rule of Civil Procedure 56, Defendants intend to move for summary judgment by the dispositive motion deadline, which is October 1,

1

2025. Given the extensive factual background relevant to this dispute, the multiple claims for relief, and the significant issues of constitutional law to address, Defendants would be hobbled in presenting their arguments within the page limits allowed by Local Rule 3.01(a).

3. The additional pages requested by Defendants will allow them to present their arguments for summary judgment in an organized, clear, and thorough matter. Moreover, the additional pages will materially assist the Court in analyzing the issues and understanding Defendants' position. The Court has broad discretion to grant this request. *See, e.g.*, *Whitehead By and Through Whitehead v. Sch. Bd. for Hillsborough Cnty., Fla.*, 932 F. Supp. 1396, 1398 (M.D. Fla. 1996).

4. Defendants would consent to any request from Plaintiff for a similar number of pages for her summary judgment brief and/or her opposition to Defendants' motion.

5. Considering the foregoing, Defendants believe that good cause exists for filing a motion for summary judgment which exceeds the page limitations in Local Rule 3.01(a), and that Plaintiff will not be prejudiced thereby because she may seek a similar page extension.

WHEREFORE, Defendants respectfully request that the Court grant this motion and permit Defendants to file a 40-page summary judgment motion on or before October 1, 2025.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants certifies that Defendants have conferred via email with counsel for Plaintiff, who opposes the relief sought in this motion.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Rachel E. Fugate*

| | |
|---|---|
| Rachel E. Fugate (Bar No. 144029) | Katherine M. Bolger (*pro hac vice*) |
| Yelan Escalona (Bar No. 1031564) | Alexandra Perloff-Giles (*pro hac vice*) |
| Shullman Fugate PLLC | Davis Wright Tremaine LLP |
| 100 South Ashley Drive, Suite 600 | 1251 Avenue of the Americas, 21st Floor |
| Tampa, FL 33602 | New York, NY 10020 |
| Tel: (561) 429-3619 | Tel: (212) 489-8230 |
| rfugate@shullmanfugate.com | katebolger@dwt.com |
| yescalona@shullmanfugate.com | alexandraperloffgiles@dwt.com |

    Counsel for Defendants