UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA LOOMER,

    Plaintiff,

v.                                                                                                Case No: 5:24-cv-625-JSM-PRL

BILL MAHER and HOME BOX OFFICE, INC.,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte* on the suspension of Plaintiff's counsel, Larry Elliot Klayman, from the Middle District of Florida bar. (*See In re: Larry Klayman*, Case No. 3:22-mc-14-JRK.) Accordingly, it is

ORDERED AND ADJUDGED that:

1. This action is stayed for a period of thirty (30) days, beginning on September 29, 2025, to allow Plaintiff Laura Loomer to retain new counsel.

2. Counsel Larry Klayman shall provide a copy of this Order to Ms. Loomer within seven days.

3. Plaintiff Laura Loomer may either proceed *pro se* or obtain new counsel who shall file a notice of appearance within thirty (30) days of this Order.

4. If Ms. Loomer does not retain counsel, she **must** file a notice within 30 days of this Order informing the Court that she wishes to proceed *pro se*. **Failure to do so by the above deadline may result in the dismissal without further notice for failure to prosecute.**

**DONE AND ORDERED** on this 22nd day of September, 2025.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**COPIES FURNISHED TO**</u>:
Counsel/Parties of record