IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

                    Plaintiff,

v.

BILL MAHER et al                    Case No: 5:24-cv-00625-JSM-PRL

                    Defendants.

**NOTICE OF FILING CONCERNING LARRY KLAYMAN'S REPRESENTATION OF PLAINTIFF LAURA LOOMER**

Larry Klayman is contesting the Clerk of the Court's letter of September 19, 2025, from which the Honorable James S. Moody's order of this morning, September 22, 2025 resulted.

Mr. Klayman has filed on today's date an Emergency Motion to the Chief Judge, The Honorable Marcia Morales Howard, to Grant Leave for Larry Elliot Klayman to Pay Court Dues to Continue Membership Pending Adjudication of Petition Pursuant to Local Rule 2.04. Mr. Klayman thus hopes to have this matter resolved on or before September 29, 2025. Mr. Klayman therefore respectfully refers Your Honor to Chief Judge Howard in this regard.

Dated:     September 22, 2025            Respectfully Submitted,

                                                              By: /s/ Larry Klayman
                                                              Larry Klayman, Esq.
                                                              Klayman Law Group P.A.
                                                               7050 W. Palmetto Park Rd
                                                              Boca Raton, FL, 33433
                                                              leklayman@gmail.com
                                                              Counsel for Plaintiff

1