IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

                Plaintiff,

v.

BILL MAHER et al                Case No: 5:24-cv-00625-JSM-PRL

                Defendants.

## NOTICE OF FILING ORDER OF CHIEF JUDGE MARCIA MORALES HOWARD

Plaintiff Laura Loomer hereby files an order by the Chief Judge, the Honorable Marcia Morales Howard, of September 23, 2025, staying counsel Larry Klayman's automatic suspension pending final adjudication of his "Petition Pursuant to Local Rule 2.04 to the Chief Judge Concerning Suspension Order by the District of Columbia Bar." This order is attached hereto as Exhibit 1.

Dated:     September 24, 2025         Respectfully Submitted,

                                                     By: /s/ Larry Klayman
                                                     Larry Klayman, Esq.
                                                     Klayman Law Group P.A.
                                                     7050 W. Palmetto Park Rd
                                                     Boca Raton, FL, 33433
                                                     leklayman@gmail.com
                                                     Counsel for Plaintiff

1