**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re: Larry Klayman                          Case No. 3:25-mc-15-MMH

## **ORDER**

The Court has received notification that the District of Columbia Court of Appeals entered an order on August 7, 2025, suspending attorney Larry Klayman from the practice of law in the District of Columbia for eighteen months. The suspension order took effect on September 8, 2025. On Sunday, September 21, 2025, Mr. Klayman sent an email to the undersigned's chambers with a petition for relief from automatic suspension in the Middle District of Florida under Local Rule 2.04(b)(2) of the United States District Court for the Middle District of Florida. Mr. Klayman also attached a motion requesting leave to pay the Middle District of Florida's membership renewal fee, due on September 30, 2025, so that he may maintain his membership in the Middle District bar. See Local Rule 2.01(b)(2)(A). Upon receipt, the undersigned directed the Clerk of Court to docket the petition and motion, as well as all attachments in a new miscellaneous case. Pursuant to Local Rule 2.04(b)(2), the undersigned designates the Honorable

James R. Klindt to determine the petition and related motion. The Clerk of the Court is directed to **reassign** this miscellaneous case to Judge Klindt. Mr. Klayman's automatic suspension in this Court is **stayed** pending a final ruling on the petition.

**DONE AND ORDERED** in Jacksonville, Florida, on September 23, 2025.

MARCIA MORALES HOWARD
Chief United States District Judge

Copies to:
Honorable James R. Klindt
Larry Klayman

- 2 -