IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LAURA LOOMER  Plaintiff, v. BILL MAHER et al  Defendants. | | Case No: 5:24-cv-00625-JSM-PRL |

**NOTICE OF FILING ORDER OF CHIEF JUDGE MARCIA MORALES HOWARD**

Plaintiff Laura Loomer hereby files an order by the Magistrate Judge, Honorable James R. Klindt granting Larry Klayman's Emergency Motion to Grant Leave for Larry Elliot Klayman to Pay Court Dues to Continue Membership Pending Adjudication of Petition Pursuant to Local Rule 2.04. This order is attached hereto as Exhibit 1.

Dated: September 25, 2025

Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
leklayman@gmail.com
Counsel for Plaintiff

1