# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE: LARRY KLAYMAN            Case No. 3:25-mc-15-JRK

_____

## O R D E R

The Court having stayed automatic reciprocal discipline pending adjudication of the September 22, 2025 Petition (Doc. Nos. 1, 4), Petitioner's Emergency Motion to Grant Leave for Larry Elliot Klayman to Pay Court Dues to Continue Membership Pending Adjudication of Petition Pursuant to Local Rule 2.04 (Doc. No. 2), filed September 22, 2025, is **GRANTED** to the extent that the Clerk of Court will accept Petitioner's Middle District of Florida bar renewal request and associated fees, provided that Petitioner has otherwise satisfied the requirements for renewal.[1]

**DONE AND ORDERED** in Jacksonville, Florida on September 25, 2025.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Clerk of Court
Attorney Admissions Coordinator
Larry Klayman, Esquire

---

[1] Petitioner's request for a hearing concerning the emergency motion (Doc. No. 3) is denied.