**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

LAURA LOOMER

                Plaintiff,

    v.

BILL MAHER et al                     **Case No: 5:24-cv-00625-JSM-PRL**

                Defendants.

## MOTION TO VACATE STAY

As shown in the attached receipt of payment, the issue regarding Mr. Klayman's payment of bar dues has been resolved and Mr. Klayman is a member in good standing with this Court. Plaintiff Laura Loomer therefore respectfully requests that the Court's September 22, 2025 order staying this case be vacated. ECF No. 130.

Dated:     September 26, 2025         Respectfully Submitted,

                                    By:/s/ Larry Klayman_____
                                    Larry Klayman, Esq.
                                    Klayman Law Group P.A.
                                    7050 W. Palmetto Park Rd
                                    Boca Raton, FL, 33433
                                    leklayman@gmail.com
                                    Counsel for Plaintiff