

Oliver Peer <oliver.peerfw@gmail.com>

# Middle District of Florida Renewal Confirmation

**Oliver Peer** <oliver.peerfw@gmail.com>　　　　　　　　　　　　　　　　Thu, Sep 25, 2025 at 12:06 PM
To: Larry Klayman <leklayman@gmail.com>, Dina James <daj142182@gmail.com>

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by Klayman, Larry on 9/25/2025 at 3:05 PM EDT and filed on 9/25/2025

**Case Name:**　　FLMD Membership Renewal Fees
**Case Number:**　8:25-mc-02025
**Filer:**
**Document Number:** 15311(No document attached)

### Docket Text:
**FLMD MEMBERSHIP RENEWAL FEE paid for dates of September 1, 2025 to August 31, 2030 for lawyer Larry Klayman, Florida Bar Number 0246220, in the amount of $100, receipt number AFLMDC-23916784. (Klayman, Larry)**

**8:25-mc-02025 Notice has been electronically mailed to:**

**8:25-mc-02025 Notice has been delivered by other means to:**