UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAURA LOOMER,**

    **Plaintiff,**

**v.**                                             Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER and HOME BOX OFFICE, INC.,**

    **Defendants.**

## ORDER

Plaintiff Laura Loomer has filed a motion for sanctions against Defendants Bill Maher and Home Box Office, Inc., and their counsel at Davis Wright Tremaine for their conduct during the discovery process. (Doc. 115). Plaintiff's motion largely focuses on conduct at the depositions of Mr. Maher, Ms. Loomer, and HBO's corporate representative. Accordingly, the Court previously directed Plaintiff to provide a thumb drive containing videos of the depositions by September 26, 2025 (Doc. 128), which she has not done.

The Court acknowledges that Plaintiff previously provided the Court with links to the video depositions of Bill Maher and Nina Rosenstein, HBO's corporate representative. (Doc. 75). However, the Court does not review unsecured links for security reasons. In an abundance of caution (and given the intervening stay in the case), the Court will afford Plaintiff a brief extension until **October 21, 2025**, to provide the Court with a thumb drive containing the depositions, after which the Court will take the motion for sanctions under advisement with or without the videos.

- 2 -

ORDERED in Ocala, Florida on October 15, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties