IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:24-CV-00625-JSM-PRL

LAURA LOOMER

       Plaintiff,

     v.

BILL MAHER, et al

       Defendants.

_____/


VIDEOCONFERENCE DEPOSITION OF
ELIAS ROSADO

Taken on behalf of the Plaintiff via videoconference


DATE TAKEN:      Thursday, October 9, 2025

TIME:          10:54 a.m. - 11:05 a.m.


Held remotely via videoconference


Examination of the witness taken before:
Michele L. Savoy, RMR
Daughters Reporting, Inc.
101 Northeast 3rd Avenue
Suite 1500
Fort Lauderdale, Florida 33301

```
 1    APPEARANCES VIA VIDEOCONFERENCE:

 2    Appeared for the Plaintiff, LAURA LOOMER:

 3        LARRY KLAYMAN, ESQUIRE
          Klayman Law Group, P.A.
 4        7050 West Palmetto Park Road
          Boca Raton, Florida 33433
 5        561-588-5536
          leklayman@gmail.com

 6

 7    Appeared for the Defendants, BILL MAHER, et al:

 8        KATHERINE BOLGER, ESQUIRE
          Travis Wright Tremaine, LLP
 9        1251 Avenue of the Americas
          21st Floor
10        New York, New York 10020
          212-402-4068
11        katebolger@dwt.com
              and
12        JESSICA DAVIDOVITCH, ESQUIRE
          Warner Brothers/Discovery
13        230 Park Avenue South
          New York, New York 10003
14        212-548-5555
          jessica.davidovitch@dwt.com

15

16

17

18

19

20

21

22

23

24

25
```

1

                           INDEX
2                DEPOSITION OF ELIAS ROSADO

3

4                                                    PAGE

5   Direct Examination By Mr. Klayman          4
    Certificate of Oath                        14
6   Certificate of Reporter                    15
    Errata Sheet                               16
7   Read Letter                                17

8

9                         EXHIBITS

10                    (No exhibits marked)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        Videoconference deposition of ELIAS ROSADO, taken

2    remotely before Michele L. Savoy, RMR, Certified Merit

3    Reporter and Notary Public in and for the State of

4    Florida at Large, in the above cause.

5            THE COURT REPORTER:  If I could ask you to

6        raise your right hand, please.

7            Do you swear or affirm the testimony you give

8        shall be the truth, the whole truth, and nothing

9        but the truth?

10            THE WITNESS:  Yes.

11            THE COURT REPORTER:  Thank you.

12    Thereupon,

13                    ELIAS ROSADO,

14    having been duly sworn, was examined and testified as

15    follows:

16                    DIRECT EXAMINATION

17    BY MR. KLAYMAN

18        Q    Please state your name.

19        A    Elias Rosado.

20        Q    When were you born?

21        A    July 7, 1977.

22        Q    And run me through, just briefly, your

23    educational background.

24            MS. BOLGER:  I'm just going to interrupt for

25        a second.  Of course the witness is here as a

1        30(b)(6), not in his individual capacity.  His

2        background is not relevant, but he will answer the

3        question.

4            MR. KLAYMAN:  Yeah.  This is another example

5        of wasting time.  It's not a big deal.  This is

6        just a standard question, Ms. Bolger.  Please stop

7        this kind of thing, okay, or I will have to file

8        another motion for sanctions.  I hope it doesn't

9        continue throughout this deposition.

10   BY MR. KLAYMAN

11       Q     Run me through your educational background.

12             MS. BOLGER:  Same objection.

13             You can answer.

14       A     Thank you.

15             So my background.  I have a military

16   background.  I joined the military in 1995; retired in

17   2017.

18             In my career, I have extensive training in

19   community work around intelligence in digital

20   forensics.

21             I was -- I'm a former Green Beret.  As part

22   of my responsibilities on an A-Team were to collect and

23   develop operations based on actionable and gathered

24   intelligence by the team.  I led sensitive site

25   exploitation scenarios collecting bulk digital media

1    for exploitation and further operations.

2            I was a Level 2 source handler, so that

3    brought us into the realm of managing sources for human

4    infrastructure, but the benefit was using the

5    intelligence background, right, to check on and verify

6    Level 3 source handlers so that their ratings on their

7    sources could continue at the rate that they wanted to.

