UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

---

LAURA LOOMER,

        *Plaintiff,*

- against -

BILL MAHER and HOME BOX OFFICE, INC.,

        *Defendants.*

Case No.: 5:24-cv-00625-JSM-PRL

---

### DEFENDANTS' EMERGENCY REQUEST FOR CLARIFICATION

Defendants Home Box Office, Inc. ("HBO") and Bill Maher respectfully submit this time-sensitive motion for clarification regarding the current scheduling order in this action. Just yesterday, the Florida Supreme Court suspended Larry Klayman, Plaintiff's counsel, from the Florida Bar and the practice of the law for two years. *See* Ex. A (*The Florida Bar v. Larry Elliott Klayman*, No. SC2023-1219 (Fl. Nov. 6, 2025)). The Supreme Court ordered that Mr. Klayman's suspension is to take effect 30 days from the date of the order and that even if Mr. Klayman were to file a motion for a rehearing it would not "not alter the effective date of this suspension." *Id.* at 22-23 (cleaned up). Under the current scheduling order, Defendants' dispositive motions must be filed by Monday, November 10, 2025. Defendants respectfully seek clarification from the Court as to what the consequences of Mr. Klayman's suspension will be for the schedule in this action. This request is submitted on an emergency basis due to the fact that Defendants' motion for summary judgment is due to be filed on

1

Monday, November 10, 2025. Defendants respectfully request that the Court rule by November 10, 2025.

## FACTS

Yesterday's suspension order stems from more than two years of litigation with the Florida Bar. *Id.* at 2. On August 29, 2023, the Florida Bar filed a Formal Complaint against Mr. Klayman, seeking to impose reciprocal discipline after the D.C. Court of Appeals suspended Mr. Klayman for a period of 18 months. *See id.* at 2, 6. On May 17, 2024, the referee recommended that Mr. Klayman be suspended from the Florida Bar for a period of two years. Mr. Klayman appealed to the Florida Supreme Court, which affirmed the referee's recommendations. *Id.* at 22. Mr. Klayman will, therefore, not be eligible to practice law in Florida as of December 6, 2025.

## ARGUMENT

Under the current scheduling order, Defendants' motion for summary judgment must be filed by Monday, November 10. Plaintiff's opposition to the motion for summary judgment would therefore be due on Monday, November 24.

When Mr. Klayman was previously suspended from the Middle District of Florida Bar, this Court *sua sponte* ordered that the case be stayed for 30 days to allow Plaintiff to retain new counsel. ECF No. 130. The Court lifted the stay after Mr. Klayman's suspension from the Middle District Bar was paused. ECF No. 135.

Defendants respectfully request that the Court provide guidance as to whether it again intends to stay the schedule in this matter in light of Plaintiff's now-confirmed suspension. Specifically, Defendants respectfully request that this Court either: 1) issue

2

any stay that the Court deems appropriate for this action *before* November 10, or 2) confirm that the current briefing schedule (Defendants' opening brief is due on November 10, and the opposition brief will be due on November 24) remain in place and not be extended such that briefing is complete before Mr. Klayman's suspension on December 5, 2025.

Any other outcome would prejudice the Defendants because it would provide Plaintiff with an extended period of time to review and respond to Defendants' motion to summary judgment.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendants certifies that Defendants have contacted Plaintiff's counsel via email. Plaintiff's counsel opposes this motion writing "Nothing needs to be stayed at this time and even if I am not reinstated there will be counsel substituted. No reason for delay. Please do not misrepresent at usual."

Dated: November 7, 2025

Respectfully submitted,

*/s/ Rachel E. Fugate*

Rachel E. Fugate (FL Bar No. 144029)
Yelan Escalona (FL Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
Davis Wright Tremaine LLP
1251 Avenue of the Americas,
21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

3