# Exhibit A

## Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Friday, September 19, 2025 11:34 AM |
| **To:** | 'Larry Klayman' |
| **Cc:** | Rachel E. Fugate |
| **Subject:** | RE: Loomer - HBO 30(b)(6) designee |

Mr. Klayman,

Your tone and accusations are not well taken. Our witness is a corporate representative and his deposition will take place at our offices in New York. It is standard practice that a non-resident corporate representative be deposed at the principal place of business of the Defendant. *See LeBlanc v. Unifund CCR Partners, G.P.*, 2007 WL 2446900, at *3 (M.D. Fla. Aug. 23, 2007) (""As a general rule and presumption, a non-resident corporate defendant should be deposed in its principal place of business, since the plaintiff is the party who brings the lawsuit and selects the forum."). The witness is located in Virginia. We are making him available in New York. If you would like to conduct the deposition by Zoom, you are welcome to. Otherwise, it will take place in New York on the 30th of September.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **C** 917.561.2575   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Friday, September 19, 2025 9:20 AM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Re: Loomer - HBO 30(b)(6) designee

[EXTERNAL]

Where is the witness based? Be direct not your usual dishonest self.

Larry Klayman

On Fri, Sep 19, 2025, 6:04 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman
> The witness is not based in LA.
> Please confirm if you will take the deposition on September 30 and if you would like it to be by Zoom or in person in NY.
> Kate Bolger
>
>
> Get Outlook for iOS

1

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Thursday, September 18, 2025 6:45:38 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Re: Loomer - HBO 30(b)(6) designee

# [EXTERNAL]

Where is regularly located? LA?

No more accommodations given the way we are treated!

Larry Klayman

On Thu, Sep 18, 2025, 3:20 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman,
>
> I am writing to follow up on the Court's order of earlier today.  We can make our corporate designee on the two remaining topics (9 and 10) available for a deposition on September 30.  He will be in New York, but if you would prefer to attend by Zoom to avoid the costs of travel, we are amenable to proceeding either way.
>
> Please confirm that we can proceed with the deposition on that date, and whether you would like to attend virtually or in person.
>
> Kate Bolger
>
> 
>
> **Kate Bolger**
> **Partner |** Davis Wright Tremaine LLP
>
> **P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
>
> **DWT.COM**