# Exhibit C

**Bolger, Kate**

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Wednesday, October 8, 2025 3:38 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | Oliver Peer |
| **Subject:** | RE: Depo tomorrow |
| **Attachments:** | bloys order 1.pdf |

Mr. Klayman,

HBO disputes your characterization of Ms. Rosenstein as incompetent.

In addition, the Court reopened discovery for the "very limited purpose" of your deposing a witness on Topics No. 9 and 10. Mr. Rosado will testify as to those topics. Discovery is closed as to all other matters. (Dkt. 127)

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

P 212.402.4068  C 917.561.2575  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, October 8, 2025 3:15 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Re: Depo tomorrow

**[EXTERNAL]**

Are you producing witnesses on other topics that Ms. Rosenstein was not competent to tesify to later than tomorrow?

On Wed, Oct 8, 2025 at 12:10 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman
>
> Apologies – there was a typo. Mr. Rosado's title is Senior Director E-Discovery & Digital Forensics at Warner Bros. Discovery. HBO is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc. (Dkt. 4 in this matter) Mr. Rosado has been designated by the Defendants as the 30 b 6 witness and has the relevant knowledge to answer questions as to Topic 9 ("Record retention policies and practices of HBO") and Topic 10 ("Testimony concerning the search of documents pursuant to Plaintiff's request to produce.") .

Please send a Zoom link.

Thanks

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

P 212.402.4068  C 917.561.2575  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, October 8, 2025 2:42 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Re: Depo tomorrow

[EXTERNAL]

NO COURT REPORTER IS VIRTUAL. THE WITNESS APPEARS TO BE IMPROPER.

LARRY KLAYMAN

On Wed, Oct 8, 2025 at 11:24 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> We are fine to start at 11.
>
> The witness is Elias Rosado, Senior Director E-Discovery & Digital Forensics at Warner Brothers/Discovery.
>
> Are you sending a court reporter to our offices? And, if so, please provide a name for security.

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **C** 917.561.2575   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, October 8, 2025 12:49 PM
**To:** Oliver Peer <oliver.peerfw@gmail.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Depo tomorrow

**[EXTERNAL]**

Ok. Pl send names and titles. Can we start at 11 am?

Larry Klayman

On Wed, Oct 8, 2025, 9:44 AM Oliver Peer <oliver.peerfw@gmail.com> wrote:

> Good afternoon:
>
> Mr. Klayman will be filing the Notice of Deposition shortly. Please advise who Defendants will be producing tomorrow and their title.
>
> Furthermore, this will be a noon start time. Thank you.
>
> Regards,
> Oliver Peer
>
> Klayman Law Group P.A.

3

On Wed, Oct 8, 2025 at 11:20 AM Bolger, Kate <KateBolger@dwt.com> wrote:

Hi Mr. Klayman

Will you please send the zoom link and/or court reporter information for tomorrow's deposition? We are anticipating a 10 am start time.

Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**