# Exhibit D

## Bolger, Kate

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Thursday, October 9, 2025 1:45 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | Oliver Peer |
| **Subject:** | RE: Depo tomorrow |

Mr. Klayman

Earlier today, you terminated Mr. Rosado's deposition after less than 10 minutes on the record. We have been attempting to schedule this deposition for months. I wrote to you on June 27 to proactively offer to make a deponent available to discuss Topics 9 and 10 in the week of August 18. You did not respond. On July 1, I again offered to arrange that deposition. You did not respond. Then, pursuant to the Court's order on September 18, we first proposed September 30 as a date, which you rejected; we ultimately agreed on October 9. We flew Mr. Rosado from Virginia to prepare for and attend today's deposition and cleared his calendar for the entire day to ensure that he would be available for as much time as you needed.

Your unilateral decision to terminate the deposition only minutes after it began, based on a question that called for attorney-client communications related to other litigations, was patently unreasonable. You could have asked other questions that would have avoided the issue, moved on to other questions relating to his qualification, or questioned him as to the topics for which he had been designated, among other things. While you are free to behave as you see fit, we must note that any motion for sanctions against us based on your actions today would itself be sanctionable and, yet another unnecessary and wasteful use of the Court's resources.

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, October 8, 2025 3:15 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Re: Depo tomorrow

**[EXTERNAL]**

Are you producing witnesses on other topics that Ms. Rosenstein was not competent to tesify to later than tomorrow?

On Wed, Oct 8, 2025 at 12:10 PM Bolger, Kate <KateBolger@dwt.com> wrote:

1

Mr. Klayman

Apologies – there was a typo. Mr. Rosado's title is Senior Director E-Discovery & Digital Forensics at Warner Bros.  Discovery.  HBO is ultimately a wholly owned subsidiary of Warner Bros. Discovery, Inc.  (Dkt. 4 in this matter) Mr. Rosado has been designated by the Defendants as the 30 b 6 witness and has the relevant knowledge to answer questions as to Topic 9 ("Record retention policies and practices of HBO") and Topic 10 ("Testimony concerning the search of documents pursuant to Plaintiff's request to produce.") .

Please send a Zoom link.

Thanks

Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068   **C** 917.561.2575   **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, October 8, 2025 2:42 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>
**Subject:** Re: Depo tomorrow

**[EXTERNAL]**

NO COURT REPORTER IS VIRTUAL. THE WITNESS APPEARS TO BE IMPROPER.

LARRY KLAYMAN

On Wed, Oct 8, 2025 at 11:24 AM Bolger, Kate <KateBolger@dwt.com> wrote:

2

We are fine to start at 11.

The witness is Elias Rosado, Senior Director E-Discovery & Digital Forensics at Warner Brothers/Discovery.

Are you sending a court reporter to our offices? And, if so, please provide a name for security.

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Wednesday, October 8, 2025 12:49 PM
**To:** Oliver Peer <oliver.peerfw@gmail.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Depo tomorrow

**[EXTERNAL]**

---

Ok. Pl send names and titles. Can we start at 11 am?

Larry Klayman

On Wed, Oct 8, 2025, 9:44 AM Oliver Peer <oliver.peerfw@gmail.com> wrote:

> Good afternoon:
>
> Mr. Klayman will be filing the Notice of Deposition shortly. Please advise who Defendants will be producing tomorrow and their title.

3

Furthermore, this will be a noon start time. Thank you.

Regards,
Oliver Peer

Klayman Law Group P.A.

On Wed, Oct 8, 2025 at 11:20 AM Bolger, Kate <KateBolger@dwt.com> wrote:

Hi Mr. Klayman

Will you please send the zoom link and/or court reporter information for tomorrow's deposition? We are anticipating a 10 am start time.

Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP
**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**  in

4