# Exhibit E

**Bolger, Kate**

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Friday, September 26, 2025 4:05 PM |
| **To:** | Larry Klayman |
| **Cc:** | Oliver Peer; Rachel E. Fugate |
| **Subject:** | Re: Loomer v. Maher - 30 b 6 deposition. |

Thanks
We are confirmed for you to take the deposition of HBO's 30b6 witness on Topics 9 and 10 <u>on October 9</u> by Zoom.

As that is outside the limit of the Court's order, we can draft a joint notice to the Court with that information and will do so on Monday.

Kate Bolger


Get Outlook for iOS

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Friday, September 26, 2025 3:53:14 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. Maher - 30 b 6 deposition.

# [EXTERNAL]

Oct 9 is ok

On Fri, Sep 26, 2025, 12:47 PM Bolger, Kate <KateBolger@dwt.com> wrote:
> If you mean Thursday, October 9, we are available. If you mean, Thursday, October 2, that is Yom Kippur and we are not.
> Can you confirm October 9?  Thanks.
> Get Outlook for iOS
>
> ---
> **From:** Larry Klayman <leklayman@gmail.com>
> **Sent:** Friday, September 26, 2025 3:35 PM
> **To:** Bolger, Kate <KateBolger@dwt.com>
> **Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
> **Subject:** Re: Loomer v. Maher - 30 b 6 deposition.
>
> **[EXTERNAL]**
>
> ---
>
> Thursday will work by Zoom

1

On Fri, Sep 26, 2025, 11:55 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> We can do Wednesday, October 8.  Does that work for you?
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
>
> **P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> DWT.COM

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Friday, September 26, 2025 2:54 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. Maher - 30 b 6 deposition.

**[EXTERNAL]**

Can do it on Tues. Have a doctor appointment. Since the case was stayed for awhile the days should be pushed back. We need to agree on a new date.

Larry Klayman

On Fri, Sep 26, 2025, 11:40 AM Bolger, Kate <KateBolger@dwt.com> wrote:

> Mr. Klayman.
>
> We are finalizing plans for the 30 b6 deposition on Tuesday. Please confirm whether you are attending in person or by zoom and let us know the names of anyone who is coming (including the stenographer and videographer) so that we can tell building security.
>
> Thanks.
>
> Kate Bolger



**Kate Bolger**
**Partner |** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

**DWT.COM**  in