UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

---------------------------------------------------------------- x

LAURA LOOMER,

           *Plaintiff*,

    - against -

BILL MAHER and HOME BOX OFFICE, INC.,

           *Defendants.*

Case No.: 5:24-cv-00625-JSM-PRL

---------------------------------------------------------------- x

### DECLARTION OF KATHERINE M. BOLGER IN SUPPORT OF DEFEDANTS' MOTION FOR SUMMARY JUDGMENT

I, Katherine M. Bolger, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1.    I am a partner at Davis Wright Tremaine LLP and counsel for Defendants Home Box Office, Inc. and Bill Maher. I make this declaration in support of Defendants' Motion for Summary Judgment and for the limited purpose of attaching documents relevant to that Motion.

2.    Annexed hereto as **Exhibit 1** is a true and correct copy of the transcript of the September 13, 2024 episode of Real Time with Bill Maher, Bates stamped DEFENDANTS00008280.

3.    Annexed hereto as **Exhibit 2** is a true and correct copy of an October 22, 2024 article by Ted Johnsen, Bates stamped 0025.

4.    **Exhibit 3** is a true and correct copy of the transcript of the April 4, 2025

deposition of Bill Maher, previously filed with the Court as ECF No. 58, Ex. A.

5. **Exhibit 4** is a true and correct copy of the transcript of the May 7, 2025 deposition of Nina Rosenstein.

6. Annexed hereto as **Exhibit 5** is a true and correct copy of the transcript of the June 4, 2025 deposition of Laura Loomer.

7. Annexed hereto as **Exhibit 6** is a true and correct copy of the website http://hbomax.com/shows/real-time-with-bill-maher/abc00905-6a23-46f6-a531-20214bb06f37.

8. Annexed hereto as **Exhibit 7** is a true and correct copy of the website https://www.imdb.com/name/nm0005175/awards.

9. Annexed hereto as **Exhibit 8** is a true and correct copy of the website https://www.televisionacademy.com/bios/bill-maher.

10. Annexed hereto as **Exhibit 9** is a true and correct copy of an April 7, 2023 article published by The New York Times titled "Trump Wanted to Hire Laura Loomer, Anti-Muslim Activist," available at https://www.nytimes.com/2024/09/13/us/politics/trump-laura-loomer.html, which was Exhibit 14 in the deposition of Laura Loomer.

11. Annexed hereto as **Exhibit 10** is a true and correct copy of a September 13, 2024 article published by The New York Times titled "Trump Claims Ignorance of Laura Loomer's 9/11 Conspiracy Theories," available at https://www.nytimes.com/2024/09/13/us/politics/trump-laura-loomer.html.

12. Annexed hereto as **Exhibit 11** is a true and correct copy of an article published by Newsweek titled "PayPal Bans Pro-Trump, Far-Right Activist Laura Loomer," available at https://www.newsweek.com/paypal-bans-pro-trump-anti-muslim-fanatic-laura-loomer-1319563.

13. Annexed hereto as **Exhibit 12** is a true and correct copy of an April 7, 2023 post from the X account @mtgreenee, available at https://x.com/mtgreenee/status/1644394053172166656.

14. Annexed hereto as **Exhibit 13** is a true and correct copy of a July 31, 2024 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1818691984560648285.

15. Annexed hereto as **Exhibit 14** is a true and correct copy of a July 20, 2024 post from the X account @LauraLoomer, which was Exhibit 33 in the deposition of Laura Loomer.

16. Annexed hereto as **Exhibit 15** is a true and correct copy of a July 13, 2024 post from the X account @LauraLoomer, which was Exhibit 34 in the deposition of Laura Loomer.

17. Annexed hereto as **Exhibit 16** is a true and correct copy of a September 11, 2024 post from the X account @LauraLoomer, which was Exhibit 29 in the deposition of Laura Loomer.

18. Annexed hereto as **Exhibit 17** is a true and correct copy of a September 13, 2024 post from the X account @ThomTillis, which was Exhibit 32 in the

deposition of Laura Loomer.

19. Annexed hereto as **Exhibit 18** is a true and correct copy of the article published by NBC News titled "'I don't like those comments': Vance responds to Laura Loomer's attack on Harris' Indian heritage," available at https://www.nbcnews.com/politics/2024-election/vance-laura-loomer-comments-kamala-curry-haitian-migrants-pets-rcna171139.

