# EXHIBIT 3

The deposition transcript of Bill Maher was previously filed with the Court at ECF No. 58 Ex. A.