# EXHIBIT 4

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]               Nina Rosenstein

Page 1

```
       IN THE UNITED STATES DISTRICT COURT
       MIDDLE DISTRICT OF FLORIDA
       OCALA DIVISION
       ----------------------------------------------
       LAURA LOOMER,

                          Plaintiff,


            v.


       BILL MAHER
       And
       HOME BOX OFFICE, INC.
                          Defendants.


       Case No. 5:24-CV-625-JSM-PRL
       ----------------------------------------------


       VIDEO DEPOSITION OF
       Nina Rosenstein
       May 7, 2025
       New York, New York
       Lead: Larry Klayman, Esquire
       Firm: Klayman Law Group



       FINAL COPY - CONFIDENTIAL
       JANE ROSE REPORTING 1-800-825-3341
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 2

A P P E A R A N C E S


KLAYMAN LAW GROUP, P.A.
Attorney for Plaintiff
7050 W. Palmetto Park Road
Boca Raton, Florida 33433
(561) 449-0898
BY: LARRY KLAYMAN, ESQUIRE


DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
1251 Avenue of the Americas
New York, New York 10020
(212)489-8230
BY: KATHERINE M. BOLGER, ESQUIRE
    ALEXANDRA PERLOFF-GILES, ESQUIRE


ALSO PRESENT
JESSICA DAVIDOVITCH - IN-HOUSE COUNSEL FOR HBO


JANE ROSE REPORTING
74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Teneja Soltau, Court Reporter
Jonathan Popham, Videographer

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                                    Page 3
 1            - P R O C E E D I N G S -

 2

 3            THE VIDEOGRAPHER:  Good morning.

 4    Here begins Media Number 1 in the

 5    deposition of Nina Rosenstein taken in the

 6    matter of Laura Loomer versus Bill Maher.

 7    Today's date is May 7th, 2025, and the time

 8    is 10:04 a.m.  This deposition is being

 9    taken at the offices of Davis Wright

10    Tremaine, 1251 Avenue of the Americas, New

11    York, New York.  And it's made at the

12    request of Plaintiff.

13            I am Jonathan Popham, the

14    videographer, and the court reporter is

15    Teneja Soltau from Jane Rose Reporting, New

16    York, New York.

17            Counsel, please identify yourselves

18    and state who you represent, and please

19    speak slowly for the court reporter.

20            MR. KLAYMAN:  Larry Klayman with

21    Klayman Law Group, P.A. representing

22    Plaintiff, Laura Loomer.

23            MS. BOLGER:  I am Katherine Bolger

24    from Davis Wright Tremaine.  With me is my

25    colleague, Alexandra Perloff-Giles.  I'm
```

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 4

1      in-house counsel from HBO.  Jessica
2      Davidovitch is here on behalf of the
3      defendants.
4                Actually before we get started,
5      Larry, I just want to memorialize our
6      agreement that we're going to keep this
7      deposition confidential for 15 days, the
8      end of which HBO can move, or not move, to
9      have that confidentiality deposition
10     lifted, and that we're both complying with
11     the Court's interim order.  And I want to
12     make sure to keep Mr. Maher's video and
13     parts of his transcript discreet.  And it's
14     just 15 business days, and we have that
15     agreement, correct?
16               MR. KLAYMAN:  Correct.  Are you
17     producing any documents today?
18               MS. BOLGER:  No.  As we -- we told
19     you on February 27th and March 25th and
20     March 26th and April 30th and Monday, we
21     will produce documents to you as soon as we
22     have an agreed upon confidentiality
23     stipulation that is entered by the Court.
24     You've just simply refused to give me
25     comments on that confidentiality

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

Page 5

1    stipulation.

2            Unless we have some agreement about

3    confidentiality, we're not going to produce

4    documents.  As soon as we do, we'll be able

5    to get them to you within hours.  But we

6    need to have that agreement.

7            MR. KLAYMAN:  But as we set forth

8    in our exchange of emails, the reason for

9    that, from our perspective, is that your

10   proposed stipulation is so overly broad.

11   Frankly it's so broad, it's not even to be

12   capable of being edited.

13           In this case, which is so simple,

14   which deals with essentially one alleged

15   defamatory statement and others that were

16   made subsequent to that which compounded

17   the damage, then this is something that we

18   can agree to.

19           I mean, this is not a complex

20   commercial case or anything like that.  So

21   I suggested, and I hope that you'll

22   reconsider, that we work on this 15-day

23   agreement that we have that, you know, you

24   can produce the documents.  I would keep

25   them confidential, and then you can decide,

Laura Loomer v.                    FINAL                May 7, 2025
Bill Maher                    [CONFIDENTIAL]          Nina Rosenstein

---

Page 6

1      you know, in 15-days what you think is

2      really confidential.

3              And then if we have a dispute, we

4      can go to the Court to resolve it.  But I'm

5      against a blanket protective order in this

6      case because it's used by defense

7      counsel -- nothing personal, but it's used

8      to run up the cost of litigation for

9      Plaintiffs and as cause to delay the case,

10     and it will overburden the resources of the

11     Court.  We'll get into endless motion

12     practice over every single document.

13              MS. BOLGER:  So, as I've told you

14     before, it is a standard protective order

15     from the Middle District of Florida.  And

16     there's nothing bespoke or fancy about it.

17     It's actually a standard, straight down the

18     line protective order.  We did that

19     intentionally because we wanted to protect

20     our documents and your clients' documents

21     from widespread distribution.

22              We're concerned about that in case

23     this case, for very good reason, which is

24     that both you and your client have gone --

25     made public statements that you intend to

---

Laura Loomer v.                     FINAL                     May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 7

```
 1        distribute documents publicly.  And in
 2        fact, your client fundraises off of her
 3        promise to release her documents publicly.
 4              And for those reasons, we're not
 5        going to produce documents unless there's a
 6        court order that protects their
 7        confidentiality.  So with respect, and it's
 8        nothing personal.  It's not that I don't
 9        trust you, Mr. Klayman.  We're going to
10        wait for a court order --
11              (Simultaneous speakers.)
12              MR. KLAYMAN:  I see that you don't
13        because you've assigned a 6'5" security
14        guard to follow me around your firm --
15              MS. BOLGER:  Mr. Klayman --
16              MR. KLAYMAN:  It obviously isn't
17        because I'm likely to be attacked.
18              MS. BOLGER:  Mr. Klayman, you don't
19        have an understanding of what's going on in
20        the offices today, so --
21              (Simultaneous speakers.)
22              MR. KLAYMAN:  Well, you told me it
23        was my security that was assigned to me as
24        a security guard.
25              (Simultaneous speakers.)
```

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

```
                                                     Page 8
 1              MS. BOLGER:  I think you should
 2        take the deposition.
 3              MR. KLAYMAN:  The other thing is
 4        that's not a correct statement.  We never
 5        said we were going to disseminate
 6        documents.
 7              MS. BOLGER:  Just the videotape.
 8              MR. KLAYMAN:  And we never said we
 9        were going to disseminate anything that
10        wasn't otherwise not confidential.
11              And as far as raising money, she's
12        a plaintiff.  She's fairly bankrupt.  She's
13        been severely harmed by your client.
14        There's nothing wrong in raising the cost
15        to pay for depositions which are very
16        expensive -- expensive and other aspects of
17        this case.  There's nothing wrong with
18        that.
19              And last but not least, your client
20        and HBO find license to defame my client
21        nationally and worldwide, claiming she had
22        sex --
23              MS. BOLGER:  Just take your
24        deposition.
25              MR. KLAYMAN:  I know.  But see,
```

Laura Loomer v.                FINAL                  May 7, 2025
Bill Maher               [CONFIDENTIAL]          Nina Rosenstein

                                                          Page 9

1           what you're saying is not true.  Okay?
2                   MS. BOLGER:  Okay.  I disagree with
3           you, and you disagree with me.  That
4           doesn't make me a liar, and it doesn't make
5           you a liar.  It makes us just in
6           disagreement.
7                   MR. KLAYMAN:  Nobody's saying
8           you're a liar.  It's just simply not true.
9                   MS. BOLGER:  Let's -- let's proceed
10          with the deposition.
11                  MR. KLAYMAN:  Yeah, we will.
12                  THE REPORTER:  Before we start, can
13          we possibly go off the record quickly?
14                  MR. KLAYMAN:  What --
15                  THE REPORTER:  Because the -- the
16          microphone is very muffled.
17                  MS. BOLGER:  Whose microphone?
18                  THE REPORTER:  My microphone.
19                  THE VIDEOGRAPHER:  You guys are
20          okay to go off?  Mr. Klayman, Jessica?
21                  MR. KLAYMAN:  Yeah, we're good with
22          that --
23                  THE VIDEOGRAPHER:  Going off the
24          record at 10:10 a.m.
25                  (Whereupon, a discussion was held

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

```
                                                  Page 10
 1          off the record.)
 2               THE VIDEOGRAPHER:  We're back on
 3          the record at 10:10 a.m.
 4               Okay.  Will the court reporter
 5          please swear in the witness.
 6   N I N A   R O S E N S T E I N, the witness herein,
 7   having been first duly sworn by a Notary Public of
 8   the State of New York, was examined and testified
 9   as follows:
10                    EXAMINATION
11   BY MR. KLAYMAN:
12   Q.     Please state your name.
13   A.     Nina Rosenstein.
14   Q.     I'm going to show you what's been marked as
15   Plaintiff's Exhibit 1 to your deposition for HBO.
16   It's an Amended Notice of Deposition.
17               (Plaintiff's Exhibit 1, Amended
18          Notice of Deposition, was marked for
19          identification.)
20               MS. BOLGER:  Thanks.
21   Q.     Is it Rosenstein or Rosenberg?
22   A.     Stein.
23   Q.     Have you seen this before, Ms. Rosenstein?
24   A.     Yes.  I've seen a few, yes.
25   Q.     When did you see it?
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 11

1    A.      I saw this yesterday.

2    Q.      What is your position, if any, with HBO?

3    A.      I'm an EVP of programming.

4    Q.      What is EVP?

5    A.      Executive vice president.

6    Q.      Okay.  And what are your duties and

7    responsibilities for HBO?

8    A.      I oversee a certain slate of programming,

9    which is mostly late night and specials, and I take

10   pictures.  I develop projects.  And sometimes we

11   produce pilots; sometimes we go to a series.  And

12   once we do, I'm the point person.  I oversee the

13   series with the marketing.  I disseminate

14   information to other departments, help launch them,

15   and maintain them over the course of production.

16   Q.      Within the purview of your duties and

17   responsibilities, do you oversee Real Time with

18   Bill Maher?

19   A.      I do.

20   Q.      How long have you been doing that?

21   A.      I've been with the company over 32 years.

22   So I was not always in the highest position, so

23   I -- my former boss oversaw it, and then I stepped

24   in probably 12 years ago.

25   Q.      Who's your superior today?

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                                    Page 12
 1    A.      Casey Bloys.
 2    Q.      How is that spelled?
 3    A.      B-L-O-Y-S.
 4    Q.      And what's --
 5                (Reporter clarification.)
 6                THE WITNESS:  Bloys, B-L-O-Y-S.
 7    Q.      I take it that's a man?
 8    A.      Yes.
 9    Q.      And what's -- what are his duties and
10    responsibilities?
11                MS. BOLGER:  Object to the form.
12                You can answer.
13    A.     He is -- I'm not sure what his title is,
14    but could be -- I don't know if it's president of
15    programming.  I'm not sure.  But he is the head of
16    programing.
17    Q.      And who sits over him?
18    A.      David --
19                MS. BOLGER:  Object to the form.
20                Sorry.  You can answer.
21    A.      David Zaslav.
22    Q.      How is that spelled?
23    A.      Z-A-S-L-A-V.
24    Q.      And what is his title?
25    A.      He's the CEO of Warner Bros. Discovery.
```

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                    Page 13
 1   Q.     Okay.  Run us through, briefly, your
 2   educational background.
 3   A.     My educational background?  Starting from
 4   college, I went --
 5   Q.     From high school.
 6   A.     From --
 7   Q.     Where did you go to high school?
 8   A.     I grew up in Rockaway, New Jersey.  Went to
 9   public high school there called Morris Hills, and
10   then I went to Lehigh University, Pennsylvania.
11   Q.     In Philadelphia?
12   A.     Bethlehem.
13   Q.     Bethlehem.  Okay.
14   A.     Yeah.  Bethlehem, yeah.
15   Q.     And what did you major in?
16   A.     I majored in biology.  My mother wanted me
17   to be a doctor.
18   Q.     Okay.  And when did you graduate?
19   A.     1979.
20   Q.     And what, if anything, did you do at that
21   time professionally?
22   A.     I did cancer research.
23   Q.     And where did you do that?
24   A.     At Merck Sharp & Dohme Pharmaceuticals.
25              (Reporter clarification.)
```

JANE ROSE REPORTING            National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                FINAL                May 7, 2025
Bill Maher                [CONFIDENTIAL]          Nina Rosenstein

```
                                              Page 14
 1                THE WITNESS:  Sure, Merck Sharp &
 2          Dohme.
 3    Q.     And how long were you at Merck Sharp &
 4    Dohme?
 5    A.     Probably two years.
 6    Q.     And what -- what did -- what did you do
 7    after two years?
 8    A.     I had always wanted to work in the
 9    entertainment business, and I got a job as an
10    assistant at Showtime.
11    Q.     And what year was that?
12    A.     I'm not good with years, but I'm going to
13    say probably 1982 or '83.
14    Q.     And what were your duties and
15    responsibilities as an assistant at Showtime?
16                MS. BOLGER:  I'm just going to
17          object for a second.  Obviously, Nina is
18          not here in her individual capacity.  She's
19          here as a representative for HBO.  I'm
20          going to let her answer the question --
21                MR. KLAYMAN:  That's all right.
22          I'm going to see whether she's qualified to
23          testify.
24                MS. BOLGER:  I -- I'm going to --
25          her -- her duties at Showtime are not
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 15

1       relevant to whether she's qualified to
2       testify about this matter.
3                   MR. KLAYMAN:  I'm allowed to get
4       her background.
5                   MS. BOLGER:  But you're allowed to
6       ask these questions.  I'm just objecting.
7                   MR. KLAYMAN:  I'm allowed to get
8       her background.  What is the need to
9       object?  These are harmless questions.
10                  Go ahead.
11  A.     My job as an assistant, I was an assistant
12  to the CFO of the company at the time.  I was his
13  assistant, answered his phone, did assistant
14  things, and then quickly moved into the programming
15  area.
16  Q.     And who was your immediate superior at
17  Showtime?
18                  MS. BOLGER:  Same objection.
19                  You can answer.
20  A.     My first boss was named Ron Bernard.  He
21  was the CFO.  And then I -- when I moved into
22  programming, my boss's name was Julia Chasman.
23  Q.     How is that spelled?
24  A.     C-H-A-S-M-A-N.
25  Q.     And how long did you stay at Showtime?

JANE ROSE REPORTING            National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

                                                         Page 16

1    A.      I would say till 1990?

2    Q.      And when you moved up at Showtime, what

3    were your duties and responsibilities?

4    A.      I was a junior exec in the programming

5    department in the comedy space or unscripted, and I

6    scouted comedians.  Over -- I would say there were

7    some shows that I oversaw at the time, some music

8    specials, things like that.

9    Q.      When you left Showtime, did you leave

10   voluntarily or were you fired?

11            MS. BOLGER:  Object to the --

12        object to the question.  It's irrelevant.

13            But you're welcome to answer the

14        question.

15   A.     I've never been fired in all of my career,

16   but I moved to a -- I wanted to learn production,

17   so I worked for a production company called Initial

18   TV.  They were based in London.  I had over --

19   oversaw New York office and learned production.  We

20   produced a few series.  My boss's name was Malcolm

21   Gerrie, G-E-R-R-I-E.

22   Q.      Okay.  You've worked in New York this whole

23   time?

24   A.      Yes.

25   Q.      You -- you've never been in Los Angeles

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 17

1   or --

2              (Simultaneous speakers.)

3   A.     Never, no.

4              MS. BOLGER:  I'm going to, again,

5         object that this is not -- she's here --

6         she's not here as an individual.

7              But you can proceed.

8   A.     Yes.  I travel a lot to L.A., but I've

9   never lived there.

10  Q.     Okay.  And how long did you remain with

11  this -- this new company?

12  A.     Three years.  Two and a half -- two and a

13  half years.

14  Q.     And what were your duties and

15  responsibilities there?

16  A.     As I said, I oversaw a couple of shows.

17  Learned production.  We were producing a show for

18  Channel 4 at the time, and I was one of the

19  producers of that show.  And I learned about

20  budgeting and production.  And then I wanted to go

21  back to a network and landed at HBO.

22  Q.     Okay.  So when did you -- HBO was your next

23  job?

24  A.     Yes.

25  Q.     And so when did you join HBO?

Laura Loomer v.                 FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

```
                                                    Page 18
  1   A.      I think the beginning of 1994, 199- -- end
  2   of '93, beginning of --
  3   Q.      And what was your job at the time?
  4   A.      I was a -- it was called HBO Downtown
  5   Productions, so it was a division of HBO.  My
  6   boss's name was Nancy Geller, G-E-L-L-E-R.  And
  7   we -- we were kind of an in-house production
  8   company for HBO, but we produced shows for Comedy
  9   Central, and that's when I met Bill.  We produced
 10   Politically Incorrect.
 11   Q.      Did you ever meet me at Politically
 12   Incorrect?  Did you ever meet me?  I used to --
 13               (Simultaneous speakers.)
 14   A.      Did it film in the 23rd street studio?
 15   Q.      CBS.
 16   A.      CBS, so that was -- yeah, I mean, I don't
 17   know that I went to every show.  But when we -- the
 18   original Politically Incorrect was produced
 19   literally in our office studio.  There was a small
 20   studio on 23rd Street.
 21   Q.      What was your job when you worked there,
 22   and Bill was there initially?  Bill Maher, that is.
 23   A.      We developed the show.  We put together the
 24   team.  Scott Carter, who you probably have met, was
 25   the producer.  He was producing another show for us
```

Laura Loomer v.                FINAL                May 7, 2025
Bill Maher                  [CONFIDENTIAL]         Nina Rosenstein

Page 19

1    at the time, and I suggested he'd be a great
2    partner for Bill and developed the show and, you
3    know.
4           Really, I would say from the beginning,
5    Bill was very clear about the kind of show he
6    wanted to do.  And it became sort of Bill's show,
7    Bill's vision, and we were there to, you know,
8    oversee the launch of it; the marketing, the press,
9    the -- you know, make sure everything is set up
10   right.
11   Q.    And what was your position?
12              MS. BOLGER:  Stop inter- -- don't
13         interrupt the witness.  She wasn't done.
14              Can you finish question?
15   A.    My position was, I think, director of
16   development.
17   Q.    What does director of development do?
18   A.    It's a lower level development job where we
19   are -- you know, we take pictures for shows.  If we
20   like something, we develop it.  We put together a
21   team of writers and -- you know, like I said,
22   sometimes do a pilot to see if the concept works.
23   And other times just go into production and be
24   involved with the production.
25   Q.    How long were you in that particular

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                   [CONFIDENTIAL]            Nina Rosenstein

```
                                                    Page 20
 1   position with Politically Incorrect and Bill Maher?
 2               MS. BOLGER:  Object to the form.
 3        You can answer.
 4   A.      I was employed by HBO Downtown Production,
 5   so that wasn't the only show that we did.  I've
 6   been with a version -- you know, that company.  We
 7   stopped producing -- I'm trying to remember when I
 8   became like an official HBO employee.  I honestly
 9   don't remember the dates.
10   Q.      But wasn't Politically Incorrect produced
11   by ABC?
12   A.      It moved to ABC.  It was originally for
13   Comedy Central, and then it moved to ABC.
14   Q.      And Comedy Central was owned by HBO?  I
15   don't understand.
16   A.      We were a production company that produced
17   it.  At the time, it was before I joined the
18   company.  There was -- I think HBO had its own
19   comedy network called HA, and then there was Comedy
20   Central, and HA went away, and we became a
21   production company for Comedy Central.  We could do
22   productions for other people, we just didn't.  It
23   was a production company.
24   Q.      I'm just trying to figure out what the
25   relation was to HBO.  It's confusing.
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]           Nina Rosenstein

```
                                                    Page 21
 1   A.      It was a production company that was under
 2   HBO, owned by HBO.  It was called HBO Downtown
 3   Productions.
 4   Q.      They produced for ABC as well?
 5              MS. BOLGER:  Object to the form.
 6        You can answer.
 7   A.      Yes.
 8   Q.      Okay.  During -- and how long did you
 9   remain, getting back to that question, in that
10   particular job?
11              MS. BOLGER:  Object to the form.
12        You can answer.
13   Q.      For Politically Incorrect?
14              MS. BOLGER:  Object to the form.
15        You can answer.
16   A.      Again, it wasn't a job for Politically
17   Incorrect.  It was a job for HBO Downtown
18   Productions, and then I moved to HBO.  Again, I
19   don't really remember when I was promoted to VP.
20   Probably --
21   Q.      Just roughly?
22   A.      I'm going to say --
23              MS. BOLGER:  Don't guess.
24        Mr. Klayman doesn't want you to guess, and
25        I don't want you to guess --
```

JANE ROSE REPORTING            National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]            Nina Rosenstein

```
                                                    Page 22
 1                 (Simultaneous speakers.)
 2    Q.     It's not a trick question.
 3    A.     No, it's not -- I just don't have -- like I
 4    said, I've been at HBO...
 5                 MR. KLAYMAN:  Just -- just -- I'm
 6           trying to get a time frame here that you --
 7           when you were working with Bill Maher at
 8           Politically Incorrect.
 9                 MS. BOLGER:  The witness said she
10           doesn't remember when she moved, so she's
11           not going to guess, but she can answer that
12           question, if you'd like, which is, how many
13           years have you worked for Bill Maher?
14                 MR. KLAYMAN:  No, that's not the
15           question.  At that particular time with
16           Politically Incorrect.
17                 MS. BOLGER:  Object to the form.
18           I'm sorry.  I don't understand.
19                 THE WITNESS:  I don't understand.
20    Q.     Well, you said you were working with him
21    with regard to his show Politically Incorrect.  How
22    long did you do that?
23    A.     I did that until the show was over, when it
24    became a show on HBO.  I've always worked with
25    Bill.  We're in our 23rd season, so it probably
```

JANE ROSE REPORTING               National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 23

1    ended sometime around the year 2000.

2    Q.    Okay.  During that time period, were there

3    ever any issues about him allegedly defaming anyone

4    at Politically Incorrect?

5              MS. BOLGER:  So objection to form.

6         That's outside the scope of the notice, and

7         it's not -- it's not part of what

8         Ms. Rosenstein was here to prep.  It's also

9         not a question designed to elicit testimony

10        as a representative of HBO, which is why

11        she's here today.

12             I'm going to let you answer the

13        question, but that is outside the scope of

14        the notice.

15   Q.    Answer the question.

16             MS. BOLGER:  Hey, don't talk to her

17        that way, Mr. Klayman.

18             MR. KLAYMAN:  I'm not talking --

19        look, you make this allegation --

20             (Simultaneous speakers.)

21             MR. KLAYMAN:  I was very respectful

22        at Maher's deposition.  You were

23        disrespectful towards me, and so was Maher.

24             MS. BOLGER:  She's going to answer

25        your question.

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 24

1    A.      Can you repeat it?

2    Q.      During the time that you worked with Bill

3    Maher at HBO, were there ever any allegations that

4    he had defamed anyone or any --

5    A.      No.

6    Q.      -- entity?

7    A.      There was not, no.

8    Q.      Were there any lawsuits filed against him

9    or HBO with regard to defamation?

10   A.      No.

11   Q.      Tell us what happened after 2000.  What job

12   did you have, if any?

13           MS. BOLGER:  Object to the form.

14       If you can say it again.

15   A.      I was a director level.  I got promoted to

16   vice president.

17   Q.      Vice president of --

18   A.      Of -- it's the same job.  It's vice

19   president of programing and development.

20   Q.      And what were your duties and

21   responsibilities as vice president?

22   A.      Same duties.  To develop, identify types of

23   programming that we might be interested in, and,

24   you know, work with different comedians, oversaw

25   specials.

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341                janerose@janerosereporting.com

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                 [CONFIDENTIAL]           Nina Rosenstein

Page 25

1    Q.    At any time up to this point, were you in
2    charge of anything dealing with the content of what
3    was going to be broadcast at HBO?
4            MS. BOLGER:  So object to the form.
5        I don't understand the question.  If you
6        understand the question, you can answer it.
7        But if you don't, please don't guess.
8            MR. KLAYMAN:  Well, please don't
9        ask leading questions that suggests that
10       she should not remember.  Okay?  It's a
11       very simple question.
12   A.    Mr. Klayman, can you define --
13   Q.    Were you ever involved in the content of
14   what actually was going to be said, you know, in
15   these shows by Bill Maher?
16   A.    No, I was not.  Those are writers -- Bill's
17   words.  I -- we are there to help support the
18   shows, but I'm not involved in the actual things
19   that are said on the shows.
20   Q.    Were you ever involved in any discussions
21   as to whether or not he should have a script of
22   what he was going to say on the show or ad lib?
23           MS. BOLGER:  Objection.  Object to
24       the form.
25   A.    It's a conversation show, so I don't

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 26

1  understand what you mean.

2  Q.    Well, at the outset of Politically

3  Incorrect, he would read his little monologue,

4  correct?  Was that written for him, or did he ad

5  lib that?

6  A.    Oh, no.  Those are written elements.

7  Q.    Okay.  Was any other aspect of the show

8  subject to being written in advance?

9  A.    There's a -- would you like me to go

10  through the format of the show?

11  Q.    Yes.

12  A.    There's a monologue that's written, then we

13  do a top of show guest; that's a conversation

14  that's not written.  Then we do a -- first part of

15  the panel conversation, which is also not written.

16  In between takes, he does a desk piece, we call it,

17  that's a comedy piece.  Then we go back to the

18  panel --

19  Q.    And that was written?

20  A.    Yes.

21            MS. BOLGER:  Objection.

22            Don't interrupt the witness,

23      Mr. Klayman.  Let her testify.

24  A.    The desk piece is written.  Then we go to a

25  second panel discussion, which is not written.

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                FINAL                     May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

Page 27

1   Then we go to New Rules and his editorial, which

2   are both written pieces.

3              MS. BOLGER:  I'm just going to

4        interrupt for a second.  That's the current

5        show.  I don't -- I think your question was

6        Politically Incorrect, but I'm not sure, so

7        I just want to clarify.

8              MR. KLAYMAN:  Yes, it was.

9              MS. BOLGER:  Politically Incorrect

10       is not the show at issue.  The witness just

11       testified about the show at issue.

12             MR. KLAYMAN:  I was talking about

13       Politically Incorrect.

14             MS. BOLGER:  Okay.  I -- again, I

15       object to the form.  She is not here to

16       talk about Politically Incorrect.  It's

17       not --

18             MR. KLAYMAN:  I'm laying a

19       foundation as to her qualifications.

20             MS. BOLGER:  There are no such

21       thing as qualifications to be a 30(b)(6)

22       witness.  We determine who's a 30(b)(6)

23       witness.  That's the rules.

24             MR. KLAYMAN:  I know you're good at

25       making rules, but you're not good at

Laura Loomer v.                      FINAL                    May 7, 2025
Bill Maher                     [CONFIDENTIAL]              Nina Rosenstein

```
                                                    Page 28
 1        following them, are you?
 2               MS. BOLGER:  I said -- Mr. Klayman,
 3        she's not here to testify about Politically
 4        Incorrect.  She's here to testify about
 5        Real Time with Bill Maher.
 6               MR. KLAYMAN:  I'm allowed to ask
 7        what her knowledge is of the way Bill Maher
 8        and HBO do business as deals with what
 9        happened with regard to Ms. Loomer.
10               MS. BOLGER:  And --
11               MR. KLAYMAN:  Please don't
12        interrupt me.
13               MS. BOLGER:  Politically Incorrect
14        is not relevant to that discussion.  I'm
15        not telling you you can't answer the
16        questions, but I'm making my objections --
17               MR. KLAYMAN:  Then don't waste
18        time.
19               MS. BOLGER:  Well, Mr. Klayman,
20        it's you who is wasting time.  Politically
21        Incorrect has nothing to do with this
22        litigation.  And the witness has --
23               MR. KLAYMAN:  You have all these
24        rules and --
25               (Simultaneous speakers.)
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                              Page 29
 1                (Reporter admonition.)
 2                MS. BOLGER:  The witness just
 3          answered --
 4                (Simultaneous speakers.)
 5                THE REPORTER:  I cannot write two
 6          people at the same time.
 7                MR. KLAYMAN:  Yeah.
 8                MS. BOLGER:  The witness just
 9          answered a question about Real Time.  If
10          you want to clarify your -- your questions,
11          you better do a better job.
12                MR. KLAYMAN:  Yes.  I want to -- I
13          want to ask about -- don't tell me to do
14          better jobs.  Okay?  Just please don't
15          interrupt and obstruct this deposition.
16          That's all I'm asking.  These are basic
17          questions to lay a foundation as to what
18          her qualifications are --
19                MS. BOLGER:  Okay.
20                MR. KLAYMAN -- to be a --
21                (Simultaneous speakers.)
22                MS. BOLGER:  There are no
23          qualifications --
24                MR. KLAYMAN:  That's not for you to
25          decide.
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]           Nina Rosenstein

```
                                                    Page 30
 1                    (Simultaneous speakers.)
 2                    MS. BOLGER:  -- for a 30(b)(6) --
 3           30(b)(6) deposition.
 4                    MR. KLAYMAN:  That's not for you to
 5           decide.
 6                    MS. BOLGER:  You're right.  It's
 7           the rules.
 8                    MR. KLAYMAN:  It is not the rules.
 9           It's your rules.
10                    MS. BOLGER:  It's -- it's the
11           rules.
12  Q.    So will you please answer the question?
13                    MS. BOLGER:  You can ask the
14           question.  What's the question?
15  Q.    The question is:  When you were working
16  with Bill Maher on Politically Incorrect, did you
17  have anything to do with his written presentations
18  or -- or -- or ad-libbing?  What was the -- the --
19  the format of that?
20                    MS. BOLGER:  I object.
21                    It's outside the scope of the
22           notice, and it's irrelevant.
23                    But you may answer that question.
24  A.    Again, I'm not involved in the writing of
25  the -- of the pieces.  But there are written pieces
```

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

---

Page 31

1    in the show.
2    Q.     Were there any policies as to what he
3    should have written for him and what he could ad
4    lib in --
5                 MS. BOLGER:  In which show in which
6           time?
7    Q.     At Politically Incorrect?
8                 MS. BOLGER:  Again, outside the
9           scope of the notice and irrelevant.
10                But you may answer.
11   A.     No.
12   Q.     Okay.  So he could decide on his own what
13   he wanted to ad lib --
14                MS. BOLGER:  Again, what are you
15          talking about?
16   Q.     -- at Politically Incorrect?
17                MS. BOLGER:  Objection.
18                Outside the scope of the notice and
19          irrelevant.
20                You can answer.
21                MR. KLAYMAN:  You don't need to
22          make objections on relevancy.  Okay?
23          That's something you can do if any of this
24          is presented at trial.
25                MS. BOLGER:  You may answer.

