# EXHIBIT 5

Page 1

1              UNITED STATES DISTRICT COURT FOR THE

2                   MIDDLE DISTRICT OF FLORIDA

3                         OCALA DIVISION

4        _____

5     LAURA LOOMER,

6              Plaintiff,

7         v.                              Case No.

8     BILL MAHER and HOME BOX             5:24-cv-00625-

9     OFFICE, INC.,                       JSM-PRL

10             Defendants.

11       _____

12            VIDEOTAPED DEPOSITION OF LAURA LOOMER

13    DATE:          Wednesday, June 4, 2025

14    TIME:          10:11 a.m.

15    LOCATION:      Davis Wright Tremaine, LLP

16                   1301 K Street Northwest, Suite 500 East

17                   Washington, DC 20005

18    REPORTED BY:  Samuel Pachon

19

20

21    PAGES 112-114, 117, 178-180, 481-487 ARE CONFIDENTIAL

22

Page 2

1              A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFF LAURA LOOMER:

3           LARRY KLAYMAN, ESQUIRE

4           Klayman Law Group, P.A.

5           269 South Beverly Drive, Suite 1298

6           Beverly Hills, CA 90212

7           leklayman@gmail.com

8           (310) 595-0800

9

10     ON BEHALF OF DEFENDANTS BILL MAHER; AND HOME BOX

11     OFFICE, INC.:

12          KATHERINE M. BOLGER, ESQUIRE

13          Davis Wright Tremaine, LLP

14          1251 Avenue of the Americas

15          New York, NY 10020

16          katebolger@dwt.com

17          (212) 402-4068

18

19

20

21

22

Page 3

```
 1              A P P E A R A N C E S (Cont'd)
 2      ON BEHALF OF DEFENDANTS BILL MAHER; AND HOME BOX
 3      OFFICE, INC.:
 4           ALEXANDRA PERLOFF-GILES, ESQUIRE
 5           Davis Wright Tremaine LLP
 6           1301 K Street Northwest, Suite 500 East
 7           Washington, DC 20005
 8           alexandraperloffgiles@dwt.com
 9           (202) 402-4043
10
11           JESSICA DAVIDOVITCH, ESQUIRE
12           Home Box Office, Inc.
13           1100 Avenue of the Americas
14           New York, NY 10036
15           (212) 512-5937
16
17      ALSO PRESENT:
18           David Campbell, Videographer
19
20
21
22
```

1                    I N D E X

2      EXAMINATION:                                    PAGE

3           By Ms. Bolger                                10

4           By Mr. Klayman                              488

5           By Ms. Bolger                               494

6

7                    E X H I B I T S

8      NO.              DESCRIPTION                     PAGE

9      Exhibit 1        Defendants' First Set of Requests

10                      for Production of Documents and

11                      Things                           45

12     Exhibit 2        Letter from Ms. Loomer to

13                      Mr. Morse, Bates Number 16-24    66

14     Exhibit 3        Tweet, 07/26/23                 131

15     Exhibit 4        Tweet with Video, 08/13/23      135

16     Exhibit 5        Tweet, 08/13/23                 142

17     Exhibit 6        Tweet with Four Embedded

18                      Photos, 08/13/23                145

19     Exhibit 7        Tweet, 08/14/23                 147

20     Exhibit 8        Truth Post by President Trump   149

21     Exhibit 9        Quote Tweet, 01/16/24           154

22     Exhibit 10       Tweet with Video, 07/19/24      161

Page 5

1               E X H I B I T S (Cont'd)

2     NO.               DESCRIPTION                        PAGE

3     Exhibit 11        Pages Taken from

4                       Document Production                175

5     Exhibit 12        Tweet with Video by Mike Sington   190

6     Exhibit 13        Tweet with Photo, 12/08/22         252

7     Exhibit 14        New York Times Article             270

8     Exhibit 15        Total Document Production

9                       by Ms. Loomer                      279

10    Exhibit 16        Rolling Stone Article              282

11    Exhibit 17        AP Article                         283

12    Exhibit 18        Semafor Article                    286

13    Exhibit 19        MSNBC Article                      289

14    Exhibit 20        The Guardian Article               292

15    Exhibit 21        Mediaite.com Article               294

16    Exhibit 22        New York Times Article             297

17    Exhibit 23        The Independent Article            301

18    Exhibit 24        NBC Article                        305

19    Exhibit 25        Mediaite Article with Video        307

20    Exhibit 26        Tweet, 09/12/24                    311

21    Exhibit 27        Tweet, 09/12/24                    313

22

Page 6

1                 E X H I B I T S (Cont'd)

2   NO.              DESCRIPTION                           PAGE

3   Exhibit 28       Text by Reba, 09/12/24                315

4   Exhibit 29       Text Message, 09/11/24                318

5   Exhibit 30       Ms. Greene Tweet                      334

6   Exhibit 30B      Ms. Greene Tweet with

7                    Printing Error Correction             349

8   Exhibit 31       Lindsey Graham Tweet                  343

9   Exhibit 32       Thom Tillis Tweet                     346

10  Exhibit 33       Kamala Harris Tweet                   351

11  Exhibit 34       Tweet, 07/13/24                       361

12  Exhibit 35       Ms. Greene Tweet, 10/20/23            375

13  Exhibit 36       Ms. Greene Tweet, 06/01/23            378

14  Exhibit 37       Tweet, 06/01/24                       380

15  Exhibit 38       Tweet, 11/20/24                       387

16  Exhibit 39       Tweet, 10/16/24                       390

17  Exhibit 40       Post, 09/11/24                        405

18  Exhibit 41       Tweet, 09/13/24                       427

19  Exhibit 42       Rumble Channal Video                  437

20  Exhibit 43       Truth Post from President Trump       459

21  Exhibit 44       Tax Returns                           482

22

Page 7

1                    I N D E X (Cont'd)

2           QUESTIONS INSTRUCTED NOT TO ANSWER

3                    PAGE        LINE

4                     398          19

5                     410          20

6

7               D O C U M E N T S   R E Q U E S T E D

8      NO.           DESCRIPTION                    PAGE

9      1             Any Article, Tweet, Publication,

10                   Video, Television Show that

11                   Discusses What Mr. Maher Said

12                   Without Discussing Ms. Loomer's

13                   Response                        281

14     2             2024 Tax Returns                483

15

16

17

18

19

20

21

22

1                    P R O C E E D I N G S

2                    THE VIDEOGRAPHER:  Good morning.  We

3      are going on the record on June 4, 2025.  And the time

4      on the video monitor is 10:11 a.m.  This is media unit

5      number 1 of the video recorded deposition of Laura

6      Loomer.

7                    This is in the matter of Laura Loomer

8      vs. Bill Maher and Home Box Office, Inc.  This is in

9      the United States District Court for the Middle

10     District of Florida -- Case Number 5:24-cv-00625-JSM-

11     PRL.  The location of this deposition is 1301 K Street

12     Northwest, Suite 500 East, Washington, DC 20005.

13                   My name is David Campbell, representing

14     Veritext, and I'm the videographer.  The court

15     reporter today is Samuel Pachon, also with Veritext.

16                   Counsel, will you please identify

17     yourselves for the record, after which the reporter

18     will please swear in the witness, and we can proceed?

19                   MR. KLAYMAN:  Larry Klayman of the

20     Klayman Law Group, on behalf of Laura Loomer,

21     Plaintiff.

22                   MS. BOLGER:  Katherine Bolger from the

Page 9

```
 1    Law Firm of Davis Wright Tremaine, on behalf of the

 2    defendants.  And with me this morning are my

 3    colleague, Lexie Perloff-Giles; and Jessica

 4    Davidovitch, who's in-house counsel at Home Box

 5    Office.

 6                    Swear in the witness?

 7                    THE REPORTER:  Ms. Loomer, please raise

 8    your right hand.

 9    WHEREUPON,

10                         LAURA LOOMER,

11    called as a witness and having been first duly sworn

12    to tell the truth, the whole truth, and nothing but

13    the truth, was examined and testified as follows:

14                    THE REPORTER:  You may proceed.

15                    MR. KLAYMAN:  Yes.  I just want to put

16    this on the record that with the exception of income

17    tax materials, which were provided to you, this

18    deposition will be on the public record.

19                    We're not claiming any confidentiality

20    in that regard, so I would respectfully request the

21    court reporter, if he get into tax information, have a

22    separate transcript for that, as well as going on a
```

Page 10

1    separate video for that.  But everything is public.

2    We're not claiming any confidentiality.

3                         EXAMINATION

4    BY MS. BOLGER:

5         Q    Ms. Loomer, we've met before, but my name is

6    Kate Bolger, as you know, and I represent the

7    defendants in this case.  Have you ever been deposed

8    before?

9         A    Yes.

10        Q    And when were you deposed?

11        A    I believe it was last -- last year.  I think

12   it was last March, and it was for a -- I believe, a

13   malpractice case.

14        Q    Okay.  And were you the -- a party to that

15   litigation?

16        A    Yes.  I filed a malpractice case.

17        Q    And who did you file a malpractice case

18   against?

19        A    Against a former lawyer, Ron Coleman, who at

20   one point, represented me in a lawsuit I filed against

21   CAIR, the Council on American-Islamic Relations.

22        Q    Okay.  And has that litigation come to a

```
                                                      Page 11

 1     conclusion?

 2          A     No.  It has not.

 3          Q     What is the status, if you know?

 4          A     I believe just a few days ago, their motion

 5     to dismiss was struck down, and it's about to proceed

 6     to trial.

 7          Q     Okay.  Have you been deposed in any other

 8     litigation other than that one?

 9          A     No.

10          Q     Great.  Well, let me give you some ground

11     rules before we go.  Obviously, I ask you questions;

12     you give me answers.  We should try not to talk over

13     each other.  And if you can please remember to use

14     oral responses rather than nodding your head or

15     shaking your head, that's easier for the -- for Samuel

16     to take down.

17          A     Okay.

18          Q     I do tend to talk quickly.  It is just how I

19     talk.  If it is too quick, just say to me, "Hey.

20     You're going to quickly."  And I will try to slow it

21     down.  If you're confused by a question, you can ask

22     me, and I will restate it for you.
```

```
                                                  Page 12

 1              Mr. Klayman may, from time to time, object

 2      to a question.  That means he doesn't like the form of

 3      the question, or he has some problem with the question

 4      itself.  But you can still answer, unless Mr. Klayman

 5      directly instructs you not to answer that question;

 6      does that all make sense to you?

 7          A    Yes.

 8          Q    Okay.  Did you do anything to prepare for

 9      this deposition?

10          A    Yes.

11          Q    What did you do?

12          A    I reviewed my case, reviewed all of the

13      filings and the lawsuit, and had conversations with my

14      lawyer.

15          Q    Okay.  And your lawyer being Mr. Klayman in

16      this case?

17          A    Yes.

18          Q    How long did you meet with Mr. Klayman?

19          A    We met this morning, you know, just

20      couple -- couple hours.  Met yesterday, just to review

21      ground rules for the deposition.  And this morning, at

22      breakfast.
```

```
                                              Page 13

 1          Q     Okay.  So about how many hours do you think

 2     that was?

 3          A     It's probably -- with, like, breaks and

 4     everything in between -- and of course, it wasn't the

 5     only thing we discussed because he's, you know, my --

 6     my lawyer in my other litigation as well -- I'd say

 7     probably about five hours.

 8          Q     Okay.  Did you look at any documents?

 9          A     Yes.  I reviewed the complaint.

10          Q     Okay.  Did you talk to anyone else at all

11     about this deposition today?

12          A     I mean, it's public; right?  So people know

13     that I have a deposition today.  But I only spoke with

14     my attorney about the details of my deposition.  But

15     it is public.  It's in the media.  It's been widely

16     publicized.

17          Q     By whom was it widely publicized?

18          A     The media.  People know that there's a

19     deposition.  It's a high profile case.  And I, also,

20     given the fact that, you know, I'm a -- I'm a

21     journalist, and this takes me away from my work as a

22     journalist, I let everybody know that I would be
```

```
                                              Page 14
 1      offline today because I have a deposition.
 2           Q     And how did you let everybody know that?
 3           A     On my X account.
 4           Q     You didn't quite answer my question, which
 5      was did you talk to anyone else about this deposition,
 6      so would you answer that question?
 7                     MR. KLAYMAN:  Objection --
 8      BY MS. BOLGER:
 9           Q     Have you had any conversation with anyone
10      else about this deposition?
11                     MR. KLAYMAN:  Objection.  Relevancy.
12                     MS. BOLGER:  Not a valid objection.
13      BY MS. BOLGER:
14           Q     You may answer.
15                     MR. KLAYMAN:  Well, that's not for you
16      to decide.
17                     THE WITNESS:  I've only spoken to my
18      attorney about the deposition.  But as I said before,
19      you know, I'm followed by millions of people online.
20      And there are many people -- millions of people who
21      know that I have this deposition today.
22      //
```

```
                                              Page 15

 1     BY MS. BOLGER:

 2          Q    You were at the White House yesterday;

 3     right?

 4          A    Yes.

 5          Q    Okay.  Who did you speak to at the White

 6     House?

 7          A    I had a meeting with Vice President JD

 8     Vance.

 9          Q    Did you speak to anybody else at the White

10     House?

11          A    Just security and his -- his staff.

12          Q    Okay.  Did you mention to JD Vance that you

13     were being deposed today?

14                    MR. KLAYMAN:  Objection.  Relevancy.

15                    THE WITNESS:  I'm not going to discuss

16     my conversations.  I think it's inappropriate to

17     discuss my conversations.  But no.  I did not talk

18     about my deposition.

19     BY MS. BOLGER:

20          Q    Did you talk about this lawsuit with

21     Mr. Vance yesterday?

22          A    No.  I did not.
```

```
                                                    Page 16

 1            Q    Did you talk about my law firm with

 2      Mr. Vance yesterday?

 3            A    No.  I did not.

 4            Q    Did you talk to anybody at security about

 5      this deposition?

 6            A    No.  I did not.

 7            Q    Did you talk to anybody in Mr. Vance's staff

 8      about this deposition today?

 9            A    No.  I did not.

10                 MR. KLAYMAN:  Same continuing objection

11      with relevancy.

12      BY MS. BOLGER:

13            Q    Did you talk to anybody -- Mr. Vance's staff

14      about this lawsuit?

15            A    No.  I did not.  But obviously, because this

16      is a widely publicized case that the media has

17      reported on, given your client's defamation of me, and

18      the fact that he is a well-known Trump hater, it is

19      well-known that this lawsuit is ongoing.

20                 And so it's not unreasonable that many

21      people, including, you know, members of the White

22      House, are probably aware of this lawsuit.
```

```
                                              Page 17

 1          Q     Oh.   What's your basis for believing that
 2     members of the White House are aware of this lawsuit?
 3          A     Because it's been reported by many media
 4     outlets.
 5          Q     Have you spoken to anybody in the White
 6     House about this lawsuit?
 7          A     No.
 8          Q     Have you spoken to any staff member of
 9     anybody in the White House about this lawsuit?
10          A     Not about the lawsuit.  But again,
11     members -- staff in the White House are aware that the
12     lawsuit is ongoing.
13          Q     How do you know that?
14          A     Because it's -- it directly relates to
15     President Trump, and so I'm confident that his staff
16     would be aware of a high-profile lawsuit involving one
17     of his biggest critics who falsely accused me of
18     having sex with the president of the United States,
19     which is also falsely accusing the president of
20     committing adultery against his wife, our first lady.
21          Q     So I'm confused because you're certain that
22     the White House is aware of this, but you claim you
```

```
                                              Page 18

 1      haven't spoken to anybody else.  Can you please -- of

 2      anybody at the White House staff --

 3          A    Well, it's -- it's my --

 4                   MR. KLAYMAN:  Objection.  Objection.

 5      Wait.

 6                   MS. BOLGER:  I'm not done asking my

 7      question.

 8                   MR. KLAYMAN:  All right.  It's just --

 9      wait, wait, wait.

10                   MS. BOLGER:  I'm not done asking my

11      question.  I get to ask my question.

12                   MR. KLAYMAN:  There's more than one

13      question.  It's compound.

14      BY MS. BOLGER:

15          Q    I'm confused; what you are testifying is

16      that you don't think you've spoken to anybody about

17      this, but you're sure they're aware --

18          A    Well, it's my best belief --

19          Q    And I'm asking you --

20          A    -- it's my best -- it's my best belief --

21          Q    -- Ms. Loomer --

22          A    -- I'm answering your question.
```

```
                                             Page 19

 1          Q     No.  You're not.

 2          A     It's my best belief that people --

 3          Q     Ms. Loomer, the way this is going to work

 4     going forward is --

 5                     THE REPORTER:  One at a time, please.

 6     BY MS. BOLGER:

 7          Q     -- that I'm going to ask a question; you're

 8     going to wait for me to finish it --

 9          A     Yeah.

10          Q     And then I'm going to hear your answer.

11          A     Yeah.

12          Q     That's how this works.

13          A     I answered your question; you don't like my

14     answer --

15          Q     So I'm going to do it again --

16          A     Go ahead.

17          Q     -- and you're going to respond.

18          A     Go ahead.

19                     MR. KLAYMAN:  And I request --

20     BY MS. BOLGER:

21          Q     You have testified that --

22          A     Yes.
```

```
                                                      Page 20

 1          Q    -- you didn't talk to anybody in the White

 2     House, but you're certain they know about it.  How do

 3     you reconcile those two things if you have no -- if

 4     you haven't spoken to anybody about this case?

 5                    MR. KLAYMAN:  Okay.  That's four

 6     questions -- compound question -- inappropriate

 7     question.  And please don't badger my witness.  You're

 8     being very aggressive -- more than aggressive.  You're

 9     being, you know, frankly, disrespectful.

10     BY MS. BOLGER:

11          Q    Ms. Loomer, please answer the question.

12          A    I suppose I can't read their mind, but you

13     know, given the fact that the president has a, you

14     know, very active communications team that monitors

15     all news headlines about President Trump, it's my best

16     belief that they are aware of the fact that this

17     lawsuit is ongoing and are likely aware that I have

18     this deposition today.  I mean, it's been widely

19     reported.

20          Q    You said --

21          A    And I -- I posted about it on my social

22     media.  And most of the president's staff follow me on
```

```
                                                    Page 21

 1      social media.

 2           Q    You have said that this deposition was

 3      well-publicized.  It was well-publicized by you;

 4      correctly -- correct?

 5           A    I have a right to defend myself, and I have

 6      a right to fight back against Bill Maher's sexist,

 7      misogynistic, and malicious comments about me that are

 8      obviously defamatory.

 9                He falsely accused me of having sex with the

10      president, and as a result, I've been subjected to a

11      lot of harassment.  It threatens my safety.  And so

12      yes.  I -- I publicized the fact that I am suing Bill

13      Maher and his enabler, HBO.  And I have a right to do

14      that.

15           Q    You said you publicized it on X; is that

16      right?

17           A    Yes.  That's my social media.

18           Q    And when you publicized it this time, did

19      you put a link to your GiveSendGo?

20           A    Yeah.  Of course.  I'm not a millionaire

21      like Bill Maher.  I also -- I'm not worth billions of

22      dollars like HBO.  And my tax records prove that,
```

Page 22

1    which you have.  Those are confidential, of course.

2    And I'm not rich.  I'm not -- I'm not ashamed that I'm

3    not rich.

4            I am not a wealthy woman, and I have a lot

5    of supporters.  And people know in this country that

6    there's lawfare -- weaponized lawfare -- is what your

7    law firm specializes in.  You represent the biggest

8    Trump haters.

9            You recently had to settle with President

10   Trump.  You represented George Stephanopoulos in a

11   defamation case.  You falsely accused the president of

12   being a rapist, I believe; right?  That's your firm --

13       Q     Me?

14       A     Well, your -- your firm represented George

15   Stephanopoulos.  And you guys had to settle, which

16   surely, you know you had to give the president

17   $15 million to his presidential library because you

18   advertised that you guys -- you actually go out of

19   your way -- your law firm solicits Trump haters and

20   Democrats who spread lies about the president,

21   including the -- the Steele dossier, which was a lie

22   paid for by President Trump's opposition -- lies that

```
                                                    Page 23
 1     he's a rapist.

 2              You represent CNN, which has also spread

 3     lies about the president, lies about me.  And so of

 4     course, I have a right to defend myself.  And I have

 5     every right to post a link to my GiveSendGo to ask my

 6     supporters to help me cover the cost of this very

 7     expensive litigation.

 8          Q    So, Ms. Loomer, my question that got that

 9     speech was actually, did you post a GiveSendGo link,

10     which is a yes-or-no question --

11          A    Yes.  I posted it.

12          Q    -- so it's fine that you get to answer the

13     questions however you want.  But just so you know, if

14     you continue to answer the questions in that way time

15     and time again, I will bring you back for a second day

16     of deposition --

17                    MR. KLAYMAN:  Well, you --

18     BY MS. BOLGER:

19          Q    -- because that wastes my time.

20                    MR. KLAYMAN:  That's not for you to

21     decide, Ms. Bolger.

22                    THE WITNESS:  You have seven hours.
```

Page 24

1    BY MS. BOLGER:

2        Q    My next question is, what is your email?

3        A    You have seven hours.

4                MR. KLAYMAN:  Stop.  Stop.  Stop for a

5    second.

6    BY MS. BOLGER:

7        Q    What is your --

8                THE REPORTER:  One at a time, please.

9                MR. KLAYMAN:  Yeah.  Stop for a second;

10   okay?  I want to object to badgering the witness --

11               MS. BOLGER:  Okay.

12               MR. KLAYMAN:  -- to the arrogance and

13   belligerency here --

14               MS. BOLGER:  There's no pending

15   question.  There's no pending question.

16               MR. KLAYMAN:  And you do not have the

17   right to make a decision whether she comes back or

18   not --

19               MS. BOLGER:  There's no pending

20   question.

21               MR. KLAYMAN:  -- the judge will.  Yes.

22   And I'm asking you --

```
                                                       Page 25

 1     BY MS. BOLGER:

 2          Q    Ms. Loomer, what is your email address?

 3               MR. KLAYMAN:  I'm asking -- wait a

 4     second.  I'm not done.

 5     BY MS. BOLGER:

 6          Q    What is your --

 7               MS. BOLGER:  Yes.  You are.

 8               MR. KLAYMAN:  I'm asking you --

 9     BY MS. BOLGER:

10          Q    What is your email address, Ms. Loomer?

11               MR. KLAYMAN:  I'm not done.

12     BY MS. BOLGER:

13          Q    Ms. Loomer, what is your email address?

14          A    Well, I'm not going to "dox" myself

15     publicly.  This is -- there has to be some kind of

16     protection so that I don't get publicly harassed.

17          Q    Your lawyer just gave a whole speech about

18     how this was going to be public.  But if you'd like, I

19     agree to keep this confidential.

20               MR. KLAYMAN:  We'll give you the --

21     BY MS. BOLGER:

22          Q    So what is your email address?
```

Page 26

1                    MR. KLAYMAN:  Wait a second here.  I

2       will give that to you.

3                    MS. BOLGER:  There's no reason she

4       can't answer the question.  I'll keep it confidential.

5       BY MS. BOLGER:

6           Q    What's your email address?

7                    MR. KLAYMAN:  No.  I'm not going to put

8       this on the public record here.  We'll have a --

9                    MS. BOLGER:  I agree with you.  It

10      doesn't have to go on the public record.

11                   MR. KLAYMAN:  We'll have a separate

12      record.  We'll have a separate record.  Okay.

13                   MS. BOLGER:  It doesn't have to go on

14      the public record.

15                   MR. KLAYMAN:  All right.  Fine.

16      BY MS. BOLGER:

17          Q    What's your email address?

18                   MR. KLAYMAN:  Not here.  We're going to

19      have a separate --

20                   MS. BOLGER:  No.

21      BY MS. BOLGER:

22          Q    You're answering the question.

```
                                               Page 27

 1          A    My -- my --

 2                    MR. KLAYMAN:  No.  Don't answer.  Don't

 3     answer; okay?  Don't answer.

 4                    MS. BOLGER:  I'm sorry.  You're

 5     actually instructing the witness not to answer --

 6                    MR. KLAYMAN:  Correct.

 7                    MS. BOLGER:  -- the question, "What is

 8     your email address" --

 9                    MR. KLAYMAN:  Correct.

10                    MS. BOLGER:  -- after I've agreed to

11     keep it confidential?

12                    MR. KLAYMAN:  No.  What I said

13     was -- no.  What I said was --

14     BY MS. BOLGER:

15          Q    I've agreed to keep it confidential,

16     Ms. Loomer.  Please --

17                    MR. KLAYMAN:  Let me talk, Ms. Bolger.

18     BY MS. BOLGER:

19          Q    -- what is your email address?

20                    MR. KLAYMAN:  Let me talk; all right?

21     Don't be rude to me like you were in the last

22     deposition.
```

```
                                                    Page 28

 1                    MS. BOLGER:  Don't yell at me
 2      Mr. Klayman.
 3                    MR. KLAYMAN:  I'm not yelling at you;
 4      you're yelling at my client; okay?
 5                    MS. BOLGER:  Don't yell at me,
 6      Mr. Klayman.
 7                    MR. KLAYMAN:  You can ask all those
 8      questions.  That will be a separate record that you
 9      can ask.  Just keep them, and we'll answer those
10      questions in a --
11                    MS. BOLGER:  I want the answer now.
12      And we'll keep --
13                    MR. KLAYMAN:  -- confidential record.
14      No.
15                    MS. BOLGER:  -- it confidential.
16                    MR. KLAYMAN:  You're not going to mess
17      up this record.
18      BY MS. BOLGER:
19           Q    What's your email address?
20                    MR. KLAYMAN:  No.  No.  Do not answer.
21      Do not answer.
22                    MS. BOLGER:  Mr. Klayman, you're
```

```
                                              Page 29

 1       instructing the witness --

 2                    MR. KLAYMAN:  No.

 3                    MS. BOLGER:  -- not to answer what her

 4       email address is.

 5                    MR. KLAYMAN:  I said to you I don't

 6       want apples and oranges here.  We can go in a separate

 7       record --

 8                    MS. BOLGER:  You don't get to decide

 9       this.  This is my record.

10                    MR. KLAYMAN:  I am --

11       BY MS. BOLGER:

12            Q    What is your email address, Ms. Loomer?

13                    MR. KLAYMAN:  No.  Don't answer her.

14                    MS. BOLGER:  Okay.  I'll take that to

15       the judge.

16                    MR. KLAYMAN:  Please do.

17       BY MS. BOLGER:

18            Q    Is it your general practice to be truthful

19       when you send emails?

20            A    Yes.

21            Q    What's your telephone number?

22                    MR. KLAYMAN:  Same thing.  That will be
```

```
                                          Page 30
 1     on a separate record, if you want to ask her.

 2                    MS. BOLGER:  It will not.  This is my

 3     deposition.

 4                    MR. KLAYMAN:  All right.  Don't answer

 5     that.

 6                    MS. BOLGER:  Okay.  I will tell the

 7     judge that you will not allow me to get this basic

 8     information about a plaintiff who chose to --

 9                    MR. KLAYMAN:  No.

10                    MS. BOLGER:  -- bring a lawsuit in

11     federal court.

12                    MR. KLAYMAN:  And --

13                    MS. BOLGER:  And you have been

14     grandstanding about how this is public, Mr. Klayman.

15                    MR. KLAYMAN:  And that will be a lie;

16     okay?  Because we said we'll go in a separate record.

17     We'll break it up --

18     BY MS. BOLGER:

19         Q    Do you send text messages, Ms. Loomer?

20                    MR. KLAYMAN:  Stop.  Stop.  We will go

21     on a separate record --

22     //
```

```
                                                          Page 31

 1      BY MS. BOLGER:

 2           Q     Do you send text messages, Ms. Loomer?

 3           A     Yes.  I text.

 4           Q     Okay.  Do you text on your phone?

 5           A     Yes.

 6           Q     Do you use Facebook Messenger?

 7           A     No.  I don't have a Facebook account.

 8           Q     Is that because you were banned?

 9           A     Yes.

10           Q     Do you use Signal?

11           A     I'm a journalist.  Occasionally.

12           Q     Okay.  Do you use WhatsApp?

13           A     Occasionally.

14           Q     Do you instant message people on X?

15           A     It's called a "DM," but yes.

16           Q     Thanks for the correction.  How do you

17      communicate with President Trump?

18           A     Well, sometimes some of his staff will relay

19      messages.

20           Q     How do they relay those messages?

21           A     Call.  They'll call me.  Sometimes --

22      there's been several times that the president has
```

Page 32

```
 1     called me from the phone of his staff.  He has had his
 2     staff call me.  The president does not use email.  I
 3     do not email the president.
 4          Q    Do you text him?
 5          A    I text with his staff.
 6          Q    What app do you use to text with his staff?
 7          A    I use just regular text.
 8          Q    How many times have you spoken to the
 9     president on the phone?
10          A    Numerous times.
11               MR. KLAYMAN:  Indefinite is the time.
12     Objection.
13     BY MS. BOLGER:
14          Q    How many times have you spoken to the
15     president on the phone?
16          A    I don't know.  I mean, I -- I've known the
17     president for several years, so I would say, you know,
18     several times.
19               MR. KLAYMAN:  Objection on relevancy.
20     Continuing objections as well.
21               THE WITNESS:  Many times.
22     //
```

```
                                                    Page 33

 1      BY MS. BOLGER:

 2           Q     Sorry?

 3           A     Many times.

 4           Q     Oh.  What is "many times"?  Would you say

 5      more than a hundred?

 6           A     No.

 7           Q     Would you say more than 50?

 8                    MR. KLAYMAN:  Same objection --

 9      continuing.  Relevancy.

10                    THE WITNESS:  No.  Not more than 50.

11      BY MS. BOLGER:

12           Q     Okay.  About 50?

13           A     Perhaps.  But definitely not more than that.

14      Like I said, I communicate mostly with staff or

15      have -- you know, it's mostly -- mostly staff.  Yeah.

16           Q     Okay.  So you said that you -- I just want

17      to make sure I'm getting this right.  You said that

18      sometimes the staff calls you, and sometimes the

19      president calls you through his staff; is that

20      correct?

21           A     Yeah.  Because it's the president of the

22      United States -- just going to be, you know, calling
```

```
                                                   Page 34
 1     people.  Like, communications are protected when
 2     you're the president, and so for national security
 3     purposes, for you know, purposes of protecting
 4     people's communication devices.
 5             And so you know, the way it works is if
 6     somebody calls you, generally, they call on, like, a
 7     staff phone or a designated phone, and you know, it's
 8     the president.
 9        Q    So you said you've spoken to the president
10     about 50 times; is that separate from conversations
11     you've had with the president's staff?
12                 MR. KLAYMAN:  Objection.  Testimony
13     speaks for itself.
14                 MS. BOLGER:  I didn't finish my
15     question.
16                 MR. KLAYMAN:  I thought you did.
17     BY MS. BOLGER:
18        Q    Is it separate for -- you said you spoke to
19     the president about 50 times; is that separate from
20     conversations you've also -- you've had with
21     president's staff?
22                 MR. KLAYMAN:  Objection.  Relevancy --
```

```
                                                     Page 35
 1     continuing.
 2                    THE WITNESS:  I wouldn't say that it's
 3     been 50 direct conversations with the president.  You
 4     asked if -- how those communications take place.  And
 5     sometimes, they take place through the staff, and so
 6     it's a combination.
 7     BY MS. BOLGER:
 8          Q    Okay.  And how many times have you texted
 9     with the president's staff?
10          A    Probably the same amount.  Probably the same
11     amount.
12          Q    So an additional 50 times?
13          A    Yeah.  I would say so.  I mean, these are
14     people that I've known for, you know, several years,
15     so --
16          Q    When did you --
17          A    -- I've been involved in conservative media
18     and conservative politics for about 12 years, and so
19     I've known a lot of his staff for a very long time.
20          Q    What social media accounts do you use?
21          A    Well, it's been widely publicized that I've
22     been banned on social media for speaking the truth and
```

```
                                               Page 36
 1      for supporting the president.  And everybody knows

 2      that there's, you know, coordinated censorship against

 3      the president and his supporters.

 4              This has been documented extensively in

 5      congressional hearings, lawsuits, testimony by social

 6      media executives themselves who admitted that the FBI

 7      worked with them to interfere in the election.

 8              And so I have been reinstated to X, thanks

 9      to Elon Musk.  I use X.  I use Truth Social.

10      Occasionally, I'll use Telegram.  I have a Gab

11      account.  I have a Gettr account.

12              I recently -- just to test the waters to see

13      if -- if Facebook was serious about being against

14      censorship -- try to create another Instagram account,

15      which I don't really use; I use it mostly for research

16      purposes.  But I'm most active on X and Truth Social.

17      Q    What's your handle on X?

18      A    It's at -- well, I have -- I have several

19      accounts.  I have "@LauraLoomer."  I have

20      "@LoomerUnleashed."  And I have another account that's

21      "@LoomeredStrat," which is account -- an account I

22      recently created.
```

```
                                                          Page 37

 1            Q     I'm sorry.  Can you spell that?

 2            A     "LoomeredStrat."

 3            Q     Spell it, please.

 4            A     L-O-O-M-E-R-E-D-S-T-R-A-T.

 5            Q     And what is "LoomeredStrat"?

 6            A     "LoomeredStrat" is an X account I created

 7      for a research company that I recently launched called

 8      Loomered Strategies.

 9            Q     And what is the purpose of that?

10            A     Loomered Strategies is a company that I

11      created for the sake of doing research and -- like,

12      opposition research, vetting.  It's just another

13      company.

14            Q     Opposition and vetting for whom?

15            A     Whoever needs opposition, research, or

16      vetting.

17            Q     And what is your Truth Social handle?

18            A     It's "@LauraLoomer."

19            Q     Gettr, what is your handle?

20            A     I believe it's "@LauraLoomer," also.

21            Q     Okay.  How about Gab?

22            A     I believe it's also "@LauraLoomer."
```

Page 38

1          Q    And I think you said you just use Telegram
2     sometimes; what's that handle?
3          A    Just -- I think it's at -- it's either,
4     like, "Loomer" or "@LauraLoomer."  I don't really use
5     it that much.  I used to use it a lot more when I was
6     banned because it was one of the only -- the only
7     platforms that I could use.
8               But it's either my name, or "Real Laura
9     Loomer," or "@Loomer" -- one of those.  I -- I'm happy
10    to go and look after the deposition and get it to you.
11         Q    Whose decision was it to bring this lawsuit?
12         A    It was my decision.
13         Q    And did you speak to anybody about the
14    decision to bring it before you brought it?  You don't
15    have to -- please don't -- yeah.  Sorry.  Please don't
16    tell me about conversations with lawyers.  I'm not
17    interested in, like -- in privileged communications.
18         A    Just -- you know, obviously, I filed a
19    lawsuit, so I have an attorney; so just my attorney.
20         Q    Okay.  And how did you find Mr. Klayman?
21         A    I've known Mr. Klayman for several years.
22    He's been my lawyer -- at least one of my lawyers --

Page 39

1    since, I believe, 2018.

2         Q     Okay.  And where'd you all meet?

3         A     And I met him in Nevada in 2017.

4         Q     What were you doing in Nevada?

5         A     I'm a journalist, and so I was investigating

6    the Las Vegas shooting, which was a -- a shooting that

7    took place at a music festival.  And I had broken a

8    lot of stories.  And I was out there for several

9    months investigating irregularities with the shooting.

10            And Mr. Klayman was there, having a press

11   conference with one of his former clients, Cliven

12   Bundy.  And I showed up to the press conference, and I

13   met him and exchanged contact information with him.

14            And eventually, got in touch with

15   Mr. Klayman when I was banned from Twitter in 2018.

16   And he represented me in filing an antitrust case

17   against several social media companies that banned me.

18        Q     What was the result of that case?

19        A     It went all the way to the Supreme Court.

20   And ultimately, the court decided not to hear the

21   case.

22            But Justice Thomas issued an opinion saying

```
                                             Page 40
 1      that the case was very well-thought out, and that it
 2      raised relevant -- relevant arguments about the
 3      influence of social media companies acting as state
 4      actors.  And it was of his opinion that the court
 5      should take a case up like that in the future.
 6           Q    So that was his dissent; right?
 7           A    Yes.
 8           Q    It's because you lost in the Supreme Court;
 9      right?
10           A    Well, they decided not to take the case up.
11           Q    Right.  And you lost in the appellate level
12      beneath that; right?
13           A    Well --
14                MR. KLAYMAN:  Objection.  Relevancy.
15      BY MS. BOLGER:
16           Q    Yes?
17           A    I guess so.
18           Q    And you lost in the trial court too; right?
19                MR. KLAYMAN:  Objection.  Relevancy.
20                THE WITNESS:  Oh.  There was no trial.
21      BY MS. BOLGER:
22           Q    Well, the trial court -- the first court --
```

```
                                              Page 41

 1          A     Yes.

 2          Q     -- the first court; that's a "yes"?  Okay.

 3     I'm going to ask you to --

 4          A     But it doesn't mean it doesn't --

 5          Q     -- to take --

 6          A     -- every --

 7          Q     I'm going to ask --

 8          A     -- I was -- I would say that --

 9          Q     There's no --

10                MR. KLAYMAN:  Let her -- she's

11     allowed --

12                THE WITNESS:  I just want to -- I want

13     to say --

14                THE REPORTER:  One at a time, please.

15                MS. BOLGER:  Yes.  There is no pending

16     question; you may not speak.

17                MR. KLAYMAN:  She's allowed to --

18                MS. BOLGER:  May I have --

19                MR. KLAYMAN:  You give your answer.

20                MS. BOLGER:  She is not.

21                MR. KLAYMAN:  No.  You know, you --

22                MS. BOLGER:  You may ask her a
```

Page 42

```
 1      follow-up.
 2                   MR. KLAYMAN:  You're allowed to.  No.
 3                   MS. BOLGER:  She may not randomly speak
 4      on a record.
 5                   MR. KLAYMAN:  You don't make the rules.
 6                   THE WITNESS:  Well, I'm answering the
 7      question.
 8                   MS. BOLGER:  Can I ask you to please
 9      mark, as Exhibit 1 --
10                   MR. KLAYMAN:  You don't make the rules.
11                   Go ahead --
12                   MS. BOLGER:  -- this document --
13                   MR. KLAYMAN:  -- answer what you want
14      to say.
15                   MS. BOLGER:  Mr. Klayman --
16                   THE WITNESS:  Just -- just because I
17      lost the case doesn't mean that it wasn't relevant.
18      And I was ahead of the curve as I usually am.  And it
19      was later noted during congressional hearings in which
20      executives of these social media companies testified
21      under oath that they were in fact behaving as state
22      actors and acting at the direction of people like Joe
```

```
                                                   Page 43

 1      Biden and -- and our law -- federal law enforcement

 2      agencies.  And they were behaving in a politically

 3      biased manner.

 4                   And so it was our belief that had the

 5      case, you know, been reviewed in front of the court

 6      after that information, you know, was released under

 7      oath in front of Congress, that there would have been

 8      a different outcome.  And so you know, some people can

 9      say I lost, but a lot of other people say that it

10      was -- it was a pioneering case, as I was the canary

11      in the coal mine.

12                   And it really, you know, paved the way

13      for other free speech warriors like myself, and people

14      who have been demonized by President Trump -- excuse

15      me -- demonized because of their support of President

16      Trump to file lawsuits against these social media

17      companies for behaving as state -- as state actors.

18                   MS. BOLGER:  Okay.  I'm going to move

19      to strike that.  And I'm going to take that time back

20      because that was not responsive to my question, and

21      I'll add that time to my seven hours.

22                   MR. KLAYMAN:  Well, you don't get to
```

Page 44

1    decide.

2                    MS. BOLGER:  We're going to mark, as

3    Exhibit 1 --

4                    MR. KLAYMAN:  Can you please stop being

5    so arrogant --

6                    MS. BOLGER:  -- the defendants'

7                    MR. KLAYMAN:  -- and abrasive?

8                    MS. BOLGER:  -- first set of requests

9    for documents and production things; can you mark that

10   as Exhibit 1 for me?

11                   MR. KLAYMAN:  Okay.  It's amazing how

12   you --

13                   MS. BOLGER:  Here you go, Mr. Klayman.

14                   MR. KLAYMAN:  Don't throw things at me.

15                   MS. BOLGER:  Can you mark this?

16                   I'm sorry.  I was trying to reach it to

17   you.

18                   MR. KLAYMAN:  No.  No.  That's

19   intentional; okay?

20                   MS. BOLGER:  It wasn't intentional.

21                   MR. KLAYMAN:  You treat both of us

22   with --

```
                                                      Page 45

 1                    MS. BOLGER:  Can you mark this as

 2         Exhibit 1, please?

 3                    MR. KLAYMAN:  -- respect.  That's

 4         something which has not happened in this case.

 5         BY MS. BOLGER:

 6              Q    Okay.  I've asked the court reporter to hand

 7         you Exhibit 1, which is the document request that were

 8         propounded to you by the defendants in this action;

 9         have you seen this document, Ms. Loomer?

10                         (Exhibit 1 was marked for

11                         identification.)

12              A    Yes.

13              Q    Okay.  And what did you do to search for

14         documents responsive to this document?

15                    MR. KLAYMAN:  Vague and ambiguous.  You

16         might want to ask her, you know, more specifically.

17                    MS. BOLGER:  Mr. Klayman --

18         BY MS. BOLGER:

19              Q    Ms. Loomer, you can answer my question.

20                    MR. KLAYMAN:  And there were objections

21         as well, so that should be noted.  This does not

22         reflect the objections.
```

```
                                              Page 46

 1      BY MS. BOLGER:

 2           Q    So my question was, what did you do to

 3      search for documents responsive to this request?

 4           A    Well, as I -- as I said -- well, and as my

 5      attorney said too, there were objections made

 6      regarding relevancy to some of these overreaching

 7      requests for documents, and so I provided relevant

 8      documents --

 9           Q    Okay.  So let's --

10           A    -- unlike Bill Maher.

11           Q    Let's start out by saying number 1, "All

12      documents in communications concerning the

13      September 13th episode -- 2024 episode"; what did you

14      do to search for those documents?

15           A    Well, you have the episode, and you have --

16           Q    I know.  Answer my question, which is "What

17      did you do to search for those documents?"  That's my

18      question.

19           A    The episode on September 13th was aired by

20      HBO.  And so it's not like I planned to wake up and

21      see that Bill Maher had falsely accused me of having

22      sex with President Trump.
```

```
                                                Page 47

 1              And so I looked for the transcript, and the

 2      video recording of the episode, and the media

 3      publications that were published in the aftermath of

 4      the airing of this episode.

 5          Q    For number 5, where it says "All documents

 6      and communications between you and President Trump";

 7      what did you do to search for those documents?

 8                       MR. KLAYMAN:  Well, there's an

 9      objection to that in terms of overbreadth, relevancy,

10      vague and ambiguous --

11                       MS. BOLGER:  You don't get to testify.

12      Mr. Klayman.

13      BY MS. BOLGER:

14          Q    Ms. Loomer, what did you do to search for

15      those documents?

16                       MR. KLAYMAN:  No.  But you're --

17      that -- you are presuming facts --

18                       MS. BOLGER:  There's nothing --

19                       MR. KLAYMAN:  -- that are not in

20      evidence.

21                       MS. BOLGER:  -- objectionable about

22      that question.
```

```
                                              Page 48
 1                    MR. KLAYMAN:  You're presuming facts
 2       that are not in evidence.
 3       BY MS. BOLGER:
 4           Q    What did you do to search for those
 5       documents?
 6           A    Well, there was an objection.  And as I
 7       said, I'm a -- I'm a journalist, and so there's a lot
 8       of, you know, restrictions on what constitutes
 9       communications.
10                    And you know, the fact of the matter here is
11       that Bill Maher falsely accused me of having sex with
12       President Trump.  And so you know, there's no evidence
13       that I had sex with President Trump.  I have never
14       even been in the same room with President Trump alone.
15       And you know, I --
16           Q    So you're saying you didn't search for those
17       documents?
18           A    I provided all the documents that were
19       relevant, and I did search for documents.  And I
20       provided everything necessary.  I provided the -- the
21       letter that I sent to his staff during the transition
22       team, and --
```

```
                                               Page 49

 1          Q    Did you search for your private

 2    communications with the -- Mr. Trump or his staff, as

 3    requested in this document request?

 4          A    Yeah.  I believe -- I believe so.  I --

 5          Q    Did you produce them to me?

 6          A    -- I turned over whatever I had that was not

 7    objected to -- to my -- to my attorney to give to you.

 8    But again, there were objections; so --

 9          Q    Is it your testimony under oath that you've

10    never exchanged any written communications with

11    Mr. Trump or his team?

12                    MR. KLAYMAN:  Asked and answered.

13                    THE WITNESS:  I -- I already said that

14    I have communicated with President Trump's staff over

15    the phone.

16    BY MS. BOLGER:

17          Q    You also said you got text messages; right?

18          A    Yes.  But that has nothing to do with --

19          Q    I didn't ask you what --

20          A    But that has nothing to do with it.

21          Q    Wait.  But you --

22          A    And as a -- I'm a journalist, and so you
```

```
                                                        Page 50

 1    know --

 2         Q    So you did not search for any documents --

 3         A    That's not true.

 4         Q    -- related to your communications --

 5         A    That's not true.  They -- they were --

 6         Q    Let me ask the question, Ms. Loomer.  You

 7    did not search for any documents related to your

 8    communications with Mr. Trump or his team that you and

 9    Mr. Klayman decided weren't relevant; is that correct?

10              MR. KLAYMAN:  But there were other

11    aspects of the objection.  That mistake --

12    BY MS. BOLGER:

13         Q    Is that correct?

14         A    That's not true.  There were objections.

15         Q    Right.  You decided what your objections

16    were, and then you didn't search for any documents

17    other than what you thought was --

18         A    That -- that's up to the -- that's -- you

19    take it up with the judge.  You take it up with the

20    judge.  But a lot of --

21         Q    Because you didn't search for it?

22         A    -- your requests -- that's not true.
```

```
                                                   Page 51

1      Your -- a lot of your requests were very harassing and

2      overreaching, and that's why my attorney objected to

3      them so you can take it up with the judge.  Your --

4      your client didn't even produce documents.

5           Q     Okay --

6           A     Your client wants his entire deposition

7      under seal cause he doesn't want the world to see what

8      a horrible, misogynistic, sexist person he is.

9           Q     So --

10          A     He admitted -- he admitted that he --

11          Q     You --

12          A     -- that he had --

13                MR. KLAYMAN:  Wait, wait, wait, wait,

14     wait, wait.  Wait --

15     BY MS. BOLGER:

16          Q     Ms. Loomer, that is confidential, and you

17     know it's confidential.  And if you want to sit here

18     and violate a court order, you go right ahead.

19          A     I'm not violating any court order.

20          Q     Ms. --

21                MR. KLAYMAN:  She did not give any

22     testimony about what he said.
```

```
                                                          Page 52

 1    BY MS. BOLGER:

 2         Q    Ms. Loomer, did you search for all documents

 3    and communications supporting the complaint's

 4    allegations that the episode "severely harmed and

 5    damaged" you?  That's on page -- it's number 12.

 6         A    Yes.  I did.

 7         Q    And what documents did you produce?

 8         A    I turned over my resume, and I turned over

 9    my letter with the transition team.  And obviously,

10    I'm not working in the White House, and so it has

11    damaged me because I was expecting to work in the

12    White House.

13              And you have those documents.  You have

14    those communications that has my email, so you already

15    have my email.

16         Q    So that's it?  All you had was that --

17    all -- the only evidence you have of your reputation

18    being damaged by the report was that one --

19              MR. KLAYMAN:  Misstates testimony.

20    BY MS. BOLGER:

21         Q    -- application you made to the White House?

22         A    I turned over tweets --
```

```
                                                      Page 53

 1                      MR. KLAYMAN:  Misstates testimony.

 2         Wait, wait, wait --

 3                      THE WITNESS:  I turned over tweets.  I

 4         turned over media reports that insinuated that I'm a

 5         whore; that I was having an affair with the president.

 6                      I turned over a lot of news

 7         publications, including the additional episode that

 8         was published and aired by HBO and Bill Maher, in

 9         which he tried to compound the damages that he did to

10         my reputation on September 13th and episodes that were

11         seen millions of times.

12         BY MS. BOLGER:

13             Q    Do you understand that when we asked for

14         documents, we were asking for any and all

15         communications you had with anyone about the episode?

16                      MR. KLAYMAN:  That misstates what you

17         were asking for.  You can refer to the specific

18         request, but don't --

19         BY MS. BOLGER:

20             Q    Ms. Loomer, please answer my question.

21                      MR. KLAYMAN:  No.  She doesn't have to

22         answer your question if it's improperly formed.
```

```
                                                    Page 54

 1     BY MS. BOLGER:

 2          Q    Ms. Loomer, answer my question.  Answer my

 3     question.

 4                    MR. KLAYMAN:  Objection.

 5                    THE WITNESS:  I turned over documents.

 6     And I consulted with my attorney on what was -- on

 7     what was acceptable.  And if there's anything that you

 8     find unacceptable, you can take it up with the judge.

 9     BY MS. BOLGER:

10          Q    But you did not search for any documents

11     that you did not deem acceptable; is that correct?

12          A    I did search for documents, but I'm not

13     required to turn over things that are harassing in

14     nature or are overreaching.  I have protections, and I

15     have rights, just like your client didn't turn over

16     documents.

17          Q    What do you do for a living, Ms. Loomer?

18          A    I'm a journalist.

19          Q    You, in fact, describe yourself as an

20     investigative journalist; correct?

21          A    Yes.

22          Q    Okay.  What does it mean to you to be an
```

Page 55

1      investigative journalist?

2           A    Well, I expose fraud, corruption, waste,

3      abuse.  I investigate wrongdoing.  I expose people.  I

4      expose people, like many of your clients, for their

5      involvement in weaponization of government.  I expose

6      malicious law affair.

7                I expose all types of corruption, which is

8      why I have amassed a very large following online

9      because I've broken a lot of very big stories exposing

10     a lot of corruption in our country.

11          Q    Do you follow a particular code of ethics in

12     doing your investigative journalism?

13                    MR. KLAYMAN:  Vague and ambiguous.

14     Objection.

15                    THE WITNESS:  Yeah.  I report the

16     truth.

17     BY MS. BOLGER:

18          Q    Have you ever heard of the SPJ Code of

19     Ethics, for example?

20          A    Yeah.  But I also know --

21                    MR. KLAYMAN:  Objection.  Relevancy.

22                    THE WITNESS:  -- that, you know,

Page 56

```
 1      this -- a lot of the standards that are determined and

 2      defined by the mainstream media and a lot of these

 3      journalistic entities are biased in nature.  They lean

 4      heavily toward the left.

 5                      And I'm also not naive, and I

 6      understand that there's a lot of bias perpetuated by

 7      the news, which you're familiar with.  Obviously,

 8      you -- you represented -- your firm represented George

 9      Stephanopoulos who had to settle with President Trump

10      for $15 million.

11                      And you know, you make a lot of money

12      representing the purveyors of fake news, who clearly

13      don't abide by the rules of journalistic ethics, so

14      you should ask your own clients whether or not they

15      understand journalistic ethics.

16      BY MS. BOLGER:

17          Q    So again, my --

18          A    Maybe they wouldn't have had to settle with

19      President Trump for $15 million if -- if your client

20      had understood journalistic ethics; right?

21          Q    Mr. Loomer, my question was, have you ever

22      heard of the SPJ Code of Ethics, and you suddenly
```

```
                                              Page 57

 1      launched into a tirade, which you continually do --

 2           A    No.  I said -- I said, "Yes" --

 3           Q    And I'm just reminding you --

 4           A    I said, "Yes."  But I'm also --

 5           Q    No --

 6           A    I said, "Yes" --

 7                     THE REPORTER:  One at a time, please.

 8      One at a time, please.

 9                     THE WITNESS:  I said, "Yes."  But I'm

10      also not going to be gaslit by a Democrat lawyer who

11      represents fake news media and has given political

12      donations to Democrats.  I've checked the FEC records

13      because I am an investigative journalist, and I know

14      that you donated to the DCC.

15                     You donate to ActBlue.  And you

16      represent Trump haters, who have had to settle with

17      President Trump because they are purveyors of fake

18      news, so I'm not going to be gaslit by you.  I'll

19      answer your questions, but I'm not going to be

20      gaslit --

21                     MS. BOLGER:  Ms. Loomer --

22                     THE WITNESS:  -- by a Democrat
```

```
                                           Page 58
 1    lawyer --
 2                   MS. BOLGER:  You don't get to yell at
 3    me --
 4                   THE WITNESS:  I'm not -- I'm not --
 5                   MS. BOLGER:  -- and you don't get to
 6    make this personal --
 7                   THE WITNESS:  -- I'm not yelling at
 8    you --
 9                   MS. BOLGER:  -- because that's
10    pathetic.
11                   THE WITNESS:  I'm not yelling at you.
12    I am -- I am --
13    BY MS. BOLGER:
14         Q    My question --
15         A    I'm letting people know, if -- because this
16    is probably going to go to trial, I am letting people
17    know that I understand journalistic ethics.  But your
18    clients -- people should know that you represented
19    CNN.  On your -- on your law firm website, you say
20    that you are Trump's least favorite firm --
21         Q    I don't say that.
22         A    -- you make money, and you -- you
```

```
                                                    Page 59

 1     monetize -- you did.  You have since deleted --

 2     right -- for the record, Davis Wright Tremaine has

 3     since deleted this article that they had highlighted

 4     on their website -- Hollywood reporter from March of

 5     2009 --

 6          Q    We're going to start timing these,

 7     Ms. Loomer.

 8          A    That's fine.  Go ahead.  Go ahead.  We have

 9     seven hours.  We're here all day.

10          Q    We're having a lot more, sister.

11          A    They -- they have -- they have an article on

12     their website, which they have since deleted after I

13     exposed them because they like to monetize off of

14     malicious lies from the fake news media.

15               So you should, you should ask yourself and

16     your law firm whether or not you believe in

17     journalistic ethics.

18          Q    So you've never read the SPJ Code of Ethics?

19          A    I don't care about reading, you know,

20     any -- any made-up rules -- any made-up ethics from

21     purveyors of fake news and people that want to put

22     their political affiliation ahead of the truth.
```

```
                                                Page 60

 1          Q    So when people read what you write --

 2          A    And I don't care to get a lecture from a

 3     Democrat lawyer who donates to Democrats  --

 4          Q    So when people read what you write, are you

 5     holding it out to them as the truth?

 6          A    Yes.

 7          Q    You referred to yourself earlier as a free

 8     speech warrior; right?

 9          A    Yes.

10          Q    What's a "free speech warrior"?

11          A    I fight for free speech.

12          Q    You also just referred -- you've also

13     referred yourself as a "free speech absolutist";

14     correct?

15          A    Yes.

16          Q    What does that mean?

17          A    Well, within the realms of acceptable

18     speech, not defamation like your client has -- has

19     committed against me, I fight for -- I fight for

20     freedom of expression and free speech.  But that

21     doesn't include malicious lies, including the lie that

22     I had sex with President Trump.
```

```
                                                   Page 61
  1          Q     So what other categories of speech do you,
  2     as a self-described free speech absolutist, not
  3     protect?
  4          A     You're a defamation lawyer.  You can't --
  5     you -- you surely understand that you cannot just
  6     falsely accuse a woman of having sex with the
  7     president and -- and trying to ruin his marriage
  8     simply because you don't like the fact that that
  9     person traveled to a presidential debate with the
 10     president and his campaign staff.  Surely, you know
 11     that.
 12          Q     So you're --
 13          A     Or maybe -- maybe you don't because your
 14     clients have lost and had to settle with President
 15     Trump because they defamed him.  I don't know.  Maybe
 16     you don't understand defamation.
 17          Q     Have you ever taken a journalism course?
 18          A     Yes.  I was valedictorian, and I graduated
 19     with a 4.0 GPA from Barry University.  And I majored
 20     in broadcast and emerging media, and I minored in
 21     political science.
 22          Q     Have you ever taken a journalism ethics
```

Page 62

```
1     course?

2          A    Yes.

3          Q    When did you do that?

4          A    When I was in college.

5          Q    What did you learn in that course?

6          A    Well --

7               MR. KLAYMAN:  Objection.  Relevancy.

8     Harassment.

9               THE WITNESS:  I learned that the

10    educational system in our colleges and our

11    universities is plagued by Democrats who pretend to be

12    intellectuals, who want to try to indoctrinate

13    students with a left-wing etiology.

14               I learned about the importance of

15    standing up for your rights.  And I learned about the

16    importance of not being bullied by professors.  And I

17    successfully resisted being indoctrinated into a

18    little "mini-Marxist" and communist, which is what

19    we're seeing come out of a lot of American

20    universities today.

21               You know, it's why President Trump

22    wanted to defund the Department of Education because
```

```
                                                          Page 63
 1     people know that there's a progressive Marxist rot in
 2     our educational institutions.  And so I would say that
 3     I took a lot of what I learned in -- in college with a
 4     grain of salt because I'm not going to let myself be a
 5     vehicle for Marxist indoctrination.
 6     BY MS. BOLGER:
 7          Q    So just to put that together, in answer to
 8     my question --
 9          A    I answered your question.
10          Q    -- what did you learn in a journalism ethics
11     course --
12          A    I told you what I learned.
13          Q    -- you said that you learned not to be a
14     Marxist?
15          A    Yes.  That's true.
16          Q    You own a company called Illuminate Media?
17          A    Yes.
18          Q    What is Illuminate Media?
19          A    It's my media company.
20          Q    And what does it do?
21          A    I have a website.  I publish news.  I have a
22     show -- podcast called Loomer Unleashed.  And we
```

```
                                          Page 64
 1      publish news reports, and we do investigative

 2      reporting.

 3           Q    How many people are employed by Illuminate

 4      Media?

 5                     MR. KLAYMAN:  Objection.  Relevancy.

 6                     THE WITNESS:  Myself, and I have a

 7      couple contractors.

 8      BY MS. BOLGER:

 9           Q    Okay.  Who are those contractors?

10           A    Do you want their names?

11           Q    Yes.

12           A    I have a production company that I pay on a

13      monthly basis.

14           Q    What's that called?  What is that called?

15           A    It's called Ark Studios.  And they --

16           Q    What do they do?

17           A    They just clip my videos from my -- my

18      podcast, and they -- they edit my clips.  And they

19      edit the news clips from my -- my DC correspondent;

20      his name is Charles Downs.

21           Q    Okay.  And Charles Downs is your -- sorry.

22      Just so I understand -- Charles Downs is your DC
```

Page 65

1    correspondent?

2         A    Yes.

3         Q    And he is -- is he a contractor or an

4    employee?

5         A    He's a contractor.

6         Q    Okay.  And does he work just for you?

7         A    I believe so.  I mean, I don't get into his

8    personal business; he's a contractor.  He's free to

9    work for other people if he wants to, but he works

10   with me.

11        Q    I've seen your show, Ms. Loomer.

12   Occasionally, you ask someone to put something on a

13   screen or show something.

14        A    Yeah.

15        Q    Who is it that you're talking to?

16        A    My producer.

17        Q    Who is your producer?

18        A    His name is Cannon [ph], and he is an

19   employee of Ark Studios.  So the production company

20   employs their staff, and I contract out the production

21   company.

22        Q    Okay.  So Illuminate Media has no employees;

Page 66

```
 1    is that right?  Other than you?

 2        A    Correct.

 3        Q    Okay.  I'm going to ask the court -- ask the

 4    court reporter to mark, as Exhibit 2, a document,

 5    actually, that you produced, Ms. Loomer, which bears

 6    what I believe are the Bates numbers at the bottom

 7    right corner, 16 through 24.

 8                  (Exhibit 2 was marked for

 9                  identification.)

10                  MR. KLAYMAN:  Can I have a copy of

11    that?

12                  MS. BOLGER:  Of course, you can.

13                  MR. KLAYMAN:  And the witness?

14                  MS. BOLGER:  I'm going to try to get it

15    to you without throwing it to you, Larry, but you're

16    far away.

17                  MR. KLAYMAN:  That would be nice.  That

18    would be nice.  Thank you.

19    BY MS. BOLGER:

20        Q    I'm going to draw your attention to page 20,

21    but if you want to take a look at it generally, I'm

22    fine with that.
```

```
                                          Page 67

 1                    MR. KLAYMAN:  Go ahead and look at

 2      every page.

 3      BY MS. BOLGER:

 4          Q    My first question is going to be, do you

 5      recognize what this is?

 6          A    Yes.

 7          Q    What is it?

 8          A    This is a letter that I produced in your

 9      document request.  It's a letter that I sent to Trent

10      Morse, who currently works in the White House PPO

11      office.  And at the time, he was leading the

12      transition team for President Trump.  And this was

13      sent on November 14, 2024.  It's a copy of my resume

14      and my cover letter.

15          Q    Okay.  Can I ask you to turn to the letter,

16      which starts -- the first page of the letter has the

17      Bates Number 20 in the bottom right corner.  Just let

18      me know when you're there.

19                    MR. KLAYMAN:  Can I take a quick

20      bathroom break?

21                    MS. BOLGER:  Can we finish this

22      document?
```

```
                                                Page 68

 1                    MR. KLAYMAN:  Well, that's why I want

 2        to do it because I got to go to the bathroom right

 3        now.

 4                    MS. BOLGER:  Sure.  That's fine.  We

 5        can take a break.

 6                    MR. KLAYMAN:  Okay.  Yeah.

 7                    THE VIDEOGRAPHER:  Off the record at

 8        10:57.

 9                    (Off the record.)

10                    THE VIDEOGRAPHER:  Back on the record

11        at 11:02.

12        BY MS. BOLGER:

13            Q    Okay.  Ms. Loomer, I can't remember if I

14        asked you this, so forgive me if I'm repeating the

15        question.  But this is the letter, at 20, that you

16        sent to the Trump transition team on November 14,

17        2024; correct?

18            A    Yes.

19            Q    Okay.  And you drafted this letter?

20            A    Yes.

21            Q    Okay.  Terrific.  You begin by saying, "With

22        ten years of experience as a communications
```

```
                                              Page 69

 1     professional, as an investigative journalist"; do you

 2     see that?

 3          A    Yes.

 4          Q    What's the difference, in your mind, between

 5     communications professional and investigative

 6     journalist?

 7          A    Well, they're overlapping.  I mean, I would

 8     just -- I would -- I am appealing to the fact that I

 9     have many skill sets.  I -- I was the communications

10     director for Project Veritas when I worked for Project

11     Veritas out of college.  And you know, I would say

12     that that qualifies me to say that I'm a

13     communications professional.

14               I worked for a very well-known high

15     profile -- probably, like, the leading undercover

16     investigative journalism company in the entire

17     country, especially during a presidential election

18     year.  And I was their "comms" director, so I was

19     truthful.

20               And I have skills in, you know, doing

21     communications work outside of reporting; right?  So I

22     can serve as a communications director.  I can serve
```

Page 70

```
 1      as a press liaison.  I can draft press releases.  I
 2      have those skill sets.
 3              And when I was applying for a position in
 4      the Trump administration.  Yeah.  I was making it
 5      known what my talents and my skills are in my
 6      background.
 7      Q    Did you have a particular position you
 8      wanted?
 9      A    Well, I was actually told that I was going
10      to be working for President Trump when he hired me in
11      his office in March of 2023 during a private meeting
12      with him and Susie Wiles at Mar-a-Lago.
13              And this was during the primary.  And
14      President Trump had actually instructed Susie to
15      onboard me to do research, and -- research -- yeah --
16      research for -- and perhaps assist with communications
17      as well, in the primary.
18              And then ultimately, you know, there was a
19      whole big story in the New York Times, and that didn't
20      end up happening.  But I had just sent this as kind of
21      like a -- you know, like an official, professional --
22      in a professional manner to just have, like, a record
```

```
                                                    Page 71

 1      of my resume and my -- my cover letter.

 2             Because you know, it's been widely

 3      publicized that President Trump had hired me in March.

 4      And that, you know, there was discussions about

 5      bringing me on during the campaign when I was

 6      traveling, even though I wasn't working for the

 7      president.  He was just, you know, a fan of my

 8      investigative reporting.

 9             And then also, after the campaign; right?  I

10      was really hoping that I would have a job.  And

11      President Trump had said on multiple occasions that I

12      would work for him.

13          Q    Okay.  I'm just going to cut that down into

14      smaller bits, just so I understand the timeline, if

15      you don't mind.  So you said that in March of 2023 --

16          A    '23.  Mm-hmm.

17          Q    -- that you were at a sit-down meeting

18      with -- and I -- I'm not trying to misstate your

19      testimony.  I'm trying to get it --

20          A    Yeah.

21          Q    -- correctly because it was quick.

22          A    That's fine.  I understand.
```

```
                                                       Page 72
 1          Q     So when you were -- in March of 2023, you

 2     were at Mar-a-Lago with Susie Wiles and the president,

 3     and -- well, the candidate, Trump; now, President

 4     Trump --

 5          A     Yes.

 6          Q     -- and at that time, he offered you a job on

 7     his campaign; is that correct?

 8          A     Yes.  Mm-hmm.

 9          Q     And --

10          A     It was -- it was not supposed to be -- it

11     wasn't a job interview.  I'll tell you what the

12     meeting was.  So I -- I had been investigating Ron

13     DeSantis, the governor of Florida.  And there was

14     always speculation that he was going to run for

15     president.

16               And nobody -- like, President Trump hadn't

17     taken a shot at him yet.  And there hadn't, like, been

18     an official break because people always thought that

19     they were allies, so it's important for people to have

20     the context.

21               And so in my capacity as an investigative

22     journalist, I was reporting on the governor's
```

Page 73

```
1     misappropriation.  And this was widely reported by,

2     you know, left-wing media, right-wing media, of you

3     know, taxpayer funds in the state of Florida while he

4     was governor to run a shadow presidential campaign

5     disguised as a book tour.

6              And so I showed up to the book tour, and you

7     know, I was there to report on it where I was

8     living -- you know, where I ran for Congress.  And

9     ultimately, the governor's -- the governor and his

10    staff called the police.

11             And the police came, and they said we had to

12    leave because we were Trump supporters.  And at that

13    point, the video had gone viral.  It was seen, I

14    believe, like 27 million times.  And it was all over

15    the media.

16             And President Trump had seen the video and

17    that was really, like, the first breaking point that

18    established the fact that Ron DeSantis was running

19    against Trump.  And so I was invited to a meeting at

20    Mar-a-Lago because the president wanted to meet me;

21    right?  He wanted to meet me 'cause he was impressed

22    by my reporting.
```

```
                                                          Page 74

 1              And he -- in that conversation that took

 2    place in his office with Susie Wiles at Mar-a-Lago, he

 3    was just asking me, like, all types of different

 4    questions about, you know, what I thought about

 5    certain issues or my knowledge on certain issues.

 6              And the president was very impressed by just

 7    how well-versed I was.  And he was very impressed by

 8    my reporting and my understanding of political

 9    affairs.  And so he said that he wanted to hire me on

10    the spot, even though it was not a job interview.

11              And he instructed Susie Wiles to onboard me,

12    and I was supposed to start working for his

13    presidential campaign on April 1st of 2023.

14        Q    But then you did not; correct?

15        A    I did not.

16        Q    And why was that?  Or why not was that?  Or

17    why was that --

18        A    Well, you know, it's -- it's strange because

19    the president instructed this to happen.  And from my

20    understanding of how it went down, Susie had announced

21    to the campaign in an official meeting -- 'cause they

22    had their weekly meetings -- this is what I was told.
```

Page 75

1    I wasn't there in the room, so I -- for -- for this
2    discussion.
3                So I'm going off of what I was told when I
4    had a phone conversation with Susie Wiles.  She had
5    told me that she made an announcement to the campaign
6    staff about the fact that I would be joining the
7    campaign.  And it was her belief -- this is what she
8    told me -- that one of the staff leaked it to the New
9    York Times.
10               And then the New York Times ended up
11   planting a hit piece about -- they changed the title
12   multiple times.  It was something along the lines of
13   like, "Trump has hired" -- you know, they called me,
14   "anti-Muslim activist" 'cause I, you know, report the
15   truth about Islamic terrorism and anti-Semitism in
16   America -- "to work on his campaign."
17               And then they got an -- a lot of anonymous
18   sources to basically say, "Oh.  Well, we didn't -- we
19   didn't like this."  Or "Oh" -- you know -- yeah.  Who
20   knows if they're, like, real sources because they
21   don't, you know, attribute it to real people.
22               But then there was a follow-up article by

```
                                                    Page 76

 1     Maggie Haberman and Jonathan Swan from the New York

 2     Times at the end of the day.  And they got another

 3     anonymous source to say that I would not be working on

 4     the campaign.

 5              And so you know, it was kind of the

 6     elephants in the room the entire campaign season

 7     because you know, there wasn't really anybody else who

 8     was breaking the kind of reporting that I was breaking

 9     that was so pivotal to President Trump's lawfare.

10              I exposed a lot of the weaponization against

11     the president, and you know, the president was very

12     grateful for it -- and his staff, also.  A lot of his

13     staff were very grateful for it too.

14              And I was, you know, given access, like many

15     other journalists, to the campaign.  Like I said, I

16     have a media company, and so my staff and I

17     oftentimes, you know, traveled to the campaign events.

18     And we were given press credentials to report on some

19     of the rallies; right?

20              You have to apply for the process, of

21     course, like through their communications team.  It's

22     like a -- a form that you fill out, and then it
```

```
                                                    Page 77

 1     just -- you know, they let you know when you get to go

 2     inside the venue.

 3               And so you know, I went to South Carolina,

 4     went to Iowa, went to New Hampshire.  I was in

 5     Florida --

 6          Q    Let me just interrupt you.  I'm not sure

 7     that this answers my question --

 8          A    Well, I'm just trying to explain it to you

 9     because you know, there's been a lot of misinformation

10     in the media about it.  So I didn't -- I was not an

11     employee, and I am not an employee of President

12     Trump's.

13               But it was completely normal for me to

14     travel with the campaign.  A lot of journalists

15     traveled with the campaign, actually.  It's just the

16     media wanted to sensationalize me, for some manner.

17          Q    So I'm just talking about the time period of

18     March of 2023 --

19          A    March of 2023.  That's correct.  Yes.

20          Q    -- when you believed you were offered a job

21     by the Trump campaign --

22          A    I was offered a job.  Yes.
```

```
                                                    Page 78
  1          Q     Okay.  And then -- sorry.  I didn't mean to

  2     say otherwise.

  3          A     Yeah.

  4          Q     You were offered a job by the Trump

  5     campaign, and then that offer was withdrawn?

  6          A     It wasn't even formally withdrawn.  It was

  7     kind of bizarre.  It was kind of just this, like,

  8     silent treatment in a sense, where I wasn't really

  9     officially contacted to say like, "Oh.  Your

 10     employment is being withdrawn."

 11               It was just kind of, like, not discussed;

 12     right?  So it was just a -- it was -- it was strange,

 13     and I didn't want to press it, obviously, 'cause I

 14     didn't want to upset the president.

 15               And I, you know, don't want to -- obviously,

 16     I was upset that this had happened, and that it was

 17     leaked.  But I wasn't trying to create drama for the

 18     president because I care more -- I cared more about,

 19     you know, the president and, you know, my country than

 20     I did my ego.

 21               And so I was willing to put it aside for the

 22     sake of not having some, like, you know, fight in the
```

Page 79

```
 1    media that they would have used to attack President
 2    Trump and his staff.
 3         Q    Okay.  You just mentioned quickly -- you
 4    said that when you were getting credentials, "your
 5    staff."  And you said you used the phrase, "my staff
 6    and I would get credentials"; who was "the staff"?
 7         A    My staff -- and I know I've used the term,
 8    like, "employee," interchangeably, and I -- I mean
 9    staff.  'Cause obviously, you know, there's
10    contractors.  The term, "employee," of course, it's
11    like a difference in tax purposes.
12              But my staff; right?  My contractors, the
13    video production team that I travel with them.  So I
14    would pay the expenses for my video -- the production
15    team that -- and -- and during the campaign too, I
16    was -- I -- I have my own media company.  But because
17    I was doing the show, and it was, like, very
18    extensive, I was working, actually, for a media
19    company at the time too.
20              So I had my own media company, but I was
21    also working for a media company due to the
22    sponsorship arrangement with my show --
```

```
                                                  Page 80

 1          Q     And who is that?

 2          A     -- and I'm not working with that -- I don't

 3    work with that company anymore.

 4          Q     What company is that?

 5          A     It was called TLM -- TLM Media.  But I

 6    was -- I was working with them 'cause it was their

 7    staff; right?  And eventually, their staff broke off

 8    and started their own company because they had, you

 9    know, their own internal issues.

10          But I'm -- I'm just -- I'm -- I'm

11    explaining, when I say, like, "I manage a team of

12    employees" -- even though I was employed by that

13    company during that time period while still managing

14    my own company, I still managed the employees; right?

15          Because the employees were my team; right?

16    Like, my production team.  And I was the main client;

17    right?  While I was working there too.  So -- so I

18    just wanted to -- I wanted to clarify that because you

19    know, in media, you can --

20          Q     Ms. Loomer, there's no question pending

21    about that, so let me --

22          A     No.  I know.  But --
```

Page 81

```
 1        Q    -- now ask you a question, and then you can
 2    answer that question.
 3        A    But that's what I mean by, "staff."  I pay
 4    for them to go with me --
 5        Q    Great.
 6        A    -- to travel to cover these events.  Yes.
 7        Q    Okay.  Then other than that time in March,
 8    2023, when the president told you that he wanted you
 9    to work for him, has there ever been a time where the
10    president or a member his staff have -- has offered
11    you a job?
12        A    Yes.
13        Q    When was that?
14        A    During the campaign.  I remember I was
15    sitting on the -- on the plane with the president when
16    I -- I think we were flying to Iowa for the primary.
17    And the president had said, "You're going to come to
18    DC with me."  And his staff on the plane were
19    clapping; right?
20             And they said, "Oh.  You do such fabulous
21    work."  "You do such great work."  And he said that,
22    "You're going to go to DC with me."  And you know,
```

Page 82

1    Susie Wiles was on the plane when that happened.  You

2    know, the press team was on the plane when that

3    happened.  A lot of people were on the plane.

4            This president was sitting directly across

5    from me 'cause he had invited me to travel with his

6    team.  I had flown multiple times with them to Iowa,

7    New Hampshire, South Carolina.  And this -- you know,

8    there was an understanding too.

9            I had conversations with Susie Wiles that I

10   would have a position at the White House after the

11   election if -- if President Trump won.  And he did

12   win.  And I had this conversation on the phone and in

13   person multiple times during the campaign.

14       Q    Okay.  So we've talked about the time in

15   March.  We talked about the time you discussed it on

16   the plane to the Iowa caucuses, I assume; right?

17       A    Yeah.  It was -- it was like the week of the

18   Iowa caucus because there were some rallies.  And I'm

19   not remembering the exact dates.  I mean, I don't have

20   a calendar in front of me.  And I saw, you know, some

21   news coverage.

22            But I believe the caucus was January 15th.

```
                                                         Page 83

 1      And so it was, like, the time period leading up to

 2      that.  'Cause I spent about two weeks in Iowa.  And I

 3      know that I -- I believe I either flew to Iowa or flew

 4      back.

 5              I think I flew to Iowa with the president

 6      and his staff.  And I flew to South Carolina, as well,

 7      during the primary.  And I flew to New Hampshire with

 8      them as well.

 9          Q    Okay.  So there was the time in March, the

10      time in and around the Iowa caucuses that you just

11      talked about.  And then you said there were other

12      times when you --

13          A    Yeah.  Like, right before the election.

14      Like, right -- also, to like, right -- right before

15      the presidential debate, which is when I traveled with

16      President Trump to the presidential debate in

17      Philadelphia.

18          Q    Okay.  And any other times where you talked

19      about working with the president?

20          A    I mean, after the election was over, I had

21      conversations with the transition staff.  You can see

22      from this letter.  And you know, I was like, "Oh.  You
```

```
                                           Page 84
 1      have to talk to the transition team."  But I -- like I
 2      said, I was promised a position multiple times, not
 3      just by President Trump, but also, by Susie Wiles.
 4              And so you know, I was told that this was
 5      their point of contact because they had a -- it was
 6      like a formality; right?  So even though like
 7      some -- you know, they had told me that I'd be working
 8      for the president, you had to go through the process;
 9      right?
10              So this was the process.  And Trent Morse
11      was in charge of the transition.  And now --
12          Q    Great.
13          A    -- he's the -- I believe, the deputy PPO.
14          Q    Great.  Right.  Can you look at the next
15      page of this Exhibit?
16          A    Sorry.  Which page?
17          Q    The bottom says page 21.  It's the second
18      page of your letter.
19          A    Yes.
20          Q    Okay.  So the second full graph starts with
21      "Additionally"; do you see that?
22          A    Yes.  I do.
```

```
                                                       Page 85

 1          Q    Okay.  And then I'm going to have you just

 2     read that.  You're welcome to read.  I'm not trying to

 3     trick you.  I'm just having -- to pointing you to the

 4     right sentence.

 5          A    "Additionally" -- you want me to read it?

 6          Q    You'll see right -- no.  No.  No.  The last

 7     sentence of that paragraph begins "For reference"; do

 8     you see that?

 9          A    Yes.

10          Q    And it says, "My average monthly impressions

11     engagements on X alone, for my investigations and

12     insight, over 500 million per month"; do you see that?

13          A    Yes.  Yep.

14          Q    Is that accurate?

15          A    Yeah.  If you look at -- at the time -- at

16     the time, during the election -- obviously, like,

17     people are not as engaged right now 'cause people are

18     a lot more engaged in the middle of an election.

19               But if you were to look at my average

20     impressions at the time between my accounts -- 'cause

21     like I said, I had those two accounts at the time with

22     Loomer Unleashed and Laura Loomer -- it was over -- it
```

Page 86

1    was either, like, at or over 500 million per month.

2              And I mean, my account grew exponentially,

3    so it was, you know, very large growing account

4    because people were following my account for news

5    relating to the election.  And it became very central

6    to President Trump's legal cases.

7              Sometimes President Trump would even share

8    my articles.  And so you can imagine when the

9    president, you know, shares your posts, it goes pretty

10   viral.  So yeah.  It was very accurate.

11        Q    Generally, those impressions, are you

12   publishing your own content?  It's not like you're

13   publishing content created by someone else; is that

14   right?

15        A    Well, the way X works is you can publish

16   your content.  You can comment on content.  You could

17   publish content by other people and comment on it.  So

18   sometimes I would upload clips.  So maybe somebody had

19   caught something on camera at a rally or something,

20   and I would comment on it as a, you know, reporter

21   covering on politics.

22              Sometimes I would just post, you know,

Page 87

1     personal opinions.  But in terms of, like, the overall

2     impressions; right?  The reach, it was 500 million

3     impressions per month.

4              And it was, you know, widely documented,

5     too, in the media multiple times that my -- my account

6     was probably, like, one of the most followed accounts,

7     like, as it related to covering the election.

8         Q    Great.  So what does it mean to get

9     "Loomered"?

10        A    Well, "Loomered" was a term that I coined

11    when I was doing my -- when I was doing my

12    investigative reporting when I first started my media

13    company.  It's kind of like, you know, like a

14    gorilla -- gorilla investigative reporting.

15              To be "Loomered" is to be confronted on

16    video and peppered with questions, generally, about,

17    you know, corruption, or fraud, or -- you know,

18    confronted; right?  On video.  It was this concept of,

19    you know, being, you know, aggressively; right?

20              Like, when I say, "aggressively" -- in a

21    very journalistic manner, peppered with questions,

22    very direct questions about your activities as a

Page 88

1    politician or your activities as, you know --

2    generally, the target -- the targets of -- of

3    "Loomerings" are members of the media, or politicians,

4    or you know, people who are of public concern.

5        Q    So just so -- I don't think I need to take

6    the time to show you because I think we're talking

7    about the same thing.  But I've seen video of you, for

8    example, following Governor DeSantis.

9            I think it's actually the interlude you just

10   referred to in which you have your phone up, and

11   you're asking questions.  And someone is filming you

12   asking the questions as someone -- is that correct?

13       A    Yeah.  Yeah.  But that's a different

14   reference.  The one that I -- that was during Iowa.

15   That was almost a year after the initial one.  But

16   that -- that was a different encounter.

17           I didn't encounter the governor, like, on

18   video in March when I first got invited to Mar-a-Lago.

19   That was just me standing outside of his book signing

20   in Leesburg, Florida.  I wasn't even in front of the

21   governor.

22           I just was in the parking lot of the

Page 89

1    Books-A-Million in Leesburg.  And you know, it was me

2    and several elderly Trump supporters who showed up,

3    and they called the cops.  But yes.  That would be an

4    example of "Loomering" the second --

5         Q    Great.

6         A    -- encounter you're talking about.

7         Q    Thank you.  You already testified you worked

8    with Project Veritas, and you were there from about

9    2015 to 2017; is that right?

10        A    Yeah.  I -- about 2017.  But I -- I did -- I

11   mean, James is one of my closest friends, and he wrote

12   the foreword from my book.  And so I worked there in

13   a, like, official capacity until 2017.

14             But even throughout 2018 -- not in a paid

15   capacity.  I was assisting with helping, you know,

16   disseminate some of their communications until I was

17   banned everywhere.

18        Q    Okay.  And did you work with a company

19   called Rebel Media?

20        A    Briefly.  Yes.

21        Q    What is Rebel Media?

22        A    Rebel is a Canadian-based media company that

Page 90

1    does a lot of investigative journalism.  And they're

2    kind of -- they're kind of international.  And they

3    were looking for New York correspondence.  And at the

4    time, I had been living in New York.

5            And so I had applied to be -- I was

6    initially asked to assist them with fundraising.  And

7    then I had wanted to be their New York correspondent;

8    right?  But I quickly learned that they were more

9    interested in my connections for the sake of raising

10   money, and so I resigned from the company.

11       Q    Okay.  And did you -- and it's -- that's

12   actually not on your resume; is there a reason you

13   left it off?

14       A    Because I was really only there for a couple

15   months, and they didn't really allow me to do a lot of

16   the work that I wanted to do.  Because I -- I came to

17   realize, after the fact, that they were more concerned

18   with my donor connections.

19            They -- they wanted me 'cause I also

20   assisted James O'Keefe with fundraising.  I think they

21   were more interested in me trying to, like, bring them

22   donors.  And when they realized that I wanted to, you

```
                                             Page 91

 1     know, do my journalism, it felt very restrictive.

 2              And I was like, "Ah.  It's not really what I

 3     want to do."  Because I don't want to be a

 4     professional fundraiser.  I want to do my journalism.

 5     So it's like, I wasn't really there long.  I think it

 6     was, like, two or three months -- two or three months

 7     or so.  I don't even remember.

 8          Q    Did you ever work at Info Wars?

 9          A    I didn't work for Info Wars.  I contributed

10     to Info Wars.  I was invited on Info Wars several

11     times by Alex Jones, but I never had a contract with

12     Info Wars.  But I have accepted money in the past from

13     Info Wars, I will say, even though I wasn't employed

14     by them.

15              Because they used to do these, like, video

16     contests where if you had, like, really good footage,

17     or you know, you had confronted -- yeah -- covered a

18     story -- excuse me -- they would pay for the footage;

19     right?  I don't think they do that as much anymore.

20     But back in the day, like --

21          Q    Well, they're bankrupt.

22          A    What?
```

```
                                              Page 92

1          Q    They're bankrupt and defunct; right?

2          A    Well, this was -- this was before their

3     lawsuit.  But back in the day, things have obviously

4     changed with the progression of social media.  A lot

5     of freelance journalists or independent journalists

6     would be paid for their content or their clips.

7               And so as an independent journalist,

8     sometimes I would, like, sell some of my footage to,

9     like, Info Wars or Gateway Pundit.  But I was never

10    employed by them.

11         Q    In the past, you --

12         A    It was just a fee.

13         Q    In the past, you referred yourself -- you've

14    referred to yourself as an "activist"; correct?

15         A    Yeah.  I have.

16         Q    And what did you mean by that?

17         A    Well, an activist is somebody that, you

18    know, fights for a specific cause.  And I'm a

19    journalist, but I'm also an activist.  I consider

20    myself to be a human rights activist.  I fight against

21    human rights abuses; right?

22              I'm an activist in the way that I speak out
```

```
                                                      Page 93

 1      about Islamic terrorism; right?  An activist against

 2      anti-Semitism.  An activist against terrorism.  An

 3      activist is anybody that uses their voice or their

 4      platform to advocate for a cause or to, you know,

 5      speak out for something.

 6              I mean, I -- I was an activist and am an

 7      activist for free speech.  I think everybody, in some

 8      capacity, is an activist for the causes that they

 9      support.

10         Q    And have you ever referred to yourself as an

11      "influencer"?

12         A    I may have.  Like, again, that's kind of

13      a -- you know, an interesting term.  I don't like

14      calling myself an influencer because I'm a journalist,

15      but I know that a lot of times, like, when you have a

16      large following, people will call you a "social media

17      influencer."

18              But I'm a journalist.  I have a degree in

19      journalism.  I graduated with 4.0.  It's not like I'm

20      a "pretend-journalist."  I have an actual degree in

21      journalism and have a media company.  But again, that

22      term could be used if somebody is influencing
```

```
                                             Page 94

 1      something; right?

 2              Like, so my journalism could influence

 3      people's opinion on something, or my opinions could

 4      influence something.  So you know, it kind of just

 5      like, depends on your definition of the term,

 6      "influencer."

 7              But I don't really like when people say,

 8      "Oh.  She's a social media influencer."  Because it's

 9      like -- you know, I feel like influencers are more

10      people who, like, you know, post photos of themselves,

11      or like -- "Oh.  Buy this handbag" or "Buy this

12      makeup."  You know, it's like -- it's a different --

13      it's -- but --

14          Q    And you're changing -- effect a change in

15      society; right?  Rather than sell a handbag?

16          A    Yeah.  By -- by exposing corruption, waste,

17      fraud, abuse, doing my investigative journalism, you

18      know, speaking out about the political state of our

19      country, reporting on the news.

20              I mean, I may have -- I don't -- like I

21      said, I don't like using the term, "influencer."  I

22      may have used the term in the past to describe myself.
```

Page 95

1    But generally, like, if anyone ever calls me an

2    "influencer," I try to say, "Oh.  You know" -- I'm

3    like, "I don't really like that term"; right?

4            But I'm not going to really fight people on

5    it because I don't think a lot of people are trying to

6    be malicious when they say it.  I just think that it's

7    such a, you know, widespread term that it's just a

8    term used now to describe people that have large

9    followings.

10        Q    Do you have a career goal?

11        A    Yeah.

12        Q    What is it?

13        A    I really wanted to work for President Trump,

14    and I wanted to work in the White House.  And I wanted

15    to work in the White House doing communications or you

16    know, being, like, a vetting director.  I wanted to

17    work in the office of PPO.  It's always been a goal

18    and a dream of mine to work in a presidential

19    administration and to work in the White House.

20            I have a lot of goals, and I've always had a

21    lot of goals.  I've unfortunately been subjected to a

22    lot of censorship and targeting by social media

```
                                              Page 96
 1      companies over the last several years of my life

 2      because of my political views.

 3             And that has stunted a lot of my

 4      aspirations, just like I believe this defamation has

 5      stunted my goals and my aspirations.  Because you

 6      know, when you accuse somebody of -- of something like

 7      sleeping with the president, it kind of makes you

 8      radioactive, even if people know that it's fake.

 9      Q    Is it the case that you -- there was an

10      article published on CNN -- perhaps it was last week

11      or a couple days ago; who knows what the date it is?

12             Anyway, maybe it was a month ago -- saying

13      that you were -- had wanted a White House press

14      credential.  You're interviewed in the article.  I

15      wondered if that is accurate; that you wanted a White

16      House press credential?

17      A    Yeah.  I wanted a White House press

18      credential.  You know, Karoline Leavitt, who's the

19      press secretary, when she gave her first briefing,

20      she -- I believe it was during the first briefing --

21      may have been, like, one of the first few briefings.

22             She said that they were opening up the press
```

Page 97

1    briefing room to new media.  And like, traditionally

2    speaking; right?  Like, the White House's briefing

3    room has been kind of, like, an elitist place where

4    only mainstream media has been allowed to get press

5    credentials.

6              And so the Trump administration wanted to

7    kind of adapt the press briefing to new -- you know,

8    in new, independent media.  And I would say that I'm

9    an independent journalist.  I obviously do not work

10   for a mainstream publication.

11             And most people today consume their media

12   from independent news sources.  And so they said,

13   "We're opening up a new media seat."  They said they

14   actually created a new seat, which is in the front row

15   of the press briefing room.

16             And they were going to start diversifying

17   the press room, and that they invited anybody who

18   wanted to apply as a journalist, whether you're an

19   independent media -- independent journalist, a

20   blogger, a TikToker, a YouTuber; right?  They made it

21   very broad.

22             They said that you could apply to get a

```
                                                      Page 98

 1      White House press badge.  And I applied, and my

 2      correspondent, Charles Downs, also applied.  And we

 3      did not hear back.  We did not hear back.

 4           Q    And yet, in the CNN piece, you say that's

 5      because you believe you would -- sorry --

 6           A    It was an official form; right?  And so

 7      like, when you ask for a lot of these communications,

 8      what you have to understand is that they do a lot of

 9      these things through forms; right?  So even when

10      you're asking on the campaign to get credentials,

11      like, for my staff; right?

12                You -- they -- it's a link that they -- that

13      they make available to the public.  And then they

14      disable the links, and then you fill out the form.

15      And then you either get, like, a QR code that's sent

16      to you that says, "This is your QR code" when you get

17      through security.  It's not really, like, a

18      communication; right?  So --

19           Q    You had said you had told CNN -- and I'll

20      quote it -- you had said that, "I do think

21      there's" -- and I can show it to you, but I'm just --

22      for the purposes of time --
```

Page 99

```
 1        A    That's fine.  You can read it.  It's fine.
 2        Q    "'I do think there's a fear that I may ask
 3   questions about the loyalties of people in the White
 4   House,' Loomer told CNN, 'and they fear me having a
 5   national and global microphone to ask those
 6   questions'"; does that sound correct to you?
 7        A    Yeah.  And I would say that there is an
 8   element of professional jealousy, and I'm sure that's,
 9   you know, part of the aspect.  I obviously break a lot
10   of stories.
11             And I think that there's a jealousy and an
12   animosity, not just in the media, but also just in the
13   culture of politics, in general, where sometimes
14   people -- maybe they're jealous of my -- you know,
15   when I say my "relationship" with President Trump.
16             The fact that, you know, I wasn't born into
17   a wealthy family.  I wasn't born rich; I'm not rich.
18   I really worked hard as a young woman to have the kind
19   of access that I had and to build my media company
20   despite the adversity.
21             I ran for Congress.  President Trump had
22   endorsed me.  He voted for me.  And I think a lot of
```

Page 100

1    people kind of resent the fact that I didn't just give

2    up; right?  After being in lawsuits with, like, some

3    of the most powerful companies in the world.

4              And I think that a lot of people would just

5    like to see me go away and give up, but I kept on

6    fighting.  And I think the president admires that;

7    right?  He always talks about how he likes fighters.

8              And so while there are people who are

9    jealous of me, I think there's also -- like, I -- I'm

10   not a sycophant; right?  So I report on stories, and

11   I, oftentimes -- you know, will call out what I

12   perceive as vetting failures, or -- it's what a

13   journalist is supposed to do.

14             I mean, I'm not a propagandist or a

15   mouthpiece.  You're supposed to report the truth, and

16   sometimes that involves being a bit critical.

17        Q    You think some of the people are a little

18   jealous of your success, in terms of --

19        A    Yeah.  I do.  And I think that they're

20   jealous of the fact that President Trump likes

21   me -- like, genuinely likes me as a person.  And he

22   said it multiple times at rallies.

```
                                                        Page 101

1          Q    Okay.  Now --

2          A    He said, "Oh.  She's a tremendous person.

3     She's a wonderful woman.  She's a patriot."  I think

4     that it bothers people.  I think that a lot of people

5     get jealous when they're not singled out.

6               And I think a lot of media is jealous

7     because, you know, maybe they're like, "Oh.  Well,

8     she's a journalist.  How come the president, you know,

9     singles her out, as opposed to us"; right?

10              I think the president appreciates the fact

11    that I'm a genuine, nice person.  And I can't read

12    people's minds, but I would say that it's probably an

13    element of jealousy.

14                   MS. BOLGER:  Okay.  Now, I need to use

15    the bathroom, so --

16                   MR. KLAYMAN:  We've been going about an

17    hour and a half --

18                   MS. BOLGER:  Yeah.  Let's take a --

19                   MR. KLAYMAN:  Can we take a --

20                   MS. BOLGER:  Let's take a quick break.

21                   MR. KLAYMAN:  Yeah.

22                   MS. BOLGER:  Want to do, like, a
```

```
                                                Page 102

  1     five-minute break?

  2                     MR. KLAYMAN:  Yeah.

  3                     THE VIDEOGRAPHER:  Off the record at

  4     11:33.

  5                     (Off the record.)

  6                     THE VIDEOGRAPHER:  Back on the record

  7     at 11:46.

  8     BY MS. BOLGER:

  9          Q    Ms. Loomer, are you married?

 10          A    No.

 11          Q    Do you have any children?

 12          A    No.

 13          Q    Do you currently have a romantic partner?

 14          A    Yeah.  I have a boyfriend.

 15          Q    Okay.  And how long have you had that

 16     relationship?

 17                     MR. KLAYMAN:  Objection.  Relevancy.

 18                     THE WITNESS:  We've been together for

 19     about one year.

 20     BY MS. BOLGER:

 21          Q    Okay.  So that puts it at like, what -- what

 22     is today -- June, 2024; is that right?
```

Page 103

1       A    Actually, as of yesterday.   'Cause today's

2    the 4th; right?

3       Q    Yes.

4       A    Yesterday would have been 13 months

5    together, so a year and one month.

6       Q    Okay.  And I'm assuming you've never been

7    unfaithful to your partner?

8       A    Never.

9              MR. KLAYMAN:  Objection.

10             THE WITNESS:  Never.

11             MR. KLAYMAN:  That's --

12             THE WITNESS:  And I have -- I mean,

13    it's fine.  I have no problem answering the question.

14    I've never been unfaithful to my boyfriend, which is

15    why these allegations against me by Bill Maher are

16    also egregious.  Because at the time, when they were

17    made, I was in a relationship as I am now.

18    BY MS. BOLGER:

19       Q    What's the name of your boyfriend?

20       A    I mean, I really don't want my boyfriend to

21    be "doxed."  I -- I --

22             MR. KLAYMAN:  We'll put that on the

Page 104

1    separate record.

2                   MS. BOLGER:  There's not going to be a

3    separate record.

4                   MR. KLAYMAN:  Well, then you won't the

5    testimony.

6                   MS. BOLGER:  We can designate it as

7    confidential, and we're not going to use it.

8                   MR. KLAYMAN:  Then you won't get -- but

9    not on this record.  I want to keep the record

10   separate, so you can't gum it up.

11                  MS. BOLGER:  Mr. Klayman, it's not your

12   deposition --

13                  MR. KLAYMAN:  You don't like it, go to

14   the judge.

15                  THE WITNESS:  I -- I'm --

16                  MR. KLAYMAN:  You don't like it, go to

17   the judge.

18                  THE WITNESS:  I get -- I get a lot of

19   death threats, and I've been swatted multiple times.

20   And people have threatened to kill me and my family.

21   And my family has also been harassed and sent threats

22   in the mail, and so I was -- I just -- I was --

Page 105

```
 1    BY MS. BOLGER:

 2        Q    I'm just going to remind you that the

 3    pending question was, what's the name of your

 4    boyfriend?

 5        A    I understand.  But I --

 6                MR. KLAYMAN:  Let me be clear what --

 7    let me --

 8                THE WITNESS:  -- don't want my

 9    boyfriend to be "doxed."

10                MR. KLAYMAN:  Let me clear what the

11    position is.  I'm not asking for you not to have it on

12    the record.  What I'm saying is, if you want that kind

13    of information, we just have the court reporter break

14    it out.  That's all.  So it's not part of this.

15    Because this part --

16                THE WITNESS:  I'm happy to answer your

17    questions about my relationship.  I just don't want my

18    boyfriend to be physically attacked by some crazy

19    lunatic.

20                MR. KLAYMAN:  Yeah.  Yeah.  Here's the

21    reason.  This --

22                MS. BOLGER:  Please stop making
```

```
                                                    Page 106

 1      speeches.  I understand your position.

 2                      MR. KLAYMAN:  I'm a lawyer.

 3                      MS. BOLGER:  I think your position is

 4      ridiculous and designed to gum up a deposition for no

 5      reason other than arbitrarily deciding that somehow --

 6                      MR. KLAYMAN:  No.  You don't --

 7                      MS. BOLGER:  -- you get to control what

 8      I say.  That's what bothers me about it.

 9                      MR. KLAYMAN:  Yeah.  You're --

10                      MS. BOLGER:  And whatever speech you're

11      about to do is not going to dissuade me.

12                      MR. KLAYMAN:  Well, I'm going to put it

13      on the record --

14                      MS. BOLGER:  So let's do this --

15                      MR. KLAYMAN:  -- whether you like it or

16      not.

17                      MS. BOLGER:  No.  You're not.

18                      MR. KLAYMAN:  Yes.  I am.

19                      MS. BOLGER:  Let's do this.

20                      MR. KLAYMAN:  Yes.  I am.

21      BY MS. BOLGER:

22          Q    You're telling me you won't tell me the name
```

Page 107

1      of your boyfriend --

2                      MR. KLAYMAN:  That --

3      BY MS. BOLGER:

4          Q    -- at the moment, but in a separate section

5      of this deposition, which by the way, we're going to

6      do after the seven hours because the idea that I have

7      to accommodate you and don't get the extra time is

8      preposterous -- you will tell me the name of the

9      boyfriend; is that right?

10                     MR. KLAYMAN:  You don't get to decide

11     that.

12                     THE WITNESS:  I'm -- I'm telling you

13     that I will give you the name of my boyfriend, but I

14     don't want my boyfriend to be "doxed" and subjected to

15     violent threats by people who don't like me, and so I

16     would ask that his name not be disclosed publicly.

17     But I'm happy to --

18                     MS. BOLGER:  I agree with that.

19                     MR. KLAYMAN:  And the reason is --

20                     THE WITNESS:  I'm happy to give you the

21     name of my boyfriend.  That's fine.

22     //

Page 108

```
 1    BY MS. BOLGER:
 2         Q    I agree with that.  And also, by the way,
 3    sometimes when you say that sometimes when private
 4    people's names get disclosed, it's dangerous to them?
 5                    MR. KLAYMAN:  No.  Don't answer that
 6    question.  That's vague and ambiguous.
 7    BY MS. BOLGER:
 8         Q    Answer the question.
 9                    MR. KLAYMAN:  No.  She's not here as a
10    legal expert.
11    BY MS. BOLGER:
12         Q    When you're saying that when a private --
13                    MR. KLAYMAN:  Don't answer the
14    question.
15    BY MS. BOLGER:
16         Q    -- person's name gets used publicly --
17                    MR. KLAYMAN:  Don't answer the
18    question.
19    BY MS. BOLGER:
20         Q    -- it can put them in jeopardy; is that
21    right?
22                    MR. KLAYMAN:  Don't answer the
```

```
                                              Page 109

  1     question.

  2                    THE WITNESS:  I'm not saying that.  I'm

  3     speaking to the fact that I have been swatted.  I have

  4     been subjected to violence and death threats.  I have

  5     a lot of people who also, as a result of Bill Maher's

  6     attacks on me, have, you know, been made to think that

  7     I'm some kind of a monster, especially because of the

  8     follow-up episode he did.

  9                    I think it was "24 Things You Don't

 10     Know About Laura Loomer," where he, you know, accused

 11     me of being racist multiple times.  And as a result of

 12     all of these attacks on my character and false

 13     accusations about me, I received death threats from

 14     people who have been put into a frenzy because they

 15     have seen -- this has been broadcasted to millions of

 16     people.

 17                    As you know, he has a very large --

 18     large audience.  They -- they have been made to

 19     believe that I am some kind of a dangerous person

 20     or --

 21     BY MS. BOLGER:

 22          Q    So I'm just going to interrupt again
```

```
                                                    Page 110

 1     because --

 2          A     -- a racist person.

 3          Q     -- in fact, my question was, "What's the

 4     name of your boyfriend?"  And what you gave me

 5     instead --

 6          A     Yeah.  And I'm -- 'cause I'm asking --

 7          Q     -- was an incredibly long explanation --

 8          A     -- I don't want somebody to --

 9          Q     Ms. Loomer, I'm talking.

10                THE REPORTER:  One at a time, please.

11     One at a time, please.

12     BY MS. BOLGER:

13          Q     Ms. Loomer, I am talking now.

14          A     Yes.

15          Q     My question was, "What's the name of your

16     boyfriend?"  And you gave me a speech; that's not

17     appropriate, and it wastes time --

18          A     Because there has to be a -- there has to be

19     a protection --

20          Q     Ms. Loomer, I am talking --

21                THE REPORTER:  One at a time.

22     //
```

```
                                                    Page 111
 1     BY MS. BOLGER:

 2          Q    -- and you cannot talk when I am talking.

 3          A    It's so unreasonable.  I'm asking you -- I

 4     don't want somebody to --

 5          Q    It's how a deposition works.

 6          A    I'm -- I'm happy to give you the name.

 7          Q    Ms. Loomer, you may not talk when I am

 8     talking -- deems the rules.

 9          A    I understand.  But I'm asking something very

10     reasonable.

11          Q    I told you that I will keep your boyfriend's

12     name confidential.

13          A    Okay.

14          Q    That's agreed.

15          A    Okay.

16               MR. KLAYMAN:  Okay.  And we'll put it

17     on --

18               (Nonconfidential portion of transcript

19               ends.)

20     //

21     //

22     //
```

```
                                          Page 112

 1                  (Confidential portion of transcript

 2                  begins.)

 3      BY MS. BOLGER:

 4           Q     So what's his name?

 5           A     My boyfriend's name is Andrew.

 6                  MR. KLAYMAN:  Wait.  Wait.  No, no.

 7      That's as far as you go.

 8      BY MS. BOLGER:

 9           Q     What's Andrew's last name?

10                  MR. KLAYMAN:  Not here.  Not here;

11      okay?  Separate record.

12      BY MS. BOLGER:

13           Q     What's Andrew's last name?

14                  MR. KLAYMAN:  No.  She's not giving it

15      here.  We'll have a separate record of that.  We're

16      not going to gum up this deposition.  You're trying to

17      justify the fact that you unreasonably, and in

18      violation of the law, want to keep everything

19      confidential.

20                  We're not -- you're not going to use

21      her to make that point because --

22                  MS. BOLGER:  Mr. Klayman --
```

Page 113

1                      MR. KLAYMAN:  -- 99 percent --

2                      MS. BOLGER:  -- it must be

3       exhausting --

4                      MR. KLAYMAN:  Let me finish.  Let

5       finish.  Ninety-nine percent --

6                      MS. BOLGER:  -- having to think --

7                      MR. KLAYMAN:  Don't talk over me.

8                      MS. BOLGER:  Please sound reasonable --

9                      MR. KLAYMAN:  Ninety-nine percent of

10      what we're testifying to is --

11                     MS. BOLGER:  You went down from a

12      hundred.

13                     MR. KLAYMAN:  -- is not confidential.

14      We will give you that name.

15                     MS. BOLGER:  It went down from a

16      hundred.

17                     MR. KLAYMAN:  We'll get --

18      BY MS. BOLGER:

19           Q    Other than Andrew, have you had recent

20      relationships?

21           A    No.  I assume you're talking about romantic

22      relationships.

Page 114

1          Q     Yes.

2          A     No.  I'm in a very committed relationship

3     with my boyfriend, and I have been for 13 months.

4          Q     And before you were in a committed

5     relationship with your boyfriend, Andrew, were you in

6     another relationship?

7          A     No.

8                MR. KLAYMAN:  Objection.  Relevancy.

9                (Confidential portion of transcript

10               ends.)

11    //

12    //

13    //

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

```
                                              Page 115

 1                  (Nonconfidential portion of transcript

 2                  begins.)

 3      BY MS. BOLGER:

 4          Q    Is this your first one?

 5          A    No.

 6          Q    How many other romantic relationships have

 7      you had?

 8          A    I don't know.  I mean, not --

 9                  MR. KLAYMAN:  Relevancy.  Harassment.

10                  THE WITNESS:  -- not many.  I mean, I

11      am very busy.  I don't really have time to date, and I

12      wasn't even trying to date during the election season.

13      I met my boyfriend unexpectedly.

14                  But I went into the election season

15      saying that I wasn't going to have a boyfriend because

16      quite frankly, I don't really have time to date.  And

17      I wasn't soliciting a romantic partner when I met my

18      boyfriend.  I just, you know --

19      BY MS. BOLGER:

20          Q    Like the guy?

21          A    -- you never know when you're going to meet

22      your -- your boyfriend or your, you know, future
```

Page 116

1    spouse.  So I was really against being in a

2    relationship because I'm very busy.

3           But I had the fortune of meeting somebody

4    that was very understanding of my schedule and not

5    demanding; and just happened that way.

6                   (Nonconfidential portion of transcript

7                   ends.)

8    //

9    //

10   //

11   //

12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

```
                                              Page 117

  1                 (Confidential portion of transcript

  2                 begins.)

  3      BY MS. BOLGER:

  4          Q     Okay.  You testified that you've not been

  5      unfaithful to Andrew, and I assume you would say that

  6      you -- I think you said -- and I'm sorry if I'm

  7      repeating it -- that you've also never been unfaithful

  8      to anybody else?

  9          A     Never.

 10                 (Confidential portion of transcript

 11                 ends.)

 12      //

 13      //

 14      //

 15      //

 16      //

 17      //

 18      //

 19      //

 20      //

 21      //

 22      //
```

```
                                                    Page 118

 1                    (Nonconfidential portion of transcript

 2                     begins.)

 3      BY MS. BOLGER:

 4           Q     In fact, you think it's defamatory to say

 5      that someone commits adultery; right?

 6           A     Well, in my case, Bill Maher has no

 7      understanding of my personal life.  He was reckless

 8      with the regard to the fact that I, you know, have a

 9      boyfriend.  And he has no evidence that I had sex with

10      President Trump.  It's just outrageous.

11                And so as it relates to my situation, yes.

12      It's -- it was -- it's defamatory.

13           Q     Well, you've actually --

14           A     I'm not -- I'm not married.  I have reported

15      on political affairs -- like, actual political affairs

16      with documented evidence.  But there is no evidence in

17      this case.

18                And I have never slept with a married man.

19      I've never had sexual relations with President Trump,

20      and I've never been unfaithful to my boyfriend.

21           Q     But you actually brought this lawsuit saying

22      that the word -- accusing someone of adultery is
```

```
                                                  Page 119

 1      itself defamatory per se -- defamatory by itself; just

 2      calling someone --

 3          A    Well, you have to be --

 4               MR. KLAYMAN:  Wait, wait, wait, wait,

 5      wait, wait.

 6               MS. BOLGER:  I'm going to answer -- I'm

 7      going to ask my question.  Everybody, let me finish my

 8      question.

 9               MR. KLAYMAN:  Just stop.  Just stop;

10      okay?  I will make an objection.

11      BY MS. BOLGER:

12          Q    You brought this lawsuit saying that simply

13      calling someone an "adulterer" is defamatory on its

14      face; right?

15               MR. KLAYMAN:  I object.  That's not

16      what has been pled.

17               MS. BOLGER:  No.  But you don't get to

18      testify.  You get to object.

19               MR. KLAYMAN:  I --

20      BY MS. BOLGER:

21          Q    Please answer the question.

22               MR. KLAYMAN:  I object.  That
```

```
                                                    Page 120

 1      mischaracterizes --

 2                      MS. BOLGER:  Good.  "Objected" --

 3                      MR. KLAYMAN:  -- the lawsuit --

 4                      MS. BOLGER:  -- you've objected.

 5                      MR. KLAYMAN:  -- all right?

 6      BY MS. BOLGER:

 7           Q    What's your answer, Ms. Loomer?

 8                      MR. KLAYMAN:  -- and it's harassing.

 9                      THE WITNESS:  I brought this

10      lawsuit -- this defamation lawsuit against Bill Maher

11      and HBO because he falsely accused me of "fucking,"

12      which is another term of having sex with, with

13      President Trump.  And I have never fucked, or had sex,

14      or had any romantic involvement with President Trump

15      or any married man for that matter.

16      BY MS. BOLGER:

17           Q    And you think it's defamatory to say that

18      someone has a relationship outside of their marriage;

19      right?

20           A    It's defamatory for Bill Maher to accuse me

21      of having sex with President Trump.

22           Q    President Trump has had a lot of adulterous
```

Page 121

1      affairs; hasn't he?

2                      MR. KLAYMAN:  Objection.

3                      THE WITNESS:  Bill Maher defamed me

4      when he accused me of having sex with President Trump.

5      BY MS. BOLGER:

6          Q    So that's not responsive to my question.  My

7      question was, President Trump has had adulterous

8      affairs; hasn't he?

9                      MR. KLAYMAN:  There's no foundation for

10     that.  There's no foundation for that.

11                     THE WITNESS:  I'm not -- I'm not here

12     to speak under oath for President Trump.  I'm speaking

13     about myself, and the fact that I have never been

14     unfaithful to my boyfriend.  And I have never had sex

15     with President Trump.

16     BY MS. BOLGER:

17         Q    Okay.  But I didn't ask you that question.

18         A    And I was accused of having sex with

19     President Trump.

20         Q    So now, I'm going to have answer my question

21     because that's how this is going to work -- is I'm

22     going to ask questions, and you're going to going to

Page 122

1      answer them.  So --

2          A    It's not relevant to the case because this

3      is about Bill Maher falsely accusing me of -- of

4      myself, engaging in adultery, which is sleeping with a

5      married man.  And I have never, ever slept with a

6      married man.  And I have never had sex with or had any

7      kind of romantic involvement with President Trump.

8              And I've never even been in the same room

9      alone with President Trump.  And I filed this lawsuit

10     because it was broadcasted to millions of people by

11     Bill Maher that I -- he says I had sex with President

12     Trump.

13         Q    Okay.  Now, I'm going to ask you -- I'm

14     going to strike all of that.  I'm going to remind you

15     that if you keep --

16              MR. KLAYMAN:  You don't get to strike

17     anything.

18              MS. BOLGER:  -- if you keep

19     answering --

20              THE WITNESS:  I answered your question.

21              MS. BOLGER:  -- every question

22     inappropriately, it's just going to --

```
                                              Page 123

 1                    THE WITNESS:  It's not inappropriate.

 2                    MS. BOLGER:  -- bring you back for a

 3       second day of a deposition.

 4                    THE WITNESS:  It's not inappropriate.

 5                    MR. KLAYMAN:  You know --

 6       BY MS. BOLGER:

 7            Q    So let me now ask the question I asked; are

 8       you aware that President Trump was unfaithful to his

 9       wife, Ivanka [sic], with Marla Maples?

10                    MR. KLAYMAN:  Presumes facts not in

11       evidence.

12                    THE WITNESS:  It has been reported that

13       President Trump has been divorced several times.

14       BY MS. BOLGER:

15            Q    And that he was unfaithful to Ivana Trump

16       with Marla Maples; correct?

17                    MR. KLAYMAN:  Same objection.

18                    THE WITNESS:  I was never present, nor

19       did I ever witness President Trump be unfaithful to

20       any of his wives.

21       BY MS. BOLGER:

22            Q    And it's your position, as you sit here,
```

Page 124

1    that you should never report that someone does

2    something sexually unless you're personally aware of

3    it; right?

4                    MR. KLAYMAN:  Objection.  Misstates

5    testimony.

6                    THE WITNESS:  I'm answering questions

7    about the defamation committed against me.  And I

8    answered your question about President Trump.

9                    And I have never witnessed President

10   Trump be unfaithful to his wife, Melania Trump.  And I

11   have never had sex with President Trump.

12   BY MS. BOLGER:

13        Q    And as you sit here as a in investigative

14   journalist, who so holds herself out as reporting the

15   truth, is it your position that you should never

16   report on someone's sexual behavior without facts that

17   substantiate your reporting?

18                    MR. KLAYMAN:  Objection.  Irrelevant.

19                    THE WITNESS:  It's my position that I

20   never had sex with President Trump.  And it's my

21   position that Bill Maher defamed me when he

22   broadcasted, twice, to an audience on September 13,

```
                                             Page 125

 1     2024, and September 20, 2024, that I had sex with

 2     President Trump.

 3                   And that he was -- that President Trump

 4     was not sleeping with his wife, Melania Trump, and

 5     that I was a groupie, and that I was having an affair

 6     with the president.  I'm here today to answer

 7     questions about defamation committed by Bill Maher.

 8                   MS. BOLGER:  Okay.  So I'm going to

 9     move to strike that answer as nonresponsive, because

10     it was.

11     BY MS. BOLGER:

12          Q    And I'm going to ask you the same question I

13     asked you again.

14                   MR. KLAYMAN:  Harassment.

15                   MS. BOLGER:  It's not related to this

16     lawsuit.

17                   MR. KLAYMAN:  She responded.

18                   MS. BOLGER:  It's a question.  There's

19     no pending question, Larry.  You can't accuse me of

20     harassing when there's no pending question.

21                   MR. KLAYMAN:  Wait.  The record speaks

22     for itself.
```

Page 126

1    BY MS. BOLGER:

2        Q    The question is, is it your position,

3    sitting here as an investigative journalist, that you

4    should not report on the sexual behavior of someone

5    unless you have hard facts that support the

6    description of the conduct that you are reporting on?

7                    MR. KLAYMAN:  Objection.

8                    THE WITNESS:  It's my --

9                    MR. KLAYMAN:  Objection.  Compound

10   question.  Irrelevant.

11   BY MS. BOLGER:

12       Q    Go ahead, Ms. Loomer.

13       A    It's my position that the facts show that I

14   have never had a romantic relationship with President

15   Trump.  And the facts show that I have never had sex

16   with President Trump, and that I have never been alone

17   in the same room with President Trump.

18                And I have never been a witness to President

19   Trump ever being unfaithful to any of his wives.  I

20   have never witnessed that with my own eyes.  And I

21   have never had sex with President Trump.

22                    MS. BOLGER:  So I'm going to, again,

Page 127

1    move to strike that answer as nonresponsive.

2    BY MS. BOLGER:

3         Q    And I'm going to, actually, just put you on

4    notice.  And I'm going to move to compel you to answer

5    the question that I asked because it is relevant, and

6    I'm entitled to an honest response.  So I'm going to

7    give you one more time --

8                   MR. KLAYMAN:  You know what?

9    BY MS. BOLGER:

10        Q    -- to answer my question --

11                  MR. KLAYMAN:  Stop badgering her.

12   BY MS. BOLGER:

13        Q    -- which is -- my question is --

14                  MR. KLAYMAN:  Make our day.  Make our

15   day.

16   BY MS. BOLGER:

17        Q    -- is it the -- your position as an

18   investigative journalist -- divorced from the facts of

19   this case, as you sit here, is it your position, as an

20   investigative journalist, who holds herself out as

21   reporting the truth, that a journalist should not

22   report on the sexual behavior of another person

Page 128

1     without personal knowledge as to that sexual behavior?

2                    MR. KLAYMAN:  That's five questions.

3     Compound question.

4     BY MS. BOLGER:

5          Q    You can answer it.

6                    MR. KLAYMAN:  Objection as to form,

7     irrelevancy.

8                    MS. BOLGER:  Great.

9     BY MS. BOLGER:

10         Q    Ms. Loomer, please answer the question.

11         A    It is my position that my reputation as a

12    investigative journalist has been damaged by Bill

13    Maher's false accusations that I had sex with

14    President Trump.  And he has no evidence, whatsoever,

15    that I had sex with President Trump.

16                   And I'm here today to answer questions about

17    whether or not I had sex with President Trump because

18    that's why I filed this lawsuit.  Because I have been

19    smeared as a whore, and as a groupie, and as a bimbo.

20    And I am not working in the White House right now

21    because of Bill Maher's false accusations against me,

22    in which he stated that I had an affair with President

Page 129

1     Trump.

2         Q    Is there a reason you're scared to answer my

3     question?

4                     MR. KLAYMAN:  Objection.  And that's --

5                     THE WITNESS:  I'm not scared to answer

6     your question --

7                     MR. KLAYMAN:  -- that's harassment.

8                     THE WITNESS:  -- I'm just not going to

9     give fodder to any idea or insinuation that I have

10    ever been unfaithful to my boyfriend, or that I use my

11    sexuality or have, you know, used my -- you know,

12    my -- my looks or my body to advance my career.

13    BY MS. BOLGER:

14        Q    Is the reason you won't answer my question

15    because you frequently report on people's sexual

16    behavior without any basis --

17                    MR. KLAYMAN:  Objection.

18    BY MS. BOLGER:

19        Q    -- and you don't want to be caught?

20                    MR. KLAYMAN:  Objection.  Compound

21    question.  Irrelevant.  You know, I take offense at

22    this.  You are a woman; okay?  You are beating up on a

```
                                              Page 130

 1      woman who was falsely accused of adultery --

 2      BY MS. BOLGER:

 3           Q    Just answer the question, Ms. Loomer.

 4                    MR. KLAYMAN:  -- okay?  This is

 5      despicable conduct.

 6                    MS. BOLGER:  Sure.

 7      BY MS. BOLGER:

 8           Q    Answer the question, Ms. Loomer.

 9           A    I filed this lawsuit because Bill Maher

10      falsely accused me of what he said was "fucking

11      President Trump."  And he has no evidence that I'm

12      having sex with President Trump.  And I answered the

13      question.  I answered the question.  There's

14      nothing --

15                    MS. BOLGER:  I'm going to ask you to

16      mark, as Exhibit 3, a tweet --

17                    THE WITNESS:  -- nothing else --

18      there's nothing else that --

19                    MS. BOLGER:  We're done, Ms. Loomer,

20      with the speech.

21                    THE WITNESS:  Okay.

22                    MS. BOLGER:  We're going to mark, as
```

Page 131

1    Exhibit 3 --

2                    THE WITNESS:  I'm answering your

3    question.  You just don't want it.

4    BY MS. BOLGER:

5         Q:   All right.  You're going to mark, as

6    Exhibit 3, a tweet of yours from July 26, 2023.

7                    (Exhibit 3 was marked for

8                    identification.)

9              Oh.  Shoot.  I have that.  Okay.

10             Ms. Loomer, do you recognize this tweet?

11        A    Yes.

12        Q    Okay.  Could you read it to me?

13        A    "Another note from President Trump tonight.

14   I love him so much.  He fights for us, so we fight for

15   him.  #Trump2024 #ForeverTrumper."

16        Q    Great.  And there's an image there, of

17   a -- I guess it's a tweet from you that the president

18   has written a note on; is that correct?

19        A    Yeah.  It's a tweet.  And the president

20   doesn't email.  And the president doesn't really do

21   any electronic communication.  And so he's known for

22   printing out tweets that are presented to him from his

Page 132

1     staff.  And he generally, like, writes, you know, his

2     notes in Sharpies.  That's how he communicates, for

3     the most part.

4               And then the staff send it over, or they,

5     like, will personally mail it to you as well.  So

6     oftentimes, you'll get, like, literal manila envelopes

7     in the mail with your printed tweets with the notes

8     from the president.

9               So yeah.  He wrote, "Laura, this is amazing.

10    I'm posting on Truth."  And it's a video of me

11    confronting disgraced former FBI director, James

12    Comey.

13        Q    And you say the words, "another note from

14    President Trump"; have you gotten many notes from

15    President Trump?

16               MR. KLAYMAN:  Objection.  Relevancy.

17               THE WITNESS:  Well, I -- I've posted

18    this image.  And as I said before, sometimes the staff

19    would either mail notes or convey notes.

20    BY MS. BOLGER:

21        Q    So the answer to my question is "yes";

22    you've gotten other notes from President Trump?

Page 133

1          A    Yeah.  About -- yeah.  About my reporting.

2          Q    About how many?

3          A    I don't know.  I don't count them.  A few.

4     I mean, he has posted my reports on Truth Social.

5          Q    Did you say you've gotten 20 notes?

6          A    Maybe, like, 15 or so.  I -- I really don't

7     remember.  Maybe, like, 15 or so.

8          Q    When was the last time you got one?

9          A    Like, before the presidential election.

10    Before the presidential election, I believe.  It was

11    mostly -- it was mostly during the primary.  And it

12    was mostly, like I said, during the primary, which is

13    when this -- July 26, 2023.

14         Q    Okay.  I'm going to -- sorry.  It's -- this

15    is --

16         A    I don't -- I honestly don't remember the

17    last time.  I do know, though, that it was -- I

18    really --

19         Q    Do you post every time you get a note from

20    him?

21         A    No.  I haven't -- I didn't post all of the

22    notes I -- I received.

Page 134

```
1          Q     Do you keep them?

2          A     I have some of them.

3          Q     Where do you keep them?

4          A     I have them in a folder in a box that I --

5     that I had that -- it's, like, a manila envelope.

6     I -- I try not to take them out 'cause it's -- it's

7     like -- it's historic, in my opinion.

8              It's like a box that I have -- or had.  I

9     don't know.  They're like manila envelopes.  I keep

10    them in the original envelopes that they were sent in.

11         Q     Because you think they're valuable?

12         A     Well, they're sentimental.  They're

13    sentimental.  I mean, it's not every day that you get

14    recognized by the president of the United States for

15    your journalism.

16              And I find great pride in the fact that the

17    president said that my video confronting the former

18    FBI director who's now under investigation for

19    threatening to assassinate the president of the United

20    States, which is a felony, sent me a note.

21         Q     Great.  I'm going to ask you to -- ask the

22    court reporter to mark, as Exhibit 4, another tweet of
```

Page 135

1      yours.  And then it actually contains a video, so

2      we're going to --

3                         (Exhibit 4 was marked for

4                         identification.)

5           A    And I said, "I love him so much" --

6           Q    -- look at the video.

7           A    -- he's the greatest president ever.  I

8      think he's great.  I love Trump.

9                         MS. BOLGER:  Here you go, Mr. Klayman.

10                        THE WITNESS:  This is it?  Do I need

11     to -- it needs to be noted?

12                        MS. BOLGER:  It just needs to be

13     marked.

14                        MR. KLAYMAN:  That was 3?

15                        MS. BOLGER:  Nope.  4.

16                        MR. KLAYMAN:  The prior one was 4?

17                        MS. BOLGER:  The prior one was 3.

18                        (Video played.)

19                        MR. KLAYMAN:  3.  Yeah.

20                        MS. BOLGER:  The one I just handed you

21     is 4.

22                        MR. KLAYMAN:  Yeah.  Exhibit 4.  Okay.

```
                                                      Page 136

 1                    MS. BOLGER:  Okay.  So just -- sorry.

 2                    MR. KLAYMAN:  What's this?

 3                    MS. BOLGER:  Sorry.  There's lots of

 4        audio/visual.

 5                    THE WITNESS:  Mm-hmm.

 6        BY MS. BOLGER:

 7            Q    So for the record, Ms. Loomer, the document

 8        I just handed you is a tweet that you tweeted on

 9        August 13, 2023; can you read it to me?

10            A    Says "Loomer."  And then there's, like, an

11        emoji there that's supposed to, like, indicate I'm

12        sitting next to him.  "Trump.  Best president ever.  I

13        love him so much."  And that's --

14            Q    Just so you know that the reason I asked you

15        to read it's my cowardice in not knowing how to read

16        out loud what that emoji was, so thank you very much

17        for telling me what the emoji was.

18            A    It's like -- it's supposed to be like a -- I

19        think they're like joining hands where it looks

20        like -- kind of like two fists coming together.  And

21        it's, like, an emoji that's, like, conveyed when,

22        like, there's, like a -- like a -- you know -- I don't
```

Page 137

```
 1      know -- like, two people sitting together.

 2              It's just a common emoji that's used online

 3      when you're, like, either showing a video of two

 4      people sitting together.  Or it looks like two fists

 5      that are kind of, like, going like this together;

 6      so --

 7          Q    Like, holding hands; right?

 8          A    I mean, I guess.  But it's not, like,

 9      romantic holding hands.  It's more of, like, you know,

10      "Oh.  You're -- you're, like, united in, like, a

11      shared cause"; right?  It's supposed to be like a

12      unity emoji.

13          Q    Okay.  And there's a video here.

14          A    And I'm unified with President Trump.

15          Q    Okay.  And there's a video.  You'll see --

16      from the image I handed you, you can see there's a

17      video; correct?

18          A    Yeah.  It's from his golf club.  That's from

19      August 13th.  I actually had just given a speech to

20      the New York Young Republicans, and I went, the next

21      day, to Bedminster.  'Cause they were having -- I

22      believe it was the LIV Golf Tournament.
```

Page 138

1          And I had never been.  I'm really not into

2     sports at all, but I know that President Trump is.

3     And I have some friends -- my friend, Paul Ingrassia,

4     who just got appointed by President Trump to work in

5     the administration.

6          He -- he, and I, and his sister, and some of

7     his family, and other members of the New York Young

8     Republican Club decided that we wanted to go to the

9     golf club.  And so I just had a regular ticket, and I

10    was standing on the side of the golf course.

11         And President Trump is known to, like, drive

12    around in his golf -- golf cart.  And he saw me, and

13    he was like, "Oh.  It's Laura.  She's a fantastic

14    journalist."  And there are witnesses to this; right?

15         Like I said, I was there with Paul

16    Ingrassia, who now works for President Trump in the

17    administration.  President Trump's secretary, Natalie

18    Harp, was there.  Media was there.  It was widely

19    reported.

20         And he was just talking about how he thinks

21    I'm great.  And I think, like -- he even was like,

22    "Oh.  I -- I love this girl.  She's amazing"; right?

Page 139

1    Like, "She does such great work."

2          And I got a photo with him.  And then as he

3    was in his golf cart, he turned around, and he told

4    Natalie -- and he said, "Make sure that she gets to

5    come up to the suite."

6          And then he said, "How many people are you

7    here with?  Your friends are more than welcome to come

8    up to my private suite" where he was hanging out with

9    all the pro golfers and there were some, like, donors

10   and club members.

11         And so -- I mean, it was shocking because,

12   you know, I'm not a donor, and I'm certainly not a

13   member of the club.  And it's not every day that the

14   president of the United States invites you and your

15   friends.

16         And he literally invited all of us.  There

17   was about five of us -- Paul; his sister; I think, his

18   mom; and then two other people, I think, from the

19   Republican club -- or one other.  I don't remember

20   exactly, but we were all there.

21         And we got to sit -- that -- that room right

22   there is his suite.  And there were, you know, about

```
                                              Page 140

 1      ten other people -- fifteen people in the room.  It

 2      was very -- it's very private.  I mean, it was very

 3      exclusive.

 4              And then there's a balcony door that

 5      oversees the -- the golf tournament that was taking

 6      place at his Bedminster club.  And so we filmed the

 7      video, and I was sitting next to him.

 8              He got a Sharpie in his hand.  He was

 9      signing hats.  'Cause I said, "Oh, man.

10      Mr. President, look at all these people outside.

11      You're so popular.  Everybody loves you.  You know,

12      you're -- you're the best president ever."

13              And I said, "You should sign all these hats

14      that are sitting here and throw them off the balcony.

15      People would love it.  The media would go crazy."  And

16      he said, "You know, Laura, that's actually a really

17      good idea."

18              And he signed about 50 hats and then

19      proceeded, after we filmed this video, to walk onto

20      the balcony.  And he threw a bunch of hats, and he had

21      his staff film him.  And if you look at the date from

22      when this video was published, you'll see videos
```

Page 141

1      online of him throwing hats to supporters.

2              So yeah.  I mean, I said I love him.  I love

3      President Trump.  Millions of Americans love the

4      president.  You can love your -- love your dad;

5      doesn't mean you're sleeping with your dad.

6              You can love your mom; doesn't mean you have

7      a sexual relationship with your mom.  I love my dogs.

8      It doesn't mean that I'm committing bestiality and

9      fucking my dogs; right?  As Bill Maher would say,

10     I -- I --

11         Q    Can we just watch the video?  So I'm just

12     going to --

13         A    Yeah.  You can play it.

14         Q    So let's play the video --

15         A    Go ahead.  Yeah.

16         Q    -- of LIV.

17                  (Video played.)

18     BY MS. BOLGER:

19         Q    And you posted that; right?

20         A    Yeah.

21         Q    Great.

22         A    It's a great video.  It's amazing.  I mean,

```
                                              Page 142
 1     again, it's pretty cool that the president invited me

 2     to go to his private suite, and he called me

 3     opinionated.  He says I'm special.  It's awesome.

 4     It's probably one of the most exciting moments ever.

 5           Q     Great.

 6           A     I mean, it's awesome.  I meant everything I

 7     said in the video.

 8                   MS. BOLGER:  Okay.  Just as I'm going

 9     to ask the court reporter to mark, as Exhibit 5,

10     another tweet, which I think is from the same day.

11                   (Exhibit 5 was marked for

12                   identification.)

13     BY MS. BOLGER:

14           Q     And just for the record, you -- this is a

15     tweet from you on August 13th.  It says, "President

16     Trump invited me to sit with him inside his private

17     box at #Bedminster to watch the #LIVGolfTournament";

18     do you see that?

19           A     Yep.  And I just said, too.  Mm-hmm.

20           Q     You posted that; correct?

21           A     Yep.  That's from the same video.  That's,

22     like, a wider shot.  And you can see my testimony is
```

Page 143

1    accurate because he's sitting there with a ton of hats

2    with the Sharpie in his hand.

3              And you can see the suite and the -- the

4    drinks of, like, the soda machine behind us.  And you

5    can see the reflection of people sitting on the

6    balcony.  So everything I said was accurate about him

7    signing the hats, and you know --

8        Q    And there's no one with you guys in that

9    picture; right?

10       A    Well, they're to the side because I wanted,

11   you know, my own photo --

12              MR. KLAYMAN:  Objection.  You know,

13   this is so offensive, you know --

14              THE WITNESS:  You can see -- but you

15   can see -- you can clearly see somebody in the corner.

16   But like I said, there's witnesses.  You're lawyers --

17   like, you could easily ask Paul Ingrassia --

18              MR. KLAYMAN:  Objection.  Objection.

19   This --

20              THE WITNESS:  But it's fine --

21              MS. BOLGER:  There's literally no

22   pending question.

Page 144

```
 1                    THE WITNESS:  It's fine, Larry.  You
 2      know, it's okay.
 3                    MR. KLAYMAN:  I'm putting an objection.
 4                    MS. BOLGER:  There's no pending
 5      question.
 6                    MR. KLAYMAN:  This is so offensive.
 7      I've been at Bedminster too.  I've been with the
 8      president; doesn't mean I'm sleeping with the
 9      president.
10                    MS. BOLGER:  There's no pending
11      question, Mr. Klayman.
12                    THE WITNESS:  Yeah.  But like I said, I
13      don't have anything --
14                    MR. KLAYMAN:  It's a insinuendo.
15      You're trying to smear her in the context of this
16      deposition.
17                    THE WITNESS:  But there were witnesses.
18      Like I said, you could ask any of the staff.
19                    MS. BOLGER:  Hey.  Ms. Loomer, there's
20      literally no question pending.  No one should be
21      talking.
22                    THE WITNESS:  Okay.  I will just say
```

Page 145

```
 1    it's pretty obvious someone's taking a photo, so there
 2    is somebody else in the photo.  There's two people --
 3    the person taking the photo --
 4                    MS. BOLGER:  Again, there's no pending
 5    question.  You are not permitted to speak.  I will
 6    move to strike speeches that are made not in response
 7    to a question.
 8                    THE WITNESS:  All right.  Okay.
 9                    MS. BOLGER:  Okay.  Do you have this
10    one?  It's not --
11                    Okay.  I'm going to ask the court
12    reporter to mark as, Exhibit 6, another tweet from
13    that day.
14                    (Exhibit 6 was marked for
15                    identification.)
16                    So I'm going to have to get you a
17    photocopy of this after -- at the break, but you're
18    welcome to look on.
19    BY MS. BOLGER:
20        Q    So Exhibit 6 is another tweet from you from
21    August 13, 2023.
22                    THE REPORTER:  Starting from -- from
```

```
                                                    Page 146
 1    here?

 2                   MS. BOLGER:  From here.

 3                   This is a different form of it, Larry,

 4    but I can get you the real one at the break.

 5                   MR. KLAYMAN:  This is Exhibit 6?

 6                   MS. BOLGER:  Yep.

 7    BY MS. BOLGER:

 8         Q    And, Ms. Loomer, this is your tweet;

 9    correct?  And it had four pictures embedded in it?

10         A    Yeah.

11         Q    Okay.  And it begins with the sentence,

12    "Today was the best day of my life"; right?

13         A    Yeah.  It was a pretty cool day.

14         Q    Okay.  Is that still the best day of your

15    life?

16                   MS. BOLGER:  Larry, this is the tweet.

17                   THE WITNESS:  I mean, I've had a lot of

18    really great best days of my life since then.  Like,

19    the election, I'm really glad President Trump won the

20    election, so election night was probably the topper to

21    that.

22                   MS. BOLGER:  Okay.
```

```
                                        Page 147

 1    BY MS. BOLGER:

 2         Q    Okay.  I'm going to ask the court reporter

 3    to mark, as Exhibit 7, another tweet of yours from

 4    August 14, 2023.

 5                   (Exhibit 7 was marked for

 6                   identification.)

 7                   MS. BOLGER:  Here you go, Larry.

 8    BY MS. BOLGER:

 9         Q    Came from Mr. -- for the record, Ms. Loomer,

10    what is this?

11         A    That was a photo that somebody snapped of

12    the moment.  Remember I -- I said prior, on your -- I

13    think two questions ago that when President Trump, you

14    know, got out -- was leaving in his golf cart, he

15    turned around and said, "Oh.  You know, get her to

16    come over."

17                   And he came over and invited me to his

18    suite, and he was saying how great my work was; right?

19    I did say that he was telling people, "Oh.  She's

20    amazing.  She does such great work."  And this was a

21    photo of him talking; he talks with his hands.

22                   And I gave him a hug.  And I, kind of,
```

```
                                              Page 148
 1      remember it was funny.  Like, Secret Service kind of,

 2      like, grabbed my hand 'cause you know, it's taboo to

 3      grab the president of the United States.  And he was

 4      like, "No.  No.  No.  It's fine.  It's fine."

 5             And he actually gave hugs to several people.

 6      You know, he's a very nice guy.  And so that's a photo

 7      of me looking up, talking to him.  He's, like, looking

 8      down.  And he has his hands up, and he was like, "Oh.

 9      You do some of the best reporting ever."  So --

10         Q    And then there's an emoji?

11         A    Yeah.

12         Q    What's the emoji?

13         A    It's an emoji with, like, the "heart eyes"

14      because it was awesome.  I mean, this was -- aside

15      from my -- what's the date on this?  This was

16      August 14th.

17             So aside from meeting him in his office at

18      Mar-a-Lago, this was, like, one of the only other

19      times, like, from that time in March up until August

20      that I was able to, you know, like, sit down -- like,

21      sit down with him and -- and talk with him in person.

22             And so I posted that "heart eye" emoji
```

Page 149

1    because it was just, like, such an amazing moment.  So

2    it was, like, a very exciting moment for me.  I loved

3    it.  I loved the fact that it felt really nice to be

4    appreciated and publicly recognized in front of so

5    many people.

6              And you can clearly see the barricade too.

7    Like, they kept some people behind the line.  And the

8    fact that he let me pass the line, it meant a lot to

9    me.  Because you know, he's the most powerful man in

10   the world, praising me for my work.  And it was just

11   exhilarating.

12        Q    Okay.  I'm going to --

13              UNIDENTIFIED SPEAKER:  Do we have an

14   actual still of this?  149.

15              MS. BOLGER:  Okay.  I'm going to ask

16   Court Reporter to mark, as Exhibit -- 7?

17              THE REPORTER:  8.

18              MS. BOLGER:  8.  A --

19              (Exhibit 8 was marked for

20              identification.)

21   BY MS. BOLGER:

22        Q    Is it called a "Truth" when there's a post

Page 150

1      on Truth Social?

2            A     Yeah.  A Truth post.  Yeah.

3            Q     So a Truth post by Donald J. Trump that

4      says, "Thanks, Laura."  One second.  And have you seen

5      this before?

6            A     Yeah.

7            Q     Okay.  We're going to play the clip of it.

8      And let me go ahead.

9                      (Video played.)

10                     THE WITNESS:  It's very low.  Can

11     you turn it up?

12                     MS. BOLGER:  Yeah.  Very low.

13                     You should be recording this.

14                     THE WITNESS:  It's very hard to hear.

15                     MS. BOLGER:  Yeah.  I agree.

16                     THE WITNESS:  Sorry.

17                     MS. BOLGER:  Pause it.

18                     THE WITNESS:  I mean, I know what the

19     video says, but I -- I know where this is going, but I

20     just --

21                     MS. BOLGER:  Can you see what the

22     volume of the computer is at?

Page 151

```
 1                    UNIDENTIFIED SPEAKER:  The volume is
 2     all the way up.
 3                    THE WITNESS:  It's in "Audio."
 4                    MS. BOLGER:  I don't know why it's not
 5     playing.
 6                    UNIDENTIFIED SPEAKER:  Should we take
 7     it off the thing and just show her?
 8                    MS. BOLGER:  Sure.
 9                    UNIDENTIFIED SPEAKER:  And see if this
10     makes it better for you?
11                    THE WITNESS:  Yeah.  That's fine.
12                    MR. KLAYMAN:  This is very
13     entertaining; do we have popcorn?  We can watch all
14     this.
15                    THE WITNESS:  It's fine.  I've seen the
16     clip before.
17                    MR. KLAYMAN:  I'm being facetious.
18     Irrelevant, but entertaining.
19                    (Video played.)
20     BY MS. BOLGER:
21          Q    Did you give that interview, Ms. Loomer?
22          A    Yeah.
```

Page 152

1          Q    Great.  And that accurately reflects what

2     you said?

3          A    Yeah.

4                    MR. KLAYMAN:  It speaks for itself.

5                    MS. BOLGER:  Okay.

6                    THE WITNESS:  I mean, like I said,

7     I -- when I say, "dating," you know, dating can

8     construe a lot of things -- like, going out to dinner

9     with someone.  I mean, I'm very clear.  Like, I don't

10    really -- I don't date a lot.  I'm in a very committed

11    relationship throughout my early twenties.

12                    I just turned 32.  I have not had many

13    boyfriends.  And the reality is -- is that I am a very

14    career-centered woman.  I'm 32.  My main focus wasn't

15    getting married and having kids.

16                    You know, I care more about my work

17    than I do about having a romantic partner.  And I

18    waited to find somebody who would accept the fact that

19    I want to be very successful.  And I --

20    BY MS. BOLGER:

21         Q    Just for the record, my only question was --

22         A    No.  I know.  But I'm --

Page 153

1          Q     -- did you give that interview?

2          A     I did give the interview, but I'm explaining

3     that --

4          Q     Okay.  That's great.  So then my question

5     is, what was the --

6                    MR. KLAYMAN:  Don't interrupt her.

7     BY MS. BOLGER:

8          Q     -- what was the --

9                    MR. KLAYMAN:  Don't interrupt her.

10    BY MS. BOLGER:

11         Q     -- name of the individual who you

12    referenced?

13         A     Honestly, I don't remember because they were

14    so unimportant to me.  I mean, when I say that they're

15    not important, I really mean it.  Like, I just -- a

16    lot of men want to date me, obviously, because I'm a

17    very high-profile person.

18                And you know, you can -- I can -- can

19    imagine that I -- I get hit on a lot.  I just -- I

20    don't really care for -- care for it because I'm more

21    focused on the mission.

22         Q     Okay.  Going to ask the court reporter to

Page 154

1     mark, as Exhibit 9 -- assuming I'm counting right --

2     another tweet of yours.

3                    (Exhibit 9 was marked for

4                    identification.)

5                    THE REPORTER:  Marking as Exhibit 9.

6                    MS. BOLGER:  Oh.  I'm sorry.  That's

7     mine.  Just give me one more.

8                    Here you go.  Sorry --

9                    THE WITNESS:  Thank you.

10    BY MS. BOLGER:

11         Q    Okay.  Exhibit 9 is a tweet from you on

12    January 16, 2024; can you read it for me?

13         A    Yeah.  It was a quote tweet of the photo of

14    me -- what day is this?  This was -- okay.  So this

15    was the day after.  Maybe it was the night of the --

16    the Iowa caucus.

17                    It was Iowa caucus, and it -- it clearly

18    says "Iowa."  And it's a photo of me behind the stage,

19    giving President Trump a hug right after he had won

20    the Iowa caucus in a blowout victory.

21                    And it says, "I just love him so much -- not

22    in a weird way.  I just really love President Trump.

Page 155

1    He's the most amazing person ever.  It makes me so

2    happy every time I see him or watch his speeches.

3    He's the fighter that we all need, but many don't

4    deserve him.  He deserves the best.  He's my

5    favorite."  And then -- yeah.  It's a -- it's a quote

6    tweet of the post.  Yeah.

7        Q    Okay.  Do you know Randy the Savage?

8        A    Yeah.

9        Q    Okay.  Is it a friend?

10       A    Yeah.  She -- she's -- her name's Reanna.

11   And she's the wife of Brendan Dilley, who is

12   another -- you know, he has something called the

13   Dilley Meme Team.  And they make a lot of

14   memes -- political memes.

15            And President Trump shared their content a

16   lot during the campaign.  And so we became friends and

17   you know, she just commented on the photo.  It was a

18   photo I posted from the Iowa caucus.

19       Q    Okay.

20       A    I think it was -- I think it was from the

21   15th, though, if I'm not mistaken.  And then the --

22   she made the comment on the 16th.  But I -- if I

Page 156

1    recall correctly, I think the Iowa caucus was on the

2    15th of January.  But that is my post, and I did say

3    all of that.

4         Q    Great.  You were at the Republican National

5    Convention; right?

6         A    Yeah.

7         Q    How did that come to pass?

8         A    So I actually flew with President Trump to

9    the Republican National Convention.  It was actually

10   the day after he was almost assassinated in Butler,

11   Pennsylvania.

12             The president had communicated to me through

13   a staff that he wanted me to -- I -- I broke a story,

14   I believe, about Kamala Harris having a campaign event

15   in a spice shop called Penzeys Spice Shop.  I believe

16   that's the name of it.

17             And I was talking about how the owner of the

18   Spice Shop was very radical -- like, posted a lot of

19   anti-Trump things, and that the people that they had

20   there for this, like, very staged event with Kamala

21   Harris was staged.

22             These people were Democrat party volunteers,

Page 157

1    and I exposed it.  And the president, like, loved the

2    story.  It was so funny.  It was all over social

3    media, and it went super viral.  And so then the

4    president was like, "Oh.  Do you want to go to the

5    Republican National Convention?"

6            I was like, "I would love to.  I was going

7    to go anyway, and I was going to bring my team with

8    me -- my staff -- and cover it, and live stream it.

9    And so I would love to."  He's like, "Great.  Connect

10   with my staff, and you can fly there with us."  This

11   was --

12       Q    Was that conversation on the phone?

13       A    Yes.

14       Q    He called you?

15       A    Yes.  But through the phone of a staffer, I

16   believe.  So he called me from the plane from the

17   staff.  Like, the staff he had -- he -- sometimes he

18   uses his staff's phone.  Like, the -- he will have the

19   staff call, and then he will grab the phone.

20            So the staff, I -- I think it was his

21   secretary or so.  I don't remember who exactly.  But

22   they were on the plane.  And then the president

Page 158

1    grabbed the phone.  Might -- it may have been Susie

2    Wiles.  But the president grabbed the phone and then

3    invited me because they were showing him the story

4    that I had just broke while they were on the plane.

5              And you know, on his plane, you can make

6    phone calls.  It's not like a regular plane.  You can

7    make phone calls from that plane.  So he invited me.

8    And I believe this was, like, a week before.

9              And obviously, like, nobody knew what was

10   going to happen the next week.  And then Butler

11   happened on July 13th.  And I was watching the rally

12   on live television.  And I was getting ready to leave.

13   I was getting my hair done, I believe, watching it

14   live on my phone.

15             Because I knew I was going to be flying very

16   early in the morning 'cause I had to fly from Florida

17   to New Jersey and then go to Bedminster.  And that's

18   where they were going to be leaving from.  You had to,

19   like, meet in the motorcade.

20             And I was watching it, and I was like, "Oh,

21   my God.  They just shot the president."  And I thought

22   that he had died because all -- you saw blood, and you

Page 159

1    saw him fall to the ground.

2            And at that point in time, I was like,

3    "Okay.  Well, I'm definitely not going now because the

4    president just died."  And then the president got up,

5    and they rushed him off stage.  And you know, I

6    thought, "Okay.  Well, they're definitely going to

7    cancel the Republican convention now."

8            But I never heard -- I never heard from

9    anybody.  And so I just assumed that the travel plans

10   were still intact.  So I packed a bag, and I still

11   flew to New Jersey.  And I flew to -- I -- I flew to

12   New Jersey.  And I -- I took a -- a cab to Bedminster.

13           And I believe that I was in the car with

14   Meredith O'Rourke, who was the fundraiser for

15   President Trump.  Because I had texted her about it,

16   and she was also going to be going to the RNC

17   convention.

18           And I was like, "Oh, my God."  It's -- I

19   just assumed that the plans were still intact because

20   nobody contacted me.  And we met at the airport, and

21   then we took the same car to Bedminster.  And then I

22   was on the plane, and they allowed me to travel with

Page 160

1    the president to -- to Milwaukee the very next day.

2             I mean, I was shocked.  I was shocked.  The

3    president had a bandage on his ear.  He had just been

4    shot, and he still traveled.  I was fully expecting

5    them to cancel the trip.  But I flew to the Republican

6    National Convention with President Trump.

7        Q    And then did you -- when you got to the

8    Republican National Convention, did you have a

9    specific access to President Trump?  Or --

10       A    No.  They -- I had a -- I had a floor pass.

11   But I had, like, put in a request for that months

12   prior, like, through the link.  A lot of people did.

13   'Cause I had asked for it, and they knew that I was

14   going to be covering the convention.

15            And then my staff and I had press

16   credentials to cover.  I had a floor pass.  And then

17   they gave us, like, the press passes, of course.  But

18   I was not with the president, like, for any other part

19   of that trip.

20            I flew there.  And then because he had just

21   been shot, security was way extra tight.  And then I

22   got off the plane, and I went to my hotel, which is a

Page 161

1     separate hotel from where the president and the staff

2     were staying.  I believe I stayed at the Hilton.

3              And then my -- my staff came in, and I

4     rented an Airbnb for them because we built -- we made

5     the Airbnb into, like, kind of a makeshift studio so

6     that I could do my show and live stream my show

7     because the reception inside the convention was

8     spotty.  And then -- yeah.  I stayed there all week

9     for the convention with my staff.

10         Q    Great.  So then I'm going to ask the court

11    reporter to mark, as what I think is Exhibit 9, as a

12    tweet from you dated July 19, 2024.

13                   (Exhibit 10 was marked for

14                   identification.)

15                   MS. BOLGER:  Sorry, Larry.  I'm

16    throwing this at you again.

17                   MR. KLAYMAN:  Okay.

18                   THE REPORTER:  You're at Exhibit 10.

19                   MS. BOLGER:  Exhibit 10.  I'm sorry.  I

20    can't count.  Do you have it?  No.

21    BY MS. BOLGER:

22         Q    Okay.  And can you just read that to me?

Page 162

1          A    It's from July 19th.  It says "Watch.

2     Following his speech at the RNC convention.  President

3     Trump blew me a kiss from the stage" with a laughing

4     emoji, and American flag, and like a smiley emoji

5     with, like, cheeks.  I said, "I was" --

6          Q    A blushing emoji.

7          A    Yeah.  I mean, I guess you could call it

8     that, whatever.  It's not romantic.  It's -- you know,

9     people has kisses to people all the time.  Like I

10    said, I don't -- I don't care, like --

11         Q    Could you just read the tweet, though?

12         A    Yeah.  It says "I was in the front row on

13    the floor of the convention all night long, cheering

14    him on.  Best president ever.  #MAGA #Trump2024."

15         Q    Okay.  We're going to play the clip.

16         A    Okay.

17                   (Video played.)

18                   MS. BOLGER:  I think we can pause it.

19    BY MS. BOLGER:

20         Q    Okay.  You posted that video; right?

21         A    Yeah.

22         Q    I think you said, "Kai"?

```
                                                    Page 163

 1          A    Yeah.   That's his granddaughter, Kai, and

 2     then her brother.   Those are Trump's grandchildren.

 3     They were on stage with him, with the family.

 4          Q    And had you met them before?

 5          A    I had never met the grandkids, but his whole

 6     family was on stage, and so I've met all of President

 7     Trump's children.   But I never met the grandkids.   But

 8     I have met them since.

 9               Like, I'm -- I -- I met Kai on election

10     night, like, for the celebration that was in Palm

11     Beach.   She was there, and I said "hello" to her.   So

12     I've met Kai before, but I had not met her prior to

13     this.

14          Q    Okay.   You said her name; that's why I asked

15     the question.

16          A    Yeah.   Kai Trump.

17          Q    Okay.   Have you been to Mar-a-Lago?

18          A    Yes.

19          Q    How many times?

20          A    I mean, a bunch of times.   I had been there

21     when I was a candidate for Congress before, you know,

22     I ever had my -- my sit-down meeting.   Because it's an
```

Page 164

1    event center too; right?  Like, it's a venue.  And --

2    well, I ran for congress in Palm Beach, Florida, where

3    I was the Republican nominee in Trump's home district.

4         And so a lot of the Republican events were

5    at Mar-a-Lago.  And you know, I had met President

6    Trump prior to my sit-down meeting with him, and I

7    have photos with him.  But it's not like -- it wasn't

8    like we had like a -- like a conversation about

9    employment.

10         It was like, "Oh.  We're in the room, and

11   you get a photo with the president."  They have a lot

12   of fundraisers there.  They have a lot of political

13   events, and so I've been to Mar-a-Lago, like -- I

14   don't know -- 20, 30 times.

15        Q    What number of those times have you met with

16   the president?

17              MR. KLAYMAN:  Objection.  Relevancy.

18              THE WITNESS:  Like, met with him, like,

19   in, like, a professional capacity?  Or just like that

20   he's been there at the same time I've been there?

21   'Cause he's been at events --

22   //

Page 165

1    BY MS. BOLGER:

2        Q    Why don't you answer both of them?

3        A    Okay.  So --

4        Q    So how many times has he been there when

5    you've been there?

6        A    So you have to understand that Mar-a-Lago is

7    where the president lives, and it's also used for

8    events, so the president will sometimes make special

9    appearances.

10           And I don't know -- maybe like, ten, fifteen

11   times I've been there, when he's, like, come out to

12   surprise people; right?  I've gone to a lot of

13   Republican functions at Mar-a-Lago, but I haven't

14   talked to President Trump every time that I attended

15   these functions.

16           But in terms of, like, communicating with

17   the president while I was there, whether that ranges

18   from me just, like, saying "hello," attending his New

19   Year's Eve party, having a private meeting with him,

20   or you know, shaking his hand -- there's a fist pump

21   photo -- I don't know -- like, maybe ten, fifteen

22   times, also.

Page 166

1     Q   Have you been in the -- I'm not sure I'm

2  using -- I'm going to use the phrase, "private

3  residence," but I -- I -- his -- the -- his living

4  quarters of the home?

5     A   No.  It's completely roped off.  I've

6  never -- like, technically speaking, all of Mar-a-Lago

7  is called his house.  But there's specific living

8  quarters where he, and the first lady, and Barron

9  Trump live.  I guess that's where, you know, his room

10  would be -- his living quarters outside of, you know,

11  the public areas.

12        When I say "public," I mean accessible to

13  the club members.  'Cause it's a club; you pay a

14  membership.  But no.  I've never ever been to any of,

15  like, the personal living quarters.

16        Only the ballroom.  His office, where Susie

17  Wiles was president -- present at the time.  I've

18  never been alone in the same room with him.  I've been

19  in the ballrooms while other people are there.  By the

20  pool, by where the president has been --

21     Q   Are you a member of the club?

22     A   No.  I mean, I could not afford -- it's very

Page 167

1    expensive.  It's really expensive.  But I've been

2    invited for dinners by other members of the club, and

3    I've attended events there.  But no.  I --

4         Q    Do you live nearby?

5         A    I used to.  I used to live about, like, two

6    miles or so, when I ran for Congress in Palm Beach.

7    The first time in 2020, I had a condo that I rented on

8    South Ocean Boulevard, so I lived nearby.

9              But like I said, my interactions with

10   President Trump, when I lived in Palm Beach, were just

11   like, "Oh.  You know, he endorsed me, voted for me."

12   "Oh.  I got to shake his hand and take a photo with

13   him at Mar-a-Lago, attend the fundraiser."

14             It wasn't until I moved to The Villages when

15   I ran for Congress the second time in that area

16   encapsulating Ocala, Leesburg, Lady Lake -- all that

17   area -- that I had my, like, private sit-down meeting

18   with him with Susie Wiles.  And that was even after

19   the election; so --

20        Q    I'm sorry.  I don't understand that.  I

21   thought your private sit-down meeting with President

22   Trump and Susie Wiles --

```
                                          Page 168

 1        A    Well, I'm saying, like -- it was.  What

 2   I'm -- what I said is that I lived in Palm Beach from

 3   2000 -- like, '18, or '17, or something like that,

 4   till 2021.  And then I moved, when I ran for Congress,

 5   to the other district, 'cause I ran in a separate

 6   district; right?  Which was several hours away from

 7   Palm Beach.

 8             And so I don't -- I didn't own that condo.

 9   I was renting that condo.  And what I was saying is

10   that, like my sit-down meeting with the president --

11   like, my formal meeting -- 'cause all the other times

12   prior to that meeting were just, "Oh.  You know, I'm

13   attending an event at Mar-a-Lago.  I got to shake the

14   president's hand."

15             Sometimes when you go to these events, you

16   get to take a photo with the president and whoever the

17   guest is.  My, like, first real, like, sit-down

18   meeting with Donald Trump was after I had finished

19   both congressional races; that was March of 2023.

20   'Cause you know, the election was over; that's what

21   I'm trying to say.

22        Q    Got you.
```

Page 169

1          A    I was not living at the condo.

2          Q    It's confusing.  What election was over?

3      You mean, your own election was over?

4          A    Yes.  So --

5          Q    Okay.  What --

6          A    So -- 'cause my landlord, during COVID,

7      wanted to sell the condo on South Ocean Boulevard.

8      And so I moved because, obviously, I didn't own the

9      condo.  But yeah.  I don't live there.  I don't own

10     it.

11         Q    Okay.  Did you move districts to run for

12     office?

13         A    Yeah.  'Cause it was a redistricting year,

14     and so all the maps were redistricted.  And

15     technically speaking, you don't have to live in the

16     district to run.  But I moved there 'cause, obviously,

17     I wanted to live in the district where I was running

18     for Congress.  It's the proper thing to do.

19         Q    Okay.  When you go down to Palm Beach, do

20     you -- I know it's a club -- I -- do you stay at

21     Mar-a-Lago?

22         A    No.  I've never stayed at Mar-a-Lago.  I've

```
                                           Page 170

 1    never spent the night at Mar-a-Lago.  I generally stay

 2    with friends of mine who have -- I know a lot of

 3    people -- I have friends that have houses down there

 4    that have guest houses, or I'll stay in a hotel.

 5           But I have a lot of friends.  And usually,

 6    my friends are always like, "Oh.  Come stay," you

 7    know.

 8        Q    Great.  And did I understand you say you

 9    lived in The Villages?

10        A    I ran for Congress in The Villages.

11        Q    Do you live there?

12        A    No.  Because there's an age capacity.  I --

13    I lived in Lady Lake, and so you have to be 55 or

14    older to live in The Villages.  But it's, like, a half

15    a mile border.

16        Q    So I actually knew that, and I knew you were

17    not 55.  I don't know why I asked that question --

18        A    Yeah.

19        Q    -- so I'm sorry about that.  I didn't --

20        A    It's okay.

21        Q    I didn't mean to prematurely age you.

22        A    But I practically lived in The Villages.
```

Page 171

1    It's, like, literally half a mile.  It's just the

2    funniest thing.  Like, technically it's called "The

3    Villages."  But to actually live in The Villages

4    proper, you literally have to be 55; so --

5         Q    You know, I totally aged you

6    inappropriately.  My apologies.  Okay.

7         A    But Lady Lake is the town.  A lot of people

8    just call it, "The Villages," anyway because it's --

9    you know, it extends.  And The Villages is this

10   massive compound, and they're expanding; right?  Into

11   other parts too.  They call it, like, "Disneyland for

12   retired people."  But it's a massive development and

13   they're trying --

14        Q    Got you.

15        A    -- to, like, go all over; so --

16        Q    And how many times have you been to

17   Bedminster?

18        A    Three or four times.

19        Q    And have you seen the president there every

20   time?

21        A    Yes.  Yes.  I went the first time when I was

22   there for LIV.  And then I have a friend who's a

Page 172

1      member who works in the administration now, who

2      invited me as their guest for two other times 'cause

3      they're golf partners with the president.  And I -- I

4      saw the president there; have lunch with, like,

5      several people, including the president.

6                And then I think the other time -- the

7      fourth time -- was some event.  I think it -- it's

8      like some conservative event that the president

9      attended.

10          Q     Okay.

11                    MR. KLAYMAN:  Can we take a lunch now?

12                    MS. BOLGER:  Nope.  I need to finish

13     this line of questioning.

14                    MR. KLAYMAN:  All right.  Go ahead.

15                    MS. BOLGER:  When I'm done with this

16     line of questioning --

17                    MR. KLAYMAN:  How long will that be?

18                    MS. BOLGER:  I don't know.  A few more

19     minutes.

20     BY MS. BOLGER:

21          Q     You mentioned that you've flown on the plane

22     with the president.  You've mentioned a couple

```
                                              Page 173
 1       moments.  How many times would you say you've flown on
 2       the plane with the president?
 3            A    Like, five or six times.
 4            Q    And --
 5            A    What?
 6            Q    -- where have you gone?
 7            A    These were all for campaign events or, like,
 8       Republican events.  I went to Iowa.  I went to South
 9       Carolina.  I went to New Hampshire.  I went to
10       Philadelphia for the presidential debate, which of
11       course, was the subject of Bill Maher's attacks.
12                 I went to New York for the 9/11 ceremony,
13       which was, like, directly following the debate.  And I
14       went on a trip to Nashville to the Bitcoin conference
15       with the president and his staff.  And during --
16            Q    When was that?
17            A    It was before the presidential debate.  I
18       don't know the exact date, but it was before -- I
19       think the debate was September 10th.  Yeah.
20       September 10th.  So it was, like, a week or two before
21       that.  And that was Nashville.
22                 And then the same day -- 'cause usually,
```

Page 174

1    like, the president travels to multiple states in the

2    same day.  And they just do these, like, you know,

3    wild trips where he just gives, like, four rallies.

4    And you go, and you just -- you end up getting back

5    super late at night.

6              So we woke up -- everybody had to wake up

7    super early, and I had to meet at the Palm Beach,

8    like, private hangar there, where the president

9    departs.  And we flew to Nashville for the Bitcoin

10   conference.  And then we flew to Minnesota for a big,

11   like, campaign rally.

12             And then from Minnesota, we flew back to New

13   Jersey.  And then I spent the weekend in New Jersey,

14   and New York.  I was -- I was at Bedminster hanging

15   out with my friend, who took me for lunch.  And then I

16   flew back to -- to Florida.

17        Q    And on each of those times you flew on the

18   president's plane, was that at his request?

19        A    Yes.

20        Q    Okay.  I'm going to ask you to -- yep --

21   to --

22        A    Well, I would say I was at his invitation;

```
                                                    Page 175

  1      right?  Like, he invited me.  And I'm not going to say

  2      "no"; right?  So it was him -- him inviting me.  I

  3      wouldn't say like, "Oh.  I -- I demand you to come on

  4      the plane."

  5               It's like, "Oh.  Would you like to come?"

  6      Or "Oh.  We're going to this event; would you like to

  7      come?"  And I said, "Yes.  Thank you."

  8           Q    Okay.  Yeah.  Sorry.  I didn't mean to

  9      suggest it was anything other than invitation.

 10           A    No.  It's okay.  I was just -- it's his

 11      invitation.

 12                    MS. BOLGER:  We're going to take a look

 13      at Exhibit 11.

 14                    (Exhibit 11 was marked for

 15                     identification.)

 16      BY MS. BOLGER:

 17           Q    So Exhibit 11, just so you know, just to cut

 18      down on paper, I printed out specific pages of your

 19      document production, so these are all taken from your

 20      document production.  I just cut down the stack.

 21           A    That's fine.

 22           Q    So if you take a look at the very first
```

Page 176

1    page, which is 28, there's a picture of you and the

2    president.  You're wearing a red dress, maybe.  Maybe

3    it's pink; where was that picture taken?

4         A    That, it's in Nashville, at the Bitcoin

5    conference that I told you about, so that was prior to

6    the presidential debate.  So that was the trip that we

7    flew to Nashville for the Bitcoin conference, where

8    the president gave a speech.  And then we flew to

9    Minnesota for a rally and then flew back to New

10   Jersey.

11        Q    And that was one day?

12        A    That was one day.  Yeah.  We didn't get back

13   till two o'clock in the morning.

14        Q    Okay.  Can you --

15        A    Like I said, it's crazy.  He has so much

16   energy.  And it's, like, this campaign team will --

17   you know, they'll -- you leave in the morning at ten

18   o'clock.  And the president gets back, goes all over

19   the country, and -- yeah.  We didn't get back to New

20   Jersey till about two o'clock in the morning.

21        Q    Okay.  Will you turn to the next page?

22   There's a picture of you and the president.  That's at

Page 177

1      the Bedminster club; right?

2           A      Yeah.  That's during the primary.  That's

3      2023.  The one in the red dress is 2024.

4           Q      Okay.  And then the third page of the

5      exhibit, which bears the Bates Number 45 on the

6      bottom, you're wearing a printed dress; where's that

7      one?

8           A      That's at Miami.  That's at his golf club.

9      That was for his rally that he had in Miami, Florida.

10     That was, like, before the assassination attempt too.

11              I don't remember the exact date, but I know

12     it was before an assassination attempt.  That was in

13     Miami at the Trump Club there.  You know, they have

14     the Trump Doral.

15                    (Nonconfidential portion of transcript

16                    ends.)

17     //

18     //

19     //

20     //

21     //

22     //

```
                                                    Page 178

 1                 (Confidential portion of transcript

 2                 begins.)

 3      BY MS. BOLGER:

 4          Q     Yeah.  And how did you end up at Trump

 5      Doral?

 6          A     Well, I mean, I -- I tried to cover all of

 7      the Florida rallies.  Obviously, like, as an

 8      independent journalist, it's cost prohibitive to

 9      attend every single rally; right?  'Cause they're not

10      going to have me fly to every single one.

11                 But for the -- for, like, the key primaries,

12      I always made sure I would go to, like, New Hampshire;

13      right?  South Carolina, Iowa -- all that -- and

14      Florida.  And so for the Florida rallies, it was easy

15      for me to get there 'cause I could drive.

16                 And so I drove to -- with some friends,

17      actually, to -- and I actually -- I went to this event

18      with my boyfriend.  So my boyfriend and I -- Andrew

19      actually went to this -- this event with me.  He was

20      there.

21                 And it was a funny story 'cause I was there

22      with my friends, Eric [ph] and Meg [ph]; they're
```

Page 179

1    donors.  And so you had to pay $25,000 to get a photo

2    with the president.

3              And they invited me and my boyfriend, and we

4    did not pay $25,000.  But President Trump's

5    fundraiser, Meredith, who I rode in the car with, who

6    has known me for several years -- she knew me from

7    when I ran -- they let me into the photo line, even

8    though I did not pay $25,000.

9              And my boyfriend had never met President

10   Trump, and my boyfriend had never been to a Trump

11   rally.  And so we actually drove to the event.  And my

12   boyfriend was very excited 'cause it was his first

13   time going to a Trump rally, and he wasn't expecting

14   to meet the president.

15             And my friends were very generous to allow

16   my boyfriend to go in the line.  And Trump's people

17   were -- and they go, "Oh.  Mr. President, we're here

18   with a friend of yours" in the photo line.  And he

19   goes, "Oh.  Yeah.  Who's that?"  And he goes, "Laura

20   Loomer."

21             And he goes, "Where is she?"  And then it

22   was this whole big thing.  And he was very excited to

Page 180

1    see me and say "hello."  And then they go, "Oh.  Yeah.

2    And she brought a man-friend with her."  And he goes,

3    "Laura Loomer has a boyfriend?"

4              He goes, "No man can handle Laura Loomer."

5    And he met my boyfriend, and he -- he shook my

6    boyfriend's hand and got a photo.  And I have a photo

7    with my boyfriend with President Trump in this dress.

8              And so President Trump has met my boyfriend.

9    This was, like, shortly after my boyfriend and I had

10   started dating.  But my boyfriend was there with me at

11   this event.

12              (Confidential portion of transcript

13              ends.)

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

```
                                            Page 181

 1              (Nonconfidential portion of transcript

 2              begins.)

 3    BY MS. BOLGER:

 4         Q    Great.  If you look at page 55, which is

 5    kind of two pages over, there's a picture of you with

 6    a T-shirt that says "Donald Trump did nothing wrong";

 7    where was that taken?

 8         A    That was at another Miami rally during the

 9    primary, so I believe that was in 2023.  So the one

10    prior was 2024, after the primary.  And this one was

11    during the primary in Miami at the same -- I think

12    it -- no.

13              This one was at another venue in Miami.

14    This, the one in the printed dress, was at Trump

15    Doral.  But I forgot the venue for the one where I'm

16    wearing the black shirt.  It was some big venue.  It

17    was, like, outside.  It was all outside.

18         Q    Okay.  And that T-shirt you're wearing, the

19    "Trump did nothing wrong" shirt, I believe -- and I'm

20    sure you'll correct me if I'm wrong -- I believe you

21    were also wearing that shirt in New York City when the

22    president was convicted; is that right?
```

```
                                                    Page 182
 1          A    Yeah.  I attended the president's trial.
 2     Not inside, but outside.  Yeah.  And I -- I wore it on
 3     some of the days.
 4          Q    Did you meet him in New York during the
 5     trial?
 6          A    No.  The only time I've ever been in New
 7     York with, like -- and met the president in New York
 8     was when -- it was after the presidential debate when
 9     we all flew to New York for the 9/11 ceremony.
10               And I was in the motorcade with his staff.
11     Other than that, no.  I was outside the courthouse,
12     and I was not inside with his staff or him.
13          Q    Were you there for the whole trial?
14          A    Not the whole trial, but I was there for,
15     like, a lot of the trial outside.  I was covering it
16     outside.  But then some crazy guy lit himself on fire,
17     and they blocked off the protest zone.  Like,
18     literally, that's what happened.
19               So somebody lit himself on fire, and the
20     police shut down the area in front of the courthouse.
21     But I was there the first day of the trial and for
22     several days after.  A lot of the trial, I was
```

Page 183

1    reporting on it.

2         Q    Can you go to page 69?  It's the picture of

3    you in the yellow dress again?  The pages' numbers are

4    at the bottom.

5                   MR. KLAYMAN:  69 or 79?

6                   THE WITNESS:  70; you mean?

7                   MS. BOLGER:  69.  69.

8                   MR. KLAYMAN:  I don't see a 69.

9                   MS. BOLGER:  It's the page after the

10   one I just showed you -- the back of that -- right

11   there.  No, no.  Yeah.  That one.  That one right

12   there.

13                  THE WITNESS:  This one?

14                  MS. BOLGER:  Yep.

15                  THE WITNESS:  Oh.  Okay.  It's listed

16   as 58 -- oh.  69.  I see.  Sorry.  I'm looking at page

17   numbers.  Sorry.

18                  MS. BOLGER:  That's fine.

19   BY MS. BOLGER:

20        Q    It's the same day as the Miami?

21        A    Yeah.  So there's two Miami events.  The

22   black shirt was during the primary, and this is

Page 184

1    during --

2         Q    The one with your boyfriend?

3         A    Yes.

4         Q    Okay.  And then on the next page, which is

5    72, that is the picture of you at Bedminster; correct?

6         A    Which photo?

7         Q    I'm sorry.  Pink dress.

8         A    Yeah.  And that was during the primary.

9    Yeah.  That was for the LIV event.  Yeah.

10        Q    Okay.  Great.  Then on the next page, which

11   is the number 75, it's a picture of you and President

12   Trump holding hands.  You're wearing a Trump hat.  I

13   don't know what hat he's wearing.  I can't read it,

14   actually; but where was that?

15                 MR. KLAYMAN:  Which one is this?

16                 MS. BOLGER:  Page 75.

17                 THE WITNESS:  This one here.  The one

18   in the bottom.

19                 That was in Iowa, so it was freezing

20   cold.  And my staff were there.  They had invited my

21   staff, and I -- well, they gave us access; right?  To

22   cover an event.  And it was freezing cold in Iowa.

Page 185

1      Like, it was -- it was negative 45 degrees.

2                  And I had been waiting outside to get

3      in and my -- my hands were, like, still frozen.  And

4      so I was in the photo line.  They let me take a photo

5      with the president.  My -- my staff were there too.

6      And the president was like, "Oh.  You brought your

7      staff.  That's great."

8                  And he was like, "Oh.  I love this

9      girl.  She's so great.  She does such amazing work."

10     And he actually gave me a -- a shout-out on video at

11     this same event that he had in Iowa.

12                 And I was like, "Oh, my God.  It's

13     so cold outside.  My hands are still freezing.  And

14     it's a testament to how much people love you.  They're

15     willing to stand in negative 45 degree weather."

16                 And he grabbed my hand; right?  Like,

17     he grabbed my hand.  I was like, "Oh.  My hands are

18     freezing."  And then he was like, "Oh.  This girl's

19     great.  She does such great work, and she's such a big

20     supporter."  And I gave a thumbs up.

21                 And then shortly after that, you could

22     see on the video he was, like, giving -- it was a very

Page 186

1    small event.  'Cause obviously, like, the snowstorm

2    kind of made outside venues impossible.

3              But he gave me a shout-out and said,

4    "Oh.  She brought her whole team with her this time.

5    They work very hard.  They do a lot of really great

6    work to cover the election."

7    BY MS. BOLGER:

8        Q    Great.  All right.  The next page is

9    page 79.  There's a picture of you and the president,

10   which I think might be at Mar-a-Lago; is that right?

11       A    Yeah.  That was when I ran for Congress.  So

12   I -- remember I said that there were times that I had,

13   like, met the president for photo opportunities, but I

14   hadn't really, like, had conversations?

15             So this was when I introduced myself and was

16   like, "Oh.  You know, I'm -- I wanted to thank you.

17   You voted for me in the primary."  But he didn't

18   really, like, know me very well back then, so it's

19   very quick.  You know, it's like, "Okay.  Thanks."  A

20   million people want photos.  And --

21       Q    That's what that was.  Okay.

22       A    Yeah.  That was that.

Page 187

1          Q    Next page, which is a picture of you hugging

2     the president in the yellow dress, that's the same

3     event in Miami; correct?

4          A    Yep.

5          Q    Okay.  Then on the next page, which is 93,

6     there's a picture of you getting off a plane; that is

7     going to the first presidential debate in --

8          A     No.  That's the second one.  So there was

9     only one presidential debate between himself and

10    Kamala, and one with Joe Biden.  So this was the one

11    on September 10th, which was the first between himself

12    and Kamala.

13         Q    Okay.  I think that is the first debate.

14         A    Yeah.

15         Q    But okay.  And the woman next to you is?

16         A    I forget her name.  But she was -- I think

17    she was, like, in charge of some focus group.  She

18    wasn't -- she didn't really tell me.  'Cause the way

19    the seating works on the plane is that you have, like,

20    the main section with the president, and then his

21    advisors, and all of his senior staff.

22               And that area is, like, heavily blocked off

Page 188

1    'cause he had just been shot.  And so then you have

2    the back of the plane, which is where Secret Service

3    sits.  And then they have the guests.  So they have,

4    like, some reporters or you know, some press, or

5    sometimes, like, guests; right?

6         The family sits with the president.  And she

7    was there for some kind of, like, focus group.  I

8    don't really know, like, what her role was, but she

9    sat next to me on the plane.

10   Q    And generally, when you said --

11   A    But nobody was talking 'cause it was very

12   somber.  Like, the president had just been shot, and

13   he walked on the plane with a bandage.

14   Q    When you generally flew on the planes with

15   the president before he was shot, did you sit in the

16   back or the -- with the president?

17   A    I usually sat in the back.  They have --

18   they're very strict about like the -- the seat

19   arrangements, and everybody has a name placard.  And

20   there were sometimes where the president, like,

21   invited me to go sit in the main area with him, and

22   either donors, or his senior staff.

Page 189

1            But I was always very respectful 'cause they

2      use that time for speech prep, and he takes phone

3      calls.  And I didn't want to impose; right?  I mean,

4      I'm not a groupie -- I'm like -- what Bill Maher says

5      about me.

6            I'm very professional.  And so I sat in my

7      designated seat and only got up if I was asked to get

8      up.

9         Q    Okay.  And then just before lunch, I'm going

10     to show you a tweet that was by a guy named Mike

11     Sington; do you know who Mike Sington is?

12        A    Sounds familiar.  I don't know.  Maybe it

13     was like -- I don't know -- somebody on X.  I don't

14     know.  It sounds familiar, though.  Maybe he's like

15     a --

16        Q    You don't know him, personally?

17        A    I don't know him, personally, though.  But

18     he sounds familiar.  I think he -- if I recall

19     correctly, I think he's like a leftist or -- I don't

20     know.  I think he has, like, a large account.  I'm not

21     sure.  I'd have to see his account, but it sounds

22     familiar.

Page 190

1            Q    Okay.  I'm not asking to trick you.  I

2       just --

3            A    I don't know him personally, though.  No.

4                      MS. BOLGER:  All right.  Then I'm going

5       to ask Court Reporter to mark, as Exhibit 12, a tweet

6       by Mike Sington.

7                      (Exhibit 12 was marked for

8                      identification.)

9       BY MS. BOLGER:

10           Q    Ms. Loomer, have you -- oh.  Sorry.  You

11      don't have it yet.  Okay.  For the record --

12                     MS. BOLGER:  I'm sorry?

13                     MR. KLAYMAN:  Oh.  I'm just sitting --

14                     THE WITNESS:  Oh.  Sorry.  I was

15      looking at the screen.  I'm sorry.

16                     MS. BOLGER:  For the record, this is a

17      tweet by a guy named Mike Sington dated September 12,

18      2024.

19                     And it reads "This is why Trump is

20      hanging out with Laura Loomer.  Watch them with their

21      hands all over each other at Mar-a-Lago.  Note:  He's

22      married."  And I'll have Lexie play the video.

```
                                          Page 191

 1                    And can you record this, please?

 2                    (Video played.)

 3       BY MS. BOLGER:

 4            Q    Do you know when that occasion was?

 5            A    That was a fundraiser at Mar-a-Lago for Jeff

 6       Gunter.  That's the guy that's standing next to

 7       President Trump.  He was his former ambassador to

 8       Iceland.  He ran for senate in Nevada.  And it was --

 9       I think it was, like, the beginning of 2024.

10                    It was definitely before April of 2024.

11       Because I had -- I know I had, like, not met my

12       boyfriend by then.  And I remember that I wanted to

13       see Jeff win.  And the primary for Nevada was in June,

14       I believe.

15                    So I don't know.  I -- I think I, like,

16       posted about Jeff Gunter.  I could get you the date.

17       I think it was, like, February or March, maybe.

18            Q    Okay.  And did you hear the president say,

19       "She's much softer than she looks"?

20            A    Yeah.

21            Q    Okay.  Do you remember that happening?

22            A    Yeah.  I mean, he was saying that's a --
```

Page 192

1    "Oh.  She's much softer than she looks" because the

2    media likes to say, "Oh.  She's so vicious."  Or

3    "She's an attack dog for the president."

4            But he was saying like, "Oh.  She's much

5    softer."  Like, she's a much like gentler and kinder

6    person than -- than she is.  And he gave me a hug, and

7    then we posed for photos.

8            But I think that fundraiser was, like,

9    February or March, maybe January.  I -- I honestly

10   don't remember the exact date.  It's pretty cold in

11   Palm Beach during January.

12       Q    You're not dressed like you're cold.

13       A    No.  I know.  I said it's pretty cold.

14   That's what I'm saying.  I'm dressed in a dress, and

15   I'm always really cold.  So I would have been wearing

16   a suit if it was really cold, so I'm thinking it was

17   March.

18                   MR. KLAYMAN:  Don't guess.

19                   MS. BOLGER:  Yeah.  No.  I know --

20                   THE WITNESS:  I -- I don't know, but I

21   can --

22                   MS. BOLGER:  I don't want you to guess.

Page 193

1                    THE WITNESS:  All I'm saying is that I

2      can get you the date.  It was a fundraiser.  I have

3      the date somewhere in my phone.  It was a fundraiser

4      for Jeff Gunter who was running for Senate.

5                    But it was the -- that -- that video

6      was posted by that guy from September 12th because

7      that was right when -- that was the day before -- that

8      was the day after -- excuse me -- the media started

9      going crazy; right?

10                    Saying, "Oh.  Why is Laura Loomer,

11     like, on the plane?"  And "Oh.  Why is Laura Loomer

12     going to the debate?"  And then, you know, of course,

13     he didn't -- he -- when you see the video, maybe

14     you're going to think, "Oh.  That -- that's from

15     September 12th."  But that interaction was from

16     earlier in the year.  That's all I'm trying to say.

17                    MS. BOLGER:  Okay.  We do have lunch

18     outside, if you all want to take a break and have

19     lunch.

20                    MR. KLAYMAN:  Yeah.  Let's get

21     something.

22                    MS. BOLGER:  So it's one; what time

Page 194

1      would you all like to reconvene?

2                      MR. KLAYMAN:  Forty-five minutes?

3                      MS. BOLGER:  Sure.  That's great.

4                      THE WITNESS:  Is that fine; 45 minutes?

5                      MS. BOLGER:  That's fine.

6                      THE WITNESS:  That's fine?

7                      THE VIDEOGRAPHER:  Okay.

8                      MS. BOLGER:  I'm going to check how

9      much time is on the record, but that's all.

10                     THE VIDEOGRAPHER:  Off --

11                     MR. KLAYMAN:  You want an hour?

12                     THE VIDEOGRAPHER:  Off the record at

13     12:59.

14                     (Off the record.)

15                     THE VIDEOGRAPHER:  Back on the record

16     at 1:56.

17     BY MS. BOLGER:

18          Q    Ms. Loomer, at the very beginning of the

19     day, you testified that at some point, you worked for

20     Project Veritas; correct?

21          A    Yes.

22          Q    And you'll agree with me that Project

```
                                        Page 195

  1      Veritas is sort of known for secret recordings;

  2      correct?

  3           A    Yes.  That's true.

  4           Q    And you're not recording us today; are you?

  5           A    No.  My phone is in my bag, and it's on

  6      airplane mode.

  7           Q    Okay.  Terrific.

  8                     MR. KLAYMAN:  Are you recording us?

  9                     MS. BOLGER:  Yes.  By that camera.

 10                     THE REPORTER:  My audio as well.

 11                     THE WITNESS:  That was a joke.  But

 12      yeah.  No.  I -- my phone is on airplane mode so it

 13      can't record.

 14                     MS. BOLGER:  Okay.

 15      BY MS. BOLGER:

 16           Q    And at the end of the -- our session last

 17      time, you were talking about meeting the Trump family.

 18      And I'm very sorry if I -- if you answered this, and I

 19      didn't catch it.  How many times have you met Melania

 20      Trump, if you have?

 21           A    I have met Melania once before.

 22           Q    And where was that?
```

Page 196

1          A     It was at the Trump Doral in Miami.

2          Q     When?

3          A     Several years ago.  Don't remember exactly

4     when, but I remember meeting her.  They were on the

5     golf -- on a golf cart together.  It was like for,

6     like, one of the big golf tournaments that they were

7     hosting.  And I think it was in, like, 2014 or 2015.

8     And I was attending college in Miami.

9               And I was always a big supporter of

10    President Trump, and you know, big fan of President

11    Trump, Melania Trump.  And I was a broadcast

12    journalism student.  And so I thought it'd be fun to

13    go to this event.

14              And I, at the time, had been working for

15    WSVN before I started working for Veritas full-time.

16    And I said to a friend of mine at the time in college,

17    "Oh.  Wouldn't it be fun to go to this event?  Let's

18    see how many people, like, we can meet"; right?

19              And we ended up meeting Tiger Woods.  We

20    ended up meeting Donald Trump back when, you know,

21    before he filed to run.  Melania -- Melania Trump.

22    This was before, of course, they ventured into

Page 197

```
 1    politics.  But she was very nice, you know --
 2        Q    Have you met her since?
 3        A    No.  But she, you know, was raising Barron.
 4    And you know, there's a lot of reporting out there
 5    about how she wanted to be with her son as he was
 6    transitioning to go to college.  So she wasn't really
 7    on the campaign trail a lot during the 2024
 8    presidential election.
 9            I mean, it's been widely reported that she,
10    you know, was -- I think she was at Mar-a-Lago, or
11    Trump Tower, or something like that -- maybe
12    Bedminster -- when President Trump was shot in
13    Pennsylvania.
14            But she flew separately to the RNC
15    convention; I don't know why.  But she doesn't go
16    to -- or didn't go to a lot of the events during the
17    campaign season.  But she also had a son that was in
18    school.
19            And she, you know, gave interviews when
20    Barron graduated, when he was going to go to
21    college -- he goes to NYU -- about how it was very
22    important for her to make sure that she was always
```

Page 198

1    present for her son.  I just assumed she was just

2    being, you know, a good Mom.

3         Q    Great.  We testified a little bit about the

4    week -- that week of September 10th -- or you

5    testified a little bit about it, but I just want to go

6    back and ask you just a couple questions.  And if I --

7    I'm going to try to move things along by asking you

8    leading questions.

9              If I'm mischaracterizing it, please let me

10   know.  So as I understand it, you had a -- a reach-out

11   from some staffer of the president that said, in words

12   or substance, "Would you like to travel with the

13   president to the debate?"

14        A    No.  The president himself -- as I -- as I

15   said before, his staff was on the plane, and they were

16   talking about a story I broke about Penzeys Spice.  I

17   forget the date, but it was, like, just shortly before

18   the debate.  And they were with the president, and

19   they called me.

20             I didn't realize that they were with the

21   president at the time.  And then they passed the phone

22   to him --

Page 199

1        Q    Got you.

2        A    -- and then he was like, "Oh.  This" -- I

3    think it was Susie Wiles, if I'm not mistaken.  And he

4    was like, "Oh.  This report was so great."  He said,

5    "Oh.  Are you going -- do you want to go to the

6    debate?"

7             And I said, "Yeah.  I would love to.  It'd

8    be an honor."  And then they connected me with the

9    scheduler.  I think her name was Eliza [ph], if I'm

10   not mistaken.  And Eliza [ph] coordinated that, and

11   told me where to go.

12       Q    Okay.  And you said you met them at

13   Bedminster?

14       A    For the debate?  Let me recall.  I can't

15   remember where we took off for the debate.  For the

16   RNC convention, I met at Bedminster.  I'm trying to

17   remember if for the debate, we left from Palm Beach,

18   or we left from Bedminster.

19             I think, if I'm remembering correctly, left

20   from Palm Beach for the debate.  No.  Left from --

21   left from Palm Beach for the debate, out of the Palm

22   Beach private hangar at the airport there, and then

Page 200

1      left from Bedminster for the RNC convention.

2           Q     Okay.  And so you left, and you went to

3      Philadelphia.  And you talked a little bit about the

4      seating on the plane, and you said you sat in the back

5      in that one; correct?

6           A     Yeah.  Like, when I say the back of the

7      plane, it's divided into sections.  So when you go on

8      Trump's plane, there's a section in the back.  And

9      then, you know, there's the bathroom, and then the

10     pilot; right?

11           And then there's rows for the guests.  Like,

12     if it's, you know, media.  A lot of times, they have

13     traveling press, Secret Service, and then some staff.

14           And then there's the middle section, and

15     there's a divider, like a sliding door.  And then you

16     have the main table where his staff, and his

17     assistant, and his "comms" people sit; and they do

18     their work.

19           And then the middle section is the

20     president's area where he sits.  And that's -- you

21     know, that's where he always sits on the plane.  And

22     then generally, it's his senior advisors that sit

```
                                              Page 201
 1      there.

 2              And then there's some couches on the plane

 3      too, in that area.  But you're really not supposed to

 4      get up unless you're instructed to.  And I didn't get

 5      up.

 6         Q    Okay.  On that flight, but you had other

 7      times?

 8         A    Yeah.  On other times, like on the flight to

 9      the Bitcoin conference -- when we were flying to the

10      Bitcoin conference in Nashville, and then we flew to

11      Minnesota.

12              Howard Lutnick, the commerce secretary was

13      on the plane.  And Howard wanted to tell me some

14      stories and was talking to me about the speech he was

15      going to give in Minnesota about jihad because you

16      know, his brother and a lot of his friends were killed

17      in the 9/11 terrorist attacks because their office for

18      Cantor Fitzgerald was on the top floor.

19              And so we were going to Minnesota.  And he

20      was like, "Oh.  What do you think about my speech?"

21      And so he asked me to come sit with him, and he was

22      sitting next to the president.  And then we were just
```

Page 202

1    chatting; so --

2        Q    And did you, at any point, have any

3    conversations with the president about preparing for

4    the debate?

5        A    No.  And that was what -- what was so funny

6    about it.  So the media went crazy, and they were

7    like, "Oh.  You know, Laura Loomer -- Laura Loomer

8    told the president to say that Haitians are eating

9    cats and dogs."

10            And I had -- I had a conversation with the

11    president about how the story was going viral about

12    Haitian migrants led in by Joe Biden who were eating

13    people's pets and other animals too, including, like,

14    community geese and ducks that were in local ponds;

15    right?

16            There were police reports.  And then I had

17    talked about it, and I had posted about it.  And at my

18    media company, we had actually confronted Senator

19    Sherrod Brown about this.  He's the Democrat senator

20    for Ohio.

21            And he was one of the senators who was

22    advocating for all of these Haitians to stay in the

Page 203

1    United States.  But I did not prep the president.  I

2    was not a part of the presidential debate prep team,

3    like the media reported.  And --

4         Q    But you did have a conversation with him

5    about Haitians in Ohio eating cats, and dogs, and

6    geese, and ducks?

7         A    Yeah.  'Cause he had asked me if the police

8    report was real.  'Cause there was a police report

9    that was filed about Haitians eating -- sorry -- I

10   have something in my eye -- about Haitians eating pets

11   and animals, domestic animals in Ohio.

12             And he said, "Is this real?"  And I said,

13   "Yes."  And he said, "Can I see?"  And I showed him

14   the police report that I had posted on Truth Social

15   that was highlighted, and then he instructed Natalie

16   to print it out for him.

17        Q    And where was that conversation?

18        A    That was on the plane.  That was on the

19   plane.  I don't remember if it was, like, going there

20   or going back.  It was on the plane that we had the

21   conversation.  And he posted --

22        Q    Where on the plane?

Page 204

1          A     On the way -- on the way back from the

2     debate, he had asked me to sit with him and his -- his

3     staff.  So on the way there, I sat in the -- on the --

4     I sat in the back.  And then on the way back from the

5     debate, his -- his staff were all there, and everybody

6     was very excited because it was, like, a very

7     thrilling debate experience.

8               And then if you recall, after the -- the

9     presidential debate, he went into the spin zone.  And

10    it was, like, the first time a president had ever

11    just, like, walked into the spin zone after a debate.

12              The spin zone, if you don't know what it is,

13    it's like the really big media venue -- like,

14    downstairs where all the reporters were reporting on

15    the debate because they didn't allow for an audience

16    for the debate.

17              Like, we were not even allowed to be an

18    audience.  We had to go in a separate room for the

19    debate -- all of his staff.  And we were watching it

20    on a -- a big screen.  And so --

21          Q     You watched the debate with his staff?

22          A     The presidential debate?

Page 205

1      Q     Yes.

2      A     Yeah.  I was in their private room.

3      Q     And then --

4      A     Because nobody was allowed inside, so the

5   debate that was on the stage, the rules were they

6   weren't allowed to have an audience.  And all the

7   campaign staff for both campaigns -- 'cause they had

8   rules for the debate -- all the campaign staff had to

9   be, like, in their respective areas.

10           So his staff were on one floor.  The

11  motorcade pulled up, and then we all went to one

12  floor.  And then Kamala's staff -- like, they didn't

13  even interact with each other.  And then after the

14  debate, when they escorted everybody through the -- I

15  forget, like, the venue.  It was in Philadelphia.

16           Sorry.  A piece of dust in my eye.

17  They -- everybody got into the motorcade, and then

18  they drove to the spin zone area, which is, like,

19  another part of -- I think it was, like, the

20  convention center.

21      Q     And you were in the president's motorcade

22  for that?

Page 206

1          A    Yeah.  But when I say, like, "his

2    motorcade," nobody really rides with the president.

3    The staff have their own -- it's like a ten-car

4    motorcade.  And then it has ambulance and you know,

5    police cars.  So nobody rides, like, next to the

6    president inside his own designated SUV; right?

7              He has his own private SUV.  I was in the --

8    I was in the van with his "comm" staff, so that would

9    have been Steven Cheung, Margo Martin, and then his

10   assistant, Natalie Harp.

11             And then they had a -- like, a documentarian

12   who used to work for Tucker Carlson -- this guy named

13   Justin Wells, who was filming part of this series that

14   they just recently released.  And they just announced,

15   like, the series 2 of it.

16             It's called -- I think it's called The

17   Surge, documenting the whole presidential election.

18   And he was in the car, as well, filming it.  And in

19   the video, you can clearly see me, like, getting out

20   and walking with them.

21             So I'm just explaining so that they know

22   that, as I said -- and I was truthful about this -- I

Page 207

1     was -- I've never been in a vehicle alone with

2     President Trump.  I've never been in a room with

3     President Trump alone --

4           Q    Right.  So I just want to talk about the --

5           A    No.  I'm just --

6           Q    -- the tick-tock.  What happened on

7     September 9th; right?  So -- sorry -- September 10th.

8     So --

9           A    I don't have TikTok.

10          Q    The tick-tock.  Sorry.  That's a -- that is

11    a -- actually, I perceive it as a journalism term for

12    "what happened next," so --

13          A    Oh.  Okay.  Sorry.

14          Q    -- I apologize.

15          A    No.  That's okay.  I was going to -- I don't

16    have TikTok, so -- sorry --

17          Q    No.  It's totally fine.  No.  No.  Neither

18    do I, as it happens.

19          A    No.  That's okay.

20          Q    So did you -- so you -- after the debate,

21    you said you went to the spin zone, and then what did

22    you do after the spin zone?

Page 208

1          A    So then after that, everybody flew back

2     to -- to -- we all got in the car and then we flew --

3     after the debate, we flew to New York because then the

4     next day was the 9/11 ceremony.

5          Q    And had someone said to you, "Hey" -- in

6     words or substance -- "Hey, Laura.  The president

7     wants you to come with us in the 9/11 ceremony"?  Or

8     was it all sort of a package?

9          A    It was already planned because when they

10    give you the itinerary for what you're doing, like

11    when you're traveling with the president, they're very

12    clear -- like, "Oh.  Okay.  Like, are you -- are you

13    going to need a ride here?"  Or "Oh.  You know, where

14    are you staying"; right?

15              Like, they're -- they're very clear 'cause

16    they want to make sure -- because they're very strict

17    with the way they transport everybody.  So they need

18    to know like, you know, what everybody's itinerary

19    was.  And they said, "Are you going to be staying to

20    attend the -- the ceremony?"

21              And I said, "Well, only if, you know,

22    President Trump wants me to attend the ceremony.  I

Page 209

1    don't want to impose, obviously."  And he said I could

2    go to the ceremony.  And I obviously wanted to because

3    I wanted to honor the victims of 9/11.

4              And so we all flew to -- we all flew to New

5    York.  They took the president to Trump Tower where he

6    lives -- or has a -- has his apartment there.  And

7    then all of the staff and then the traveling guests

8    stayed at another hotel.

9              And then, you know, we got there at, like,

10   2:30 in the morning.  And everybody had to be up at,

11   like -- ready to go at six o'clock; right?  'Cause he

12   had to be at the 9/11 Memorial very early; right?

13             'Cause they do the -- the moment of silence,

14   and -- so I had to be downstairs.  I didn't even

15   really sleep because to get ready to wake up, like,

16   two hours later, and get dressed, and get ready --

17        Q    And you spoke to the president after the

18   debate?

19        A    Yeah.  We were all on the plane together.

20   Everybody was on the plane flying from Philadelphia to

21   New York.  So I -- he was like, "Oh.  Laura, what did

22   you think about it?"  And I said, "Oh.  It was great.

Page 210

1      Great debate.

2               I love they're lying about, you know, the

3      eating the dogs and cats.  I think that's probably

4      going to be the most influential line of the debate

5      because it's true.  And I think you've just

6      successfully made immigration the number one issue of

7      this election season, Mr. President.  It was a

8      brilliant line."

9               And we were sitting there.  One of his

10     lawyers was sitting on the plane too.  And we were all

11     just looking at Twitter.  And he has a big screen on

12     the plane, and we were watching news coverage and all

13     the analysis of -- of the presidential debate.

14               And it was good.  He had won the debate, and

15     everybody was talking about it.  And everybody was

16     talking about how he was in the spin zone.  And then

17     we landed in New York.

18          Q    And then after the -- did you -- you

19     attended the 9/11 Memorial; right?

20          A    But he -- but he -- just to be clear, he --

21     yeah.  He had asked me -- he said, "Oh.  Come on up

22     here.  Come sit with me."  He -- and they always order

Page 211

1    fast food.  President loves McDonald's.  So they

2    ordered McDonald's after the debate, and it's already

3    on the plane.

4              And so they had bags of chicken nuggets and

5    bags of French fries and quarter pounders.  And the

6    president invited me to sit next to him and eat

7    McDonald's with him.  And everybody, they -- they

8    deliver each staffer and everybody on the plane their

9    own individual tray with McDonald's.

10             And so I was eating chicken nuggets and

11   French fries.  And you know, he's like, "Oh.  Do you

12   want a French fry?"  I was like, "Sure.  I'll have a

13   French fry."

14             And we were sitting there talking about the

15   aftermath of the debate.  I don't really like eating

16   fast food, but you know, if President Trump offers you

17   a French fry, what are you going to do; say "no"?

18             So we're all sitting there having a good

19   time, talking about the debate.  And it was a great

20   time.  You know, he -- he won the debate, and then we

21   all went to New York.  And then woke up early in the

22   morning.  Everybody woke up.  The motorcade picked us

Page 212

1    up.

2              Then the motorcade drove to Trump Tower

3    where President Trump had spent the night.  And we

4    waited downstairs in the lobby for him.  And then

5    everybody congregated.  And then we got in the

6    motorcade and drove to the memorial.  And then we

7    drove to the fire stations.

8        Q    Which was my question; what did you do after

9    the 9/11 Memorial?

10       A    So it was a full day.  So we went to the

11   memorial in New York City where Joe Biden and Kamala

12   Harris were.  And we were there for several hours.

13             Then we were went to several fire stations

14   where a lot of firefighters had perished during 9/11.

15   And they were honoring the fallen firefighters and

16   police officers.  And then after that, we got on

17   the --

18       Q    What fire stations did you go to?

19       A    I don't remember the numbers exactly, but

20   there were two stops.  And we went to take photos with

21   several -- they were, like, official stops with

22   firefighters and their family members, so we took

Page 213

1    photos with them.

2             I forget the exact numbers of the stations

3    that we went to, but I believe it was two in New York

4    City.  And then we went to the airport again, got on

5    the plane, and we went to Shanksville.

6        Q    Did you sit with the president on the plane

7    to Shanksville?

8        A    No.  I sat next to Lynne Patton, who was one

9    of his senior advisors.  So Lynne and I sat together,

10   and we got to Shanksville.  And then I was in the

11   motorcade with Corey Lewandowski.  And Corey

12   Lewandowski and I were, you know, in one motorcade.

13   And then the -- I think Steven Cheung was also in the

14   motorcade with us in that car 'cause it's, you know,

15   divided by staff.

16            And Natalie was also in the car with me.

17   President Trump was not in the same car 'cause he has

18   his own car, obviously.  And then we drove to the

19   field in Shanksville.  And we went to another memorial

20   there, where the president met with people, took

21   photos.

22            And then got back in the motorcade and drove

Page 214

1    to another fire station in Shanksville where Joe Biden

2    had spoken a few hours earlier.  And then the

3    president was there and met people, took photos.  And

4    then we left.  And then we got back on the plane and

5    flew back to Palm Beach.

6         Q    Okay.  And you got back to Palm Beach the

7    night of the 11th?

8         A    Yeah.  Around, like, six or seven.  And then

9    they were supposed to go to Tucson, Arizona, the next

10    day.  And I'm from Tucson, Arizona.  And the president

11    was like, "Oh.  Do you want to go to Tucson?  You're

12    more than welcome to travel with us to Tucson."

13         But then they were also going to go to

14    California.  It was going to be like a four-day trip.

15    And you know, I have dogs.  And I needed to get back

16    to taking care of my dogs.

17         And I said, "Oh.  No.  Mr. President.  I

18    really appreciate it.  It's very kind of you, but I

19    need to get back to doing my show.  And I need to go

20    take care of my animals.  Otherwise, I'd love to go to

21    Tucson."

22         And he knew I was from Tucson, so he invited

Page 215

1    me to go and -- but it was going to be, like I said, a

2    three-day traveling trip because they were going to

3    California.

4            But at that time, you know, they were very

5    comfortable with me traveling because -- because --

6    well, it was expected that I was going to have a job

7    with the president after he won the election.

8            But then I got off the airplane, and then

9    that's when, you know, all the chaos happened.  And

10   then Bill Maher aired his episode.

11       Q    That was on the 13th?

12       A    Right.  But I'm explaining it.  So I had

13   said, "I'm not going to go to Tucson because I need to

14   take care of my animals."  But there was -- he was

15   like, "Oh.  Well, let us know, you know, when you want

16   to come back.  You know, we love having you.  It's

17   great to have you.  It's fine."

18           He basically left it as, like, an open

19   invitation.  He was very nice.  And I thought, "Okay.

20   Well, I'll probably travel again."  I didn't think

21   that that was going to be my last time on the plane.

22           And then like a couple days later, when Bill

Page 216

1     Maher aired his episode, I wasn't allowed to go on the

2     plane anymore.  So that was it.

3              That was the last time I was on the plane,

4     even though there was an open invitation, and he had

5     said, "Oh.  Well, you'll -- you'll travel with us

6     again.  You'll travel with us again."  And then after

7     the Bill Maher episode aired, I didn't get to travel

8     again because of the optics; right?

9              Like, it's obviously a lie what Bill Maher

10    said about me, which is why I sued him.  But you know,

11    it was all over -- after what Bill Mahers said, it was

12    all over social media, and people were posting

13    comments.  So --

14         Q    Okay.  So I'm going to interrupt your --

15         A    That was it.

16         Q    -- monologue.

17         A    Well, it's not a monologue.  I'm kind of

18    giving you the --

19         Q    What --

20         A    I'm giving you the --

21         Q    When was the last time you spoke to

22    President Trump?

Page 217

1          A      The last time I spoke to President Trump?

2                        MR. KLAYMAN:  Objection.  Relevancy.

3     Continuing objection on this.

4                        THE WITNESS:  Few days ago.

5     BY MS. BOLGER:

6          Q      Okay.  In what context?

7          A      He asked me my opinion about the NASA

8     administrator nominee, Jared Isaacman.  And they

9     pulled his nomination, and he asked me what I thought

10    about the fact that Jared Isaacman had donated to

11    Democrats.

12                   And I had said that it wasn't great that he

13    donated to Democrats, but he was highly qualified and

14    had, you know, exceptional credentials as it related

15    to space exploration.  And that I thought that he was

16    more than qualified to be an NASA administrator.

17                   But I understood if the president didn't

18    like the fact that Jared Isaacman had donated to

19    Democrats.  But he was just asking my opinion about

20    it.  And then the guy's -- his nomination was pulled;

21    right?

22                   Because I had broken this story.  I had

Page 218

1    posted very publicly, "Oh.  Sources tell me that Jared

2    Isaacson's nomination is about to be pulled."  And you

3    know, oftentimes, like, my reports will go viral, and

4    a lot of people who work for the president follow me.

5    And the president also reads my reports.  And so I was

6    contacted about it and asked my opinion.

7         Q    Would you say you influenced the decision?

8         A    No.  Because I was not in favor of Jared

9    Isaacman having his nomination pulled.  I had said

10   that there were other examples of people who they had

11   made exceptions for.  Like, generally speaking, I

12   would be opposed to people who donated to Democrats

13   working for the president.

14            But the administration had made exceptions,

15   especially in the case of a guy named Sriram Krishnan,

16   who I had been very outspoken about, who went to go

17   work in the administration regarding AI policy.  And I

18   spoke out about him in December.  And as a result, my

19   Twitter account got, you know, suppressed by Elon Musk

20   'cause this guy was friends with Elon Musk.

21            And I was like, "Oh.  He donated -- Sriram

22   Krishnan donated to Democrats a month before the

Page 219

1    election."  And so I was not saying that Jared

2    Isaacman should have his nomination pulled.

3            I actually said that, you know, he has a lot

4    of really great qualities and credentials, and he's

5    raised a lot of money for childhood cancer research,

6    and that I thought he was qualified.  I didn't say

7    that his nomination should be pulled, so I was just

8    giving my opinion.

9        Q    So nonetheless, the fact that you have

10   really admired the president must be a point of kind

11   of great pride for you, that you have the president's

12   ear?

13       A    Yeah.  Because it's great that the most

14   powerful man in the world, the president of the United

15   States, somebody who I greatly admire and greatly

16   respect, would even ask me for my opinion on these

17   matters.

18           I mean, I don't work for him, I wish I did

19   work for the president, but he asks me my opinions

20   about these matters, and I give him my opinion.  And

21   so it's an honor.  It really is.

22           But it would be an even bigger honor to be

Page 220

1    working in an official capacity in the White House.

2    And I really do believe that, which is why I filed

3    this lawsuit that Bill Maher stopped that from

4    happening by --

5         Q    So as you sit here today, it's your

6    testimony under oath that the only damages that have

7    been caused to you since the September 10th through

8    13th time period are Bill Maher's statements on

9    September 13th; is that right?

10        A    Well, there's a September 20th episode too,

11   where he basically, like, dug the knife in deeper, and

12   twisted it, and reiterated what he said on the 13th.

13   But then went into like a whole monologue about --

14   24th.

15             He continued to lie about me, like

16   insinuating and saying that I'm a racist, insinuating

17   a lot of nasty things about me.  So it wasn't just the

18   13th; there were two episodes.  It was the 13th and

19   the 20th.

20        Q    So Bill is the only cause of damage you've

21   suffered; is that your contention?

22        A    What do you mean?

```
                                                    Page 221
 1          Q    In this lawsuit, you're saying that the only

 2     damage to your reputation that has happened since

 3     September 10th of 2024 has been Bill Maher?

 4          A    Well, we're -- we're not talking about

 5     September 10th.  We're talking about Bill Maher

 6     falsely accusing me of having sex with the president,

 7     which took place on September 13th and September 20th.

 8     So Bill Maher --

 9          Q    What was the state of your reputation

10     then --

11                    MR. KLAYMAN:  Let her finish.

12     BY MS. BOLGER:

13          Q    -- on September 13th --

14                    MR. KLAYMAN:  Let her finish.

15     BY MS. BOLGER:

16          Q    -- on September -- the morning of

17     September 13th, when you woke up --

18                    MR. KLAYMAN:  Finish your --

19     BY MS. BOLGER:

20          Q    -- what do you believe the state of your

21     reputation was?

22                    MR. KLAYMAN:  Okay.  Finish your
```

Page 222

1    sentence before she interrupted you.

2    BY MS. BOLGER:

3         Q    Just answer question, please.

4              MR. KLAYMAN:  No.  She's going to

5    have -- she's going to answer the question.

6              THE WITNESS:  I was still in standing

7    to have a position with the White House and had an

8    open invitation to travel with the president --

9    BY MS. BOLGER:

10        Q    When was that open invitation?

11             MR. KLAYMAN:  Let her finish.

12             THE WITNESS:  After -- when I got off

13   the airplane on September 11th, and the president

14   said, "Would you like to go to Tucson and California

15   with us?  I know you're from Tucson."  And I said, "I

16   would love -- I'd love to come, but I need to go take

17   care of my dogs.

18             "I have animals, and I need to take

19   care of them because I have a dog sitter, and I can't

20   extend my dog sitter."  And he said, "Oh.  Well,

21   there's going to be plenty more opportunities for you

22   to travel with us before November 5th."  And I said,

Page 223

1     "Wonderful."  But then; right?  September 13th

2     happened --

3     BY MS. BOLGER:

4          Q    Other than the ability to fly --

5                    MR. KLAYMAN:  Let her finish.  Please

6     don't interrupt.

7     BY MS. BOLGER:

8          Q    It's just -- it would just be good if you

9     just answer the question.

10          A    I --

11                    MR. KLAYMAN:  Yeah.  And it'd be good

12     if you didn't interrupt.

13                    MS. BOLGER:  Mr. Klayman, I'm talking.

14                    THE WITNESS:  Mm-hmm.

15                    MR. KLAYMAN:  No.  No.  You're talking

16     over her --

17                    MS. BOLGER:  Mr. --

18                    MR. KLAYMAN:  -- and that's

19     objectionable.  And that's an obstructionist --

20                    MS. BOLGER:  Mr. Klayman --

21                    MR. KLAYMAN:  -- way of doing things.

22     //

Page 224

1    BY MS. BOLGER:

2         Q    Ms. Loomer, what I'm trying to do is just

3    get very -- answer to the question I'm asking, not a

4    whole discussion of something.

5               So what I'm asking you is very specifically,

6    on the morning of September 10th -- sorry -- morning

7    of September 13th, when you woke up, you say you

8    believed you had a standing invitation to ride on the

9    plane with the president.

10              Other than that, what do you believe the

11   state of your reputation was on the morning of

12   September 13, 2024?

13                   MR. KLAYMAN:  See, that's a triple

14   question -- compound.  It assumes facts not in

15   evidence, assumes facts in terms of what she testified

16   to which were incomplete because you cut her off.

17                   Just answer the question you want --

18   the way you want to answer the question.

19   BY MS. BOLGER:

20        Q    No.  You have to answer the question I'm

21   asking.

22                   MR. KLAYMAN:  Not -- neither -- you're

Page 225

1    not the judge.  You're not the judge.

2                 THE WITNESS:  People have --

3    BY MS. BOLGER:

4        Q    What was the state of your reputation on the

5    morning of September 13, 2024?

6        A    My reputation, as it related to getting a

7    position with the president of the United States of

8    America, as I was told, was completely fine.  And then

9    it -- everything changed after Bill Maher made his

10   comments.

11                And I was not allowed to go back on the

12   plane.  And I had never been accused of having sex

13   with the president or having an affair with the

14   president until Bill Maher made his comments and said

15   I was "effing" President Trump.

16                And so, you know, that's why I filed this

17   lawsuit is because it's one thing if people say, "Oh.

18   You know, I don't like her politics.  I don't like

19   that she's a conservative."

20                Or "Oh.  I don't, you know, like her views

21   on immigration."  Or "Oh.  I don't like this."  But

22   it's a completely separate thing for somebody to say,

Page 226

1    "Oh.  She's sleeping with the president.  Oh.  She's
2    having an affair with the president.  Oh.  That's the
3    only reason why she's allowed to go on the plane -- is
4    she must be sleeping with the president."
5         Q     So what is the basis of your claim that it
6    was Bill Maher's statement on September 13th that
7    changed the president's mind about whether you could
8    ride on the plane?  What is the basis of your claim?
9         A     Because after this happened, I received a
10   phone call from Chris LaCivita, who is President
11   Trump's -- who was President Trump's campaign
12   manager -- Chris LaCivita.
13        Q     What did he say?
14        A     And he said, "I'm sorry that I have to have
15   this conversation with you.  It's awkward.  But you
16   cannot come on the plane because of the media frenzy
17   that has been created as a result of Bill Maher's
18   comments saying that you had an affair with President
19   Trump."
20        Q     Is your testimony now, under oath, that
21   LaCivita said the name, "Bill Maher," in that sentence
22   with you?

Page 227

1          A     During my phone call with him?

2          Q     In that conversation with him --

3          A     Yes.

4          Q     -- did he use Bill Maher's name?

5          A     Yes.  He did.  And he said that he had to

6     have a conversation with the president about it as

7     well, because of the way that the media -- including

8     Daily Mail, New York Post, People magazine -- there

9     were a lot of -- this was included in my document

10    production as well -- picked up on what Bill Maher

11    said.

12             And then there was like a frenzy of media

13    articles that came out about "Bill Maher suggests

14    Laura Loomer is having sex with the president."  You

15    know, "Laura Loomer denies having sex with President

16    Trump."  And it was just like a barrage of media hits,

17    and tweets, and just -- it even -- it even parlayed

18    into Morning Joe.

19             Like, Mika and Joe on Morning Joe were

20    insinuating, after what Bill Maher said, that I -- you

21    know, they're like, "Oh.  And some people" -- and I

22    don't recall if they mentioned his name or not, but it

Page 228

1    was right after his segment ended.  It was obviously a

2    hit piece, like, following the remarks made by Bill

3    Maher insinuating that I was having an affair with the

4    president.

5            And Miko was like, "Oh, my God."  Like, they

6    were really trying to sensationalize it.  And that

7    only happened after Bill Maher --

8        Q    What date was that conversation with

9    LaCivita?

10        A    I don't remember.  But it was, like, either

11    like a day or two -- I don't think it was more than

12    like three days after 'cause it was a phone call.  It

13    was like one to three days, I believe, after the

14    episode on the 13th.

15        Q    Those articles you produced to us aren't

16    about Bill Maher's statements.  They're about your

17    claims against Bill Maher; aren't they?

18            MR. KLAYMAN:  Objection.  The -- are --

19    speak for themselves.

20            THE WITNESS:  Well, Bill Maher has an

21    audience -- had an audience, like, according to --

22    according to websites that calculate all the different

```
                                                      Page 229
 1      ratings.  There were -- it was over a million people

 2      watching both episodes on September 13th and

 3      September 20th.

 4                   And so when you broadcast -- when you

 5      broadcast a statement like, "Oh.  Laura Loomer is

 6      fucking President Trump," people then clipped it.  It

 7      was all over social media.

 8      BY MS. BOLGER:

 9           Q    That wasn't my question.  My question was,

10      the articles you produced in your production aren't

11      about Bill Maher; they're about your suing Bill Maher;

12      aren't they?

13           A    No.  It's not true.  There were articles

14      before I filed the lawsuit --

15           Q    Name one.

16           A    -- against Bill Maher.  I presented them.

17      There were many articles.  I mean, I believe my lawyer

18      gave them to you.  And if not, I'm happy to give them

19      to you.  But there were articles that I gave my

20      attorney when you guys requested the documents.

21                   And there was a People -- there was a People

22      magazine article about it.  And it was something along
```

Page 230

1      the lines of "Laura Loomer denies having sex with

2      President Trump."

3              There was a New York Post article.  There

4      was also a Daily Mail article.  And this was before I

5      filed my lawsuit.

6          Q    Those are about your denials; aren't they?

7          A    Well, I -- of course, I have to respond to

8      accusations made against me by Bill Maher.  He

9      broadcasted to over 2 million people.  When you look

10     at the -- when you look at the, like -- like, the

11     combined viewership -- and then also, too, it's

12     millions.  It's actually millions more.  It's more

13     than two million.

14             Because his statements then were so

15     sensational that they were clipped by people and

16     posted on social media.  And they were like, "Oh.

17     Bill Maher says Laura Loomer had sex with President

18     Trump," so I had to respond.

19         Q    Right.  They were -- those articles were

20     about --

21         A    And I'm -- I'm a woman.  I'm a professional

22     woman.  I can't just allow for somebody to falsely

```
                                            Page 231
 1      accuse me in the middle of a presidential election

 2      of -- of having an affair with the president.

 3           Q    Right.  Those articles are in response to

 4      you posting on X that you should so sue Bill Maher?

 5           A    No.  They were -- it was -- there were some,

 6      also, about me addressing the claims.  And then a lot

 7      of people had commented on it as well.  And you can

 8      see in the comments what people said.

 9           Q    But you said your -- to your 500 million

10      Twitter impressions, your response -- and that was

11      what was picked up; right?

12           A    No.  His comments were picked up, and my

13      response was also picked up.

14           Q    Where were his comments picked up without

15      your response --

16           A    I just said.  I told you these.

17           Q    -- without your response?  Where were his

18      comments --

19           A    It doesn't matter.  His comments were picked

20      up.  It doesn't matter.  Of course, I have a right to

21      respond.  This is what I'm doing right now.  I'm in a

22      deposition 'cause I responded with a lawsuit.  That --
```

Page 232

1      that doesn't matter.

2              Just because I responded doesn't protect

3      Bill Maher from broadcasting to millions of people

4      and -- and telling people that I -- that I had sex

5      with President Trump.  I'm allowed to respond.

6      Anybody who is falsely accused has a right in this

7      country to defend themselves.

8          Q    Is he the only person who made a comment

9      about you having an affair with President Trump?

10         A    He was the first person to broadcast it to

11     millions of people on his show.  He was -- he was the

12     first person to say on television or on a broadcast

13     network, "Laura Loomer is fucking President Trump."

14         Q    Is there anyone you know who personally

15     believes what Bill Maher said; thought it was true?

16                    MR. KLAYMAN:  Objection.

17                    Do not speculate.

18     BY MS. BOLGER:

19         Q    The question was, is there anyone you know

20     who believes that Bill Maher said -- what Bill Maher

21     said is true?

22                    MR. KLAYMAN:  Objection.  Vague and

Page 233

1      ambiguous -- "who you know."

2                    THE WITNESS:  There's people that I

3      know because I've met them, and they're malicious

4      people who have spread their own -- or made their own

5      commentary, or made their own remarks after Bill Maher

6      made his comments trying to get attention.

7                    But no.  There's nobody -- nobody I

8      know -- nobody I know actually believe -- nobody I

9      know -- like, people -- people who were there; right?

10     Who witnessed my interactions with the president on

11     the plane know that it was all professional.

12                    They know that -- that, you know, I was

13     in the back of the plane; that there was no romantic

14     relationship.  But for the -- for the average person

15     who's seen the sensationalized and broadcasted in the

16     way that Bill Mahers suggested it, like, how are they

17     supposed to know; right?

18                    So he made it sound -- and he did

19     say -- he didn't -- he didn't just make it sound; he

20     actually said that I was having this affair.  And Bill

21     Maher has access to millions of people.  And so the

22     fact of the matter is -- is that it was said, and it

Page 234

1    was made to make people believe that it was true.

2    That's why I filed this lawsuit.

3    BY MS. BOLGER:

4        Q    Wait.  So my question was, can you name a

5    single human being on Planet Earth who believes what

6    Bill Maher said is true?

7                MR. KLAYMAN:  Calls for speculation.

8                THE WITNESS:  It's just -- it's like

9    just kind of a ridiculous question because the reality

10   is -- is it doesn't matter.  The fact -- what matters

11   is that he said it.  He said it, and so there are

12   people that believe it is true.

13   BY MS. BOLGER:

14       Q    Name one.

15               MR. KLAYMAN:  Why don't you name one?

16   BY MS. BOLGER:

17       Q    Name a single human being --

18       A    He -- he made the -- he made the claims.

19   And it was enough to --

20       Q    Name a single human being --

21       A    -- enough to make it so that I couldn't

22   travel.

Page 235

1          Q     Name a single human being --

2          A     There are people --

3          Q     -- on Planet Earth --

4          A     There are people --

5          Q     I'm asking a question.

6                    THE REPORTER:  One at a time, please.

7     BY MS. BOLGER:

8          Q     I'm asking a question, Ms. Loomer.  You

9     don't get to talk over me.

10                   MR. KLAYMAN:  Don't scream at my

11    client.

12                   THE WITNESS:  There's a ton of comments

13    online --

14    BY MS. BOLGER:

15         Q     Ms. Loomer, you may not talk --

16                   MR. KLAYMAN:  Stop screaming at my

17    client.

18    BY MS. BOLGER:

19         Q     -- unless I ask you a question.

20                   MR. KLAYMAN:  Treat her with respect.

21    BY MS. BOLGER:

22         Q     Name a single human being on Planet Earth

Page 236

1    who you know of that believes what Bill Maher

2    allegedly said.

3         A    Bill Maher, who I sat across for five hours

4    in a deposition.  He said it.  He said, "Laura Loomer

5    is" --

6                   MR. KLAYMAN:  Wait, wait, wait, wait,

7    wait, wait.

8                   MS. BOLGER:  Don't interrupt your

9    client.  Let her testify.  You're --

10                   MR. KLAYMAN:  No.  I don't want her

11    to --

12                   MS. BOLGER:  -- coaching the witness.

13                   MR. KLAYMAN:  No.  I don't want her to

14    get into what was said at the deposition.

15                   THE WITNESS:  Bill Maher.  Bill Maher.

16                   MS. BOLGER:  Yeah.  You can't

17    testify --

18                   THE REPORTER:  One at a time, please.

19                   THE WITNESS:  I know that the

20    deposition is confidential, but you are well-aware,

21    'cause you were there, that I had a very long

22    deposition --

Page 237

1      BY MS. BOLGER:

2          Q    Ms. Loomer, if you testify about what he

3      said at that deposition, I will sanction you.

4          A    I'm not testifying.  I just said -- you said

5      name one person, and I said, "Bill Maher."

6          Q    Okay.  Other than Bill Maher, can you

7      name --

8          A    You asked for one person.

9          Q    -- a single human being on Planet Earth --

10         A    You asked one -- you asked me --

11         Q    -- who believe what Bill Maher said?

12         A    -- for one person.  I answered your

13     question.  Bill Maher.

14         Q    Other than Bill Maher, can you name a single

15     human being on all of Planet Earth that believe what

16     Bill Maher said?

17         A    You should ask million -- the millions of

18     people who saw the clip.  You should ask the millions

19     of people.  You should ask the millions of people --

20         Q    You testified a minute ago that you believe

21     that Bill Maher is the first person to tell millions

22     of people that he thought you were sleeping with

Page 238

1    Donald Trump, which I don't even agree he said.  But

2    for the sake of argument, let's go with that.

3         A    He broadcasted it.

4         Q    Look at Exhibit 12 -- to the right.  It's

5    that tweet right there.

6         A    Oh.  This one.

7         Q    See, that's a quote -- that's a text --

8    tweet from Mike Sington dated September 12, 2024,

9    which I think you'll agree with me, the day before

10   September 13th, that says, "This is why Trump is

11   hanging out with Laura Loomer.  Watch them with their

12   hands all over each other at Mar-a-Lago.  Note:  He's

13   married"; that was the day before; right?

14        A    That's the day before.

15        Q    Right.  And it says at the bottom, it's

16   "3.919 million views"; see that?

17        A    Yeah.

18        Q    Okay.  Is there anyone you know personally

19   who thinks less of you because of what Bill Maher

20   said?

21        A    I -- I'm just going to say Mike's tweet

22   doesn't say "Laura Loomer is fucking Donald Trump."

Page 239

1    It says "Watch them with their hands all over each

2    other.  This is why Trump is hanging out."  It doesn't

3    say, you know, "Laura's having sex with Trump."

4         Q    "He's married."

5         A    Okay.  So --

6         Q    What is --

7         A    -- but that's not -- that's not the same as

8    saying --

9         Q    Ms. Loomer --

10        A    -- "She's fucking Donald Trump."

11        Q    -- is there anyone who you know, who

12   personally thinks less of you because of Bill Maher?

13        A    I have been denied a position, and I have

14   been smeared as a whore.  And I have been smeared as

15   somebody who sleeps with married men because of what

16   Bill Maher broadcasted.  And it's pretty crazy to me

17   that you're, as a woman too -- Bill Maher, who's a

18   total misogynist and a total sexist -- he hates

19   women --

20        Q    So the answer's "no"?

21        A    -- he's never been married.  He also just

22   makes the most derogatory comments about women in

Page 240

```
 1     sexual manners.  I believe he's even been sued by a

 2     woman too.  I mean, he doesn't want to answer as to

 3     what -- I'm just explaining --

 4          Q    Ms. Loomer --

 5          A    -- it's kind of weird, like --

 6          Q    -- if you testify about what happened in

 7     that deposition --

 8          A    I'm not testifying in the deposition --

 9          Q    -- you'll be sanctioned by the courts.

10          A    -- it's well-known.  It's well-known.

11                    THE REPORTER:  One at a time.  No

12     crosstalk.

13                    THE WITNESS:  It's been reported on.

14     It's been reported on.  It's been reported on that he

15     has had issues with women.  And so it's --

16     BY MS. BOLGER:

17          Q    So the answer to my question is "no"?

18          A    My point is it's --

19          Q    You can't name a single human being --

20          A    -- I mentioned -- I said, "Bill Maher."  And

21     the fact of the matter is -- is that if you read all

22     the comments online, and you read the -- the way that
```

Page 241

1     things have been portrayed, they make me out to look

2     like I'm a whore, and I'm a -- that I'm a groupie,

3     like Bill Maher said --

4          Q    So you can't --

5          A    -- he said I'm a groupie.  I named "Bill

6     Maher."

7          Q    You can't, as you sit here --

8          A    I named, "Bill Maher."

9               MR. KLAYMAN:  Stop badgering her.

10    BY MS. BOLGER:

11         Q    You can't --

12              MR. KLAYMAN:  Asked and answered --

13              THE WITNESS:  I said, "Bill Maher."

14              MR. KLAYMAN:  -- ten times.

15              THE WITNESS:  I said, "Bill Maher."

16              THE REPORTER:  No crosstalk on the

17    record.  One at a time, please.

18              THE WITNESS:  I said, "Bill Maher."

19              MS. BOLGER:  Ms. Loomer --

20              MR. KLAYMAN:  And don't scream at me,

21    Court Reporter.

22              MS. BOLGER:  There's no --

Page 242

```
 1                    Hey.  Mr. Klayman, don't you point at
 2      the court reporter.  Control yourself.
 3                    MR. KLAYMAN:  He's screaming.
 4                    MS. BOLGER:  Mr. Klayman, do not point
 5      at the --
 6                    THE WITNESS:  I said, "Bill Maher."
 7                    MS. BOLGER:  -- at the court reporter.
 8                    MR. KLAYMAN:  You know what?  You are
 9      disrespectful.  As a woman, I can't believe that
10      you're badgering another woman.
11                    MS. BOLGER:  How rude that you're
12      pointing at the court reporter.
13                    MR. KLAYMAN:  This is a disgrace.
14      You're acting as a disgrace.
15      BY MS. BOLGER:
16           Q    Ms. Loomer --
17           A    Yes.  I said, "Bill Maher."
18           Q    Ms. Loomer, other than Bill Maher, can you
19      name a single human being on Planet Earth who thinks
20      less of you because of the Bill Maher statement?
21           A    Just read the comments online, and you'll
22      see tons of people --
```

Page 243

1          Q    So that's a "no"?

2          A    -- making nasty comments.  I can't.  I don't

3     know all of these people personally.  I don't know the

4     two million people personally that Bill Maher

5     broadcasted his defamatory comments to.

6          Q    So do you --

7          A    That's why I'm suing him.  He -- he tried to

8     smear me in front of millions of people when he made

9     these comments.  You should go ask them.  You guys

10    have a lot of money.

11              You guys should go ask them.  You

12    should -- you guys could do like a -- a study.  You

13    know, you should go ask all these people what they

14    think about me.

15         Q    Have you been financially damaged by

16    Mr. Maher's reporting?

17         A    Yeah.  I mean, if you look at my tax

18    returns, I haven't done my taxes for --

19              MR. KLAYMAN:  Don't get into that on

20    this record.

21              THE WITNESS:  But I'm just saying that,

22    you know, I haven't done my taxes yet for 2024.  But

Page 244

1      $180,000, which is the salary of somebody who works in

2      the White House, is substantially more.

3                      MR. KLAYMAN:  Yeah.  Do not get into --

4                      THE WITNESS:  I'm not.  I'm not.

5                      MR. KLAYMAN:  -- into your tax returns

6      on this record.

7                      THE WITNESS:  I'm not.

8                      MS. BOLGER:  Mr. Klayman, stop yelling

9      at the witness.

10                     THE WITNESS:  But my point is that --

11                     MR. KLAYMAN:  I'm not yelling at

12     anybody.  You get off my back.

13                     THE WITNESS:  My -- my point is that I

14     have -- and the fact of the matter is that when you

15     have an official position in the White House too --

16     you know, depends on how long you work at the White

17     House -- it's only, you know, either four years or

18     eight years.  Obviously, President Trump is in his

19     second term.

20                     People who get to work in the White

21     House get to then parlay their -- you know, their

22     resume, which includes working for a presidential

Page 245

1    administration into getting other jobs in the future.

2                    And so, you know, when you look at the

3    type of opportunity this is costing me, especially

4    long-term, as it relates to my professional

5    aspirations to work in politics, to work in media,

6    it's very damaging.

7                    And you know, it makes me wonder how

8    much it's going to cost me both, in my reputation and

9    also, in -- in monetary value.

10   BY MS. BOLGER:

11       Q    So other than your claim that the reporting

12   about your response to Mr. Maher stopped you from

13   traveling on the airplane and you say getting a job in

14   administration, is there any other financial damage

15   that was caused by Bill Maher reporting?

16       A    As I said before, I would have been paid

17   much more than I was making previously.  And who knows

18   what I could have parlayed having that on my resume

19   into in the future.

20                   There are people that go on who work for

21   administrations who get to go work at boards.  There's

22   people that get to have foundations.  They get to go

Page 246

1      work in future administrations.  They get to, you

2      know, get paid for speaking engagements once they

3      leave their official role with the federal government.

4                You don't know.  You know, there's people

5      that write books.  They -- there's people that get to

6      go become Fox News contributors.  They become

7      contributors on mainstream media.  Look at -- look at

8      somebody like Jen Psaki or Karine Jean-Pierre, for

9      example.  You know, they both have shows.

10               Karine Jean-Pierre just announced a book

11     deal today.  So when you work for an administration,

12     once the person is out of office, or once you're done

13     with your job, you know, that could parlay into a lot

14     of speculative opportunities.

15          Q    Speculative opportunities --

16          A    It's not speculative.  It's -- it -- it

17     really is -- it's compounding, is what it is.  It's

18     compounding damages.  It's punitive damages.

19          Q    So is the difference --

20          A    That is the definition of "punitive

21     damages."

22          Q    That's not the definition of "punitive

Page 247

1     damages."

2          A     It is, actually --

3          Q     But is the final --

4          A     It's -- it's the -- it's -- it is -- it is

5     the damages that are compounded by what Bill Maher has

6     done to me.  And -- and I can only -- there's

7     nothing -- there's nothing worse than stolen

8     opportunity.

9               And Bill Maher has robbed me of opportunity

10    by falsely smearing me as a -- as a philander, an

11    adulterer, and a groupie.

12         Q     Okay.  You've been a very controversial

13    figure for years; haven't you?

14         A     Depends on what your definition of

15    "controversial" is.  I believe that I'm a -- I'm --

16    I'm a truth seeker and a truth speaker.  And people

17    who, you know, have a hard time with the truth would

18    probably call me "controversial."

19         Q     Well, in 2018, you said you had haters;

20    right?

21         A     Yeah.  I have a lot of haters.  Like, Bill

22    Maher, he's a hater.  He hates Trump.

Page 248

1          Q     You've had haters since 2018; right?

2          A     I mean, I probably have -- probably have.  I

3    mean, I -- I mean, I'm -- online --

4          Q     2018 is the year you got banned from

5    Twitter; right?

6          A     Yeah.

7          Q     And when you got banned from Twitter, you

8    said, "My haters are celebrating today.  And they're

9    saying this is the end of my career, but I want

10   everyone to know I'm just getting started.  Everyone

11   who knows me knows I don't back down"; right?

12         A     Yeah.

13         Q     And in fact, you didn't back down.  You

14   chained yourself to the Twitter building; right?

15         A     You said I did, or didn't back down?

16         Q     Didn't back down.

17               MR. KLAYMAN:  Lacks foundation.

18   Objection.

19   BY MS. BOLGER:

20         Q     You chained yourself to the Twitter

21   building?

22         A     Yeah.  I -- I handcuffed myself to Twitter

Page 249

1    headquarters in a protest against political

2    censorship, and against election interference, and

3    against the anti-Semitic attacks on me by Twitter, who

4    banned me for speaking out about the anti-Jewish

5    commentary by a Muslim terror-tied congresswoman named

6    Ilhan Omar, who committed immigration fraud, has been

7    investigated for doing so, and married her brother.

8    It's been widely reported.

9         Q    You did that by wearing a yellow star of the

10   sort that Nazis forced Jews to wear during the

11   Holocaust; right?

12        A    Yeah.  'Cause I'm a -- I'm a Jewish woman --

13             MR. KLAYMAN:  Wait, wait, wait, wait.

14             Compound question.

15             THE WITNESS:  I'm a --

16             MR. KLAYMAN:  Wait, wait, wait.

17             Compound question.  Objection.

18             MS. BOLGER:  Don't yell at the witness,

19   Larry.

20   BY MS. BOLGER:

21        Q    You did it -- that --

22             MR. KLAYMAN:  Don't talk over my

Page 250

1    client.

2    BY MS. BOLGER:

3        Q    -- by wearing a yellow star of the sort that

4    the Nazis forced Jews to wear during the Holocaust --

5                    MR. KLAYMAN:  That --

6    BY MS. BOLGER:

7        Q    -- right before they exterminated them;

8    right?

9                    MR. KLAYMAN:  That presumes as -- stop.

10   Okay.  We don't want your testimony, and we don't want

11   your characterization of something in a compound

12   question that's completely objectionable, and you know

13   it.  You've been a lawyer long enough to know that --

14   BY MS. BOLGER:

15       Q    You can answer the question.

16                   MR. KLAYMAN:  That's your commentary,

17   not hers.

18   BY MS. BOLGER:

19       Q    You can answer the question.

20       A    I am Jewish.  And my grandfather was

21   arrested by Nazis in Germany for being Jewish.  And I

22   take great offense to the anti-Jewish remarks and

Page 251

1    support for Islamic terrorism expressed by people like

2    Ilhan Omar and Rashida Tlaib.

3            And I had every right to speak out about

4    Ilhan Omar being pro-Sharia and anti-Jewish.  And I

5    was banned for speaking out about a Muslim

6    congresswoman who is un-American, who has no place

7    serving in the United States Congress.

8            And I was banned for that.  And I believe

9    that we are -- we witnessed a digital extermination of

10    President Trump's supporters online.

11            And I decided to wear a yellow star to raise

12    awareness about the Never Again movement, and the fact

13    that Never Again was repeating itself because we have

14    genocidal jihadist Muslims who hate America, and hate

15    Jews, and hate Christians living -- serving in the

16    United States Congress.

17            And they're the reason why we've seen so

18    much anti-Semitic, anti-Christian, anti-American

19    rhetoric that just got people firebombed by Muslims in

20    Colorado over the weekend.

21                    MS. BOLGER:  Sorry.  It's 36.

22                    THE WITNESS:  And Twitter had a lot of

Page 252

1     Muslim investors.  And it was widely reported by the

2     Wall Street Journal that a designated terrorist

3     organization called the Council on American-Islamic

4     Relations lobbied Twitter to ban me.

5     BY MS. BOLGER:

6         Q     This is -- I'm going to ask Court Reporter

7     to mark, as Exhibit 13, a tweet of yours actually from

8     December 8, 2022.

9                     (Exhibit 13 was marked for

10                    identification.)

11                And, Ms. Loomer, you can -- sorry.  You can

12    read the tweet, but I'm actually just wanted to ask

13    you to look at the picture, which is a picture of you

14    trained -- oops -- you -- chained to the Twitter

15    headquarters in 2018; is that right?

16        A     Yes.  That's me with my sign that was

17    calling out Twitter for allowing Jew hatred and then

18    banning a Jew, so that's yes.  That's me wearing a

19    yellow star to highlight the antisemitism of Twitter.

20        Q     Okay.  You were also banned from Facebook?

21        A     Yes.  I was.

22        Q     And why was that?

```
                                                      Page 253

  1          A     Again, speaking truth.  They decided to

  2     designate me as a dangerous individual.  And --

  3          Q     And what year was that?

  4          A     This was in 2019 -- may of 2019.  They --

  5     they banned me.

  6          Q     You were also banned from Uber; right?

  7          A     Yep.

  8          Q     And that was in 2017?

  9          A     Yep.

 10          Q     And why was that?

 11          A     Because I was in an Uber on Rosh Hashanah

 12     with a friend of mine, and we had a radical Muslim

 13     driver.  And when he saw I was wearing a Star of David

 14     necklace, and he heard me and my friend talking about

 15     Rosh Hashanah, he started screaming belligerently in

 16     Arabic.

 17               And he called me "a filthy fucking Jew" and

 18     told me to get out of his car.  And he threw us out of

 19     a moving vehicle.  We reported the incident to Mayor

 20     de Blasio's office.  We reported the incident to Uber.

 21     They did nothing because the CEO of Uber, at the time,

 22     was a Muslim, and they did nothing to address it.
```

Page 254

1                And a month later, a Muslim terrorist who

2       was allowed to come into our country under Obama, used

3       a vehicle while he was an Uber driver to mow down, I

4       believe, 12 people in a bike lane in Manhattan,

5       killing 8 of them.  And then he got out of this --

6            Q    I'm so sorry.  I thought the question was

7       why you got banned --

8                    MR. KLAYMAN:  She's allowed to answer.

9       Let her answer.

10                   THE WITNESS:  There's a -- because

11      there's context, and you're trying to make the jury,

12      if this goes to trial, think I'm a Nazi and a white

13      supremacist, and I'm not a fucking Nazi.  I'm Jewish;

14      okay?

15                   So I'm not going to let you say that I

16      was wearing a yellow star so that you can try to

17      gaslight people into thinking I'm a Nazi.  I'm not

18      going to let you fucking twist this.  And I know what

19      you're doing.

20                   I know what type of people you are.

21      You're fucking Democrats; okay?  You represent the

22      filthiest fucking people in our country -- Democrats

Page 255

1    scumbags.

2    BY MS. BOLGER:

3         Q    I thought you didn't like the word, "fuck,"

4    Ms. Loomer?  I thought you were offended by the word,

5    "fuck"?

6                    MR. KLAYMAN:  No.  Because you --

7                    THE WITNESS:  I'm talking about it as

8    it relates to --

9    BY MS. BOLGER:

10        Q    Me.  To me.

11        A    -- your misogynistic client --

12        Q    You're using it.

13        A    -- falsely accusing me --

14        Q    You are using it, so it's okay; right,

15   Ms. Loomer?

16                    MR. KLAYMAN:  That's not true.

17                    THE WITNESS:  He's talking about having

18   sex with President Trump.

19   BY MS. BOLGER:

20        Q    You get to say, "fuck."  You get to call

21   names, but other people can't do that; right?

22        A    There's a difference between using the word,

Page 256

1      "fuck," and using the word, "fuck," to say that

2      somebody's having sex with the president.

3              But again, you're ideologically focused on

4      this because as I have reviewed your FEC records, you,

5      yourself, have donated to the Democrats multiple

6      times.  In fact, you know, you -- you find Bill --

7      Bill Maher's commentary to be very funny.

8          Q    Ms. Loomer --

9          A    You do.

10         Q    You also got arrested in Nancy Pelosi's

11     home; correct?

12         A    Yep.  And it was because --

13         Q    And that was in 2019; right?

14              MR. KLAYMAN:  I'm going to object to

15     this whole line of questioning.  It's irrelevant.

16     BY MS. BOLGER:

17         Q    That was in 2019?

18         A    Yeah.  I did.  Because I --

19              MR. KLAYMAN:  Irrelevant.

20              THE WITNESS:  -- protested illegal

21     immigration.

22     //

Page 257

BY MS. BOLGER:

1

2        Q    And --

3        A    But again, you're a Democrat donor, so

4    you're going to have an issue with that.

5        Q    In 2021, you --

6        A    You hate America.  You donate to Democrats.

7        Q    -- decided -- I'm so sorry.  What did you

8    just say I do?

9        A    You donate to Democrats.  People can try --

10       Q    No, no.  Did you tell me I hated America?

11       A    I think you do.  Yes.  I really do.  I think

12   you do.

13       Q    Okay.

14       A    I think you do.

15       Q    Do you have any basis to say that?

16       A    I -- I think that you have an affinity,

17   given the fact that you represent so many anti-Trump

18   and, in my opinion, anti-American clients, especially

19   members of the fake news media, who intentionally lie

20   and spread conspiracies in an effort to promote

21   political violence in our country.

22            I really do think that you are ideologically

Page 258

1    motivated to try to paint me in a bad light, and to

2    not even mention the fact that I'm Jewish, and to try

3    to make me out to be a Nazi, and not give context as

4    to why I was wearing a yellow star.  I really do think

5    that the Democrat --

6        Q    I believe you're defending --

7                MR. KLAYMAN:  Let her finish.

8                THE WITNESS:  I believe -- I really

9    do --

10   BY MS. BOLGER:

11       Q    I believe you're defending your opinion that

12   I was anti-American just to connect it up.

13               MR. KLAYMAN:  Let --

14               THE WITNESS:  Yeah.  Because I do

15   believe that the Democrat party is very anti-American.

16   I do.  I do.

17               MS. BOLGER:  Okay.

18               THE WITNESS:  And I -- I noticed that

19   you donated over a thousand dollars to the Democrats

20   in 2022.

21               MS. BOLGER:  Great.

22   //

Page 259

1    BY MS. BOLGER:

2        Q    So in April of 2021, when the Supreme Court

3    refused to hear your lawsuit, you gave an interview

4    with Mr. Klayman, actually.  And you said that, "We

5    are living in a digital gulag.  And I, just like gulag

6    prisoners and prisoners in concentration camps had to

7    have tattoos -- the Nazi-style Holocaust tattoos.

8            "I thought it would be really symbolic to

9    actually get my docket number tattooed on my wrist

10   like a Holocaust-style tattoo because I really do

11   believe that history is repeating itself, and we are

12   witnessing a digital Shoah.

13           "And this is a digital extermination by

14   these actual fascists and tyrants in Silicon Valley.

15   And so I might just get my docket number tattooed on

16   my wrist"; do you remember saying that?

17       A    Yeah.

18       Q    Did you?

19       A    I didn't get it tattooed on my wrist,

20   actually.  'Cause I thought that it'd probably be a

21   little bit too painful to get a tattoo on my wrist,

22   and I have a low pain tolerance.  But --

Page 260

1        Q    Did you get it tattooed somewhere else?

2        A    I did not get it tattooed on my body.  But

3    again, it was supposed to be representative of the

4    fact that it was quite unprecedented, according to my

5    attorney, that they would refer to me as a docket

6    number as opposed to my name.

7             And my name was pretty much scrubbed from

8    the case, even though I was a main party to that case

9    that made it all the way to the Supreme Court.  And

10   everybody thought it was kind of interesting that my

11   name was not mentioned in it, given the fact that I

12   brought the lawsuit.

13       Q    You were also thrown out of the courthouse

14   during the Pulse nightclub trial; right?

15       A    Yep.  Because --

16       Q    And why was that?

17       A    -- I, again, as a Jewish American who speaks

18   out against Islamic terrorism, the Pulse nightclub --

19   the wife of Omar Mateen, who was the ISIS terrorist

20   who killed over 50 gay people at a gay club in

21   Orlando -- she was shown, during the trial, to have

22   been texting with her husband about his plans to carry

Page 261

1    out a terrorist attack.

2            And I, during the press conference, asked

3    the family members of -- of the terrorists, whether or

4    not they condemned jihad.  And the family was being

5    represented by CAIR, which is the group that lobbied

6    Twitter to ban me.  They've been designated as an

7    Islamic terrorist organization in the United Arab

8    Emirates and Saudi Arabia.

9            And they were even found during our -- the

10   Holy Land Foundation terrorism trial, the -- our

11   nation's largest terrorism trial -- to be supporting

12   Hamas and the Muslim Brotherhood.  They asked the

13   Obama-appointed judge overseeing the case to remove

14   me.

15           And so the next day, I was removed from the

16   courthouse by a court martial, even though I had a

17   press credential to attend and cover the trial.

18       Q    You also interrupted a performance of Julius

19   Caesar in Central Park; correct?

20       A    Yep.

21       Q    And you did that because they were

22   criticizing Trump?

Page 262

1          A     Well, they were inciting violence.  It's a

2     crime in this country -- as you know, a felony -- to

3     incite violence against the president.  And they had

4     the Caesar character as a Trump look-alike, and it was

5     all widely publicized.

6               It was publicized all over the media, and it

7     was funded by New York taxpayer dollars at the Public

8     Theater of New York City in Central Park.  And I

9     decided to storm the stage and protest the incitements

10    of violence against Donald Trump as my free speech

11    right to do so.  I had a ticket for the event that I

12    paid over $500 for.

13         Q     Sorry.  You think it's your free speech

14    right to storm the stage during a production?

15         A     It's my free speech right to stop the

16    promotion of a felony assassination porn and the

17    incitement of violence against President Trump.  It's

18    a crime.

19         Q     What's incitement -- what's the crime of

20    incitement?

21         A     Having a Trump look-alike on stage and --

22         Q     No.  I meant the meaning of the elements of

Page 263

1     the crime.  What kind of incitement?

2              MR. KLAYMAN:  Well, she's not a lawyer.

3     I object to legal conclusions.

4     BY MS. BOLGER:

5         Q    What is the incitement?

6         A    They --

7         Q    If you're telling me about your First

8     Amendment right, what are they?

9         A    Because they were -- they had people on

10    stage that were stabbing this Trump look-alike that

11    was obviously Trump.  And they even stated that Caesar

12    was Trump when they were promoting the play and trying

13    to sell tickets for it.

14              And they -- they were basically encouraging

15    people to stab the president of the United States.

16    And so I decided --

17        Q    So you're familiar with the idea that Caesar

18    was actually stabbed right on the floor of the Senate;

19    right?

20        A    That's what I just said.

21        Q    Right.  In history and in the play --

22        A    Yeah.  Of course.

1          Q    -- Julius Caesar, he was stabbed; right?

2     And that's a play.

3          A    But they could have actually made it Caesar

4     instead of making it look like Donald Trump in

5     an -- with, like, you know, orange -- orange-tainted

6     skin, and a blonde wig, and a wife that had a Eastern

7     European accent that they said, themselves, was

8     supposed to be Melania and Donald Trump.

9          Q    So in the United States of America, we get

10    to criticize the president; don't we?

11         A    You can criticize the president, but it's a

12    felony, actually, to incite a violence against the

13    president.

14         Q    In performing Julius Caesar, you think it's

15    incitement?

16         A    When you intentionally go out of your way to

17    make Caesar Donald Trump, and you make all of the

18    people on stage who are stabbing him a bunch of

19    Women's March activists and Black Lives Matter

20    activists, and you encourage them to, like, gang up on

21    him and stab him.

22              'Cause they modernized it.  They didn't just

Page 265

1    do Julius Caesar and, like, the Roman garb, and you

2    know, the togas and whatnot.  They -- they had them

3    look like women in the Pink Pussy Hats and the Black

4    Lives Matter shirts.

5            And they were trying to recreate the modern

6    political dynamic in America to incite violence.  And

7    they were trying to get --

8        Q    Weren't they just trying to make a point

9    about their government?

10       A    No.  I think --

11       Q    Aren't you allowed to make points about the

12   government?

13       A    They were trying to get the president

14   killed.

15       Q    You just don't --

16       A    It was widely reported on all --

17       Q    You just don't like it when people say bad

18   things about Trump; right?

19       A    I don't like it when people incite violence

20   against the president --

21       Q    My question was --

22       A    -- 'cause I watched my president almost get

Page 266

1    shot in the head, and actually, did watch him get shot

2    in the head twice.  So I don't like it when people do

3    that because President Trump was shot in the head in

4    Butler, and somebody tried to assassinate him on his

5    golf course --

6         Q    And Shakespeare in the Park, in 2017, no one

7    got shot in the head; right?  So you're mixing your

8    metaphors there.

9         A    No.  I'm -- I'm saying that I --

10        Q    I'm asking you a question.

11        A    -- I take political violence very seriously.

12        Q    I'm asking you a question.

13             MR. KLAYMAN:  That wasn't a question.

14             THE WITNESS:  And I answered your

15   question.

16   BY MS. BOLGER:

17        Q    Ms. Loomer, I'm asking you --

18             THE REPORTER:  One at a time for the

19   record.

20             THE WITNESS:  You're a Democrat --

21   BY MS. BOLGER:

22        Q    I'm asking you a --

Page 267

1          A     You're a Democrat, Kate.  You're trying to

2     justify somebody killing Trump.  I get it.  You don't

3     like Trump.

4          Q     I'm asking you a question about what

5     happened in Shakespeare in the Park.

6          A     And I answered the question.

7          Q     And the question I have for you --

8          A     I don't like when people incite violence.

9          Q     Well, I have a question for you, which is

10    why can't people make rhetorical points about the

11    president of the United States, whoever it is.  Isn't

12    it the point of being an American that you get to

13    criticize your government?

14                   MR. KLAYMAN:  Relevancy.

15                   THE WITNESS:  You can criticize the

16    government, but you are not allowed to joke.  It's

17    actually a felony to even joke; right?  They --

18    whatever they want to say about killing the president.

19                   And this is why it's sparked so much

20    controversy when they had the Shakespeare in the Park

21    with Donald Trump as the -- as the portrayal of Caesar

22    because it -- it dominated all of the late night --

Page 268

1     the late night primetime news -- news shows for, like,

2     three weeks when this was going on.

3               There were so many debates about it.

4     They had panels and discussions about whether or not

5     this took it too far, and it was incitement to

6     violence.  But it's -- it's -- it -- it's -- it's

7     fine.

8               I was -- I was arrested for what I did,

9     and I would gladly do it again because it was an honor

10    to stand up for President Trump.  And it was an honor

11    to take a stand against political violence.  And I

12    have no shame in the fact that I was arrested by the

13    NYPD for -- for what I did.  It's fine --

14    BY MS. BOLGER:

15         Q    How many times have you been arrested?

16         A    -- I'll do it again.  I was arrested at

17    Gavin Newsom's house.  I wasn't arrested at Nancy

18    Pelosi's house, actually.  You got that wrong.  I was

19    arrested at Gavin --

20         Q    Sorry.  That's the recording.

21         A    I was arrested at Gavin Newsom's house for

22    protesting illegal immigration and trespassing.  I

Page 269

1    was --

2        Q    Is that when you were wearing the sombrero?

3        A    Yeah.  Yeah.  Yeah.  I was wearing a

4    sombrero.  It's fine.  I mean, like, you know, they

5    let illegals pop our border every day.  So I figured

6    that, you know, the governor who wants to let a bunch

7    of criminals, and terrorists, and illegal aliens into

8    our country would be totally fine with me hopping his

9    fence; right?

10            They -- they say, "Everyone's welcome here."

11   I'm just using their own words against them.  I got

12   arrested in New York for protesting the political

13   violence and the assassination porn of Donald Trump.

14   And I guess it was like a paper arrest at the -- the

15   courthouse in -- in Orlando.

16            I think Larry was representing me at the

17   time, I believe.  And I believe that when we

18   threatened to sue them for what they did to me, there

19   was nothing -- there was nothing really happened with

20   the case, if I recall.  I don't even think we got a

21   reply.  But I guess, like, that would be three times.

22            MS. BOLGER:  Okay.  I'm going to ask

Page 270

```
 1      the court reporter to mark, as Exhibit 14, an article

 2      that was published in the New York Times called "Trump

 3      wanted to hire a Laura Loomer, anti-Muslim activist."

 4                      (Exhibit 14 was marked for

 5                      identification.)

 6                      MR. KLAYMAN:  We're going to take a

 7      break shortly.

 8                      MS. BOLGER:  I'm going to finish this

 9      exhibit.

10                      MR. KLAYMAN:  We'll give you that

11      courtesy, something that you don't give us.

12      BY MS. BOLGER:

13          Q    Okay.  Ms. Loomer, this is an article

14      published by Maggie Haberman and Jonathan Swan --

15                      MR. KLAYMAN:  Can I have a copy of it,

16      please?

17                      MS. BOLGER:  I did.  It's right there.

18      BY MS. BOLGER:

19          Q    This is an article that's published by

20      Maggie Haberman and Jonathan Swan on April 7th of

21      2023; do you see that?

22          A    Yeah.
```

Page 271

```
 1        Q    This is the article you referenced earlier
 2   in the day?
 3        A    Yeah.
 4        Q    Okay.  And I think you'll agree with me that
 5   April 7, 2023, was before September 13, 2024; correct?
 6        A    Yeah.
 7        Q    Okay.  So the very first graph says, "Former
 8   President Donald Trump told aides to hire Laura
 9   Loomer, a far-right and anti-Muslim activist with a
10   history of expressing bigoted views, for a campaign
11   role"; do you see that?
12        A    Yeah.
13        Q    Okay.  And then if you read down,
14        A    But it wasn't "aides," it was Susie Wiles.
15   It was -- it wasn't "aides," it was Susie, as I said.
16        Q    I'm just asking you what the page said.
17        A    Yeah.  I know.
18        Q    On the next page, the first paragraph of the
19   next page -- turn the page.  First paragraph of the
20   next page quotes you as saying, "The president knows I
21   have always been a Trump loyalist.  She added in that
22   I'm committed to helping him win reelection in 2024.
```

Page 272

1        He likes me very much.

2                "And it's a shame that he's surrounded by

3        some people that run to a publication that is

4        notorious for attacking him in order to try to cut me

5        at the knees, instead of being loyal to President

6        Trump and respecting their confidentiality

7        agreements"; do you see that?

8             A    Mm-hmm.

9             Q    Did you say that?

10            A    Yes.

11            Q    Great.  Then two paragraphs down -- oh.  No.

12       The next paragraph said, "Ms. Loomer, twice, ran

13       unsuccessfully for Congress and is known for offensive

14       attention-grabbing behavior"; do you see that?

15            A    [No audible response.]

16            Q    Do you see those words?

17            A    Are we on the same page, or is it another --

18            Q    Yep.  Just the next paragraph after your

19       quote.

20            A    Oh.  Yes.  I see it.  Mm-hmm.

21            Q    Okay.  Then it says "She once described

22       Islam as a cancer, and tweeted under the hashtag" --

Page 273

```
 1                    MR. KLAYMAN:  Objection.  Well, I want
 2       to understand.  This is irrelevant.  What is the point
 3       of repeating words by ultra-leftist haters of Trump,
 4       hater of -- Maggie Haberman has no credibility,
 5       neither does Jonathan Swan -- a bunch of leftist
 6       hacks.
 7       BY MS. BOLGER:
 8            Q    Okay.  So the question is --
 9                    MR. KLAYMAN:  What's the point of this?
10       BY MS. BOLGER:
11            Q    "She once described Islam as 'a cancer' and
12       tweeted under the hashtag, '#proudislamophobe.'  And
13       she has celebrated the deaths of migrants crossing the
14       Mediterranean"; do you see that?
15            A    Yeah.
16            Q    Okay.  "2018, she was barred from Twitter
17       for violating its hateful conduct policy.  To protest
18       the ban, Ms. Loomer, who was Jewish affixed a yellow
19       Star of David to her clothes, just as the 'Nazis made
20       Jews wear during the Holocaust,' she said, and
21       handcuffed herself to the entrance of Twitter's" --
22                    MR. KLAYMAN:  Objection.  Relevancy.
```

Page 274

1    BY MS. BOLGER:

2        Q    -- "New York headquarters"; do you see that?

3        A    Yeah.

4        Q    Okay.  Then in the second -- two paragraphs

5    down, she says -- it says "Ms. Loomer sent the New

6    York Times a screenshot of the tweet that prompted her

7    ban for hateful conduct.  In the tweet, she describes

8    Representative Ilhan Omar, Democrat of Minnesota, as

9    'pro-Sharia' and 'anti-Jewish'" --

10               MR. KLAYMAN:  Do you have a question?

11   BY MS. BOLGER:

12       Q    Then it quotes you as saying, "'I know a lot

13   of people don't like me, but that's their problem, not

14   mine,' she said on Friday.  'I have proven my loyalty

15   to President Trump countless times over.  And even if

16   other people tried to malign me and undermine

17   President Trump's wishes, I will continue to be a

18   ride-or-die Trump supporter.  Trump deserves loyalty

19   and deserves to have loyal people working for him who

20   do not leak the press'"; do you see that?

21       A    Yep.

22       Q    Did you say that?

Page 275

1          A     Yes.

2          Q     Okay.  It says "She was also barred from the

3     ride-hail apps, Lyft and Uber, for making bigoted

4     comments about Muslim driver -- drivers, asked about

5     these comments in which she called on Twitter for a

6     'non-Islamic form of Uber or Lyft.'

7               "Ms. Loomer said she was responding to a

8     Muslim driver 'throwing me out of an Uber for being a

9     Jew on Rosh Hashanah'"; do you see that?

10         A     Yep.

11         Q     Did you say that?

12         A     Yes.

13         Q     Okay.  And it says "In a 2017 appearance on

14    a far-right podcast called Nationalist Public Radio,

15    Ms. Loomer described her beliefs.  'Someone asked me,

16    are you pro-white nationalism?  Yes.  I'm pro-white

17    nationalism,' Ms. Loomer said.  'But there's a

18    difference between white nationalism and white

19    supremacy; right?  And a lot of liberals and left-

20    wing, globalists, Marxist Jews don't understand that.'

21               "She added, 'So this country really was

22    built as a white Judeo-Christian ethnostate,

Page 276

1    essentially.  Over time, immigration and all these

2    calls for diversity is starting to destroy the

3    country'"; do you see that?

4         A    Yeah.

5         Q    Did you say that?

6         A    I did.

7         Q    Okay.  And then you see two paragraphs down,

8    there's a quote that says, "Warning that Ms. Loomer

9    'cannot be trusted,' Ms. Greene said of Mr. Trump,

10   'I'll make sure he knows'"; do you see that?

11                MR. KLAYMAN:  Continuing objection on

12   relevancy.

13   BY MS. BOLGER:

14        Q    Do you see that?

15        A    Yeah.  I see it.

16        Q    Okay.

17                MR. KLAYMAN:  This has nothing to do

18   with her having been accused of fucking Donald Trump.

19   Nothing.

20   BY MS. BOLGER:

21        Q    Then the next page, which --

22                THE VIDEOGRAPHER:  I'm sorry.

```
                                            Page 277
 1      Ms. Loomer, watch your arm against your mic.

 2                   THE WITNESS:  Oh.  I'm sorry.

 3                   THE VIDEOGRAPHER:  Thank you.

 4                   THE WITNESS:  Sorry.

 5      BY MS. BOLGER:

 6          Q    The next page, page 4 of 5, there's a quote

 7      from you that says, "'I ran for Congress as the first

 8      deplatformed candidate in the United States history,'

 9      Ms. Loomer said on Friday.

10                   "'I'm a Jewish conservative woman, a Trump

11      loyalist, and a free speech absolutist.  And I also

12      used to work at Project Veritas too.'"  And then

13      little later on, you say, "It's not like I'm some kind

14      of fringe person.  I won the GOP primary 2020, and

15      President Trump literally voted for me."  You said

16      that; right?

17          A    Yes.

18          Q    Okay.  Then two paragraphs down, it says,

19      "Ms. Loomer has accused Mr. DeSantis and his wife,

20      Casey, who had breast cancer, of wanting 'to play the

21      cancer survivor card to make people think they're

22      untouchable from criticism'"; you see that?
```

Page 278

```
 1        A    Yeah.

 2                  MR. KLAYMAN:  Same continuing

 3     objection.  Relevancy.

 4     BY MS. BOLGER:

 5        Q    Did you say that?

 6        A    I mean, I would need to see exactly what I

 7     said, but I do remember making a criticism about her

 8     use of a breast cancer diagnosis in a campaign

 9     commercial.  I -- I felt it to be in poor taste.

10        Q    Okay.  You can put that aside.

11                  MS. BOLGER:  And why don't we take that

12     break?

13                  MR. KLAYMAN:  Okay.

14                  THE VIDEOGRAPHER:  Off the record at

15     3:02.

16                  (Off the record.)

17                  THE VIDEOGRAPHER:  Back on the record

18     at 3:15.

19                  MR. KLAYMAN:  Right.  While we're back,

20     you know, this is getting rather contentious in parts.

21     Ms. Loomer is getting tired, so I would suggest we

22     take a break about every 45 minutes for 5 minutes.
```

Page 279

1              MS. BOLGER:  I will see what I can do

2      to accommodate that, but I'm not going to interrupt

3      the line of questioning.

4      BY MS. BOLGER:

5          Q    I'm going to ask the witness to look at

6      Exhibit 15, please.

7                    (Exhibit 15 was marked for

8                     identification.)

9              MS. BOLGER:  Here you go, Mr. Klayman.

10     BY MS. BOLGER:

11         Q    Ms. Loomer, I will represent to you that

12     this is the total document production that you

13     provided to us in this litigation minus your tax

14     returns, which we'll talk about in a confidential

15     session per your lawyer's request.

16              So bearing that in mind, I think you

17     testified before the break that you believed that you

18     had produced to us articles that picked up Mr. Maher's

19     joke about you.  And you thought that there were

20     articles that had published it without your response.

21              I have looked through this.  I do not see

22     any.  Can you please look through and identify to me

Page 280

1    what article you think was about Mr. Maher's joke

2    without discussing your response?

3                    MR. KLAYMAN:  Well, first of all,

4    that's a six-part question.  I take issue with your

5    characterization of what she said she produced and

6    what she didn't produce.  Because she also pointed out

7    that there were various objections that were made, and

8    documents weren't produced pursuant to those

9    objections.

10                    THE WITNESS:  I mean, I believe I --

11    I -- this is what I presented, but there may have been

12    more.  Like I said, hopefully everything was

13    forwarded, but there's a lot of articles.

14    BY MS. BOLGER:

15        Q    And none of them are just about Mr. Maher's

16    statement.  They're all about your response to

17    Mr. Maher's statement; correct?

18                    MR. KLAYMAN:  Documents speak for

19    themselves.

20    BY MS. BOLGER:

21        Q    Correct?

22        A    Well, these are about me responding and

Page 281

1    also, about the lawsuit as well.  But of course, I was

2    going to deny it as I did because it was spreading

3    like wildfire on social media, which is how I was

4    notified about it.

5         Q    So you have not produced any single tweet to

6    us about how it was spreading like wildfire --

7         A    And there's, like, tons of tweets.  I can't

8    print out thousands of pages of tweets.

9              MS. BOLGER:  Well, I call for the

10   production of those materials.

11             MR. KLAYMAN:  And they're available to

12   you as well, so you certain can do it.

13             THE WITNESS:  They're public.  You guys

14   can look at them.

15             MS. BOLGER:  I call for the production

16   of those materials.

17             MR. KLAYMAN:  They're available.

18   They're within your custody, possession, and control.

19   BY MS. BOLGER:

20        Q    Now, the week that you --

21             MS. BOLGER:  Are you being deposed,

22   Mr. Klayman?

Page 282

1                    MR. KLAYMAN:  No.  I'm making an

2      objection.

3      BY MS. BOLGER:

4          Q    The week that you traveled to the debate and

5      the 9/11 Memorial, there was substantial public press

6      about you traveling with the president; correct?

7          A    I would say that there was press the

8      afternoon after I got off the plane, and there was

9      press after I attended the 9/11 Memorial ceremony, but

10     the press became more inflamed after Bill Maher's

11     remarks.

12                    MS. BOLGER:  Here is a -- I'm going to

13     ask you to mark this as Exhibit 16.

14                    (Exhibit 16 was marked for

15                    identification.)

16                    THE REPORTER:  16.

17                    MS. BOLGER:  Yeah.  Thank you.

18                    MR. KLAYMAN:  This is Exhibit 15?

19                    MS. BOLGER:  Yes.

20     BY MS. BOLGER:

21         Q    Exhibit 16 is a Rolling Stone article dated

22     September 12, 2024, that says "Trump Commemorating in

Page 283

1    9/11 with a 9/11 Conspiracy Theorist."  "Laura Loomer

2    has been spotted multiple times among Trump's

3    entourage, and her influence over the former president

4    is making his allies nervous"; do you see that?

5        A    Mm-hmm.

6        Q    Okay.

7             MS. BOLGER:  Exhibit 17.

8             (Exhibit 17 was marked for

9             identification.)

10           THE WITNESS:  I don't understand I'm a

11    "9/11 conspiracy theorist," so -- I said it's a

12    Islamic terrorist attack.

13           MS. BOLGER:  Exhibit 17 -- what did she

14    say?

15           THE WITNESS:  What's 17?

16    BY MS. BOLGER:

17        Q    The Rolling Stone article is from the 12th;

18    correct?  Yes?

19        A    Yeah.

20        Q    Great.

21           MS. BOLGER:  This is Exhibit 17 coming

22    your way.

Page 284

1    BY MS. BOLGER:

2        Q     That is an AP article that says "Laura

3    Loomer, who Promoted a 9/11 Conspiracy Theory Joins

4    Trump for Ceremonies Marking the Attack."  It's dated

5    September 11, 2024; do you see that?

6        A     Yep.

7        Q     On the third page of that exhibit, you'll

8    see there's a paragraph that on -- my printout is on

9    the third page down -- third paragraph down, but I may

10   be looking at a different one.  Hold on.

11            Third paragraph down is "Trump has a long

12   history of elevating and associating with people who

13   trade in falsehoods and conspiracy theories any

14   regularly" --

15       A     I'm sorry.  Where is this?

16       Q     On the third page -- the third graph that

17   starts --

18       A     Are you including, like, double-sided, also?

19       Q     Yeah.

20       A     So this would be the third page?

21       Q     Yes.

22       A     Okay.  Sorry.  Just want to clarify.

Page 285

1        Q     No.   Appreciate that.   The third graph

2     starts "Trump has a long history of elevating and

3     associating with people"; do you see that?

4        A     Yes.

5        Q     Okay.   And it says "Trump has a long history

6     of elevating and associating with people who trade in

7     falsehoods and conspiracy theories"; you see that?

8                    MR. KLAYMAN:   Objection.   What's the

9     relevancy of this?   It's written by Associated Press;

10    BY MS. BOLGER:

11       Q     Do you see that?

12       A     Yep.

13       Q     Okay.

14                    MR. KLAYMAN:   Yeah.   It's written by

15    Associated Press --

16                    MS. BOLGER:   And then you can put that

17    away.

18                    MR. KLAYMAN:   -- a Trump-hating

19    organization, which the Israelis even had to bomb

20    their building in Gaza because they were supporting

21    Hamas --

22                    MS. BOLGER:   Okay.   You can put that to

Page 286

```
 1    the side.

 2                       Exhibit 18.

 3                       MR. KLAYMAN:  What is point of all

 4    this?

 5                       MS. BOLGER:  I don't have to answer

 6    your questions, Mr. Loomer [sic].

 7                       MR. KLAYMAN:  You know, I'm putting it

 8    on the record.  This is theater of the absurd.

 9                       MS. BOLGER:  210, please.  And then

10    212.

11                       Okay.  I'm going to ask the court

12    reporter to mark, as Exhibit -- this is 18?

13                       (Exhibit 18 was marked for

14                       identification.)

15                       THE REPORTER:  18.

16                       MS. BOLGER:  Okay.

17    BY MS. BOLGER:

18         Q    This is -- sorry.  This is a Semafor

19    article, which was published on September 11th of

20    2024, with the headline, "Republicans Fear Laura

21    Loomer is Influencing Donald Trump."  As I said, it's

22    dated September 11th.
```

Page 287

1              You'll see the first page, first paragraph

2       says "She was on the plane with him the day of the

3       debate, and on the ground with him the morning after.

4       Some Republicans are worried she had something to do

5       with what happened in between"; do you see that?

6              A    Yes.

7              Q    Okay.  And the third paragraph on that page

8       says "One person close to the Trump campaign said they

9       were a hundred percent concerned about her

10      exacerbating weaknesses, regardless of any guardrails

11      the Trump campaign puts on her.  'I don't think it's

12      working,' the person said"; do you see that?

13             A    Yeah.  I see it.

14                  MR. KLAYMAN:  So what's the point?

15                  THE WITNESS:  Well, I don't understand.

16      Like, they don't --

17      BY MS. BOLGER:

18             Q    You can put that aside.

19             A    It doesn't have any credibility.  It's all

20      anonymous.

21             Q    Okay.

22             A    Anonymous --

Page 288

1                    MR. KLAYMAN:  I mean, you're not

2      even --

3                    THE WITNESS:  -- anonymous sources

4      don't stand up in court.

5                    MR. KLAYMAN:  Well, let me tell say

6      this.  You're not even -- you're -- I mean, this is

7      such a --

8                    MS. BOLGER:  Yes.

9                    MR. KLAYMAN:  -- bizarre -- you're just

10     making a show here.  You're not even trying to

11     authenticate the document.  All you're doing is

12     throwing this stuff out there for effect.

13                    MS. BOLGER:  Can I ask you to mark this

14     as Exhibit 20?

15                    MR. KLAYMAN:  Why are you just wasting

16     time like this?

17                    MS. BOLGER:  Can I ask you that --

18     ask -- mark that as Exhibit 20?

19                    MR. KLAYMAN:  What is the point of what

20     you're doing, Ms. Bolger?

21                    UNIDENTIFIED SPEAKER:  We're at 19?

22                    MS. BOLGER:  I think we're at 20.

Page 289

1                    MR. KLAYMAN:  The documents speak for

2        themselves.

3                    MS. BOLGER:  Are we at 19 or 20?

4                    THE REPORTER:  We're at 19.

5                    MS. BOLGER:  Okay.  Great.  Can you

6        send that to Laura Loomer?  Great.  Can you hand that

7        to the witness?

8                    (Exhibit 19 was marked for

9                    identification.)

10                   THE WITNESS:  It's all anonymous.  It's

11       all --

12                   MS. BOLGER:  Can you hand that to the

13       witness?

14                   Okay.  Here you go.

15                   And this is --

16                   MR. KLAYMAN:  Well, we do appreciate

17       you letting us know the garbage you're going to try to

18       put -- use at trial.

19       BY MS. BOLGER:

20            Q    This is an email -- this is an article that

21       I've marked as Exhibit 19, which is called "Trump's

22       Toxic Ties to Conspiracy Theorist, Laura Loomer,

Page 290

1    Continue."

2                "The former president's association with the

3    bigoted activists and conspiracy theorists should earn

4    him the same condemnation he received over his

5    dinner -- white nationalist Nick Fuentes and Ye."  And

6    it is dated September 11, 2024; do you see that?

7         A    Yeah.  This is an opinion piece by a

8    anti -- anti-white author from what I've seen from his

9    social media posts.  I remember when this came out.

10   It's an opinion piece.  Looks like it's been

11   Photoshopped.  Did this get Photoshopped when you guys

12   printed it?

13        Q    And it was --

14        A    It said, "Opinion"; did you guys Photoshop

15   "Opinion" out of it?  Because I'm pretty sure it said

16   "Opinion."  It looks like it's been Photoshopped out.

17   Did you -- are you, like, Photoshopping these

18   exhibits?

19        Q    Obviously, we're not Photoshopping these

20   exhibits.

21        A    Well, then why does it not say "Opinion"?

22   Usually, it -- it said "Opinion" on it.  I know for a

Page 291

1    fact 'cause I remember talking about this article when

2    it came out.  And it -- it said "Opinion."  Now,

3    "Opinion's" gone.  Looks fake.  I'm just saying it's

4    opinion; it's not real --

5         Q    But it was -- you are aware that this

6    article was published --

7         A    Yeah.

8         Q    -- on September 11, 2024.

9         A    It's published by MSNBC, and it said -- if

10   you go, and you look at the website, it says

11   "Opinion."

12        Q    I'm pretty sure if you read --

13        A    It's not really a real news article, it's

14   opinion.

15        Q    Right.  It's called "The ReidOut Blog" --

16        A    It's garbage dribble from a anti-Trump

17   publication, MSNBC, which I believe has been sued,

18   too, because of their lies --

19        Q    Actually, I think you're just looking --

20   reading the wrong place.  Flip to the back.

21        A    Okay.  Well, maybe.

22        Q    It says "Ja'han Jones is an MSNBC opinion

Page 292

1    blogger."

2         A    Okay.  Well, I don't know.  Perhaps.  I

3    don't see that --

4         Q    Well, it was published then, on

5    September 11, 2020 [sic].

6         A    Yeah.  But like, it's opinion.  It's not a

7    fact.

8         Q    Right.  We get to have opinions in America.

9         A    Right.  But this doesn't stand up in court.

10   It's like --

11                   MS. BOLGER:  I'm going to ask you to

12   mark, as Exhibit 20, a document published by The

13   Guardian.

14                   (Exhibit 20 was marked for

15                   identification.)

16                   MR. KLAYMAN:  All leftist publications,

17   I might add -- leftist Trump-hating publications.

18                   MS. BOLGER:  No.

19   BY MS. BOLGER:

20        Q    And the headline of this article is

21   "Republicans Point Finger at Laura Loomer for Trump's

22   Pet-Eating Rant."  "Conspiracy theorists said to have

Page 293

1    been key promoter of false rumor about immigrants

2    ex-president repeated in debate."

3              And you'll see the first graph reads,

4    "Republicans are blaming the influence of Laura

5    Loomer, right-wing conspiracy theorist for this week's

6    botched debate performance by Donald Trump, which

7    included the former president repeating a bizarre and

8    unfounded claim that pet cats and dogs are being eaten

9    by Haitian immigrants"; do you see that?

10                   MR. KLAYMAN:  Objection.  Relevancy.

11    What relevancy is there?  It has nothing to do with

12    her -- excuse the French -- fucking Donald Trump and

13    committing adultery.  Not only that, these are

14    ultra-leftist rags; okay?  Which have no credibility

15    at all.

16    BY MS. BOLGER:

17         Q    Did you see it?

18         A    I see it.  But again, I don't think it was a

19    botched debate.  He won the election.

20         Q    Sure.  But this article was published by The

21    Guardian.

22         A    Okay.  But it's, like, I think it's a

Page 294

1      foreign publication, from my understanding; isn't this

2      like a UK publication?  Why do I --

3          Q    It's actually a Guardian US, as you can

4      tell, if you look in the right-hand corner.

5          A    Okay.  Well, either way, like, why should I

6      care about what they have to say?

7          Q    It was published on September 12, 2024;

8      right?

9          A    Yeah.  But it doesn't say I had an affair

10     with President Trump.  I -- I'm not suing because they

11     have a problem with me talking about pet-eating,

12     illegal aliens and migrants.  I'm talking about --

13         Q    Ms. Loomer, my question was, do you see

14     that?

15         A    No.  I see it.  But this lawsuit is about

16     Bill Maher --

17              MS. BOLGER:  I'm going to ask you to

18     mark this as Exhibit 21.

19              (Exhibit 21 was marked for

20              identification.)

21              THE WITNESS:  -- accusing me of having

22     sex with President Trump, not about Haitians eating

Page 295

1    pets.

2                    MR. KLAYMAN:  It's quite clear that all

3    this is harassment because you're not making any point

4    at all.

5                    MS. BOLGER:  Exhibit 21, please.

6                    MR. KLAYMAN:  It's totally irrelevant.

7    Totally irrelevant.  You pull out all your friends in

8    the leftist media to try to smear her on a public

9    record?  Do you have another copy of that?

10                   MS. BOLGER:  I do.

11   BY MS. BOLGER:

12       Q    Okay.  This is an article published on

13   September 12th on the website, "mediaite.com."  And

14   the headline is, "He Doesn't Take This Election

15   Seriously.  Trump Allies Fear Laura Loomer Will Tank

16   His Campaign," dated September 12, 2024; do you see

17   that?

18       A    Yeah.  But it's fake news.  He won the

19   election.

20       Q    Okay.  And the first graph is "The presence

21   of infamous bigot and conspiracy theorist, Laura

22   Loomer, on Donald Trump's campaign has caused anxiety

Page 296

1    among close to the former president, sources tell

2    Mediaite.  'She's an extreme liability,' said of

3    former Trump campaign staffer with knowledge of the

4    campaign's inner workings"; do you see that?

5         A    Yeah.  But it's all --

6         Q    It was published on September 12th.

7         A    -- there's no name to this.  It's like,

8    who's saying it?  They have to lie.  Anybody could say

9    anything; right?  Just like Bill Maher said I was

10   having sex with President Trump.  People -- people can

11   say what they want.

12            Like, you have to have a name to this stuff;

13   right?  So where's -- where's -- who's saying this?

14                 MS. BOLGER:  Do we have that?

15                 THE WITNESS:  There's no -- there's no

16   credibility to this; who's saying it?  They say

17   anonymous things.  Anybody can write anything; right?

18                 MS. BOLGER:  Okay.  We're going to ask

19   the court reporter --

20                 THE WITNESS:  That's why nobody trusts

21   the media anymore.

22                 MS. BOLGER:  I'm going to ask the court

Page 297

```
 1    reporter to mark, as Exhibit 22, a New York Times

 2    article, dated September 12, 2024.

 3                    (Exhibit 22 was marked for

 4                    identification.)

 5                    MR. KLAYMAN:  Same objection on

 6    relevancy.  Continuing objection.  This will never

 7    come into evidence.  You can have your fun right now,

 8    but that will be the last fun you have.

 9    BY MS. BOLGER:

10         Q    Okay.  Exhibit 22 is an email -- sorry -- is

11    an article written in the New York Times by Ken

12    Bensinger, dated September 12, 2024.  The headline is

13    "Laura Loomer, a Social Media Instigator is Back at

14    Trump's Side."

15                    "The former president's decision to elevate

16    Laura Loomer, a far-right activist known for racist

17    and homophobic posts online, has stunned even some

18    Trump allies"; do you see that?

19         A    Yes.

20         Q    Okay.  And if you go to the third graph on

21    the first page, it says "A far-right activist known

22    for endless stream of sexist, homophobic, transphobic,
```

Page 298

```
 1     anti-Muslim, and occasionally, anti-Semitic social

 2     media posts and public stunts, Ms. Loomer has made a

 3     name for herself over the past decade by unabashedly

 4     claiming 9/11 was an inside job."

 5                    MR. KLAYMAN:  Objection.  Relevancy.

 6     The absurdity of this article is --

 7     BY MS. BOLGER:

 8         Q    "Calling Islam 'a cancer'" --

 9                    MR. KLAYMAN:  Let me finish.  The

10     absurdity of this article --

11     BY MS. BOLGER:

12         Q    -- "accusing Ron DeSantis's wife of

13     exaggerating breast cancer and claiming that President

14     Biden was behind the attempt to assassinate Mr. Trump

15     in July"; do you see that?

16                    MR. KLAYMAN:  This is --

17                    THE WITNESS:  I see it.  It doesn't

18     mean it's true.

19     BY MS. BOLGER:

20         Q    But it was published on September 12, 2024;

21     correct?

22         A    It doesn't matter if it's published.
```

Page 299

1    He -- Bill Maher -- Bill Maher -- or excuse me -- the

2    New York Times clearly had something against me.

3            They -- they published the original article

4    when -- when it was leaked to the New York Times that

5    Trump had hired me, so I'm not a 9/11 conspiracy

6    theorist.  I wrote a book.  In my book, it clearly

7    says that 9/11 was an Islamic terrorist attack.  So --

8        Q    Isn't this all part of that media frenzy

9    regarding your relationship with Trump that you

10   testified about earlier?

11       A    No.  You're trying to make a relationship

12   sound sexual, which is what Bill Maher did.  And I do

13   not have a sexual relationship with President Trump.

14   And saying it that way, "your relationship with

15   President Trump," is another way of, like, insinuating

16   that I'm having an affair with the president.

17           When in reality, I'm a professional person.

18   I dress very professionally.  I can carry myself very

19   professionally.  I am an investigative journalist.

20   My -- my reporting was mentioned during the trial of

21   President Trump in New York City.

22           It was actually my reporting that led to one

Page 300

1    of the initial gag orders because I exposed the --

2    Judge Merchan's daughter, Lauren Merchan, who has a

3    Democrat political consulting firm.  And this is why

4    they lie about me.

5            And the media wants to, you know, create a

6    frenzy around me.  And this is why you're trying to do

7    what you're doing right now -- is 'cause you're trying

8    to taint a jury to make people think that there's

9    something wrong with me, when in reality, the media is

10   biased, and what Bill Maher did was wrong.

11           He falsely accused me of -- of having a

12   sexual relationship with President Trump.  So nobody

13   trusts the media.

14       Q    So I'm actually --

15       A    Recent -- recent polls show that over 70

16   percent of Americans distrust the media, and it's

17   because the media lies, whether it's Democrat media,

18   Republican media -- it doesn't matter.  The media is

19   dishonest.

20       Q    Let's try to answer the question I'm asking

21   you.

22       A    I answered.

Page 301

1          Q     Earlier in the day, you said that there was

2     a media frenzy after you traveled with Trump?

3          A     Yes.  There were a lot of articles about it,

4     which is probably why Bill Maher wanted to do a

5     segment, in addition to him trying to use me as a

6     vehicle to advance his hatred and disdain for

7     President Trump.

8               But as I also testified earlier, this media

9     frenzy was placed on steroids when -- excuse me --

10     when Bill Maher falsely accused me of having an affair

11     with President Trump.

12               So there was a initial media reaction about

13     why I was on the plane.  But these articles never said

14     Laura Loomer is "effing" President Trump.  Bill

15     Maher's the one who said that.

16                    MS. BOLGER:  I'm going to ask the court

17     reporter to mark as Exhibit 23, I think, another

18     article.  I think we're at 23.

19                    THE REPORTER:  We're at 23.

20                    (Exhibit 23 was marked for

21                    identification.)

22                    THE WITNESS:  And that's why Bill

Page 302

1        Maher's getting sued, not these other publications.

2                        MS. BOLGER:  There you go.

3                        THE WITNESS:  Because they didn't say

4        it; he did.  They reported on it, though, after he

5        said it.

6                        MS. BOLGER:  I'm going to move to

7        strike that last part as nonresponsive because I

8        didn't understand.

9                        MR. KLAYMAN:  Well, your question was

10       incomprehensible.  Because these aren't questions at

11       all.  This is just --

12                       MS. BOLGER:  No.

13                       MR. KLAYMAN:  -- trying to smear my

14       client here with stuff that's not even relevant to

15       this case from leftist rag publications --

16                       MS. BOLGER:  Are you done?

17                       MR. KLAYMAN:  -- that you represent --

18                       MS. BOLGER:  Are you done with your

19       speech?

20                       MR. KLAYMAN:  -- many of them.  Yes.

21       BY MS. BOLGER:

22            Q    Okay.  Exhibit 23 is an article in The

Page 303

1    Independent column.  And the headline is, "Republicans

2    are concerned Laura Loomer had something to do with

3    trump's poor debate performance."

4        A    He won the election.  This is crazy.

5        Q    And it was dated -- oh --

6        A    He won the election.  This is like --

7        Q    It's dated --

8        A    This is gaslighting.  I'm so sorry.  This is

9    gaslighting.

10       Q    Its dated September 12, 2024.  And if you

11   want to talk about gaslighting, Ms. Loomer, the

12   election hadn't happened on September 12, 2024.

13       A    The media lies and says that, "Oh.  Trump

14   has a poor debate performance because they were trying

15   to pull weight for Kamala Harris, who Joe Biden

16   admitted was a DEI hire."

17            Like, I mean, honestly, I know -- I know

18   you're a Democrat, so you're a little sensitive about

19   this.  But you know, the reality is -- is she had a

20   horrible performance; okay?  She's a moron.  She's a

21   really stupid woman; okay?

22       Q    I'm going to ask you --

Page 304

```
 1          A    This is why now all the Democrats are
 2     writing tell-all books about it because, you know, you
 3     had a alleged Alzheimer's patient in the White House,
 4     and they were using an autopen to violate the
 5     constitution of our country while a DEI hire was
 6     embarrassing the Democrat party.  That's why Donald
 7     Trump won; you know?
 8               I know your -- your party allowed for all
 9     these illegal aliens to come in.  They raped innocent
10     little girls; they killed them --
11          Q    Ms. Loomer, I'm done.
12          A    They put terrorists in our country --
13          Q    I'm done.
14          A    Then you're done.  Then you're done.
15          Q    There's no pending question.
16          A    Then you're done.  Then you're done.  Great.
17          Q    There is no pending question.
18          A    At some point, you guys have to take
19     responsibility for what you did to the country.
20          Q    Let's do -- I -- I'm just a lawyer taking a
21     deposition, Ms. Loomer.  I don't know --
22          A    You're not just a lawyer --
```

Page 305

1          Q     -- what you're talking about.

2          A     You're a Democrat donor.  You work for a

3     Trump-hating law firm.  You're not --

4          Q     Ms. Loomer, I am now --

5          A     Just be honest.  You want -- but if

6     you're -- you want --

7                    MS. BOLGER:  Can you mark this exhibit

8     as whatever the next exhibit number --

9                    THE WITNESS:  -- you should be honest

10    about who you are.  Just own it.  I own who I am.  You

11    should be honest about who you are.

12                   MS. BOLGER:  What Exhibit is this?

13                   THE REPORTER:  24.

14                   MS. BOLGER:  24, please.

15                   (Exhibit 24 was marked for

16                   identification.)

17                   MR. KLAYMAN:  Can I have a copy?

18                   MS. BOLGER:  When I find one.

19                   MR. KLAYMAN:  At least, they have a

20    nice picture.

21    BY MS. BOLGER:

22         Q     Okay.  For the record, Exhibit 24 is an

Page 306

1    article entitled "Trump attends 9/11 event with a

2    far-right activist who fished -- pushed a conspiracy

3    theory about the tragedy."

4              "Laura Loomer joined the former president at

5    New York fire station in Lower Manhattan.  She has

6    promoted a false conspiracy theory that 9/11 was an

7    inside job"; do you see that?

8         A    I see it.

9         Q    And that is --

10        A    It doesn't mean that's real.

11        Q    -- is dated September 12, 2024; right?

12        A    Yes.

13        Q    And that was published; right?

14        A    Yeah.  But where does it say that I'm

15   sleeping with the president?

16        Q    Right.

17              MS. BOLGER:  Well, actually, why don't

18   we do Michael Steele?

19              MR. KLAYMAN:  Well, he's a good one.

20              MS. BOLGER:  130.

21              MR. KLAYMAN:  Another hack.

22              MS. BOLGER:  Okay.  I am in -- it's got

Page 307

1      a video.

2                      MR. KLAYMAN:  MSNBC political hack.

3                      MS. BOLGER:  I'm going to ask the court

4      reporter to mark, as Exhibit 25, an article that says,

5      "Where the hell is Melania?"

6                      "Michael Steele says Trump is getting

7      'too close to Laura Loomer.'"  And it's dated

8      September 13, 2024, at 9:48 p.m.  This is going to

9      play it for us.

10                     (Exhibit 25 was marked for

11                     identification.)

12                     MR. KLAYMAN:  Can I have a copy,

13     please?

14                     MS. BOLGER:  Oh.  Sure.  It's marked.

15                     (Video played.)

16                     MR. KLAYMAN:  Hold on.  Wait, wait.  I

17     want to copy first.  Thank you.

18                     MS. BOLGER:  Yeah.  Go ahead and play

19     it.

20                     (Video played.)

21                     MR. KLAYMAN:  Objection.  It belies

22     your --

Page 308

1     BY MS. BOLGER:

2         Q     Did you hear that Mr. -- did you hear

3     Mr. Steele -- I'm sorry -- Mr. Steele talk about

4     getting "Loomy"?

5         A     Getting what?

6         Q     "Loomy"; what he says at the end.

7         A     Getting "Loomy"?

8         Q     "On Friday night, you're getting Loomy"; did

9     you hear that?

10                    MR. KLAYMAN:  Yeah.  Exactly the same

11     day after Maher defamed my client.

12                    MS. BOLGER:  It's before.

13                    MR. KLAYMAN:  He comes out with this.

14     Same day.  Same day.

15                    MS. BOLGER:  It's before.

16                    THE WITNESS:  I think that's a play

17     of -- play on words on my last name.  But he -- again,

18     I'm failing to hear where he said that I was fucking

19     Donald Trump, which is what I'm suing over.  There's a

20     difference between --

21                    MS. BOLGER:  Okay.  Let's do this.

22                    THE WITNESS:  -- he asked, "Where's

Page 309

1      Melania?"  I guess 'cause she wasn't there.  'Cause

2      like I said, she was taking care of her son, Barron,

3      as she stated in multiple media interviews.

4                    I mean, she even addressed this in

5      interviews after the election, saying that people

6      asked where she was.  And she was taking care of her

7      son and preparing him for college.  So I'm just -- I

8      just don't understand, like, what the clip is for.

9      He -- she's --

10     BY MS. BOLGER:

11         Q    What time do you think Bill -- Real Time

12     With Bill Maher airs?

13         A    Airs on the evenings, as far as I know.

14                    MR. KLAYMAN:  Different times in

15     different parts of the country.

16     BY MS. BOLGER:

17         Q    Ten o'clock Eastern; right?

18         A    I believe so; right?

19         Q    Yep.  And that's -- 9:38 is before

20     10 o'clock; right?  9:48 is before 10 o'clock?

21         A    Okay.  But what I -- but what I just -- I

22     just said to you is that --

Page 310

```
 1          Q    The question is, is 9:48 before 10 o'clock?

 2                    MR. KLAYMAN:  Not Pacific time.

 3                    THE WITNESS:  I just --

 4                    MS. BOLGER:  Mr. Klayman, if you

 5     testify one more time, you're going to get yourself in

 6     trouble with the court.

 7                    THE WITNESS:  I'm talking about --

 8                    MR. KLAYMAN:  Just like you did?

 9                    THE WITNESS:  I'm talking about -- I --

10     I filed a lawsuit against Bill Maher 'cause he said,

11     "Laura Loomer is fucking Donald Trump."  And I didn't

12     hear those words come out of Mr. Steele's mouth.

13     BY MS. BOLGER:

14          Q    Oh yeah.  It says it's -- what time it is on

15     the screen.  But you can go ahead and pretend it's

16     something else.

17                    MS. BOLGER:  Why don't you give me

18     199 --

19                    THE WITNESS:  No.  I'm not pretending

20     anything.  I'm talking about the words, "effing Donald

21     Trump."  That's what I'm talking about.

22                    MS. BOLGER:  No.  It's not --
```

Page 311

1                    THE WITNESS:  That's what we're talking

2     about here.  We're talking about the -- the actual

3     statement that, "Oh.  Well, she's his type, and we did

4     a segment on the show called, 'Who's Trump Fucking?'

5     And oh.  You know, we know he's not sleeping with

6     Melania."

7                    I mean, I'm just saying, like, you know why

8     your client's getting sued.  I didn't hear those words

9     come out of Michael Steele's mouth.  It's very

10    specific as to what I sued over.

11                    MS. BOLGER:  Okay.  I'm going to ask

12    court reporter to mark -- what exhibit are we on?

13                    (Exhibit 26 was marked for

14                    identification.)

15                    THE REPORTER:  26.

16                    MS. BOLGER:  26.  Is it a Twitter post?

17    "135.6 thousand views" on September 12th.  You want to

18    hand it to the witness?

19                    THE WITNESS:  I will also say, too,

20    that I -- I think that this -- this clip should

21    actually be struck.

22                    MS. BOLGER:  Actually, there's no

Page 312

```
 1      pending question.

 2                        There you go, Mr. Klayman.

 3                        MR. KLAYMAN:  That's the --

 4                        MS. BOLGER:  No.  You may not answer

 5      it.

 6                        The witness can read the -- that text,

 7      please.

 8      BY MS. BOLGER:

 9          Q    You'll see that that is the tweet --

10                        MR. KLAYMAN:  Thank you, Your Honor.  I

11      didn't know that you were the judge; yeah?

12      BY MS. BOLGER:

13          Q    -- that says -- why don't you read that

14      tweet to me, Ms. Loomer?

15          A    You want me to read this tweet?

16          Q    I do.

17          A    Okay.  It says, "I'll admit I didn't have

18      'Trump fucks Laura Loomer' on my 2024 election bingo

19      card.  I guess that thing with the lawyer, Lady Abdul,

20      didn't work out."

21          Q    Okay.

22          A    I don't know if --
```

Page 313

1          Q    What date was that again?

2          A    September 12th.  But I don't even know who

3     this "Crazy Fenak" guy is.  I know who Bill Maher is,

4     and I know that he broadcasted it to millions of

5     people.

6          Q    Ms. Loomer, there's no pending question.

7     You may not give speeches on the record when there's

8     no pending question.

9          A    I mean, I can actually --

10         Q    That's not how this works.

11         A    -- do whatever I want, but that's fine.

12         Q    And I move -- no.  Actually --

13         A    You can pick it up with the court, actually.

14         Q    -- in the courts of the United States of

15    America, you can't do whatever you want.

16                   MR. KLAYMAN:  But you -- you've --

17                   MS. BOLGER:  This is Exhibit 27.

18                   MR. KLAYMAN:  -- been dribbling all

19    over the record with commentary that has nothing to do

20    with anything.

21                   (Exhibit 27 was marked for

22                    identification.)

Page 314

1                    MS. BOLGER:  This is Exhibit 27.

2                    THE WITNESS:  I mean, does this guy

3       have a show on HBO?

4                    MS. BOLGER:  Ms. Loomer, there's no

5       pending question, and I move to strike your comment.

6       BY MS. BOLGER:

7            Q    This is a tweet that was published on

8       September 12th, which says "Popular theory going

9       around is Loomer is having an affair with Trump, which

10      I don't really buy, only because she looks and acts

11      like a sleep paralysis demon.  And Trump is viscerally

12      disgusted by even slight body horror"; do you see

13      that?

14           A    Yeah.  It's a post disparaging my -- my

15      looks as a woman.  But I guess that's in tune for your

16      client, Bill Maher, who likes to disparage women and

17      attack them, and you know -- so --

18                    MS. BOLGER:  I'm going to ask the court

19      reporter to mark, as Exhibit -- what are we?

20                    UNIDENTIFIED SPEAKER:  28.

21                    THE REPORTER:  28.

22      //

```
                                                        Page 315

 1                      (Exhibit 28 was marked for

 2                      identification.)

 3                      MS. BOLGER:  A text dated

 4      September 12th, by Reba.  Does the witness have it?

 5                      THE WITNESS:  I mean, for all I know

 6      these could be -- these could be --

 7      BY MS. BOLGER:

 8          Q    Ms. Loomer --

 9          A    I know.  But this could be an anonymous

10      account.

11          Q    -- there's no pending question.

12          A    Is this -- is this -- I'm ask you.

13      Bill -- is this Bill Maher's burner account?

14          Q    There is no pending question.

15          A    But is it?

16          Q    And you may not speak.

17          A    This could be Bill Maher's burner account.

18          Q    Please check the -- I'm going to move to

19      strike that.

20          A    Okay.

21          Q    Please check the exhibit.

22          A    This might be Bill Maher's burner account --
```

Page 316

1          Q    Please check --

2          A    It could be an anonymous account used by

3     Bill Maher to spread rumors.  It could be.

4          Q    Again, you may not speak when there is no

5     pending question --

6          A    But you could be planting -- you could be

7     planting this stuff --

8          Q    -- and I will move to strike this.

9          A    You may -- this might actually be an

10    anonymous account that Bill Maher owns.  And maybe you

11    guys are doing this on purpose.

12              MS. BOLGER:  Move to strike.

13              THE WITNESS:  Do you -- do you know who

14    the owner of this account is?

15              MS. BOLGER:  Can you put the exhibit

16    tab on it, please?

17              THE WITNESS:  You don't have a name.

18    It could be a fake account.

19              MS. BOLGER:  Just put the exhibit tab

20    on the exhibit.

21              MS. BOLGER:  Ms. Loomer --

22              THE WITNESS:  And you know this could

Page 317

```
 1     be a fake account.
 2                    MS. BOLGER:  Ms. Loomer --
 3                    THE REPORTER:  One at a time.
 4                    MS. BOLGER:  -- do not speak when there
 5     is no pending question, or I will call the court.
 6                    THE WITNESS:  This could be a fake
 7     account.
 8                    MS. BOLGER:  Ms. Loomer --
 9                    THE WITNESS:  There's no name on this
10     account.  This is ridiculous.
11                    MS. BOLGER:  Ms. Loomer, somebody is
12     ridiculous.
13                    THE WITNESS:  You know, this is
14     ridiculous.  This could be an anonymous account.
15                    MS. BOLGER:  Ms. Loomer, you are going
16     to get --
17                    THE WITNESS:  This is all anonymous.
18                    MR. KLAYMAN:  You made the point.  You
19     made the point.
20                    MS. BOLGER:  Ms. Loomer, you may not
21     speak on the record when there is not a pending
22     question.  And if you continue to do it, I will seek
```

```
                                                    Page 318
```

1       sanctions against you.

2                      THE WITNESS:  All right.

3                      MS. BOLGER:  Can you please give that

4       to the witness?

5                      (Exhibit 29 was marked for

6                      identification.)

7                      MR. KLAYMAN:  I guess we'll hear the

8       sanctions against you first, Ms. Bolger, for harassing

9       my client, disparaging her, and being in stuff that

10      has nothing to with this case.

11                     MS. BOLGER:  This is a text message

12      that reads --

13                     MR. KLAYMAN:  This is just -- it's

14      character assassination.  That's all it is.

15      BY MS. BOLGER:

16          Q    This is a text message that reads "Loomer

17      blowing Trump is so funny and nasty.  I hope it's

18      really happening."  And it's dated September 12th; do

19      you see that?

20          A    Yeah.  It's another anonymous account.

21          Q    Does that --

22          A    Bluesky --

Page 319

1          Q    Does that reflect, do you think, public

2     speculation about the nature of your relationship with

3     Trump?

4                    MR. KLAYMAN:  That calls --

5                    MS. BOLGER:  I don't --

6     BY MS. BOLGER:

7          Q    Answer the question.

8                    MR. KLAYMAN:  Lacks foundation.  Lacks

9     foundation.

10    BY MS. BOLGER:

11         Q    You answer the question, Ms. Loomer.  Do you

12    think it reflects --

13                   MR. KLAYMAN:  Vague and ambiguous.

14    BY MS. BOLGER:

15         Q    -- public speculation about your

16    relationship with Trump?

17         A    I mean, it's a -- it's an anonymous account

18    that, you know -- who knows?  It could be a burner

19    account belonging to Bill Maher.  But Bluesky is a

20    Democrat -- Bluesky is a Democrat platform, and a lot

21    of people are known to have burner accounts to use to

22    post information to cover their tracks.

```
                                                  Page 320

 1         Q    What's your basis for saying that this is a
 2    Bill Maher --
 3         A    I'm not saying it is.  I'm just saying there
 4    would have to be an investigation.  But because it's
 5    anonymous -- there's a lot of people that have burner
 6    accounts so that they could plant conversation.
 7              It's well-known that a lot of people
 8    astroturf comments.  It could -- it could be an
 9    account belonging to Bill Maher.  I -- I'm not saying
10    it is.  I'm just saying that there should be an
11    investigation.
12         Q    Right.  Well, my question was, does it
13    reflect --
14         A    Well, maybe there should be like a forensic
15    analysis --
16         Q    I'm talking now, Ms. Loomer.
17         A    -- of his devices.
18         Q    Does it reflect the public speculation about
19    the nature of your relationship with Mr. Trump?
20         A    It's just -- it's just more lies on social
21    media by an anonymous account that could be a burner
22    account belonging to Bill Maher.
```

Page 321

1          Q     Well, I only -- I showed you a bunch of

2     them; right?

3          A     Yeah.  Who knows?  There's people --

4          Q     At least one of them had a blue check.

5          A     -- a lot of people -- a lot of people have

6     burner accounts.

7          Q     A lot -- at least one of them had a blue

8     check; right?  Does this reflect public speculation

9     about your relationship with Bill Maher -- with

10    President Trump?

11                    MR. KLAYMAN:  Presumes facts not in

12    evidence.

13                    THE WITNESS:  It's just unfounded --

14    unfounded claims by anonymous accounts and Crazy --

15    Crazy Fenak isn't like a real name.  So I don't know.

16    I don't know who that is, again.

17                    You could have -- you could have

18    accounts and not use your real name, and have a

19    different name that's not your name, and use a blue

20    check.  It could be a burner account.  I don't know.

21    BY MS. BOLGER:

22          Q     You were criticized by Marjorie Taylor

Page 322

1    Greene for a tweet you made about Kamala Harris;

2    correct?

3          A    Yeah.

4          Q    What was that tweet?

5          A    I'm sure you have the tweet, so why don't

6    you just show it to me?

7          Q    Right.  Again, that's not the way this

8    works.

9          A    Well, I don't have a computer in front of

10   me.

11         Q    I ask you a question --

12         A    I believe -- I believe that it --

13         Q    -- you give an answer.

14         A    No.  I'm saying I -- I don't have a computer

15   in front of me, but I believe it was a tweet I made

16   about -- I believe it was a tweet I made about Kamala

17   Harris --

18                   MR. KLAYMAN:  Don't guess; okay?

19   She --

20                   THE WITNESS:  I -- I -- like I said, I

21   don't have a computer in front of me, so I would --

22   it's been several months, but I -- I think it was a

Page 323

1    tweet about Kamala Harris.

2    BY MS. BOLGER:

3         Q    And what were you saying about her?

4         A    Again, I don't have a computer in front of

5    me, but I think it had something to do with -- I think

6    it had something to do with her cooking.

7         Q    What kind of cooking?

8         A    You know, I don't recall.

9              MR. KLAYMAN:  Don't speculate.  Don't

10   speculate.

11             THE WITNESS:  I don't recall.

12             MR. KLAYMAN:  Show her what you claim

13   to be talking about.

14             THE WITNESS:  You have to show me the

15   tweet.  I don't recall.  I just know that -- I just

16   know that Marjorie -- she's very jealous of me because

17   of my -- she wants to be the only -- she wants to be

18   the only conservative woman that gets promoted by

19   President Trump.  It's funny because she actually

20   endorsed me when I ran for Congress.

21   BY MS. BOLGER:

22        Q    Sorry.  Why is she jealous of you?

Page 324

```
1        A    I believe that she wants to be the only

2    Republican woman who gets praise from President Trump.

3    Because it's very strange; she endorsed me when I ran

4    for Congress.

5             She said that I was a great friend.  She

6    said that I was a patriot, if you go back and you look

7    at some of her old tweets.  So it's very bizarre to me

8    that somebody would have such a 180 like that.

9        Q    She --

10        A    You go from saying that, "Laura Loomer is so

11    amazing" -- she's actually quoted online saying that

12    I'm one of her very good friends, and she endorsed me.

13    And then all of a sudden, when I was about to get

14    hired, she -- she just did a total 180.  It was very

15    bizarre.  I don't know.

16        Q    So just to be totally clear, my question

17    was, what was your tweet?

18        A    She even donated to my campaign.

19        Q    So why don't try to focus up on my

20    questions?

21                 MR. KLAYMAN:  Don't --

22                 THE WITNESS:  You're going to have to
```

Page 325

1    show me.

2                    MR. KLAYMAN:  Don't speculate.

3                    THE WITNESS:  I don't want to

4    speculate, because we're under oath.  I don't recall.

5    You'll have to show me.

6    BY MS. BOLGER:

7        Q    Well, her response to your tweet was, "This

8    is appalling and extremely racist.  It does not

9    represent who we are as Republicans or MAGA.  This

10   does not represent President Trump.  This type of

11   behavior should not be tolerated ever.  @LauraLoomer

12   should take this down."

13       A    I don't remember -- I don't remember the

14   tweet.

15                    MR. KLAYMAN:  Wait, wait, wait.  Wait,

16   wait, wait.  Lacks foundation.

17                    You didn't remember the tweet.

18   BY MS. BOLGER:

19       Q    Do you remember this --

20                    MR. KLAYMAN:  This is --

21                    MS. BOLGER:  Mr. Klayman.

22   //

Page 326

1    BY MS. BOLGER:

2        Q    Do you remember Marjorie Taylor Greene's

3    tweet?  "This is appalling and extremely racist.  It

4    does not represent who we are as Republicans or MAGA.

5    This does not represent public -- President Trump.

6    This type of behavior should not be tolerated ever.

7    @LauraLoomer should take this down"; do you remember

8    that?

9                MR. KLAYMAN:  Lacks foundation.  You

10   haven't shown her the tweet.

11                THE WITNESS:  I need to see the tweet.

12   BY MS. BOLGER:

13       Q    Do you remember that tweet?

14       A    I need to see the tweet in order to remember

15   it.

16                MR. KLAYMAN:  What tweet?

17   BY MS. BOLGER:

18       Q    Is that because you get called racist so

19   often that you don't remember it when it happens?

20       A    No.  It's because I'm so busy, and there's

21   so many articles written about me because I break so

22   many stories on a daily basis that there's -- I don't

Page 327

1    even read all of these articles because there's just

2    so much trash by leftist reporters that post so many

3    news.

4              So I've asked you for this -- I've asked

5    you -- I've asked you ten times to show me the tweet,

6    but you refuse to show me the tweet.  Can you

7    please --

8         Q    I'm asking you --

9         A    Can you please show me the tweet so I can

10   answer your question?

11        Q    Is it actually your testimony under oath

12   that you don't remember being called "extremely

13   racist" by Marjorie Taylor Greene?

14        A    There's so many people who say things about

15   me out of jealousy that I try to tune it out.  I --

16   I -- you know, to be a successful person, you have

17   to -- you have to be very focused.

18              And so I try to, you know, not read every

19   garbage post about me.  So you're going to need to

20   show me the tweet.  I need to see the tweet.  I'm

21   asking you to show me the tweet that --

22                   MS. BOLGER:  -- whatever the exhibit

Page 328

1      number is?

2                    THE WITNESS:  -- that she's

3      referencing.  I think that's fair.

4                    MS. BOLGER:  What number are we on?

5                    THE REPORTER:  29.

6                    MS. BOLGER:  Okay.

7                    MR. KLAYMAN:  You're not going to show

8      her the tweet?

9                    THE WITNESS:  I need to see the tweet.

10                    THE REPORTER:  Let me mark it on the

11     record first.

12                    THE WITNESS:  Put the tweet in

13     reference too, please.

14                    MS. BOLGER:  Nope.

15                    THE WITNESS:  Well, then I can't answer

16     your question.

17                    MS. BOLGER:  I'm not asking you that

18     question.

19                    THE WITNESS:  I need to see --

20                    MS. BOLGER:  I'm asking you about this

21     tweet.

22                    MR. KLAYMAN:  All right.  We're going

Page 329

1     to take a break.

2                    MS. BOLGER:  You are not --

3                    MR. KLAYMAN:  Come on.  Let's get out

4     of here.

5                    MS. BOLGER:  You're not taking a break.

6     There is a pending question.  Do not walk out of --

7     Mr. Klayman --

8                    MR. KLAYMAN:  I'm walking out.  This is

9     abusive.

10                    MS. BOLGER:  There's the exhibits.

11                    MR. KLAYMAN:  This is abusive; okay?

12     BY MS. BOLGER:

13         Q    Ms. Loomer --

14                    MR. KLAYMAN:  I'm going to have you

15     personally sanction you.

16     BY MS. BOLGER:

17         Q    Ms. Loomer, please read that tweet.  Thank

18     you very much.

19                    MR. KLAYMAN:  Is that the tweet?

20                    THE WITNESS:  No.  This is --

21     BY MS. BOLGER:

22         Q    The tweet says --

Page 330

1        A    They're not showing me the original tweet

2    that she commented on.  It's cut off.  It says "the

3    post is unavailable."  I've asked you to show me the

4    tweet.

5        Q    I'm not asking you about your tweet.

6        A    I know.  But I --

7        Q    I'm asking you if you remember --

8        A    -- I need to see -- I need to see --

9        Q    -- Marjorie Taylor Greene's tweet.

10       A    -- I need to see the tweet.

11              MR. KLAYMAN:  You did ask her about her

12   tweet.

13              THE WITNESS:  I can't comment on

14   something under oath, which could be used in a trial,

15   unless I have the original tweet.  I need to see it.

16   I think it's reasonable.

17   BY MS. BOLGER:

18       Q    I'm asking you to talk about Marjorie Taylor

19   Greene's tweet.

20       A    I don't want to speculate.  I'm under oath.

21       Q    I'm not asking you to --

22       A    You are, though.  Because how can I talk

Page 331

1    about a tweet that she made when I can't even see the

2    tweet that she's talking about?

3         Q    Fine.  Look at Exhibit 16.

4                   MR. KLAYMAN:  Why did you withhold that

5    this whole time?  You're just trying to badger her and

6    harass her?  What's your point?

7                   THE WITNESS:  I need Exhibit 16,

8    please.  I'm sorry.  I don't know where it is.

9                   MR. KLAYMAN:  Here.

10   BY MS. BOLGER:

11        Q    If you look at the sixth page of the

12   exhibit, counting backs of documents, you'll see the

13   first paragraph on that page reads "The tension over

14   Loomer's association with the campaign boiled over in

15   public on Wednesday night when Representative Marjorie

16   Taylor Greene called out Loomer over a post stating

17   that should the vice president win in November, 'the

18   White House will smell like curry, and White House

19   speeches will be facilitated via a call center'"; do

20   you see that?

21        A    Well, that's -- that's a summary of the

22   tweet.  You have the actual tweet?  I need to see

Page 332

1    actual tweet.

2        Q    It's a quotation of the tweet; do you

3    remember making that tweet?

4        A    Well, Rolling Stone has been sued before for

5    lying.  They -- they had an infamous case where they

6    falsely accused somebody of rape, and they're not a

7    credible --

8        Q    Ms. Loomer, do you remember tweeting --

9        A    I -- I -- because --

10       Q    -- that "the White House will still -- will

11   smell like curry, and White House speeches will be

12   facilitated by a call center"; do you remember

13   tweeting that?

14       A    I believe I said something along those

15   lines.  Yeah.

16       Q    Great.  Then if you now look at the exhibit

17   I just handed to you, which is the Marjorie Taylor

18   Greene, she says to you, "This is appalling and

19   extremely racist.  It does not represent who we are as

20   Republicans or MAGA"; do you remember that tweet?

21                    MR. KLAYMAN:  There's no nexus

22   between --

1                    MS. BOLGER:  There doesn't need to be.

2                    MR. KLAYMAN:  Exhibit 16 and this.

3        BY MS. BOLGER:

4             Q    Do you remember --

5                    MR. KLAYMAN:  It does need to be

6        because it lacks foundation, otherwise.

7        BY MS. BOLGER:

8             Q    Do you remember that tweet, Ms. Loomer?

9             A    I remember Marjorie Taylor Greene posting

10       tweets about me.  She's -- she posted a lot of tweets

11       about me.  Like I said, she -- she said that I was her

12       friend.  She said I was an amazing person and a

13       patriot.  You should show that tweet too.

14                    MS. BOLGER:  Can I have Exhibit 20 --

15                    I'm going to show you what's been --

16                    MS. BOLGER:  -- what I'm going to have

17       marked as Exhibit 27 --

18                    THE WITNESS:  She also donated to my

19       campaign.

20                    MS. BOLGER:  Ms. Loomer, again --

21                    Sorry.  30?

22                    THE WITNESS:  I know.  But she donated

Page 334

1    to my campaign, so if she think I'm a racist, why did

2    she donate to my campaign?

3                    THE REPORTER:  One at a time, please.

4                    MS. BOLGER:  There's no pending

5    question.

6                    Exhibit 30.

7                    (Exhibit 30 was marked for

8                    identification.)

9                    MR. KLAYMAN:  We don't have 29.

10   Where's 29?  I don't have that one.

11                   MS. BOLGER:  That was the last tweet.

12                   MR. KLAYMAN:  Is this it?

13                   MS. BOLGER:  Yes.

14                   Okay.

15                   MR. KLAYMAN:  We're going to take a

16   break after the next question.  It's 45 minutes.

17                   MS. BOLGER:  You're not going to take a

18   break.  I'm not done with my line of questioning, and

19   I've asked you --

20                   MR. KLAYMAN:  We'll take a break.

21                   MS. BOLGER:  -- to let me finish my

22   line of questioning.

```
                                              Page 335

 1                    MR. KLAYMAN:  No.  We're taking a

 2      break.

 3                    MS. BOLGER:  Unless you let me finish

 4      line of questioning.  I know you're upset because it's

 5      getting too hard for you, but --

 6                    MR. KLAYMAN:  No.  I'm not getting --

 7                    MS. BOLGER:  I need you to hang in

 8      there.

 9                    MR. KLAYMAN:  I'm getting upset because

10      you are a very mean, nasty individual, trying to

11      harass my client.

12      BY MS. BOLGER:

13          Q    You'll see that you -- this is a tweet from

14      you.

15          A    Okay.  What tweet?

16          Q    I should say the Marjorie Taylor Greene

17      date -- is dated -- is September 11th; did you notice

18      that?

19          A    Yeah.

20          Q    Okay.  And then you responded.

21          A    But she also -- I will say that she's upset

22      because she wasn't invited to attend the ceremony.
```

Page 336

```
 1      Because President -- a lot of President Trump's staff

 2      told me they were getting sick and tired of Marjorie.

 3      So she was very upset that she wasn't invited to

 4      travel to the debate.  She was excluded.

 5              Congressman Matt Gaetz was invited.  I was

 6      invited.  And she was not because President Trump's

 7      staff told me that they can't stand Marjorie Taylor

 8      Greene.  And I'm willing to say that under oath.

 9      Several of his staff told me that they can't

10      stand her.

11          Q    Ms. Loomer, can I ask you to look at the

12      next exhibit?

13          A    Yeah.  But I'm just --

14          Q    I'm not interested in your speech.

15          A    -- putting it into context.  So --

16          Q    Exhibit 30 --

17          A    She was upset.  She was jealous.

18          Q    Exhibit 30 is your response to her; can you

19      read that out loud to me?

20          A    "Hey, Marjorie.  Remember when you destroyed

21      your family so you could have sex with a Zangief

22      cosplayer?  Tell me again how you and the Arby's in
```

Page 337

1    your pants" -- yeah.  That was widely reported.  I

2    mean, that's why she got divorced.  And that divorce

3    records --

4         Q    No.  No.  Read the tweet.

5         A    "Are representatives of the GOP.  You

6    couldn't even run your own family.  Don't tell me how

7    to run my free speech."

8         Q    Okay.  So when you --

9         A    But you're not showing the -- the

10   screenshot.  It's like intentionally blurred out.  I

11   don't know why you blurred it out.  But it showed a

12   document where somebody who she had an affair with

13   showed text messages of her having an affair, and it

14   was well-documented.  It was in text messages.

15             And it's the reason why she ended up getting

16   divorced from her husband, Perry, who I know.  'Cause

17   when -- at the time, during my campaign, they were

18   married, and they came to my event.  And it's

19   well-known.  And she's even admitted to it that they

20   got divorced because of her marital infidelity.  So --

21        Q    Right.  Can you explain to me what it

22   means --

```
                                                    Page 338

 1          A     But I don't understand why you blurred it

 2     out.  It's blurred out.

 3          Q     Can you explain --

 4                     MR. KLAYMAN:  Objection.  Relevancy.

 5     BY MS. BOLGER:

 6          Q     Can you explain to me what it means to say

 7     to her that "the Arby's in her pants"?

 8          A     Well, Arby's --

 9                     MR. KLAYMAN:  Objection.  Relevancy.

10     BY MS. BOLGER:

11          Q     Answer the question.

12          A     Arby's sells roast beef.

13          Q     Right.  Can you tell me what -- why you were

14     talking about "the Arby's in her pants"?

15          A     Well, it's just a -- an expression.

16          Q     What is the expression trying to convey?

17          A     It conveys the reason why she got a divorce

18     by her own admission.

19          Q     Because she had roast beef in her pants?

20          A     Yeah.

21          Q     She'd put roast beef in her pants; that's

22     what you're trying to say there?  You're literally
```

Page 339

1    saying she put Arby's in her pants?

2        A    I'm saying she literally -- it's so

3    ridiculous.  I'm saying she literally put Arby's in

4    her pants.  Yes.

5                    MR. KLAYMAN:  Objection.  Relevancy.

6    BY MS. BOLGER:

7        Q    You're not making a slur about her?

8        A    No.

9        Q    You're literally saying she put an Arby's

10   sandwich in her pants; is that right?

11       A    Yes.  That's correct.  That's correct.

12       Q    Why are you laughing?

13       A    Because I just think it's so funny.

14       Q    What is your basis for saying she put Arby's

15   in her pants?

16       A    I just think it's so funny.  I just think

17   it's so funny.

18       Q    What is your basis for saying she put Arby's

19   in her pants?

20       A    She carries roast beef in her pockets.

21       Q    What is your basis for saying she puts roast

22   beef in her pockets and in her pants?

```
                                                    Page 340

 1                    MR. KLAYMAN:  Objection.  Relevancy.

 2        Harassment.

 3                    THE WITNESS:  Because I know she likes

 4        roast beef.

 5        BY MS. BOLGER:

 6             Q    So what is your basis for saying she had

 7        Arby's in her pants?

 8             A    Because I know she likes to eat at Arby's.

 9             Q    And she likes to put it in her pants; you

10        know that?

11             A    Yeah.

12             Q    She puts Arby's in her pants?

13             A    Yeah.  She does.

14             Q    Okay.  If I ask Marjorie Taylor Greene, she

15        would tell you that she puts Arby's in her pants?

16             A    I -- it's my best belief that she would tell

17        you that.  Yes.

18             Q    Okay.  Are you making a derogatory comment

19        about her sex life by talking about Arby's in her

20        pants?

21             A    No.  I'm talking about Arby's, the

22        sandwiches.  I'm talking about Arby's.  I would -- I'm
```

Page 341

1    a very direct person.  If I was making a derogatory

2    comment, I would have said it.

3              I just think it's so funny because I -- I

4    feel like you would understand it if you actually

5    hadn't blurred the photo, but it's blurred.

6        Q    We didn't blur a photo.  There may be have

7    been some kind of copy editor, but we'll get you a

8    better copy of it, if that's right.

9        A    Okay.

10       Q    My understanding is that we don't --

11             MR. KLAYMAN:  All right.  Let's take a

12   break.

13             MS. BOLGER:  Actually, I'd like to

14   finish this line of questioning.

15             THE WITNESS:  I just think -- I just

16   think it's so funny.

17             MR. KLAYMAN:  Well, you can finish this

18   exhibit.  Go ahead.

19             MS. BOLGER:  I mean, I'd like to

20   finish --

21             MR. KLAYMAN:  If you'd like to deal

22   more with Arby's, you know --

Page 342

```
 1                  MS. BOLGER:  No.  I have a couple more
 2      questions I'd like to ask in this line.
 3                  MR. KLAYMAN:  Where's the meat?
 4      BY MS. BOLGER:
 5          Q    So Lindsey Graham also --
 6                  THE WITNESS:  It's in her pants.
 7      BY MS. BOLGER:
 8          Q    Lindsey Graham also called you, "toxic"
 9      around the time that you were at the debate and --
10          A    Yeah.
11          Q    -- right?
12          A    Yeah.  That's true.
13          Q    Okay.  And you responded to him on Twitter;
14      right?
15          A    Yeah.  I called him, "gay."
16          Q    Okay.
17                  MS. BOLGER:  Can you might mark this as
18      Exhibit --
19                  THE WITNESS:  It's well-known --
20                  MS. BOLGER:  Can we mark this as
21      Exhibit -- whatever we're at?
22                  THE REPORTER:  31.
```

Page 343

1                   MS. BOLGER:  31, please.  Exhibit 31.

2                   (Exhibit 31 was marked for

3                   identification.)

4                   THE WITNESS:  Several of President

5      Trump's staff have told me in confidence that -- that

6      Lindsey Graham is gay.

7                   MS. BOLGER:  Hold on.  Ms. Loomer,

8      there's no question.

9                   THE WITNESS:  I know.  I'm just

10     explaining --

11                  MR. KLAYMAN:  Objection.  Relevancy.

12     There is an objection.  Relevancy.

13                  MS. BOLGER:  Exhibit 31, please.

14                  MR. KLAYMAN:  All right.  We're

15     finished with that exhibit.  We're taking a break.

16                  MS. BOLGER:  You're not.  I didn't ask

17     about the exhibit yet.  You cannot walk out in the

18     middle of an exhibit, as you know.

19                  MR. KLAYMAN:  You said you were going

20     to finish it.  Come on.  Come on.

21                  MS. BOLGER:  We're going to ask about

22     Exhibit -- Mr. Klayman --

Page 344

1                    MR. KLAYMAN:  Five minutes.  Five

2      minutes.  Come on.

3                    MS. BOLGER:  We're going to ask about

4      Exhibit 31.  Do not get up.  We're asking about

5      Exhibit 31.

6                    MR. KLAYMAN:  Are you done with that?

7      Can we take a break after that?

8                    MS. BOLGER:  I'm done with

9      Exhibit -- no.  I have three exhibits, then we'll take

10     a break.  I'm going to ask you about Exhibit 31.

11     BY MS. BOLGER:

12         Q    31 is a tweet from you.  And it says "It's

13     2024.  There's no reason why Lindsey Graham, South

14     Carolina, needs to hide the fact that he's a gay man.

15     Come on, Lindsey.  I like men too.  No need to hide.

16     I want you to relieve yourself of your toxic closeted

17     anger.  It's 2024.  Nobody needs to hide that they're

18     gay anymore"; do you see that?

19         A    Yeah.  I see it.

20                    MR. KLAYMAN:  Objection.  Relevancy.

21     BY MS. BOLGER:

22         Q    And what is your basis for saying that he's

Page 345

1    gay?

2         A    It's well-known.  I mean, I know a lot of --

3    I ran for Congress.  Like I said, I'm very involved in

4    Republican politics and know a lot of GOP fundraisers.

5              And I know people who have told me that

6    they've attended dinners where he's brought male

7    significant individuals with him -- like, significant

8    others; so --

9         Q    And that tweet, you did it September 13,

10   2024, at 4:19 a.m.?

11        A    Yeah.

12        Q    Is that right?  Boy, you were up late?

13        A    Yeah.  You got to wake up early.

14              MS. BOLGER:  Okay.  And can I have 129?

15   BY MS. BOLGER:

16        Q    You're also --

17        A    I -- I will say that he never denied being

18   gay after I said that.

19        Q    You were also criticized by Thom Tillis on

20   September 11th; right?

21              MR. KLAYMAN:  Share with us what you're

22   talking about, but it's irrelevant.  So objection to

Page 346

1    relevancy.

2    BY MS. BOLGER:

3         Q    You were also criticized by Thom Tillis

4    around the time of the debate; correct?

5         A    Yeah.  But he doesn't have any credibility.

6                   MS. BOLGER:  And I'm going to ask the

7    court reporter to mark this as Exhibit 32.

8                   (Exhibit 32 was marked for

9                   identification.)

10                   THE REPORTER:  Exhibit 32.

11   BY MS. BOLGER:

12        Q    And you'll see that on the -- he tweeted

13   out, "Laura Loomer is a crazy conspiracy theorist who

14   regularly utters disgusting garbage intended to divide

15   Republicans.  A DNC plant couldn't do a better job

16   than she is going -- doing to hurt President's chances

17   of winning reelection enough"; You see that?

18                   MR. KLAYMAN:  Objection.  Relevancy.

19                   THE WITNESS:  Is it -- yeah.  I've seen

20   it.

21   BY MS. BOLGER:

22        Q    Did you see it at the time?

Page 347

1          A     Did I what?

2          Q     See it at the time?

3          A     Yeah.  I replied to it, I believe.

4          Q     And what date was that?  Is that

5     September 13th at 3:02 p.m.?

6          A     Yep.

7          Q     Great.  And then you responded -- can you

8     read your response?

9          A     I said "Thom Tillis is a rhino who attacked

10     President Trump after January 6th and called for all

11     the January 6th political prisoners to remain in jail.

12     Thom Tillis is the DNC plan he accuses me of being.

13     Let's examine the" -- the tweet's cut off, so you cut

14     it off.  It needs to be expanded.  Hopefully, there's

15     another page.  But it goes on.

16                It said "Last year, Thom Tillis was

17     censured," and then it says "Show more."  It was like

18     a long tweet, and I -- you could see the rest of it if

19     you were to show the rest of the tweet.  But he was

20     censured by his own Republican party in North Carolina

21     for being against President Trump's initiatives.

22                And so he accused me of being a DNC plant,

Page 348

1     but yet his own state Republican party censured him.

2     I mean, you -- you have to practically be a Democrat

3     in order to be censured as a Republican senator by

4     your own Republican party.

5              And it's the reason why, like, so many

6     Republican PACs are lining up to primary him and spend

7     millions of dollars because he has a record of being

8     very anti-Trump.

9        Q    And if you're anti-Trump, you're

10    anti-American; right, Ms. Loomer?

11              MR. KLAYMAN:  Objection.  Irrelevant

12    and harassment.

13              THE WITNESS:  Oh.  You know, if

14    you're -- if you're anti-Trump, you shouldn't be

15    accusing other people of being DNC plants.  I mean,

16    he's got to look in the mirror -- the pot calling the

17    kettle black.

18              MS. BOLGER:  We can take that break you

19    guys want.

20              MR. KLAYMAN:  Okay.

21              MS. BOLGER:  We'll take a five-minute

22    break

```
                                                    Page 349

  1                    THE VIDEOGRAPHER:  Off the record at

  2        4:07.

  3                    (Off the record.)

  4                    THE VIDEOGRAPHER:  Back on the record

  5        at 4:26.

  6                    MS. BOLGER:  Great.

  7        BY MS. BOLGER:

  8            Q    Ms. Loomer, before the --

  9                    MR. KLAYMAN:  Yeah.  Wait, wait, wait.

 10        Wait, wait, wait.  Before you say -- my client has

 11        asthma.  She's not feeling well.  We're willing to

 12        complete the deposition, but please be less combative;

 13        okay?  It's unnecessary.

 14        BY MS. BOLGER:

 15            Q    Ms. Loomer, the -- before, I had shown you

 16        an Exhibit 30, which was a tweet.  And you said that I

 17        had deleted the pictures.  I told you that was a

 18        printing error, and I would correct it.

 19                    (Exhibit 30B was marked for

 20                    identification.)

 21            A    Okay.

 22            Q    So just to correct the record, here's
```

```
                                              Page 350

 1      Exhibit 30.  We'll call it 30B to make sure we

 2      affiliated it.

 3                    MR. KLAYMAN:  How did that happen?

 4   BY MS. BOLGER:

 5           Q     It was a printing error.

 6           A     Okay.  Thank you.

 7           Q     Okay.  So, Ms. Loomer, with that correction,

 8      do you recognize that as the tweet you posted about

 9      Marjorie Taylor Greene?

10           A     Yeah.  I do.

11           Q     Okay.  Terrific.  You mentioned at the

12      beginning of the day that you're an investigative

13      reporter, and that you publish truthful information;

14      correct?

15           A     Yeah.

16           Q     And you publish it both on your Loomer

17      website, and your program, and also, on your Twitter

18      feed; right?  Or X feed.  I'm sorry.

19           A     My website, my X account, and my show.  Yes.

20           Q     Okay.  Those are the three things; is there

21      another place you publish content?

22           A     Truth Social, Gettr, Gab -- like we went
```

Page 351

1    over in the beginning -- Telegram.

2         Q    Are those different?  Do you publish

3    different things on different --

4         A    I post most of my contents on X, and -- and

5    Rumble, and my website, but my -- the video clips from

6    my show get reposted on Telegram, Gettr, and Gab, and

7    Truth Social.

8         Q    Okay.  I'm going to ask the court reporter

9    to mark, as Exhibit 31, a posting of yours on X, dated

10   July 20, '24.

11        A    You mean 32?  We already have Exhibit 30 --

12        Q    I mean, 32.  Apologies.

13             THE REPORTER:  33 -- should be it.  We

14   already marked 32.

15             MS. BOLGER:  Let's go with 33.

16             (Exhibit 33 was marked for

17             identification.)

18             THE WITNESS:  Okay.  Thank you.

19   BY MS. BOLGER:

20        Q    This is a tweet about Kamala Harris, would

21   you mind reading this tweet to me, please?

22        A    "Why is it that the only thing Kamala Harris

Page 352

1    ever talks about is killing babies?  The only thing

2    this DEI skank ever talks about is murdering babies;

3    have you noticed that?

4            "Meanwhile, she sucks so much dick to get to

5    the top throughout her career, but she doesn't have

6    any biological children of her own to show for all the

7    semen she's swallowed.

8            "She's a stepmom to a transgender, communist

9    freak of nature with @SecondGentleman" -- that's

10   supposed to be Doug Emhoff for reference and context.

11           "And she's been ridden harder than the

12   community bikes in San Francisco, but no kids ever.  I

13   hear abortions destroy your uterus.  I wouldn't know,

14   but I'm sure Kamala does.

15           "I hope people see how deranged it is that a

16   woman who has no children of her own, own an IQ lower

17   than a baby with fetal alcohol syndrome want so badly

18   to kill other people's children.  Truly demonic.

19           "Kamala Harris, just because you swallowed

20   all of your children doesn't mean you have a right to

21   murder other people's children.  Dirty harlot, go

22   away."

```
                                          Page 353

 1              MR. KLAYMAN:  Objection.  Relevancy.

 2     BY MS. BOLGER:

 3         Q    And you posted that; right?

 4         A    Yes.

 5         Q    Is that right?

 6         A    Yeah.  I posted it.

 7         Q    What is the -- your factual support for the

 8     statement that "she sucks so much dick to get to the

 9     top throughout her career"?

10         A    What's been widely reported.  And even, I

11     guess you could say, admitted by Kamala Harris and

12     Willie Brown themselves, that they had an affair

13     together.

14              There's newspaper clippings that show Kamala

15     Harris being described as Willie Brown's girlfriend --

16     Willie Brown, the former mayor of San Francisco --

17     while he was married.

18              And these -- these news clippings have

19     actually been, like, uncovered.  And they were the

20     subject of a lot of criticism towards Kamala Harris.

21     And Willie Brown has not denied his affair with --

22     with Kamala Harris.
```

Page 354

1              And the fact that they dated was

2     well-publicized -- I mean, it's not -- it's not

3     speculation.  It's, like, a fact.  It is a fact that

4     they dated.

5              And it's been reported on that they dated,

6     and they were sexually involved with each other even

7     while he was married; so --

8        Q    So what is your basis?  I understand that

9     there's -- it's widely published that they dated --

10       A    She supports abortion too, so I --

11       Q    So what's the basis of your claim that she

12    "sucked dick"?

13       A    Well, there's a lot of reports.  Again, she

14    has not denied any of these reports.  Her husband has

15    not denied any of these reports.  Willie Brown has not

16    denied any of these reports that she --

17       Q    Dated him?

18       A    -- has -- yeah.  Dated him and had --

19       Q    What are the reports --

20       A    -- affairs with him and --

21       Q    What are the reports that she "sucked dick"?

22       A    Well, there's reports that Kamala Harris and

Page 355

1    Willie Brown engaged in those behaviors.  And she has

2    never denied them when she's asked -- been asked about

3    it.

4            And Willie Brown has been -- I think he was

5    asked one time at an event, if I recall, if he can

6    talk or speak about how Kamala Harris gave head to get

7    ahead, and he didn't deny it.

8            He actually just said he wasn't going to

9    talk about his previous romantic relationship with

10   Kamala Harris, from my understanding.

11       Q    What are the reports?  Name a single report

12   that said --

13       A    I -- I don't have a computer in front of me.

14       Q    I'm not done.

15       A    I know.  I'm just saying I don't have a

16   computer.

17       Q    I'm going to talk.  Name a report that you

18   have read that said Kamala Harris --

19            MR. KLAYMAN:  Continuing objection.

20   Relevancy.

21   BY MS. BOLGER:

22       Q    -- had to -- "had no children of her own to

Page 356

1     show for all the semen she swallowed."  Name a single

2     report in the world that supports that statement.

3          A    Well, Kamala Harris has said herself that

4     she doesn't have any biological children during her

5     address.  She had to borrow her -- her husband's

6     ex-wife's children.  Well, it's kind of very weird.

7               Her husband's ex-wife kind of had to sit in

8     the audience and look onward as Kamala literally

9     borrowed her children and described how her kids call

10    her Mamala as an awkward explanation as to why she

11    doesn't have children.

12         Q    Ms. Loomer, I asked you --

13         A    I just answered your question.

14         Q    -- what your basis was to saying --

15         A    She has no children.

16         Q    that she has -- "for all the semen she's

17    swallowed" -- what is the basis of your claim that

18    Kamala Harris swallowed semen?

19               MR. KLAYMAN:  Asked and answered.

20               THE WITNESS:  I mean, we can ask Kamala

21    Harris herself.

22    //

Page 357

1    BY MS. BOLGER:

2         Q    Well, you were just expressing your opinion

3    based on some publications about Willie Brown and

4    Kamala Harris; right?

5         A    No.  They've never -- they've never sued

6    over the claims.  They've never denied the claims.

7    They've never denied the claims that Kamala Harris,

8    you know, was orally sexually involved with Willie

9    Brown.

10        Q    What reports are those?

11        A    Like I said, it's been well-documented.

12   There's --

13        Q    Give me one document.

14        A    I would need a -- I would need permission to

15   pull out my -- my device right now.  You could have

16   asked for this in your documents request, and I would

17   have happily shown you all the newspaper clippings.

18   I've tweeted the newspaper clippings.

19        Q    Okay.  What about your sentence, "I hear

20   abortions destroy your uterus.  I wouldn't know, but

21   I'm sure Kamala does"; what are you implying there?

22        A    Well, one of her best friends was Cecile --

Page 358

1                    MR. KLAYMAN:  Relevancy.  Continuing

2        objection.

3                    THE WITNESS:  One of her best friends

4        is Cecile Richards, who was the head of Planned

5        Parenthood.  And so I assume that given the fact that

6        she spent so much time with Planned Parenthood and

7        accepted so many contributions, and she speaks out

8        abortions, surely, somebody who encourages women to

9        get abortions would understand the health implications

10       of that.  And it does destroy your uterus.

11                   It's scientifically proven that women

12       who undergo abortions have a harder time having

13       children because of the scar tissue that is created

14       when you have an abortion.  And so she talks a lot

15       about abortion.  So she would know that abortion

16       destroys your uterus.  I mean --

17       BY MS. BOLGER:

18           Q    Aren't you implying she had one?

19           A    No.  I'm saying she's very good friends with

20       Cecile Richards.  There's a very well-publicized case

21       where when Kamala Harris was Attorney General of

22       California, she had the home of David Daleiden raided

Page 359

1    because David Daleiden conducted an undercover

2    investigation into Planned Parenthood where he caught

3    them -- the doctors, who worked with them, talking

4    about selling baby parts, and then using the funds to

5    buy, like, sports cars, like Ferraris.

6             And Kamala Harris had accepted a lot of

7    money and contributions from the Planned Parenthood

8    PAC and had David Daleiden raided at gunpoint, and had

9    his home and his devices confiscated.

10            And so surely, she would know this; right?

11   Because it's well-documented.  And she made an effort

12   as Attorney General to prosecute Christian and

13   conservative activists that spoke up for the unborn.

14        Q    And when you called her --

15        A    And -- and this is what Bill Maher supports.

16   He donated to --

17        Q    When you called her --

18        A    -- Kamala's campaign.  And he's an

19   atheist --

20        Q    When you called her --

21        A    -- so I don't expect him to be pro-life.

22        Q    When you called her a "dirty harlot," was

Page 360

1    that your opinion?

2         A    Well, some people could say it's opinion, I

3    suppose, but if -- I -- I never -- I never had sex or

4    had an affair with a married man.  The newspaper

5    clippings clearly show Kamala Harris, you know,

6    holding hands -- not just holding hands, but admitting

7    to the fact that she was having an affair and dating

8    Willie Brown while he was still married.  And so --

9         Q    And that makes her, in your opinion, a

10   "dirty harlot"?

11        A    Admitting to having an affair with a married

12   man?

13        Q    In your opinion, makes her --

14        A    It's not just speculation.

15        Q    In your opinion, makes her a "dirty harlot."

16        A    Well, a "harlot," you could say, is a woman

17   that knowingly, and willingly, and shamelessly has an

18   open affair with a married man.

19        Q    So in your opinion, she was a dirty harlot

20   for having an affair with a married man?

21        A    Many people's opinion.

22        Q    Including yours?

Page 361

1          A     Yes.

2          Q     Okay.  Going to ask the court reporter --

3          A     As well-documented.

4          Q     -- to mark, as Exhibit 34, another tweet of

5     yours, dated July 13th of 2024.  Oh.  This doesn't

6     have the picture.

7                    (Exhibit 34 was marked for

8                    identification.)

9          Okay.  Sorry.  The printout has the image on

10    the second page.  Okay.  Can you read that to me?

11         A     "I guess you would know a thing or two about

12    trashy Montel Williams, given the fact that you dated

13    and stuck your cock inside Kamala Harris many years

14    ago.  I've heard everything her infested snatch

15    touches also dies a miserable, painful death."

16         Again.  They -- he -- what is on the record

17    is saying that he had sex with Kamala Harris, and they

18    dated.  He was accompanied by her when they were

19    dating to some kind of music award --

20         Q     It's on the -- well, you and Mr. Klayman

21    thought this was funny; right?

22                    MR. KLAYMAN:  No.  I don't think it's

Page 362

1    funny --

2                        THE WITNESS:  I don't know.

3                        MS. BOLGER:  I saw you --

4                        MR. KLAYMAN:  -- it's a nervous

5        reaction.

6                        MS. BOLGER:  I saw you laugh,

7        Mr. Klayman.

8                        MR. KLAYMAN:  I didn't laugh.

9                        MS. BOLGER:  And I saw you laugh too,

10       Ms. Loomer.

11                       MR. KLAYMAN:  No.  I didn't laugh.

12       BY MS. BOLGER:

13            Q    So you --

14            A    Well, what I laugh about is the fact that

15       there's all these, like, white boxes here --

16            Q    Flip to the next page.

17            A    There's so many printing -- oh.  Here it is.

18       Great.

19            Q    Yeah.

20            A    So then you know.  They're -- they're,

21       together.

22            Q    Where's the reporting that they had sex?

Page 363

```
 1          A     He's admitted it.

 2          Q     Okay.  And what --

 3          A     He's on -- it's like well-documented.  He's

 4     talked about it before, and he says that he has the

 5     utmost respect for her even though they dated.  It's

 6     well-documented that they were an item.

 7          Q     Right.  I didn't ask you whether they dated;

 8     I asked you whether they had sex.  What is your source

 9     for the fact that they had sex?

10                    MR. KLAYMAN:  Objection.  Relevancy.

11                    THE WITNESS:  They never denied it.

12                    MS. BOLGER:  Klayman is cracking up

13     over there.

14                    THE WITNESS:  They never denied it.

15     BY MS. BOLGER:

16          Q     And what was the source for your statement

17     that everything --

18                    MR. KLAYMAN:  The fact that you say so

19     doesn't mean I'm cracking up.

20     BY MS. BOLGER:

21          Q     -- "everything Kamala Harris's infested

22     snatch touches also dies a miserable, painful death";
```

Page 364

1    what is your source for the fact that she had an

2    "infested snatch"?

3         A    Well, "snatch" could mean many things,

4    but --

5                   MR. KLAYMAN:  Objection.  Relevancy.

6                   THE WITNESS:  -- you know, it's a

7    descriptive word to describe Kamala Harris.

8    BY MS. BOLGER:

9         Q    You meant her vagina?

10        A    But she's -- but you know --

11        Q    You meant her vagina; didn't you?

12        A    -- she -- she contributed to four years of

13   our country almost dying a painful, miserable death.

14   And you know, I think Joe Biden is on his way to

15   having a miserable, painful death.

16        Q    So what you actually said here was -- I

17   heard "everything her infested snatch touches also

18   dies a miserable, painful death"; you were referencing

19   her vagina; were you not?

20        A    I think that's speculative.  It doesn't say

21   "vagina."

22                   MR. KLAYMAN:  That's --

Page 365

1    BY MS. BOLGER:

2          Q     You said it.

3          A     Well, I didn't say "vagina."  I would have

4    said "vagina."

5          Q     Well, you're saying "you stuck your cock

6    inside at Kamala Harris many years ago.  I heard

7    everything her infested snatch touches also dies" --

8                MR. KLAYMAN:  Objection -- continuing.

9    Relevancy.

10   BY MS. BOLGER:

11         Q     -- "a miserable, painful death"; isn't it

12   the case that you were making a reference to her

13   vagina?

14         A     No.  I was just trying --

15         Q     So what were you using that word for?

16         A     I was just talking about Kamala.  Like,

17   everything she touches -- as President Trump says,

18   everything they touch turns to shit; right?

19   The -- President Trump says that a lot too in his

20   speeches.  Everything these Democrats do with DEI and

21   woke turns to shit.  So it's all --

22         Q     So you're making -- you're being

Page 366

1     hyperbolic -- speaking figuratively?

2          A    Well, I mean --

3                    MR. KLAYMAN:  Relevancy.

4                    THE WITNESS:  It's obvious that Kamala

5     Harris has contributed to a lot of destruction in our

6     country.  It's why President Trump won the election.

7                    It's why everybody who worked in the

8     Biden administration is not writing tell-all books

9     because everything she's involved with dies a

10    miserable, painful death, including her failed

11    campaign.

12    BY MS. BOLGER:

13         Q    Well, you were either saying she had an

14    "infested snatch" as a statement of fact, or you were

15    speaking rhetorically about the fact that she had what

16    you're now characterizing this as an infested

17    snatch --

18                    MR. KLAYMAN:  This is --

19    BY MS. BOLGER:

20         Q    -- that denies the -- that destroyed the

21    country; so which one was it?  Are you saying she has

22    an infested snatch, or are you expressing your opinion

Page 367

1      about her?

2                    MR. KLAYMAN:  This case is not about

3      Kamala Harris's alleged infection -- infested snatch.

4                    MS. BOLGER:  You guys are -- think it's

5      so funny.

6                    THE WITNESS:  All right.  So he --

7                    MR. KLAYMAN:  No.  I'm thinking you're

8      funny.  You're funny because you're the one that wants

9      to do this.

10                   MS. BOLGER:  Please keep laughing.

11                   MR. KLAYMAN:  I'm laughing at you.

12                   THE REPORTER:  One at a time for the

13     record.  Do not let the record suffer.

14                   THE WITNESS:  I -- I will say I do

15     think it's funny because --

16                   MR. KLAYMAN:  I'm laughing at you.

17                   THE WITNESS:  -- this has nothing to do

18     with Bill Maher who donated to Kamala Harris, by the

19     way.  So again, it's a conflict of interest.  I think

20     people should be aware of that.

21     BY MS. BOLGER:

22         Q    So it's a joke?  You told a joke; right?

Page 368

1          A    It's not a joke.  I'm telling it's a fact

2     that Montel Williams had sex with Kamala Harris.

3     It's --

4          Q    I'm talking about the --

5          A    -- just like it's a fact that --

6          Q    -- "infested snatch" line.

7          A    Willie Brown had sex with Kamala Harris.

8     It's a fact.

9          Q    Right.  The "infested snatch" line, you're

10    making a joke; right?

11         A    No.  I'm just saying --

12         Q    Okay.  Then what's your source for the fact

13    that she has an "infested snatch"?  Because it's

14    either a statement of facts --

15         A    Well, it depends on what your definition of

16    the word, "snatch" is.

17               MR. KLAYMAN:  What --

18    BY MS. BOLGER:

19         Q    What's yours?  You wrote it.

20               MR. KLAYMAN:  What she said has nothing

21    to do with --

22    //

Page 369

1    BY MS. BOLGER:

2         Q    What's yours?  You wrote it.

3              MR. KLAYMAN:  What she said has nothing

4    to do with what Bill Maher said.

5    BY MS. BOLGER:

6         Q    You wrote the words, "infested snatch"; what

7    did you mean by that?

8              MR. KLAYMAN:  This is not a case about

9    Kamala Harris or any of her alleged physical

10   properties.  It's not a case about that.  This is

11   irrelevant.

12   BY MS. BOLGER:

13        Q    You wrote a sentence saying she had an

14   "infested snatch"; what is your basis?

15        A    I don't know what I was referring to,

16   honestly.  I could be referring to Kamala Harris,

17   herself.

18        Q    What?  Of course, you're referring to Kamala

19   Harris.

20        A    Yeah.  I'm talking about Kamala Harris

21   herself.

22        Q    You're talking about her body; you're

```
                                                    Page 370

 1      talking about her vagina?

 2           A     No.  I'm just talking about Kamala Harris.

 3           Q     Well, a snatch is a vagina; isn't it?

 4           A     It's up for interpretation.

 5                     MR. KLAYMAN:  You know that for a fact?

 6      BY MS. BOLGER:

 7           Q     What is another possible word -- definition

 8      of the word, "snatch," that you've ever heard as a

 9      human being on Planet Earth?

10           A     I don't know.  It's up for interpretation.

11           Q     You wrote it.  What did you mean when you

12      wrote --

13           A     I don't know what I meant by it, honestly.

14      I just -- I've just said that everything that I --

15           Q     Ms. Loomer, you're a First Amendment

16      warrior.

17           A     I'm saying that's everything that Kamala

18      Harris touches --

19                     MR. KLAYMAN:  Objection.  Relevancy.

20                     THE WITNESS:  -- dies a miserable,

21      painful death.

22      //
```

Page 371

BY MS. BOLGER:

1

2      Q    You believe in being yourself.

3      A    I do.  And their relationship died a

4  miserable death.  They broke up.  They're not

5  together.  She destroyed our country.

6      Q    I thought you were a First Amendment warrior

7  who was fearless in what you say --

8      A    I am.  I am fearless.

9      Q    Now, you can't remember what you meant?

10     A    I'm fearless.  I'm answering your question,

11  but --

12     Q    You said the president of the United -- the

13  vice president of United State had an infested snatch.

14              MR. KLAYMAN:  Stop badgering the

15  client.  Stop badgering the client.

16              THE WITNESS:  I don't -- I don't

17  understand what this has to do --

18              THE REPORTER:  One at a time.  Do not

19  let the record suffer.  The record is suffering.

20              THE WITNESS:  I don't understand what

21  this has to do --

22  //

Page 372

1     BY MS. BOLGER:

2          Q     I'm not asking you what your understanding

3     of what this has to do with.  I'm asking you the

4     following thing.  As a fearless First Amendment

5     warrior --

6          A     I don't know.  I just -- I just feel like

7     this is very --

8          Q     Ms. Loomer, I'm talking.

9                    MR. KLAYMAN:  Objection.

10                   THE WITNESS:  I'm answering your

11    question --

12                   MR. KLAYMAN:  Objection.  Objection.

13                   MS. BOLGER:  Ms. Loomer, I'm talking.

14    Stop talking.

15    BY MS. BOLGER:

16         Q     You wrote that public --

17         A     Then don't ask me questions.  You told me to

18    stop talking.

19         Q     You wrote -- stop talking.  You wrote a

20    tweet that says that Kamala Harris had an "infested

21    snatch."  Now, be the First Amendment warrior you

22    claim to be and admit that you were saying that the

                                                    Page 373

1     vice president of the United States had an infested

2     vagina.  Admit it.  Because that's what you were

3     doing, and everybody knows it.

4                    MR. KLAYMAN:  Let's say it.

5                    THE WITNESS:  This is coercion.  You

6     just told me to stop talking.  I'm not going to talk.

7     I'm not going to be coerced.  You're -- you're asking

8     me to say something --

9     BY MS. BOLGER:

10          Q    God.  You're a coward.

11          A    -- that isn't true.  I'm not a coward.

12          Q    You're a coward; you won't even admit to

13    what you did.

14          A    I'm not a coward.  I'm just not going to

15    be --

16          Q    Ms. First Amendment warrior won't admit it.

17          A    -- coerced.

18                    MR. KLAYMAN:  Yeah.  Well, you know

19    what?

20    BY MS. BOLGER:

21          Q    You won't admit it.

22                    MR. KLAYMAN:  You know, you're an

Page 374

1    officer of the court, and you behaving --

2                    THE WITNESS:  I'm not going to --

3                    MS. BOLGER:  Coward.

4                    MR. KLAYMAN:  -- in unethical fashion

5    by badgering her --

6                    MS. BOLGER:  Cowards.

7                    MR. KLAYMAN:  -- when something has

8    nothing to do with this case.

9                    THE WITNESS:  Not a coward

10                    MS. BOLGER:  Coward.

11                    THE WITNESS:  Not a coward.  It's

12    politically motivated --

13                    MS. BOLGER:  What exhibit are we at?

14                    UNIDENTIFIED SPEAKER:  35

15                    MS. BOLGER:  What's that?

16                    UNIDENTIFIED SPEAKER:  35.

17                    THE WITNESS:  Bill Maher -- Bill Maher

18    donated to Kamala Harris.  It's just -- it's just more

19    political bias in this case.  Democrat lawyer,

20    Democrat law firm, Democrat donors.

21                    MS. BOLGER:  Move to strike.

22                    MR. KLAYMAN:  All irrelevant.

Page 375

1    Continuing objection.

2                    MS. BOLGER:  Okay.  Going to ask the

3    court reporter to mark, as Exhibit -- 35?

4                    (Exhibit 35 was marked for

5                    identification.)

6                    THE REPORTER:  35.

7    BY MS. BOLGER:

8        Q    A tweet of yours dated October 20, 2023.

9    Ms. Loomer, will you read this one to me?

10       A    "She's so smug.  Needs to be primaried ASAP.

11   She thinks independent journalism isn't a real job.

12   Someone should let Marjorie Taylor Greene know that

13   being an independent journalist is more honorable than

14   being a political prostitute and sucking -- sucking

15   McCarthy's dick all day."

16       Q    Okay.  You've misread that slightly.  It's

17   actually said "know that being an independent

18   journalist is a more honorable/real job than being a

19   political prostitute."

20       A    Oh.  Excuse me.  I'm sorry.

21                   MR. KLAYMAN:  Objection.  Relevancy.

22   //

```
                                                Page 376

 1    BY MS. BOLGER:

 2        Q    And when you said that she spent the whole

 3    day "sucking Speaker McCarthy's dick," what did you

 4    mean?

 5        A    Like, being a sycophant.  You know, like,

 6    when they say, "Oh.  You're like on your knees for

 7    this person."  "Oh.  You know, get off your knees."

 8             It's like a figure of speech when you're

 9    talking about like, "Oh.  This person" -- you know,

10    people will say, "Oh.  They have this person's dick in

11    their mouth."

12             It's like a political term to describe how

13    they're like so enamored by their policies that

14    they're like, you know, unwilling to see straight or

15    like, you know, speak straight.

16        Q    Again, you're speaking rhetorically; right?

17        A    It's a rhetorical expression.

18        Q    Right.

19             MS. BOLGER:  Can I have 45?

20             THE WITNESS:  Being a "political

21    prostitute," like, you know, selling your principles

22    short for -- you know, she -- she campaigned on being
```

Page 377

```
 1     against Kevin McCarthy and not wanting to have him as

 2     speaker, and then she said that he's one of the best

 3     people that she's ever met.

 4     BY MS. BOLGER:

 5          Q     Right.  So you're using rhetorical speech to

 6     express your opinion; right?

 7          A     Yes.

 8          Q     Great.

 9                    MS. BOLGER:  Okay.  Going to look at

10     Exhibit 36.

11                    MR. KLAYMAN:  Objection.  Relevancy.

12                    MS. BOLGER:  No pending question to,

13     Mr. Klayman.

14                    MR. KLAYMAN:  No.  It's the whole line

15     of questioning is irrelevant -- all -- this whole

16     line.

17                    MS. BOLGER:  Okay.

18                    MR. KLAYMAN:  Continuing objection.

19     This has nothing to do with what Bill Maher said and

20     HBO endorsed.

21                    MS. BOLGER:  Okay.  This is Exhibit 36.

22     //
```

```
                                                     Page 378

    1                    (Exhibit 36 was marked for

    2                    identification.)

    3                    MS. BOLGER:  Sorry, Larry.

    4        BY MS. BOLGER:

    5             Q    Can you read -- this is a tweet from you

    6        dated June 1, 2023; can you read it?

    7             A    "MTG is so compromised or McCarthy's penis

    8        must be made out of gold.  I mean, this is so shocking

    9        and crazy how MTG -- MTG is just blatantly lying about

   10        this debt bill and" -- excuse me -- "doubling down on

   11        her lies.  I'm stunned."

   12             Q    Okay.

   13             A    I mean --

   14                    MR. KLAYMAN:  Objection.  Relevancy.

   15        BY MS. BOLGER:

   16             Q    Mr. -- Senator McCarthy's married; right?

   17             A    Congressman Kevin McCarthy?

   18             Q    Sorry.  Yes.  Congressman McCarthy -- former

   19        Congressman Kevin McCarthy is married?

   20             A    I mean, I think so.  I don't know.  I know

   21        that he lost the first bid for speakership because of

   22        an affair that was widely reported.  So I don't know
```

Page 379

1    if it's like a real marriage or a marriage of

2    convenience.  I don't know.

3            But I mean, like, I think he's still married

4    to his wife.  I don't know.  But I know that he did

5    not win the first round of the speakership because a

6    scandal broke about him having an affair --

7        Q    What does --

8        A    -- with a congresswoman, I believe, by the

9    name of Renee Ellmers.

10       Q    What does it mean to have a "golden dick" in

11   your vocabulary?

12       A    It's like a term used to --

13               MR. KLAYMAN:  Objection.  Relevancy.

14               THE WITNESS:  It's like a term used to,

15   like, describe, like, "Oh.  Wow."  Like, you know,

16   when a guy can do no wrong; right?  Like, "Oh.  His

17   penis must be made of gold."  Like, they -- it's a

18   rhetorical term used to describe a guy that, you know,

19   just pretty much, like, gets away with everything that

20   he does; so --

21   BY MS. BOLGER:

22       Q    So you're, again, using rhetorical language

Page 380

1    to express your opinion; right?

2        A    Well, it's -- it's a figure of speech to

3    express the fact that Kevin McCarthy just gets away

4    with all of his inconsistencies, which he was.

5            So I was saying MTG is either so compromised

6    in her -- you know, in her backtracking on Kevin

7    McCarthy, or Kevin McCarthy's penis must be made of

8    gold.  Like, isn't -- he couldn't -- he could do no

9    wrong.

10       Q    Okay.  Can I ask you to look at Exhibit 37,

11   which is a tweet of yours from June 1, 2024.  Just

12   have to find it.

13                   (Exhibit 37 was marked for

14                   identification.)

15       A    Thank you.

16       Q    Ms. Loomer, this is another tweet of yours

17   from June 1, 2024; can you read that to me?

18                   MR. KLAYMAN:  Continuing objection.

19   Relevancy.

20                   THE WITNESS:  "Daddy issues got you

21   down, Claudia Conway?  Don't hate Trump just because

22   he actually loves his children.  How does it feel

Page 381

1    knowing that your dad loves attacking President Trump

2    more than he loves you?  Is that why you take your

3    clothes off for five dollars a month looking for other

4    men to call 'Daddy'?  You're one sad, pathetic, broken

5    bitch."

6    BY MS. BOLGER:

7         Q    So she was 19 years old when you tweeted

8    this; right?

9         A    Yeah.  So what?

10                   MR. KLAYMAN:  Objection.  Relevancy.

11                   THE WITNESS:  She's an adult.  She has

12   an OnlyFans -- or -- or not OnlyFans -- of like some

13   kind of Playboy site.  As you can see there, she was

14   offering nude photos of herself for five dollars a

15   month for seminude photos, so taking her clothes

16   off -- same thing.

17   BY MS. BOLGER:

18        Q    How did you know that George Conway loves

19   attacking President Trump more than he loves her?

20        A    Well, I mean, it's a pretty bad sign when

21   your daughter's taking her clothes off for money.

22   Generally, we would say that -- that's the definition

Page 382

1    of "daddy issues," or somebody --

2        Q    Do you have a source for that, or are you

3    just giving your opinion?

4        A    Well, I mean, you know, I think you can say

5    that you're -- you failed as a parent if your child is

6    a stripper.

7        Q    That's your opinion; right?

8        A    I mean, it's fact.  If you -- if you raise

9    your child to be a moral person, your daughter's not

10   going to be taking her clothes off.  You fail as a

11   parent if you're -- you have a degenerate child.

12       Q    Sorry.  Women who take their clothes off are

13   degenerate?

14       A    Women who take their clothes off for money

15   are degenerate.  Yes.

16       Q    Strippers are degenerate?

17       A    Women who sell photos of themselves, either

18   naked or semi-naked are degenerate.  Yes.  I don't

19   expect Bill Maher to agree 'cause he's an atheist.

20           And again, he -- there's been many reports

21   about his own issues with women.  Not going to get

22   into it all here, but you know --

Page 383

1          Q    Also, we're not going to get into it 'cause

2    there's no pending question.  When you say, "you are

3    one sad, pathetic" --

4          A    You know what I'm talking about, though;

5    that he's an atheist, he's not going to care.

6          Q    What does belief in God have to do with

7    whether someone is --

8          A    It has a lot to do it because people --

9          Q    -- is a stripper or not?

10         A    -- are Christian or Jewish -- people of

11   faith have morality.  We don't support abortion.  We

12   do not support prostitution.  We do not support taking

13   your clothes off for money.

14              We do not support immoral behavior.  And I

15   don't expect Bill Maher or his attorneys to understand

16   why I would have a problem with George Conway

17   attacking President Trump when he should be more

18   focused on his daughter.  He was -- he wasn't --

19         Q    You're not attacking George Conway here,

20   though.  You're attacking his 19-year-old daughter;

21   right?

22         A    Well, I attacked him, too, in the tweet.  I

Page 384

1      said, "knowing your dad" --

2          Q    So you call a 19-year-old girl, "you are one

3      sad, pathetic, broken bitch"; right?

4          A    Yeah.  And she is.

5          Q    Okay.  That's your opinion; right?

6          A    I'd say it's a fact.  She's 19 years old,

7      and she has very wealthy parents, both of whom are

8      millionaires.  And she could have done anything with

9      her life.  Her mother was an advisor to President

10     Trump.  Her father runs a PAC.  And she has privilege.

11              That's what we call "privilege" when you

12     grow up in a household like that, with that kind of

13     status and wealth.  And she could have done anything

14     she wanted to do, but she chose to take her clothes

15     off her money.  So I would say that my statement is a

16     fact.

17         Q    Really?  You think calling someone "a bitch"

18     is a statement of fact?

19         A    Yeah.

20         Q    Really?  What's the definition of "bitch"?

21         A    I guess it's --

22         Q    Isn't that highly subjective?

Page 385

1          A     I said -- I said, "sad, pathetic, broken

2     bitch."

3          Q     Right.

4          A     I would say that it's pretty sad and

5     pathetic that a 19-year-old girl -- very pretty young

6     girl who has, you know, wealthy parents and her whole

7     future ahead of her is basically allowing herself to

8     be sexually objectified by men.

9                I think it's very sad.  I think that it's

10    very sad state of affairs when young women take their

11    clothes off for money.  It's very sad.  I think it's

12    pathetic, and it's a symbol of a broken home and a

13    broken person.

14         Q     What's the difference, then, between a fact

15    and an opinion?

16                    MR. KLAYMAN:  Objection.  That calls

17    for a legal conclusion.

18                    THE WITNESS:  Well, this is --

19                    MS. BOLGER:  It doesn't.

20    BY MS. BOLGER:

21         Q     But you can tell me your opinion.

22                    MR. KLAYMAN:  Yes.  It does.

Page 386

1                      THE WITNESS:  It's a fact that she's

2      taking her clothes off for money.  It says here that

3      she's offering adult content for five dollars a month

4      on Playboy to "reclaim her womanhood."

5                      It's a fact.  I'm not saying that this

6      is -- it's not my opinion.  It is a fact that she's

7      taking her clothes off for money.

8      BY MS. BOLGER:

9          Q    But I'm asking you what the difference is

10     between a fact and opinion.  So for example, it may be

11     a fact that she's taking off her clothes for money,

12     but isn't it your opinion that she's a "pathetic,

13     broken bitch"?

14                     MR. KLAYMAN:  Calls for a legal

15     conclusion.  Objection.

16                     THE WITNESS:  I mean, it's -- it's up

17     for debate, I suppose.  But again, I don't see what

18     this has anything to do with Bill Maher falsely

19     accusing me of having sex with President Trump, which

20     is why I sued.

21     BY MS. BOLGER:

22         Q    That wasn't my question.

Page 387

1          A     Okay.

2                    MS. BOLGER:   I'm going to ask you to

3     mark this as Exhibit 38.

4                    (Exhibit 38 was marked for

5                    identification.)

6                    MS. BOLGER:   Oh.   Sorry.

7                    THE WITNESS:   Thank you.

8     BY MS. BOLGER:

9          Q     It's a tweet from you, dated November 20,

10    2024; what is -- you're laughing at your joke?

11         A     It's a fact.

12         Q     Okay.   Why don't you read your tweet?

13         A     I said, "JB Pritzker" -- is the governor of

14    Illinois -- "really wants to show his dick to

15    someone's daughter."

16         Q     Okay.   Why are you laughing?

17         A     Because again, it's -- it's a perversion.

18    He said in his tweet as a protest against Trump for

19    sending protections for trans kids, everyone should

20    use the other gender's bathroom.   He's basically

21    advocating for somebody's young daughter to be

22    molested and raped by a transgender.

Page 388

1          Why would you want to have a biological male

2    go into the female bathroom where young girls are?

3    It's -- it's predator behavior.  It's disgusting.  And

4    so you know, there's been multiple reported incidents

5    of young children, especially young girls, having

6    themselves exposed to biological men who want to

7    pretend that they are women because of this sickness,

8    this perversion perpetuated by the Democrat party that

9    trans -- there's such thing as a "trans kid."

10          It's called child abuse.  It's called

11   mutilation.  It should be a crime, and it's gross.

12   Why would -- why does JB Pritzker want a grown man to

13   walk into a girl's bathroom?

14      Q    That's not what you say, though.  You say --

15   you don't say that --

16      A    Because that's what happens.  He wants to

17   show his dick to someone's daughter.  I am -- I'm

18   sorry.  But if you -- if you are a grown man, and you

19   want -- if you are saying as a public -- a public --

20   if you are saying as a public official, a governor of

21   a state that, you know, to protect trans kids,

22   everyone should use the other gender's bathroom, you

Page 389

1     are basically advocating for a grown man to walk into

2     the women's bathroom and show himself to a woman.

3               Because how do men urinate?  They urinate in

4     stalls.  They don't close the door like women do where

5     you know, there's privacy, and you pull your pants

6     down.  And there's a door, and it's shut.  They --

7     they literally take their penises out, and they just

8     piss.

9               He's advocating for a grown man to wield his

10    dick out and show it to a young child and expose

11    himself.  It's disgusting.  It's -- it's disgusting,

12    perverse behavior.

13         Q    That's your opinion; right?

14         A    No.  It's a fact.  It's -- it's gross.  It

15    is so gross to advocate for men to invade women's

16    spaces.  It's a fact.  And unfortunately, the

17    Democrats have -- have promoted this mental illness in

18    our society that they think it's okay to advocate for

19    trans people to invade our bathrooms and to expose

20    themselves.  It's disgusting.  It's degenerate, and

21    it's a mental illness.

22               MS. BOLGER:  Okay.  What exhibit are we

Page 390

1          on?

2                          UNIDENTIFIED SPEAKER:  39.

3                          THE REPORTER:  39.

4                          (Exhibit 39 was marked for

5                          identification.)

6          BY MS. BOLGER:

7               Q    Okay.  I'm going to ask you to look at

8          Exhibit 39.  It's a long exhibit.  I'm actually just

9          asking you to look at your tweet.  Sorry.  I'm sorry.

10         Hold on.  Let me just make sure I have another copy.

11              Okay.  This is a tweet from you, dated

12         October 16, 2024; and can you read that to me?

13              A    "If you call yourself, 'Second Gentleman,'

14         you're just gay.  Men aren't supposed to be second to

15         women.  It's called biological hierarchy, and we

16         should respect it.  There's a reason why she tells him

17         to 'answer your effing phone.'  She has no respect for

18         him because he's lowered himself into being a loser."

19              Q    Okay.  Do you have any reason to believe

20         Doug Emhoff is gay?

21              A    "Gay" can mean either homosexual, or it can

22         also just mean, like, you're, like, weak.  You know,

Page 391

1      it's like also used as a term to describe, like, weak

2      men.  It is.  So it's like a -- and I do believe that

3      he's a weak man.

4              I mean, there's reports that he allowed his

5      wife to -- he even said it himself.  He said -- she

6      said -- "she told me to answer my effing phone."  I

7      mean, not many people could argue that that's a sign

8      of an abusive relationship.

9              I mean, a wife talking to her husband that

10     way it's not exactly very respectful.  Again, I don't

11     expect Bill Maher to understand what respect is in a

12     relationship.  He's never been married --

13              MR. KLAYMAN:  Continuing objection on

14     relevancy.  That has nothing to do with this case.

15              MS. BOLGER:  You just interrupted your

16     own client.

17     BY MS. BOLGER:

18        Q    Can you finish your answer?

19              MR. KLAYMAN:  I'm putting an objection

20     on the record.

21              THE WITNESS:  I was just saying that

22     it's disrespectful, and he has lowered himself because

Page 392

1    any man who would allow his wife to speak to him that

2    way doesn't have respect for himself.

3    BY MS. BOLGER:

4         Q    So you're saying that you believe men aren't

5    supposed to be second to women; that's your belief?

6         A    Well, I mean, men are stronger than women,

7    biologically speaking.  It's called -- I said it's

8    biological hierarchy.  Men and women, there's two

9    genders for a reason.  If you haven't been infected

10   with the Democrat delusion that there's a million

11   genders, there's men, and there's women.

12            And men are physically stronger and

13   biologically built different than women.  And there's

14   biological hierarchy; right?  There is.  It's science.

15   It's proven fact.  It's just how the world works.

16   It's worked this way forever.

17            And Kamala Harris is not respecting her

18   husband when she tells him, "answer your effing

19   phone."  It's disrespectful.  It's a sign that she has

20   disrespect for her marriage, speaking to her husband

21   that way.

22        Q    That's your opinion; right?

Page 393

```
 1        A    Well, I think that a lot of people --
 2   anybody who's in a relationship or anybody who's
 3   married would be offended if their spouse was going
 4   around telling people, "Oh.  Yeah.  I told them to
 5   answer his effing phone."
 6            I mean, it's like you got to have some
 7   respect for your partner.  I think that it's important
 8   to respect your partner.
 9        Q    Well, but that's not what you're saying.
10   You're saying it's important for a man to be the
11   hierarchical higher member of a relationship?
12        A    I'm saying that there's -- that -- that
13   there's biological hierarchy.  Men are built
14   differently than women, and men are physically
15   stronger than women.  It's biological hierarchy.
16        Q    What does that have to do with him being
17   gay?
18        A    Well, he is just weak.  He's not -- he's not
19   asserting his biological hierarchy in the
20   relationship.
21        Q    That's your opinion; right?
22            MR. KLAYMAN:  Objection.  It's becoming
```

Page 394

1    theater of the absurd.  This has nothing to do with

2    this case -- this is --

3    BY MS. BOLGER:

4        Q    That's your opinion; right?

5        A    I mean, look.  We can go over my -- we

6    can -- we can analyze my political analysis of Kamala

7    Harris, and her husband's relationship all we want.

8    But this lawsuit is about Bill Maher falsely accusing

9    me of having sex with Donald Trump.

10       Q    Right.  That's your opinion that you're

11   expressing on X; right?

12       A    Has -- what does this have to do with Bill

13   Maher?

14       Q    I didn't ask you that.  I asked you if that

15   was your opinion.

16       A    I know.  But you just want to, like, you

17   know --

18       Q    I want to know if that's your opinion.

19                MR. KLAYMAN:  She's not a party to

20   the -- she's not a defendant in this case.

21   BY MS. BOLGER:

22       Q    What's your opinion?  Is that -- is --

Page 395

1    sorry.  That's your opinion; isn't it?

2                    MR. KLAYMAN:  Kamala Harris --

3    BY MS. BOLGER:

4        Q    That tweet contains your opinion; correct?

5        A    Yeah.  I didn't say that I -- I never post

6    my opinion.  I give commentary on things.  I talk

7    about things all the time.  But what does this have to

8    do with Bill Maher saying that I slept with President

9    Trump and trying to ruin my career?

10       Q    And you believe that the First Amendment

11   protects your right to give your opinions; right?

12                   MR. KLAYMAN:  No.  That -- no --

13                   THE WITNESS:  No.  The First Amendment

14   does not protect Bill Maher saying, Laura Loomer had

15   sex with Donald Trump.

16   BY MS. BOLGER:

17       Q    I didn't ask you what you thought about Bill

18   Maher.  I asked you --

19       A    I'm telling you -- I'm answering the

20   questions --

21       Q    It doesn't matter --

22       A    It does matter, though.

Page 396

```
 1          Q    -- what you want to say.

 2          A    It does.

 3                    THE REPORTER:  One at a time, please.

 4                    THE WITNESS:  It does matter.

 5     BY MS. BOLGER:

 6          Q    I get to ask a question, and you get to give

 7     me an accurate answer; isn't it the case --

 8                    MR. KLAYMAN:  All right.  You just

 9     turned yourself a motion for sanction.  You're going

10     too far.

11                    THE WITNESS:  I get to give you the

12     truthful answer.

13     BY MS. BOLGER:

14          Q    Isn't it the case that you believe that the

15     First Amendment protects your right to express your

16     opinion?

17                    MR. KLAYMAN:  This calls for a legal

18     conclusion.

19                    THE WITNESS:  My --

20                    MR. KLAYMAN:  It's irrelevant in this

21     context.  It has nothing to do with this case.  Please

22     stop badgering my client.  You are going to get a
```

Page 397

1      motion for sanctions; it's guaranteed.

2      BY MS. BOLGER:

3          Q    Isn't it the case that you believe that the

4      First Amendment protects your right to have opinions?

5      I would be proud to say that I'm an American.

6          A    It's not an opinion for Bill Maher to say --

7          Q    I didn't ask you that, Ms. Loomer.

8          A    I know.  But that's where this is going.  I

9      understand.  I'm not stupid.

10         Q    Ms. Loomer, how can you possibly be --

11     you're really sitting here -- you, of all people --

12         A    I'm sitting here --

13         Q    -- a proud First Amendment warrior, are not

14     able to say --

15         A    It's not a First Amendment right for Bill

16     Maher to say that I slept with Donald Trump.

17         Q    Is it --

18         A    We're not here about Kamala.  If Kamala has

19     an issue, she should sue me.

20         Q    Is it a First Amendment right for you to

21     express your opinion?

22                    MR. KLAYMAN:  That has -- out of

Page 398

1    context.   Irrelevant.

2                    THE WITNESS:  That has nothing to do --

3    you're trying -- it's a leading question.  You're

4    asking me something about Kamala Harris --

5                    MR. KLAYMAN:  Vague and ambiguous.

6                    THE WITNESS:  -- when -- when this is

7    about Bill Maher.  We should be talking about what

8    your client --

9    BY MS. BOLGER:

10       Q    I'm not asking at all about -- put that

11   tweet --

12       A    -- had any justification for saying I had

13   sex with Trump.

14       Q    Put all those tweets aside.  Put all those

15   tweets aside.  I'm not asking you about any of those

16   tweets.  You pick them up and put them to your side,

17   please.  Pick up the tweet -- the documents and put

18   them to the side.

19                    MR. KLAYMAN:  All right.  This is

20   enough.  I'm instructing her not to go answer any more

21   questions.

22   //

Page 399

1    BY MS. BOLGER:

2         Q    And now, let's ask this question.

3                   MR. KLAYMAN:  Do not answer any more

4    questions.  This is badgering.  You're going to be --

5                   MS. BOLGER:  Mr. Klayman, I haven't

6    even asked the question.

7                   MR. KLAYMAN:  You will have a motion

8    for sanctions.  Do not answer any more questions along

9    here.

10                  MS. BOLGER:  Isn't it --

11                  MR. KLAYMAN:  You're just being

12   harassed.  That's all.  Stop.

13   BY MS. BOLGER:

14        Q    Doesn't the First Amendment --

15                  MR. KLAYMAN:  She's not answering any

16   more questions here.  Do not answer any questions.

17   BY MS. BOLGER:

18        Q    Doesn't the First Amendment protect your

19   right to have opinions; and isn't that wonderful?

20                  MR. KLAYMAN:  No.  She's -- this

21   is -- she's not here in a legal context.  She's here

22   as a fact witness.

```
                                               Page 400

 1                    THE WITNESS:  You have laws --

 2                    MR. KLAYMAN:  Stop --

 3                    MS. BOLGER:  No.  Mr. Klayman, please

 4         don't --

 5                    MR. KLAYMAN:  -- okay?  I'm instructing

 6         you not to answer.  I'm instructing you not to answer;

 7         okay?

 8         BY MS. BOLGER:

 9              Q    Ms. Loomer, if he --

10                    MR. KLAYMAN:  This is harassment.

11         BY MS. BOLGER:

12              Q    -- if you don't answer this question, I'm

13         definitely getting you back.  The question is very

14         simple.

15                    MR. KLAYMAN:  Well, the judge will

16         decide that.

17         BY MS. BOLGER:

18              Q    Isn't it the case that, in the United States

19         of America, the First Amendment express a right to

20         have opinions; and isn't that fucking fantastic?

21                    MR. KLAYMAN:  Well, that's nice, but

22         you --
```

Page 401

1    BY MS. BOLGER:

2         Q    What's your answer?

3              MR. KLAYMAN:   Do not answer the

4    question; all right?  She's getting a motion for

5    sanctions.  That's where it stands.

6    BY MS. BOLGER:

7         Q    You're really not going to answer the

8    question, "Doesn't the First Amendment protect your

9    right to have an opinion?"

10             MR. KLAYMAN:   I'm instructing her not

11   to answer.  I'm instructing her not to because you are

12   harassing her.  You're harassing --

13             MS. BOLGER:   That's a ridiculous

14   instruction, Mr. Klayman.

15             MR. KLAYMAN:   No.  I don't care whether

16   you think, because frankly --

17             MS. BOLGER:   So I just want to be clear

18   that this motion --

19             MR. KLAYMAN:   All you want to do is

20   work her over --

21             MS. BOLGER:   This motion that's going

22   to be filed in open court is going to be me saying to

Page 402

1    the judge, "Ms. Loomer wouldn't answer the

2    question" --

3                    MR. KLAYMAN:  Say what you want.

4                    MS. BOLGER:  "Doesn't the First

5    Amendment right protect" --

6                    MR. KLAYMAN:  Say what you want.  Say

7    what you want.

8                    MS. BOLGER:  -- "your ability to have

9    opinions," which I would think Ms. Loomer would love

10   to say.

11                   MR. KLAYMAN:  You already threatened

12   her with attorney's fees.  You are badgering her --

13                   MS. BOLGER:  I'm sorry.  I don't know

14   what you're talking about.

15                   MR. KLAYMAN:  The judge said that's not

16   applicable.  Slap everything else --

17   BY MS. BOLGER:

18        Q    Ms. Loomer, I'm going to ask you one more

19   time --

20        A    There's a difference between --

21                   MR. KLAYMAN:  No.  Stop.

22        //

Page 403

```
 1    BY MS. BOLGER:

 2        Q    I'm going to ask you one more time.

 3              MR. KLAYMAN:  Stop.

 4    BY MS. BOLGER:

 5        Q    Doesn't the First Amendment protect your

 6    right --

 7              MR. KLAYMAN:  You're instructed not to

 8    answer.  You're instructed --

 9    BY MS. BOLGER:

10        Q    -- to have opinions; and isn't that great?

11    You're a First Amendment warrior.  Doesn't the First

12    Amendment right protect your right to have opinions?

13              MR. KLAYMAN:  No.  This is harassment.

14              You do not answer; okay?

15              Move on.

16    BY MS. BOLGER:

17        Q    Are you really not answering that question?

18              MR. KLAYMAN:  Move on.  Yes.  She's

19    instructed by her lawyer not to answer because this is

20    over the top --

21              MS. BOLGER:  She can actually say, "You

22    know what?  I'm going to not take your instruction."
```

Page 404

1        She's a grownup.  She can do that.  The question

2        you're asking her --

3                      MR. KLAYMAN:  One more question like

4        this, and this deposition is over.

5                      MS. BOLGER:  Mr. Klayman, the question

6        is --

7                      MR. KLAYMAN:  One more question like

8        this --

9                      MS. BOLGER:  I'm going to ask the

10       question one more time, and I'm going to hope you

11       revisit this.

12                     MR. KLAYMAN:  You are a vicious, nasty

13       person.

14       BY MS. BOLGER:

15            Q    Doesn't the First Amendment protect your

16       right to have opinions; and isn't that great?

17                     MR. KLAYMAN:  Do not answer the

18       question.  She's getting a motion for sanctions.  This

19       is beyond the pale.  Do not answer the question.

20       BY MS. BOLGER:

21            Q    Are you going to accept that instruction?

22            A    [No audible response.]

Page 405

```
 1          Q    Ms. Loomer, you have to answer that one.

 2                    MR. KLAYMAN:  Your lawyer's instructing

 3     you not to go further in this question.

 4     BY MS. BOLGER:

 5          Q    And I just said, are you going to accept

 6     that instruction?

 7          A    I'm going to take the guidance of my

 8     attorney.

 9                    MS. BOLGER:  Can I have 132?  Actually,

10     can I have 134?

11                    Okay.  Exhibit --

12                    THE REPORTER:  40.

13                    MS. BOLGER:  40.

14                    (Exhibit 40 was marked for

15                    identification.)

16     BY MS. BOLGER:

17          Q    There it is.  Okay.  Exhibit 40 is a post by

18     you, Ms. Loomer, from September 11, 2024; can you read

19     that, please?

20                    MR. KLAYMAN:  Objection.  Relevancy.

21     Continuing objection.  Harassment.

22     //
```

Page 406

1    BY MS. BOLGER:

2        Q    Can you read it, please?

3        A    "It's really funny how Marjorie Taylor

4    Greene, a raging anti-Semite has said -- who said Jews

5    use space lasers to control the world, wants to

6    pretend like I'm a racist because I made a funny joke

7    about Kamala Harris making cooking videos and buying

8    curry spice at an anti-Trump spice shop.

9            "And I mocked how she uses her Indian mom as

10   a way to dodge questions.  I won't be apologizing for

11   having a sense of humor.  I also believe in free

12   speech, Marjorie Taylor Greene, which you clearly do

13   not support.  I get it.  You're jealous of me despite

14   your planted hit pieces about me in the New York

15   Times.  I won.  Get over it."

16       Q    What is the "I won" in reference to?

17                MR. KLAYMAN:  Objection.  Relevancy.

18                THE WITNESS:  As I said before, she was

19   not invited to the presidential debate because a lot

20   of President Trump's staff can't stand her.  And so

21   she was very upset and relayed to several people that

22   I know that she was very angry that I was invited to

Page 407

1    the debate, and Matt Gaetz was invited to the debate,

2    and she was not.

3                   She said that she felt, like, passed

4    over.  But she just, you know, it's -- the reality

5    is -- is she didn't want to accept the fact that a lot

6    of President Trump's staff don't like her.

7    BY MS. BOLGER:

8         Q    Okay.  And you are -- you say you made a

9    funny joke about Kamala Harris making cooking videos;

10   do you see that?

11                  MR. KLAYMAN:  Objection.  Relevancy.

12   BY MS. BOLGER:

13        Q    Do you see that?

14        A    Yeah.  It was mocking her cooking.

15        Q    Right.  And you believe that your free

16   speech rights protect your ability to make jokes;

17   right?

18                  MR. KLAYMAN:  Objection.  Relevancy.

19   What Maher did was not a joke.

20   BY MS. BOLGER:

21        Q    It's not asking about Maher; I'm asking you.

22                  MR. KLAYMAN:  It was a statement of

Page 408

1    fact.

2    BY MS. BOLGER:

3        Q    Don't you believe that your free speech

4    rights protect your rights to make a funny joke about

5    Kamala Harris; isn't that what you wrote here?

6                MR. KLAYMAN:  I hope we're not going to

7    go down the same path of harassing her more.

8    BY MS. BOLGER:

9        Q    Just answer the question, Ms. Loomer.

10       A    I mean -- I mean, it was a funny commentary

11   about her constantly talking about how she cooks.  And

12   then she went to a anti-Trump spice shop.  But again,

13   it was all based off of fact.  And what Bill Maher

14   said about me sleeping with President Trump is not a

15   joke.

16       Q    I just asked if you felt you had the right

17   to your free speech rights meant you could make a

18   joke, which you just said.

19       A    This has nothing to do --

20       Q    But it's what you just --

21       A    But this has -- but this has nothing to do.

22   There's a difference between talking about her making

Page 409

1    videos about cooking, which she did on multiple

2    occasions, and Bill Maher saying, "Laura Loomer had

3    sex with President Trump."  There's a big difference

4    there.  It's not the same thing.

5        Q    Do you believe that your free speech rights

6    allow you to make a joke about a public figure like

7    Kamala Harris?

8                MR. KLAYMAN:  Objection.  Relevancy.

9    This case is not about Kamala Harris or anything she

10   said with Kamala Harris.

11   BY MS. BOLGER:

12       Q    I just asked, do you feel like --

13                MR. KLAYMAN:  It's part of the

14   harassment.

15   BY MS. BOLGER:

16       Q    -- your free speech rights allow you to make

17   a joke about a public figure?

18       A    I just feel that this has nothing to do with

19   the fact --

20       Q    It doesn't matter that --

21       A    -- that Bill Maher falsely accused me of

22   having sex with President Trump.

Page 410

1          Q    Ms. Loomer, the question is, do you feel
2     that your free speech rights allow you to make a joke
3     about a public figure?
4                    MR. KLAYMAN:  Same objection.
5     Relevancy.
6                    THE WITNESS:  I've already answered the
7     question.
8     BY MS. BOLGER:
9          Q    You have not answered the question.
10                   MR. KLAYMAN:  That's it.  Move on.
11                   THE WITNESS:  I did answer the
12    question.
13    BY MS. BOLGER:
14         Q    Do you believe --
15                   MR. KLAYMAN:  Move on.
16    BY MS. BOLGER:
17         Q    -- that your free speech rights, as you say
18    here, allow you to make a joke about a public figure?
19    Because that's what you say in this tweet; isn't it?
20                   MR. KLAYMAN:  Do not answer the
21    question.  All right.  This deposition is over.  It's
22    over.  Let's get out of here.  We'll get your

Page 411

1    sanctions.

2                    MS. BOLGER:  I'm sorry.  What are you

3    doing?

4                    MR. KLAYMAN:  It's over.  The

5    deposition is over.  Come on.

6                    MS. BOLGER:  Mr. Klayman, I would urge

7    you not to do this.

8                    MR. KLAYMAN:  We'll go in front of the

9    court.

10   BY MS. BOLGER:

11        Q    The pending question is do you believe your

12   free speech rights allow you to make a joke?

13   Ms. Loomer, this is a poor decision.

14                    MS. BOLGER:  Mr. Klayman, this is

15   embarrassing for you.

16                    MR. KLAYMAN:  Yeah.  We'll see.  The

17   record speaks for itself.  You're harassing my client.

18   BY MS. BOLGER:

19        Q    The question was, do you believe that your

20   free speech allow you to make a joke about public

21   figures, and you're storming out?

22                    MR. KLAYMAN:  Come on.  Let's go.

Page 412

1                    THE WITNESS:  I answered the question.

2                    MR. KLAYMAN:  We're not storming out.

3         You're harassing my client.  I asked you to stop.

4                    THE WITNESS:  It has nothing to do with

5         Bill Mayer with accusing me of having sex with Donald

6         Trump.

7                    MS. BOLGER:  Mr. Klayman, please sit

8         down, and let's continue the deposition.

9                    MR. KLAYMAN:  Then stop.  Then stop.

10                    MS. BOLGER:  Otherwise, you will be --

11         no.  I will not allow you to tell me what to do.

12                    MR. KLAYMAN:  Then stop.  No.  We'll

13         ask the court to deal with this.  They can watch the

14         video.  They can see how you're behaving.

15         BY MS. BOLGER:

16              Q    The question is, do you feel that your free

17         speech rights allow you to --

18                    MR. KLAYMAN:  That's right.  And your

19         associate obviously agrees with me.  She's nodding.

20         BY MS. BOLGER:

21              Q    -- make a joke?  And that's a yes-or-no

22         question.

Page 413

1                    MR. KLAYMAN:  Do not answer the

2      question.

3                    You want to move on, or this deposition

4      is over.

5                    MS. BOLGER:  I want an answer to my

6      question.

7                    MR. KLAYMAN:  No.

8      BY MS. BOLGER:

9          Q    Are you going to answer the question,

10     Ms. Loomer?

11                   MR. KLAYMAN:  No.  She's not.  I'm

12     instructing not to answer.

13     BY MS. BOLGER:

14         Q    Are you going to accept your lawyer's

15     instruction?  Which, again --

16                   MR. KLAYMAN:  This is harassment.

17     BY MS. BOLGER:

18         Q    -- as you are a free speech warrior, the

19     question is, do you think your First Amendment rights

20     give you the right to make jokes about public figures?

21                   MR. KLAYMAN:  This is badgering; okay?

22     So she's not answering.

Page 414

```
 1                    THE WITNESS:  What Bill Maher said

 2     about me was not a joke.

 3     BY MS. BOLGER:

 4          Q    It's not my question, Ms. Loomer.

 5          A    We're here -- I know.  But we're here today

 6     to talk about Bill Maher falsely accusing me of having

 7     sex with President Trump.

 8          Q    God.  It's embarrassing that you, the free

 9     speech warrior, won't answer a simple question like

10     that.

11          A    I answered your question.

12                    MR. KLAYMAN:  That's not your --

13     BY MS. BOLGER:

14          Q    How did you find out about Bill Maher's

15     reports?

16                    MR. KLAYMAN:  All right.  Good.  We're

17     moving on.

18                    MS. BOLGER:  Not because of you

19     Mr. Klayman.

20                    MR. KLAYMAN:  I know.  I know.

21     BY MS. BOLGER:

22          Q    What did you --
```

Page 415

1                MR. KLAYMAN:  We're moving on because

2    you're in the deep you-know-what.

3    BY MS. BOLGER:

4        Q    Ms. Loomer --

5                MS. BOLGER:  I'm a what?

6                MR. KLAYMAN:  You're in deep trouble --

7    the way you behave.

8                MS. BOLGER:  Oh.  I'm so sorry.  I'm so

9    sorry, Mr. Klayman.  I didn't hear you make that slur

10   about me.

11               MR. KLAYMAN:  Yes.  You're in deep

12   trouble.

13   BY MS. BOLGER:

14       Q    Ms. Loomer, when did you hear about

15   Mr. Maher's report?

16       A    The day that I posted about it, I believe.

17       Q    How did you hear about it?

18       A    I received a lot of calls, and I went on

19   Twitter.  And my -- I got a lot of notifications on

20   Twitter with people tagging me.  And my phone just

21   kept on buzzing and buzzing and buzzing because people

22   had clipped it, and it was being reported online.

Page 416

```
1              And every time somebody tags you, your phone
2     just like buzzes and beeps.  And I got a phone call
3     about it too -- several phone calls, actually.
4          Q    Did you watch the show?
5          A    I don't watch Bill Maher's show.
6          Q    Okay.  Have you ever seen the whole -- the
7     show from beginning to end of that night -- the
8     September 13th show?
9          A    Yes.  I have.
10         Q    Okay.  When did you see it from beginning to
11    end?
12         A    I believe, like, the week that it came out.
13    I, for like legal purposes, obviously, I watched it.
14    But I don't watch -- I don't find him to be funny.
15    Like I said, it's not a joke.
16              I don't think he's very funny.  I think he's
17    just a -- he likes to capitalize off of people's
18    hatred of President Trump, and he promotes hatred of
19    President Trump, and so does HBO.
20         Q    Do you know anybody who watches the Bill
21    Maher show?
22         A    Yeah.  There's, obviously, millions of
```

1    people who watch it because he gets -- he gets over a

2    million views per episode.  So I know people who watch

3    it.  President Trump has seen the show before.  He's

4    commented about it on Truth Social.  He said that he

5    doesn't find Bill Maher to be very funny.

6            I know a lot of people who have watched it.

7    I know Steve Bannon -- Steve Bannon even went on his

8    show.  I know a lot of people who have seen the show.

9    It doesn't mean they watch every single episode, but

10   yeah.  A lot of people watch Bill Maher's show, like I

11   said.

12       Q    Including some people you respect; right?

13   Well, you respect Trump.

14       A    Well --

15            MR. KLAYMAN:  Vague and ambiguous.

16   Objection.

17            THE WITNESS:  It's not -- I -- I

18   wouldn't say -- I -- I do respect President Trump, but

19   I wouldn't say that President Trump was willingly

20   trying to watch Bill Maher's show.  I think that, you

21   know, President Trump has seen the show.

22            I don't want to speak for the

Page 418

1    president, but I can imagine that, given how often

2    Bill Maher attacks President Trump -- and I mean, I

3    myself have documented thousands of, you know,

4    screenshots.

5                    I mean, you've seen these screenshots,

6    obviously.  I don't want to get into the contents of

7    our deposition with Bill Maher, but --

8    BY MS. BOLGER:

9                    MS. BOLGER:  So don't.

10                   THE WITNESS:  -- there are countless

11   examples that are publicly available online of Bill

12   Maher disparaging President Trump, misleading Melania

13   Trump, the Trump children --

14   BY MS. BOLGER:

15       Q    I'm so sorry.  The question was, do people

16   you respect watch Bill Maher?

17       A    I just said a lot of people -- not

18   willingly.

19       Q    Okay.  Sorry.  Steve Bannon went on Bill

20   Maher under duress; is your testimony?

21       A    There's a difference between going on a show

22   as a guest to talk about -- he wanted a conservative

Page 419

1    to draw attention because, you know, I have reason to

2    believe that Bill Maher wanted to go to the White

3    House because he wanted to try to lessen a lot of the

4    blowback he received from making these derogatory

5    remarks about me.

6           And he's friends with Kid Rock.  And it's my

7    understanding that he asked Kid -- Kid Rock to arrange

8    this meeting for him with President Trump.  And I have

9    reason to believe that he did this because he wanted

10   to try to --

11       Q    So again, Ms. Loomer, the question I was --

12       A    -- prevent more blowback.

13       Q    -- the question I asked you was --

14       A    I know what I'm saying.

15       Q    -- did Bannon go on under duress.  And now,

16   you're going on a different tangent --

17       A    He went on the show because --

18       Q    So let's --

19       A    -- because he wanted a conservative --

20              MR. KLAYMAN:  Let her finish her

21   answer.

22              THE WITNESS:  He wanted a conservative

```
                                                    Page 420

 1      guest to talk about his -- his ridiculous dinner at

 2      the White House with President Trump, which he used as

 3      a way to try to diminish blowback from my lawsuit.

 4      Because --

 5      BY MS. BOLGER:

 6          Q    Okay.  We're done with the answer --

 7          A    -- he purposely -- he purposely --

 8          Q    -- that this is not the answer to my

 9      question.

10          A    -- he purposely scheduled the dinner to take

11      place days before our deposition.  And he did it on

12      purpose.

13          Q    Okay.  Ms. Loomer, I'm going to move to

14      strike that.  We can talk about that later.  But my

15      question was, did Steve -- was Steve Bannon coerced

16      into going onto the show?  So you're not answering the

17      questions I'm asking you.

18          A    All right.  I wasn't a part of the

19      conversation --

20          Q    Right.

21          A    -- but I know -- I know Steve Bannon likes

22      to get in the media, so I don't know.  I know he likes
```

Page 421

1    to.

2         Q    Okay.  So you said --

3         A    Doesn't mean I agree with his decision to go

4    on the show.

5         Q    So when you -- you said you got telephone

6    calls from people to tell you about the show; correct?

7         A    Yes.

8         Q    Okay.  Who called you?

9         A    My boyfriend was one of the people that

10   called me.

11        Q    Does he watch the show?

12        A    He saw clips of it online that were

13   circulating.  A couple --

14        Q    I'm sure your boyfriend didn't believe it;

15   right?

16             MR. KLAYMAN:  Objection.  She can't

17   testify for her boyfriend.

18             THE WITNESS:  I mean, obviously, I

19   can't speak for my boyfriend, but I'm very faithful to

20   my boyfriend, and I think my boyfriend was just very

21   offended by it because it's derogatory.

22             It's like, you know, falsely accusing

Page 422

1    me of -- of having an affair with President Trump.

2    It's very disrespectful.  And Bill Maher didn't take

3    that into account when he made these comments.

4                    I mean, luckily, my boyfriend is a very

5    secure individual, but these are the types of claims

6    that ruin and put a lot of stress on relationships.

7    And it was very embarrassing, especially in a new

8    relationship having to have this type of press

9    coverage, especially when I had just been introduced

10   to his family.  It was very uncomfortable having to

11   deal with that.

12   BY MS. BOLGER:

13        Q    Did he tell you that he believed Bill Maher?

14        A    No.

15        Q    Okay.  He told you he didn't believe it;

16   right?

17        A    He just showed me the clip, and he called me

18   about it.

19        Q    Okay.

20        A    And said, "Have you seen this?"

21        Q    Okay.  Did he say he believed you were

22   having an affair with the president?

Page 423

1           A    No.  Because my boyfriend has met President

2      Trump, and my boyfriend knows that these claims are

3      ridiculous.

4           Q    Okay.  What did Mr. Maher say precisely that

5      is the basis of this claim?

6                     MR. KLAYMAN:  The complaint speaks for

7      itself.  Show her the complaint.

8                     THE WITNESS:  It's in the complaint.

9      We have the complaint.

10     BY MS. BOLGER:

11          Q    No.  I want to know what you remember,

12     Ms. Loomer.  Please tell me.

13                    MR. KLAYMAN:  What she remembers is

14     irrelevant.

15                    THE WITNESS:  I have that exact quote.

16     There's the exact quote in the complaint.  And the

17     judge and the jury can look at it, and they can see

18     for themselves the exact quote.

19     BY MS. BOLGER:

20          Q    But I'm saying you're asking for --

21          A    But he said that --

22          Q    There you go.

Page 424

1          A    -- that -- that "Laura Loomer is fucking

2     Trump."

3          Q    You believe that that's exactly what she --

4     he said?

5          A    Again, I told you that I don't have the

6     complaint in front of me, but he has -- he -- he said

7     that -- that -- he said several things.  He said that,

8     "Oh.  Donald Trump is a dog.  He's not sleeping with

9     Melania.  Laura's his type."  And "Oh.  We did a

10    segment on the show, 'Who's Trump Fucking?'  Oh.  I

11    bet it's Laura Loomer."

12         Q    You think those are the exact words he used?

13         A    Again, you can pull up the complaint.  I

14    mean, I've -- I --

15         Q    Well, you've asked for $150 million in

16    damages.  I would think you'd be able to remember what

17    he said.

18         A    Well --

19              MR. KLAYMAN:  Actually, over 150

20    million.

21              THE WITNESS:  I want to be precise, and

22    I know what he said.  But I'm asking you to show the

Page 425

1     document just so that -- 'cause we're under oath.  And

2     so if you're under oath, and you get one little word

3     wrong, then you could say you're going to try to

4     falsely accuse me of lying under oath.

5                    So no.  It's a dirty trick; right?  I'm

6     not new to this.  So I know that that's what will be

7     used against me -- one little word that's wrong,

8     like an --

9     BY MS. BOLGER:

10        Q    I just think it's amazing that you can't

11    remember what you think damaged you $150 million.

12    Let's --

13                    MR. KLAYMAN:  She didn't testify to

14    that.

15                    THE WITNESS:  I just said --

16                    MS. BOLGER:  Let's mark this as

17    Exhibit --

18                    THE WITNESS:  I just said he -- he --

19                    MR. KLAYMAN:  She didn't testify.  You

20    know that --

21                    THE WITNESS:  He accused me of fucking

22    Donald Trump.  He accused me.  I'm just trying to

Page 426

1       be --

2                       THE REPORTER:  One at a time on the

3       record, please.

4                       THE WITNESS:  I'm trying to be accurate

5       because we're under oath here.

6                       MR. KLAYMAN:  Your editorial --

7                       THE WITNESS:  You should care about

8       being under oath.  It's precise.

9                       MR. KLAYMAN:  Please avoid your --

10                      MS. BOLGER:  Can I ask you to mark this

11      as Exhibit 41, please?

12                      MR. KLAYMAN:  Please avoid your

13      editorial comments, Ms. Bolger.

14                      THE WITNESS:  Trying to be accurate.

15                      MS. BOLGER:  Can you mark this as

16      Exhibit 41?

17                      THE WITNESS:  I want to get the exact

18      quote.

19      BY MS. BOLGER:

20          Q    Okay.  Exhibit 41 is a tweet from you; can

21      you read that?

22      //

Page 427

1                    (Exhibit 41 was marked for

2                    identification.)

3          A    "I should sue Bill Maher for defamation.

4     This is beyond the pale, and it's complete -- it's a

5     complete and blatant lie.  I've never in my life seen

6     such a coordinated attack by the mainstream media at

7     the White House and leftist personalities to target a

8     private citizen and investigative journalist simply

9     because I flew on a plane and I support Donald Trump.

10              "This is unacceptable, and it's a full-blown

11    lie and incredibly disrespectful to President Trump

12    and First Lady Melania Trump.  It's very obvious some

13    type of memo went out because the reaction to what I

14    said is completely overblown, and it's a full-blown

15    character assassination campaign.  This is a

16    full-blown lie from Bill Maher.  And he is maliciously

17    and deliberately defaming me."

18         Q    Okay.  And you wrote that right?

19         A    Yes.

20         Q    Okay.  And you're retweeting something from

21    someone named The Vigilant Fox; do you know The

22    Vigilant Fox?

Page 428

1          A     No.  But it's a clip.  So like post -- if

2     you play the clip, it's the clip.  So it doesn't

3     really matter if I know them or not because the

4     reality is -- is that's the exact clip of Bill Maher's

5     words --

6          Q    Yeah.  I'm not criticizing you.  I just

7     wondered if you knew who The Vigilant Fox was.

8          A     No.  I know.  I don't know -- I don't know

9     who they are.

10         Q    Okay.  It says -- you say in -- "I've never

11    in my life seen such a coordinated attack by the

12    mainstream media of the White House and leftist

13    personalities to target you"; what was the

14    "coordinated attack"?

15         A    Well, you know, first, there was all this

16    news coverage about me flying on the plane.  And then

17    when they realized that a lot of people were actually

18    very happy to see that I was on the plane; and when

19    they saw that President Trump performed very well

20    during the debate, and he made comments about Haitians

21    eating people's pets, and that it made him go up in

22    the polls and quickly became the number one trend on

Page 429

1    TikTok; and polling in the aftermath of the debate

2    showed that he did very well by making immigration the

3    number one issue, the attacks started to become more

4    obscene; right?

5              And so you saw Bill Maher make his claims

6    that -- that I'm fucking Donald Trump.  And then, you

7    know, people trying to insinuate, "Oh.  Well, why was

8    she on the plane?"  Like, why -- it's not the first

9    time a journalist has been on the plane.

10             There are many instances of -- in fact, I've

11   been on the plane when there's been other reporters

12   there.  And there's been many instances where other

13   members of the media have gone on the plane, and they

14   know this.

15             But they deliberately try to make it a

16   scandal because they want to try to ruin my life.

17   They want to try to ruin my reputation.  And the coup

18   de grace to all of this -- because when you -- when

19   you can't destroy a woman based off of, you know, her

20   own words; and you can't destroy a woman because she

21   actually is appealing; or you know, she has talent,

22   like I do, in terms of exposing all this lawfare,

Page 430

1    which caught President Trump's attention, they go with

2    the cheap shots of saying that they're having sex with

3    the president.

4            And so that's what they -- that's what Bill

5    Maher did.  And then I noticed that the vitriol just

6    like jumped a few notches after Bill Maher made these

7    claims.  And for three weeks straight, it was just

8    nonstop harassment.  Literally, nonstop harassment.

9            I just -- I've never seen so much energy

10   directed towards a private citizen before -- a private

11   individual where you have nonstop -- and I'm not --

12   I'm not exaggerating.  Every single show on every news

13   network, which just like nonstop coverage about Laura

14   Loomer, Laura Loomer, Donald Trump, Laura Loomer,

15   Donald Trump for three weeks straight.  It's just --

16       Q    Who are the "they" you're referring to?

17   You've said several times that "they coordinated

18   attacks," or "they did this"; who are the "they" in

19   that?

20       A    Well, it's like the -- the media; right?

21   You have CNN, MSNBC.  You have HBO, Bill Maher.  You

22   have -- I think it was even, like, the official

Page 431

1    campaign account for Kamala Harris and Joe Biden made

2    nasty comments about me.  It was very coordinated.

3    And -- and according to us --

4         Q    Who was coordinating it?

5         A    It was -- it was coordinated in their

6    messaging.  It was all the same stuff.  And all of

7    this should show you -- this is not normal, for all of

8    these people to have the same headlines.  Like, it --

9    it's just blatant character assassination.

10              Conspiracy theorist, 9/11 conspiracy -- I've

11   never denied 9/11.  I wrote a book.  I wrote a book

12   that was published in 2021.  And I have an entire

13   chapter in my book about 9/11.  And I've -- I've never

14   said 9/11 was an inside job.

15              I just don't know where this is coming from.

16   It's like it was planted.  They even talked about it

17   in the White House press briefing room.  It was just

18   unbelievable.  And then Bill Maher --

19        Q    Can I just --

20        A    -- compounded this by doing an additional

21   episode on the 20th of September where he continued to

22   perpetuate lies about me --

Page 432

1          Q    So the next --

2          A    -- including saying that I don't like brown

3     people.

4          Q    In the third, fourth, fifth paragraph, it

5     says, "it's very obvious some type of memo went out

6     because the reaction to what I said is completely

7     overblown, and it's a full-blown character

8     assassination campaign"; do you see that?

9          A    Yeah.

10         Q    Okay.  What do you mean by the -- are you

11     saying, literally, a type of memo?

12         A    Like a -- like a coordinated messaging.

13     Like, "Oh.  Let's just keep on attacking."  'Cause it

14     just -- you know, with the producers for all these

15     news stations, it's very obvious that some kind of a

16     memo was circulated or some kind of a talking point.

17     And maybe that was with Bill Maher and his producers

18     too.

19              'Cause obviously, there was -- there was a

20     memo with messaging that went around, because he had

21     that entire segment, "24 Things" -- I think it was

22     called like "24 Things You May Not Know About Laura

Page 433

1    Loomer."  And so somebody must have had to have

2    circulated like a -- like a fake fact sheet about me

3    because he did an entire segment where -- these

4    talking points.

5              And I noticed there was a similarity in what

6    he was saying to what a lot of these mainstream media

7    people were saying -- trying to say that I don't like

8    brown people, calling me a 9/11 conspiracy theorist,

9    insinuating that I'm having an affair.

10              And those remarks were reiterated by Mika

11    and Joe on Morning Joe.  And then, you know, it's

12    just -- it's just very strange to me how this all came

13    about.  Because I'm not a 9/11 conspiracy theorist.

14    And the things that he said about me in this -- in

15    this clip were completely made up.

16              But coincidentally, they happened to be a

17    lot of the same things that -- aside from the part

18    about me sleeping with President Trump, of

19    course -- that were repeated in all these different

20    articles that you showed me.  And they know it's not

21    true.  They just -- they know it's not true --

22                   MR. KLAYMAN:  We've been going 45

Page 434

1       minutes --

2                   MS. BOLGER:  Okay.  Can we take --

3       yeah.

4                   MR. KLAYMAN:  We're taking a

5       five-minute break.

6                   MS. BOLGER:  That's fine with you;

7       that's fine with me.  I was actually going to ask for

8       one.

9                   THE VIDEOGRAPHER:  Off the record at

10      5:26.

11                  (Off the record.)

12                  THE VIDEOGRAPHER:  Back on the record

13      at 5:41.

14      BY MS. BOLGER:

15          Q    Ms. Loomer, you have a -- I guess I'm

16      struggling for the right way to call it -- a live

17      stream called Loomer Unleashed?

18          A    It's a show.

19          Q    Okay.  It's a show; is it live streamed?

20          A    Yes.  It is on Rumble.

21          Q    Okay.  And then you leave it up on Rumble?

22          A    Mm-hmm.

Page 435

```
1            Q    Okay.  And so do you use the word,
2       "episode," to refer to one live stream?  Like, one --
3            A    Do I what?
4            Q    Do you use the word, "episode," to refer --
5            A    Yeah.
6            Q    Okay.  So you did an episode of Loomer
7       Unleashed about -- on September 14th; right?
8            A    I would think so.  I mean, I'd have to see
9       the date that it aired.  The day that it airs is the
10      day that it's aired 'cause it's live.  So if it says
11      September 14th, then it's September 14th.
12           Q    Lexie just sent me a Post-it note that has
13      this --
14           A    I think it was like the Saturday after
15      everything had gone down, so I believe that would be
16      the Saturday; right?  Right after?  Is September 13th
17      the Friday?
18           Q    It was -- yes.
19           A    Yeah.  So then the Saturday, 'cause I did
20      the show on a Saturday.
21           Q    Okay.  And it's episode -- Lexie just told
22      me it's episode 75; does that sound possible?
```

Page 436

1          A    Okay.  Probably.  I mean, that's what it
2     says that it is.
3          Q    Where do you film the Loomer Unleashed; in
4     an office?
5          A    The studio.
6          Q    Okay.  In Florida?
7          A    Yeah.
8          Q    Okay.  Is that your, like, usual spot where
9     you do this?
10         A    Mm-hmm.
11         Q    Okay.  And the staff you have working with
12    you -- I'm sorry.  You mentioned earlier, there's a
13    guy who helps you with the clips; right?
14         A    Mm-hmm.
15         Q    Okay.  And is he with you?
16         A    Sometimes.  But it's set up so that it can
17    be remote as well.
18         Q    Okay.  Great --
19         A    They have other clients and so, like, it's
20    sometimes remote.
21         Q    Okay.  Great --
22         A    He was with me the day that this was done.

```
                                                      Page 437

 1                    THE VIDEOGRAPHER:  Just watch your arm

 2      against your mic.

 3                    THE WITNESS:  Oh.  Sorry.

 4                    He was with me the day that this one

 5      was done, I believe, to help me get it set up.  Yeah.

 6      BY MS. BOLGER:

 7          Q    Okay.  Great.  All right.  So we're going to

 8      play a couple clips of this, if that's okay with you.

 9                    (Exhibit 42 was marked for

10                    identification.)

11          A    Fine.  Go ahead.

12          Q    You'll see -- well, just -- sorry.

13                    MS. BOLGER:  Will you pause it one

14      second?

15      BY MS. BOLGER:

16          Q    The name of the episode is "Media on Warpath

17      to Destroy Laura Loomer"; right?

18          A    I guess if that's my Rumble channel; is that

19      from my Rumble channel?

20          Q    It is.  Yes.

21          A    Yeah.

22          Q    Okay.  Do you type that in?  Like, do you
```

Page 438

1    write that?

2            A    My producer types in the titles.

3            Q    But you write the -- like, you write the

4    words, and he types them in?

5            A    Not necessarily.  My producer is the one

6    that types it in.

7            Q    Okay.  All right.  So let's watch --

8            A    He's the one that comes up with the, like

9    the frames --

10           Q    The chyrons?

11           A    The chyrons.  Yes.

12                    MS. BOLGER:  Okay.  Go ahead.

13                    (Video played.)

14                    THE WITNESS:  They're called "lower

15   thirds" for --

16                    MS. BOLGER:  Okay.  Great.

17   BY MS. BOLGER:

18           Q    Those clips that you were just showing,

19   before the break, we were talking about your tweet

20   about that you should sue Bill Maher, which is right

21   in front of you.

22                    And I'm sorry.  I don't know the Exhibit

Page 439

1        number; can you tell me what it is?

2            A    41.

3            Q    Okay.  You had said that there -- you

4        believe there was a campaign of some sort of scenario.

5        And in this clip, you're talking about that same

6        campaign; is that correct?

7                        MR. KLAYMAN:  Are you giving us a

8        number of this exhibit?

9                        MS. BOLGER:  Oh.  Yes.  I am.  Sure.

10       It can be -- we'll use Exhibit 42.

11       BY MS. BOLGER:

12           Q    Is that correct?

13           A    Please repeat the question.

14           Q    Sure.  In that tweet in front of you, you

15       talk about your belief that there was a coordinated

16       attack.

17           A    Yep.

18           Q    And in this video, you're showing some

19       articles.  And I'm asking you, is that the same idea

20       of the coordinated attack that you're referencing in

21       the tweet?

22           A    Yeah.  If I recall correctly, during this

Page 440

1       episode, I was talking about all the -- like, a lot of

2       the different media articles about me as it related to

3       me going to the 9/11 Memorial.  But this segment was

4       specifically focused on them calling me a 9/11

5       conspiracy theorist, which is what Bill Maher also

6       said about me --

7            Q     Okay.  So what --

8            A     -- 'cause you know, I was -- I was showing

9       the evidence in the -- if you watch the rest of the

10      clip, that I had a controversy when I was in college

11      for speaking out about Islamic terrorism, specifically

12      talking about 9/11, in which I condemned the

13      university for having a speaker/chanter, Allahu Akbar,

14      on 9/11, which I said was disrespectful to the

15      victims, precisely because 9/11 was an Islamic

16      terrorist attack.

17               And so it was just kind of crazy to me that

18      they would accuse me of being a conspiracy theorist

19      because in my book -- and it's really just kind of

20      been a whole part of my, like, career in general --

21      you know, they say, "Oh.  She's anti-Muslim."  Well, I

22      don't hate Muslim people, but I've been critical of

Page 441

1    Islamic terrorism, specifically 9/11.  So --

2        Q    Okay.  So just let's focus on what -- the

3    question; okay?

4        A    Yeah.

5        Q    So let's move to 01:04:44.

6                (Video played.)

7    BY MS. BOLGER:

8        Q    Okay.  What is the "they" -- you say, "that

9    is why they hate me.  They ran this campaign"; who's

10   the "they"?

11       A    Well, the media.  I said in the -- in the

12   section there, "Media is on a Warpath," I'm talking

13   about the media or the -- I believe Bill Maher's also

14   included in this too.  Just all the people that were

15   on this warpath because it was just -- it's quite

16   unprecedented.

17           I mean, I don't know how familiar you are

18   with the price of media slots, especially a month and

19   a half out from the presidential election, but it's

20   millions of dollars, like, in terms of airtime.

21           And when you calculate the amount of money,

22   when you look at the amount of airtime that was

Page 442

```
 1       dedicated on the late night shows, and mainstream
 2       media, and publications, talking about me,
 3       specifically, it's literally a hundred million
 4       dollars.
 5               Like, if you were to calculate the amount.
 6       So it could be considered an in-kind contribution to
 7       the Kamala Harris presidential campaign, or you know,
 8       a hundred million dollars of in-kind contributions in
 9       anti-Trump coverage using me as a vehicle to attack
10       President Trump.
11          Q    Can I ask you a question, though?
12          A    Yeah.
13          Q    I don't quite understand -- this is a -- I
14       don't quite understand what you mean by, "paying for
15       television slots."  Do you mean -- and I'm -- this is
16       a genuine question, so let me finish, please.
17               Do you mean the contents of what you see on,
18       for example, a news program in the evening?  Or do you
19       mean advertisements placed?  I don't understand what
20       you are articulating as --
21          A    If you were -- if you were to take the
22       amount of time that they spent talking about me, which
```

Page 443

1       was hours.  Like, if you look at all the different

2       shows, and all the different networks, and you add it

3       all up, and you were to make those into advertising

4       slots, in terms of like the time that you would --

5            Q    I understand.

6            A    -- you run an ad -- if you -- and you broke

7       it down because -- and you can talk to any expert

8       about this too in TV ad placement -- the amount of

9       airtime, especially as you get close to a presidential

10      election season, it, like, quadruples the cost of the

11      slot.  And so if you were to calculate that in terms

12      of advertisements; right?

13               Like, let's say it's anti-Trump ads, or you

14      know, pro-Kamala Harris ads, it would be the

15      equivalent of about a hundred million dollars of ad

16      money; right?

17           Q    Okay.  I understand.

18           A    Like, advertisement money.  And they --

19      that's why a lot of this -- that's why a lot of these

20      news networks are now being sued by President Trump

21      too; I'm sure you've seen in the -- in the media.

22               Because whether it's like the interviews

Page 444

1    that were -- that were edited in certain ways to cover

2    up flubs by Kamala Harris, or it was dishonest

3    coverage, the president and his legal team, I believe,

4    have argued that this was like an in-kind contribution

5    in a sense to Kamala Harris and the Democrat party.

6    And so --

7         Q    Okay.  I understand what you mean.  Thank

8    you very much.

9         A    That's what I'm talking about when I say "a

10   hundred million dollars."

11        Q    Great.  Great.  Okay.  That's helpful.

12        A    And I just -- to clarify too -- I remember

13   having a conversation with Chris LaCivita around the

14   time, like, when I told you I had that conversation.

15   I was like, "Oh, my God.  It's crazy."  And Chris

16   LaCivita knows because he has been in campaigns for a

17   long time.  He is President Trump's campaign manager.

18            I even mentioned -- I said, "This has got to

19   be probably, like, a hundred million dollars' worth of

20   coverage that they've dedicated to just trying to

21   attack me."  And he didn't challenge my assertion that

22   it would -- it was about a hundred million dollars

Page 445

1    when I had a phone conversation with him.

2                    MS. BOLGER:  And then 01:17.  Go ahead.

3                    (Video played.)

4                    MR. KLAYMAN:  Can you raise the volume,

5    please?

6                    MS. BOLGER:  That's as high as it goes.

7    BY MS. BOLGER:

8        Q    Okay.  So that -- you were -- that's

9    referencing, again, some of the articles I fetched.

10   We looked at the Semafor article.

11       A    Yeah.

12       Q    Some of the articles we looked at earlier,

13   you're talking about the fact that this coverage is

14   crazy?

15       A    Yeah.  It was just -- it was just -- it was

16   nonstop.  And as I said before, this was on the 14th

17   and so that was the day after the episode aired, and

18   it became increasingly -- I was thinking that, "Oh.

19   You know, it's going to die down.  It's been two days.

20   They're going to let this go.  And you know, there's

21   more important things to talk about.  The election's

22   coming up.  There's other things to talk about aside

Page 446

1    from Laura Loomer."

2              But I'm not kidding.  Like, when it -- when

3    Bill Maher made his comments, the -- the media

4    coverage throughout the weekend, it was like on

5    steroids.

6         Q    Well, we looked at that Semafor article.

7    That wasn't before his comment; right?

8         A    No.  But I'm -- I'm talking about the

9    coverage.  It continued all throughout the weekend.

10   Like, I remember sitting on my couch with my boyfriend

11   when -- when it was the weekend.  It was Saturday.

12             And we were just sitting there, and we

13   turned the news on.  And we had the TV on in my room.

14   We had the TV on in my living room, and another stream

15   on the DIRECTV live stream on my computer.  And I'm

16   not joking when I say like every Sunday morning show,

17   every weekend show had -- was leading with and ending

18   with commentary about me.

19             And it just was nonstop.  And I think that a

20   lot of the -- a lot of this coverage was inflamed by

21   Bill Maher's remarks because it just added to the

22   salacious nature of it.  And --

Page 447

1              MS. BOLGER:  I'm going to call again

2     for the production of any article, tweet, publication,

3     video, television show that discusses what Bill Maher

4     said without discussing your response.

5                   So I'll call again for that production,

6     which I think would have been responsive to the

7     document request, but I'll just make that for the

8     record.

9                   Let's look at the next clip.

10             THE WITNESS:  Can you start it over

11    from the beginning, please?

12             MS. BOLGER:  We're getting to the

13    point --

14             THE WITNESS:  It's really hard to hear

15    too, by the way.

16             (Video played.)

17             MS. BOLGER:  Oh.  I'm sorry.  I should

18    never be allowed near devices.  I'm very sorry.  I

19    didn't mean to stop it.

20             MR. KLAYMAN:  Yeah.  I have to continue

21    this objection on relevancy.  This has nothing to do

22    with anything other than you're trying to --

Page 448

```
 1                    MS. BOLGER:  Okay.  Can we just play

 2       the clip, please?

 3                    THE WITNESS:  Is there a way -- I'm

 4       sorry to interrupt, but is there a way to just make it

 5       a little louder?  It's just so quiet.  It's really

 6       hard to hear.

 7                    MS. BOLGER:  Not really.  We can take

 8       it --

 9                    THE WITNESS:  Okay.

10                    MS. BOLGER:  Keep going.

11                    (Video played.)

12       BY MS. BOLGER:

13          Q    Okay.  Do you believe that Marjorie Taylor

14       Greene planted the statement in the Bill Maher show,

15       which is what you seem to say there?

16                    MR. KLAYMAN:  Objection.  Relevancy.

17                    THE WITNESS:  What I'm saying is

18       that -- and I'll clarify.  Bill Maher made this claim.

19       He's the one that said that I was having an affair.

20       And when this happened, there's an individual who

21       worked with Marjorie Taylor Greene.  It was

22       well-documented.  He's a foreigner.  His name is Milo
```

Page 449

1    Yiannopoulos.

2                    And he -- he's an agitator, and he was

3    her intern.  He was also living with her.  And he

4    ghostwrote her book.  And when he saw this story from

5    Bill Maher, and when he saw people like the claims

6    made by Bill Maher, he started lying and making up

7    stories and saying things like, "Oh" -- I think there

8    was one post where he said, "Oh.  Laura told a mutual

9    friend of ours that she blew President Trump."

10                    And so they were exploiting -- people

11   who didn't like me were exploiting this rumor and this

12   claim posted and published by Bill Maher about me

13   having an affair with President Trump to further

14   inflame the situation and to falsely accuse me of

15   things; right?  It all started with Bill Maher.  So

16   the --

17   BY MS. BOLGER:

18        Q    In that clip, you definitely say, "she

19   planted it with Bill Maher."  That's definitely what

20   you say; are you saying that's not what you meant?

21        A    No.  I'm saying that she -- perhaps

22   I -- perhaps I misspoke.  But Marjorie Taylor Greene

Page 450

1    was one of the people who originally planted hit

2    pieces about me, like the first time that President

3    Trump wanted to hire me.  And that was well-

4    documented.

5            She came out, and she attacked me viciously

6    when the New York Times story came out.  And it was

7    very weird because the story was published.  And

8    within about like 45 seconds to the point where the

9    New York Times published their report, Marjorie had

10   already had like an entire long tweet drafted talking

11   about how -- about the story.

12           And it's like, you can't read a report that

13   long unless you had advanced knowledge about it.  And

14   I was later alerted to the fact that Marjorie had a

15   role in spreading this New York Times hit piece about

16   me after it was reported by the New York Times I would

17   not be working with President Trump.

18       Q    Okay.  Got it.

19       A    And so I -- that's what I meant when I was

20   talking about planting stories about me.

21       Q    I got it.  Okay.

22       A    And that's documented in tweets too.  Like,

Page 451

1      she -- you know, she posted a tweet --

2          Q    I get it.  That's not -- we don't need that

3      for this.

4          A    Yeah.  I think I -- I think I misspoke in

5      that sense when I meant to say, "planted the story

6      about me."

7          Q    I have to say I was rather surprised at the

8      idea of Marjorie Taylor Greene planting something on

9      Bill Maher, which is why I stopped it.  It seemed a

10     bit surprising.  So --

11         A    I was talking about the New York Times

12     piece, but I was saying that she has a guy who worked

13     for her named Milo, who he -- he posted a tweet, and

14     it was like, "Oh.  Laura's telling mutual friends of

15     ours that she gave President Trump the best blowjob of

16     his life."

17              And you know, Milo is very resentful of me

18     because he was never able to recover his life after he

19     got deplatformed.  And you know, he was fired from

20     Breitbart for making comments that were, you know,

21     described as being pro-pedophile.

22              And Marjorie took him in, and that she was

Page 452

1    working with him, and you know, is believed that she

2    was paying him under the table.  And she gave him

3    control of her Twitter account --

4         Q    I totally get it, Ms. Loomer --

5         A    -- and that's all I'm trying say.  Yeah.

6         Q    -- and I don't really want to cut you off,

7    but it just doesn't really -- it's not that -- I just

8    wanted to understand that sentence you mean.  So let's

9    do --

10        A    But that's what I was talking about in -- in

11   terms of Marjorie Taylor Greene.  It's like she

12   allowed her intern to control her X account --

13        Q    Okay.  We get it, Ms. Loomer.

14        A    Okay.

15        Q    Okay.  Let's move on to the next thing.

16        A    Yeah.

17                  (Video played.)

18                  MS. BOLGER:  Let me back it up a little

19   bit.  Okay.  This is the tweet that we referred to

20   earlier.

21                  THE WITNESS:  Okay.  The curry tweet.

22   Yeah.

Page 453

```
 1              (Video played.)

 2    BY MS. BOLGER:

 3        Q    So you were making a joke about the curry;

 4    right?

 5        A    Well, I was making a comment about the fact

 6    that she was buying curry spice at that anti-Trump

 7    spice shop, and then making these videos where she was

 8    talking about how she loves to cook Indian food.

 9        Q    Right.  You said, "it was a joke, and it was

10    also a half-truth"; right?

11        A    Well, yeah.  Because --

12        Q    We can go back and replay it.

13        A    -- Indian curry has a very -- and I like

14    curry.

15        Q    Ms. Loomer, the question is, you said in the

16    video, "it was a joke, and it was a half-truth";

17    right?

18              MR. KLAYMAN:  Objection.  Relevancy.

19              THE WITNESS:  And I don't really see

20    how this pertains to Bill Maher accusing me --

21    BY MS. BOLGER:

22        Q    Just answer the question; did you say it or
```

Page 454

1    not?

2         A    Well, I said what I said in the video.  Yes.

3         Q    Great.  Terrific.

4         A    I said it, but -- I said it in the video.

5         Q    That also explains -- doesn't it -- why I

6    couldn't show you the curry tweet when you guys were

7    screaming at me earlier?  Because it was taken down;

8    right?

9         A    It was removed.

10        Q    Right.

11        A    I didn't delete it, but it was removed.  But

12   that's what happens --

13        Q    Right.  So that explains why I couldn't show

14   it to you earlier; right?

15        A    But like I -- well, it was printed.  I mean,

16   you had -- it was -- well, it was printed because

17   there was the -- there was a million screenshots of

18   the tweet because the media had shown the tweet, and

19   they were talking about it nonstop trying to pretend,

20   like, I said the N-word or something.  And the reality

21   is -- is that Twitter deleted the -- the tweet, but

22   there was still screenshots of it; so --

Page 455

1      Q    Okay.  So you said at some point, that you

2  believe that Mr. Maher went to the White House -- I

3  haven't quite ever understood the argument -- to

4  somehow blunt the force of his deposition; is that a

5  fair characterization of what you said?

6      A    Yeah.  It's my understanding that he is

7  friends with Kid Rock, and Kid Rock started following

8  me on Twitter around this time.  And I know that Kid

9  Rock is a friend of President Trump's --

10     Q    Who told you --

11     A    And -- and I know that the way it was

12 described is that Bill Maher -- and I don't know that

13 it was, like, Kid Rock reaching out to Bill Maher, or

14 Bill Maher reaching out to Kid Rock.  But it was --

15 there was a discussion that took place about how Kid

16 Rock helped get Bill Maher this meeting with President

17 Trump at the White House because President Trump loves

18 Kid Rock.

19          And then he, you know, was describing it as

20 like a "unity dinner."  I don't know what that means

21 because just three days after his dinner with

22 President Trump, he was back to speaking badly about

Page 456

1    President Trump on his show and calling him crazy.  I

2    mean, he's since made a lot of derogatory comments

3    after he had dinner with the president.

4            So I just found the timing to be strange

5    because, I mean, the story about my lawsuit against

6    Bill Maher was publicized.  It was publicized on my X

7    account.  I tweeted about how I was going to be having

8    a deposition in Beverly Hills.

9            And I found it to be rather strange that

10   within like a week or two of -- and I don't remember

11   the exact date -- I know the deposition was on

12   April 4th -- but I know that Steve Bannon was in town

13   in Beverly Hills the same time I was in town because

14   there was an event there at the same time.

15           And we both ended up attending the event in

16   Beverly Hills.  And the next day, he was on Bill

17   Maher's show.  And I didn't even know that Steve was

18   going to be at this event, but then I knew that he was

19   going to be on Bill Maher's show.  And I was like,

20   "Oh.  You know, I'm suing Bill Maher; don't you?"

21           I texted him.  I said -- I was like, "Do you

22   know I'm suing Bill Maher?"  He's like, "Oh.  I didn't

Page 457

```
 1    know."  And so I just found it to be really strange

 2    that he wanted to have like a MAGA voice on his show

 3    literally the day after the deposition.  And then the

 4    meeting with President Trump was about a week before

 5    the deposition.

 6         Q    So what -- you said you --

 7         A    It's a strange timing.

 8         Q    -- you had said you had a source -- or I'm

 9    sorry.  What is your basis for thinking that Bill

10    Maher asked Kid Rock to introduce --

11         A    He said it.  He said it himself on a show.

12    He -- or on -- there was like discussion about -- I

13    believe it was either Kid Rock or Bill Maher.  They --

14    or maybe it was President Trump when he was asked

15    about it -- said that -- that Kid Rock was the one

16    that facilitated this.

17         Q    Right.  That's not my question.  My question

18    was, what is your basis for saying that Bill Maher

19    asked Kid Rock to facilitate the discussion?

20         A    Well, he said that when he was -- when he

21    did the -- the episode with Steve Bannon, and he was

22    talking about it, he said he had a conversation with
```

```
                                              Page 458
 1      Kid Rock about having dinner.
 2           Q     That's not the same thing as Bill Maher
 3      approaching Kid Rock, which I thought you -- I
 4      understood you to be saying that you believed --
 5           A     No.  What I'm saying --
 6           Q     -- Bill Maher -- let me just finish, please.
 7           A     No.  What I'm -- what I'm trying to say is
 8      that I don't know who approached who, but it was
 9      either Kid Rock approached Bill Maher, or Bill Maher
10      approached Kid Rock.  That's how I am told that this
11      dinner came about.
12           Q     Okay.  And how -- by whom?
13           A     Well, it was well-publicized in the episode
14      and the aftermath of his meeting -- the one that he
15      had with Steve Bannon where he did the debrief talking
16      about his dinner with Trump.  And then I believe
17      President Trump was also asked about it.
18                 And I think he said, "Oh.  Well, you know,
19      Kid Rock came to me, and" -- I don't want to misspeak
20      for the president.  But there was a report or a
21      question about it, either at the Oval Office or a
22      Truth Social post in which it was referenced that Kid
```

Page 459

```
1      Rock had asked or had talked to the president about

2      having dinner with Bill Maher.

3                      MS. BOLGER:  Okay.  I'm going to ask

4      the court reporter to mark as Exhibit --

5                      UNIDENTIFIED SPEAKER:  43.

6                      MS. BOLGER:  Really?  43.  A Truth post

7      from President Trump.

8                      Oh.  I'm sorry.  154.

9                      (Exhibit 43 was marked for

10                     identification.)

11                     MR. KLAYMAN:  Can I have a copy?

12                     MS. BOLGER:  Well, when I find them.

13                     Can you pass that?  Actually, use this

14     one.  Sorry.  This is mine.

15                     MR. KLAYMAN:  So 42 is the video?

16                     MS. BOLGER:  Yes.

17                     THE WITNESS:  Thank you.

18     BY MS. BOLGER:

19          Q    This is a -- a Truth from Donald Trump.  It

20     says "I got a call from a very good guy and a friend

21     of mine, Kid Rock, asking me whether or not it would

22     be possible for me to meet in the White House with
```

Page 460

1    Bill Maher, a man who has been unjustifiably critical

2    of anything or anyone Trump.

3              "I really don't like the idea much, and I

4    don't like it much now, but I thought it would be

5    interesting."  And then it goes on from here; is this

6    the post you were thinking about?

7        A    Yeah.  This is the post I was -- I was

8    referring.  I'm glad you have it here 'cause, again, I

9    didn't recall if it was Bill Maher asking Kid Rock, or

10   Kid Rock asking Bill Maher.

11             But I know that there was either a press

12   briefing or Truth Social, and this is the post I was

13   referencing --

14       Q    And have you --

15       A    -- and everything I just said was true.

16       Q    So have you spoken to President Trump about

17   his meeting with Mr. Maher?

18       A    No.  I have not.

19       Q    Have you asked him about it?

20       A    No.  I did not.

21       Q    Will you?

22       A    Will I?

Page 461

1          Q      Mm-hmm.

2          A      Probably not.

3          Q      Why not?

4          A      I mean, I don't -- despite -- despite what

5      the media says, I don't -- you know, the president

6      will sometimes ask me my opinion on things; right?

7      Like, he asked me the other day about Jared Isaacman

8      and the nomination.

9              But it's not like I'm going to bother the

10     president of the United States with legal drama.  I'm

11     sure he is going to see it -- see it in the news.  But

12     I have not had a conversation with President Trump

13     about this.  And I think it would be inappropriate to

14     bother the busiest man in the world with questions

15     about who he is having dinner with.

16              I mean, I don't like what Bill Maher said.

17     It's defamatory.  It's wrong.  But the president of

18     the United States can have dinner with whoever he

19     wants to have dinner with.  I'm not -- like, who am I

20     to tell Donald Trump?

21              What am I going to do? Say, "Oh.  You can't

22     have dinner with Bill Maher"?  If the president, I'm

Page 462

1    sure, is well-aware of the fact that Bill Maher -- I

2    mean, at least I hope he is -- aware of the fact -- I

3    can't speak for him -- that Bill Maher said what he

4    said.  But I cannot tell Donald Trump who he can talk

5    to and who he cannot talk to.

6        Q    So you said that after you got the call from

7    Chris LaCivita in the days after the September 13th

8    episode saying, essentially, you couldn't come back on

9    the plane -- is how I understood that call; is that

10   right?

11       A    Yeah.  Because I wanted to talk to Chris.

12   And one of the reasons I wanted to talk to him was

13   because Marjorie's intern, her staffer, was taking

14   these claims made by Bill Maher, and also, you know,

15   posting them.

16            And I said, you know, "This guy works for

17   Marjorie Taylor Greene.  This is really inappropriate.

18   These are not true claims.  And what Bill Maher said

19   is defamatory.  And what Milo is saying is defamatory.

20   And I think that there should be some intervention

21   here to -- to tell Marjorie that it's inappropriate

22   for her intern to be making these claims.

Page 463

1          "Because by accusing me of having sex with

2     President Trump, they're also accusing the president

3     of having or committing adultery, with Marjorie Taylor

4     Greene."  And Chris, in the conversation, agreed with

5     me, and said that it was inappropriate, and also told

6     me that because of the optics of it, I could not --

7     and because it was becoming a -- you know, a

8     discussion after what -- after Bill Maher's episode

9     aired -- and he specifically mentioned the episode --

10    that I could not come back on the plane for the rest

11    of the election.

12         Q    Okay.  Can I ask two questions?  One is, did

13    you call him, or did he call you?

14         A    He called me.

15         Q    Okay.  But then you brought up the Marjorie

16    Taylor Greene stuff?

17         A    Yeah.  I brought it up because I was very

18    embarrassed by all of this.  And you know, I went from

19    being on the plane and having conversations -- and I

20    had requested to have a conversation with Chris

21    because I wanted to talk to him about this.  Because I

22    didn't want him thinking that I was the one that was

Page 464

1    going around saying all this.

2        Q    So you asked to speak to Chris, and then he

3    called you; is that right?

4        A    Yes.  Yes.

5        Q    Okay.  And did you mention the plane or

6    did -- first, or did he mention the plane first?

7        A    I don't remember exactly like what the order

8    of conversation was, but I know that he brought up

9    the -- he brought up the fact that --

10       Q    Well, you had asked him about Milo posting

11   things about you --

12       A    Well, I had -- I had asked him -- I had

13   asked him about whether or not they could clamp down

14   on Marjorie Taylor Greene for having -- using her

15   staff as a vehicle to spread lies about me.  And you

16   know, she didn't do anything to -- to stop it.

17            And I'm like, you know, "This is all coming

18   from Bill Maher's episode and now, Marjorie's staff is

19   like exploiting this.  And you all -- you know this,

20   and you know that Bill Maher's a Trump-hater.  And you

21   know that Bill Maher, you know, spreads lies about

22   President Trump, and he's spreading lies about me."

Page 465

1              And you know, it wasn't a very pleasant

2       conversation.  It was very awkward.  I mean, I don't

3       want to have to have conversations about made-up

4       stories about me; right?  It's a -- it's a lie.

5              Q    So after --

6              A    And he said there was a discussion that

7       because of the nature of the accusations that were

8       made, I -- because the -- like, the media was just

9       having like a field day with it, and it was a

10      distraction -- is what it was.

11             Q    Okay.  So let's --

12             A    No.  It was a distraction.

13             Q    After that call with Chris LaCivita, did

14      your contacts -- setting aside the plane -- so let's

15      not talk about the plane -- did your contacts with

16      President Trump cease?

17             A    Yes.  It did.  For the rest of the election

18      until the day of the election.

19             Q    Okay.  What happened on the day of the

20      election?

21             A    I believe the president called me to thank

22      me for my support, and I wished him good luck in the

Page 466

1    election.  And it was -- as I was driving to Palm

2    Beach for the official election -- the election event.

3         Q    Okay.  And you saw him that evening, I

4    assume?

5         A    Well, I saw him at the convention center,

6    and I was promised that I would be able to go to the

7    Mar-a-Lago event.  This is why I was saying like about

8    the optics and everything.  It was very embarrassing

9    because the president had called me and said, "Thank

10   you for your support."

11              And I said, "Good luck, and you're going to

12   win.  You're going to be the next president."  And I

13   believe I called him the 47th president on the phone.

14   And he was like, "Well, it's not over" -- and I don't

15   want to get into all my conversations with President

16   Trump.  But it's like, "It's not over till it's over."

17   And I said, "Oh.  You're going to win.  Everyone knows

18   you're going to win.  It's going to be a great night."

19              And I was expecting to be able to get into

20   the official event 'cause I was promised by Susie

21   Wiles and also, Chris LaCivita, that I'd be allowed to

22   go inside the official event at Mar-a-Lago.  And so I

Page 467

1    was going -- I was driving to --

2         Q    When was that promise?

3         A    Like, during the campaign -- it was, like,

4    during the campaign that I would be able to attend the

5    official election night --

6         Q    How did that promise -- how was that promise

7    made?

8         A    Verbally.

9         Q    So they just said, "Yeah.  You'll be there.

10   We'll invite you"?

11        A    Yeah.  They said, "You'll be there, of

12   course."  Because obviously, a lot of people were

13   making plans for election night because they had an

14   official event at Mar-a-Lago -- like a very exclusive

15   event.

16             And I -- I was, you know, dressed up, and I

17   was on my way to Palm Beach.  And they're like, "Oh.

18   Yeah.  You're going to -- you're going to get like a

19   QR code with instructions."  And I never got the QR

20   code.  And I -- I believe that I was being iced out.

21             I was slowly being iced out because the --

22   the way people started to communicate with me after

Page 468

1    this -- you know, these accusations about me having

2    sex with President Trump came out in the media through

3    Bill Maher's show.

4         Q    So when did you get the -- when did they say

5    that you'd get the QR code?

6         A    They said that it would arrive on my phone

7    the day of the election.

8         Q    So when --

9         A    'Cause that's how Secret Service sends it

10   out.

11        Q    But when did --

12        A    It's from Secret Service.

13        Q    Sorry.  When did the -- right.  I understand

14   that they said you'd get it the day of the election,

15   but when did they tell you to -- there was a

16   conversation where someone said to you, "Hey.  You'll

17   get a QR code," or a text, or an email; when did that

18   happen?

19        A    Around the -- the time that I had this

20   conversation with Chris, because I was like, "Well, I

21   know I can't go on the plane, but can I go to the

22   election night event?  I mean, I worked extremely hard

Page 469

1      to help get President Trump elected."  And he said,

2      "Of course.  Of course, you'll be there.  Of course.

3      We all know that you worked extremely hard to help

4      Donald Trump get elected."

5           Q    Okay.  So you --

6           A    So I assumed that -- that I was going to be

7      able to go.  And I don't know if, you know -- I don't

8      know why I didn't get the QR code.  But I was given a

9      special guest pass at the official -- there were two

10     events.  There was the one at Mar-a-Lago, and then

11     they bussed everybody over to the convention center at

12     Palm Beach.

13               And I was at the official Palm Beach event,

14     and I had a pass that said, "Special guest"; right?

15     But I was expecting to go to both of the events.

16          Q    Okay.  What is -- after -- so after

17     election --

18          A    And I brought my boyfriend as my guest.

19          Q    So after election night, you continued to

20     have contact with President Trump; correct?

21          A    Not as much.  No.  But occasionally, like,

22     I -- he called me via his staff around Christmas.

Page 470

1          Q    Any particular reason?

2          A    He wanted my opinion on his pick for the

3     ambassador to Panama.

4          Q    Okay.

5          A    Because I had done some reporting in Panama,

6     and I went down to the Darien Gap.  And he asked me

7     what I thought about the guy that was in his office at

8     the time.  And again, I wasn't expecting it to be

9     President Trump because it was a -- I was trying to

10    get a job; right?

11              Like, I was told I was going to get a good

12    job.  I was told that I was going to meet up work in

13    the White House.  And so after the election when

14    everything had kind of cooled off, I thought, "Okay.

15    Well, obviously, it's a lie."  I'm not having an

16    affair with -- with President Trump.

17              I would expect people to know this, aside,

18    like, the people who were around President Trump on

19    his campaign.  'Cause they were witnesses to

20    everything that went down.  They know that I was never

21    in the room alone with President Trump; right?

22              'Cause you travel with the campaign team.

Page 471

1    And so I thought that now that the election was over,

2    and he had won, that things were going to go my way.

3              And so Sergio Gor, who is in charge of PPO,

4    who works for the president and is in charge of

5    personnel -- Trent, in that email that you have as the

6    one of the documents I turned over is his deputy.

7              And so the phone call was from Sergio, and I

8    was assuming it was Sergio.  And he was like, "Oh.

9    I'm -- I'm sitting here with the -- with the

10   president.  He wants to talk to you."  And then, you

11   know, he asked me what I thought about the pick.

12             So I had that conversation with President

13   Trump.  I believe it was like the day before

14   Christmas.  I think it was Christmas Eve.

15        Q    Okay.  Have you spoken to the president

16   other times since then?

17        A    Yeah.  As I said earlier, I spoke to him

18   just a few days ago about Jared Isaacman.

19        Q    And you spoke to him about some NSA

20   staffers; right?

21        A    I was invited to the White House in -- I was

22   invited to the White House in March, and I had a

Page 472

1      meeting with Sergio.  And then I was invited back to

2      the White House after I did some reporting on

3      Signalgate, and a couple of the staffers at NSC.

4              And the president saw my reporting, and he

5      wanted to have a private meeting with me.  And so --

6      like, private with the staff.  And so he invited me to

7      the Oval Office.  And then I was -- I had an Oval

8      Office meeting with him on -- forgetting the date -- I

9      think it was, like, April.  I don't remember the exact

10     date.  I think it was in the beginning of April.

11             I need to check the date.  I'm sorry.  It

12     just has been a long day.  I don't remember the exact

13     date, but I believe it was in April.  And I had a

14     private meeting with him in his office with some of

15     his staff about the reporting.

16        Q    And other than the meetings we talked about,

17     have you had other meetings with President Trump since

18     September of 2024?

19        A    You mean, April?

20        Q    No.  I meant September 13, 2024.

21        A    No.

22        Q    Okay.  Do you think --

```
                                              Page 473
 1          A    I was at the White House yesterday, but I
 2     didn't see Trump.  I was with JD Vance.
 3          Q    And are you going to see Trump while you're
 4     in DC this time?
 5          A    No.  I am here for the deposition, and then
 6     I have to go to a dinner meeting tonight, if I get out
 7     on time, for my deposition at 8 p.m.  And then I have
 8     to meet with my DC correspondent, and I'm going -- I'm
 9     leaving -- I'm leaving DC on Friday.
10          Q    Do you think there are any other reasons
11     that you haven't been chosen for a position in the
12     White House other than the allegations in this
13     complaint?
14          A    I mean, there may be some compounding
15     factors, like perhaps there's some professional
16     jealousy.  But I do believe that the straw that broke
17     the -- the camel's back or the straw that, like, what
18     gave them ammunition, or you know what really, like --
19     what's the selling point was what Bill Maher said.
20               Because as I said before, everything was
21     fine.  I was told on a plane, "Oh.  Laura, you're
22     going to go to DC with me."  People clapped on the
```

Page 474

1    plane.  I was promised a position by Susie Wiles.  I

2    was promised a position by Sergio.  Promised a

3    position by President Trump.

4        Q    Have you spoken to Susie Wiles about whether

5    or not to have a position in the White House since

6    September, 2024?

7        A    I mean, I've -- I've had -- I've had a

8    couple phone calls with her.  I had a phone call in

9    the preparation for my meeting with President Trump

10   because she is the chief of staff, obviously, and

11   controls the president's schedule with the scheduler.

12           And so she goes, "Oh.  It's my understanding

13   that you're going to be meeting with the president.

14   I'll see you at the Oval Office."  And that was it.

15   But I mean, I've been wanting to have conversations,

16   but it just feels like, you know --

17       Q    Have you asked --

18       A    -- feels these conversations never really

19   progressed anywhere.  And you saw in the document

20   request that I'd never received a reply email from

21   Trent; right?

22       Q    Have you asked for a job at White House?

Page 475

1          A     Well, I applied for a job --

2          Q     Other than that?

3          A     That I was told I had a job.

4          Q     But have you asked --

5          A     Like I said --

6          Q     -- have you followed up -- since sending

7     that letter to Trent, have you followed up on whether

8     you had a job in the White House?

9          A     Yeah.  I've had -- I had conversations.

10    Like I said, I had a private meeting with Sergio in

11    March before my Oval Office meeting -- Sergio, who's

12    in charge of --

13         Q     Was that about a job?

14         A     Well, I had asked him.  I said, "So where's

15    the progress?  You know, am I going to, you know, have

16    a position or whatnot?"

17         Q     What'd he say?

18         A     Just kind of danced around it.  Didn't

19    really say much.

20         Q     What did he say that was dancing around it?

21         A     He just said, "Oh.  You know, like, we're

22    really busy right now.  We haven't really filled all

Page 476

1    the positions.  We're only at 20 percent.  We have a

2    lot to do.  We have to get all the president's cabinet

3    picks confirmed."

4              It wasn't really an answer, you know.  And I

5    don't really want to push too much because I don't

6    want to pester, and I know that they're busy.  But I

7    just feel like the whole dynamic changed after these

8    comments were made.  And it's uncomfortable; right?

9              Like I can understand, even though the

10   allegations are lies -- they're obvious lies.  And you

11   know, I swear to God in my own life, I've never had

12   any kind of romantic involvement with Donald Trump.

13             And I'm not saying that Melania Trump is

14   upset, or you know, that Melania Trump thinks that I

15   slept with her husband.  But I can understand, like,

16   the narrative that this creates in the media, or you

17   know, that kind of perception because they say

18   perception is reality; right?

19             And so it can -- it's embarrassing.  Like,

20   it was very embarrassing for me to have to have this

21   conversation with Chris LaCivita.  It's embarrassing

22   to even have to have this conversation now.  But I

Page 477

1    felt like to set the record straight, I -- I needed to

2    file a lawsuit because I can't live on for the rest of

3    my life with people wondering whether or not -- or

4    people believing that I had sex with President Trump.

5              And I don't want this to -- I don't want to

6    be, like, looking back when I'm 80 years old and be

7    like, you know, the reason why I wasn't able to work

8    for Donald Trump is because of these comments made by

9    Bill Maher.  Like --

10        Q    Right.  You just said that they were obvious

11   lies, and they are obvious lies; right?

12        A    They're lies.

13        Q    You still -- right.  And everybody who knows

14   you know that's a lie; right?

15        A    Well, the people who work for President

16   Trump know that it's a lie if they're honest people

17   because they were there, and they know that I've never

18   been in the room alone with Donald Trump.

19              They know that there's not any kind of like

20   romantic relationship.  I mean, there's always Secret

21   Service.  You literally cannot be alone with the

22   president of the United States.

Page 478

1        Even if I wanted to be alone in a room with

2    the president, Secret Service would never allow for

3    it.  There's -- you cannot be alone in the room with

4    the president of the United States.

5        Q    Okay.  And you also said that there were

6    compounding -- you said that you thought there were

7    "compounding factors" as to why you didn't get a job

8    in the White House.  And one of the "compounding

9    factors" you mentioned was jealousy; were there

10    others?

11        A    Well, that's what I'm talking about is the

12    jealousy.  I think that there's jealousy.  I think

13    that was obvious in the way that, you know, Marjorie

14    Taylor Greene came out attacking me in the aftermath

15    of the initial report in the New York Times when it

16    got leaked by the staff that I was going to be -- I

17    mean, clearly, it got leaked from someone who worked

18    with the president.

19        'Cause I don't understand how you have a

20    private meeting; right?  In the president's office

21    with Susie Wiles.  And then she told me -- she told

22    the staff that I would be joining the campaign, and

Page 479

1      then it gets leaked.  So obviously, whoever leaked it

2      did so because they don't like it; right?

3              I mean, like why would you want to try to --

4      I mean, I would assume; right?  I would assume that

5      you would want to run to the Trump-hating New York

6      Times, or Maggie Haberman who President Trump has been

7      very critical of, because you don't like me.  I get

8      it.  People don't -- some people don't like me.

9              MS. BOLGER:  I want to ask you for two

10     questions and get these tax returns authenticated,

11     which we're going to do.  But I'm going to reserve my

12     additional time because we will be moving to compel

13     you to produce additional documents.

14              I'm going to reserve some time to call

15     you back for that.  But in the meantime, we're going

16     to do the confidential portion of the deposition.

17              MR. KLAYMAN:  Yeah.  Let's go in a

18     separate video record in a separate transcription

19     record; okay?  Thank you.

20              THE VIDEOGRAPHER:  We'll go off the

21     record at 6:27.

22              (Off the record.)

Page 480

1                    THE VIDEOGRAPHER:  Back on the record

2      at 6:29.

3                         (Nonconfidential portion of transcript

4                         ends.)

5      //

6      //

7      //

8      //

9      //

10     //

11     //

12     //

13     //

14     //

15     //

16     //

17     //

18     //

19     //

20     //

21     //

22     //

```
                                        Page 481

 1              (Confidential portion of transcript

 2              begins.)

 3              MS. BOLGER:  Great.

 4   BY MS. BOLGER:

 5      Q    Ms. Loomer, what is your email address?

 6      A    laura@loomer.com.

 7      Q    Okay.  And what is your telephone number?

 8      A    (520) 870-9791.

 9      Q    And is that the number you use to text

10   people?

11      A    Yes.  For this.

12      Q    Okay.  And you have another number you use

13   to text, or is that your only text?

14      A    That's my only number.  I mean, I had a

15   campaign phone when I ran for Congress, but I don't

16   use that line anymore.  I haven't used it in like two

17   years.

18      Q    Okay.  What is the name of your boyfriend?

19      A    I mean, this is all confidential; right?

20   This isn't going to be published?

21              MR. KLAYMAN:  It's confidential.

22              THE WITNESS:  So I can give the name of
```

Page 482

1      my boyfriend?

2                   His name is Andrew Simpson.

3      BY MS. BOLGER:

4           Q     Okay.  Does he live here in Florida?  I'm

5      sorry.  Does he live in Florida?  We're not in

6      Florida.

7           A     He does live in Florida.

8                   MS. BOLGER:  Okay.  And then I'm going

9      to ask the court reporter to mark as Exhibit --

10     whatever we're on.

11                  THE REPORTER:  44.

12                  (Exhibit 44 was marked for

13                  identification.)

14     BY MS. BOLGER:

15          Q     Your tax returns.  I'm not going to ask any

16     questions.  I just want to mark them for the record.

17          A     Okay.

18                  MS. BOLGER:  Do you want another copy,

19     Mr. Klayman?  Mr. Klayman?

20                  MR. KLAYMAN:  Yes.  Thank you.  Say, I

21     want to know what you're using.

22                  MS. BOLGER:  Okay.

Page 483

1    BY MS. BOLGER:

2         Q    Ms. Loomer, I just handed you a copy of what

3    has been produced to us.  And those are your tax

4    returns --

5                   MR. KLAYMAN:  What exhibit is this; 44?

6    BY MS. BOLGER:

7         Q    -- for the year 2020 through 2023.

8         A    Okay.

9         Q    Can you take a look at them and tell me are

10   those, in fact, your accurate tax returns?

11        A    Yep.  These are my tax returns.

12        Q    Wait.  Have you filed your 2024 tax returns?

13        A    Not yet.

14                   MS. BOLGER:  Okay.  We call for those

15   as well, as part of the continuing production.

16                   THE WITNESS:  Well, I haven't filed

17   them.  They're not going to be available till October

18   'cause I have an extension.

19                   MS. BOLGER:  I understand.  When you

20   file them in October, I'd like to see them in October.

21                   THE WITNESS:  Okay.  That's fine.

22                   MS. BOLGER:  Particularly, given

Page 484

1      your --

2                      MR. KLAYMAN:  Well, we'll decide

3      whether that's appropriate or not.

4                      MS. BOLGER:  Well, earlier in the

5      deposition, Ms. Loomer testified that when I got her

6      tax returns, I would see that she made less money in

7      2024.  That was actually what she testified to.

8                      THE WITNESS:  No.  That's not what I

9      said.  I said that -- I said that you would see

10     that -- that you would see that $180,000, which is the

11     salary, is much more than I would have -- that I made

12     in 2020, 2021, 2022, and 2023.

13                     MS. BOLGER:  Okay.  Well --

14                     THE WITNESS:  I got my X account back.

15     I was deplatformed in 2020, 2021, 2022.  And I got my

16     X account back at the end of 2022 in December.  And so

17     I was able to actually, like, start, you know,

18     promoting my journalism, which is my profession.

19                     And so you'll notice that, you know,

20     I'll, you know, show more income.  But in terms of a

21     set salary of $180,000 compared to what I made in

22     2020, 2021, 2022, that's what I was referring to.

Page 485

```
1      BY MS. BOLGER:
2          Q     Right.  So you're saying you earned more in
3      2024 than 2020 to 2023?
4          A     I haven't completed my tax returns, but --
5                    MR. KLAYMAN:  At this point, wait till
6      that occurs; okay?
7                    MS. BOLGER:  No.
8      BY MS. BOLGER:
9          Q     It's that you can answer the question to the
10     best of your knowledge; so have you made more money in
11     2024 than you did in 2020 to 2023?
12         A     I mean, to the best of my knowledge, yes.
13     But I didn't say that -- that whatever you said
14     before.
15         Q     Yeah.  I know.  I --
16         A     I was trying to say is that 180,000 --
17                    MR. KLAYMAN:  Don't speculate.
18                    THE WITNESS:  Yeah.  I'm not going to
19     speculate.
20                    But what I'm saying is that a -- a set
21     salary is more than what shows up and what I've shown
22     you here in these.  I haven't done my taxes for 2024
```

Page 486

1      yet.  I was talking about the tax returns that you've

2      received.

3                      MS. BOLGER:  Okay.  I must have

4      misunderstood you.

5                      But nonetheless, if you're going to

6      claim financial damages, I'm entitled to her 2024 tax

7      returns.

8                      MR. KLAYMAN:  Well, we'll take that

9      under advisement.

10                     MS. BOLGER:  I mean, that's a

11     continuing request under the federal rules.

12                     THE WITNESS:  Well, it's also -- but

13     I -- I also want to make clear too, that as I said,

14     when you have a position, it's also the potential;

15     right?  So it's not necessarily --

16                     MS. BOLGER:  I'm not asking you to

17     repeat your testimony.

18                     THE WITNESS:  Right.  But it's not

19     immediate.

20                     MS. BOLGER:  And there's no pending

21     question.

22                     MR. KLAYMAN:  That's fine.  You're

Page 487

1    fine.

2                    THE WITNESS:  All right.  I'm just

3    explaining, though, my thought process.

4                    MS. BOLGER:  There's no pending

5    question.  I understand.  There's no pending question.

6    You don't just get to explain.

7                    THE WITNESS:  Okay.  Fine.  Okay.

8                    MS. BOLGER:  Okay.  Subject to

9    recalling the witness after a motion to compel, I will

10   leave the record open, but I have no further questions

11   for today.

12                    MR. KLAYMAN:  Well, let's go back on

13   the other record right now.  I have one question.

14                    (Confidential portion of transcript

15                     ends.)

16   //

17   //

18   //

19   //

20   //

21   //

22   //

Page 488

1              (Nonconfidential portion of transcript

2              begins.)

3              THE VIDEOGRAPHER:  Okay.  We go off the

4    record at 6:34.

5              (Off the record.)

6              THE VIDEOGRAPHER:  Back on the record

7    at 6:35.

8                        EXAMINATION

9    BY MR. KLAYMAN:

10        Q    Ms. Loomer, I don't want you to testify as

11   to anything that you learned at this time, subject to

12   court rulings at the deposition of Bill Maher.  But

13   based on your own independent knowledge, have you

14   researched Bill Maher's tweets with regard to

15   President Trump?

16        A    Yes.

17        Q    And his family?

18        A    Yes.

19        Q    And what do you remember are the nature of

20   those tweets?

21        A    Well, I remember that I was able to --

22              MS. BOLGER:  Object, for the record, to

Page 489

1    the form, the relevance, and also the -- even hearsay

2    obligation.

3                    Go ahead.

4                    THE WITNESS:  I remember that I was

5    able to compile over a hundred pages of -- which was

6    essentially two packets of -- of research.  And I

7    specialized in opposition research, of course, of

8    tweets that were posted by Bill Maher, himself, over

9    the years, between the years that Donald Trump was

10   running for president, from when he was president, and

11   also while he continued running for president, that

12   had very disparaging remarks against President Trump,

13   his wife, Melania Trump, his children, his family, his

14   business enterprises, his campaign, his campaign

15   staff -- just everything anti-Trump.

16   BY MR. KLAYMAN:

17        Q    Did he make disparaging remarks about women?

18        A    Yes.

19        Q    Okay.  Did he make disparaging remarks about

20   Christians and Evangelicals?

21        A    Yes.

22                    MS. BOLGER:  Object to the form of the

Page 490

1      question and the relevance.

2                      MR. KLAYMAN:  Yeah.

3                      THE WITNESS:  He consistently mocked --

4      BY MR. KLAYMAN:

5          Q    Tell me what you remember.

6          A    He consistently mocked people who believe in

7      God and said, on multiple occasions, that there -- I

8      mean, not quoting him directly, but made reference to

9      the fact that he was an atheist.  And that -- that it

10     wasn't a surprise that a lot of the people who support

11     President Trump are religious because you'd have to be

12     a moron to believe in God.

13                  And so he made multiple references like

14     this -- insulting people who believe in God, insulting

15     Christians, and insulting Jews, and suggesting that

16     religious people were delusional.  And he makes it a

17     point to highlight the fact that he hates religion,

18     and he -- he mocks religion, and that he's a proud

19     atheist.

20         Q    What --

21         A    Even though he claims that he's

22     half-Catholic and half-Jewish and was raised Catholic,

Page 491

1     but he's an atheist.

2          Q    What remarks do you recall that he made with

3     regard to President Trump's sons?

4                    MS. BOLGER:  Objection to relevancy, to

5     hearsay, to wasting our time.

6                    THE WITNESS:  He took photos of their

7     faces, and I believe he called one of them,

8     "fuckface."  He suggested that one of them was

9     retarded.  He suggested that Barron Trump was

10    autistic.  He just made a lot of nasty comments about

11    Eric Trump.

12                    I -- I think he also insinuated that

13    Donald Trump was sleeping with Ivanka Trump in several

14    tweets -- you know, talking about the president's

15    daughter's body, her appearance, and whether she was

16    having sexual relations with her father.

17    BY MR. KLAYMAN:

18         Q    Do you have any belief as to why you were

19    attacked by Bill Maher, vis-a-vis Trump and his

20    family?

21                    MS. BOLGER:  Object to the form, and

22    foundation, and relevance.

Page 492

```
 1                    THE WITNESS:  I believe that Bill
 2    Maher -- well, it's not that I believe.  We -- I know
 3    that Bill Maher is a donor to Kamala Harris.  And I
 4    know that he's friends with Kamala Harris.  And he's
 5    spoken about his friendship with Kamala Harris on his
 6    show.
 7                    MS. BOLGER:  Oh.  That's a lie.
 8                    THE WITNESS:  And he's talked about his
 9    donations to Kamala Harris.  And it's in the record.
10    It's in the FEC records that he's donated to Kamala
11    Harris, and that he's a Democrat.  And he has talked
12    about how he hates President Trump on his show.
13                    And I believe that, you know, the
14    writing was on the wall.  I think that Bill Maher was
15    a bit in denial that Kamala Harris was going to lose
16    the election.  And that, you know, they were just
17    looking for every -- he was looking for a cheap shot
18    to try to use somebody as a vehicle to advance attacks
19    on President Trump less than two months before the
20    presidential election.
21                    Because let's be honest, the media left
22    us pundits.  People like Bill Maher were looking for
```

Page 493

1    anything they could gather as it related to trying to

2    help Kamala get over the finish line.  And I mean,

3    it's pretty much the subject of every single episode.

4              I mean, every time you watch Bill

5    Maher's show, if you've seen the episodes, or you see

6    headlines, there's always controversy about comments

7    he's made about President Trump, including very

8    controversial comments in the aftermath of the

9    assassination attempt.

10             And which he made a comment that was

11   picked up by the media in which he said that it was

12   believed -- he said it was the best day of his life

13   when President Trump got shot in the head.

14   BY MR. KLAYMAN:

15       Q    Who was the vehicle you're talking about?

16             MS. BOLGER:  Mr. Klayman, can I

17   interrupt for a second?

18             MR. KLAYMAN:  No.

19             MS. BOLGER:  I really need to go to the

20   bathroom, so are you going to be doing this for a long

21   time?  I feel I need a break.

22             MR. KLAYMAN:  No.  This is the last

Page 494

1     question.

2     BY MR. KLAYMAN:

3          Q     Who's the vehicle that you just referenced

4     to get to Trump?

5                    MS. BOLGER:  Object to the form.

6     Object to the form.

7                    THE WITNESS:  Myself.  He -- Bill Maher

8     was using me as a vehicle to attack President Trump by

9     falsely accusing me of having sex with Donald Trump,

10    which was an effort to try to derail President Trump's

11    marriage with First Lady Melania Trump, who I have a

12    lot of respect and you know, admiration for, and an

13    effort to interfere in the election.

14                    MR. KLAYMAN:  No further questions at

15    this time.

16                    MS. BOLGER:  I just have one question.

17                         EXAMINATION

18    BY MS. BOLGER:

19         Q     Ms. Loomer, if I looked at your Twitter feed

20    during the Biden presidency, would I find over a

21    hundred tweets critical of Joe Biden?

22         A     I was --

Page 495

1                    MR. KLAYMAN:  Objection.  Relevancy.

2                    THE WITNESS:  I was completely

3       deplatformed on mainstream social media for majority

4       of Joe Biden's presidency, and so I don't know what

5       you would find.  Because like I said, I only got my X

6       account back in December of 2022.

7       BY MS. BOLGER:

8            Q     Have you tweeted something critical of Joe

9       Biden?

10           A     Yeah.

11           Q     Because you're American citizen; you get to

12      do that?

13                   MR. KLAYMAN:  Objection.  That's

14      irrelevant.

15                   THE WITNESS:  I never accused -- I --

16      again, posting -- posting and -- posting about Joe

17      Biden's policies and their destructive nature, and how

18      un-American his policies were is a lot different than

19      Bill Maher falsely accusing me of having sex with

20      Donald Trump.

21                   MS. BOLGER:  Okay.  No further

22      questions for now, but I reserve the right to recall,

Page 496

1     as we all know.

2                      MR. KLAYMAN:  Yeah.  If you prevail on

3     your motion, yes.  And the same is true with mine

4     because I filed a similar motion --

5                      MS. BOLGER:  Well, that, I disagree

6     with.  But what else was --

7                      MR. KLAYMAN:  -- to resume my

8     deposition of Mr. Maher and HBO.

9                      THE WITNESS:  Do we --

10                      MS. BOLGER:  Let us end this transcript

11     and stop fighting, Mr. Klayman.

12                      THE WITNESS:  Do I keep these, or what

13     do we do with these?

14                      MS. BOLGER:  Oh.  We'll take those.

15                      THE WITNESS:  These go to you?

16                      MS. BOLGER:  Let's go off the record.

17                      THE VIDEOGRAPHER:  All right.  If that

18     is everything, off the record on June 4, 2025,

19     at 6:41 p.m.

20                      (Whereupon, at 6:41 p.m., the

21                      proceeding was concluded.)

22

Page 497

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, SAMUEL PACHON, the officer before whom

3       the foregoing proceedings were taken, do hereby

4       certify that any witness(es) in the foregoing

5       proceedings, prior to testifying, were duly sworn;

6       that the proceedings were recorded by me and

7       thereafter reduced to typewriting by a qualified

8       transcriptionist; that said digital audio recording of

9       said proceedings are a true and accurate record to the

10      best of my knowledge, skills, and ability; that I am

11      neither counsel for, related to, nor employed by any

12      of the parties to the action in which this was taken;

13      and, further, that I am not a relative or employee of

14      any counsel or attorney employed by the parties

15      hereto, nor financially or otherwise interested in the

16      outcome of this action.

17

18

19

20        SAMUEL PACHON

        Notary Public in and for the

21           District of Columbia

22

Page 498

1                    CERTIFICATE OF TRANSCRIBER

2                I, JOANNE LEE, do hereby certify that this

3        transcript was prepared from the digital audio

4        recording of the foregoing proceeding, that said

5        transcript is a true and accurate record of the

6        proceedings to the best of my knowledge, skills, and

7        ability; that I am neither counsel for, related to,

8        nor employed by any of the parties to the action in

9        which this was taken; and, further, that I am not a

10       relative or employee of any counsel or attorney

11       employed by the parties hereto, nor financially or

12       otherwise interested in the outcome of this action.

13

14

15

16

         JOANNE LEE

17

18

19

20

21

22

Page 499

1    Larry Klayman, Esq.

2     leklayman@gmail.com

3                         June 17, 2025

4    RE:    Loomer v. Maher

5         6/4/2025, Laura Loomer (#7367930)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

**Page 500**

1    Loomer v. Maher

2    Laura Loomer (#7367930)

3             E R R A T A  S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____   _____

24    Laura Loomer                  Date

25

Page 501

1    Loomer v. Maher

2    Laura Loomer (#7367930)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Laura Loomer, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Laura Loomer                        Date

13    *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

**[00625 - 178-180]**                                                          Page 1

| 0 | | | |
|---|---|---|---|
| **00625**  1:8 8:10 | **10:57**   68:8 | **12:59**   194:13 | **14**   5:7 67:13 |
| **01/16/24**   4:21 | **10th**   173:19,20 | **12th**   193:6,15 | 68:16 147:4 |
| **01:04:44**   441:5 | 187:11 198:4 | 283:17 295:13 | 270:1,4 |
| **01:17**   445:2 | 207:7 220:7 | 296:6 311:17 | **142**   4:16 |
| **06/01/23**   6:13 | 221:3,5 224:6 | 313:2 314:8 | **145**   4:18 |
| **06/01/24**   6:14 | **11**   5:3 175:13 | 315:4 318:18 | **147**   4:19 |
| **07/13/24**   6:11 | 175:14,17 | **13**   5:6 103:4 | **149**   4:20 |
| **07/19/24**   4:22 | 284:5 290:6 | 114:3 124:22 | 149:14 |
| **07/26/23**   4:14 | 291:8 292:5 | 136:9 145:21 | **14th**   148:16 |
| **08/13/23**   4:15 | 405:18 | 224:12 225:5 | 435:7,11,11 |
| 4:16,18 | **11/20/24**   6:15 | 252:7,9 271:5 | 445:16 |
| **08/14/23**   4:19 | **1100**   3:13 | 307:8 345:9 | **15**   5:8 22:17 |
| **09/11/24**   6:4,17 | **112-114**   1:21 | 472:20 | 56:10,19 133:6 |
| **09/12/24**   5:20 | **117**   1:21 | **130**   306:20 | 133:7 279:6,7 |
| 5:21 6:3 | **11:02**   68:11 | **1301**   1:16 3:6 | 282:18 |
| **09/13/24**   6:18 | **11:33**   102:4 | 8:11 | **150**   424:15,19 |
| 1 | **11:46**   102:7 | **131**   4:14 | 425:11 |
| **1**   4:9 7:9 8:5 | **11th**   214:7 | **132**   405:9 | **154**   4:21 459:8 |
| 42:9 44:3,10 | 222:13 286:19 | **134**   405:10 | **15th**   82:22 |
| 45:2,7,10 | 286:22 335:17 | **135**   4:15 | 155:21 156:2 |
| 46:11 378:6 | 345:20 | **135.6**   311:17 | **16**   5:10 66:7 |
| 380:11,17 | **12**   5:5 35:18 | **13th**   46:13,19 | 154:12 282:13 |
| **10**   4:3,22 | 52:5 190:5,7 | 53:10 137:19 | 282:14,16,21 |
| 161:13,18,19 | 190:17 238:4,8 | 142:15 158:11 | 331:3,7 333:2 |
| 309:20,20 | 254:4 282:22 | 215:11 220:8,9 | 390:12 |
| 310:1 | 294:7 295:16 | 220:12,18,18 | **16-24**   4:13 |
| **10/16/24**   6:16 | 297:2,12 | 221:7,13,17 | **161**   4:22 |
| **10/20/23**   6:12 | 298:20 303:10 | 223:1 224:7 | **16th**   155:22 |
| **10020**   2:15 | 303:12 306:11 | 226:6 228:14 | **17**   5:11 168:3 |
| **10036**   3:14 | **12/08/22**   5:6 | 229:2 238:10 | 283:7,8,13,15 |
| **10:11**   1:14 8:4 | **1251**   2:14 | 347:5 361:5 | 283:21 499:3 |
| | **129**   345:14 | 416:8 435:16 | **175**   5:4 |
| | **1298**   2:5 | 462:7 | **178-180**   1:21 |

[18 - 270]                                                    Page 2

**18**  5:12 168:3
286:2,12,13,15
**180**  324:8,14
**180,000**  244:1
484:10,21
485:16
**19**  5:13 7:4
161:12 288:21
289:3,4,8,21
381:7 383:20
384:2,6 385:5
**190**  5:5
**199**  310:18
**19th**  162:1
**1:56**  194:16
**1st**  74:13

**2**

**2**  4:12 7:14
66:4,8 206:15
230:9
**20**  5:14 7:5
66:20 67:17
68:15 125:1
133:5 164:14
288:14,18,22
289:3 292:12
292:14 333:14
351:10 375:8
387:9 476:1
501:15
**2000**  168:3
**20005**  1:17 3:7
8:12

**2009**  59:5
**2014**  196:7
**2015**  89:9
196:7
**2017**  39:3 89:9
89:10,13 253:8
266:6 275:13
**2018**  39:1,15
89:14 247:19
248:1,4 252:15
273:16
**2019**  253:4,4
256:13,17
**202**  3:9
**2020**  167:7
277:14 292:5
483:7 484:12
484:15,22
485:3,11
**2021**  168:4
257:5 259:2
431:12 484:12
484:15,22
**2022**  252:8
258:20 484:12
484:15,16,22
495:6
**2023**  70:11
71:15 72:1
74:13 77:18,19
81:8 131:6
133:13 136:9
145:21 147:4
168:19 177:3

181:9 270:21
271:5 375:8
378:6 483:7
484:12 485:3
485:11
**2024**  7:14
46:13 67:13
68:17 102:22
125:1,1 154:12
161:12 177:3
181:10 190:18
191:9,10 197:7
221:3 224:12
225:5 238:8
243:22 271:5
271:22 282:22
284:5 286:20
290:6 291:8
294:7 295:16
297:2,12
298:20 303:10
303:12 306:11
307:8 312:18
344:13,17
345:10 361:5
380:11,17
387:10 390:12
405:18 472:18
472:20 474:6
483:12 484:7
485:3,11,22
486:6
**2025**  1:13 8:3
496:18 499:3

**20th**  220:10,19
221:7 229:3
431:21
**21**  5:15 84:17
294:18,19
295:5
**210**  286:9
**212**  2:17 3:15
286:10
**22**  5:16 297:1,3
297:10
**23**  5:17 71:16
301:17,18,19
301:20 302:22
**24**  5:18 66:7
109:9 305:13
305:14,15,22
351:10 432:21
432:22
**24th**  220:14
**25**  5:19 307:4
307:10
**25,000**  179:1,4
179:8
**252**  5:6
**26**  5:20 131:6
133:13 311:13
311:15,16
**269**  2:5
**27**  5:21 73:14
313:17,21
314:1 333:17
**270**  5:7

[279 - 55]

**279**  5:9
**28**  6:3 176:1
  314:20,21
  315:1
**281**  7:13
**282**  5:10
**283**  5:11
**286**  5:12
**289**  5:13
**29**  6:4 318:5
  328:5 334:9,10
**292**  5:14
**294**  5:15
**297**  5:16
**2:30**  209:10

### 3

**3**  4:14 130:16
  131:1,6,7
  135:14,17,19
**3.919**  238:16
**30**  6:5 164:14
  333:21 334:6,7
  336:16,18
  349:16 350:1
  351:11 499:16
**301**  5:17
**305**  5:18
**307**  5:19
**30b**  6:6 349:19
  350:1
**31**  6:8 342:22
  343:1,1,2,13
  344:4,5,10,12

351:9
**310**  2:8
**311**  5:20
**313**  5:21
**315**  6:3
**318**  6:4
**32**  6:9 152:12
  152:14 346:7,8
  346:10 351:11
  351:12,14
**32914**  498:16
**33**  6:10 351:13
  351:15,16
**334**  6:5
**33606**  497:19
**34**  6:11 361:4,7
**343**  6:8
**346**  6:9
**349**  6:7
**35**  6:12 374:14
  374:16 375:3,4
  375:6
**351**  6:10
**36**  6:13 251:21
  377:10,21
  378:1
**361**  6:11
**37**  6:14 380:10
  380:13
**375**  6:12
**378**  6:13
**38**  6:15 387:3,4
**380**  6:14

**387**  6:15
**39**  6:16 390:2,3
  390:4,8
**390**  6:16
**398**  7:4
**3:02**  278:15
  347:5
**3:15**  278:18

### 4

**4**  1:13 4:15 8:3
  134:22 135:3
  135:15,16,21
  135:22 277:6
  496:18
**4.0**  61:19
**4.0.**  93:19
**40**  6:17 405:12
  405:13,14,17
**402-4043**  3:9
**402-4068**  2:17
**405**  6:17
**41**  6:18 426:11
  426:16,20
  427:1 439:2
**410**  7:5
**42**  6:19 437:9
  439:10 459:15
**427**  6:18
**43**  6:20 459:5,6
  459:9
**437**  6:19
**44**  6:21 482:11
  482:12 483:5

**45**  4:11 177:5
  185:1,15 194:4
  278:22 334:16
  376:19 433:22
  450:8
**459**  6:20
**47th**  466:13
**481-487**  1:21
**482**  6:21
**483**  7:14
**488**  4:4
**494**  4:5
**4:07**  349:2
**4:19**  345:10
**4:26**  349:5
**4th**  103:2
  456:12

### 5

**5**  4:16 47:5
  142:9,11 277:6
  278:22
**50**  33:7,10,12
  34:10,19 35:3
  35:12 140:18
  260:20
**500**  1:16 3:6
  8:12 85:12
  86:1 87:2
  231:9 262:12
**512-5937**  3:15
**520**  481:8
**55**  170:13,17
  171:4 181:4

| | | | |
|---|---|---|---|
| **58**  183:16 | **8** | **a** | **abuse**  55:3 |
| **595-0800**  2:8 | **8**  4:20 149:17 | **a.m.**  1:14 8:4 | 94:17 388:10 |
| **5:24**  1:8 8:10 | 149:18,19 | 345:10 | **abuses**  92:21 |
| **5:26**  434:10 | 252:8 254:5 | **abdul**  312:19 | **abusive**  329:9 |
| **5:41**  434:13 | 473:7 | **abide**  56:13 | 329:11 391:8 |
| **5th**  222:22 | **80**  477:6 | **ability**  223:4 | **accent**  264:7 |

**58**  183:16
**595-0800**  2:8
**5:24**  1:8 8:10
**5:26**  434:10
**5:41**  434:13
**5th**  222:22

**6**

**6**  4:17 145:12
145:14,20
146:5
**6/4/2025**  499:5
**66**  4:13
**69**  183:2,5,7,7,8
183:16
**6:27**  479:21
**6:29**  480:2
**6:34**  488:4
**6:35**  488:7
**6:41**  496:19,20
**6th**  347:10,11

**7**

**7**  4:19 147:3,5
149:16 271:5
**70**  183:6
300:15
**72**  184:5
**7367930**  499:5
500:2 501:2
**75**  184:11,16
435:22
**79**  183:5 186:9
**7th**  270:20

**8**

**8**  4:20 149:17
149:18,19
252:8 254:5
473:7
**80**  477:6
**870-9791**  481:8

**9**

**9**  4:21 154:1,3
154:5,11
161:11
**9/11**  173:12
182:9 201:17
208:4,7 209:3
209:12 210:19
212:9,14 282:5
282:9 283:1,1
283:11 284:3
298:4 299:5,7
306:1,6 431:10
431:11,13,14
433:8,13 440:3
440:4,12,14,15
441:1
**90212**  2:6
**93**  187:5
**99**  113:1
**9:38**  309:19
**9:48**  307:8
309:20 310:1
**9th**  207:7

**a**

**a.m.**  1:14 8:4
345:10
**abdul**  312:19
**abide**  56:13
**ability**  223:4
402:8 407:16
497:10 498:7
**able**  148:20
397:14 424:16
451:18 466:6
466:19 467:4
469:7 477:7
484:17 488:21
489:5
**abortion**
354:10 358:14
358:15,15
383:11
**abortions**
352:13 357:20
358:8,9,12
**above**  499:6
501:7
**abrasive**  44:7
**absolutist**
60:13 61:2
277:11
**absurd**  286:8
394:1
**absurdity**
298:6,10

**abuse**  55:3
94:17 388:10
**abuses**  92:21
**abusive**  329:9
329:11 391:8
**accent**  264:7
**accept**  152:18
404:21 405:5
407:5 413:14
**acceptable**  54:7
54:11 60:17
**accepted**  91:12
358:7 359:6
**access**  76:14
99:19 160:9
184:21 233:21
**accessible**
166:12
**accommodate**
107:7 279:2
**accompanied**
361:18
**account**  14:3
31:7 36:11,11
36:14,20,21,21
37:6 86:2,3,4
87:5 189:20,21
218:19 315:10
315:13,17,22
316:2,10,14,18
317:1,7,10,14
318:20 319:17
319:19 320:9
320:21,22

[account - address]　　　　　　　　　　　　　　　　　　　　　　Page 5

| | | | |
|---|---|---|---|
| 321:20 350:19 | 232:6 276:18 | **activists** 264:19 | 291:19 294:3 |
| 422:3 431:1 | 277:19 300:11 | 264:20 290:3 | 299:22 300:14 |
| 452:3,12 456:7 | 301:10 332:6 | 359:13 | 306:17 311:21 |
| 484:14,16 | 347:22 409:21 | **activities** 87:22 | 311:22 313:9 |
| 495:6 | 425:21,22 | 88:1 | 313:12,13 |
| **accounts** 35:20 | 495:15 | **actors** 40:4 | 316:9 323:19 |
| 36:19 85:20,21 | **accuses** 347:12 | 42:22 43:17 | 324:11 327:11 |
| 87:6 319:21 | **accusing** 17:19 | **acts** 314:10 | 341:4,13 |
| 320:6 321:6,14 | 118:22 122:3 | **actual** 93:20 | 353:19 355:8 |
| 321:18 | 221:6 255:13 | 118:15 149:14 | 364:16 375:17 |
| **accuracy** 499:9 | 294:21 298:12 | 259:14 311:2 | 380:22 390:8 |
| **accurate** 85:14 | 348:15 386:19 | 331:22 332:1 | 403:21 405:9 |
| 86:10 96:15 | 394:8 412:5 | **actually** 22:18 | 416:3 424:19 |
| 143:1,6 396:7 | 414:6 421:22 | 23:9 27:5 66:5 | 428:17 429:21 |
| 426:4,14 | 453:20 463:1,2 | 70:9,14 77:15 | 434:7 459:13 |
| 483:10 497:9 | 494:9 495:19 | 79:18 88:9 | 484:7,17 |
| 498:5 | **acknowledge...** | 90:12 97:14 | **ad** 443:6,8,15 |
| **accurately** | 501:3 | 103:1 118:13 | **adapt** 97:7 |
| 152:1 | **acknowledg...** | 118:21 127:3 | **add** 43:21 |
| **accusations** | 499:12 | 135:1 137:19 | 292:17 443:2 |
| 109:13 128:13 | **actblue** 57:15 | 140:16 148:5 | **added** 271:21 |
| 128:21 230:8 | **acting** 40:3 | 156:8,9 170:16 | 275:21 446:21 |
| 465:7 468:1 | 42:22 242:14 | 171:3 178:17 | **addition** 301:5 |
| **accuse** 61:6 | **action** 45:8 | 178:17,19 | **additional** |
| 96:6 120:20 | 497:12,16 | 179:11 184:14 | 35:12 53:7 |
| 125:19 231:1 | 498:8,12 | 185:10 202:18 | 431:20 479:12 |
| 425:4 440:18 | **active** 20:14 | 207:11 219:3 | 479:13 |
| 449:14 | 36:16 | 230:12 233:8 | **additionally** |
| **accused** 17:17 | **activist** 75:14 | 233:20 247:2 | 84:21 85:5 |
| 21:9 22:11 | 92:14,17,19,20 | 252:7,12 259:4 | **additions** 501:6 |
| 46:21 48:11 | 92:22 93:1,2,3 | 259:9,20 | **address** 25:2,10 |
| 109:10 120:11 | 93:6,7,8 270:3 | 263:18 264:3 | 25:13,22 26:6 |
| 121:4,18 130:1 | 271:9 297:16 | 264:12 266:1 | 26:17 27:8,19 |
| 130:10 225:12 | 297:21 306:2 | 267:17 268:18 | 28:19 29:4,12 |

[address - ahead]                                                        Page 6

253:22 356:5
481:5
**addressed**
309:4
**addressing**
231:6
**administration**
70:4 95:19
97:6 138:5,17
172:1 218:14
218:17 245:1
245:14 246:11
366:8
**administrations**
245:21 246:1
**administrator**
217:8,16
**admiration**
494:12
**admire** 219:15
**admired**
219:10
**admires** 100:6
**admission**
338:18
**admit** 312:17
372:22 373:2
373:12,16,21
**admitted** 36:6
51:10,10
303:16 337:19
353:11 363:1
**admitting**
360:6,11

**ads** 443:13,14
**adult** 381:11
386:3
**adulterer**
119:13 247:11
**adulterous**
120:22 121:7
**adultery** 17:20
118:5,22 122:4
130:1 293:13
463:3
**advance** 129:12
301:6 492:18
**advanced**
450:13
**adversity** 99:20
**advertised**
22:18
**advertisement**
443:18
**advertisements**
442:19 443:12
**advertising**
443:3
**advisement**
486:9
**advisor** 384:9
**advisors**
187:21 200:22
213:9
**advocate** 93:4
389:15,18
**advocating**
202:22 387:21

389:1,9
**affair** 53:5 55:6
125:5 128:22
225:13 226:2
226:18 228:3
231:2 232:9
233:20 294:9
299:16 301:10
314:9 337:12
337:13 353:12
353:21 360:4,7
360:11,18,20
378:22 379:6
422:1,22 433:9
448:19 449:13
470:16
**affairs** 74:9
118:15,15
121:1,8 354:20
385:10
**affiliated** 350:2
**affiliation**
59:22
**affinity** 257:16
**affixed** 273:18
**afford** 166:22
**aftermath** 47:3
211:15 429:1
458:14 478:14
493:8
**afternoon**
282:8
**age** 170:12,21

**aged** 171:5
**agencies** 43:2
**aggressive** 20:8
20:8
**aggressively**
87:19,20
**agitator** 449:2
**ago** 11:4 96:11
96:12 147:13
196:3 217:4
237:20 361:14
365:6 471:18
**agree** 25:19
26:9 107:18
108:2 150:15
194:22 238:1,9
271:4 382:19
421:3
**agreed** 27:10
27:15 111:14
463:4
**agreements**
272:7
**agrees** 412:19
**ah** 91:2
**ahead** 19:16,18
42:11,18 51:18
59:8,8,22 67:1
126:12 141:15
150:8 172:14
307:18 310:15
341:18 355:7
385:7 437:11
438:12 445:2

489:3
**ai** 218:17
**aides** 271:8,14
 271:15
**airbnb** 161:4,5
**aired** 46:19
 53:8 215:10
 216:1,7 435:9
 435:10 445:17
 463:9
**airing** 47:4
**airplane** 195:6
 195:12 215:8
 222:13 245:13
**airport** 159:20
 199:22 213:4
**airs** 309:12,13
 435:9
**airtime** 441:20
 441:22 443:9
**akbar** 440:13
**alcohol** 352:17
**alerted** 450:14
**alex** 91:11
**alexandra** 3:4
**alexandraperl...**
 3:8
**aliens** 269:7
 294:12 304:9
**alike** 262:4,21
 263:10
**allahu** 440:13
**allegations**
 52:4 103:15

473:12 476:10
**alleged** 304:3
 367:3 369:9
**allegedly** 236:2
**allies** 72:19
 283:4 295:15
 297:18
**allotted** 499:19
**allow** 30:7
 90:15 179:15
 204:15 230:22
 392:1 409:6,16
 410:2,18
 411:12,20
 412:11,17
 478:2
**allowed** 41:11
 41:17 42:2
 97:4 159:22
 204:17 205:4,6
 216:1 225:11
 226:3 232:5
 254:2,8 265:11
 267:16 304:8
 391:4 447:18
 452:12 466:21
**allowing**
 252:17 385:7
**alzheimer's**
 304:3
**amassed** 55:8
**amazing** 44:11
 132:9 138:22
 141:22 147:20

149:1 155:1
 185:9 324:11
 333:12 425:10
**ambassador**
 191:7 470:3
**ambiguous**
 45:15 47:10
 55:13 108:6
 233:1 319:13
 398:5 417:15
**ambulance**
 206:4
**amendment**
 263:8 370:15
 371:6 372:4,21
 373:16 395:10
 395:13 396:15
 397:4,13,15,20
 399:14,18
 400:19 401:8
 402:5 403:5,11
 403:12 404:15
 413:19
**america** 75:16
 225:8 251:14
 257:6,10 264:9
 265:6 292:8
 313:15 400:19
**american** 10:21
 62:19 162:4
 251:6,18 252:3
 257:18 258:12
 258:15 260:17
 267:12 348:10

397:5 495:11
 495:18
**americans**
 141:3 300:16
**americas** 2:14
 3:13
**ammunition**
 473:18
**amount** 35:10
 35:11 441:21
 441:22 442:5
 442:22 443:8
**analysis** 210:13
 320:15 394:6
**analyze** 394:6
**andrew** 112:5
 113:19 114:5
 117:5 178:18
 482:2
**andrew's** 112:9
 112:13
**anger** 344:17
**angry** 406:22
**animals** 202:13
 203:11,11
 214:20 215:14
 222:18
**animosity**
 99:12
**announced**
 74:20 206:14
 246:10
**announcement**
 75:5

**[anonymous - applicable]** Page 8

**anonymous**
75:17 76:3
287:20,22
288:3 289:10
296:17 315:9
316:2,10
317:14,17
318:20 319:17
320:5,21
321:14
**answer** 7:2
12:4,5 14:4,6
14:14 19:10,14
20:11 23:12,14
26:4 27:2,3,3,5
28:9,11,20,21
29:3,13 30:4
41:19 42:13
45:19 46:16
53:20,22 54:2
54:2 57:19
63:7 81:2
105:16 108:5,8
108:13,17,22
119:6,21 120:7
121:20 122:1
125:6,9 127:1
127:4,10 128:5
128:10,16
129:2,5,14
130:3,8 132:21
165:2 222:3,5
223:9 224:3,17
224:18,20

240:2,17
250:15,19
254:8,9 286:5
300:20 312:4
319:7,11
322:13 327:10
328:15 338:11
390:17 391:6
391:18 392:18
393:5 396:7,12
398:20 399:3,8
399:16 400:6,6
400:12 401:2,3
401:7,11 402:1
403:8,14,19
404:17,19
405:1 408:9
410:11,20
413:1,5,9,12
414:9 419:21
420:6,8 453:22
476:4 485:9
**answer's**
239:20
**answered**
19:13 49:12
63:9 122:20
124:8 130:12
130:13 195:18
237:12 241:12
266:14 267:6
300:22 356:13
356:19 410:6,9
412:1 414:11

**answering**
18:22 26:22
42:6 103:13
122:19 124:6
131:2 371:10
372:10 395:19
399:15 403:17
413:22 420:16
**answers** 11:12
77:7
**anti** 75:14,15
93:2 156:19
249:3,4 250:22
251:4,18,18,18
257:17,18
258:12,15
270:3 271:9
274:9 290:8,8
291:16 298:1,1
348:8,9,10,14
406:4,8 408:12
440:21 442:9
443:13 453:6
489:15
**antisemitism**
252:19
**antitrust** 39:16
**anxiety** 295:22
**anybody** 15:9
16:4,7,13 17:5
17:9 18:1,2,16
20:1,4 38:13
76:7 93:3
97:17 117:8

159:9 232:6
244:12 296:8
296:17 393:2,2
416:20
**anymore** 80:3
91:19 216:2
296:21 344:18
481:16
**anyway** 96:12
157:7 171:8
**ap** 5:11 284:2
**apartment**
209:6
**apologies** 171:6
351:12
**apologize**
207:14
**apologizing**
406:10
**app** 32:6
**appalling** 325:8
326:3 332:18
**appealing** 69:8
429:21
**appearance**
275:13 491:15
**appearances**
165:9
**appellate** 40:11
**appended**
501:7
**apples** 29:6
**applicable**
402:16 499:8

[application - asked]                                              Page 9

| | | | |
|---|---|---|---|
| **application** | **arby's** 336:22 | **arrive** 468:6 | **articulating** |
| 52:21 | 338:7,8,12,14 | **arrogance** | 442:20 |
| **applied** 90:5 | 339:1,3,9,14,18 | 24:12 | **asap** 375:10 |
| 98:1,2 475:1 | 340:7,8,12,15 | **arrogant** 44:5 | **ashamed** 22:2 |
| **apply** 76:20 | 340:19,21,22 | **article** 5:7,10 | **aside** 78:21 |
| 97:18,22 | 341:22 | 5:11,12,13,14 | 148:14,17 |
| **applying** 70:3 | **area** 167:15,17 | 5:15,16,17,18 | 278:10 287:18 |
| **appointed** | 182:20 187:22 | 5:19 7:9 59:3 | 398:14,15 |
| 138:4 261:13 | 188:21 200:20 | 59:11 75:22 | 433:17 445:22 |
| **appreciate** | 201:3 205:18 | 96:10,14 | 465:14 470:17 |
| 214:18 285:1 | **areas** 166:11 | 229:22 230:3,4 | **asked** 35:4 45:6 |
| 289:16 | 205:9 | 270:1,13,19 | 49:12 53:13 |
| **appreciated** | **argue** 391:7 | 271:1 280:1 | 68:14 90:6 |
| 149:4 | **argued** 444:4 | 282:21 283:17 | 123:7 125:13 |
| **appreciates** | **argument** | 284:2 286:19 | 127:5 136:14 |
| 101:10 | 238:2 455:3 | 289:20 291:1,6 | 160:13 163:14 |
| **approached** | **arguments** | 291:13 292:20 | 170:17 189:7 |
| 458:8,9,10 | 40:2 | 293:20 295:12 | 201:21 203:7 |
| **approaching** | **arizona** 214:9 | 297:2,11 298:6 | 204:2 210:21 |
| 458:3 | 214:10 | 298:10 299:3 | 217:7,9 218:6 |
| **appropriate** | **ark** 64:15 65:19 | 301:18 302:22 | 237:8,10,10 |
| 110:17 484:3 | **arm** 277:1 | 306:1 307:4 | 241:12 261:2 |
| **apps** 275:3 | 437:1 | 445:10 446:6 | 261:12 275:4 |
| **april** 74:13 | **arrange** 419:7 | 447:2 | 275:15 308:22 |
| 191:10 259:2 | **arrangement** | **articles** 86:8 | 309:6 327:4,4 |
| 270:20 271:5 | 79:22 | 227:13 228:15 | 327:5 330:3 |
| 456:12 472:9 | **arrangements** | 229:10,13,17 | 334:19 355:2,2 |
| 472:10,13,19 | 188:19 | 229:19 230:19 | 355:5 356:12 |
| **arab** 261:7 | **arrest** 269:14 | 231:3 279:18 | 356:19 357:16 |
| **arabia** 261:8 | **arrested** | 279:20 280:13 | 363:8 394:14 |
| **arabic** 253:16 | 250:21 256:10 | 301:3,13 | 395:18 399:6 |
| **arbitrarily** | 268:8,12,15,16 | 326:21 327:1 | 408:16 409:12 |
| 106:5 | 268:17,19,21 | 433:20 439:19 | 412:3 419:7,13 |
| | 269:12 | 440:2 445:9,12 | 424:15 457:10 |

**[asked - attorney]** Page 10

457:14,19
458:17 459:1
460:19 461:7
464:2,10,12,13
470:6 471:11
474:17,22
475:4,14
**asking** 18:6,10
18:19 24:22
25:3,8 53:14
53:17 74:3
88:11,12 98:10
105:11 110:6
111:3,9 190:1
198:7 217:19
224:3,5,21
235:5,8 266:10
266:12,17,22
267:4 271:16
300:20 327:8
327:21 328:17
328:20 330:5,7
330:18,21
344:4 372:2,3
373:7 386:9
390:9 398:4,10
398:15 404:2
407:21,21
420:17 423:20
424:22 439:19
459:21 460:9
460:10 486:16
**asks** 219:19

**aspect** 99:9
**aspects** 50:11
**aspirations**
96:4,5 245:5
**assassinate**
134:19 266:4
298:14
**assassinated**
156:10
**assassination**
177:10,12
262:16 269:13
318:14 427:15
431:9 432:8
493:9
**asserting**
393:19
**assertion**
444:21
**assist** 70:16
90:6
**assistant**
200:17 206:10
**assisted** 90:20
**assisting** 89:15
**associate**
412:19
**associated**
285:9,15
**associating**
284:12 285:3,6
**association**
290:2 331:14

**assume** 82:16
113:21 117:5
358:5 466:4
479:4,4
**assumed** 159:9
159:19 198:1
469:6
**assumes** 224:14
224:15
**assuming** 103:6
154:1 471:8
**asthma** 349:11
**astroturf** 320:8
**atheist** 359:19
382:19 383:5
490:9,19 491:1
**attached**
499:11
**attack** 79:1
192:3 261:1
283:12 284:4
299:7 314:17
427:6 428:11
428:14 439:16
439:20 440:16
442:9 444:21
494:8
**attacked**
105:18 347:9
383:22 450:5
491:19
**attacking** 272:4
381:1,19
383:17,19,20

432:13 478:14
**attacks** 109:6
109:12 173:11
201:17 249:3
418:2 429:3
430:18 492:18
**attempt** 177:10
177:12 298:14
493:9
**attend** 167:13
178:9 208:20
208:22 261:17
335:22 467:4
**attended**
165:14 167:3
172:9 182:1
210:19 282:9
345:6
**attending**
165:18 168:13
196:8 456:15
**attends** 306:1
**attention** 66:20
233:6 272:14
419:1 430:1
**attorney** 13:14
14:18 38:19,19
46:5 49:7 51:2
54:6 229:20
260:5 358:21
359:12 405:8
497:14 498:10
499:13

**[attorney's - barrage]**                                      Page 11

**attorney's**
402:12
**attorneys**
383:15
**attribute**  75:21
**audible**  272:15
404:22
**audience**
109:18 124:22
204:15,18
205:6 228:21
228:21 356:8
**audio**  136:4
151:3 195:10
497:8 498:3
**august**  136:9
137:19 142:15
145:21 147:4
148:16,19
**authenticate**
288:11
**authenticated**
479:10
**author**  290:8
**autistic**  491:10
**autopen**  304:4
**available**  98:13
281:11,17
418:11 483:17
499:6
**avenue**  2:14
3:13
**average**  85:10
85:19 233:14

**avoid**  426:9,12
**award**  361:19
**aware**  16:22
17:2,11,16,22
18:17 20:16,17
123:8 124:2
236:20 291:5
367:20 462:1,2
**awareness**
251:12
**awesome**  142:3
142:6 148:14
**awkward**
226:15 356:10
465:2

| **b** |

**b**  4:7 5:1 6:1
**babies**  352:1,2
**baby**  352:17
359:4
**back**  21:6
23:15 24:17
43:19 68:10
83:4 91:20
92:3 98:3,3
102:6 123:2
174:4,12,16
176:9,12,18,19
183:10 186:18
188:2,16,17
194:15 196:20
198:6 200:4,6
200:8 203:20

204:1,4,4
208:1 213:22
214:4,5,6,15,19
215:16 225:11
233:13 244:12
248:11,13,15
248:16 278:17
278:19 291:20
297:13 324:6
349:4 400:13
434:12 452:18
453:12 455:22
462:8 463:10
472:1 473:17
477:6 479:15
480:1 484:14
484:16 487:12
488:6 495:6
**background**
70:6
**backs**  331:12
**backtracking**
380:6
**bad**  258:1
265:17 381:20
**badge**  98:1
**badger**  20:7
331:5
**badgering**
24:10 127:11
241:9 242:10
371:14,15
374:5 396:22
399:4 402:12

413:21
**badly**  352:17
455:22
**bag**  159:10
195:5
**bags**  211:4,5
**balcony**  140:4
140:14,20
143:6
**ballroom**
166:16
**ballrooms**
166:19
**ban**  252:4
261:6 273:18
274:7
**bandage**  160:3
188:13
**bankrupt**
91:21 92:1
**banned**  31:8
35:22 38:6
39:15,17 89:17
248:4,7 249:4
251:5,8 252:20
253:5,6 254:7
**banning**  252:18
**bannon**  417:7,7
418:19 419:15
420:15,21
456:12 457:21
458:15
**barrage**  227:16

[barred - believe]                                                    Page 12

**barred**  273:16
  275:2
**barricade**
  149:6
**barron**  166:8
  197:3,20 309:2
  491:9
**barry**  61:19
**based**  89:22
  357:3 408:13
  429:19 488:13
**basic**  30:7
**basically**  75:18
  215:18 220:11
  263:14 385:7
  387:20 389:1
**basis**  17:1
  64:13 129:16
  226:5,8 257:15
  320:1 326:22
  339:14,18,21
  340:6 344:22
  354:8,11
  356:14,17
  369:14 423:5
  457:9,18
**bates**  4:13 66:6
  67:17 177:5
**bathroom**
  67:20 68:2
  101:15 200:9
  387:20 388:2
  388:13,22
  389:2 493:20

**bathrooms**
  389:19
**beach**  163:11
  164:2 167:6,10
  168:2,7 169:19
  174:7 192:11
  199:17,20,21
  199:22 214:5,6
  466:2 467:17
  469:12,13
**bearing**  279:16
**bears**  66:5
  177:5
**beating**  129:22
**becoming**
  393:22 463:7
**bedminster**
  137:21 140:6
  142:17 144:7
  158:17 159:12
  159:21 171:17
  174:14 177:1
  184:5 197:12
  199:13,16,18
  200:1
**beef**  338:12,19
  338:21 339:20
  339:22 340:4
**beeps**  416:2
**beginning**
  191:9 194:18
  350:12 351:1
  416:7,10
  447:11 472:10

**begins**  85:7
  112:2 115:2
  117:2 118:2
  146:11 178:2
  181:2 481:2
  488:2
**behalf**  2:2,10
  3:2 8:20 9:1
**behave**  415:7
**behaving**  42:21
  43:2,17 374:1
  412:14
**behavior**
  124:16 126:4
  127:22 128:1
  129:16 272:14
  325:11 326:6
  383:14 388:3
  389:12
**behaviors**
  355:1
**belief**  18:18,20
  19:2 20:16
  43:4 75:7
  340:16 383:6
  392:5 439:15
  491:18
**beliefs**  275:15
**belies**  307:21
**believe**  10:11
  10:12 11:4
  22:12 37:20,22
  39:1 49:4,4
  59:16 65:7

66:6 73:14
82:22 83:3
84:13 96:4,20
98:5 109:19
133:10 137:22
156:14,15
157:16 158:8
158:13 159:13
161:2 181:9,19
181:20 191:14
213:3 220:2
221:20 224:10
228:13 229:17
233:8 234:1,12
237:11,15,20
240:1 242:9
247:15 251:8
254:4 258:6,8
258:11,15
259:11 269:17
269:17 280:10
291:17 309:18
322:12,12,15
322:16 324:1
332:14 347:3
371:2 379:8
390:19 391:2
392:4 395:10
396:14 397:3
406:11 407:15
408:3 409:5
410:14 411:11
411:19 415:16
416:12 419:2,9

421:14 422:15
424:3 435:15
437:5 439:4
441:13 444:3
448:13 455:2
457:13 458:16
465:21 466:13
467:20 471:13
472:13 473:16
490:6,12,14
491:7 492:1,2
492:13
**believed**  77:20
224:8 279:17
422:13,21
452:1 458:4
493:12
**believes**  232:15
232:20 234:5
236:1
**believing**  17:1
477:4
**belligerency**
24:13
**belligerently**
253:15
**belonging**
319:19 320:9
320:22
**beneath**  40:12
**bensinger**
297:12
**best**  18:18,20
18:20 19:2

20:15 136:12
140:12 146:12
146:14,18
148:9 155:4
162:14 340:16
357:22 358:3
377:2 451:15
485:10,12
493:12 497:10
498:6
**bestiality**  141:8
**bet**  424:11
**better**  151:10
341:8 346:15
**beverly**  2:5,6
456:8,13,16
**beyond**  404:19
427:4
**bias**  56:6
374:19
**biased**  43:3
56:3 300:10
**bid**  378:21
**biden**  43:1
187:10 202:12
212:11 214:1
298:14 303:15
364:14 366:8
431:1 494:20
494:21 495:9
**biden's**  495:4
495:17
**big**  55:9 70:19
174:10 179:22

181:16 185:19
196:6,9,10
204:13,20
210:11 409:3
**bigger**  219:22
**biggest**  17:17
22:7
**bigot**  295:21
**bigoted**  271:10
275:3 290:3
**bike**  254:4
**bikes**  352:12
**bill**  1:8 2:10 3:2
8:8 21:6,12,21
46:10,21 48:11
53:8 103:15
109:5 118:6
120:10,20
121:3 122:3,11
124:21 125:7
128:12,21
130:9 141:9
173:11 189:4
215:10,22
216:7,9,11
220:3,8,20
221:3,5,8
225:9,14 226:6
226:17,21
227:4,10,13,20
228:2,7,16,17
228:20 229:11
229:11,16
230:8,17 231:4

232:3,15,20,20
233:5,16,20
234:6 236:1,3
236:15,15
237:5,6,11,13
237:14,16,21
238:19 239:12
239:16,17
240:20 241:3,5
241:8,13,15,18
242:6,17,18,20
243:4 245:15
247:5,9,21
256:6,7 282:10
294:16 296:9
299:1,1,12
300:10 301:4
301:10,14,22
309:11,12
310:10 313:3
314:16 315:13
315:13,17,22
316:3,10
319:19 320:2,9
320:22 321:9
359:15 367:18
369:4 374:17
374:17 377:19
378:10 382:19
383:15 386:18
391:11 394:8
394:12 395:8
395:14,17
397:6,15 398:7

[bill - bolger]                                                    Page 14

408:13 409:2
409:21 412:5
414:1,6,14
416:5,20 417:5
417:10,20
418:2,7,11,16
418:19 419:2
422:2,13 427:3
427:16 428:4
429:5 430:4,6
430:21 431:18
432:17 438:20
440:5 441:13
446:3,21 447:3
448:14,18
449:5,6,12,15
449:19 451:9
453:20 455:12
455:13,14,16
456:6,16,19,20
456:22 457:9
457:13,18
458:2,6,9,9
459:2 460:1,9
460:10 461:16
461:22 462:1,3
462:14,18
463:8 464:18
464:20,21
468:3 473:19
477:9 488:12
488:14 489:8
491:19 492:1,3
492:14,22

493:4 494:7
495:19
**billions** 21:21
**bimbo** 128:19
**bingo** 312:18
**biological**
352:6 356:4
388:1,6 390:15
392:8,14
393:13,15,19
**biologically**
392:7,13
**bit** 100:16
198:3,5 200:3
259:21 451:10
452:19 492:15
**bitch** 381:5
384:3,17,20
385:2 386:13
**bitcoin** 173:14
174:9 176:4,7
201:9,10
**bits** 71:14
**bizarre** 78:7
288:9 293:7
324:7,15
**black** 181:16
183:22 264:19
265:3 348:17
**blaming** 293:4
**blasio's** 253:20
**blatant** 427:5
431:9

**blatantly** 378:9
**blew** 162:3
449:9
**blocked** 182:17
187:22
**blog** 291:15
**blogger** 97:20
292:1
**blonde** 264:6
**blood** 158:22
**blowback**
419:4,12 420:3
**blowing** 318:17
**blowjob** 451:15
**blown** 427:10
427:14,16
432:7
**blowout** 154:20
**blue** 321:4,7,19
**bluesky** 318:22
319:19,20
**blunt** 455:4
**blur** 341:6
**blurred** 337:10
337:11 338:1,2
341:5,5
**blushing** 162:6
**boards** 245:21
**body** 129:12
260:2 314:12
369:22 491:15
**boiled** 331:14
**bolger** 2:12 4:3
4:5 8:22,22

10:4,6 14:8,12
14:13 15:1,19
16:12 18:6,10
18:14 19:6,20
20:10 23:18,21
24:1,6,11,14,19
25:1,5,7,9,12
25:21 26:3,5,9
26:13,16,20,21
27:4,7,10,14,17
27:18 28:1,5
28:11,15,18,22
29:3,8,11,14,17
30:2,6,10,13,18
31:1 32:13
33:1,11 34:14
34:17 35:7
40:15,21 41:15
41:18,20,22
42:3,8,12,15
43:18 44:2,6,8
44:13,15,20
45:1,5,17,18
46:1 47:11,13
47:18,21 48:3
49:16 50:12
51:15 52:1,20
53:12,19 54:1
54:9 55:17
56:16 57:21
58:2,5,9,13
63:6 64:8
66:12,14,19
67:3,21 68:4

**[bolger - bolger]**                                                    Page 15

| | | | |
|---|---|---|---|
| 68:12 101:14 | 142:8,13 | 234:3,13,16 | 289:12,19 |
| 101:18,20,22 | 143:21 144:4 | 235:7,14,18,21 | 292:11,18,19 |
| 102:8,20 | 144:10,19 | 236:8,12,16 | 293:16 294:17 |
| 103:18 104:2,6 | 145:4,9,19 | 237:1 240:16 | 295:5,10,11 |
| 104:11 105:1 | 146:2,6,7,16,22 | 241:10,19,22 | 296:14,18,22 |
| 105:22 106:3,7 | 147:1,7,8 | 242:4,7,11,15 | 297:9 298:7,11 |
| 106:10,14,17 | 149:15,18,21 | 244:8 245:10 | 298:19 301:16 |
| 106:19,21 | 150:12,15,17 | 248:19 249:18 | 302:2,6,12,16 |
| 107:3,18 108:1 | 150:21 151:4,8 | 249:20 250:2,6 | 302:18,21 |
| 108:7,11,15,19 | 151:20 152:5 | 250:14,18 | 305:7,12,14,18 |
| 109:21 110:12 | 152:20 153:7 | 251:21 252:5 | 305:21 306:17 |
| 111:1 112:3,8 | 153:10 154:6 | 255:2,9,19 | 306:20,22 |
| 112:12,22 | 154:10 161:15 | 256:16 257:1 | 307:3,14,18 |
| 113:2,6,8,11,15 | 161:19,21 | 258:10,17,21 | 308:1,12,15,21 |
| 113:18 115:3 | 162:18,19 | 259:1 263:4 | 309:10,16 |
| 115:19 117:3 | 165:1 172:12 | 266:16,21 | 310:4,13,17,22 |
| 118:3 119:6,11 | 172:15,18,20 | 268:14 269:22 | 311:11,16,22 |
| 119:17,20 | 175:12,16 | 270:8,12,17,18 | 312:4,8,12 |
| 120:2,4,6,16 | 178:3 181:3 | 273:7,10 274:1 | 313:17 314:1,4 |
| 121:5,16 | 183:7,9,14,18 | 274:11 276:13 | 314:6,18 315:3 |
| 122:18,21 | 183:19 184:16 | 276:20 277:5 | 315:7 316:12 |
| 123:2,6,14,21 | 186:7 190:4,9 | 278:4,11 279:1 | 316:15,19,21 |
| 124:12 125:8 | 190:12,16 | 279:4,9,10 | 317:2,4,8,11,15 |
| 125:11,15,18 | 191:3 192:19 | 280:14,20 | 317:20 318:3,8 |
| 126:1,11,22 | 192:22 193:17 | 281:9,15,19,21 | 318:11,15 |
| 127:2,9,12,16 | 193:22 194:3,5 | 282:3,12,17,19 | 319:5,6,10,14 |
| 128:4,8,9 | 194:8,17 195:9 | 282:20 283:7 | 321:21 323:2 |
| 129:13,18 | 195:14,15 | 283:13,16,21 | 323:21 325:6 |
| 130:2,6,7,15,19 | 217:5 221:12 | 284:1 285:10 | 325:18,21 |
| 130:22 131:4 | 221:15,19 | 285:16,22 | 326:1,12,17 |
| 132:20 135:9 | 222:2,9 223:3 | 286:5,9,16,17 | 327:22 328:4,6 |
| 135:12,15,17 | 223:7,13,17,20 | 287:17 288:8 | 328:14,17,20 |
| 135:20 136:1,3 | 224:1,19 225:3 | 288:13,17,20 | 329:2,5,10,12 |
| 136:6 141:18 | 229:8 232:18 | 288:22 289:3,5 | 329:16,21 |

**[bolger - boyfriend]**                                                Page 16

| | | | |
|---|---|---|---|
| 330:17 331:10 | 377:9,12,17,21 | 425:9,16 | **books**  89:1 |
| 333:1,3,7,14,16 | 378:3,4,15 | 426:10,13,15 | 246:5 304:2 |
| 333:20 334:4 | 379:21 381:6 | 426:19 434:2,6 | 366:8 |
| 334:11,13,17 | 381:17 385:19 | 434:14 437:6 | **border**  170:15 |
| 334:21 335:3,7 | 385:20 386:8 | 437:13,15 | 269:5 |
| 335:12 338:5 | 386:21 387:2,6 | 438:12,16,17 | **born**  99:16,17 |
| 338:10 339:6 | 387:8 389:22 | 439:9,11 441:7 | **borrow**  356:5 |
| 340:5 341:13 | 390:6 391:15 | 445:2,6,7 | **borrowed** |
| 341:19 342:1,4 | 391:17 392:3 | 447:1,12,17 | 356:9 |
| 342:7,17,20 | 394:3,21 395:3 | 448:1,7,10,12 | **botched**  293:6 |
| 343:1,7,13,16 | 395:16 396:5 | 449:17 452:18 | 293:19 |
| 343:21 344:3,8 | 396:13 397:2 | 453:2,21 459:3 | **bother**  461:9 |
| 344:11,21 | 398:9 399:1,5 | 459:6,12,16,18 | 461:14 |
| 345:14,15 | 399:10,13,17 | 479:9 481:3,4 | **bothers**  101:4 |
| 346:2,6,11,21 | 400:3,8,11,17 | 482:3,8,14,18 | 106:8 |
| 348:18,21 | 401:1,6,13,17 | 482:22 483:1,6 | **bottom**  66:6 |
| 349:6,7,14 | 401:21 402:4,8 | 483:14,19,22 | 67:17 84:17 |
| 350:4 351:15 | 402:13,17 | 484:4,13 485:1 | 177:6 183:4 |
| 351:19 353:2 | 403:1,4,9,16,21 | 485:7,8 486:3 | 184:18 238:15 |
| 355:21 357:1 | 404:5,9,14,20 | 486:10,16,20 | **boulevard** |
| 358:17 362:3,6 | 405:4,9,13,16 | 487:4,8 488:22 | 167:8 169:7 |
| 362:9,12 | 406:1 407:7,12 | 489:22 491:4 | **box**  1:8 2:10 |
| 363:12,15,20 | 407:20 408:2,8 | 491:21 492:7 | 3:2,12 8:8 9:4 |
| 364:8 365:1,10 | 409:11,15 | 493:16,19 | 134:4,8 142:17 |
| 366:12,19 | 410:8,13,16 | 494:5,16,18 | **boxes**  362:15 |
| 367:4,10,21 | 411:2,6,10,14 | 495:7,21 496:5 | **boy**  345:12 |
| 368:18 369:1,5 | 411:18 412:7 | 496:10,14,16 | **boyfriend** |
| 369:12 370:6 | 412:10,15,20 | **bomb**  285:19 | 102:14 103:14 |
| 371:1 372:1,13 | 413:5,8,13,17 | **book**  73:5,6 | 103:19,20 |
| 372:15 373:9 | 414:3,13,18,21 | 88:19 89:12 | 105:4,9,18 |
| 373:20 374:3,6 | 415:3,5,8,13 | 246:10 299:6,6 | 107:1,9,13,14 |
| 374:10,13,15 | 418:8,9,14 | 431:11,11,13 | 107:21 110:4 |
| 374:21 375:2,7 | 420:5 422:12 | 440:19 449:4 | 110:16 114:3,5 |
| 376:1,19 377:4 | 423:10,19 | | 115:13,15,18 |

**[boyfriend - c]**                                      Page 17

115:22 118:9
118:20 121:14
129:10 178:18
178:18 179:3,9
179:10,12,16
180:3,5,7,8,9
180:10 184:2
191:12 421:9
421:14,17,19
421:20,20
422:4 423:1,2
446:10 469:18
481:18 482:1
**boyfriend's**
111:11 112:5
180:6
**boyfriends**
152:13
**break**  30:17
67:20 68:5
72:18 99:9
101:20 102:1
105:13 145:17
146:4 193:18
270:7 278:12
278:22 279:17
326:21 329:1,5
334:16,18,20
335:2 341:12
343:15 344:7
344:10 348:18
348:22 434:5
438:19 493:21

**breakfast**
12:22
**breaking**  73:17
76:8,8
**breaks**  13:3
**breast**  277:20
278:8 298:13
**breitbart**
451:20
**brendan**
155:11
**briefing**  96:19
96:20 97:1,2,7
97:15 431:17
460:12
**briefings**  96:21
**briefly**  89:20
**brilliant**  210:8
**bring**  23:15
30:10 38:11,14
90:21 123:2
157:7
**bringing**  71:5
**broad**  97:21
**broadcast**
61:20 196:11
229:4,5 232:10
232:12
**broadcasted**
109:15 122:10
124:22 230:9
233:15 238:3
239:16 243:5
313:4

**broadcasting**
232:3
**broke**  80:7
156:13 158:4
198:16 371:4
379:6 443:6
473:16
**broken**  39:7
55:9 217:22
381:4 384:3
385:1,12,13
386:13
**brother**  163:2
201:16 249:7
**brotherhood**
261:12
**brought**  38:14
118:21 119:12
120:9 180:2
185:6 186:4
260:12 345:6
463:15,17
464:8,9 469:18
**brown**  202:19
353:12,16,21
354:15 355:1,4
357:3,9 360:8
368:7 432:2
433:8
**brown's**  353:15
**build**  99:19
**building**
248:14,21
285:20

**built**  161:4
275:22 392:13
393:13
**bullied**  62:16
**bunch**  140:20
163:20 264:18
269:6 273:5
321:1
**bundy**  39:12
**burner**  315:13
315:17,22
319:18,21
320:5,21 321:6
321:20
**busiest**  461:14
**business**  65:8
489:14
**bussed**  469:11
**busy**  115:11
116:2 326:20
475:22 476:6
**butler**  156:10
158:10 266:4
**buy**  94:11,11
314:10 359:5
**buying**  406:7
453:6
**buzzes**  416:2
**buzzing**  415:21
415:21,21

**c**

**c**  2:1 3:1 7:7 8:1

**[ca - capitalize]**                                                    Page 18

| | | | |
|---|---|---|---|
| **ca** 2:6 | 474:8 479:14 | 348:16 384:17 | 427:15 431:1 |
| **cab** 159:12 | 483:14 | 433:8 440:4 | 432:8 439:4,6 |
| **cabinet** 476:2 | **called** 9:11 | 456:1 | 441:9 442:7 |
| **caesar** 261:19 | 31:15 32:1 | **calls** 33:18,19 | 444:17 467:3,4 |
| 262:4 263:11 | 37:7 63:16,22 | 34:6 95:1 | 470:19,22 |
| 263:17 264:1,3 | 64:14,14,15 | 158:6,7 189:3 | 478:22 481:15 |
| 264:14,17 | 73:10 75:13 | 234:7 276:2 | 489:14,14 |
| 265:1 267:21 | 80:5 89:3,19 | 319:4 385:16 | **campaign's** |
| **cair** 10:21 | 142:2 149:22 | 386:14 396:17 | 296:4 |
| 261:5 | 155:12 156:15 | 415:18 416:3 | **campaigned** |
| **calculate** | 157:14,16 | 421:6 474:8 | 376:22 |
| 228:22 441:21 | 166:7 171:2 | **camel's** 473:17 | **campaigns** |
| 442:5 443:11 | 198:19 206:16 | **camera** 86:19 | 205:7 444:16 |
| **calendar** 82:20 | 206:16 252:3 | 195:9 | **campbell** 3:18 |
| **california** | 253:17 270:2 | **campaign** | 8:13 |
| 214:14 215:3 | 275:5,14 | 61:10 71:5,9 | **camps** 259:6 |
| 222:14 358:22 | 289:21 291:15 | 72:7 73:4 | **canadian** 89:22 |
| **call** 31:21,21 | 311:4 326:18 | 74:13,21 75:5 | **canary** 43:10 |
| 32:2 34:6 | 327:12 331:16 | 75:7,16 76:4,6 | **cancel** 159:7 |
| 93:16 100:11 | 342:8,15 | 76:15,17 77:14 | 160:5 |
| 157:19 162:7 | 347:10 359:14 | 77:15,21 78:5 | **cancer** 219:5 |
| 171:8,11 | 359:17,20,22 | 79:15 81:14 | 272:22 273:11 |
| 226:10 227:1 | 388:10,10 | 82:13 98:10 | 277:20,21 |
| 228:12 247:18 | 390:15 392:7 | 155:16 156:14 | 278:8 298:8,13 |
| 255:20 281:9 | 421:8,10 | 173:7 174:11 | **candidate** 72:3 |
| 281:15 317:5 | 422:17 432:22 | 176:16 197:7 | 163:21 277:8 |
| 331:19 332:12 | 434:17 438:14 | 197:17 205:7,8 | **cannon** 65:18 |
| 350:1 356:9 | 463:14 464:3 | 226:11 271:10 | **cantor** 201:18 |
| 381:4 384:2,11 | 465:21 466:9 | 278:8 287:8,11 | **capacity** 72:21 |
| 390:13 416:2 | 466:13 469:22 | 295:16,22 | 89:13,15 93:8 |
| 434:16 447:1,5 | 491:7 | 296:3 324:18 | 164:19 170:12 |
| 459:20 462:6,9 | **calling** 33:22 | 331:14 333:19 | 220:1 |
| 463:13,13 | 93:14 119:2,13 | 334:1,2 337:17 | **capitalize** |
| 465:13 471:7 | 252:17 298:8 | 359:18 366:11 | 416:17 |

**car**  159:13,21
  179:5 206:3,18
  208:2 213:14
  213:16,17,18
  253:18
**card**  277:21
  312:19
**care**  59:19 60:2
  78:18 152:16
  153:20,20
  162:10 214:16
  214:20 215:14
  222:17,19
  294:6 309:2,6
  383:5 401:15
  426:7
**cared**  78:18
**career**  95:10
  129:12 152:14
  248:9 352:5
  353:9 395:9
  440:20
**carlson**  206:12
**carolina**  77:3
  82:7 83:6
  173:9 178:13
  344:14 347:20
**carries**  339:20
**carry**  260:22
  299:18
**cars**  206:5
  359:5
**cart**  138:12
  139:3 147:14

  196:5
**case**  1:7 8:10
  10:7,13,16,17
  12:12,16 13:19
  16:16 20:4
  22:11 39:16,18
  39:21 40:1,5
  40:10 42:17
  43:5,10 45:4
  96:9 118:6,17
  122:2 127:19
  218:15 260:8,8
  261:13 269:20
  302:15 318:10
  332:5 358:20
  365:12 367:2
  369:8,10 374:8
  374:19 391:14
  394:2,20 396:7
  396:14,21
  397:3 400:18
  409:9
**cases**  86:6
**casey**  277:20
**catch**  195:19
**categories**  61:1
**catholic**  490:22
  490:22
**cats**  202:9
  203:5 210:3
  293:8
**caucus**  82:18
  82:22 154:16
  154:17,20

  155:18 156:1
**caucuses**  82:16
  83:10
**caught**  86:19
  129:19 359:2
  430:1
**cause**  51:7
  73:21 74:21
  75:14 78:13
  79:9 80:6 82:5
  83:2 85:17,20
  90:19 92:18
  93:4 103:1
  110:6 134:6
  137:11,21
  140:9 148:2
  158:16 160:13
  164:21 166:13
  168:5,11,20
  169:6,13,16
  172:2 173:22
  178:9,15,21
  179:12 186:1
  187:18 188:1
  188:11 189:1
  203:7,8 205:7
  208:15 209:11
  209:13 213:14
  213:17 218:20
  220:20 228:12
  231:22 236:21
  249:12 259:20
  264:22 265:22
  291:1 300:7

  309:1,1 310:10
  337:16 382:19
  383:1 425:1
  432:13,19
  435:10,19
  440:8 460:8
  466:20 468:9
  470:19,22
  478:19 483:18
**caused**  220:7
  245:15 295:22
**causes**  93:8
**cease**  465:16
**cecile**  357:22
  358:4,20
**celebrated**
  273:13
**celebrating**
  248:8
**celebration**
  163:10
**censorship**
  36:2,14 95:22
  249:2
**censured**
  347:17,20
  348:1,3
**center**  164:1
  205:20 331:19
  332:12 466:5
  469:11
**centered**
  152:14

| | | | |
|---|---|---|---|
| **central** 86:5<br>261:19 262:8<br>**ceo** 253:21<br>**ceremonies**<br>284:4<br>**ceremony**<br>173:12 182:9<br>208:4,7,20,22<br>209:2 282:9<br>335:22<br>**certain** 17:21<br>20:2 74:5,5<br>281:12 444:1<br>**certainly**<br>139:12<br>**certificate**<br>497:1 498:1<br>**certify** 497:4<br>498:2<br>**chained** 248:14<br>248:20 252:14<br>**challenge**<br>444:21<br>**chances** 346:16<br>**change** 94:14<br>500:4,7,10,13<br>500:16,19<br>**changed** 75:11<br>92:4 225:9<br>226:7 476:7<br>**changes** 499:10<br>501:6<br>**changing** 94:14 | **channal** 6:19<br>**channel** 437:18<br>437:19<br>**chanter** 440:13<br>**chaos** 215:9<br>**chapter** 431:13<br>**character**<br>109:12 262:4<br>318:14 427:15<br>431:9 432:7<br>**characterizati...**<br>250:11 280:5<br>455:5<br>**characterizing**<br>366:16<br>**charge** 84:11<br>187:17 471:3,4<br>475:12<br>**charles** 64:20<br>64:21,22 98:2<br>**chatting** 202:1<br>**cheap** 430:2<br>492:17<br>**check** 194:8<br>315:18,21<br>316:1 321:4,8<br>321:20 472:11<br>**checked** 57:12<br>**cheeks** 162:5<br>**cheering**<br>162:13<br>**cheung** 206:9<br>213:13 | **chicken** 211:4<br>211:10<br>**chief** 474:10<br>**child** 382:5,9<br>382:11 388:10<br>389:10<br>**childhood**<br>219:5<br>**children**<br>102:11 163:7<br>352:6,16,18,20<br>352:21 355:22<br>356:4,6,9,11,15<br>358:13 380:22<br>388:5 418:13<br>489:13<br>**chose** 30:8<br>384:14<br>**chosen** 473:11<br>**chris** 226:10,12<br>444:13,15<br>462:7,11 463:4<br>463:20 464:2<br>465:13 466:21<br>468:20 476:21<br>**christian**<br>251:18 275:22<br>359:12 383:10<br>**christians**<br>251:15 489:20<br>490:15<br>**christmas**<br>469:22 471:14<br>471:14 | **chyrons** 438:10<br>438:11<br>**circulated**<br>432:16 433:2<br>**circulating**<br>421:13<br>**citizen** 427:8<br>430:10 495:11<br>**city** 181:21<br>212:11 213:4<br>262:8 299:21<br>**claim** 17:22<br>226:5,8 245:11<br>293:8 323:12<br>354:11 356:17<br>372:22 423:5<br>448:18 449:12<br>486:6<br>**claiming** 9:19<br>10:2 298:4,13<br>**claims** 228:17<br>231:6 234:18<br>321:14 357:6,6<br>357:7 422:5<br>423:2 429:5<br>430:7 449:5<br>462:14,18,22<br>490:21<br>**clamp** 464:13<br>**clapped** 473:22<br>**clapping** 81:19<br>**clarify** 80:18<br>284:22 444:12<br>448:18 |

**claudia** 380:21
**clear** 105:6,10
  152:9 208:12
  208:15 210:20
  295:2 324:16
  401:17 486:13
**clearly** 56:12
  143:15 149:6
  154:17 206:19
  299:2,6 360:5
  406:12 478:17
**client** 28:4 51:4
  51:6 54:15
  56:19 60:18
  80:16 235:11
  235:17 236:9
  250:1 255:11
  302:14 308:11
  314:16 318:9
  335:11 349:10
  371:15,15
  391:16 396:22
  398:8 411:17
  412:3
**client's** 16:17
  311:8
**clients** 39:11
  55:4 56:14
  58:18 61:14
  257:18 436:19
**clip** 64:17
  150:7 151:16
  162:15 237:18
  309:8 311:20

422:17 428:1,2
428:2,4 433:15
439:5 440:10
447:9 448:2
449:18
**clipped** 229:6
  230:15 415:22
**clippings**
  353:14,18
  357:17,18
  360:5
**clips** 64:18,19
  86:18 92:6
  351:5 421:12
  436:13 437:8
  438:18
**cliven** 39:11
**close** 287:8
  296:1 307:7
  389:4 443:9
**closest** 89:11
**closeted** 344:16
**clothes** 273:19
  381:3,15,21
  382:10,12,14
  383:13 384:14
  385:11 386:2,7
  386:11
**club** 137:18
  138:8,9 139:10
  139:13,19
  140:6 166:13
  166:13,21
  167:2 169:20

177:1,8,13
  260:20
**cnn** 23:2 58:19
  96:10 98:4,19
  99:4 430:21
**coaching**
  236:12
**coal** 43:11
**cock** 361:13
  365:5
**code** 55:11,18
  56:22 59:18
  98:15,16
  467:19,20
  468:5,17 469:8
**coerced** 373:7
  373:17 420:15
**coercion** 373:5
**coincidentally**
  433:16
**coined** 87:10
**cold** 184:20,22
  185:13 192:10
  192:12,13,15
  192:16
**coleman** 10:19
**colleague** 9:3
**college** 62:4
  63:3 69:11
  196:8,16 197:6
  197:21 309:7
  440:10
**colleges** 62:10

**colorado**
  251:20
**columbia**
  497:21
**column** 303:1
**combative**
  349:12
**combination**
  35:6
**combined**
  230:11
**come** 10:22
  62:19 81:17
  101:8 139:5,7
  147:16 156:7
  165:11 170:6
  175:3,5,7
  201:21 208:7
  210:21,22
  215:16 222:16
  226:16 254:2
  297:7 304:9
  310:12 311:9
  329:3 343:20
  343:20 344:2
  344:15 411:5
  411:22 462:8
  463:10
**comes** 24:17
  308:13 438:8
**comey** 132:12
**comfortable**
  215:5

**[coming - computer]** Page 22

| | | | |
|---|---|---|---|
| **coming** 136:20 | 477:8 491:10 | 48:9 49:2,10 | **complaint's** |
| 283:21 431:15 | 493:6,8 | 50:4,8 52:3,14 | 52:3 |
| 445:22 464:17 | **commerce** | 53:15 68:22 | **complete** |
| **comm** 206:8 | 201:12 | 69:5,9,13,21,22 | 349:12 427:4,5 |
| **commemorat...** | **commercial** | 70:16 76:21 | 501:8 |
| 282:22 | 278:9 | 89:16 95:15 | **completed** |
| **comment** 86:16 | **commits** 118:5 | 98:7 | 485:4 499:16 |
| 86:17,20 | **committed** | **communist** | **completely** |
| 155:22 232:8 | 60:19 114:2,4 | 62:18 352:8 | 77:13 166:5 |
| 314:5 330:13 | 124:7 125:7 | **community** | 225:8,22 |
| 340:18 341:2 | 152:10 249:6 | 202:14 352:12 | 250:12 427:14 |
| 446:7 453:5 | 271:22 | **companies** | 432:6 433:15 |
| 493:10 | **committing** | 39:17 40:3 | 495:2 |
| **commentary** | 17:20 141:8 | 42:20 43:17 | **compound** |
| 233:5 249:5 | 293:13 463:3 | 96:1 100:3 | 18:13 20:6 |
| 250:16 256:7 | **common** 137:2 | **company** 37:7 | 53:9 126:9 |
| 313:19 395:6 | **comms** 69:18 | 37:10,13 63:16 | 128:3 129:20 |
| 408:10 446:18 | 200:17 | 63:19 64:12 | 171:10 224:14 |
| **commented** | **communicate** | 65:19,21 69:16 | 249:14,17 |
| 155:17 231:7 | 31:17 33:14 | 76:16 79:16,19 | 250:11 |
| 330:2 417:4 | 467:22 | 79:20,21 80:3 | **compounded** |
| **comments** 21:7 | **communicated** | 80:4,8,13,14 | 247:5 431:20 |
| 216:13 225:10 | 49:14 156:12 | 87:13 89:18,22 | **compounding** |
| 225:14 226:18 | **communicates** | 90:10 93:21 | 246:17,18 |
| 231:8,12,14,18 | 132:2 | 99:19 202:18 | 473:14 478:6,7 |
| 231:19 233:6 | **communicating** | **compared** | 478:8 |
| 235:12 239:22 | 165:16 | 484:21 | **compromised** |
| 240:22 242:21 | **communication** | **compel** 127:4 | 378:7 380:5 |
| 243:2,5,9 | 34:4 98:18 | 479:12 487:9 | **computer** |
| 275:4,5 320:8 | 131:21 | **compile** 489:5 | 150:22 322:9 |
| 422:3 426:13 | **communicati...** | **complaint** 13:9 | 322:14,21 |
| 428:20 431:2 | 20:14 34:1 | 423:6,7,8,9,16 | 323:4 355:13 |
| 446:3 451:20 | 35:4 38:17 | 424:6,13 | 355:16 446:15 |
| 456:2 476:8 | 46:12 47:6 | 473:13 | |

**[concentration - contacted]**                                      Page 23

| | | | |
|---|---|---|---|
| **concentration** 259:6 | **confidence** 343:5 | **congregated** 212:5 | **consider** 92:19 |
| **concept** 87:18 | **confident** 17:15 | **congress** 43:7 | **considered** 442:6 |
| **concern** 88:4 | **confidential** | 73:8 99:21 | **consistently** |
| **concerned** | 1:21 22:1 | 163:21 164:2 | 490:3,6 |
| 90:17 287:9 | 25:19 26:4 | 167:6,15 168:4 | **conspiracies** |
| 303:2 | 27:11,15 28:13 | 169:18 170:10 | 257:20 |
| **concerning** | 28:15 51:16,17 | 186:11 251:7 | **conspiracy** |
| 46:12 | 104:7 111:12 | 251:16 272:13 | 283:1,11 284:3 |
| **concluded** | 112:1,19 | 277:7 323:20 | 284:13 285:7 |
| 496:21 | 113:13 114:9 | 324:4 345:3 | 289:22 290:3 |
| **conclusion** 11:1 | 117:1,10 178:1 | 481:15 | 292:22 293:5 |
| 385:17 386:15 | 180:12 236:20 | **congressional** | 295:21 299:5 |
| 396:18 | 279:14 479:16 | 36:5 42:19 | 306:2,6 346:13 |
| **conclusions** | 481:1,19,21 | 168:19 | 431:10,10 |
| 263:3 | 487:14 | **congressman** | 433:8,13 440:5 |
| **condemnation** | **confidentiality** | 336:5 378:17 | 440:18 |
| 290:4 | 9:19 10:2 | 378:18,19 | **constantly** |
| **condemned** | 272:6 | **congresswo...** | 408:11 |
| 261:4 440:12 | **confirmed** | 249:5 251:6 | **constitutes** |
| **condo** 167:7 | 476:3 | 379:8 | 48:8 |
| 168:8,9 169:1 | **confiscated** | **connect** 157:9 | **constitution** |
| 169:7,9 | 359:9 | 258:12 | 304:5 |
| **conduct** 126:6 | **conflict** 367:19 | **connected** | **construe** 152:8 |
| 130:5 273:17 | **confronted** | 199:8 | **consulted** 54:6 |
| 274:7 | 87:15,18 91:17 | **connections** | **consulting** |
| **conducted** | 202:18 | 90:9,18 | 300:3 |
| 359:1 | **confronting** | **conservative** | **consume** 97:11 |
| **conference** | 132:11 134:17 | 35:17,18 172:8 | **cont'd** 3:1 5:1 |
| 39:11,12 | **confused** 11:21 | 225:19 277:10 | 6:1 7:1 |
| 173:14 174:10 | 17:21 18:15 | 323:18 359:13 | **contact** 39:13 |
| 176:5,7 201:9 | **confusing** | 418:22 419:19 | 84:5 469:20 |
| 201:10 261:2 | 169:2 | 419:22 | **contacted** 78:9 |
| | | | 159:20 218:6 |

**[contacts - copy]**                                                    Page 24

| | | | |
|---|---|---|---|
| **contacts** 465:14 | 217:3 276:11 | **convenience** | **convey** 132:19 |
| 465:15 | 278:2 297:6 | 379:2 | 338:16 |
| **contains** 135:1 | 355:19 358:1 | **convention** | **conveyed** |
| 395:4 | 365:8 375:1 | 156:5,9 157:5 | 136:21 |
| **content** 86:12 | 377:18 380:18 | 159:7,17 160:6 | **conveys** 338:17 |
| 86:13,16,16,17 | 391:13 405:21 | 160:8,14 161:7 | **convicted** |
| 92:6 155:15 | 483:15 486:11 | 161:9 162:2,13 | 181:22 |
| 350:21 386:3 | **contract** 65:20 | 197:15 199:16 | **conway** 380:21 |
| **contention** | 91:11 | 200:1 205:20 | 381:18 383:16 |
| 220:21 | **contractor** 65:3 | 466:5 469:11 | 383:19 |
| **contentious** | 65:5,8 | **conversation** | **cook** 453:8 |
| 278:20 | **contractors** | 14:9 74:1 75:4 | **cooking** 323:6 |
| **contents** 351:4 | 64:7,9 79:10 | 82:12 157:12 | 323:7 406:7 |
| 418:6 442:17 | 79:12 | 164:8 202:10 | 407:9,14 409:1 |
| **contests** 91:16 | **contributed** | 203:4,17,21 | **cooks** 408:11 |
| **context** 72:20 | 91:9 364:12 | 226:15 227:2,6 | **cool** 142:1 |
| 144:15 217:6 | 366:5 | 228:8 320:6 | 146:13 |
| 254:11 258:3 | **contribution** | 420:19 444:13 | **cooled** 470:14 |
| 336:15 352:10 | 442:6 444:4 | 444:14 445:1 | **coordinated** |
| 396:21 398:1 | **contributions** | 457:22 461:12 | 36:2 199:10 |
| 399:21 | 358:7 359:7 | 463:4,20 464:8 | 427:6 428:11 |
| **continually** | 442:8 | 465:2 468:16 | 428:14 430:17 |
| 57:1 | **contributors** | 468:20 471:12 | 431:2,5 432:12 |
| **continue** 23:14 | 246:6,7 | 476:21,22 | 439:15,20 |
| 274:17 290:1 | **control** 106:7 | **conversations** | **coordinating** |
| 317:22 412:8 | 242:2 281:18 | 12:13 15:16,17 | 431:4 |
| 447:20 | 406:5 452:3,12 | 34:10,20 35:3 | **copies** 499:14 |
| **continued** | **controls** 474:11 | 38:16 82:9 | **cops** 89:3 |
| 220:15 431:21 | **controversial** | 83:21 186:14 | **copy** 66:10 |
| 446:9 469:19 | 247:12,15,18 | 202:3 463:19 | 67:13 270:15 |
| 489:11 | 493:8 | 465:3 466:15 | 295:9 305:17 |
| **continuing** | **controversy** | 474:15,18 | 307:12,17 |
| 16:10 32:20 | 267:20 440:10 | 475:9 | 341:7,8 390:10 |
| 33:9 35:1 | 493:6 | | 459:11 482:18 |

[copy - cover]                                                          Page 25

| | | | |
|---|---|---|---|
| 483:2 | **correctly** 21:4 | 78:19 94:19 | 40:4,8,18,22,22 |
| **corey** 213:11 | 71:21 156:1 | 176:19 232:7 | 41:2 43:5 45:6 |
| 213:11 | 189:19 199:19 | 254:2,22 | 51:18,19 66:3 |
| **corner** 66:7 | 439:22 | 257:21 262:2 | 66:4 105:13 |
| 67:17 143:15 | **corresponden...** | 269:8 275:21 | 134:22 142:9 |
| 294:4 | 90:3 | 276:3 304:5,12 | 145:11 147:2 |
| **correct** 21:4 | **correspondent** | 304:19 309:15 | 149:16 153:22 |
| 27:6,9 33:20 | 64:19 65:1 | 364:13 366:6 | 161:10 190:5 |
| 50:9,13 54:11 | 90:7 98:2 | 366:21 371:5 | 241:21 242:2,7 |
| 54:20 60:14 | 473:8 | **coup** 429:17 | 242:12 252:6 |
| 66:2 68:17 | **corruption** | **couple** 12:20,20 | 259:2 260:9 |
| 72:7 74:14 | 55:2,7,10 | 64:7 90:14 | 261:16 270:1 |
| 77:19 88:12 | 87:17 94:16 | 96:11 172:22 | 286:11 288:4 |
| 92:14 99:6 | **cosplayer** | 198:6 215:22 | 292:9 296:19 |
| 123:16 131:18 | 336:22 | 342:1 421:13 | 296:22 301:16 |
| 137:17 142:20 | **cost** 23:6 178:8 | 437:8 472:3 | 307:3 310:6 |
| 146:9 181:20 | 245:8 443:10 | 474:8 | 311:12 313:13 |
| 184:5 187:3 | **costing** 245:3 | **course** 13:4 | 314:18 317:5 |
| 194:20 195:2 | **couch** 446:10 | 21:20 22:1 | 346:7 351:8 |
| 200:5 256:11 | **couches** 201:2 | 23:4 61:17 | 361:2 374:1 |
| 261:19 271:5 | **council** 10:21 | 62:1,5 63:11 | 375:3 401:22 |
| 280:17,21 | 252:3 | 66:12 76:21 | 411:9 412:13 |
| 282:6 283:18 | **counsel** 8:16 | 79:10 138:10 | 459:4 482:9 |
| 298:21 322:2 | 9:4 497:11,14 | 160:17 173:11 | 488:12 |
| 339:11,11 | 498:7,10 | 193:12 196:22 | **courtesy** |
| 346:4 349:18 | 499:14 | 230:7 231:20 | 270:11 |
| 349:22 350:14 | **count** 133:3 | 263:22 266:5 | **courthouse** |
| 395:4 421:6 | 161:20 | 281:1 369:18 | 182:11,20 |
| 439:6,12 | **counting** 154:1 | 433:19 467:12 | 260:13 261:16 |
| 469:20 501:8 | 331:12 | 469:2,2,2 | 269:15 |
| **correction** 6:7 | **countless** | 489:7 | **courts** 240:9 |
| 31:16 350:7 | 274:15 418:10 | **court** 1:1 8:9 | 313:14 |
| **corrections** | **country** 22:5 | 8:14 9:21 | **cover** 23:6 |
| 501:6 | 55:10 69:17 | 30:11 39:19,20 | 67:14 71:1 |

**[cover - date]**                                                        Page 26

81:6 157:8
160:16 178:6
184:22 186:6
261:17 319:22
444:1
**coverage**  82:21
210:12 422:9
428:16 430:13
442:9 444:3,20
445:13 446:4,9
446:20
**covered**  91:17
**covering**  86:21
87:7 160:14
182:15
**covid**  169:6
**coward**  373:10
373:11,12,14
374:3,9,10,11
**cowardice**
136:15
**cowards**  374:6
**cracking**
363:12,19
**crazy**  105:18
140:15 176:15
182:16 193:9
202:6 239:16
303:4 313:3
321:14,15
346:13 378:9
440:17 444:15
445:14 456:1

**create**  36:14
78:17 300:5
**created**  36:22
37:6,11 86:13
97:14 226:17
358:13
**creates**  476:16
**credential**
96:14,16,18
261:17
**credentials**
76:18 79:4,6
97:5 98:10
160:16 217:14
219:4
**credibility**
273:4 287:19
293:14 296:16
346:5
**credible**  332:7
**crime**  262:2,18
262:19 263:1
388:11
**criminals**  269:7
**critical**  100:16
440:22 460:1
479:7 494:21
495:8
**criticism**
277:22 278:7
353:20
**criticize**  264:10
264:11 267:13
267:15

**criticized**
321:22 345:19
346:3
**criticizing**
261:22 428:6
**critics**  17:17
**crossing**  273:13
**crosstalk**
240:12 241:16
**cs**  499:15
**culture**  99:13
**currently**  67:10
102:13
**curry**  331:18
332:11 406:8
452:21 453:3,6
453:13,14
454:6
**curve**  42:18
**custody**  281:18
**cut**  71:13
175:17,20
224:16 272:4
330:2 347:13
347:13 452:6
**cv**  1:8 8:10

**d**

**d**  4:1 7:1,7,7
8:1 37:4
**dad**  141:4,5
381:1 384:1
**daddy**  380:20
381:4 382:1

**daily**  227:8
230:4 326:22
**daleiden**
358:22 359:1,8
**damage**  220:20
221:2 245:14
**damaged**  52:5
52:11,18
128:12 243:15
425:11
**damages**  53:9
220:6 246:18
246:18,21
247:1,5 424:16
486:6
**damaging**
245:6
**danced**  475:18
**dancing**  475:20
**dangerous**
108:4 109:19
253:2
**darien**  470:6
**date**  1:13 96:11
115:11,12,16
140:21 148:15
152:10 153:16
173:18 177:11
191:16 192:10
193:2,3 198:17
228:8 313:1
335:17 347:4
435:9 456:11
472:8,10,11,13

500:24 501:12
**dated** 161:12
  190:17 238:8
  282:21 284:4
  286:22 290:6
  295:16 297:2
  297:12 303:5,7
  303:10 306:11
  307:7 315:3
  318:18 335:17
  351:9 354:1,4
  354:5,9,17,18
  361:5,12,18
  363:5,7 375:8
  378:6 387:9
  390:11
**dates** 82:19
**dating** 152:7,7
  180:10 360:7
  361:19
**daughter** 300:2
  383:18,20
  387:15,21
  388:17
**daughter's**
  381:21 382:9
  491:15
**david** 3:18 8:13
  253:13 273:19
  358:22 359:1,8
**davidovitch**
  3:11 9:4
**davis** 1:15 2:13
  3:5 9:1 59:2

**day** 23:15 59:9
  76:2 91:20
  92:3 123:3
  127:14,15
  134:13 137:21
  139:13 142:10
  145:13 146:12
  146:13,14
  154:14,15
  156:10 160:1
  173:22 174:2
  176:11,12
  182:21 183:20
  193:7,8 194:19
  208:4 212:10
  214:10,14
  215:2 228:11
  238:9,13,14
  261:15 269:5
  271:2 287:2
  301:1 308:11
  308:14,14
  350:12 375:15
  376:3 415:16
  435:9,10
  436:22 437:4
  445:17 456:16
  457:3 461:7
  465:9,18,19
  468:7,14
  471:13 472:12
  493:12 501:15
**days** 11:4 96:11
  146:18 182:3

182:22 215:22
  217:4 228:12
  228:13 420:11
  445:19 455:21
  462:7 471:18
  499:16
**dc** 1:17 3:7
  8:12 64:19,22
  81:18,22 473:4
  473:8,9,22
**dcc** 57:14
**de** 253:20
  429:18
**deal** 246:11
  341:21 412:13
  422:11
**death** 104:19
  109:4,13
  361:15 363:22
  364:13,15,18
  365:11 366:10
  370:21 371:4
**deaths** 273:13
**debate** 61:9
  83:15,16
  173:10,13,17
  173:19 176:6
  182:8 187:7,9
  187:13 193:12
  198:13,18
  199:6,14,15,17
  199:20,21
  202:4 203:2
  204:2,5,7,9,11

204:15,16,19
  204:21,22
  205:5,8,14
  207:20 208:3
  209:18 210:1,4
  210:13,14
  211:2,15,19,20
  282:4 287:3
  293:2,6,19
  303:3,14 336:4
  342:9 346:4
  386:17 406:19
  407:1,1 428:20
  429:1
**debates** 268:3
**debrief** 458:15
**debt** 378:10
**decade** 298:3
**december**
  218:18 252:8
  484:16 495:6
**decide** 14:16
  23:21 29:8
  44:1 107:10
  400:16 484:2
**decided** 39:20
  40:10 50:9,15
  138:8 251:11
  253:1 257:7
  262:9 263:16
**deciding** 106:5
**decision** 24:17
  38:11,12,14
  218:7 297:15

411:13 421:3
declare 501:4
dedicated
442:1 444:20
deem 54:11
deemed 501:6
deems 111:8
deep 415:2,6,11
deeper 220:11
defamation
16:17 22:11
60:18 61:4,16
96:4 120:10
124:7 125:7
427:3
defamatory
21:8 118:4,12
119:1,1,13
120:17,20
243:5 461:17
462:19,19
defamed 61:15
121:3 124:21
308:11
defaming
427:17
defend 21:5
23:4 232:7
defendant
394:20
defendants
1:10 2:10 3:2
4:9 9:2 10:7
44:6 45:8

defending
258:6,11
defined 56:2
definitely 33:13
159:3,6 191:10
400:13 449:18
449:19
definition 94:5
246:20,22
247:14 368:15
370:7 381:22
384:20
defunct 92:1
defund 62:22
degenerate
382:11,13,15
382:16,18
389:20
degree 93:18
93:20 185:15
degrees 185:1
dei 303:16
304:5 352:2
365:20
delete 454:11
deleted 59:1,3
59:12 349:17
454:21
deliberately
427:17 429:15
deliver 211:8
delusion
392:10

delusional
490:16
demand 175:3
demanding
116:5
democrat 57:10
57:22 60:3
156:22 202:19
257:3 258:5,15
266:20 267:1
274:8 300:3,17
303:18 304:6
305:2 319:20
319:20 348:2
374:19,20,20
388:8 392:10
444:5 492:11
democrats
22:20 57:12
60:3 62:11
217:11,13,19
218:12,22
254:21,22
256:5 257:6,9
258:19 304:1
365:20 389:17
demon 314:11
demonic
352:18
demonized
43:14,15
denial 492:15
denials 230:6

denied 239:13
345:17 353:21
354:14,15,16
355:2 357:6,7
363:11,14
431:11
denies 227:15
230:1 366:20
deny 281:2
355:7
department
62:22
departs 174:9
depends 94:5
244:16 247:14
368:15
deplatformed
277:8 451:19
484:15 495:3
deponent
499:13 501:3
deposed 10:7
10:10 11:7
15:13 281:21
deposing
499:13
deposition 1:12
8:5,11 9:18
12:9,21 13:11
13:13,14,19
14:1,5,10,18,21
15:18 16:5,8
20:18 21:2
23:16 27:22

30:3 38:10
51:6 104:12
106:4 107:5
111:5 112:16
123:3 144:16
231:22 236:4
236:14,20,22
237:3 240:7,8
304:21 349:12
404:4 410:21
411:5 412:8
413:3 418:7
420:11 455:4
456:8,11 457:3
457:5 473:5,7
479:16 484:5
488:12 496:8
497:1
**deputy** 84:13
471:6
**derail** 494:10
**deranged**
352:15
**derogatory**
239:22 340:18
341:1 419:4
421:21 456:2
**desantis** 72:13
73:18 88:8
277:19
**desantis's**
298:12
**describe** 54:19
94:22 95:8

364:7 376:12
379:15,18
391:1
**described** 61:2
272:21 273:11
275:15 353:15
356:9 451:21
455:12
**describes** 274:7
**describing**
455:19
**description** 4:8
5:2 6:2 7:8
126:6
**descriptive**
364:7
**deserve** 155:4
**deserves** 155:4
274:18,19
**designate** 104:6
253:2
**designated**
34:7 189:7
206:6 252:2
261:6
**designed** 106:4
**despicable**
130:5
**despite** 99:20
406:13 461:4,4
**destroy** 276:2
352:13 357:20
358:10 429:19
429:20 437:17

**destroyed**
336:20 366:20
371:5
**destroys**
358:16
**destruction**
366:5
**destructive**
495:17
**details** 13:14
**determined**
56:1
**development**
171:12
**device** 357:15
**devices** 34:4
320:17 359:9
447:18
**diagnosis** 278:8
**dick** 352:4
353:8 354:12
354:21 375:15
376:3,10
379:10 387:14
388:17 389:10
**die** 274:18
445:19
**died** 158:22
159:4 371:3
**dies** 361:15
363:22 364:18
365:7 366:9
370:20

**difference** 69:4
79:11 246:19
255:22 275:18
308:20 385:14
386:9 402:20
408:22 409:3
418:21
**different** 43:8
74:3 88:13,16
94:12 146:3
228:22 284:10
309:14,15
321:19 351:2,3
351:3 392:13
419:16 433:19
440:2 443:1,2
495:18
**differently**
393:14
**digital** 251:9
259:5,12,13
497:8 498:3
**dilley** 155:11
155:13
**diminish** 420:3
**dinner** 152:8
290:5 420:1,10
455:20,21
456:3 458:1,11
458:16 459:2
461:15,18,19
461:22 473:6
**dinners** 167:2
345:6

**[direct - dog]**                                                    Page 30

| | | | |
|---|---|---|---|
| **direct**  35:3 | **disdain**  301:6 | **distraction** | 279:12 288:11 |
| 87:22 341:1 | **disgrace** | 465:10,12 | 292:12 337:12 |
| **directed**  430:10 | 242:13,14 | **district**  1:1,2 | 357:13 425:1 |
| **direction**  42:22 | **disgraced** | 8:9,10 164:3 | 447:7 474:19 |
| **directly**  12:5 | 132:11 | 168:5,6 169:16 | **documentarian** |
| 17:14 82:4 | **disguised**  73:5 | 169:17 497:21 | 206:11 |
| 173:13 490:8 | **disgusted** | **districts**  169:11 | **documented** |
| **director**  69:10 | 314:12 | **distrust**  300:16 | 36:4 87:4 |
| 69:18,22 95:16 | **disgusting** | **diversifying** | 118:16 337:14 |
| 132:11 134:18 | 346:14 388:3 | 97:16 | 357:11 359:11 |
| **directv**  446:15 | 389:11,11,20 | **diversity**  276:2 | 361:3 363:3,6 |
| **dirty**  352:21 | **dishonest** | **divide**  346:14 | 418:3 448:22 |
| 359:22 360:10 | 300:19 444:2 | **divided**  200:7 | 450:4,22 |
| 360:15,19 | **dismiss**  11:5 | 213:15 | **documenting** |
| 425:5 | **disneyland** | **divider**  200:15 | 206:17 |
| **disable**  98:14 | 171:11 | **division**  1:3 | **documents** |
| **disagree**  496:5 | **disparage** | **divorce**  337:2 | 4:10 13:8 44:9 |
| **disclosed** | 314:16 | 338:17 | 45:14 46:3,7,8 |
| 107:16 108:4 | **disparaging** | **divorced** | 46:12,14,17 |
| **discuss**  15:15 | 314:14 318:9 | 123:13 127:18 | 47:5,7,15 48:5 |
| 15:17 | 418:12 489:12 | 337:2,16,20 | 48:17,18,19 |
| **discussed**  13:5 | 489:17,19 | **dm**  31:15 | 50:2,7,16 51:4 |
| 78:11 82:15 | **disrespect** | **dnc**  346:15 | 52:2,7,13 |
| **discusses**  7:11 | 392:20 | 347:12,22 | 53:14 54:5,10 |
| 447:3 | **disrespectful** | 348:15 | 54:12,16 |
| **discussing**  7:12 | 20:9 242:9 | **docket**  259:9 | 229:20 280:8 |
| 280:2 447:4 | 391:22 392:19 | 259:15 260:5 | 280:18 289:1 |
| **discussion**  75:2 | 422:2 427:11 | **doctors**  359:3 | 331:12 357:16 |
| 224:4 455:15 | 440:14 | **document**  5:4,8 | 398:17 471:6 |
| 457:12,19 | **disseminate** | 42:12 45:7,9 | 479:13 |
| 463:8 465:6 | 89:16 | 45:14 49:3 | **dodge**  406:10 |
| **discussions** | **dissent**  40:6 | 66:4 67:9,22 | **dog**  192:3 |
| 71:4 268:4 | **dissuade** | 136:7 175:19 | 222:19,20 |
| | 106:11 | 175:20 227:9 | 424:8 |

**dogs** 141:7,9
202:9 203:5
210:3 214:15
214:16 222:17
293:8
**doing** 37:11
39:4 55:12
69:20 79:17
87:11,11 94:17
95:15 208:10
214:19 223:21
231:21 249:7
254:19 288:11
288:20 300:7
316:11 346:16
373:3 411:3
431:20 493:20
**dollars** 21:22
258:19 262:7
348:7 381:3,14
386:3 441:20
442:4,8 443:15
444:10,19,22
**domestic**
203:11
**dominated**
267:22
**donald** 150:3
168:18 181:6
196:20 238:1
238:22 239:10
262:10 264:4,8
264:17 267:21
269:13 271:8

276:18 286:21
293:6,12
295:22 304:6
308:19 310:11
310:20 394:9
395:15 397:16
412:5 424:8
425:22 427:9
429:6 430:14
430:15 459:19
461:20 462:4
469:4 476:12
477:8,18 489:9
491:13 494:9
495:20
**donate** 57:15
257:6,9 334:2
**donated** 57:14
217:10,13,18
218:12,21,22
256:5 258:19
324:18 333:18
333:22 359:16
367:18 374:18
492:10
**donates** 60:3
**donations**
57:12 492:9
**donor** 90:18
139:12 257:3
305:2 492:3
**donors** 90:22
139:9 179:1
188:22 374:20

**door** 140:4
200:15 389:4,6
**doral** 177:14
178:5 181:15
196:1
**dossier** 22:21
**double** 284:18
**doubling**
378:10
**doug** 352:10
390:20
**downs** 64:20,21
64:22 98:2
**downstairs**
204:14 209:14
212:4
**dox** 25:14
**doxed** 103:21
105:9 107:14
**draft** 70:1
**drafted** 68:19
450:10
**drama** 78:17
461:10
**draw** 66:20
419:1
**dream** 95:18
**dress** 176:2
177:3,6 180:7
181:14 183:3
184:7 187:2
192:14 299:18
**dressed** 192:12
192:14 209:16

467:16
**dribble** 291:16
**dribbling**
313:18
**drinks** 143:4
**drive** 2:5
138:11 178:15
**driver** 253:13
254:3 275:4,8
**drivers** 275:4
**driving** 466:1
467:1
**drove** 178:16
179:11 205:18
212:2,6,7
213:18,22
**ducks** 202:14
203:6
**due** 79:21
**dug** 220:11
**duly** 9:11 497:5
**duress** 418:20
419:15
**dust** 205:16
**dwt.com** 2:16
3:8
**dying** 364:13
**dynamic** 265:6
476:7

_____
**e**
_____

**e** 2:1,1 3:1,1 4:1
4:7 5:1 6:1 7:1
7:7,7,7,7 8:1,1

**[e - embedded]**                                                          Page 32

37:4,4 500:3,3
500:3
**ear**  160:3
219:12
**earlier**  60:7
193:16 214:2
271:1 299:10
301:1,8 436:12
445:12 452:20
454:7,14
471:17 484:4
**early**  152:11
158:16 174:7
209:12 211:21
345:13
**earn**  290:3
**earned**  485:2
**earth**  234:5
235:3,22 237:9
237:15 242:19
370:9
**easier**  11:15
**easily**  143:17
**east**  1:16 3:6
8:12
**eastern**  264:6
309:17
**easy**  178:14
**eat**  211:6 340:8
**eaten**  293:8
**eating**  202:8,12
203:5,9,10
210:3 211:10
211:15 292:22

294:11,22
428:21
**edit**  64:18,19
**edited**  444:1
**editor**  341:7
**editorial**  426:6
426:13
**education**
62:22
**educational**
62:10 63:2
**effect**  94:14
288:12
**effing**  225:15
301:14 310:20
390:17 391:6
392:18 393:5
**effort**  257:20
359:11 494:10
494:13
**ego**  78:20
**egregious**
103:16
**eight**  244:18
**either**  38:3,8
83:3 86:1
98:15 132:19
137:3 188:22
228:10 244:17
294:5 366:13
368:14 380:5
382:17 390:21
457:13 458:9
458:21 460:11

**elderly**  89:2
**elected**  469:1,4
**election**  36:7
69:17 82:11
83:13,20 85:16
85:18 86:5
87:7 115:12,14
133:9,10
146:19,20,20
163:9 167:19
168:20 169:2,3
186:6 197:8
206:17 210:7
215:7 219:1
231:1 249:2
293:19 295:14
295:19 303:4,6
303:12 309:5
312:18 366:6
441:19 443:10
463:11 465:17
465:18,20
466:1,2,2
467:5,13 468:7
468:14,22
469:17,19
470:13 471:1
492:16,20
494:13
**election's**
445:21
**electronic**
131:21

**element**  99:8
101:13
**elements**
262:22
**elephants**  76:6
**elevate**  297:15
**elevating**
284:12 285:2,6
**elitist**  97:3
**eliza**  199:9,10
**ellmers**  379:9
**elon**  36:9
218:19,20
**email**  24:2 25:2
25:10,13,22
26:6,17 27:8
27:19 28:19
29:4,12 32:2,3
52:14,15
131:20 289:20
297:10 468:17
471:5 474:20
481:5
**emails**  29:19
**embarrassed**
463:18
**embarrassing**
304:6 411:15
414:8 422:7
466:8 476:19
476:20,21
**embedded**  4:17
146:9

[emerging - evening]                                      Page 33

emerging  61:20
emhoff  352:10
  390:20
emirates  261:8
emoji  136:11
  136:16,17,21
  137:2,12
  148:10,12,13
  148:22 162:4,4
  162:6
employed  64:3
  80:12 91:13
  92:10 497:11
  497:14 498:8
  498:11
employee  65:4
  65:19 77:11,11
  79:8,10 497:13
  498:10
employees
  65:22 80:12,14
  80:15
employment
  78:10 164:9
employs  65:20
enabler  21:13
enamored
  376:13
encapsulating
  167:16
encounter
  88:16,17 89:6
encourage
  264:20

encourages
  358:8
encouraging
  263:14
ended  75:10
  196:19,20
  228:1 337:15
  456:15
endless  297:22
endorsed  99:22
  167:11 323:20
  324:3,12
  377:20
ends  111:19
  114:10 116:7
  117:11 177:16
  180:13 480:4
  487:15
energy  176:16
  430:9
enforcement
  43:1
engaged  85:17
  85:18 355:1
engagements
  85:11 246:2
engaging  122:4
enterprises
  489:14
entertaining
  151:13,18
entire  51:6
  69:16 76:6
  431:12 432:21

433:3 450:10
entities  56:3
entitled  127:6
  306:1 486:6
entourage
  283:3
entrance
  273:21
envelope  134:5
envelopes
  132:6 134:9,10
episode  46:13
  46:13,15,19
  47:2,4 52:4
  53:7,15 109:8
  215:10 216:1,7
  220:10 228:14
  417:2,9 431:21
  435:2,4,6,21,22
  437:16 440:1
  445:17 457:21
  458:13 462:8
  463:8,9 464:18
  493:3
episodes  53:10
  220:18 229:2
  493:5
equivalent
  443:15
eric  178:22
  491:11
errata  499:11
  499:13,16

error  6:7
  349:18 350:5
es  497:4
escorted
  205:14
especially
  69:17 109:7
  218:15 245:3
  257:18 388:5
  422:7,9 441:18
  443:9
esq  499:1
esquire  2:3,12
  3:4,11
essentially
  276:1 462:8
  489:6
established
  73:18
ethics  55:11,19
  56:13,15,20,22
  58:17 59:17,18
  59:20 61:22
  63:10
ethnostate
  275:22
etiology  62:13
european  264:7
evangelicals
  489:20
eve  165:19
  471:14
evening  442:18
  466:3

**[evenings - exhibit]** Page 34

evenings
    309:13
event 156:14,20
    164:1 168:13
    172:7,8 175:6
    178:17,19
    179:11 180:11
    184:9,22
    185:11 186:1
    187:3 196:13
    196:17 262:11
    306:1 337:18
    355:5 456:14
    456:15,18
    466:2,7,20,22
    467:14,15
    468:22 469:13
events 76:17
    81:6 164:4,13
    164:21 165:8
    167:3 168:15
    173:7,8 183:21
    197:16 469:10
    469:15
eventually
    39:14 80:7
everybody
    13:22 14:2
    36:1 93:7
    119:7 140:11
    174:6 188:19
    204:5 205:14
    205:17 208:1
    208:17 209:10

209:20 210:15
    210:15 211:7,8
    211:22 212:5
    260:10 366:7
    373:3 469:11
    477:13
everybody's
    208:18
everyone's
    269:10
evidence 47:20
    48:2,12 52:17
    118:9,16,16
    123:11 128:14
    130:11 224:15
    297:7 321:12
    440:9
ex 293:2 356:6
    356:7
exacerbating
    287:10
exact 82:19
    173:18 177:11
    192:10 213:2
    423:15,16,18
    424:12 426:17
    428:4 456:11
    472:9,12
exactly 139:20
    157:21 196:3
    212:19 278:6
    308:10 391:10
    424:3 464:7

exaggerating
    298:13 430:12
examination
    4:2 10:3 488:8
    494:17
examine
    347:13
examined 9:13
example 55:19
    88:8 89:4
    246:9 386:10
    442:18
examples
    218:10 418:11
exception 9:16
exceptional
    217:14
exceptions
    218:11,14
exchanged
    39:13 49:10
excited 179:12
    179:22 204:6
exciting 142:4
    149:2
excluded 336:4
exclusive 140:3
    467:14
excuse 43:14
    91:18 193:8
    293:12 299:1
    301:9 375:20
    378:10

executives 36:6
    42:20
exhausting
    113:3
exhibit 4:9,12
    4:14,15,16,17
    4:19,20,21,22
    5:3,5,6,7,8,10
    5:11,12,13,14
    5:15,16,17,18
    5:19,20,21 6:3
    6:4,5,6,8,9,10
    6:11,12,13,14
    6:15,16,17,18
    6:19,20,21
    42:9 44:3,10
    45:2,7,10 66:4
    66:8 84:15
    130:16 131:1,6
    131:7 134:22
    135:3,22 142:9
    142:11 145:12
    145:14,20
    146:5 147:3,5
    149:16,19
    154:1,3,5,11
    161:11,13,18
    161:19 175:13
    175:14,17
    177:5 190:5,7
    238:4 252:7,9
    270:1,4,9
    279:6,7 282:13
    282:14,18,21

| | | | |
|---|---|---|---|
| 283:7,8,13,21 | 378:1 380:10 | **expert** 108:10 | **expressing** |
| 284:7 286:2,12 | 380:13 387:3,4 | 443:7 | 271:10 357:2 |
| 286:13 288:14 | 389:22 390:4,8 | **explain** 77:8 | 366:22 394:11 |
| 288:18 289:8 | 390:8 405:11 | 337:21 338:3,6 | **expression** |
| 289:21 292:12 | 405:14,17 | 487:6 | 60:20 338:15 |
| 292:14 294:18 | 425:17 426:11 | **explaining** | 338:16 376:17 |
| 294:19 295:5 | 426:16,20 | 80:11 153:2 | **extend** 222:20 |
| 297:1,3,10 | 427:1 437:9 | 206:21 215:12 | **extends** 171:9 |
| 301:17,20 | 438:22 439:8 | 240:3 343:10 | **extension** |
| 302:22 305:7,8 | 439:10 459:4,9 | 487:3 | 483:18 |
| 305:12,15,22 | 482:9,12 483:5 | **explains** 454:5 | **extensive** 79:18 |
| 307:4,10 | **exhibits** 290:18 | 454:13 | **extensively** |
| 311:12,13 | 290:20 329:10 | **explanation** | 36:4 |
| 313:17,21 | 344:9 | 110:7 356:10 | **exterminated** |
| 314:1,19 315:1 | **exhilarating** | **exploiting** | 250:7 |
| 315:21 316:15 | 149:11 | 449:10,11 | **extermination** |
| 316:19,20 | **expanded** | 464:19 | 251:9 259:13 |
| 318:5 327:22 | 347:14 | **exploration** | **extra** 107:7 |
| 331:3,7,12 | **expanding** | 217:15 | 160:21 |
| 332:16 333:2 | 171:10 | **exponentially** | **extreme** 296:2 |
| 333:14,17 | **expect** 359:21 | 86:2 | **extremely** |
| 334:6,7 336:12 | 382:19 383:15 | **expose** 55:2,3,4 | 325:8 326:3 |
| 336:16,18 | 391:11 470:17 | 55:5,7 389:10 | 327:12 332:19 |
| 341:18 342:18 | **expected** 215:6 | 389:19 | 468:22 469:3 |
| 342:21 343:1,2 | **expecting** | **exposed** 59:13 | **eye** 148:22 |
| 343:13,15,17 | 52:11 160:4 | 76:10 157:1 | 203:10 205:16 |
| 343:18,22 | 179:13 466:19 | 300:1 388:6 | **eyes** 126:20 |
| 344:4,5,9,10 | 469:15 470:8 | **exposing** 55:9 | 148:13 |
| 346:7,8,10 | **expenses** 79:14 | 94:16 429:22 | **f** |
| 349:16,19 | **expensive** 23:7 | **express** 377:6 | |
| 350:1 351:9,11 | 167:1,1 | 380:1,3 396:15 | **fabulous** 81:20 |
| 351:16 361:4,7 | **experience** | 397:21 400:19 | **face** 119:14 |
| 374:13 375:3,4 | 68:22 204:7 | **expressed** | **facebook** 31:6 |
| 377:10,21 | | 251:1 | 31:7 36:13 |

252:20
**faces** 491:7
**facetious**
 151:17
**facilitate**
 457:19
**facilitated**
 331:19 332:12
 457:16
**fact** 13:20
 16:18 20:13,16
 21:12 42:21
 48:10 54:19
 61:8 69:8
 73:18 75:6
 90:17 99:16
 100:1,20
 101:10 109:3
 110:3 112:17
 118:4,8 121:13
 134:16 149:3,8
 152:18 217:10
 217:18 219:9
 233:22 234:10
 240:21 244:14
 248:13 251:12
 256:6 257:17
 258:2 260:4,11
 268:12 291:1
 292:7 344:14
 354:1,3,3
 358:5 360:7
 361:12 362:14
 363:9,18 364:1

366:14,15
368:1,5,8,12
370:5 380:3
382:8 384:6,16
384:18 385:14
386:1,5,6,10,11
387:11 389:14
389:16 392:15
399:22 407:5
408:1,13
409:19 429:10
433:2 445:13
450:14 453:5
462:1,2 464:9
483:10 490:9
490:17
**factors** 473:15
 478:7,9
**facts** 47:17
 48:1 123:10
 124:16 126:5
 126:13,15
 127:18 224:14
 224:15 321:11
 368:14
**factual** 353:7
**fail** 382:10
**failed** 366:10
 382:5
**failing** 308:18
**fails** 499:18
**failures** 100:12
**fair** 328:3
 455:5

**faith** 383:11
**faithful** 421:19
**fake** 56:12
 57:11,17 59:14
 59:21 96:8
 257:19 291:3
 295:18 316:18
 317:1,6 433:2
**fall** 159:1
**fallen** 212:15
**false** 109:12
 128:13,21
 293:1 306:6
**falsehoods**
 284:13 285:7
**falsely** 17:17,19
 21:9 22:11
 46:21 48:11
 61:6 120:11
 122:3 130:1,10
 221:6 230:22
 232:6 247:10
 255:13 300:11
 301:10 332:6
 386:18 394:8
 409:21 414:6
 421:22 425:4
 449:14 494:9
 495:19
**familiar** 56:7
 189:12,14,18
 189:22 263:17
 441:17

**family** 99:17
 104:20,21
 138:7 163:3,6
 188:6 195:17
 212:22 261:3,4
 336:21 337:6
 422:10 488:17
 489:13 491:20
**fan** 71:7 196:10
**fantastic**
 138:13 400:20
**far** 66:16 112:7
 268:5 271:9
 275:14 297:16
 297:21 306:2
 309:13 396:10
**fascists** 259:14
**fashion** 374:4
**fast** 211:1,16
**father** 384:10
 491:16
**favor** 218:8
**favorite** 58:20
 155:5
**fbi** 36:6 132:11
 134:18
**fear** 99:2,4
 286:20 295:15
**fearless** 371:7,8
 371:10 372:4
**february**
 191:17 192:9
**fec** 57:12 256:4
 492:10

**federal** 30:11
43:1 246:3
486:11
**fee** 92:12
**feed** 350:18,18
494:19
**feel** 94:9 341:4
372:6 380:22
409:12,18
410:1 412:16
476:7 493:21
**feeling** 349:11
**feels** 474:16,18
**fees** 402:12
**felony** 134:20
262:2,16
264:12 267:17
**felt** 91:1 149:3
278:9 407:3
408:16 477:1
**female** 388:2
**fenak** 313:3
321:15
**fence** 269:9
**ferraris** 359:5
**festival** 39:7
**fetal** 352:17
**fetched** 445:9
**field** 213:19
465:9
**fifteen** 140:1
165:10,21
**fifth** 432:4

**fight** 21:6
60:11,19,19
78:22 92:20
95:4 131:14
**fighter** 155:3
**fighters** 100:7
**fighting** 100:6
496:11
**fights** 92:18
131:14
**figuratively**
366:1
**figure** 247:13
376:8 380:2
409:6,17 410:3
410:18
**figured** 269:5
**figures** 411:21
413:20
**file** 10:17 43:16
477:2 483:20
**filed** 10:16,20
38:18 122:9
128:18 130:9
196:21 203:9
220:2 225:16
229:14 230:5
234:2 310:10
401:22 483:12
483:16 496:4
**filing** 39:16
**filings** 12:13
**fill** 76:22 98:14

**filled** 475:22
**film** 140:21
436:3
**filmed** 140:6,19
**filming** 88:11
206:13,18
**filthiest** 254:22
**filthy** 253:17
**final** 247:3
**financial**
245:14 486:6
**financially**
243:15 497:15
498:11
**find** 38:20 54:8
134:16 152:18
256:6 305:18
380:12 414:14
416:14 417:5
459:12 494:20
495:5
**fine** 23:12
26:15 59:8
66:22 68:4
71:22 99:1,1
103:13 107:21
143:20 144:1
148:4,4 151:11
151:15 175:21
183:18 194:4,5
194:6 207:17
215:17 225:8
268:7,13 269:4
269:8 313:11

331:3 434:6,7
437:11 473:21
483:21 486:22
487:1,7
**finger** 292:21
**finish** 19:8
34:14 67:21
113:4,5 119:7
172:12 221:11
221:14,18,22
222:11 223:5
258:7 270:8
298:9 334:21
335:3 341:14
341:17,20
343:20 391:18
419:20 442:16
458:6 493:2
**finished** 168:18
343:15
**fire** 182:16,19
212:7,13,18
214:1 306:5
**firebombed**
251:19
**fired** 451:19
**firefighters**
212:14,15,22
**firm** 9:1 16:1
22:7,12,14,19
56:8 58:19,20
59:16 300:3
305:3 374:20

**[first - formal]**                                                                    Page 38

**first** 4:9 9:11
  17:20 40:22
  41:2 44:8 67:4
  67:16 73:17
  87:12 88:18
  96:19,20,21
  115:4 166:8
  167:7 168:17
  171:21 175:22
  179:12 182:21
  187:7,11,13
  204:10 232:10
  232:12 237:21
  263:7 271:7,18
  271:19 277:7
  280:3 287:1,1
  293:3 295:20
  297:21 307:17
  318:8 328:11
  331:13 370:15
  371:6 372:4,21
  373:16 378:21
  379:5 395:10
  395:13 396:15
  397:4,13,15,20
  399:14,18
  400:19 401:8
  402:4 403:5,11
  403:11 404:15
  413:19 427:12
  428:15 429:8
  450:2 464:6,6
  494:11

**fished** 306:2
**fist** 165:20
**fists** 136:20
  137:4
**fitzgerald**
  201:18
**five** 13:7 102:1
  128:2 139:17
  173:3 194:2
  236:3 344:1,1
  348:21 381:3
  381:14 386:3
  434:5
**flag** 162:4
**flew** 83:3,3,5,6
  83:7 156:8
  159:11,11,11
  160:5,20 174:9
  174:10,12,16
  174:17 176:7,8
  176:9 182:9
  188:14 197:14
  201:10 208:1,2
  208:3 209:4,4
  214:5 427:9
**flight** 201:6,8
**flip** 291:20
  362:16
**floor** 160:10,16
  162:13 201:18
  205:10,12
  263:18
**florida** 1:2 8:10
  72:13 73:3

  77:5 88:20
  158:16 164:2
  174:16 177:9
  178:7,14,14
  436:6 482:4,5
  482:6,7
**flown** 82:6
  172:21 173:1
**flubs** 444:2
**fly** 157:10
  158:16 178:10
  223:4
**flying** 81:16
  158:15 201:9
  209:20 428:16
**focus** 152:14
  187:17 188:7
  324:19 441:2
**focused** 153:21
  256:3 327:17
  383:18 440:4
**fodder** 129:9
**folder** 134:4
**follow** 20:22
  42:1 55:11
  75:22 109:8
  218:4
**followed** 14:19
  87:6 475:6,7
**following** 55:8
  86:4 88:8
  93:16 162:2
  173:13 228:2
  372:4 455:7

**followings** 95:9
**follows** 9:13
**food** 211:1,16
  453:8
**footage** 91:16
  91:18 92:8
**force** 455:4
**forced** 249:10
  250:4
**foregoing**
  497:3,4 498:4
  501:5
**foreign** 294:1
**foreigner**
  448:22
**forensic** 320:14
**forever** 392:16
**forevertrumper**
  131:15
**foreword** 89:12
**forget** 187:16
  198:17 205:15
  213:2
**forgetting**
  472:8
**forgive** 68:14
**forgot** 181:15
**form** 12:2
  76:22 98:6,14
  128:6 146:3
  275:6 489:1,22
  491:21 494:5,6
**formal** 168:11

**[formality - functions]**                                             Page 39

| | | | |
|---|---|---|---|
| **formality** 84:6 | **fox** 246:6 | 301:2,9 | 322:21 323:4 |
| **formally** 78:6 | 427:21,22 | **frequently** | 355:13 411:8 |
| **formed** 53:22 | 428:7 | 129:15 | 424:6 438:21 |
| **former** 10:19 | **frames** 438:9 | **friday** 274:14 | 439:14 |
| 39:11 132:11 | **francisco** | 277:9 308:8 | **frozen** 185:3 |
| 134:17 191:7 | 352:12 353:16 | 435:17 473:9 | **fry** 211:12,13 |
| 271:7 283:3 | **frankly** 20:9 | **friend** 138:3 | 211:17 |
| 290:2 293:7 | 115:16 401:16 | 155:9 171:22 | **fuck** 255:3,5,20 |
| 296:1,3 297:15 | **fraud** 55:2 | 174:15 179:18 | 256:1,1 |
| 306:4 353:16 | 87:17 94:17 | 180:2 196:16 | **fucked** 120:13 |
| 378:18 | 249:6 | 253:12,14 | **fuckface** 491:8 |
| **forms** 98:9 | **freak** 352:9 | 324:5 333:12 | **fucking** 120:11 |
| **fortune** 116:3 | **free** 43:13 60:7 | 449:9 455:9 | 130:10 141:9 |
| **forty** 194:2 | 60:10,11,13,20 | 459:20 | 229:6 232:13 |
| **forward** 19:4 | 61:2 65:8 93:7 | **friends** 89:11 | 238:22 239:10 |
| **forwarded** | 262:10,13,15 | 138:3 139:7,15 | 253:17 254:13 |
| 280:13 | 277:11 337:7 | 155:16 170:2,3 | 254:18,21,22 |
| **found** 261:9 | 406:11 407:15 | 170:5,6 178:16 | 276:18 293:12 |
| 456:4,9 457:1 | 408:3,17 409:5 | 178:22 179:15 | 308:18 310:11 |
| **foundation** | 409:16 410:2 | 201:16 218:20 | 311:4 400:20 |
| 121:9,10 | 410:17 411:12 | 295:7 324:12 | 424:1,10 |
| 248:17 261:10 | 411:20 412:16 | 357:22 358:3 | 425:21 429:6 |
| 319:8,9 325:16 | 413:18 414:8 | 358:19 419:6 | **fucks** 312:18 |
| 326:9 333:6 | **freedom** 60:20 | 451:14 455:7 | **fuentes** 290:5 |
| 491:22 | **freelance** 92:5 | 492:4 | **full** 84:20 |
| **foundations** | **freezing** 184:19 | **friendship** | 196:15 212:10 |
| 245:22 | 184:22 185:13 | 492:5 | 427:10,14,16 |
| **four** 4:17 20:5 | 185:18 | **fries** 211:5,11 | 432:7 |
| 146:9 171:18 | **french** 211:5,11 | **fringe** 277:14 | **fully** 160:4 |
| 174:3 214:14 | 211:12,13,17 | **front** 43:5,7 | **fun** 196:12,17 |
| 244:17 364:12 | 293:12 | 82:20 88:20 | 297:7,8 |
| **fourth** 172:7 | **frenzy** 109:14 | 97:14 149:4 | **functions** |
| 432:4 | 226:16 227:12 | 162:12 182:20 | 165:13,15 |
| | 299:8 300:6 | 243:8 322:9,15 | |

**[funded - give]**                                                    Page 40

| | **g** | **gender's** | 174:4 187:6 |

**funded** 262:7
**fundraiser** 91:4
  159:14 167:13
  179:5 191:5
  192:8 193:2,3
**fundraisers**
  164:12 345:4
**fundraising**
  90:6,20
**funds** 73:3
  359:4
**funniest** 171:2
**funny** 148:1
  157:2 178:21
  202:5 256:7
  318:17 323:19
  339:13,16,17
  341:3,16
  361:21 362:1
  367:5,8,8,15
  406:3,6 407:9
  408:4,10
  416:14,16
  417:5
**further** 405:3
  449:13 487:10
  494:14 495:21
  497:13 498:9
**future** 40:5
  115:22 245:1
  245:19 246:1
  385:7

**g**

**g** 8:1
**gab** 36:10
  37:21 350:22
  351:6
**gaetz** 336:5
  407:1
**gag** 300:1
**gang** 264:20
**gap** 470:6
**garb** 265:1
**garbage** 289:17
  291:16 327:19
  346:14
**gaslight** 254:17
**gaslighting**
  303:8,9,11
**gaslit** 57:10,18
  57:20
**gateway** 92:9
**gather** 493:1
**gavin** 268:17
  268:19,21
**gay** 260:20,20
  342:15 343:6
  344:14,18
  345:1,18
  390:14,20,21
  393:17
**gaza** 285:20
**geese** 202:14
  203:6

**gender's**
  387:20 388:22
**genders** 392:9
  392:11
**general** 29:18
  99:13 358:21
  359:12 440:20
**generally** 34:6
  66:21 86:11
  87:16 88:2
  95:1 132:1
  170:1 188:10
  188:14 200:22
  218:11 381:22
**generous**
  179:15
**genocidal**
  251:14
**gentleman**
  390:13
**gentler** 192:5
**genuine** 101:11
  442:16
**genuinely**
  100:21
**george** 22:10
  22:14 56:8
  381:18 383:16
  383:19
**germany**
  250:21
**getting** 33:17
  79:4 152:15
  158:12,13

**gender's** 174:4 187:6
  206:19 225:6
  245:1,13
  248:10 278:20
  278:21 302:1
  307:6 308:4,5
  308:7,8 311:8
  335:5,6,9
  336:2 337:15
  400:13 401:4
  404:18 447:12
**gettr** 36:11
  37:19 350:22
  351:6
**ghostwrote**
  449:4
**giles** 3:4 9:3
**girl** 138:22
  185:9 384:2
  385:5,6
**girl's** 185:18
  388:13
**girlfriend**
  353:15
**girls** 304:10
  388:2,5
**give** 11:10,12
  22:16 25:20
  26:2 41:19
  49:7 51:21
  100:1,5 107:13
  107:20 111:6
  113:14 127:7
  129:9 151:21

[give - going]                                                    Page 41

153:1,2 154:7
201:15 208:10
219:20 229:18
258:3 270:10
270:11 310:17
313:7 318:3
322:13 357:13
395:6,11 396:6
396:11 413:20
481:22
**given**   13:20
16:17 20:13
57:11 76:14,18
137:19 257:17
260:11 358:5
361:12 418:1
469:8 483:22
501:9
**gives**   174:3
**givesendgo**
21:19 23:5,9
**giving**   112:14
154:19 185:22
216:18,20
219:8 382:3
439:7
**glad**   146:19
460:8
**gladly**   268:9
**global**   99:5
**globalists**
275:20
**gmail.com**   2:7
499:2

**go**   11:11 19:16
19:18 22:18
26:10,13 29:6
30:16,20 38:10
42:11 44:13
51:18 58:16
59:8,8 67:1
68:2 77:1 81:4
81:22 84:8
100:5 104:13
104:16 112:7
126:12 135:9
138:8 140:15
141:15 142:2
147:7 150:8
154:8 157:4,7
158:17 168:15
169:19 171:15
172:14 174:4
178:12 179:16
179:17 180:1
183:2 188:21
196:13,17
197:6,15,16,20
198:5 199:5,11
200:7 204:18
209:2,11
212:18 214:9
214:11,13,19
214:20 215:1
215:13 216:1
218:3,16
222:14,16
225:11 226:3

238:2 243:9,11
243:13 245:20
245:21,22
246:6 264:16
279:9 289:14
291:10 297:20
302:2 307:18
310:15 312:2
324:6,10
341:18 351:15
352:21 388:2
394:5 398:20
405:3 408:7
411:8,22 419:2
419:15 421:3
423:22 428:21
430:1 437:11
438:12 445:2
445:20 453:12
466:6,22
468:21,21
469:7,15 471:2
473:6,22
479:17,20
487:12 488:3
489:3 493:19
496:15,16
**goal**   95:10,17
**goals**   95:20,21
96:5
**god**   158:21
159:18 185:12
228:5 373:10
383:6 414:8

444:15 476:11
490:7,12,14
**goes**   86:9
176:18 179:19
179:19,21
180:2,4 197:21
254:12 347:15
445:6 460:5
474:12
**going**   8:3 9:22
11:20 15:15
19:3,4,7,8,10
19:15,17 25:14
25:18 26:7,18
28:16 33:22
41:3,7 43:18
43:19 44:2
57:10,18,19
58:16 59:6
63:4 66:3,14
66:20 67:4
70:9 71:13
72:14 75:3
81:17,22 85:1
95:4 97:16
101:16 104:2,7
105:2 106:11
106:12 107:5
109:22 112:16
112:20 115:15
115:21 119:6,7
121:20,21,22
121:22,22
122:13,14,14

[going - grabbed]                                                    Page 42

| | | | |
|---|---|---|---|
| 122:22 125:8 | 254:15,18 | 413:9,14 | **golfers** 139:9 |
| 125:12 126:22 | 256:14 257:4 | 418:21 419:16 | **good** 8:2 91:16 |
| 127:3,4,6 | 268:2 269:22 | 420:13,16 | 120:2 140:17 |
| 129:8 130:15 | 270:6,8 279:2 | 425:3 433:22 | 198:2 210:14 |
| 130:22 131:5 | 279:5 281:2 | 434:7 437:7 | 211:18 223:8 |
| 133:14 134:21 | 282:12 286:11 | 440:3 445:19 | 223:11 306:19 |
| 135:2 137:5 | 289:17 292:11 | 445:20 447:1 | 324:12 358:19 |
| 141:12 142:8 | 294:17 296:18 | 448:10 456:7 | 414:16 459:20 |
| 145:11,16 | 296:22 301:16 | 456:18,19 | 465:22 466:11 |
| 147:2 149:12 | 302:6 303:22 | 459:3 461:9,11 | 470:11 |
| 149:15 150:7 | 307:3,8 310:5 | 461:21 464:1 | **gop** 277:14 |
| 150:19 152:8 | 311:11 314:8 | 466:11,12,17 | 337:5 345:4 |
| 153:22 157:6,7 | 314:18 315:18 | 466:18,18 | **gor** 471:3 |
| 158:10,15,18 | 317:15 324:22 | 467:1,18,18 | **gorilla** 87:14 |
| 159:3,6,16,16 | 327:19 328:7 | 469:6 470:11 | 87:14 |
| 160:14 161:10 | 328:22 329:14 | 470:12 471:2 | **gotten** 132:14 |
| 162:15 166:2 | 333:15,16 | 473:3,8,22 | 132:22 133:5 |
| 174:20 175:1,6 | 334:15,17 | 474:13 475:15 | **government** |
| 175:12 178:10 | 343:19,21 | 478:16 479:11 | 55:5 246:3 |
| 179:13 187:7 | 344:3,10 346:6 | 479:11,14,15 | 265:9,12 |
| 189:9 190:4 | 346:16 351:8 | 481:20 482:8 | 267:13,16 |
| 193:9,12,14 | 355:8,17 361:2 | 482:15 483:17 | **governor** 72:13 |
| 194:8 197:20 | 373:6,7,14 | 485:18 486:5 | 73:4,9 88:8,17 |
| 198:7 199:5 | 374:2 375:2 | 492:15 493:20 | 88:21 269:6 |
| 201:15,19 | 377:9 382:10 | **gold** 378:8 | 387:13 388:20 |
| 202:11 203:19 | 382:21 383:1,5 | 379:17 380:8 | **governor's** |
| 203:20 207:15 | 387:2 390:7 | **golden** 379:10 | 72:22 73:9 |
| 208:13,19 | 393:3 396:9,22 | **golf** 137:18,22 | **gpa** 61:19 |
| 210:4 211:17 | 397:8 399:4 | 138:9,10,12,12 | **grab** 148:3 |
| 214:13,14 | 401:7,21,22 | 139:3 140:5 | 157:19 |
| 215:1,2,6,13,21 | 402:18 403:2 | 147:14 172:3 | **grabbed** 148:2 |
| 216:14 222:4,5 | 403:22 404:9 | 177:8 196:5,5 | 158:1,2 185:16 |
| 222:21 238:21 | 404:10,21 | 196:6 266:5 | 185:17 |
| 245:8 252:6 | 405:5,7 408:6 | | |

[grabbing - guy]    Page 43

**grabbing**
272:14
**grace**  429:18
**graduated**
61:18 93:19
197:20
**graham**  6:8
342:5,8 343:6
344:13
**grain**  63:4
**grandchildren**
163:2
**granddaughter**
163:1
**grandfather**
250:20
**grandkids**
163:5,7
**grandstanding**
30:14
**graph**  84:20
271:7 284:16
285:1 293:3
295:20 297:20
**grateful**  76:12
76:13
**great**  11:10
81:5,21 84:12
84:14 87:8
89:5 128:8
131:16 134:16
134:21 135:8
138:21 139:1
141:21,22

142:5 146:18
147:18,20
152:1 153:4
156:4 157:9
161:10 170:8
181:4 184:10
185:7,9,19,19
186:5,8 194:3
198:3 199:4
209:22 210:1
211:19 215:17
217:12 219:4
219:11,13
250:22 258:21
272:11 283:20
289:5,6 304:16
324:5 332:16
347:7 349:6
362:18 377:8
403:10 404:16
436:18,21
437:7 438:16
444:11,11
454:3 466:18
481:3
**greatest**  135:7
**greatly**  219:15
219:15
**greene**  6:5,6,12
6:13 276:9
322:1 327:13
331:16 332:18
333:9 335:16
336:8 340:14

350:9 375:12
406:4,12
448:14,21
449:22 451:8
452:11 462:17
463:4,16
464:14 478:14
**greene's**  326:2
330:9,19
**grew**  86:2
**gross**  388:11
389:14,15
**ground**  11:10
12:21 159:1
287:3
**group**  2:4 8:20
187:17 188:7
261:5
**groupie**  125:5
128:19 189:4
241:2,5 247:11
**grow**  384:12
**growing**  86:3
**grown**  388:12
388:18 389:1,9
**grownup**  404:1
**guaranteed**
397:1
**guardian**  5:14
292:13 293:21
294:3
**guardrails**
287:10

**guess**  40:17
131:17 137:8
162:7 166:9
192:18,22
269:14,21
309:1 312:19
314:15 318:7
322:18 353:11
361:11 384:21
434:15 437:18
**guest**  168:17
170:4 172:2
418:22 420:1
469:9,14,18
**guests**  188:3,5
200:11 209:7
**guidance**  405:7
**gulag**  259:5,5
**gum**  104:10
106:4 112:16
**gunpoint**  359:8
**gunter**  191:6
191:16 193:4
**guy**  115:20
148:6 182:16
189:10 190:17
191:6 193:6
206:12 218:15
218:20 313:3
314:2 379:16
379:18 436:13
451:12 459:20
462:16 470:7

Page 44

| | | | |
|---|---|---|---|
| **guy's** 217:20 | **hampshire** | **happen** 74:19 | 408:7 411:17 |
| **guys** 22:15,18 | 77:4 82:7 83:7 | 158:10 350:3 | 412:3 |
| 143:8 229:20 | 173:9 178:12 | 468:18 | **harassment** |
| 243:9,11,12 | **hand** 9:8 45:6 | **happened** 45:4 | 21:11 62:8 |
| 281:13 290:11 | 140:8 143:2 | 78:16 82:1,3 | 115:9 125:14 |
| 290:14 304:18 | 148:2 165:20 | 116:5 158:11 | 129:7 295:3 |
| 316:11 348:19 | 167:12 168:14 | 182:18 207:6 | 340:2 348:12 |
| 367:4 454:6 | 180:6 185:16 | 207:12 215:9 | 400:10 403:13 |
| **h** | 185:17 289:6 | 221:2 223:2 | 405:21 409:14 |
| **h** 4:7 5:1 6:1 | 289:12 294:4 | 226:9 228:7 | 413:16 430:8,8 |
| 500:3 | 311:18 | 240:6 267:5 | **hard** 99:18 |
| **haberman** 76:1 | **handbag** 94:11 | 269:19 287:5 | 126:5 150:14 |
| 270:14,20 | 94:15 | 303:12 433:16 | 186:5 247:17 |
| 273:4 479:6 | **handcuffed** | 448:20 465:19 | 335:5 447:14 |
| **hack** 306:21 | 248:22 273:21 | **happening** | 448:6 468:22 |
| 307:2 | **handed** 135:20 | 70:20 191:21 | 469:3 |
| **hacks** 273:6 | 136:8 137:16 | 220:4 318:18 | **harder** 352:11 |
| **hail** 275:3 | 332:17 483:2 | **happens** | 358:12 |
| **hair** 158:13 | **handle** 36:17 | 207:18 326:19 | **harlot** 352:21 |
| **haitian** 202:12 | 37:17,19 38:2 | 388:16 454:12 | 359:22 360:10 |
| 293:9 | 180:4 | **happily** 357:17 | 360:15,16,19 |
| **haitians** 202:8 | **hands** 136:19 | **happy** 38:9 | **harmed** 52:4 |
| 202:22 203:5,9 | 137:7,9 147:21 | 105:16 107:17 | **harp** 138:18 |
| 203:10 294:22 | 148:8 184:12 | 107:20 111:6 | 206:10 |
| 428:20 | 185:3,13,17 | 155:2 229:18 | **harris** 6:10 |
| **half** 101:17 | 190:21 238:12 | 428:18 | 156:14,21 |
| 170:14 171:1 | 239:1 360:6,6 | **harass** 331:6 | 212:12 303:15 |
| 441:19 453:10 | **hang** 335:7 | 335:11 | 322:1,17 323:1 |
| 453:16 490:22 | **hangar** 174:8 | **harassed** 25:16 | 351:20,22 |
| 490:22 | 199:22 | 104:21 399:12 | 352:19 353:11 |
| **hamas** 261:12 | **hanging** 139:8 | **harassing** 51:1 | 353:15,20,22 |
| 285:21 | 174:14 190:20 | 54:13 120:8 | 354:22 355:6 |
| | 238:11 239:2 | 125:20 318:8 | 355:10,18 |
| | | 401:12,12 | 356:3,18,21 |

[harris - hire]                                                              Page 45

| | | | |
|---|---|---|---|
| 357:4,7 358:21 | 464:20 | **headquarters** | **helping** 89:15 |
| 359:6 360:5 | **haters** 22:8,19 | 249:1 252:15 | 271:22 |
| 361:13,17 | 57:16 247:19 | 274:2 | **helps** 436:13 |
| 364:7 365:6 | 247:21 248:1,8 | **health** 358:9 | **hereto** 497:15 |
| 366:5 367:18 | 273:3 | **hear** 19:10 | 498:11 501:7 |
| 368:2,7 369:9 | **hates** 239:18 | 39:20 98:3,3 | **hey** 11:19 |
| 369:16,19,20 | 247:22 490:17 | 150:14 191:18 | 144:19 208:5,6 |
| 370:2,18 | 492:12 | 259:3 308:2,2 | 242:1 336:20 |
| 372:20 374:18 | **hating** 285:18 | 308:9,18 | 468:16 |
| 392:17 394:7 | 292:17 305:3 | 310:12 311:8 | **hide** 344:14,15 |
| 395:2 398:4 | 479:5 | 318:7 352:13 | 344:17 |
| 406:7 407:9 | **hatred** 252:17 | 357:19 415:9 | **hierarchical** |
| 408:5 409:7,9 | 301:6 416:18 | 415:14,17 | 393:11 |
| 409:10 431:1 | 416:18 | 447:14 448:6 | **hierarchy** |
| 442:7 443:14 | **hats** 140:9,13 | **heard** 55:18 | 390:15 392:8 |
| 444:2,5 492:3 | 140:18,20 | 56:22 159:8,8 | 392:14 393:13 |
| 492:4,5,9,11,15 | 141:1 143:1,7 | 253:14 361:14 | 393:15,19 |
| **harris's** 363:21 | 265:3 | 364:17 365:6 | **high** 13:19 |
| 367:3 | **hbo** 21:13,22 | 370:8 | 17:16 69:14 |
| **hashanah** | 46:20 53:8 | **hearings** 36:5 | 153:17 445:6 |
| 253:11,15 | 120:11 314:3 | 42:19 | **higher** 393:11 |
| 275:9 | 377:20 416:19 | **hearsay** 489:1 | **highlight** |
| **hashtag** 272:22 | 430:21 496:8 | 491:5 | 252:19 490:17 |
| 273:12 | **head** 11:14,15 | **heart** 148:13,22 | **highlighted** |
| **hat** 184:12,13 | 266:1,2,3,7 | **heavily** 56:4 | 59:3 203:15 |
| **hate** 251:14,14 | 355:6 358:4 | 187:22 | **highly** 217:13 |
| 251:15 257:6 | 493:13 | **hell** 307:5 | 384:22 |
| 380:21 440:22 | **headline** | **hello** 163:11 | **hills** 2:6 456:8 |
| 441:9 | 286:20 292:20 | 165:18 180:1 | 456:13,16 |
| **hated** 257:10 | 295:14 297:12 | **help** 23:6 437:5 | **hilton** 161:2 |
| **hateful** 273:17 | 303:1 | 469:1,3 493:2 | **hire** 74:9 270:3 |
| 274:7 | **headlines** 20:15 | **helped** 455:16 | 271:8 303:16 |
| **hater** 16:18 | 431:8 493:6 | **helpful** 444:11 | 304:5 450:3 |
| 247:22 273:4 | | | |

**[hired - husband]**                                                    Page 46

| | | | |
|---|---|---|---|
| **hired** 70:10 | **home** 1:8 2:10 | **horror** 314:12 | 471:21,22 |
| 71:3 75:13 | 3:2,12 8:8 9:4 | **hosting** 196:7 | 472:2 473:1,12 |
| 299:5 324:14 | 164:3 166:4 | **hotel** 160:22 | 474:5,22 475:8 |
| **historic** 134:7 | 256:11 358:22 | 161:1 170:4 | 478:8 |
| **history** 259:11 | 359:9 385:12 | 209:8 | **house's** 97:2 |
| 263:21 271:10 | **homophobic** | **hour** 101:17 | **household** |
| 277:8 284:12 | 297:17,22 | 194:11 | 384:12 |
| 285:2,5 | **homosexual** | **hours** 12:20 | **houses** 170:3,4 |
| **hit** 75:11 | 390:21 | 13:1,7 23:22 | **howard** 201:12 |
| 153:19 228:2 | **honest** 127:6 | 24:3 43:21 | 201:13 |
| 406:14 450:1 | 305:5,9,11 | 59:9 107:6 | **hug** 147:22 |
| 450:15 | 477:16 492:21 | 168:6 209:16 | 154:19 192:6 |
| **hits** 227:16 | **honestly** | 212:12 214:2 | **hugging** 187:1 |
| **hmm** 71:16 | 133:16 153:13 | 236:3 443:1 | **hugs** 148:5 |
| 72:8 136:5 | 192:9 303:17 | **house** 9:4 15:2 | **human** 92:20 |
| 142:19 223:14 | 369:16 370:13 | 15:6,10 16:22 | 92:21 234:5,17 |
| 272:8,20 283:5 | **honor** 199:8 | 17:2,6,9,11,22 | 234:20 235:1 |
| 434:22 436:10 | 209:3 219:21 | 18:2 20:2 | 235:22 237:9 |
| 436:14 461:1 | 219:22 268:9 | 52:10,12,21 | 237:15 240:19 |
| **hold** 284:10 | 268:10 312:10 | 67:10 82:10 | 242:19 370:9 |
| 307:16 343:7 | **honorable** | 95:14,15,19 | **humor** 406:11 |
| 390:10 | 375:13,18 | 96:13,16,17 | **hundred** 33:5 |
| **holding** 60:5 | **honoring** | 98:1 99:4 | 113:12,16 |
| 137:7,9 184:12 | 212:15 | 128:20 166:7 | 287:9 442:3,8 |
| 360:6,6 | **hope** 318:17 | 220:1 222:7 | 443:15 444:10 |
| **holds** 124:14 | 352:15 404:10 | 244:2,15,17,21 | 444:19,22 |
| 127:20 | 408:6 462:2 | 268:17,18,21 | 489:5 494:21 |
| **hollywood** 59:4 | **hopefully** | 304:3 331:18 | **hurt** 346:16 |
| **holocaust** | 280:12 347:14 | 331:18 332:10 | **husband** |
| 249:11 250:4 | **hoping** 71:10 | 332:11 419:3 | 260:22 337:16 |
| 259:7,10 | **hopping** 269:8 | 420:2 427:7 | 354:14 391:9 |
| 273:20 | **horrible** 51:8 | 428:12 431:17 | 392:18,20 |
| **holy** 261:10 | 303:20 | 455:2,17 | 476:15 |
| | | 459:22 470:13 | |

**husband's**
356:5,7 394:7
**hyperbolic**
366:1

**i**

**iced**   467:20,21
**iceland**   191:8
**idea**   107:6
129:9 140:17
263:17 439:19
451:8 460:3
**identification**
45:11 66:9
131:8 135:4
142:12 145:15
147:6 149:20
154:4 161:14
175:15 190:8
252:10 270:5
279:8 282:15
283:9 286:14
289:9 292:15
294:20 297:4
301:21 305:16
307:11 311:14
313:22 315:2
318:6 334:8
343:3 346:9
349:20 351:17
361:8 375:5
378:2 380:14
387:5 390:5
405:15 427:2

437:10 459:10
482:13
**identify**   8:16
279:22
**ideologically**
256:3 257:22
**ilhan**   249:6
251:2,4 274:8
**illegal**   256:20
268:22 269:7
294:12 304:9
**illegals**   269:5
**illinois**   387:14
**illness**   389:17
389:21
**illuminate**
63:16,18 64:3
65:22
**image**   131:16
132:18 137:16
361:9
**imagine**   86:8
153:19 418:1
**immediate**
486:19
**immigrants**
293:1,9
**immigration**
210:6 225:21
249:6 256:21
268:22 276:1
429:2
**immoral**
383:14

**implications**
358:9
**implying**
357:21 358:18
**importance**
62:14,16
**important**
72:19 153:15
197:22 393:7
393:10 445:21
**impose**   189:3
209:1
**impossible**
186:2
**impressed**
73:21 74:6,7
**impressions**
85:10,20 86:11
87:2,3 231:10
**improperly**
53:22
**inappropriate**
15:16 20:6
123:1,4 461:13
462:17,21
463:5
**inappropriately**
122:22 171:6
**incident**   253:19
253:20
**incidents**   388:4
**incite**   262:3
264:12 265:6
265:19 267:8

**incitement**
262:17,19,20
263:1,5 264:15
268:5
**incitements**
262:9
**inciting**   262:1
**include**   60:21
**included**   227:9
293:7 441:14
**includes**   244:22
**including**   16:21
22:21 53:7
60:21 172:5
202:13 227:7
284:18 360:22
366:10 417:12
432:2 493:7
**income**   9:16
484:20
**incomplete**
224:16
**incomprehen...**
302:10
**inconsistencies**
380:4
**increasingly**
445:18
**incredibly**
110:7 427:11
**indefinite**
32:11
**independent**
5:17 92:5,7

**[independent - interest]**                                                  Page 48

97:8,9,12,19,19
178:8 303:1
375:11,13,17
488:13
**indian** 406:9
453:8,13
**indicate** 136:11
**individual**
153:11 211:9
253:2 335:10
422:5 430:11
448:20
**individuals**
345:7
**indoctrinate**
62:12
**indoctrinated**
62:17
**indoctrination**
63:5
**infamous**
295:21 332:5
**infected** 392:9
**infection** 367:3
**infested** 361:14
363:21 364:2
364:17 365:7
366:14,16,22
367:3 368:6,9
368:13 369:6
369:14 371:13
372:20 373:1
**infidelity**
337:20

**inflame** 449:14
**inflamed**
282:10 446:20
**influence** 40:3
94:2,4 283:3
293:4
**influenced**
218:7
**influencer**
93:11,14,17
94:6,8,21 95:2
**influencers**
94:9
**influencing**
93:22 286:21
**influential**
210:4
**info** 91:8,9,10
91:10,12,13
92:9
**information**
9:21 30:8
39:13 43:6
105:13 319:22
350:13
**ingrassia** 138:3
138:16 143:17
**initial** 88:15
300:1 301:12
478:15
**initially** 90:6
**initiatives**
347:21

**inner** 296:4
**innocent** 304:9
**inside** 77:2
142:16 161:7
182:2,12 205:4
206:6 298:4
306:7 361:13
365:6 431:14
466:22
**insight** 85:12
**insinuate** 429:7
**insinuated** 53:4
491:12
**insinuating**
220:16,16
227:20 228:3
299:15 433:9
**insinuation**
129:9
**insinuendo**
144:14
**instagram**
36:14
**instances**
429:10,12
**instant** 31:14
**instigator**
297:13
**institutions**
63:2
**instructed** 7:2
70:14 74:11,19
201:4 203:15
403:7,8,19

**instructing**
27:5 29:1
398:20 400:5,6
401:10,11
405:2 413:12
**instruction**
401:14 403:22
404:21 405:6
413:15
**instructions**
467:19
**instructs** 12:5
**insulting**
490:14,14,15
**intact** 159:10
159:19
**intellectuals**
62:12
**intended**
346:14
**intentional**
44:19,20
**intentionally**
257:19 264:16
337:10
**interact** 205:13
**interaction**
193:15
**interactions**
167:9 233:10
**interchangea...**
79:8
**interest** 367:19

**[interested - islamic]**                                                Page 49

**interested**
38:17 90:9,21
336:14 497:15
498:12
**interesting**
93:13 260:10
460:5
**interfere** 36:7
494:13
**interference**
249:2
**interlude** 88:9
**intern** 449:3
452:12 462:13
462:22
**internal** 80:9
**international**
90:2
**interpretation**
370:4,10
**interrupt** 77:6
109:22 153:6,9
216:14 223:6
223:12 236:8
279:2 448:4
493:17
**interrupted**
222:1 261:18
391:15
**intervention**
462:20
**interview** 72:11
74:10 151:21
153:1,2 259:3

**interviewed**
96:14
**interviews**
197:19 309:3,5
443:22
**introduce**
457:10
**introduced**
186:15 422:9
**invade** 389:15
389:19
**investigate**
55:3
**investigated**
249:7
**investigating**
39:5,9 72:12
**investigation**
134:18 320:4
320:11 359:2
**investigations**
85:11
**investigative**
54:20 55:1,12
57:13 64:1
69:1,5,16 71:8
72:21 87:12,14
90:1 94:17
124:13 126:3
127:18,20
128:12 299:19
350:12 427:8
**investors** 252:1

**invitation**
174:22 175:9
175:11 215:19
216:4 222:8,10
224:8
**invite** 467:10
**invited** 73:19
82:5 88:18
91:10 97:17
139:16 142:1
142:16 147:17
158:3,7 167:2
172:2 175:1
179:3 184:20
188:21 211:6
214:22 335:22
336:3,5,6
406:19,22
407:1 471:21
471:22 472:1,6
**invites** 139:14
**inviting** 175:2
**involved** 35:17
345:3 354:6
357:8 366:9
**involvement**
55:5 120:14
122:7 476:12
**involves** 100:16
**involving** 17:16
**iowa** 77:4
81:16 82:6,16
82:18 83:2,3,5
83:10 88:14

154:16,17,18
154:20 155:18
156:1 173:8
178:13 184:19
184:22 185:11
**iq** 352:16
**irregularities**
39:9
**irrelevancy**
128:7
**irrelevant**
124:18 126:10
129:21 151:18
256:15,19
273:2 295:6,7
345:22 348:11
369:11 374:22
377:15 396:20
398:1 423:14
495:14
**isaacman** 217:8
217:10,18
218:9 219:2
461:7 471:18
**isaacson's**
218:2
**isis** 260:19
**islam** 272:22
273:11 298:8
**islamic** 10:21
75:15 93:1
251:1 252:3
260:18 261:7
275:6 283:12

299:7 440:11
440:15 441:1
**israelis** 285:19
**issue** 210:6
257:4 280:4
397:19 429:3
**issued** 39:22
**issues** 74:5,5
80:9 240:15
380:20 382:1
382:21
**it'd** 196:12
199:7 223:11
259:20
**item** 363:6
**itinerary**
208:10,18
**ivana** 123:15
**ivanka** 123:9
491:13

**j**

**j** 150:3
**ja'han** 291:22
**jail** 347:11
**james** 89:11
90:20 132:11
**january** 82:22
154:12 156:2
192:9,11
347:10,11
**jared** 217:8,10
217:18 218:1,8
219:1 461:7

471:18
**jb** 387:13
388:12
**jd** 15:7,12
473:2
**jealous** 99:14
100:9,18,20
101:5,6 323:16
323:22 336:17
406:13
**jealousy** 99:8
99:11 101:13
327:15 473:16
478:9,12,12
**jean** 246:8,10
**jeff** 191:5,13,16
193:4
**jen** 246:8
**jeopardy**
108:20
**jersey** 158:17
159:11,12
174:13,13
176:10,20
**jessica** 3:11 9:3
**jew** 252:17,18
253:17 275:9
**jewish** 249:4,12
250:20,21,22
251:4 254:13
258:2 260:17
273:18 274:9
277:10 383:10
490:22

**jews** 249:10
250:4 251:15
273:20 275:20
406:4 490:15
**jihad** 201:15
261:4
**jihadist** 251:14
**joanne** 498:2
498:16
**job** 71:10 72:6
72:11 74:10
77:20,22 78:4
81:11 215:6
245:13 246:13
298:4 306:7
346:15 375:11
375:18 431:14
470:10,12
474:22 475:1,3
475:8,13 478:7
**jobs** 245:1
**joe** 42:22
187:10 202:12
212:11 214:1
227:18,19,19
303:15 364:14
431:1 433:11
433:11 494:21
495:4,8,16
**joined** 306:4
**joining** 75:6
136:19 478:22
**joins** 284:3

**joke** 195:11
267:16,17
279:19 280:1
367:22,22
368:1,10
387:10 406:6
407:9,19 408:4
408:15,18
409:6,17 410:2
410:18 411:12
411:20 412:21
414:2 416:15
453:3,9,16
**jokes** 407:16
413:20
**joking** 446:16
**jonathan** 76:1
270:14,20
273:5
**jones** 91:11
291:22
**journal** 252:2
**journalism**
55:12 61:17,22
63:10 69:16
90:1 91:1,4
93:19,21 94:2
94:17 134:15
196:12 207:11
375:11 484:18
**journalist**
13:21,22 31:11
39:5 48:7
49:22 54:18,20

**[journalist - kind]**                                                      Page 51

55:1 57:13
69:1,6 72:22
92:7,19 93:14
93:18,20 97:9
97:18,19
100:13 101:8
124:14 126:3
127:18,20,21
128:12 138:14
178:8 299:19
375:13,18
427:8 429:9
**journalistic**
56:3,13,15,20
58:17 59:17
87:21
**journalists**
76:15 77:14
92:5,5
**jsm** 1:9 8:10
**judeo** 275:22
**judge** 24:21
29:15 30:7
50:19,20 51:3
54:8 104:14,17
225:1,1 261:13
300:2 312:11
400:15 402:1
402:15 423:17
**julius** 261:18
264:1,14 265:1
**july** 131:6
133:13 158:11
161:12 162:1

298:15 351:10
361:5
**jumped** 430:6
**june** 1:13 8:3
102:22 191:13
378:6 380:11
380:17 496:18
499:3
**jury** 254:11
300:8 423:17
**justice** 39:22
**justification**
398:12
**justify** 112:17
267:2
**justin** 206:13

**k**

**k** 1:16 3:6 8:11
**kai** 162:22
163:1,9,12,16
**kamala** 6:10
156:14,20
187:10,12
212:11 303:15
322:1,16 323:1
351:20,22
352:14,19
353:11,14,20
353:22 354:22
355:6,10,18
356:3,8,18,20
357:4,7,21
358:21 359:6

360:5 361:13
361:17 363:21
364:7 365:6,16
366:4 367:3,18
368:2,7 369:9
369:16,18,20
370:2,17
372:20 374:18
392:17 394:6
395:2 397:18
397:18 398:4
406:7 407:9
408:5 409:7,9
409:10 431:1
442:7 443:14
444:2,5 492:3
492:4,5,9,10,15
493:2
**kamala's**
205:12 359:18
**karine** 246:8,10
**karoline** 96:18
**kate** 10:6 267:1
**katebolger**
2:16
**katherine** 2:12
8:22
**keep** 25:19 26:4
27:11,15 28:9
28:12 104:9
111:11 112:18
122:15,18
134:1,3,9
367:10 432:13

448:10 496:12
**ken** 297:11
**kept** 100:5
149:7 415:21
**kettle** 348:17
**kevin** 377:1
378:17,19
380:3,6,7
**key** 178:11
293:1
**kid** 388:9 419:6
419:7,7 455:7
455:7,8,13,14
455:15,18
457:10,13,15
457:19 458:1,3
458:9,10,19,22
459:21 460:9
460:10
**kidding** 446:2
**kids** 152:15
352:12 356:9
387:19 388:21
**kill** 104:20
352:18
**killed** 201:16
260:20 265:14
304:10
**killing** 254:5
267:2,18 352:1
**kind** 25:15
70:20 76:5,8
78:7,7,11
87:13 90:2,2

| | | | |
|---|---|---|---|
| 93:12 94:4 | 25:3,8,11,20 | 106:2,6,9,12,15 | 221:14,18,22 |
| 96:7 97:3,7 | 26:1,7,11,15,18 | 106:18,20 | 222:4,11 223:5 |
| 99:18 100:1 | 27:2,6,9,12,17 | 107:2,10,19 | 223:11,13,15 |
| 105:12 109:7 | 27:20 28:2,3,6 | 108:5,9,13,17 | 223:18,20,21 |
| 109:19 122:7 | 28:7,13,16,20 | 108:22 111:16 | 224:13,22 |
| 136:20 137:5 | 28:22 29:2,5 | 112:6,10,14,22 | 228:18 232:16 |
| 147:22 148:1 | 29:10,13,16,22 | 113:1,4,7,9,13 | 232:22 234:7 |
| 161:5 181:5 | 30:4,9,12,14,15 | 113:17 114:8 | 234:15 235:10 |
| 186:2 188:7 | 30:20 32:11,19 | 115:9 119:4,9 | 235:16,20 |
| 214:18 216:17 | 33:8 34:12,16 | 119:15,19,22 | 236:6,10,13 |
| 219:10 234:9 | 34:22 38:20,21 | 120:3,5,8 | 241:9,12,14,20 |
| 240:5 260:10 | 39:10,15 40:14 | 121:2,9 122:16 | 242:1,3,4,8,13 |
| 263:1 277:13 | 40:19 41:10,17 | 123:5,10,17 | 243:19 244:3,5 |
| 323:7 341:7 | 41:19,21 42:2 | 124:4,18 | 244:8,11 |
| 356:6,7 361:19 | 42:5,10,13,15 | 125:14,17,21 | 248:17 249:13 |
| 381:13 384:12 | 43:22 44:4,7 | 126:7,9 127:8 | 249:16,22 |
| 432:15,16 | 44:11,13,14,18 | 127:11,14 | 250:5,9,16 |
| 440:17,19 | 44:21 45:3,15 | 128:2,6 129:4 | 254:8 255:6,16 |
| 442:6,8 444:4 | 45:17,20 47:8 | 129:7,17,20 | 256:14,19 |
| 470:14 475:18 | 47:12,16,19 | 130:4 132:16 | 258:7,13 259:4 |
| 476:12,17 | 48:1 49:12 | 135:9,14,16,19 | 263:2 266:13 |
| 477:19 | 50:9,10 51:13 | 135:22 136:2 | 267:14 270:6 |
| **kinder** 192:5 | 51:21 52:19 | 143:12,18 | 270:10,15 |
| **kiss** 162:3 | 53:1,16,21 | 144:3,6,11,14 | 273:1,9,22 |
| **kisses** 162:9 | 54:4 55:13,21 | 146:5 151:12 | 274:10 276:11 |
| **klayman** 2:3,4 | 62:7 64:5 | 151:17 152:4 | 276:17 278:2 |
| 4:4 8:19,19,20 | 66:10,13,17 | 153:6,9 161:17 | 278:13,19 |
| 9:15 12:1,4,15 | 67:1,19 68:1,6 | 164:17 172:11 | 279:9 280:3,18 |
| 12:18 14:7,11 | 101:16,19,21 | 172:14,17 | 281:11,17,22 |
| 14:15 15:14 | 102:2,17 103:9 | 183:5,8 184:15 | 282:1,18 285:8 |
| 16:10 18:4,8 | 103:11,22 | 190:13 192:18 | 285:14,18 |
| 18:12 19:19 | 104:4,8,11,13 | 193:20 194:2 | 286:3,7 287:14 |
| 20:5 23:17,20 | 104:16 105:6 | 194:11 195:8 | 288:1,5,9,15,19 |
| 24:4,9,12,16,21 | 105:10,20 | 217:2 221:11 | 289:1,16 |

**[klayman - know]**                                                      Page 53

| | | | |
|---|---|---|---|
| 292:16 293:10 | 353:1 355:19 | 405:2,20 | **knees**  272:5 |
| 295:2,6 297:5 | 356:19 358:1 | 406:17 407:11 | 376:6,7 |
| 298:5,9,16 | 361:20,22 | 407:18,22 | **knew**  158:9,15 |
| 302:9,13,17,20 | 362:4,7,8,11 | 408:6 409:8,13 | 160:13 170:16 |
| 305:17,19 | 363:10,12,18 | 410:4,10,15,20 | 170:16 179:6 |
| 306:19,21 | 364:5,22 365:8 | 411:4,6,8,14,16 | 214:22 428:7 |
| 307:2,12,16,21 | 366:3,18 367:2 | 411:22 412:2,7 | 456:18 |
| 308:10,13 | 367:7,11,16 | 412:9,12,18 | **knife**  220:11 |
| 309:14 310:2,4 | 368:17,20 | 413:1,7,11,16 | **know**  10:6 11:3 |
| 310:8 312:2,3 | 369:3,8 370:5 | 413:21 414:12 | 12:19 13:5,12 |
| 312:10 313:16 | 370:19 371:14 | 414:16,19,20 | 13:18,20,22 |
| 313:18 317:18 | 372:9,12 373:4 | 415:1,6,9,11 | 14:2,19,21 |
| 318:7,13 319:4 | 373:18,22 | 417:15 419:20 | 16:21 17:13 |
| 319:8,13 | 374:4,7,22 | 421:16 423:6 | 20:2,9,13,14 |
| 321:11 322:18 | 375:21 377:11 | 423:13 424:19 | 22:5,16 23:13 |
| 323:9,12 | 377:13,14,18 | 425:13,19 | 32:16,17 33:15 |
| 324:21 325:2 | 378:14 379:13 | 426:6,9,12 | 33:22 34:3,5,7 |
| 325:15,20,21 | 380:18 381:10 | 433:22 434:4 | 35:14 36:2 |
| 326:9,16 328:7 | 385:16,22 | 439:7 445:4 | 38:18 41:21 |
| 328:22 329:3,7 | 386:14 391:13 | 447:20 448:16 | 43:5,6,8,12 |
| 329:8,11,14,19 | 391:19 393:22 | 453:18 459:11 | 45:16 46:16 |
| 330:11 331:4,9 | 394:19 395:2 | 459:15 479:17 | 48:8,10,12,15 |
| 332:21 333:2,5 | 395:12 396:8 | 481:21 482:19 | 50:1 51:17 |
| 334:9,12,15,20 | 396:17,20 | 482:19,20 | 55:20,22 56:11 |
| 335:1,6,9 | 397:22 398:5 | 483:5 484:2 | 57:13 58:15,17 |
| 338:4,9 339:5 | 398:19 399:3,5 | 485:5,17 486:8 | 58:18 59:19 |
| 340:1 341:11 | 399:7,11,15,20 | 486:22 487:12 | 61:10,15 62:21 |
| 341:17,21 | 400:2,3,5,10,15 | 488:9 489:16 | 63:1 67:18 |
| 342:3 343:11 | 400:21 401:3 | 490:2,4 491:17 | 69:11,20 70:18 |
| 343:14,19,22 | 401:10,14,15 | 493:14,16,18 | 70:21 71:2,4,7 |
| 344:1,6,20 | 401:19 402:3,6 | 493:22 494:2 | 73:2,3,7,8 74:4 |
| 345:21 346:18 | 402:11,15,21 | 494:14 495:1 | 74:18 75:13,14 |
| 348:11,20 | 403:3,7,13,18 | 495:13 496:2,7 | 75:19,21 76:5 |
| 349:9 350:3 | 404:3,5,7,12,17 | 496:11 499:1 | 76:7,11,14,17 |

[know - know]                                                    Page 54

77:1,1,3,9
78:15,19,19,22
79:7,9 80:9,19
80:22 81:22
82:2,7,20 83:3
83:22 84:4,7
86:3,9,20,22
87:4,13,17,17
87:19,19 88:1
88:4 89:1,15
91:1,17 92:18
93:4,13,15
94:4,9,10,12,18
95:2,7,16 96:6
96:8,18 97:7
99:9,14,16
100:11 101:7,8
109:6,10,10,17
115:8,18,21,22
118:8 123:5
127:8 129:11
129:11,21
132:1 133:3,17
134:9 136:14
136:22 137:1,9
138:2 139:12
139:22 140:11
140:16 143:7
143:11,12,13
144:2 147:14
147:15 148:2,6
148:20 149:9
150:18,19
151:4 152:7,16

152:22 153:18
155:7,12,17
158:5 159:5
162:8 163:21
164:5,14
165:10,20,21
166:9,10
167:11 168:12
168:20 169:20
170:2,7,17
171:5,9 172:18
173:18 174:2
175:17 176:17
177:11,13
184:13 186:16
186:18,19
188:4,8 189:11
189:12,13,14
189:16,17,20
190:3 191:4,11
191:15 192:13
192:19,20
193:12 196:10
196:20 197:1,3
197:4,10,15,19
198:2,10 200:9
200:12,21
201:16 202:7
204:12 206:4
206:21 208:13
208:18,18,21
209:9 210:2
211:11,16,20
213:12,14

214:15 215:4,9
215:15,15,16
216:10 217:14
218:3,19 219:3
222:15 225:16
225:18,20
227:15,21
232:14,19
233:1,3,8,8,9
233:11,12,12
233:17 236:1
236:19 238:18
239:3,11 242:8
243:3,3,13,22
244:16,17,21
245:2,7 246:2
246:4,4,9,13
247:17 248:10
250:12,13
254:18,20
256:6 262:2
264:5 265:2
269:4,6 271:17
274:12 278:20
286:7 289:17
290:22 292:2
300:5 303:17
303:17,19
304:2,7,8,21
309:13 311:5,5
311:7 312:11
312:22 313:2,3
313:4 314:17
315:5,9 316:13

316:22 317:13
319:18 321:15
321:16,20
323:8,15,16
324:15 327:16
327:18 330:6
331:8 333:22
335:4 337:11
337:16 340:3,8
340:10 341:22
343:9,18 345:2
345:4,5 348:13
352:13 355:15
357:8,20
358:15 359:10
360:5 361:11
362:2,20 364:6
364:10,14
369:15 370:5
370:10,13
372:6 373:18
373:22 375:12
375:17 376:5,7
376:9,14,15,21
376:22 378:20
378:20,22
379:2,4,4,15,18
380:6 381:18
382:4,22 383:4
385:6 388:4,21
389:5 390:22
394:16,17,18
397:8 402:13
403:22 406:22

407:4 414:5,20
414:20 415:2
416:20 417:2,6
417:7,8,21
418:3 419:1,14
420:21,21,22
420:22 421:22
423:11 424:22
425:6,20
427:21 428:3,8
428:8,8,15
429:7,14,19,21
431:15 432:14
432:22 433:11
433:20,21
438:22 440:8
440:21 441:17
442:7 443:14
445:19,20
451:1,17,19,20
452:1 455:8,11
455:12,19,20
456:11,12,17
456:20,22
457:1 458:8,18
460:11 461:5
462:14,16
463:7,18 464:8
464:16,17,19
464:20,21,21
465:1 467:16
468:1,21 469:3
469:7,7,8
470:17,20

471:11 473:18
474:16 475:15
475:15,21
476:4,6,11,14
476:17 477:7
477:14,16,17
477:19 478:13
482:21 484:17
484:19,20
485:15 491:14
492:2,4,13,16
494:12 495:4
496:1
**knowing**
136:15 381:1
384:1
**knowingly**
360:17
**knowledge**
74:5 128:1
296:3 450:13
485:10,12
488:13 497:10
498:6
**known** 16:18
16:19 32:16
35:14,19 38:21
69:14 70:5
131:21 138:11
179:6 195:1
240:10,10
272:13 297:16
297:21 319:21
320:7 337:19

342:19 345:2
**knows** 36:1
75:20 96:11
245:17 248:11
248:11 271:20
276:10 319:18
321:3 373:3
423:2 444:16
466:17 477:13
**krishnan**
218:15,22

**l**

**l** 37:4
**lacivita** 226:10
226:12,21
228:9 444:13
444:16 462:7
465:13 466:21
476:21
**lacks** 248:17
319:8,8 325:16
326:9 333:6
**lady** 17:20
166:8 167:16
170:13 171:7
312:19 427:12
494:11
**lago** 70:12 72:2
73:20 74:2
88:18 148:18
163:17 164:5
164:13 165:6
165:13 166:6

167:13 168:13
169:21,22
170:1 186:10
190:21 191:5
197:10 238:12
466:7,22
467:14 469:10
**lake** 167:16
170:13 171:7
**land** 261:10
**landed** 210:17
**landlord** 169:6
**lane** 254:4
**language**
379:22
**large** 55:8 86:3
93:16 95:8
109:17,18
189:20
**largest** 261:11
**larry** 2:3 8:19
66:15 125:19
144:1 146:3,16
147:7 161:15
249:19 269:16
378:3 499:1
**las** 39:6
**lasers** 406:5
**late** 174:5
267:22 268:1
345:12 442:1
**laugh** 362:6,8,9
362:11,14

[laughing - legal]                                                    Page 56

**laughing** 162:3 339:12 367:10 367:11,16 387:10,16
**launched** 37:7 57:1
**laura** 1:5,12 2:2 8:5,7,20 9:10 38:8 85:22 109:10 132:9 138:13 140:16 150:4 179:19 180:3,4 190:20 193:10 193:11 202:7,7 208:6 209:21 227:14,15 229:5 230:1,17 232:13 236:4 238:11,22 270:3 271:8 283:1 284:2 286:20 289:6 289:22 292:21 293:4 295:15 295:21 297:13 297:16 301:14 303:2 306:4 307:7 310:11 312:18 324:10 346:13 395:14 409:2 424:1,11 430:13,14,14 432:22 437:17

446:1 449:8 473:21 481:6 499:5 500:2,24 501:2,4,12
**laura's** 239:3 424:9 451:14
**lauraloomer** 36:19 37:18,20 37:22 38:4 325:11 326:7
**lauren** 300:2
**law** 2:4 8:20 9:1 16:1 22:7 22:19 43:1,1 55:6 58:19 59:16 112:18 305:3 374:20
**lawfare** 22:6,6 76:9 429:22
**laws** 400:1
**lawsuit** 10:20 12:13 15:20 16:14,19,22 17:2,6,9,10,12 17:16 20:17 30:10 38:11,19 92:3 118:21 119:12 120:3 120:10,10 122:9 125:16 128:18 130:9 220:3 221:1 225:17 229:14 230:5 231:22

234:2 259:3 260:12 281:1 294:15 310:10 394:8 420:3 456:5 477:2
**lawsuits** 36:5 43:16 100:2
**lawyer** 10:19 12:14,15 13:6 25:17 38:22 57:10 58:1 60:3 61:4 106:2 229:17 250:13 263:2 304:20,22 312:19 374:19 403:19
**lawyer's** 279:15 405:2 413:14
**lawyers** 38:16 38:22 143:16 210:10
**leading** 67:11 69:15 83:1 198:8 398:3 446:17
**leak** 274:20
**leaked** 75:8 78:17 299:4 478:16,17 479:1,1
**lean** 56:3

**learn** 62:5 63:10
**learned** 62:9,14 62:15 63:3,12 63:13 90:8 488:11
**leave** 73:12 158:12 176:17 246:3 434:21 487:10
**leaving** 147:14 158:18 473:9,9
**leavitt** 96:18
**lecture** 60:2
**led** 202:12 299:22
**lee** 498:2,16
**leesburg** 88:20 89:1 167:16
**left** 56:4 62:13 73:2 90:13 199:17,18,19 199:20,21 200:1,2 214:4 215:18 275:19 492:21
**leftist** 189:19 273:3,5 292:16 292:17 293:14 295:8 302:15 327:2 427:7 428:12
**legal** 86:6 108:10 263:3

[legal - lobby]                                                        Page 57

| | | | |
|---|---|---|---|
| 385:17 386:14 | 60:21 291:18 | 377:14,16 | **liv** 137:22 |
| 396:17 399:21 | 300:17 303:13 | 481:16 493:2 | 141:16 171:22 |
| 416:13 444:3 | 320:20 378:11 | 500:4,7,10,13 | 184:9 |
| 461:10 499:23 | 431:22 464:15 | 500:16,19 | **live** 157:8 |
| **leklayman** 2:7 | 464:21,22 | **lines** 75:12 | 158:12,14 |
| 499:2 | 476:10,10 | 230:1 332:15 | 161:6 166:9 |
| **lessen** 419:3 | 477:11,11,12 | **lining** 348:6 | 167:4,5 169:9 |
| **letter** 4:12 | **life** 96:1 118:7 | **link** 21:19 23:5 | 169:15,17 |
| 48:21 52:9 | 146:12,15,18 | 23:9 98:12 | 170:11,14 |
| 67:8,9,14,15,16 | 340:19 359:21 | 160:12 | 171:3 434:16 |
| 68:15,19 71:1 | 384:9 427:5 | **links** 98:14 | 434:19 435:2 |
| 83:22 84:18 | 428:11 429:16 | **listed** 183:15 | 435:10 446:15 |
| 475:7 | 451:16,18 | **lit** 182:16,19 | 477:2 482:4,5 |
| **letting** 58:15,16 | 476:11 477:3 | **literal** 132:6 | 482:7 |
| 289:17 | 493:12 | **literally** 139:16 | **lived** 167:8,10 |
| **level** 40:11 | **light** 258:1 | 143:21 144:20 | 168:2 170:9,13 |
| **lewandowski** | **likely** 20:17 | 171:1,4 182:18 | 170:22 |
| 213:11,12 | **likes** 100:7,20 | 277:15 338:22 | **lives** 165:7 |
| **lexie** 9:3 190:22 | 100:21 192:2 | 339:2,3,9 | 209:6 264:19 |
| 435:12,21 | 272:1 314:16 | 356:8 389:7 | 265:4 |
| **liability** 296:2 | 340:3,8,9 | 430:8 432:11 | **livgolftourna...** |
| **liaison** 70:1 | 416:17 420:21 | 442:3 457:3 | 142:17 |
| **liberals** 275:19 | 420:22 | 477:21 | **living** 54:17 |
| **library** 22:17 | **lindsey** 6:8 | **litigation** 10:15 | 73:8 90:4 |
| **lie** 22:21 30:15 | 342:5,8 343:6 | 10:22 11:8 | 166:3,7,10,15 |
| 60:21 216:9 | 344:13,15 | 13:6 23:7 | 169:1 251:15 |
| 220:15 257:19 | **line** 7:3 149:7,8 | 279:13 | 259:5 446:14 |
| 296:8 300:4 | 172:13,16 | **little** 62:18 | 449:3 |
| 427:5,11,16 | 179:7,16,18 | 100:17 198:3,5 | **llp** 1:15 2:13 |
| 465:4 470:15 | 185:4 210:4,8 | 200:3 259:21 | 3:5 |
| 477:14,16 | 256:15 279:3 | 277:13 303:18 | **lobbied** 252:4 |
| 492:7 | 334:18,22 | 304:10 425:2,7 | 261:5 |
| **lies** 22:20,22 | 335:4 341:14 | 448:5 452:18 | **lobby** 212:4 |
| 23:3,3 59:14 | 342:2 368:6,9 | | |

**[local - loomer]**                                                    Page 58

| | | | |
|---|---|---|---|
| **local**   202:14 | 423:17 441:22 | 66:5 68:13 | 286:6,21 289:6 |
| **location**   1:15 | 443:1 447:9 | 80:20 85:22,22 | 289:22 292:21 |
| 8:11 | 483:9 | 99:4 102:9 | 293:5 294:13 |
| **long**   12:18 | **looked**   47:1 | 109:10 110:9 | 295:15,22 |
| 35:19 91:5 | 279:21 445:10 | 110:13,20 | 297:13,16 |
| 102:15 110:7 | 445:12 446:6 | 111:7 120:7 | 298:2 301:14 |
| 162:13 172:17 | 494:19 | 126:12 128:10 | 303:2,11 |
| 236:21 244:16 | **looking**   90:3 | 130:3,8,19 | 304:11,21 |
| 245:4 250:13 | 148:7,7 183:16 | 131:10 136:7 | 305:4 306:4 |
| 284:11 285:2,5 | 190:15 210:11 | 136:10 144:19 | 307:7 310:11 |
| 347:18 390:8 | 284:10 291:19 | 146:8 147:9 | 312:14,18 |
| 444:17 450:10 | 381:3 477:6 | 151:21 179:20 | 313:6 314:4,9 |
| 450:13 472:12 | 492:17,17,22 | 180:3,4 190:10 | 315:8 316:21 |
| 493:20 | **looks**   129:12 | 190:20 193:10 | 317:2,8,11,15 |
| **look**   13:8 38:10 | 136:19 137:4 | 193:11 194:18 | 317:20 318:16 |
| 66:21 67:1 | 191:19 192:1 | 202:7,7 224:2 | 319:11 320:16 |
| 84:14 85:15,19 | 290:10,16 | 227:14,15 | 324:10 329:13 |
| 135:6 140:10 | 291:3 314:10 | 229:5 230:1,17 | 329:17 331:16 |
| 140:21 145:18 | 314:15 | 232:13 235:8 | 332:8 333:8,20 |
| 175:12,22 | **loomer**   1:5,12 | 235:15 236:4 | 336:11 343:7 |
| 181:4 230:9,10 | 2:2 4:12 5:9 | 237:2 238:11 | 346:13 348:10 |
| 238:4 241:1 | 8:6,7,20 9:7,10 | 238:22 239:9 | 349:8,15 350:7 |
| 243:17 245:2 | 10:5 18:21 | 240:4 241:19 | 350:16 356:12 |
| 246:7,7 252:13 | 19:3 20:11 | 242:16,18 | 362:10 370:15 |
| 262:4,21 | 23:8 25:2,10 | 252:11 255:4 | 372:8,13 375:9 |
| 263:10 264:4 | 25:13 27:16 | 255:15 256:8 | 380:16 395:14 |
| 265:3 279:5,22 | 29:12 30:19 | 266:17 270:3 | 397:7,10 400:9 |
| 281:14 291:10 | 31:2 38:4,9,9 | 270:13 271:9 | 402:1,9,18 |
| 294:4 324:6 | 45:9,19 47:14 | 272:12 273:18 | 405:1,18 408:9 |
| 331:3,11 | 50:6 51:16 | 274:5 275:7,15 | 409:2 410:1 |
| 332:16 336:11 | 52:2 53:20 | 275:17 276:8 | 411:13 413:10 |
| 348:16 356:8 | 54:2,17 56:21 | 277:1,9,19 | 414:4 415:4,14 |
| 377:9 380:10 | 57:21 59:7 | 278:21 279:11 | 419:11 420:13 |
| 390:7,9 394:5 | 63:22 65:11 | 283:1 284:3 | 423:12 424:1 |

[loomer - lynne]                                                        Page 59

| | | | |
|---|---|---|---|
| 424:11 430:14 | **lot** 21:11 22:4 | 280:13 301:3 | 222:16 402:9 |
| 430:14,14 | 35:19 38:5 | 319:20 320:5,7 | **loved** 149:2,3 |
| 433:1 434:15 | 39:8 43:9 48:7 | 321:5,5,7 | 157:1 |
| 434:17 435:6 | 50:20 51:1 | 333:10 336:1 | **loves** 140:11 |
| 436:3 437:17 | 53:6 55:9,10 | 345:2,4 353:20 | 211:1 380:22 |
| 446:1 452:4,13 | 56:1,2,6,11 | 354:13 358:14 | 381:1,2,18,19 |
| 453:15 481:5 | 59:10 62:19 | 359:6 365:19 | 453:8 455:17 |
| 483:2 484:5 | 63:3 75:17 | 366:5 383:8 | **low** 150:10,12 |
| 488:10 494:19 | 76:10,12 77:9 | 393:1 406:19 | 259:22 |
| 499:4,5 500:1 | 77:14 82:3 | 407:5 415:18 | **lower** 306:5 |
| 500:2,24 501:1 | 85:18 88:22 | 415:19 417:6,8 | 352:16 438:14 |
| 501:2,4,12 | 90:1,15 92:4 | 417:10 418:17 | **lowered** 390:18 |
| **loomer's** 7:12 | 93:15 95:5,20 | 419:3 422:6 | 391:22 |
| 331:14 | 95:21,22 96:3 | 428:17 433:6 | **loyal** 272:5 |
| **loomer.com.** | 98:7,8 99:9,22 | 433:17 440:1 | 274:19 |
| 481:6 | 100:4 101:4,6 | 443:19,19 | **loyalist** 271:21 |
| **loomered** 37:8 | 104:18 109:5 | 446:20,20 | 277:11 |
| 37:10 87:9,10 | 120:22 146:17 | 456:2 467:12 | **loyalties** 99:3 |
| 87:15 | 149:8 152:8,10 | 476:2 490:10 | **loyalty** 274:14 |
| **loomeredstrat** | 153:16,19 | 491:10 494:12 | 274:18 |
| 36:21 37:2,5,6 | 155:13,16 | 495:18 | **luck** 465:22 |
| **loomering** 89:4 | 156:18 160:12 | **lots** 136:3 | 466:11 |
| **loomerings** | 164:4,11,12 | **loud** 136:16 | **luckily** 422:4 |
| 88:3 | 165:12 170:2,5 | 336:19 | **lunatic** 105:19 |
| **loomerunleas...** | 171:7 182:15 | **louder** 448:5 | **lunch** 172:4,11 |
| 36:20 | 182:22 186:5 | **love** 131:14 | 174:15 189:9 |
| **loomy** 308:4,6 | 197:4,7,16 | 135:5,8 136:13 | 193:17,19 |
| 308:7,8 | 200:12 201:16 | 138:22 140:15 | **lutnick** 201:12 |
| **lose** 492:15 | 212:14 218:4 | 141:2,2,3,4,4,6 | **lyft** 275:3,6 |
| **loser** 390:18 | 219:3,5 220:17 | 141:7 154:21 | **lying** 210:2 |
| **lost** 40:8,11,18 | 227:9 231:6 | 154:22 157:6,9 | 332:5 378:9 |
| 42:17 43:9 | 243:10 246:13 | 185:8,14 199:7 | 425:4 449:6 |
| 61:14 378:21 | 247:21 251:22 | 210:2 214:20 | **lynne** 213:8,9 |
| | 274:12 275:19 | 215:16 222:16 | |

[m - maher's]                                                    Page 60

| m | | | |
| --- | --- | --- | --- |
| **m**  2:12 7:7 37:4 | 485:10 490:8 | 237:5,6,11,13 | 427:3,16 429:5 |
| **machine**  143:4 | 490:13 491:2 | 237:14,16,21 | 430:5,6,21 |
| **made**  46:5 | 491:10 493:7 | 238:19 239:12 | 431:18 432:17 |
| 52:21 59:20,20 | 493:10 501:5 | 239:16,17 | 438:20 440:5 |
| 75:5 97:20 | **maga**  162:14 | 240:20 241:3,6 | 446:3 447:3 |
| 103:17 109:6 | 325:9 326:4 | 241:8,13,15,18 | 448:14,18 |
| 109:18 145:6 | 332:20 457:2 | 242:6,17,18,20 | 449:5,6,12,15 |
| 155:22 161:4 | **magazine** | 243:4 245:12 | 449:19 451:9 |
| 178:12 186:2 | 227:8 229:22 | 245:15 247:5,9 | 453:20 455:2 |
| 210:6 218:11 | **maggie**  76:1 | 247:22 294:16 | 455:12,13,14 |
| 218:14 225:9 | 270:14,20 | 296:9 299:1,1 | 455:16 456:6 |
| 225:14 228:2 | 273:4 479:6 | 299:12 300:10 | 456:20,22 |
| 230:8 232:8 | **maher**  1:8 2:10 | 301:4,10 | 457:10,13,18 |
| 233:4,5,6,18 | 3:2 7:11 8:8 | 308:11 309:12 | 458:2,6,9,9 |
| 234:1,18,18 | 21:13,21 46:10 | 310:10 313:3 | 459:2 460:1,9 |
| 243:8 260:9 | 46:21 48:11 | 314:16 316:3 | 460:10,17 |
| 264:3 273:19 | 53:8 103:15 | 316:10 319:19 | 461:16,22 |
| 280:7 298:2 | 118:6 120:10 | 320:2,9,22 | 462:1,3,14,18 |
| 317:18,19 | 120:20 121:3 | 321:9 359:15 | 464:21 473:19 |
| 322:1,15,16 | 122:3,11 | 367:18 369:4 | 477:9 488:12 |
| 331:1 359:11 | 124:21 125:7 | 374:17,17 | 489:8 491:19 |
| 378:8 379:17 | 130:9 141:9 | 377:19 382:19 | 492:2,3,14,22 |
| 380:7 406:6 | 189:4 215:10 | 383:15 386:18 | 494:7 495:19 |
| 407:8 422:3 | 216:1,7,9 | 391:11 394:8 | 496:8 499:4 |
| 428:20,21 | 220:3 221:3,5 | 394:13 395:8 | 500:1 501:1 |
| 430:6 431:1 | 221:8 225:9,14 | 395:14,18 | **maher's**  21:6 |
| 433:15 446:3 | 226:21 227:10 | 397:6,16 398:7 | 109:5 128:13 |
| 448:18 449:6 | 227:13,20 | 407:19,21 | 128:21 173:11 |
| 456:2 462:14 | 228:3,7,17,20 | 408:13 409:2 | 220:8 226:6,17 |
| 465:3,8 467:7 | 229:11,11,16 | 409:21 414:1,6 | 227:4 228:16 |
| 476:8 477:8 | 230:8,17 231:4 | 416:21 417:5 | 243:16 256:7 |
| 484:6,11,21 | 232:3,15,20,20 | 418:2,7,12,16 | 279:18 280:1 |
| | 233:5,21 234:6 | 418:20 419:2 | 280:15,17 |
| | 236:1,3,15,15 | 422:2,13 423:4 | 282:10 301:15 |

**[maher's - march]**                                                        Page 61

302:1 315:13
315:17,22
414:14 415:15
416:5 417:10
417:20 428:4
441:13 446:21
456:17,19
463:8 464:18
464:20 468:3
488:14 493:5
**mahers**  216:11
233:16
**mail**  104:22
132:5,7,19
227:8 230:4
**main**  80:16
152:14 187:20
188:21 200:16
260:8
**mainstream**
56:2 97:4,10
246:7 427:6
428:12 433:6
442:1 495:3
**majored**  61:19
**majority**  495:3
**make**  12:6
24:17 33:17
42:5,10 56:11
58:6,22 98:13
112:21 119:10
127:14,14
139:4 155:13
158:5,7 165:8

197:22 208:16
233:19 234:1
234:21 241:1
254:11 258:3
264:17,17
265:8,11
267:10 276:10
277:21 299:11
300:8 350:1
390:10 407:16
408:4,17 409:6
409:16 410:2
410:18 411:12
411:20 412:21
413:20 415:9
429:5,15 443:3
447:7 448:4
486:13 489:17
489:19
**makes**  96:7
151:10 155:1
239:22 245:7
360:9,13,15
490:16
**makeshift**
161:5
**makeup**  94:12
**making**  70:4
105:22 243:2
245:17 264:4
275:3 278:7
282:1 283:4
288:10 295:3
332:3 339:7

340:18 341:1
365:12,22
368:10 406:7
407:9 408:22
419:4 429:2
449:6 451:20
453:3,5,7
462:22 467:13
**male**  345:6
388:1
**malicious**  21:7
55:6 59:14
60:21 95:6
233:3
**maliciously**
427:16
**malign**  274:16
**malpractice**
10:13,16,17
**mamala**  356:10
**man**  118:18
120:15 122:5,6
140:9 149:9
180:2,4 219:14
344:14 360:4
360:12,18,20
388:12,18
389:1,9 391:3
392:1 393:10
460:1 461:14
**manage**  80:11
**managed**  80:14
**manager**
226:12 444:17

**managing**
80:13
**manhattan**
254:4 306:5
**manila**  132:6
134:5,9
**manner**  43:3
70:22 77:16
87:21
**manners**  240:1
**maples**  123:9
123:16
**maps**  169:14
**mar**  70:12 72:2
73:20 74:2
88:18 148:18
163:17 164:5
164:13 165:6
165:13 166:6
167:13 168:13
169:21,22
170:1 186:10
190:21 191:5
197:10 238:12
466:7,22
467:14 469:10
**march**  10:12
59:4 70:11
71:3,15 72:1
77:18,19 81:7
82:15 83:9
88:18 148:19
168:19 191:17
192:9,17

264:19 471:22
475:11
**margo** 206:9
**marital** 337:20
**marjorie**
321:22 323:16
326:2 327:13
330:9,18
331:15 332:17
333:9 335:16
336:2,7,20
340:14 350:9
375:12 406:3
406:12 448:13
448:21 449:22
450:9,14 451:8
451:22 452:11
462:17,21
463:3,15
464:14 478:13
**marjorie's**
462:13 464:18
**mark** 42:9 44:2
44:9,15 45:1
66:4 130:16,22
131:5 134:22
142:9 145:12
147:3 149:16
154:1 161:11
190:5 252:7
270:1 282:13
286:12 288:13
288:18 292:12
294:18 297:1

301:17 305:7
307:4 311:12
314:19 328:10
342:17,20
346:7 351:9
361:4 375:3
387:3 425:16
426:10,15
459:4 482:9,16
**marked** 45:10
66:8 131:7
135:3,13
142:11 145:14
147:5 149:19
154:3 161:13
175:14 190:7
252:9 270:4
279:7 282:14
283:8 286:13
289:8,21
292:14 294:19
297:3 301:20
305:15 307:10
307:14 311:13
313:21 315:1
318:5 333:17
334:7 343:2
346:8 349:19
351:14,16
361:7 375:4
378:1 380:13
387:4 390:4
405:14 427:1
437:9 459:9

482:12
**marking** 154:5
284:4
**marla** 123:9,16
**marriage** 61:7
120:18 379:1,1
392:20 494:11
**married** 102:9
118:14,18
120:15 122:5,6
152:15 190:22
238:13 239:4
239:15,21
249:7 337:18
353:17 354:7
360:4,8,11,18
360:20 378:16
378:19 379:3
391:12 393:3
**martial** 261:16
**martin** 206:9
**marxist** 62:18
63:1,5,14
275:20
**massive** 171:10
171:12
**mateen** 260:19
**materials** 9:17
281:10,16
**matt** 336:5
407:1
**matter** 8:7
48:10 120:15
231:19,20

232:1 233:22
234:10 240:21
244:14 264:19
265:4 298:22
300:18 395:21
395:22 396:4
409:20 428:3
**matters** 219:17
219:20 234:10
**mayer** 412:5
**mayor** 253:19
353:16
**mccarthy** 377:1
378:17,18,19
380:3,7
**mccarthy's**
375:15 376:3
378:7,16 380:7
**mcdonald's**
211:1,2,7,9
**mean** 13:12
20:18 32:16
35:13 41:4
42:17 54:22
60:16 65:7
69:7 78:1 79:8
81:3 82:19
83:20 86:2
87:8 89:11
92:16 93:6
94:20 100:14
103:12,20
115:8,10 133:4
134:13 137:8

**[mean - meet]**                                                    Page 63

| | | | |
|---|---|---|---|
| 139:11 140:2 | 386:16 390:21 | 472:20 | 257:19 262:6 |
| 141:2,5,6,8,22 | 390:22 391:4,7 | **meat**  342:3 | 281:3 290:9 |
| 142:6 144:8 | 391:9 392:6 | **media**  8:4 | 295:8 296:21 |
| 146:17 148:14 | 393:6 394:5 | 13:15,18 16:16 | 297:13 298:2 |
| 150:18 152:6,9 | 408:10,10 | 17:3 20:22 | 299:8 300:5,9 |
| 153:14,15 | 417:9 418:2,5 | 21:1,17 35:17 | 300:13,16,17 |
| 160:2 162:7 | 421:3,18 422:4 | 35:20,22 36:6 | 300:17,18,18 |
| 163:20 166:12 | 424:14 432:10 | 39:17 40:3 | 301:2,8,12 |
| 166:22 169:3 | 435:8 436:1 | 42:20 43:16 | 303:13 309:3 |
| 170:21 175:8 | 441:17 442:14 | 47:2 53:4 56:2 | 320:21 420:22 |
| 178:6 183:6 | 442:15,17,19 | 57:11 59:14 | 427:6 428:12 |
| 189:3 191:22 | 444:7 447:19 | 61:20 63:16,18 | 429:13 430:20 |
| 197:9 219:18 | 452:8 454:15 | 63:19 64:4 | 433:6 437:16 |
| 220:22 229:17 | 456:2,5 461:4 | 65:22 73:2,2 | 440:2 441:11 |
| 240:2 243:17 | 461:16 462:2 | 73:15 76:16 | 441:12,13,18 |
| 248:2,3,3 | 465:2 468:22 | 77:10,16 79:1 | 442:2 443:21 |
| 269:4 278:6 | 472:19 473:14 | 79:16,18,20,21 | 446:3 454:18 |
| 280:10 288:1,6 | 474:7,15 | 80:5,19 87:5 | 461:5 465:8 |
| 298:18 303:17 | 477:20 478:17 | 87:12 88:3 | 468:2 476:16 |
| 306:10 309:4 | 479:3,4 481:14 | 89:19,21,22 | 492:21 493:11 |
| 311:7 313:9 | 481:19 485:12 | 92:4 93:16,21 | 495:3 |
| 314:2 315:5 | 486:10 490:8 | 94:8 95:22 | **mediaite**  5:19 |
| 319:17 335:10 | 493:2,4 | 97:1,4,8,11,13 | 296:2 |
| 337:2 341:19 | **meaning** | 97:19 99:12,19 | **mediaite.com** |
| 345:2 348:2,15 | 262:22 | 101:6 138:18 | 5:15 |
| 351:11,12 | **means**  12:2 | 140:15 157:3 | **mediaite.com.** |
| 352:20 354:2 | 337:22 338:6 | 192:2 193:8 | 295:13 |
| 356:20 358:16 | 455:20 | 200:12 202:6 | **mediterranean** |
| 363:19 364:3 | **meant**  142:6 | 202:18 203:3 | 273:14 |
| 366:2 369:7 | 149:8 262:22 | 204:13 216:12 | **meet**  12:18 |
| 370:11 376:4 | 364:9,11 | 226:16 227:7 | 39:2 73:20,21 |
| 378:8,13,20 | 370:13 371:9 | 227:12,16 | 115:21 158:19 |
| 379:3,10 | 408:17 449:20 | 229:7 230:16 | 174:7 179:14 |
| 381:20 382:4,8 | 450:19 451:5 | 245:5 246:7 | 182:4 196:18 |

**[meet - million]** Page 64

| | | | |
|---|---|---|---|
| 459:22 470:12 | 166:21 172:1 | 260:11 299:20 | 233:3 377:3 |
| 473:8 | 393:11 | 350:11 436:12 | 423:1 |
| **meeting**  15:7 | **members**  16:21 | 444:18 463:9 | **metaphors** |
| 70:11 71:17 | 17:2,11 88:3 | 478:9 | 266:8 |
| 72:12 73:19 | 138:7 139:10 | **merchan**  300:2 | **miami**  177:8,9 |
| 74:21 116:3 | 166:13 167:2 | **merchan's** | 177:13 181:8 |
| 148:17 163:22 | 212:22 257:19 | 300:2 | 181:11,13 |
| 164:6 165:19 | 261:3 429:13 | **meredith** | 183:20,21 |
| 167:17,21 | **membership** | 159:14 179:5 | 187:3 196:1,8 |
| 168:10,11,12 | 166:14 | **mess**  28:16 | **mic**  277:1 |
| 168:18 195:17 | **meme**  155:13 | **message**  6:4 | 437:2 |
| 196:4,19,20 | **memes**  155:14 | 31:14 318:11 | **michael**  306:18 |
| 419:8 455:16 | 155:14 | 318:16 | 307:6 311:9 |
| 457:4 458:14 | **memo**  427:13 | **messages**  30:19 | **microphone** |
| 460:17 472:1,5 | 432:5,11,16,20 | 31:2,19,20 | 99:5 |
| 472:8,14 473:6 | **memorial** | 49:17 337:13 | **middle**  1:2 8:9 |
| 474:9,13 | 209:12 210:19 | 337:14 | 85:18 200:14 |
| 475:10,11 | 212:6,9,11 | **messaging** | 200:19 231:1 |
| 478:20 | 213:19 282:5,9 | 431:6 432:12 | 343:18 |
| **meetings**  74:22 | 440:3 | 432:20 | **migrants** |
| 472:16,17 | **men**  153:16 | **messenger**  31:6 | 202:12 273:13 |
| **meg**  178:22 | 239:15 344:15 | **met**  10:5 12:19 | 294:12 |
| **melania**  124:10 | 381:4 385:8 | 12:20 39:3,13 | **mika**  227:19 |
| 125:4 195:19 | 388:6 389:3,15 | 115:13,17 | 433:10 |
| 195:21 196:11 | 390:14 391:2 | 159:20 163:4,5 | **mike**  5:5 |
| 196:21,21 | 392:4,6,8,11,12 | 163:6,7,8,9,12 | 189:10,11 |
| 264:8 307:5 | 393:13,14 | 163:12 164:5 | 190:6,17 238:8 |
| 309:1 311:6 | **mental**  389:17 | 164:15,18 | **mike's**  238:21 |
| 418:12 424:9 | 389:21 | 179:9 180:5,8 | **miko**  228:5 |
| 427:12 476:13 | **mention**  15:12 | 182:7 186:13 | **mile**  170:15 |
| 476:14 489:13 | 258:2 464:5,6 | 191:11 195:19 | 171:1 |
| 494:11 | **mentioned**  79:3 | 195:21 197:2 | **miles**  167:6 |
| **member**  17:8 | 172:21,22 | 199:12,16 | **million**  22:17 |
| 81:10 139:13 | 227:22 240:20 | 213:20 214:3 | 56:10,19 73:14 |

**[million - monitors]**

| | | | |
|---|---|---|---|
| 85:12 86:1 | **minds** 101:12 | **misinformation** | **mocking** |
| 87:2 89:1 | **mine** 43:11 | 77:9 | 407:14 |
| 186:20 229:1 | 95:18 154:7 | **misleading** | **mocks** 490:18 |
| 230:9,13 231:9 | 170:2 196:16 | 418:12 | **mode** 195:6,12 |
| 237:17 238:16 | 253:12 274:14 | **misogynist** | **modern** 265:5 |
| 243:4 392:10 | 459:14,21 | 239:18 | **modernized** |
| 417:2 424:15 | 496:3 | **misogynistic** | 264:22 |
| 424:20 425:11 | **mini** 62:18 | 21:7 51:8 | **molested** |
| 442:3,8 443:15 | **minnesota** | 255:11 | 387:22 |
| 444:10,19,22 | 174:10,12 | **misread** 375:16 | **mom** 139:18 |
| 454:17 | 176:9 201:11 | **mission** 153:21 | 141:6,7 198:2 |
| **millionaire** | 201:15,19 | **misspeak** | 406:9 |
| 21:20 | 274:8 | 458:19 | **moment** 107:4 |
| **millionaires** | **minored** 61:20 | **misspoke** | 147:12 149:1,2 |
| 384:8 | **minus** 279:13 | 449:22 451:4 | 209:13 |
| **millions** 14:19 | **minute** 102:1 | **misstate** 71:18 | **moments** 142:4 |
| 14:20 53:11 | 237:20 348:21 | **misstates** 52:19 | 173:1 |
| 109:15 122:10 | 434:5 | 53:1,16 124:4 | **monetary** |
| 141:3 230:12 | **minutes** 172:19 | **mistake** 50:11 | 245:9 |
| 230:12 232:3 | 194:2,4 278:22 | **mistaken** | **monetize** 59:1 |
| 232:11 233:21 | 278:22 334:16 | 155:21 199:3 | 59:13 |
| 237:17,18,19 | 344:1,2 434:1 | 199:10 | **money** 56:11 |
| 237:21 243:8 | **mirror** 348:16 | **misunderstood** | 58:22 90:10 |
| 313:4 348:7 | **misappropria...** | 486:4 | 91:12 219:5 |
| 416:22 441:20 | 73:1 | **mixing** 266:7 | 243:10 359:7 |
| **milo** 448:22 | **mischaracteri...** | **mm** 71:16 72:8 | 381:21 382:14 |
| 451:13,17 | 120:1 | 136:5 142:19 | 383:13 384:15 |
| 462:19 464:10 | **mischaracteri...** | 223:14 272:8 | 385:11 386:2,7 |
| **milwaukee** | 198:9 | 272:20 283:5 | 386:11 441:21 |
| 160:1 | **miserable** | 434:22 436:10 | 443:16,18 |
| **mind** 20:12 | 361:15 363:22 | 436:14 461:1 | 484:6 485:10 |
| 69:4 71:15 | 364:13,15,18 | **mocked** 406:9 | **monitor** 8:4 |
| 226:7 279:16 | 365:11 366:10 | 490:3,6 | **monitors** 20:14 |
| 351:21 | 370:20 371:4 | | |

[monologue - name]                                    Page 66

**monologue**
  216:16,17
  220:13
**monster**  109:7
**montel**  361:12
  368:2
**month**  85:12
  86:1 87:3
  96:12 103:5
  218:22 254:1
  381:3,15 386:3
  441:18
**monthly**  64:13
  85:10
**months**  39:9
  90:15 91:6,6
  103:4 114:3
  160:11 322:22
  492:19
**moral**  382:9
**morality**
  383:11
**morning**  8:2
  9:2 12:19,21
  158:16 176:13
  176:17,20
  209:10 211:22
  221:16 224:6,6
  224:11 225:5
  227:18,19
  287:3 433:11
  446:16
**moron**  303:20
  490:12

**morse**  4:13
  67:10 84:10
**mother**  384:9
**motion**  11:4
  396:9 397:1
  399:7 401:4,18
  401:21 404:18
  487:9 496:3,4
**motivated**
  258:1 374:12
**motorcade**
  158:19 182:10
  205:11,17,21
  206:2,4 211:22
  212:2,6 213:11
  213:12,14,22
**mouth**  310:12
  311:9 376:11
**mouthpiece**
  100:15
**move**  43:18
  125:9 127:1,4
  145:6 169:11
  198:7 302:6
  313:12 314:5
  315:18 316:8
  316:12 374:21
  403:15,18
  410:10,15
  413:3 420:13
  441:5 452:15
**moved**  167:14
  168:4 169:8,16

**movement**
  251:12
**moving**  253:19
  414:17 415:1
  479:12
**mow**  254:3
**msnbc**  5:13
  291:9,17,22
  307:2 430:21
**mtg**  378:7,9,9
  380:5
**multiple**  71:11
  75:12 82:6,13
  84:2 87:5
  100:22 104:19
  109:11 174:1
  256:5 283:2
  309:3 388:4
  409:1 490:7,13
**murder**  352:21
**murdering**
  352:2
**music**  39:7
  361:19
**musk**  36:9
  218:19,20
**muslim**  75:14
  249:5 251:5
  252:1 253:12
  253:22 254:1
  261:12 270:3
  271:9 275:4,8
  298:1 440:21
  440:22

**muslims**  251:14
  251:19
**mutilation**
  388:11
**mutual**  449:8
  451:14

---

**n**

**n**  2:1 3:1 4:1
  7:1,7 8:1
  454:20
**naive**  56:5
**naked**  382:18
  382:18
**name**  8:13 10:5
  38:8 64:20
  65:18 103:19
  105:3 106:22
  107:8,13,16,21
  108:16 110:4
  110:15 111:6
  111:12 112:4,5
  112:9,13
  113:14 153:11
  156:16 163:14
  187:16 188:19
  199:9 226:21
  227:4,22
  229:15 234:4
  234:14,15,17
  234:20 235:1
  235:22 237:5,7
  237:14 240:19
  242:19 260:6,7

**[name - new]**                                                    Page 67

260:11 296:7
296:12 298:3
308:17 316:17
317:9 321:15
321:18,19,19
355:11,17
356:1 379:9
437:16 448:22
481:18,22
482:2
**name's** 155:10
**named** 189:10
190:17 206:12
218:15 241:5,8
249:5 427:21
451:13
**names** 64:10
108:4 255:21
**nancy** 256:10
268:17
**narrative**
476:16
**nasa** 217:7,16
**nashville**
173:14,21
174:9 176:4,7
201:10
**nasty** 220:17
243:2 318:17
335:10 404:12
431:2 491:10
**natalie** 138:17
139:4 203:15
206:10 213:16

**nation's** 261:11
**national** 34:2
99:5 156:4,9
157:5 160:6,8
**nationalism**
275:16,17,18
**nationalist**
275:14 290:5
**nature** 54:14
56:3 319:2
320:19 352:9
446:22 465:7
488:19 495:17
**nazi** 254:12,13
254:17 258:3
259:7
**nazis** 249:10
250:4,21
273:19
**nbc** 5:18
**near** 447:18
**nearby** 167:4,8
**necessarily**
438:5 486:15
**necessary**
48:20 501:6
**necklace**
253:14
**need** 88:5
101:14 135:10
155:3 172:12
208:13,17
214:19,19
215:13 222:16

222:18 278:6
326:11,14
327:19,20
328:9,19 330:8
330:8,10,15
331:7,22 333:1
333:5 335:7
344:15 357:14
357:14 451:2
472:11 493:19
493:21
**needed** 214:15
477:1
**needs** 37:15
135:11,12
344:14,17
347:14 375:10
**negative** 185:1
185:15
**neither** 207:17
224:22 273:5
497:11 498:7
**nervous** 283:4
362:4
**network**
232:13 430:13
**networks** 443:2
443:20
**nevada** 39:3,4
191:8,13
**never** 48:13
49:10 59:18
91:11 92:9
103:6,8,10,14

115:21 117:7,9
118:18,19,20
120:13 121:13
121:14 122:5,6
122:8 123:18
124:1,9,11,15
124:20 126:14
126:15,16,18
126:20,21
138:1 159:8,8
163:5,7 166:6
166:14,18
169:22 170:1
179:9,10 207:1
207:2 225:12
239:21 251:12
251:13 297:6
301:13 345:17
355:2 357:5,5
357:6,7 360:3
360:3 363:11
363:14 391:12
395:5 427:5
428:10 430:9
431:11,13
447:18 451:18
467:19 470:20
474:18,20
476:11 477:17
478:2 495:15
**new** 2:15 3:14
5:7,16 70:19
75:8,10 76:1
77:4 82:7 83:7

**[new - number]**                                                    Page 68

| | | | |
|---|---|---|---|
| 90:3,4,7 97:1,7 | 430:12 432:15 | 461:8 | **notes**   132:2,7 |
| 97:8,13,14 | 442:18 443:20 | **nominee**   164:3 | 132:14,19,19 |
| 137:20 138:7 | 446:13 461:11 | 217:8 | 132:22 133:5 |
| 158:17 159:11 | **newsom's** | **non**   275:6 | 133:22 |
| 159:12 165:18 | 268:17,21 | **nonconfident...** | **notice**   127:4 |
| 173:9,12 | **newspaper** | 111:18 115:1 | 335:17 484:19 |
| 174:12,13,14 | 353:14 357:17 | 116:6 118:1 | **noticed**   258:18 |
| 176:9,19 | 357:18 360:4 | 177:15 181:1 | 352:3 430:5 |
| 178:12 181:21 | **nexus**   332:21 | 480:3 488:1 | 433:5 |
| 182:4,6,7,9 | **nice**   66:17,18 | **nonresponsive** | **notifications** |
| 208:3 209:4,21 | 101:11 148:6 | 125:9 127:1 | 415:19 |
| 210:17 211:21 | 149:3 197:1 | 302:7 | **notified**   281:4 |
| 212:11 213:3 | 215:19 305:20 | **nonstop**   430:8 | **notorious** |
| 227:8 230:3 | 400:21 | 430:8,11,13 | 272:4 |
| 262:7,8 269:12 | **nick**   290:5 | 445:16 446:19 | **november** |
| 270:2 274:2,5 | **night**   146:20 | 454:19 | 67:13 68:16 |
| 297:1,11 299:2 | 154:15 162:13 | **nope**   135:15 | 222:22 331:17 |
| 299:4,21 306:5 | 163:10 170:1 | 172:12 328:14 | 387:9 |
| 406:14 422:7 | 174:5 212:3 | **normal**   77:13 | **nsa**   471:19 |
| 425:6 450:6,9 | 214:7 267:22 | 431:7 | **nsc**   472:3 |
| 450:15,16 | 268:1 308:8 | **north**   347:20 | **nude**   381:14 |
| 451:11 478:15 | 331:15 416:7 | **northwest**   1:16 | **nuggets**   211:4 |
| 479:5 | 442:1 466:18 | 3:6 8:12 | 211:10 |
| **news**   20:15 | 467:5,13 | **notary**   497:20 | **number**   4:13 |
| 53:6 56:7,12 | 468:22 469:19 | 501:13,19 | 8:5,10 29:21 |
| 57:11,18 59:14 | **nightclub** | **notches**   430:6 | 46:11 47:5 |
| 59:21 63:21 | 260:14,18 | **note**   131:13,18 | 52:5 67:17 |
| 64:1,19 82:21 | **nine**   113:5,9 | 132:13 133:19 | 164:15 177:5 |
| 86:4 94:19 | **ninety**   113:5,9 | 134:20 190:21 | 184:11 210:6 |
| 97:12 210:12 | **nodding**   11:14 | 238:12 435:12 | 259:9,15 260:6 |
| 246:6 257:19 | 412:19 | 499:10 | 305:8 328:1,4 |
| 268:1,1 291:13 | **nomination** | **noted**   42:19 | 428:22 429:3 |
| 295:18 327:3 | 217:9,20 218:2 | 45:21 135:11 | 439:1,8 481:7 |
| 353:18 428:16 | 218:9 219:2,7 | 501:7 | 481:9,12,14 |

**numbers** 66:6
183:3,17
212:19 213:2
**numerous**
32:10
**ny** 2:15 3:14
499:15
**nypd** 268:13
**nyu** 197:21

**o**

**o** 7:7 8:1 37:4,4
**o'clock** 176:13
176:18,20
209:11 309:17
309:20,20
310:1
**o'keefe** 90:20
**o'rourke**
159:14
**oath** 42:21 43:7
49:9 121:12
220:6 226:20
325:4 327:11
330:14,20
336:8 425:1,2
425:4 426:5,8
**obama** 254:2
261:13
**object** 12:1
24:10 119:15
119:18,22
256:14 263:3
488:22 489:22

491:21 494:5,6
**objected** 49:7
51:2 120:2,4
**objectified**
385:8
**objection** 14:7
14:11,12 15:14
16:10 18:4,4
32:12,19 33:8
34:12,22 40:14
40:19 47:9
48:6 50:11
54:4 55:14,21
62:7 64:5
102:17 103:9
114:8 119:10
121:2 123:17
124:4,18 126:7
126:9 128:6
129:4,17,20
132:16 143:12
143:18,18
144:3 164:17
217:2,3 228:18
232:16,22
248:18 249:17
273:1,22
276:11 278:3
282:2 285:8
293:10 297:5,6
298:5 307:21
338:4,9 339:5
340:1 343:11
343:12 344:20

345:22 346:18
348:11 353:1
355:19 358:2
363:10 364:5
365:8 370:19
372:9,12,12
375:1,21
377:11,18
378:14 379:13
380:18 381:10
385:16 386:15
391:13,19
393:22 405:20
405:21 406:17
407:11,18
409:8 410:4
417:16 421:16
447:21 448:16
453:18 491:4
495:1,13
**objectionable**
47:21 223:19
250:12
**objections**
32:20 45:20,22
46:5 49:8
50:14,15 280:7
280:9
**obligation**
489:2
**obscene** 429:4
**obstructionist**
223:19

**obvious** 145:1
366:4 427:12
432:5,15
476:10 477:10
477:11 478:13
**obviously**
11:11 16:15
21:8 38:18
52:9 56:7
78:13,15 79:9
85:16 92:3
97:9 99:9
153:16 158:9
169:8,16 178:7
186:1 209:1,2
213:18 216:9
228:1 244:18
263:11 290:19
412:19 416:13
416:22 418:6
421:18 432:19
467:12 470:15
474:10 479:1
**ocala** 1:3
167:16
**occasion** 191:4
**occasionally**
31:11,13 36:10
65:12 298:1
469:21
**occasions** 71:11
409:2 490:7
**occurs** 485:6

**ocean** 167:8
169:7
**october** 375:8
390:12 483:17
483:20,20
**offended** 255:4
393:3 421:21
**offense** 129:21
250:22
**offensive**
143:13 144:6
272:13
**offer** 78:5
**offered** 72:6
77:20,22 78:4
81:10
**offering** 381:14
386:3
**offers** 211:16
**office** 1:9 2:11
3:3,12 8:8 9:5
67:11 70:11
74:2 95:17
148:17 166:16
169:12 201:17
246:12 253:20
436:4 458:21
470:7 472:7,8
472:14 474:14
475:11 478:20
**officer** 374:1
497:1,2
**officers** 212:16

**official** 70:21
72:18 74:21
89:13 98:6
212:21 220:1
244:15 246:3
388:20 430:22
466:2,20,22
467:5,14 469:9
469:13
**officially** 78:9
**offline** 14:1
**oftentimes**
76:17 100:11
132:6 218:3
**oh** 17:1 33:4
40:20 75:18,19
78:9 81:20
83:22 94:8,11
95:2 101:2,7
131:9 137:10
138:13,22
140:9 147:15
147:19 148:8
154:6 157:4
158:20 159:18
164:10 167:11
167:12 168:12
170:6 175:3,5
175:6 179:17
179:19 180:1
183:15,16
185:6,8,12,17
185:18 186:4
186:16 190:10

190:13,14
192:1,2,4
193:10,11,14
196:17 199:2,4
199:5 201:20
202:7 207:13
208:12,13
209:21,22
210:21 211:11
214:11,17
215:15 216:5
218:1,21
222:20 225:17
225:20,21
226:1,1,2
227:21 228:5
229:5 230:16
238:6 272:11
272:20 277:2
303:5,13
307:14 310:14
311:3,5 348:13
361:5 362:17
375:20 376:6,7
376:9,10
379:15,16
387:6 393:4
415:8 424:8,9
424:10 429:7
432:13 437:3
439:9 440:21
444:15 445:18
447:17 449:7,8
451:14 456:20

456:22 458:18
459:8 461:21
466:17 467:17
471:8 473:21
474:12 475:21
492:7 496:14
**ohio** 202:20
203:5,11
**okay** 10:14,22
11:7,17 12:8
12:15 13:1,8
13:10 15:5,12
20:5 24:10,11
26:12 27:3
28:4 29:14
30:6,16 31:4
31:12 33:12,16
35:8 37:21
38:20 39:2
41:2 43:18
44:11,19 45:6
45:13 46:9
51:5 54:22
64:9,21 65:6
65:22 66:3
67:15 68:6,13
68:19,21 71:13
78:1 79:3 81:7
82:14 83:9,18
84:20 85:1
89:18 90:11
101:1,14
102:15,21
103:6 111:13

| | | | |
|---|---|---|---|
| 111:15,16 | 195:7,14 | 322:18 328:6 | 437:7,8,22 |
| 112:11 117:4 | 199:12 200:2 | 329:11 334:14 | 438:7,12,16 |
| 119:10 121:17 | 201:6 207:13 | 335:15,20 | 439:3 440:7 |
| 122:13 125:8 | 207:15,19 | 337:8 340:14 | 441:2,3,8 |
| 129:22 130:4 | 208:12 214:6 | 340:18 341:9 | 443:17 444:7 |
| 130:21 131:9 | 215:19 216:14 | 342:13,16 | 444:11 445:8 |
| 131:12 133:14 | 217:6 221:22 | 345:14 348:20 | 448:1,9,13 |
| 135:22 136:1 | 237:6 238:18 | 349:13,21 | 450:18,21 |
| 137:13,15 | 239:5 247:12 | 350:6,7,11,20 | 452:13,14,15 |
| 142:8 144:2,22 | 250:10 252:20 | 351:8,18 | 452:19,21 |
| 145:8,9,11 | 254:14,21 | 357:19 361:2,9 | 455:1 458:12 |
| 146:11,14,22 | 255:14 257:13 | 361:10 363:2 | 459:3 463:12 |
| 147:2 149:12 | 258:17 269:22 | 368:12 375:2 | 463:15 464:5 |
| 149:15 150:7 | 270:13 271:4,7 | 375:16 377:9 | 465:11,19 |
| 152:5 153:4,22 | 271:13 272:21 | 377:17,21 | 466:3 469:5,16 |
| 154:11,14 | 273:8,16 274:4 | 378:12 380:10 | 470:4,14 |
| 155:7,9,19 | 275:2,13 276:7 | 384:5 387:1,12 | 471:15 472:22 |
| 159:3,6 161:17 | 276:16 277:18 | 387:16 389:18 | 478:5 479:19 |
| 161:22 162:15 | 278:10,13 | 389:22 390:7 | 481:7,12,18 |
| 162:16,20 | 283:6 284:22 | 390:11,19 | 482:4,8,17,22 |
| 163:14,17 | 285:5,13,22 | 400:5,7 403:14 | 483:8,14,21 |
| 165:3 169:5,11 | 286:11,16 | 405:11,17 | 484:13 485:6 |
| 169:19 170:20 | 287:7,21 289:5 | 407:8 413:21 | 486:3 487:7,7 |
| 171:6 172:10 | 289:14 291:21 | 416:6,10 | 487:8 488:3 |
| 174:20 175:8 | 292:2 293:14 | 418:19 420:6 | 489:19 495:21 |
| 175:10 176:14 | 293:22 294:5 | 420:13 421:2,8 | **old** 324:7 381:7 |
| 176:21 177:4 | 295:12,20 | 422:15,19,21 | 383:20 384:2,6 |
| 181:18 183:15 | 296:18 297:10 | 423:4 426:20 | 385:5 477:6 |
| 184:4,10 | 297:20 302:22 | 427:18,20 | **older** 170:14 |
| 186:19,21 | 303:20,21 | 428:10 432:10 | **omar** 249:6 |
| 187:5,13,15 | 305:22 306:22 | 434:2,19,21 | 251:2,4 260:19 |
| 189:9 190:1,11 | 308:21 309:21 | 435:1,6,21 | 274:8 |
| 191:18,21 | 311:11 312:17 | 436:1,6,8,11,15 | **onboard** 70:15 |
| 193:17 194:7 | 312:21 315:20 | 436:18,21 | 74:11 |

**[once - own]**                                                    Page 72

**once** 195:21
246:2,12,12
272:21 273:11
**ongoing** 16:19
17:12 20:17
**online** 14:19
55:8 137:2
141:1 235:13
240:22 242:21
248:3 251:10
297:17 324:11
415:22 418:11
421:12
**onlyfans**
381:12,12
**onward** 356:8
**oops** 252:14
**open** 215:18
216:4 222:8,10
360:18 401:22
487:10
**opening** 96:22
97:13
**opinion** 39:22
40:4 94:3
134:7 217:7,19
218:6 219:8,16
219:20 257:18
258:11 290:7
290:10,14,15
290:16,21,22
291:2,4,11,14
291:22 292:6
357:2 360:1,2

360:9,13,15,19
360:21 366:22
377:6 380:1
382:3,7 384:5
385:15,21
386:6,10,12
389:13 392:22
393:21 394:4
394:10,15,18
394:22 395:1,4
395:6 396:16
397:6,21 401:9
461:6 470:2
**opinion's** 291:3
**opinionated**
142:3
**opinions** 87:1
94:3 219:19
292:8 395:11
397:4 399:19
400:20 402:9
403:10,12
404:16
**opportunities**
186:13 222:21
246:14,15
**opportunity**
245:3 247:8,9
**opposed** 101:9
218:12 260:6
**opposition**
22:22 37:12,14
37:15 489:7

**optics** 216:8
463:6 466:8
**oral** 11:14
**orally** 357:8
**orange** 264:5,5
**oranges** 29:6
**order** 51:18,19
210:22 272:4
326:14 348:3
464:7
**ordered** 211:2
**orders** 300:1
**organization**
252:3 261:7
285:19
**original** 134:10
299:3 330:1,15
**originally**
450:1
**orlando** 260:21
269:15
**outcome** 43:8
497:16 498:12
**outlets** 17:4
**outrageous**
118:10
**outside** 69:21
88:19 120:18
140:10 166:10
181:17,17
182:2,11,15,16
185:2,13 186:2
193:18

**outspoken**
218:16
**oval** 458:21
472:7,7 474:14
475:11
**overall** 87:1
**overblown**
427:14 432:7
**overbreadth**
47:9
**overlapping**
69:7
**overreaching**
46:6 51:2
54:14
**overseeing**
261:13
**oversees** 140:5
**own** 56:14
63:16 79:16,20
80:8,9,14
86:12 126:20
143:11 168:8
169:3,8,9
206:3,6,7
211:9 213:18
233:4,4,5
269:11 305:10
305:10 337:6
338:18 347:20
348:1,4 352:6
352:16,16
355:22 382:21
391:16 429:20

**[own - pass]**                                                    Page 73

476:11 488:13
**owner** 156:17
316:14
**owns** 316:10

**p**

**p** 2:1,1 3:1,1
8:1
**p.a.** 2:4
**p.m.** 307:8
347:5 473:7
496:19,20
**pac** 359:8
384:10
**pachon** 1:18
8:15 497:2,20
**pacific** 310:2
**package** 208:8
**packed** 159:10
**packets** 489:6
**pacs** 348:6
**page** 4:2,8 5:2
6:2 7:3,8 52:5
66:20 67:2,16
84:15,16,17,18
176:1,21 177:4
181:4 183:2,9
183:16 184:4
184:10,16
186:8,9 187:1
187:5 271:16
271:18,19,19
271:20 272:17
276:21 277:6,6

284:7,9,16,20
287:1,7 297:21
331:11,13
347:15 361:10
362:16 500:4,7
500:10,13,16
500:19
**pages** 1:21 5:3
175:18 181:5
183:3 281:8
489:5
**paid** 22:22
89:14 92:6
245:16 246:2
262:12
**pain** 259:22
**painful** 259:21
361:15 363:22
364:13,15,18
365:11 366:10
370:21
**paint** 258:1
**pale** 404:19
427:4
**palm** 163:10
164:2 167:6,10
168:2,7 169:19
174:7 192:11
199:17,20,21
199:21 214:5,6
466:1 467:17
469:12,13
**panama** 470:3
470:5

**panels** 268:4
**pants** 337:1
338:7,14,19,21
339:1,4,10,15
339:19,22
340:7,9,12,15
340:20 342:6
389:5
**paper** 175:18
269:14
**paragraph**
85:7 271:18,19
272:12,18
284:8,9,11
287:1,7 331:13
432:4
**paragraphs**
272:11 274:4
276:7 277:18
**paralysis**
314:11
**parent** 382:5
382:11
**parenthood**
358:5,6 359:2
359:7
**parents** 384:7
385:6
**park** 261:19
262:8 266:6
267:5,20
**parking** 88:22
**parlay** 244:21
246:13

**parlayed**
227:17 245:18
**part** 99:9
105:14,15
132:3 160:18
203:2 205:19
206:13 280:4
299:8 302:7
409:13 420:18
433:17 440:20
483:15
**particular**
55:11 70:7
470:1
**particularly**
483:22
**parties** 497:12
497:14 498:8
498:11
**partner** 102:13
103:7 115:17
152:17 393:7,8
**partners** 172:3
**parts** 171:11
278:20 309:15
359:4
**party** 10:14
156:22 165:19
258:15 260:8
304:6,8 347:20
348:1,4 388:8
394:19 444:5
**pass** 149:8
156:7 160:10

160:16 459:13
469:9,14
**passed** 198:21
407:3
**passes** 160:17
**past** 91:12
92:11,13 94:22
298:3
**path** 408:7
**pathetic** 58:10
381:4 383:3
384:3 385:1,5
385:12 386:12
**patient** 304:3
**patriot** 101:3
324:6 333:13
**patton** 213:8
**paul** 138:3,15
139:17 143:17
**pause** 150:17
162:18 437:13
**paved** 43:12
**pay** 64:12
79:14 81:3
91:18 166:13
179:1,4,8
**paying** 442:14
452:2
**pedophile**
451:21
**pelosi's** 256:10
268:18
**pending** 24:14
24:15,19 41:15

80:20 105:3
125:19,20
143:22 144:4
144:10,20
145:4 304:15
304:17 312:1
313:6,8 314:5
315:11,14
316:5 317:5,21
329:6 334:4
377:12 383:2
411:11 486:20
487:4,5
**penis** 378:7
379:17 380:7
**penises** 389:7
**pennsylvania**
156:11 197:13
**penzeys** 156:15
198:16
**people** 13:12,18
14:19,20,20
16:21 19:2
22:5 31:14
34:1 35:14
42:22 43:8,9
43:13 55:3,4
58:15,16,18
59:21 60:1,4
63:1 64:3 65:9
72:18,19 75:21
82:3 85:17,17
86:4,17 88:4
93:16 94:7,10

95:4,5,8 96:8
97:11 99:3,14
100:1,4,8,17
101:4,4 104:20
107:15 109:5
109:14,16
122:10 137:1,4
139:6,18 140:1
140:1,10,15
143:5 145:2
147:19 148:5
149:5,7 156:19
156:22 160:12
162:9,9 165:12
166:19 170:3
171:7,12 172:5
179:16 185:14
186:20 196:18
200:17 213:20
214:3 216:12
218:4,10,12
225:2,17 227:8
227:21 229:1,6
229:21,21
230:9,15 231:7
231:8 232:3,4
232:11 233:2,4
233:9,9,21
234:1,12 235:2
235:4 237:18
237:19,19,22
242:22 243:3,4
243:8,13
244:20 245:20

245:22 246:4,5
247:16 251:1
251:19 254:4
254:17,20,22
255:21 257:9
260:20 263:9
263:15 264:18
265:17,19
266:2 267:8,10
272:3 274:13
274:16,19
277:21 284:12
285:3,6 296:10
296:10 300:8
309:5 313:5
319:21 320:5,7
321:3,5,5
327:14 345:5
348:15 352:15
360:2 367:20
376:10 377:3
383:8,10
389:19 391:7
393:1,4 397:11
406:21 415:20
415:21 417:1,2
417:6,8,10,12
418:15,17
421:6,9 428:17
429:7 431:8
432:3 433:7,8
440:22 441:14
449:5,10 450:1
467:12,22

470:17,18
473:22 477:3,4
477:15,16
479:8,8 481:10
490:6,10,14,16
492:22
**people's** 34:4
94:3 101:12
108:4 129:15
202:13 352:18
352:21 360:21
416:17 428:21
**peppered** 87:16
87:21
**perceive**
100:12 207:11
**percent** 113:1,5
113:9 287:9
300:16 476:1
**perception**
476:17,18
**performance**
261:18 293:6
303:3,14,20
**performed**
428:19
**performing**
264:14
**period** 77:17
80:13 83:1
220:8
**perished**
212:14

**perloff** 3:4 9:3
**permission**
357:14
**permitted**
145:5
**perpetuate**
431:22
**perpetuated**
56:6 388:8
**perry** 337:16
**person** 51:8
61:9 82:13
100:21 101:2
101:11 109:19
110:2 127:22
145:3 148:21
153:17 155:1
192:6 232:8,10
232:12 233:14
237:5,8,12,21
246:12 277:14
287:8,12
299:17 327:16
333:12 341:1
376:7,9 382:9
385:13 404:13
**person's**
108:16 376:10
**personal** 58:6
65:8 87:1
118:7 128:1
166:15
**personalities**
427:7 428:13

**personally**
124:2 132:5
189:16,17
190:3 232:14
238:18 239:12
243:3,4 329:15
**personnel**
471:5
**pertains** 453:20
**perverse**
389:12
**perversion**
387:17 388:8
**pester** 476:6
**pet** 292:22
293:8 294:11
**pets** 202:13
203:10 295:1
428:21
**ph** 65:18
178:22,22
199:9,10
**philadelphia**
83:17 173:10
200:3 205:15
209:20
**philander**
247:10
**phone** 31:4
32:1,9,15 34:7
34:7 49:15
75:4 82:12
88:10 157:12
157:15,18,19

158:1,2,6,7,14
189:2 193:3
195:5,12
198:21 226:10
227:1 228:12
390:17 391:6
392:19 393:5
415:20 416:1,2
416:3 445:1
466:13 468:6
471:7 474:8,8
481:15
**photo** 5:6 139:2
143:11 145:1,2
145:3 147:11
147:21 148:6
154:13,18
155:17,18
164:11 165:21
167:12 168:16
179:1,7,18
180:6,6 184:6
185:4,4 186:13
341:5,6
**photocopy**
145:17
**photos** 4:18
94:10 164:7
186:20 192:7
212:20 213:1
213:21 214:3
381:14,15
382:17 491:6

**[photoshop - please]**                                            Page 76

photoshop
 290:14
photoshopped
 290:11,11,16
photoshopping
 290:17,19
phrase  79:5
 166:2
physical  369:9
physically
 105:18 392:12
 393:14
pick  313:13
 398:16,17
 470:2 471:11
picked  211:22
 227:10 231:11
 231:12,13,14
 231:19 279:18
 493:11
picks  476:3
picture  143:9
 176:1,3,22
 181:5 183:2
 184:5,11 186:9
 187:1,6 252:13
 252:13 305:20
 361:6
pictures  146:9
 349:17
piece  75:11
 98:4 205:16
 228:2 290:7,10
 450:15 451:12

pieces  406:14
 450:2
pierre  246:8,10
pilot  200:10
pink  176:3
 184:7 265:3
pioneering
 43:10
piss  389:8
pivotal  76:9
placard  188:19
place  35:4,5
 39:7 74:2 97:3
 140:6 221:7
 251:6 291:20
 350:21 420:11
 455:15
placed  301:9
 442:19
placement
 443:8
plagued  62:11
plaintiff  1:6 2:2
 8:21 30:8
plan  347:12
plane  81:15,18
 82:1,2,3,16
 157:16,22
 158:4,5,6,7
 159:22 160:22
 172:21 173:2
 174:18 175:4
 187:6,19 188:2
 188:9,13

193:11 198:15
200:4,7,8,21
201:2,13
203:18,19,20
203:22 209:19
209:20 210:10
210:12 211:3,8
213:5,6 214:4
215:21 216:2,3
224:9 225:12
226:3,8,16
233:11,13
282:8 287:2
301:13 427:9
428:16,18
429:8,9,11,13
462:9 463:10
463:19 464:5,6
465:14,15
468:21 473:21
474:1
planes  188:14
planet  234:5
 235:3,22 237:9
 237:15 242:19
 370:9
planned  46:20
 208:9 358:4,6
 359:2,7
plans  159:9,19
 260:22 467:13
plant  320:6
 346:15 347:22

planted  406:14
 431:16 448:14
 449:19 450:1
 451:5
planting  75:11
 316:6,7 450:20
 451:8
plants  348:15
platform  93:4
 319:20
platforms  38:7
play  141:13,14
 150:7 162:15
 190:22 263:12
 263:21 264:2
 277:20 307:9
 307:18 308:16
 308:17 428:2
 437:8 448:1
playboy  381:13
 386:4
played  135:18
 141:17 150:9
 151:19 162:17
 191:2 307:15
 307:20 438:13
 441:6 445:3
 447:16 448:11
 452:17 453:1
playing  151:5
pleasant  465:1
please  8:16,18
 9:7 11:13 18:1
 19:5 20:7,11

24:8 27:16
29:16 37:3
38:15,15 41:14
42:8 44:4 45:2
53:20 57:7,8
105:22 110:10
110:11 113:8
119:21 128:10
191:1 198:9
222:3 223:5
235:6 236:18
241:17 270:16
279:6,22 286:9
295:5 305:14
307:13 312:7
315:18,21
316:1,16 318:3
327:7,9 328:13
329:17 331:8
334:3 343:1,13
349:12 351:21
367:10 396:3
396:21 398:17
400:3 405:19
406:2 412:7
423:12 426:3,9
426:11,12
439:13 442:16
445:5 447:11
448:2 458:6
**pled** 119:16
**plenty** 222:21
**pockets** 339:20
339:22

**podcast** 63:22
64:18 275:14
**point** 10:20
73:13,17 84:5
112:21 159:2
194:19 202:2
219:10 240:18
242:1,4 244:10
244:13 265:8
267:12 273:2,9
286:3 287:14
288:19 292:21
295:3 304:18
317:18,19
331:6 432:16
447:13 450:8
455:1 473:19
485:5 490:17
**pointed** 280:6
**pointing** 85:3
242:12
**points** 265:11
267:10 433:4
**police** 73:10,11
182:20 202:16
203:7,8,14
206:5 212:16
**policies** 376:13
495:17,18
**policy** 218:17
273:17
**political** 57:11
59:22 61:21
74:8 94:18

96:2 118:15,15
155:14 164:12
249:1 257:21
265:6 266:11
268:11 269:12
300:3 307:2
347:11 374:19
375:14,19
376:12,20
394:6
**politically** 43:2
374:12
**politician** 88:1
**politicians** 88:3
**politics** 35:18
86:21 99:13
197:1 225:18
245:5 345:4
**polling** 429:1
**polls** 300:15
428:22
**ponds** 202:14
**pool** 166:20
**poor** 278:9
303:3,14
411:13
**pop** 269:5
**popcorn**
151:13
**popular** 140:11
314:8
**porn** 262:16
269:13

**portion** 111:18
112:1 114:9
115:1 116:6
117:1,10 118:1
177:15 178:1
180:12 181:1
479:16 480:3
481:1 487:14
488:1
**portrayal**
267:21
**portrayed**
241:1
**posed** 192:7
**position** 70:3,7
82:10 84:2
105:11 106:1,3
123:22 124:15
124:19,21
126:2,13
127:17,19
128:11 222:7
225:7 239:13
244:15 473:11
474:1,2,3,5
475:16 486:14
**positions** 476:1
**possession**
281:18
**possible** 370:7
435:22 459:22
**possibly** 397:10
**post** 4:20 6:17
6:20 23:5,9

**[post - president]**                                                         Page 78

| | | | |
|---|---|---|---|
| 86:22 94:10 | 298:2 | **present**  3:17 | 82:4,11 83:5 |
| 133:19,21 | **pot**  348:16 | 123:18 166:17 | 83:16,19 84:3 |
| 149:22 150:2,3 | **potential** | 198:1 | 84:8 86:6,7,9 |
| 155:6 156:2 | 486:14 | **presented** | 95:13 96:7 |
| 227:8 230:3 | **pounders**  211:5 | 131:22 229:16 | 99:15,21 100:6 |
| 311:16 314:14 | **powerful**  100:3 | 280:11 | 100:20 101:8 |
| 319:22 327:2 | 149:9 219:14 | **presidency** | 101:10 118:10 |
| 327:19 330:3 | **ppo**  67:10 | 494:20 495:4 | 118:19 120:13 |
| 331:16 351:4 | 84:13 95:17 | **president**  4:20 | 120:14,21,22 |
| 395:5 405:17 | 471:3 | 6:20 15:7 | 121:4,7,12,15 |
| 428:1 435:12 | **practically** | 17:15,18,19 | 121:19 122:7,9 |
| 449:8 458:22 | 170:22 348:2 | 20:13,15 21:10 | 122:11 123:8 |
| 459:6 460:6,7 | **practice**  29:18 | 22:9,11,16,20 | 123:13,19 |
| 460:12 | **praise**  324:2 | 22:22 23:3 | 124:8,9,11,20 |
| **posted**  20:21 | **praising**  149:10 | 31:17,22 32:2 | 125:2,3,6 |
| 23:11 132:17 | **precise**  424:21 | 32:3,9,15,17 | 126:14,16,17 |
| 133:4 141:19 | 426:8 | 33:19,21 34:2 | 126:18,21 |
| 142:20 148:22 | **precisely**  423:4 | 34:8,9,19 35:3 | 128:14,15,17 |
| 155:18 156:18 | 440:15 | 36:1,3 43:14 | 128:22 130:11 |
| 162:20 191:16 | **predator**  388:3 | 43:15 46:22 | 130:12 131:13 |
| 193:6 202:17 | **prematurely** | 47:6 48:12,13 | 131:17,19,20 |
| 203:14,21 | 170:21 | 48:14 49:14 | 132:8,14,15,22 |
| 218:1 230:16 | **prep**  189:2 | 53:5 56:9,19 | 134:14,17,19 |
| 333:10 350:8 | 203:1,2 | 57:17 60:22 | 135:7 136:12 |
| 353:3,6 415:16 | **preparation** | 61:7,10,14 | 137:14 138:2,4 |
| 449:12 451:1 | 474:9 | 62:21 67:12 | 138:11,16,17 |
| 451:13 489:8 | **prepare**  12:8 | 70:10,14 71:3 | 139:14 140:10 |
| **posting**  132:10 | **prepared**  498:3 | 71:7,11 72:2,3 | 140:12 141:3,4 |
| 216:12 231:4 | **preparing** | 72:15,16 73:16 | 142:1,15 144:8 |
| 333:9 351:9 | 202:3 309:7 | 73:20 74:6,19 | 144:9 146:19 |
| 462:15 464:10 | **preposterous** | 76:9,11,11 | 147:13 148:3 |
| 495:16,16,16 | 107:8 | 77:11 78:14,18 | 154:19,22 |
| **posts**  86:9 | **presence** | 78:19 79:1 | 155:15 156:8 |
| 290:9 297:17 | 295:20 | 81:8,10,15,17 | 156:12 157:1,4 |

**[president - presidential]**                                    Page 79

| | | | |
|---|---|---|---|
| 157:22 158:2 | 209:17 210:7 | 300:12 301:7 | 461:22 463:2,2 |
| 158:21 159:4,4 | 211:1,6,16 | 301:11,14 | 464:22 465:16 |
| 159:15 160:1,3 | 212:3 213:6,17 | 306:4,15 | 465:21 466:9 |
| 160:6,9,18 | 213:20 214:3 | 321:10 323:19 | 466:12,13,15 |
| 161:1 162:2,14 | 214:10,17 | 324:2 325:10 | 468:2 469:1,20 |
| 163:6 164:5,11 | 215:7 216:22 | 326:5 331:17 | 470:9,16,18,21 |
| 164:16 165:7,8 | 217:1,17 218:4 | 336:1,1,6 | 471:4,10,12,15 |
| 165:14,17 | 218:5,13 | 343:4 347:10 | 472:4,17 474:3 |
| 166:17,20 | 219:10,14,19 | 347:21 365:17 | 474:9,13 477:4 |
| 167:10,21 | 221:6 222:8,13 | 365:19 366:6 | 477:15,22 |
| 168:10,16 | 224:9 225:7,13 | 371:12,13 | 478:2,4,18 |
| 171:19 172:3,4 | 225:14,15 | 373:1 381:1,19 | 479:6 488:15 |
| 172:5,8,22 | 226:1,2,4,10,11 | 383:17 384:9 | 489:10,10,11 |
| 173:2,15 174:1 | 226:18 227:6 | 386:19 395:8 | 489:12 490:11 |
| 174:8 176:2,8 | 227:14,15 | 406:20 407:6 | 491:3 492:12 |
| 176:18,22 | 228:4 229:6 | 408:14 409:3 | 492:19 493:7 |
| 179:2,4,9,14,17 | 230:2,17 231:2 | 409:22 414:7 | 493:13 494:8 |
| 180:7,8 181:22 | 232:5,9,13 | 416:18,19 | 494:10 |
| 182:7 184:11 | 233:10 244:18 | 417:3,18,19,21 | **president's** |
| 185:5,6 186:9 | 251:10 255:18 | 418:1,2,12 | 20:22 34:11,21 |
| 186:13 187:2 | 256:2 262:3,17 | 419:8 420:2 | 35:9 168:14 |
| 187:20 188:6 | 263:15 264:10 | 422:1,22 423:1 | 174:18 182:1 |
| 188:12,15,16 | 264:11,13 | 427:11 428:19 | 200:20 205:21 |
| 188:20 191:7 | 265:13,20,22 | 430:1,3 433:18 | 219:11 226:7 |
| 191:18 192:3 | 266:3 267:11 | 442:10 443:20 | 290:2 297:15 |
| 196:10,10 | 267:18 268:10 | 444:3,17 449:9 | 346:16 474:11 |
| 197:12 198:11 | 271:8,20 272:5 | 449:13 450:2 | 476:2 478:20 |
| 198:13,14,18 | 274:15,17 | 450:17 451:15 | 491:14 |
| 198:21 201:22 | 277:15 282:6 | 455:9,16,17,22 | **presidential** |
| 202:3,8,11 | 283:3 293:2,7 | 456:1,3 457:4 | 22:17 61:9 |
| 203:1 204:10 | 294:10,22 | 457:14 458:17 | 69:17 73:4 |
| 206:2,6 207:2 | 296:1,10 | 458:20 459:1,7 | 74:13 83:15,16 |
| 207:3 208:6,11 | 298:13 299:13 | 460:16 461:5 | 95:18 133:9,10 |
| 208:22 209:5 | 299:15,16,21 | 461:10,12,17 | 173:10,17 |

[presidential - produce]                                               Page 80

176:6 182:8
187:7,9 197:8
203:2 204:9,22
206:17 210:13
231:1 244:22
406:19 441:19
442:7 443:9
492:20
**press** 39:10,12
70:1,1 76:18
78:13 82:2
96:13,16,17,19
96:22 97:4,7
97:15,17 98:1
160:15,17
188:4 200:13
261:2,17
274:20 282:5,7
282:9,10 285:9
285:15 422:8
431:17 460:11
**presumes**
123:10 250:9
321:11
**presuming**
47:17 48:1
**pretend** 62:11
93:20 310:15
388:7 406:6
454:19
**pretending**
310:19
**pretty** 86:9
142:1 145:1

146:13 192:10
192:13 239:16
260:7 290:15
291:12 379:19
381:20 385:4,5
493:3
**prevail** 496:2
**prevent** 419:12
**previous** 355:9
**previously**
245:17
**price** 441:18
**pride** 134:16
219:11
**primaried**
375:10
**primaries**
178:11
**primary** 70:13
70:17 81:16
83:7 133:11,12
177:2 181:9,10
181:11 183:22
184:8 186:17
191:13 277:14
348:6
**primetime**
268:1
**principles**
376:21
**print** 203:16
281:8
**printed** 132:7
175:18 177:6

181:14 290:12
454:15,16
**printing** 6:7
131:22 349:18
350:5 362:17
**printout** 284:8
361:9
**prior** 135:16,17
147:12 160:12
163:12 164:6
168:12 176:5
181:10 497:5
**prisoners** 259:6
259:6 347:11
**pritzker** 387:13
388:12
**privacy** 389:5
**private** 49:1
70:11 108:3,12
139:8 140:2
142:2,16
165:19 166:2
167:17,21
174:8 199:22
205:2 206:7
427:8 430:10
430:10 472:5,6
472:14 475:10
478:20
**privilege**
384:10,11
**privileged**
38:17

**prl** 1:9 8:11
**pro** 139:9
251:4 274:9
275:16,16
359:21 443:14
451:21
**probably** 13:3
13:7 16:22
35:10,10 58:16
69:15 87:6
101:12 142:4
146:20 210:3
215:20 247:18
248:2,2 259:20
301:4 436:1
444:19 461:2
**problem** 12:3
103:13 274:13
294:11 383:16
**proceed** 8:18
9:14 11:5
**proceeded**
140:19
**proceeding**
496:21 498:4
**proceedings**
497:3,5,6,9
498:6
**process** 76:20
84:8,10 487:3
**produce** 49:5
51:4 52:7
280:6 479:13

[produced - public]                                                      Page 81

| produced 66:5 | program | prompted | 273:17 387:18 |
| 67:8 228:15 | 350:17 442:18 | 274:6 | protested |
| 229:10 279:18 | progress | propagandist | 256:20 |
| 280:5,8 281:5 | 475:15 | 100:14 | protesting |
| 483:3 | progressed | proper 169:18 | 268:22 269:12 |
| producer 65:16 | 474:19 | 171:4 | proud 397:5,13 |
| 65:17 438:2,5 | progression | properties | 490:18 |
| producers | 92:4 | 369:10 | proudislamo... |
| 432:14,17 | progressive | propounded | 273:12 |
| production | 63:1 | 45:8 | prove 21:22 |
| 4:10 5:4,8 44:9 | prohibitive | prosecute | proven 274:14 |
| 64:12 65:19,20 | 178:8 | 359:12 | 358:11 392:15 |
| 79:13,14 80:16 | project 69:10 | prostitute | provided 9:17 |
| 175:19,20 | 69:10 89:8 | 375:14,19 | 46:7 48:18,20 |
| 227:10 229:10 | 194:20,22 | 376:21 | 48:20 279:13 |
| 262:14 279:12 | 277:12 | prostitution | psaki 246:8 |
| 281:10,15 | promise 467:2 | 383:12 | public 9:18 |
| 447:2,5 483:15 | 467:6,6 | protect 61:3 | 10:1 13:12,15 |
| profession | promised 84:2 | 232:2 388:21 | 25:18 26:8,10 |
| 484:18 | 466:6,20 474:1 | 395:14 399:18 | 26:14 30:14 |
| professional | 474:2,2 | 401:8 402:5 | 88:4 98:13 |
| 69:1,5,13 | promote | 403:5,12 | 166:11,12 |
| 70:21,22 91:4 | 257:20 | 404:15 407:16 | 262:7 275:14 |
| 99:8 164:19 | promoted | 408:4 | 281:13 282:5 |
| 189:6 230:21 | 284:3 306:6 | protected 34:1 | 295:8 298:2 |
| 233:11 245:4 | 323:18 389:17 | protecting 34:3 | 319:1,15 |
| 299:17 473:15 | promoter 293:1 | protection | 320:18 321:8 |
| professionally | promotes | 25:16 110:19 | 326:5 331:15 |
| 299:18,19 | 416:18 | protections | 372:16 388:19 |
| professors | promoting | 54:14 387:19 | 388:19,20 |
| 62:16 | 263:12 484:18 | protects 395:11 | 409:6,17 410:3 |
| profile 13:19 | promotion | 396:15 397:4 | 410:18 411:20 |
| 17:16 69:15 | 262:16 | protest 182:17 | 413:20 497:20 |
| 153:17 | | 249:1 262:9 | 501:19 |

**[publication - question]**                                        Page 82

| | | | |
|---|---|---|---|
| **publication** 7:9 | 306:13 314:7 | **put** 9:15 21:19 | **qualities** 219:4 |
| 97:10 272:3 | 354:9 431:12 | 26:7 59:21 | **quarter** 211:5 |
| 291:17 294:1,2 | 449:12 450:7,9 | 63:7 65:12 | **quarters** 166:4 |
| 447:2 | 481:20 | 78:21 103:22 | 166:8,10,15 |
| **publications** | **publishing** | 106:12 108:20 | **question** 11:21 |
| 47:3 53:7 | 86:12,13 | 109:14 111:16 | 12:2,3,3,5 14:4 |
| 292:16,17 | **pull** 295:7 | 127:3 160:11 | 14:6 18:7,11 |
| 302:1,15 357:3 | 303:15 357:15 | 278:10 285:16 | 18:11,13,22 |
| 442:2 | 389:5 424:13 | 285:22 287:18 | 19:7,13 20:6,7 |
| **publicized** | **pulled** 205:11 | 289:18 304:12 | 20:11 23:8,10 |
| 13:16,17 16:16 | 217:9,20 218:2 | 316:15,19 | 24:2,15,15,20 |
| 21:3,3,12,15,18 | 218:9 219:2,7 | 328:12 338:21 | 26:4,22 27:7 |
| 35:21 71:3 | **pulse** 260:14,18 | 339:1,3,9,14,18 | 34:15 41:16 |
| 262:5,6 354:2 | **pump** 165:20 | 340:9 398:10 | 42:7 43:20 |
| 358:20 456:6,6 | **pundit** 92:9 | 398:14,14,16 | 45:19 46:2,16 |
| 458:13 | **pundits** 492:22 | 398:17 422:6 | 46:18 47:22 |
| **publicly** 25:15 | **punitive** 246:18 | **puts** 102:21 | 50:6 53:20,22 |
| 25:16 107:16 | 246:20,22 | 287:11 339:21 | 54:2,3 56:21 |
| 108:16 149:4 | **purpose** 37:9 | 340:12,15 | 58:14 63:8,9 |
| 218:1 418:11 | 316:11 420:12 | **putting** 144:3 | 67:4 68:15 |
| **publish** 63:21 | **purposely** | 286:7 336:15 | 77:7 80:20 |
| 64:1 86:15,17 | 420:7,7,10 | 391:19 | 81:1,2 103:13 |
| 350:13,16,21 | **purposes** 34:3 | | 105:3 108:6,8 |
| 351:2 | 34:3 36:16 | **q** | 108:14,18 |
| **published** 47:3 | 79:11 98:22 | **qr** 98:15,16 | 109:1 110:3,15 |
| 53:8 96:10 | 416:13 | 467:19,19 | 119:7,8,21 |
| 140:22 270:2 | **pursuant** 280:8 | 468:5,17 469:8 | 121:6,7,17,20 |
| 270:14,19 | **purveyors** | **quadruples** | 122:20,21 |
| 279:20 286:19 | 56:12 57:17 | 443:10 | 123:7 124:8 |
| 291:6,9 292:4 | 59:21 | **qualified** | 125:12,18,19 |
| 292:12 293:20 | **push** 476:5 | 217:13,16 | 125:20 126:2 |
| 294:7 295:12 | **pushed** 306:2 | 219:6 497:7 | 126:10 127:5 |
| 296:6 298:20 | **pussy** 265:3 | **qualifies** 69:12 | 127:10,13 |
| 298:22 299:3 | | | 128:3,10 129:3 |

129:6,14,21
130:3,8,13,13
131:3 132:21
143:22 144:5
144:11,20
145:5,7 152:21
153:4 163:15
170:17 212:8
222:3,5 223:9
224:3,14,17,18
224:20 229:9,9
232:19 234:4,9
235:5,8,19
237:13 240:17
249:14,17
250:12,15,19
254:6 265:21
266:10,12,13
266:15 267:4,6
267:7,9 273:8
274:10 280:4
294:13 300:20
302:9 304:15
304:17 310:1
312:1 313:6,8
314:5 315:11
315:14 316:5
317:5,22 319:7
319:11 320:12
322:11 324:16
327:10 328:16
328:18 329:6
334:5,16
338:11 343:8

356:13 371:10
372:11 377:12
383:2 386:22
396:6 398:3
399:2,6 400:12
400:13 401:4,8
402:2 403:17
404:1,3,5,7,10
404:18,19
405:3 408:9
410:1,7,9,12,21
411:11,19
412:1,16,22
413:2,6,9,19
414:4,9,11
418:15 419:11
419:13 420:9
420:15 439:13
441:3 442:11
442:16 453:15
453:22 457:17
457:17 458:21
485:9 486:21
487:5,5,13
490:1 494:1,16
**questioning**
172:13,16
256:15 279:3
334:18,22
335:4 341:14
377:15
**questions**   7:2
11:11 20:6
23:13,14 28:8

28:10 57:19
74:4 87:16,21
87:22 88:11,12
99:3,6 105:17
121:22 124:6
125:7 128:2,16
147:13 198:6,8
286:6 302:10
324:20 342:2
372:17 395:20
398:21 399:4,8
399:16,16
406:10 420:17
461:14 463:12
479:10 482:16
487:10 494:14
495:22
**quick**   11:19
67:19 71:21
101:20 186:19
**quickly**   11:18
11:20 79:3
90:8 428:22
**quiet**   448:5
**quite**   14:4
115:16 260:4
295:2 441:15
442:13,14
455:3
**quotation**
332:2
**quote**   4:21
98:20 154:13
155:5 238:7

272:19 276:8
277:6 423:15
423:16,18
426:18
**quoted**   324:11
**quotes**   271:20
274:12
**quoting**   490:8

**r**

**r**   2:1 3:1 7:7 8:1
37:4,4 500:3,3
**races**   168:19
**racist**   109:11
110:2 220:16
297:16 325:8
326:3,18
327:13 332:19
334:1 406:6
**radical**   156:18
253:12
**radio**   275:14
**radioactive**
96:8
**rag**   302:15
**raging**   406:4
**rags**   293:14
**raided**   358:22
359:8
**raise**   9:7
251:11 382:8
445:4
**raised**   40:2
219:5 490:22

[raising - reason]                                                      Page 84

| | | | |
|---|---|---|---|
| **raising** 90:9 | **reaching** | **real** 38:8 75:20 | 186:18 187:18 |
| 197:3 | 455:13,14 | 75:21 146:4 | 188:8 192:15 |
| **rallies** 76:19 | **reaction** 301:12 | 168:17 203:8 | 192:16 197:6 |
| 82:18 100:22 | 362:5 427:13 | 203:12 291:4 | 201:3 204:13 |
| 174:3 178:7,14 | 432:6 | 291:13 306:10 | 206:2 209:15 |
| **rally** 86:19 | **read** 20:12 | 309:11 321:15 | 211:15 214:18 |
| 158:11 174:11 | 59:18 60:1,4 | 321:18 375:11 | 219:4,10,21 |
| 176:9 177:9 | 85:2,2,5 99:1 | 375:18 379:1 | 220:2 228:6 |
| 178:9 179:11 | 101:11 131:12 | **reality** 152:13 | 246:17 257:11 |
| 179:13 181:8 | 136:9,15,15 | 234:9 299:17 | 257:22 258:4,8 |
| **ran** 73:8 99:21 | 154:12 161:22 | 300:9 303:19 | 259:8,10 |
| 164:2 167:6,15 | 162:11 184:13 | 407:4 428:4 | 269:19 275:21 |
| 168:4,5 170:10 | 240:21,22 | 454:20 476:18 | 291:13 303:21 |
| 179:7 186:11 | 242:21 252:12 | **realize** 90:17 | 314:10 318:18 |
| 191:8 272:12 | 271:13 291:12 | 198:20 | 384:17,20 |
| 277:7 323:20 | 312:6,13,15 | **realized** 90:22 | 387:14 397:11 |
| 324:3 345:3 | 327:1,18 | 428:17 | 401:7 403:17 |
| 441:9 481:15 | 329:17 336:19 | **really** 36:15 | 406:3 428:3 |
| **randomly** 42:3 | 337:4 347:8 | 38:4 43:12 | 440:19 447:14 |
| **randy** 155:7 | 355:18 361:10 | 71:10 73:17 | 448:5,7 452:6 |
| **ranges** 165:17 | 375:9 378:5,6 | 76:7 78:8 | 452:7 453:19 |
| **rant** 292:22 | 380:17 387:12 | 90:14,15 91:2 | 457:1 459:6 |
| **rape** 332:6 | 390:12 405:18 | 91:5,16 94:7 | 460:3 462:17 |
| **raped** 304:9 | 406:2 426:21 | 95:3,4,13 | 473:18 474:18 |
| 387:22 | 450:12 499:9 | 98:17 99:18 | 475:19,22,22 |
| **rapist** 22:12 | 501:5 | 103:20 115:11 | 476:4,5 493:19 |
| 23:1 | **reading** 59:19 | 115:16 116:1 | **realms** 60:17 |
| **rashida** 251:2 | 291:20 351:21 | 131:20 133:6 | **reanna** 155:10 |
| **rather** 11:14 | **reads** 190:19 | 133:18 138:1 | **reason** 26:3 |
| 94:15 278:20 | 218:5 293:3 | 140:16 146:18 | 90:12 105:21 |
| 451:7 456:9 | 318:12,16 | 146:19 149:3 | 106:5 107:19 |
| **ratings** 229:1 | 331:13 | 152:10 153:15 | 129:2,14 |
| **reach** 44:16 | **ready** 158:12 | 153:20 154:22 | 136:14 226:3 |
| 87:2 198:10 | 209:11,15,16 | 167:1 186:5,14 | 251:17 337:15 |

338:17 344:13
348:5 390:16
390:19 392:9
419:1,9 470:1
477:7 499:11
500:6,9,12,15
500:18,21
**reasonable**
111:10 113:8
330:16
**reasons**   462:12
473:10
**reba**   6:3 315:4
**rebel**   89:19,21
89:22
**recall**   156:1
189:18 199:14
204:8 227:22
269:20 323:8
323:11,15
325:4 355:5
439:22 460:9
491:2 495:22
**recalling**   487:9
**receipt**   499:17
**received**
109:13 133:22
226:9 290:4
415:18 419:4
474:20 486:2
**recent**   113:19
300:15,15
**recently**   22:9
36:12,22 37:7

206:14
**reception**   161:7
**reckless**   118:7
**reclaim**   386:4
**recognize**   67:5
131:10 350:8
**recognized**
134:14 149:4
**reconcile**   20:3
**reconvene**
194:1
**record**   8:3,17
9:16,18 26:8
26:10,12,12,14
28:8,13,17
29:7,9 30:1,16
30:21 42:4
59:2 68:7,9,10
70:22 102:3,5
102:6 104:1,3
104:9,9 105:12
106:13 112:11
112:15 125:21
136:7 142:14
147:9 152:21
190:11,16
191:1 194:9,12
194:14,15
195:13 241:17
243:20 244:6
266:19 278:14
278:16,17
286:8 295:9
305:22 313:7

313:19 317:21
328:11 348:7
349:1,3,4,22
361:16 367:13
367:13 371:19
371:19 391:20
411:17 426:3
434:9,11,12
447:8 477:1
479:18,19,21
479:22 480:1
482:16 487:10
487:13 488:4,5
488:6,22 492:9
496:16,18
497:9 498:5
**recorded**   8:5
497:6
**recording**   47:2
150:13 195:4,8
268:20 497:8
498:4
**recordings**
195:1
**records**   21:22
57:12 256:4
337:3 492:10
**recover**   451:18
**recreate**   265:5
**red**   176:2 177:3
**redistricted**
169:14
**redistricting**
169:13

**reduced**   497:7
**reelection**
271:22 346:17
**refer**   53:17
260:5 435:2,4
**reference**   85:7
88:14 328:13
352:10 365:12
406:16 490:8
**referenced**
153:12 271:1
458:22 494:3
499:6
**references**
490:13
**referencing**
328:3 364:18
439:20 445:9
460:13
**referred**   60:7
60:12,13 88:10
92:13,14 93:10
452:19
**referring**
369:15,16,18
430:16 460:8
484:22
**reflect**   45:22
319:1 320:13
320:18 321:8
**reflection**
143:5
**reflects**   152:1
319:12

**[refuse - remembering]** Page 86

| | | | |
|---|---|---|---|
| **refuse** 327:6 | 126:14 141:7 | 276:12 278:3 | 282:11 419:5 |
| **refused** 259:3 | 152:11 233:14 | 285:9 293:10 | 433:10 446:21 |
| **regard** 9:20 | 299:9,11,13,14 | 293:11 297:6 | 489:12,17,19 |
| 118:8 488:14 | 300:12 319:2 | 298:5 338:4,9 | 491:2 |
| 491:3 | 319:16 320:19 | 339:5 340:1 | **remember** |
| **regarding** 46:6 | 321:9 355:9 | 343:11,12 | 11:13 68:13 |
| 218:17 299:9 | 371:3 391:8,12 | 344:20 346:1 | 81:14 91:7 |
| **regardless** | 393:2,11,20 | 346:18 353:1 | 133:7,16 |
| 287:10 | 394:7 422:8 | 355:20 358:1 | 139:19 147:12 |
| **regular** 32:7 | 477:20 | 363:10 364:5 | 148:1 153:13 |
| 138:9 158:6 | **relationships** | 365:9 366:3 | 157:21 177:11 |
| **regularly** | 113:20,22 | 370:19 375:21 | 186:12 191:12 |
| 284:14 346:14 | 115:6 422:6 | 377:11 378:14 | 191:21 192:10 |
| **reidout** 291:15 | **relative** 497:13 | 379:13 380:19 | 196:3,4 199:15 |
| **reinstated** 36:8 | 498:10 | 381:10 391:14 | 199:17 203:19 |
| **reiterated** | **relay** 31:18,20 | 405:20 406:17 | 212:19 228:10 |
| 220:12 433:10 | **relayed** 406:21 | 407:11,18 | 259:16 278:7 |
| **related** 50:4,7 | **released** 43:6 | 409:8 410:5 | 290:9 291:1 |
| 87:7 125:15 | 206:14 | 447:21 448:16 | 325:13,13,17 |
| 217:14 225:6 | **releases** 70:1 | 453:18 491:4 | 325:19 326:2,7 |
| 440:2 493:1 | **relevance** | 495:1 | 326:13,14,19 |
| 497:11 498:7 | 489:1 490:1 | **relevant** 40:2,2 | 327:12 330:7 |
| **relates** 17:14 | 491:22 | 42:17 46:7 | 332:3,8,12,20 |
| 118:11 245:4 | **relevancy** | 48:19 50:9 | 333:4,8,9 |
| 255:8 | 14:11 15:14 | 122:2 127:5 | 336:20 371:9 |
| **relating** 86:5 | 16:11 32:19 | 302:14 | 423:11 424:16 |
| **relations** 10:21 | 33:9 34:22 | **relieve** 344:16 | 425:11 444:12 |
| 118:19 252:4 | 40:14,19 46:6 | **religion** 490:17 | 446:10 456:10 |
| 491:16 | 47:9 55:21 | 490:18 | 464:7 472:9,12 |
| **relationship** | 62:7 64:5 | **religious** | 488:19,21 |
| 99:15 102:16 | 102:17 114:8 | 490:11,16 | 489:4 490:5 |
| 103:17 105:17 | 115:9 132:16 | **remain** 347:11 | **remembering** |
| 114:2,5,6 | 164:17 217:2 | **remarks** 228:2 | 82:19 199:19 |
| 116:2 120:18 | 267:14 273:22 | 233:5 250:22 | |

**[remembers - represents]**                                           Page 87

| | | | |
|---|---|---|---|
| **remembers** | 203:14 355:11 | 241:16,21 | 299:20,22 |
| 423:13 | 355:17 356:2 | 242:2,7,12 | 362:22 470:5 |
| **remind**  105:2 | 415:15 450:9 | 252:6 266:18 | 472:2,4,15 |
| 122:14 | 450:12 458:20 | 270:1 282:16 | **reports**  53:4 |
| **reminding**  57:3 | 478:15 | 286:12,15 | 64:1 133:4 |
| **remote**  436:17 | **reported**  1:18 | 289:4 296:19 | 202:16 218:3,5 |
| 436:20 | 16:17 17:3 | 297:1 301:17 | 354:13,14,15 |
| **remove**  261:13 | 20:19 73:1 | 301:19 305:13 | 354:16,19,21 |
| **removed** | 118:14 123:12 | 307:4 311:12 | 354:22 355:11 |
| 261:15 454:9 | 138:19 197:9 | 311:15 314:19 | 357:10 382:20 |
| 454:11 | 203:3 240:13 | 314:21 317:3 | 391:4 414:15 |
| **renee**  379:9 | 240:14,14 | 328:5,10 334:3 | **reposted**  351:6 |
| **rented**  161:4 | 249:8 252:1 | 342:22 346:7 | **represent**  10:6 |
| 167:7 | 253:19,20 | 346:10 350:13 | 22:7 23:2 |
| **renting**  168:9 | 265:16 302:4 | 351:8,13 361:2 | 57:16 254:21 |
| **repeat**  439:13 | 337:1 353:10 | 367:12 371:18 | 257:17 279:11 |
| 486:17 | 354:5 378:22 | 375:3,6 390:3 | 302:17 325:9 |
| **repeated**  293:2 | 388:4 415:22 | 396:3 405:12 | 325:10 326:4,5 |
| 433:19 | 450:16 | 426:2 459:4 | 332:19 |
| **repeating** | **reporter**  8:15 | 482:9,11 | **representative** |
| 68:14 117:7 | 8:17 9:7,14,21 | **reporters**  188:4 | 260:3 274:8 |
| 251:13 259:11 | 19:5 24:8 | 204:14 327:2 | 331:15 |
| 273:3 293:7 | 41:14 45:6 | 429:11 | **representatives** |
| **replay**  453:12 | 57:7 59:4 66:4 | **reporting**  64:2 | 337:5 |
| **replied**  347:3 | 86:20 105:13 | 69:21 71:8 | **represented** |
| **reply**  269:21 | 110:10,21 | 72:22 73:22 | 10:20 22:10,14 |
| 474:20 | 134:22 142:9 | 74:8 76:8 | 39:16 56:8,8 |
| **report**  52:18 | 145:12,22 | 87:12,14 94:19 | 58:18 261:5 |
| 55:15 73:7 | 147:2 149:16 | 124:14,17 | **representing** |
| 75:14 76:18 | 149:17 153:22 | 126:6 127:21 | 8:13 56:12 |
| 100:10,15 | 154:5 161:11 | 133:1 148:9 | 269:16 |
| 124:1,16 126:4 | 161:18 190:5 | 183:1 197:4 | **represents** |
| 127:22 129:15 | 195:10 235:6 | 204:14 243:16 | 57:11 |
| 199:4 203:8,8 | 236:18 240:11 | 245:11,15 | |

| | | | |
|---|---|---|---|
| **republican** | **required** 54:13 | **responded** | 90:12 244:22 |
| 138:8 139:19 | 501:13 | 125:17 231:22 | 245:18 496:7 |
| 156:4,9 157:5 | **research** 36:15 | 232:2 335:20 | **retarded** 491:9 |
| 159:7 160:5,8 | 37:7,11,12,15 | 342:13 347:7 | **retired** 171:12 |
| 164:3,4 165:13 | 70:15,15,16 | **responding** | **return** 499:13 |
| 173:8 300:18 | 219:5 489:6,7 | 275:7 280:22 | 499:16 |
| 324:2 345:4 | **researched** | **response** 7:13 | **returns** 6:21 |
| 347:20 348:1,3 | 488:14 | 127:6 145:6 | 7:14 243:18 |
| 348:4,6 | **resent** 100:1 | 231:3,10,13,15 | 244:5 279:14 |
| **republicans** | **resentful** | 231:17 245:12 | 479:10 482:15 |
| 137:20 286:20 | 451:17 | 272:15 279:20 | 483:4,10,11,12 |
| 287:4 292:21 | **reserve** 479:11 | 280:2,16 325:7 | 484:6 485:4 |
| 293:4 303:1 | 479:14 495:22 | 336:18 347:8 | 486:1,7 |
| 325:9 326:4 | **residence** 166:3 | 404:22 447:4 | **retweeting** |
| 332:20 346:15 | **resigned** 90:10 | **responses** | 427:20 |
| **reputation** | **resisted** 62:17 | 11:14 | **review** 12:20 |
| 52:17 53:10 | **respect** 45:3 | **responsibility** | 499:7 |
| 128:11 221:2,9 | 219:16 235:20 | 304:19 | **reviewed** 12:12 |
| 221:21 224:11 | 363:5 390:16 | **responsive** | 12:12 13:9 |
| 225:4,6 245:8 | 390:17 391:11 | 43:20 45:14 | 43:5 256:4 |
| 429:17 | 392:2 393:7,8 | 46:3 121:6 | **revisit** 404:11 |
| **request** 9:20 | 417:12,13,18 | 447:6 | **rhetoric** 251:19 |
| 19:19 45:7 | 418:16 494:12 | **rest** 347:18,19 | **rhetorical** |
| 46:3 49:3 | **respectful** | 440:9 463:10 | 267:10 376:17 |
| 53:18 67:9 | 189:1 391:10 | 465:17 477:2 | 377:5 379:18 |
| 160:11 174:18 | **respectfully** | **restate** 11:22 | 379:22 |
| 279:15 357:16 | 9:20 | **restrictions** | **rhetorically** |
| 447:7 474:20 | **respecting** | 48:8 | 366:15 376:16 |
| 486:11 | 272:6 392:17 | **restrictive** 91:1 | **rhino** 347:9 |
| **requested** 49:3 | **respective** | **result** 21:10 | **rich** 22:2,3 |
| 229:20 463:20 | 205:9 | 39:18 109:5,11 | 99:17,17 |
| **requests** 4:9 | **respond** 19:17 | 218:18 226:17 | **richards** 358:4 |
| 44:8 46:7 | 230:7,18 | **resume** 52:8 | 358:20 |
| 50:22 51:1 | 231:21 232:5 | 67:13 71:1 | |

[ridden - right]                                                    Page 89

| | | | |
|---|---|---|---|
| **ridden**   352:11 | 93:1 94:1,15 | 223:1 228:1 | 345:20 348:10 |
| **ride**   208:13 | 95:3 97:2,20 | 230:19 231:3 | 350:18 352:20 |
| 224:8 226:8 | 98:6,9,11,18 | 231:11,20,21 | 353:3,5 357:4 |
| 274:18 275:3 | 100:2,7,10 | 232:6 233:9,17 | 357:15 359:10 |
| **rides**   206:2,5 | 101:9 102:22 | 238:4,5,13,15 | 361:21 363:7 |
| **ridiculous** | 103:2 107:9 | 247:20 248:1,5 | 365:18 367:6 |
| 106:4 234:9 | 108:21 118:5 | 248:11,14 | 367:22 368:9 |
| 317:10,12,14 | 119:14 120:5 | 249:11 250:7,8 | 368:10 376:16 |
| 339:3 401:13 | 120:19 124:3 | 251:3 252:15 | 376:18 377:5,6 |
| 420:1 423:3 | 128:20 131:5 | 253:6 255:14 | 378:16 379:16 |
| **right**   9:8 13:12 | 137:7,11 | 255:21 256:13 | 380:1 381:8 |
| 15:3 18:8 21:5 | 138:14,22 | 260:14 262:11 | 382:7 383:21 |
| 21:6,13,16 | 139:21 141:9 | 262:14,15 | 384:3,5 385:3 |
| 22:12 23:4,5 | 141:19 143:9 | 263:8,18,19,21 | 389:13 392:14 |
| 24:17 26:15 | 145:8 146:12 | 264:1 265:18 | 392:22 393:21 |
| 27:20 30:4 | 147:18 154:1 | 266:7 267:17 | 394:4,10,11 |
| 33:17 40:6,9 | 154:19 156:5 | 269:9 270:17 | 395:11,11 |
| 40:11,12,18 | 162:20 164:1 | 271:9 275:14 | 396:8,15 397:4 |
| 49:17 50:15 | 165:12 168:6 | 275:19 277:16 | 397:15,20 |
| 51:18 56:20 | 171:10 172:14 | 278:19 291:15 | 398:19 399:19 |
| 59:2 60:8 66:1 | 175:1,2 177:1 | 292:8,9 293:5 | 400:19 401:4,9 |
| 66:7 67:17 | 178:9,13 | 294:4,8 296:9 | 402:5 403:6,12 |
| 68:2 69:21 | 181:22 183:10 | 296:13,17 | 403:12 404:16 |
| 71:9 73:2,21 | 183:11 184:21 | 297:7,16,21 | 407:15,17 |
| 76:19 78:12 | 185:16 186:8 | 300:7 306:2,11 | 408:16 410:21 |
| 79:12 80:7,14 | 186:10 188:5 | 306:13,16 | 412:18 413:20 |
| 80:15,17 81:19 | 189:3 190:4 | 309:17,18,20 | 414:16 417:12 |
| 82:16 83:13,14 | 193:7,9 196:18 | 318:2 320:12 | 420:18,20 |
| 83:14,14 84:6 | 200:10 202:15 | 321:2,8 322:7 | 421:15 422:16 |
| 84:9,14 85:4,6 | 206:6 207:4,7 | 328:22 337:21 | 425:5 427:18 |
| 85:17 86:14 | 208:14 209:11 | 338:13 339:10 | 429:4 430:20 |
| 87:2,18,19 | 209:12 210:19 | 341:8,11 | 434:16 435:7 |
| 89:9 90:8 | 215:12 216:8 | 342:11,14 | 435:16,16 |
| 91:19 92:1,21 | 217:21 220:9 | 343:14 345:12 | 436:13 437:7 |

[right - sanctioned]                                                    Page 90

437:17 438:7
438:20 443:12
443:16 446:7
449:15 453:4,9
453:10,17
454:8,10,13,14
457:17 461:6
462:10 464:3
465:4 468:13
469:14 470:10
470:21 471:20
474:21 475:22
476:8,18
477:10,11,13
477:14 478:20
479:2,4 481:19
485:2 486:15
486:18 487:2
487:13 495:22
496:17
**rights**  54:15
62:15 92:20,21
407:16 408:4,4
408:17 409:5
409:16 410:2
410:17 411:12
412:17 413:19
**rnc**  159:16
162:2 197:14
199:16 200:1
**roast**  338:12,19
338:21 339:20
339:21 340:4

**robbed**  247:9
**rock**  419:6,7
455:7,7,9,13,14
455:16,18
457:10,13,15
457:19 458:1,3
458:9,10,19
459:1,21 460:9
460:10
**rode**  179:5
**role**  188:8
246:3 271:11
450:15
**rolling**  5:10
282:21 283:17
332:4
**roman**  265:1
**romantic**
102:13 113:21
115:6,17
120:14 122:7
126:14 137:9
152:17 162:8
233:13 355:9
476:12 477:20
**ron**  10:19
72:12 73:18
298:12
**room**  48:14
75:1 76:6 97:1
97:3,15,17
122:8 126:17
139:21 140:1
164:10 166:9

166:18 204:18
205:2 207:2
431:17 446:13
446:14 470:21
477:18 478:1,3
**roped**  166:5
**rosh**  253:11,15
275:9
**rot**  63:1
**round**  379:5
**row**  97:14
162:12
**rows**  200:11
**rude**  27:21
242:11
**ruin**  61:7 395:9
422:6 429:16
429:17
**rules**  11:11
12:21 42:5,10
56:13 59:20
111:8 205:5,8
486:11
**rulings**  488:12
**rumble**  6:19
351:5 434:20
434:21 437:18
437:19
**rumor**  293:1
449:11
**rumors**  316:3
**run**  72:14 73:4
169:11,16
196:21 272:3

337:6,7 443:6
479:5
**running**  73:18
169:17 193:4
489:10,11
**runs**  384:10
**rushed**  159:5

**s**

**s**  2:1 3:1 4:7 5:1
6:1 7:7,7 8:1
37:4 500:3
**sad**  381:4 383:3
384:3 385:1,4
385:9,10,11
**safety**  21:11
**sake**  37:11
78:22 90:9
238:2
**salacious**
446:22
**salary**  244:1
484:11,21
485:21
**salt**  63:4
**samuel**  1:18
8:15 11:15
497:2,20
**san**  352:12
353:16
**sanction**  237:3
329:15 396:9
**sanctioned**
240:9

**[sanctions - search]**                                             Page 91

| | | | |
|---|---|---|---|
| **sanctions**   318:1 | 192:4,14 193:1 | 462:19 464:1 | **scar**   358:13 |
| 318:8 397:1 | 193:10 219:1 | 466:7 476:13 | **scared**   129:2,5 |
| 399:8 401:5 | 220:16 221:1 | 485:2,20 | **scenario**   439:4 |
| 404:18 411:1 | 226:18 239:8 | **says**   47:5 84:17 | **schedule**   116:4 |
| **sandwich** | 243:21 248:9 | 85:10 98:16 | 474:11 |
| 339:10 | 259:16 266:9 | 122:11 136:10 | **scheduled** |
| **sandwiches** | 271:20 274:12 | 142:3,15 150:4 | 420:10 |
| 340:22 | 291:3 296:8,13 | 150:19 154:18 | **scheduler** |
| **sat**   188:9,17 | 296:16 299:14 | 154:21 162:1 | 199:9 474:11 |
| 189:6 200:4 | 309:5 311:7 | 162:12 181:6 | **school**   197:18 |
| 204:3,4 213:8 | 320:1,3,3,9,10 | 189:4 230:17 | **science**   61:21 |
| 213:9 236:3 | 322:14 323:3 | 238:10,15 | 392:14 |
| **saturday** | 324:10,11 | 239:1 271:7 | **scientifically** |
| 435:14,16,19 | 339:1,2,3,9,14 | 272:21 274:5,5 | 358:11 |
| 435:20 446:11 | 339:18,21 | 275:2,13 276:8 | **scream**   235:10 |
| **saudi**   261:8 | 340:6 344:22 | 277:7,18 | 241:20 |
| **savage**   155:7 | 355:15 356:14 | 282:22 284:2 | **screaming** |
| **saw**   82:20 | 358:19 361:17 | 285:5 287:2,8 | 235:16 242:3 |
| 138:12 158:22 | 365:5 366:13 | 291:10,22 | 253:15 454:7 |
| 159:1 172:4 | 366:21 368:11 | 297:21 299:7 | **screen**   65:13 |
| 237:18 253:13 | 369:13 370:17 | 303:13 307:4,6 | 190:15 204:20 |
| 362:3,6,9 | 372:22 380:5 | 308:6 310:14 | 210:11 310:15 |
| 421:12 428:19 | 386:5 388:19 | 312:13,17 | **screenshot** |
| 429:5 449:4,5 | 388:20 391:21 | 314:8 329:22 | 274:6 337:10 |
| 466:3,5 472:4 | 392:4 393:9,10 | 330:2 332:18 | **screenshots** |
| 474:19 | 393:12 395:8 | 344:12 347:17 | 418:4,5 454:17 |
| **saying**   39:22 | 395:14 398:12 | 363:4 365:17 | 454:22 |
| 46:11 48:16 | 401:22 409:2 | 365:19 372:20 | **scrubbed**   260:7 |
| 68:21 96:12 | 419:14 423:20 | 386:2 428:10 | **scumbags** |
| 105:12 108:12 | 430:2 432:2,11 | 432:5 435:10 | 255:1 |
| 109:2 115:15 | 433:6,7 448:17 | 436:2 459:20 | **se**   119:1 |
| 118:21 119:12 | 449:7,20,21 | 461:5 | **seal**   51:7 |
| 147:18 165:18 | 451:12 457:18 | **scandal**   379:6 | **search**   45:13 |
| 168:1,9 191:22 | 458:4,5 462:8 | 429:16 | 46:3,14,17 |

**[search - seminude]**

47:7,14 48:4
48:16,19 49:1
50:2,7,16,21
52:2 54:10,12
**season** 76:6
115:12,14
197:17 210:7
443:10
**seat** 97:13,14
188:18 189:7
**seating** 187:19
200:4
**second** 23:15
24:5,9 25:4
26:1 84:17,20
89:4 123:3
150:4 167:15
187:8 244:19
274:4 361:10
390:13,14
392:5 437:14
493:17
**secondgentle...**
352:9
**seconds** 450:8
**secret** 148:1
188:2 195:1
200:13 468:9
468:12 477:20
478:2
**secretary** 96:19
138:17 157:21
201:12

**section** 107:4
187:20 200:8
200:14,19
441:12
**sections** 200:7
**secure** 422:5
**security** 15:11
16:4 34:2
98:17 160:21
**see** 36:12 46:21
51:7 69:2
83:21 84:21
85:6,8,12
100:5 137:15
137:16 140:22
142:18,22
143:3,5,14,15
143:15 149:6
150:21 151:9
155:2 180:1
183:8,16
185:22 189:21
191:13 193:13
196:18 203:13
206:19 224:13
231:8 238:7,16
242:22 270:21
271:11 272:7
272:14,16,20
273:14 274:2
274:20 275:9
276:3,7,10,14
276:15 277:22
278:6 279:1,21

283:4 284:5,8
285:3,7,11
287:1,5,12,13
290:6 292:3
293:3,9,17,18
294:13,15
295:16 296:4
297:18 298:15
298:17 306:7,8
312:9 314:12
318:19 326:11
326:14 327:20
328:9,19 330:8
330:8,10,15
331:1,12,20,22
335:13 344:18
344:19 346:12
346:17,22
347:2,18
352:15 376:14
381:13 386:17
407:10,13
411:16 412:14
416:10 423:17
428:18 432:8
435:8 437:12
442:17 453:19
461:11,11
473:2,3 474:14
483:20 484:6,9
484:10 493:5
**seeing** 62:19
**seek** 317:22

**seeker** 247:16
**seem** 448:15
**seemed** 451:9
**seen** 45:9 53:11
65:11 73:13,16
88:7 109:15
150:4 151:15
171:19 233:15
251:17 290:8
346:19 416:6
417:3,8,21
418:5 422:20
427:5 428:11
430:9 443:21
493:5
**segment** 228:1
301:5 311:4
424:10 432:21
433:3 440:3
**self** 61:2
**sell** 92:8 94:15
169:7 263:13
382:17
**selling** 359:4
376:21 473:19
**sells** 338:12
**semafor** 5:12
286:18 445:10
446:6
**semen** 352:7
356:1,16,18
**semi** 382:18
**seminude**
381:15

[semite - severely]                                                      Page 93

| | | | |
|---|---|---|---|
| **semite**  406:4 | 70:20 98:15 | 224:12 225:5 | 477:21 478:2 |
| **semitic**  249:3 | 104:21 134:10 | 226:6 229:2,3 | **serving**  251:7 |
| 251:18 298:1 | 134:20 274:5 | 238:8,10 271:5 | 251:15 |
| **semitism**  75:15 | 435:12 499:14 | 282:22 284:5 | **session**  195:16 |
| 93:2 | **sentence**  85:4,7 | 286:19,22 | 279:15 |
| **senate**  191:8 | 146:11 222:1 | 290:6 291:8 | **set**   4:9 44:8 |
| 193:4 263:18 | 226:21 357:19 | 292:5 294:7 | 436:16 437:5 |
| **senator**  202:18 | 369:13 452:8 | 295:13,16 | 477:1 484:21 |
| 202:19 348:3 | **sentimental** | 296:6 297:2,12 | 485:20 |
| 378:16 | 134:12,13 | 298:20 303:10 | **sets**  69:9 70:2 |
| **senators** | **separate**  9:22 | 303:12 306:11 | **setting**  465:14 |
| 202:21 | 10:1 26:11,12 | 307:8 311:17 | **settle**  22:9,15 |
| **send**  29:19 | 26:19 28:8 | 313:2 314:8 | 56:9,18 57:16 |
| 30:19 31:2 | 29:6 30:1,16 | 315:4 318:18 | 61:14 |
| 132:4 289:6 | 30:21 34:10,18 | 335:17 345:9 | **seven**  23:22 |
| **sending**  387:19 | 34:19 104:1,3 | 345:20 347:5 | 24:3 43:21 |
| 475:6 | 104:10 107:4 | 405:18 416:8 | 59:9 107:6 |
| **sends**  468:9 | 112:11,15 | 431:21 435:7 | 214:8 |
| **senior**  187:21 | 161:1 168:5 | 435:11,11,16 | **several**  31:22 |
| 188:22 200:22 | 204:18 225:22 | 462:7 472:18 | 32:17,18 35:14 |
| 213:9 | 479:18,18 | 472:20 474:6 | 36:18 38:21 |
| **sensational** | **separately** | **sergio**  471:3,7 | 39:8,17 89:2 |
| 230:15 | 197:14 | 471:8 472:1 | 91:10 96:1 |
| **sensationalize** | **september** | 474:2 475:10 | 123:13 148:5 |
| 77:16 228:6 | 46:13,19 53:10 | 475:11 | 168:6 172:5 |
| **sensationalized** | 124:22 125:1 | **series**  206:13 | 179:6 182:22 |
| 233:15 | 173:19,20 | 206:15 | 196:3 212:12 |
| **sense**  12:6 78:8 | 187:11 190:17 | **serious**  36:13 | 212:13,21 |
| 406:11 444:5 | 193:6,15 198:4 | **seriously** | 322:22 336:9 |
| 451:5 | 207:7,7 220:7 | 266:11 295:15 | 343:4 406:21 |
| **sensitive** | 220:9,10 221:3 | **serve**  69:22,22 | 416:3 424:7 |
| 303:18 | 221:5,7,7,13,16 | **service**  148:1 | 430:17 491:13 |
| **sent**  48:21 67:9 | 221:17 222:13 | 188:2 200:13 | **severely**  52:4 |
| 67:13 68:16 | 223:1 224:6,7 | 468:9,12 | |

**sex** 17:18 21:9
46:22 48:11,13
60:22 61:6
118:9 120:12
120:13,21
121:4,14,18
122:6,11
124:11,20
125:1 126:15
126:21 128:13
128:15,17
130:12 221:6
225:12 227:14
227:15 230:1
230:17 232:4
239:3 255:18
256:2 294:22
296:10 336:21
340:19 360:3
361:17 362:22
363:8,9 368:2
368:7 386:19
394:9 395:15
398:13 409:3
409:22 412:5
414:7 430:2
463:1 468:2
477:4 494:9
495:19
**sexist** 21:6 51:8
239:18 297:22
**sexual** 118:19
124:16 126:4
127:22 128:1

129:15 141:7
240:1 299:12
299:13 300:12
491:16
**sexuality**
129:11
**sexually** 124:2
354:6 357:8
385:8
**shadow** 73:4
**shake** 167:12
168:13
**shakespeare**
266:6 267:5,20
**shaking** 11:15
165:20
**shame** 268:12
272:2
**shamelessly**
360:17
**shanksville**
213:5,7,10,19
214:1
**share** 86:7
345:21
**shared** 137:11
155:15
**shares** 86:9
**sharia** 251:4
274:9
**sharpie** 140:8
143:2
**sharpies** 132:2

**she'd** 338:21
**sheet** 433:2
499:11
**sherrod** 202:19
**shirt** 181:6,16
181:18,19,21
183:22
**shirts** 265:4
**shit** 365:18,21
**shoah** 259:12
**shocked** 160:2
160:2
**shocking**
139:11 378:8
**shook** 180:5
**shoot** 131:9
**shooting** 39:6,6
39:9
**shop** 156:15,15
156:18 406:8
408:12 453:7
**short** 376:22
**shortly** 180:9
185:21 198:17
270:7
**shot** 72:17
142:22 158:21
160:4,21 188:1
188:12,15
197:12 266:1,1
266:3,7 492:17
493:13
**shots** 430:2

**shout** 185:10
186:3
**show** 7:10
63:22 65:11,13
79:17,22 88:6
98:21 126:13
126:15 151:7
161:6,6 189:10
214:19 232:11
288:10 300:15
311:4 314:3
322:6 323:12
323:14 325:1,5
327:5,6,9,20,21
328:7 330:3
333:13,15
347:17,19
350:19 351:6
352:6 353:14
356:1 360:5
387:14 388:17
389:2,10 416:4
416:5,7,8,21
417:3,8,8,10,20
417:21 418:21
419:17 420:16
421:4,6,11
423:7 424:10
424:22 430:12
431:7 434:18
434:19 435:20
446:16,17
447:3 448:14
454:6,13 456:1

**[show - slow]**                                                    Page 95

456:17,19
457:2,11 468:3
484:20 492:6
492:12 493:5
**showed** 39:12
73:6 89:2
183:10 203:13
321:1 337:11
337:13 422:17
429:2 433:20
**showing** 137:3
158:3 330:1
337:9 438:18
439:18 440:8
**shown** 260:21
326:10 349:15
357:17 454:18
485:21
**shows** 246:9
268:1 442:1
443:2 485:21
**shut** 182:20
389:6
**sic** 123:9 286:6
292:5
**sick** 336:2
**sickness** 388:7
**side** 138:10
143:10 286:1
297:14 398:16
398:18
**sided** 284:18
**sign** 140:13
252:16 381:20

391:7 392:19
499:12
**signal** 31:10
**signalgate**
472:3
**signature**
497:19 498:16
**signed** 140:18
499:19
**significant**
345:7,7
**signing** 88:19
140:9 143:7
**silence** 209:13
**silent** 78:8
**silicon** 259:14
**similar** 496:4
**similarity**
433:5
**simple** 400:14
414:9
**simply** 61:8
119:12 427:8
**simpson** 482:2
**single** 178:9,10
234:5,17,20
235:1,22 237:9
237:14 240:19
242:19 281:5
355:11 356:1
417:9 430:12
493:3
**singled** 101:5

**singles** 101:9
**singlon** 5:5
189:11,11
190:6,17 238:8
**sister** 59:10
138:6 139:17
**sit** 51:17 71:17
123:22 124:13
127:19 139:21
142:16 148:20
148:21 163:22
164:6 167:17
167:21 168:10
168:17 188:15
188:21 200:17
200:22 201:21
204:2 210:22
211:6 213:6
220:5 241:7
356:7 412:7
**site** 381:13
**sits** 188:3,6
200:20,21
**sitter** 222:19,20
**sitting** 81:15
82:4 126:3
136:12 137:1,4
140:7,14 143:1
143:5 190:13
201:22 210:9
210:10 211:14
211:18 397:11
397:12 446:10
446:12 471:9

**situation**
118:11 449:14
**six** 173:3
209:11 214:8
280:4
**sixth** 331:11
**skank** 352:2
**skill** 69:9 70:2
**skills** 69:20
70:5 497:10
498:6
**skin** 264:6
**slap** 402:16
**sleep** 209:15
314:11
**sleeping** 96:7
122:4 125:4
141:5 144:8
226:1,4 237:22
306:15 311:5
408:14 424:8
433:18 491:13
**sleeps** 239:15
**slept** 118:18
122:5 395:8
397:16 476:15
**sliding** 200:15
**slight** 314:12
**slightly** 375:16
**slot** 443:11
**slots** 441:18
442:15 443:4
**slow** 11:20

**[slowly - source]**                                                    Page 96

| | | | |
|---|---|---|---|
| **slowly** 467:21 | 39:17 40:3 | 225:22 230:22 | 262:13 268:20 |
| **slur** 339:7 | 42:20 43:16 | 239:15 244:1 | 276:22 277:2,4 |
| 415:9 | 92:4 93:16 | 246:8 266:4 | 284:15,22 |
| **small** 186:1 | 94:8 95:22 | 267:2 317:11 | 286:18 297:10 |
| **smaller** 71:14 | 133:4 150:1 | 324:8 332:6 | 303:8 308:3 |
| **smear** 144:15 | 157:2 203:14 | 337:12 358:8 | 323:22 331:8 |
| 243:8 295:8 | 216:12 229:7 | 382:1 416:1 | 333:21 350:18 |
| 302:13 | 230:16 281:3 | 433:1 492:18 | 361:9 375:20 |
| **smeared** | 290:9 297:13 | **somebody's** | 378:3,18 |
| 128:19 239:14 | 298:1 320:20 | 256:2 387:21 | 382:12 387:6 |
| 239:14 | 350:22 351:7 | **someone's** | 388:18 390:9,9 |
| **smearing** | 417:4 458:22 | 124:16 145:1 | 395:1 402:13 |
| 247:10 | 460:12 495:3 | 387:15 388:17 | 411:2 415:8,9 |
| **smell** 331:18 | **society** 94:15 | **son** 197:5,17 | 418:15,19 |
| 332:11 | 389:18 | 198:1 309:2,7 | 436:12 437:3 |
| **smiley** 162:4 | **soda** 143:4 | **sons** 491:3 | 437:12 438:22 |
| **smug** 375:10 | **softer** 191:19 | **sorry** 27:4 33:2 | 447:17,18 |
| **snapped** | 192:1,5 | 37:1 38:15 | 448:4 457:9 |
| 147:11 | **soliciting** | 44:16 64:21 | 459:8,14 |
| **snatch** 361:14 | 115:17 | 78:1 84:16 | 468:13 472:11 |
| 363:22 364:2,3 | **solicits** 22:19 | 98:5 117:6 | 482:5 |
| 364:17 365:7 | **solutions** | 133:14 136:1,3 | **sort** 195:1 |
| 366:14,17,22 | 499:23 | 150:16 154:6,8 | 208:8 249:10 |
| 367:3 368:6,9 | **somber** 188:12 | 161:15,19 | 250:3 439:4 |
| 368:13,16 | **sombrero** | 167:20 170:19 | **sound** 99:6 |
| 369:6,14 370:3 | 269:2,4 | 175:8 183:16 | 113:8 233:18 |
| 370:8 371:13 | **somebody** 34:6 | 183:17 184:7 | 233:19 299:12 |
| 372:21 | 86:18 92:17 | 190:10,12,14 | 435:22 |
| **snowstorm** | 93:22 96:6 | 190:15 195:18 | **sounds** 189:12 |
| 186:1 | 110:8 111:4 | 203:9 205:16 | 189:14,18,21 |
| **social** 20:21 | 116:3 143:15 | 207:7,10,13,16 | **source** 76:3 |
| 21:1,17 35:20 | 145:2 147:11 | 224:6 226:14 | 363:8,16 364:1 |
| 35:22 36:5,9 | 152:18 182:19 | 251:21 252:11 | 368:12 382:2 |
| 36:16 37:17 | 189:13 219:15 | 254:6 257:7 | 457:8 |

**[sources - spotty]**                                              Page 97

| | | | |
|---|---|---|---|
| **sources** 75:18 | **speaking** 35:22 | 319:2,15 | **spent** 83:2 |
| 75:20 97:12 | 94:18 97:2 | 320:18 321:8 | 170:1 174:13 |
| 218:1 288:3 | 109:3 121:12 | 354:3 360:14 | 212:3 358:6 |
| 296:1 | 166:6 169:15 | **speculative** | 376:2 442:22 |
| **south** 2:5 77:3 | 218:11 246:2 | 246:14,15,16 | **spice** 156:15,15 |
| 82:7 83:6 | 249:4 251:5 | 364:20 | 156:18 198:16 |
| 167:8 169:7 | 253:1 366:1,15 | **speech** 23:9 | 406:8,8 408:12 |
| 173:8 178:13 | 376:16 392:7 | 25:17 43:13 | 453:6,7 |
| 344:13 | 392:20 440:11 | 60:8,10,11,13 | **spin** 204:9,11 |
| **space** 217:15 | 455:22 | 60:18,20 61:1 | 204:12 205:18 |
| 406:5 | **speaks** 34:13 | 61:2 93:7 | 207:21,22 |
| **spaces** 389:16 | 125:21 152:4 | 106:10 110:16 | 210:16 |
| **sparked** 267:19 | 260:17 358:7 | 130:20 137:19 | **spj** 55:18 56:22 |
| **speak** 15:5,9 | 411:17 423:6 | 162:2 176:8 | 59:18 |
| 38:13 41:16 | **special** 142:3 | 189:2 201:14 | **spoke** 13:13 |
| 42:3 92:22 | 165:8 469:9,14 | 201:20 262:10 | 34:18 209:17 |
| 93:5 121:12 | **specialized** | 262:13,15 | 216:21 217:1 |
| 145:5 228:19 | 489:7 | 277:11 302:19 | 218:18 359:13 |
| 251:3 280:18 | **specializes** 22:7 | 336:14 337:7 | 471:17,19 |
| 289:1 315:16 | **specific** 53:17 | 376:8 377:5 | **spoken** 14:17 |
| 316:4 317:4,21 | 92:18 160:9 | 380:2 406:12 | 17:5,8 18:1,16 |
| 355:6 376:15 | 166:7 175:18 | 407:16 408:3 | 20:4 32:8,14 |
| 392:1 417:22 | 311:10 | 408:17 409:5 | 34:9 214:2 |
| 421:19 462:3 | **specifically** | 409:16 410:2 | 460:16 471:15 |
| 464:2 | 45:16 224:5 | 410:17 411:12 | 474:4 492:5 |
| **speaker** 149:13 | 440:4,11 441:1 | 411:20 412:17 | **sponsorship** |
| 151:1,6,9 | 442:3 463:9 | 413:18 414:9 | 79:22 |
| 247:16 288:21 | **speculate** | **speeches** 106:1 | **sports** 138:2 |
| 314:20 374:14 | 232:17 323:9 | 145:6 155:2 | 359:5 |
| 374:16 376:3 | 323:10 325:2,4 | 313:7 331:19 | **spot** 74:10 |
| 377:2 390:2 | 330:20 485:17 | 332:11 365:20 | 436:8 |
| 440:13 459:5 | 485:19 | **spell** 37:1,3 | **spotted** 283:2 |
| **speakership** | **speculation** | **spend** 348:6 | **spotty** 161:8 |
| 378:21 379:5 | 72:14 234:7 | | |

**[spouse - states]**                                                    Page 98

| | | | |
|---|---|---|---|
| **spouse**  116:1 | 83:6,21 98:11 | 263:10 264:18 | 285:2 |
| 393:3 | 132:1,4,18 | **staged**  156:20 | **state**  40:3 |
| **spread**  22:20 | 140:21 144:18 | 156:21 | 42:21 43:17,17 |
| 23:2 233:4 | 156:13 157:8 | **stalls**  389:4 | 73:3 94:18 |
| 257:20 316:3 | 157:10,17,17 | **stand**  185:15 | 221:9,20 |
| 464:15 | 157:19,20 | 268:10,11 | 224:11 225:4 |
| **spreading** | 160:15 161:1,3 | 288:4 292:9 | 348:1 371:13 |
| 281:2,6 450:15 | 161:9 173:15 | 336:7,10 | 385:10 388:21 |
| 464:22 | 182:10,12 | 406:20 | **stated**  128:22 |
| **spreads**  464:21 | 184:20,21 | **standards**  56:1 | 263:11 309:3 |
| **sriram**  218:15 | 185:5,7 187:21 | **standing**  62:15 | **statement** |
| 218:21 | 188:22 198:15 | 88:19 138:10 | 226:6 229:5 |
| **stab**  263:15 | 200:13,16 | 191:6 222:6 | 242:20 280:16 |
| 264:21 | 204:3,5,19,21 | 224:8 | 280:17 311:3 |
| **stabbed**  263:18 | 205:7,8,10,12 | **stands**  401:5 | 353:8 356:2 |
| 264:1 | 206:3,8 209:7 | **star**  249:9 | 363:16 366:14 |
| **stabbing** | 213:15 336:1,7 | 250:3 251:11 | 368:14 384:15 |
| 263:10 264:18 | 336:9 343:5 | 252:19 253:13 | 384:18 407:22 |
| **stack**  175:20 | 406:20 407:6 | 254:16 258:4 | 448:14 |
| **staff**  15:11 16:7 | 436:11 464:15 | 273:19 | **statements** |
| 16:13 17:8,11 | 464:18 469:22 | **start**  46:11 | 220:8 228:16 |
| 17:15 18:2 | 472:6,15 | 59:6 74:12 | 230:14 |
| 20:22 31:18 | 474:10 478:16 | 97:16 447:10 | **states**  1:1 8:9 |
| 32:1,2,5,6 | 478:22 489:15 | 484:17 | 17:18 33:22 |
| 33:14,15,18,19 | **staff's**  157:18 | **started**  80:8 | 134:14,20 |
| 34:7,11,21 | **staffer**  157:15 | 87:12 180:10 | 139:14 148:3 |
| 35:5,9,19 | 198:11 211:8 | 193:8 196:15 | 174:1 203:1 |
| 48:21 49:2,14 | 296:3 462:13 | 248:10 253:15 | 219:15 225:7 |
| 61:10 65:20 | **staffers**  471:20 | 429:3 449:6,15 | 251:7,16 |
| 73:10 75:6,8 | 472:3 | 455:7 467:22 | 263:15 264:9 |
| 76:12,13,16 | **stage**  154:18 | **starting**  145:22 | 267:11 277:8 |
| 79:2,5,5,6,7,9 | 159:5 162:3 | 276:2 | 313:14 373:1 |
| 79:12 80:7,7 | 163:3,6 205:5 | **starts**  67:16 | 400:18 461:10 |
| 81:3,10,18 | 262:9,14,21 | 84:20 284:17 | 461:18 477:22 |

[states - subjected]                                              Page 99

478:4
**stating**   331:16
**station**   214:1
    306:5
**stations**   212:7
    212:13,18
    213:2 432:15
**status**   11:3
    384:13
**stay**   169:20
    170:1,4,6
    202:22
**stayed**   161:2,8
    169:22 209:8
**staying**   161:2
    208:14,19
**steele**   22:21
    306:18 307:6
    308:3,3
**steele's**   310:12
    311:9
**stephanopoul...**
    22:10,15 56:9
**stepmom**   352:8
**steroids**   301:9
    446:5
**steve**   417:7,7
    418:19 420:15
    420:15,21
    456:12,17
    457:21 458:15
**steven**   206:9
    213:13

**stolen**   247:7
**stone**   5:10
    282:21 283:17
    332:4
**stop**   24:4,4,4,9
    30:20,20 44:4
    105:22 119:9,9
    127:11 235:16
    241:9 244:8
    250:9 262:15
    371:14,15
    372:14,18,19
    373:6 396:22
    399:12 400:2
    402:21 403:3
    412:3,9,9,12
    447:19 464:16
    496:11
**stopped**   220:3
    245:12 451:9
**stops**   212:20,21
**stories**   39:8
    55:9 99:10
    100:10 201:14
    326:22 449:7
    450:20 465:4
**storm**   262:9,14
**storming**
    411:21 412:2
**story**   70:19
    91:18 156:13
    157:2 158:3
    178:21 198:16
    202:11 217:22

449:4 450:6,7
    450:11 451:5
    456:5
**straight**   376:14
    376:15 430:7
    430:15 477:1
**strange**   74:18
    78:12 324:3
    433:12 456:4,9
    457:1,7
**strategies**   37:8
    37:10
**straw**   473:16
    473:17
**stream**   157:8
    161:6 297:22
    434:17 435:2
    446:14,15
**streamed**
    434:19
**street**   1:16 3:6
    8:11 252:2
**stress**   422:6
**strict**   188:18
    208:16
**strike**   43:19
    122:14,16
    125:9 127:1
    145:6 302:7
    314:5 315:19
    316:8,12
    374:21 420:14
**stripper**   382:6
    383:9

**strippers**
    382:16
**stronger**   392:6
    392:12 393:15
**struck**   11:5
    311:21
**struggling**
    434:16
**stuck**   361:13
    365:5
**student**   196:12
**students**   62:13
**studio**   161:5
    436:5
**studios**   64:15
    65:19
**study**   243:12
**stuff**   288:12
    296:12 302:14
    316:7 318:9
    431:6 463:16
**stunned**   297:17
    378:11
**stunted**   96:3,5
**stunts**   298:2
**stupid**   303:21
    397:9
**style**   259:7,10
**subject**   173:11
    353:20 487:8
    488:11 493:3
**subjected**
    21:10 95:21
    107:14 109:4

**[subjective - susie]**                                              Page 100

| | | | |
|---|---|---|---|
| **subjective** 384:22 | **suffer** 367:13 371:19 | **supporter** 185:20 196:9 274:18 | 77:6 99:8 130:6 139:4 |
| **subscribed** 501:14 | **suffered** 220:21 | **supporters** 22:5 23:6 36:3 | 151:8 166:1 178:12 181:20 |
| **substance** 198:12 208:6 | **suffering** 371:19 | 73:12 89:2 141:1 251:10 | 189:21 194:3 197:22 208:16 |
| **substantial** 282:5 | **suggest** 175:9 278:21 | **supporting** 36:1 52:3 | 211:12 276:10 290:15 291:12 |
| **substantially** 244:2 | **suggested** 233:16 491:8,9 | 261:11 285:20 | 293:20 307:14 322:5 350:1 |
| **substantiate** 124:17 | **suggesting** 490:15 | **supports** 354:10 356:2 359:15 | 352:14 357:21 390:10 421:14 |
| **success** 100:18 | **suggests** 227:13 | **suppose** 20:12 360:3 386:17 | 439:9,14 443:21 461:11 |
| **successful** 152:19 327:16 | **suing** 21:12 229:11 243:7 | **supposed** 72:10 74:12 100:13 | 462:1 |
| **successfully** 62:17 210:6 | 294:10 308:19 456:20,22 | 100:15 136:11 136:18 137:11 | **surely** 22:16 61:5,10 358:8 359:10 |
| **sucked** 354:12 354:21 | **suit** 192:16 | 201:3 214:9 233:17 260:3 | **surge** 206:17 |
| **sucking** 375:14 375:14 376:3 | **suite** 1:16 2:5 3:6 8:12 139:5 139:8,22 142:2 143:3 147:18 | 264:8 352:10 390:14 392:5 | **surprise** 165:12 490:10 |
| **sucks** 352:4 353:8 | **summary** 331:21 | **suppressed** 218:19 | **surprised** 451:7 |
| **sudden** 324:13 | **sunday** 446:16 | **supremacist** 254:13 | **surprising** 451:10 |
| **suddenly** 56:22 | **super** 157:3 174:5,7 | **supremacy** 275:19 | **surrounded** 272:2 |
| **sue** 231:4 269:18 397:19 427:3 438:20 | **support** 43:15 93:9 126:5 251:1 353:7 383:11,12,12 383:14 406:13 427:9 465:22 466:10 490:10 | **supreme** 39:19 40:8 259:2 260:9 | **survivor** 277:21 |
| **sued** 216:10 240:1 291:17 302:1 311:8,10 332:4 357:5 386:20 443:20 | | **sure** 18:17 33:17 68:4 | **susie** 70:12,14 72:2 74:2,11 74:20 75:4 82:1,9 84:3 158:1 166:16 |

167:18,22
199:3 271:14
271:15 466:20
474:1,4 478:21
**suv** 206:6,7
**swallowed**
352:7,19 356:1
356:17,18
**swan** 76:1
270:14,20
273:5
**swatted** 104:19
109:3
**swear** 8:18 9:6
476:11
**sworn** 9:11
497:5 501:14
**sycophant**
100:10 376:5
**symbol** 385:12
**symbolic** 259:8
**syndrome**
352:17
**system** 62:10

**t**

**t** 4:7 5:1 6:1 7:7
7:7 37:4,4
181:6,18 500:3
500:3
**tab** 316:16,19
**table** 200:16
452:2

**taboo** 148:2
**tagging** 415:20
**tags** 416:1
**taint** 300:8
**tainted** 264:5
**take** 11:16
29:14 35:4,5
40:5,10 41:5
43:19 50:19,19
51:3 54:8
66:21 67:19
68:5 88:5
101:18,19,20
129:21 134:6
151:6 167:12
168:16 172:11
175:12,22
185:4 193:18
212:20 214:20
215:14 222:16
222:18 250:22
266:11 268:11
270:6 278:11
278:22 280:4
295:14 304:18
325:12 326:7
329:1 334:15
334:17,20
341:11 344:7,9
348:18,21
381:2 382:12
382:14 384:14
385:10 389:7
403:22 405:7

420:10 422:2
434:2 442:21
448:7 483:9
486:8 496:14
**taken** 5:3 61:17
61:22 72:17
175:19 176:3
181:7 454:7
497:3,12 498:9
**takes** 13:21
189:2
**talent** 429:21
**talents** 70:5
**talk** 11:12,18
11:19 13:10
14:5 15:17,20
16:1,4,7,13
20:1 27:17,20
84:1 111:2,7
113:7 148:21
207:4 235:9,15
249:22 279:14
303:11 308:3
330:18,22
355:6,9,17
373:6 395:6
414:6 418:22
420:1,14
439:15 443:7
445:21,22
462:4,5,11,12
463:21 465:15
471:10

**talked** 82:14,15
83:11,18
165:14 200:3
202:17 363:4
431:16 459:1
472:16 492:8
492:11
**talking** 65:15
77:17 88:6
89:6 110:9,13
110:20 111:2,8
113:21 138:20
144:21 147:21
148:7 156:17
188:11 195:17
198:16 201:14
210:15,16
211:14,19
221:4,5 223:13
223:15 253:14
255:7,17 291:1
294:11,12
305:1 310:7,9
310:20,21
311:1,2 320:16
323:13 331:2
338:14 340:19
340:21,22
345:22 359:3
365:16 368:4
369:20,22
370:1,2 372:8
372:13,14,18
372:19 373:6

**[talking - terrorism]**                                      Page 102

| | | | |
|---|---|---|---|
| 376:9 383:4 | 244:5 279:13 | **technically** | **tells**  390:16 |
| 391:9 398:7 | 479:10 482:15 | 166:6 169:15 | 392:18 |
| 402:14 408:11 | 483:3,10,11,12 | 171:2 | **ten**  68:22 140:1 |
| 408:22 432:16 | 484:6 485:4 | **telegram**  36:10 | 165:10,21 |
| 433:4 438:19 | 486:1,6 | 38:1 351:1,6 | 176:17 206:3 |
| 439:5 440:1,12 | **taxes**  243:18,22 | **telephone** | 241:14 309:17 |
| 441:12 442:2 | 485:22 | 29:21 421:5 | 327:5 |
| 442:22 444:9 | **taxpayer**  73:3 | 481:7 | **tend**  11:18 |
| 445:13 446:8 | 262:7 | **television**  7:10 | **tension**  331:13 |
| 450:10,20 | **taylor**  321:22 | 158:12 232:12 | **term**  79:7,10 |
| 451:11 452:10 | 326:2 327:13 | 442:15 447:3 | 87:10 93:13,22 |
| 453:8 454:19 | 330:9,18 | **tell**  9:12 30:6 | 94:5,21,22 |
| 457:22 458:15 | 331:16 332:17 | 38:16 72:11 | 95:3,7,8 |
| 478:11 486:1 | 333:9 335:16 | 106:22 107:8 | 120:12 207:11 |
| 491:14 493:15 | 336:7 340:14 | 187:18 201:13 | 244:19 245:4 |
| **talks**  100:7 | 350:9 375:12 | 218:1 237:21 | 376:12 379:12 |
| 147:21 352:1,2 | 406:3,12 | 257:10 288:5 | 379:14,18 |
| 358:14 | 448:13,21 | 294:4 296:1 | 391:1 |
| **tangent**  419:16 | 449:22 451:8 | 304:2 336:22 | **terms**  47:9 87:1 |
| **tank**  295:15 | 452:11 462:17 | 337:6 338:13 | 100:18 165:16 |
| **target**  88:2 | 463:3,16 | 340:15,16 | 224:15 429:22 |
| 427:7 428:13 | 464:14 478:14 | 366:8 385:21 | 441:20 443:4 |
| **targeting**  95:22 | **team**  20:14 | 412:11 421:6 | 443:11 452:11 |
| **targets**  88:2 | 48:22 49:11 | 422:13 423:12 | 484:20 |
| **taste**  278:9 | 50:8 52:9 | 439:1 461:20 | **terrific**  68:21 |
| **tattoo**  259:10 | 67:12 68:16 | 462:4,21 | 195:7 350:11 |
| 259:21 | 76:21 79:13,15 | 468:15 483:9 | 454:3 |
| **tattooed**  259:9 | 80:11,15,16 | 490:5 | **terror**  249:5 |
| 259:15,19 | 82:2,6 84:1 | **telling**  106:22 | **terrorism** |
| 260:1,2 | 155:13 157:7 | 107:12 136:17 | 75:15 93:1,2 |
| **tattoos**  259:7,7 | 176:16 186:4 | 147:19 232:4 | 251:1 260:18 |
| **tax**  6:21 7:14 | 203:2 444:3 | 263:7 368:1 | 261:10,11 |
| 9:17,21 21:22 | 470:22 | 393:4 395:19 | 440:11 441:1 |
| 79:11 243:17 | | 451:14 | |

**terrorist**
201:17 252:2
254:1 260:19
261:1,7 283:12
299:7 440:16
**terrorists** 261:3
269:7 304:12
**test** 36:12
**testament**
185:14
**testified** 9:13
19:21 42:20
89:7 117:4
194:19 198:3,5
224:15 237:20
279:17 299:10
301:8 484:5,7
**testify** 47:11
119:18 236:9
236:17 237:2
240:6 310:5
421:17 425:13
425:19 488:10
**testifying** 18:15
113:10 237:4
240:8 497:5
**testimony**
34:12 36:5
49:9 51:22
52:19 53:1
71:19 104:5
124:5 142:22
220:6 226:20
250:10 327:11

418:20 486:17
499:9,17 501:8
**text** 6:3,4 30:19
31:2,3,4 32:4,5
32:6,7 49:17
238:7 312:6
315:3 318:11
318:16 337:13
337:14 468:17
481:9,13,13
**texted** 35:8
159:15 456:21
**texting** 260:22
**thank** 66:18
89:7 136:16
154:9 175:7
186:16 277:3
282:17 307:17
312:10 329:17
350:6 351:18
380:15 387:7
444:7 459:17
465:21 466:9
479:19 482:20
**thanks** 31:16
36:8 150:4
186:19
**theater** 262:8
286:8 394:1
**theories** 284:13
285:7
**theorist** 283:1
283:11 289:22
293:5 295:21

299:6 346:13
431:10 433:8
433:13 440:5
440:18
**theorists** 290:3
292:22
**theory** 284:3
306:3,6 314:8
**thing** 13:5
29:22 88:7
151:7 169:18
171:2 179:22
225:17,22
312:19 351:22
352:1 361:11
372:4 381:16
388:9 409:4
452:15 458:2
**things** 4:11
20:3 44:9,14
54:13 92:3
98:9 109:9
152:8 156:19
198:7 220:17
223:21 241:1
265:18 296:17
327:14 350:20
351:3 364:3
395:6,7 424:7
432:21,22
433:14,17
445:21,22
449:7,15 461:6
464:11 471:2

**think** 10:11
13:1 15:16
18:16 38:1,3
81:16 83:5
88:5,6,9 90:20
91:5,19 93:7
95:5,6 98:20
99:2,11,22
100:4,6,9,17,19
101:3,4,6,10
106:3 109:6,9
113:6 117:6
118:4 120:17
134:11 135:8
136:19 138:21
139:17,18
142:10 147:13
155:20,20
156:1 157:20
161:11 162:18
162:22 172:6,7
173:19 181:11
186:10 187:13
187:16 189:18
189:19,20
191:9,15,17
192:8 193:14
196:7 197:10
199:3,9,19
201:20 205:19
206:16 209:22
210:3,5 213:13
215:20 228:11
238:9 243:14

[think - time]                                                          Page 104

| | | | |
|---|---|---|---|
| 254:12 257:11 | 447:6 449:7 | 232:15 237:22 | **throwing** 66:15 |
| 257:11,14,16 | 451:4,4 458:18 | 254:6 255:3,4 | 141:1 161:16 |
| 257:22 258:4 | 461:13 462:20 | 259:8,20 | 275:8 288:12 |
| 262:13 264:14 | 471:14 472:9 | 260:10 279:19 | **thrown** 260:13 |
| 265:10 269:16 | 472:10,22 | 361:21 371:6 | **thumbs** 185:20 |
| 269:20 271:4 | 473:10 478:12 | 395:17 458:3 | **tick** 207:6,10 |
| 277:21 279:16 | 478:12 491:12 | 460:4 470:7,14 | **ticket** 138:9 |
| 280:1 287:11 | 492:14 | 471:1,11 478:6 | 262:11 |
| 288:22 291:19 | **thinking** | 487:3 | **tickets** 263:13 |
| 293:18,22 | 192:16 254:17 | **thousand** | **tied** 249:5 |
| 300:8 301:17 | 367:7 445:18 | 258:19 311:17 | **ties** 289:22 |
| 301:18 308:16 | 457:9 460:6 | **thousands** | **tiger** 196:19 |
| 309:11 311:20 | 463:22 | 281:8 418:3 | **tight** 160:21 |
| 319:1,12 | **thinks** 138:20 | **threatened** | **tiktok** 207:9,16 |
| 322:22 323:5,5 | 238:19 239:12 | 104:20 269:18 | 429:1 |
| 328:3 330:16 | 242:19 375:11 | 402:11 | **tiktoker** 97:20 |
| 334:1 339:13 | 476:14 | **threatening** | **till** 168:4 |
| 339:16,16 | **third** 177:4 | 134:19 | 176:13,20 |
| 341:3,15,16 | 284:7,9,9,11,16 | **threatens** 21:11 | 466:16 483:17 |
| 355:4 361:22 | 284:16,20 | **threats** 104:19 | 485:5 |
| 364:14,20 | 285:1 287:7 | 104:21 107:15 | **tillis** 6:9 345:19 |
| 367:4,15,19 | 297:20 432:4 | 109:4,13 | 346:3 347:9,12 |
| 378:20 379:3 | **thirds** 438:15 | **three** 91:6,6 | 347:16 |
| 382:4 384:17 | **thom** 6:9 | 171:18 215:2 | **time** 1:14 8:3 |
| 385:9,9,11 | 345:19 346:3 | 228:12,13 | 12:1,1 19:5 |
| 389:18 393:1,7 | 347:9,12,16 | 268:2 269:21 | 21:18 23:14,15 |
| 401:16 402:9 | **thomas** 39:22 | 344:9 350:20 | 23:19 24:8 |
| 413:19 416:16 | **thought** 34:16 | 430:7,15 | 32:11 35:19 |
| 416:16 417:20 | 40:1 50:17 | 455:21 | 41:14 43:19,21 |
| 421:20 424:12 | 72:18 74:4 | **threw** 140:20 | 57:7,8 67:11 |
| 424:16 425:10 | 158:21 159:6 | 253:18 | 72:6 77:17 |
| 425:11 430:22 | 167:21 196:12 | **thrilling** 204:7 | 79:19 80:13 |
| 432:21 435:8 | 215:19 217:9 | **throw** 44:14 | 81:7,9 82:14 |
| 435:14 446:19 | 217:15 219:6 | 140:14 | 82:15 83:1,9 |

| | | | |
|---|---|---|---|
| 83:10 85:15,16 | 355:5 358:6,12 | 165:4,11,22 | 195:4 220:5 |
| 85:20,21 88:6 | 367:12 371:18 | 168:11 171:16 | 246:11 248:8 |
| 90:4 98:22 | 395:7 396:3 | 171:18 172:2 | 414:5 487:11 |
| 103:16 107:7 | 402:19 403:2 | 173:1,3 174:17 | **today's** 103:1 |
| 110:10,11,17 | 404:10 416:1 | 186:12 195:19 | **togas** 265:2 |
| 110:21 115:11 | 426:2 429:9 | 200:12 201:7,8 | **together** 63:7 |
| 115:16 127:7 | 442:22 443:4 | 241:14 256:6 | 102:18 103:5 |
| 133:8,17,19 | 444:14,17 | 268:15 269:21 | 136:20 137:1,4 |
| 148:19 155:2 | 450:2 455:8 | 270:2 274:6,15 | 137:5 196:5 |
| 159:2 162:9 | 456:13,14 | 283:2 297:1,11 | 209:19 213:9 |
| 164:20 165:14 | 468:19 470:8 | 299:2,4 309:14 | 353:13 362:21 |
| 166:17 167:7 | 473:4,7 479:12 | 327:5 406:15 | 371:5 |
| 167:15 171:20 | 479:14 488:11 | 430:17 450:6,9 | **told** 63:12 70:9 |
| 171:21 172:6,7 | 491:5 493:4,21 | 450:15,16 | 74:22 75:3,5,8 |
| 179:13 182:6 | 494:15 499:18 | 451:11 471:16 | 81:8 84:4,7 |
| 186:4 189:2 | **timeframe** | 478:15 479:6 | 98:19 99:4 |
| 193:22 194:9 | 499:8 | **timing** 59:6 | 111:11 139:3 |
| 195:17 196:14 | **timeline** 71:14 | 456:4 457:7 | 176:5 199:11 |
| 196:15,16 | **times** 5:7,16 | **tirade** 57:1 | 202:8 225:8 |
| 198:21 204:10 | 31:22 32:8,10 | **tired** 278:21 | 231:16 253:18 |
| 211:19,20 | 32:14,18,21 | 336:2 | 271:8 336:2,7 |
| 215:4,21 216:3 | 33:3,4 34:10 | **tissue** 358:13 | 336:9 343:5 |
| 216:21 217:1 | 34:19 35:8,12 | **title** 75:11 | 345:5 349:17 |
| 220:8 235:6 | 53:11 70:19 | **titles** 438:2 | 367:22 372:17 |
| 236:18 240:11 | 73:14 75:9,10 | **tlaib** 251:2 | 373:6 391:6 |
| 241:17 247:17 | 75:12 76:2 | **tlm** 80:5,5 | 393:4 422:15 |
| 253:21 266:18 | 82:6,13 83:12 | **tock** 207:6,10 | 424:5 435:21 |
| 269:17 276:1 | 83:18 84:2 | **today** 8:15 | 444:14 449:8 |
| 288:16 309:11 | 87:5 91:11 | 13:11,13 14:1 | 455:10 458:10 |
| 309:11 310:2,5 | 93:15 100:22 | 14:21 15:13 | 463:5 470:11 |
| 310:14 317:3 | 104:19 109:11 | 16:8 20:18 | 470:12 473:21 |
| 331:5 334:3 | 123:13 148:19 | 62:20 97:11 | 475:3 478:21 |
| 337:17 342:9 | 163:19,20 | 102:22 125:6 | 478:21 |
| 346:4,22 347:2 | 164:14,15 | 128:16 146:12 | |

[tolerance - trick]                                                    Page 106

tolerance
  259:22
tolerated
  325:11 326:6
ton   143:1
  235:12
tonight   131:13
  473:6
tons   242:22
  281:7
took   39:7 63:3
  74:1 159:12,21
  174:15 199:15
  209:5 212:22
  213:20 214:3
  221:7 268:5
  451:22 455:15
  491:6
top   201:18
  352:5 353:9
  403:20
topper   146:20
total   5:8 239:18
  239:18 279:12
  324:14
totally   171:5
  207:17 269:8
  295:6,7 324:16
  452:4
touch   39:14
  365:18
touches   361:15
  363:22 364:17
  365:7,17

  370:18
tour   73:5,6
tournament
  137:22 140:5
tournaments
  196:6
toward   56:4
towards   353:20
  430:10
tower   197:11
  209:5 212:2
town   171:7
  456:12,13
toxic   289:22
  342:8 344:16
tracks   319:22
trade   284:13
  285:6
traditionally
  97:1
tragedy   306:3
trail   197:7
trained   252:14
trans   387:19
  388:9,9,21
  389:19
transcriber
  498:1
transcript   9:22
  47:1 111:18
  112:1 114:9
  115:1 116:6
  117:1,10 118:1
  177:15 178:1

  180:12 181:1
  480:3 481:1
  487:14 488:1
  496:10 498:3,5
  499:6,19 501:5
  501:8
transcription
  479:18
transcriptionist
  497:8
transgender
  352:8 387:22
transition
  48:21 52:9
  67:12 68:16
  83:21 84:1,11
transitioning
  197:6
transphobic
  297:22
transport
  208:17
trash   327:2
trashy   361:12
travel   77:14
  79:13 81:6
  82:5 159:9,22
  198:12 214:12
  215:20 216:5,6
  216:7 222:8,22
  234:22 336:4
  470:22
traveled   61:9
  76:17 77:15

  83:15 160:4
  282:4 301:2
traveling   71:6
  200:13 208:11
  209:7 215:2,5
  245:13 282:6
travels   174:1
tray   211:9
treat   44:21
  235:20
treatment   78:8
tremaine   1:15
  2:13 3:5 9:1
  59:2
tremendous
  101:2
trend   428:22
trent   67:9
  84:10 471:5
  474:21 475:7
trespassing
  268:22
trial   11:6 40:18
  40:20,22 58:16
  182:1,5,13,14
  182:15,21,22
  254:12 260:14
  260:21 261:10
  261:11,17
  289:18 299:20
  330:14
trick   85:3
  190:1 425:5

**[tried - trump]**

| | | | |
|---|---|---|---|
| **tried** 53:9 | 67:12 68:16 | 156:8,19 | 267:2,3,21 |
| 178:6 243:7 | 70:4,10,14 | 159:15 160:6,9 | 268:10 269:13 |
| 266:4 274:16 | 71:3,11 72:3,4 | 162:3 163:16 | 270:2 271:8,21 |
| **trip** 160:5,19 | 72:16 73:12,16 | 164:6 165:14 | 272:6 273:3 |
| 173:14 176:6 | 73:19 75:13 | 166:9 167:10 | 274:15,18,18 |
| 214:14 215:2 | 77:21 78:4 | 167:22 168:18 | 276:9,18 |
| **triple** 224:13 | 79:2 82:11 | 177:13,14 | 277:10,15 |
| **trips** 174:3 | 83:16 84:3 | 178:4 179:10 | 282:22 284:4 |
| **trouble** 310:6 | 86:7 89:2 | 179:10,13 | 284:11 285:2,5 |
| 415:6,12 | 95:13 97:6 | 180:7,8 181:6 | 285:18 286:21 |
| **true** 50:3,5,14 | 99:15,21 | 181:14,19 | 287:8,11 |
| 50:22 63:15 | 100:20 118:10 | 184:12,12 | 291:16 292:17 |
| 195:3 210:5 | 118:19 120:13 | 190:19 191:7 | 293:6,12 |
| 229:13 232:15 | 120:14,21,22 | 195:17,20 | 294:10,22 |
| 232:21 234:1,6 | 121:4,7,12,15 | 196:1,10,11,11 | 295:15 296:3 |
| 234:12 255:16 | 121:19 122:7,9 | 196:20,21 | 296:10 297:18 |
| 298:18 342:12 | 122:12 123:8 | 197:11,12 | 298:14 299:5,9 |
| 373:11 433:21 | 123:13,15,19 | 207:2,3 208:22 | 299:13,15,21 |
| 433:21 460:15 | 124:8,10,10,11 | 209:5 211:16 | 300:12 301:2,7 |
| 462:18 496:3 | 124:20 125:2,3 | 212:2,3 213:17 | 301:11,14 |
| 497:9 498:5 | 125:4 126:15 | 216:22 217:1 | 303:13 304:7 |
| 501:8 | 126:16,17,19 | 225:15 226:19 | 305:3 306:1 |
| **truly** 352:18 | 126:21 128:14 | 227:16 229:6 | 307:6 308:19 |
| **trump** 4:20 | 128:15,17 | 230:2,18 232:5 | 310:11,21 |
| 6:20 16:18 | 129:1 130:11 | 232:9,13 238:1 | 311:4 312:18 |
| 17:15 20:15 | 130:12 131:13 | 238:10,22 | 314:9,11 |
| 22:8,10,19 | 132:14,15,22 | 239:2,3,10 | 318:17 319:3 |
| 31:17 43:14,16 | 135:8 136:12 | 244:18 247:22 | 319:16 320:19 |
| 46:22 47:6 | 137:14 138:2,4 | 255:18 257:17 | 321:10 323:19 |
| 48:12,13,14 | 138:11,16 | 261:22 262:4 | 324:2 325:10 |
| 49:2,11 50:8 | 141:3 142:16 | 262:10,17,21 | 326:5 347:10 |
| 56:9,19 57:16 | 146:19 147:13 | 263:10,11,12 | 348:8,9,14 |
| 57:17 60:22 | 150:3 154:19 | 264:4,8,17 | 365:17,19 |
| 61:15 62:21 | 154:22 155:15 | 265:18 266:3 | 366:6 380:21 |

**[trump - tucson]**                                              Page 108

| | | | |
|---|---|---|---|
| 381:1,19 | 466:16 468:2 | **trump2024** | 425:3 429:15 |
| 383:17 384:10 | 469:1,4,20 | 131:15 162:14 | 429:16,17 |
| 386:19 387:18 | 470:9,16,18,21 | **trusted** 276:9 | 479:3 492:18 |
| 394:9 395:9,15 | 471:13 472:17 | **trusts** 296:20 | 494:10 |
| 397:16 398:13 | 473:2,3 474:3 | 300:13 | **trying** 44:16 |
| 406:8 408:12 | 474:9 476:12 | **truth** 4:20 6:20 | 61:7 71:18,19 |
| 408:14 409:3 | 476:13,14 | 9:12,12,13 | 77:8 78:17 |
| 409:22 412:6 | 477:4,8,16,18 | 35:22 36:9,16 | 85:2 90:21 |
| 414:7 416:18 | 479:5,6 488:15 | 37:17 55:16 | 95:5 112:16 |
| 416:19 417:3 | 489:9,12,13,15 | 59:22 60:5 | 115:12 144:15 |
| 417:13,18,19 | 490:11 491:9 | 75:15 100:15 | 168:21 171:13 |
| 417:21 418:2 | 491:11,13,13 | 124:15 127:21 | 193:16 199:16 |
| 418:12,13,13 | 491:19 492:12 | 132:10 133:4 | 224:2 228:6 |
| 419:8 420:2 | 492:19 493:7 | 149:22 150:1,2 | 233:6 254:11 |
| 422:1 423:2 | 493:13 494:4,8 | 150:3 203:14 | 263:12 265:5,7 |
| 424:2,8,10 | 494:9,11 | 247:16,16,17 | 265:8,13 267:1 |
| 425:22 427:9 | 495:20 | 253:1 350:22 | 288:10 299:11 |
| 427:11,12 | **trump's** 22:22 | 351:7 417:4 | 300:6,7 301:5 |
| 428:19 429:6 | 49:14 58:20 | 453:10,16 | 302:13 303:14 |
| 430:14,15 | 76:9 77:12 | 458:22 459:6 | 331:5 335:10 |
| 433:18 442:9 | 86:6 138:17 | 459:19 460:12 | 338:16,22 |
| 442:10 443:13 | 163:2,7 164:3 | **truthful** 29:18 | 365:14 395:9 |
| 443:20 449:9 | 179:4,16 200:8 | 69:19 206:22 | 398:3 417:20 |
| 449:13 450:3 | 226:11,11 | 350:13 396:12 | 425:22 426:4 |
| 450:17 451:15 | 251:10 274:17 | **try** 11:12,20 | 426:14 429:7 |
| 453:6 455:17 | 283:2 289:21 | 36:14 62:12 | 433:7 444:20 |
| 455:17,22 | 292:21 295:22 | 66:14 95:2 | 447:22 452:5 |
| 456:1 457:4,14 | 297:14 303:3 | 134:6 198:7 | 454:19 458:7 |
| 458:16,17 | 336:1,6 343:5 | 254:16 257:9 | 470:9 485:16 |
| 459:7,19 460:2 | 347:21 406:20 | 258:1,2 272:4 | 493:1 |
| 460:16 461:12 | 407:6 430:1 | 289:17 295:8 | **tucker** 206:12 |
| 461:20 462:4 | 444:17 455:9 | 300:20 324:19 | **tucson** 214:9 |
| 463:2 464:20 | 491:3 494:10 | 327:15,18 | 214:10,11,12 |
| 464:22 465:16 | | 419:3,10 420:3 | 214:21,22 |

**[tucson - types]**                                                    Page 109

| | | | |
|---|---|---|---|
| 215:13 222:14 | 252:12 274:6,7 | 450:10 451:1 | 342:13 350:17 |
| 222:15 | 281:5 312:9,14 | 451:13 452:19 | 415:19,20 |
| **tune**   314:15 | 312:15 314:7 | 452:21 454:6 | 452:3 454:21 |
| 327:15 | 322:1,4,5,15,16 | 454:18,18,21 | 455:8 494:19 |
| **turn**   54:13,15 | 323:1,15 | **tweet's**   347:13 | **twitter's** |
| 67:15 150:11 | 324:17 325:7 | **tweeted**   136:8 | 273:21 |
| 176:21 271:19 | 325:14,17 | 272:22 273:12 | **two**   20:3 83:2 |
| **turned**   49:6 | 326:3,10,11,13 | 346:12 357:18 | 85:21 91:6,6 |
| 52:8,8,22 53:3 | 326:14,16 | 381:7 456:7 | 136:20 137:1,3 |
| 53:4,6 54:5 | 327:5,6,9,20,20 | 495:8 | 137:4 139:18 |
| 139:3 147:15 | 327:21 328:8,9 | **tweeting**   332:8 | 145:2 147:13 |
| 152:12 396:9 | 328:12,21 | 332:13 | 167:5 172:2 |
| 446:13 471:6 | 329:17,19,22 | **tweets**   52:22 | 173:20 176:13 |
| **turns**   365:18 | 330:1,4,5,9,10 | 53:3 131:22 | 176:20 181:5 |
| 365:21 | 330:12,15,19 | 132:7 227:17 | 183:21 209:16 |
| **tv**   443:8 446:13 | 331:1,2,22,22 | 281:7,8 324:7 | 212:20 213:3 |
| 446:14 | 332:1,2,3,20 | 333:10,10 | 220:18 228:11 |
| **tweet**   4:14,15 | 333:8,13 | 398:14,15,16 | 230:13 243:4 |
| 4:16,17,19,21 | 334:11 335:13 | 450:22 488:14 | 272:11 274:4 |
| 4:22 5:5,6,20 | 335:15 337:4 | 488:20 489:8 | 276:7 277:18 |
| 5:21 6:5,6,8,9 | 344:12 345:9 | 491:14 494:21 | 361:11 392:8 |
| 6:10,11,12,13 | 347:18,19 | **twenties**   152:11 | 445:19 456:10 |
| 6:14,15,16,18 | 349:16 350:8 | **twice**   124:22 | 463:12 469:9 |
| 7:9 130:16 | 351:20,21 | 266:2 272:12 | 479:9 481:16 |
| 131:6,10,17,19 | 361:4 372:20 | **twist**   254:18 | 489:6 492:19 |
| 134:22 136:8 | 375:8 378:5 | **twisted**   220:12 | **type**   245:3 |
| 142:10,15 | 380:11,16 | **twitter**   39:15 | 254:20 311:3 |
| 145:12,20 | 383:22 387:9 | 210:11 218:19 | 325:10 326:6 |
| 146:8,16 147:3 | 387:12,18 | 231:10 248:5,7 | 422:8 424:9 |
| 154:2,11,13 | 390:9,11 395:4 | 248:14,20,22 | 427:13 432:5 |
| 155:6 161:12 | 398:11,17 | 249:3 251:22 | 432:11 437:22 |
| 162:11 189:10 | 410:19 426:20 | 252:4,14,17,19 | **types**   55:7 74:3 |
| 190:5,17 238:5 | 438:19 439:14 | 261:6 273:16 | 422:5 438:2,4 |
| 238:8,21 252:7 | 439:21 447:2 | 275:5 311:16 | 438:6 |

**typewriting**
497:7
**tyrants**   259:14

**u**

**u**   7:7,7
**uber**   253:6,11
253:20,21
254:3 275:3,6
275:8
**uk**   294:2
**ultimately**
39:20 70:18
73:9
**ultra**   273:3
293:14
**un**   251:6
495:18
**unabashedly**
298:3
**unacceptable**
54:8 427:10
**unavailable**
330:3
**unbelievable**
431:18
**unborn**   359:13
**uncomfortable**
422:10 476:8
**uncovered**
353:19
**under**   42:21
43:6 49:9 51:7
121:12 134:18

220:6 226:20
254:2 272:22
273:12 325:4
327:11 330:14
330:20 336:8
418:20 419:15
425:1,2,4
426:5,8 452:2
486:9,11
**undercover**
69:15 359:1
**undergo**
358:12
**undermine**
274:16
**understand**
53:13 56:6,15
58:17 61:5,16
64:22 71:14,22
98:8 105:5
106:1 111:9
165:6 167:20
170:8 198:10
273:2 275:20
283:10 287:15
302:8 309:8
338:1 341:4
354:8 358:9
371:17,20
383:15 391:11
397:9 442:13
442:14,19
443:5,17 444:7
452:8 468:13

476:9,15
478:19 483:19
487:5
**understanding**
74:8,20 82:8
116:4 118:7
294:1 341:10
355:10 372:2
419:7 455:6
474:12
**understood**
56:20 217:17
455:3 458:4
462:9
**unethical**   374:4
**unexpectedly**
115:13
**unfaithful**
103:7,14 117:5
117:7 118:20
121:14 123:8
123:15,19
124:10 126:19
129:10
**unfortunately**
95:21 389:16
**unfounded**
293:8 321:13
321:14
**unidentified**
149:13 151:1,6
151:9 288:21
314:20 374:14
374:16 390:2

459:5
**unified**   137:14
**unimportant**
153:14
**unit**   8:4
**united**   1:1 8:9
17:18 33:22
134:14,19
137:10 139:14
148:3 203:1
219:14 225:7
251:7,16 261:7
263:15 264:9
267:11 277:8
313:14 371:12
371:13 373:1
400:18 461:10
461:18 477:22
478:4
**unity**   137:12
455:20
**universities**
62:11,20
**university**
61:19 440:13
**unjustifiably**
460:1
**unleashed**
63:22 85:22
434:17 435:7
436:3
**unnecessary**
349:13

**[unprecedented - video]**                                    Page 111

**unprecedented**
260:4 441:16
**unreasonable**
16:20 111:3
**unreasonably**
112:17
**unsuccessfully**
272:13
**untouchable**
277:22
**unwilling**
376:14
**upload** 86:18
**upset** 78:14,16
335:4,9,21
336:3,17
406:21 476:14
**urge** 411:6
**urinate** 389:3,3
**use** 11:13 31:6
31:10,12 32:2
32:6,7 35:20
36:9,9,10,15,15
38:1,4,5,7
101:14 104:7
112:20 129:10
166:2 189:2
227:4 278:8
289:18 301:5
319:21 321:18
321:19 387:20
388:22 406:5
435:1,4 439:10
459:13 481:9

481:12,16
492:18
**used** 38:5 79:1
79:5,7 91:15
93:22 94:22
95:8 108:16
129:11 137:2
165:7 167:5,5
206:12 254:2
277:12 316:2
330:14 379:12
379:14,18
391:1 420:2
424:12 425:7
481:16 499:19
**uses** 93:3
157:18 406:9
**using** 94:21
166:2 255:12
255:14,22
256:1 269:11
304:4 359:4
365:15 377:5
379:22 442:9
464:14 482:21
494:8
**usual** 436:8
**usually** 42:18
170:5 173:22
188:17 290:22
**uterus** 352:13
357:20 358:10
358:16

**utmost** 363:5
**utters** 346:14

**v**

**v** 1:7 499:4
500:1 501:1
**vagina** 364:9
364:11,19,21
365:3,4,13
370:1,3 373:2
**vague** 45:15
47:10 55:13
108:6 232:22
319:13 398:5
417:15
**valedictorian**
61:18
**valid** 14:12
**valley** 259:14
**valuable**
134:11
**value** 245:9
**van** 206:8
**vance** 15:8,12
15:21 16:2
473:2
**vance's** 16:7,13
**various** 280:7
**vegas** 39:6
**vehicle** 63:5
207:1 253:19
254:3 301:6
442:9 464:15
492:18 493:15

494:3,8
**ventured**
196:22
**venue** 77:2
164:1 181:13
181:15,16
204:13 205:15
**venues** 186:2
**verbally** 467:8
**verify** 499:9
**veritas** 69:10
69:11 89:8
194:20 195:1
196:15 277:12
**veritext** 8:14,15
499:14,23
**veritext.com.**
499:15
**versed** 74:7
**vetting** 37:12
37:14,16 95:16
100:12
**vice** 15:7
331:17 371:13
373:1
**vicious** 192:2
404:12
**viciously** 450:5
**victims** 209:3
440:15
**victory** 154:20
**video** 4:15,22
5:5,19 6:19
7:10 8:4,5 10:1

47:2 73:13,16
79:13,14 87:16
87:18 88:7,18
91:15 132:10
134:17 135:1,6
135:18 137:3
137:13,15,17
140:7,19,22
141:11,14,17
141:22 142:7
142:21 150:9
150:19 151:19
162:17,20
185:10,22
190:22 191:2
193:5,13
206:19 307:1
307:15,20
351:5 412:14
438:13 439:18
441:6 445:3
447:3,16
448:11 452:17
453:1,16 454:2
454:4 459:15
479:18
**videographer**
3:18 8:2,14
68:7,10 102:3
102:6 194:7,10
194:12,15
276:22 277:3
278:14,17
349:1,4 434:9

434:12 437:1
479:20 480:1
488:3,6 496:17
**videos** 64:17
140:22 406:7
407:9 409:1
453:7
**videotaped**
1:12
**viewership**
230:11
**views** 96:2
225:20 238:16
271:10 311:17
417:2
**vigilant** 427:21
427:22 428:7
**villages** 167:14
170:9,10,14,22
171:3,3,8,9
**violate** 51:18
304:4
**violating** 51:19
273:17
**violation**
112:18
**violence** 109:4
257:21 262:1,3
262:10,17
264:12 265:6
265:19 266:11
267:8 268:6,11
269:13

**violent** 107:15
**viral** 73:13
86:10 157:3
202:11 218:3
**vis** 491:19,19
**viscerally**
314:11
**visual** 136:4
**vitriol** 430:5
**vocabulary**
379:11
**voice** 93:3
457:2
**volume** 150:22
151:1 445:4
**volunteers**
156:22
**voted** 99:22
167:11 186:17
277:15
**vs** 8:8

| **w** |
| --- |

**wait** 18:5,9,9,9
19:8 25:3 26:1
49:21 51:13,13
51:13,13,14,14
51:14 53:2,2,2
112:6,6 119:4
119:4,4,4,5,5
125:21 234:4
236:6,6,6,6,7,7
249:13,13,13
249:13,16,16

249:16 307:16
307:16 325:15
325:15,15,15
325:16,16
349:9,9,9,10,10
349:10 483:12
485:5
**waited** 152:18
212:4
**waiting** 185:2
**wake** 46:20
174:6 209:15
345:13
**walk** 140:19
329:6 343:17
388:13 389:1
**walked** 188:13
204:11
**walking** 206:20
329:8
**wall** 252:2
492:14
**want** 9:15
23:13 24:10
28:11 29:6
30:1 33:16
41:12,12 42:13
45:16 51:7,17
59:21 62:12
64:10 66:21
68:1 78:13,14
78:15 85:5
91:3,3,4
101:22 103:20

**[want - way]**                                                    Page 113

| | | | |
|---|---|---|---|
| 104:9 105:8,12 | 452:6 458:19 | 324:1 367:8 | 418:16 421:11 |
| 105:17 107:14 | 463:22 465:3 | 387:14 388:16 | 437:1 438:7 |
| 110:8 111:4 | 466:15 476:5,6 | 406:5 461:19 | 440:9 493:4 |
| 112:18 129:19 | 477:5,5 479:3 | 471:10 | **watched** |
| 131:3 152:19 | 479:5,9 482:16 | **warning**  276:8 | 204:21 265:22 |
| 153:16 157:4 | 482:18,21 | **warpath** | 416:13 417:6 |
| 186:20 189:3 | 486:13 488:10 | 437:16 441:12 | **watches**  416:20 |
| 192:22 193:18 | **wanted**  62:22 | 441:15 | **watching** |
| 194:11 198:5 | 70:8 73:20,21 | **warrior**  60:8 | 158:11,13,20 |
| 199:5 207:4 | 74:9 77:16 | 60:10 370:16 | 204:19 210:12 |
| 208:16 209:1 | 80:18,18 81:8 | 371:6 372:5,21 | 229:2 |
| 211:12 214:11 | 90:7,16,19,22 | 373:16 397:13 | **waters**  36:12 |
| 215:15 224:17 | 95:13,14,14,16 | 403:11 413:18 | **way**  19:3 22:19 |
| 224:18 236:10 | 96:13,15,17 | 414:9 | 23:14 34:5 |
| 236:13 240:2 | 97:6,18 138:8 | **warriors**  43:13 | 39:19 43:12 |
| 248:9 250:10 | 143:10 156:13 | **wars**  91:8,9,10 | 86:15 92:22 |
| 250:10 267:18 | 169:7,17 | 91:10,12,13 | 107:5 108:2 |
| 273:1 284:22 | 186:16 191:12 | 92:9 | 116:5 151:2 |
| 296:11 303:11 | 197:5 201:13 | **washington** | 154:22 160:21 |
| 305:5,6 307:17 | 209:2,3 252:12 | 1:17 3:7 8:12 | 187:18 204:1,1 |
| 311:17 312:15 | 270:3 301:4 | **waste**  55:2 | 204:3,4 208:17 |
| 313:11,15 | 384:14 418:22 | 94:16 | 223:21 224:18 |
| 325:3 330:20 | 419:2,3,9,19,22 | **wastes**  23:19 | 227:7 233:16 |
| 344:16 348:19 | 450:3 452:8 | 110:17 | 240:22 260:9 |
| 352:17 388:1,6 | 457:2 462:11 | **wasting**  288:15 | 264:16 283:22 |
| 388:12,19 | 462:12 463:21 | 491:5 | 294:5 299:14 |
| 394:7,16,18 | 470:2 472:5 | **watch**  141:11 | 299:15 322:7 |
| 396:1 401:17 | 478:1 | 142:17 151:13 | 364:14 367:19 |
| 401:19 402:3,6 | **wanting**  277:20 | 155:2 162:1 | 391:10 392:2 |
| 402:7 407:5 | 377:1 474:15 | 190:20 238:11 | 392:16,21 |
| 413:3,5 417:22 | **wants**  51:6 | 239:1 266:1 | 406:10 415:7 |
| 418:6 423:11 | 65:9 208:7,22 | 277:1 412:13 | 420:3 434:16 |
| 424:21 426:17 | 269:6 300:5 | 416:4,5,14 | 447:15 448:3,4 |
| 429:16,17 | 323:17,17 | 417:1,2,9,10,20 | 455:11 467:17 |

**[way - wife]**                                                                      Page 114

| | | | |
|---|---|---|---|
| 467:22 471:2 | 350:17,19 | 178:17,19 | 254:12 275:16 |
| 478:13 | 351:5 | 200:2 202:6 | 275:16,18,18 |
| **ways**  444:1 | **websites** | 204:9 205:11 | 275:22 290:5,8 |
| **we've**  10:5 | 228:22 | 207:21 211:21 | 304:3 331:18 |
| 82:14 101:16 | **wednesday** | 212:10,13,20 | 331:18 332:10 |
| 102:18 251:17 | 1:13 331:15 | 213:3,4,5,19 | 332:11 362:15 |
| 433:22 | **week**  82:17 | 218:16 220:13 | 419:2 420:2 |
| **weak**  390:22 | 96:10 158:8,10 | 350:22 408:12 | 427:7 428:12 |
| 391:1,3 393:18 | 161:8 173:20 | 415:18 417:7 | 431:17 455:2 |
| **weaknesses** | 198:4,4 281:20 | 418:19 419:17 | 455:17 459:22 |
| 287:10 | 282:4 416:12 | 427:13 432:5 | 470:13 471:21 |
| **wealth**  384:13 | 456:10 457:4 | 432:20 455:2 | 471:22 472:2 |
| **wealthy**  22:4 | **week's**  293:5 | 463:18 470:6 | 473:1,12 474:5 |
| 99:17 384:7 | **weekend** | 470:20 | 474:22 475:8 |
| 385:6 | 174:13 251:20 | **what'd**  475:17 | 478:8 |
| **weaponization** | 446:4,9,11,17 | **whatnot**  265:2 | **whore**  53:5 |
| 55:5 76:10 | **weekly**  74:22 | 475:16 | 128:19 239:14 |
| **weaponized** | **weeks**  83:2 | **whatsapp** | 241:2 |
| 22:6 | 268:2 430:7,15 | 31:12 | **widely**  13:15 |
| **wear**  249:10 | **weight**  303:15 | **whatsoever** | 13:17 16:16 |
| 250:4 251:11 | **weird**  154:22 | 128:14 | 20:18 35:21 |
| 273:20 | 240:5 356:6 | **where'd**  39:2 | 71:2 73:1 87:4 |
| **wearing**  176:2 | 450:7 | **white**  15:2,5,9 | 138:18 197:9 |
| 177:6 181:16 | **welcome**  85:2 | 16:21 17:2,5,9 | 249:8 252:1 |
| 181:18,21 | 139:7 145:18 | 17:11,22 18:2 | 262:5 265:16 |
| 184:12,13 | 214:12 269:10 | 20:1 52:10,12 | 337:1 353:10 |
| 192:15 249:9 | **wells**  206:13 | 52:21 67:10 | 354:9 378:22 |
| 250:3 252:18 | **went**  39:19 | 82:10 95:14,15 | **wider**  142:22 |
| 253:13 254:16 | 74:20 77:3,4,4 | 95:19 96:13,15 | **widespread** |
| 258:4 269:2,3 | 113:11,15 | 96:17 97:2 | 95:7 |
| **weather**  185:15 | 115:14 137:20 | 98:1 99:3 | **wield**  389:9 |
| **website**  58:19 | 157:3 160:22 | 128:20 220:1 | **wife**  17:20 |
| 59:4,12 63:21 | 171:21 173:8,8 | 222:7 244:2,15 | 123:9 124:10 |
| 291:10 295:13 | 173:9,9,12,14 | 244:16,20 | 125:4 155:11 |

**[wife - witness]**                                                    Page 115

| | | | |
|---|---|---|---|
| 260:19 264:6 | 466:12,17,18 | 126:18 129:5,8 | 283:15 287:15 |
| 277:19 298:12 | **wing** 62:13 | 130:17,21 | 288:3 289:7,10 |
| 356:7 379:4 | 73:2,2 275:20 | 131:2 132:17 | 289:13 294:21 |
| 391:5,9 392:1 | 293:5 | 135:10 136:5 | 296:15,20 |
| 489:13 | **winning** 346:17 | 143:14,20 | 298:17 301:22 |
| **wife's** 356:6 | **wish** 219:18 | 144:1,12,17,22 | 302:3 305:9 |
| **wig** 264:6 | **wished** 465:22 | 145:8 146:17 | 308:16,22 |
| **wild** 174:3 | **wishes** 274:17 | 150:10,14,16 | 310:3,7,9,19 |
| **wildfire** 281:3 | **withdrawn** | 150:18 151:3 | 311:1,18,19 |
| 281:6 | 78:5,6,10 | 151:11,15 | 312:6 314:2 |
| **wiles** 70:12 | **withhold** 331:4 | 152:6 154:9 | 315:4,5 316:13 |
| 72:2 74:2,11 | **witness** 8:18 | 164:18 183:6 | 316:17,22 |
| 75:4 82:1,9 | 9:6,11 14:17 | 183:13,15 | 317:6,9,13,17 |
| 84:3 158:2 | 15:15 20:7 | 184:17 190:14 | 318:2,4 321:13 |
| 166:17 167:18 | 23:22 24:10 | 192:20 193:1 | 322:20 323:11 |
| 167:22 199:3 | 27:5 29:1 | 194:4,6 195:11 | 323:14 324:22 |
| 271:14 466:21 | 32:21 33:10 | 217:4 222:6,12 | 325:3 326:11 |
| 474:1,4 478:21 | 35:2 40:20 | 223:14 225:2 | 328:2,9,12,15 |
| **williams** | 41:12 42:6,16 | 228:20 233:2 | 328:19 329:20 |
| 361:12 368:2 | 49:13 53:3 | 234:8 235:12 | 330:13 331:7 |
| **willie** 353:12 | 54:5 55:15,22 | 236:12,15,19 | 333:18,22 |
| 353:15,16,21 | 57:9,22 58:4,7 | 240:13 241:13 | 340:3 341:15 |
| 354:15 355:1,4 | 58:11 62:9 | 241:15,18 | 342:6,19 343:4 |
| 357:3,8 360:8 | 64:6 66:13 | 242:6 243:21 | 343:9 346:19 |
| 368:7 | 102:18 103:10 | 244:4,7,9,10,13 | 348:13 351:18 |
| **willing** 78:21 | 103:12 104:15 | 249:15,18 | 356:20 358:3 |
| 185:15 336:8 | 104:18 105:8 | 251:22 254:10 | 362:2 363:11 |
| 349:11 | 105:16 107:12 | 255:7,17 | 363:14 364:6 |
| **willingly** | 107:20 109:2 | 256:20 258:8 | 366:4 367:6,14 |
| 360:17 417:19 | 115:10 120:9 | 258:14,18 | 367:17 370:20 |
| 418:18 | 121:3,11 | 266:14,20 | 371:16,20 |
| **win** 82:12 | 122:20 123:1,4 | 267:15 277:2,4 | 372:10 373:5 |
| 191:13 271:22 | 123:12,18,19 | 279:5 280:10 | 374:2,9,11,17 |
| 331:17 379:5 | 124:6,19 126:8 | 281:13 283:10 | 376:20 379:14 |

**[witness - worked]**                                                        Page 116

| | | | |
|---|---|---|---|
| 380:20 381:11 | **witnesses** | 392:8,11,13 | 310:12,20 |
| 385:18 386:1 | 138:14 143:16 | 393:14,15 | 311:8 369:6 |
| 386:16 387:7 | 144:17 470:19 | 489:17 | 424:12 428:5 |
| 391:21 395:13 | **witnessing** | **women's** | 429:20 438:4 |
| 396:4,11,19 | 259:12 | 264:19 389:2 | **wore**  182:2 |
| 398:2,6 399:22 | **wives**  123:20 | 389:15 | **work**  13:21 |
| 400:1 406:18 | 126:19 | **won**  82:11 | 19:3 52:11 |
| 410:6,11 412:1 | **woke**  174:6 | 146:19 154:19 | 65:6,9 69:21 |
| 412:4 414:1 | 211:21,22 | 210:14 211:20 | 71:12 75:16 |
| 417:17 418:10 | 221:17 224:7 | 215:7 277:14 | 80:3 81:9,21 |
| 419:22 421:18 | 365:21 | 293:19 295:18 | 81:21 89:18 |
| 423:8,15 | **woman**  22:4 | 303:4,6 304:7 | 90:16 91:8,9 |
| 424:21 425:15 | 61:6 99:18 | 366:6 406:15 | 95:13,14,15,17 |
| 425:18,21 | 101:3 129:22 | 406:16 471:2 | 95:18,19 97:9 |
| 426:4,7,14,17 | 130:1 152:14 | **wonder**  245:7 | 121:21 138:4 |
| 437:3 438:14 | 187:15 230:21 | **wondered** | 139:1 147:18 |
| 447:10,14 | 230:22 239:17 | 96:15 428:7 | 147:20 149:10 |
| 448:3,9,17 | 240:2 242:9,10 | **wonderful** | 152:16 185:9 |
| 452:21 453:19 | 249:12 277:10 | 101:3 223:1 | 185:19 186:5,6 |
| 459:17 481:22 | 303:21 314:15 | 399:19 | 200:18 206:12 |
| 483:16,21 | 323:18 324:2 | **wondering** | 218:4,17 |
| 484:8,14 | 352:16 360:16 | 477:3 | 219:18,19 |
| 485:18 486:12 | 389:2 429:19 | **woods**  196:19 | 244:16,20 |
| 486:18 487:2,7 | 429:20 | **word**  118:22 | 245:5,5,20,21 |
| 487:9 489:4 | **womanhood** | 255:3,4,22 | 246:1,11 |
| 490:3 491:6 | 386:4 | 256:1 364:7 | 277:12 305:2 |
| 492:1,8 494:7 | **women**  239:19 | 365:15 368:16 | 312:20 401:20 |
| 495:2,15 496:9 | 239:22 240:15 | 370:7,8 425:2 | 470:12 477:7 |
| 496:12,15 | 265:3 314:16 | 425:7 435:1,4 | 477:15 |
| 497:4 499:8,10 | 358:8,11 | 454:20 | **worked**  36:7 |
| 499:12,18 | 382:12,14,17 | **words**  132:13 | 69:10,14 89:7 |
| **witnessed** | 382:21 385:10 | 198:11 208:6 | 89:12 99:18 |
| 124:9 126:20 | 388:7 389:4 | 269:11 272:16 | 194:19 359:3 |
| 233:10 251:9 | 390:15 392:5,6 | 273:3 308:17 | 366:7 392:16 |

**[worked - yeah]**                                                          Page 117

| | | | |
|---|---|---|---|
| 448:21 451:12 | **wright**  1:15 | **x** | 133:1,1 135:19 |
| 468:22 469:3 | 2:13 3:5 9:1 | **x**  4:1,7 5:1 6:1 | 135:22 137:18 |
| 478:17 | 59:2 | 7:1 14:3 21:15 | 141:2,13,15,20 |
| **working**  52:10 | **wrist**  259:9,16 | 31:14 36:8,9 | 144:12 146:10 |
| 70:10 71:6 | 259:19,21 | 36:16,17 37:6 | 146:13 148:11 |
| 74:12 76:3 | **write**  60:1,4 | 85:11 86:15 | 150:2,2,6,12,15 |
| 79:18,21 80:2 | 246:5 296:17 | 189:13 231:4 | 151:11,22 |
| 80:6,17 83:19 | 438:1,3,3 | 350:18,19 | 152:3 154:13 |
| 84:7 128:20 | **writes**  132:1 | 351:4,9 394:11 | 155:5,6,8,10 |
| 196:14,15 | **writing**  304:2 | 452:12 456:6 | 156:6 161:8 |
| 218:13 220:1 | 366:8 492:14 | 484:14,16 | 162:7,12,21 |
| 244:22 274:19 | **written**  49:10 | 495:5 | 163:1,16 169:9 |
| 287:12 436:11 | 131:18 285:9 | | 169:13 170:18 |
| 450:17 452:1 | 285:14 297:11 | **y** | 173:19 175:8 |
| **workings**  296:4 | 326:21 | **ye**  290:5 | 176:12,19 |
| **works**  19:12 | **wrong**  181:6,19 | **yeah**  19:9,11 | 177:2 178:4 |
| 34:5 65:9 | 181:20 268:18 | 21:20 24:9 | 179:19 180:1 |
| 67:10 86:15 | 291:20 300:9 | 33:15,21 35:13 | 182:1,2 183:11 |
| 111:5 138:16 | 300:10 379:16 | 38:15 49:4 | 183:21 184:8,9 |
| 172:1 187:19 | 380:9 425:3,7 | 55:15,20 65:14 | 184:9 186:11 |
| 244:1 313:10 | 461:17 | 68:6 70:4,15 | 186:22 187:14 |
| 322:8 392:15 | **wrongdoing** | 71:20 75:19 | 191:20,22 |
| 462:16 471:4 | 55:3 | 78:3 82:17 | 192:19 193:20 |
| **world**  51:7 | **wrote**  89:11 | 83:13 85:15 | 195:12 199:7 |
| 100:3 149:10 | 132:9 299:6 | 86:10 88:13,13 | 200:6 201:8 |
| 219:14 356:2 | 368:19 369:2,6 | 89:10 91:17 | 203:7 205:2 |
| 392:15 406:5 | 369:13 370:11 | 92:15 94:16 | 206:1 209:19 |
| 461:14 | 370:12 372:16 | 95:11 96:17 | 210:21 214:8 |
| **worried**  287:4 | 372:19,19 | 99:7 100:19 | 219:13 223:11 |
| **worse**  247:7 | 408:5 427:18 | 101:18,21 | 236:16 238:17 |
| **worth**  21:21 | 431:11,11 | 102:2,14 | 243:17 244:3 |
| 444:19 | **wsvn**  196:15 | 105:20,20 | 247:21 248:6 |
| **wow**  379:15 | | 106:9 110:6 | 248:12,22 |
| | | 131:19 132:9 | 249:12 256:18 |

| | | | |
|---|---|---|---|
| 258:14 259:17 | 436:7 437:5,21 | **yelling** 28:3,4 | 210:17 211:21 |
| 263:22 269:3,3 | 439:22 441:4 | 58:7,11 244:8 | 212:11 213:3 |
| 269:3 270:22 | 442:12 445:11 | 244:11 | 227:8 230:3 |
| 271:3,6,12,17 | 445:15 447:20 | **yellow** 183:3 | 262:7,8 269:12 |
| 273:15 274:3 | 451:4 452:5,16 | 187:2 249:9 | 270:2 274:2,6 |
| 276:4,15 278:1 | 452:22 453:11 | 250:3 251:11 | 297:1,11 299:2 |
| 282:17 283:19 | 455:6 460:7 | 252:19 254:16 | 299:4,21 306:5 |
| 284:19 285:14 | 462:11 463:17 | 258:4 273:18 | 406:14 450:6,9 |
| 287:13 290:7 | 467:9,11,18 | **yep** 85:13 | 450:15,16 |
| 291:7 292:6 | 471:17 475:9 | 142:19,21 | 451:11 478:15 |
| 294:9 295:18 | 479:17 485:15 | 146:6 174:20 | 479:5 |
| 296:5 306:14 | 485:18 490:2 | 183:14 187:4 | **young** 99:18 |
| 307:18 308:10 | 495:10 496:2 | 253:7,9 256:12 | 137:20 138:7 |
| 310:14 312:11 | **year** 10:11 | 260:15 261:20 | 385:5,10 |
| 314:14 318:20 | 69:18 88:15 | 272:18 274:21 | 387:21 388:2,5 |
| 321:3 322:3 | 102:19 103:5 | 275:10 284:6 | 388:5 389:10 |
| 332:15 335:19 | 169:13 193:16 | 285:12 309:19 | **youtuber** 97:20 |
| 336:13 337:1 | 248:4 253:3 | 347:6 439:17 | |
| 338:20 340:11 | 347:16 383:20 | 483:11 | **z** |
| 340:13 342:10 | 384:2 385:5 | **yesterday** | **zangief** 336:21 |
| 342:12,15 | 483:7 | 12:20 15:2,21 | **zone** 182:17 |
| 344:19 345:11 | **year's** 165:19 | 16:2 103:1,4 | 204:9,11,12 |
| 345:13 346:5 | **years** 32:17 | 473:1 | 205:18 207:21 |
| 346:19 347:3 | 35:14,18 38:21 | **yiannopoulos** | 207:22 210:16 |
| 349:9 350:10 | 68:22 96:1 | 449:1 | |
| 350:15 353:6 | 179:6 196:3 | **york** 2:15 3:14 | |
| 354:18 362:19 | 244:17,18 | 5:7,16 70:19 | |
| 369:20 373:18 | 247:13 361:13 | 75:9,10 76:1 | |
| 381:9 384:4,19 | 364:12 365:6 | 90:3,4,7 | |
| 393:4 395:5 | 381:7 384:6 | 137:20 138:7 | |
| 407:14 411:16 | 477:6 481:17 | 173:12 174:14 | |
| 416:22 417:10 | 489:9,9 | 181:21 182:4,7 | |
| 428:6 432:9 | **yell** 28:1,5 58:2 | 182:7,9 208:3 | |
| 434:3 435:5,19 | 249:18 | 209:5,21 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.