# EXHIBIT 6

PageVault

| | |
|---|---|
| Document title: | Watch Real Time with Bill Maher \| HBO Max |
| Capture URL: | https://www.hbomax.com/shows/real-time-with-bill-maher/abc00905-6a23-46f6-a531-20214bb06f37 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:02:51 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:03:37 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | dKMviNP9eJUbZWUM1k9RS2 |
| Display Name: | salgutierrez |

PDF REFERENCE #:     nV5d4aF2jKQUbz7MkXLgas



Document title: Watch Real Time with Bill Maher | HBO Max
Capture URL: https://www.hbomax.com/shows/real-time-with-bill-maher/abc00905-6a23-46f6-a531-20214bb06f37
Capture timestamp (UTC): Tue, 23 Sep 2025 23:03:37 GMT
Page 1 of 4



MOVIES  SHOWS  LIVE SPORTS  ORIGINALS  BRANDS  COLLECTIONS  FREE EPISODES  SIGN IN  SIGN UP NOW

## Guests for September 19, 2025

**Tom Homan**
White House Border Czar


**Joe Manchin**
Former U.S. Senator (D-WV)


**Alex Wagner**
Senior Political Analyst, MSNBC


## Episodes

SEASON 22


**29. September 27, 2024: Fran Lebowitz, Yuval Noah Harari, Ian Bremmer**
Guests: Fran Lebowitz, Yuval Noah Harari, Ian Bremmer.


**30. October 11, 2024: Tim Alberta, Buck Sexton, Laura Coates**
Guests: Tim Alberta, Buck Sexton, Laura Coates.


**31. October 18, 2024: David Hogg, Joe Scarborough, Mark Cuban**
Guests: David Hogg, Joe Scarborough, Mark Cuban.


**32. October 25, 2024: Megyn Kelly, Van Jones, Gov. Jared Polis**
Guests: Megyn Kelly, Van Jones, Gov. Jared Polis.


**33. November 1, 2024: Rep. Jamie Raskin, Michael Moynihan, Tim Miller**
Guests: Rep. Jamie Raskin, Michael Moynihan, Tim Miller.


**34. November 8, 2024: Michael Douglas, John Heilemann, Sarah Isgur**
Guests: Michael Douglas, John Heilemann, Sarah Isgur.


**35. November 15, 2024: Dr. Casey Means, Chris Cuomo, Mary Katharine Ham**
Guests: Dr. Casey Means, Chris Cuomo, Mary Katharine Ham.


**36. November 22, 2024: Neil Degrasse Tyson, Donna Brazile, Andrew Sullivan**
Guests: Neil Degrasse Tyson, Donna Brazile, Andrew Sullivan.

## You May Also Like


Funny or Die Presents (HBO)


Mr. Show with Bob and David (HBO)


My Dad Wrote a Porno (HBO)


The Chris Rock Show (HBO)






   


Random Acts of Flyness (HBO)


A Black Lady Sketch Show (HBO)


Pause With Sam Jay (HBO)


2 Dope Queens (HBO)


Last Week Tonight With John Oliver (HBO)


Los Espookys (HBO)


The Rehearsal (HBO)


Robert Klein: Unfair & Unbalanced (HBO)

# Real Time with Bill Maher

**Genres**
Comedy, Variety, Talk & Sketch

**Release Year**
2003

**Rating Information**
TV-MA

**Executive Producers**
Bill Maher, Sheila Griffiths, Marc Gurvitz, Dean Johnsen, And Billy Martin

**Co-Executive Producer**
Chris Kelly

**Producer**
Matt Wood

**Director**
Paul Casey

**About This Series**

Maher offers his unique perspective on contemporary issues through this weekly show's opening monologue, one-on-one interviews with notable guests, roundtable discussions with panelists, and its signature "New Rules."

## Stream Must-See Series, Movies & More

Plans start at $9.99/month.

SIGN UP NOW




MOVIES    SHOWS    LIVE SPORTS    ORIGINALS    BRANDS    COLLECTIONS    FREE EPISODES                    SIGN IN    SIGN UP NOW





**Last Week Tonight With John Oliver (HBO)**

**Los Espookys (HBO)**

**The Rehearsal (HBO)**

**Robert Klein: Unfair & Unbalanced (HBO)**

# Real Time with Bill Maher

**Genres**
Comedy, Variety, Talk & Sketch

**Release Year**
2003

**Rating Information**
TV-MA

**Executive Producers**
Bill Maher, Sheila Griffiths, Marc Gurvitz, Dean Johnsen, And Billy Martin

**Co-Executive Producer**
Chris Kelly

**Producer**
Matt Wood

**Director**
Paul Casey

**About This Series**

Maher offers his unique perspective on contemporary issues through this weekly show's opening monologue, one-on-one interviews with notable guests, roundtable discussions with panelists, and its signature "New Rules."

## Stream Must-See Series, Movies & More

Plans start at $9.99/month.

**SIGN UP NOW**

EXPLORE WHAT'S ON    MOVIES    TV SHOWS    ORIGINALS    FREE EPISODES    CNN MAX    LIVE SPORTS

DISNEY+, HULU, HBO MAX BUNDLE    STUDENT DISCOUNT    SAVINGS ON HBO MAX    CONTENIDO EN ESPAÑOL

Accessibility    Privacy Policy    Children's Privacy Policy    Terms Of Use    Ad Choices

Do Not Sell My Personal Information    Help    Company    Join The Team    Press Releases    Advertising

©2025 WarnerMedia Direct, LLC. All rights reserved. HBO Max and related elements are property of Home Box Office, Inc.