# EXHIBIT 7

  Sign in    Use app

Back

# Bill Maher
# Awards

Jump to ▼

**10 WINS & 83 NOMINATIONS**

## CableACE Awards ›


**1997 Nominee** CableACE
Talk Show Series
**Politically Incorrect**
Shared with: Scott Carter · Nancy Geller · Douglas M. Wilson · Kevin Hamburger · Chris Kelly · Carole Chouinard · Mary Knowles · Chuck LaBella


**1997 Nominee** CableACE
Entertainment Host
**Politically Incorrect**


**1996 Winner** CableACE
Talk Show Series
**Politically Incorrect**
Shared with: Nancy Geller · Scott Carter


**1995 Winner** CableACE
Talk Show Series
**Politically Incorrect**
Shared with: Scott Carter · Nancy Geller · Sue Fellows · Douglas M. Wilson


**1995 Winner** CableACE
Entertainment Host
**Politically Incorrect**

4 more ▼

## Primetime Emmy Awards ›

**2024 Nominee** Primetime Emmy


Outstanding Short Form Comedy, Drama or Variety Series
Real Time with Bill Maher
For "Overtime"
Shared with: Sheila Griffiths · Marc Gurvitz · Billy Martin · Matt Wood · Dean E. Johnsen


**2018 Nominee** Primetime Emmy
Outstanding Informational Series or Special
Vice
Shared with: Michael Kenneth Williams · Shane Smith · Tim Clancy · Jonah Kaplan · Beverly Chase · David Schankula · Ben Anderson


**2017 Nominee** Primetime Emmy
Outstanding Informational Series or Special
Vice
Shared with: Shane Smith · Jonah Kaplan · Tim Clancy · David Schankula · Ben Anderson · Beverly Chase


**2017 Nominee** Primetime Emmy
Outstanding Variety Talk Series
Real Time with Bill Maher
Shared with: Scott Carter · Sheila Griffiths · Marc Gurvitz · Billy Martin · Dean E. Johnsen · Chris Kelly · Matt Wood


**2016 Nominee** Primetime Emmy
Outstanding Informational Series or Special
Vice
Shared with: Shane Smith · Eddy Moretti · Bradley J. Levin · Jonah Kaplan · Tim Clancy · Ben Anderson

37 more ⌄

## Grammy Awards ❯


**2007 Nominee** Grammy
Best Spoken Word Album
For the album ""New Rules -- Polite Musings From a Timid Observer"


**2004 Nominee** Grammy
Best Spoken Word Album
For "When You Ride Alone You Ride With Bin Laden (Bill Maher)"

## International Documentary Association ❯


**2014 Nominee** IDA Award
Best Episodic Series
Vice
Shared with: Bradley J. Levin · Eddy Moretti · Shane Smith

## PGA Awards ❯


**2019 Nominee** PGA Award
Outstanding Producer of Live Entertainment & Talk Television
Real Time with Bill Maher
Season 16
Shared with: Scott Carter · Matt Wood · Chris Kelly · Dean E. Johnsen · Billy Martin · Marc Gurvitz · Sheila Griffiths


**2017 Nominee** PGA Award
Outstanding Producer of Live Entertainment & Talk Television
Real Time with Bill Maher
Season 14
Shared with: Scott Carter · Sheila Griffiths · Marc Gurvitz · Billy Martin · Dean E. Johnsen · Chris Kelly · Matt Wood

**2016 Nominee** PGA Award


Outstanding Producer of Non-Fiction Television
Vice
Season 3
Shared with: Bradley J. Levin · Eddy Moretti · Shane Smith · Jonah Kaplan · Tim Clancy · Ben Anderson · Shawn Killebrew


**2016 Nominee** PGA Award
Outstanding Producer of Live Entertainment & Talk Television
Real Time with Bill Maher
Season 13
Shared with: Scott Carter · Sheila Griffiths · Marc Gurvitz · Billy Martin · Dean E. Johnsen · Matt Wood


**2015 Nominee** PGA Award
Outstanding Producer of Live Entertainment & Talk Television
Real Time with Bill Maher
Shared with: Scott Carter · Sheila Griffiths · Marc Gurvitz · Dean E. Johnsen · Billy Martin · Matt Wood

