# EXHIBIT 8

   

🏠 Home    >    Awards



# Bill Maher



**AWARDS & NOMINATIONS**        **NEWS & FEATURES**

## 42 Nominations   1 Emmy

| 2024 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|------|------|------|------|------|------|------|------|------|
| 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2002 | 2001 |
|      | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | All  |      |



NOMINEE

### Outstanding Short Form Comedy, Drama Or Variety Series - 2024

**Bill Maher,** *Executive Producer*

Real Time With Bill Maher: Overtime

HBO Max
HBO in association with Bill Maher Productions

**Click here if you have updates to this page.**

   

### TELEVISION ACADEMY

Academy    Foundation    Membership    Careers

### CONTACT

Contact Us    Frequently Asked Questions

### PRESS

Press Portal

### POLICIES

Privacy Policy    Trademark Policy    User Agreement    Site Submission Rules    Code of Conduct

Website content © Television Academy.
EMMY, EMMYS, and the Emmy Statuette are registered trademarks and/or copyrights Of ATAS and NATAS.
TELEVISION ACADEMY and ACADEMY OF TELEVISION ARTS & SCIENCES are registered trademarks of ATAS.