# EXHIBIT 10

# Trump Claims Ignorance of Laura Loomer's 9/11 Conspiracy Theories

After commemorating Sept. 11 with a far-right activist who has called the attacks an "inside job," former President Donald J. Trump said he was unaware of her remarks.

 Listen to this article · 4:18 min  Learn more



By Michael Gold

Reporting from Trump National Golf Club, Los Angeles, in Rancho Palos Verdes, Calif.

Sept. 13, 2024

Former President Donald J. Trump, whose recent travel with the far-right activist Laura Loomer has alarmed some of his Republican allies in Congress, defended her on Friday as a "free spirit."

Mr. Trump said that he did not know she had spread conspiracy theories about the Sept. 11 attacks when he commemorated their anniversary with her earlier in the week. And he defended Ms. Loomer, who has a history of making racist, anti-Muslim, homophobic and transphobic comments, as an outspoken supporter.

"Laura has been a supporter of mine, just like a lot of people are supporters," Mr. Trump said at a news conference at his golf club near Los Angeles. He added that Ms. Loomer praised his campaign before saying, "I don't control Laura. Laura has to say what she wants. She's a free spirit."

Hours later, Mr. Trump distanced himself from Ms. Loomer in a post on his social media site, Truth Social, where he noted that she did not work for his campaign and then pivoted to criticizing his political opponents.

Trump Claims Ignorance of Laura Loomer's 9/11 Conspiracy Theories - The New York Times
Case 5:24-cv-00625-JSM-PRL    Document 150-10    Filed 11/10/25    Page 3 of 4 PageID 4704

"She's a private citizen and longtime supporter," Mr. Trump wrote. "I disagree with the statements she made but, like the many millions of people who support me, she is tired of watching the Radical Left Marxists and Fascists violently attack and smear me."

Mr. Trump drew criticism from Democrats and concern from some close Republican allies after he traveled with Ms. Loomer to Tuesday's debate in Philadelphia, and she then accompanied him on Wednesday to Sept. 11 memorial events in New York City and Shanksville, Pa. Ms. Loomer had previously called Sept. 11 "an inside job."

Before Mr. Trump's debate against Ms. Harris, Ms. Loomer posted a racist joke on social media, saying that if Ms. Harris, who is Black and Indian American, won in November, the White House would "smell like curry."

Mr. Trump's travel with Ms. Loomer drew criticism this week from several of Mr. Trump's Republican allies. Senator Lindsey Graham of South Carolina told a reporter for HuffPost on Thursday that she was "really toxic." Representative Marjorie Taylor Greene of Georgia told reporters that she did not think that Loomer "had the experience or the right mentality" to advise the campaign.

And in a post on social media on Friday, Senator Thom Tillis of North Carolina wrote: "Laura Loomer is a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC plant couldn't do a better job than she is doing to hurt President Trump's chances of winning re-election. Enough."

Asked about Ms. Loomer flying on his plane this week, Mr. Trump said only, "A lot of people do. It's a very big plane."

Ms. Loomer declined to comment about the controversy on Thursday, saying in a text message that she was "not interested in speaking to the media so they can further their conspiracies about me." But on social media, she took on her critics.

She addressed it again in a post on social media on Friday. "The media continues to make this more than it is," she wrote. "I'm simply a ride or die supporter of President Trump."

When Mr. Trump was asked directly about Ms. Loomer's curry comment, he waved off the question and said, "that's OK." It was not clear whether he was referring to the comment or dismissing the question. Seconds later, he added, "I just don't know. Laura's a supporter, I don't know." But he went on to praise Ms. Loomer as "a strong person," saying "she's got strong opinions, and I don't know what she said."

When a reporter asked Mr. Trump whether he disavowed the racist remarks that Ms. Loomer had made about his opponent or her conspiracy theories about Sept. 11, Mr. Trump said: "Well, I have to see what the remarks are," adding that he did not know what the reporter was talking about.

"I do know that she may have said something based on what you're telling me, but I don't know what she said," he said. "But I'll go take a look and I'll put out a statement later on."

A few hours later, he issued the statement on Truth Social. It was not immediately clear from Mr. Trump's statement which of Ms. Loomer's comments he disagreed with. In the past, Mr. Trump has sometimes reposted some of Ms. Loomer's posts.

**Michael Gold** is a political correspondent for The Times covering the campaigns of Donald J. Trump and other candidates in the 2024 presidential elections.