# EXHIBIT 11

| | |
|---|---|
| Document title: | PayPal Bans Pro-Trump, Far-Right Activist Laura Loomer - Newsweek |
| Capture URL: | https://www.newsweek.com/paypal-bans-pro-trump-anti-muslim-fanatic-laura-loomer-1319563 |
| Page loaded at (UTC): | Wed, 05 Nov 2025 22:53:52 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 22:55:30 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| Capture ID: | h7AyiL1WHTtodkGPjXdwm6 |

PDF REFERENCE #:    gH2GETcWB7oBJk23zWuJc6

**Newsweek**

Nation | World | Lifestyle | Opinion | Rankings | Connect | More | Subscribe | Sign In

U.S.   Laura Loomer   Far-Right   Trump   Anti-Muslim   Paypal

News Article ⓘ

# PayPal Bans Pro-Trump, Far-Right Activist Laura Loomer

PUBLISHED
FEB 05, 2019 AT 09:30 PM EST

UPDATED
FEB 06, 2019 AT 10:37 AM EST

ADVERTISING

Newsweek READERS' CHOICE 2026 — CHOSEN BY READERS. CELEBRATED BY NEWSWEEK. CAST YOUR VOTE. VOTE NOW!



A sign is posted outside of the PayPal headquarters on April 9, 2018 in San Jose, California. On Tuesday, PayPal banned far-right figure Laura Loomer | *Getty/Justin Sullivan*

 By **Christina Zhao**
Senior news editor

0   Share

🛡 Newsweek is a Trust Project member ↗



Japan. Sharing tomorrow.
Regional Revitalization and Innovative Solutions in Japanese Agriculture

PayPal on Tuesday moved to ban pro-Trump, far-right activist Laura Loomer from its online payment and funding platform.

Loomer posted a screenshot of the letter she received from PayPal informing

LATEST NEWS   What Happens If The Supreme Court Rules Against Trump On Tariffs?

Newsweek   Nation   World   Lifestyle   Opinion   Rankings   Connect   More   Subscribe   Sign In

from its online payment and funding platform.

Loomer posted a screenshot of the letter she received from PayPal informing her of the ban to Instagram earlier today.

"PayPal just banned me for no reason whatsoever," she wrote. "This comes one day after Radical Left wingers published a fake hit piece about me, falsely accusing me of getting donations from an 'anti-Muslim hate group.'"

"They want me to be homeless & die!" Loomer added.

ADVERTISING



Here Are The 33 Coolest Gifts For...
Best Gifts · Sponsored    Learn more

In the letter to Loomer, the company declared they were "terminating our relationship with your account(s) pursuant to PayPal's User Agreement. Under the PayPal User Agreement, PayPal, in its sole discretion, has the right to terminate your accounts for any reason and at any time upon notice to you."

Responding to the decision, Loomer announced that she is planning "on suing all of the Left wing terrorists and tech tyrants who are trying to shut me down simply because I am a Conservative Jewish woman who speaks truth about Islam." She then attacked Silicon Valley, who she claims has "disenfranchised me, falsely accused me of being a white supremacist, a Nazi, anti-Muslim, a racist, a bigot, and every other smear in the book."

Loomer went on to admit she has already been banned from "everywhere," including Twitter, Uber, Lyft, GoFundMe, Venmo and even Uber Eats.

READ MORE
**U.S.**


Warning Issued as Thousands Told to Stay Inside


Regional Revitalization and Innovative Solutions in Japanese Agriculture

---

**Trending**



**01** State Issued Winter Weather Alert as 5 Inches of Snow To Hit
3 min read

**02** Map Shows States Covering SNAP Benefits Amid Funding Lapse
2 min read

**03** Winter Weather Alert as 12 Inches of Snow To Hit
3 min read

**04** Donald Trump Reacts After Democrats Win Big on Election Night
3 min read

LATEST NEWS — What Happens If The Supreme Court Rules Against Trump On Tariffs?

☰ **Newsweek**   Nation ⌄   World ⌄   Lifestyle ⌄   Opinion ⌄   Rankings ⌄   Connect ⌄   More ⌄   Subscribe   Sign In

 Warning Issued as Thousands Told to Stay Inside

 Trump and Mamdani: A Tale of Two Political Mavericks

 Botox Warning Issued by FDA After Cases of Rare Disease Identified

More Related Stories ›

"How am I supposed to pay my bills? I can't get a regular job because I have been accused of being a Nazi," she added. "Am I supposed to be homeless? I guess these people won't be happy until I reach a breaking point and just die."

