# EXHIBIT 12

Page Vault

| | |
|---|---|
| Document title: | (3) Marjorie Taylor Greene ☐  ☐    on X: "Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying about me and attacking me just because I supported Kevin McCarthy for Speaker and after I had refused to endorse her last election cycle. She loves the alleged FBI https://t.co/1D78hU59Z0" / X |
| Capture URL: | https://x.com/mtgreenee/status/1644394053172166656 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:51:48 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:53:40 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 56 |
| Capture ID: | r1eoV2CTNEo1eQMXVBiqWL |
| Display Name: | salgutierrez |

PDF REFERENCE #:        qp2Ty9bCg9zkWhFefkYy55

X **Post**

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Marjorie Taylor Greene** 🇺🇸 ✅
@mtgreenee

Laura Loomer is mentally unstable and a documented liar.

She can not be trusted.

She spent months lying about me and attacking me just because I supported Kevin McCarthy for Speaker and after I had refused to endorse her last election cycle.

She loves the alleged FBI informant and weirdo Nick Fuentes.

She tried to get hired on the Ye campaign after the infamous Maralago dinner, but Kanye West refused to hire her so now she's running to Trump.

Never hire or do business with a liar.

Liars are toxic and poisonous to everything they touch.

I'll make sure he knows.



# Trump Moves to Hire Laura Loomer, Anti-Muslim Activist

The former president recently directed advisers to give Ms. Loomer, who has a long history of bigoted remarks, a role in support of his candidacy, people familiar with the move said.

**Relevant people**

 **Marjorie Taylor ...** ✅    **Follow**
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

 **Stockton Street**
LIVE

**Create with Nano Banana** ···
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States ···
**JT and Cardi**
2,528 posts

Trending in United States ···
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

 **DaWrTrem** ···
@JamesTremaine2



5:37 PM · Apr 7, 2023 · **7.3M** Views

💬 7K          ↻ 2.6K          ♡ 6.7K          🔖 275          ⬆️

🟠  Post your reply                                    **Reply**

**No Lie with Brian Tyler C...** ✔ @NoLieWith... · Apr 7, 2023  ↻  ···
"Alleged FBI informant and weirdo Nick Fuentes"

💬 179          ↻ 562          ♡ 5.4K          📊 291K          🔖  ⬆️

**Tony Posnanski** ✔ @tonyposnanski · Apr 7, 2023          ↻  ···
In all fairness, you are both gigantic worthless pieces of shit.

💬 89          ↻ 144          ♡ 4.1K          📊 57K          🔖  ⬆️

**Andy Cohen** ✔ @Andy · Apr 7, 2023          ↻  ···
Wait - YOU'RE calling her mentally unstable???!! 😡🤬🤬🤬🤬🤬
🤬🤬🤬🤬. This made me laugh! Thanks Marge!

💬 52          ↻ 30          ♡ 1.7K          📊 128K          🔖  ⬆️

**Tara Dublin, Rock Star Wordsm...** ✔ @tar... · Apr 7, 2023  ↻  ···
Pardon?

Here's you with Nick Fuentes, #MarjorieNaziGreene

💬 18          ↻ 70          ♡ 768          📊 37K          🔖  ⬆️

## Relevant people

🟠 **Marjorie Taylor ...** ✔          **Follow**
@mtgreenee
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App          ···

Trending in United States          ···
**JT and Cardi**
2,528 posts

Trending in United States          ···
**#MLBS6Spoilers**
3,410 posts

Sports · Trending          ···
**Springer**
3,064 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

🟠 **DaWrTrem**          ···
@JamesTremaine2





Document title: (3) Marjorie Taylor Greene ☐   ☐   on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT

X

**Home**

**Explore**

**Notifications** 3

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**



< Post    Reply to

you spoke at his white nationalist event ↗↗

### Rep. Greene's speech at white nationalist event draws new calls for reprimand

◄ Caption

💬 4    🔁 8    🤍 582    📊 10K    🔖 ⬆️

**Lauren Witzke** ✓ ▣ @LaurenWitzkeDE · Apr 7, 2023    ↗ ···
Dude what happened to you

💬 67    🔁 25    🤍 526    📊 57K    🔖 ⬆️

**Sundae_Gurt** ✓ @SundaeDivine · Apr 7, 2023    ↗ ···
Separated at birth?

💬 34    🔁 29    🤍 365    📊 17K    🔖 ⬆️

**Brandon Farmahini** @MrFarmahini · Apr 7, 2023    ↗ ···

💬 5    🔁 1    🤍 389    📊 39K    🔖 ⬆️

**wheatus** @wheatus · Apr 7, 2023    ↗ ···

**DaWrTrem**
@JamesTremaine2    ···

### Relevant people



**Marjorie Taylor ...** ✓    **Follow**
@mtgreenee

Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

### What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📷 Promoted by Google Gemini App    ···

Trending in United States    ···
**JT and Cardi**
2,528 posts

Trending in United States    ···
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.







🗨 7          ⇄ 14          ♡ 289          41K

**The REAL Politically Savv...** ✓ @patriot_sa... · Apr 7, 2023
I respectfully disagree M. @LauraLoomer is tirelessly working on exposing GOPe and is championing for President Trump. You know I'm one of you're biggest fans, but you're way out over your ski's here.

🗨 23          ⇄ 27          ♡ 258          10K

**Human**🏳️‍🌈🇺🇸🇺🇦✓☪ @4HumanUnity · Apr 7, 2023
It seems as though you both have a very similar resume! She could just switch the names and save a bit of typing.

🗨 3          ⇄ 9          ♡ 259          14K

**Spinachbrah** 🥬✓ @basedspinach · Apr 7, 2023
You sold out to McCarthy you are not the true successor to maga

🗨 2          ⇄ 5          ♡ 235          5.6K

**Sundae_Gurl** ✓ @SundaeDivine · Apr 15, 2023

🗨 41          ⇄ 25          ♡ 204          7.2K

**Tenryo「天領」** ✓ @TenryoTheLight · Apr 7, 2023
We already knew who you were. @realstewpeters was eternally vindicated on you. You're showing the entire world your backstabbing, two-faced ways. You're incapable of even telling the truth to your own family. You're just another dirtbag politician.

## Relevant people

**Marjorie Taylor ...** ✓
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

[Follow]

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.





