# EXHIBIT 13

PageVault

| | |
|---|---|
| Document title: | (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X |
| Capture URL: | https://x.com/LauraLoomer/status/1818691984560648285 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:42:24 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:45:49 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 32 |
| Capture ID: | iM1ooSLxyXM7LPx71Hs3Zg |
| Display Name: | salgutierrez |

Post
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Laura Loomer @LauraLoomer
Subscribe
If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land.
Kamala HQ @KamalaHQ · Jul 31, 2024
We're not going back
0:14
4:55 PM · Jul 31, 2024 · 91.2K Views
356 246 793 17
Post your reply
Reply
Planet Of Memes @PlanetOfMemes · Jul 31, 2024
Kamala is so so fake and cringe
Kamala
Kamala when speaking in Atlanta
@beinglibertarian
4 3 35 1.2K
GinnyM TRUMP WON - K... @Pa... · Jul 31, 2024
She is appalling ‼️
When a ventriloquist uses a different dummy, the show is
DaWrTrem @JamesTremaine2
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
different dummy, the show is
still run by the same person.
3 6 24 1K
Alex Stone @StoneJAlex · Jul 31, 2024
Jesus please no.
5 748
Salty Texan @texan_maga · Jul 31, 2024
We will all need a 3rd grade hood translator
2 1 303
snooze @snooze06155136 · Jul 31, 2024
Cringe
34
Rob Coates @LuckyHippie926 · Jul 31, 2024
I want a president that focused on the issues at hand.. not trying to be hip and cool.
America doesn't have time for this
12 3 37 1.7K
Rob Coates @LuckyHippie926 · Jul 31, 2024
This is so cringe
1 8 797
Town Square @XTownSquareX · Jul 31, 2024
The promotion of the worst of our society is their calling card.
1 7 320
Collette Caswell Tayl... @LetsTalkReal... · Jul 31, 2024
LetsTalkReal™
We cannot afford 4 more years of Kamala Harris!
1 1 5 759
Ryan @Hutchinson_Ryan · Jul 31, 2024
She will never make it to the White House! We won't let that happen! Trump 2024!
4 1 5 448
Kephfas @Kephfas · Jul 31, 2024
Parody account
Ebonics? She hates black people. It's all a show.
2 3 477
Dr. Michael Hunt-Hertz @DrMikeHuntHertz · Jul 31, 2024
DaWrTrem
@JamesTremaine2




Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.



Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Parody account
Ebonics? She hates black people. It's all a show.
2 3 477
Dr. Michael Hunt-Hertz @DrMikeHuntHertz · Jul 31, 2024
This is how it starts in the movie Idiocracy.
2 4 384
James @James_ENTMT_ · Jul 31, 2024
Rent free
4 242
Jules @julievriahi · Jul 31, 2024
EAST INDIAN JAMAICAN most of her life in Canada
1 3 558
3rd Amendment Defender, S... @Quart... · Jul 31, 2024
Kamala Harris is Project Twenty-Twenty-Faux
1 1 131
Fuckface von Fishstick ... @FfaceVonFst... · Aug 2, 2024
But a couple of hours ago Laura was saying Kamala was Indian and not Black. She's so full of shit she can't even keep her bigotry straight.
1 3 26
Zach E @UWChachee · Aug 1, 2024
You do realize that the United States doesn't have an official language, right?
3 41
Lyndy @MJisMAGA · Jul 31, 2024
Cringe and double cringe; WTH is with the tongue.
1 2 196
Daniel @DanielD_1985 · Jul 31, 2024
Two nasty women right there.
1 2 786
Ash @AshMetax · Jul 31, 2024
I don't want to bring a child into the world if they'll have to grow up in Kamala's America
4 2 295
1_truth_always @1_truth_always · Jul 31, 2024
Lol... Yet, the Indian will have to have a speech tutor to figure out how to use Ebonics!!
2 264
Michael MacEachern @MacEachernMike · Jul 31, 2024
Miss "I'm a superstar journalist" is still working with ebonics jokes because she has nothing else.
2 51
Josh @MuammarAbuGhazi · Jul 31, 2024
This is like... just open racism.
Nice that you just put it out there like that.
2 36
Acta Non Verba @1Acta_non_verba · Jul 31, 2024
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 3 of 31



Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Nice that you just put it out there like that.
Acta Non Verba @1Acta_non_verba · Jul 31, 2024
This is incredible sophomoric which is why the democrat morons love it.
Martha Conley @MarthaC56631848 · Jul 31, 2024
I'm dumber for having watched that.
Dav Castaneda @DavCasTx · Jul 31, 2024
Ghetto
MIKEY @MikeyCanTalk · Jul 31, 2024
I don't even know who the hell that is or what she said can somebody translate for me please?
SteffMan316 @SteffMan316 · Jul 31, 2024
youtube.com
Birthday Song
Provided to YouTube by Universal Music GroupBirthday Song · 2 Chainz · Kanye ...
SteffMan316 @SteffMan316 · Jul 31, 2024
@KamalaHarris could send me home with a Big Booty Wet Ass Pussy Dripping Hoe gift package, & I'm STILL going to vote TRUMP! 😆😆😂😂🤣🤣🤡
Nathan Bennett @Rumchire · Aug 1, 2024
Kamaleon Harris
Hieronymus Botch @pentag0nal · Aug 1, 2024
Stay classy, Laura. 🙄
Purdey Kon @francoisleffe · Aug 1, 2024
You're just a racist scumbag indeed.
Bella Cowgirl @Bella_CowgirlTX · Jul 31, 2024
If that video did not have captions, I would not have been able to understand a damn word lol
The Macro Viewpoint @Macro_Viewpoint · Jul 31, 2024
All of the dirty tricks are desperately being used and will only get worse.
AnnMc @AnnMc68826252 · Jul 31, 2024
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 4 of 31

Post

All of the dirty tricks are desperately being used and will only get worse.

