# EXHIBIT 14



← Post

**Laura Loomer** @LauraLoomer

Why is it that the only thing @KamalaHarris ever talks about is killing babies?

The only thing this DEI skank ever talks about is murdering babies.

Have you noticed that?

Meanwhile, she's sucked so much dick to get to the top throughout her "career", but she doesn't have any biological children of her own to show for all of the semen she's swallowed.

She's a step mom to a transgendered, communist freak of nature with @SecondGentleman and she has been ridden harder than the community bikes in San Francisco... but no kids of her own.

I hear abortions destroy your uterus. I wouldn't know. But I'm sure Kamala does.

I hope people see how deranged it is that a woman who has no children of her own and an IQ lower than a baby with fetal alcohol syndrome wants so badly to kill other people's children.

Truly demonic.

@KamalaHarris just because you swallowed all of your children doesn't mean you have a right to MURDER other people's children.

Dirty harlot Go away!

> **Kamala Harris** @KamalaHarris · Jul 20, 2024
> Let's be clear: Donald Trump would sign a national abortion ban and restrict access to contraception if given the chance.
>
> That is what's at stake in November.

9:58 PM · Jul 20, 2024 · **319.2K** Views

381    668    3.1K    128

Read 381 replies



**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

EXHIBIT
33  Loomer
6-4-25  SAP