# EXHIBIT 15







This post is unavailable.

1:13 PM · Jul 13, 2024 · **146.6K** Views

433  595  2.6K  39

Read 433 replies

Don't miss what's happening
People on X are the first to know.

Log in   Sign up

Document title: Laura Loomer on X: &quot;I guess you would know a thing or two about trashy @Montel_Williams, given the fact that you dated and stuck your cock insi…
Capture URL: http://x.com/LauraLoomer/status/1812113194674008198
Capture timestamp (UTC): Mon, 02 Jun 2025 16:58:16 GMT

Page 2 of 2