# EXHIBIT 16



