# EXHIBIT 17



X    ← Post    Reply    ⇄    Q Search

⌂ Home

Sorry Thommy. You all CREATED her. You own her and you own Trump.

🗨 27    ⇄ 93    ♡ 1.3K    ᴵᴵᴵ 25K    🔖 ⬆

**Relevant people**

**Thom Tillis** ✓                    **Follow**
@ThomTillis
Senator for North Carolina.

Q Explore

**Gunther Eagleman™** ✓ @GuntherEagleman · Sep 13, 2024  ○ ···
You are irrelevant Thom... You sold out the party a long time ago.

🗨 65    ⇄ 68    ♡ 1.1K    ᴵᴵᴵ 36K    🔖 ⬆

♪ Notifications

**chris evans** ✓ @notcapnamerica · Sep 13, 2024                    ○ ···
And yet the man you support has her traveling around with him and gets on TV to defend her.

🗨 4    ⇄ 13    ♡ 406    ᴵᴵᴵ 11K    🔖 ⬆

✉ Messages

◎ Grok

**What's happening**

**Angels at Red Sox**
LIVE

☰ Lists

**Wren** ✓ @wrens_dens · Sep 13, 2024                    ○ ···
I think y'all gotta lay in this bed y'all made 😐

🗨 4    ⇄ 13    ♡ 465    ᴵᴵᴵ 24K    🔖 ⬆

LIVE. FIT. GO.                                    ···
Your next move deserves your best energy.
🔲 Promoted by CELSIUS Energy Drink

🔖 Bookmarks

**Amanda Jo** 💜 @imamandajo · Sep 13, 2024                    ○ ···
Thoughts and prayers.

🗨 8    ⇄ 2    ♡ 481    ᴵᴵᴵ 36K    🔖 ⬆

🗄 Jobs

Trending in United States                    ···
**#BelowDeck**

Sports · Trending                    ···
**Bronny**
3,876 posts

👥 Communities

**Tammie McDonald** ✓ @TammieMcDonal17 · Sep 13, 2024  ○ ···
Weren't you censured for not supporting Trump? Didn't you criticize Trump over J6? Didn't you say J6 defendant's should be in jail? Don't try and paint yourself as MAGA!! You hate Trump and we all know it!!! Laura has been loyal to Trump unlike you, you fvcking rino

🗨 5    ⇄ 23    ♡ 222    ᴵᴵᴵ 2.9K    🔖 ⬆

X Premium

Sports · Trending                    ···
**#RawOnNetflix**
1,542 posts

🗐 Verified Orgs

**Stephen Gauvin** @Gauv822 · Sep 13, 2024                    ○ ···
Trump's your man. He wants Loomer. You should stop supporting Trump. See how easy that is you simpering coward?

🗨 6    ⇄ 24    ♡ 602    ᴵᴵᴵ 15K    🔖 ⬆

Show more

👤 Profile

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More ···  © 2025 X Corp.

⊙ More

**Chargé d'Affaires** ✓ @BrandiAtkinson · Sep 13, 2024                    ○ ···
You bought the ticket, now take the ride.

🗨 5    ⇄ 14    ♡ 414    ᴵᴵᴵ 11K    🔖 ⬆

**Post**

**EyeOnStalk** ✓ @EyeOnStalk · Sep 13, 2024                    ○ ···
None of this would be an issue if you, as a Senator, voted to impeach Trump either of the times you had a chance.

Why didn't you?

🗨 12    ⇄ 15    ♡ 410    ᴵᴵᴵ 12K    🔖 ⬆

**Daniel Micovic** ✓ @DanMicovic · Sep 13, 2024                    ○ ···
Aren't they officially dating now? It is what I keep seeing on social media.

🗨 50    ⇄ 9    ♡ 421    ᴵᴵᴵ 40K    🔖 ⬆

**Landon Best** 🔱⚙✓ @Best4Liberty · Sep 13, 2024                    ○ ···
Your party made its bed, Thom. Lie in it.

🗨 4    ⇄ 10    ♡ 400    ᴵᴵᴵ 14K    🔖 ⬆

**Wendy Patterson** ✓ @wendyp4545 · Sep 14, 2024                    ○ ···
You were only re elected because your challenger was cheating on his wife. Let's not pretend that you represent Republicans in North Carolina.

🗨 2    ⇄ 18    ♡ 133    ᴵᴵᴵ 1.6K    🔖 ⬆

**DaWrTrem**                    **Warren** ✓ @swd2 · Sep 13, 2024                    ○ ···
@JamesTremaine2 ···              They're the same person. You guys just can't see it through those cult glasses.

◎





You're all doing great.

**X**

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

← Post                                    Reply ⇄        Q Search

♡ 1    ⟲ 1    ♡ 106    �features 2.6K    🔖 ⬆

**Dave Zirin** @EdgeofSports · Sep 13, 2024
This isn't Trump's fault, why?

♡ 2    ⟲ 2    ♡ 82    features 2.5K    🔖 ⬆

**Jenna Ellis** 🌀 @realJennaEllis · Sep 13, 2024
Thank you for speaking up for rationality and truth. Trump better
change courses soon if he wants a chance at actually winning.

