# EXHIBIT 19

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/113132443241754572 |
| Page loaded at (UTC): | Wed, 05 Nov 2025 22:52:53 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 22:53:21 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| Capture ID: | tmBaqM9iLReNDrhoYHNP8h |

PDF REFERENCE #:   qBvYYBDrs8w2Fph9yf2m4p

**Truth Details**

1222 replies

**Donald J. Trump**
@realDonaldTrump

Laura Loomer doesn't work for the Campaign. She's a private citizen and longtime supporter. I disagree with the statements she made but, like the many millions of people who support me, she is tired of watching the Radical Left Marxists and Fascists violently attack and smear me, even to the point of doing anything to stop their Political Opponent, ME! I am now in California, which Democrats like Comrade Kamala Harris and Governor Gavin Newscum have completely DESTROYED. I will turn it all around and, MAKE AMERICA GREAT AGAIN! -DJT

4.25k ReTruths   16.5k Likes                Sep 13, 2024, 9:48 PM

**New to Truth?**
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
Access the full experience with even more live and on-demand content.

Subscribe

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account   Sign In