# EXHIBIT 21

Exhibit 21 to the Declaration of
Katherine M. Bolger will be
filed under seal