# EXHIBIT 23





Document title: Laura Loomer on X: &quot;Loomer 🤝 Trump Best President Ever. I love him so much. https://t.co/bHEGP5B3xv&quot; / X
Capture URL: https://t.co/bHEGP5B3xv
Capture timestamp (UTC): Mon, 02 Jun 2025 16:58:20 GMT

Page 1 of 1