# EXHIBIT 24

PageVault

| | |
|---|---|
| Document title: | Laura Loomer on X: "Today was the best day of my life. I got to spend the entire day with the greatest President our country has ever had: DONALD J TRUMP! President Donald Trump is the most down to earth and amazing person ever. He is the best host. He is hilarious and he is also very generous and https://t.co/VXNUyFD3ZE" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1690874231096020992?lang=en |
| Page loaded at (UTC): | Fri, 07 Nov 2025 22:52:43 GMT |
| Capture timestamp (UTC): | Fri, 07 Nov 2025 22:54:26 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| Capture ID: | 7B9HxvQ6UiQzd3usqAGNZE |



← Post

**Laura Loomer** ✓
@LauraLoomer

Today was the best day of my life. I got to spend the entire day with the greatest President our country has ever had: DONALD J TRUMP!

President Donald Trump is the most down to earth and amazing person ever. He is the best host. He is hilarious and he is also very generous and kind.

I had a regular ticket for the #LivGolf tournament today, and he saw me when he was getting into his golf cart. He got out of his golf cart and told me to come to his box, and he walked over to me to take a picture with me, telling me how thankful he was for all of my work exposing @RonDeSantis DeSanctus.

I was supposed to fly back to Florida today but I extended my trip after speaking in New York City so I could show up to Bedminster today to show support for President Trump since he's under attack by the DOJ nonstop. I had no idea if I would meet him, and just came to support him and film videos of all of his fans so I could show everyone how much his is loved by the people.

I can't believe I ended up sitting next to him the entire day, eating with him and learning about golf. He wanted me to sit next to him all day, and it was the best day ever. He is truly one of a kind and there's nothing that I wouldn't do for him.

I am so thankful for @RealDonaldTrump. I really love him with all of my heart. ❤️❤️ And I appreciate him choosing to sit next to me today when there were tons of pro-athletes and major donors at the same event today who he could have easily had sit with him in his box instead.

Donald Trump inspires me to never give up, he inspires me to be a fighter, and he has inspired me for years, even before he was a candidate for President. Everyone who knows me knows I am President Trump's biggest fan and have been since I was a teenager and in college where I was the President of College Republicans.

I will be fighting as hard as I can to get him elected in 2024. And then once he's elected, I will give up my entire life in Florida where I have lived for most of my adult life, and I will to move to DC to work for him and fight for him in the swamp where I will protect him from disloyal people… if he wants me to!

I wouldn't even think twice about it.

We all need to fight for Donald Trump! #Trump2024 #MAGA



---

### New to X?

Sign up now to get your own personalized timeline!

- Sign up with Google
- Sign up with Apple
- Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### What's happening

Politics · Trending
**END THE FILIBUSTER**
Trending with Tom Cotton
100K posts

Politics · Trending
**Senate Republicans**
49.8K posts

Trending in United States
**Samantha**
15.6K posts

Politics · Trending
**Nuclear Option**
28.9K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More… | © 2025 X Corp.

---

**Don't miss what's happening**
People on X are the first to know.
Log in | Sign up

< Post

Donald Trump inspires me to never give up, he inspires me to be the best person I can be. He is truly the best candidate for President. Everyone who knows me knows I am President Trump's biggest fan and have been since I was a teenager and in college where I was the President of College Republicans.

I will be fighting as hard as I can to get him elected in 2024. And then once he's elected, I will give up my entire life in Florida where I have lived for most of my adult life, and I will to move to DC to work for him and fight for him in the swamp where I will protect him from disloyal people… if he wants me to!

I wouldn't even think twice about it.

We all need to fight for Donald Trump! #Trump2024 #MAGA



Laura Loomer @LauraLoomer · Aug 13, 2023
Loomer 🤝 Trump

Best President Ever. I love him so much.



11:53 PM · Aug 13, 2023 · **1.4M** Views

💬 3.5K    🔁 3.5K    ♡ 16K    🔖 181    ⬆️

Read 3.5K replies

**New to X?**
Sign up now to get your own personalized timeline!

🟢 Sign up with Google
 Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Politics · Trending
**END THE FILIBUSTER**
Trending with Tom Cotton
100K posts

Politics · Trending
**Senate Republicans**
49.8K posts

Trending in United States
**Samantha**
15.6K posts

Politics · Trending
**Nuclear Option**
28.9K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in    Sign up