# EXHIBIT 25

