# EXHIBIT 26

**TRUTH.**

← Truth Details
449 replies

**Donald J. Trump** ✓
@realDonaldTrump

Thanks Laura!

01:28

3.73k ReTruths   13.6k Likes                    Dec 02, 2023, 4:46 AM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account   Sign In

EXHIBIT L
Loomer
8
6-4-25  SAP