# EXHIBIT 27



Document title: Laura Loomer on X: &quot;I just love him so much.❤ Not in a weird way. I just really love President Trump. He's the most amazing person ever. It makes…
Capture URL: https://x.com/LauraLoomer/status/1747370573276000317
Capture timestamp (UTC): Tue, 03 Jun 2025 15:45:44 GMT

Page 1 of 2

the best.

He's my favorite. #MAGA



Randy the Savage @reannadilley · Jan 16, 2024

Replying to @LauraLoomer

This is precious!!! 😭😭😭❤️❤️❤️



9:29 PM · Jan 16, 2024 from West Des Moines, IA · **1.1M** Views

💬 3.9K    🔁 3.2K    ♡ 22K    🔖 85    ⬆️

💬 Read 3.9K replies

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Document title: Laura Loomer on X: &quot;I just love him so much.❤️ Not in a weird way. I just really love President Trump. He's the most amazing person ever. It makes…
Capture URL: https://x.com/LauraLoomer/status/1747370573276000317
Capture timestamp (UTC): Tue, 03 Jun 2025 15:45:44 GMT

Page 2 of 2