# EXHIBIT 28



**Laura Loomer** @LauraLoomer

WATCH: Following his speech at the RNC Convention tonight, President Trump blew me a kiss from the stage. 😂🇺🇸🥰

I was in the front row on the floor of the Convention all night long cheering him on!

Best President Ever! #MAGA #Trump2024

6:53 AM · Jul 19, 2024 · **1.8M** Views

💬 1.3K   🔁 5.9K   ♡ 42K   🔖 837   ⬆

Read 1.3K replies

**New to X?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
Retry

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in    Sign up

EXHIBIT L. Loomer 10 6-4-25 SAP