# EXHIBIT 29





**MAKE SURE THEY'RE IN THE RIGHT CAR SEAT**

NHTSA.gov/TheRightSeat

NHTSA

**Support the Guardian**
Fund independent journalism with 30% off per year

Claim discount →

Print subscriptions | Newsletters | Sign in

# The Guardian

US ⌄

News | Opinion | Sport | Culture | Lifestyle

US elections 2024

ⓘ This article is more than **8 months old**

# Republicans point finger at Laura Loomer for Trump's pet-eating rant

### Conspiracy theorist said to have been key promoter of false rumour about immigrants ex-president repeated in debate

**Robert Tait** in Washington
Thu 12 Sep 2024 10.19 EDT

Share


smartasset.com
Capital Gains Exemptions Wealth Advisors Don't Always Mention
smartasset.com
Learn More



📷 Laura Loomer arrives in Philadelphia ahead of Donald Trump's debate with Vice-President Kamala Harris on Tuesday. Photograph: Eduardo Muñoz/Reuters

Republicans are blaming the influence of Laura Loomer, a rightwing conspiracy theorist, for this week's botched debate performance by Donald Trump, which included the former president repeating a bizarre and unfounded claim that pet cats and dogs were being eaten by Haitian immigrants.

Loomer flew with Trump on his private plane to Tuesday's debate in Philadelphia and has been identified as a key promoter of the pets rumour, which has been dismissed as false by authorities in Springfield, Ohio, where the practice was alleged to have been taking place.

However, Trump amplified it in a moment that has become emblematic of his erratic showing in the debate with Kamala Harris, the Democratic nominee.


"They're eating the dogs, the people that came in, they're eating the cats," Trump claimed during a debate segment on immigration. "They're eating the pets of the people that live there, and this is what's happening in our



However, Trump amplified it in a moment that has become emblematic of his erratic showing in the debate with Kamala Harris, the Democratic nominee.

"They're eating the dogs, the people that came in, they're eating the cats," Trump claimed during a debate segment on immigration. "They're eating the pets of the people that live there, and this is what's happening in our country, and it's a shame."

When the ABC debate moderator David Muir informed him that the story had been debunked, Trump stood by the claim, saying he had seen it "on television".

The rumour had also been disseminated by JD Vance, Trump's running mate, who in the aftermath of the debate justified doing so.



**Bomb threat shuts down Ohio city hall after Trump spreads baseless migrants rumor**

 Read more




smartasset.com
Capital Gains Exemptions Wealth Advisors Don't Always Mention
smartasset.com

Learn More

### Most viewed

 Ukraine hits bridge linking Crimea to Russia with underwater explosives

 Lee Jae-myung wins election as South Korean president

 ● Live
Trump's education secretary Linda McMahon questioned by Senate committee – US politics live

 'Feels bigger than herself': the importance of Taylor Swift's latest victory

 Millions of legal immigrants' lives upended after social security freeze

Nevertheless, following the event scrutiny has turned to the supposed role of Loomer. The Semafor website quoted an unnamed source close to Trump's campaign as saying they were "100%" concerned about Loomer's sway over the Republican nominee.

"Regardless of any guardrails the Trump campaign has put on her, I don't think it's working," the source said.

Trump this year proposed giving Loomer an official role on his campaign, but the idea was resisted by staffers.

Loomer, who styles herself as an "investigative journalist", last year promoted a conspiracy theory alleging that 9/11 was an "inside job". On Wednesday she posted an unfounded allegation that Harris had worn earphones disguised as earrings during the debate.

In a sign of resentment among Trump loyalists over her supposed influence, the far-right Georgia congresswoman Marjorie Taylor Greene attacked her as "racist" on Wednesday over an earlier post in which she had said the White House would smell of curry if Harris – who has Indian heritage – was elected.

"If @KamalaHarris wins, the White House will smell like curry & White House speeches will be facilitated via a call center and the American people will only be able to convey their feedback through a customer satisfaction survey at the end of the call that nobody will understand," Loomer wrote.



