# EXHIBIT 30



## DISHONOR

# TRUMP COMMEMORATED 9/11 WITH A 9/11 CONSPIRACY THEORIST

Laura Loomer has been spotted multiple times among Trump's entourage, and her influence over the former president is making his allies nervous

By NIKKI MCCANN RAMIREZ
SEPTEMBER 12, 2024





Laura Loomer visits the Shanksville Volunteer Fire Company in Shanksville, Pa., Wednesday, Sept. 11, 2024

AP PHOTO/MATT ROURKE

Conspiracy theorist and MAGA devotee **Laura Loomer** accompanied former President **Donald Trump** to a **9/11** remembrance event in Manhattan on Wednesday. Loomer may be best known for **chaining herself** to the doors of Twitter's headquarters after she was banned from the platform, and has pushed conspiracy theories — incl

Yungblud Has Some Thoughts About Harry Potter and J. … ✕

Last year, Loomer tweeted a length was an Inside Job!" The video accu Rumsfeld of having a hand in orche

Loomer's appearance at the memo been spotted hovering around Trui

Ad Loading

00:00                                          00:39

Loomer arrived to the debate between the former president and Vice President Kamala Harris in Philadelphia on Trump's private jet.

The pairing has raised eyebrows even within Trump's circle. In April of last year, members of Trump's circle revolted after reports emerged that the former president had asked his staff to find Loomer a role within his campaign. "The president has certainly known who I am for many years now," Loomer told *Rolling Stone*, at the time, adding that it would be her "honor" if she was offered a role.

———————————————— ADVERTISEMENT ————————————————

"Hell fucking no," one Trump adviser told *Rolling Stone* when asked about the matter.

Yungblud Has Some Thoughts About Harry Potter and J. ...   ×

Similar pushback is taking place nc Trump's entourage this week. "Reg campaign has put on her, I don't thi Trump campaign **told Semafor** on

Ad Loading



**The Best Compact Sound Bars to Upgrade Your Home Theater System**

Upgrading from your TV speakers to a sound bar doesn't have to take up a lot of space. We review three of the best ones to pick up.

PRESENTED BY RS RECOMMENDS

Another Republican strategist told the publication that Trump's poor performance in the debate against Harris may have been influenced by the people he's surrounding himself with, like Loomer. "That's what happens when you wing it, live in the Fox News—X bubble, and rely upon Matt Gaetz, let alone Laura Loomer," they said.

## EDITOR'S PICKS



The 100 Best TV Episodes of All Time

Yungblud Has Some Thoughts About Harry Potter and J. ...



The 25

Ad Loading

00:00       00:39



The 500 Greatest Albums of All Time



The 200 Greatest Singers of All Time

Axios reported on Wednesday that during their plane ride to the debate, Loomer was "egging" Trump on regarding **false claims** of undocumented migrants eating cats and family pets in Springfield, Ohio. Trump **repeated the claim** during the debate.

ADVERTISEMENT



What's the Difference Between N95 Masks and KN95 Masks?

Yungblud Has Some Thoughts About Harry Potter and J. ...        ×

Ad Loading

00:00                                                     00:39

The tension over Loomer's association with the campaign boiled over in public on Wednesday night, when Rep. Marjorie Taylor Greene (R-Ga.) called out Loomer over a post stating that should the vice president win in November "the White House will smell like curry & White House speeches will be facilitated via a call center."

Greene wrote that the post was "appalling and extremely racist" and "does not represent who we are as Republicans or MAGA."

"This does not represent President Trump," Greene wrote. "This type of behavior should not be tolerated ever."

ADVERTISEMENT



### RS Recommends: The Best Bluetooth Speakers Under $200

We review the best portable speakers under $200, from Marshall to Bose, that wirelessly pair with Bluetooth to stream music and more.

**PRESENTED BY RS RECOMMENDS**

Loomer responded with a vitriolic racism and conspiracy-mongering,

"Once again, @mtgreenee who is e fact that she wasn't successful in tu behaving like a leftist and accusing

Yungblud Has Some Thoughts About Harry Potter and J. ...    ✕

Ad Loading

00:00                               00:39



Loomer did not respond to a request for comment from *Rolling Stone,* but — in a separate post — claimed that she has no official affiliation with the Trump campaign.

