# EXHIBIT 31

The New York Times

GIVE THE TIMES    Account

Trump Administration    LIVE Updates Just Now    Domestic Policy Bill    Tracking the Layoffs    Approval Ratings

# Laura Loomer, a Social-Media Instigator, Is Back at Trump's Side

The former president's decision to elevate Laura Loomer, a far-right activist known for racist and homophobic posts online, has stunned even some Trump allies.

▶ Listen to this article · 8:02 min  Learn more          ⊞ Share full article   ⤴   🔖



Two days before this week's presidential debate, Laura Loomer, who has appeared with former President Donald J. Trump more than once recently, posted a racist joke about Vice President Kamala Harris. Chris Szagola/Associated Press

 **By Ken Bensinger**

Sept. 12, 2024
Leer en español

*Follow along with live updates on the [Trump and Harris campaigns](#).*

Before Donald J. Trump traveled to Philadelphia for this week's debate, he invited one of the internet's most polarizing figures along for the ride.

Laura Loomer was backstage with the Trump entourage while Mr. Trump squared off against Vice President Kamala Harris. She was in the spin room with the former president immediately afterward. And the next day, she flew with him to New York City and Shanksville, Pa., to commemorate the anniversary of Sept. 11.

A far-right activist known for her endless stream of sexist, homophobic, transphobic, anti-Muslim and occasionally antisemitic social media posts and public stunts, Ms. Loomer has made a name for herself over the past decade by unabashedly claiming 9/11 was



EXHIBIT  
Looser  
22  
4 25  
BERGAD 800-631-6989

A far-right activist known for her endless stream of sexist, homophobic, transphobic, anti-Muslim and occasionally antisemitic social media posts and public stunts, Ms. Loomer has made a name for herself over the past decade by unabashedly claiming 9/11 was "an inside job," calling Islam "a cancer," accusing Ron DeSantis's wife of exaggerating breast cancer and claiming that President Biden was behind the attempt to assassinate Mr. Trump in July.

Just two days before the debate, Ms. Loomer, 31, posted a racist joke about the vice president, whose mother was Indian American. Ms. Loomer wrote on X that if Ms. Harris won the election, the White House would "smell like curry."

ADVERTISEMENT

For many observers, including some of Mr. Trump's most important allies, the Republican presidential nominee's choice at a critical moment of the campaign to platform a social-media instigator, albeit one with nearly 1.3 million followers on X, was stunning.

"The history of this person is just really toxic," Senator Lindsey Graham of South Carolina, a Trump ally, told a reporter for HuffPost on Thursday. "I don't think it's helpful at all."

His comments were echoed by Representative Marjorie Taylor Greene, a Republican from Georgia and a devoted supporter of Mr. Trump. "I don't think that she has the experience or the right

His comments were echoed by Representative Marjorie Taylor Greene, a Republican from Georgia and a devoted supporter of Mr. Trump. "I don't think that she has the experience or the right mentality to advise a very important presidential election," Ms. Greene told reporters Thursday morning.

Ms. Loomer declined to comment, saying in a text message that she was "not interested in speaking to the media so they can further their conspiracies about me." But she took to X, her favorite medium, to attack both Ms. Greene and Mr. Graham, calling them disloyal to Mr. Trump while making a string of accusations about their personal lives.

The critiques have not diminished the candidate's enthusiasm for her. On Thursday afternoon, Mr. Trump shared on Truth Social a post of hers attempting to debunk a story by Axios that said Ms. Harris was outperforming Mr. Trump on social media.



How They Pulled Off That Wild 'Mission: Impossible' Plane Stunt



We Watched 'Mission: Impossible' With a Former Spy



Pride Events in New York: Here's How to Celebrate

ADVERTISEMENT

Asked to comment about her association with the former president, the Trump campaign responded with a statement it had released on Wednesday about the Sept. 11 terror attacks that did not address questions about her ties to Mr. Trump. "The day wasn't about anyone other than the souls who are no longer with us, their families, and the heroes who courageously stepped up to save their fellow Americans on that fateful day," the campaign statement read.

