# EXHIBIT 32





Document title: (1) Mike Sington on X: &quot;This is why Trump is hanging out with Laura Loomer. Watch them with their hands all over each other at Mar-a-Lago. Note:…
Capture URL: https://x.com/MikeSington/status/1834358251967971543?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1834358251967971543%7...
Capture timestamp (UTC): Mon, 19 May 2025 22:14:36 GMT
Page 1 of 1