# EXHIBIT 33



Document title: take my prostate Joe Biden on X: &quot;Popular theory going around is Loomer is having an affair with Trump which I don&#39;t really buy, only becaus…
Capture URL: https://x.com/lib_crusher/status/1834333448065941901
Capture timestamp (UTC): Tue, 03 Jun 2025 15:44:04 GMT

Page 1 of 1