# EXHIBIT 34







English

 Bluesky

 Create account  Sign in

Document title: "reba": &quot;Loomer blowing Trump is so funny and nasty I hope it&#39;s really happening&quot; — Bluesky
Capture URL: https://bsky.app/profile/reba.bsky.social/post/3l3ymt6zk2p2d
Capture timestamp (UTC): Tue, 03 Jun 2025 15:43:50 GMT
Page 2 of 2