# EXHIBIT 35



**Crazy Fenak** @CrazyFenaker

I'll admit I didn't have "Trump fucks Laura Loomer" on my 2024 election Bingo card. I guess that thing with the lawyer lady Abdul didn't work out?

10:32 PM · Sep 12, 2024 · **135.6K** Views

103   96   2.1K   17

Read 103 replies

Don't miss what's happening
People on X are the first to know.
Log in   Sign up

EXHIBIT 26
6-4-25 SAP
PENGAD 800-631-6989

Document title: Crazy Fenak on X: "@MikeSington I'll admit I didn't have "Trump fucks Laura Loomer" on my 2024 election Bingo card. I…
Capture URL: https://x.com/CrazyFenaker/status/1834359518970740879
Capture timestamp (UTC): Tue, 03 Jun 2025 15:43:57 GMT
Page 1 of 1