# EXHIBIT 36

PageVault

| | |
|---|---|
| Document title: | Is Trump Having an Affair With Laura Loomer, the Far-Right Extremist? \| Miami New Times |
| Capture URL: | https://www.miaminewtimes.com/news/is-trump-having-an-affair-with-laura-loomer-the-far-right-extremist-21281352/ |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:04:07 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:05:17 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 9 |
| Capture ID: | 5EdsmzZY9uTSwGGBXeJ9kv |
| Display Name: | salgutierrez |

PDF REFERENCE #:    sdvcAKY7NC2g4WUYG3So2c



      

News   Marijuana   Opinion   Food & Drink   Arts & Culture   Music   Things To Do   Best of Miami   Classifieds   More

Hot Off the Press and Online: *New Times* Top 100 Restaurants Issue!

POLITICS & GOVERNMENT

# Laura Loomer and Trump Sitting in a Tree, K-I-S-S-I-N-G

The far-right provocateur and the former president are spending quite a bit of...together time. Where's Melania?

By Naomi Feinstein | September 13, 2024





Donald Trump and Laura Loomer 👍👍 ... 😷🚫? *Image Via* X/@LauraLoomer

Share this:   


 Audio By Carbonatix







| News | Marijuana | Opinion | Food & Drink | Arts & Culture | Music | Things To Do | Best of Miami | Classifieds | More |

**Hot Off the Press and Online:** *New Times* **Top 100 Restaurants Issue!**

While former president Donald Trump hits the presidential campaign trail, the former first lady has largely been absent. Melania Trump did not attend her husband's criminal trial in New York and only showed up for the final night of the Republican National Convention in Milwaukee in July.

When Trump and his entourage arrived in Philadelphia for the **presidential debate**, Melania was nowhere to be seen. Instead, a different woman was spotted debarking from Trump's private jet: Florida's own far-right provocateur and one-time Republican **congressional** candidate, **Laura Loomer**. (She ran for Florida's 21st congressional district, which fittingly includes **Mar-a-Lago**).

She was later seen backstage at the September 10 debate, in the spin room with Trump immediately after, and then by his side in New York City and Pennsylvania for September 11 remembrance ceremonies.

Loomer has made a name for herself as a **far-right**, anti-immigrant conspiracy theorist who routinely spouts homophobic, transphobic, and anti-Muslim comments. Uber and Lyft banned the self-described "proud Islamophobe" after she went on a Twitter rant over the companies hiring Muslim drivers. She has claimed that "9/11 was an Inside Job!" and called Islam "a cancer on humanity."

## EDITOR'S PICKS

- **"They're Eating Dogs": Haitian Florida Rep. Rebukes False Trump Claims**
- **The** *New Times* **Presidential Debate Bingo Card: What They Said (And Did Not Say)**
- **The Circus Is in Town: Crowds Gather in Miami for Trump Arraignment**



Her antics have led to her being **banned** from **Facebook**, Instagram, Venmo, PayPal, GoFundMe, and X, the platform formerly known as Twitter. Elon Musk later reinstated Loomer's X account when he bought the company.

She is so out there that Georgia U.S. Rep. and Class A eccentric Marjorie Taylor Greene **called her out for a racist tweet** about Kamala Harris.

Extremist and racist views aside, the 31-year-old has been spending quite a bit of time with Trump, leading some to speculate that they're a romantic item.

Internet personality Mike Sington pointed to a video of the duo cozying up at Mar-a-Lago.



News | Marijuana | Opinion | Food & Drink | Arts & Culture | Music | Things To Do | Best of Miami | Classifieds | More

Hot Off the Press and Online: *New Times* Top 100 Restaurants Issue!

**RELATED**

- **A Kimmel Conundrum: Did the FCC Cross a Constitutional Line?**





"This is why Trump is hanging out with Laura Loomer," he wrote. "Watch them with their hands all over each other at Mar-a-Lago. Note: He's married."



