# EXHIBIT 37





**BREAKING NEWS**  l's Late-Night Show Pulled 'Indefinitely' by ABC in Stunning M

Article continues below advertisement


Home > Politics > Donald Trump

## OK! Politics

# Donald Trump Accused of Having an Affair With MAGA Conspiracy Theorist Laura Loomer as Wife Melania Remains MIA







Joshua Wilburn    Sept. 13 2024, Published 5:46 p.m. ET

Former President **Donald Trump** has been accused of having an affair with controversial conspiracy theorist **Laura Loomer** after the two were spotted cozying up to one another during several recent **campaign stops**.

Tap Here To Add Ok Magazine as A Trusted Source 



Several images have gone viral of Donald Trump with Laura Loomer.
SOURCE: @BENJAMINPDIXON/X

Several images have been circulating on X, formerly known as **Twitter**, showing Trump,

president's wife, **Melania Trump**, hasn't been on the campaign trail since the **Republican National Convention**.

One X user asked, "Is Trump having an affair with Laura Loomer? She accompanies on plane [sic] from Florida to Tuesday's debate in Phllly. Next AM she is with him in **NYC at a 9/11 Memorial**. When will the corporate media start asking about their relationship? Trump has cheated on every wife."

Another user shared a clip of the ex-prez holding Loomer above the waist, commenting, "How do you think **Evangelicals** and MAGA Christians will justify Laura Loomer's new role in Trump's campaign?"

A third person pointed out, "She's more happy to be around him than Melania… Weird. Reminds me of **Monica Lewinsky** and **Bill Clinton**."



Donald Trump has cheated on his previous wives.

SOURCE: MEGA

As *OK!* previously reported, Trump defended **his relationship with Loomer** during a recent campaign stop at his **golf course** in Los Angeles, California.

A reporter asked the former president, "What value do you feel that Laura Loomer brings to you and has nobody told you about conspiracy theories that she has promoted?"

"I don't know that much about it, no," Trump said regarding Loomer's constant **conspiracy peddling**. "I know she's a big fan of the campaign, but I really don't know. She brings a spirit to us that a lot of people have. We have very spirited people. And in all fairness to her, she hates seeing what's happened to the country, I guess. So do I. It's very sad."

During the line of questioning, Trump added that he wasn't sure why a reporter asked him about his Republican colleagues' concerns about their "close relationship."

MORE ON:
# DONALD TRUMP

**Donald Trump Covers Bruised Hand With Makeup Again as He Skips Charlie Kirk Vigil to Attend Golf Club Event: Photos**

**Chilling Video of Charlie Kirk's Alleged Murderer Tyler Robinson Caught on Camera Before Assassination: Watch**

**Charlie Kirk's Alleged Assassin Tyler Robinson Under 'Special Watch' in Prison to Evaluate If He's Suicidal**

**Want OK! each day? Sign up here!**



Laura Loomer is an infamous conspiracy theorist.

SOURCE: MEGA

**Kamala Harris**' campaign took the opportunity to ridicule the Republican nominee by calling his California press conference a "**trainwreck**."

"Donald Trump took his trainwreck on the debate stage straight to California. In a rambling, defensive, often incoherent event to promote his golf course, he yet again showed the country how he is melting down," spokesperson **James Singer** said in a statement. "He defended hanging out with a 9/11 conspiracy theorist."

***Never miss a story — sign up for the OK! newsletter to stay up-to-date on the best of what OK! has to offer. It's gossip too good to wait for!***

SOURCE: OK!



Melania Trump has been missing from the campaign trail.

SOURCE: MEGA

The president's wife has been noticeably absent from the campaign trail and didn't join the Republican nominee when he flew out to the **ABC debate** on Tuesday, prompting viewers to weigh in on Melania's whereabouts.

One person tweeted, "Melania's going to be 'having dinner' with the pool boy," while another said, "She's with her lawyers trying to plan for a future where Trump isn't in the [White House]."

CVS Hides This $1 Generic Viagra - Here's the Aisle It's Really In.

Friday Plans | Sponsored

Learn More

Brittney Griner Reveals Her New Wife & You Will Easily Recognize Him

Vetob | Sponsored

universalinfonet.com | Sponsored

**Just Add 1 Drop Of This Household Item To Any Dark Spot and Wait 3 Minutes**

Soak Your Dark Spots With This One Thing (Trending Morning Routine)

WellnessGuide | Sponsored

Learn more

**He Was A NBA Legend, Now He's Working 9 To 5**

Gameday News | Sponsored

**Woman Is Fired From Restaurant. Manager's Jaw Drops When She Does This**

universalinfonet.com | Sponsored

**They Were So Beautiful Before; Now Look At Them; Number 10 Will Shock You.**

The Business Leads | Sponsored

**Kevin James And His New Partner Who You'll Easily Recognize**

PemPlay | Sponsored

**Paul Newman's Wife Is 95 & This Is Where She Lives Now**

Your Chamilia | Sponsored

**Elin Nordegren Show Off Her Huge Size In New Vacation Photos**

33 Bridges | Sponsored

MORE FROM OK! MAGAZINE

| About OK! | CONTACT OK! | SUBSCRIBE | Privacy & Legal |
|---|---|---|---|
| About Us | Contact Us | Subscribe to OK! Newsletter | Opt-out of personalized ads |
| Editor's Notes | Send a Hot Tip | | |
| Privacy Policy | Advertising Inquiries | Subscribe to OK! YouTube | |
| Terms of Use | Media Inquiries | | |
| Cookie Policy | | Subscribe to OK! Flipboard | |
| DMCA | | Subscribe to OK! News Break | |

© Copyright 2025 OK!™ . A DIVISION OF MYSTIFY ENTERTAINMENT NETWORK INC. OK! is a registered trademark. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy. People may receive compensation for some links to products and services. Offers may be subject to change without notice.