# EXHIBIT 42

PageVault

| | |
|---|---|
| Document title: | Laura Loomer on X: "There 100% is a movement to reduce white people to zero in America and it will happen if @KamalaHarris is elected." / X |
| Capture URL: | https://x.com/LauraLoomer/status/1822696340880609718 |
| Page loaded at (UTC): | Wed, 05 Nov 2025 22:47:56 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 22:48:33 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| Capture ID: | 8cMQM1QndkqEnichBS3rhw |

PDF REFERENCE #:    uAFAoyL7a1w6qpS6NpoWcf

