# EXHIBIT 44

9/18/25, 3:17 PM
Trump ally Laura Loomer swatted down after posting bigoted attack on Harris - POLITICO
Case 5:24-cv-00625-JSM-PRL    Document 150-4    Filed 11/10/25    Page 2 of 5 PageID 5101

Advertisement: The GenAI for lawyers guide: updated for 2025 — GET THE GUIDE — DISCO

**2024 ELECTIONS**

# Trump ally Laura Loomer swatted down after posting bigoted attack on Harris

Loomer was invited as a guest to travel with the former president.



### POLITICO

By **NATALIE ALLISON** and **MERIDITH MCGRAW**
09/11/2024 10:59 PM EDT

  

Two loyal allies of Donald Trump are feuding over a bigoted post about Kamala Harris' Indian heritage, the latest sign of discord among MAGA surrogates as the former president seeks to regain his lead in the presidential race.

Laura Loomer, a right-wing activist and close Trump ally, was rebuked by Rep. Marjorie Taylor Greene (R-Ga.) on social media Wednesday evening after referencing racist and offensive cultural stereotypes about Harris, whose mother was Indian.

Advertisement



"This is appalling and extremely racist," Greene posted on X in response to Loomer. "It does not represent who we are as Republicans or MAGA. This does not represent President Trump. This type of behavior should not be tolerated ever."

Greene's outcry came in response to a post by Loomer that if Harris wins in November, "the White House will smell like curry & White House speeches will be facilitated via a call center and the American people will only be able to convey their feedback through a customer satisfaction survey at the end of the call that nobody will understand."

Loomer posted on social media after Harris, who is of both Indian and Jamaican ancestry, had shared on X about visiting her grandparents in India when she was a child.

Loomer traveled aboard Trump's private plane to the presidential debate in Philadelphia, and spent Wednesday traveling with him and top members of his campaign team to events commemorating the Sept. 11 attacks in Manhattan and Pennsylvania. Throughout the day, Loomer, who has called 9/11 an "inside job," posted photos and videos of Trump at Ground Zero, with victim families, and with first responders. Loomer does not work in any official capacity for the campaign and was invited as a guest, though she has served as an informal adviser to Trump.

The Trump campaign did not respond to a request for comment.

Advertisement

AD

Loomer pushed out memes and social media posts repeating apparently false stories about Haitian migrants eating pets in Ohio — falsehoods that were then

Case 5:24-cv-00625-JSM-PRL    Document 150-44    Filed 11/10/25    Page 4 of 5 PageID 5103

repeated by the former president during the debate and have been separately shared by other conservatives, including Trump's running mate JD Vance.

It wasn't the first time that Greene or Loomer have been embroiled in a public spat. The two prominent MAGA women have openly disparaged each other in recent years. That includes last year, when Greene, in response to a news report about Trump wanting to hire Loomer on his campaign, called her "mentally unstable and a documented liar" and said she was warning Trump not to "hire or do business with a liar." Trump has continued to express appreciation for both women.

Greene has faced her own share of criticism for racist remarks, including when high-ranking House Republicans sought to distance themselves from her after expressing antisemitic and Islamaphobic views ahead of her 2020 election. She had previously said Black people "are held slaves to the Democratic Party."

Loomer and a spokesperson for Greene did not immediately respond to a request for comment.

**FILED UNDER:** ELECTIONS, RACISM, DONALD TRUMP, KAMALA HARRIS, DONALD TRUMP 2024, MARJORIE TAYLOR GREENE, 2024 ELECTIONS, DONALD TRUMP PRESIDENTIAL ELECTION 2024



## Global Security

Free through the end of 2025, this POLITICO Pro newsletter preview explores the people, policies, and power shifts shaping today's international security landscape.

**EMAIL**

Your Email

**EMPLOYER**

Employer

\* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

### SPONSORED CONTENT



**Jeff Bezos Claims the 1-Hour Rule Makes Him Smarter. I Gave It A Go.**

Thousands swear by the morning routine of the 1-Hour Rule. I gave it a go to see what all the fuss i…

Finance & Career



**20 Movies That Are So Good, They're Considered Perfect.**

Definition



**Has Hyundai nailed it with the all-new Palisade? See What's New**

Search | Caffeine Commons



### US to cut some security funds for European countries bordering Russia
Financial Times



### 6 Best 0% Intro APR Credit Cards
NerdWallet



### Sleep Apnea? This Simple Pillow Trick Is Turning Heads
myhealthyhabit.co

About Us
Advertising
Breaking News Alerts
Careers
Credit Card Payments
Digital Edition
FAQ
Feedback
Headlines
Photos
Press
Print Subscriptions
Request A Correction
Write For Us
RSS
Site Map

Terms of Service
Privacy Policy

© 2025 POLITICO LLC