# EXHIBIT 45


← Post

**Laura Loomer** ✓
@LauraLoomer

.@RepMTG is so compromised or @SpeakerMcCarthy's penis must be made out of gold.

I mean this is so shocking and crazy how MTG is just blatantly lying about this debt bill and doubling down on her lies.

I am stunned.

> **Rep. Marjorie Taylor Greene** 🇺🇸 ✓ 🚩 @RepMTG · May 31, 2023
> Replying to @RepMTG
> In this debt ceiling bill, there is a tool provided to us that requires the House to pass 12 separate appropriations bills from the 12 different appropriations sub-committees, and if we can't get them passed then we automatically pass a funding CR with an automatic 1% cut.....
>
> 👥 Readers added context →
> Within the text of the bill Rep Greene is referencing, H.R. 3746, there is no provision "[requiring] the House to pass 12 separate appropriations bills from the 12 different appropriations sub-committees"
>
> congress.gov/118/bills/hr37...
>
> twitter.com/justinamash/st...

11:24 PM · Jun 1, 2023 · **45.8K** Views

💬 90    🔁 176    ♡ 587    🔖 2    ⬆️

💬 Read 90 replies


EXHIBIT L. Loomer 36 6-4-25 SAP

**Don't miss what's happening**
People on X are the first to know.

[Log in]  [Sign up]

---

Document title: Laura Loomer on X: &quot;.@RepMTG is so compromised or @SpeakerMcCarthy's penis must be made out of gold. I mean this is so shocking and craz…
Capture URL: http://x.com/LauraLoomer/status/1664412666453020674
Capture timestamp (UTC): Mon, 02 Jun 2025 17:01:02 GMT

Page 1 of 1