# EXHIBIT 46





**Laura Loomer** @LauraLoomer

Daddy issues got you down, @claudiamconwayy?

Don't hate on Trump just because he actually loves his children.

How does it feel knowing your dad @gtconway3d George Conway loves attacking President Trump more than he loves you?

Is that why you take your clothes off for $5 a month?

Looking for other men to call "daddy"?

You are one sad, pathetic, broken bitch. x.com/claudiamconway...




Claudia, 18, says she's offering adult content for $5-a-month on Playboy site 'to reclaim my womanhood and femininity in a way that is truly mine'

By Andrea Cavallier For Dailymail.Com
07:09 24 May 2023, updated 12:37 24 May 2023

News
**FAMILY FEUD** Claudia Conway tells dad George to 'get off Twitter & be a parent' & claims he said 'it'd be better if she wasn't there'

This post is unavailable.

6:25 PM · Jun 1, 2024 · 273.4K Views

308    666    2.6K    36

Read 308 replies

---

EXHIBIT L. Loomer
37
6-4-25 SAP