# EXHIBIT 47

PageVault

| | |
|---|---|
| Document title: | (3) Laura Loomer on X: ".@Nalin_Haley do you have a sister named Bakseet?" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1754188693944848609 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:22:27 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:24:04 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 16 |
| Capture ID: | 88maMuTmST5ntzSWSQMRRT |
| Display Name: | salgutierrez |

PDF REFERENCE #:   gzFQWctea6C8BGMteV6isx









# Relevant people

**Laura Loomer** ✓
@LauraLoomer
[Follow]

Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess

# What's happening



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
447K posts

Sports · Trending
**Stillwater**
1,256 posts

Sports · Trending
**Brady Singer**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2025 X Corp.

---



(GIF)
💬  🔁  ♡ 2  📊 272  🔖  ⬆️

**Seymour Butz** ✓ @undertbleacherz · Feb 4, 2024
🤣🤣

[GIF video]

💬  🔁  ♡ 2  📊 209  🔖  ⬆️

**CA Corruption Capital** ✓ @busybirdie10 · Feb 4, 2024
Wow — Brutal. 👀

💬  🔁  ♡ 2  📊 229  🔖  ⬆️

**Tracy smith** ✓ @browt1971 · Feb 4, 2024
🔥Nalin you should have never got in Laura path😜she has no mercy!! Good luck, because your going to need it! 🙏there are no more skeletons in your family's closet, because Laura is on it😳

💬  🔁  ♡ 2  📊 42  🔖  ⬆️

**Paul-R** ✓ @ThePSRosenberg · Feb 4, 2024
Heard it was Trunks but who can say

💬  🔁  ♡ 2  📊 415  🔖  ⬆️

**Bridgett** ✓ @BridgettT2T2 · Feb 4, 2024
😭💀🔥

💬  🔁  ♡ 2  📊 112  🔖  ⬆️

**SteffMan316** @SteffMan316 · Feb 4, 2024
Ha ha ha Laura is getting me laughing good today! Ha ha ha ha poor liddle @Nalin_Haley and his expensive car he didn't earn!

💬  🔁  ♡ 2  📊 38  🔖  ⬆️

**AFCAZIVA** 🇳🇱🇮🇱🇺🇸 @afcaziva · Feb 4, 2024
🤣🤣🤣👍👍

💬  🔁  ♡ 2  📊 115  🔖  ⬆️

**Bos** @KingzRedemption · Feb 4, 2024

---

Document title: (3) Laura Loomer on X: &quot;.@Nalin_Haley do you have a sister named Bakseet?&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1754188693944848609
Capture timestamp (UTC): Tue, 23 Sep 2025 23:24:04 GMT

Page 4 of 15



**Bos** @KingzRedemption · Feb 4, 2024



💬  🔁  ♥ 2  📊 103

**Harley King** @ThaHarleyKing · Feb 4, 2024
How come you can't teach @NikkiHaley how to drive???? Well when you open the door she automatically hops in the backseat!!!!😂😂😂😂🇺🇸🇺🇸

💬  🔁  ♥ 2  📊 38

**Mi§placed In§anity** @AmericnB · Feb 4, 2024
Nikki swallows bro!

💬  🔁  ♥ 2  📊 125

**MEhurley** 🇺🇸🇺🇸 @Mhurley01 · Feb 4, 2024
Perfect lol 😂



💬  🔁  ♥ 2  📊 105

**Jay** @JustJay80 · Feb 4, 2024
Batting a thousand today huh?!!! 😂

💬  🔁  ♥ 2  📊 73

**Ann Antanavich** @antanavich31977 · Feb 4, 2024
😂

💬  🔁  ♥ 2  📊 124

**Havoc** ✓ @XXICCXII · Feb 4, 2024
Brutal 🤣

💬  🔁  ♥ 1  📊 116

---

**Relevant people**

**Laura Loomer** ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
447K posts

Sports · Trending
**Stillwater**
1,256 posts

Sports · Trending
**Brady Singer**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2025 X Corp.



---

Document title: (3) Laura Loomer on X: &quot;.@Nalin_Haley do you have a sister named Bakseet?&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1754188693944848609
Capture timestamp (UTC): Tue, 23 Sep 2025 23:24:04 GMT



Document title: (3) Laura Loomer on X: &quot;.@Nalin_Haley do you have a sister named Bakseet?&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1754188693944848609
Capture timestamp (UTC): Tue, 23 Sep 2025 23:24:04 GMT
Page 6 of 15











Document title: (3) Laura Loomer on X: &quot;.@Nalin_Haley do you have a sister named Bakseet?&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1754188693944848609
Capture timestamp (UTC): Tue, 23 Sep 2025 23:24:04 GMT

Page 9 of 15






Document title: (3) Laura Loomer on X: &quot;.@Nalin_Haley do you have a sister named Bakseet?&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1754188693944848609
Capture timestamp (UTC): Tue, 23 Sep 2025 23:24:04 GMT

Page 11 of 15



**TRUMP OR BUST 2024!!** @DaveG653812338 · Feb 4, 2024
Everyone the be "Nalin" Nikki in the backseat.

**Mitchell "Bring the Pain" ...** @Dirtyspice1... · Feb 4, 2024
That reminds me, I'm making a tribute to the creatures of Harry Potter, which image of Buckbeak do you think really captures his essence, the one with Hillary Clinton or the one with Harry?



**Brandon Smith** @Destined2B_King · Feb 4, 2024
@LauraLoomer Jesus Christ loves you, maybe one day you will love yourself!! Your projection is strong!!

**Mother** @Just_Me1717 · Feb 4, 2024
Back seat.



**Michael** @200pipss · Feb 4, 2024
What is wrong with you lady??

**Chad Radomski** @cjradski · Feb 4, 2024
😂🤣😂🤣

**Big Lad** @bigyorkshire · Feb 6, 2024
I love your work, but leave the kids out of it, its not their fault the

---

Document title: (3) Laura Loomer on X: &quot;.@Nalin_Haley do you have a sister named Bakseet?&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1754188693944848609
Capture timestamp (UTC): Tue, 23 Sep 2025 23:24:04 GMT

Page 13 of 15



