# EXHIBIT 48





Document title: (2) Laura Loomer on X: &quot;If you call yourself "Second Gentleman" you're just gay. Men aren't supposed to be second to women. It's called biological…
Capture URL: https://x.com/LauraLoomer/status/1846403526886383980
Capture timestamp (UTC): Tue, 03 Jun 2025 00:32:04 GMT

Page 2 of 15







# Post

**V. Jay Crouse** @vjaycrouse · Oct 16, 2024
Admittedly, it doesn't roll off the tongue like FeloniousPOTUS's Whore or First Whore!
1  121

**Christa McAnroy** @mcanroy · Oct 16, 2024
Friendly reminder that @LauraLoomer has two GAY BROTHERS. Enough dog whistling Laura. This is just stupid. There are Second Gentlemen all over the country. The husbands of women governors.
1  2  88

**GlockAndRoll** @RedWhiteTrue12 · Oct 16, 2024
😂😂😂
2  343

**Parody Queen** 🇺🇸 @parodyqueen · Oct 16, 2024
Amen
1  584

**Beefbooger** @beefbooger · Oct 16, 2024
She better keep an eye on Doug and Tim.
1  391

**Jackie Conlon** @jackieinpdx · Oct 16, 2024
There's nothing worse than a misogynistic female prick.
1  96

**Lake Lady** @StandCan8097 · Oct 16, 2024
Don't forget he wore the wrong shorts too, a detail we Really needed to hear........
1  155

**TRUMP WON** @RedstateSF · Oct 16, 2024
🤣
1  120

## Relevant people

**Laura Loomer** ✓ @LauraLoomer — Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📷 America First ✡️ Feisty Jewess

**Clint Russell** ✓ @LibertyLockPod — Follow
Host: Liberty Lockdown Co-Host: Tower Gang
linktr.ee/libertylockdown following back all subscribers as a thanks for supporting my work.

## What's happening

**Tigers at White Sox** LIVE

**LIVE. FIT. GO.** Your next move deserves your best energy.
Promoted by CELSIUS Energy Drink

Trending in United States
**Fresh**
110K posts

Sports · Trending
**Stephanie Vaquer**
3,469 posts

Politics · Trending
**Fetterman**
3,956 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More···  © 2025 X Corp.


**DaWrTrem** @JamesTremaine2



X

← **Post** Reply

**TrumpFor24** @For24Trump · Oct 16, 2024
You're an anti feminist
1 · 47

**Andy Paul** @iAmAndyPauly · Oct 16, 2024
Hahahaha loomer you are SO sleezy. There's too much Botox in your brain!!
1 · 24

**Bo** 🇺🇸 @bdod70 · Oct 16, 2024
I promise he's gone hands on with that insufferable B, and I'm not talking about a hug.
1 · 174

**Former Gulag Inmate** @EljSol · Oct 16, 2024
How is your day going yenta?
1 · 39

**Brian May** @BrianMay100 · Oct 16, 2024
TRUTH TRUTH TRUTH
1 · 62

**CINOs are hellbound** @Floridiotfixer · Oct 16, 2024
So Bish why isn't your ass consistently bare foot and pregnant? What can't find the perfect maga man? Here's the hint...there isn't any.
1 · 26

**BTSOT7 JUNE 13** @bangtan2025OT7 · Oct 16, 2024
Says a horrible woman on the inside and outside who is 31 and alone with a keyboard and a MAGA commemorative dildo with Trump's face on the tip
1 · 24

Search

## Relevant people

**Laura Loomer** @LauraLoomer — Follow
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First ✡️ Feisty Jewess

**Clint Russell** @LibertyLockPod — Follow
Host: Liberty Lockdown Co-Host: Tower Gang linktr.ee/libertylockdown following back all subscribers as a thanks for supporting my work.

## What's happening

**Tigers at White Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best energy.
Promoted by CELSIUS Energy Drink

Trending in United States
**Fresh**
110K posts

Sports · Trending
**Stephanie Vaquer**
3,469 posts

Politics · Trending
**Fetterman**
3,956 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | More ··· © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2











**Venus Infers** @gypsyluc · Oct 16, 2024
"Second" in this case refers to being the spouse of the person who is second (Vice President) behind the first (President) you utter twit. 🙄

**Miles Domini** @Miles_Domini · Oct 16, 2024
He cant slap her because she is black and asian and native american...Not like the white women he was with.

**Nigel Thomas Burch** @NigelBurch0 · Oct 16, 2024
Biological hierarchy, you sweet little nutcase? Have you lost all contact with rational thought?

**Mia G** @ZenRia · Oct 16, 2024
You are a real Looney Tunes. Welcome to the Handmaiden World of Laura Looney.

**OldNorthwest** @OldNorthwestIL · Oct 16, 2024
Absolute drivel.

**Terry** @TerryinMiami · Oct 16, 2024
You are correct Laura, Kamala has zero respect for her husband and it follows into her public life that she also has zero respect for us citizens. She hates us.

