# EXHIBIT 49

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (3) Laura Loomer on X: "DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen the medical records), but they have no problem attacking Melania Trump. Personally, I think Jill's health has been over exaggerated in a desperate effort to" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1662580944438546433 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:07:38 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:09:59 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 37 |
| Capture ID: | iwXpE1vQEz7kpkhiKkK35w |
| Display Name: | salgutierrez |

PDF REFERENCE #:          di2dkCAmaqUMNRCXgSG9YK



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



🔍 Search

♡ 31        🔁 4        👁 405        12K        🔖 ⬆

**Oli London** ✓ @OliLondonTV · May 28, 2023
Very out of order tweet questioning whether someone has cancer or
not and demanding they release medical records no one suffering
with cancer should have to feel pressured to 'prove it'

Very below the belt

💬 7        🔁 4        ♡ 185        👁 6.1K        🔖 ⬆

**Sandy** 🐍 @RightGlockMom · May 28, 2023        🔁 ⋯
Absolutely VILE.

💬 3        🔁 3        ♡ 146        👁 26K        🔖 ⬆

**Kimberly Morin** ✓ @Conservativeind · May 28, 2023        🔁 ⋯
Who is Jill DeSantis and why are you such a disgusting piece of
human filth?

💬 2        🔁 2        ♡ 109        👁 4.1K        🔖 ⬆

**The List** ✓ @ListComesForAll · May 29, 2023        🔁 ⋯
✍️uh✍️oh✍️



Siraj Hashmi

💬 2        🔁 3        ♡ 105        👁 3K        🔖 ⬆

**Mayor of DeSantisville** ✓ @DeSantisville · May 28, 2023        🔁 ⋯
You are worse than a mere political hack. You're a despicable human
being. Shame on you.

💬 2        🔁 3        ♡ 83        👁 2.1K        🔖 ⬆

**Rod D. Martin** ✓ @RodDMartin · May 28, 2023        🔁 ⋯
What is wrong with you?

All you're doing is making Trump supporters want to switch sides.

And making yourself look evil.

Stop. It.

💬 2        🔁 3        ♡ 74        👁 1.9K        🔖 ⬆

**Conservative Sue** ✓ @ConservativeSue · May 27, 2023        🔁 ⋯
I sure wouldn't want to be on your side of karma.

I feel sorry for you.
Nothing should be worth losing your soul. Pathetic.

💬 3        🔁 3        ♡ 269        👁 7.3K        🔖 ⬆

**MAGA Barbie** 🇺🇸👱‍♀️ @MAGABarbie317 · May 28, 2023        🔁 ⋯
Why do you think you should have been given access to her medical
records so you can verify her cancer?

💬          🔁          ♡ 60        👁 1.7K        🔖 ⬆

# Navigation sidebar

Home

Explore

Notifications ③

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**DaWrTrem**
@JamesTremaine2        ⋯

## Relevant people



**Laura Loomer** ✓        **Follow**
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🎥
America First 🟥 Feisty Jewess

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States        ⋯
**Google**
Trending with Nexstar
441K posts

Trending in United States        ⋯
**athena**
7,854 posts

Trending in United States        ⋯
**Investigated**
31.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.





**MAGA Barbie** 🇺🇸👱 @MAGABarbie317 · May 28, 2023
Why do you think you should have been given access to her medical records so you can verify her cancer?

💬    🔁    ♡ 60    📊 1.7K    🔖    ⬆️

**MR. LEADSLINGER** ✔ @Lead_Flinger · May 28, 2023
You're every bit as awful a person as your face suggests.

💬 2    🔁    ♡ 40    📊 983    🔖    ⬆️

**Righteous ⚡Crusader** ✔ @Craftmastah · May 28, 2023
Totally inappropriate comment. This is something I'd expect a Democrat to say.

💬    🔁    ♡ 8    📊 231    🔖    ⬆️

**ThePatrioticBlonde...** ✔ @ImBreckWorsh... · May 28, 2023
Posts like this only hurt Trump and gives people like @mitchellvii and @johncardillo the ammo they need to attack us. Don't give it to them.