8            Later on, as a senior member of an A-Team, I

9    was selected to be a committee member on the Special

10   Forces Intelligence source -- course and Intelligence

11   Committee.

12           So I was a senior writer and instructor of

13   doctrine on sensitive site exploitation, with the focus

14   on digital forensics.  This is mobile data, bulk server

15   data, laptop data for exploitation or intelligence

16   gathering.

17           And we are to focus on all kinds of intel,

18   preparing target packages for prosecution.  And I had a

19   target list.  Also creating collateral damage estimates

20   in battle attachment -- battle damages estimates based

21   on actions from our intelligence-gathering operations.

22           And so as an instructor at the course, I

23   taught all the Green Berets how to lead fusion teams

24   specifically for forensics, digital forensics, and

25   biometrics gathering to support operations in theater.

```
1              So I leveraged those skills to support Warner

2    Bros. Discovery today.

3         Q    So lead me up to, briefly, how you got a

4    position from Warner Bros. and what that is and what is

5    the interrelationship between Warner Bros. and HBO,

6    Home Box Office?

7              MS. BOLGER:  Object to the form of the

8         question.  That was about six questions.

9              You can answer if you can.

10             MR. KLAYMAN:  Yeah.  It's just trying to move

11        things along at your request, Ms. Bolger.

12             You can always make more objections that mean

13        nothing.

14             Thank you.

15             MS. BOLGER:  If you can answer the question,

16        Elias, you can.  If you want to ask for

17        clarification, you can.  However you want to

18        respond.

19        A    So I understand the question to be my

20   position here at Warner Bros. Discovery.  Another

21   portion of that question is the relationship between

22   HBO and Warner Bros. Discovery, and perhaps how I

23   support that relationship.

24   BY MR. KLAYMAN

25        Q    Well, how you came -- you know, your
```

1  progression to get to that position that you're in now.

2  What is that position, and what's the interrelationship

3  between Warner Bros. and HBO?

4          I'm trying to move things along.

5          MS. BOLGER:  That's three questions.

6          You can answer.

7          MR. KLAYMAN:  It is.  You're right.  You're

8      absolutely right.

9      A    Okay.  So I came to Warner Bros. Discovery

10  via Discovery before the acquisition of WarnerMedia.

11  The title here is director of digital forensics and

12  eDiscovery.

13          We have a global responsibility to support

14  all business units and subsidiaries of Warner Bros.

15  Discovery.

16          HBO is a business unit to us, similar to CNN

17  or Warner Bros. Pictures or television units.

18          So that is our remit, and that is how we

19  treat the relationship with HBO.

20          So we support them as we support our other

21  corporate entities and subsidiaries.

22  BY MR. KLAYMAN

23      Q    What is Warner Bros. Discovery?

24      A    So Warner Bros. --

25      Q    What's its function?

1          MS. BOLGER:  Objection to the form.

2          You can answer.

3     A    The function of Warner Bros. Discovery,

4    right, is the -- is we're a media company.  Right?  And

5    as part of the media company, we have several

6    production units and business units that fall under the

7    umbrella corporate Warner Bros. Discovery.

8     Q    What does the word "Warner Bros. Discovery"

9    mean?  What does "Discovery" mean in that context?

10    A    Oh. I'm --

11         MS. BOLGER:  Objection to the form.

12         You can answer.

13    A    Sir, Warner Bros. Discovery is the name of

14    the media company.  It's a combination of legacy Warner

15    Bros. and the legacy Discovery, which we may know as

16    Discovery Channel, similar to -- they have channels or

17    networks similar to like HGTV, Food Network.

18         So there's a brand that we talk about here in

19    Warner Bros. Discovery.

20    BY MR. KLAYMAN

21    Q    And what is your title with Warner Bros.

22    Discovery?

23         MS. BOLGER:  Object to the form.

24    A    My title is senior director, eDiscovery and

25    digital forensics at Warner Bros. Discovery.

1   BY MR. KLAYMAN

2       Q    When you say "eDiscovery," what does that

3   mean?  What does that entail, eDiscovery?

4       A    EDiscovery is electronic discovery.  We

5   support all pillars of electronic discovery, government

6   interrelationships all the way through production.

7       Q    What is "electronic discovery"?  What does

8   that mean?

9            MS. BOLGER:  Objection to form.

10           He just answered the question.

11           MR. KLAYMAN:  No, he didn't.  Please stop.

12           MS. BOLGER:  And again --

13           MR. KLAYMAN:  This is so absurd, you know.

14       You just like to interrupt for the sake thereof.

15           Please just answer the question.  I'm trying

16       to make it simple.