20. Annexed hereto as **Exhibit 19** is a true and correct copy of a September 13, 2025 post from the Truth Social account @realDonaldTrump, available at https://truthsocial.com/@realDonaldTrump/posts/113132443241754572.

21. Annexed hereto as **Exhibit 20** is a true and correct copy of a July 21, 2025 post from the X account @LauraLoomer, containing an embedded video, available at https://x.com/LauraLoomer/status/1951085899820695895.

22. Annexed hereto as **Exhibit 21** is a true and correct copy of an April 7, 2023 email from Laura Loomer to Susie Wiles, Bates stamped 0317.

23. Annexed hereto as **Exhibit 22** is a true and correct copy of August 13, 2023 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1690752321309798400.

24. Annexed hereto as **Exhibit 23** is a true and correct copy of an August 13, 2023 post from the X account @LauraLoomer, which was Exhibit 4 in the deposition of Laura Loomer. The post and embedded video are available at https://x.com/LauraLoomer/status/1690831359000948737.

25.     Annexed hereto as **Exhibit 24** is a true and correct copy of an August 13, 2023 post from the X account @LauraLoomer, which was Exhibit 5 in the deposition of Laura Loomer.

26.     Annexed hereto as **Exhibit 25** is a true and correct copy of an August 14, 2023 post from the X account @LauraLoomer, which was Exhibit 7 in the deposition of Laura Loomer.

27.     Annexed hereto as **Exhibit 26** is a true and correct copy of a December 2, 2023 post from the Truth Social account @realDonaldTrump, which was Exhibit 8 in the deposition of Laura Loomer. The post and embedded video are available at https://truthsocial.com/@realDOnaldtrump/posts/111509003872214992.

28.     Annexed hereto as **Exhibit 27** is a true and correct copy of a January 16, 2024 X post from the account @LauraLoomer, which was Exhibit 9 in the deposition of Laura Loomer.

29.     Annexed hereto as **Exhibit 28** is a true and correct copy a July 19, 2023 post from the X account @LauraLoomer, which was Exhibit 10 in the deposition of Laura Loomer. The post and embedded video are available at https://x.com/LauraLoomer/status/1814191852234367286.

30.     Annexed hereto as **Exhibit 29** is a true and correct copy of a September 12, 2024 article published by The Guardian titled "Republicans point finger as Laura Loomer for Trump's pet-eating rant," which was Exhibit 20 in the deposition of Laura Loomer.

31. Annexed hereto as **Exhibit 30** is a true and correct copy of a September 12, 2024 article published by Rolling Stone titled "Trump Commemorated 9/11 With a 9/11 Conspiracy Theorist," which was Exhibit 16 in the deposition of Laura Loomer.

32. Annexed hereto as **Exhibit 31** is a true and correct copy of a September 12, 2024 article published by The New York Times titled "Laura Loomer, a Social-Media Instigator, Is Back at Trump's Side," which was Exhibit 22 in the deposition of Laura Loomer.

33. Annexed hereto as **Exhibit 32** is a true and correct copy of a September 12, 2025 (10:27 PM) post from the X account @MikeSington, which was Exhibit 12 in the deposition of Laura Loomer. The post and embedded video are available at https://x.com/MikeSington/status/1834358251967971543.

34. Annexed hereto as **Exhibit 33** is a true and correct copy of a September 12, 2024 (8:49 PM) post from the X account @lib_crusher, which was Exhibit 27 in the deposition of Laura Loomer.

35. Annexed hereto as **Exhibit 34** is a true and correct copy of a September 12, 2024 (11:45 PM) post from the Bluesky account @reba.bsky.social, which was Exhibit 28 in the deposition of Laura Loomer.

36. Annexed hereto as **Exhibit 35** is a true and correct copy of a September 12, 2024 (10:32 PM) post from the X account @CrazyFenaker, which was Exhibit 26 in the deposition of Laura Loomer.

37. Annexed hereto as **Exhibit 36** is a true and correct copy of a September 13, 2024 article published by Miami New Times titled "Laura Loomer and Trump Sitting in a Tree, K-I-S-S-I-N-G: The far-right provocateur and the former president are spending quite a bit of...together time. Where's Melania?," available at https://www.miaminewtimes.com/news/is-trump-having-an-affair-with-laura-loomer-the-far-right-extremist-21281352.