---

Laura Loomer v.                    FINAL                        May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                        Page 32
 1                    MR. KLAYMAN:  If you want to follow
 2           rules, you can follow them.
 3                    MS. BOLGER:  You may answer.
 4      A.      The question was again?
 5      Q.      So he could ad lib, he could decide what to
 6      ad lib on his own at Politically Incorrect?
 7      A.      Correct, yes.
 8                    MS. BOLGER:  Same objection.
 9      Q.      Okay.  Now at -- at some point in time,
10      he -- he and you moved on to Real Time with HBO,
11      correct?
12      A.      Correct.
13      Q.      And when was that?
14                    MS. BOLGER:  Object to the form.
15      A.      We're in our 23rd season.  So it was
16      probably around 2001, 2002.
17      Q.      Okay.  What was your position when you
18      moved on to Real Time with Bill Maher?
19      A.      Again, I don't remember when I was
20      promoted, but I probably -- at -- when it was first
21      on HBO, I was probably director of development.
22      Q.      And -- and what were those duties and
23      responsibilities?
24                    MS. BOLGER:  Object to the form.
25           Asked and answered.
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                 [CONFIDENTIAL]          Nina Rosenstein

```
                                                    Page 33
 1                You can answer it again.
 2    A.     My job was to develop programming, identify
 3    talent that we want to work with, develop shows.
 4    Sometimes produce pilots; sometimes go to series.
 5    Oversee -- not oversee but work -- my -- I had a
 6    boss at the time.  So work under that person, you
 7    know, maintaining the shows that we had in
 8    production.  Bill Maher was one of them, but we had
 9    others.
10    Q.     And -- and how long did you remain in that
11    particular position with Real Time?
12                MS. BOLGER:  Object to the form.
13           Asked and answered.
14                You can answer it again.
15    A.     I don't remember exactly when I was
16    promoted to a vice president.
17    Q.     Just roughly speaking.
18    A.     I don't really --
19                MS. BOLGER:  I object to the form.
20           The witness has said she doesn't remember.
21           Don't ask her to guess.
22                If you can -- you can answer the
23           question, answer the question.
24                MR. KLAYMAN:  Okay.
25    A.     I -- I don't --
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 34

 1                  (Simultaneous speakers.)

 2    A.     Yeah, I don't remember.

 3    Q.     So what -- what -- what are your -- are you

 4    still vice president, or do you have a new position

 5    as of today?

 6    A.     I'm executive vice president.

 7    Q.     Okay.  So what were your duties and

 8    responsibilities when you were promoted as vice

 9    president?

10                  MS. BOLGER:  Object to the form.

11    A.     Same responsibilities.  At the time, I

12    worked for a woman named Nancy Geller, and she was

13    in charge of the department.  And my duties were to

14    identify talent that we wanted to work with;

15    develop projects, sometimes pilots, sometimes

16    series, specials; and work on the launch of those

17    projects.

18    Q.     But again, you had nothing to do with

19    content of what was presented on a Real Time show?

20                  MS. BOLGER:  Object to the form.

21    A.     I was not a writer, and as long as

22    everything was passed through legal, you know,

23    approvals, then yes.

24    Q.     Okay.  When you say "passed through

25    legals," what do you mean?

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]               Nina Rosenstein

```
                                                        Page 35
 1              MS. BOLGER:  Object to form.
 2     A.      Elements are viewed, written elements are
 3     reviewed, and shows are always reviewed, you know,
 4     once they're produced, by our legal department.
 5     Q.      They're -- they're reviewed before they're
 6     aired, these shows, by -- by legal?
 7              MS. BOLGER:  Object to the form.
 8     A.      Bill Maher was live for many years, so it
 9     was not before it aired.
10     Q.      Okay.  So what time -- excuse me, at what
11     point did Real Time not become live but was taped?
12     A.      Right before the pandemic.  2019.
13     Q.      Okay.  At that point forward, all the Real
14     Time shows were prerecorded?
15     A.      Correct.
16     Q.      And during that time period, were there
17     times that you had to edit out portions of the --
18     of the prerecording?
19              MS. BOLGER:  I'm going to object to
20              the form.  If those decisions were made by
21              lawyers, that would be privileged.
22                   And I would instruct you not to
23              answer questions if you know that based on
24              conversations with lawyers.  If you
25              otherwise know it, you can answer the
```

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

Page 36

1      question.  But if editing was done at the

2      behest of lawyers, I think we'll take the

3      position that that was privileged --

4           MR. KLAYMAN:  That's --

5           MS. BOLGER:  -- and I would ask you

6      not to reveal any specifics of any of those

7      conversations.

8           MR. KLAYMAN:  The fact that there

9      was editing does not --

10          MS. BOLGER:  I -- I wanted to make

11      sure the witness understood my instruction.

12          Do you?

13          THE WITNESS:  Uh-huh, yes.

14          MR. KLAYMAN:  The fact that --

15          MS. BOLGER:  If there's information

16      that you can testify that doesn't reveal

17      confidences with a lawyer, you should

18      testify.

19          MR. KLAYMAN:  No.  I'm just asking

20      what happened.  I'm not asking about any

21      conversations with lawyers.

22   Q.   Were there times once Real Time started to

23   be prerecorded that before shows were aired, there

24   were portions of it that were edited out?

25          MS. BOLGER:  You can answer that

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                                    Page 37
 1        question.
 2   A.    I would say there were a very small handful
 3   of times that there might have been a technical
 4   mistake when Bill would possibly -- I -- I -- I
 5   can't even think of a specific example, but Bill
 6   may have referred to a slide, and a slide didn't
 7   show up when he was pointing to it.  And we would
 8   go back and fix that edit.  They were all
 9   technical, very, very rarely.
10   Q.    No -- no edits as to content?
11              MS. BOLGER:  Object to the form.
12              You can answer just generally that
13        question yes or no, but you can't answer
14        why.
15   A.    No.  Not that I recall, no.
16   Q.    Were there policies in place at HBO onto --
17   into what could be edited after there was a
18   prerecording or not?  Anything written down on that
19   score?
20              MS. BOLGER:  I'll just repeat that
21        that's outside -- object as outside the
22        scope of the notice.
23              But you can answer.
24   A.    No.
25   Q.    Had you ever been requested by anyone who
```

Laura Loomer v.                 FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

```
                                                   Page 38
 1   appeared on Real Time or any subject of
 2   conversation on Real Time to edit anything out --
 3             MS. BOLGER:  Same --
 4   Q.    -- during the time period that you were
 5   vice president?
 6             MS. BOLGER:  Same objection.
 7   A.    None that I recall, no.  No.
 8   Q.    You don't recall anybody who had been
 9   discussed on Real Time contacting HBO and saying,
10   "I want this edited out," or "I want a retraction,"
11   or anything like that?
12             MS. BOLGER:  Same objection.
13        Outside the scope.
14             You can answer.
15   A.    No.  I don't recall any.
16   Q.    But this wasn't your duty and
17   responsibility anyway, was it?  That didn't fall
18   within the purview of your job?
19             MS. BOLGER:  Object to the form.
20             You can answer.
21   A.    I would know if that happened because I
22   speak with the producer, so...
23   Q.    So no one or no entity that Bill Maher
24   would talk about, or his guests would talk about,
25   on Real Time were ever the subject of anyone
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

---

                                                    Page 39

1    contacting HBO to complain?

2              MS. BOLGER:  Object to the form.

3              If you understand it, you can

4         answer.

5    A.    Again, none that I know of.

6    Q.    But others may know of that?

7              MS. BOLGER:  Object to the form.

8    A.    Again, I don't think so.  It was a live

9    show.  He spoke --

10   Q.    I was talking about --

11             MS. BOLGER:  She's not done

12        answering the question, Mr. Klayman.

13             You may answer the question.

14   A.    No, it's not right now, but I think -- I

15   don't -- I can't recall any instance where anyone

16   has asked for something to be taken out of that

17   show.

18   Q.    Quite apart from taking something out, can

19   you remember any instance where anyone complained

20   about something that was said on that show?

21             MS. BOLGER:  Objection.  Asked and

22        answered, I think, four times.

23             You may answer it again.

24   A.    No.  I don't recall any.  We've done, I

25   don't know how many shows, but I don't recall any.

---

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 40

1    Q.     How come you're looking sideways when you
2    answer these questions?
3              MS. BOLGER:   Don't answer that
4         question.  Don't answer the question.
5    Q.     Now, when you became executive vice
6    president, how did your duties and responsibilities
7    change, if any?  What is the difference between an
8    executive vice president and a vice president?
9    A.     Well, I became the head of the department.
10   My boss was not there, so I was running the
11   department.  So probably making more decisions on
12   what we would be moving forward with or what I
13   wanted to present inside the company of shows that
14   we would want to do.
15   Q.     As before, you were not in any way in
16   charge or had any influence over the content of a
17   show?
18             MS. BOLGER:   Object to the form.
19        That's not what she testified.
20             You can answer.
21   A.     Correct.
22   Q.     Let's take it forward to September 13,
23   2024, which is the subject of this lawsuit.  Are
24   you still executive vice president?  Were you still
25   executive vice president at that time?

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

```
                                                        Page 41
 1    A.      Yes.
 2    Q.      Your duties didn't change, correct?
 3    A.      Correct.
 4    Q.      Okay.  And -- and you had nothing to do
 5    with the content of that particular show, did you?
 6    A.      Correct.
 7                 MS. BOLGER:  Object to the form.
 8    Q.      Who did, if anyone?
 9    A.      Can you ask that question again?
10    Q.      Who oversaw the content of that show, if
11    anyone, on September 13, 2024?
12    A.      I mean, Bill Maher.  It's Bill's show.
13    It's an opinion show, and Bill directs what he
14    wants to talk about.
15    Q.      Well, who in addition to Bill Maher would
16    make decisions on content?
17                 MS. BOLGER:  Object to the form.
18    Q.      Bill doesn't have sole discretion, does he?
19                 MS. BOLGER:  Object to the form.
20           Let her answer.
21    Q.      At that time?
22    A.      Bill is the final say of what is on that
23    show.  It's Bill speaking the words.  So there are
24    producers and head writers, but it's Bill's
25    ultimate decision what he wants to say on that
```

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.          FINAL          May 7, 2025
Bill Maher         [CONFIDENTIAL]     Nina Rosenstein

Page 42

1    show.

2    Q.    But who would play a part in producing that

3    show.  Who did -- strike that.

4          Who did play a part in producing that show

5    who would be dealing with the content of that

6    show --

7              MS. BOLGER:  Object to the form.

8    Q.    -- on September 13, 2024?

9    A.    It would be the producer, Sheila Griffiths.

10   Q.    How is that spelled?

11   A.    G-R-I-F-F-I-T-H-S.

12   Q.    Where is she located?

13   A.    In Los Angeles.

14   Q.    Okay.  Who else?

15   A.    Dean Johnsen -- J-O-H-N-S-E-N -- lives in

16   Los Angeles.

17   Q.    Anyone else?

18   A.    And there's a group of writers, but I

19   wouldn't say they are making decisions about the

20   content of that show.

21   Q.    Who are the writers on that date -- in or

22   around that date, September 13 --

23   A.    I think there are nine writers.  If you

24   want me to remember their names by heart.

25   Q.    Yes, as best you can.

Laura Loomer v.                FINAL                   May 7, 2025
Bill Maher                 [CONFIDENTIAL]           Nina Rosenstein

```
                                                    Page 43
 1   A.      Bob Oschack.
 2   Q.      Spell their names once you do.
 3               MS. BOLGER:  Why don't you let the
 4           witness talk instead of --
 5   Q.      I'm trying to make it easier to move things
 6   along.
 7               MS. BOLGER:  Stop interrupting the
 8           witness.
 9   Q.      Go on.
10   A.      Bob Oschack, O-S-H-A-C-K [sic].  Sheila
11   Griffiths, G-R-I-F-F-I-T-H-S.  Matt Gunn, G-U-N-N.
12   Jay Jaroch; you spell his name, J-A-R-O-C-H.  Danny
13   Vermont, V-E-R-M-O-N-T.  Brian Jacobsmeyer,
14   J-A-C-O-B-S-M-E-Y-E-R.  Amy Holmes, H-O-L-M-E-S.
15   Samantha Matti, M-A-T-T-I, and Billy Martin,
16   M-A-R-T-I-N.
17   Q.      Are they all in Los Angeles?
18   A.      Correct.
19   Q.      You weren't in Los Angeles in or around
20   September 13, 2024, were you?
21               MS. BOLGER:  Object to form.
22               You can answer.
23   A.      I was not in Los Angeles on that day.
24   Q.      Okay.  Did you communicate with any of
25   these producers and writers in any way with regard
```

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 44

1    to the content of the show on September 13th, 2024?

2    A.     I did not.

3    Q.     Did you communicate with them after that

4    date when Ms. Loomer wrote to ask for a retraction

5    and to appear on the show to explain her side on

6    the alleged story?

7    A.     I did not.

8    Q.     You played no role in any of that?

9    A.     No.

10   Q.     Were you aware that through me, Larry

11   Klayman, that we asked for a retraction and we

12   asked to put her on the air of a subsequent Real

13   Time show to explain her position?

14   A.     Yes, I was aware.

15   Q.     How did you become aware of that?

16          MS. BOLGER:  I'm going to object to

17          the form and instruct the witness that if

18          those were conversations with HBO legal

19          department, she should not testify as to

20          their contents.

21          MR. KLAYMAN:  I'm not asking for

22          the content of the conversation, just how

23          she became aware.

24          MS. BOLGER:  My instruction is the

25          same.

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                    Page 45
 1   A.      Well, then I wouldn't answer.
 2   Q.      So I take it the lawyers are the ones that
 3   contacted you?
 4                  MS. BOLGER:  You can answer that
 5           question.
 6   A.      Yes.
 7   Q.      And did they explain to you what I had
 8   written, what was in my letter?
 9                  MS. BOLGER:  Don't answer that
10           question.
11   Q.      Just the content, not --
12                  (Simultaneous speakers.)
13                  MS. BOLGER:  Yes, you just asked
14           her for the contents of her communications
15           with an attorney, that is what is protected
16           by the attorney-client privilege.
17                  You may not answer that question.
18                  MR. KLAYMAN:  It's not covered.
19           Okay.  Certify this.
20   Q.      Are you aware of anyone who -- at HBO, I'm
21   not talking about lawyers, who considered my letter
22   asking for a retraction and asking that she appear
23   on a Real Time show with Bill Maher?
24                  MS. BOLGER:  I'm going to instruct
25           you not to answer that question.  If you
```

Laura Loomer v.                FINAL                May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

Page 46

1          know that based on communications with

2          lawyers, that would be calling for an

3          attorney-client communication.

4               But you can answer the question if

5          you can do so without disclosing the

6          content of an attorney-client

7          communication.

8               MR. KLAYMAN:  That's not an

9          attorney-client communication.  You can

10         respond.

11    A.    Can you ask one more time?

12    Q.    Were you aware of --

13              MR. KLAYMAN:  Can you read that

14         back, please.

15              (Whereupon, the record was read by

16         the reporter.)

17    A.    No.

18    Q.    Now, there was a subsequent show on

19    September 20, 2024, where -- which also -- where

20    Bill Maher also made certain statements concerning

21    my client, Laura Loomer.

22         Are you aware of that?

23    A.    Yes.

24              MS. BOLGER:  Object to the form.

25    Q.    Are your answers the same with regard to

Laura Loomer v.   FINAL     May 7, 2025
Bill Maher    [CONFIDENTIAL]   Nina Rosenstein

```
                                           Page 47

 1   that segment as they were for the prior segment on

 2   September 13th?

 3               MS. BOLGER:  Object to the form.

 4          That question is unclear.  She's not going

 5          to answer that question.  Ask a better

 6          question.

 7   Q.    All right.  Well, let me break it down.

 8          Was there any direction by HBO after the

 9   September 13th broadcast which allegedly defamed my

10   client, Laura Loomer, to not discuss her further on

11   the Real Time show?

12   A.     No.

13   Q.    Were there any internal discussions with

14   Bill Maher with regard to the September 13th show

15   as to whether he should be disciplined by HBO?

16   A.     No.

17   Q.    So HBO had no concern about what Bill Maher

18   said about my client, Laura Loomer, on

19   September 13, 2024?

20               MS. BOLGER:  Object to the form.

21          You may answer that question.

22   A.    No.  Bill Maher speaks about public figures

23   all the time, so no.

24   Q.    So is it HBO's position that Bill Maher can

25   say anything he wants without consequence?
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                 [CONFIDENTIAL]           Nina Rosenstein

Page 48

1           MS. BOLGER:  Object to the form.
2        You can answer that question.
3    A.    Our shows are reviewed by legal, and if
4    there are no legal issues, then the answer is yes,
5    he can say whatever.
6    Q.    So do you have knowledge that the show on
7    September 13, 2024, was reviewed by legal as to
8    content?
9    A.    All our shows are reviewed.  The written
10   materials are reviewed prior to the show and the --
11   once the show is taped, there is a legal sign-off
12   and a programming sign-off.
13   Q.    And who at legal handles that?
14   A.    There's a rotating group.  On that
15   particular night it was Daniel Nemet-Nejat and a
16   woman named Vianni Luhrsen from programming.
17   Q.    Can you please spell their names?
18   A.    Sure.  Daniel Nemet-Nejat,
19   N-E-M-E-T-dash-N-E-J-A-T, and Vianni Luhrsen is
20   L-U-H-R-S-E-N.
21   Q.    So before the September 13th show was
22   aired, legal reviewed it and cleared it?
23           MS. BOLGER:  Object to the form.
24   A.    Legal reviewed the written elements which
25   would be the monologue, the desk piece, the new

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

Page 49

1   rules, and the editorial.

2   Q.    Did legal review the entire show with

3   regard to any of his ad libs -- Bill Maher's ad

4   libs?

5   A.    Yes.  The show is taped at about 4:00 in

6   L.A., and then it's -- and then we have a review

7   that comes right after that in the overtime

8   segment.  And then legal programming sign off, and

9   that was reviewed in that way.

10  Q.    So legal -- legal reviewed not just the

11  written content but his ad libs?

12  A.    Correct.

13           MS. BOLGER:  Object -- object to

14       the form.

15           THE WITNESS:  I'm sorry.

16  A.    Yes.

17  Q.    Okay.

18  A.    Correct.

19  Q.    And how long after that review takes place

20  is the show aired -- on September -- was it aired

21  on September 13th?

22  A.    Probably -- so sign-off is usually around,

23  I would say, 10 after 8:00, and the show -- Eastern

24  Time, and the show airs at 10:00.

25  Q.    Ten after 8:00 p.m.?

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 50

1    A.      Yes, correct.

2    Q.      So there's a two-hour window?

3            MS. BOLGER:  Object to the form.

4    A.      Well, it's fed right away.  But there is a

5    two-hour window between when the show is taped and

6    when it airs.

7    Q.      So legal reviewed the ad lib that -- well,

8    let's -- let me back up.

9            You're aware that Bill Maher claimed in

10   his -- let me back that up even further.

11           Have you reviewed Bill Maher's deposition

12   before today, the transcript or -- or the video?

13   A.      No.

14   Q.      Okay.  You are aware that he claimed at his

15   deposition otherwise, that he ad-libbed the

16   statement, which is the subject of the complaint.

17           "I think maybe Laura Loomer's in an

18   arranged relationship to affect the election

19   because she's very close to Trump.  She's 31, looks

20   like his type.  We did an editorial here a few

21   years ago.  It was basically 'Who's Trump fucking?'

22   because I said, you know, it's not nobody.  He's

23   been a dog for too long, and it's not Melania.  I

24   think we may have our answer this week.  I think it

25   might be Laura Loomer."

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                      Page 51
 1         So legal reviewed that before the show was
 2    aired two hours later, correct?
 3              MS. BOLGER:  Object to the form.
 4    A.    Yes, it was part of the legal review.
 5    Q.    And the reason --
 6              (Simultaneous speakers.)
 7    Q.    -- that there was no -- let me strike that.
 8         Did legal make any opinion as to whether
 9    that ad lib should be aired?
10              MS. BOLGER:  Object to the form.
11              Don't answer the question.
12              That calls for attorney-client
13         communications.  The witness has told you
14         that --
15    Q.    Did any --
16              MS. BOLGER:  -- they cleared the
17         show.
18    Q.    Did anyone at HBO say that particular ad
19    lib that I just read should not be aired two hours
20    later?
21              MS. BOLGER:  You can answer that
22         one.
23    A.    Nobody.  No.
24    Q.    Okay.  Now, the reason that no one said
25    anything is because the show had already been
```

JANE ROSE REPORTING                National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

Laura Loomer v.                   FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

---

Page 52

1    taped, and therefore, no one wanted to go back and
2    redo the show.  That would be costly, and it would
3    mess up the time frame, correct?
4                   MS. BOLGER:  Object to the form.
5           You can certainly answer that.
6    A.     No, that's not the reason.
7    Q.     Do you know of any instance of legal ever
8    saying, this portion of the show should not be
9    aired --
10                  MS. BOLGER:  Object to the form.
11                  Don't answer the --
12   Q.     -- in -- in Real Time?
13                  MS. BOLGER:  Don't answer the
14          question.
15                  She's not going to talk about other
16          legaling [sic] of other shows.  It's an
17          attorney-client privilege, and it's not
18          relevant.  She's not going to answer that.
19                  MR. KLAYMAN:  Certify it.
20   Q.     Do you know of an instance of anyone at --
21   at HBO saying, this portion of the show should not
22   be aired with regard to Real Time?
23   A.     No.
24   Q.     Are there guidelines at HBO as to what
25   should be aired and what should not aired at Real

---

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 53

1    Time?
2                    MS. BOLGER:  Object to the form.
3          Asked and answered.  Outside the scope of
4          the notice.
5                    But you can answer.
6    A.    There's a legal review.  So if something is
7    legally an issue, then that would be a reason, but
8    no.
9    Q.    Are there written guidelines?
10   A.    Oh, I'm sorry.  No.  There are no written
11   guidelines.
12   Q.    Are you -- strike that.
13         Do you know of any guidelines that have
14   ever been presented orally as to what should be
15   aired and what should not be aired?
16                   MS. BOLGER:  Again, I object again
17         as outside the scope of the notice.
18                   But you can answer.
19   A.    No.
20   Q.    Did anyone at -- at Real Time caution Bill
21   Maher not to discuss Laura Loomer after the show of
22   September 13, 2024, on Real Time?
23   A.    No.
24   Q.    There was no concern as to following up
25   with a subsequent segment on September 20th, 2024?

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 54

1    No -- no caution with regard to that?

2    A.      No, I --

3                 MS. BOLGER:  Object to the form.

4    A.      -- I recall at the time that that was --

5    Laura Loomer was a subject of a lot of late night

6    shows.  There were a lot of people talking about

7    her.

8    Q.      I'm not talking about that.  I'm talking

9    about HBO.

10   A.      I -- I'm just saying in the -- in the late

11   night comedy world, of which this is a show that is

12   considered late night comedy, a lot of the late

13   night hosts were talking about her at the time, and

14   there were no concerns.

15   Q.      There were no concerns at HBO?

16   A.      Correct.

17   Q.      You're aware that on September 20, 2024,

18   you presented a segment, "24 Things You Don't Know

19   About Laura Loomer"?  You're aware that that was a

20   segment on September 20th, 2024?

21   A.      Yes.

22   Q.      And you're aware that he also stated at

23   that -- on that show, in part, "It's because the

24   person like Trump, the nut at the center of it,

25   starts surrounding himself with -- I mean, he

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                                      Page 55
 1   normally surrounds himself with pretty crazy
 2   people.  But this Laura Loomer, she's the new
 3   groupie in Trump's circle.  Here are 24 things you
 4   don't know about Laura Loomer."
 5           You're aware that that was broadcast on
 6   September 20th?
 7   A.    Yes.
 8               MS. BOLGER:  Object to the form.
 9   A.    Yes, I'm aware.  It's -- it's a -- he does
10   that segment throughout the season.
11   Q.    How did you become aware that that was
12   broadcast on September 20th?
13   A.    We received, during the week, versions of
14   the written materials.  So that would have come
15   on -- if you'd like me to go through --
16               (Simultaneous speakers.)
17   Q.    Yes, please.
18   A.    On Monday, we receive the first draft of an
19   editorial.  And then on Tuesdays, we receive drafts
20   of the desk piece, the editorial, and the new
21   rules.  And so that's when I would have seen it for
22   the first time, on a Tuesday.
23   Q.    You saw the whole segment, "24 things you
24   don't know about Laura Loomer"?  You saw it in
25   writing?
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                 [CONFIDENTIAL]           Nina Rosenstein

---

Page 56

1    A.      Correct.

2    Q.      And you expressed no concern about that?

3    A.      Correct.

4    Q.      And no one else did either?

5    A.      Correct.

6    Q.      Now, during that segment, Bill Maher

7    stated, as just a few examples of his 24 things you

8    need to know, "One, my biggest fear is immigrants

9    taking my job as a right-wing hatemonger."

10                MS. BOLGER:  Object to the form.

11   Q.      You read that, correct?  You remember

12   reading that?

13   A.      I -- I read it, yes.

14   Q.      And that was with regard to Laura Loomer?

15   A.      Yes.

16   Q.      Okay.  And he also broadcast, "I don't hate

17   all brown people, just the brown ones."

18           You saw that?

19   A.      It's a joke, yeah.

20   Q.      And that show was also reviewed, the

21   September 20th show, 2024, by legal before it was

22   broadcast two hours later?

23                MS. BOLGER:  Object to the form.

24   A.      Yes.

25                MS. BOLGER:  You can answer.

---

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]              Nina Rosenstein

Page 57

1              We've been going for about an hour.
2        Want to take a break in the next, like,
3        10 minutes or so --
4              (Simultaneous speakers.)
5              MR. KLAYMAN:  Yeah.  Let me just
6        finish this up.
7              MS. BOLGER:  Sure.
8              MR. KLAYMAN:  We can take a break
9        now.
10             MS. BOLGER:  Okay.
11             MR. KLAYMAN:  Yeah, it's a break
12       point.  I'm getting into some other areas.
13             MS. BOLGER:  Great.
14             THE VIDEOGRAPHER:  Okay.  We're
15       going off the record at 10:56 a.m.  This
16       marks the end of Media 1.
17             (Whereupon, a recess was taken at
18       this time.)
19             THE VIDEOGRAPHER:  We're back on
20       the record at 11:09 a.m.  This marks the
21       beginning of Media 2.
22             MR. KLAYMAN:  Ready?
23  BY MR. KLAYMAN:
24  Q.    Outside of this case, are you aware of Bill
25  Maher ever having been sued for any of his

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                    [CONFIDENTIAL]          Nina Rosenstein

```
                                                    Page 58
 1   broadcasts at Politically Incorrect or elsewhere?
 2              MS. BOLGER:  Object to the form.
 3         It's outside of the scope and actually
 4         legally irrelevant.
 5              But you may answer that.
 6   A.    I do remember there was a case with Donald
 7   Trump, something about his birth certificate and
 8   Bill challenging Donald Trump to prove that he
 9   was -- one of his parents was an orangutan.  That's
10   the only lawsuit I recall.
11   Q.    Strike that.
12         Are you aware of him ever being threatened
13   with being sued, outside of this lawsuit?
14              MS. BOLGER:  Again, object to the
15         form of the question.  It's outside the
16         scope, and it's legally irrelevant.
17              If you can answer that question
18         without revealing any attorney-client
19         communications, I'm going to allow you to
20         do so.  But if you can't, you should not
21         answer.
22   A.    No, I'm not aware.
23   Q.    It was a woman that threatened him with
24   suit, correct?
25              MS. BOLGER:  Object to the form.
```

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                    [CONFIDENTIAL]          Nina Rosenstein

---

Page 59

1    A.      I don't remember -- I don't recall that.

2    Q.      How were you chosen to testify today as a

3    corporate representative?