8 more

## Walk of Fame


**2010 Winner** Star on the Walk of Fame
Television
On September 14, 2010. At 1634 Vine Street.

## Writers Guild of America, USA


**2018 Nominee** WGA Award (TV)
Comedy/Variety Series
Real Time with Bill Maher
Shared with: Scott Carter · Adam Felber · Matt Gunn · Brian Jacobsmeyer · Jay Jaroch · Chris Kelly · Billy Martin · Bob Oschack · Danny Vermont


**2016 Winner** WGA Award (TV)
Comedy/Variety - Talk Series
Real Time with Bill Maher
Shared with: Scott Carter · Adam Felber · Matt Gunn · Brian Jacobsmeyer · Jay Jaroch · Chris Kelly · Billy Martin · Danny Vermont


**2015 Nominee** WGA Award (TV)
Comedy/Variety (Including Talk) - Series
Real Time with Bill Maher
Shared with: Billy Martin · Scott Carter · Adam Felber · Matt Gunn · Brian Jacobsmeyer · Jay Jaroch · Chris Kelly · Danny Vermont


**2015 Nominee** WGA Award (TV)
Comedy/Variety - Music, Awards, Tributes - Specials
Bill Maher: Live from D.C.


**2013 Nominee** WGA Award (TV)
Comedy/Variety (Including Talk) - Series
Real Time with Bill Maher
Shared with: Scott Carter · Adam Felber · Matt Gunn · Brian Jacobsmeyer · Jay Jaroch · Chris Kelly · Mike Larsen · Billy Martin

10 more

## Dorian Film Awards


**2017 Nominee** Dorian Award
Wilde Wit of the Year


**2015 Nominee** Dorian Award
Wilde Wit of the Year


**2014 Nominee** Dorian Award
Wilde Wit of the Year


**2013 Nominee** Dorian Award
Wilde Wit of the Year

## Online Film & Television Association ❯


**2010 Nominee** OFTA Television Award
Best Male Performance in a Fiction Program
Real Time with Bill Maher


**2004 Nominee** OFTA Television Award
Best Host or Performer of a Variety, Musical, or Comedy Program
Real Time with Bill Maher


**2001 Nominee** OFTA Television Award
Best Host or Performer in a Variety, Musical, or Comedy Series
Politically Incorrect


**1998 Nominee** OFTA Television Award
Best Host or Performer in a Variety, Musical, or Comedy Series
Politically Incorrect

**1997 Nominee** OFTA Television Award
Best Host or Performer in a Variety, Musical, or Comedy Series
Politically Incorrect

## Davey Awards, US ❯


**2017 Winner** Davey Award
Social - Content-Entertainment
Real Time with Bill Maher: Truth Serum

## Contribute to this page ❯
Suggest an edit or add missing content

Please see our guide to updating awards ❯

Learn more about contributing ❯

## More from this person

• • •

Sponsored

More to explore

Photos

Red Carpet Photos From the 77th Primetime Emmys

See the gallery

Photos

Streaming Stars, Then and Now

See the gallery

## User lists

Related lists from IMDb users

+ Create a list

| Comedians  |
| --- |
| created 5 years ago |
| 26 people |

| The Best Comedians of All Time  |
| --- |
| created 10 years ago |
| 38 people |

| Stand-up Comedians  |
| --- |
| created 12 years ago |
| 49 people |

| Atheist People  |
| --- |
| created 13 years ago |
| 35 people |

| My Favourite People in the World  |
| --- |
| created 13 years ago |
| 30 people |



Top 20 Comedians

created 11 years ago
20 people


## User polls

Related polls from IMDb users

Which of these never-married celebs would you marry? 

Who could replace Jon Stewart on The Daily Show? 

Celebrity-Owned Sports Teams 

Late Night Favorite 

## Projects in development

Get more at IMDbPro

If You Lived with Me You'd Be Home by Now

Recently viewed					Clear all

Photos



Bill Maher



Catch and Kill: The Podcast Tapes

**Get the IMDb App**

**Sign in for more access**

Help    Site Index    IMDbPro

Box Office Mojo    License IMDb Data

Press Room  Advertising  Jobs

Conditions of Use  Privacy Policy

Your Ads Privacy Choices

© 1990-2025 by IMDb.com, Inc.