ADVERTISING



Best Gifts - Sponsored
Here Are The 33 Coolest Gifts For This Year
Learn more

The controversial figure also claims she's accumulated $40,000 of debt in her pursuit to "expose these people and their hypocrisy." Loomer regularly asked her fans to donate money to her cause through PayPal before the ban, but since receiving today's news, she posted her home address to Instagram and encouraged her followers to send her checks from now on.

In a statement to *Newsweek*, a PayPal spokesperson confirmed the cancelation of Loomer's account. "PayPal works to ensure that our platform and services are not used for purposes that run counter to our core values," the spokesperson said. "Our decision and actions are values-based, not political."

After being barred from Twitter last November, Loomer has staged various stunts in a bid to return to the spotlight. Last week, the right-wing activist was arrested for trespassing in California Governor Gavin Newsom's mansion where she and several others held an event, they called a "fiesta," to protest his stance on immigration.

"Today I proved that Gavin Newsom, the governor of California who is also Nancy Pelosi's nephew, cares more about illegals than Americans," Loomer wrote on Facebook after live-streaming the demonstration. "I was arrested for



05 NYC Mayoral Election: Mamdani Says 'We've Toppled a Political Dynasty' in Fiery Acceptance Speech
3 min read

Document title: PayPal Bans Pro-Trump, Far-Right Activist Laura Loomer - Newsweek
Capture URL: https://www.newsweek.com/paypal-bans-pro-trump-anti-muslim-fanatic-laura-loomer-1319563
Capture timestamp (UTC): Wed, 05 Nov 2025 22:55:30 GMT
Page 3 of 5

Newsweek

Nation  World  Lifestyle  Opinion  Rankings  Connect  More    Subscribe  Sign In

"Today I proved that Gavin Newsom, the governor of California who is also Nancy Pelosi's nephew, cares more about illegals than Americans," Loomer wrote on Facebook after live-streaming the demonstration. "I was arrested for hopping his fence and having a fiesta on his lawn."

ADVERTISING



Best Gifts - Sponsored
Here Are The 33 Coolest Gifts For This Year
Learn more

Last month, Loomer jumped the fence around House Speaker Nancy Pelosi's California house and set up a tent to protest her stance on immigration. The demonstration was also live-streamed.



A sign is posted outside of the PayPal headquarters on April 9, 2018 in San Jose, California. On Tuesday, PayPal banned far-right figure Laura Loomer. *Getty/Justin Sullivan*

Request Reprint & Licensing    |    Submit Correction    |    View Editorial & AI Guidelines

  Add Newsweek as a preferred source on Google to see more of our trusted coverage when you search.

Recommended For You

## Opinion

The Necessary Republican Reckoning | Opinion
By Josh Hammer

Inside the Triad—What I Learned From America's Nuclear Arsenal | Opinion
By Naveed Jamali

The 'Woke Right' Is the Left's Mistake Repeated | Opinion
By Brilyn Hollyhand

California Needs Supercities —and We Should Build Them Now | Opinion
By Zoltan Istvan

All the President's Radical Men | Opinion
By Matt Robison



---

Document title: PayPal Bans Pro-Trump, Far-Right Activist Laura Loomer - Newsweek
Capture URL: https://www.newsweek.com/paypal-bans-pro-trump-anti-muslim-fanatic-laura-loomer-1319563
Capture timestamp (UTC): Wed, 05 Nov 2025 22:55:30 GMT                                                                           Page 4 of 5



A sign is posted outside of the PayPal headquarters on April 9, 2018 in San Jose, California. On Tuesday, PayPal banned far-right figure Laura Loomer | *Getty/Justin Sullivan*

Request Reprint & Licensing    |    Submit Correction    |    View Editorial & AI Guidelines

Add Newsweek as a preferred source on Google to see more of our trusted coverage when you search.

## Recommended For You



**POLITICS**
FAA Flight Delays: Trump Admin Gives Air Travel Update Amid Shutdown
1 min read



**U.S.**
Trump and Mamdani: A Tale of Two Political Mavericks
7 min read



**U.S.**
Botox Warning Issued by FDA After Cases of Rare Disease Identified
3 min read



**U.S.**
ICE Detains Teacher at Daycare in Front of Panicked Kids
5 min read



**BUSINESS**
States Submit Plans for Rural Health Transformation Funding
6 min read



**NEWS**
Government Shutdown Becomes Longest Ever, Breaks First Trump Term Record
4 min read

ADVERTISING