X

Home

Explore

Notifications 3

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

< **Post**                                    Reply ↑

💬 6                              ↑ 1

**Relevant people**



**Martina Markota** ✓ @MartinaMarkota · Apr 7, 2023
The attacks on you were VILE. Absolutely nasty. Not even about politics, calling you a whore & stuff. Disgusting
💬 28          ↑ 2          ♡ 47          �̇‖ 17K          🔖 ↰

**Woke Zombie** 🇺🇸😊✓ @AWokeZombie · Apr 7, 2023
Every 50 likes I'll make her eyes further apart.

💬 4          ↑ 1          ♡ 38          �̇‖ 1.3K          🔖 ↰

**Marie Connor** @thistallawkgirl · Apr 7, 2023
Someone is worried about being replaced.
💬 2          ↑             ♡ 40          �̇‖ 895          🔖 ↰

**Eric Abbenante** ✓ @EricAbbenante · Apr 7, 2023
You propped up Kevin McCarthy

You can not be trusted
💬 1          ↑             ♡ 36          �̇‖ 1.2K          🔖 ↰

**Todd Cefaratti** ✓ @ToddCefaratti_ · Apr 7, 2023
This is why we lose elections.

Democrats don't eat their own.
💬 4          ↑ 2          ♡ 31          �̇‖ 1K          🔖 ↰

**Dissident Soaps** ✓ @DissidentSoaps · Apr 7, 2023
This is the funniest timeline.
💬 3          ↑ 1          ♡ 31          �̇‖ 3.9K          🔖 ↰

**Morgan Cameron Ross** ✓ @Morgan_C_Ross · Apr 7, 2023
The woman publicly crying?

**Marjorie Taylor ...** ✓
@mtgreenee                    **Follow**
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2                    ···






Document title: (3) Marjorie Taylor Greene □    □    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT



# X

- Home
- Explore
- Notifications ③
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



**DaWrTrem**
@JamesTremaine2

---

**Post** **Reply** ⇧↓  🔍 Search

♡ 4    ↻ 1    📊 6.2K

**JustVent** @JustVent6 · Apr 7, 2023    ↻ ⋯
Trump didn't ask you for your opinion, so you came to Twitter to post it. Go write this on Truth Social so that your man-king can see it
♡ 9    ↻ 8    ♡ 204    📊 12K    🔖 ↥

**Turnbull** @cturnbull1968 · Apr 7, 2023    ↻ ⋯
I've always been curious as to what what happen if you put a spider and a scorpion in the same jar. 🤔
♡ 1    ↻    ♡ 16    📊 259    🔖 ↥

**Tom Hennessy** ✓ @Tomhennessey69 · Apr 7, 2023    ↻ ⋯
Weirdo?

> **Tom Hennessy** ✓ @Tomhennessey69 · Mar 8, 2023
> Replying to @DC_Draino
> Your democracy is an illusion, wake up
>
> 
> ▶ 6:45

♡ 2    ↻ 2    ♡ 11    📊 1.6K    🔖 ↥

**JD Sharp** ✓ ⬛ @imjdsharp · Apr 7, 2023    ↻ ⋯
Agree.

Loomer would be a mistake.

♡    ↻    ♡ 14    📊 1.6K    🔖 ↥

**Zachary Elwood** @apokerplayer · Apr 7, 2023    ↻ ⋯
Us vs them polarization and anger makes us more antisocial and chaos-embracing, and increasingly unable to get along even with many people similar to us politically.
♡ 3    ↻    ♡ 13    📊 19K    🔖 ↥

**Gummi** ✓ @gummibear737 · Apr 7, 2023    ↻ ⋯

GIF

## Relevant people

**Marjorie Taylor ...** ✓  **Follow**
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**    ⋯
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States    ⋯
**JT and Cardi**
2,528 posts

Trending in United States    ⋯
**#MLBS6Spoilers**
3,410 posts

Sports · Trending    ⋯
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ⋯ | © 2025 X Corp.



Document title: (3) Marjorie Taylor Greene □   □   on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT



GIF

💬 2    ⟲ 3    ♡ 8    📊 1.6K    🔖 ⬆

**Diana** @rlycalm · Apr 7, 2023
Catfight!! Reowwww
💬    ♡ 12    📊 511    🔖 ⬆

**MrsLibertyBelle** ✔ @MrsLibertyBell1 · Apr 7, 2023
No. Just No, @RepMTG. We support you, yes. But you do NOT get to
dictate to us which people we are allowed to support in addition to
you. That is a great way to diminish your own support if you
continue down this past. Sometimes it's best to just keep your
opinion to yourself.
💬 6    ⟲ 14    ♡ 183    📊 5.7K    🔖 ⬆

**TJ Roberts** ✔ @realTJRoberts · Apr 7, 2023
Laura Loser
💬    ⟲    ♡ 6    📊 484    🔖 ⬆

**gaz** @SilentGarrett · Apr 7, 2023
I can hear Peter Parker in the distance
💬    ⟲    ♡ 6    📊 16K    🔖 ⬆

**Joel Birch** @joelfcbirch · Apr 7, 2023
HAHAHAHAHAHAHAHAHAHAHA
💬    ⟲ 1    ♡ 4    📊 830    🔖 ⬆

**Kelly D** 🇺🇸🇨🇦🇲🇽 @KelIDA · Apr 7, 2023
Whoa whoa whoa. YOU are a Nick Fuentes fan. JFC the lies are
outrageous
💬    ⟲    ♡ 5    📊 189    🔖 ⬆

**joyreaper** ✔ @joyreaper · Apr 8, 2023
STOP. JUST STOP!!!
💬 1    ⟲    ♡ 4    📊 425    🔖 ⬆

**Brown Eyed Susan** ✔ @smc429 · Apr 7, 2023
I feel like I'm watching an old episode of Franken & Davis running
against each other on SNL
💬    ⟲    ♡ 4    📊 331    🔖 ⬆

**Kyle - Undercover** ✔ @kyleisbased · Apr 7, 2023
You either die a hero or you live long enough to see yourself become
the rino.

MTG chose the latter.
💬    ⟲    ♡ 3    📊 123    🔖 ⬆

**Thomas Ley** 💬 @thomas_ley · Apr 8, 2023

**Relevant people**

**Marjorie Taylor ...** ✔
@mtgreenee     **Follow**
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**DaWrTrem** ···
@JamesTremaine2





**X**

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

**← Post**                                                    Reply

[GIF player]

♡ 3    📊 3.2K

**Stephanie** 🇺🇸 @StephHoover8 · Apr 15, 2023
.@_screenshoter black please
💬 1         ♡ 2    📊 384

**fredesque** @FredTaming · Apr 7, 2023
[from the other side of the ward] that one's crazy
             ♡ 2    📊 224

**MICHAEL Murdock** 🇲🇽🇺🇸✅ @docmurdock · Apr 7, 2023
Am sure he knows what he needs to know. It said Trump is hiring.
Doesn't say she reached out to him. Don't get caught stepping on
your own toes
             ♡ 1    📊 118

**the hype** @TheHyyyype · Apr 7, 2023
you're one of the weirdest mutants in recent memory. keep saying
more stuff!
             ♡ 1    📊 509

😎 @Mr_JSheffield · Apr 10, 2023
"Never hire or do business with a liar" ...
washingtonpost.com/politics/2021/...
             ♡ 1    📊 368

**Kelly Lepley** 🎃🌎🙋🏻👻🦊⚠️🇺🇦 @kclepley · Apr 8, 2023

[GIF player - #RHOS Arena - "Pot calling the kettle black!"]