1 · 28

AnnMc @AnnMc68826252 · Jul 31, 2024
so what u gonna do bout it @LauraLoomer how u gonna stop her ....let me know.

1 · 257

Mark Sullivan @Sullie870125 · Jul 31, 2024
Has to be better than whatever that language she speaks now is 🙁

210

MarcoRizzolo @MarcoRizzolo · Aug 1, 2024
Didn't know that Megan Thee Stalion was such a masculine, Low-IQ Ho.

52

matthew anders @matthewanders9 · Jul 31, 2024
Will there be classes on Ebonics for those of us educated people??

19

John @John94829694531 · Aug 3, 2024
I thought Lavern Spicer was the leading proponent of Ebonics??? She certainly has a bias toward speaking English.

5

BourbonUSA @UsaBourbon · Jul 31, 2024
Her family owned slaves #kamalaslave

5

Donna Barnes @Wicked2553 · Jul 31, 2024
🙁

20

MAGABoss2024 🇺🇸✝️ @MagaBoss2024 · Jul 31, 2024
Michael Reagan bashing Trump. Wtf

Michael Reagan @ReaganWor... ·
Selling the assassination is cheap an
unworthy of anyone running for POT
6 · 2 · 16 · 1.3K

MAGABoss2024 🇺🇸✝️
@MagaBoss2024

lly you're not "taking a shot" at T

· 7/31/24 From Earth · 660 Views

MAGABoss2024 🇺🇸✝️ @MagaBos... · 30m
Hopefully you're not "taking a shot" at Trump

12:29 PM · 7/31/24 From Earth · 524 Views

MAGABoss2024 🇺🇸✝️ @MagaBo... · 5s
Trump has been battling evil unlike we've ever seen. Search engines erase his assassination attempt as if it didn't happen, no answers from SS, FBI and you choose to attack Trump for exposing FACTS
Mind blowing 🤯

16

Sports and Politics @LeftSideStrong5 · Jul 31, 2024
Loomer is such a weirdo

8

Dover Emeth HATES CLICKBAI... @Dov... · Jul 31, 2024
Racist trash. There's nothing in that video clip that's Ebonics or even ungrammatical English (unlike most of Trump's stump speeches). The young woman is speaking fast but clearly. Harris is the daughter of academics and a well educated lawyer. She speaks in coherent sentences.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Dover Emeth HATES CLICKBAI... @Dov... · Jul 31, 2024
Racist trash. There's nothing in that video clip that's Ebonics or even ungrammatical English (unlike most of Trump's stump speeches). The young woman is speaking fast but clearly. Harris is the daughter of academics and a well educated lawyer. She speaks in coherent sentences.
28
Anunnaki @Annunaki4u · Jul 31, 2024
...and your primary skill will be your experience with twerking and spreading your legs if you need to get a job.
6
Tania Goldberg Fine Art @TaniaGFineArt · Jul 31, 2024
If Kamala gets the White House, Ebonics will be what's for dinner. A lot of people care about culture. EVERYONE cares about food on the table.
22
Michael Semrok @SemrokM · Jul 31, 2024
Black swan they try and assassinate Kamala
16
Diego Downer @PetersNorth8719 · Jul 31, 2024
Damn bro. You racist af lol
6
Bri4Change2024 (formerly Bri4... @Bri... · Aug 1, 2024
If trump makes it back to the White House then White Supremacy will replace humanity as the norm in our land
TRUMP IS
A RACIST
0:04
13
Äutumn Äpollonia @autumnapollonia · Aug 1, 2024
Be certain that hell awaits your racist ass.
54
Robert S Fowler @Bobby8393 · Jul 31, 2024
304's
48
William Cutting @WillaimCutting · Jul 31, 2024
DaWrTrem
@JamesTremaine2

Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.

What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
JT and Cardi
2,211 posts