♡ 33    ⟲ 4    ♡ 68    features 4.4K    🔖 ⬆

**Brian Kennedy** @Brian_Kennedy · Sep 13, 2024
Thom is a UniParty, RINO, DC Swamp creature.

**Margo** @MargoinWNC · Feb 29, 2024
Less than half the time Thom Tillis votes conservative.

Let that sink in.
#NCPOL

Representative
**Ted Budd**        B 84%    GOP.    NC

Senator
**Thom Tillis**     F 49%    GOP.    NC

♡ 2    ⟲ 10    ♡ 30    features 512    🔖 ⬆

**MakeAmericaSaneAgain** @obiden_sux · Sep 13, 2024
Prove it. Prove one thing she has said that is untrue. Do it. Do it now
or stfu

♡    ⟲ 4    ♡ 32    features 490    🔖 ⬆

**Ultra MAGA Joyce Day** @Daytobehappy · Sep 14, 2024
She fights to get the truth out can you say the same?

♡ 2    ⟲ 4    ♡ 31    features 627    🔖 ⬆

**Lesley Abravanel** 🌀 @lesleyabravanel · Sep 13, 2024
Well, in fairness, Trump is tanking his own chances just fine on his
own...#ConceptsOfAPlan

♡    ⟲ 3    ♡ 28    features 362    🔖 ⬆

**Gerald Celente** @geraldcelente · Sep 13, 2024
What do you know about DNC plants?

♡    ⟲    ♡ 31    features 4.6K    🔖 ⬆

**Relevant people**

**Thom Tillis** [Follow]
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best
energy.
⚡ Promoted by CELSIUS Energy Drink

Trending in United States
**#BelowDeck**

Sports · Trending
**Bronny**
3,876 posts

Sports · Trending
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ··· © 2025 X Corp.

**DaWrTrem** ···
@JamesTremaine2

Document title: (2) Thom Tillis on X: &quot;Laura Loomer is a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC…
Capture URL: https://x.com/ThomTillis/status/1834608581330505890
Capture timestamp (UTC): Tue, 03 Jun 2025 00:20:31 GMT



# X

| | |
|---|---|
| ⌂ | Home |
| Q | Explore |
| ◔ | Notifications |
| ✉ | Messages |
| ✺ | Grok |
| ☰ | Lists |
| ⛶ | Bookmarks |
| 🖃 | Jobs |
| ⚇ | Communities |
| ✕ | Premium |
| ⇆ | Verified Orgs |
| ⚇ | Profile |
| ⊙ | More |

**Post**

← **Post**

Q Search

**Gerald Celente** ✓ @geraldcelente · Sep 13, 2024
What do you know about DNC plants?
○    ↻    ♡ 31    ᐧ�085 4.6K    ☐ ⬆

**OldCdnGuy** @OldCdnGuy · Sep 13, 2024
She seems pretty much like your average MAGA person to me.
○ 15    ↻ 1    ♡ 218    ᐧ085 9.6K    ☐ ⬆

**Cheds Trading** ✓ @BigCheds · Sep 13, 2024
This sounds like a Susan Collins concern tweet

Too bad. You guys made your bed with this anti-American traitor
along time ago and now you have to lay in it
○    ↻    ♡ 18    ᐧ085 459    ☐ ⬆

### Relevant people

**Thom Tillis**
@ThomTillis    **Follow**
Senator for North Carolina.

### What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best
energy.
⬛ Promoted by CELSIUS Energy Drink

Trending in United States
**#BelowDeck**

Sports · Trending
**Bronny**
3,876 posts

Sports · Trending
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More⋯  © 2025 X Corp.



**DaWrTrem**
@JamesTremaine2    ⋯





Document title: (2) Thom Tillis on X: "Laura Loomer is a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC…
Capture URL: https://x.com/ThomTillis/status/1834608581330505890
Capture timestamp (UTC): Tue, 03 Jun 2025 00:20:31 GMT



## X

← Post    Reply ⇄

⌂ Home

🔍 Explore

🔔 Notifications

✉ Messages

◎ Grok

☰ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✕ Premium

⟳ Verified Orgs

👤 Profile

⋯ More

**Post**

### Relevant people

**Thom Tillis**
@ThomTillis
Senator for North Carolina.    **Follow**

### What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best energy.
▶ Promoted by CELSIUS Energy Drink

Trending in United States
**#BelowDeck**

Sports · Trending
**Bronny**
3,876 posts

Sports · Trending
**#RawOnNetflix**
1,542 posts

**Show more**

Terms of Service | Privacy Policy | Cookie Policy |
More ··· © 2025 X Corp.

---

○ 1    ⟳ 3    ♡ 44    ᴐ 1K    ☐ ⤒

**Kevin Johnson** ✓ @Yourhighness526 · Sep 13, 2024    ⟳ ···
Your just scared of her because she will come for you! no matter who you are and personally I think we need more Laura Loomers! and don't worry Thom your days in office are Limited as well you Rino!