**Father of Ohio boy, 11, tells Trump and Vance to stop using son's death for 'political gain'**

 Read more

"This is appalling and extremely racist," posted Greene, who herself has faced past accusations of racism. "It does not represent who we are as Republicans or MAGA. This does not represent President Trump."

While Trump continues to claim in the face of widespread counter-opinion to have "won" Tuesday's debate, strategists are struggling to explain why he ignored advice in preparation sessions to focus on Harris's policies and record in the Biden administration, while resisting her attempts to bait him.

Dennis Lennox, a Republican consultant, told Semafor that Loomer's presence was not the only factor affecting Trump's performance

Document title: Republicans point finger at Laura Loomer for Trump's pet-eating rant | US elections 2024 | The Guardian
Capture URL: https://www.theguardian.com/us-news/2024/sep/12/laura-loomer-trump-pet-eating-claim
Capture timestamp (UTC): Tue, 03 Jun 2025 17:14:50 GMT

Page 2 of 4



**Father of Ohio boy, 11, tells Trump and Vance to stop using son's death for 'political gain'**

→ Read more

Republicans of MAGA. This does not represent President Trump."

While Trump continues to claim in the face of widespread counter-opinion to have "won" Tuesday's debate, strategists are struggling to explain why he ignored advice in preparation sessions to focus on Harris's policies and record in the Biden administration, while resisting her attempts to bait him.

Dennis Lennox, a Republican consultant, told Semafor that Loomer's presence was not the only factor affecting Trump's performance.

"Trump lost the debate because of his performance, or lack thereof," he said. "That's what happens when you wing it, live in the Fox News-X bubble, and rely upon Matt Gaetz [the far-right Florida Congress member who helped with debate preparation], let alone Laura Loomer."

Explore more on these topics

( US elections 2024 ) ( Donald Trump ) ( US politics ) ( Republicans ) ( Kamala Harris )
( Democrats ) ( news )

< Share                                         Reuse this content



Most

Document title: Republicans point finger at Laura Loomer for Trump's pet-eating rant | US elections 2024 | The Guardian
Capture URL: https://www.theguardian.com/us-news/2024/sep/12/laura-loomer-trump-pet-eating-claim
Capture timestamp (UTC): Tue, 03 Jun 2025 17:14:50 GMT

...upended after social security freeze  1h ago

...suspect's status...push deportation agenda  6h ago

...Russia with underwater explosives  4h ago

...food point, Gaza officials say  35m ago

## Most viewed

**Across The Guardian**

1. Ukraine hits bridge linking Crimea to Russia with underwater explosives
2. Lee Jae-myung wins election as South Korean president
3. ● Live — Trump's education secretary Linda McMahon questioned by Senate committee – US politics live
4. 'Feels bigger than herself': the importance of Taylor Swift's latest victory
5. Erin Patterson accepts beef wellington served at fatal lunch contained death cap mushrooms, triple murder trial hears

**In US News**

6. My sister was found dead. Then I discovered her search history – and the online world that had gripped her
7. Operation Spiderweb: a visual guide to Ukraine's destruction of Russian aircraft
8. Portuguese and German police renew search for Madeleine McCann
9. Rarely seen metres-long 'doomsday' oarfish washes up on Tasmania's wild west coast
10. Trump administration uses Colorado suspect's status to push deportation agenda

---

**News** | **Opinion** | **Sport** | **Culture** | **Lifestyle**

Original reporting and incisive analysis, direct from the Guardian every morning

Sign up for our email →

| | | |
|---|---|---|
| About us | All topics | Advertise with us |
| Help | All writers | Guardian Labs |
| Complaints & corrections | Digital newspaper archive | Search jobs |
| SecureDrop | Tax strategy | |
| Work for us | Facebook | |
| California resident – Do Not Sell or Share | YouTube | |
| | Instagram | |
| Privacy policy | LinkedIn | |
| Cookie policy | Newsletters | |
| Terms & conditions | | |

Document title: Republicans point finger at Laura Loomer for Trump's pet-eating rant | US elections 2024 | The Guardian
Capture URL: https://www.theguardian.com/us-news/2024/sep/12/laura-loomer-trump-pet-eating-claim
Capture timestamp (UTC): Tue, 03 Jun 2025 17:14:50 GMT