This was far from Mr. Trump's first association with her.

Ms. Loomer lives in Florida and frequently attends events at Mar-a-Lago, and the former president has amplified many of her social media posts on his own accounts. In January, she flew with him to Iowa during the buildup to the state's caucuses. In April, The New York Times reported that Mr. Trump was considering hiring her for his campaign — a plan he abandoned only after some of his supporters pushed back on the idea.

But with seven weeks left in the presidential race, a time when

York Times reported that Mr. Trump was considering hiring her for
his campaign — a plan he abandoned only after some of his
supporters pushed back on the idea.

But with seven weeks left in the presidential race, a time when
conventional wisdom dictates that candidates broaden their
message to appeal to moderate undecided voters, Mr. Trump's
embrace of Ms. Loomer is a clear signal that he is instead doubling
down on propping up some of the most caustic elements of the far
right.

Another signal came on Tuesday, when the Trump campaign
assembled a "social media war room" in Philadelphia to respond in
real time to the debate. Roughly 18 conservative influencers
gathered in a conference room in the Warwick Rittenhouse Square
— the same hotel where Ms. Harris was staying — and pounded
out ripostes to Ms. Harris's every utterance during the debate
while vigorously defending Mr. Trump.

**Trump Administration: Live Updates ›**
Updated Just Now

- U.S. Proposes Interim Step in Iran Nuclear Talks Allowing Some Enrichment

- Trump attacks Rand Paul, working to rally G.O.P. support for his policy bill.

- Over 6,000 scientists say an executive order would destroy scientific
  independence.

The group included Chaya Raichik, who is behind the conservative
social-media account known as Libs of TikTok and who is known
for her transphobic content and smear campaigns against schools,
hospitals and libraries. It also included Jack Posobiec, a right-wing
podcaster who helped spread the Pizzagate conspiracy theory that
Democratic politicians secretly ran a child sex-trafficking ring out
of a Washington pizzeria. Also there was Rogan O'Handley, who is
best known as DC Draino, an election denialist and vaccine skeptic.

ADVERTISEMENT

In advance of the event, Mr. Trump sent each person a signed letter

Document title: Laura Loomer Is Back at Trump's Side at a Key Moment for His Campaign - The New York Times
Capture URL: https://www.nytimes.com/2024/09/12/us/politics/trump-laura-loomer.html
Capture timestamp (UTC): Tue, 03 Jun 2025 17:52:25 GMT

In advance of the event, Mr. Trump sent each person a signed letter thanking him or her "for being a social media warrior in the fight to save our country," adding that he looked "forward to making viral content with you at the White House in just a few short months."

The group, according to Alex Bruesewitz, a political consultant who was hired by the campaign last month, collectively had about 50 million social media followers. Several of them, including Mr. Posobiec and Mr. O'Handley, have also been deployed by the Republican National Committee to help host election integrity webinars in recent weeks.

Shortly before the debate began, Mr. Bruesewitz fielded a video call from Mr. Trump, who delivered a pep talk.

"You guys are more important than I am, actually, because you'll get the word out, the way you want to get it out," Mr. Trump was recorded saying in a video of the call later posted to social media.

It's hard to measure the impact such voices might have on Mr. Trump, and little if anything is known about what conversations he has had about his campaign with Ms. Loomer or other influencers. But few, if any, candidates have had a closer relationship with their online base of support, one that doesn't always focus on the same issues as the broader electorate.

ADVERTISEMENT

In the days leading up to the debate, Ms. Loomer and most of the people making up Mr. Trump's social media war room were posting allegations that Haitian migrants had been killing and eating pets in Springfield, Ohio.

Most shared images, generated with A.I., of dogs, cats and ducks being protected by Mr. Trump, along with other content underscoring the unfounded claim that the pets were being eaten. On Monday, for example, Mr. O'Handley uploaded an image of Mr.

Most shared images, generated with A.I., of dogs, cats and ducks being protected by Mr. Trump, along with other content underscoring the unfounded claim that the pets were being eaten. On Monday, for example, Mr. O'Handley uploaded an image of Mr. Trump astride a giant cat as he held an AR-15-style rifle.