News | Marijuana | Opinion | Food & Drink | Arts & Culture | Music | Things To Do | Best of Miami | Classifieds | More

Hot Off the Press and Online: *New Times* Top 100 Restaurants Issue!

Another social media user likened the pair to Roman dictator Julius Caesar and his love Cleopatra.





### RELATED

- Death of Delray Beach Pride Art Could Spawn Bigger, Gayer Display



Journalist Aaron Rupar noted, "Loomer has been traveling with Trump all week for reasons that remain unclear."







News | Marijuana | Opinion | Food & Drink | Arts & Culture | Music | Things To Do | Best of Miami | Classifieds | More

**Hot Off the Press and Online:** *New Times* Top 100 Restaurants Issue!

Some are even working on a new Trump portrait with his potential first lady.





### RELATED

- **Miami Store Sold Epstein Sweatshirt for $11K. Who the Hell Bought It?**











News   Marijuana   Opinion   Food & Drink   Arts & Culture   Music   Things To Do   Best of Miami   Classifieds   More

**Hot Off the Press and Online:** *New Times* Top 100 Restaurants Issue!


**Dementia Has Been Linked to These Common Foods. Are You Eating Them?**
Neurocept


**Celebrate 250 Years With This Special Edition Hat!**
Yifare


**The Latest Neuropathy Device Seniors Wish They Knew About Sooner**
FootRenew


**Why Vicks Trick is Called "Tinnitus' Silent Killer" by Top Doctor?**
Health Report

## LATEST


CRIME & POLICE
**Miami Beach Police Investigating Crash Involving Officer, Woman, and Baby**
By Alex DeLuca


EDUCATION
**Where Florida Universities Ranked in New Best U.S. College List**
By Naomi Feinstein


EDUCATION
**Broward Teacher: "Black People Are Taught to Hate White People"**
By B. Scott McLendon


POLITICS & GOVERNMENT
**A Kimmel Conundrum: Did the FCC Cross a Constitutional Line?**
By Wayne Unger

## TRENDING

**Broward Teacher: "Black People Are Taught to Hate White People"**
By B. Scott McLendon

**A Reminder That Marco Rubio's Brother-in-Law Was a Prolific Cocaine Trafficker**
By Naomi Feinstein

**Where Florida Universities Ranked in New Best U.S. College List**
By Naomi Feinstein

**Here Are Miami's Top 10 NIL-Earning Athletes**
By Naomi Feinstein

**INTERESTED IN ITEMS FOR SALE?**    **Post & get featured here!**



   

News   Marijuana   Opinion   Food & Drink   Arts & Culture   Music   Things To Do   Best of Miami   Classifieds   More

Hot Off the Press and Online: *New Times* Top 100 Restaurants Issue!

## TRENDING


**Broward Teacher: "Black People Are Taught to Hate White People"**
By B. Scott McLendon


**A Reminder That Marco Rubio's Brother-in-Law Was a Prolific Cocaine Trafficker**
By Naomi Feinstein


**Where Florida Universities Ranked in New Best U.S. College List**
By Naomi Feinstein


**Here Are Miami's Top 10 NIL-Earning Athletes**
By Naomi Feinstein

**INTERESTED IN ITEMS FOR SALE?**     **Post & get featured here!**



View This Week's Print Issue
Where To Find Miami New Times In Print

**EDITORIAL**
News
Food & Drink
Arts & Culture
Music
Things To Do
Newsletters

**MARKETING**
Promotions & Free Stuff
Advertise with Us
Privacy Policy
Terms of Use

**MORE**
About Us
Contact Us
Newsletters
Staff
Careers
Flipbook Archive
Membership

**VOICE MEDIA GROUP**
Dallas Observer
Denver Westword
New Times Broward-Palm Beach
Phoenix New Times
V Audience Labs
V Digital Services



Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy. View our accessibility policy and AI policy. The Miami New Times may earn a portion of sales from products & services purchased through links on our site from our affiliate partners. ©2025 Miami New Times, LLC. All rights reserved.
Do Not Sell or Share My Information