**PhillyLassLala** @AttaGirl1776 · Oct 16, 2024
Beards

**Irish06** @Irish4619 · Oct 16, 2024
👍💯💯💯💯

**Beamer** @BeamerMarie123 · Oct 16, 2024
I'm so sad for you Laura. It's so sad that you think you are not worthy of being equal to a man. I hope your career crashes and burns so my daughters will have other women to look up to. There is nothing wrong with each marriage forming its own dynamic.

**DaWrTrem** @JamesTremaine2

**Relevant people**

**Laura Loomer** @LauraLoomer — Follow
Investigative Journalist 🇺🇸 Free Spirit 🦅 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📸 America First 🟣 Feisty Jewess

**Clint Russell** @LibertyLockPod — Follow
Host: Liberty Lockdown Co-Host: Tower Gang
linktr.ee/libertylockdown following back all subscribers as a thanks for supporting my work.

**What's happening**

Tigers at White Sox
LIVE

LIVE. FIT. GO.
Your next move deserves your best energy.
Promoted by CELSIUS Energy Drink

Trending in United States
**Fresh**
110K posts

Sports · Trending
**Stephanie Vaquer**
3,469 posts

Politics · Trending
**Fetterman**
3,956 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More... © 2025 X Corp.









# Post

I won't call myself that, but if my wife becomes President, you can call me whatever the hell you want, lol.

💬  🔁  ♡  📊 5  🔖  ⬆

**Linda Cousin** @CousinLind92277 · Oct 17, 2024
Vote Jan 5th

💬  🔁  ♡  📊 6  🔖  ⬆

**Linda Cousin** @CousinLind92277 · Oct 17, 2024
You support vote Jan 5th

💬  🔁  ♡  📊 6  🔖  ⬆

**Wyle E Coyote, Super Genius** @5150merica · Oct 16, 2024
You moron. He is not the "Second Gentleman" because he is second to his wife. His title is Second Gentleman because the VP is second to the President. What a buffoon you are.

💬 2  🔁  ♡ 3  📊 80  🔖  ⬆

**Tina** @ttvstrong · Oct 16, 2024
Coming from a female WHO is alone because NO MAN WANTS A TRUNT Like YOU.

💬  🔁  ♡ 3  📊 30  🔖  ⬆

**Michael V Smith** @MichaelVSmith7 · Oct 16, 2024
Thanks for admitting it Laura.
You will always consider yourself a lesser person.

💬  🔁  ♡ 1  📊 16  🔖  ⬆

**AngeBleuGG** @AngeBleuGG · Oct 16, 2024
That's why Laura degrades herself to be given permission to suck cock. JFC, get some self respect.

💬  🔁  ♡ 1  📊 8  🔖  ⬆

**Frank** @Frank68158859 · Oct 16, 2024
Well this truth will enrage white liberal 'males'. They're always crying anyway so maybe it's good for them.

💬  🔁  ♡  📊 88  🔖  ⬆

### Relevant people

**Laura Loomer** ✓  [Follow]
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First ✡ Feisty Jewess

**Clint Russell** ✓  [Follow]
@LibertyLockPod
Host: Liberty Lockdown Co-Host: Tower Gang
linktr.ee/libertylockdown following back all subscribers as a thanks for supporting my work.

### What's happening

**Tigers at White Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best energy.
Promoted by CELSIUS Energy Drink

Trending in United States
**Fresh**
110K posts

Sports · Trending
**Stephanie Vaquer**
3,469 posts

Politics · Trending
**Fetterman**
3,956 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | More...   © 2025 X Corp.


DaWrTrem
@JamesTremaine2



# Post

**Joe Bidens Auto Pen** @MarkDrinkware · Oct 16, 2024
NAILED IT!   Knew there was a reason why I want to marry you.

16

**José** @jose_valoura · Oct 16, 2024
Which one is you?

11

**Beehave** @Beehave16 · Oct 16, 2024
Says the single dog lady. Never gonna be the chosen one Laura...still to fat for DonOLD

7

**Jasper Wyoming** @JasperWyoming01 · Oct 16, 2024
Not only is he comfortable in a submissive role, he's submissive to an idiot. How in the wide, wide, world of sports do you allow yourself to be commanded by a retard? He obviously has no self respect whatsoever.

**DaWrTrem** @JamesTremaine2

### Relevant people

**Laura Loomer** @LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 📷 America First ✡ Feisty Jewess

**Clint Russell** @LibertyLockPod
Host: Liberty Lockdown Co-Host: Tower Gang
linktr.ee/libertylockdown following back all subscribers as a thanks for supporting my work.

### What's happening

**Tigers at White Sox**
LIVE

**LIVE. FIT. GO.**
Your next move deserves your best energy.
Promoted by CELSIUS Energy Drink

Trending in United States
**Fresh**
110K posts

Sports · Trending
**Stephanie Vaquer**
3,469 posts

Politics · Trending
**Fetterman**
3,956 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
More ···   © 2025 X Corp.

Document title: (2) Laura Loomer on X: &quot;If you call yourself "Second Gentleman" you're just gay. Men aren't supposed to be second to women. It's called biological…
Capture URL: https://x.com/LauraLoomer/status/1846403526886383980
Capture timestamp (UTC): Tue, 03 Jun 2025 00:32:04 GMT
Page 13 of 15



 