💬 1    🔁 1    ♡ 5    📊 234    🔖    ⬆️

**Dan_TheSPEAR_Man** ✔ @dmitchellrep · Jul 10, 2023
wow

💬    🔁    ♡    📊 112    🔖    ⬆️

**sep16000** ✔ @sep16000 · May 28, 2023
You are a disgusting person!

💬    🔁    ♡    📊 75    🔖    ⬆️

**B L A K E L E Y™ ©® L...** ✔ @_iamblakel... · May 29, 2023
Jill? You mean Casey?

💬    🔁    ♡    📊 43    🔖    ⬆️

**Jasmine Keith** ✔ @Jasmine_Keith1 · May 28, 2023
Why do you suck so bad, Laura?

💬 1    🔁    ♡ 199    📊 13K    🔖    ⬆️

**Moe's Place** ✔ @MeetYouAtMoes · May 27, 2023
Your bitterness is just vile, Laura.

And I voted for Trump -- twice.

💬 7    🔁 4    ♡ 183    📊 14K    🔖    ⬆️

**Afewcrayonsshort** ✔ @afewcrayons · May 27, 2023
This crap hurts trump.  Be better.

💬 8    🔁    ♡ 173    📊 13K    🔖    ⬆️

**Thirteen O'Clock - Todd** ✔ @o_thirteen · May 28, 2023
As an operative for the Trump campaign do you think you are helping Trump by spewing this? Not a good look.

💬 4    🔁 3    ♡ 162    📊 5.2K    🔖    ⬆️

**Pureblood** ✔ @PurebloodMAGA · May 27, 2023
Jill Desantis?

💬 12    🔁 3    ♡ 117    📊 57K    🔖    ⬆️

**Laura Loomer** ✔ @LauraLoomer · May 27, 2023
Yes that's her real name

💬 69    🔁 9    ♡ 136    📊 51K    🔖    ⬆️

**B. Robert** 🅰 @brobertphd · May 28, 2023

**Relevant people**

**Laura Loomer** ✔ @LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🇮🇱 Feisty Jewess

[Follow]

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

[Post]

**DaWrTrem** @JamesTremaine2





# Post

**TNforTRUMP** ✅ @tnfortrump · May 28, 2023
Some things shouldn't be political. The health of spouses/children should be off limits. This is over the top. Definitely doesn't help in anyway.

💬 3    🔁 4    ♥ 47    📊 9.3K    🔖    📤

**Sliced Driver** ✅ @GeorgiaMan45 · May 28, 2023



It's time to stop posting

💬 2    🔁 1    ♥ 43    📊 1.7K    🔖    📤

**Catherine Allard Ginther** ✅ @cat_ginther · May 28, 2023
Why does Trump hire the worst people?

💬 2    🔁 2    ♥ 38    📊 2.1K    🔖    📤

**AtlantaStu** ✅ @AtlantaStu · May 27, 2023
Uh, Laura ............ Her name is CASEY DeSantis. And you can criticize her all you want - just makes you look weak

By the way. I will IMMEDIATELY condemn RDS supporter who attacks Melania. That woman has been through enough embarrassment because of Trump's catting around.

💬 4    🔁    ♥ 40    📊 1.2K    🔖    📤

**Erica ~The Accidental Re...** ✅ @Ericawit... · May 28, 2023
This is absolutely disgusting. Someone's medical issues should never be "fair game"

💬 2    🔁 1    ♥ 30    📊 5.9K    🔖    📤

**The Doctor** ✅ @TennantRob · May 28, 2023
Setting up for the ratio

GIF

💬 2    🔁    ♥ 32    📊 9.2K    🔖    📤

**DaWrTrem** @JamesTremaine2

## Relevant people



**Laura Loomer** ✅
@LauraLoomer    **Follow**
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed . Former @Project_Veritas operative. 🔴 America First 🇺🇸 Feisty Jewess

## What's happening



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.



Page 8 of 38 PageID





Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



**Bea** @TheBeaSmith · May 27, 2023
I haven't seen a single DeSantis supporter criticize Melanie Trump.
Why would they?

💬 4   🔁   ♡ 37   ᴸᴸᵢ 1.6K   🔖   📤

**Timper** ✓ @itmatters2me3 · May 28, 2023
You are a pretty terrible person Laura.  But keep going...you just
keep making yourself look bad and that  speaks to the kind of
people who support Trump.

💬 1   🔁   ♡ 9   ᴸᴸᵢ 599   🔖   📤

**Cryssie** ✓ @CryssieGA · May 28, 2023
This is sickening.  What a poisonous person you are.  You fit in well
with your new friend Rebekah.