17           You want to run up the cost and everything

18       else.  That's the way you do things.

19           I object to it.

20           Keep it up, and another motion for sanctions

21       will be filed.

22           MS. BOLGER:  Elias, you can answer the same

23       question the same way.

24       A    Sir, electronic discovery comes under many

25   pillars.  We support the electronic discovery or

1    eDiscoveryprocess through data governance, data

2    identification.  Support it through discovery of data,

3    the analysis of that data, all the way through

4    production as we do it at Warner Bros. Discovery.

5            We don't go and present exhibits.  So we end

6    our support at production when required.

7    BY MR. KLAYMAN

8        Q    When you say "discovery," you're not talking

9    about discovery in court litigation, correct?

10           MS. BOLGER:  Object to the form.

11           You can answer.

12       A    Sir, when counsel comes to us with a request

13   in their -- their supporting discovery, we support them

14   through our platforms in analysis.

15   BY MR. KLAYMAN

16       Q    Other than presumably this case, have you had

17   counsel come to you in other cases and ask you to look

18   for documents in response to document requests in

19   litigation?

20           MS. BOLGER:  He can obviously answer that

21           question, but not to the specifics of any other

22           litigation.

23       A    Sir, yes.  We do this every day.  We do it as

24   a corporate service, as part of our service portfolio

25   to Warner Bros. Discovery.

1    BY MR. KLAYMAN

2        Q    And the other litigation, at least in terms

3    of the caption and who's involved is not confidential.

4    So what other litigation has counsel come to you and

5    asked you to look for documents?

6            MS. BOLGER:  I'm going to object and ask you

7        why that's relevant.

8            MR. KLAYMAN:  It's relevant because it deals

9        with his experience.

10            Please stop it.

11            MS. BOLGER:  Why don't you tell him the

12        number of litigations you have done.

13            MR. KLAYMAN:  I'll ask the questions,

14        Ms. Bolger.

15            I'm going to terminate this deposition in

16        five minutes, okay, if you --

17            MS. BOLGER:  Mr. Klayman, he'll tell you the

18        number of depositions he's done.

19            And if you can remember a public --

20            MR. KLAYMAN:  I'm not going to go through

21        this.  I'm not going to go through this.  I'm

22        tired of it.  It runs up the cost for my client

23        and it's inappropriate.  That is your intent with

24        virtually everything that you do in this case, is

25        to run up costs and to obstruct.

  1              They're simple questions.

  2   BY MR. KLAYMAN

  3       Q     What other cases have you looked for

  4   documents on?

  5              Just give me the parties.  That's all public.

  6              MS. BOLGER:  No, it's not, actually.  What he

  7         does is not public; the captions are public.

  8              Mr. Rosado, why don't you tell him the number

  9         of cases you've worked on.

 10              MR. KLAYMAN:  All right.  I'm terminating

 11         this deposition now.  I'll go to the court.

 12              Goodbye.

 13              (The videoconference deposition adjourned at

 14         11:05 a.m.)

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25

1                              CERTIFICATE OF OATH

2        THE STATE OF FLORIDA

3        COUNTY OF BROWARD

4                I, the undersigned authority, certify that

5        witness, ELIAS ROSADO, appeared before me via

6        videoconference on the 9th day of October, 2025, and was

7        duly sworn.

8                Signed this 10th day of October, 2025.

9

10

11        _____
            Michele L. Savoy, RMR
12          Commission No. #HH 407747
            Expires August 6, 2027

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2    THE STATE OF FLORIDA

 3    COUNTY OF BROWARD

 4            I, Michele L. Savoy, RMR, Shorthand Reporter

 5    and Notary Public for the State of Florida, HEREBY

 6    CERTIFY that I was authorized to and did

 7    stenographically remotely via videoconference report the

 8    deposition of ELIAS ROSADO; that a review of the

 9    transcript was requested, and the foregoing transcript,

10    pages 1 through 17, is a true and accurate record of my

11    stenographic notes.

12            I FURTHER CERTIFY that I am not a relative,

13    employee, attorney, or counsel of any of the parties,

14    nor am I a relative or employee of any attorney or

15    parts, nor am I a relative or employee of any the

16    parties' attorney nor counsel connected with the action,

17    nor am I financially interested in the action.