38. Annexed hereto as **Exhibit 37** is a true and correct copy of a September 13, 2024 (5:46 PM) article published by OK! Magazine titled "Donald Trump Accused of Having an Affair With MAGA Conspiracy Theorist Laura Loomer as Wife Melania Remains MIA," available at https://okmagazine.com/p/donald-trump-accused-having-affair-laura-loomer-melania-mia/.

39. Annexed hereto as **Exhibit 38** is a true and correct copy of a July 8, 2025 article published by The New York Times titled "Laura Loomer, Trump's Blunt Instrument," available at https://www.nytimes.com/2025/07/08/us/politics/laura-loomer-trump.html.

40. Annexed hereto as **Exhibit 39** is a true and correct copy of an August 21, 2025 article published by The Atlantic titled "'Make McCarthy Great Again': Laura Loomer has become the Joseph McCarthy of the Trump Era," available at https://www.theatlantic.com/politics/archive/2025/08/laura-loomer-trump-era-joseph-mccarthy/683928/.

41. Annexed hereto as **Exhibit 40** is a true and correct copy of a September

8, 2025 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1965228966559744077.

42. Annexed hereto as **Exhibit 41** is a true and correct copy of a May 25, 2025 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1926625294007341117.

43. Annexed hereto as **Exhibit 42** is a true and correct copy of an August 11, 2025 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1822696340880609718.

44. Annexed hereto as **Exhibit 43** is a true and correct copy of a July 3, 2025 article published by The Independent titled "'Alligator lives matter': Trump pal Laura Loomer slammed for saying Florida 'Alcatraz' beasts will get '65 million meals,'" available at https://www.the-independent.com/news/world/americas/us-politics/laura-loomer-alcatraz-alligator-lives-matter-trump-b2782150.html.

45. Annexed hereto as **Exhibit 44** is a true and correct copy of a September 11, 2024 article published by Politico titled "Trump ally Laura Loomer swatted down after posting bigoted attack on Harris," available at https://www.politico.com/news/2024/09/11/laura-loomer-trump-mtg-00178815.

46. Annexed hereto as **Exhibit 45** is a true and correct copy of a June 1, 2023 post from the X account @LauraLoomer, which was Exhibit 36 in the deposition of Laura Loomer.

47. Annexed hereto as **Exhibit 46** is a true and correct copy of a June 1, 2024

post from the X account @LauraLoomer, which was Exhibit 37 in the deposition of Laura Loomer.

48. Annexed hereto as **Exhibit 47** is a true and correct copy of a February 4, 2024 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1754188693944848609.

49. Annexed hereto as **Exhibit 48** is a true and correct copy of a October 16, 2024 post from the X account @LauraLoomer, which was Exhibit 39 in the deposition of Laura Loomer.

50. Annexed hereto as **Exhibit 49** is a true and correct copy of a May 27, 2023 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1662580944438546433.

51. Annexed hereto as **Exhibit 50** is a true and correct copy of Plaintiff's September 17, 2024 Demand for Retraction, Bates stamped DEFENDANTS00001032.

52. Annexed hereto as **Exhibit 51** is a true and correct copy of the expert report of Professor Jody Baumgartner.

53. Annexed hereto as **Exhibit 52** is a true and correct copy of the expert report of Professor Clay Calvert.

54. Annexed hereto as **Exhibit 53** is a true and correct copy of Defendants' First Set of Interrogatories, served on February 13, 2025.

55. Annexed hereto as **Exhibit 54** is a true and correct copy of Plaintiff's

responses to Defendants' First Set of Interrogatories, served on April 28, 2025.

56. Annexed hereto as **Exhibit 55** is a true and correct copy of Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories, served on September 10, 2025.

57. Annexed hereto as **Exhibit 56** is a true and correct copy of Defendants' Second Set of Interrogatories, served on July 21, 2025

58. Annexed hereto as **Exhibit 57** is a true and correct copy of Plaintiff's responses to Defendants' Second Set of Interrogatories, served on September 10, 2025.

59. Annexed hereto as **Exhibit 58** is a true and correct copy of Plaintiff's Initial Disclosures, served on July 30, 2025.

60. Annexed hereto as **Exhibit 59** is a true and correct copy of Plaintiff's Amended Initial Disclosures, served on September 10, 2025

61. Annexed hereto as **Exhibit 60** is a true and correct copy of a September 14, 2024 post from the X account @LauraLoomer, which was Exhibit 41 in the deposition of Laura Loomer.