4                    MS. BOLGER:  Object to the form.

5            That was --

6                    If you can answer that question

7            without revealing an attorney confidence,

8            you can do so.  If you can't, you cannot

9            answer.

10   A.      I am the executive in charge of the show.

11   Q.      Were there other persons considered to

12   testify pursuant to the deposition notice that is

13   Exhibit 1?

14                   MS. BOLGER:  Object to the form,

15           and the same instruction.

16   Q.      That you're aware of?

17                   MS. BOLGER:  Same instruction.

18   A.      I'm not aware.

19   Q.      Was there consideration given to having

20   more than one person testify to the various

21   categories of testimony that I seek to elicit

22   today?

23                   MS. BOLGER:  Same objection,

24           Mr. Klayman.  I sent you an email telling

25           you that.  So you can read my --

---

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 60

1              (Simultaneous speakers.)

2    Q.    I just asked her what she knows.

3              MS. BOLGER:  She's not a lawyer

4    Mr. Klayman.

5    Q.    I never said she was.

6    A.    I'm not a lawyer.  I don't have any other

7    knowledge.

8    Q.    Well, just to be clear, were there other

9    persons that were considered to testify in addition

10   to yourself in response to my amended notice of

11   taking deposition?

12             MS. BOLGER:  Same objection.

13             You can give the same answer.

14   A.    That would be a legal question.  Not for

15   me.

16   Q.    One of the considerations to have you

17   testify today was to have the person with the least

18   knowledge possible to testify at this deposition,

19   correct?

20             MS. BOLGER:  I'm going to object to

21        that question for thousands of reasons.

22             But you can answer that question,

23        Nina.

24   A.    Can you ask it again?

25             MR. KLAYMAN:  Please read it back.

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

```
                                                  Page 61
 1              (Whereupon, the record was read by
 2         the reporter.)
 3              MS. BOLGER:  I'm going to object
 4         again.
 5    A.    That's incorrect.
 6    Q.    Let's look at the first area of testimony
 7    listed in the amended notice of deposition,
 8    Exhibit 1:  "Any and all internal records that
 9    refer or relate to Laura Loomer having sex with
10    Donald Trump."
11              Are you aware of any such records?
12    A.    Can you say that one more time?  Am I aware
13    of records --
14    Q.    "Any and all internal records that refer or
15    relate to Laura Loomer having sex with Donald
16    Trump."
17              Are you aware of any such records?
18    A.    No, but nobody -- Bill did not say she was
19    having sex with Donald Trump.  But those records --
20    we would have records of the written materials that
21    was not written -- his joke was not written.  It
22    was part of a conversation.
23    Q.    But there are -- I'm not asking you to make
24    a legal conclusion here.  The Court's already
25    allowed this case to go forward in what was pled as
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                              Page 62
 1   deformation per se.
 2          You're aware of that?
 3                MS. BOLGER:  Object.  But also not
 4          relevant.
 5   Q.     Are you aware of that?
 6   A.     Am I aware of --
 7   Q.     That the Court denied counsel's motion to
 8   dismiss?
 9   A.     Yes.
10   Q.     And -- but what records exist -- written
11   records of what took place on that show that night,
12   that's on September 13th, 2024.  Are there notes?
13   Are there recordations?  Are there things that HBO
14   has where discussions were going back and forth
15   with texts or emails, internal?
16                MS. BOLGER:  Object to the form.
17                You can answer that question.
18   A.     We would not have any sort of written
19   records of conversations like that.  What we have
20   are the written portions of the show, which I can
21   outline again, that were sent to us prior, and then
22   we review the show before it's broadcast.
23   Q.     That's not my question.  That's not what
24   I'm getting at.
25                What I'm saying is:  After the show aired,
```

Laura Loomer v.              FINAL                May 7, 2025
Bill Maher               [CONFIDENTIAL]          Nina Rosenstein

```
                                            Page 63
 1   were there any text messages going back and forth
 2   to the effect, "I can't believe Bill said that" or,
 3   you know, something to that effect, that exists at
 4   HBO?
 5               MS. BOLGER:  Object to the form.
 6        And that wasn't your question, and it's not
 7        what's called for.
 8               But you can answer that.
 9   A.    Are you asking that as myself --
10   Q.    Are you aware?
11   A.    Or as --
12   Q.    I'm asking:  Are you aware of any such
13   questions?
14   A.    No, I'm not aware.  No.
15   Q.    You would know what's on peoples cell
16   phones, though, wouldn't you, with regard to text
17   messages and such?
18               MS. BOLGER:  Objection to the form.
19        Are you talking to the witness as an
20        individual or as a witness --
21               (Simultaneous speakers.)
22               MR. KLAYMAN:  This is an area --
23               MS. BOLGER:  It is certainly not an
24        area.
25               MR. KLAYMAN:  That's not my
```

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

Page 64

1          concern.
2                    MS. BOLGER:  Mr. Klayman, the
3          question you're asking is about peoples
4          text messages after the show airs.  Number
5          one asks for any and all internal records
6          that refer or relate to Laura Loomer having
7          sex with Donald Trump.
8                    Those are not --
9                    MR. KLAYMAN:  Please don't --
10         please don't do speaking objections.  That
11         is not ethical.
12                   MS. BOLGER:  Mr. Klayman, you're
13         not asking her a question that she's here
14         to answer as an HBO representative.  So if
15         you're asking Nina Rosenstein if she knows
16         what's on people's phones, the answer to
17         that question is, of course she doesn't;
18         she's an individual.
19                   If you're asking her as an HBO
20         representative what she knows about all
21         internal records that refer or relate to
22         Laura Loomer having sex with Donald Trump,
23         she's answered that question.
24    Q.   Let me lay this foundation.
25         The cell phone that you use to communicate

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 65

1    with regard to Real Time, that's a HBO cell phone,

2    is it not?

3                    MS. BOLGER:  Object to the form.

4                    You can answer.

5    A.     Yes.

6    Q.     Okay.  They pay for it, correct?

7    A.     Yes.

8    Q.     They provide it to you.  Okay.

9           And that's also true for the writers, the

10   producers, and the others, correct?

11                   MS. BOLGER:  Object to the form.

12          She's not here to talk to you about their

13          devices.  And She might not know that

14          information because --

15                   (Simultaneous speakers.)

16                   MR. KLAYMAN:  I'm allowed to ask

17          foundational questions.

18                   MS. BOLGER:  That is not a

19          foundational question.

20                   (Simultaneous speakers.)

21                   (Reporter admonition.)

22                   MR. KLAYMAN:  Certify this.  This

23          is so sanctionable.  I will bring it up

24          with the Court if you continue to block

25          this.  It's incredibly sanctionable.

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 66

1              MS. BOLGER:  Whether she knows --
2         whether universally she knows whether the
3         writers and producers have phones?
4              MR. KLAYMAN:  That's not what I
5         asked.
6              MS BOLGER:  That is what you asked.
7              MR. KLAYMAN:  I'll go back.
8    Q.    The phones which are used with regard to
9    Real Time, you just testified, did you not, they're
10   HBO phones -- cell phones?
11             MS. BOLGER:  She did not testify to
12        that.
13   A.    No.  I have an HBO phone.  If you're asking
14   about me personally, I have a phone that's provided
15   by HBO.  I do not know what devices the writers on
16   the show have.  I don't.  I would imagine it's
17   their own phones, but...
18   Q.    Why would you imagine that, because it's
19   convenient to imagine that?
20   A.    I'll just say no.  The answer is no.  I
21   don't know what kind of devices that they have.
22   Q.    Okay.  But they may have cell phones that
23   were issued by HBO?
24             MS. BOLGER:  Don't answer that
25        question.  It's a hypothetical.  It calls

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                    janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 67

1      for cell phone evidence.  She's told you
2      she doesn't know.
3             Move on, Mr. Klayman.
4             We've told you we'd designate
5      another witness to talk about document
6      retention and document searches.  We told
7      you that in an email dated April 24th.
8             MR. KLAYMAN:  You don't get to
9      decide.  Everything you get to decide --
10     you can decide what's the Court's going to
11     do, what the judge is going to rule.
12     Everything else, you know, it is so
13     objectionable.  It's so arrogant.  It's
14     unbelievable.
15            MS. BOLGER:  Just to be clear, we
16     do get to designate our 30(b)(6) witnesses.
17     I told you we'll give you one to talk about
18     these matters.
19            MR. KLAYMAN:  Then why aren't they
20     here today?
21            MS. BOLGER:  You could have raised
22     this with me on April 24th when I sent you
23     the email.
24            MR. KLAYMAN:  No, no, no.  I don't
25     need to raise that with you.  This is what

JANE ROSE REPORTING                National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 68

```
 1        I asked for in the deposition notice.  I
 2        didn't know that it was only going to be
 3        Ms. Rosenberg.
 4                (Simultaneous speakers.)
 5                MR. KLAYMAN:  This is so
 6        objectionable the way you handle yourself
 7        with these depositions.  It's sanctionable.
 8                MS. BOLGER:  Mr. Klayman, we told
 9        you on April 24th that we would designate a
10        different witness on these topics, and you
11        never got back to me about it.  We're happy
12        to talk with you about it.  That one's very
13        easy to --
14                MR. KLAYMAN:  That was with the
15        obvious conclusion that you would have that
16        witness here today, but you didn't have
17        that person here today.  Why should I have
18        to travel all the way to New York City to
19        find out that you didn't produce someone
20        that's response- -- produce people that are
21        responsive to all my requests?  The fact
22        that you say there's another witness
23        presumes that you're going to have that
24        other witness here.
25                MS. BOLGER:  No, Mr. Klayman.
```

Laura Loomer v.                    FINAL                     May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                    Page 69
 1          That's not what happened.  But why don't
 2          you ask the question --
 3                  (Simultaneous speakers.)
 4          MR. KLAYMAN:  We'll ask at a
 5          minimum for attorneys fees costs for all of
 6          this.
 7     Q.    So the answer is:  You really don't have
 8     any knowledge as to any and all internal records
 9     that refer or relate to Laura Loomer having sex
10     with Donald Trump?
11                  MS. BOLGER:  That misstates
12          testimony, but you may answer it again.
13     A.    The records that we have are the written
14     materials that are sent during the week of the
15     show, the written materials which I've outlined.
16     They're sent to programing and to legal, and then
17     the show we review on the night of.  And there's a
18     transcript of the show that is sent the following,
19     I think, Monday morning.
20     Q.    That question asked for "yes" or "no."
21                  MS. BOLGER:  She answered the
22          question.
23                  MR. KLAYMAN:  She didn't answer the
24          question.
25     Q.    Can you answer yes or no?
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

```
                                             Page 70
 1              (Simultaneous speakers.)
 2              MS. BOLGER:  -- yes or no is not an
 3          actual question.  That's a statement.
 4   A.     Ask it again.
 5   Q.     So the bottom line is you don't know what's
 6   on people's cell phone, do you?
 7              MS. BOLGER:  Object to the form.
 8   A.     I know what's on my cell phone.
 9   Q.     And what's on your cell phone --
10              MS. BOLGER:  Object --
11   Q.     -- in this regard?
12              MS. BOLGER:  -- to the form.  What
13          does "in this regard" mean?
14   Q.     Was there any -- was there anything on your
15   cell phone with regard to the statement that was
16   made by -- that's the subject of this case with
17   regard to Laura Loomer?
18              MS. BOLGER:  You can answer that
19          question as long as it's not privileged
20          materials.
21   A.     Well, the only thing that I -- the only
22   text was a text that was sent revealing that there
23   was a -- that the lawsuit was in the trades and
24   that was sent to me and our lawyers.  So I guess
25   that would be --
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]            Nina Rosenstein

Page 71

1    Q.      That the lawsuit was what?

2    A.      There was an article in one of the trades,

3    in The Hollywood Reporter, about that Ms. Loomer

4    was suing, and that was picked up by the trades.

5    And it was -- that piece was sent to myself and the

6    head of legal --

7                    (Simultaneous speakers.)

8    Q.      Who sent it?

9    A.      Someone from our press department.

10   Q.      And who was that?

11   A.      Her name is Raina Falcon.

12   Q.      Can you --

13   A.      F-A-L-C-O-N.

14   Q.      Was there commentary that went along with

15   that piece?

16                  MS. BOLGER:  Don't answer that

17          question.

18                  MR. KLAYMAN:  She's not legal.

19                  (Simultaneous speakers.)

20                  MS. BOLGER:  -- that was sent to

21          Ms. Rosenstein and a lawyer together.  It's

22          a legal communication.  She's not going to

23          answer the question.  We can go on.

24   Q.      Was it sent to you and the lawyer at the

25   same time?

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

---

Page 72

1    A.    Yes.

2              MR. KLAYMAN:  Are you going to

3         produce a privilege log?

4              MS. BOLGER:  Are you going to sign

5         a confidentiality stipulation?

6              MR. KLAYMAN:  Well, you have to do

7         a -- a privilege log in any event.  You

8         know, I love the fact that you get to make

9         the rules.

10             MS. BOLGER:  Are you going to do

11        a --

12             (Simultaneous speakers.)

13             MR. KLAYMAN:  I love that about --

14        I love that about --

15             (Simultaneous speakers.)

16             MS. BOLGER:  -- confidentiality

17        stipulation and it's so ordered, we're very

18        happy to, at the blink of an eye, send you

19        document production.  Please sign the --

20             (Simultaneous speakers.)

21             MS. BOLGER:  -- so that we can give

22        this information.

23             MR. KLAYMAN:  I -- I -- I object to

24        doing that in this case.

25             MS. BOLGER:  Okay.

---

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                 FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

```
                                              Page 73
 1                MR. KLAYMAN:  This is not a complex
 2         case.  This is not a tax case.
 3                (Simultaneous speakers.)
 4                MS. BOLGER:  Then I'm not going to
 5         produce documents to you.
 6                MR. KLAYMAN:  All right.  Well,
 7         we'll have the judge -- you get to make the
 8         decisions, right?  You make the decisions
 9         for the judge, right?
10                MS. BOLGER:  You -- you're right.
11         If you want to -- if you are not going to
12         sign a confidentiality stipulation and
13         protection order, which we've asked you to
14         do, then you're right.  You'll have to go
15         to the judge --
16                MR. KLAYMAN:  I know.
17                MS. BOLGER:  -- and compel.
18                MR. KLAYMAN:  And --
19                MS. BOLGER:  And we'll argue to the
20         judge that we've told you repeatedly that
21         if you sign a confidentiality agreement
22         we'll produce the documents, and the judge
23         will make a decision.  But fundamentally
24         we've told you time and time again that if
25         you don't agree to a confidentiality
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                 [CONFIDENTIAL]            Nina Rosenstein

```
                                                    Page 74
 1       stipulation that is so ordered, we will not
 2       produce documents.
 3                MR. KLAYMAN:  Well --
 4                MS. BOLGER:  And we are doing that,
 5       in part, because you and your client have
 6       grandstanded off this litigation, and in
 7       fact Ms. Loomer has sought to raise money
 8       based on her promise to disclose the
 9       videotape of Mr. Maher's deposition.
10                We have a good faith reason to
11       believe that y'all are seeking to use our
12       documents for a non-litigation purpose, and
13       that's our position.
14                And if you want to the fight with
15       me about it, fight with me about it in
16       front of the judge.  But that's not --
17                (Simultaneous speakers.)
18                MR. KLAYMAN:  The only person --
19       the only people that are grandstanding are
20       Bill -- are Bill Maher and HBO smearing my
21       client in a disgusting defamation per se --
22                MS. BOLGER:  Can you ask a
23       question?
24                MR. KLAYMAN:  -- with absolutely no
25       remorse --
```

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                   [CONFIDENTIAL]                Nina Rosenstein

```
                                                        Page 75
 1                  (Simultaneous speakers.)
 2                  MR. KLAYMAN:  Not even an apology.
 3                  MS. BOLGER:  Are you going to ask
 4          the witness a question?
 5                  MR. KLAYMAN:  It's disgusting.
 6                  MS. BOLGER:  Are you going to ask
 7          the witness a question?
 8                  MR. KLAYMAN:  And actionable.
 9                  MS. BOLGER:  Are you going to ask
10          the witness a question?
11                  MR. KLAYMAN:  Yes.
12                  And I'm asking you, are you going
13          to produce a privilege log?  That's not
14          confidential.  That wouldn't be subject to
15          confidentiality.
16                  MS. BOLGER:  I'm not answering your
17          questions.
18                  MR. KLAYMAN:  All right.
19                  MS. BOLGER:  I'm not here to be
20          deposed.
21                  MR. KLAYMAN:  All right.  Good.
22          We'll -- we'll take it up with the Court.
23     Q.    Number 2, "Any and all internal records
24     that refer or relate to Laura Loomer and her
25     relationship with Donald Trump."
```

Laura Loomer v.                FINAL                May 7, 2025
Bill Maher                [CONFIDENTIAL]        Nina Rosenstein

Page 76

1          Does HBO have any such documents?
2     A.    The documents that we would have would be
3     the written materials that were -- were produced by
4     the writers during the week.
5     Q.    Before the segment aired on September 13,
6     2024, HBO did no investigation as to whether or not
7     Laura Loomer -- and I'll read it again, "I think
8     maybe Laura Loomer is in an arranged relationship
9     to affect the election because she's very close to
10    Donald Trump.  She's 31, looks like his type.  We
11    did an editorial here a few years ago.  It was
12    basically, 'Who's Trump fucking?'  Because I said,
13    you know, it's not nobody.  He's been a dog for too
14    long, and it's not Melania.  I think we may have
15    our answer this week.  I think it might be Laura
16    Loomer."
17         So my question is:  Before that segment was
18    aired on September 13, 2024, you have no knowledge
19    of HBO doing any investigation as to whether there
20    was any scintilla of truth in that statement?
21              MS. BOLGER:  Object to the form.
22              If you understand, you can answer.
23    A.    No.  There are researches that work on the
24    show, and they're part of writers' meetings.  And
25    they may have been asked, but we are not part of

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]            Nina Rosenstein

Page 77

1   that.  That is something that the show handles.

2   Q.     But you have no knowledge?

3   A.     I have no knowledge.

4   Q.     And who are the researchers?  Who are the

5   researchers on this show?

6   A.     The researches on the show, there are three

7   of them.  Their names are Will Beeker, B-E-E-K-E-R,

8   Jason -- I -- I don't remember his last name.  I --

9   I don't know his last name offhand.  I can get it.

10  But Jason is actually one of the APs.  He's the

11  head of the research department as a lawyer.

12  They've all been there for about five years.  I

13  don't interact with them.

14  Q.     Anyone else?

15  A.     Anyone else on the research staff?  No.

16  Q.     Number 3, "Any and all internal records

17  with regard to internal discussions at HBO

18  concerning Laura Loomer and allegations that she

19  was defamed by Bill Maher."

20         Are you aware of any such records?

21  A.     Will you say it one more time?  I'm sorry.

22              MS. BOLGER:  It is here.

23              THE WITNESS:  Oh, sorry.

24              MS. BOLGER:  On number 3.

25  A.     I am not aware of --

Laura Loomer v.         FINAL         May 7, 2025
Bill Maher        [CONFIDENTIAL]     Nina Rosenstein

```
                                            Page 78
 1                MS. BOLGER:  I'm going to object.
 2           I'm sorry.  I was slow to the switch.
 3                I don't want you to testify as to
 4           any communications that involved lawyers --
 5                THE WITNESS:  Right.
 6                MS. BOLGER:  -- related to that.
 7           But if you -- other than that, you may
 8           answer the question.
 9   A.      Other than that, no.
10   Q.      That doesn't mean they don't exist though,
11   does it?  It's -- it's just that you don't know?
12                MS. BOLGER:  That's actually -- the
13           witness is here as the witness to testify
14           as to HBO's knowledge.  She's testifying --
15                (Simultaneous speakers.)
16                MR. KLAYMAN:  So I -- I know how
17           you presented this very limited witness.
18           But I don't --
19   Q.      I'm asking you:  You don't have any
20   knowledge that others don't have those records,
21   correct?
22                MS. BOLGER:  Mr. Klayman, I know
23           that are -- don't -- I know you have a
24           complaint with me, but you -- you can't
25           insult the witness.  You have to remember
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]               Nina Rosenstein

```
                                                Page 79
 1          her name.
 2                  MR. KLAYMAN:  I'm not insulting
 3          her.
 4                  MS. BOLGER:  You have to not call
 5          her limited.  Just try to be respectful of
 6          the witness even if you can't be respectful
 7          of me.
 8                  MR. KLAYMAN:  You're the one who's
 9          disrespectful, and -- and what's going on
10          speaks for itself.
11                  MS. BOLGER:  There's --
12                  MR. KLAYMAN:  And arrogant.
13                  MS. BOLGER:  What's the question?
14                  MR. KLAYMAN:  Unbelievable.
15                  MS. BOLGER:  What's the question?
16     Q.    You don't have any knowledge that others
17     don't have any such records at HBO, correct?
18                  MS. BOLGER:  You can answer the
19          question about HBO's knowledge that is not
20          related to attorney-client communication.
21                  MR. KLAYMAN:  She already
22          answered --
23                  (Reporter clarification.)
24                  MS. BOLGER:  So you can answer the
25          question as to HBO's -- your knowledge of
```

Laura Loomer v.                    FINAL                May 7, 2025
Bill Maher                   [CONFIDENTIAL]          Nina Rosenstein

```
                                             Page 80
 1          HBO's knowledge, but you can't --
 2               MR. KLAYMAN:  She already answered
 3          the question.
 4               (Reporter admonition.)
 5               MS. BOLGER:  I'm instructing the
 6          witness that she can answer that question
 7          as to communications that don't involve
 8          lawyers on behalf of HBO.
 9    Q.    The answer is no?
10    A.    Yes.  Not to my knowledge.
11    Q.    "For any and all internal records that
12    refer or relate to criticism and or discipline by
13    HBO concerning Bill Maher's publication of the
14    following statement on the September 13, 2024,
15    episode of Real Time and any other statement or
16    broadcast that refers or relates in any way to
17    Laura Loomer."
18               Again, I'll read the statement in number 4.
19               "I think maybe Laura Loomer is in an
20    arranged relationship to affect the election
21    because she's very close to Trump.  She's 31.
22    Looks like his type.  We did an editorial here a
23    few years ago.  It was basically 'Who's Trump
24    fucking?'  Because I said, you know, it's not
25    nobody.  He's been a dog for too long, and it's not
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]                Nina Rosenstein

Page 81

1   Melania.  I think we may have our answer this week.
2   I think it might be Laura Loomer."
3          Do you have any knowledge of any such
4   records?
5   A.     No.  Bill was not criticized or disciplined
6   for that because he was making a joke.
7   Q.     Are you aware as to whether or not Bill
8   Maher has an employment file?
9              MS. BOLGER:  Object to the form.
10  A.     Employment file?
11  Q.     Yes, that HBO keeps.
12  A.     What would that be?
13  Q.     Do you have an employment file?
14             MS. BOLGER:  Object to the form.
15             MR. KLAYMAN:  Your contract is in a
16        file --
17             MS. BOLGER:  We're not answering
18        Ms. Rosenstein's personal employment
19        history that is filed.
20  Q.     I just want to know what's the practice at
21  HBO?  Are there employment files for people that
22  work for HBO --
23             MS. BOLGER:  Obviously, that's
24        not --
25             MR. KLAYMAN:  -- or are contracted

Laura Loomer v.                    FINAL                       May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 82

```
 1        with HBO?
 2               MS. BOLGER:  That's not one of the
 3        topics on the list --
 4               MR. KLAYMAN:  It's part and parcel
 5        to the question.
 6               MS. BOLGER:  -- so she's not
 7        prepared to answer it.  But she has told
 8        you that there was no internal criticism or
 9        discipline by HBO.
10               MR. KLAYMAN:  You just told --
11               MS. BOLGER:  She just told you
12        that.
13               MR. KLAYMAN:  These are all
14        speaking objections.  You're feeding
15        answers to the witness.
16               (Simultaneous speakers.)
17   A.   No, she's not.  I answered on my own.
18   Q.   Answer it, please.
19               MS. BOLGER:  What question?
20   A.   About his employment files?  I'm not aware
21   of employment files.  Do we have a deal with Bill
22   Maher?  Yes.
23   Q.   But do employees have employment files?  Do
24   you ever deal with human resources here or anything
25   to that effect?
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 83

 1              MS. BOLGER:  Outside the scope of
 2         this -- this particular request.  And this
 3         request is for records that relate to
 4         criticism, but there was no criticism.
 5         That's -- she's testified to that.  This is
 6         all --
 7              MR. KLAYMAN:  You're testifying,
 8         not her.
 9              (Simultaneous speakers.)
10    A.    You asked me.  I said there was no
11    criticism or discipline.
12    Q.    I'm asking about whether there are
13    records with regard to --
14    A.    I guess --
15    Q.    -- that statement.
16    A.    You're asking me -- I -- you would have had
17    to ask our HR department if they keep files on
18    people.
19              MS. BOLGER:  And it's outside the
20         scope of this --
21              MR. KLAYMAN:  It is not.
22              MS. BOLGER:  -- subpoena.
23              MR. KLAYMAN:  It is not.  It is
24         not.
25              MS. BOLGER:  Records can't exist

Laura Loomer v.           FINAL                May 7, 2025
Bill Maher             [CONFIDENTIAL]        Nina Rosenstein

Page 84

1          for something that didn't happen.

2                MR. KLAYMAN:  You are not -- I

3          mean, I will, at some point, notice you --

4          or subpoena you for deposition because it

5          appears that you want to testify here

6          without regard to your client --

7                (Simultaneous speakers.)

8                MR. KLAYMAN:  You didn't even tell

9          your client he was -- he was being sued

10         until many months into this case.  It's

11         unbelievable.  I've never seen anything

12         like that in my entire life -- that a law

13         firm would do that.

14               MS. BOLGER:  Can you ask a

15         question?

16   Q.    Five, "Any and all internal records which

17   refer or relate to Donald Trump's relationship

18   sexually or otherwise with Melania Trump."

19         Do you have any such records?

20   A.    No.  There wouldn't be any records like

21   that.  The records that we have are the written

22   materials.

23   Q.    Six, "Any fact-checking procedures and

24   protocols used by HBO and or real talk -- Real Time

25   with Bill Maher." (As read.)

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]           Nina Rosenstein

Page 85

1          That's a typo -- talk.  It's Real Time.

2     A.     What's the question?

3     Q.     Are you aware of any fact-checking

4     procedures and protocols used by HBO and/or Real

5     Time with Bill Maher?

6     A.     Yes.  As I said, that would be handled by

7     the show.  The fact-checking, there are three

8     researchers that attend all the writers' meetings.

9     And if there's something that comes up, we are not

10    part of the writers' meetings, but if there's

11    something that Bill or one of the producers wants

12    fact-checked, they will go and provide that

13    information.

14    Q.     But you know of -- you don't -- you're not

15    aware of that happening, in this instance, with

16    regard to the September 13th show?

17    A.     No.  I wouldn't be.

18    Q.     Seven, "The facts and circumstances around

19    any fact-checking done by HBO, Bill Maher, Real

20    Time with Bill Maher, or anyone acting on their

21    behalf, HBO, concerning Bill Maher's publication of

22    the following statement on the September 13th

23    episode of Real Time and the segment concerning

24    Ms. Loomer on September 20th, 2024."

25          I'm not going to repeat the statement.

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 86

1    It's the same as before.

2         Are you aware of any such circumstances

3    around any fact-checking?

4              MS. BOLGER:  Should --

5    Q.    And you can read it.  You can read this.

6    Okay?

7              MS. BOLGER:  Just to object.  You

8         misread the -- the request.  But --

9              MR. KLAYMAN:  I'll read it again.

10             MS. BOLGER:  You don't have to.

11        She can read it, and that's fine.

12   A.    Again, that would be something that would

13   have come up in a writers' meeting, which that's an

14   internal show -- show meeting.  So if something

15   came up and someone asked for facts on Laura

16   Loomer, it would have been in those writers'

17   meetings.

18   Q.    It's nothing you would have knowledge of?

19   A.    No, I would not.

20   Q.    Eight, "The facts and circumstances around

21   and/or which refer or relate to any of the

22   allegations in Ms. Loomer's amended complaint."

23             MR. KLAYMAN:  And I'll ask that the

24        amended complaint be marked as Exhibit 2.

25             (Plaintiff's Exhibit 2, amended

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 87

1          complaint, was marked for identification.)
2                    MR. KLAYMAN:  Here it is.
3     A.     You're asking me if I've seen this?
4     Q.     Yes.
5     A.     Yes, I saw this.
6     Q.     When did you see it?
7     A.     I saw this full complaint at -- very
8     recently as -- like, yesterday.
9     Q.     Who did you meet with yesterday when you
10    saw this complaint?  Who presented it to you?
11                   MS. BOLGER:  Object to the form.
12    A.     I was here with Kate and --
13    Q.     Kate Bolger?
14    A.     Yes.
15    Q.     And who else?
16    A.     These three women (indicating).
17    Q.     What are their -- what are their names, and
18    what are their positions?
19    A.     Jessica Davidovitch is the lawyer, and
20    Lexi.
21    Q.     What's Lexi's last name?
22    A.     Oh, her (indicating.)
23    Q.     And what's her position?
24    A.     She works with Kate.
25    Q.     At Davis Wright Tremaine?

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

Page 88

1   A.      Yes.

2   Q.      Okay.  She's a lawyer at Davis Wright

3   Tremaine?

4   A.      Yes.

5   Q.      Okay.  And how do you spell Davidovitch?

6           MS. BOLGER:  You've asked that

7       already.

8           MR. KLAYMAN:  Well, if she knows.

9   A.      D-A-V-I-D-O-V-I-T-C-H.

10          MR. KLAYMAN:  Put it on this

11      record.

12          MS. BOLGER:  It is.

13          MR. KLAYMAN:  Great.  That's a

14      victory.

15  Q.      How long did you meet with them yesterday?

16  A.      I'd say about two hours.

17  Q.      Did you discuss the different categories of

18  this notice of deposition?

19          MS. BOLGER:  Don't answer the

20      question.

21          That calls for attorney-client

22      communications, as you know.

23          MR. KLAYMAN:  Certify it.

24          MS. BOLGER:  Sorry.  You're

25      certifying what the witness talked about

Laura Loomer v.                    FINAL                     May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                        Page 89
 1          with her lawyer as being --
 2                  (Simultaneous speakers.)
 3                  MR. KLAYMAN:  I'm certifying that
 4          you instructed her not to answer.
 5                  MS. BOLGER:  On the grounds of the
 6          attorney-client privilege.
 7                  MR. KLAYMAN:  I understand your
 8          bogus grounds.  I ask for it to be
 9          certified.
10                  (Simultaneous speakers.)
11                  MR. KLAYMAN:  All right.  Well --
12                  MS. BOLGER:  You're not answering
13          the question what about you talked about
14          with me.
15                  You can ask another question.
16     Q.   Let's go through this.  Okay?
17          You did discuss the facts and circumstances
18     around and/or which refer or relate to any of the
19     allegations in Ms. Loomer's amended complaint,
20     correct?
21                  MS. BOLGER:  Object to the form.
22          When?  Where?
23     Q.   Yesterday was your --
24                  MS. BOLGER:  You're not answering
25          my question.
```

Laura Loomer v.                 FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

Page 90

1              MR. KLAYMAN:  All right.  Certify.

2    Q.    Nine, "Record retention policies and

3    practices of HBO"?