♡    📊 333

**LOOMER WARLORD** 🇺🇸 @ONTHEBLOK_io · Sep 15, 2024
x.com/loomerunleashe...
             ♡    📊 14

**Rhonda Harbison** @rhonda_harbison · Apr 7, 2023

---

**Relevant people**

**Marjorie Taylor ...** ✓    [Follow]
@mtgreenee
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ... | © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2



**Post**

**LOOMER WARLORD** 🇺🇸 @O... · ... 15, 2024
x.com/loomerunleashe...

💬        ❤️        📊 14        🔖 ↗️

**Rhonda Harbison** @rhonda_harbison · Apr 7, 2023
Cat fight in 4 parts. LMAO @TeresaCCarter2

💬 12      ↻ 37      ❤️ 92      📊 3.4K      🔖 ↗️

**Yasmine Mary, ARNP-FNP-C** ... @yazzy1... · Apr 7, 2023
Ali will reveal everything and it's glorious. This is what happens when you pick fights with everyone. 😂

💬 6      ↻ 33      ❤️ 91      📊 4.6K      🔖 ↗️

**Michael VanDeMar** ✅ @mvandemar · Apr 7, 2023
I'm sorry, did you say Laura Loomer loves alleged FBI informant and weirdo Nick Fuentes? Really??

Do you by any chance mean THIS alleged FBI informant and weirdo Nick Fuentes, here on stage with some blonde woman I don't quite recognize...?

Huh, imagine that. Nick Fuentes.

---

**Relevant people**

**Marjorie Taylor ...** ✅
@mtgreenee          **Follow**
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...    © 2025 X Corp.

Document title: (3) Marjorie Taylor Greene ☐    ☐    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT



# X

- Home
- Explore
- Notifications (3)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

DaWrTrem
@JamesTremaine2

Post    Reply

Search

## Relevant people

Marjorie Taylor ... ✔
@mtgreenee    **Follow**
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

---

💬 2    ⟲ 20    ♡ 113    📊 3.2K    🔖 ⬆

Rhonda Harbison @rhonda_harbison · Apr 7, 2023    ⟲ ···
newsweek.com/photos-marjori...
Photos of Marjorie Taylor Greene With Nick Fuentes Resurface: 'This You?'

💬 3    ⟲ 16    ♡ 108    📊 2.7K    🔖 ⬆

The Trump Crisis 🎯 @RWTrollPatrol · Apr 7, 2023    ⟲ ···
I Love It!

💬    ⟲ 10    ♡ 76    📊 2.4K    🔖 ⬆

Monkey Joe @PoliticoMonkey · Apr 7, 2023    ⟲ ···
If you're gonna slander someone, have the balls to tag them so they can provide a rebuttal to your attack.

Cc @LauraLoomer

💬 3    ⟲ 6    ♡ 81    📊 3K    🔖 ⬆

Mark Kochinski @markkochinski · Apr 7, 2023    ⟲ ···
Begins with a C and ends with a T, is four letters, and I'll even buy you a vowel. There's a U in there, too. Guess what you are.

💬 3    ⟲ 87    ♡ 87    📊 3.9K    🔖 ⬆

🌺 Sunsun Girly 🌺 ✔ @sunsungirly · Apr 7, 2023    ⟲ ···
So much wrong with this!

You are the pathological liar and @LauraLoomer is gonna come for you!

Can't wait!

This you Marge? 👇👇👇👇👇

#MarjorieTaylorGreeneLIES
#MarjorieNaziGreene

Document title: (3) Marjorie Taylor Greene ☐    ☐    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications **3**
- ✉️ Messages
- Grok
- 🗒 Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✖️ Premium
- ⧉ Verified Orgs
- 👤 Profile
- ⊙ More

**Post**

#MarjorieTaylorGreeneLIES
#MarjorieNaziGreene



💬 8     ⇄ 13     ♡ 60     ᴵᴵᴵ 1.6K     🔖 ⬆️

**Kylo Ren and Stimpy** ✓ @blaustein · Apr 7, 2023     ⊘ ⋯
This is like Lloyd Christmas publicly attacking Harry Dunne, only DUMBER.

💬 1     ⇄ 1     ♡ 77     ᴵᴵᴵ 31K     🔖 ⬆️

**Ashlee Lee** @ashlee_leeee · Apr 7, 2023     ⊘ ⋯



💬 5     ⇄ 13     ♡ 53     ᴵᴵᴵ 5.2K     🔖 ⬆️

**Bug,Stev** @BugdenSteven · Apr 8, 2023     ⊘ ⋯
You mean THIS Nick Fuentes?  The one you were yucking it up with at AFPAC?



## Relevant people

👤 **Marjorie Taylor ...** ✓    **Follow**
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening


**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App    ⋯

Trending in United States    ⋯
**JT and Cardi**
2,528 posts

Trending in United States    ⋯
**#MLBS6Spoilers**
3,410 posts

Sports · Trending    ⋯
**Springer**
3,064 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯   © 2025 X Corp.

🪐 **DaWrTrem**   ⋯
@JamesTremaine2





X

**Post**    Reply ⏎

🔍 Search

Home

Explore

Notifications ③

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



**Bug,Stev** @BugdenSteven · Apr 8, 2023

I JUST.... FREAKIN'....... LOVE WATCHING THE REPUBLICAN PARTY IMPLODE!! Especially when you have insufferable ıgu0ɾᴅuт scumʙᴅgs calling out other insufferable ıgu0ɾᴅuт scumʙᴅgs! Pass the popcorn!

**POP CORN**

GIF

💬 2      ⇄ 5      ♡ 30      📊 542      🔖 ⬆️

**The Failing NY Times** ✔ @FormerNewspaper · Apr 7, 2023

MTG V. Laura Loomer is the fight nobody asked for but should definitely be decided with a cage match where both of them lose and go away forever at the end.