Trending in United States
#MLBS6Spoilers
2,659 posts

Sports · Trending
Otto Kemp

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,211 posts

Trending in United States
**#MLBS6Spoilers**
2,659 posts

Sports · Trending
**Otto Kemp**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
I be running....
16
Summer's Walkabout @sum1walkabout · Jul 31, 2024
That hurt my ears yikes
2
Ian_Constant @AJwasRite · Jul 31, 2024
just this 14 sec clip, i felt my IQ points drop
6
reMAGAcan @jevvens · Aug 1, 2024
Jobs will be requiring fluent spanish. FACT already in NYC.
7
Betsy Ross @WanderingJew10 · Jul 31, 2024
Kamala's core values
I'm a savage (yeah)
Classy, bougie, ratchet (yeah)
Sassy, moody, nasty (hey, hey, yeah)
Acting stupid, what's happening? Bitch (whoa, whoa)
What's happening? Bitch (whoa, whoa)
I'm a savage, yeah
Classy, bougie, ratchet, yeah
Sassy, moody, nasty, huh
Show more
26
Teresa Lucko @LuckoTeresa · Aug 1, 2024
Idiots
9
The Universe Is Righting It... @MakeUr... · Jul 31, 2024
16
Bob Bishop - Forensic Inve... @RealBob... · Jul 31, 2024
Cardi B supported Biden. Maybe she'll also go on tour with Kamala.
154
StarstoMoon @PeonyRose @starstomoon · Jul 31, 2024
She tries to act like the great Jackée Harry and fails. No orignally with these folks.
151
Roger Thornhill @RT_N_NW · Jul 31, 2024
Shamala is one of the least serious people in American politics.
7
JasonH. @jjheerts · Jul 31, 2024
Sign me up for going back, thanks.
33
Dustin Otabol @Deez_Nugz · Aug 1, 2024
Disgraceful
DaWrTrem
@JamesTremaine2
Search
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Dustin Otabol @Deez_Nugz · Aug 1, 2024
Disgraceful
Yesenia_B @Yesenia_B78 · Jul 31, 2024
Reminds me so much of the movie Idiocracy....
GoodBad @BrianDo09407059 · Jul 31, 2024
Future press secretary!!
Terry Schwartz @TerrySchwartz10 · Jul 31, 2024
Excepting ebonics as language and eliminating math, reading, and writing from a proper education go hand in hand.
Angel Sicily @sicily_angel · Jul 31, 2024
GIF
Poloplayboy @mallieg1023 · Aug 1, 2024
At least you're not hiding the fact that you're a racist maga kkkunt. Must be tiring tho
Please have a seat.
You must be exhausted
from being a fucking
cunt all day.
someecards
user card
This Post was deleted by the Post author. Learn more
Smooshkas @Smooshkas · Aug 1, 2024
Why would it when she doesn't use it in office now? Why would
DaWrTrem
@JamesTremaine2
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
This Post was deleted by the Post author. Learn more
Smooshkas @Smooshkas · Aug 1, 2024
Why would it when she doesn't use it in office now? Why would becoming president change the way she speaks?
17
José Galindo @Brandulf44 · Aug 1, 2024
Laura Loomer is doing her part to help Donald Trump secure the black vote. 🙄 With friends like Loomer, who needs enemies?
69
❤️JustMe❤️ @Jesus_B_4_All · Jul 31, 2024
Oh my puke 🤮
15
Nick @NickAUSGRIT · Aug 1, 2024
🤣🤣🤣🤣 Loomer thinks fuckwit moron trump speaks English 🤣🤣🤣 for fuck's sake 🤣🤣🤡🤡🤡🤡🤡🤡
7
Coobs @ice_Colb_lampin · Aug 1, 2024
Is she black or not? Make up your mind.
5
Dragon Daddy @T2housand_TS · Jul 31, 2024
You're so weird... just a weird little troll.
1
Rlpalmy @rlpalmy · Aug 1, 2024
LauraLooney 🤯🤯🤯
3
Citizen By X @CitizenByX · Aug 2, 2024
You're just weird
6
maga tears 🤣 @Fmusk247 · Aug 1, 2024
No surprise here..
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2

maga tears 🤣 @Fmusk247 · Aug 1, 2024
No surprise here..
racist
GIF
12

Edward Ross @Ed1968rossRoss · Jul 31, 2024
Disgusting and disrespectful

We need Trump 2024 🇺🇸

Afro_Judah💪🏾🦁 @bigsteve35194 · Jul 31, 2024
Hey @LauraLoomer I think your buddy @EmeraldRobinson may be trying to pull a @LLinWood. Hey @EmeraldRobinson The more I look at your post it's starting to become very clear that your doing the same thing @LLinWood did with the Georgia Senate race. All you do is complain. You
Show more
216

Holy Angels of LA @holyangelsofla · Jul 31, 2024
Low IQ
4

AJ Engel ☮️ @AJ_Engel1 · Aug 1, 2024
Isn't Ebonics a black thing? I thought Kamala wasn't black. Crazy Laura can't keep her bullshit straight.
7

Mark Collier @markacollier · Aug 1, 2024
Just call her the n-word and get it over with.
11

rdking647.... republicans are fa... @rdkin... · Aug 1, 2024
laura loomer. the us equivalend of Baghdad Bob
18

Porky P @kschafner · Jul 31, 2024
I guess I just 🐝🐝🐝 like some times
20

MaMaBearOnThe BRU @missruesmom · Aug 1, 2024
Be careful, your racism is showing.

Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.

What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.





Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
I guess I just like some
20
MaMaBearOnThe BRU @missruesmom · Aug 1, 2024
Be careful, your racism is showing.
4
Cindy @beam4boys · Jul 31, 2024
You speak it pretty well.
7
Kilroy Is Here @KilroyIsHere_2 · Aug 1, 2024
No. Do you really believe that?
13
Feed man @Glen_Riddick3 · Jul 31, 2024
Shake my head.
21
next @next9338 · Jul 31, 2024
Can't wait! Better than Jew language
5
Sunny Skyes @SunnySkyes53 · Jul 31, 2024
GOP is trotting out the horse puckey will you eat like spaghetti meatballs....I am betting you will
7
Black Timonthy Chalamet @theisaiahknight · Aug 1, 2024
Commentary account
I love when the people that say race doesn't matter finally realized race really really matters
29
Charlie Kae @funsizecharliek · Jul 31, 2024
CRINGE
34
Craig Mahlman @CraigMahlman · Aug 1, 2024
The fuck is the matter with you
4
LibertyMN @LibertyMN1 · Aug 1, 2024
Hi, POC. This is one of #SloppyDon's surrogates.
Remember this when you vote.
1
Donavan @Donavan0715 · Aug 2, 2024
This can't happen! How will we speak to our plastic surgeons?!? Our faces going to get all tore up!! Oh, wait ....
7
Undercover Tiger @propilot123 · Jul 31, 2024
Can you stop lying.
24
Shirley Molina @Shirley78179104 · Jul 31, 2024
Please don't vote for these people. They are crazy
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 12 of 31