○ 14    ⟳ 6    ♡ 34    ᴐ 2.2K    ☐ ⤒

**Ryan King** 🔨 ✓ @RKING90210 · Sep 13, 2024    ⟳ ···
x.com/RKING90210/sta... This is called the "Loomer Effect"

**Ryan King** 🔨 ✓ @RKING90210 · Sep 13, 2024
Replying to @RpsAgainstTrump
It's called the "Loomer Effect".    @LauraLoomer

It's where you self-sabotage yourself by making racist and bigoted statements without any factual support and lose an ...
Show more

○    ⟳ 4    ♡ 38    ᴐ 6K    ☐ ⤒

**Michael VanDeMar** ✓ @mvandemar · Sep 13, 2024    ⟳ ···
Yeah? Trump disagrees with you on that one bro.

**Aaron Rupar** ✓ @atrupar · Sep 13, 2024
Replying to @atrupar
!!!! a very defensive Trump defends his relationship with Laura Loomer and says "she's a free spirit ... I don't know exactly what you're referring to"

○    ⟳ 6    ♡ 31    ᴐ 1.7K    ☐ ⤒



**DaWrTrem**
@JamesTremaine2    ···











X     ← · Post                                    Reply  ⇄          Q Search

🏠 Home

incoherent lunatic who is
Show more

○          ↻ 1          ♡ 20          �.ᴵ 482          🔖  ⬆

**Relevant people**

Q Explore

Victor Whitlock ✓ @VictorWhitlock5 · Sep 13, 2024          ⟳ ···
You've betrayed the best of us because it doesn't serve yourself.
Time for you to go.

**Thom Tillis**          **Follow**
@ThomTillis
Senator for North Carolina.

🔔 Notifications

Grok

✉ Messages

🦙 Lara Logan ✓ @laralogan · Sep 13, 2024
Jeremy Brown was literally the poster boy for US Spec Forces.
Now he's behind bars awaiting his J6 trial. His crime: doing
security for a VIP guest at the rally. He hurt no one/never went
near the building. Happy Birthday Jeremy, his 4th in prison.
whoisjeremybrown.com/the-fbi-doesn-...

**What's happening**

**Angels at Red Sox**
LIVE

🔲 Lists

○ 1          ↻ 3          ♡ 16          ᴵᴵ 427          🔖  ⬆

📑 Bookmarks

Bark54 @kemling_becky · Sep 15, 2024          ⟳ ···
He's your guy and he choose to listen and hang out with looney
Loomer so own it Thom.

LIVE. FIT. GO.          ···
Your next move deserves your best
energy.
◻ Promoted by CELSIUS Energy Drink

💼 Jobs

Trending in United States          ···
#BelowDeck

👥 Communities

Sports · Trending          ···
**Bronny**
3,876 posts

X Premium

Sports · Trending          ···
#RawOnNetflix
1,542 posts

✔ Verified Orgs

Show more

👤 Profile

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More ···   © 2025 X Corp.

··· More

○          ↻ 4          ♡ 14          ᴵᴵ 1.5K          🔖  ⬆

**Post**

Andrea Karshan ✓ @karshanandrea · Sep 13, 2024          ⟳ ···
I have decided to vote for Kamala Harris not Donald Trump because
of Trump supporting Laura Loomer. That was just too much for me.
There are good and bad things about Trump and Harris. But that was
my final deciding factor.

○ 4          ↻ 3          ♡ 16          ᴵᴵ 591          🔖  ⬆

**DaWrTrem**          ···
@JamesTremaine2



← Post

| | | | |
|---|---|---|---|
| Home | | | |
| Explore | | | |
| Notifications | | | |
| Messages | | | |
| Grok | | | |
| Lists | | | |
| Bookmarks | | | |
| Jobs | | | |
| Communities | | | |
| Premium | | | |
| Verified Orgs | | | |
| Profile | | | |
| More | | | |

Post

← Post      Reply    ⇄      🔍 Search

○    ↻    ♡ 12    ▫ 952    🔖 ⬆

Conelepe (Connie) ✔ @conelepe1 · Sep 13, 2024    ⌀ ···
This is you!



○    ↻ 3    ♡ 6    ▫ 90    🔖 ⬆

**Relevant people**

**Thom Tillis**    Follow
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**    ···
Your next move deserves your best
energy.
🅰 Promoted by CELSIUS Energy Drink

Trending in United States    ···
**#BelowDeck**

Sports · Trending    ···
**Bronny**
3,876 posts

Sports · Trending    ···
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ···  © 2025 X Corp


**DaWrTrem**    ···
@JamesTremaine2



X    ← Post                                    Reply    ⇄        Q Search

🏠 Home

🔍 Explore

Relevant people



Thom Tillis
@ThomTillis                    Follow
Senator for North Carolina.