Ms. Loomer, for her part, posted advertisements for dog collars inscribed with the phrase "not your lunch #MAGA" on them that were available for $23.28 plus shipping. Another version bore the phrase "don't eat me" in Haitian Creole.

The last two posts by Mr. Trump on Truth Social before the debate were A.I. images of cats and ducks; one depicted cats in military fatigues carrying assault rifles and wearing MAGA hats; the other showed the candidate himself sitting on a plane amid a crowd of ducks and cats.

Then, roughly 26 minutes into the debate, Mr. Trump responded to a question about immigration by claiming that migrants were "eating the pets of the people that live" in Springfield.

ADVERTISEMENT

For many of the 67 million people watching the debate, who aren't as terminally online as the former president or his social media supporters, the comment may have been confusing. But for some who hope to see him defeated at the polls in November, the entire episode provoked a measure of glee.

On Thursday, Claire McCaskill, the former Democratic senator from Missouri, took to social media to sarcastically encourage Mr. Trump to spend more time with Ms. Loomer, calling her a "perfect adviser."

"I hope he keeps her very close to him between now and the election," she wrote. "They belong together."

**Ken Bensinger** covers right wing media and national political campaigns for The Times.

A version of this article appears in print on Sept. 14, 2024, Section A, Page 16 of the New York edition with the headline: Stature of Online Agitator Alarms Some Trump Allies. Order Reprints | Today's Paper | Subscribe

Document title: Laura Loomer Is Back at Trump's Side at a Key Moment for His Campaign - The New York Times
Capture URL: https://www.nytimes.com/2024/09/12/us/politics/trump-laura-loomer.html
Capture timestamp (UTC): Tue, 03 Jun 2025 17:52:25 GMT

**Ken Bensinger** covers right wing media and national political campaigns for The Times.

A version of this article appears in print on Sept. 14, 2024, Section A, Page 16 of the New York edition with the headline: Stature of Online Agitator Alarms Some Trump Allies. Order Reprints | Today's Paper | Subscribe

See more on: Donald Trump, 2024 Elections: News, Polls and Analysis, U.S. Politics, Republican Party

Share full article

## The Latest on the Trump Administration

- **Falsehoods in Bill:** President Trump has sought to assuage some lawmakers' concerns over the domestic policy bill's price tag and cuts to Medicaid with inaccurate claims.

- **Butterworth's MAGA Scene**: For Trump's political movement, Butterworth's, the see-and-be-seen Capitol Hill restaurant, represents an ostentatious new evolutionary phase: the deplorable as arriviste.

- **Murkowski Pushes Back:** At a time when the Republican Congress has grown increasingly deferential to Trump, Senator Lisa Murkowski has veered in the opposite direction from her party, using sharp words and her vote on the Senate floor to make a stand.

- **Fear at the F.B.I.:** Agents have been forced out. Others have been demoted or put on leave with no explanation. And employees have been forced to take polygraph tests in an effort to hunt down the sources of news leaks.

- **A Baby Formula Brand Caught in Kennedy Backlash:** Laura Modi's company, Bobbie, is rooted in science and uses organic ingredients. Some of her fans aren't happy that she's willing to work with the Trump administration.

- **C.D.C. Contradicts Kennedy**: Robert F. Kennedy Jr., the health secretary, said that the vaccine would no longer appear on the childhood immunization schedule. The agency's update counters his policy.

- **H.I.V. Vaccine:** The Trump administration has dealt a sharp blow to work on H.I.V. vaccines, terminating a $258 million program whose work was instrumental to the search for a vaccine.

- **Autonomy on Judge Picks:** President Trump appears to be declaring independence from outside constraints on how he nominates judges, signaling that he is looking for loyalists who will uphold his agenda and denouncing the conservative legal network that helped him remake the federal judiciary in his first term.

### How We Report on the Trump Administration

Hundreds of readers asked about our coverage of the president. Times editors and reporters responded to some of the most common questions.

ADVERTISEMENT

that he is looking for loyalists who will uphold his agenda and denouncing the conservative legal network that helped him remake the federal judiciary in his first term.