💬   🔁   ♡ 9   ᴸᴸᵢ 209   🔖   📤

**Veronica Birkenstock** ✓ @vtbirkenstock · May 28, 2023
You have crossed a line!

💬   🔁   ♡ 9   ᴸᴸᵢ 1.1K   🔖   📤

**gwongfit** @gwongfit · May 27, 2023
Pretty low of you to go after his wife. Disgusting.

💬   🔁   ♡ 9   ᴸᴸᵢ 214   🔖   📤

**🌺deborah🌺** @dkcwillis · May 28, 2023
Despicable

💬   🔁   ♡ 8   ᴸᴸᵢ 7.6K   🔖   📤

**🔨The DC Hammer🔨** @REALdcHAMMER · May 28, 2023
More proof that Trump is weaker than ever.

💬   🔁   ♡ 8   ᴸᴸᵢ 314   🔖   📤

**Rick Partlow** ✓ @RickPartlow66 · May 27, 2023
You're insane.

💬 2   🔁   ♡ 6   ᴸᴸᵢ 118   🔖   📤

**Terry** ✓ @TerryinSoCalif · May 28, 2023
You are a disgusting human

💬   🔁   ♡ 6   ᴸᴸᵢ 217   🔖   📤

**Linda Wolfe Over 50 U...** ✓ @lindawolfe... · May 28, 2023   Ɔ
This is a new low even for you.

💬   🔁   ♡ 6   ᴸᴸᵢ 316   🔖   📤

**Outlier: Type 2 Civilization ...** ✓ @Notno... · May 28, 2023   Ɔ
You are a disgusting person. If you're employed by
@realDonaldTrump he should terminate your service. It brings no
value to his campaign.

💬   🔁 1   ♡ 4   ᴸᴸᵢ 224   🔖   📤

**K** @kmichael60 · May 27, 2023
What a sad excuse for a person you are, regardless of politics.

💬 2   🔁   ♡ 6   ᴸᴸᵢ 270   🔖   📤

**Dr. Fabreezeyy** 💙🧡 @fabreezeyy · May 29, 2023
You ever heard of HIPAA?

💬   🔁   ♡ 6   ᴸᴸᵢ 272   🔖   📤

**Yakovolf** ✓ @Yakovolf · May 28, 2023

---

**Relevant people**

**Laura Loomer** ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🕵
America First 🇺🇸 Feisty Jewess

[Follow]

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2





**Post**    Reply

## Relevant people

Laura Loomer ✔ @LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🗽Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🇺🇸 Feisty Jewess

**Follow**

## What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
Google
Trending with Nexstar
441K posts

Trending in United States
athena
7,854 posts

Trending in United States
Investigated
31.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

---

**GIF** — WOULD YOU PLEASE SHUT UP?

💬    🔁    ♡ 4    ‖ 337    🔖    ⬆

**Morty** 🤖 @user26194736 · May 28, 2023
Wait ... you think she needs to produce medical records to prove she had cancer?

Wow

💬    🔁    ♡ 4    ‖ 161    🔖    ⬆

**OGItalianstallion** @OGmedphilosophy · May 27, 2023
You are deranged. Your movement has been reduced to insulting veterans and cancer survivors. You truly are the scum of the earth.

💬    🔁    ♡ 4    ‖ 53    🔖    ⬆

**Heather P, MS** 🇺🇸🏴‍☠️✔ @aeroladyny · May 28, 2023
This is disgusting. Cancer is cancer. This woman has little kids, and thankfully her cancer was caught early. Many others have not been so lucky. She is also still in the 5-year area where it can return. For her and her family's sake, I hope it doesn't. Oh, and I am a Dem.

💬    🔁    ♡ 3    ‖ 34    🔖    ⬆

**VMW** 🤡 @Vwms63 · May 27, 2023
Hope the Trump team realizes you are not helping him get elected but are actually turning people off.

💬 1    🔁    ♡ 3    ‖ 147    🔖    ⬆

**MIKEYPOX** 🤶🤶🇺🇸✔ @mmercer01 · May 28, 2023
You are a disgusting person, @LauraLoomer. Shame on you.
PS I voted for Trump twice, but shitty dirtbags like you speaking on his behalf give me pause.