18            Dated this 10th day of October, 2025.

19

20

21            _____

22            Michele L. Savoy, RMR
              Commission No. #HH 407747
23            Expires August 6, 2027

24

25
```

1                         ERRATA SHEET

2    IN RE:  LAURA LOOMER v BILL MAHER, et al

3    CASE NO.: 5:24-cv-00625-JSM-PRL

4    DEPONENT:  ELIAS ROSADO

5
     Page ____ Line No. ____Change to: _____
6
     _____
7
     Page ____ Line No. ____Change to: _____
8
     _____
9
     Page ____ Line No. ____Change to: _____
10
     _____
11
     Page ____ Line No. ____Change to: _____
12
     _____
13
14   Page ____ Line No. ____Change to: _____
15
     _____
16
     Page ____ Line No. ____Change to: _____
17
     _____
18
     Page ____ Line No. ____Change to: _____
19
     _____
20   Under penalties of perjury, I declare that I have read

21   the foregoing document and that the facts stated are

22   true:

23

24
     Date_____  _____
25                            Signature

1    DATE:  October 10, 2025

2    Mr. Elias Rosado
     C/O  KATHERINE BOLGER, ESQUIRE
3        Travis Wright Tremaine, LLP
         1251 Avenue of the Americas
4        21st Floor
         New York, New York 10020
5        katebolger@dwt.com

6    IN RE:  DEPOSITION OF:  ELIAS ROSADO

7            TAKEN ON:  October 9, 2025

8            LAURA LOOMER v BILL MAHER, et al

9    Dear Mr. Rosado:

10       This letter is to advise that the deposition taken
     in the above-referenced case has been transcribed.
11   Please contact our office at 954-755-6401 to make
     arrangements to read and sign.

12       The original of this transcript has been forwarded
13   to the ordering party and your errata, once received,
     will be forwarded to all ordering parties for inclusion
14   in the transcript.

15   Sincerely,

16

17   _____
     Michele L. Savoy, RMR
18   Daughters Reporting, Inc.
     101 Northeast 3rd Avenue
19   Suite 1500
     Fort Lauderdale, Florida 33301
20   daughtersreporting@gmail.com

21

22   cc:  Larry Klayman, Esq.

23

24

25

**A**

A-Team 5:22 6:8
a.m 1:15,15 13:14
above-referen... 17:10
absolutely 8:8
absurd 10:13
accurate 15:10
acquisition 8:10
action 15:16,17
actionable 5:23
actions 6:21
adjourned 13:13
advise 17:10
affirm 4:7
al 1:6 2:7 16:2 17:8
Americas 2:9 17:3
analysis 11:3,14
answer 5:2,13 7:9,15 8:6 9:2 9:12 10:15,22 11:11,20
answered 10:10
APPEARAN... 2:1
appeared 2:2,7 14:5
arrangements 17:11
asked 12:5
attachment 6:20
attorney 15:13 15:14,16
August 14:12 15:23
authority 14:4
authorized 15:6
Avenue 1:24 2:9 2:13 17:3,18

**B**

background 4:23 5:2,11,15
5:16 6:5
based 5:23 6:20
battle 6:20,20
behalf 1:12
benefit 6:4
Beret 5:21
Berets 6:23
big 5:5
BILL 1:6 2:7 16:2 17:8
biometrics 6:25
Boca 2:4
Bolger 2:8 4:24 5:6,12 7:7,11 7:15 8:5 9:1,11 9:23 10:9,12 10:22 11:10,20 12:6,11,14,17 13:6 17:2
born 4:20
Box 7:6
brand 9:18
briefly 4:22 7:3
Bros 7:2,4,5,20 7:22 8:3,9,14 8:17,23,24 9:3 9:7,8,13,15,19 9:21,25 11:4 11:25