62. Annexed hereto as **Exhibit 61** is a true and correct copy of an October 22, 2024 article published by Deadline, Bates stamped 0025.

63. Annexed hereto as **Exhibit 62** is a true and correct copy of a September 12, 2024 post from the X account @LauraLoomer, which was Exhibit 30b in the deposition of Laura Loomer.

64. Annexed hereto as **Exhibit 63** is a true and correct copy of an August 14,

2023 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1691047508191870976.

65. Annexed hereto as **Exhibit 64** is a true and correct copy of a September 12, 2024 article published by The Washington Post titled "Trump's time with Loomer, a far-right activist, upsets his GOP allies," Bates stamped DEFENDANTS00000567.

66. Annexed hereto as **Exhibit 65** is a true and correct copy of an August 13, 2025 article published by The Daily Beast, titled "Laura Loomer: I 'Outed' GOP Senator Because I Was Under Oath," available at https://www.thedailybeast.com/laura-loomer-breaks-silence-on-bizarre-lindsey-graham-deposition/.

67. Annexed hereto as **Exhibit 66** is a true and correct copy of a September 12, 2024 article published by Mediate, titled "'He Doesn't Take This Selection Seriously': Trump Allies Fear Laura Loomer Will Tank His Campaign," which was Exhibit 21 in the deposition of Laura Loomer.

68. Annexed hereto as **Exhibit 67** is a true and correct copy of a September 13, 2024, 1:42 PM post from the X account @watn_tarnation.[1]

69. Annexed hereto as **Exhibit 68** is a true and correct copy of a September 13, 2024 8:17 PM post from the X account @bog_beef.

70. Annexed hereto as **Exhibit 69** is a true and correct copy of a September

---

[1] Exhibits 67-105 are posts from X.com. Plaintiff produced these tweets as part of her third production of documents. However, Plaintiff's production did not contain time stamps or other standard metadata. The attached exhibits contain this metadata.

11

13, 2024 6:38 PM post from the X account @FrankConniff.

71. Annexed hereto as **Exhibit 70** is a true and correct copy of a September 13, 2024 10:59 AM post from the X account @princess_kim_k.

72. Annexed hereto as **Exhibit 71** is a true and correct copy of a September 13, 2024 2:25 PM post from the X account @lib_crusher.

73. Annexed hereto as **Exhibit 72** is a true and correct copy of a September 13, 2024 1:27 PM post from the X account @OnlyAWorldAway.

74. Annexed hereto as **Exhibit 73** is a true and correct copy of a September 13, 2024 6:25 PM post from the X account @mgshn.

75. Annexed hereto as **Exhibit 74** is a true and correct copy of a September 13, 2024 8:37 PM post from the X account @DrewPavlou.

76. Annexed hereto as **Exhibit 75** is a true and correct copy of a September 13, 2024 8:37 PM post from the X account @mlwjones.

77. Annexed hereto as **Exhibit 76** is a true and correct copy of a September 13, 2024 8:03 PM post from the X account @ErikLoomis.

78. Annexed hereto as **Exhibit 77** is a true and correct copy of a September 13, 2024 7:46 PM post from the X account @how_do_i_pdf.

79. Annexed hereto as **Exhibit 78** is a true and correct copy of a September 13, 2024 7:16 PM post from the X account @Trumpett3.

80. Annexed hereto as **Exhibit 79** is a true and correct copy of a September 13, 2024 7:15 PM post from the X account @Braves2124.

81. Annexed hereto as **Exhibit 80** is a true and correct copy of a September 13, 2024 7:14 PM post from the X account @OleanderNectar.

82. Annexed hereto as **Exhibit 81** is a true and correct copy of a September 13, 2024 7:05 PM post from the X account @Braves2124.

83. Annexed hereto as **Exhibit 82** is a true and correct copy of a September 13, 2024 6:42 PM post from the X account @ross_hewage.

84. Annexed hereto as **Exhibit 83** is a true and correct copy of a September 13, 2024, 6:40 PM post from the X account @David_Leavitt.

85. Annexed hereto as **Exhibit 84** is a true and correct copy of a September 13, 2024, 6:03 PM post from the X account @intel_c_p_u.

86. Annexed hereto as **Exhibit 85** is a true and correct copy of a September 13, 2024, 5:46 PM post from the X account @CherylHeuton.