4              MS. BOLGER:  As we told you, the

5         witness is not designated to talk about

6         that topic.

7              MR. KLAYMAN:  Certify it.

8    Q.    Ten, "Testimony concerning the search of

9    documents pursuant to Plaintiff's request to

10   produce."

11        Do you have any knowledge as to how

12   documents were searched for in response to a

13   request to produce by Ms. Loomer to Bill Maher and

14   HBO?

15             MS. BOLGER:  You can answer that

16        question.

17             And we'll tell you again,

18        Mr. Klayman, she was not designated to talk

19        on that topic.

20             But you can answer that question.

21   A.    I know that there was a -- I don't know how

22   it was communicated, but we were told to keep all

23   communications about this in our files.  And I

24   personally went through my cell phone to look and

25   see if there were any text messages, which I did

Laura Loomer v.                FINAL                  May 7, 2025
Bill Maher               [CONFIDENTIAL]          Nina Rosenstein

Page 91

1    already tell you about.

2    Q.    Are you aware of anyone else at HBO going

3    through their files?

4              MS. BOLGER:  Again, the witness is

5         not designated to talk about this topic.

6              MR. KLAYMAN:  Okay.

7              MS. BOLGER:  You're just asking

8         questions --

9              MR. KLAYMAN:  Certify.

10             MS. BOLGER:  -- in her individual

11        capacity --

12             (Simultaneous speakers.)

13             MR. KLAYMAN:  I'm laying the

14        foundation --

15             MS. BOLGER:  But she can also --

16        she can answer the question, but she is not

17        our witness designated on this topic.

18             MR. KLAYMAN:  I'm laying --

19             MS. BOLGER:  She's answering this

20        in her individual capacity.

21             And you can answer it.

22             MR. KLAYMAN:  I'm laying a

23        foundation for our motion for sanctions

24        against you, in particular, because, you

25        know, I came here at great expense, long

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

```
                                             Page 92
 1        distance --
 2               MS. BOLGER:  Oh, my God.  Ask the
 3        question.
 4               MR. KLAYMAN:  Great time --
 5        great -- no, I'm producing the record.  You
 6        know, great time.  Ms. Loomer is not
 7        wealthy.  In fact, she's near bankrupt
 8        thanks in large part to Bill Maher and HBO.
 9        And then you complain that we're seeking to
10        have costs paid, and that's the reason for
11        you not to produce documents.  All of this
12        is so sanctionable.  It would make The
13        Exorcist's head swim.
14               MS. BOLGER:  Look, first of all, I
15        don't know what you're talking about by us
16        talking about costs paid.  That doesn't
17        make any sense to me, so I don't know what
18        you're talking about.
19               And second of all, I told you on
20        April 24th that we were going to produce
21        Ms. Rosenstein today to talk about eight
22        topics, and that we would produce a
23        different witness to talk about the other
24        topics.  I said that on April 24th.  You
25        did not respond to me, Mr. Klayman.
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 93

1            MR. KLAYMAN:  And that's --

2            MS. BOLGER:  I told you this on

3       April 24th.  If you're going to make a

4       record, that's part of the record.

5            MR. KLAYMAN:  We're going to make

6       the record.

7            MS. BOLGER:  And we said we would

8       do it for another day.  And that is -- that

9       is the -- that is what happened, and I

10      don't quite know what The Exorcist has to

11      do with this.

12           MR. KLAYMAN:  You don't get to

13      decide who is produced on this date.

14           (Simultaneous speakers.)

15           MR. KLAYMAN:  And -- and I -- and

16      we issued this notice, and -- and I had

17      reason to believe that we would have more

18      than one person here.

19           MS. BOLGER:  I gave you the name of

20      one witness.

21           MR. KLAYMAN:  And yesterday I asked

22      you who -- what witnesses were you

23      producing.

24           MS. BOLGER:  And I gave --

25           MR. KLAYMAN:  That was plural.

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                                   Page 94
 1                MS. BOLGER:  I gave you --
 2                MR. KLAYMAN:  That was plural.
 3                MS. BOLGER:  Yesterday --
 4                MR. KLAYMAN:  Yeah.
 5                MS. BOLGER:  I forwarded you an
 6       email, and I said --
 7                MR. KLAYMAN:  Yeah.
 8                MS. BOLGER:  -- Ms. -- we're
 9       producing Nina Rosenstein.
10                MR. KLAYMAN:  Yeah.
11                MS. BOLGER:  As I told you on April
12       24th.
13                MR. KLAYMAN:  That's --
14                MS. BOLGER:  That's what happened,
15       Mr. Klayman.  I don't know what The
16       Exorcist has to do, but I'm Jesuit --
17                (Simultaneous speakers.)
18                MS. BOLGER:  -- baptized and
19       educated, so I'm pretty sure that I'm -- I
20       can fight off an exorcist.
21                MR. KLAYMAN:  No, that's -- that's
22       good.  Okay.  I don't want to offend the
23       Catholic faith.  Okay.  But I don't think
24       you're representative of it.
25                MS. BOLGER:  I'm so sorry.  What
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]               Nina Rosenstein

```
                                                    Page 95
 1          did you just say to me?
 2                  MR. KLAYMAN:  I don't think that
 3          you're -- you're listing the Catholic
 4          faith --
 5                  MS. BOLGER:  You just told me I
 6          needed an exorcism, Mr. Klayman.
 7                  MR. KLAYMAN:  Hey, you like jokes,
 8          don't you?
 9                  (Simultaneous speakers.)
10                  MS. BOLGER:  You brought up the
11          Catholic faith.
12                  MR. KLAYMAN:  It's so offensive
13          legally and so sanctionable.
14                  MS. BOLGER:  Just ask a question.
15                  MR. KLAYMAN:  So sanctionable.
16                  MS. BOLGER:  Just ask a question.
17          Ask a question.
18                  MR. KLAYMAN:  You're just not a
19          truthful person.
20                  (Simultaneous speakers.)
21  Q.      Number 10, "Testimony concerning the search
22  of documents" --
23                  MS. BOLGER:  Mr. Klayman.
24          Mr. Klayman, just so you understand, that
25          was a statement of fact which was
```

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

Page 96

1          defamatory and knowingly false as opposed

2          to a statement of opinion, which is a

3          statement that cannot be established to be

4          truthful or -- or false.  And is often

5          couched by words like "I think" or "I

6          might."

7                  You can ask a question.

8                  MR. KLAYMAN:  Okay.  Right.  Well,

9          I'll tell you something.  You know, you

10         intimidate me; you harass; you jerk me

11         around; you run up the cost for Ms. Loomer,

12         and then you complain when she simply wants

13         to have contributions for costs.

14                 I come in here today, there's a

15         6'5" security guard who's not here to

16         protect me but to intimidate me.  And these

17         are the tactics of Davis Wright Tremaine.

18         These are the tactics --

19                 MS. BOLGER:  Are you done?  Can you

20         just ask a question?  Just ask a question.

21                 MR. KLAYMAN:  I will ask a

22         question, but you stop harassing me.

23                 MS. BOLGER:  You told me I needed

24         an exorcism and were a liar.  So you may

25         want to research --

Laura Loomer v.                 FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]           Nina Rosenstein

Page 97

```
 1              (Simultaneous speakers.)
 2              MR. KLAYMAN:  You're not truthful.
 3         You don't tell the truth.
 4    Q.    Number 10, "Testimony concerning the search
 5    of documents pursuant to Plaintiff's request to
 6    produce."
 7         I take it you have no knowledge of that?
 8              MS. BOLGER:  We literally just told
 9         you that she's not the witness who's
10         designated to talk about that.
11    Q.    11, "The total assets, gross and net worth
12    of HBO for 2019 through 2024, by year."
13              MS. BOLGER:  She's not -- we've not
14         agreed to produce that information.
15    Q.    12, "Prior defamation litigation against
16    HBO and Bill Maher, or threats of defamation
17    litigation."
18              MS. BOLGER:  The witness has
19         testified as to that.
20    Q.    13, "HBO and Bill Maher's insurance carrier
21    and coverage for defamation."
22              MS. BOLGER:  She -- we'll give you
23         that information as soon as you agree to a
24         confidentiality order.
25    Q.    Does HBO have policies as to how it's to
```

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

---

                                              Page 98

1    treat woman?

2              MS. BOLGER:  Object to the form.

3         It's outside the scope.

4              You can answer it if you know in

5         your individual capacity.

6    A.    We have policies on how all employees

7    should be treated.

8    Q.    Was there any objection raised with regard

9    to the publications that concern Ms. Loomer on

10   September 13th and September 20th that this was

11   disrespectful towards a woman?

12             MS. BOLGER:  You -- you can answer

13        the question just as long as it's not a

14        privileged communication.

15   A.    Was there any -- you're asking if there's

16   any communications?

17   Q.    Any internal discussions to that effect?

18   A.    No, not that I'm aware of.

19   Q.    Was there any internal discussions as to

20   whether the word "fuck" should be used with regard

21   to Ms. Loomer?

22             MS. BOLGER:  Same instruction.

23        Obviously, you can't talk about

24        attorney-client communications, but you can

25        otherwise answer.

---

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]            Nina Rosenstein

```
                                              Page 99
 1    A.      No.
 2    Q.      Did you play any role with Bill Maher going
 3    to The White House a few days before his deposition
 4    took place in this case?
 5    A.      No --
 6                    (Simultaneous speakers.)
 7    Q.      Were you aware of that?
 8    A.      Yes.
 9    Q.      That was to deflect from his deposition,
10    correct?
11    A.      Of course not.
12    Q.      Are you aware of -- of Bill Maher's
13    contract terms with HBO?
14              MS. BOLGER:  That -- that's outside
15              the scope of the 30(b)(6) notice.  I'll let
16              the witness answer that question on her own
17              independent knowledge, but it is outside
18              the scope.
19    A.      I'm aware that -- of his contract, yes --
20    Q.      You're aware of the amount of money he is
21    paid by HBO?
22    A.      I would not say specifically the -- the
23    exact amount, no.
24    Q.      You're aware that he makes money outside of
25    his contract with HBO?
```

Laura Loomer v.                    FINAL                May 7, 2025
Bill Maher                  [CONFIDENTIAL]           Nina Rosenstein

```
                                                    Page 100
 1              MS. BOLGER:  Again, this whole line
 2         of questioning is outside the notice.
 3              But you can answer --
 4              (Simultaneous speakers.)
 5    A.    He does standup, and he does a lot of
 6    standup dates.  So those are opportunities for him
 7    to make money.
 8    Q.    Do you have anything -- do you have
 9    anything to do with his standup dates and his
10    standup appearances?
11    A.    No, we do not.  We have done, I think, 12
12    specials with him, but that -- those are separate
13    from his standup dates.  We've done specials.
14    Q.    After September 20th, 2024, has Bill Maher
15    mentioned Laura Loomer on any Real Time show?
16              MS. BOLGER:  Again, outside the
17         scope of the notice.
18              But you can answer if you know as
19         an individual.
20    A.    I -- I don't remember every show, but I
21    would not be surprised if she's mentioned.  But
22    I -- I can't recall specifically.
23    Q.    Why would you not be surprised?
24    A.    Because she's a public figure.  She's in
25    the news.  She just had some national security
```

Laura Loomer v.                     FINAL                     May 7, 2025
Bill Maher                     [CONFIDENTIAL]              Nina Rosenstein

Page 101

1   people -- I think she had a meeting, and then some

2   people were fired.  So I -- that's something

3   newsworthy.

4   Q.     Does HBO keep an archive of the shows,

5   keeps the recordings that were aired?

6   A.     I think we keep one -- the current season

7   and one past season on the air.  But we obviously,

8   in our library, have all the shows that have ever

9   been done.

10  Q.     Did you play any role, or do you know of

11  anyone that played any role in the hiring of Davis

12  Wright Tremaine to represent Bill Maher and HBO in

13  this case?

14          MS. BOLGER:  That's obviously

15          outside the scope of the 30(b)(6), but you

16          can answer the question.

17  A.     That would be a question for our legal

18  department.

19  Q.     Are you aware that they had advertised on

20  their website in effect that they're anti Trump?

21          MS. BOLGER:  That statement is

22          false, and you have simply made it up.

23          But you can answer that question.

24  A.     Am I aware?  No.

25  Q.     Yes.

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                              Page 102
 1              MS. BOLGER:  Because it's false.
 2    Q.    Are you aware that there was an article in
 3    The Hollywood Reporter which -- to the effect that
 4    Trump's least liked law firm is Davis Wright, and
 5    that was recently taken down from Davis Wright
 6    Tremaine's website?
 7              MS. BOLGER:  That's largely false,
 8         but you can answer.
 9              MR. KLAYMAN:  Why are you giving
10         her testimony?
11              (Simultaneous speakers.)
12    A.    She's telling me what I can and can't
13    answer.  I don't want to answer things that I'm not
14    instructed to.
15    Q.    No, she's saying it's false.  And I'm
16    not -- she's not under oath, but maybe she'll be
17    under oath.  Maybe she should be under oath.
18              MR. KLAYMAN:  Want to be under
19         oath?
20              MS. BOLGER:  Are you going to ask
21         the witness a question?
22              MR. KLAYMAN:  I'm giving you an
23         opportunity.  If you want to testify --
24              MS. BOLGER:  Are you going to ask a
25         question or not?
```

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                    janerose@janerosereporting.com

Laura Loomer v.               FINAL                    May 7, 2025
Bill Maher              [CONFIDENTIAL]            Nina Rosenstein

Page 103

1   Q.     You are aware that Bill Maher has given

2   political contributions to Kamala Harris, correct?

3               MS. BOLGER:  Object to form.

4          Outside the scope.

5               You can answer as a person.

6   A.     Yes.

7   Q.     Do you have anyone at HBO that has given a

8   political contribution to Donald Trump for any of

9   his elections?

10               MS. BOLGER:  Object to the form.

11          Outside the scope.  Irrelevant.

12               But you can answer.

13   A.     I don't know what people's personal

14   contributions are, no.

15   Q.     Have you made political contributions?

16               MS. BOLGER:  I'll object to the

17          form.  Outside the scope.  I don't think

18          this is relevant, and I'm going to let the

19          witness --

20               MR. KLAYMAN:  It's state of mind.

21               (Simultaneous speakers.)

22               MS. BOLGER:  Oh, my god.  It is not

23          relevant to the state of mind.  You're the

24          lawyer who lost that.  It's our pile case.

25          The witness can answer that question if she

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

Page 104

1          personally wants to answer that question,
2          but I don't think that she needs to answer
3          questions about her political beliefs.  And
4          it's outside --
5                  MR. KLAYMAN:  Not beliefs.
6                  MS. BOLGER:  She's not here as an
7          individual.
8                  MR. KLAYMAN:  It's not beliefs.
9                  MS BOLGER:  She's not here as an
10         individual.  If she wants to answer that
11         question she can; and if she doesn't, she
12         doesn't have to.
13                 MS. BOLGER:  Well, that's not for
14         you to decide.
15                 MS. BOLGER:  It is.
16    A.   I can answer it and say that most of my
17    family's contributions and donations are to animal
18    rescues and suicide prevention causes.  I've made
19    very -- probably very minimal contributions towards
20    political parties.
21    Q.   What contributions have you made?
22                 MS. BOLGER:  Again, can you explain
23         to me how this is relevant?  That in a
24         30(b)(6) witness where she's here to
25         represent the company, not herself, how can

Laura Loomer v.            FINAL            May 7, 2025
Bill Maher            [CONFIDENTIAL]            Nina Rosenstein

Page 105

1    you possibly argue that what Nina does when
2    she told you that she doesn't make
3    decisions about what is in the show, are
4    relevant in any way to this lawsuit?  If
5    you can make me a proffer as to that,
6    she'll answer the question.  If not, she's
7    not going to --
8            MR. KLAYMAN:  As to her biases and
9    state of mind.
10           MS. BOLGER:  She doesn't have
11   relevance to the public --
12           (Simultaneous speakers.)
13           MR. KLAYMAN:  She'll answer the
14   question.
15           MS. BOLGER:  She's not going to
16   answer the question.
17           MR. KLAYMAN:  You don't get to make
18   objections on relevancy in a deposition.
19   A.    I certainly, when it comes to my job, I
20   don't have any bias.  In fact, I would say that
21   Bill Maher's -- Bill Maher and Bill Maher's show is
22   actually, you know, a very fair and balanced show.
23   He goes after both sides, and that's been our
24   marketing, you know.  So whatever small
25   contributions I have made have nothing to do

Laura Loomer v.                FINAL                   May 7, 2025
Bill Maher                [CONFIDENTIAL]           Nina Rosenstein

```
                                            Page 106

 1   with --
 2   Q.     Well, who did you make the contributions
 3   to?
 4               MS. BOLGER:  If you want to answer,
 5         you can.  You don't have to.
 6   A.     I think I've made very small contributions
 7   to an organization called ActBlue, and I think to
 8   Pete Buttigieug.
 9          (Reporter clarification.)
10               MR. KLAYMAN:  B-U-T-T-I-G-I-E-U-G.
11               MS. BOLGER:  That's not right.
12   A.     There's an A in there somewhere.
13   Q.     Yeah.  That's it.
14          Are you aware of anyone at HBO making a
15   contribution to a Republican?
16               MS. BOLGER:  Object to the form.
17         Asked and answered as it happens.  And in
18         addition, both irrelevant and outside the
19         scope.  You are now asking the witness this
20         in her individual capacity.
21   Q.     You can respond.
22               MS. BOLGER:  And she is not
23         relevant --
24   A.     I don't know -- Donald Trump, Joe Biden,
25   Kamala Harris.  I don't know who people make
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]            Nina Rosenstein

Page 107

1   contributions to.  I don't.

2   Q.    Does HBO have a policy on employees sending

3   out tweets that relate to subjects of Real Time --

4   let me rephrase that.

5         Does HBO have a policy with regard to

6   employees or contracted talent like Bill Maher and

7   tweeting out, personally, with regard to people

8   that are discussed on Real Time?

9               MS. BOLGER:  Object to the form.

10         And it's outside the scope.

11              You can answer.

12  A.    Not that I'm aware of.  No, I don't think

13  so.

14  Q.    You're aware that Bill Maher tweets a

15  lot -- or now it's X.

16              MS. BOLGER:  Object to the form.

17  A.    Yes, I'm aware.

18  Q.    You're aware he's tweeted a lot about

19  Donald Trump, correct?

20              MS. BOLGER:  Object to the form.

21  A.    I'm sure he's tweeted about all candidates

22  and all politicians.

23  Q.    Does HBO review those tweets to see whether

24  they're consistent with what occurs at HBO?

25              MS. BOLGER:  What channel are you

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                    [CONFIDENTIAL]            Nina Rosenstein

```
                                                    Page 108
 1          talking about?
 2   Q.     Real Time.
 3              MS. BOLGER:  Are you talking about
 4          the Real Time with Bill Maher Twitter feed
 5          or the Bill Maher Twitter feed?
 6   Q.     The Bill Maher Twitter feed.
 7   A.     Bill Maher's Twitter feed is his personal
 8   Twitter feed, so we don't have oversight over that.
 9   But I think that he does, and we have a Real Time
10   handle, and they put out content from the show
11   which has already been approved.  So those we are
12   aware of, but whatever Bill is tweeting or doing
13   personally, we don't have oversight of.
14   Q.     But has there ever been review of what he's
15   tweeting out personally, to the best of your
16   knowledge, at HBO?
17   A.     Anything that comes from the show we do
18   review.
19   Q.     Are you aware of one or more of Bill
20   Maher's personal tweets about Donald Trump?
21              MS. BOLGER:  Object to the form.
22   A.     I -- I -- I follow Bill.  I have probably
23   seen all his tweets, but I don't know which ones
24   you're talking about.
25   Q.     Tweets concerning Melania Trump or anyone
```

Laura Loomer v.        FINAL         May 7, 2025
Bill Maher       [CONFIDENTIAL]     Nina Rosenstein

Page 109

1    in the Trump family?

2              MS. BOLGER:  Is that a question?

3    Q.    Yes.  Are you aware of any such so-called

4    personal tweets?

5              MS. BOLGER:  Object to the form.

6    Q.    By Bill Maher?

7    A.    Again, I can't recall.  If you're asking me

8    to, you know, memorize his tweets, no.  But have I

9    seen him tweet about all sorts of political issues

10   and people?  Yes.  That specifically, I don't

11   recall offhand.

12   Q.    Have you reviewed the tweets that were

13   identified in exhibits at his deposition, his

14   personal tweets?

15   A.    I have not reviewed those, no.

16             MS. BOLGER:  What would she have --

17        you should not ask her to do so as part --

18   Q.    Do you know of anyone who has or did?

19             MS. BOLGER:  I'm going to object.

20        And if you can -- if you can answer

21        that without referring to attorney-client

22        communications, you can.  But otherwise you

23        can't answer.  You can't answer that part,

24        but if you can answer otherwise, you can.

25   A.    You're asking me if I am aware of anyone

Laura Loomer v.                FINAL                 May 7, 2025
Bill Maher                [CONFIDENTIAL]         Nina Rosenstein

```
                                            Page 110
 1   who's reviewed his tweets?
 2   Q.     Yes.
 3   A.     Other than the tweets that come from the
 4   show, no, which we do review.
 5   Q.     What areas with regard to my notice --
 6   amended notice of deposition were you actually
 7   designated to testify about?
 8   A.     There were -- would you want me -- on this
 9   page it's like 1 through 8.
10   Q.     Yes.
11          MS. BOLGER:  She answered.
12   Q.     Start with 1, and let's go through 13.
13          MS. BOLGER:  She just answered the
14          question.  She said 1 through 8.
15   Q.     When were you advised as to what you were
16   being produced to testify about?
17          MS. BOLGER:  Object to the form.
18   A.     Well, wouldn't that be between myself and
19   the attorneys?
20   Q.     No.  I'm just asking when you were advised?
21          MS. BOLGER:  You can answer when.
22   A.     Maybe three weeks ago.  Three or
23   four weeks.
24   Q.     Well, you had previously testified that
25   really this whole matter wasn't discussed until
```

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]           Nina Rosenstein

Page 111

1    yesterday?

2                (Simultaneous speakers.)

3    A.    You asked me when I had seen these

4    documents.  I said yesterday.

5    Q.    What documents?

6    A.    This.  What you just gave me.

7    Q.    Okay.  So you had conversations with the

8    lawyers prior to yesterday about your testimony

9    today?

10   A.    Yes.

11   Q.    Did you do any research on your own with

12   regard to Numbers 1 through 8 of the amended notice

13   of deposition?

14   A.    Any research?  No.

15   Q.    So you didn't check to see whether

16   Number 1, there were "any and all internal records

17   that refer or relate to Laura Loomer having sex

18   with Donald Trump"?

19              MS. BOLGER:  Object to the form.

20   Q.    You didn't do any research on that?

21   A.    I'm telling you the process, which is that

22   the show would have writers' meetings and

23   conversations about things that we are not aware

24   of, but what we are aware of are the internal

25   records that we get every week, which are the

Laura Loomer v.                FINAL                      May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

Page 112

1    written materials.

2    Q.    Wasn't it your duty, with regard to being

3    produced, to inquire with regard to the writers and

4    producers as to whether they had internal records?

5              MS. BOLGER:  Object to the form.

6         She's not a lawyer.  And she doesn't work

7         at Real Time.  She's here on behalf of HBO.

8              You can answer the question.

9    A.    Oh, you're asking about our internal

10   records?

11   Q.    Given the fact that you were designated

12   with regard to Number 1, wasn't it your

13   responsibility to check with others to see whether

14   they had records since you were being produced to

15   testify as --

16              (Simultaneous speakers.)

17              MR. KLAYMAN:  Let me finish.

18   Q.    What records exist at HBO?

19              MS. BOLGER:  She's not a lawyer.

20         She's testifying about --

21              (Simultaneous speakers.)

22              MS. BOLGER:  Yes.  You just asked

23         her what her duty was.  That's a legal

24         question.

25              MR. KLAYMAN:  That's not a legal

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 113

1          question.
2                    MS. BOLGER:  She just told you that
3          she is telling you what HBO's internal
4          records are.  She's telling you that.
5    Q.    Given that it was your -- given that you're
6    being produced to testify as to number 1 in the
7    Amended Notice of Deposition, weren't you then
8    charged with finding out --
9                    MS. BOLGER:  What?
10   Q.    -- as to whether there were any and all
11   internal records that refer, like, to Laura Loomer
12   having sex with Donald Trump at HBO?
13   A.    And I gave you the answer.  There are no
14   internal records.  The records that we have are the
15   written materials that are sent each week for the
16   show.  There would not be any records of this.
17   Q.    But you didn't check with anyone in that
18   regard, did you?
19   A.    Who would I check with?
20   Q.    The writers, the producers.
21                   MS. BOLGER:  So the witness has
22          told you that HBO has internal records that
23          are sent to --
24                   (Simultaneous speakers.)
25                   MR. KLAYMAN:  You're testifying

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                              Page 114
  1        again.
  2                MS. BOLGER:  You're not listening
  3        to her.
  4                MR. KLAYMAN:  All right.  Mark it
  5        for sanctions.  This is -- this is out of
  6        control.
  7                MS. BOLGER:  Something's out of
  8        control.
  9                MR. KLAYMAN:  Yeah, this is out of
 10        control.
 11   Q.    Answer the question, please.
 12                MR. KLAYMAN:  You can read it back.
 13                MS. BOLGER:  There's no question.
 14                MR. KLAYMAN:  Because you
 15        interrupted.  I'll ask it again.
 16   Q.    Given the fact that you're being produced
 17   as to number 1 here in the Amended Notice of
 18   Deposition, wasn't it your responsibility to find
 19   out whether there were any such records as
 20   requested in -- in number 1?
 21                MS. BOLGER:  At HBO.
 22   Q.    At HBO.
 23   A.    At HBO.  There were no records, because if
 24   there were, I would have them.
 25   Q.    But you didn't check with the writers and
```

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]               Nina Rosenstein

Page 115

1   producers, did you?

2   A.      They're not HBO.  They're -- that's the

3   show.  That's not HBO.  You're asking if I was in

4   charge of the content, and I said I was not.

5   Q.      So who -- who would know whether there were

6   internal records --

7               (Simultaneous speakers.)

8   A.      At HBO?  We would.

9   Q.      What are -- what are you calling the show?

10  A.      I'm calling the show Real Time, and they

11  have their own internal meetings that they have.  I

12  don't -- I don't get the notes from their meetings.

13  Q.      Well, Real Time is owned by HBO, correct?

14  A.      Yes.

15  Q.      Right.  So the show is HBO?

16              MS. BOLGER:  Object to the form.

17  Q.      Correct?

18  A.      The -- the show -- the show is a show that

19  is on HBO.  We -- it is produced by, you know, a --

20  a group of writers and producers that are employed

21  by HBO, ultimately.  We don't get -- I don't get

22  notes from writers' meetings.

23  Q.      So the simple question -- the simple answer

24  is, is that you never checked with those writers

25  and producers on the show with regard to number 1?

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

---

Page 116

1              MS. BOLGER:  Object to the form.

2         She's -- she's answered that question

3         several times.