💬 5      ⇄      ♡ 39      📊 7.4K      🔖 ⬆️

**Chidi** ✔ @ChidiNwatu · Apr 7, 2023

It's the battle of the whackiest. #TrashAndGarbage

💬 2      ⇄      ♡ 34      📊 578      🔖 ⬆️

**Rhonda Harbison** @rhonda_harbison · Apr 7, 2023

Bless your heart

Loomer, a white nationalist former Alex Jones employee who pushed false flag conspiracy theories about the Parkland school shooting and celebrated the deaths of migrants, calling for "more" of them to die.

nytimes.com

💬 4      ⇄ 3      ♡ 32      📊 1.7K      🔖 ⬆️

**Jen** @JenResistedAGN · Apr 7, 2023

**DaWrTrem**
@JamesTremaine2
···

## Relevant people

**Marjorie Taylor ...** ✔
@mtgreenee    **Follow**

Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App      ···

Trending in United States      ···
**JT and Cardi**
2,528 posts

Trending in United States      ···
**#MLBS6Spoilers**
3,410 posts

Sports · Trending      ···
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

⊘


Document title: (3) Marjorie Taylor Greene ☐    ☐    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT


X   Post                                                      Reply              Search



**Jen** @JenResistedAGN · Apr 7, 2023

💬 4   🔁 4   ♡ 29   📊 1K

**Wegner's Groceries** @grocerieswegner · Apr 7, 2023
Ooh someone is jealous!!!

💬 2   🔁 3   ♡ 29   📊 1.5K

**FugitiveMama** 🇺🇸 @fugitivemama · Apr 7, 2023
I think the deal is done because he's already sold my name to Loomer and I'm getting emails from her. I'm just as pissed off as you are. He hasn't learned a damn thing about hiring the right people.

💬 6   🔁 3   ♡ 27   📊 2K

**Dana Marie** @danamarie111149 · Apr 7, 2023
Can you ask Kevin where all of the Jan 6th footage is? I mean, all of you did promise it. Get it released. Thanks.

💬 1   🔁 2   ♡ 29   📊 1K

**PatriotRose17** ✓ @PatriotRose17 · Apr 7, 2023
MTG this is beneath you! You two should work out your differences in private. This kind of rhetoric is very unbecoming!

💬 2   🔁 3   ♡ 26   📊 924

**Will Whitlock** ✓ @Real_W_Whitlock · Apr 7, 2023
We need to stop the infighting. This is exactly what the dems love.

💬 35   🔁 1   ♡ 27   📊 2K

**Free in Texas** @SouthboundTexas · Apr 7, 2023
Are you denying you bang Kevin?

💬 4   🔁 2   ♡ 27   📊 2K

**Greg Buster** @Gregnus__2024 · Apr 7, 2023
This is Twitter, not Facebook, Marge. Take your Mean Girls act back to Zuckerberg.

💬 2   🔁 2   ♡ 27   📊 436

**Diane Toucan** @DianeToucan · Apr 7, 2023
You slobbered all over Nick Fuentes.

---

**Relevant people**

**Marjorie Taylor ...** ✓           Follow
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2





Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



💬 4    ♻ 2    ♥ 22    📊 1.6K

**Michael VanDeMar** ✓  @mvandemar · Apr 7, 2023
I mean... c'mon now.

💬    ♻    ♥ 23    📊 2.1K

**Cpt O, Joseph O'Shaughnes...** ✓  @CPTOsh... · Apr 7, 2023
I trust her allot more than I trust you JS

💬    ♻ 3    ♥ 17    📊 1.3K

**Kimby** 🌀🟧🟥💙🧬🔞🇨🇦... @justryin2l... · Apr 7, 2023
That's rich. A known liar calling someone else a liar?

**DaWrTrem**
@JamesTremaine2

**Relevant people**



**Marjorie Taylor ...** ✓
@mtgreenee    **Follow**

Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ... | © 2025 X Corp.





# Post



associate Professor Doctor ...

💬 2    ⇄ 2    ♡ 11    📊 258

🖤 🔗 **SammieSam** 🔗 🖤 @BarryBleunNila2 · Apr 7, 2023
Do you even understand what the word irony means? Also self reflection, and self projection?

💬 1    ⇄ 2    ♡ 10    📊 198

**Jonny Radtke** @JonnyRadtke · Apr 8, 2023

**My Balls Itch!!**

💬 1    ⇄ 2    ♡ 10    📊 4.9K

**GWardHome** 🇺🇸 🔲 @gwardhome · Apr 7, 2023
Of course @realDonaldTrump knows about her.

How does it feel knowing a man you have fought and defended will pay a person who is so vile in her personal attacks on you.

Says a lot about loyalty

💬 1    ⇄ 1    ♡ 12    📊 378

**Amanda Jo** 💙 @imamandajo · Apr 7, 2023

GIF

**Jealous much?**

💬 1    ⇄    ♡ 11    📊 2.6K

**MiaMaria** 🌸 ✅ @kt5bd2 · Apr 8, 2023
@mtgreenee - many Trump supporters, including myself, support Laura Loomer,

Take this offline with each other. Democrats pull this kind of crap, not you.

💬 2    ⇄    ♡ 12    📊 246

---

**Relevant people**

**Marjorie Taylor ...** ✅
@mtgreenee    **Follow**
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2

Document title: (3) Marjorie Taylor Greene 🔲   🔲   on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT

X

Home

Explore

Notifications ③

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Take this offline with each other. Democrats pull this kind of crap, not you.

💬 2    ⟲    ♡ 12    ⬛ 246    🔖    ⬆️

**Dolly's Kid Rae** @RachelDelray · Apr 7, 2023
🤣🤣🤣🤣



Ali Alexander ✓ @ali · 21m
A House Ethics Complaint needs to be filed against MTG over hiding payments to "Milo Y" and using government resources to coordinate campaign activities. And payments hidden under Isaiah Wartman's firm.

Also violates "Ultimate Payee" FEC regs. Now what?

**FEC.gov**

fec.gov
Reporting Ultimate Payees for Political Committee Disbur...

💬    ⟲ 3    ♡ 6    ⬛ 119    🔖    ⬆️

**Milenka~** @MilenaAmit · Apr 7, 2023
OMG. This is gold. Even Trump World is calling out Loomer 😂😂😂😂

💬 5    ⟲ 1    ♡ 8    ⬛ 751    🔖    ⬆️

**Cailan Cook** ✓ @CailanCook · Apr 7, 2023
I think she's done some important things culturally, so would give her slightly more credit than you have – however, we used to be able to disagree civilly. Things are breaking down if online discourse is anything to go by.

💬 2    ⟲ 1    ♡ 8    ⬛ 1.3K    🔖    ⬆️

**Lawyers, Guns and Money** ✓ @LawyersAnd · Apr 15, 2023
Pot kettle black.

$KTO

▶️

GIF

**WHAT A LOSER**

💬    ⟲    ♡ 9    ⬛ 304    🔖    ⬆️

**Erin Brophy - don't forget t...** ✓ @ERINBR... · Apr 8, 2023
President Trump has enough on his plate without this cat fight❗You

**DaWrTrem**
@JamesTremaine2

---

**Relevant people**

**Marjorie Taylor ...** ✓
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**Follow**

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📶 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.