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Shirley Molina @Shirley78179104 · Jul 31, 2024
Please don't vote for these people. They are crazy
wataylorii @wataylorii · Jul 31, 2024
I'd rather listen to the eloquence of Representative Crockett than the rambling incoherence of Felonious 🐓45, all day, any day. 🤗
20
Anonymous @teamme2k · Jul 31, 2024
You're a stupid fuck!
honky @JoeySlaton98149 · Jul 31, 2024
Black people should be outraged
16
Just_Mariann❤️🇺🇸⭐🏔️ ... @JustMeForThe... · Jul 31, 2024
Oh goodie. It's bad enough that kids these days can't even write in cursive and most of general history has been removed from text books. Lets just change our national language too🙄
7
Vahid Persian patriot @TShapaaraa22720 · Aug 1, 2024
⛔⛔⛔I have announced many times that this prostitute is a spy for England, England has spies from these scumbags in all countries so that they can be a defensive lever for England in times of danger. ⛔⛔⛔
3
Donna Carr ✍️ @Donnasdomain62 · Jul 31, 2024
Classless trash
4
JCat @JoeCata65121131 · Jul 31, 2024
And fuck TikTok communist motherfucker
2
JCat @JoeCata65121131 · Jul 31, 2024
You both are idiots. She's never made any sense like she did the San Francisco. I live here and she fucked it up her and Willie Brown, so you can keep the piece of shit with you. Hope you're happy together.
1
Lisa Jewell @LisaJew05304316 · Jul 31, 2024
Trash begets trash‼️
15
Gerard Brennan @EASYCASH1975 · Jul 31, 2024
🤪🤪
6
Steven Leong . @StevenL49204322 · Aug 1, 2024
Well , GOOD then move out to safer parts of America & have contingency plan's ( if it ever get's to that) Those N.V.R.A ( V.C) trick's might come in handy too.
7
GG @RabelaisBleu · Jul 31, 2024
DaWrTrem
@JamesTremaine2
Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📷 America First ✡️ Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
contingency plan's ( if it ever gets to that ) those N.V.R.A ( V.C) trick's might come in handy too.
7
GG @RabelaisBleu · Jul 31, 2024
If Trump makes it to the White House, will botched plastic surgery be required for everyone?
8
American Patriot! MAGA!! follow f... @Br... · Jul 31, 2024
Huh 🤣🤣🤣🤣🤣
236
PJ @msuofm2022 · Jul 31, 2024
I think not! 🤡
37
Jill Toler @LikeWildflowerz · Aug 1, 2024
What a weird way of telling everyone you're racist.
6
George Wildheart @GeorgeWildheart · Jul 31, 2024
whatever, racist weirdo
4
Allan K @allankaremera28 · Jul 31, 2024
Better start leaning ebonics then. Lol
4
RAP MAN @RAPMAN56934311 · Jul 31, 2024
😂🤢😤
32
Doug Montgomery @DougMon2991 · Aug 1, 2024
First of all, ebonics (AAVE) is a dialect not a language. Second, the United States doesn't have an official language. You dumb bitch.
20
Richard Stark @ConservEntNet · Jul 31, 2024
Dear non-white people: When you vote, remember that this is the mentality of Trump supporters.
2
Ziggy @MykillZiggy · Jul 31, 2024
Ghett-O
26
Jane Lorz @jane_lorz70940 · Jul 31, 2024
you just make botox looks sooo bad
2
Rachel the History Nerd ... @PurpleMerm... · Aug 1, 2024
HARRIS
for PRESIDENT
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Post
Reply
Search
HARRIS
for PRESIDENT
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Disgusted @BLuv808 · Jul 31, 2024
I thought you said Kamala Harris was not black. If that's the case, then why would Ebonics replace English you dipshit.
MichelleS @Meeeschh_ · Jul 31, 2024
Megan the Stallion is being used as a puppet and doesn't even realize it
ThatDamnedTiersel @ThatTie... · Aug 1, 2024
It will make it a fuck lot easier for more people to understand what we mean when we remind them you are a triflin' twat.
My sources tell me that you shouldn't have given up your day job as Donald's Peg-boy.
Eric in Raleigh @Erics_Legacy · Jul 31, 2024
Def not going back to an America we can be proud of.
Michelle @BFL_Michelle · Jul 31, 2024
@KamalaHarris language style in various accents: Word Salad is a "confused or unintelligible mixture of seemingly random words and phrases",[1] most often used to describe a symptomof a neurological or mental disorder. #Trump2024
Arduous Huxley @Sluggo1963 · Jul 31, 2024
Racist much?
Tina McWilliams @tina_dodge · Jul 31, 2024
Ur a vile POS
conservative pilgrim @conserv_pilgrim · Jul 31, 2024
Dear Lord Jesus, HELP US!! WE NEED YOU!!!!
Ronda windal @rwindal3 · Jul 31, 2024
How in the world??!?!?!?!?
Yosemite Sam @Beansrochelle1 · Jul 31, 2024
Not Ebonics but Hobonics
MAURICIO @MAURICIO_USA1 · Aug 1, 2024
They tried to introduce Ebonics, as a second language, at my Jr high in Los Angeles. It didn't work.
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
MAURICIO @MAURICIO_USA1 · Aug 1, 2024
They tried to introduce Ebonics, as a second language, at my Jr high in Los Angeles. It didn't work.
Mr. Smalls @HireDei11670 · Jul 31, 2024
Meatloaph2024 @meatloaph2 · Jul 31, 2024
You're a racist
The Lady In Red @MrWarriorsMom1 · Aug 2, 2024
Cringe
Trystan Blond @RichD42219112 · Aug 1, 2024
Like all prostitutes she sticks her tongue out at the end.
Dr Beavis @BeavisDr6911 · Aug 15, 2024
Nope..,
GoElks1 @GoElks1 · Jul 31, 2024
I thought white people were not allowed to speak ebonics? Or is it just conservative white people?? I can't keep up with the race rules
BB @umab79 · Jul 31, 2024
MAGA GOP BS!!
FJ @molonlabe75 · Jul 31, 2024
I swear we are on the path to the movie IDIOCRACY
Key Thoughts @JoeyCurtainNews · Aug 1, 2024
Parody account
So how much makeup did she go through.
CeddyRooney @CeddyRooney · Aug 1, 2024
From one black person to the blow up doll that should've been recalled but was put on TEMU instead that thinks she's a girl: Get Fuq'd You Unhinged Racist . And PS: The United States doesn't have an official language you dim blow up doll.
Craig Smith @Fredriqkchtine · Jul 31, 2024
Fucking racist bitch.
I_Dont_Like_It_Here @IDLIH_16 · Aug 1, 2024
You are truly one of the dumbest creatures who ever got to politics.
Katie Orth @korthtulsa · Jul 31, 2024
DaWrTrem
@JamesTremaine2
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
I_Dont_Like_It_Here @IDLIH_16 · Aug 1, 2024
You are truly one of the dumbest creatures who ever got to politics.
Katie Orth @korthtulsa · Jul 31, 2024
Eubonics because they are black? Sorry that don't speak bully racist cunt
Sam Owen @rhugzzz · Jul 31, 2024
Ho to Ho
Kennard Haynie @HaynieKennardh · Aug 1, 2024
Facts
John F @All76eredUp · Jul 31, 2024
2 N 2 B 4
drew+ @drewxvz · Aug 3, 2024
@EndzoneEdwards opinion
Eric Rutkowski @ironearache · Jul 31, 2024
Ummm, where was the ebonics? It was plain English, just too fast for YOU to comprehend. Nice try, though.
PCA @PCAnderson3999 · Jul 31, 2024
nauseating but that's where roughly half the country is
Matty C @SEINFELDandWU · Aug 1, 2024
Maybe you should suck my black dick 🤔
Claire Ma @ManganaroClaire · Jul 31, 2024
Trash
Gaspar Martinez @10gmartinez10 · Aug 1, 2024
Racist, you don't even try to hide it but that's cool. Please keep helping the maga movement.
ProducerBethany @BethanyHen99773 · Aug 1, 2024
Wtaf was that??!!!!!!
General Specific @Rover_Pilot · Aug 1, 2024
Kamala "Camacho" Harris. Idiocracy was prophetic. @MikeJudge
Kbrown @KSBrown123 · Jul 31, 2024
Lyrics before Donald Trump enters a rally:
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Kbrown @KSBrown123 · Jul 31, 2024
Lyrics before Donald Trump enters a rally:
"I'm Proud to be an American where at least I know I'm Free."
Lyrics before Kamala Harris enters a rally:
"Any ni**a I let hit is still attached... but you know this p*ssy fat."
8:45 PM · 7/30/24 From Earth · 79K Views
2.1K Reposts 177 Quotes
4.1K Likes 181 Bookmarks
25
iscaremyself @i_scaremyself · Jul 31, 2024
I sez Yeowza
25
Timmy Balls @tim_13 · Aug 2, 2024
Whoops, your racist is showing
18
RobynsRantics @RobynsRantics · Aug 2, 2024
So f'ing racist of you to say this! You're an abhorrent person.
11
Mic @MRakija66 · Jul 31, 2024
The wheels on the bus go round and round
Round and round, round and round
The wheels on the bus go round and round
6
Noticing Things @NoticingThem · Jul 31, 2024
Maybe if Trump keeps telling us how much he loves jews he will have a chance to win.
15
tony butler @tonybut95464374 · Aug 1, 2024
Lolol no
13
Dont Be A Salty Heifer @DntBASaltyHeif · Jul 31, 2024
Cringe it reminds me of vote or die with pnotmydiddy and Obama.
6
@vee143 @sillyassv143 · Jul 31, 2024
Losers
StygianEdgarAllanFlo @CriquittWa60993 · Aug 1, 2024
"Ebonics" why not Hinglish my jewess person.
47
Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
StygianEdgarAllanFlo @CriquittWa60993 · Aug 1, 2024
"Ebonics" why not Hinglish my jewess person.
47
Gangsta Dreski @Chefdre1107 · Aug 2, 2024
It already is.. welcome to the party Karen
GIF
14
Ari Rockefeller Master of the Wr... @th... · Aug 1, 2024
Could you stop being a miserable cunt for FIVE SECONDS
15
This Post was deleted by the Post author. Learn more
Kenecik wrote an awesome moti... @the... · Aug 1, 2024
No she will not. You are so full of shit big time.
6
God by Machine @GODBYMACHINE · Jul 31, 2024
Unreal.
44
Josey Wang @TheoutlawJWang · Jul 31, 2024
lol they seem too happy and smug to be true.
49
Jason @Jason_BAMF · Jul 31, 2024
Ok, two hookers in a room.
6
Beth @Beth47780158 · Jul 31, 2024
DaWrTrem
@JamesTremaine2
Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 19 of 31