🔔 Notifications

✉ Messages

What's happening

Grok

Angels at Red Sox
LIVE

☰ Lists

LIVE. FIT. GO.
Your next move deserves your best
energy.
Promoted by CELSIUS Energy Drink

🔖 Bookmarks

💼 Jobs

Trending in United States
#BelowDeck

👥 Communities

Sports · Trending
Bronny
3,876 posts

X Premium

Sports · Trending
#RawOnNetflix
1,542 posts

⟱ Verified Orgs

Show more

👤 Profile

⋯ More

Terms of Service | Privacy Policy | Cookie Policy |
More ···   © 2025 X Corp.

**Post**

---

**Post content (center column):**

When President Trump said people were suffering from the economy and inflation, Kamala laughed.

enters the home stretch, @kamalaharris is positioning herself as the champion of middle-class America, vowing to finally make the wealthy pay their fair share. Yet a closer look at her record over the past four years reveals a stark contrast between her rhetoric and reality.

○    ⟲ 3    ♡ 5    ▥ 116    🔖 ⬆

**Joe** ✓ @JoePetty918 · Sep 13, 2024
Says the biggest RINO never Trumper sellout in Congress

○    ⟲    ♡ 11    ▥ 114    🔖 ⬆

**Tyler** 🟰✓ @Tyler_The_Wise · Sep 13, 2024
So Trump isn't responsible for his own actions and associates?

○ 1    ⟲    ♡ 11    ▥ 454    🔖 ⬆

**Mark J. Reichel** @reichellaw · Sep 13, 2024
Actually, I feel like we should contact Laura's family and ask if they need help getting her away from this dangerously crazy man.

○ 2    ⟲ 1    ♡ 8    ▥ 190    🔖 ⬆

**Kirk Lazarus** ✓ @DJT12023 · Sep 13, 2024
u r a rino pos.

○ 1    ⟲    ♡ 9    ▥ 268    🔖 ⬆

**Ralph Edward Muñoz** ✓ @Tennisfan1963 · Sep 13, 2024
I don't think Laura is crazy. Her style is not for everyone. But she searches and finds the truth. Nothing wrong with that.

○    ⟲    ♡ 9    ▥ 121    🔖 ⬆

**JacktheCat** ✓ @ReneeMacom16038 · Sep 13, 2024
The purge is coming! Brace yourself! You will be out of a job!

○    ⟲ 1    ♡ 7    ▥ 102    🔖 ⬆

(



DaWrTrem
@JamesTremaine2    ···





## Post

○        ↻        ♡ 7        ‖‖ 41        🔖 ⬆

**Janet** ✓ @|Lady|_47 · Sep 13, 2024        ○ ···
Translated: Laura Loomer is a great reporter and apparently over
target. 💯

○        ↻ 1        ♡ 5        ‖‖ 152        🔖 ⬆

**MikeBates** ✓ @MikeBates · Sep 14, 2024        ○ ···
"Laura Loomer is a crazy conspiracy theorist who regularly utters
disgusting garbage. . ."
Yep, definitely MAGA.

○        ↻ 1        ♡ 5        ‖‖ 327        🔖 ⬆

**Possibly** ✓ @Possiblyinabit · Sep 13, 2024        ○ ···
💯

○        ↻        ♡ 6        ‖‖ 1.6K        🔖 ⬆

**VJ Maxwell** 📎 ✓ @vortmax79 · Sep 13, 2024        ○ ···
shocked that the biggest promoter of third world immigration in the
GOP found time to complain about Trump

○        ↻        ♡ 6        ‖‖ 271        🔖 ⬆

**California Patriot** ✓ @CarlosDanger805 · Sep 13, 2024        ○ ···
Your full of sh*t

○        ↻        ♡ 6        ‖‖ 59        🔖 ⬆

(

### Relevant people

**Thom Tillis**     [ Follow ]
@ThomTillis
Senator for North Carolina.

### What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**        ···
Your next move deserves your best
energy.
📣 Promoted by CELSIUS Energy Drink

Trending in United States        ···
**#BelowDeck**

Sports · Trending        ···
**Bronny**
3,876 posts

Sports · Trending        ···
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More··· © 2025 X Corp.

**DaWrTrem**     ···
@JamesTremaine2

# X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

← **Post**    **Reply**    ⇄    Q Search

○    ↑↓ 1    ♡ 4    ᐧᪿᵻ 99    🔖 ⬆

**FactsOrFables** @FactsOrFables4U · Sep 15, 2024    ⟲ ···
Ah c'mon Tommy boy don't rain on Trump's little mushroom parade.
It's first time in a very long time that he's hasn't had his hands
slapped away when trying to make physical contact with a female.
Speaking of which: Where's Melania?
x.com/i/status/18346...