### How We Report on the Trump Administration

Hundreds of readers asked about our coverage of the president. Times editors and reporters responded to some of the most common questions.

---

**More in Politics**

Iowa Democrat Will Challenge Ernst After 'We All Are Going to Die' Remarks

Trump Talks a Lot About Antisemitism, With a Notable Caveat

Ukraine Shows It Can Still Flip the Script on How Wars Are Waged

Man Who Threatened to Kill Election Officials Gets More Than 3 Years in Prison

The Filibuster, a Staple of the Modern Senate, Is on the Ropes

---

**Editors' Picks**

What Does Ultra Wealth Look Like?

Sydney Sweeney's Fans Wanted Her Bath Water. Now They Can Buy It.

The Sacred Undergarment That Has Mormon Women Buzzing

---

**Trending in The Times**

From No Hope to a Potential Cure for a Deadly Blood Cancer

Who Was Kate Spade?

Police Seek Answers in Fatal Shooting of Teen Campers in Arizona National Forest

Ukraine Says It Struck Crimea Bridge

Late Night Mines Laughs From Trump's Outlandish Biden Replacement Theory

Touring the Gold Coast Mansions That Inspired 'The Great Gatsby'

Dupont Circle Park Will Remain Open During Pride Event in D.C., Officials Say

Opinion: Poland Just Sent an Ominous Signal to the World

This App Is Trying to Change How Americans Eat

Jonathan Joss, 'King of the Hill' Voice Actor, Is Fatally Shot by Neighbor, Police Say

---

Document title: Laura Loomer Is Back at Trump's Side at a Key Moment for His Campaign - The New York Times
Capture URL: https://www.nytimes.com/2024/09/12/us/politics/trump-laura-loomer.html
Capture timestamp (UTC): Tue, 03 Jun 2025 17:52:25 GMT
Page 8 of 9









Inspired 'The Great Gatsby'

Dupont Circle Park Will Remain Open During Pride Event in D.C., Officials Say

Opinion: Poland Just Sent an Ominous Signal to the World

This App Is Trying to Change How Americans Eat

Jonathan Joss, 'King of the Hill' Voice Actor, Is Fatally Shot by Neighbor, Police Say

Ukraine Shows It Can Still Flip the Script on How Wars Are Waged

Man Who Threatened to Kill Election Officials Gets More Than 3 Years in Prison

The Filibuster, a Staple of the Modern Senate, Is on the Ropes

**Editors' Picks**









What Does Ultra Wealth Look Like?

Sydney Sweeney's Fans Wanted Her Bath Water. Now They Can Buy It.

The Sacred Undergarment That Has Mormon Women Buzzing

# The New York Times

Go to Home Page »

| NEWS | ARTS | LIFESTYLE | OPINION | MORE | ACCOUNT |
|------|------|-----------|---------|------|---------|
| Home Page | Book Review | Health | Today's Opinion | Audio | **€ Subscribe** |
| U.S. | Best Sellers Book List | Well | Columnists | Games | **↑ Manage My Account** |
| World | Dance | Food | Editorials | Cooking | **⬚ Home Delivery** |
| Politics | Movies | Restaurant Reviews | Guest Essays | Wirecutter | **€ Gift Subscriptions** |
| New York | Music | Love | Op-Docs | The Athletic | |
| Education | Pop Culture | Travel | Letters | Jobs | Group Subscriptions |
| Sports | Television | Style | Sunday Opinion | Video | Gift Articles |
| Business | Theater | Fashion | Opinion Video | Graphics | Email Newsletters |
| Tech | Visual Arts | Real Estate | Opinion Audio | Trending | |
| Science | | T Magazine | | Live Events | NYT Licensing |
| Weather | | | | Corrections | Replica Edition |
| The Great Read | | | | Reader Center | Times Store |
| Obituaries | | | | TimesMachine | |
| Headway | | | | The Learning Network | |
| Visual Investigations | | | | School of The NYT | |
| The Magazine | | | | InEducation | |

© 2025 The New York Times Company  NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Your Privacy Choices