💬 1    🔁    ♡ 3    ‖ 69    🔖    ⬆

**Karla1953** ✔ @Karla1953 · May 27, 2023
Have not seen where there are attacks on Melania. I  know that I defended her the whole time the left treated her like a POS.  I would do so today. The whole "if she had cancer" is telling. Again reminded me when there were claims that MT did not have surgery. Be Best.

💬    🔁    ♡ 3    ‖ 79    🔖    ⬆

**Steven Ellison** ✔ 🎗 @SEllisonJ · May 28, 2023
You're disgusting.

💬    🔁    ♡ 3    ‖ 370    🔖    ⬆

**TheChimeraFlea** ✔ @ChimeraFlea · May 28, 2023

Our expectations for you were low but HOLY FUCK


**DaWrTrem** @JamesTremaine2    ···





Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580044438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



**Jo** 💗 💙 **Oregon** ✓ @jolo...
Wow, this is bottom of the gutter stuff. Do better.

💬     ♡ 2     📊 51     🔖     ⬆️

**LyDeFace** ✓ @delo_ly · Jul 10, 2023
I'M A TRUMP SUPPORTER...BUT WHAT YOU SAID HERE IS REALLY
TERRIBLE.  STOP.

💬     ♡ 2     📊 52     🔖     ⬆️

**Dr. Jim** ✓ @DrJimFLA · May 29, 2023
You are not garnering any support with this approach.

💬     ♡ 2     📊 135     🔖     ⬆️

**The Topical Zealot** ✓ @TopicalZealot · May 27, 2023
They attacked Melania because she was too good looking. I mean,
compare her to Barbara Bush or Hillary Clinton. Libs couldn't stand
it.

💬 2     ♡ 2     📊 363     🔖     ⬆️

**Zelda Aurora Gabriel** ✓ @ZeldaAGabriel · May 28, 2023
Are you actually insinuating RDS's wife LIED about having cancer?
What the fuck is wrong with you? Criticize/hate RDS until you're blue
in the face, but leave his wife out of it.

This is just awful, but I'm not shocked that it's coming from you,
considering that you actually
Show more

💬     ♡ 2     📊 83     🔖     ⬆️

**Cindy** ✓ @asheborn57 · May 29, 2023
Who is "Jill" DeSantis?

You're a LOON!

💬     ♡ 2     📊 71     🔖     ⬆️

**Buckley376** ✓ @Buckley376 · May 28, 2023
What happened to you? I used to think you were one of the good
ones.

💬     ♡ 2     📊 138     🔖     ⬆️

**Mr. Faversham** 💥 ✓ @MrFaversham · May 29, 2023



💬     ⬆️ 1     ♡     📊 27     🔖     ⬆️

**DaWrTrem**
@JamesTremaine2

**Berg** 🅾 @cydonia0 · May 29, 2023
Holy fucking shit. I knew your were batshit crazy, but this is a new
low. Even for you.



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT

---

**Relevant people**

**Laura Loomer** ✓     [Follow]
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🏴
America First 🟣 Feisty Jewess

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.



Post                    Reply

□ 1        □↑        ♡ 27

**Berg** 🔵 @cydonia0 · May 29, 2023
Holy fucking shit. I knew you were batshit crazy, but this is a new low. Even for you.

💬        □↑        ♡ 2        ⫿⫿ 20

**LG4LG** 🍑💰801🌿 @LG4LG · May 28, 2023
I lost both my mother and sister to cancer !
this kind of tweet is disgraceful and should be deleted, you should apologize

This is way too far

💬        □↑        ♡ 2        ⫿⫿ 60

**Lady L. North** ❤️❤️🏴 @LadyLNorth · May 29, 2023
My god, you are vile.

💬        □↑        ♡ 2        ⫿⫿ 22

**RealDeal** ❤️ @BrenRealDeal · May 27, 2023
Have you seen Melania's medical records?

💬        □↑        ♡ 2        ⫿⫿ 166

**JoeThePirate** @JoeThePirate2 · May 28, 2023
I thought her name was Casey?

💬        □↑        ♡ 2        ⫿⫿ 1.2K

**Connor** 🟡 (Author of Tobacco... @Natur... · May 28, 2023

# Nice opinion.
# Now go to
# Guantanamo

💬        □↑        ♡ 2        ⫿⫿ 163

**Anna Emert** @AnnaTN · May 28, 2023
This is why Trump camp dumped you before you were hired. I used to like you but you are as vile as the left now.