Brothers/Disc... 2:12
brought 6:3
BROWARD 14:3 15:3
bulk 5:25 6:14
business 8:14,16 9:6

**C**

C/O 17:2
capacity 5:1
caption 12:3
captions 13:7
career 5:18
case 1:2 11:16 12:24 16:3 17:10

cases 11:17 13:3 13:9
cause 4:4
cc 17:22
Certificate 3:5,6 14:1 15:1
Certified 4:2
certify 14:4 15:6 15:12
Change 16:5,7,9 16:11,14,16,18
Channel 9:16
channels 9:16
check 6:5
clarification 7:17
client 12:22
CNN 8:16
collateral 6:19
collect 5:2
collecting 5:25
combination 9:14
come 11:17 12:4
comes 10:24 11:12
Commission 14:12 15:22
committee 6:9 6:11
community 5:19
company 9:4,5 9:14
confidential 12:3
connected 15:16
contact 17:11
context 9:9
continue 5:9 6:7
corporate 8:21 9:7 11:24
correct 11:9
cost 10:17 12:22
costs 12:25
counsel 11:12,17 12:4 15:13,16
COUNTY 14:3

15:3
course 4:25 6:10 6:22
court 1:1 4:5,11 11:9 13:11
creating 6:19

**D**

damage 6:19
damages 6:20
data 6:14,15,15 11:1,2,3
Date 1:14 16:24 17:1
Dated 15:18
Daughters 1:23 17:18
daughtersrep... 17:20
DAVIDOVIT... 2:12
day 11:23 14:6,8 15:18
deal 5:5
deals 12:8
Dear 17:9
declare 16:20
Defendants 1:7 2:7
DEPONENT 16:4
deposition 1:10 3:2 4:1 5:9 12:15 13:11,13 15:8 17:6,10
depositions 12:18
develop 5:23
digital 5:19,25 6:14,24 8:11 9:25
Direct 3:5 4:16
director 8:11 9:24
discovery 7:2,20 7:22 8:9,10,15 8:23 9:3,7,8,9

9:13,15,16,19
9:22,25 10:4,5
10:7,24,25
11:2,4,8,9,13
11:25
DISTRICT 1:1 1:1
doctrine 6:13
document 11:18 16:21
documents 11:18 12:5 13:4
duly 4:14 14:7

**E**

eDiscovery 8:12 9:24 10:2,3,4
eDiscoverypro... 11:1
educational 4:23 5:11
electronic 10:4,5 10:7,24,25
Elias 1:10 3:2 4:1,13,19 7:16 10:22 14:5 15:8 16:4 17:2 17:6
employee 15:13 15:14,15
entail 10:3
entities 8:21
errata 3:6 16:1 17:13
Esq 17:22
ESQUIRE 2:3,8 2:12 17:2
estimates 6:19 6:20
et 1:6 2:7 16:2 17:8
Examination 1:22 3:5 4:16
examined 4:14
example 5:4
exhibits 3:9,10

11:5
**experience** 12:9
**Expires** 14:12
  15:23
**exploitation**
  5:25 6:1,13,15
**extensive** 5:18

**F**
**facts** 16:21
**fall** 9:6
**file** 5:7
**filed** 10:21
**financially** 15:17
**five** 12:16
**Floor** 2:9 17:4
**Florida** 1:1,25
  2:4 4:4 14:2
  15:2,5 17:19
**focus** 6:13,17
**follows** 4:15
**Food** 9:17
**Forces** 6:10
**foregoing** 15:9
  16:21
**forensics** 5:20
  6:14,24,24
  8:11 9:25
**form** 7:7 9:1,11
  9:23 10:9
  11:10
**former** 5:21
**Fort** 1:25 17:19
**forwarded** 17:12
  17:13
**function** 8:25
  9:3
**further** 6:1
  15:12
**fusion** 6:23

**G**
**gathered** 5:23
**gathering** 6:16
  6:25
**give** 4:7 13:5
**global** 8:13

**go** 11:5 12:20,21
  13:11
**going** 4:24 12:6
  12:15,20,21
**Goodbye** 13:12
**governance** 11:1
**government**
  10:5
**Green** 5:21 6:23
**Group** 2:3

**H**
**hand** 4:6
**handler** 6:2
**handlers** 6:6
**HBO** 7:5,22 8:3
  8:16,19
**he'll** 12:17
**Held** 1:17
**HGTV** 9:17
**HH** 14:12 15:22
**Home** 7:6
**hope** 5:8
**human** 6:3

**I**
**identification**
  11:2
**inappropriate**
  12:23