87. Annexed hereto as **Exhibit 86** is a true and correct copy of a September 13, 2024, 5:22 PM post from the X account @Bo_Kross.

88. Annexed hereto as **Exhibit 87** is a true and correct copy of a September 13, 2024, 5:08 PM post from the X account @75flamingo.

89. Annexed hereto as **Exhibit 88** is a true and correct copy of a September 13, 2024, 5:01 PM post from the X account @PokerPolitics.

90. Annexed hereto as **Exhibit 89** is a true and correct copy of a September 13, 2024, 4:58 PM post from the X account @christoaivalis.

91. Annexed hereto as **Exhibit 90** is a true and correct copy of a September

13, 2024, 4:55 PM post from the X account @devahaz.

92. Annexed hereto as **Exhibit 91** is a true and correct copy of a September 13, 2024, 4:54 PM post from the X account @dolansadist.

93. Annexed hereto as **Exhibit 92** is a true and correct copy of a September 13, 2024, 4:22 PM post from the X account @ImToBlame.

94. Annexed hereto as **Exhibit 94** is a true and correct copy of a September 13, 2024, 3:56 PM post from the X account @EyeOnStalk.

95. Annexed hereto as **Exhibit 95** is a true and correct copy of a September 13, 2024, 3:37 PM post from the X account @alt_historian.

96. Annexed hereto as **Exhibit 96** is a true and correct copy of a September 13, 2024, 3:15 PM post from the X account @eleum_fuck.

97. Annexed hereto as **Exhibit 97** is a true and correct copy of a September 13, 2024, 2:47 PM post from the X account @Coyotes_Kenning.

98. Annexed hereto as **Exhibit 98** is a true and correct copy of a September 13, 2024, 2:45 PM post from the X account @Gann15Jerry.

99. Annexed hereto as **Exhibit 99** is a true and correct copy of a September 13, 2024, 1:19 PM post from the X account @StevePPhill.

100. Annexed hereto as **Exhibit 100** is a true and correct copy of a September 13, 2024, 1:11 PM post from the X account @AuthorKimberley.

101. Annexed hereto as **Exhibit 101** is a true and correct copy of a September 13, 2024, 9:07 AM post from the X account @caseinsensitive.

102. Annexed hereto as **Exhibit 102** is a true and correct copy of a September 13, 2024, 8:55 AM post from the X account @AlisonHart98.

103. Annexed hereto as **Exhibit 103** is a true and correct copy of a September 13, 2024, 8:30 AM post from the X account @LegalWeed4SC.

104. Annexed hereto as **Exhibit 104** is a true and correct copy of a September 13, 2024, 8:01 AM post from the X account @goodman4798765.

105. Annexed hereto as **Exhibit 105** is a true and correct copy of a September 13, 2024, 7:49 AM post from the X account @dollycule.

106. Annexed hereto as **Exhibit 106** is a true and correct copy of a September 13, 2025 article published by NBC News titled "Far-right activist Laura Loomer's access to Trump reveals a crisis in his campaign," Bates stamped DEFENDANTS00000025.

107. Annexed hereto as **Exhibit 107** is a true and correct copy of a September 13, 2025 article published by The Independent titled "Trump's ties to 'toxic' far-right activist Laura Loomer are causing a MAGA civil war. But they go way back," available at http://the-independent.com/news/world/americas/us-politics/laura-loomer-trump-maga-marjorie-taylor-greene-b2612446.html.

108. Annexed hereto as **Exhibit 108** is a true and correct copy of a transcript of the September 20, 2024 episode of *Real Time with Bill Maher*, Bates stamped DEFENDANTS00000655.

109. Annexed hereto as **Exhibit 109** is a true and correct copy of a November

15

3, 2025 post from the X account @lauraloomer, available at https://x.com/LauraLoomer/status/1985560924720124414.

110. Annexed hereto as **Exhibit 110** is a true and correct copy of the website https://press.wbd.com/us/media-release/hbo-max/hbo-max-receives-most-emmy-nominations-142-nods-setting-new-record-platform.

111. Annexed hereto as **Exhibit 111** is a true and correct copy of the transcript of the September 18, 2024 podcast of *Love Triangles with Political Peril at Mar-a-Lago with Meghan McCain*, The Ringer (Sept. 18., 2024), available at https://www.podchaser.com/podcasts/somebodys-gotta-win-with-tara-35022/episodes/love-triangles-with-political-224066270/transcript.

_____
Katherine M. Bolger