4              MR. KLAYMAN:  No, she did not.

5              MS. BOLGER:  Yes -- yes, she has.

6              MR. KLAYMAN:  Well, I want it

7         specifically said.  Answer it.

8    A.    Have I checked with --

9    Q.    The writers and producers with regard to

10   number 1 in the Amended Notice of Deposition?

11             MS. BOLGER:  As it relates to HBO.

12   A.    As it relates to HBO.

13        We would not have those records.  If they

14   had those records, I wouldn't ask them about that.

15   Q.    You didn't ask them about that?

16   A.    I did not, no.

17   Q.    Same questions with regard to number 2,

18   "Any and all internal records that refer or relate

19   to Laura Loomer and her relationship with Donald

20   Trump."

21        You never inquired of the writers and

22   producers as to whether they had any such records,

23   correct?

24             MS. BOLGER:  This -- this is

25        directed to HBO.

---

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.           FINAL             May 7, 2025
Bill Maher        [CONFIDENTIAL]     Nina Rosenstein

```
                                              Page 117
 1                MR. KLAYMAN:  HBO owns the show.
 2         She testified to that.
 3    Q.    So answer the question.
 4    A.    Again, we don't get notes from writers,
 5    which means I did not ask for those notes.  Because
 6    we wouldn't --
 7    Q.    Number 3 --
 8    A.    -- we wouldn't keep them.
 9    Q.    "Any and all internal records with regard
10    to internal discussions at HBO concerning Laura
11    Loomer and allegations that she was defamed by Bill
12    Maher."
13         You never checked with the writers and
14    producers of the show to see whether such internal
15    records exist, correct?
16                MS. BOLGER:  Object to the form.
17         The question calls specifically for
18         discussions at HBO.
19                MR. KLAYMAN:  No, and HBO owns the
20         show.
21    Q.    Answer the question.
22                MS. BOLGER:  And don't answer the
23         question as it relates --
24                (Simultaneous speakers.)
25    A.    Not that I know of --
```

JANE ROSE REPORTING      National Court-Reporting Coverage
1-800-825-3341           janerose@janerosereporting.com

Laura Loomer v.                    FINAL                     May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 118

```
 1                  (Simultaneous speakers.)
 2                  MS. BOLGER:  Don't answer it as it
 3          relates to attorney-client communications.
 4                  THE WITNESS:  Okay.
 5      Q.    No, so you didn't inquire?  You did not
 6      inquire?
 7      A.    No.
 8      Q.    Four, "Any and all internal records that
 9      refer or relate to criticism and/or discipline by
10      HBO concerning Bill Maher's publication of the
11      following statement on the September 13th, 2024,
12      episode of Real Time or any other statement or
13      broadcast that refers and relates in any way to
14      Laura Loomer."
15           And then I'm not going to have to read it
16      again.  It's the portion of the show of
17      September 30th, 2024, which is alleged to be
18      defamatory.
19           You did not make any --
20                  (Simultaneous speakers.)
21      A.    I would not ask the show because those are
22      things that happen after the show.  The show would
23      not have those -- any sort of records like that.
24      So I would not ask them because they would not have
25      any.
```

Laura Loomer v.             FINAL                May 7, 2025
Bill Maher              [CONFIDENTIAL]         Nina Rosenstein

```
                                            Page 119
 1   Q.     But you don't know for a fact that the
 2   writers and producers, for instance, didn't
 3   communicate with each other about what happened on
 4   that show?
 5            MS. BOLGER:  Well, it says related
 6         to criticism or discipline by HBO.
 7            MR. KLAYMAN:  That's --
 8            MS. BOLGER:  And she knows that
 9         there was no criticism or discipline by
10         HBO.  Come on --
11            (Simultaneous speakers.)
12            MR. KLAYMAN:  You're testifying
13         again.  You're testifying again.  This
14         is -- this is so sanctionable.
15            (Simultaneous speakers.)
16            MR. KLAYMAN:  I'll tell you
17         something.  This is so -- I've never seen
18         this in 48 years of being a lawyer.  I've
19         never seen this kind of conduct to this
20         degree.  And I've seen a lot.
21   Q.     Answer the question, please.
22   A.     There was no criticism or discipline of
23   Bill Maher, so I would not ask that question.
24   Q.     But you don't know whether any such records
25   exist based upon whether the writers and producers
```

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 120

1    have them?

2    A.      They wouldn't have them, so I wouldn't ask

3    the question.

4    Q.      You're saying that there may not have been

5    comments about what Bill Maher said on the show

6    like, oh, my God, he said that on the show?

7    A.      You're asking about criticism or

8    discipline.  There was none, so why would they --

9    Q.      Because that would be the predicate of

10   discipline, correct?

11              MS. BOLGER:  Object to the form.

12        I -- I'm lost.

13              You can answer.

14              THE WITNESS:  I did answer.

15   A.    I wouldn't ask them because there wouldn't

16   be any.

17   Q.    You -- you -- but you don't know

18   whether writers and producers --

19              MS. BOLGER:  You're just arguing --

20              (Simultaneous speakers.)

21   Q.    Let's -- let's -- let's take this as a -- a

22   predicate.  Bill Maher claims he ad-libbed that

23   portion of the September 13th, '24 show, the one

24   that's quoted in number 4.

25              Now, you don't know, do you, because you

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                   May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 121

1    never asked, as to whether anyone that did the
2    formal writing or producing of that show for HBO
3    might have made criticism of what he said and put
4    it in writing, do you?
5              MS. BOLGER:  Object to the form.
6    Q.    Because you never asked?
7              MS. BOLGER:  I -- I'm lost.
8              But you can answer if you can find
9         your way through that.
10   A.    Do I know that if the writers were
11   communicating that Bill -- that were critical of
12   Bill?
13   Q.    Yes.
14   A.    I do not know that, and I did not ask.
15   Q.    Five, "Any and all internal records which
16   refer or relate to Donald Trump's relationship
17   sexual or otherwise with Melania Trump."
18        You don't know whether such internal
19   records exist with regard to writers and producers
20   on --
21   A.    No, but that would be even a question for
22   Bill Maher.  Did you ask him that?  Bill is part of
23   the show.
24   Q.    I did ask him that.  I'm asking you this
25   though.

Laura Loomer v.   FINAL   May 7, 2025
Bill Maher   [CONFIDENTIAL]  Nina Rosenstein

Page 122

1 A.  You did?

2 Q.  Yes.

3     MS. BOLGER:  You did not.

4 A.  I did not ask the writers.

5 Q.  Okay.

6 A.  But what I get -- again, I go by the

7 written materials I get.  There is no concerns

8 about talking about a public person.  I wouldn't

9 ask those kind of questions.

10 Q.  Six, "Any fact-checking procedures and

11 protocols used by HBO and/or Real Time with Bill

12 Maher"?

13     (Simultaneous speakers.)

14 Q.  You never specifically communicated with

15 the writers and producers on that show to see

16 whether or not they had protocols with regard to

17 what was going on in -- on that show on

18 September 13th?

19     MS. BOLGER:  Object to the form.

20    The witness testified in answer to that

21    item.

22 A.  The writers, if there are questions or

23 facts they needed checked -- I don't ask, for every

24 show, what facts they're checking, no.

25 Q.  And you didn't ask with regard to your

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]              Nina Rosenstein

                                                    Page 123
1   being designated to testify here today, correct?
2               MS. BOLGER:  The witness testified
3          as to what the fact-checking procedures and
4          protocols --
5               MR. KLAYMAN:  Did you get the
6          answer to that?  It was "no."
7               MS. BOLGER:  The witness testified
8          as to what the procedures were though --
9               MR. KLAYMAN:  Please don't
10          interrupt.
11               MS. BOLGER:  It --
12               MR. KLAYMAN:  You're just digging
13          yourself a bigger ditch.
14               MS. BOLGER:  I'm fine.  Thanks.
15               MR. KLAYMAN:  Yeah.  Well, you
16          can't help yourself, apparently.
17               MS. BOLGER:  Ask a question.
18   Q.     Seven, "The facts and circumstances around
19   any fact-checking done by HBO, Bill Maher, Real
20   Time with Bill Maher, or anyone acting on his
21   behalf, HBO, concerning Bill Maher's publication on
22   the following statement on the September 13th,
23   2024, episode of Real Time and the segment
24   concerning Ms. Loomer on September 20th, 2024."
25               And, again, it's the same alleged

JANE ROSE REPORTING            National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

Page 124

1  defamation that we set forth in the other

2  paragraphs of this amended notice of deposition.

3          You never made any inquiries

4  specifically -- did you -- with regard to the

5  writers and producers of Real Time?

6  A.     No, because, again, we know what they're

7  fact-checking.  I've told you what the process is.

8  Q.     Eight, "The facts and circumstances around

9  and/or which refer or relate to any of the

10  allegations of Ms. Loomer's complaint."

11         You never made any such inquiry with the

12  writers and producers --

13              MS. BOLGER:  I'm going to object --

14  Q.     -- of Real Time, did you?

15              MS. BOLGER:  I'm going to object to

16         that on the grounds that it could call for

17         attorney-client communications.

18              So don't answer any questions that

19         relate to attorney-client communications,

20         but you can otherwise answer.

21  A.     What are you asking me?

22  Q.     Just what it says here.

23  A.     The facts and circumstances --

24  Q.     Yeah.  You never made any such inquiry with

25  regard to the writers or the producers?

Laura Loomer v.          FINAL              May 7, 2025
Bill Maher              [CONFIDENTIAL]      Nina Rosenstein

```
                                            Page 125
 1   A.     To the -- no.
 2   Q.     Have you had any discussions -- let me back
 3   up because I don't remember.
 4          Who's the CEO of Real --
 5   A.     David Zaslav.
 6   Q.     -- of HBO?
 7          Have there been any discussions --
 8              (Reporter clarification.)
 9   Q.     Have there been any discussions by yourself
10   or anyone at HBO concerning that publication of
11   September 13th, 2024, meaning the alleged
12   defamatory statement?
13              MS. BOLGER:  Object to the form.
14              In general?
15              MR. KLAYMAN:  Yes, in general.
16              MS. BOLGER:  You can answer that
17          question as it relates to -- well,
18          actually, you can say the existence of
19          communications with lawyers is fine.
20              So, yes, you can answer that
21          question.  Sorry.  Had to work through
22          that.
23   A.     I spoke with other people in the company,
24   as I told you, the media relations people.
25   Q.     No.  My question was:  Have there been any
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                     Page 126
 1   discussions with regard to what occurred on that
 2   September 13, 2024, which gave rise to this
 3   litigation, with Mr. Zaslav?
 4   A.     I didn't --
 5              MS. BOLGER:  Objection.  That
 6        wasn't your question.
 7              (Reporter admonition.)
 8   A.     No.  There was no conversation with
 9   Mr. Zaslav.
10   Q.     By whom?
11              MS. BOLGER:  So object to the form.
12   A.     I -- I can't answer --
13   Q.     Is that answer --
14              MS. BOLGER:  Object to the form for
15        a second.  These questions about
16        conversations with Mr. Zaslav are outside
17        of the 30(b)(6) notice.  The witness has
18        not been prepped to answer those questions.
19              You can answer -- you can answer
20        the questions on your independent knowledge
21        of what you've talked to Mr. Zaslav about.
22   A.     Me personally?  No, not to my knowledge.  I
23   don't know what other conversations --
24   Q.     Are you aware of anyone else discussing
25   what occurred on that September 13th, 2024, show --
```

Laura Loomer v.                  FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]              Nina Rosenstein

```
                                                      Page 127

 1                    MS. BOLGER:  Same objection.

 2   Q.      -- with him?

 3                    MS. BOLGER:  Same objection.

 4   A.      I wouldn't have knowledge of that.

 5   Q.      Do you know whether or not he knows of this

 6   lawsuit?

 7                    MS. BOLGER:  Object to the form.

 8           Same objection.

 9   A.      You're asking me to assume something.  It's

10   been in the news, so I will assume he knows, but I

11   don't have personal knowledge.

12   Q.      Has any directive been issued by him or

13   anyone higher than yourself at HBO with regard to

14   how fact-checking should be done prior to a show

15   being aired?

16                    MS. BOLGER:  Object to the form.

17   A.      No.

18   Q.      Do you know whether Bill Maher has an

19   indemnification provision to HBO with regard to his

20   conduct on any Real Time show?

21                    MS. BOLGER:  Object to the form.

22           Outside of the scope of this notice.

23                    So you can answer it in your

24           individual capacity if you know.

25   A.      I don't know.
```

Laura Loomer v.   FINAL    May 7, 2025
Bill Maher    [CONFIDENTIAL]  Nina Rosenstein

Page 128

1 Q.  But you have reviewed his contract, though,
2 haven't you?
3 A.  I have not review -- I have not
4 specifically reviewed his contract, no.  That would
5 be part of our business affairs team.
6 Q.  Okay.  How would you have generally known
7 it was --
8 A.  Because I know, during the course of, you
9 know, that we negotiate contracts when we pick up
10 the show and renew it every year.  That's part of
11 the renewal process.
12    MS. BOLGER:  There's lunch outside,
13    and we've been going at an hour.  So if you
14    want to take a break soon, that would be
15    great, just to give us a chance to eat.
16    But --
17    MR. KLAYMAN:  All right.  That's
18    fine.  We can go eat.  We can go eat and
19    come back.  Okay.
20    THE VIDEOGRAPHER:  We're going off
21    the record at 12:11 p.m.  This marks the
22    end of media number 2.
23    (Whereupon, a recess was taken at
24    this time.)
25    THE VIDEOGRAPHER:  We're back on

Laura Loomer v.                    FINAL                      May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

                                                              Page 129

1          the record at 1:10 p.m.  This marks the
2          beginning of media 3.
3    BY MR. KLAYMAN:
4    Q.     Does HBO have any internal office or entity
5    which counsels talent on how to behave on air?
6               MS. BOLGER:  Object to the form.
7               You can answer.
8    A.     Like department?  No, no.
9    Q.     What is HBO's document retention policy?  I
10   take it you have one?
11              MS. BOLGER:  Just object to the
12          form.  As we've told you, she's not here to
13          testify as to document retention policies.
14          We will produce another witness to that
15          effect, but the witness can certainly
16          answer that question.
17   A.     Like, I mean, for this particular thing, we
18   were instructed to hold on to documents.  And I --
19   I know that our emails are kept for 180 days.
20   Those are the policies I know about.
21   Q.     When --
22   A.     I'm not an expert on document retention.
23   Q.     When, for this particular thing, were you
24   instructed to hold on to documents?
25   A.     I think very shortly -- I don't remember

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                   Page 130
 1   the exact date, but it was, you know, late
 2   September probably.
 3   Q.      There was a written communication to that
 4   effect?
 5   A.      I recall there was.  I don't remember
 6   exactly.  But, yes, I know we were instructed.
 7   I -- I --
 8   Q.      Do you have that?
 9               MS. BOLGER:  Object to the form.
10               You can answer.
11   Q.      Do you have the written communication?
12   A.      I don't think I have it.
13   Q.      You discarded it?
14               MS. BOLGER:  Object to the form.
15           She's not here to --
16   A.      No.  I wouldn't have discarded it.  I
17   think, you know, I complied with whatever documents
18   I did have, but the instructions would have been
19   deleted after 180 days.
20   Q.      But at that point, you didn't know what
21   documents Ms. Loomer was requesting of HBO,
22   correct?
23               MS. BOLGER:  Object to the form.
24               Again, the witness is not here as
25           an expert as to the document retention
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

                                                          Page 131

    1          policy, and she does -- this is only her
    2          own memory.  This is not what was --
    3                  (Simultaneous speakers.)
    4     A.     I'm talking about anything I had relating,
    5     which was nothing.
    6     Q.     You don't know with regard to anybody else?
    7     A.     No.  I would not have knowledge of that.
    8     The documents I had were the written materials from
    9     them.
   10     Q.     How are your records stored?
   11                  MS. BOLGER:  Again, she's not --
   12            she's not a witness who's going to have
   13            knowledge of this for HBO.  We're happy to
   14            produce another witness.
   15                  All that Ms. Rosenstein is doing
   16            here is her own memory, but it is not HBO's
   17            memory.
   18     A.     How are my documents stored?  If I have
   19     something I want to save, I put it into a file.
   20     Q.     You have a -- you have an HBO computer that
   21     you work off of that's provided to you by HBO?
   22     A.     Yes.
   23     Q.     What kind of computer is that?
   24     A.     It's a Mac.
   25     Q.     It's a laptop?

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]                Nina Rosenstein

```
                                                      Page 132
 1    A.      No.  It's a --

 2    Q.      Desktop?

 3    A.      Yeah.

 4    Q.      Do you also use a laptop?

 5    A.      Yes.

 6    Q.      Do you -- do you do HBO business off of

 7    your laptop?

 8    A.      Yes.  I have an HBO-supplied laptop.

 9    Q.      You didn't search that, did you?

10            MS. BOLGER:  Object to the form.

11            Again, the witness is not here to testify

12            as to how documents were searched.  And she

13            may not even know how documents were

14            searched, but she can answer the question.

15            MR. KLAYMAN:  Again, a speaking

16            objection, which is objectionable.

17            Go on.

18    A.      You're asking me how I saved documents?

19    Q.      No; whether you searched both of your

20    computers for documents?

21    A.      Oh, they're the same.  Whatever is on my

22    email on one is on the other.

23    Q.      So you have a desktop and a laptop?

24    A.      Correct.

25    Q.      Do all HBO employees have that?
```

JANE ROSE REPORTING            National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                 [CONFIDENTIAL]          Nina Rosenstein

Page 133

1   A.      No.

2   Q.      All HBO management, do they have that?

3   A.      I don't know.

4               MS. BOLGER:  Object to the form.

5               MR. KLAYMAN:  All right.  I have no

6           further questions at this time.  I'm going

7           to leave this deposition open.

8               Obviously, I didn't get certain

9           questions, witnesses weren't produced, so

10          I'm leaving it open.

11              MS. BOLGER:  So obviously we object

12          to remaining [sic] it open, but I have a

13          few questions for the witness just of

14          redirect.

15                      EXAMINATION

16  BY MS. BOLGER:

17  Q.      So you're here as a representative of HBO,

18  Inc., right?

19  A.      Correct.

20  Q.      That's who the notice is to, correct?

21  A.      Mm-hmm.

22  Q.      And you testified that HBO, Inc. receives

23  scripts of the scripted items for Real Time with

24  Bill Maher before the show airs, right?

25  A.      Yes.

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

Page 134

1              MR. KLAYMAN:  I'm going to object.

2         These are leading questions to your own

3         witness.

4    Q.    And those go to --

5              MR. KLAYMAN:  Move to strike.

6    Q.    Those go to the HBO programming department;

7    is that right?

8    A.    Yes.

9    Q.    Okay.  And they also go separately to the

10   legal department, correct?

11   A.    Yes.

12   Q.    And then you testified that the programing

13   and legal at HBO then sign off on the finished show

14   before it airs, correct?

15   A.    Yes.

16             MR. KLAYMAN:  Same objections --

17   Q.    You also testified that the show, Real Time

18   itself, maintains separate records, correct?

19   A.    Yes.

20   Q.    Okay.  And Mr. Klayman went through a whole

21   list of topics and asked you whether you had asked

22   the show for the records in response to the notice,

23   remember that?

24   A.    Yes, I do.

25   Q.    Okay.  And you testified that for those

Laura Loomer v.                   FINAL                        May 7, 2025
Bill Maher                   [CONFIDENTIAL]                Nina Rosenstein

Page 135

```
 1   topics that asked for internal records --
 2                  MR. KLAYMAN:  Same objection.
 3          Ongoing Objection.
 4   Q.      -- you didn't ask the writers and the
 5   producers of the show for their documents, right?
 6   A.      Yes.
 7   Q.      Why didn't you do that?
 8   A.      I didn't do it because I'm here
 9   representing HBO, Inc.  And when I'm reading these,
10   you know, numbered areas that I'm testifying about,
11   it says, "Any and all internal records."  So when I
12   read that, I interpret that -- I don't interpret,
13   that means at HBO.  And HBO records and Real Time
14   records are two separate things.  Those are
15   production materials that we would never have and
16   wouldn't be part of what I would be looking or
17   asking for.  I am here to talk about HBO, Inc.
18   Q.      Okay.  Who would the person be at the show
19   who would best be situated to know about what those
20   production materials are at the show?
21   A.      That -- that would be Dean Johnsen, who's
22   one of the EPs.
23   Q.      Okay.  Now, you at one point were asked who
24   the CEO of HBO was, and you answered David Zaslav
25   was the CEO of -- of Warner Bros. -- of WBD --
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                  [CONFIDENTIAL]              Nina Rosenstein

                                                        Page 136

1                    (Simultaneous speakers.)

2                    (Reporter admonition.)

3              THE WITNESS:   Sorry.

4    A.     I said David Zaslav is the CEO of WBD,

5    Warner Bros. Discovery.  And I think I was asked

6    who's the CEO of HBO, but that's Casey Bloys.

7    That's -- David Zaslav, that's his boss.  They're

8    two -- they're two CEOs of different companies.

9    Q.     Okay.  And when you were asked whether

10   there were any concerns about Loomer that were --

11   about -- talking about Laura Loomer in advance of

12   the September 20th episode, you said that you were

13   not.

14           Do you remember that?

15   A.     Yes.  Because I was speaking in terms of

16   anything other than legal, which I know I'm not

17   going to talk about.

18              MS. BOLGER:  Okay.  Those are all

19         my questions.

20              And, Mr. Klayman, I will just say

21         we will make Dean Johnsen available to you

22         or -- he -- he's -- he's the right witness,

23         as the witness testified, if you want to

24         talk to him about Real Time records.

25              FURTHER EXAMINATION

JANE ROSE REPORTING              National Court-Reporting Coverage
1-800-825-3341                   janerose@janerosereporting.com

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]            Nina Rosenstein

```
                                               Page 137
 1   BY MR. KLAYMAN:
 2   Q.     HBO owns the show, correct -- the Real Time
 3   show?
 4   A.     We own the IP in the show.
 5   Q.     You -- you testified previously that HBO
 6   owns Real Time?
 7   A.     I meant the IP.
 8   Q.     What do you mean by "IP"?
 9   A.     The intellectual property.  The -- the --
10   you know, I'm not responsible for the content, but
11   HBO owns the content of the show.
12   Q.     During the hour-long break that we had for
13   lunch, you discussed your testimony with your
14   counsel, correct?
15               MS. BOLGER:  Object to the form.
16          Don't answer that question.
17               MR. KLAYMAN:  I'm not asking the
18          substance.
19               MS. BOLGER:  Don't answer that
20          question.  It is the substance --
21               (Simultaneous speakers.)
22               MS. BOLGER:  Don't answer that
23          question.
24               MR. KLAYMAN:  Okay.  Certified.
25          Sanctionable.
```

Laura Loomer v.            FINAL              May 7, 2025
Bill Maher            [CONFIDENTIAL]          Nina Rosenstein

```
                                           Page 138
 1              Okay.  No further questions at this
 2         time.
 3              MS. BOLGER:  Okay.
 4              THE VIDEOGRAPHER:  Are we all set?
 5              MS. BOLGER:  Yes.
 6              THE VIDEOGRAPHER:  This concludes
 7         the testimony of Nina Rosenstein.  We're
 8         going off the record at 1:19 p.m.  This
 9         also concludes Media 3.
10              (Time Noted:  1:19 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                    [CONFIDENTIAL]              Nina Rosenstein

```
                                                       Page 139
   1                       I N D E X

   2

   3    WITNESS              EXAMINATION BY               PAGE

   4

   5     Nina Rosenstein  Mr. Klayman.......................10, 136

   6                       Ms. Bolger.........................133

   7

   8

   9                          EXHIBITS

  10

  11    EXHIBIT NO.            DESCRIPTION                 PAGE

  12        1         Amended Notice of Deposition.............10

  13        2         Amended Complaint.........................86

  14

  15

  16                          RULINGS

  17    QUESTIONING ATTORNEY                   PAGE     LINE

  18

  19     Mr. Klayman...................................45        6

  20                                            65        7

  21                                            88       16

  22                                            90        1

  23                                            91        1

  24                                           113       13

  25                                           137       11
```

JANE ROSE REPORTING            National Court-Reporting Coverage
1-800-825-3341                 janerose@janerosereporting.com

Laura Loomer v.                    FINAL                    May 7, 2025
Bill Maher                   [CONFIDENTIAL]               Nina Rosenstein

```
                                                    Page 140

 1              C E R T I F I C A T E

 2

 3           I, TENEJA SOLTAU, hereby certify that

 4    the Examination of NINA ROSENSTEIN was held before

 5    me on the 7th day of May, 2025; that said witness

 6    was duly sworn before the commencement of her

 7    testimony; that the testimony was taken

 8    stenographically by myself and then transcribed by

 9    myself; that the party was represented by counsel

10    as appears herein; that the within transcript is a

11    true record of the Examination of said witness;

12           That I am not connected by blood or

13    marriage with any of the parties; that I am not

14    interested directly or indirectly in the outcome

15    of this matter; that I am not in the employ of any

16    of the counsel.

17

18

19           IN WITNESS WHEREOF, I have hereunto set

20    my hand this _____ day of _____ , 20__.

21

22           _____

23                     TENEJA SOLTAU

24

25
```

Laura Loomer v.                    FINAL                  May 7, 2025
Bill Maher                    [CONFIDENTIAL]           Nina Rosenstein

```
                                                    Page 141
  1    INSTRUCTIONS FOR ERRATA

  2

  3

  4    NOTARY PUBLIC SIGNATURE

  5    Not required unless agreed upon by counsel

  6    that notary public signature is required.

  7

  8

  9

 10    Please return a copy of the signed errata within

 11    30 days of receipt, unless otherwise agreed upon

 12    by counsel.  Once we receive one signed errata, we

 13    will distribute an electronic copy to all parties.

 14

 15

 16    RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL TO:

 17         FAX: 1-800-825-9055

 18         EMAIL: janerose@janerosereporting.com

 19

 20         Jane Rose Reporting

 21         Administrative Offices

 22         PO Box 542

 23         Luck, WI  54853

 24

 25
```

Laura Loomer v.                    FINAL                 May 7, 2025
Bill Maher                    [CONFIDENTIAL]            Nina Rosenstein

```
                                                    Page 142

    1              ACKNOWLEDGMENT OF THE DEPONENT

    2

    3

    4       I, Nina Rosenstein, do hereby certify that

    5   I have read the foregoing pages and that the same

    6   is a correct transcription of the answers given

    7   by me to the questions therein propounded, except

    8   for the corrections or changes in form or substance,

    9   if any, noted in the attached Errata Sheet.

   10

   11       _____    _____

   12      (DATE)    Nina Rosenstein

   13

   14

   15            Signed and subscribed to before me this

   16            _____ day of _____, 2025.

   17

   18            _____

   19               Notary Public

   20

   21

   22

   23

   24

   25
```

Laura Loomer v.                FINAL                    May 7, 2025
Bill Maher                [CONFIDENTIAL]              Nina Rosenstein

```
                                                    Page 143
   1    PAGE        LINE     CHANGE              REASON
   2    _____ / _____/ _____ / _____
   3    _____ / _____/ _____ / _____
   4    _____ / _____/ _____ / _____
   5    _____ / _____/ _____ / _____
   6    _____ / _____/ _____ / _____
   7    _____ / _____/ _____ / _____
   8    _____ / _____/ _____ / _____
   9    _____ / _____/ _____ / _____
  10    _____ / _____/ _____ / _____
  11    _____ / _____/ _____ / _____
  12    _____ / _____/ _____ / _____
  13    _____ / _____/ _____ / _____
  14    _____ / _____/ _____ / _____
  15    _____ / _____/ _____ / _____
  16    _____ / _____/ _____ / _____
  17    _____ / _____/ _____ / _____
  18    _____ / _____/ _____ / _____
  19    _____ / _____/ _____ / _____
  20    _____ / _____/ _____ / _____
  21    _____ / _____/ _____ / _____
  22    _____ / _____/ _____ / _____
  23    _____ / _____/ _____ / _____
  24    _____ / _____/ _____ / _____
  25    _____ / _____/ _____ / _____
```

Laura Loomer v.
Bill Maher

FINAL
[CONFIDENTIAL]

May 7, 2025
Nina Rosenstein

Page 144

**A**

ABC 20:11,12,13 21:4
able 5:4
absolutely 74:24
ACKNOWLEDGMENT
  142:1
ActBlue 106:7
acting 85:20 123:20
actionable 75:8
actual 25:18 70:3
ad 25:22 26:4 31:3,13
  32:5,6 49:3,3,11
  50:7 51:9,18
addition 41:15 60:9
  106:18
Administrative 141:21
admonition 29:1
  65:21 80:4 126:7
  136:2
advance 26:8 136:11
advertised 101:19
advised 110:15,20
ad-libbed 50:15
  120:22
ad-libbing 30:18
affairs 128:5
affect 50:18 76:9
  80:20
ago 14:4 50:21 76:11
  80:23 110:22
agree 5:18 73:25
  97:23
agreed 4:22 97:14
  141:5,11
agreement 4:6,15 5:2
  5:6,23 73:21
ahead 15:10
air 44:12 101:7 129:5
aired 35:6,9 36:23
  48:22 49:20,20 51:2
  51:9,19 52:9,22,25
  52:25 53:15,15
  62:25 76:5,18 101:5
  127:15
airs 49:24 50:6 64:4
  133:24 134:14
Alexandra 2:16 3:25
allegation 23:19
allegations 24:3 77:18
  86:22 89:19 117:11
  124:10
alleged 5:14 44:6
  118:17 123:25
  125:11
allegedly 23:3 47:9
allow 58:19
allowed 15:3,5,7 28:6