Document title: (3) Marjorie Taylor Greene □   □  on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT

X

**Post**

<Reply>

Search

**Home**

**Explore**

**Notifications** 3

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**



**ANJI USA PASSION**🇺🇸🙏😱 @usa_anji · Apr 7, 2023
That's the kind of person Trump likes, most of the people he surrounds himself with are batshit crazy, imagine who would be in his cabinet if he got elected again! Decent people wouldn't take the offer, it would be people like Laura

💬 1      ↻      ♡ 6      📊 41      🔖 ⬆️

**Sue** ✔️ @SimplySusie3 · Apr 8, 2023
Oh stop! You both are too much alike. Put your ego on hold and do what is best for our country. @mtgreenee @LauraLoomer

💬      ↻      ♡ 5      📊 392      🔖 ⬆️

**Jamie Setter** @JamieSetter · Apr 7, 2023
We all practice our faith in different religious ways. As long as it is not harming, maiming or unliving someone, practice your faith the way you want, for YOU, and, Trump feels this way too. He will be mad at this news interview.

💬 2      ↻      ♡ 5      📊 2.7K      🔖 ⬆️

**Keith** 🏖️ **Aloha** 🏖️ @KJNO816 · Apr 7, 2023
POT to KETTLE Margie... POT to KETTLE

💬 1      ↻      ♡ 5      📊 311      🔖 ⬆️

**Cognitive Dissonance Where Ep...** @Maso... · Apr 8, 2023
Oh wait, they are only a threat to you, if they go after you, and lie more than you do?

So basically, more racist, more unhinged, and lies as easily as breathing is what it takes to make you nervous.

💬      ↻      ♡ 5      📊 53      🔖 ⬆️

**Better Danzig** @Runk138 · Apr 7, 2023

GIF

💬      ↻ 1      ♡ 3      📊 123      🔖 ⬆️

**CAMPBIZZLE** @happycrazytown · Apr 7, 2023

**Relevant people**

**Marjorie Taylor ...** ✔️
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**Follow**

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2

···



Document title: (3) Marjorie Taylor Greene □    □    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT





Document title: (3) Marjorie Taylor Greene ☐    ☐    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT








*Straight up delicious.*

GIF

💬        🔁        ♡ 3        ılıl 81        🔖    ⬆️

**Tiberius Monk** ✓ @Tiberius444 · Apr 7, 2023        ⟳    •••
Why do people believe the media anymore?

Especially when the "story" is from anonymous sources?

💬        🔁        ♡ 2        ılıl 400        🔖    ⬆️

**Melanie**🇺🇸 @mefbama · Apr 8, 2023        ⟳    •••
Both of you need to STFU or take it behind the gym now. This is not good for either of you or the party as a whole. This high school mean girl BS doesn't belong in the public square, or in house. Your both embarrassing yourselves now. I have a good mind to block the pair of you
Show more

💬        🔁        ♡ 2        ılıl 108        🔖    ⬆️

**Adrian** ✓ @realAdrianDa32 · Apr 7, 2023        ⟳    •••
Nobody cares what you think, you aren't even a real conservative

💬        🔁        ılıl 31        🔖    ⬆️

**Timper** ✓ @itmatters2me3 · Apr 7, 2023        ⟳    •••
Looks like you, Loomer & Trump run in the same circles.

I hope that he gives Loomer a big, public role in his campaign so that she can keep spewing hate and slander against other Republicans. It will help secure his loss.

💬        🔁        ♡ 2        ılıl 146        🔖    ⬆️

**Cult of Moo-wu** ✓ @VHS_Archive · Apr 7, 2023        ⟳    •••
Laura Loomer endorsed by Nick J Fuentes. Working to disrupt the Republican Party. Mentally unstable and sexual predator

### Relevant people

**Marjorie Taylor ...** ✓    [Follow]
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📣 Promoted by Google Gemini App    •••

Trending in United States    •••
**JT and Cardi**
2,528 posts

Trending in United States    •••
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility    Ads info    More •••    © 2025 X Corp.

**DaWrTrem**    •••
@JamesTremaine2







X

Home

Explore

Notifications ③

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Post

Reply

Search

**James V Dunleavy** ✓ @jvdunleavy · Apr 7, 2023 · · ·
I wish we could begin to limit these public derogatory exchanges
and find a more direct route to isolate and address grievances
without making them so egregious.
💬   ⇄   ♡ 1   ☰ 140   🔖   ⬆

**bobby_0081** ✓ @bobby_0081 · Apr 8, 2023   ⊘ · · ·
Who are you to call @LauraLoomer mentally unstable? Have you
ever read back some of the dumb stuff you've said? I'm starting to
feel like you are controlled opposition.
💬   ⇄   ♡ 1   ☰ 10   🔖   ⬆

**Federal Bureau of Insurre...** ✓ @Insurr3cti... · Apr 7, 2023   ⊘ · · ·
Yah, this ain't it. You made the mistake of aligning yourself with
establishment trash.  It wasn't just Loomer disappointed in you, we
all were.  Own it and try to earn back trust instead of railing against
those who have not played nice with establishment filth.
💬   ⇄   ♡ 1   ☰ 50   🔖   ⬆

**Radbadad Redo** ✓ @RadbadadRedo · Apr 9, 2023   ⊘ · · ·
Trump continues to have poor judgment when hiring...
💬   ⇄   ♡ 1   ☰ 28   🔖   ⬆

**Orion** ✓ @ori0n7 · Apr 8, 2023   ⊘ · · ·
@MandelaMinutes I found your spirit animal 😂
💬 1   ⇄   ♡ 1   ☰ 322   🔖   ⬆

**Nick** ✓ @Nickster0188 · Apr 7, 2023   ⊘ · · ·
"OMG MTG IS A RINO!"
💬 2   ⇄   ♡ 1   ☰ 491   🔖   ⬆

**Conservative, Indy.** ✓ @indyEyelaSusan · Apr 7, 2023   ⊘ · · ·
I much prefer speaker Kevin McCarthy over Laura LOONEY.
💬   ⇄   ♡ 1   ☰ 83   🔖   ⬆

**B.B.A.D** @BBAD_17 · Apr 7, 2023   ⊘ · · ·

[GIF: Hello Pot.....]

💬   ⇄   ♡ 1   ☰ 7   🔖   ⬆

**Chris-Toe-4** @H1gh_C · Apr 8, 2023   ⊘ · · ·
Rrrraaawwwrrr...
I'm all out of popcorn...

**DaWrTrem** · · ·
@JamesTremaine2

### Relevant people

**Marjorie Taylor ...** ✓   [ Follow ]
@mtgreenee
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**   · · ·
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States   · · ·
**JT and Cardi**
2,528 posts

Trending in United States   · · ·
**#MLBS6Spoilers**
3,410 posts

Sports · Trending   · · ·
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility   Ads info   More · · ·   © 2025 X Corp.