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
MOTHER AND FATHE
Ain't nobody got time for dat!
33
Ccama @cam_alieri · Aug 1, 2024
12
Emma Houghton Failed @iwaslikewhateva · Aug 1, 2024
What's actually wrong with you? They hurled the exact same racism at Obama: everybody still spoke English.
You cretins just don't change...
12
Dali @Dali_AGB · Jul 31, 2024
Love your desperation it's so palpable!
2
This Post was deleted by the Post author. Learn more
jason walton @jjpgcwalton · Jul 31, 2024
Alec Lace @AlecLace
Lyrics before Donald Trump enters a rally:
"I'm Proud to be an American where at least I know I'm Free."
Lyrics before Kamala Harris enters a rally:
"Any ni**a I let hit is still attached... but you know this p*ssy fat."
7:45 PM · Jul 30, 2024 · 51.1K Views
6
Joy @Joyojustice · Jul 31, 2024
Yep I'm afraid there's no going back
WHAT HAPPENED ?
How Did We Go From Aspiring To Excellence To Glorifying Debased And Otherwise Degrading Behavior?
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Post
Reply
Search
How Did We Go From Aspiring To Excellence To Glorifying Debased And Otherwise Degrading Behavior?
29
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Foxsucks @Foxsucksreally · Jul 31, 2024
They aren't going back to lower gas prices.
They aren't going back to lower crime !
They aren't going back to less border breakers.
So why vote for them????
6
Dr. MorganMuffel @CarolS62909581 · Jul 31, 2024
I may lose my breakfast
21
Matty @Mediawatching2C · Jul 31, 2024
Laura , you have trouble with the English language stay in your lane. Dopey.
14
AJzIndignation @AJBDMV · Aug 2, 2024
Be afraid. We're gonna crush you weirdos.
1
holographicstorm @Ominousfireball · Jul 31, 2024
What the hell was that?
3
This Post was deleted by the Post author. Learn more
H8nonlibsforfun @h8nonlibsforfun · Jul 31, 2024
HOES FOR HARRIS
68
Lisa Dixon @LisaDixon423 · Jul 31, 2024
So classy
48
Chris S @xizor09 · Jul 31, 2024
Technically she is right. If she wins we won't go back to cheaper gas, better economy. It will just keep progressively getting higher and higher.
7
Vince @VinsOpus · Jul 31, 2024
Can't wait for her to do real interviews with real questions... that's when the wheels will come off the Harris bus.
9
Ian Fetigan @Fetigani · Jul 31, 2024
#KamalaSucks Prove me wrong! #MAGA
13
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 21 of 31