This Post is from an account that no longer exists. Learn more

○    ↑↓ 1    ♡ 4    ᐧᪿᵻ 579    🔖 ⬆

**MeLaura** ✔ @MeLaura29 · Sep 13, 2024    ⟲ ···
GFY DUDE!!

○    ↑↓    ♡ 5    ᐧᪿᵻ 369    🔖 ⬆

**GingerLedger** ✔ @GingerLedgerNFT · Sep 13, 2024    ⟲ ···
The hypocrisy here is astounding.

○ 3    ↑↓    ♡ 5    ᐧᪿᵻ 265    🔖 ⬆

**Cristiano** ✔ @CristianoDiaz · Sep 13, 2024    ⟲ ···
Your bed is made. Lie in it. That is who Trump is.

○    ↑↓    ♡ 5    ᐧᪿᵻ 119    🔖 ⬆

**John Linton**🏴 ✔ @realjohnlinton · Sep 13, 2024    ⟲ ···
What are you talking about! She breaks some of the biggest stories
out there and the Leader of the Party President Donald J Trump loves
her.

○    ↑↓    ♡ 5    ᐧᪿᵻ 56    🔖 ⬆

**Argumentative Bear** ✔ @traderjoel · Sep 13, 2024    ⟲ ···
Since you put it that way, and hear me out here, maybe Loomer is
to the Trump campaign ("disgusting garbage intended to divide
Republicans" and "a DNC plant couldn't do a better job...") what
Trump is to the GOP.

Maybe apply the same reasoning to the candidate himself.

○    ↑↓    ♡ 5    ᐧᪿᵻ 152    🔖 ⬆

## Relevant people

**Thom Tillis**    **Follow**
@ThomTillis
Senator for North Carolina.

## What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**    ···
Your next move deserves your best
energy.
📢 Promoted by CELSIUS Energy Drink

Trending in United States
**#BelowDeck**    ···

Sports · Trending    ···
**Bronny**
3,876 posts

Sports · Trending    ···
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More ···   © 2025 X Corp.



**DaWrTrem**
@JamesTremaine2    ···







X    ← Post    Reply ⇄    Q Search

🏠 Home

Q Explore

🔔 Notifications

✉ Messages

Grok

☰ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

X Premium

Verified Orgs

👤 Profile

⋯ More

**Post**

**Chicagoland man** ✓ @insanechicago1 · Sep 13, 2024
You're the plant FO

**Relevant people**

**Thom Tillis**    **Follow**
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best energy.
📢 Promoted by CELSIUS Energy Drink

Trending in United States
#BelowDeck

Sports · Trending
**Bronny**
3,876 posts

Sports · Trending
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ··· © 2025 X Corp.



**DaWrTrem**
@JamesTremaine2    ···



X    ←    **Post**    PageID 4828    **Reply** ⇄    Q Search

⌂ Home

Q Explore



○    �17 1    ♡ 1    �.ıl 28    🔖 ⬆

**Relevant people**

🔔 Notifications

✉ Messages

**Free the People** ✅ @endurecg · Sep 13, 2024    ⌀ ···
Thom Tillis does not represent NC voters. You're a sell out
treasonous traitor and we don't care what you think.

○    �17    ♡ 3    .ıl 19    🔖 ⬆

**Thom Tillis**    **Follow**
@ThomTillis
Senator for North Carolina.

**What's happening**

⊘ Grok

**FLDawg Vent** ✅ @Dawg_N_FL1 · Sep 13, 2024    ⌀ ···
Get out of here, Trump loves that trashy woman.

**Angels at Red Sox**
LIVE

☰ Lists

○    �17    ♡ 3    .ıl 68    🔖 ⬆

🔖 Bookmarks

🗂 Jobs

**JustanhonestAmerican** @JustanhonestAme · Sep 13, 2024    ⌀ ···
What do you hope to accomplish by posting this? If you have an
issue call Trump up and discuss it like a man for God's sake.

LIVE. FIT. GO.    ···
Your next move deserves your best
energy.
🔲 Promoted by CELSIUS Energy Drink

○    �17    ♡ 3    .ıl 85    🔖 ⬆

Trending in United States    ···
**#BelowDeck**

🏛 Communities

X Premium

**Cathey JD** 🔵 ✅ @Rational119 · Sep 13, 2024    ⌀ ···
Sounds like you're fear posting, @SenThomTillis
Those of us from NC have had your number for a very long time and
we don't like nor trust you!

Sports · Trending    ···
**Bronny**
3,876 posts

♐ Verified Orgs

○ 1    �17    ♡ 3    .ıl 48    🔖 ⬆

Sports · Trending    ···
**#RawOnNetflix**
1,542 posts

⌂ Profile

Show more

⊙ More

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More···   © 2025 X Corp.

**Post**

**DaWrTrem**    ···
@JamesTremaine2



⌀

⌂ Home

Q Explore

🔔 Notifications

✉ Messages

Grok

≡ Lists

🔖 Bookmarks

🝔 Jobs

⚏ Communities

X Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

---

**Cali Sports Mom** ✓ @casuburbanmam · Sep 13, 2024    ⟳ ⋯
Most people don't even know who she is unless they are on X all day long.