💬        □↑        ♡ 2        ⫿⫿ 49

**Random Person** @RandomP97494379 · May 28, 2023
Man, you get trashier with every tweet.

And I didn't think that was possible.

💬 1        □↑        ♡ 2        ⫿⫿ 91

**These Current Years** @currentyrs · May 28, 2023
She got the turbo cancer from the clot shot Ron and Don told her to take.

💬        □↑        ♡ 2        ⫿⫿ 377

**Phillip Ruland** ✅ @Rulo123 · May 28, 2023

### Relevant people

**Laura Loomer** ✅
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🟥 Feisty Jewess

[Follow]

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen...
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



Document title: (3) Laura Loomer on X: "DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT





Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT

< Post                                    Reply                    🔍 Search

**Vraige** ✓ @Vraige1 · May 30, 2023
"Casey"
💬          🔁          ♡          📊 93      🔖  ⬆️

Haley ✓ @hmonson69 · May 28, 2023
You are a vile human!
💬          🔁          ♡          📊 5       🔖  ⬆️

ShadowandSelf ✓ @ShadowandSelf · May 29, 2023
Ratio lol
💬          🔁          ♡          📊 14      🔖  ⬆️

jsonsteele ✓ @jsonsteele · May 30, 2023
"I need to see her PHI" - laura
💬          🔁          ♡          📊 17      🔖  ⬆️

Cleone Kellar @kell81133 · Jul 9, 2023
What is wrong with you? How low will you go to "win"? Perhaps you
need to take a break from politics.
💬          🔁          ♡          📊 1       🔖  ⬆️

Florida Expert @Matt_Fleming321 · May 28, 2023
As soon as Trump world starts laughing at Ron's high heels its over.
Ron DeSantis and the Bush ppl are going to keep taking you all out
one at a time, and they will win that war of attrition.



💬          🔁          ♡          📊 86      🔖  ⬆️

amaya @cryptosayshi · Jan 17, 2024
f
💬          🔁          ♡          📊 3       🔖  ⬆️

HannahB @hannahbrokaw · May 28, 2023
Who's Jill?
💬          🔁          ♡          📊 3       🔖  ⬆️

☀️Sweet Pea☀️🇺🇸 @LuvableSweetP · Jul 8, 2023
I have suspicions too, because for those of us who have had breast
cancer & its debilitating treatments, know. And something just
doesn't jive with Jill's health/treatment timeline.
💬          🔁          ♡          📊 10      🔖  ⬆️

Jim McConnell @jmcconnell70 · May 28, 2023
You are a soulless ghoul. Seek help.
💬          🔁          ♡          📊 34      🔖  ⬆️

Anthony Bialy @AnthonyBialy · May 29, 2023
If I want to confirm I'm on the right side, I make sure cancer truthers

### Relevant people

Laura Loomer ✓
@LauraLoomer                                              **Follow**
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🏴
America First 🔯 Feisty Jewess

### What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
▶️ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

DaWrTrem
@JamesTremaine2

**Post**





# Post

**Kyle C** @OriginalThinki2 · May 28, 2023

Wow. You really are a nut bar.  When you go this far into crazy town it taints even the right things you might say.

Honestly the left never should have censored you. You discredit your points better than they can.  Sad really, as you otherwise have an obvious gift for

Show more

27

**Willie V** @WillieV73404398 · Jun 1, 2023

You haven't deleted this awful take yet?

7

**Storm Warning Mom ...** @StormWarningM... · Jul 9, 2023

Controlled oppo says what? 🙁
Trash takes, are they your specialty these days?
Jeez... your masters must be so happy. 🤣🤣🤣🤣😬

21

**Tim Phares** @phares_tim · Aug 20, 2023

You euenhnged.  There is a reason you're known nas Laura Lunatic.

4

**Tim Phares** @phares_tim · Aug 20, 2023

And youo claim you never said this, you liar.

6

**helen hauck** @hhh9821 · Dec 1, 2024

Yea coming from the most delusional pos d**k  sucker it par for the course. You're a despicable  human being

1

**Maryanne Zinke** @maryanne_z15038 · Dec 2, 2024

And you have lied about your college degree. Barry University didn't offer the degree you claim to have, while you were in attendance there. And her name isn't Jill.