**inclusion** 17:13
**INDEX** 3:1
**individual** 5:1
**infrastructure**
  6:4
**instructor** 6:12
  6:22
**intel** 6:17
**intelligence** 5:19
  5:24 6:5,10,10
  6:15
**intelligence-ga...**
  6:21
**intent** 12:23
**interested** 15:17
**interrelations...**
  7:5 8:2

**interrelations...**
  10:6
**interrupt** 4:24
  10:14
**involved** 12:3

**J**
**JESSICA** 2:12
**jessica.davido...**
  2:14
**joined** 5:16
**July** 4:21

**K**
**katebolger@d...**
  2:11 17:5
**KATHERINE**
  2:8 17:2
**Keep** 10:20
**kind** 5:7
**kinds** 6:17
**Klayman** 2:3,3
  3:5 4:17 5:4,10
  7:10,24 8:7,22
  9:20 10:1,11
  10:13 11:7,15
  12:1,8,13,17
  12:20 13:2,10
  17:22
**know** 7:25 9:15
  10:13

**L**
**L** 1:23 4:2 14:11
  15:4,22 17:17
**laptop** 6:15
**Large** 4:4
**Larry** 2:3 17:22
**Lauderdale** 1:25
  17:19
**LAURA** 1:3 2:2
  16:2 17:8
**Law** 2:3
**lead** 6:23 7:3
**led** 5:24
**legacy** 9:14,15
**leklayman@g...**

2:5
**letter** 3:7 17:10
**Level** 6:2,6
**leveraged** 7:1
**Line** 16:5,7,9,11
  16:14,16,18
**list** 6:19
**litigation** 11:9
  11:19,22 12:2
  12:4
**litigations** 12:12
**LLP** 2:8 17:3
**look** 11:17 12:5
**looked** 13:3
**LOOMER** 1:3
  2:2 16:2 17:8

**M**
**MAHER** 1:6 2:7
  16:2 17:8
**managing** 6:3
**marked** 3:10
**mean** 7:12 9:9,9
  10:3,8
**media** 5:25 9:4,5
  9:14
**member** 6:8,9
**Merit** 4:2
**Michele** 1:23 4:2
  14:11 15:4,22
  17:17
**MIDDLE** 1:1
**military** 5:15,16
**minutes** 12:16
**mobile** 6:14
**motion** 5:8
  10:20
**move** 7:10 8:4

**N**
**name** 4:18 9:13
**Network** 9:17
**networks** 9:17
**New** 2:10,10,13
  2:13 17:4,4
**Northeast** 1:24
  17:18

**Notary** 4:3 15:5
**notes** 15:11
**number** 12:12
  12:18 13:8

**O**
**Oath** 3:5 14:1
**object** 7:7 9:23
  10:19 11:10
  12:6
**objection** 5:12
  9:1,11 10:9
**objections** 7:12
**obstruct** 12:25
**obviously** 11:20
**October** 1:14
  14:6,8 15:18
  17:1,7
**office** 7:6 17:11
**Oh** 9:10
**okay** 5:7 8:9
  12:16
**once** 17:13
**operations** 5:23
  6:1,21,25
**ordering** 17:13
  17:13
**original** 17:12

**P**
**P.A** 2:3
**packages** 6:18
**Page** 3:4 16:5,7
  16:9,11,14,16
  16:18
**pages** 15:10
**Palmetto** 2:4
**Park** 2:4,13
**part** 5:21 9:5
  11:24
**parties** 13:5
  15:13 17:13
**parties'** 15:16
**parts** 15:15
**party** 17:13
**penalties** 16:20
**perjury** 16:20

Pictures 8:17
pillars 10:5,25
Plaintiff 1:4,12
  2:2
platforms 11:14
please 4:6,18 5:6
  10:11,15 12:10
  17:11
portfolio 11:24
portion 7:21
position 7:4,20
  8:1,2
preparing 6:18
present 11:5
presumably
  11:16
production 9:6
  10:6 11:4,6
progression 8:1
prosecution
  6:18
public 4:3 12:19
  13:5,7,7 15:5

Q
question 5:3,6
  7:8,15,19,21
  10:10,15,23
  11:21
questions 7:8
  8:5 12:13 13:1

R
raise 4:6
rate 6:7
ratings 6:6
Raton 2:4
read 3:7 16:20
  17:11
realm 6:3
received 17:13
record 15:10
relationship
  7:21,23 8:19
relative 15:12,14
  15:15
relevant 5:2

12:7,8
remember 12:19
remit 8:18
remotely 1:17
  4:2 15:7
report 15:7
Reporter 3:6 4:3
  4:5,11 15:1,4
Reporting 1:23