61:25 65:16
amended 10:16,17
  60:10 61:7 86:22,24
  86:25 89:19 110:6
  111:12 113:7 114:17
  116:10 124:2 139:12
  139:13
Americas 2:12 3:10
amount 99:20,23
Amy 43:14
and/or 85:4 86:21
  89:18 118:9 122:11
  124:9
Angeles 16:25 42:13
  42:16 43:17,19,23
animal 104:17
answer 12:12,20
  14:20 15:19 16:13
  20:3 21:6,12,15
  22:11 23:12,15,24
  25:6 28:15 30:12,23
  31:10,20,25 32:3
  33:1,14,22,23 35:23
  35:25 36:25 37:12
  37:13,23 38:14,20
  39:4,13,23 40:2,3,4
  40:20 41:20 43:22
  45:1,4,9,17,25 46:4
  47:5,21 48:2,4 50:24
  51:11,21 52:5,11,13
  52:18 53:5,18 56:25
  58:5,17,21 59:6,9
  60:13,22 62:17 63:8
  64:14,16 65:4 66:20
  66:24 69:7,12,23,25
  70:18 71:16,23
  76:15,22 78:8 79:18
  79:24 80:6,9 81:1
  82:7,18 88:19 89:4
  90:15,20 91:16,21
  98:4,12,25 99:16
  100:3,18 101:16,23
  102:8,13,13 103:5
  103:12,25 104:1,2
  104:10,16 105:6,13
  105:16 106:4 107:11
  109:20,23,23,24
  110:21 112:8 113:13
  114:11 115:23 116:7
  117:3,21,22 118:2
  119:21 120:13,14
  121:8 122:20 123:6
  124:18,20 125:16,20
  126:12,13,18,19,19
  127:23 129:7,16
  130:10 132:14
  137:16,19,22

answered 15:13 29:3
  29:9 32:25 33:13
  39:22 53:3 64:23
  69:21 79:22 80:2
  82:17 106:17 110:11
  110:13 116:2 135:24
answering 39:12
  75:16 81:17 89:12
  89:24 91:19
answers 46:25 82:15
  142:6
anti 101:20
anybody 38:8 131:6
anyway 38:17
apart 39:18
apology 75:2
apparently 123:16
appear 44:5 45:22
appearances 100:10
appeared 38:1
appears 84:5 140:10
approvals 34:23
approved 108:11
April 4:20 67:7,22 68:9
  92:20,24 93:3 94:11
APs 77:10
archive 101:4
area 15:15 61:6 63:22
  63:24
areas 57:12 110:5
  135:10
argue 73:19 105:1
arguing 120:19
arranged 50:18 76:8
  80:20
arrogant 67:13 79:12
article 71:2 102:2
asked 32:25 33:13
  39:16,21 44:11,12
  45:13 53:3 60:2 66:5
  66:6 68:1 69:20
  73:13 76:25 83:10
  86:15 88:6 93:21
  106:17 111:3 112:22
  121:1,6 134:21,21
  135:1,23 136:5,9
asking 29:16 36:19,20
  44:21 45:22,22
  61:23 63:9,12 64:3
  64:13,15,19 66:13
  75:12 78:19 83:12
  83:16 87:3 91:7
  98:15 106:19 109:7
  109:25 110:20 112:9
  115:3 120:7 121:24
  124:21 127:9 132:18
  135:17 137:17

asks 64:5
aspect 26:7
aspects 8:16
assets 97:11
assigned 7:13,23
assistant 14:10,15
  15:11,11,13,13
assume 127:9,10
attached 142:9
attacked 7:17
attend 85:8
attorney 2:4 45:15
  59:7 139:17
attorneys 2:11 69:5
  110:19
attorney-client 45:16
  46:3,6,9 51:12 52:17
  58:18 79:20 88:21
  89:6 98:24 109:21
  118:3 124:17,19
available 136:21
Avenue 2:12,21 3:10
aware 44:10,14,15,23
  45:20 46:12,22 50:9
  50:14 54:17,19,22
  55:5,9,11 57:24
  58:12,22 59:16,18
  61:11,12,17 62:2,5,6
  63:10,12,14 77:20
  77:25 81:7 82:20
  85:3,15 86:2 91:2
  98:18 99:7,12,19,20
  99:24 101:19,24
  102:2 103:1 106:14
  107:12,14,17,18
  108:12,19 109:3,25
  111:23,24 126:24
a.m 3:8 9:24 10:3
  57:15,20

**B**

back 10:2 17:21 21:9
  26:17 37:8 46:14
  50:8,10 52:1 57:19
  60:25 62:14 63:1
  66:7 68:11 114:12
  125:2 128:19,25
background 13:2,3
  15:4,8
balanced 105:22
bankrupt 8:12 92:7
baptized 94:18
based 16:18 35:23
  46:1 74:8 119:25
basic 29:16
basically 50:21 76:12
  80:23

Beeker 77:7
beginning 18:1,2 19:4
  57:21 129:2
begins 3:4
behalf 4:2 80:8 85:21
  112:7 123:21
behave 129:5
behest 36:2
beliefs 104:3,5,8
believe 63:2 74:11
  93:17
Bernard 15:20
bespoke 6:16
best 42:25 108:15
  135:19
Bethlehem 13:12,13
  13:14
better 29:11,11,14
  47:5
bias 105:20
biases 105:8
Biden 106:24
bigger 123:13
biggest 56:8
Bill 1:8 3:6 11:18 18:9
  18:22,22 19:2,5 20:1
  22:7,13,25 24:2
  25:15 28:5,7 30:16
  32:18 33:8 35:8 37:4
  37:5 38:23 41:12,13
  41:15,18,22,23
  45:23 46:20 47:14
  47:17,22,24 49:3
  50:9,11 53:20 56:6
  57:24 58:8 61:18
  63:2 74:20,20 77:19
  80:13 81:5,7 82:21
  84:25 85:5,11,19,20
  85:21 90:13 92:8
  97:16,20 99:2,12
  100:14 101:12 103:1
  105:21,21,21 107:6
  107:14 108:4,5,6,7
  108:12,19,22 109:6
  117:11 118:10
  119:23 120:5,22
  121:11,12,22,22
  122:11 123:19,20,21
  127:18 133:24
Billy 43:15
Bill's 19:6,7 25:16
  41:12,24
biology 13:16
birth 58:7
blanket 6:5
blink 72:18
block 65:24

blood 140:12
Bloys 12:1,6 136:6
Bob 43:1,10
Boca 2:6
bogus 89:8
Bolger 2:15 3:23,23
  4:18 6:13 7:15,18
  8:1,7,23 9:2,9,17
  10:20 12:11,19
  14:16,24 15:5,18
  16:11 17:4 19:12
  20:2 21:5,11,14,23
  22:9,17 23:5,16,24
  24:13 25:4,23 26:21
  27:3,9,14,20 28:2,10
  28:13,19 29:2,8,19
  29:22 30:2,6,10,13
  30:20 31:5,8,14,17
  31:25 32:3,8,14,24
  33:12,19 34:10,20
  35:1,7,19 36:5,10,15
  36:25 37:11,20 38:3
  38:6,12,19 39:2,7,11
  39:21 40:3,18 41:7
  41:17,19 42:7 43:3,7
  43:21 44:16,24 45:4
  45:9,13,24 46:24
  47:3,20 48:1,23
  49:13 50:3 51:3,10
  51:16,21 52:4,10,13
  53:2,16 54:3 55:8
  56:10,23,25 57:7,10
  57:13 58:2,14,25
  59:4,14,17,23 60:3
  60:12,20 61:3 62:3
  62:16 63:5,18,23
  64:2,12 65:3,11,18
  66:1,6,11,24 67:15
  67:21 68:8,25 69:11
  69:21 70:2,7,10,12
  70:18 71:16,20 72:4
  72:10,16,21,25 73:4
  73:10,17,19 74:4,22
  75:3,6,9,16,19 76:21
  77:22,24 78:1,6,12
  78:22 79:4,11,13,15
  79:18,24 80:5 81:9
  81:14,17,23 82:2,6
  82:11,19 83:1,19,22
  83:25 84:14 86:4,7
  86:10 87:11,13 88:6
  88:12,19,24 89:5,12
  89:21,24 90:4,15
  91:4,7,10,15,19 92:2
  92:14 93:2,7,19,24
  94:1,3,5,8,11,14,18
  94:25 95:5,10,14,16

95:23 96:19,23 97:8
  97:13,18,22 98:2,12
  98:22 99:14 100:1
  100:16 101:14,21
  102:1,7,20,24 103:3
  103:10,16,22 104:6
  104:9,13,15,22
  105:10,15 106:4,11
  106:16,22 107:9,16
  107:20,25 108:3,21
  109:2,5,16,19
  110:11,13,17,21
  111:19 112:5,19,22
  113:2,9,21 114:2,7
  114:13,21 115:16
  116:1,5,11,24
  117:16,22 118:2
  119:5,8 120:11,19
  121:5,7 122:3,19
  123:2,7,11,14,17
  124:13,15 125:13,16
  126:5,11,14 127:1,3
  127:7,16,21 128:12
  129:6,11 130:9,14
  130:23 131:11
  132:10 133:4,11,16
  136:18 137:15,19,22
  138:3,5 139:6
boss 11:23 15:20 33:6
  40:10 136:7
boss's 15:22 16:20
  18:6
bottom 70:5
Box 1:10 141:22
break 47:7 57:2,8,11
  128:14 137:12
Brian 43:13
briefly 13:1
bring 65:23
broad 5:10,11
broadcast 25:3 47:9
  55:5,12 56:16,22
  62:22 80:16 118:13
broadcasts 58:1
Bros 12:25 135:25
  136:5
brought 95:10
brown 56:17,17
budgeting 17:20
business 4:14 14:9
  28:8 128:5 132:6
Buttigieug 106:8
B-E-E-K-E-R 77:7
B-L-O-Y-S 12:3,6
B-U-T-T-I-G-I-E-U-G
  106:10

**C**
C 2:1 3:1 140:1,1
call 26:16 79:4 124:16
called 13:9 16:17 18:4
  20:19 21:2 63:7
  106:7
calling 46:2 115:9,10
calls 51:12 66:25
  88:21 117:17
cancer 13:22
candidates 107:21
capable 5:12
capacity 14:18 91:11
  91:20 98:5 106:20
  127:24
career 16:15
carrier 97:20
Carter 18:24
case 1:13 5:13,20 6:6
  6:9,22,23 8:17 57:24
  58:6 61:25 70:16
  72:24 73:2,2 84:10
  99:4 101:13 103:24
Casey 12:1 136:6
categories 59:21
  88:17
Catholic 94:23 95:3,11
cause 6:9
causes 104:18
caution 53:20 54:1
CBS 18:15,16
cell 63:15 64:25 65:1
  66:10,22 67:1 70:6,8
  70:9,15 90:24
center 54:24
Central 18:9 20:13,14
  20:20,21
CEO 12:25 125:4
  135:24,25 136:4,6
CEOs 136:8
certain 11:8 46:20
  133:8
certainly 52:5 63:23
  105:19 129:15
certificate 58:7
certified 89:9 137:24
certify 45:19 52:19
  65:22 88:23 90:1,7
  91:9 140:3 142:4
certifying 88:25 89:3
CFO 15:12,21
challenging 58:8
chance 128:15
change 40:7 41:2
  143:1
changes 142:8
channel 17:18 107:25

charge 25:2 34:13
  40:16 59:10 115:4
charged 113:8
Chasman 15:22
check 111:15 112:13
  113:17,19 114:25
checked 115:24 116:8
  117:13 122:23
checking 122:24
chosen 59:2
circle 55:3
circumstances 85:18
  86:2,20 89:17
  123:18 124:8,23
City 68:18
claimed 50:9,14
claiming 8:21
claims 120:22
clarification 12:5
  13:25 79:23 106:9
  125:8
clarify 27:7 29:10
clear 19:5 60:8 67:15
cleared 48:22 51:16
client 6:24 7:2 8:13,19
  8:20 46:21 47:10,18
  74:5,21 84:6,9
clients 6:20
close 50:19 76:9
  80:21
colleague 3:25
college 13:4
come 40:1 55:14
  86:13 96:14 110:3
  119:10 128:19
comedians 16:6 24:24
comedy 16:5 18:8
  20:13,14,19,19,21
  26:17 54:11,12
comes 49:7 85:9
  105:19 108:17
commencement
  140:6
commentary 71:14
comments 4:25 120:5
commercial 5:20
communicate 43:24
  44:3 64:25 119:3
communicated 90:22
  122:14
communicating
  121:11
communication 46:3
  46:7,9 71:22 79:20
  98:14 130:3,11
communications
  45:14 46:1 51:13

58:19 78:4 80:7
  88:22 90:23 98:16
  98:24 109:22 118:3
  124:17,19 125:19
companies 136:8
company 11:21 15:12
  16:17 17:11 18:8
  20:6,16,18,21,23
  21:1 40:13 104:25
  125:23
compel 73:17
complain 39:1 92:9
  96:12
complained 39:19
complaint 50:16 78:24
  86:22,24 87:1,7,10
  89:19 124:10 139:13
complex 5:19 73:1
complied 130:17
complying 4:10
compounded 5:16
computer 131:20,23
computers 132:20
concept 19:22
concern 47:17 53:24
  56:2 64:1 98:9
concerned 6:22
concerning 46:20
  77:18 80:13 85:21
  85:23 90:8 95:21
  97:4 108:25 117:10
  118:10 123:21,24
  125:10
concerns 54:14,15
  122:7 136:10
concludes 138:6,9
conclusion 61:24
  68:15
conduct 119:19
  127:20
confidence 59:7
confidences 36:17
confidential 1:24 4:7
  5:25 6:2 8:10 75:14
confidentiality 4:9,22
  4:25 5:3 7:7 72:5,16
  73:12,21,25 75:15
  97:24
confusing 20:25
connected 140:12
consequence 47:25
consideration 59:19
considerations 60:16
considered 45:21
  54:12 59:11 60:9
consistent 107:24
contacted 45:3

**contacting** 38:9 39:1
**content** 25:2,13 34:19 37:10 40:16 41:5,10 41:16 42:5,20 44:1 44:22 45:11 46:6 48:8 49:11 108:10 115:4 137:10,11
**contents** 44:20 45:14
**continue** 65:24
**contract** 81:15 99:13 99:19,25 128:1,4
**contracted** 81:25 107:6
**contracts** 128:9
**contribution** 103:8 106:15
**contributions** 96:13 103:2,14,15 104:17 104:19,21 105:25 106:2,6 107:1
**control** 114:6,8,10
**convenient** 66:19
**conversation** 25:25 26:13,15 38:2 44:22 61:22 126:8
**conversations** 35:24 36:7,21 44:18 62:19 111:7,23 126:16,23
**copy** 1:24 141:10,13 141:16
**corporate** 59:3
**correct** 4:15,16 8:4 26:4 32:7,11,12 35:15 40:21 41:2,3,6 43:18 49:12,18 50:1 51:2 52:3 54:16 56:1 56:3,5,11 58:24 60:19 65:6,10 78:21 79:17 89:20 99:10 103:2 107:19 115:13 115:17 116:23 117:15 120:10 123:1 130:22 132:24 133:19,20 134:10,14 134:18 137:2,14 142:6
**corrections** 142:8
**cost** 6:8 8:14 96:11
**costly** 52:2
**costs** 69:5 92:10,16 96:13
**couched** 96:5
**counsel** 2:19 3:17 4:1 6:7 137:14 140:9,16 141:5,12
**counsels** 129:5
**counsel's** 62:7

**couple** 17:16
**course** 11:15 64:17 99:11 128:8
**court** 1:1 2:24 3:14,19 4:23 6:4,11 7:6,10 10:4 62:7 65:24 75:22
**Court's** 4:11 61:24 67:10
**coverage** 97:21
**covered** 45:18
**crazy** 55:1
**critical** 121:11
**criticism** 80:12 82:8 83:4,4,11 118:9 119:6,9,22 120:7 121:3
**criticized** 81:5
**current** 27:4 101:6
**C-H-A-S-M-A-N** 15:24

**D**

**D** 3:1 139:1
**damage** 5:17
**Daniel** 48:15,18
**Danny** 43:12
**date** 3:7 42:21,22 44:4 93:13 130:1 142:12
**dated** 67:7
**dates** 20:9 100:6,9,13
**David** 12:18,21 125:5 135:24 136:4,7
**Davidovitch** 2:19 4:2 87:19 88:5
**Davis** 2:10 3:9,24 87:25 88:2 96:17 101:11 102:4,5
**day** 43:23 93:8 140:5 140:20 142:16
**days** 4:7,14 99:3 129:19 130:19 141:11
**deal** 82:21,24
**dealing** 25:2 42:5
**deals** 5:14 28:8
**Dean** 42:15 135:21 136:21
**decide** 5:25 29:25 30:5 31:12 32:5 67:9 67:9,10 93:13 104:14
**decision** 41:25 73:23
**decisions** 35:20 40:11 41:16 42:19 73:8,8 105:3
**defamation** 24:9 74:21 97:15,16,21 124:1

**defamatory** 5:15 96:1 118:18 125:12
**defame** 8:20
**defamed** 24:4 47:9 77:19 117:11
**defaming** 23:3
**defendants** 1:11 2:11 4:3
**defense** 6:6
**define** 25:12
**deflect** 99:9
**deformation** 62:1
**degree** 119:20
**delay** 6:9
**deleted** 130:19
**denied** 62:7
**department** 16:5 34:13 35:4 40:9,11 44:19 71:9 77:11 83:17 101:18 129:8 134:6,10
**departments** 11:14
**DEPONENT** 142:1
**deposed** 75:20
**deposition** 1:16 3:5,8 4:7,9 8:2,24 9:10 10:15,16,18 23:22 29:15 30:3 50:11,15 59:12 60:11,18 61:7 68:1 74:9 84:4 88:18 99:3,9 105:18 109:13 110:6 111:13 113:7 114:18 116:10 124:2 133:7 139:12
**depositions** 8:15 68:7
**DESCRIPTION** 139:11
**designate** 67:4,16 68:9
**designated** 90:5,18 91:5,17 97:10 110:7 112:11 123:1
**designed** 23:9
**desk** 26:16,24 48:25 55:20
**desktop** 132:2,23
**determine** 27:22
**develop** 11:10 19:20 24:22 33:2,3 34:15
**developed** 18:23 19:2
**development** 19:16,17 19:18 24:19 32:21
**devices** 65:13 66:15 66:21
**difference** 40:7
**different** 24:24 68:10 88:17 92:23 136:8
**digging** 123:12

**directed** 116:25
**direction** 47:8
**directive** 127:12
**directly** 140:14
**director** 19:15,17 24:15 32:21
**directs** 41:13
**disagree** 9:2,3
**disagreement** 9:6
**discarded** 130:13,16
**discipline** 80:12 82:9 83:11 118:9 119:6,9 119:22 120:8,10
**disciplined** 47:15 81:5
**disclose** 74:8
**disclosing** 46:5
**Discovery** 12:25 136:5
**discreet** 4:13
**discretion** 41:18
**discuss** 47:10 53:21 88:17 89:17
**discussed** 38:9 107:8 110:25 137:13
**discussing** 126:24
**discussion** 9:25 26:25 28:14
**discussions** 25:20 47:13 62:14 77:17 98:17,19 117:10,18 125:2,7,9 126:1
**disgusting** 74:21 75:5
**dismiss** 62:8
**dispute** 6:3
**disrespectful** 23:23 79:9 98:11
**disseminate** 8:5,9 11:13
**distance** 92:1
**distribute** 7:1 141:13
**distribution** 6:21
**District** 1:1,1 6:15
**ditch** 123:13
**division** 1:2 18:5
**doctor** 13:17
**document** 6:12 67:5,6 72:19 129:9,13,22 130:25
**documents** 4:17,21 5:4,24 6:20,20 7:1,3 7:5 8:6 73:5,22 74:2 74:12 76:1,2 90:9,12 92:11 95:22 97:5 111:4,5 129:18,24 130:17,21 131:8,18 132:12,13,18,20 135:5
**dog** 50:23 76:13 80:25

**Dohme** 13:24 14:2,4
**doing** 11:20 72:24 74:4 76:19 108:12 131:15
**Donald** 58:6,8 61:10 61:15,19 64:7,22 69:10 75:25 76:10 84:17 103:8 106:24 107:19 108:20 111:18 113:12 116:19 121:16
**donations** 104:17
**Downtown** 18:4 20:4 21:2,17
**draft** 55:18
**drafts** 55:19
**duly** 10:7 140:6
**duties** 11:6,16 12:9 14:14,25 16:3 17:14 24:20,22 32:22 34:7 34:13 40:6 41:2
**duty** 38:16 112:2,23
**D-A-V-I-D-O-V-I-T-C-H** 88:9

**E**

**E** 2:1,1 3:1,1 10:6,6 139:1 140:1,1
**easier** 43:5
**Eastern** 49:23
**easy** 68:13
**eat** 128:15,18,18
**edit** 35:17 37:8 38:2
**edited** 5:12 36:24 37:17 38:10
**editing** 36:1,9
**editorial** 27:1 49:1 50:20 55:19,20 76:11 80:22
**edits** 37:10
**educated** 94:19
**educational** 13:2,3
**effect** 63:2,3 82:25 98:17 101:20 102:3 129:15 130:4
**eight** 86:20 92:21 124:8
**either** 56:4
**election** 50:18 76:9 80:20
**elections** 103:9
**electronic** 141:13
**elements** 26:6 35:2,2 48:24
**elicit** 23:9 59:21
**email** 59:24 67:7,23 94:6 132:22 141:16

141:18
emails 5:8 62:15
  129:19
employ 140:15
employed 20:4 115:20
employee 20:8
employees 82:23 98:6
  107:2,6 132:25
employment 81:8,10
  81:13,18,21 82:20
  82:21,23
ended 23:1
endless 6:11
entered 4:23
entertainment 14:9
entire 49:2 84:12
entity 24:6 38:23
  129:4
episode 80:15 85:23
  118:12 123:23
  136:12
EPs 135:22
errata 141:1,10,12
  142:9
Esquire 1:20 2:8,15,16
essentially 5:14
established 96:3
ethical 64:11
event 72:7
evidence 67:1
EVP 11:3,4
exact 99:23 130:1
exactly 33:15 130:6
Examination 10:10
  133:15 136:25 139:3
  140:4,11
examined 10:8
example 37:5
examples 56:7
exchange 5:8
excuse 35:10
exec 16:4
executive 11:5 34:6
  40:5,8,24,25 59:10
Exhibit 10:15,17 59:13
  61:8 86:24,25
  139:11
exhibits 109:13 139:9
exist 62:10 78:10
  83:25 112:18 117:15
  119:25 121:19
existence 125:18
exists 63:3
exorcism 95:6 96:24
exorcist 93:10 94:16
  94:20
Exorcist's 92:13

expense 91:25
expensive 8:16,16
expert 129:22 130:25
explain 44:5,13 45:7
  104:22
expressed 56:2
eye 72:18

―――――――― F ――――――――

F 140:1
fact 7:2 36:8,14 68:21
  72:8 74:7 92:7 95:25
  105:20 112:11
  114:16 119:1
facts 85:18 86:15,20
  89:17 122:23,24
  123:18 124:8,23
fact-checked 85:12
fact-checking 84:23
  85:3,7,19 86:3
  122:10 123:3,19
  124:7 127:14
fair 105:22
fairly 8:12
faith 74:10 94:23 95:4
  95:11
Falcon 71:11
fall 38:17
false 96:1,4 101:22
  102:1,7,15
family 109:1
family's 104:17
fancy 6:16
far 8:11
FAX 141:16,17
fear 56:8
February 4:19
fed 50:4
feed 108:4,5,6,7,8
feeding 82:14
fees 69:5
Fifth 2:21
fight 74:14,15 94:20
figure 20:24 100:24
figures 47:22
file 81:8,10,13,16
  131:19
filed 24:8 81:19
files 81:21 82:20,21
  82:23 83:17 90:23
  91:3
film 18:14
final 1:24 41:22
find 8:20 68:19 114:18
  121:8
finding 113:8
fine 86:11 123:14

125:19 128:18
finish 19:14 57:6
  112:17
finished 134:13
fired 16:10,15 101:2
firm 1:21 7:14 84:13
  102:4
first 10:7 15:20 26:14
  32:20 55:18,22 61:6
  92:14
five 77:12 84:16
  121:15
fix 37:8
Florida 1:1 2:6 6:15
follow 7:14 32:1,2
  108:22
following 28:1 53:24
  69:18 80:14 85:22
  118:11 123:22
follows 10:9
foregoing 142:5
form 12:11,19 20:2
  21:5,11,14 22:17
  23:5 24:13 25:4,24
  27:15 32:14,24
  33:12,19 34:10,20
  35:1,7,20 37:11
  38:19 39:2,7 40:18
  41:7,17,19 42:7
  43:21 44:17 46:24
  47:3,20 48:1,23
  49:14 50:3 51:3,10
  52:4,10 53:2 54:3
  55:8 56:10,23 58:2
  58:15,25 59:4,14
  62:16 63:5,18 65:3
  65:11 70:7,12 76:21
  81:9,14 87:11 89:21
  98:2 103:3,10,17
  106:16 107:9,16,20
  108:21 109:5 110:17
  111:19 112:5 115:16
  116:1 117:16 120:11
  121:5 122:19 125:13
  126:11,14 127:7,16
  127:21 129:6,12
  130:9,14,23 132:10
  133:4 137:15 142:8
formal 121:2
format 26:10 30:19
former 11:23
forth 5:7 62:14 63:1
  124:1
forward 35:13 40:12
  40:22 61:25
forwarded 94:5
foundation 27:19

29:17 64:24 91:14
  91:23
foundational 65:17,19
four 39:22 110:23
  118:8
frame 22:6 52:3
Frankly 5:11
front 74:16
fuck 98:20
fucking 50:21 76:12
  80:24
full 87:7
fundamentally 73:23
fundraises 7:2
further 47:10 50:10
  133:6 136:25 138:1
F-A-L-C-O-N 71:13

―――――――― G ――――――――

G 3:1
Geller 18:6 34:12
general 125:14,15
generally 37:12 128:6
Gerrie 16:21
getting 21:9 57:12
  62:24
give 4:24 60:13 67:17
  72:21 97:22 128:15
given 59:19 103:1,7
  112:11 113:5,5
  114:16 142:6
giving 102:9,22
go 6:4 9:13,20 11:11
  13:7 15:10 17:20
  19:23 26:9,17,24
  27:1 33:4 37:8 43:9
  52:1 55:15 61:25
  66:7 71:23 73:14
  85:12 89:16 110:12
  122:6 128:18,18
  132:17 134:4,6,9
god 92:2 103:22 120:6
goes 105:23
going 4:6 5:3 7:5,9,19
  8:5,9 9:23 10:14
  14:12,16,20,22,24
  17:4 21:22 22:11
  23:12,24 25:3,14,22
  27:3 35:19 44:16
  45:24 47:4 52:15,18
  57:1,15 58:19 60:20
  61:3 62:14 63:1
  67:10,11 68:2,23
  71:22 72:2,4,10 73:4
  73:11 75:3,6,9,12
  78:1 79:9 85:25 91:2
  92:20 93:3,5 99:2

102:20,24 103:18
  105:7,15 109:19
  118:15 122:17
  124:13,15 128:13,20
  131:12 133:6 134:1
  136:17 138:8
good 3:3 6:23 9:21
  14:12 27:24,25
  74:10 75:21 94:22
graduate 13:18
grandstanded 74:6
grandstanding 74:19
great 19:1 57:13 88:13
  91:25 92:4,5,6
  128:15
grew 13:8
Griffiths 42:9 43:11
gross 97:11
grounds 89:5,8
  124:16
group 1:21 2:3 3:21
  42:18 48:14 115:20
groupie 55:3
guard 7:14,24 96:15
guess 21:23,24,25
  22:11 25:7 33:21
  70:24 83:14
guest 26:13
guests 38:24
guidelines 52:24 53:9
  53:11,13
Gunn 43:11
guys 9:19
G-E-L-L-E-R 18:6
G-E-R-R-I-E 16:21
G-R-I-F-F-I-T-H-S
  42:11 43:11
G-U-N-N 43:11

―――――――― H ――――――――

HA 20:19,20
half 17:12,13
hand 140:20
handful 37:2
handle 68:6 108:10
handled 85:6
handles 48:13 77:1
happen 84:1 118:22
happened 24:11 28:9
  36:20 38:21 69:1
  93:9 94:14 119:3
happening 85:15
happens 106:17
happy 68:11 72:18
  131:13
harass 96:10
harassing 96:22

Laura Loomer v.
Bill Maher

FINAL
[CONFIDENTIAL]