❤ 1    📊 83

**EJ** @Ejmiller25 · Apr 7, 2023
That's your man! A total loser like you.

❤ 1    📊 74

**Rapunzal** 🏳️‍🌈🏳️‍⚧️🌈🟧🟦 @Rapunzal49 · Apr 8, 2023
Omg! Y'all are truly eating eachother now!

❤ 1    📊 45

**mozone** @p4n4m4j4ck · Apr 8, 2023
Easy to say.  But back it up . You working for or being paid by the
greyzone? Or affiliates? So far you seam to be the liar.  But please
back up fed talk etc

❤ 1    📊 107

**Brian Dunham** @galtback5 · Sep 4
Just drop it Nazi. You're not a Republican and sure as FUCK aren't
MAGA. Go join the Democrat party, you seem dumb enough to
qualify.

❤ 1    📊 3

**Det. Andy Sipowicz** 🎭 @Sipowicz1042 · Apr 8, 2023
Y'all are the same

❤ 1    📊 165

**Jared Lipof** @jaredlipof · Apr 7, 2023

## Relevant people

**Marjorie Taylor ...** ✔
@mtgreenee   Follow
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening

**Stockton Street**
LIVE

Create with Nano Banana
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯   © 2025 X Corp.



Document title: (3) Marjorie Taylor Greene ☐ ☐ on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT



**Philip Kirschner** 🔧 **Carmel ...** ✓ @philipk0... · Apr 7, 2023
No, that is your way of saying something that you don't have the balls to say. You don't like Jews working for him, when she is a decent secularist conservative Jew. You love using dog whistles when it comes to who Trump has in his circle. Bad move

💬        ⟲        ♡   54   📊 64   🔖   ⬆️

**Ron weaver** ✓ @Ronweav56192341 · Apr 7, 2023
Stick with jabbing the Marxist's, there are plenty to choose from.

💬        ⟲        ♡   📊 3   🔖   ⬆️

**Eskimo Brother** ✓ @badmovie2020 · Apr 8, 2023
Got any more of those J6 videos? 1 night on Tucker and they were gone.

GIF

💬        ⟲        ♡   📊 40   🔖   ⬆️

**Xlr8ing** ✓ @xlr8ing19002 · Apr 8, 2023
Chilllax!  This is exactly the crap we do not need!  SMH

💬        ⟲        ♡   📊 165   🔖   ⬆️

**Starblood** ✓ @5tarblood · Apr 9, 2023
Pot calling the kettle black.

Strange times indeed.  The infighting on the extremist right wing is certainly interesting.

Clearly the ideology has no value, it's just a money grab.

💬        ⟲        ♡   📊 3   🔖   ⬆️

**Greg Speed** ✓ @gregaspeed · Apr 7, 2023
Who would win a cage fight between @mtgreenee and @LauraLoomer ?

| Greene | 54.7% |
|--------|-------|
| Loomer | 45.3% |

75 votes · Final results

💬 1        ⟲ 1        ♡   📊 818   🔖   ⬆️

**Scott Johnson** ✓ @ScottJohnsonMT · Apr 7, 2023
Just a couple of the reasons I do not support you.  Cowards punch down.

---

**Relevant people**

**Marjorie Taylor ...** ✓ @mtgreenee          **Follow**
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

**DaWrTrem** ···
@JamesTremaine2



TRY THIS.

💬    ↻    ♡    📊 69    🔖    ⬆️

**Vi Mattila** ✓ @ViMattila68 · Apr 10, 2023    ↻ ···
I do not like her xi stand bashing of Gov DeSantis & other Republicans. Our country is in the edge of a cliff from democrats policies & I want hope. We are on the verge of losing everything for our grandchildren.

💬    ↻    ♡    📊 14    🔖    ⬆️

**Essential as Jack** ✓ @NonEssentialCC · Apr 7, 2023    ↻ ···
MTG is fake maga, let's not continue this farse.

💬    ↻    ♡    📊 23    🔖    ⬆️

**Lex_571** 🇺🇸 ✓ @Lex_491 · Apr 7, 2023    ↻ ···
@LauraLoomer would be the worst hire since Amorosa.
@realDonaldTrump Let Laura admire you from afar...she should have no influence on your campaign.

💬    ↻    ♡    📊 226    🔖    ⬆️

**Rojon Von Scherghosst** ✓ @RojonVonS · Apr 7, 2023    ↻ ···
Said the lady that gets on her knees for RINO Kevin McCarthy.

Where are the J6 tapes?

You're the liar.

💬    ↻    ♡    📊 19    🔖    ⬆️

**Cereus Blooms** ✓ @BloomsCereus · Aug 11    ↻ ···
I agree. Her tirade on Tucker Carlson was completely false as well.

💬    ↻    ♡    📊 12    🔖    ⬆️

**Nightingale**📰🐵🎶 ✓ @msnightwriter · Apr 7, 2023    ↻ ···
It's not bigoted or anti-Muslim to tell the truth about Ilhan Omar.

💬    ↻    ♡    📊 44    🔖    ⬆️

**Jeff** ✓ @JeffDemo · Apr 7, 2023    ↻ ···
This is the first tweet of yours I thought you didn't need to make. Be above infighting within maga. The RDS crowd is ALL OVER THIS.

💬    ↻    ♡    📊 38    🔖    ⬆️

**Midnight** ✓ @Nocte_Insanire · Apr 9, 2023    ↻ ···
I too lost trust in you when you sided with McCarthy over the Freedom Caucus.

But I realized Laura Loomer was a full on grifter months ago. No one should take her seriously.

---

## Sidebar

### Relevant people

**Marjorie Taylor ...** ✓    **Follow**
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

### What's happening

**Stockton Street**
LIVE

Create with Nano Banana    ···
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States    ···
**JT and Cardi**
2,528 posts

Trending in United States    ···
**#MLBS6Spoilers**
3,410 posts

Sports · Trending    ···
**Springer**
3,064 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

---

**DaWrTrem**    ···
@JamesTremaine2





Document title: (3) Marjorie Taylor Greene □   □   on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT





**BudShilling** ✓ @budshilling · Apr 8, 2023
You had me at addressing things that matter. You're losing me and thousands with this nonsense. The both of you need to figure out how to bury the hatchet. Stop with your egos and do what's good for the country. Trump wants her involved. Live with it.

💬                    ⟲                    ♡ 13                    ⧸ ⤒

**Sendmeunicorns** @postsalot · Apr 7, 2023
Awwww, you jealous Trump will like her better and you will lose your teacher's pet. You should be she is way smarter than you and just as manipulative, you aren't ready.