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Ian Fetigan @Fetigani · Jul 31, 2024
#KamalaSucks Prove me wrong! #MAGA
13
Warjikin @Warjikin · Aug 22, 2024
It's the grasping at straws for me.
8
Nobody-You-Know (Parody) @Flerb72 · Jul 31, 2024
Word
11
Kameleon28 @Kameleon98 · Jul 31, 2024
What's up with here eyes
8
Mags @aamiac · Jul 31, 2024
Lmao
11
Leemte @Leemte0 · Jul 31, 2024
She makes some of the stupidest videos.
5
bony tews @BonyTews22618 · Jul 31, 2024
Did someone cut off her reply? We are not going back..... to the White House.
39
Sean Booth @Seanthebooth · Jul 31, 2024
You are pathetic :)
8
Murphy @theMurf71 · Jul 31, 2024
TRASH
2
Costa 🇨🇺🇺🇸 MAGA - NO dms @chei11299999 · Jul 31, 2024
What she say ? God help us
12
Punjabi @rajahansra · Jul 31, 2024
She can have all
Of the LOSERS!!
11
DawnCoughNMaGroin @DawnC1976 · Jul 31, 2024
Um ⬇️
STATE OF CALIFORNIA
COUNTY OF ALAMEDA
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.
DaWrTrem
@JamesTremaine2