○        ↻        ♡ 2        ᴵᴵᴵ 160        ⬜ ⬆

**Richard** ✓ @docpresley2020 · Sep 13, 2024    ⟳ ⋯
Yes, let's not disturb unity even if we become the Dem-lite uniparty.

○        ↻        ♡ 2        ᴵᴵᴵ 189        ⬜ ⬆

**Suesie Joy** @JoySuesie123 · Sep 13, 2024    ⟳ ⋯
Truer words have never been spoken been spoken.

○ 1        ↻        ♡ 2        ᴵᴵᴵ 339        ⬜ ⬆

**David Westrom** ✓ @westromda · Sep 13, 2024    ⟳ ⋯
What conspiracy theories are you referring to, Thhom?

○        ↻        ♡ 2        ᴵᴵᴵ 76        ⬜ ⬆

---

**Relevant people**

**Thom Tillis** ✓        **Follow**
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**    ⋯
Your next move deserves your best energy.
◻ Promoted by CELSIUS Energy Drink

Trending in United States    ⋯
**#BelowDeck**

Sports · Trending    ⋯
**Bronny**
3,876 posts

Sports · Trending    ⋯
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ⋯    © 2025 X Corp.

---



**DaWrTrem**    ⋯
@JamesTremaine2



Document title: (2) Thom Tillis on X: &quot;Laura Loomer is a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC…
Capture URL: https://x.com/ThomTillis/status/1834608581330505890
Capture timestamp (UTC): Tue, 03 Jun 2025 00:20:31 GMT

← **Post**    Reply  ⇄    🔍 Search

Well you're swamp so your criticism of Laura is actually an
endorsement.

🗨        ⟲        ♡ 2        ᴥ 22        🔖  ⬆

**Hotsoup** ✓ @Hotsoup5280 · Sep 13, 2024        ⟳ ···
Shouldn't you be trying to thwart the Commies instead of attacking
an investigative journalist who has more guts in her pinky than 100
of you would have.

🗨        ⟲        ♡ 2        ᴥ 27        🔖  ⬆

**Mr. Reality** ✓ @MrReality_sp · Sep 13, 2024        ⟳ ···
A Democrat plant would encourage Republicans to vote for
Democrats though. Oh wait



Replying to @LauraLoomer

I DO NOT CONCEDE. And I encourage
all of my supporters and and all of my
voters to NOT support Daniel Webster
and the corrupt ESTABLISHMENT RNC
and Big Tech voter fraud machine that
is propping his feeble body up and
depriving my constituents of the
representation they deserve and need.
I am calling for Daniel Webster to
RESIGN, because everyone knows he
is beyond unfit to serve. He didn't
campaign. He refused to debate me,
and it's because his health is worse
than Joe Biden's.

I weep not for myself, but for our
country and the constituents of
Florida's 11th District who do not have
a Congressional Representative as a
result of voter fraud, illegal Big Tech
election interference, and RNC
corruption.

The Republican Party is broken beyond
repair.

Posted on 12:54 PM · Aug 24th, 2022

🗨        ⟲        ♡ 2        ᴥ 104        🔖  ⬆

(

**Relevant people**

🔵 **Thom Tillis** ✓                    **Follow**
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
🔴 LIVE

**LIVE. FIT. GO.**                    ···
Your next move deserves your best
energy.
📣 Promoted by CELSIUS Energy Drink

Trending in United States            ···
**#BelowDeck**

Sports · Trending            ···
**Bronny**
3,876 posts

Sports · Trending            ···
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ···    © 2025 X Corp.



**DaWrTrem**  ···
@JamesTremaine2





**X**
- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

You're all doing great.
◯  ↻  ♡ 2  ᴵᴵᴵ 53  🔖 ⬆

🏴 **HenriettaTheGreat** ✓ 🏴 @HenriettaGreat · Sep 14, 2024  ⟳  ···
What did she lie about?
◯  ↻  ♡ 2  ᴵᴵᴵ 58  🔖 ⬆

**michelle dufay** ✓ @mdufay · Sep 14, 2024  ⟳  ···
Look who rears his ugly head. You're one of the worst Republicans in
the Senate, and that's saying something.
◯  ↻  ♡ 2  ᴵᴵᴵ 27  🔖 ⬆

**jay wely** ✓ @JayWely · Sep 15, 2024  ⟳  ···
Thom is latest version of Liz Cheney.
◯  ↻  ♡ 2  ᴵᴵᴵ 4  🔖 ⬆

**jcomUSA** ✓ @JcomUsa · Sep 15, 2024  ⟳  ···
Why did the NCGOP censure you for not supporting the platform
Thom?

Only DNC plant I see is you.  Primary coming, your days in politics
are over.