13

**Florida-Georgia Girl** @Thots_N_Prayerz · Jul 31, 2023

I've wondered why she never looked like she went through chemo, radiation, and surgery. I've cared for a couple of people who went through cancer treatment (one with breast cancer). It takes a long time to get your vitality back, not to mention your hair.

2                                62

**M Gardner** 🇺🇸➕ @Engerlandm8 · May 28, 2023

DeSantis attacked Melania?

8

**Annabelle the Unlikeable** @MsMoxyNYC · May 28, 2023

This is all beyond gross

6

**ThewlynOh** @ThewlynOh · May 30, 2023

remember when you used to be relevant? and not just some "i'm gonna suck up to Trump so he gives me a cushy job if he wins"...good times...

what the fuck happened to you to become a NPC sycophant?

## Relevant people

**Laura Loomer** ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🔯 Feisty Jewess

Follow

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2

Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT

# X

- **Home**
- **Explore**
- **Notifications** 3
- **Messages**
- **Grok**
- **Lists**
- **Bookmarks**
- **Jobs**
- **Communities**
- **Premium**
- **Verified Orgs**
- **Profile**
- **More**

**Post**

**DaWrTrem**
@JamesTremaine2

---

**Post**

remember when you used to ... Trump so he gives a cushy job if he wins"...good times...

what the fuck happened to you to become a NPC sycophant?

2

**Sorin** 🚫🔴⚠️ @whoisorin · May 28, 2023



Such spicy remarks.

GIF

2

**Steven -** 😡🤬😡 @sirswa77 · May 28, 2023
You are a horrible person. fuck you and all future reports you may do.

24

**Big Tim** @BigTim2000 · Apr 4
I don't think I've ever seen an uglier Jew than you! You must work at it.

1

**Becky** @LiliesLegacies · May 28, 2023
Why do you believe you have any right to see someone's private medical records before you believe if they did it did not have a cancer diagnosis? Suggest unplugging yourself for a few weeks to remember what reality is.

19

**Time4Change** 🇺🇸 🟦 @wkndsR4racin · Aug 19, 2023
You're absolutely obnoxious. Why is Trump & his supporters constantly attacking DeSantis? You all claim he doesn't have a chance. That Trump is way ahead of him in the polls. Yet the attacks continue only on DeSantis. No other candidate. I smell fear.

5

**Lyndon Olson** @fanoonman · May 28, 2023
You're not helping Trump by trying to top him in trash-talk about @RonDeSantis or his wife. They should have to 'prove' she had cancer, but Trump doesn't have to prove he had bone spurs? No double standard?

BTW, WTF is "over exaggerate"? Regular exaggerating is OK? 🤨🙄😕

5

**hi** @texan1963odessa · Jan 23, 2024
Let's never forget this 👆 from Laura who Trump recently praised

3

**Red Wigglers** @CadillacOfWorms · Jul 31, 2023
Your head is a giant tumor.

2

---

## Relevant people

**Laura Loomer** ✓
@LauraLoomer

**Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🟧 Feisty Jewess

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
⚫ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.





X  Post                                                    Reply ↩    Q Search

**Relevant people**

Mike ✓ @elcidwarhorse86 · May 29, 2023
Shitty take. Why would you get to see her medical records? You aren't the final authority on any of this.

💬          🔁          ♡          ᴸᴸ 10          🔖  ⬆

Captain Caden Raden (Jeffmw) ...  @Jeff... · Jul 10, 2023
You are a sick person

💬          🔁          ♡          ᴸᴸ 8          🔖  ⬆

JoeMomma ✓ @JoeMommalikedit · May 27, 2023
I hope you never have cancer or know someone close that has it
If you already do, well that wouldn't be surprising about who you are

💬          🔁          ♡ 14          ᴸᴸ 267          🔖  ⬆

Stay weird. @thsuburbanmommy · May 28, 2023
I don't know why  you keep showing up in my feed. You are off the rails.

💬 2          🔁          ♡ 12          ᴸᴸ 210          🔖  ⬆

Kacie Guzman @GuzmanKacie · May 27, 2023
What is wrong with you? Seriously, you are foul human being. I like Trump, but he has picked some nasty people to be his minions.