  17:18
request 7:11
  11:12
requested 15:9
requests 11:18
required 11:6
respond 7:18
response 11:18
responsibilities
  5:22
responsibility
  8:13
retired 5:16
review 15:8
right 4:6 6:5 8:7
  8:8 9:4,4 13:10
RMR 1:23 4:2
  14:11 15:4,22
  17:17
Road 2:4
Rosado 1:10 3:2
  4:1,13,19 13:8
  14:5 15:8 16:4
  17:2,6,9
run 4:22 5:11
  10:17 12:25
runs 12:22

S
sake 10:14
sanctions 5:8
  10:20
Savoy 1:23 4:2
  14:11 15:4,22
  17:17
scenarios 5:25
second 4:25
selected 6:9

senior 6:8,12
  9:24
sensitive 5:24
  6:13
server 6:14
service 11:24,24
Sheet 3:6 16:1
Shorthand 15:4
sign 17:11
Signature 16:25
Signed 14:8
similar 8:16
  9:16,17
simple 10:16
  13:1
Sincerely 17:15
Sir 9:13 10:24
  11:12,23
site 5:24 6:13
six 7:8
skills 7:1
source 6:2,6,10
sources 6:3,7
South 2:13
Special 6:9
specifically 6:24
specifics 11:21
standard 5:6
state 4:3,18 14:2
  15:2,5
stated 16:21
STATES 1:1
stenographic
  15:11
stenographica...
  15:7
stop 5:6 10:11
  12:10
subsidiaries
  8:14,21
Suite 1:24 17:19
support 6:25 7:1
  7:23 8:13,20
  8:20 10:5,25
  11:2,6,13
supporting
  11:13

swear 4:7
sworn 4:14 14:7

T
taken 1:12,14,22
  4:1 17:7,10
talk 9:18
talking 11:8
target 6:18,19
taught 6:23
team 5:24
teams 6:23
television 8:17
tell 12:11,17
  13:8
terminate 12:15
terminating
  13:10
terms 12:2
testified 4:14
testimony 4:7
Thank 4:11 5:14
  7:14
theater 6:25
thereof 10:14
thing 5:7
things 7:11 8:4
  10:18
three 8:5
Thursday 1:14
time 1:15 5:5
tired 12:22
title 8:11 9:21,24
today 7:2
training 5:18
transcribed
  17:10
transcript 15:9
  15:9 17:12,14
Travis 2:8 17:3
treat 8:19
Tremaine 2:8
  17:3
true 15:10 16:22
truth 4:8,8,9
trying 7:10 8:4
  10:15

U
umbrella 9:7
undersigned
  14:4
understand 7:19
unit 8:16
UNITED 1:1
units 8:14,17 9:6
  9:6

V
v 1:5 16:2 17:8
verify 6:5
videoconference
  1:10,12,17 2:1
  4:1 13:13 14:6
  15:7
virtually 12:24

W
want 7:16,17
  10:17
wanted 6:7
Warner 2:12 7:1
  7:4,5,20,22 8:3
  8:9,14,17,23
  8:24 9:3,7,8,13
  9:14,19,21,25
  11:4,25
WarnerMedia
  8:10
wasting 5:5
way 10:6,18,23
  11:3
we're 9:4
West 2:4
witness 1:22
  4:10,25 14:5
word 9:8
work 5:19
worked 13:9
Wright 2:8 17:3
writer 6:12

X

Y

**Yeah** 5:4 7:10
**York** 2:10,10,13
  2:13 17:4,4

**Z**

**0**

**1**
**1** 15:10
**10** 17:1
**10:54** 1:15
**10003** 2:13
**10020** 2:10 17:4
**101** 1:24 17:18
**10th** 14:8 15:18
**11:05** 1:15 13:14
**1251** 2:9 17:3
**14** 3:5
**15** 3:6
**1500** 1:24 17:19
**16** 3:6
**17** 3:7 15:10
**1977** 4:21
**1995** 5:16

**2**
**2** 6:2
**2017** 5:17
**2025** 1:14 14:6,8
  15:18 17:1,7
**2027** 14:12
  15:23
**212-402-4068**
  2:10
**212-548-5555**
  2:14
**21st** 2:9 17:4
**230** 2:13

**3**
**3** 6:6
**30(b)(6)** 5:1
**33301** 1:25
  17:19
**33433** 2:4
**3rd** 1:24 17:18

**4**
**4** 3:5
**407747** 14:12
  15:22

**5**
**5:24-cv-00625...**
  1:2 16:3
**561-588-5536**
  2:5

**6**
**6** 14:12 15:23

**7**
**7** 4:21
**7050** 2:4

**8**

**9**
**9** 1:14 17:7
**954-755-6401**
  17:11
**9th** 14:6