May 7, 2025
Nina Rosenstein

Page 148

**harmed** 8:13
**harmless** 15:9
**Harris** 103:2 106:25
**hate** 56:16
**hatemonger** 56:9
**HBO** 2:19 4:1,8 8:20
 10:15 11:2,7 14:19
 17:21,22,25 18:4,5,8
 20:4,8,14,18,25 21:2
 21:2,2,17,18 22:4,24
 23:10 24:3,9 25:3
 28:8 32:10,21 37:16
 38:9 39:1 44:18
 45:20 47:8,15,17
 51:18 52:21,24 54:9
 54:15 62:13 63:4
 64:14,19 65:1 66:10
 66:13,15,23 74:20
 76:1,6,19 77:17
 79:17 80:8,13 81:11
 81:21,22 82:1,9
 84:24 85:4,19,21
 90:3,14 91:2 92:8
 97:12,16,20,25
 99:13,21,25 101:4
 101:12 103:7 106:14
 107:2,5,23,24
 108:16 112:7,18
 113:12,22 114:21,22
 114:23 115:2,3,8,13
 115:15,19,21 116:11
 116:12,25 117:1,10
 117:18,19 118:10
 119:6,10 121:2
 122:11 123:19,21
 125:6,10 127:13,19
 129:4 130:21 131:13
 131:20,21 132:6,25
 133:2,17,22 134:6
 134:13 135:9,13,13
 135:17,24 136:6
 137:2,5,11
**HBO's** 47:24 78:14
 79:19,25 80:1 113:3
 129:9 131:16
**HBO-supplied** 132:8
**head** 12:15 40:9 41:24
 71:6 77:11 92:13
**heart** 42:24
**held** 9:25 140:4
**help** 11:14 25:17
 123:16
**hereunto** 140:19
**Hey** 23:16 95:7
**high** 13:5,7,9
**higher** 127:13
**highest** 11:22

**Hills** 13:9
**hiring** 101:11
**history** 81:19
**hold** 129:18,24
**Hollywood** 71:3 102:3
**Holmes** 43:14
**HOME** 1:10
**honestly** 20:8
**hope** 5:21
**hosts** 54:13
**hour** 57:1 128:13
**hours** 5:5 51:2,19
 56:22 88:16
**hour-long** 137:12
**House** 99:3
**HR** 83:17
**human** 82:24
**hypothetical** 66:25
**H-O-L-M-E-S** 43:14

**I**

**identification** 10:19
 87:1
**identified** 109:13
**identify** 3:17 24:22
 33:2 34:14
**imagine** 66:16,18,19
**immediate** 15:16
**immigrants** 56:8
**incorrect** 18:10,12,18
 20:1,10 21:13,17
 22:8,16,21 23:4 26:3
 27:6,9,13,16 28:4,13
 28:21 30:16 31:7,16
 32:6 58:1 61:5
**incredibly** 65:25
**indemnification**
 127:19
**independent** 99:17
 126:20
**indicating** 87:16,22
**indirectly** 140:14
**individual** 14:18 17:6
 63:20 64:18 91:10
 91:20 98:5 100:19
 104:7,10 106:20
 127:24
**influence** 40:16
**information** 11:14
 36:15 65:14 72:22
 85:13 97:14,23
**Initial** 16:17
**initially** 18:22
**inquire** 112:3 118:5,6
**inquired** 116:21
**inquiries** 124:3
**inquiry** 124:11,24

**inside** 40:13
**instance** 39:15,19
 52:7,20 85:15 119:2
**instruct** 35:22 44:17
 45:24
**instructed** 89:4
 102:14 129:18,24
 130:6
**instructing** 80:5
**instruction** 36:11
 44:24 59:15,17
 98:22
**instructions** 130:18
 141:1
**insult** 78:25
**insulting** 79:2
**insurance** 97:20
**intellectual** 137:9
**intend** 6:25
**intentionally** 6:19
**inter** 19:12
**interact** 77:13
**interested** 24:23
 140:14
**interim** 4:11
**internal** 47:13 61:8,14
 62:15 64:5,21 69:8
 75:23 77:16,17
 80:11 82:8 84:16
 86:14 98:17,19
 111:16,24 112:4,9
 113:3,11,14,22
 115:6,11 116:18
 117:9,10,14 118:8
 121:15,18 129:4
 135:1,11
**interpret** 135:12,12
**interrupt** 19:13 26:22
 27:4 28:12 29:15
 123:10
**interrupted** 114:15
**interrupting** 43:7
**intimidate** 96:10,16
**investigation** 76:6,19
**involve** 80:7
**involved** 19:24 25:13
 25:18,20 30:24 78:4
**in-house** 2:19 4:1 18:7
**IP** 137:4,7,8
**irrelevant** 16:12 30:22
 31:9,19 58:4,16
 103:11 106:18
**issue** 27:10,11 53:7
**issued** 66:23 93:16
 127:12
**issues** 23:3 48:4
 109:9

**item** 122:21
**items** 133:23

**J**

**Jacobsmeyer** 43:13
**Jane** 1:25 2:20 3:15
 141:20
**janerose@janerose...**
 141:18
**Jaroch** 43:12
**Jason** 77:8,10
**Jay** 43:12
**jerk** 96:10
**Jersey** 13:8
**Jessica** 2:19 4:1 9:20
 87:19
**Jesuit** 94:16
**job** 14:9 15:11 17:23
 18:3,21 19:18 21:10
 21:16,17 24:11,18
 29:11 33:2 38:18
 56:9 105:19
**jobs** 29:14
**Joe** 106:24
**Johnsen** 42:15 135:21
 136:21
**join** 17:25
**joined** 20:17
**joke** 56:19 61:21 81:6
**jokes** 95:7
**Jonathan** 2:25 3:13
**judge** 67:11 73:7,9,15
 73:20,22 74:16
**Julia** 15:22
**junior** 16:4
**J-A-C-O-B-S-M-E-Y-...**
 43:14
**J-A-R-O-C-H** 43:12
**J-O-H-N-S-E-N** 42:15

**K**

**Kamala** 103:2 106:25
**Kate** 87:12,13,24
**Katherine** 2:15 3:23
**keep** 4:6,12 5:24
 83:17 90:22 101:4,6
 117:8
**keeps** 81:11 101:5
**kept** 120:19
**kind** 18:7 19:5 66:21
 119:19 122:9 131:23
**Klayman** 1:20,21 2:3,8
 3:20,20,21 4:16 5:7
 7:9,12,15,16,18,22
 8:3,8,25 9:7,11,14
 9:20,21 10:11 14:21
 15:3,7 21:24 22:5,14

23:17,18,21 25:8,12
 26:23 27:8,12,18,24
 28:2,6,11,17,19,23
 29:7,12,20,24 30:4,8
 31:21 32:1 33:24
 36:4,8,14,19 39:12
 44:11,21 45:18 46:8
 46:13 52:19 57:5,8
 57:11,22,23 59:24
 60:4,25 63:22,25
 64:2,9,12 65:16,22
 66:4,7 67:3,8,19,24
 68:5,8,14,25 69:4,23
 71:18 72:2,6,13,23
 73:1,6,16,18 74:3,18
 74:24 75:2,5,8,11,18
 75:21 78:16,22 79:2
 79:8,12,14,21 80:2
 81:15,25 82:4,10,13
 83:7,21,23 84:2,8
 86:9,23 87:2 88:8,10
 88:13,23 89:3,7,11
 90:1,7,18 91:6,9,13
 91:18,22 92:4,25
 93:1,5,12,15,21,25
 94:2,4,7,10,13,15,21
 95:2,6,7,12,15,18,23
 95:24 96:8,21 97:2
 102:9,18,22 103:20
 104:5,8 105:8,13,17
 106:10 112:17,25
 113:25 114:4,9,12
 114:14 116:4,6
 117:1,19 119:7,12
 119:16 123:5,9,12
 123:15 125:15
 128:17 129:3 132:15
 133:5 134:1,5,16,20
 135:2 136:20 137:1
 137:17,24 139:5,19
**know** 5:23 6:1 8:25
 12:14 18:17 19:3,7,9
 19:19,21 20:6 24:24
 25:14 27:24 33:7
 34:22 35:3,23,25
 38:21 39:5,6,25 46:1
 50:22 52:7,20 53:13
 54:18 55:4,24 56:8
 63:3,15 65:13 66:15
 66:21 67:2,12 68:2
 70:5,8 72:8 73:16
 76:13 77:9 78:11,16
 78:22,23 80:24
 81:20 85:14 88:22
 90:21,21 91:25 92:6
 92:15,17 93:10
 94:15 96:9 98:4

Laura Loomer v.
Bill Maher

FINAL
[CONFIDENTIAL]

May 7, 2025
Nina Rosenstein

Page 149

100:18 101:10
103:13 105:22,24
106:24,25 108:23
109:8,18 115:5,19
117:25 119:1,24
120:17,25 121:10,14
121:18 124:6 126:23
127:5,18,24,25
128:8,9 129:19,20
130:1,6,17,20 131:6
132:13 133:3 135:10
135:19 136:16
137:10
**knowingly** 96:1
**knowledge** 28:7 48:6
60:7,18 69:8 76:18
77:2,3 78:14,20
79:16,19,25 80:1,10
81:3 86:18 90:11
97:7 99:17 108:16
126:20,22 127:4,11
131:7,13
**known** 128:6
**knows** 60:2 64:15,20
66:1,2 88:8 119:8
127:5,10

**L**

**landed** 17:21
**laptop** 131:25 132:4,7
132:8,23
**large** 92:8
**largely** 102:7
**Larry** 1:20 2:8 3:20 4:5
44:10
**late** 11:9 54:5,10,12
54:12 130:1
**launch** 11:14 19:8
34:16
**Laura** 1:3 3:6,22 46:21
47:10,18 50:17,25
53:21 54:5,19 55:2,4
55:24 56:14 61:9,15
64:6,22 69:9 70:17
75:24 76:7,8,15
77:18 80:17,19 81:2
86:15 100:15 111:17
113:11 116:19
117:10 118:14
136:11
**law** 1:21 2:3 3:21
84:12 102:4
**lawsuit** 40:23 58:10
58:13 70:23 71:1
105:4 127:6
**lawsuits** 24:8
**lawyer** 36:17 60:3,6

71:21,24 77:11
87:19 88:2 89:1
103:24 112:6,19
119:18
**lawyers** 35:21,24 36:2
36:21 45:2,21 46:2
70:24 78:4 80:8
111:8 125:19
**lay** 29:17 64:24
**laying** 27:18 91:13,18
91:22
**Lead** 1:20
**leading** 25:9 134:2
**learn** 16:16
**learned** 16:19 17:17
17:19
**leave** 16:9 133:7
**leaving** 133:10
**left** 16:9
**legal** 34:22 35:4,6
44:18 48:3,4,7,11,13
48:22,24 49:2,8,10
49:10 50:7 51:1,4,8
52:7 53:6 56:21
60:14 61:24 69:16
71:6,18,22 101:17
112:23,25 134:10,13
136:16
**legaling** 52:16
**legally** 53:7 58:4,16
95:13
**legals** 34:25
**Lehigh** 13:10
**letter** 45:8,21
**let's** 9:9,9 40:22 50:8
61:6 89:16 110:12
120:21,21,21
**level** 19:18 24:15
**Lexi** 87:20
**Lexi's** 87:21
**liar** 9:4,5,8 96:24
**lib** 25:22 26:5 31:4,13
32:5,6 50:7 51:9,19
**library** 101:8
**libs** 49:3,4,11
**license** 8:20
**life** 84:12
**lifted** 4:10
**liked** 102:4
**limited** 78:17 79:5
**line** 6:18 70:5 100:1
139:17 143:1
**list** 82:3 134:21
**listed** 61:7
**listening** 114:2
**listing** 95:3
**literally** 18:19 97:8

**litigation** 6:8 28:22
74:6 97:15,17 126:3
**little** 26:3
**live** 35:8,11 39:8
**lived** 17:9
**lives** 42:15
**LLP** 2:10
**located** 42:12
**log** 72:3,7 75:13
**London** 16:18
**long** 11:20 14:3 15:25
17:10 19:25 21:8
22:22 33:10 34:21
49:19 50:23 70:19
76:14 80:25 88:15
91:25 98:13
**look** 23:19 61:6 90:24
92:14
**looking** 40:1 135:16
**looks** 50:19 76:10
80:22
**Loomer** 1:3 3:6,22
28:9 44:4 46:21
47:10,18 50:25
53:21 54:5,19 55:2,4
55:24 56:14 61:9,15
64:6,22 69:9 70:17
71:3 74:7 75:24 76:7
76:8,16 77:18 80:17
80:19 81:2 85:24
86:16 90:13 92:6
96:11 98:9,21
100:15 111:17
113:11 116:19
117:11 118:14
123:24 130:21
136:10,11
**Loomer's** 50:17 86:22
89:19 124:10
**Los** 16:25 42:13,16
43:17,19,23
**lost** 103:24 120:12
121:7
**lot** 17:8 54:5,6,12
100:5 107:15,18
119:20
**love** 72:8,13,14
**lower** 19:18
**Luck** 141:23
**Luhrsen** 48:16,19
**lunch** 128:12 137:13
**L-U-H-R-S-E-N** 48:20
**L.A** 17:8 49:6

**M**

**M** 2:15
**Mac** 131:24

**Maher** 1:8 3:6 11:18
18:22 20:1 22:7,13
23:23 24:3 25:15
28:5,7 30:16 32:18
33:8 35:8 38:23
41:12,15 45:23
46:20 47:14,17,22
47:24 50:9 53:21
56:6 57:25 74:20
77:19 81:8 82:22
84:25 85:5,19,20
90:13 92:8 97:16
99:2 100:14 101:12
103:1 105:21 107:6
107:14 108:4,5,6
109:6 117:12 119:23
120:5,22 121:22
122:12 123:19,20
127:18 133:24
**Maher's** 4:12 23:22
49:3 50:11 74:9
80:13 85:21 97:20
99:12 105:21,21
108:7,20 118:10
123:21
**MAIL** 141:16
**maintain** 11:15
**maintaining** 33:7
**maintains** 134:18
**major** 13:15
**majored** 13:16
**making** 27:25 28:16
40:11 42:19 81:6
106:14
**Malcolm** 16:20
**man** 12:7
**management** 133:2
**March** 4:19,20
**Mark** 114:4
**marked** 10:14,18
86:24 87:1
**marketing** 11:13 19:8
105:24
**marks** 57:16,20
128:21 129:1
**marriage** 140:13
**Martin** 43:15
**materials** 48:10 55:14
61:20 69:14,15
70:20 76:3 84:22
112:1 113:15 122:7
131:8 135:15,20
**Matt** 43:11
**matter** 3:6 15:2 110:25
140:15
**matters** 67:18
**Matti** 43:15

**mean** 5:19 18:16 26:1
34:25 41:12 54:25
70:13 78:10 84:3
129:17 137:8
**meaning** 125:11
**means** 117:5 135:13
**meant** 137:7
**media** 3:4 57:16,21
125:24 128:22 129:2
138:9
**meet** 18:11,12 87:9
88:15
**meeting** 86:13,14
101:1
**meetings** 76:24 85:8
85:10 86:17 111:22
115:11,12,22
**Melania** 50:23 76:14
81:1 84:18 108:25
121:17
**memorialize** 4:5
**memorize** 109:8
**memory** 131:2,16,17
**mentioned** 100:15,21
**Merck** 13:24 14:1,3
**mess** 52:3
**messages** 63:1,17
64:4 90:25
**met** 18:9,24
**microphone** 9:16,17
9:18
**Middle** 1:1 6:15
**mind** 103:20,23 105:9
**minimal** 104:19
**minimum** 69:5
**minutes** 57:3
**misread** 86:8
**misstates** 69:11
**mistake** 37:4
**Mm-hmm** 133:21
**Monday** 4:20 55:18
69:19
**money** 8:11 74:7
99:20,24 100:7
**monologue** 26:3,12
48:25
**months** 84:10
**morning** 3:3 69:19
**Morris** 13:9
**mother** 13:16
**motion** 6:11 62:7
91:23
**move** 4:8,8 43:5 67:3
134:5
**moved** 15:14,21 16:2
16:16 20:12,13
21:18 22:10 32:10

32:18
moving 40:12
muffled 9:16
music 16:7
M-A-R-T-I-N 43:16
M-A-T-T-I 43:15

**N**

N 2:1 3:1 10:6,6,6,6
139:1
name 10:12 15:22
16:20 18:6 43:12
71:11 77:8,9 79:1
87:21 93:19
named 15:20 34:12
48:16
names 42:24 43:2
48:17 77:7 87:17
Nancy 18:6 34:12
national 100:25
nationally 8:21
near 92:7
need 5:6 15:8 31:21
56:8 67:25
needed 95:6 96:23
122:23
needs 104:2
negotiate 128:9
Nemet-Nejat 48:15,18
net 97:11
network 17:21 20:19
never 8:4,8 16:15,25
17:3,9 60:5 68:11
84:11 115:24 116:21
117:13 119:17,19
121:1,6 122:14
124:3,11,24 135:15
new 1:19,19 2:13,13
2:22,22 3:10,11,15
3:16 10:8 13:8 16:19
16:22 17:11 27:1
34:4 48:25 55:2,20
68:18
news 100:25 127:10
newsworthy 101:3
night 11:9 48:15 54:5
54:11,12,13 62:11
69:17
Nina 1:17 3:5 10:13
14:17 60:23 64:15
94:9 105:1 138:7
139:5 140:4 142:4
142:12
nine 42:23 90:2
Nobody's 9:7
non-litigation 74:12
normally 55:1

**O**

notary 10:7 141:4,6
142:19
noted 138:10 142:9
notes 62:12 115:12,22
117:4,5
notice 10:16,18 23:6
23:14 30:22 31:9,18
37:22 53:4,17 59:12
60:10 61:7 68:1 84:3
88:18 93:16 99:15
100:2,17 110:5,6
111:12 113:7 114:17
116:10 124:2 126:17
127:22 133:20
134:22 139:12
number 3:4 64:4 75:23
77:16,24 80:18
95:21 97:4 111:16
112:12 113:6 114:17
114:20 115:25
116:10,17 117:7
120:24 128:22
numbered 135:10
Numbers 111:12
nut 54:24
N-E-M-E-T-dash-N-...
48:19

**O**

O 3:1 10:6
oath 102:16,17,17,19
object 12:11,19 14:17
15:9 16:11,12 17:5
20:2 21:5,11,14
22:17 24:13 25:4,23
27:15 30:20 32:14
32:24 33:12,19
34:10,20 35:1,7,19
37:11,21 38:19 39:2
39:7 40:18 41:7,17
41:19 42:7 43:21
44:16 46:24 47:3,20
48:1,23 49:13,13
50:3 51:3,10 52:4,10
53:2,16 54:3 55:8
56:10,23 58:2,14,25
59:4,14 60:20 61:3
62:3,16 63:5 65:3,11
70:7,10 72:23 76:21
78:1 81:9,14 86:7
87:11 89:21 98:2
103:3,10,16 106:16
107:9,16,20 108:21
109:5,19 110:17
111:19 112:5 115:16
116:1 117:16 120:11
121:5 122:19 124:13

**P**

124:15 125:13
126:11,14 127:7,16
127:21 129:6,11
130:9,14,23 132:10
133:4,11 134:1
137:15
objecting 15:6
objection 15:18 23:5
25:23 26:21 31:17
32:8 38:6,12 39:21
59:23 60:12 63:18
98:8 126:5 127:1,3,8
132:16 135:2,3
objectionable 67:13
68:6 132:16
objections 28:16
31:22 64:10 82:14
105:18 134:16
obstruct 29:15
obvious 68:15
obviously 7:16 14:17
81:23 98:23 101:7
101:14 133:8,11
OCALA 1:2
occurred 126:1,25
occurs 107:24
offend 94:22
offensive 95:12
offhand 77:9 109:11
office 1:10 16:19
18:19 129:4
offices 3:9 7:20
141:21
official 20:8
oh 26:6 53:10 77:23
87:22 92:2 103:22
112:9 120:6 132:21
okay 9:1,2,20 10:4
11:6 13:1,13,18
16:22 17:10,22 21:8
23:2 25:10 26:7
27:14 29:14,19
31:12,22 32:9,17
33:24 34:7,24 35:10
35:13 41:4 42:14
43:24 45:19 49:17
50:14 51:24 56:16
57:10,14 65:6,8
66:22 72:25 86:6
88:2,5 89:16 91:6
94:22,23 96:8 111:7
118:4 122:5 128:6
128:19 134:9,20,25
135:18,23 136:9,18
137:24 138:1,3
once 11:12 35:4 36:22
43:2 48:11 141:12

ones 45:2 56:17
108:23
one's 68:12
Ongoing 135:3
open 133:7,10,12
opinion 41:13 51:8
96:2
opportunities 100:6
opportunity 102:23
opposed 96:1
orally 53:14
orangutan 58:9
order 4:11 6:5,14,18
7:6,10 73:13 97:24
ordered 72:17 74:1
organization 106:7
original 18:18
originally 20:12
Oschack 43:1,10
outcome 140:14
outline 62:21
outlined 69:15
outset 26:2
outside 23:6,13 30:21
31:8,18 37:21,21
38:13 53:3,17 57:24
58:3,13,15 83:1,19
98:3 99:14,17,24
100:2,16 101:15
103:4,11,17 104:4
106:18 107:10
126:16 127:22
128:12
overburden 6:10
overly 5:10
oversaw 11:23 16:7
16:19 17:16 24:24
41:10
oversee 11:8,12,17
19:8 33:5,5
oversight 108:8,13
overtime 49:7
owned 20:14 21:2
115:13
owns 117:1,19 137:2
137:6,11
O-S-H-A-C-K 43:10

**P**

P 2:1,1 3:1
page 110:9 139:3,11
139:17 143:1
pages 142:5
paid 92:10,16 99:21
Palmetto 2:5
pandemic 35:12
panel 26:15,18,25

paragraphs 124:2
parcel 82:4
parents 58:9
Park 2:5
part 23:7 26:14 42:2,4
51:4 54:23 61:22
74:5 76:24,25 82:4
85:10 92:8 93:4
109:17,23 121:22
128:5,10 135:16
particular 19:25 21:10
22:15 33:11 41:5
48:15 51:18 83:2
91:24 129:17,23
parties 104:20 140:13
141:13
partner 19:2
parts 4:13
party 140:9
passed 34:22,24
pay 8:15 65:6
Pennsylvania 13:10
people 20:22 29:6
54:6 55:2 56:17
68:20 74:19 81:21
83:18 101:1,2
106:25 107:7 109:10
125:23,24
peoples 63:15 64:3
people's 64:16 70:6
103:13
period 23:2 35:16 38:4
Perloff-Giles 2:16
3:25
person 11:12 33:6
54:24 59:20 60:17
68:17 74:18 93:18
95:19 103:5 122:8
135:18
personal 6:7 7:8 81:18
103:13 108:7,20
109:4,14 127:11
personally 66:14
90:24 104:1 107:7
108:13,15 126:22
persons 59:11 60:9
perspective 5:9
Pete 106:8
Pharmaceuticals
13:24
Philadelphia 13:11
phone 15:13 64:25
65:1 66:13,14 67:1
70:6,8,9,15 90:2
phones 63:16 64:16
66:3,8,10,10,17,22
pick 128:9

Case 5:24-cv-00625-JSM-PRL    Document 150-4    Filed 11/10/25    Page 152 of 156
PageID 4049

Laura Loomer v.
Bill Maher

FINAL
[CONFIDENTIAL]

May 7, 2025
Nina Rosenstein

Page 151

picked 71:4
pictures 11:10 19:19
piece 26:16,17,24
  48:25 55:20 71:5,15
pieces 27:2 30:25,25
pile 103:24
pilot 19:22
pilots 11:11 33:4
  34:15
place 37:16 49:19
  62:11 99:4
plaintiff 1:4 2:4 3:12
  3:22 8:12
Plaintiffs 6:9
Plaintiff's 10:15,17
  86:25 90:9 97:5
play 42:2,4 99:2
  101:10
played 44:8 101:11
please 3:17,18 10:5
  10:12 25:7,8 28:11
  29:14 30:12 46:14
  48:17 55:17 60:25
  64:9,10 72:19 82:18
  114:11 119:21 123:9
  141:10
pled 61:25
plural 93:25 94:2
PO 141:22
point 11:12 25:1 32:9
  35:11,13 57:12 84:3
  130:20 135:23
pointing 37:7
policies 31:2 37:16
  90:2 97:25 98:6
  129:13,20
policy 107:2,5 129:9
  131:1
political 103:2,8,15
  104:3,20 109:9
Politically 18:10,11,18
  20:1,10 21:13,16
  22:8,16,21 23:4 26:2
  27:6,9,13,16 28:3,13
  28:20 30:16 31:7,16
  32:6 58:1
politicians 107:22
Popham 2:25 3:13
portion 52:8,21
  118:16 120:23
portions 35:17 36:24
  62:20
position 11:2,22 19:11
  19:15 20:1 32:17
  33:11 34:4 36:3
  44:13 47:24 74:13
  87:23

positions 87:18
possible 60:18
possibly 9:13 37:4
  105:1
practice 6:12 81:20
practices 90:3
predicate 120:9,22
prep 23:8
prepared 82:7
prepped 126:18
prerecorded 35:14
  36:23
prerecording 35:18
  37:18
present 2:18 40:13
presentations 30:17
presented 31:24 34:19
  53:14 54:18 78:17
  87:10
president 11:5 12:14
  24:16,17,19,21
  33:16 34:4,6,9 38:5
  40:6,8,8,24,25
press 19:8 71:9
presumes 68:23
pretty 55:1 94:19
prevention 104:18
previously 110:24
  137:5
prior 47:1 48:10 62:21
  97:15 111:8 127:14
privilege 45:16 52:17
  72:3,7 75:13 89:6
privileged 35:21 36:3
  70:19 98:14
probably 11:24 14:5
  14:13 18:24 21:20
  22:25 32:16,20,21
  40:11 49:22 104:19
  108:22 130:2
procedures 84:23
  85:4 122:10 123:3,8
proceed 9:9 17:7
process 111:21 124:7
  128:11
produce 4:21 5:3,24
  7:5 11:11 33:4 68:19
  68:20 72:3 73:5,22
  74:2 75:13 90:10,13
  92:11,20,22 97:6,14
  129:14 131:14
produced 16:20 18:8
  18:9,18 20:10,16
  21:4 35:4 76:3 93:13
  110:16 112:3,14
  113:6 114:16 115:19
  133:9

producer 18:25 38:22
  42:9
producers 17:19
  41:24 43:25 65:10
  66:3 85:11 112:4
  113:20 115:1,20,25
  116:9,22 117:14
  119:2,25 120:18
  121:19 122:15 124:5
  124:12,25 135:5
producing 4:17 17:17
  18:25 20:7 42:2,4
  92:5 93:23 94:9
  121:2
production 11:15
  16:16,17,19 17:17
  17:20 18:7 19:23,24
  20:4,16,21,23 21:1
  33:8 72:19 135:15
  135:20
productions 18:5
  20:22 21:3,18
professionally 13:21
proffer 105:5
programing 12:16
  24:19 69:16 134:12
programming 11:3,8
  12:15 15:14,22 16:4
  24:23 33:2 48:12,16
  49:8 134:6
projects 11:10 34:15
  34:17
promise 7:3 74:8
promoted 21:19 24:15
  32:20 33:16 34:8
property 137:9
proposed 5:10
propounded 142:7
protect 6:19 96:16
protected 45:15
protection 73:13
protective 6:5,14,18
protects 7:6
protocols 84:24 85:4
  122:11,16 123:4
prove 58:8
provide 65:8 85:12
provided 66:14 131:21
provision 127:19
public 6:25 10:7 13:9
  47:22 100:24 105:11
  122:8 141:4,6
  142:19
publication 80:13
  85:21 118:10 123:21
  125:10
publications 98:9

publicly 7:1,3
purpose 74:12
pursuant 59:12 90:9
  97:5
purview 11:16 38:18
put 18:23 19:20 44:12
  88:10 108:10 121:3
  131:19
P.A 2:3 3:21
p.m 49:25 128:21
  129:1 138:8,10

Q

qualifications 27:19
  27:21 29:18,23
qualified 14:22 15:1
question 14:20 16:12
  16:14 19:14 21:9
  22:2,12,15 23:9,13
  23:15,25 25:6,9,11
  27:5 29:9 30:12,14
  30:14,15,23 32:4
  33:23,23 36:1 37:1
  37:13 39:12,13 40:4
  40:4 41:9 45:5,10,17
  45:25 46:4 47:4,5,6
  47:21 48:2 51:11
  52:14 58:15,17 59:6
  60:14,21,22 62:17
  62:23 63:6 64:3,13
  64:17,23 65:19
  66:25 69:2,20,22,24
  70:3,19 71:17,23
  74:23 75:4,7,10
  76:17 78:8 79:13,15
  79:19,25 80:3,6 82:5
  82:19 84:15 85:2
  88:20 89:13,15,25
  90:16,20 91:16 92:3
  95:14,16,17 96:7,20
  96:20,22 98:13
  99:16 101:16,17,23
  102:21,25 103:25
  104:1,11 105:6,14
  105:16 109:2 110:14
  112:8,24 113:1
  114:11,13 115:23
  116:2 117:3,17,21
  117:23 119:21,23
  120:3 121:21 123:17
  125:17,21,25 126:6
  129:16 132:14
  137:16,20,23
questioning 100:2
  139:17
questions 15:6,9 25:9
  28:16 29:10,17

35:23 40:2 63:13
  65:17 75:17 91:8
  104:3 116:17 122:9
  122:22 124:18
  126:15,18,20 133:6
  133:9,13 134:2
  136:19 138:1 142:7
quickly 9:13 15:14
quite 39:18 93:10
quoted 120:24