💬                    ⟲                    ♡                    ⧸ 2                    ⤒

**Jeremiah_1-19** @anthonymcng · Apr 7, 2023
I trust @LauraLoomer than @mtgreene ..

Laura always speaks the Truth, even though she is a bit "rough"... just like our favorite President @realDonaldTrump !

@mtgreene always speaks smoothly but mostly showboating..
She is too cozy with RINOs...
Potential backstabbers...

💬                    ⟲                    ♡                    ⧸ 106                    ⤒

**Social✳Fly** @socflyny · Apr 7, 2023
NEVER thought I'd be cheering on Laura Loomer, but here we are.

You are tragically outmatched, Barge. 🤣😸



💬                    ⟲                    ♡                    ⧸ 35                    ⤒

**Zorpheous Schrödinger**🇨🇦 @Zorpheous · Apr 8, 2023
I'm just here for the GOP/MAGA uncivil war, where's the popcorn?

---

### Relevant people

**Marjorie Taylor ...** ✓                    **Follow**
@mtgreenee
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

### What's happening

Stockton Street
LIVE

Create with Nano Banana                    ···
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States                    ···
**JT and Cardi**
2,528 posts

Trending in United States                    ···
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

---

**DaWrTrem**
@JamesTremaine2

Document title: (3) Marjorie Taylor Greene ☐   ☐   on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT



Post                                    Reply

🔍 Search

X

Home
Explore
Notifications ③
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

**Relevant people**

**Marjorie Taylor ...** ✓    **Follow**
@mtgreenee
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

· 35

Zorpheous Schrödinger🇨🇦 @Zorpheous · Apr 8, 2023
I'm just here for the GOP/MAGA uncivil war, where's the popcorn?
💬    ⟲    ♡    ᐧᐧᐧ 3    🔖    ⬆

Chris-Toe-4 @H1gh_C · Apr 7, 2023
Rrrraaawwwrrr...
Republican on Republican action... 🍿🍿🍿 nom nom nom

💬    ⟲    ♡    ᐧᐧᐧ 322    🔖    ⬆

the real cybernetik_... @MquinaHuman... · Dec 14, 2024
SO ARE YOU.  There's no difference between either of you. You
might as well be the same person. Stop acting like you're different
from her. You're not.
💬    ⟲    ♡    ᐧᐧᐧ 5    🔖    ⬆

Lana M Wiggins @LanaMWiggins1 · Apr 7, 2023
It's a full blown MAGA WAR!! This is good stuff... seems it was MTG
who asked to work with Kanye. Very interesting.
x.com/ali/status/164...
💬    ⟲    ♡    ᐧᐧᐧ 70    🔖    ⬆

Lana M Wiggins @LanaMWiggins1 · Apr 7, 2023
Oooo... check this out!

Laura Loomer ✓ @LauraLoomer · Apr 7, 2023
Not very "Christian" of you to lie like this.. especially on Good
Friday.

Is this you, @mtgreenee?
...
**Show more**

▶

**DaWrTrem** ···
@JamesTremaine2

**Post**

Document title: (3) Marjorie Taylor Greene 🔲   🔲   on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT



Post                    Reply

1:39

39

FourofFour @Melissa2994 · Apr 9, 2023
Mrs. Trump #4
You mad?

5

will lipman @willphoto · Apr 8, 2023
Every GOP accusation is a confession and admission of guilt!
#JewishSpaceLasers

6

kevin baxter @Oracleman202x · Sep 16, 2024
Prior to Laura coming on the scene to steal your thunder. Everyone
thought exactly the same about you. Your both dumbass stupid
females and in time will disappear from the headlines and will be in
local bars telling/bragging about what you use to do. But no one
cares.

1

Aura 📧 🌱 🌻 @PictAura · Sep 15, 2024
Enabler x.com/mtgreenee/stat...

1    8

Teresa Lucas ✓ @Tereluca1 · Apr 8, 2023
" I will make sure he knows."   Kinda petty MTG!  Geez!

96

mcbc 🏴 ⚜️ @mcbc · Apr 7, 2023
This you, MT-G?

Relevant people

Marjorie Taylor ...  ✓          Follow
@mtgreenee
Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
JT and Cardi
2,528 posts

Trending in United States
#MLBS6Spoilers
3,410 posts

Sports · Trending
Springer
3,064 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

DaWrTrem
@JamesTremaine2



The Supreme Court needs to take my friend Laura Loomer's case. She has been one of the most cancelled women in America.

She was the only 2020 Rep political candidate in the country who was denied access to Twitter, Facebook, Instagram, and PayPal.

Is this the plan to silence us?

↩ 30

**TheHandsomeRandall** @HandsomeRandall · Apr 7, 2023
If anyone knows the toxicity of liars it would be you. You've lied more times in one day than most people do in a lifetime.
And Nick Fuentes? You mean the Nick Fuentes you gushed over so much, to the point you blindly accepted a speaking engagement at one of his rallies?

💬    ↻    ♡    ↻ 83    🔖    ⬆

**REUEL MILLER** @REUELTMILLER · Apr 7, 2023
I muted Loomer a few weeks ago. Over the top and distorts the info. What's going on with defunding the IRS?

💬 1    ↻    ♡    ↻ 695    🔖    ⬆

**V K L** @vinkeith · Apr 8, 2023
We have officially entered the "rats eating each other stage".

💬    ↻    ♡    ↻ 11    🔖    ⬆

**Jax Siete** @JaxSiete44238 · Nov 21, 2024
Marjorie, take the high road and stop the infighting
Keep it to yourselves..We don't like this kind of petty cat fighting!

💬    ↻    ♡    ↻ 1    🔖    ⬆

🌄 **@JeremyR1992** · Apr 8, 2023

GIF

💬    ↻    ♡    ↻ 60    🔖    ⬆

**Jo Punzette** @punzette · Sep 11, 2024
come on, Marge, doesn't he always surround himself with the best people? Better rethink your choice of supporting this loser.

💬    ↻    ♡    ↻ 8    🔖    ⬆

**Iceman** @TheIcemanTweets · Apr 7, 2023
Your allegiance to Kevin McCarthy is not good. He is not trustworthy. Therefore, you buy default are also not trustworthy.

💬    ↻ 1    ♡    ↻ 65    🔖    ⬆

## Relevant people

**Marjorie Taylor …** ✓    [ Follow ]
@mtgreenee
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr…

## What's happening

**Stockton Street**
LIVE

Create with Nano Banana
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2







**DB3** @dburke2036 · Apr 8, 2023
Sounds like someone is jealous that trump has a new Saturday night girl and you've been delegated to on call if we need your status.