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
COUNTY OF ALAMEDA
Laura Loomer @La... · 53m
I have a copy of Kamala Harris's @KamalaHarris's
RBIZZLE @bizzletown11 · Jul 31, 2024
Wow what a racist POS C*NT you are!!
Heidi El haddad @Heidi9700 · Jul 31, 2024
James Willett @JamesWi28792285 · Aug 1, 2024
If you make it to the nut house you'll be right at home you ignorant Nazi twit.
Evelyn Bly @windygappigs · Jul 31, 2024
Stupid cunts
DTI Arlo @dtibuilder · Jul 31, 2024
Ignorance gone wild
Brad Jones @omeganine5 · Jul 31, 2024
My God.
RelationshipWithGod @Gerald_McGerald · Jul 31, 2024
back to what? So, we're going back?
Joe Ventimiglia @Javent1951 · Aug 1, 2024
BLM promotion!
Celeste Zona @CelesteZona · Jul 31, 2024
I fear 😨 that you are truly correct
Headmaster543 @Headmaster454 · Jul 31, 2024
😱😱😱😱😱😱
JayNSilentJay @JayNSilentJay · Aug 1, 2024
I'm black. I don't speak ebonics, though.
Just wondering if there's a course I can take or if you have to get beat over the head repeatedly to be able to speak and understand it....
Relevant people
Laura Loomer @LauraLoomer Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ @KamalaHQ Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post

Reply

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

DaWrTrem @JamesTremaine2

**JayNSilentJay** @JayNSilentJay · Aug 1, 2024
I'm black. I don't speak ebonics, though.

Just wondering if there's a course I can take or if you have to get beat over the head repeatedly to be able to speak and understand it....

7

**Mark** @NfreeoneMark · Jul 31, 2024
Her eyes are weird

22

**Clifton McDonald** @Flintrock470 · Jul 31, 2024
x.com/immeme0/status...

3

**Believe On Jesus Christ** @TheLastDon222 · Jul 31, 2024
I'm glad there were captions on there or else I wouldn't know what she said.

2 7 839

**Christopher Kidwell** @Lerianis1 · Jul 31, 2024
No, it won't.
Stop with the paranoia, stop with the hyperbole. It only diminishes your credibility among the SANE PART of society.

2 2 190

**BlueBuddha305** @BlueBuddha305 · Aug 2, 2024
Harris is already in the White House. She is Biden's Vice President. Looking forward to you crying. I prefer Ebonics over weird MAGA German.

NEIN!
GIF

4 1 15

**SandmanAssassin** 🇺🇸 @SandmanAssassan · Aug 1, 2024
This isn't racist at all 🙄

5

**Dominic Torraco** @Domtah · Jul 31, 2024
If anyone thinks the last 4 years were normal, LETS GET WEIRD! #LETSGETWEIRD #MAGA

**Relevant people**

**Laura Loomer** @LauraLoomer Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess

**Kamala HQ** @KamalaHQ Follow
Providing context.

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
**JT and Cardi**
2,211 posts

Trending in United States
**#MLBS6Spoilers**
2,659 posts

Sports · Trending
**Otto Kemp**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
LET'S GET WEIRD!
LET'S GET WEIRD!
GIF
14
Troy @TroyHans9 · Jul 31, 2024
The United States of America has no official language. There is no "language of our land"
2
Michael Johnson @mjohnson9108 · Jul 31, 2024
WTF? Must be for low info. voters.
First, keep it short and don't let the coconut say too much or she'll ruin the shine, and
Two, go back to what? An authoritarian government that attacks its political enemies that the coconut is still a part of, and
Three, don't be
Show more
175
Sir Catturd the 42nd, Esq. @Catturd42 · Aug 1, 2024
Commentary account
That makes literally no sense, and is just a smidge racist.
1. Trump can barely speak English, yet when he became PotUS the entire country didn't become illiterate.
2. Kamala doesn't use Ebonics, so at face value your statement is exceptionally dumb.
3
Carole Gibb @carolewoodfied1 · Jul 31, 2024
Trumps interview at the NABJ is not going too well. In fact, it's a complete disaster zone for Trump. Have no idea how he will fare debating Harris. Not looking good.
69
Tim Evans @timmevans1649 · Jul 31, 2024
Racist! Disgusting! And Weird for you to attack language instead of policy. Pure hate from you to stir up hate in others. You really should look into inpatient psychiatric treatment!
9
Stronger Together ... @Theni... · Aug 1, 2024
If 45 wins wonder if IT will be rewarded with a place on the "Team Of The Best"? Would fit in perfectly with @JDVance @RepBoebert @RonnyJacksonTX @RepStefanik & @KristiNoem
DaWrTrem
@JamesTremaine2
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Relevant people
Laura Loomer @LauraLoomer Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ @KamalaHQ Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.
7
Melvin Wilson @MelvinW90135086 · Aug 2, 2024
Don't speak on black people after this. This proves you are a racist and you are a representation of Trump supporters. I'll be sure to spread this far and wide
3
Xception to the Rule @deepsee40 · Jul 31, 2024
An attempt to shake-up the Norm. Wear a Mask!
CERTIFIED
BALL WASHER
11
Gabe51 @PubertSchlarff · Aug 2, 2024
My God you're a sick, racist bitch.
6
Alex Atkinson @lovesjustice23 · Aug 1, 2024
Loomer brings all the bots to the yard! Go back to Russia!
2
Maynardisatool @maynardisatool · Jul 31, 2024
Loomer's inner landscape is an asphalt playground surrounded by a horde of janky rusted out ice cream trucks all playing Charles Manson's back catalogue over their speakers.
6

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 26 of 31

Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Maynardisatool @maynard...
Loomer's inner landscape is an asphalt playground surrounded by a horde of janky rusted out ice cream trucks all playing Charles Manson's back catalogue over their speakers.
6
Faeriefruitcake... @Faeriefruitc... · Aug 1, 2024
Doesn't the Vice President go to the White House?
3
Kenneth Merritt @Karma_wind6450 · Aug 1, 2024
6
JohnnyCat @JohnnyCat21 · Jul 31, 2024
You would think these weave wearing hooligans would be jealous of Kamala since she is Indian and has real hair. Once these black women realize that, they'll be attacking her.
25
The Porcupine Mind @ThePorcuMind · Aug 2, 2024
So she's black again? Make up your mind, weirdo.
4
Tracy @tracyhunsmith1 · Aug 1, 2024
NOPE
8
Drew LaLena @DrewLaLena · Jul 31, 2024
Not sure if she wants to be a president or a troll.
DaWrTrem
@JamesTremaine2
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.