What does Loomer have on you?
◯  ↻  ♡  ᴵᴵᴵ 49  🔖 ⬆

🔥🔥**pissed off patriot**🔥🏴🤚 ✓ ... ✓ @tra... · Sep 15, 2024  ⟳  ···
Spoken like a true Democrat
◯  ↻ 1  ♡  ᴵᴵᴵ 20  🔖 ⬆

**Stephen Clayton Jr** 🏴 🤚 ✓ @sclaytonjr · Sep 15, 2024  ⟳  ···
You have let us down too many times. Your voting record does not
reflect the will of your constituents.
◯  ↻ 1  ♡  ᴵᴵᴵ 22  🔖 ⬆

**Ric Jones** @nolivinghuman · Sep 15, 2024  ⟳  ···
F off dipshit
◯  ↻ 1  ♡  ᴵᴵᴵ 5  🔖 ⬆

(

**Relevant people**

**Thom Tillis** ✓
@ThomTillis   [Follow]
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**  ···
Your next move deserves your best
energy.
📣 Promoted by CELSIUS Energy Drink

Trending in United States  ···
**#BelowDeck**

Sports · Trending  ···
**Bronny**
3,876 posts

Sports · Trending  ···
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ···  © 2025 X Corp.


**DaWrTrem**
@JamesTremaine2  ···



Document title: (2) Thom Tillis on X: &quot;Laura Loomer is a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC...
Capture URL: https://x.com/ThomTillis/status/1834608581330505890
Capture timestamp (UTC): Tue, 03 Jun 2025 00:20:31 GMT



She is a cancer in the party and must be excised.

**Relevant people**

Thom Tillis ✓
@ThomTillis                                    Follow
Senator for North Carolina.

**What's happening**

Angels at Red Sox
LIVE

LIVE. FIT. GO.
Your next move deserves your best
energy.
📷 Promoted by CELSIUS Energy Drink

Trending in United States
#BelowDeck

Sports · Trending
Bronny
3,876 posts

Sports · Trending
#RawOnNetflix
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ··· © 2025 X Corp.

**capnblackfish** 🅰 ✓ @therldgefield · Sep 13, 2024
Nevertrumper tds RINO says what???

**MsDesign** ✓ @MsDesig35669191 · Sep 13, 2024
I hear NC has their own problems!  What are you doing??

**David Sullivan (prosecute, ...** ✓ @sully4... · Sep 13, 2024
How do you still have constituents?

**DaWrTrem**
@JamesTremaine2

**Devil's Child** 🇺🇸 ✓ @CJDanielsFarms · Sep 13, 2024
Let her talk. It's still a free country.











X

Home

Q Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

← **Post**     **Reply**     ⇄     Q Search



#Wadtastic 🦅 @Robbstop10 · Sep 13, 2024
She did a great job in the primary.
○ 3     ⇄     ♡     ılıl 455     🔖 ⬆

**Fready Freshcastle** ✓ @freadyisready · Sep 14, 2024
Laura is a boss bitch, never heard of you
○ 1     ⇄     ♡     ılıl 35     🔖 ⬆

**Wes Mantooth M.CJ** ✓ @WestonMantooth · Sep 14, 2024
How come all the conspiracies come true?
○ 1     ⇄     ♡     ılıl 24     🔖 ⬆

**Alt Trite** @alt_trite · Sep 14, 2024
You will never wash the stink of Trump off yourself.
○ 2     ⇄     ♡     ılıl 4     🔖 ⬆

**Steven** ✓ @steven162024 · Sep 14, 2024
👎👎👎👍
○     ⇄     ♡     ılıl 2     🔖 ⬆

**Relevant people**

**Thom Tillis**     **Follow**
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

LIVE. FIT. GO.     ...
Your next move deserves your best energy.
📣 Promoted by CELSIUS Energy Drink

Trending in United States     ...
#BelowDeck

Sports · Trending     ...
**Bronny**
3,876 posts

Sports · Trending     ...
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More···   © 2025 X Corp.

**DaWrTrem**     ...
@JamesTremaine2

∅

Document title: (2) Thom Tillis on X: &quot;Laura Loomer is a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC...
Capture URL: https://x.com/ThomTillis/status/1834608581330505890
Capture timestamp (UTC): Tue, 03 Jun 2025 00:20:31 GMT

X    ← **Post**    **Reply** ⇄    Q Search

⌂ Home

Q Explore

🔔 Notifications

✉ Messages

Grok

☰ Lists

🔖 Bookmarks

🏢 Jobs

👥 Communities

X Premium

Verified Orgs

Profile

⋯ More

**Post**



**Shrewd Spaces** ✓ @shrewddudescast · Sep 14, 2024    ⋯
Trump does this to himself

♡    ↻    ♡    ᵢₗᵢ 13    🔖 ⬆

**RedPA3** ✓ @18417RedPA · Sep 14, 2024    ⋯
💯 yup

♡    ↻    ♡    ᵢₗᵢ 23    🔖 ⬆

**Dan** ✓ @cricket1378 · Sep 14, 2024    ⋯
Call her what you want but 9 out of 10 times @LauraLoomer is
proven right.

♡    ↻    ♡    ᵢₗᵢ 4    🔖 ⬆

**Tigerlady's Den** ✓ @Tigress21 · Sep 14, 2024    ⋯

♡    ↻    ♡    ᵢₗᵢ 10    🔖 ⬆

**Disco Very ⌐ Constitutional ...** ✓ @roc... · Sep 14, 2024 ⋯
Why do you always fall for the left's psyops. Don't take the bait.
Laura has nothing to do the election.