💬 1          🔁          ♡ 12          ᴸᴸ 178          🔖  ⬆

Larry Greer, MD ✓ @LarryGreer20 · May 28, 2023
This is a despicable BS tweet. Hospitals and Doctors can't release health records without patient permission. Are you so stupid that you think they could make something like cancer surgery and chemotherapy up? What a loon you are. Even the Trump campaign fired you and you still
Show more

💬 1          🔁          ♡ 11          ᴸᴸ 123          🔖  ⬆

J Gardner 🇺🇸🌲 @jngpic · May 27, 2023
Same now as then.  You truly are a sick individual.  Your hatred drives you to repeatedly insinuate that Casey did not battle cancer. You posted FAKE PHOTOSHOPPED and debunked photos of Christina Pushaw who seething with hatred.

This is exactly what Trump World is.

And this
Show more

> J Gardner 🇺🇸🌲
> @jngpic
>
> Replying to @LauraLoomer
>
> Whatever woman basher.
>
> Integrity?  If you had any of that you wouldn't have posted a photoshopped photo of an aide to a politician you happen to hate.
>
> Low of the low, so gtfo with your integrity bs.

💬 2          🔁 1          ♡ 8          ᴸᴸ 270          🔖  ⬆

Obvious Burner Accoun... @Obviousburn... · May 27, 2023
This account more and more just seems like a lib psyop.  I mean this is some low grade, zero substance high school nonsense.

**Relevant people**

Laura Loomer ✓
@LauraLoomer                                    [Follow]
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🏵 Feisty Jewess

**What's happening**

Stockton Street
LIVE

Create with Nano Banana                           ...
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States                          ...
Google
Trending with Nexstar
441K posts

Trending in United States                          ...
athena
7,854 posts

Trending in United States                          ...
Investigated
31.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...   © 2025 X Corp.

DaWrTrem          ...
@JamesTremaine2







# ✕ Post

🔍 Search

27

**Ffobuol65** ✔ @ffobuol65 · May 29, 2023

Laura loomer is sadistic. And why should Casey prove to Laura that
she had cancer? Who does Laura loomer think she is??

23

**RANDY ECONOMY** ✔ @EconomyRadio · May 29, 2023

Laura put down the pipe girl, you just lost me forever.

34

**Nathan Thompson** ✔ @truthprevials · May 31, 2023

I supported you when you were censored and defended you when
attacked the left, but this is pure trash. Only a classless person
would make fun or suggest someone who was sick with such a
terrible disease was faking it.
You make Ann Coulter and Joy Reid look sane in comparison.

17

**John Adams** ✔ @JhnAdmz · May 28, 2023

You're behaving like trash Laura.

Stop being a scumbag.

89

**Judith Rose** ✔ @JudyRosedesign · May 28, 2023

Too much Loomer, your antics are despicable. Protagonistic
narcissism is not journalism it's pathetic.

30

**RobM** ✔ @Policy_Hawk · May 28, 2023

▶ GIF

1

**Meera's Bubbie** ✔ @CaptK1776 · Jul 9, 2023

I'm a 2x Breast Cancer Survivor. DeSantis shouldn't use his wife as a
political pawn. Ron, KARMA will comeback around if ya play chicken
sh*t games with her health.
AND Ron, be a man and draw the line that your wife and her
medical records are "OFF LIMITS."
Damn, your a lawyer!

24

**Dwayne Robertson** ✔ @PalmettoHawk · May 29, 2023

Just when people think you can't sink lower you surprise everyone
with shit like this. Shameful

9

**Karly619** ✔ @DepravedAngel · May 30, 2023

You are not helping Trump in ANY way and are in fact driving people
away. Just stfu 🙄

**DaWrTrem**
@JamesTremaine2

## Relevant people

**Laura Loomer** ✔ 🇺🇸
@LauraLoomer            **Follow**
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🇺🇸
America First 😤 Feisty Jewess

## What's happening

**Stockton Street**
LIVE

Create with Nano Banana
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with **Nexstar**
441K posts

Trending in United States
**athena**
7,854 posts

Trending in United States
**Investigated**
31.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.