R

R 2:1 3:1 10:6 140:1
Raina 71:11
raise 67:25 74:7
raised 67:21 98:8
raising 8:11,14
rarely 37:9
Raton 2:6
read 26:3 46:13,15
  51:19 56:11,13
  59:25 60:25 61:1
  76:7 80:18 84:25
  86:5,5,9,11 114:12
  118:15 135:12 142:5
reading 56:12 135:9
Ready 57:22
real 11:17 28:5 29:9
  32:10,18 33:11
  34:19 35:11,13
  36:22 38:1,2,9,25
  44:12 45:23 47:11
  52:12,22,25 53:20
  53:22 65:1 66:9
  80:15 84:24,24 85:1
  85:4,19,23 100:15
  107:3,8 108:2,4,9
  112:7 115:10,13
  118:12 122:11
  123:19,23 124:5,14
  125:4 127:20 133:23
  134:17 135:13
  136:24 137:2,6
really 6:2 19:4 21:19
  33:18 69:7 110:25
reason 5:8 6:23 51:5
  51:24 52:6 53:7
  74:10 92:10 93:17
  143:1
reasons 7:4 60:21
recall 37:15 38:7,8,15
  39:15,24,25 54:4
  58:10 59:1 100:22
  109:7,11 130:5
receipt 141:11
receive 55:18,19
  141:12

received 55:13
receives 133:22
recess 57:17 128:23
reconsider 5:22
record 9:13,24 10:1,3
  46:15 57:15,20 61:1
  88:11 90:2 92:5 93:4
  93:4,6 128:21 129:1
  138:8 140:11
recordations 62:13
recordings 101:5
records 61:8,11,13,14
  61:17,19,20 62:10
  62:11,19 64:5,21
  69:8,13 75:23 77:16
  77:20 78:20 79:17
  80:11 81:4 83:3,13
  83:25 84:16,19,20
  84:21 111:16,25
  112:4,10,14,18
  113:4,11,14,14,16
  113:22 114:19,23
  115:6 116:13,14,18
  116:22 117:9,15
  118:8,23 119:24
  121:15,19 131:10
  134:18,22 135:1,11
  135:13,14 136:24
redirect 133:14
redo 52:2
refer 61:9,14 64:6,21
  69:9 75:24 80:12
  84:17 86:21 89:18
  111:17 113:11
  116:18 118:9 121:16
  124:9
referred 37:6
referring 109:21
refers 80:16 118:13
refused 4:24
regard 22:21 24:9 28:9
  43:25 46:25 47:14
  49:3 52:22 54:1
  56:14 63:16 65:1
  66:8 70:11,13,15,17
  77:17 83:13 84:6
  85:16 98:8,20 107:5
  107:7 110:5 111:12
  112:2,3,12 113:18
  115:25 116:9,17
  117:9 121:19 122:16
  122:25 124:4,25
  126:1 127:13,19
  131:6
relate 61:9,15 64:6,21
  69:9 75:24 80:12
  83:3 84:17 86:21

89:18 107:3 111:17
  116:18 118:9 121:16
  124:9,19
related 78:6 79:20
  119:5
relates 80:16 116:11
  116:12 117:23 118:3
  118:13 125:17
relating 131:4
relation 20:25
relations 125:24
relationship 50:18
  75:25 76:8 80:20
  84:17 116:19 121:16
release 7:3
relevance 105:11
relevancy 31:22
  105:18
relevant 15:1 28:14
  52:18 62:4 103:18
  103:23 104:23 105:4
  106:23
remain 17:10 21:9
  33:10
remaining 133:12
remember 20:7,9
  21:19 22:10 25:10
  32:19 33:15,20 34:2
  39:19 42:24 56:11
  58:6 59:1 77:8 78:25
  100:20 125:3 129:25
  130:5 134:23 136:14
remorse 74:25
renew 128:10
renewal 128:11
repeat 24:1 37:20
  85:25
repeatedly 73:20
rephrase 107:4
reporter 2:24 3:14,19
  9:12,15,18 10:4 12:5
  13:25 29:1,5 46:16
  61:2 65:21 71:3
  79:23 80:4 102:3
  106:9 125:8 126:7
  136:2
Reporting 1:25 2:20
  3:15 141:20
represent 3:18 101:12
  104:25
representative 14:19
  23:10 59:3 64:14,20
  94:24 133:17
represented 140:9
representing 3:21
  135:9
Republican 106:15

request 3:12 83:2,3
  86:8 90:9,13 97:5
requested 37:25
  114:20
requesting 130:21
requests 68:21
required 141:5,6
rescues 104:18
research 13:22 77:11
  77:15 96:25 111:11
  111:14,20
researchers 77:4,5
  85:8
researches 76:23 77:6
resolve 6:4
resources 6:10 82:24
respect 7:7
respectful 23:21 79:5
  79:6
respond 46:10 92:25
  106:21
response 60:10 68:20
  90:12 134:22
responsibilities 11:7
  11:17 12:10 14:15
  16:3 17:15 24:21
  32:23 34:8,11 40:6
responsibility 38:17
  112:13 114:18
responsible 137:10
responsive 68:21
retention 67:6 90:2
  129:9,13,22 130:25
retraction 38:10 44:4
  44:11 45:22
return 141:10,16
reveal 36:6,16
revealing 58:18 59:7
  70:22
review 49:2,6,19 51:4
  53:6 62:22 69:17
  107:23 108:14,18
  110:4 128:3
reviewed 35:3,3,5
  48:3,7,9,10,22,24
  49:9,10 50:7,11 51:1
  56:20 109:12,15
  110:1 128:1,4
right 14:21 19:10 30:6
  35:12 39:14 47:7
  49:7 50:4 73:6,8,9
  73:10,14 75:18,21
  78:5 89:11 90:1 96:8
  106:11 114:4 115:15
  128:17 133:5,18,24
  134:7 135:5 136:22
right-wing 56:9

rise 126:2
Road 2:5
Rockaway 13:8
role 44:8 99:2 101:10
  101:11
Ron 15:20
Rose 1:25 2:20 3:15
  141:20
Rosenberg 10:21 68:3
Rosenstein 1:17 3:5
  10:13,21,23 23:8
  64:15 71:21 92:21
  94:9 131:15 138:7
  139:5 140:4 142:4
  142:12
Rosenstein's 81:18
rotating 48:14
roughly 21:21 33:17
rule 67:11
rules 27:1,23,25 28:24
  30:7,8,9,11 32:2
  49:1 55:21 72:9
RULINGS 139:16
run 6:8 13:1 96:11
running 40:10

_____

**S**

S 2:1 3:1 10:6,6
Samantha 43:15
sanctionable 65:23,25
  68:7 92:12 95:13,15
  119:14 137:25
sanctions 91:23 114:5
save 131:19
saved 132:18
saw 11:1 55:23,24
  56:18 87:5,7,10
saying 9:1,7 38:9 52:8
  52:21 54:10 62:25
  102:15 120:4
says 119:5 124:22
  135:11
school 13:5,7,9
scintilla 76:20
scope 23:6,13 30:21
  31:9,18 37:22 38:13
  53:3,17 58:3,16 83:1
  83:20 98:3 99:15,18
  100:17 101:15 103:4
  103:11,17 106:19
  107:10 127:22
score 37:19
Scott 18:24
scouted 16:6
script 25:21
scripted 133:23
scripts 133:23

se 62:1 74:21
search 90:8 95:21
  97:4 132:9
searched 90:12
  132:12,14,19
searches 67:6
season 22:25 32:15
  55:10 101:6,7
second 14:17 26:25
  27:4 92:19 126:15
security 7:13,23,24
  96:15 100:25
see 7:12 8:25 10:25
  14:22 19:22 87:6
  90:25 107:23 111:15
  112:13 117:14
  122:15
seek 59:21
seeking 74:11 92:9
seen 10:23,24 55:21
  84:11 87:3 108:23
  109:9 111:3 119:17
  119:19,20
segment 47:1,1 49:8
  53:25 54:18,20
  55:10,23 56:6 76:5
  76:17 85:23 123:23
send 72:18
sending 107:2
sense 92:17
sent 59:24 62:21
  67:22 69:14,16,18
  70:22,24 71:5,8,20
  71:24 113:15,23
separate 100:12
  134:18 135:14
separately 134:9
September 40:22
  41:11 42:8,22 43:20
  44:1 46:19 47:2,9,14
  47:19 48:7,21 49:20
  49:21 53:22,25
  54:17,20 55:6,12
  56:21 62:12 76:5,18
  80:14 85:16,22,24
  98:10,10 100:14
  118:11,17 120:23
  122:18 123:22,24
  125:11 126:2,25
  130:2 136:12
series 11:11,13 16:20
  33:4 34:16
set 5:7 19:9 124:1
  138:4 140:19
Seven 85:18 123:18
severely 8:13
sex 8:22 61:9,15,19

Laura Loomer v.                          FINAL                          May 7, 2025
Bill Maher                           [CONFIDENTIAL]                     Nina Rosenstein

Page 153

64:7,22 69:9 111:17
113:12
**sexual** 121:17
**sexually** 84:18
**Sharp** 13:24 14:1,3
**Sheet** 142:9
**Sheila** 42:9 43:10
**she'll** 102:16 105:6,13
**shortly** 129:25
**show** 10:14 17:17,19
18:17,23,25 19:2,5,6
20:5 22:21,23,24
25:22,25 26:7,10,13
27:5,10,11 31:1,5
34:19 37:7 39:9,17
39:20 40:17 41:5,10
41:12,13,23 42:1,3,4
42:6,20 44:1,5,13
45:23 46:18 47:11
47:14 48:6,10,11,21
49:2,5,20,23,24 50:5
51:1,17,25 52:2,8,21
53:21 54:11,23
56:20,21 59:10
62:11,20,22,25 64:4
66:16 69:15,17,18
76:24 77:1,5,6 85:7
85:16 86:14,14
100:15,20 105:3,21
105:22 108:10,17
110:4 111:22 113:16
115:3,9,10,15,18,18
115:18,25 117:1,14
117:20 118:16,21,22
118:22 119:4 120:5
120:6,23 121:2,23
122:15,17,24 126:25
127:14,20 128:10
133:24 134:13,17,22
135:5,18,20 137:2,3
137:4,11
**shows** 16:7 17:16
18:8 19:19 25:15,18
25:19 33:3,7 35:3,6
35:14 36:23 39:25
40:13 48:3,9 52:16
54:6 101:4,8
**Showtime** 14:10,15,25
15:17,25 16:2,9
**sic** 43:10 52:16 133:12
**side** 44:5
**sides** 105:23
**sideways** 40:1
**sign** 49:8 72:4,19
73:12,21 134:13
**signature** 141:4,6
**signed** 141:10,12,16

142:15
**sign-off** 48:11,12
49:22
**simple** 5:13 25:11
115:23,23
**simply** 4:24 9:8 96:12
101:22
**Simultaneous** 7:11,21
7:25 17:2 18:13 22:1
23:20 28:25 29:4,21
30:1 34:1 45:12 51:6
55:16 57:4 60:1
63:21 65:15,20 68:4
69:3 70:1 71:7,19
72:12,15,20 73:3
74:17 75:1 78:15
82:16 83:9 84:7 89:2
89:10 91:12 93:14
94:17 95:9,20 97:1
99:6 100:4 102:11
103:21 105:12 111:2
112:16,21 113:24
115:7 117:24 118:1
118:20 119:11,15
120:20 122:13 131:3
136:1 137:21
**single** 6:12
**sits** 12:17
**situated** 135:19
**Six** 84:23 122:10
**slate** 11:8
**slide** 37:6,6
**slow** 78:2
**slowly** 3:19
**small** 18:19 37:2
105:24 106:6
**smearing** 74:20
**sole** 41:18
**Soltau** 2:24 3:15 140:3
140:23
**Something's** 114:7
**soon** 4:21 5:4 97:23
128:14
**sorry** 12:20 22:18
49:15 53:10 77:21
77:23 78:2 88:24
94:25 125:21 136:3
**sort** 19:6 62:18 118:23
**sorts** 109:9
**sought** 74:7
**so-called** 109:3
**space** 16:5
**speak** 3:19 38:22
**speakers** 7:11,21,25
17:2 18:13 22:1
23:20 28:25 29:4,21
30:1 34:1 45:12 51:6

55:16 57:4 60:1
63:21 65:15,20 68:4
69:3 70:1 71:7,19
72:12,15,20 73:3
74:17 75:1 78:15
82:16 83:9 84:7 89:2
89:10 91:12 93:14
94:17 95:9,20 97:1
99:6 100:4 102:11
103:21 105:12 111:2
112:16,21 113:24
115:7 117:24 118:1
118:20 119:11,15
120:20 122:13 131:3
136:1 137:21
**speaking** 33:17 41:23
64:10 82:14 132:15
136:15
**speaks** 47:22 79:10
**specials** 11:9 16:8
24:25 34:16 100:12
100:13
**specific** 37:5
**specifically** 99:22
100:22 109:10 116:7
117:17 122:14 124:4
128:4
**specifics** 36:6
**spell** 43:2,12 48:17
88:5
**spelled** 12:2,22 15:23
42:10
**spoke** 39:9 125:23
**staff** 77:15
**standard** 6:14,17
**standup** 100:5,6,9,10
100:13
**start** 9:12 110:12
**started** 4:4 36:22
**Starting** 13:3
**starts** 54:25
**state** 3:18 10:8,12
103:20,23 105:9
**stated** 54:22 56:7
**statement** 5:15 8:4
50:16 70:3,15 76:20
80:14,15,18 83:15
85:22,25 95:25 96:2
96:3 101:21 118:11
118:12 123:22
125:12
**statements** 6:25 46:20
**STATES** 1:1
**stay** 15:25
**Stein** 10:22
**stenographically**
140:8

**stepped** 11:23
**stipulation** 4:23 5:1,10
72:5,17 73:12 74:1
**stop** 19:12 43:7 96:22
**stopped** 20:7
**stored** 131:10,18
**story** 44:6
**straight** 6:17
**street** 18:14,20
**strike** 42:3 51:7 53:12
58:11 134:5
**studio** 18:14,19,20
**subject** 26:8 38:1,25
40:23 50:16 54:5
70:16 75:14
**subjects** 107:3
**subpoena** 83:22 84:4
**subscribed** 142:15
**subsequent** 5:16
44:12 46:18 53:25
**substance** 137:18,20
142:8
**sued** 57:25 58:13 84:9
**suggested** 5:21 19:1
**suggests** 25:9
**suicide** 104:18
**suing** 71:4
**suit** 58:24
**superior** 11:25 15:16
**support** 25:17
**sure** 4:12 12:13,15
14:1 19:9 27:6 36:11
48:18 57:7 94:19
107:21
**surprised** 100:21,23
**surrounding** 54:25
**surrounds** 55:1
**swear** 10:5
**swim** 92:13
**switch** 78:2
**sworn** 10:7 140:6

_____

**T**

**T** 10:6 140:1,1
**tactics** 96:17,18
**take** 8:2,23 11:9 12:7
19:19 36:2 40:22
45:2 57:2,8 75:22
97:7 120:21 128:14
129:10
**taken** 3:5,9 39:16
57:17 102:5 128:23
140:7
**takes** 26:16 49:19
**talent** 33:3 34:14
107:6 129:5
**talk** 23:16 27:16 38:24

38:24 41:14 43:4
51:15 65:12 67:5,17
68:12 84:24 85:1
90:5,18 91:5 92:21
92:23 97:10 98:23
135:17 136:17,24
**talked** 88:25 89:13
126:21
**talking** 23:18 27:12
31:15 39:10 45:21
54:6,8,8,13 63:19
92:15,16,18 108:1,3
108:24 122:8 131:4
136:11
**taped** 35:11 48:11
49:5 50:5 52:1
**tax** 73:2
**team** 18:24 19:21
128:5
**technical** 37:3,9
**tell** 24:11 29:13 84:8
90:17 91:1 96:9 97:3
119:16
**telling** 28:15 59:24
102:12 111:21 113:3
113:4
**Ten** 49:25 90:8
**Teneja** 2:24 3:15
140:3,23
**terms** 99:13 136:15
**testified** 10:8 27:11
40:19 66:9 83:5
97:19 110:24 117:2
122:20 123:2,7
133:22 134:12,17,25
136:23 137:5
**testify** 14:23 15:2
26:23 28:3,4 36:16
36:18 44:19 59:2,12
59:20 60:9,17,18
66:11 78:3,13 84:5
102:23 110:7,16
112:15 113:6 123:1
129:13 132:11
**testifying** 78:14 83:7
112:20 113:25
119:12,13 135:10
**testimony** 23:9 59:21
61:6 69:12 90:8
95:21 97:4 102:10
111:8 137:13 138:7
140:7,7
**text** 63:1,16 64:4
70:22,22 90:25
**texts** 62:15
**thanks** 10:20 92:8
123:14

JANE ROSE REPORTING                    National Court-Reporting Coverage
1-800-825-3341                         janerose@janerosereporting.com

Laura Loomer v.
Bill Maher

FINAL
[CONFIDENTIAL]

May 7, 2025
Nina Rosenstein

Page 154

thing 8:3 27:21 70:21
  129:17,23
things 15:14 16:8
  25:18 43:5 54:18
  55:3,23 56:7 62:13
  102:13 111:23
  118:22 135:14
think 6:1 8:1 18:1
  19:15 20:18 27:5
  36:2 37:5 39:8,14,22
  42:23 50:17,24,24
  69:19 76:7,14,15
  80:19 81:1,2 94:23
  95:2 96:5 100:11
  101:1,6 103:17
  104:2 106:6,7
  107:12 108:9 129:25
  130:12,17 136:5
thousands 60:21
threatened 58:12,23
threats 97:16
three 17:12 77:6 85:7
  87:16 110:22,22
  116:1
till 16:1
time 3:7 11:17 13:21
  15:12 16:7,23 17:18
  18:3 19:1 20:17 22:6
  22:15 23:2 24:2 25:1
  28:5,18,20 29:6,9
  31:6 32:9,10,18 33:6
  33:11 34:11,19
  35:10,11,14,16
  36:22 38:1,2,4,9,25
  40:25 41:21 44:13
  45:23 46:11 47:11
  47:23 49:24 52:3,12
  52:22 53:1,20,22
  54:4,13 55:22 57:18
  61:12 65:1 66:9
  71:25 73:24,24
  77:21 80:15 84:24
  85:1,5,20,23 92:4,6
  100:15 107:3,8
  108:2,4,9 112:7
  115:10,13 118:12
  122:11 123:20,23
  124:5,14 127:20
  128:24 133:6,23
  134:17 135:13
  136:24 137:2,6
  138:2,10
times 19:23 35:17
  36:22 37:3 39:22
  116:3
title 12:13,24
today 4:17 7:20 11:25
  23:11 34:5 50:12

59:2,22 60:17 67:20
  68:16,17 92:21
  96:14 111:9 123:1
Today's 3:7
told 4:18 6:13 7:22
  51:13 67:1,4,6,17
  68:8 73:20,24 82:7
  82:10,11 90:4,22
  92:19 93:2 94:11
  95:5 96:23 97:8
  105:2 113:2,22
  124:7 125:24 129:12
top 26:13
topic 90:6,19 91:5,17
topics 68:10 82:3
  92:22,24 134:21
  135:1
total 97:11
trades 70:23 71:2,4
transcribed 140:8
transcript 4:13 50:12
  69:18 140:10
transcription 142:6
travel 17:8 68:18
treat 98:1
treated 98:7
Tremaine 2:10 3:10,24
  87:25 88:3 96:17
  101:12
Tremaine's 102:6
trial 31:24
trick 22:2
true 9:1,8 65:9 140:11
Trump 50:19,21 54:24
  58:7,8 61:10,16,19
  64:7,22 69:10 75:25
  76:10,12 80:21,23
  84:18 101:20 103:8
  106:24 107:19
  108:20,25 109:1
  111:18 113:12
  116:20 121:17
Trump's 55:3 84:17
  102:4 121:16
trust 7:9
truth 76:20 97:3
truthful 95:19 96:4
  97:2
try 79:5
trying 20:7,24 22:6
  43:5
Tuesday 55:22
Tuesdays 55:19
TV 16:18
tweet 109:9
tweeted 107:18,21
tweeting 107:7 108:12

108:15
tweets 107:3,14,23
  108:20,23,25 109:4
  109:8,12,14 110:1,3
Twitter 108:4,5,6,7,8
two 14:5,7 17:12,12
  29:5 51:2,19 56:22
  88:16 135:14 136:8
  136:8
two-hour 50:2,5
type 50:20 76:10
  80:22
types 24:22
typo 85:1

_____

U

Uh-huh 36:13
ultimate 41:25
ultimately 115:21
unbelievable 67:14
  79:14 84:11
unclear 47:4
understand 20:15
  22:18,19 25:5,6 26:1
  39:3 76:22 89:7
  95:24
understanding 7:19
understood 36:11
UNITED 1:1
universally 66:2
University 13:10
unscripted 16:5
use 64:25 74:11 132:4
usually 49:22

_____

V

v 1:6
various 59:20
Vermont 43:13
version 20:6
versions 55:13
versus 3:6
Vianni 48:16,19
vice 11:5 24:16,17,18
  24:21 33:16 34:4,6,8
  38:5 40:5,8,8,24,25
victory 88:14
video 1:16 4:12 50:12
videographer 2:25 3:3
  3:14 9:19,23 10:2
  57:14,19 128:20,25
  138:4,6
videotape 8:7 74:9
viewed 35:2
vision 19:7
voluntarily 16:10
VP 21:19

V-E-R-M-O-N-T 43:13

_____

W

W 2:5
wait 7:10
want 4:5,11 21:24,25
  27:7 29:10,12,13
  32:1 33:3 38:10,10
  40:14 42:24 57:2
  73:11 74:14 78:3
  81:20 84:5 94:22
  96:25 102:13,18,23
  106:4 110:8 116:6
  128:14 131:19
  136:23
wanted 6:19 13:16
  14:8 16:16 17:20
  19:6 31:13 34:14
  36:10 40:13 52:1
wants 41:14,25 47:25
  85:11 96:12 104:1
  104:10
Warner 12:25 135:25
  136:5
wasn't 8:10 19:13 20:5
  20:10 21:16 38:16
  63:6 110:25 112:2
  112:12 114:18 126:6
waste 28:17
wasting 28:20
way 23:17 28:7 40:15
  43:25 49:9 68:6,18
  80:16 105:4 118:13
  121:9
WBD 135:25 136:4
wealthy 92:7
website 101:20 102:6
week 50:24 55:13
  69:14 76:4,15 81:1
  111:25 113:15
weeks 110:22,23
welcome 16:13
went 13:4,8,10 18:17
  20:20 71:14 90:24
  134:20
weren't 43:19 113:7
  133:9
we'll 5:4 6:11 36:2
  67:17 69:4 73:7,19
  73:22 75:22,22
  90:17 97:22
we're 4:6,10 5:3 6:22
  7:4,9 9:21 10:2
  22:25 32:15 57:14
  57:19 68:11 72:17
  81:17 92:9 93:5 94:8
  128:20,25 131:13

138:7
we've 39:24 57:1 67:4
  73:13,20,24 97:13
  100:13 128:13
  129:12
WHEREOF 140:19
White 99:3
WI 141:23
widespread 6:21
window 50:2,5
witness 10:5,6 12:6
  14:1 19:13 22:9,19
  26:22 27:10,22,23
  28:22 29:2,8 33:20
  36:11,13 43:4,8
  44:17 49:15 51:13
  63:19,20 67:5 68:10
  68:16,22,24 75:4,7
  75:10 77:23 78:5,13
  78:13,17,25 79:6
  80:6 82:15 88:25
  90:5 91:4,17 92:23
  93:20 97:9,18 99:16
  102:21 103:19,25
  104:24 106:19
  113:21 118:4 120:14
  122:20 123:2,7
  126:17 129:14,15
  130:24 131:12,14
  132:11 133:13 134:3
  136:3,22,23 139:3
  140:5,11,19
witnesses 67:16
  93:22 133:9
woman 34:12 48:16
  58:23 98:1,11
women 87:16
word 98:20
words 25:17 41:23
  96:5
work 5:22 14:8 24:24
  33:3,5,6 34:14,16
  76:23 81:22 112:6
  125:21 131:21
worked 16:17,22
  18:21 22:13,24 24:2
  34:12
working 22:7,20 30:15
works 19:22 87:24
world 54:11
worldwide 8:21
worth 97:11
wouldn't 42:19 45:1
  63:16 75:14 84:20
  85:17 110:18 116:14
  117:6,8 120:2,2,15
  120:15 122:8 127:4

130:16 135:16
**Wright** 2:10 3:9,24
  87:25 88:2 96:17
  101:12 102:4,5
**write** 29:5
**writer** 34:21
**writers** 19:21 25:16
  41:24 42:18,21,23
  43:25 65:9 66:3,15
  76:4,24 85:8,10
  86:13,16 111:22
  112:3 113:20 114:25
  115:20,22,24 116:9
  116:21 117:4,13
  119:2,25 120:18
  121:10,19 122:4,15
  122:22 124:5,12,25
  135:4
**writing** 30:24 55:25
  121:2,4
**written** 26:4,6,8,12,14
  26:15,19,24,25 27:2
  30:17,25 31:3 35:2
  37:18 45:8 48:9,24
  49:11 53:9,10 55:14
  61:20,21,21 62:10
  62:18,20 69:13,15
  76:3 84:21 112:1
  113:15 122:7 130:3
  130:11 131:8
**wrong** 8:14,17
**wrote** 44:4

### X

**X** 107:15 139:1

### Y

**yeah** 9:11,21 13:14,14
  18:16 29:7 34:2
  56:19 57:5,11 94:4,7
  94:10 106:13 114:9
  123:15 124:24 132:3
**year** 14:11 23:1 97:12
  128:10
**years** 11:21,24 14:5,7
  14:12 17:12,13
  22:13 35:8 50:21
  76:11 77:12 80:23
  119:18
**yesterday** 11:1 87:8,9
  88:15 89:23 93:21
  94:3 111:1,4,8
**York** 1:19,19 2:13,13
  2:22,22 3:11,11,16
  3:16 10:8 16:19,22
  68:18
**y'all** 74:11

### Z

**Zaslav** 12:21 125:5
  126:3,9,16,21
  135:24 136:4,7
**Z-A-S-L-A-V** 12:23

### 1

**1** 3:4 10:15,17 57:16
  59:13 61:8 110:9,12
  110:14 111:12,16
  112:12 113:6 114:17
  114:20 115:25
  116:10 139:12,22,23
**1-800-825-3341** 1:25
  2:23
**1-800-825-9055**
  141:17
**1:10** 129:1
**1:19** 138:8,10
**10** 49:23 57:3 95:21
  97:4 139:5,12
**10:00** 49:24
**10:04** 3:8
**10:10** 9:24 10:3
**10:56** 57:15
**10011** 2:22
**10020** 2:13
**11** 97:11 139:25
**11:09** 57:20
**113** 139:24
**12** 11:24 97:15 100:11
**12:11** 128:21
**1251** 2:12 3:10
**13** 40:22 41:11 42:8,22
  43:20 47:19 48:7
  53:22 76:5,18 80:14
  97:20 110:12 126:2
  139:24
**13th** 44:1 47:2,9,14
  48:21 49:21 62:12
  85:16,22 98:10
  118:11 120:23
  122:18 123:22
  125:11 126:25
**133** 139:6
**136** 139:5
**137** 139:25
**15** 4:7,14
**15-day** 5:22
**15-days** 6:1
**16** 139:21
**180** 129:19 130:19
**1979** 13:19
**1982** 14:13
**199** 18:1
**1990** 16:1
**1994** 18:1

### 2

**2** 57:21 75:23 86:24,25
  116:17 128:22
  139:13
**20** 46:19 54:17 140:20
**20th** 53:25 54:20 55:6
  55:12 56:21 85:24
  98:10 100:14 123:24
  136:12
**2000** 23:1 24:11
**2001** 32:16
**2002** 32:16
**2019** 35:12 97:12
**2024** 40:23 41:11 42:8
  43:20 44:1 46:19
  47:19 48:7 53:22,25
  54:17,20 56:21
  62:12 76:6,18 80:14
  85:24 97:12 100:14
  118:11,17 123:23,24
  125:11 126:2,25
**2025** 1:18 3:7 140:5
  142:16
**212)489-8230** 2:14
**23rd** 18:14,20 22:25
  32:15
**24** 54:18 55:3,23 56:7
  120:23
**24th** 67:7,22 68:9
  92:20,24 93:3 94:12
**25th** 4:19
**26th** 4:20
**27th** 4:19

### 3

**3** 77:16,24 117:7 129:2
  138:9
**30** 141:11
**30th** 4:20 118:17
**30(b)(6)** 27:21,22 30:2
  30:3 67:16 99:15
  101:15 104:24
  126:17
**31** 50:19 76:10 80:21
**32** 11:21
**33433** 2:6

### 4

**4** 17:18 80:18 120:24
**4:00** 49:5
**449-0898** 2:7
**45** 139:19
**48** 119:18

### 5

**5:24-CV-625-JSM-P...**
  1:13

**542** 141:22
**54853** 141:23
**561** 2:7

### 6

**6** 139:19
**6'5** 7:13 96:15
**65** 139:20

### 7

**7** 1:18 139:20
**7th** 3:7 140:5
**7050** 2:5
**74** 2:21

### 8

**8** 110:9,14 111:12
**8:00** 49:23,25
**83** 14:13
**86** 139:13
**88** 139:21

### 9

**90** 139:22
**91** 139:23
**93** 18:2