💬    🔁    ♡    📊 50    🔖    ⬆️

**Fawful** @Fawful81 · Apr 10, 2023
*cannot 🙄

💬    🔁    ♡    📊 27    🔖    ⬆️

**The Mighty Leo's** @h419262 · Aug 11
She's a bigot

💬    🔁    ♡    📊 1    🔖    ⬆️

**"Two Sheds"** @Ferenchak · Apr 7, 2023

**Jim** @unstableidiot · Dec 29, 2023
This is fucking high school shit. Grow the fuck up.

💬    🔁    ♡    📊 5    🔖    ⬆️

**The Doc** 🇺🇸 @TheDocRFP · Sep 10, 2024
The definition of "Not a good person"

💬    🔁    ♡    📊 3    🔖    ⬆️

**The System Sucks** @TheRealRebelDoc · May 19, 2024
I'm going with Loomer. I can never give MTG a pass for supporting McCarthy a dude representing republicans and all of America with a F'n Ukranian hankey in his suit jacket pocket. F him and her for supporting him.

💬    🔁    ♡    📊 19    🔖    ⬆️

⚡**Deport Ilhan to the bottom of t...** @B1GISR... · Aug 11    🚫    ⋯
Dang that must've been 5 nose jobs ago

💬    🔁    ♡    📊 4    🔖    ⬆️

Document title: (3) Marjorie Taylor Greene □    □    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT





**Jack Burkman** @Jack_Burkman · Apr 7, 2023
There is no fighter for America more dedicated than Laura Loomer

💬 1          ↻          ♡ 6          📊 359          🔖          📤

**Peter James** @infowakening · Apr 7, 2023
Wait, didn't you speak at a Nick Fuentes event?...

💬          ↻ 1          ♡ 4          📊 115          🔖          📤

**Big Booty Breakfast Taco ...** ✓ @katbritton... · Apr 7, 2023
I voted for Laurel Lee her first vote was for McCarthy. I will not vote for her again. A vote for McCarthy is a direct betrayal to the people who put both of you in office. You saw the polling. You knew the people didn't want him but you voted for him anyways.

With that
Show more

💬 1          ↻          ♡ 4          📊 132          🔖          📤

**American 4 USA** ✓ @entityjim · Apr 8, 2023
You mean this guy, Nick Fuentes. You revealed how disgustingly petty you are, above Duty to Country! Your not the MAGA king maker you think you are. Your low life thinking is truly shocking. Your against Unity! A Trojan Horse. You leaked this anti Muslim BS to habermann at NYT

💬          ↻          ♡ 2          📊 210          🔖          📤

**NOT YOUR PUPPET** ✓ @KevinBu15596375 · Apr 7, 2023
You pushed for a Rino to be Speaker
Other then going on 60 minutes and using President Trumps BS indictment for self promation.
You realy havnt done much of anything but run your mouth.
Start working or go sit next to AOC

## Relevant people

**Marjorie Taylor ...** ✓
@mtgreenee     [ Follow ]
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro-Life Pro-Gun Pro-Trump | AMERICA ONLY🇺🇸 t.me/RealMarjorieGr...

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.


**DaWrTrem**
@JamesTremaine2









Posty Mcbedboy @Rob_Smith... · 
Bat shit crazy cat fight!

THIS IS GETTING GOOD

**Relevant people**

Marjorie Taylor ... ✓
@mtgreenee

Follow

Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ... | © 2025 X Corp.

Adiel 'Lucky' Beneviento ... @QtPossiblyLu... · Apr 7, 2023
She likes Nick Fuentes? That dude is a pet-oh. Not sure why anyone
would listen to that scumbag. 😷

22

Linda Drake @leedrake221492 · Nov 10, 2023
Deranged liken the rest of them

1

Gui Goumega @GuiGoumega · Apr 7, 2023
Attacking a woman half your age on Twitter? It's obvious you see
something great in @LauraLoomer and feel threatened. Peak cringe
from a  50-year-old opportunist, petty woman.

15

My Fight For Air @myfightforair · Apr 7, 2023
Do you ever stop whining MTG? I saw 60 minutes. You are a strong
woman with so much potential! Why do you waste it on this
garbage? I feel like you are a watered down version of Jerry Springer

7

Reflections on Film @RefsOnFilm · Jun 6, 2024
Can you substantiate the claims that Loomer is mentally unstable?
Is there evidence of her having been treated for mental illness, and,
if so, is there some record of it available?  You can make the claim
just by observation, but documentation would interest a lot of
people.

9

Justice Beaver 🦫🇨🇦 @VanCityPerry · Apr 7, 2023
You're both freakin NUTS 🥜


DaWrTrem
@JamesTremaine2



🔁 10

💬    🔁    ♡    📊 5    🔖    ⬆

**Jewish Civil Rights Activist** @JewCivilRights · Aug 11
@LauraLoomer IS NOT A LAIR IF ANYONE IS ITS ONLY YOU DUMB
BLUND JEW HATER & ANTISAMITE!

💬    🔁    ♡    📊 5    🔖    ⬆

**GodFamCountry** @merica2010 · Apr 8, 2023
MTG, just stop. Stop the stupid in-fighting.   You're the big dog in
this cat fight, yes we get it. Be better.  The optics are awful.  And
you don't have the charm to make up for it. So rise above it. We
must come together, even fake it if need, for the sake of 2024.

💬    🔁    ♡    📊 8    🔖    ⬆

**Nomansland** @NomansI11583734 · Sep 13, 2024
A mentally unstable and documented liar individual calling out
another mentally unstable and documented liar individual.

💬    🔁    ♡    📊 1    🔖    ⬆

**the one** @tz239 · Sep 11, 2024
Crazy bitches at war? I am in.  Fight,  fight, fight...

💬    🔁    ♡    📊 1    🔖    ⬆

**Big Funky** @Big_Funky2024 · Apr 8, 2023
I've always been your supporter but your enthusiastic endorsement
of McCarthy was very sus. It promised two years of strong words
while the democrats figure out how to scam their way back into
power. We need to go scorched earth on these demons and you
knew McCarthy wasn't going
Show more

💬    🔁    ♡    📊 5    🔖    ⬆

**DaWrTrem**
@JamesTremaine2

## Relevant people

**Marjorie Taylor ...** ✔
@mtgreenee

Congresswoman for GA-14,
Christian, Mom, Small Business
Owner, Proud American 100% Pro-
Life Pro-Gun Pro-Trump | AMERICA
ONLY🇺🇸 t.me/RealMarjorieGr...

**Follow**

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,528 posts

Trending in United States
**#MLBS6Spoilers**
3,410 posts

Sports · Trending
**Springer**
3,064 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...   © 2025 X Corp.



Document title: (3) Marjorie Taylor Greene □    □    on X: &quot;Laura Loomer is mentally unstable and a documented liar. She can not be trusted. She spent months lying.
Capture URL: https://x.com/mtgreenee/status/1644394053172166656
Capture timestamp (UTC): Tue, 23 Sep 2025 23:53:40 GMT