Post
Reply
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem @JamesTremaine2
Drew LaLena @DrewLaLena · Jul 31, 2024
Not sure if she wants to be a president or a troll.
linda pearse @Shamr0cks · Aug 1, 2024
You racist piece of shit @LauraLoomer
When that rapist trump loses to this Queen, I'll be happy to see the back of every criminal fkn trump.
@facts_fyp · Jul 31, 2024
Since Clinton first appeared on Arsenio Hall, the democrats have been more concerned with becoming Hollywood than becoming President.
7M Phonetic English @MrCyberBritches · Jul 31, 2024
She's as good at ebonics as at being a Border Czar.
tampa1 @tampa1_ · Jul 31, 2024
Why are they all dressed like trump?
Subhuman @wat17969 · Aug 1, 2024
English is not the language of your land, it's one of the many languages that exist there!
TRUMP_up_the_volume @TrumpVolume · Jul 31, 2024
I dont want to hear another Person talk about Trump being disrespectful to women or racist again... your point is moot.
Greg @Xuser784 · Jul 31, 2024
Trash. Classless.
Rita Markham @RitaMarkha97728 · Aug 1, 2024
If @KamalaHarris 🤑🤑 cheats her way into the WH🤑🤑, I'M LEAVING THE COUNTRY!!
richard rannochio @rannochio · Jul 31, 2024
Really? Admire you're not afraid to show you're a racist.. aren't you a god lover as well? My god doesn't condone what you speak
She knows his type! @santamonicagoe1 · Aug 1, 2024
Vile racist. Kamala will be your president.
#FOTUS_47 the GOP NAZI PE... @Miverv... · Aug 1, 2024
Better that REPUBLICAN RACIST from the #MAGAt Meth dealers. Bitch PUT DOWN THE METH PIPE. You're ALREADY a busted looking CUNT!
Search
Relevant people
Laura Loomer @LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ @KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2025 X Corp.

Document title: (3) Laura Loomer on X: "If Kamala Harris makes it to the White House, Ebonics will replace English as the language of our land." / X
Capture URL: https://x.com/LauraLoomer/status/1818691984560648285
Capture timestamp (UTC): Tue, 23 Sep 2025 23:45:49 GMT
Page 28 of 31



Post
Reply
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Better that REPUBLICAN RACIST from the #MAGAt Meth dealers. Bitch PUT DOWN THE METH PIPE. You're ALREADY a busted looking CUNT!
7
Bslau @bsgrovian · Jul 31, 2024
Intelligence quotient - 0
30
Bob Smiley @BobSmil67521985 · Jul 31, 2024
Sounds like Chris Tuckers character from the 5th Element.
8
Chrissy Waide @waide_c · Aug 1, 2024
You know you're not helping Trump with this talk right? You're actually hurting him. So keep it up please. Hahahaha
4
Jim Anthony @jimanthony30 · Jul 31, 2024
GIF
18
The End of the World @ChairmanOhtori · Aug 1, 2024
Your plastic surgeon sure worked hard to make you look as hideous as possible, Laura. 🤣
4
Mario @TheGreatMario87 · Aug 1, 2024
No bitch, she ain't the future president, she was barely a legitimate or competent vice president. Stop trying to bullshit everybody, you know she's fucking useless.
3
winomary @winomary · Jul 31, 2024
Laura: Ifyou want us to respect you then stop this crap. You & Jenna Ellis are twins.
2
whyohwhy @ohwhyohwhy22 · Jul 31, 2024
You sound Uber worried rn
3
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Laura: Ifyou want us to respect you then stop this crap. You & Jenna
2
whyohwhy @ohwhyohwhy22 · Jul 31, 2024
You sound Uber worried rn
3
Mbzz @troutisme · Jul 31, 2024
Ebonics is A part of the new NORMAL
21
Dark Eyed Junco @DarkEyedJunco · Jul 31, 2024
We know how promotions will work...
x.com/SpartaJustice/...
This Post is from a suspended account. Learn more
28
Yumm Shanthi @yumm_shanthi · Jul 31, 2024
Ruthless Kamala would be an apt moniker for Trump to use. She's nastier than crooked Hillary although that's debatable
6
Show probable spam
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Search
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Reply
Search
Show probable spam
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
DaWrTrem
@JamesTremaine2
Relevant people
Laura Loomer
@LauraLoomer
Follow
Investigative Journalist Free Spirit Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. America First Feisty Jewess
Kamala HQ
@KamalaHQ
Follow
Providing context.
What's happening
Stockton Street
LIVE
Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App
Trending in United States
JT and Cardi
2,211 posts
Trending in United States
#MLBS6Spoilers
2,659 posts
Sports · Trending
Otto Kemp
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.