♡    ↻    ♡    ᵢₗᵢ 4    🔖 ⬆

**LoomisRamone** ✓ @LSULOU · Sep 14, 2024    ⋯
Eat shit Thom

♡    ↻    ♡    ᵢₗᵢ 6    🔖 ⬆

### Relevant people

**Thom Tillis**    [Follow]
@ThomTillis
Senator for North Carolina.

### What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**    ⋯
Your next move deserves your best
energy.
📣 Promoted by CELSIUS Energy Drink

Trending in United States    ⋯
**#BelowDeck**

Sports · Trending    ⋯
**Bronny**
3,876 posts

Sports · Trending    ⋯
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ⋯    © 2025 X Corp.



**DaWrTrem**    ⋯
@JamesTremaine2





X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

← **Post**    Reply    Q Search

**patmcgroin** @_patmcgroin · Sep 14, 2024
He's not president

**Mattis** @Malmissile13 · Sep 14, 2024
Just keep giving them the rope!!

**Ms Me -I Dissent-** @ByeByeDone... · Sep 14, 2024
😂😂😂😂😂😂😂😂 😂😂😂But he likes her 😂😂😂😂
😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂

**Arthur Imparato** @ArthurImparato1 · Sep 14, 2024
Yea, but at least now he is firmly standing behind the transgender ...
movement.

**Lynn Hayes** @Lynnshayes · Sep 14, 2024
if you cared about the country and not power, you would disavow
Trump BECAUSE he consorts with Laura Loomer

**Larry Felton Johnson** @larryfeltonj · Sep 14, 2024
You have really gotta be freakin' kidding me.  This is what you
signed up for.  The GOP is now hopelessly at the mercy of the Trump
cult, and a Venn diagram of MAGA and the GOP is barely separate
circles.

**KayJay** @KathleenRA13 · Sep 14, 2024
Trump is doing a pretty good job all on his own of hurting his
chances of winning the 2024 election. Republican Senators helped
him wage this comeback from Jan. 6th after failing to remove him
from office during 2 impeachment trials.

**DaWrTrem**
@JamesTremaine2

**Paula Tighe** @THEPaulaTighe · Sep 14, 2024
So since they're having an affair, obviously it was Loomer who
Trump was referring to in the debate when he said "she puts out"?

## Relevant people

**Thom Tillis**
@ThomTillis    **Follow**
Senator for North Carolina.

## What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best
energy.
▣ Promoted by CELSIUS Energy Drink

Trending in United States
**#BelowDeck**

Sports · Trending
**Bronny**
3,876 posts

Sports · Trending
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More...   © 2025 X Corp.

# X

**Post**

**Reply**    Q Search

🏠 Home

Q Explore

⌃ Notifications

✉ Messages

Grok

🗐 Lists

🔖 Bookmarks

🝱 Jobs

👥 Communities

X Premium

↯ Verified Orgs

👤 Profile

⋯ More

**Post**



Paula Tighe @THEPaulaTighe · Sep 14, 2024

So since they're having an affair, obviously it was Loomer who Trump was referring to in the debate when he said "she puts out"?

❤ 1      ↑↓ 38      📗 🗁

**Relevant people**

**Thom Tillis**    **Follow**
@ThomTillis
Senator for North Carolina.

**What's happening**

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best energy.
🔹 Promoted by CELSIUS Energy Drink

Trending in United States
**#BelowDeck**

Sports · Trending
**Bronny**
3,876 posts

Sports · Trending
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ··· © 2025 X Corp.



**DaWrTrem**
@JamesTremaine2    ⋯





X

🏠 Home

🔍 Explore

💬 Notifications

✉️ Messages

Grok

☰ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✕ Premium

Verified Orgs

👤 Profile

⋯ More

**Post**

← **Post**

PageID 4840

**Reply** ⇄

Q Search

**Paula Tighe** @THEPaulaTighe · Sep 14, 2024
So since they're having an affair, obviously it was Loomer who Trump was referring to in the debate when he said "she puts out"?

♡        ⟲        ♡ 1        ⅈⅼⅈ 38        🔖 �ⵝ

### Relevant people

**Thom Tillis**    **Follow**
@ThomTillis
Senator for North Carolina.

### What's happening

**Angels at Red Sox**
LIVE

**LIVE. FIT. GO.**                ⋯
Your next move deserves your best energy.
🔲 Promoted by CELSIUS Energy Drink

Trending in United States          ⋯
**#BelowDeck**

Sports · Trending               ⋯
**Bronny**
3,876 posts

Sports · Trending               ⋯
**#RawOnNetflix**
1,542 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More ···  © 2025 X Corp.


**DaWrTrem**    ⋯
@JamesTremaine2