**Karly619** ✓ @DepravedAngel · May 30, 2023
You are not helping Trump in ANY way and are in fact driving people away. Just stfu 🙄

💬    ↻    ♡    ᴥ 11    🔖    ⬆

**Daddio** ✓ @MusingDave · May 28, 2023
This is whacked

💬    ↻    ♡    ᴥ 7    🔖    ⬆

**Lynne** 🐝 @moxie315 · Dec 19, 2023
@CommunityNotes Casey had cancer. L Loser is lying again.

💬    ↻    ♡    ᴥ 3    🔖    ⬆

**John Galt** ✓ @JimFurlong_cdn · May 28, 2023
You are literally a piece of crap. You're gone.

💬    ↻    ♡    ᴥ 7    🔖    ⬆

**kornfed** ✓ @GeeWillyQue1 · May 29, 2023
OFFS! Get a life.

💬    ↻    ♡    ᴥ 13    🔖    ⬆

**miss piggy** ✓ @rickypark124 · May 29, 2023
Wow your a very disgusting person.  Her health is NON OF YOUR BUSINESS  and tweeting about speaks more of you then her.  Your a very low gutter snake

💬    ↻    ♡    ᴥ 1    🔖    ⬆

**SallySays** ✓ @roobiescoobie · May 28, 2023
You are such a PIG

💬    ↻    ♡    ᴥ 12    🔖    ⬆

**Hellooo_Kittah** ✓ @Hellooo_Kittah · May 29, 2023
YIKES!😬‼️ This is horrible optics!
It only makes you look churlish and heartless.

Even if your implied accusation were true,
how is this helpful in any way?

💬    ↻    ♡    ᴥ 5    🔖    ⬆

**Dub Show Podcast** ✓ @ThatDubGuy · May 28, 2023
This is disgusting and as low as they go.  There are places you just don't go.  Change your name to Laura LOONer..it's more fitting.



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT







Mary Jo Mae Kays @mim...
Your a disgusting pos - hope karma bites you big time with ur fake ass face and soul .. GOD don't like ugly and all face work in the world  won't change that .. you're still ugly as hell inside and out .

💬        ⟲        ♡        ıⁿ 1

T    **Terry Robinson** @TerryRo03589041 · Jun 1, 2023
This tweet is pretty trashy of Laura. I could care less which side you are on it is just classless trash.

💬        ⟲        ♡        ıⁿ 2

**Tim Phares** @phares_tim · Aug 20, 2023
This the same claim the left made about President Trump's COVID, and you found that offensive and outrageous -- rightly.

Can you say hypocrite?

💬        ⟲        ♡        ıⁿ 4

M    **Marty Rynne** @rynne_marty1983 · Dec 2, 2024
Laura Lowlive, you are lower than ant p*ss. By the way, nice plastic work on your face.

💬        ⟲        ♡        ıⁿ

**Angela Marti** 🌴 @AngelaMarti9 · May 29, 2023
It is disgraceful that you would accuse Mrs. DeSantis of such a thing as inventing a cancer diagnosis!

💬        ⟲        ♡        ıⁿ 1

**Dad Who Dads** @dadwhodads · May 28, 2023
I used to think you were interesting. Now you are just disgusting.

💬        ⟲        ♡        ıⁿ 19

**Tee1459** @tee1459 · Jun 5, 2023
You are disgusting!

💬        ⟲        ♡        ıⁿ 2

**L. VanHorn** @LisaVan25055226 · May 28, 2023
Can we see your medical records stating you're not crazy?

💬        ⟲        ♡        ıⁿ 16

**Bradley** @Bradley98 · May 28, 2023
You are batshit crazy

💬        ⟲        ♡        ıⁿ 19

**Bob LaRosa** @larosabob · May 28, 2023
No wonder you was banned.

💬        ⟲        ♡        ıⁿ 6

**Alex Tezcatlipoca** ✓ @alexneutronstar · May 28, 2023
Damn these guys are just pushing voters for DeSantis

💬        ⟲        ♡        ıⁿ 3

**Melissa** 🇺🇸🇲🇲 @MelBear26 · May 28, 2023
Medical records are private and two don't ever attack a cancer survivor. You are a vile human being.

💬        ⟲        ♡        ıⁿ 18

**Christy ÓCatháin - 𝓘𝓸𝔀𝓪 Girl in G...** @cdo... · May 29, 2023
You vile cow. I'd say, may God have mercy on your soul, but you are soulless.

💬        ⟲        ♡        ıⁿ 1



Document title: (3) Laura Loomer on X: &quot;DeSantis supporters say you aren't allowed to criticize Jill DeSantis because she claims she had cancer (I've never seen…
Capture URL: https://x.com/LauraLoomer/status/1662580944438546433
Capture timestamp (UTC): Tue, 23 Sep 2025 23:09:59 GMT



Show probable spam



