# EXHIBIT 51

**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION**

|  |  |  |
|---|---|---|
| LAURA LOOMER, | x<br>:<br>: | |
| *Plaintiff,* | :<br>: | Case No.: 5:24-cv-00625-JSM-PRL |
| - against - | :<br>: | |
| BILL MAHER and HOME BOX OFFICE,<br>INC., | :<br>:<br>: | |
| *Defendants.* | :<br>: | |
|  | x | |

**<u>EXPERT REPORT OF JODY BAUMGARTNER, Ph.D.</u>**

# TABLE OF CONTENTS

I.  INTRODUCTION AND QUALIFICATIONS ........................................................................ 1

II.  ANALYSIS ........................................................................................................................ 1

    1.  What Is Political Humor? .......................................................................................... 2

    2.  The History of Political Humor and the Rise of Late-Night Television ............................. 2

    3.  The Importance of Political Humor to Democratic Societies .............................................. 5

    4.  *Real Time with Bill Maher* ..................................................................................... 8

    5.  Laura Loomer and the Subjects of Political Humor ..................................................... 10

    6.  Conclusion ............................................................................................................. 14

APPENDIX A: CURRICULUM VITAE ...................................................................................... 16

APPENDIX B: LIST OF MATERIALS RELIED UPON ............................................................. 26

## I. INTRODUCTION AND QUALIFICATIONS

I have been asked on behalf of Bill Maher and HBO to prepare an analysis of political humor in the US, and more particularly the political humor of Bill Maher, who hosts the television program *Real Time with Bill Maher*, which airs on Home Box Office on Friday nights from 10:00 to 11:00 p.m EST. My analysis will specifically focus on the remarks made by Maher about Ms. Loomer on September 13, 2024.

I am the Thomas Harriot College of Arts & Sciences Distinguished Professor, in the department of political science, at East Carolina University. I received my master's degree and my doctorate, both in political science, from Miami University.

I have authored or edited, individually or in collaboration with others, four scholarly books on political humor, the latest of which, *Modern Political Caricatures: "I Can See Russia from My House"*, was published by Palgrave MacMillan in 2024. In addition, I produced (wrote and edited) the two-volume encyclopedia, *American Political Humor: Masters of Satire and Their Impact on U.S. Policy and Culture* (published by ABC-CLIO). I have also written or co-written 32 scholarly articles or book chapters on this subject. According to Google Scholar (a widely used metric), my work has been cited over 4,000 times by others. Since 2008, I have regularly taught a class on political humor in the US, delivered several invited lectures, and given numerous interviews in both local and national press outlets about the subject.

I am being compensated for my work performed in connection with this proceeding at a rate of $525 per hour. My compensation is not dependent in any way on the opinions I express in this report or in any subsequent report or at trial, nor is it dependent on the outcome of this proceeding. I have not previously testified as an expert at trial or by deposition.

## II. ANALYSIS

This report offers an introduction to political humor: its qualities, history, and importance to human expression and to democratic societies. Preserving the freedom to engage in mockery and satire, particularly of public officials and public figures, is, to me, essential for the democratic enterprise.

To start, in the opinion of most scholars on the subject, whether or not any given person finds a particular message (joke, cartoon, skit, etc.) to be funny or distasteful is essentially irrelevant to the question of whether and how something functions as political humor. Instead, intent and context matter. In my opinion, everything about the context of *Real Time with Bill Maher*, from Maher's long-history and renown as a self-identified comedian, to the expectation that studio audience members will laugh and applaud, to the set itself, which resembles the sets of so many other late-night shows, signals to the audience that the

1

content of the show consists of jokes and other comedic material, not the earnest product of investigative journalism.

## 1.  What Is Political Humor?

Political humor is any message that is in some way political and is designed to make people laugh.

In some cases, the political aspect of political humor is more incidental, as in jokes about a politician's appearance (e.g., Donald Trump's hair), behavior (e.g., Clinton's womanizing), or other personal characteristic (e.g., George W. Bush's intelligence). Typically, political humor of this sort is simply designed to make people laugh, and the humorist happens to craft his jokes about a political object. Because of this, some theorists suggest that this type of political humor is fundamentally apolitical, inasmuch as there is no political point per se. The jokes delivered by Johnny Carson, Jay Leno, and early David Letterman during the monologue segments of their shows are good examples.

In other cases, politics is central to political humor. This type of political humor, known as political satire, uses exaggeration, irony, and other literary devices to humorously critique and comment on political events, figures, and policies. Contemporary examples of this type of political humor include the material presented by Jon Stewart, Stephen Colbert and John Oliver. These humorists are making a political point, but doing so in a humorous way (Baumgartner 2024).

Bill Maher's joking speculation about Laura Loomer and Donald Trump sleeping together shares aspects of both types of political humor. On the one hand, it is a joke about President Trump's womanizing, a personal characteristic. On the other hand, it is a joke about a person with whom a candidate for the presidency is associating, which says something about both the supporters to which Trump was trying to appeal and the perspectives to which he was listening. After Maher said, earlier in the episode in question, that Trump is "with her everywhere now," and after Senator Al Franken noted that Trump "brought her to a 9/11 remembrance," Maher set up the joke by saying "I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump." The suggestion that Loomer's presence with Trump on the campaign trail could "affect the election" underscores that the joke is operating on the level of political commentary or satire and not only ribbing Trump for his womanizing.

## 2.  The History of Political Humor and the Rise of Late-Night Television

We can find examples of humor directed at political leaders almost as far back as the historical record reaches. One of the earliest examples of what is thought to be a political caricature dates back to the 15th century B.C. The drawing in question "is believed to depict

[Queen] Hatshepsut, one of the few female rulers of ancient Egypt," who is being penetrated by a figure thought to be her steward, Senemut (Shelley 2015; Wilshusen 2018). Some scholars have "suggest[ed] that the artist was, in a visual form of political satire, commenting upon the anomaly of having a female on the throne of Egypt in the person of Hatshepsut and upon her supposed affair with her chief steward Senenmut" (Wente 1984). Humor about rumored affairs involving political leaders appears to be a tale as old as time. Another early example of what is thought to be a political caricature is from the middle of the 14th century B.C., when an unknown artist created an unflattering portrayal of Akhenaten, the apostate Egyptian pharaoh (and husband of Nefertiti) (Danjoux 2007).

The Greek comic playwright Aristophanes (446-386 BC), thought by many to be the father of modern comedy, employed buffoonery, biting humor, and sexual innuendo to lampoon public figures. In ancient Rome, the poet Juneval published *The Satires*, a collection of satirical poems criticizing the moral corruption of his contemporaries. Famous authors such as Shakespeare, Chaucer, and Boccaccio employed satire in the service of delivering social commentary and challenging received wisdom (Test 1991; see also Elliot 1960; Feinberg 1967; Highet 1962).

In the 18th century, Voltaire wrote poems mocking the French Regent's family, implying that the Regent had had an incestuous relationship with his daughter. These poems led to him being arrested and jailed at the Bastille for 11 months. In England, Jonathan Swift penned his infamous "Modest Proposal" and *Gulliver's Travels*, poking fun at parliamentary politics and policies. James Gillray drew trenchant caricatures lampooning King George III, George's wife Queen Charlotte, the Prince of Wales (and later King George IV), Napoleon Bonaparte, and others like Whig party politician Charles James Fox and Tory politician William Pitt the Younger. The poet Alexander Pope's sharp-edged *The Dunciad* took aim at political leaders and various social, artistic, and political practices (Test 1991).

In the 19th century, the French artist Honoré Daumier produced caricatures satirizing the French monarchy, including "Gargantua," a caricature of King Louis-Philippe that led Daumier to be sentenced to six months in prison. In the US, prominent satirists like Mark Twain, Ambrose Bierce, and H.L. Mencken plied their trade, taking aim at various politicians, political institutions, norms, and ideas. In addition, "throughout the nineteenth century editorial cartoons, with their simplification of the political world, played a significant role in the appeal of the daily newspaper" (Baumgartner 2008:737).

The 19th century saw population growth and increased literacy rates in the US, creating more of a demand for all printed matter, including political humor. From the supply side, advances in communication and transportation (railroad) technology made it easier and cheaper to produce and distribute mass quantities of such materials. Greater amounts of political humor, in the form of essays, first-person narratives (fictional or otherwise), ditties, and more, began appearing in daily newspapers. Cartoons appeared in newspapers

as well as in newly founded weekly magazines, like Frank Leslie's *Illustrated Newspaper* (1855) and *Harper's Weekly* (1857). The first English-language magazine specifically devoted to humor (generally), *Punch*, appeared in England in 1841, and in 1876, *Puck* burst onto the scene in the US (Baumgartner 2019).

Technological advances in the 20th century ushered in the era of true mass communication, with the invention and widespread adoption of radio and television. By the late 1940s, the "Big Three" television networks, all of which had started as radio networks, had been established (NBC in 1939, CBS in 1941, and ABC in 1948). By 1960, some estimates suggest that 87% of American households had a television (Baumgartner 2019). The age of television had arrived.

During the first years of the television era, those responsible for content (writers, producers, executives) were in many respects feeling their way, trying to discover programming that fit the new medium and would be well received by viewers, and thus able to attract advertising dollars. In some cases, content creators were slow to understand the finer differences between radio and this new visual medium. Indeed, the first talk shows, which aired in the early 1950s, can be thought of as radio programming aired on television. This was a simple product of the fact that most people working in the new medium had backgrounds in radio (Barnouw 1990).

Perhaps naturally, political humor made its way into early television programming. By the 1960s, notable examples included *That Was the Week That Was*, *The Adventures of Rocky and Bullwinkle and Friends*, *The Smothers Brothers* and *Rowan and Martin's Laugh-In*. But it was NBC's introduction of *The Tonight Show* that made the most lasting impact on the televised political humor landscape (Baumgartner 2019).

NBC began airing *The Tonight Show*, hosted by comedian/entertainer Steve Allen, in 1954. In 1957, Jack Paar took over the reins of the show. By the time Johnny Carson began hosting the show in 1962, the show had become a staple of the television landscape (Timberg and Erler 2002). By the late 1960s, it was the destination of choice for late night audiences. To be sure, a few other hosts enjoyed some commercial success with talk shows on late night television throughout Carson's 30-year tenure on NBC. For example, Joey Bishop aired opposite Carson on ABC from 1967 to 1969. ABC followed Bishop with Dick Cavett from 1969 to 1974, and Merv Griffin's talk show aired on CBS from 1969 to 1971 in the same time slot. But in the end, ratings for *The Tonight Show* dominated all of the competition (Timberg and Erler 2002).

One of the legacies Carson left when he retired in 1992 was a model or formula for late night talk shows that others have followed. The "typical" late-night show has elements like a house band that plays for the studio audience during commercials, a few guests, a set with a desk at which the host sits when speaking to guests, a backdrop image featuring a

nighttime urban landscape, and most importantly, an opening segment during which the host delivers a comedic monologue. This monologue, which typically lasts between five and ten minutes, consists of topical humor, or jokes about current events.

The monologue sets the stage, or creates the atmosphere, for the remainder of the show, which is deliberately light-hearted. This was one of the things that set *The Tonight Show* apart from its competitors. For example, while Dick Cavett was a comic, he is remembered as being more of a "thinking man's" talk show host. Merv Griffin's show also tended toward the serious side. It seems as if audiences appreciated a lighter approach to the entire enterprise, and Carson's three-decade tenure is evidence of that.

In fact, virtually all successful late night talk shows, at least since the 1980s, have featured a comic as host. For example, the three main substitute hosts for Carson during the 1980s were comedians Joan Rivers, Jay Leno, and David Letterman. The latter two, of course, went on to host their own shows for better than two decades. Other examples include (in no particular order) Arsenio Hall, Jon Stewart, Stephen Colbert, Jimmy Kimmel, Jimmy Fallon, Seth Meyers, Conan O'Brien, James Cordon, Trevor Noah – the list goes on.

Importantly, because the monologue segments of most successful late night talk shows are built around topical humor, many of the jokes delivered by the hosts of these programs focus on political figures, events, and happenings. In other words, political news invariably finds its way into the jokes told on late night talk shows (Baumgartner, Lichter and Morris 2019). When most people think of mainstream political humor, it is the political humor found on these programs (e.g., shows currently hosted by Jimmy Fallon, Stephen Colbert, Jimmy Kimmel, Seth Meyers, as well as Comedy Central's *The Daily Show*).

### 3.  The Importance of Political Humor to Democratic Societies

The historical record is replete with examples of political humor. What is especially noteworthy in this regard is that while many may associate political humor with democratic political systems, it exists in non-democracies as well. In other words, we can find political humor even when the penalties for criticizing political leaders or the regime itself might be imprisonment, exile, or even death. In many cases, it may exist (or be driven) underground, but the fact that it does exist strongly suggests that engaging in political humor is part of the human condition.

In non-democratic societies, poking fun at rulers or regimes can be, in the words of one political humor scholar, "risky business." Examples of this abound. Josef Müller, a German Catholic priest, told a joke about a dying German soldier who requested that authorities place portraits of Hitler and Goering on either side of him. Why? So that he could, like Christ, die between two thieves. For this, a Nazi court condemned Müller to death. "In 1984, Omar al-Hazza, a top Iraqi officer" under Saddam Hussein, made a joke about the identity of

5

Hussein's mother. (The Iraqi ruler and his four brothers each had different mothers.) For
this, al-Hazza and his sons had their tongues cut out; the male members of his family were
executed in front of him; "his daughters were turned out of their homes"; finally, al-Hazza
himself was executed (Oring 2004:209-20). In short, in spite of the risk, political humor has
existed, and continues to exist, in non-democracies.

Nevertheless, political humor seems to be particularly well suited to democratic politics.
Democracy recognizes that in any given large group setting (i.e., political community), there
will be more than one idea, belief, point of view, etc. Not everyone will agree on everything.
Not only is this recognized, it is assumed, and a democratic system is built to accommodate
this reality. At minimum, democracy means that all citizens should be allowed to express
their views, an imperative that is of course reflected in the First Amendment's protections
for freedom of speech.

Political humor is one form of political expression. Importantly, it has historically
functioned to allow for the expression of challenges to dominant political narratives. It is
often the case that the views expressed by political humorists run counter to established or
mainstream ideas, or those held by people in power or associated with those in power.

However, what distinguishes political humor from most other political messages is that it is,
by definition, a hybrid form of message. Recall that political humor is designed to make
people laugh. Even the most serious and politically-minded political humorist tempers his
or her messages with jokes.

Because they use humor or jokes in delivering their messages, humorists are able to
circulate and re-circulate ideas that may be controversial, outside of the mainstream, or
simply unpopular, and that would not otherwise make it into the public sphere. The
delivery of these ideas in a humorous fashion helps take the edge off, so to speak. Here, for
example, the obviously humorous questioning about whether Donald Trump and Laura
Loomer were sleeping with each other is a more entertaining and lighthearted way of
getting at the more serious political issue of what some perceived to be a disturbingly close
relationship.

In this respect, the political humorist is similar to the court jester of medieval times. Court
jesters were allowed to say things others might not have been allowed to say, precisely
because no one took them altogether seriously (Billington 1984). In a similar way, the
political humorist serves democracy by helping to ensure the airing of the entire spectrum
of opinions, beliefs, and ideas.

One assumption made by classic democratic theorists is that, in a democracy, citizens can
and should actively engage and participate in politics. To oversimplify, a knowledgeable,
active, and engaged citizenry is required if government is to know what the people want.

6

Importantly, empirical research from the past two decades has convincingly demonstrated that regular viewers of political satire programs like *The Daily Show* (or like *Real Time with Bill Maher*) are more likely to be people who are already attentive to and knowledgeable about politics (Young and Tisinger 2006). *Real Time with Bill Maher* viewers, in other words, are more likely than the average light night talk show viewer (and presumably more likely than the average American) to follow the political news of the day.

There is also now a fair bit of empirical evidence that suggests that some forms of political humor contribute to the vitality of democracy by helping individuals become better citizens. In particular, viewership of late night political humor seems to be associated with citizens becoming more informed about politics and public affairs, more engaged in politics and public affairs, and finally, more inclined to actually participate in politics.

To start, research shows that citizens can learn from exposure to political humor. For example, Young and Hoffman's experimental research showed that as the result of exposure to political satire programming, subjects became more knowledgeable about current events (see also Young and Hoffman 2012; LaMarre 2013). Becker (2013) found, perhaps unsurprisingly, that people learned and were more engaged as the result of viewing interviews with political leaders on late night talk shows (see also Parkin 2010).

Political humor on late night talk shows has also been shown to increase political engagement and attentiveness. Studies show that viewership of late night talk shows, in particular late-night political satire, is positively associated with greater attention to news about politics and public affairs (Cao, 2010; Feldman & Young, 2008; see also Feldman, Leiserowitz & Maibach, 2011).

Viewership of political humor on late night talk shows has also been shown to increase internal political efficacy in individuals. Internal political efficacy is how confident an individual is in his or her ability to understand and navigate the political landscape (Neimi, Craig and Mattei 1991). One early experimental study showed that *The Daily Show* raised internal political efficacy among viewers, speculating that this may have been the product of the fact that understanding the humor gave subjects more confidence (Baumgartner and Morris 2006). Other research supports this finding. Viewership of political humor on late night television seems to increase viewers' confidence in their abilities as democratic citizens (Becker 2011, 2014; Hoffman and Young 2011). This is important because research shows that there is a positive relationship between internal political efficacy and political participation among individuals.

Finally, there is a fair bit of evidence to suggest that there is a positive relationship between political humor viewership and various forms of political participation (e.g., attending a political event or joining a political organization; Cao and Brewer 2008), general political

participation, or the inclination to talk politics with others (Young and Esralew 2011; see also Moy, Xenos and Hess 2005). A more recent study, based on a national panel survey dataset, found a positive relationship between viewing some forms of political humor and various measures of political participation (Baumgartner and Lockerbie 2018).

Of course, viewership of political humor on late night talk shows is not a panacea for all that ails democratic governance. However, such shows can help people learn more about politics and public affairs, become more attentive to and engaged in politics, grow in confidence in their abilities as democratic citizens, and become mobilized to participate. Other non-empirical research suggests that political satire can contribute to the democratic project by promoting political engagement and action (Day 2011). In other words, late night political humor does not just appeal to viewers interested in politics, which it certainly does, but also helps create better democratic citizens.

### 4. *Real Time with Bill Maher*

The history of political humor, particularly that which is shown on late-night television, and the relationship between this type of humor and democratic governance, provide critical context for understanding *Real Time with Bill Maher*.

Bill Maher is not a journalist. Like Johnny Carson, Jay Leno, David Letterman, and their progeny, such as Stephen Colbert, Jimmy Kimmel, Jimmy Fallon, Seth Myers, and Trevor Noah, Maher is not a reporter, news anchor, or even primarily a political commentator. He is a humorist. Maher has publicly stated, in interviews, forums, and the like, that he sees himself as a comedian.

His show *Politically Incorrect* began airing on Comedy Central in 1993. In 1996, ABC expressed an interest in the show, hoping to become more competitive in the late-night market. As the result, the show moved to ABC in January of 1997, fairly quickly gaining a loyal fan base and eventually very respectable ratings. *Real Time with Bill Maher* has been running on HBO on Friday nights since 2003. In short, Maher has been a staple of late night television for better than three decades.

In addition to his HBO program, for years Maher regularly traveled the country on what were explicitly billed as comedy tours. He does not shy away from the fact that his "comedy ... has a point," but he is first and foremost "an entertainer," and his show "is an entertainment show" (Maher, quoted in Roffman 2016). Although he claimed in January that he has retired from doing standup comedy (Riccardo 2025), this was a very recent development – so recent, that at the time of this writing (May 2025) his official website (billmaher.com) still features a "Bill Maher Comedy Tour" schedule link. Not only does Maher see himself as a comedian, others do as well. For example, the first line of his Wikipedia entry reads: "William Maher ... is an American comedian" (Bill Maher n.d.).

Beyond how Maher describes and sees himself professionally, the entire setting of his HBO program suggests that he is an entertainer. The program airs at 10:00 p.m. EST on HBO, which is an entertainment service. The set of the program has a look that is similar to those of other late night talk shows (e.g., those hosted by Jimmy Kimmel, Stephen Colbert, and Jimmy Fallon). The host sits at a large wooden desk (in contrast to the metal or glass desks seen in most newscasts) and in front of a background of a twinkling cityscape on a clear night (again, in contrast to most newscasts, which typically display the network's logo, news graphics, maps, or live feeds on the digital screens behind the hosts). There is also a live studio audience, shown at the beginning and end of the episode, unlike a news broadcast. In other words, the set of Maher's program corresponds to what viewers expect of late night talk-comedy programming and distinguishes it from more informative, news-based programming.

Maher opens each show with a comedic monologue, which is followed by sometimes serious, sometimes light-hearted banter with his guests, interspersed with various short comic routines. The studio audience is strongly encouraged to laugh, which in turn encourages viewers at home to laugh as well.

Maher's use of coarse language also is characteristic of comedy and late night talk shows, and conspicuously distinguishes *Real Time with Bill Maher* from news programs. Crude and offensive language has long been used in comedy by figures like Richard Pryor or Chris Rock to enhance punchlines and make jokes land more effectively. As *Saturday Night Live* star Bowen Yang put it when complaining about not being allowed to say curse words on the show, "Shit and fuck are so comedically powerful as words" (Bergeson 2025). The rawness and shock value of swear words also aligns with comedians' tendency to take on controversial topics, confront powerful figures, and break social taboos. The use of obscenities on late-night television began with figures like George Carlin and Lenny Bruce, and is now commonplace in contemporary late-night comedy television.

Importantly, because *Real Time* is not on broadcast television, it is not governed by FCC regulations regarding "obscene, indecent and profane" language (Federal Communications Commission. n.d. ). Maher and his guests can, for example, use the "seven dirty words" famously identified by Carlin in 1972 (Sullivan 2010). HBO may be especially free to include expletives because, as a subscription-based service, it does not face the same concerns about "offend[ing] advertisers" as regular cable TV (Martin 2021).

For these and other reasons, audience members and television viewers know that the sender or source of the messages they are receiving from *Real Time* is a comic. Everything about the context of the show signals to the studio audience and viewers at home that when they watch Maher, they should primarily expect jokes, not breaking news about public affairs, hard-hitting political investigations, or the like.

9

This is easily seen by looking at a few examples. For example, did anyone watching Maher really think he believes that Vice President J. D. Vance's visit to the late Pope Francis caused the pontiff's death when he joked, "[The Pope] was 88-years-old, had just finished a 38-day stay in the hospital, got a lung infection and pneumonia, met JD for half an hour and keeled right over"? Was anyone taking Maher seriously when he cracked that the newly elected Pope Leo's first prayer was "keep JD Vance the hell away from me," in response to news that his predecessor died shortly after meeting the Vice President (Lincoln 2025)? Did audiences believe that, as Maher joked, "Pope Francis was the first pope from South America. So he will rest in repose for eight days at the Vatican and then ICE will come by and ship him to El Salvador" (DeFrank 2025)? The answer in each case is obviously no.

In the same way, no one watching *Real Time* would have had any reason to believe that Maher might have been privy to information about the relationship between Trump and Loomer beyond what the average citizen, and certainly the average viewer of *Real Time*, who is attentive to politics, might have gleaned simply by following news headlines or stories. The fact that Loomer was travelling with Trump was widely reported in the news. Maher himself noted this during the September 13, 2024 episode, saying "he's with her everywhere now." The audience understands he is making jokes about recent news, not acting as a purveyor of facts. That is confirmed not only by the roars of audience laughter throughout the set-up of the joke and after the punchline, but also by the commentary of guests. Kristin Soltis Anderson responded to Maher's joke about Loomer by saying, "I don't know what he's [i.e., Trump] doing behind the scenes." Nothing about the presentation of the joke suggested that Maher or HBO was relaying factual information to viewers.

### 5. Laura Loomer and the Subjects of Political Humor

There is a barrage of jokes on late night talk shows delivered by Jimmy Fallon, Jimmy Kimmel, Stephen Colbert, Seth Meyers, John Oliver, the hosts of *The Daily Show*, Bill Maher, and more. And while the targets of these jokes vary from night to night – such is the nature of topical humor – it is often the case that certain people are lampooned simply by virtue of being involved in a particular scandal, controversy, or other newsworthy event. Ms. Loomer is no exception to this rule. In fact, compared to many others, she got off fairly lightly. To put this situation in some perspective, we might look at some of the other targets of late night comics.

One authoritative source, the Center for Media and Public Affairs affiliated with George Mason University, tracked all of the jokes told by late night talk show hosts from 1992 to 2011. I reviewed the database in its entirety in connection with the 2014 book I co-authored, *Politics Is a Joke! How TV Comedians Are Remaking Political Life* (Lichter, Baumgartner and Morris 2014). It contains over 102,000 jokes, the vast majority (76%) of

which came from *The Tonight Show* (hosts Johnny Carson, Jay Leno, and Conan O'Brien), *The Late Show with David Letterman*, and *Late Night with Conan O'Brien*.

According to this database, there were a total of 645 jokes told by late night talk show hosts in 1998 and 1999 targeting Monica Lewinsky. This figure is actually conservative, as the database tracks only those jokes in which she was the sole target. Lewinsky is not the only example. The data shows that from 1995 through 1997, 867 jokes told by late night talk show hosts were targeted at OJ Simpson. Michael Jackson was the target of 439 jokes in 2005 and Paris Hilton 256 jokes in 2007. And what of politicians? Here, the numbers can be staggering. For example, in 1998 alone, Bill Clinton was targeted in a total of 1,717 jokes—again, measuring only those jokes in which he was the *sole* target (Lichter, Baumgartner and Morris 2014:49).

This leads to another interesting point about this particular case. There is a long history of political sex scandals being featured in the news and subsequently becoming the subject of political humor. Perhaps the classic historical example was in 1884. In that year, the Democrats nominated Grover Cleveland to be their presidential candidate at their national convention in July. Less than two weeks later, the *Buffalo Evening Telegraph* ran an exposé titled "A Terrible Tale: A Dark Chapter in a Public Man's History." The account told of how Cleveland had fathered an illegitimate child with Maria Halpin 10 years earlier. While Cleveland had supported the child, he had gone to some lengths to keep Halpin quiet, including having her committed to an insane asylum. The scandal was memorialized in one of the more iconic political cartoons in history (see below), published on the cover of Judge (Sept. 27, 1884). That fall, supporters of James Blaine, Cleveland's Republican opponent, gleefully jeered, "Ma, ma, where's my pa?" (Furgurson 2016; Serratore 2013).

**"Another Voice for Cleveland," by Frank Beard**



Political sex scandals seem almost tailor-made for the modern television era, and especially for humorists. The salacious nature of extra-marital affairs involving high-profile politicians are perfect grist for a sensationalist news media. And because late night humor is topical humor, political sex scandals quite naturally make it into the routines of late night comics. For example, before Trump hit the political stage, Bill Clinton's womanizing was popular fodder for comedians. Conan O'Brien jokingly put words in the mouths of Bill and Hillary Clinton when he quipped:

- "In an interview, she said that she and her husband were dead broke when they left the White House. Hillary said things were so bad, the two of them needed to share a bedroom." (Kurtzman 2019)

- "Hillary Clinton says if she is elected president, she will use Bill Clinton as an ambassador because 'she can't think of a better cheerleader for America.' To which Bill Clinton said, 'I can think of 20 and I have their phone numbers.'" (Kurtzman 2019)

Nor is it unusual for comedians and late-night hosts to joke about affairs that may not have taken place. For example, in 1987, rumors began circulating of an affair between Gary Hart, the front-runner for the 1988 Democratic presidential nomination, and a woman named Donna Rice. Hart emphatically denied that they had an affair, but Johnny Carson made a number of jokes implying it was true. For example, he joked that he was glad "we took sex out of the pulpit and put it in politics where it belongs" and urged his audience to "leave by the front entrance—because I don't want anyone to say we've spent the night together" (Finke 1987). He also joked: "You're running for the highest office in the land. You're going to take a trip to Bimini with a couple of ladies and you're going to go down to charter a boat. Now of all the boat names out there, like Mother or Mother Teresa, you hire a boat called Monkey Business? That's not a good thing" (DailyMotion.com n.d.).

Indeed, Mr. Maher himself has been the subject of jokey speculation about an affair. Nikki Glaser, a popular stand-up comedian who hosted the 2025 Golden Globes, once joked about Ann Coulter that she's "been called things like a racist, anti-Semitic, homophobic, a white supremacist – and that's just while getting plowed by Bill Maher" (Perry 2025).

In short, people expect news and the political scandals of the day to be fodder for jokes told by the hosts of late night talk shows. This is what late-night talk-show hosts do. Virtually their entire comedic routine is based on topical jokes about public figures. And there seems to be an almost natural attraction on the part of comics to sex jokes, especially involving politicians. Importantly, this attraction does not seem to be the result of people's inherent interest in the person (or persons) involved with the politician in question. The attraction is the result of interest in the politician. So too, in Bill Maher's joke about Donald Trump and Laura Loomer, Trump was at least as much the target of the joke as was Loomer. Indeed, the

only reason anyone was talking about Laura Loomer was because of her perceived closeness to then-candidate Trump.

But we can go further here. Not only did Maher make a joke about Loomer's association with candidate Trump, other late night talk show hosts did as well:

- Sept. 12, 2024: "Donald Trump has been flying around the country with far-right internet troll Laura Loomer, a 9/11 conspiracy theorist who Trump brought to a 9/11 ceremony yesterday. A 9/11 truther at a 9/11 ceremony. Is that like an atheist going to Easter mass? 'Well, I don't believe in any of this, but as long as you guys are having fun'" (Jordan Keppler; quoted in Perkins 2024a).

- Sept. 12, 2024: "If you want an idea of just how extreme Loomer is, Marjorie Taylor Greene is calling her out for being racist. And not even in a 'stop stealing my bit' kind of way" (Jordan Keppler; quoted in Perkins 2024a).

- Sept. 12, 2024: "Somehow this Laura Loomer, she's traveling all over the country with Trump on his plane," Kimmel said. "Not only has she been pushing the cat and dog eating lie , today she said 'Haitian immigrants aren't just eating cats and dogs, they eat humans'" (Jimmy Kimmel, quoted in Boyle 2024).

- Sept. 12, 2024: "Do you know what a vomit you have to be to get called out by Marjorie Taylor Greene?" (Jimmy Kimmel, quoted in Boyle 2024).

- Sept. 12, 2024: "right-wing loony Laura Loomer" (Jimmy Kimmel, quoted in Boyle 2024).

- Sept. 18, 2024: [On Trump bringing far-right conspiracy kook and 9/11 "truther" Laura Loomer to a 9/11 memorial at Ground Zero] "That's like brining someone who thinks the moon landing was faked to Cape Canaveral" (Seth Meyers, quoted in Perkins 2024b).

- Sept. 19, 2024: [Kimmel references Loomer as] "Air Force Fun Bunny... [his] rumored far-right paramour" (Jimmy Kimmel, quoted in Guardian Staff 2024).

- April 8, 2025: "After meeting last week with conspiracy theorist Laura Loomer, President Trump reportedly fired three National Security Council officials... because they can't be very good at security if this lunatic got that close to the president" (Seth Meyers, quoted in Perkins 2025).

Others made similar innuendos and other jokes about Loomer during her week of infamy. Simply put, she was newsworthy, and as such, "jokeworthy." It is almost inconceivable that Bill Maher's jokes in themselves could have had any effect whatsoever on her public image.

## 6. Conclusion

In my opinion, punishing HBO or Maher for what was undeniably a joke would have a chilling effect on comedy, in general, and on late night comedy in particular.

By its very nature, satire both entertains and offends. In fact, most scholars suggest that the offensive nature of satire is part of what distinguishes it from other forms of rhetoric (Phiddian 2013). Bill Maher, by doing his job, will invariably offend some people. Of course, what some people find offensive, others find innocuous, and vice versa.

So too with humor. It is well understood that humor appreciation, like the appreciation of any kind of artistic endeavor, is subjective. Because of this, one of the foremost authorities on the subject of humor defines it as anything that is *intended* to make people laugh (Morreall 2009). In other words, something is humorous if I intended to make people laugh when I said it, regardless of whether it is found to be either funny or "groan-worthy."

The idea that something is humorous if the speaker is trying to make us laugh leads to a critical point: Most of us understand, at least most of the time, when someone is trying to be funny. This is certainly the case when we are watching or listening to a comic. And while this sounds obvious, it is significant in this case: Anyone watching the September 13, 2024 episode of *Real Time* would have understood that Bill Maher was making a joke about Ms. Loomer, not trying to break news about the President or to make a deeper personal point about her character.

Policing what is offensive and what is funny in a court of law would have a chilling effect on the comedy of late night talk shows and may well drive other types of humor (e.g., that targeted at various public figures) underground, as it is in non-democratic societies. That would obviously make the world less funny. But given the importance of satire in the country's democratic development and its contribution to democratic citizenship, it would also have a negative impact on US democracy itself.

14

Jody Baumgartner, Ph.D.

Dated: May 30, 2025

15

# APPENDIX A: CURRICULUM VITAE

**Dr. Jody C Baumgartner**
**Thomas Harriot College of Arts & Sciences Distinguished Professor**
**Dept. Political Science, East Carolina University**
**Greenville NC 27858**
*p*: **252.328.2843 (office)**
*e*: **baumgartnerjo [at] ecu.edu**

**EDUCATION**
Ph.D.: Miami University, 1998, Political Science. Areas of concentration, American and comparative politics; dissertation title, *Comparative Presidential Selection: An Organizational Approach* (Dr. Ryan J. Barilleaux, committee chair)
- M.A.: Miami University, 1995, Political Science
- B.A.: University of Maine at Farmington, 1994, International Studies: Political Science and Russian Language

**ACADEMIC APPOINTMENTS**
- 2017-present: Thomas Harriot College of Arts & Sciences Distinguished Professor, East Carolina University
- 2014-17: Professor, East Carolina University
- 2009-14: Associate Professor, East Carolina University
- 2006-09: Assistant Professor, East Carolina University
- 2003-06: Visiting Assistant Professor, East Carolina University
- 2002-03: Adjunct Instructor, Florida Metropolitan University (Fall); Adjunct Instructor, University of Tampa (Spring); Adjunct Instructor, St. Petersburg College (Fall); Visiting Assistant Professor, Miami University (Spring); Visiting Instructor, American University Armenia (Summer)
- 1999-2001: Instructor, International College of Beijing
- 1998-99: Adjunct Instructor, St. Petersburg College
- 1994-98: Teaching Assistant, Teaching Fellow, Miami University

**PUBLICATIONS: BOOKS**
2024. *Modern Political Caricatures: "I Can See Russia from My House* (Palgrave MacMillan).

2019. *Conventional Wisdom and American Elections: Exploding Myths, Exploring Misconceptions*. Fourth Edition. Lanham, MD: Rowman & Littlefield (with Peter L. Francia).

2015. *The Vice Presidency: From the Shadow to the Spotlight*. Lanham, MD: Rowman & Littlefield.

2014. *Politics Is a Joke!: How TV Comedians Are Remaking Political Life*. Boulder, CO: Westview (with S. Robert Lichter and Jonathan Morris).

2006. *The American Vice Presidency Reconsidered*. Westport, CT: Praeger.

2000. *Modern Presidential Electioneering: An Organizational and Comparative Approach*. Westport, CT: Praeger.

**PUBLICATIONS: EDITED BOOKS**

2023. *Political Marketing and the Election of 2020*, Routledge (with Bruce Newman, eds.)

2022. *The Internet and the 2020 Presidential Campaign,* Lexington (with Terri Towner, eds.).

2019. *American Political Humor: Masters of Satire and Their Impact on U.S. Policy and Culture* (2 Volume Encyclopedia). ABC-CLIO (11 substantive chapters contributed).

2018. *Political Humor in a Changing Media Landscape: A New Generation of Research*. Lexington (with Amy B. Becker, eds.).

2017. *The Internet and the 2016 Presidential Campaign*, Lexington (with Terri Towner, eds.).

2008. *Laughing Matters: Humor and American Politics in the Media Age*. New York: Routledge (edited with Jonathan S. Morris).

2003. *Checking Executive Power: Presidential Impeachment in Comparative Perspective*. Westport, CT: Praeger (edited with Naoko Kada).

**PUBLICATIONS: JOURNAL ARTICLES**

2024. "The Rise and Fall of Political Comedy on Late-Night TV," *The Communication Review*. 27(3): 242-55.

2024. "A New Age of Political Humor." Introductory essay for special issues of *The Communication Review*.

2023. "Public Support for Vice Presidential Reform," *Presidential Studies Quarterly*. 53(1): 19-28.

2022. "The Complex Reality of Vice Presidential Selection in the Modern Era," *Presidential Studies Quarterly* (with Baekwan Park). 52(3): 671-91.

2022. "Critic or Cheerleader? Editorial Cartoons during the 2020 Coronavirus Pandemic," *Newspaper Research Journal* 43(4): 448-66 (with Hanna Kassab).

2022. "Introduction: Political Marketing and the 2020 Election," *Journal of Political Marketing*. 21:3-4, 219-220

17

2021. "Is It Funny if No One is Watching? Public Response to Late Night Political Satire." *Comedy Studies*. 12(1): 15-28.

2019. "Research Note: Negative News and Late-Night Comedy about Presidential Candidates," *Humor* . 32: 605-17 (with S. Robert Lichter and Jonathan Morris).

2018. "Maybe it *is* More than a Joke: Satire, Mobilization and Political Participation." *Social Science Quarterly*. 99(3): 1060-74 (with Brad Lockerbie).

2018. "Did the "Road to the White House Run Through" Letterman? Chris Christie, Letterman, and Other-Disparaging Versus Self-Deprecating Humor." *Journal of Political Marketing*. 17(3): 282-300 (with Jonathan S. Morris and Jeffrey Michael Coleman).

2017. "Under the Radar: Public Support for Vice Presidents." *Presidential Studies Quarterly*. 47: 777–88.

2017. "The Vice Presidency in the 21st Century." *Pepperdine Law Review*. 44: 561-81.

2016. "Rejecting More of the Same? The 2016 Veepstakes." *PS: Politics and Political Science*. 49: 775-81.

2014. ""The "Crossfire Approach": Attracting Political Science Majors in Large Lecture Sections of Introductory Courses." *PS: Politics and Political Science*. 48: 612-16 (with Jonathan S. Morris).

2014. "'It's Just a Joke!'... Or is it? The Promise and Pitfalls of Political Humor in an Age of Polarized Politics." *Extensions*. Winter, 2014 (with Jonathan S. Morris).

2013. "Internet Political Ads in 2012: Can Humor Mitigate Unintended Effects of Negative Campaigning?" *Social Science Computer Review*, 31(5): 601-613.

2013. "No Laughing Matter? Young Adults and the 'Spillover Effect' of Candidate-centered Political Humor." *HUMOR: International Journal of Humor Research*. 26(1): 23-43.

2012. "The Post-Palin Calculus: The 2012 Republican Veepstakes." *PS: Politics and Political Science*. 45(4): 605-09.

2012. "Vice Presidential Selection in the Convention Era: Experience or Electoral Advantage?" *Congress and the Presidency*. 39:297-315.

2012. "Research Note: The 2008 Presidential Primaries and Differential Effects of 'The Daily Show' and 'The Colbert Report' on Young Adults." *Midsouth Political Science Review*. 12: 87-102 (with Jonathan S. Morris).

2012. "The Fey Effect: Young Adults, Political Humor, and Perceptions of Sarah Palin in the 2008 Presidential Election Campaign." *Public Opinion Quarterly*. 76: 95-104 (with Jonathan S. Morris and Natasha L. Walth).

2010. "MyFaceTube Politics: Social Networking Websites and Political Engagement of Young Adults." *Social Science Computer Review*. 28: 24-44 (with Jonathan S. Morris).

2009. "Back to Blue? Shifting Tides of Red and Blue and The Dole-Hagan Senate Race in North Carolina." *American Review of Politics*. 30: 213-28 (with Peter L. Francia, Brad Lockerbie, and Jonathan S. Morris).

2009. "Constitutional Design of the Executive: Vice Presidencies in Comparative Perspective." *Congress and the Presidency*. 36:148-63 (with Rhonda Evans Case).

2008. "Scoundrel or Über-Lieutenant? The Vice Presidency of Dick Cheney." *American Review of Politics*. 29: 235-52.

2008. "One 'Nation' Under Stephen? The Effects of The Colbert Report on American Youth." *Journal of Broadcasting and Electronic Media*. 52: 622-43 (with Jonathan S. Morris).

2008. "Is it Really Red Versus Blue? Politics, Religion, and the Culture War Within," *American Review of Politics*. 29: 1-18 (with Peter L. Francia, Jonathan S. Morris, and Carmine Scavo).

2008. "Editorial Cartoons 2.0: The Effects of Digital Political Satire on Presidential Candidate Evaluations." *Presidential Studies Quarterly*. 38: 735-58.

2008. "The Veepstakes: Forecasting Vice Presidential Selection in 2008." *PS: Politics and Political Science*. 41 (October): 765-72.

2008. "Jon Stewart Comes to Class: The Learning Effects of America (The Book) in Introduction to American Government Courses," *Journal of Political Science Education* 4: 169-186 (with Jonathan S. Morris).

2008. "A Clash of Civilizations? Evangelical Christian Opinion on U.S. Foreign Policy," *Political Research Quarterly* 61: 161-79 (with Peter L. Francia, and Jonathan S. Morris).

2007. "Hard and Soft New Media Effects on Presidential Candidate Name Recall: A Case Study." *Journal of Political Science* 35: 1-29 (with Jonathan S. Morris).

2007. "Humor on the Next Frontier: Online Political Humor and Its Effects on Youth." *Social Science Computer Review* 29:319-38.

2006. "The Second-best Choice? Vice-presidential Candidate Qualifications in the Traditional and Modern Eras." *White House Studies* 6:179-95.

2006. "Victim or Victor of the Culture War? How Cultural Issues Affect Support for George W. Bush in Rural America." *American Review of Politics*, 26:349-367 (with Peter L. Francia).

2006. "The 'Daily Show Effect': Candidate Evaluations, Efficacy, and the American Youth." *American Politics Research*, 34:341-67 (with Jonathan S. Morris).

2004. "Victims or Rogues: The Impeachment of Presidents Bill Clinton and Boris Yeltsin in Comparative Perspective." *White House Studies*, 4:281-299 (with Ryan Barilleaux).

2001. "Pardon Power: A Comparative Examination of the United States and Russia." *Politics and Policy*, 29:209-237 (with Mark H. Morris).

**PUBLICATIONS: BOOK CHAPTERS**

2024. "Political Humor," in *De Gruyter Handbook of Humor Studies,* eds., Thomas Ford, Władysław Chłopicki, and Giselinde Kuipers (DeGruter).

2023. "Introduction," and, "Afterward: Political Marketing, the 2022 Midterms and Future Campaigns" (with Bruce Newman), in Jody Baumgartner and Bruce Newman, eds., *Political Marketing and the Election of 2020*. Routledge.

2022. "Political Humor and Its Effects," in Sandy Maisel, ed., *Oxford Bibliographies in Political Science.* Oxford University Press.

2022. "The Management Of Political Campaigns," in Bruce I. Newman and Todd P. Newman, eds., *A Research Agenda for Political Marketing*. Cheltenham, UK: Edward Elgar.

2022. "Introduction," in Jody C Baumgartner and Terri Towner, eds., *The Internet and the 2020 Presidential Campaign,* Lexington (with Terri Towner, eds.).

2021. "Political Humor," in Thomas Ford and Madelijn Strick, eds., *The Social Psychology of Humor*. Routledge (pp. 20-38).

2018. "Political Humor and its Effects: A Review Essay," in Jacqueline Benavides, ed., *Humor y Política: Una Perspectiva Transcultural*. Bogotá: Ediciones Universidad Cooperativa de Colombia. Pp. 3-39.

2018. "Introduction: Still Good for a Laugh? Political Humor in a Changing Media Landscape," in Jody C Baumgartner & Amy B. Becker, eds., *Political Humor in a Changing Media Landscape: A New Generation of Research*, Lexington.

2018. "The Limits of Attitude Change: Political Humor during the 2016 Campaign," in Jody C Baumgartner & Amy B. Becker, eds., *Political Humor in a Changing Media Landscape: A New Generation of Research*, Lexington.

2018. "Conclusion: Looking Ahead to the Future: Why Laughing Will Matter Even More in the Decade to Come," in Jody C Baumgartner & Amy B. Becker, eds., *Laughing (Still) Matters: The Next Generation of Political Humor Research*, Lexington (with Amy B. Becker).

2017. "Late Night Talk Moves Online: Political Humor, YouTube, and the 2016 Presidential Election," in Jody C Baumgartner & Terri Towner, eds. *The Internet and the 2016 Presidential Campaign*, Lexington (pp. 245-63).

2016. "The Anatomy of a Presidential Election Campaign," in Randal W. Summers, ed., *Social Psychology: How Other People Influence Our Thoughts and Actions* (Greenwood/Praeger, with Peter L. Francia).

2015. "The Serious Business of Late-Night Political Humor: Foreign Policy Issue Salience in the 2014 Mid-Term Elections," in John Allen Hendricks and Dan Schill, eds., *Communication and Mid-Term Elections: Media, Message, and Mobilization* (Palgrave, with Jonathan S. Morris).

2014. "Of Networks and Knowledge: Young Adults and the 2012 Republican Presidential Nomination Campaign," in John Allen Hendricks and Stephen F. Austin, eds., *Presidential Campaigning and Social Media: New Strategies*. Oxford University (with David S. Morris and Jonathan S. Morris).

2011. "Stoned Slackers or Super-citizens? "Daily Show" Viewing and Political Engagement of Young Adults," in Amarnath Amarasingam, ed., *The Stewart / Colbert Effect: Essays on the Real Impacts of Fake News.* Jefferson NC: McFarland & Co. (with Jonathan S. Morris).

2010. "Comparative Presidential Selection: A Cautionary Tale," in Gary Bugh, ed., *Electoral College Reform: Challenges and Possibilities.* Aldershot, UK: Ashgate (with Rhonda Evans Case).

2010. "Internet Use and Political Participation of American Youth: The Campaign of 2008," in Christopher G. Reddick, ed., *Citizens and E-Government: Evaluating Policy and Management.* Hershey, PA: IGI Global.

2010. "Who Wants to Be My Friend? Youth, Myspace, and Facebook in the 2008 Campaign," in John Allen Hendricks and Robert E. Denton, Jr., eds., *Communicator-in-Chief: A Look at How Barack Obama used New Media Technology to Win the White House.* Lanham, MD: Lexington Books (with Jonathan S. Morris).

2010. "Good Defense, Better Offense: The Dole-Hagan Senate Race in North Carolina," in Randall Adkins and David Dulio, eds., *Cases in Congressional Campaigns: Incumbents Playing Defense in 2008*. New York: Routledge (with Peter L. Francia, Brad Lockerbie, and Jonathan S. Morris).

2008. "The Internet in Election Campaigns in the United States," in Andrew Chadwick and Philip N. Howard, eds., *Handbook for Internet Politics* (New York: Routledge (with Richard Davis, Peter L. Francia, and Jonathan S. Morris).

2007. "American Youth and the Effects of Online Political Humor," in Jonathan S. Morris and Jody Baumgartner, eds., *Laughing Matters: Humor and American Politics in the Media Age*. New York: Routledge.

2007. "Preface: The "Truthiness" of American Politics," in Jonathan S. Morris and Jody Baumgartner, eds., *Laughing Matters: Humor and American Politics in the Media Age*. New York: Routeledge (with Jonathan S. Morris).

2007. "'The Daily Show' and Attitudes Toward the News Media," in Jonathan S. Morris and Jody Baumgartner, eds., *Laughing Matters: Humor and American Politics in the Media Age*. New York: Routledge (with Jonathan S. Morris).

2007. "World Wide Web Site Design and Use in Public Management," in G. David Garson, ed. *Modern Public Information Technology Systems: Issues and Challenges*. 3rd Ed. Hershey, PA: Idea Group Publishing (with Carmine Scavo).

2003. "Introduction: Comparative Presidential Impeachment," in Jody Baumgartner and Naoko Kada, eds., *Checking Executive Power: Presidential Impeachment in Comparative Perspective*. Westport, CT: Praeger.

2003. "Impeachment, Russian Style (1998-99)," in Jody Baumgartner and Naoko Kada, eds., *Checking Executive Power: Presidential Impeachment in Comparative Perspective*. Westport, CT: Praeger.

1998. "Electing Presidents and Other Potentates," in Ryan J. Barilleaux, ed., *Presidential Frontiers: Underexplored Issues in White House Politics*. Westport, CT: Praeger.

**PUBLICATIONS: FORTHCOMING**
"The Empirical Effects of Viewing Right-leaning Political Humor: A Modest First Step." *Comedy Studies*.

"VPs "Don't Get No Respect": Late Night Television & Vice Presidential Caricatures," in Karine Prémont and Christopher J. Devine, eds., *Second In Command: Reevaluating The Role Of Vice Presidents And Running Mates In Modern American Politics*.

"Political Humor and Its Effects," in Alessandro Nai, ed., *Encyclopedia of Political Communication*.

"Of Red Waves, Election Deniers, Candidate Quality and Other Issues: Political Cartoons During the 2022 Midterm Elections," in John Hendricks and Dan Schill, eds., *Media Messages in the 2022 Midterm Election: Division, Deniers, Dobbs, and the Donald*. Routledge.

**PUBLICATIONS: EDITOR, SPECIAL JOURNAL ISSUES**

2013. Guest Editor, *Social Science Computer Review* special issue: "Symposium—The Internet and Campaign 2012: Developments & Trends"

2018. Guest Editor, *Social Science Computer Review* special issue: "The Internet and the 2016 Campaign."

2022. Guest Editor, *Political Marketing* special issue: "Political Marketing and the Election of 2020"

2024. Guest Editor, *The Communication Review* special issue: "A New Age of Political Humor"

**PUBLICATIONS: OTHER**

2021. Review of Irony and Outrage: The Polarized Landscape of Rage, Fear, and Laughter in the United States, by Dannagal Goldthwaite Young (New York: Oxford University Press, 2020), in *Journalism and Mass Communication Quarterly*. 98(1): 317-19.

2016. Review of *The White House Vice Presidency: The Path to Significance, Mondale to Biden*, by Joel K. Goldstein (Lawrence, KS: University Press of Kansas, 2016), in *Congress & The Presidency*.

2013. Review of *Vice Presidents, Presidential Elections, and the Media: Second Fiddles in the Spotlight*, by Stacy G. Ulbig (Boulder, Lynne Reinner, 2013), in *Political Science Quarterly*, 129(2): 371-2.

2013. "The Internet and Campaign 2012: Developments and Trends." *Social Science Computer Review*, 31(3): 525-26 (special issue introduction).

2009. Review of *The Presidential Pardon Power,* by Jeffrey Crouch (Lawrence, University Kansas, 2009), in *Political Science Quarterly*, 125(2): 325-6.

2007. "Humor in Politics," in Lynda Lee Kaid and Christina Holtz-Bacha, eds., *Encyclopedia of Political Communication*. Sage.

2007. Review of *Presidential Leadership: From Woodrow Wilson to Harry S. Truman*, by Robert H. Ferrell (Columbia, MO: University of Missouri, 2006), in *The Historian*, 69(2): 325-6.

2006. "Primary," in Larry J. Sabato and Howard R. Ernst, eds., *Encyclopedia of American Parties and Elections*. Facts on File.

2006. "Caucus," in Larry J. Sabato and Howard R. Ernst, eds., *Encyclopedia of American Parties and Elections.* Facts on File.

2004. Review of Mark Walker, *The Strategic Use of Referendums: Power, Legitimacy, and Democracy* (New York: Palgrave, 2003), in *Political Science Quarterly*, 119(4): 694-5.

2002. *Party Politics in Armenia: A Primer.* Occasional Paper, Center for Policy Analysis, American University of Armenia.

2002. Review of Anthony Mughan, *Media and the Presidentialization of Parliamentary Elections* (Houndmills UK, Palgrave, 2000), in *Party Politics*, 8(5): 621-2.

2002. Review of Robert Moser, *Unexpected Outcomes: Electoral Systems, Political Parties, and Representation in Russia* (Pittsburgh, University of Pittsburgh, 2001), in the *Canadian Journal of Political Science*, 35(3): 660-1.

2000. "Hunker Democrats (1848)," in Ronald Hayduk, Immanuel Ness, and James Ciment, eds., *Encyclopedia of American Third Parties.* M.E. Sharpe.

*(List of Professional Papers & Conference Presentations Available on Request)*

## SERVICE & PROFESSIONAL RECOGNITION (SELECTED)

Numerous interviews in local and national outlets regarding the vice presidency and humor and politics. Includes several dozen interviews regarding the 2006 "Daily Show Effect" with, or prominent mentions, in various outlets (e.g., *The Washington Post*, *The Toronto Star*, *The Los Angeles Times*, AP and UPI wire services, MSNBC, Fox News, NPR, and more).

North American Editor, *Journal of Political Marketing* (2017-19)

2017 University Scholar, East Carolina University

Invited Lecture: On political humor, to Dr. Thomas Ford's (Western Carolina University) psychology class on Nov. 9, 2020.

Keynote Speaker: 2018, Oakland University, Political Humor and Civic Engagement.

Invited Speaker: 2016 Pepperdine Law Review Symposium: The United States Vice Presidency in the Twenty-First Century

Invited Speaker: 2016 Templeton Colloquium on Laughter and Humor, Notre Dame University.

Invited Expert: Dinner and discussion with Vice President Joe Biden, June, 2009, and February, 2011, at vice presidential residence.

Invited Lecture: Baylor University, September, 2009. "Presidential Selection in the U.S. & France" (Constitution Day).

Guest Speaker and analyst at various local (Greenville NC) venues, including Local Close Up, Barnes & Noble Books, *East* magazine, WNCT Television, League of Women Voters

Best Paper Award, North Carolina Political Science Association (3)
- "Naming Names" (2004, with Jonathan Morris)
- "Red State-Blue State Redux: A Re-Examination of Rural, Suburban, and Urban Divisions in Presidential Politics" (2005, with Peter L. Francia)
- "Victim or Victor of the Culture War? How Cultural Issues Affect Support for George W. Bush in Rural America" (2006, with Peter L. Francia)

Selected Google Scholar Citation Counts (April 2025)
- "The Daily Show Effect" (2006): 833
- "MyFaceTube Politics" (2010): 785
- "A Clash of Civilizations?" (2008): 236
- "One "Nation," under Stephen?" (2008): 248
- "The Fey Effect" (2012): 148

## APPENDIX B: LIST OF MATERIALS RELIED UPON

Barnouw, Eric. 1990. *Tube of Plenty: The Evolution of American Television*. New York: Oxford University Press

Baumgartner, Jody C. 2008. "Editorial Cartoons 2.0: The Effects of Digital Political Satire on Presidential Candidate Evaluations." *Presidential Studies Quarterly*. 38: 735-58.

Baumgartner, Jody C. 2019. *American Political Humor: Masters of Satire and Their Impact on U.S. Policy and Culture* (2 Volume Encyclopedia). Santa Barbara CA: ABC-CLIO.

Baumgartner, Jody C. 2024. "Political Humor," in *De Gruyter Handbook of Humor Studies*, eds., Thomas Ford, Władysław Chłopicki, and Giselinde Kuipers (DeGruter).

Baumgartner, Jody C, Lichter, S. Robert and Jonathan S. Morris. 2019. "Research Note: Negative News and Late-Night Comedy about Presidential Candidates," *Humor* . 32: 605-17.

Baumgartner, Jody C and Brad Lockerbie. 2018. "Maybe It *Is* More than a Joke: Satire, Mobilization and Political Participation." *Social Science Quarterly* 99(3): 1060-74.

Baumgartner, Jody C and Jonathan S. Morris. 2006. ""The Daily Show Effect": Candidate Evaluations, Efficacy, and American Youth. *American Politics Research* 34(3), 341-367.

Becker, Amy B. 2011. "Political Humor as Democratic Relief? The Effects of Exposure to Comedy and Straight News on Trust and Efficacy." *Atlantic Journal of Communication* 19: 235-250.

Becker, Amy B. 2013. "What About Those Interviews? The Impact of Exposure to Political Comedy and Cable News on Factual Recall and Anticipated Political Expression." *International Journal of Public Research* 25(3): 344-56.

Becker, Amy B. 2014. "Playing With Politics: Online Political Parody, Affinity for Political Humor, Anxiety Reduction, and Implications for Political Efficacy." *Mass Communication and Society* 17: 424-45.

Bergeson, Samantha. 2025. "Bowen Yang Says More Profanity Would make 'SNL' Better: 'Let Us Say S**t and F**k.'" *IndieWire*. Apr. 26, 2025. Available at https://tinyurl.com/ycy5r898/.

Bill Maher. n.d. Wikipedia. Available at https://tinyurl.com/4dvcpb7k.

Billington, Sandra. 1984. *A Social History of the Fool*. The Harvester Press.

Bohlen, Celestine. 2001. "Think Tank: In New War On Terrorism, Words Are Weapons, Too." *The New York Times*. Sept. 21, 2001. Available at https://tinyurl.com/3enfexav.

Boyle, Michael. 2024. "Jimmy Kimmel Takes on Trump's 'Vile and Racist' Melania Stand-In." *Daily Beast*. Sept. 13, 2024. Available at https://tinyurl.com/ymwur3su.

Cao, Xiaoxia. 2010. "Hearing it From Jon Stewart: The Impact of the Daily Show on Public Attentiveness to Politics." *International Journal of Public Opinion Research* 22:26-46.

Cao, Xiaoxia, and Paul R. Brewer. 2008. "Political Comedy Shows and Public Participation in Politics." *International Journal of Public Opinion Research* 20:90-99.

Danjoux, Ilan. 2007. "Reconsidering the Decline of the Editorial Cartoon." *PS: Political Science and Politics*. 40: 245-248.

Day, Amber. 2011. *Satire and Dissent: Interventions in Contemporary Political Debate*. Bloomington, IN: Indiana University Press.

DeFrank, Daren. 2025. "Bill Maher Jokes Pope Francis Survived a 38-Day Hospital Stay Only to Be 'Keeled Right Over' by JD Vance." The Wrap. April 25, 2025. Available at https://tinyurl.com/4s9ah8fe.

Elliot, Robert C. 1960. *The Power of Satire: Magic, Ritual, Art*. Princeton, NJ: Princeton University.

Federal Communications Commission. n.d. "Obscene, Indecent and Profane Broadcasts." Available at https://tinyurl.com/57exv96x.

Feinberg, Leonard. 1967. *Introduction to Satire*. Ames, IA: The Iowa State University Press.

Feldman, Lauren, Anthony Leiserowitz and Edward Maibach. 2011. "The Science of Satire: *The Daily Show* and *The Colbert Report* as Sources of Public Attention to Science and the Environment, in *The Stewart/Colbert Effect: Essays on the Real Impacts of Fake News*, ed. Amarnath Amarasingam. Jefferson, NC: McFarland & Co. 2011.25-46.

Feldman, Lauren, and Dannagal Goldthwaite Young. 2008. "Late-Night Comedy as a Gateway to Traditional News: An Analysis of Time Trends in News Attention Among Late-Night Comedy Viewers During the 2004 Presidential Primaries." *Political Communication* 25:401-22.

Finke, Nikki. 1987. "Hart and Rice - They're the Talk of the Towns." Los Angeles Times. May 8, 1987. Available at https://tinyurl.com/ttxj8jtj.

Furgurson, Ernest B. 2016. "Grover Cleveland's 1884 Campaign Was Rocked By A Sex Scandal." History.net. April 6, 2016. Available at https://tinyurl.com/wczm6scy.

Guardian Staff. 2024. "Jimmy Kimmel on Trump." *The Guardian*. Sept. 20, 2024. Available at https://tinyurl.com/4d5xhnyk.

Highet, Gilbert. 1962. *The Anatomy of Satire*. Princeton, NJ: Princeton University.

Hoffman, Lindsay H., and Dannagal G. Young. 2011. "Satire, Punch Lines, and the Nightly News: Untangling Media Effects on Political Participation." *Communication Research Reports* 28: 159-168.

"Johnny Carson asks why Senator Gary Hart chose 'Monkey Business.'" DailyMotion.com. n.d. Available at https://tinyurl.com/yckapv25

Kurtzman, Daniel. 2019. "35 Best Late-Night Jokes About Hillary Clinton." LiveAbout.com (May 8, 2019). Available at https://tinyurl.com/2ctf92ft.

LaMarre, Heather. 2013. "When Parody and Reality Collide: Examining the Effects of Colbert's Super PAC Satire on Issue Knowledge and Policy Engagement Across Media Formats." *International Journal of Communication* 7(2013): 394-413.

Lichter, S. Robert, Baumgartner, Jody C, and Jonathan S. Morris. 2014. *Politics Is a Joke!: How TV Comedians Are Remaking Political Life*. Boulder, CO: Westview.

Lincoln, Ross A. 2025. "Bill Maher Jokes That New Pope's First Prayer Was 'Keep JD Vance the Hell Away From Me'." *The Wrap*. May 9, 2025. Available at https://tinyurl.com/4cm2yy8f.

Martin, Laura. 2021. "From Schitt's Creek to Kevin Can F**k Himself: the perils of swearing in your TV show title." *The Guardian*. Sept. 8, 2021. Available at https://tinyurl.com/2vw67xny.

Morreall, John. 2009. *Comic Relief: A Comprehensive Philosophy of Humor*. Hoboken NJ: Blackwell Publishing.

Moy, Patricia, Xenos, Micheal, and Verena Hess. 2005. "Communication and Citizenship: Mapping the Political Effects of Infotainment." *Mass Communication & Society* 8:111-31.

Niemi, Richard G., Craig, Stephen C. and Franco Mattei. 1991. "Measuring Internal Political Efficacy in the 1988 National Election Study." *American Political Science Review* 85(4), 1407-1413.

Oring, Elliott. 2004. "Risky Business: Political Jokes under Repressive Regimes." *Western Folklore* 63: 209-236.

Parkin, Michael. 2010. "Taking Late Night Comedy Seriously: How Candidate Appearances on Late Night Television Can Engage Viewers." *Political Research Quarterly* 63: 3-15.

Perkins, Dennis. 2024a. "Thurs Night Monologues: Still-Radioactive Debate Fallout." Late Nighter. Sept. 13, 2024. Available at https://tinyurl.com/33aft45f.

Perkins, Dennis. 2024b. "Weds Night Monologues: Unraveling Trump's Weave." Late Nighter. Sept. 13, 2024. Available at https://tinyurl.com/46n4a6rc.

Perkins, Dennis. 2025. "Tues Night Monologues: Countdown to Recession-Town." Late Nighter. April 9, 2025. Available at https://tinyurl.com/52mz5bx8.

Perry, Kevin E. G. 2025. "Golden Globes Host Nikki Glaser's Most Controversial Jokes." The Independent. Jan. 5, 2025. Available at https://tinyurl.com/2ck5mhbu.

Phiddian, Robert. 2013. "Satire and the Limits of Literary Theories." *Critical Quarterly* 55(3): 44-58.

Riccardo, Nick. 2025. "Bill Maher Confirms It: He's Retiring From Standup." LateNighter.com. Jan. 9, 2025. Available at https://tinyurl.com/3f6z78ux.

Roffman, Michael . 2016. "Comedian of the Year: Bill Maher." Consequence.net. December 21, 2016. Available at https://tinyurl.com/5sd9dkhd.

Serratore, Angela. 2013. "President Cleveland's Problem Child." *Smithsonian Magazine*. Sept. 26, 2013. Available at https://tinyurl.com/ytrve7ec.

Shelley, Martha. 2015. "Scurrilous Cartoons in Ancient Egypt." *Ebisu Publications*. Jan. 11, 2015. Available at https://tinyurl.com/4v2w3zyb.

Sullivan, James. 2010. *Seven Dirty Words: The Life and Crimes of George Carlin*. New York: Grand Central Publishing.

Test, George A. 1991. *Satire: Spirit and Art*. Tampa FL: University of South Florida Press.

Timberg, Bernard M. 2002. *Television Talk: A History of the TV Talk Show*. Austin TX: University of Texas Press.

Wente, Edward F.. 1984. "Some Graffiti from the Reign of Hatshpsut." *Journal of Near Eastern Studies* 43(1): 47-54. Available at https://tinyurl.com/eus6b92m.

Wilshusen, Theresa. 2018. "The Gender Veil from Egyptian Identity: The Findings of an Artist." Proceedings of 108th The IRES International Conference, Madrid, Spain, March 23-24, 2018. Available at https://tinyurl.com/bde9dpzw.

Xenos, Michael A., and Amy B. Becker. 2009. "Moments of Zen: Effects of The Daily Show on Information Seeking and Political Learning." *Political Communication* 26: 317-32.

Young, Dannagal Goldwaite and Sarah E. Esralew. 2011. "Jon Stewart as Heretic? Surely You Jest: Political Participation and Discussion Among Viewers of Late-Night Comedy Programming," in *The Stewart/Colbert Effect: Essays on the Real Impacts of Fake News*, ed. Amarnath Amarasingam. Jefferson, NC: McFarland & Co. 2011. 99-115.

Young, Dannagal G., and Lindsay Hoffman. 2012. "Acquisition of Current-Events Knowledge From Political Satire Programming: An Experimental Approach" *Atlantic Journal of Communication* 20(2012): 290-304.

Young, Dannagal G., and Russell M. Tisinger. 2006. "Dispelling Late-Night Myths: News Consumption among Late-Night Comedy Viewers and the Predictors of Exposure to Various Late-Night Shows." The International Journal of Press/Politics. 11(3):113-34.

Yu, Di. 2019. "Bill Maher (1956 – present)," in Baumgartner, Jody C, ed., *American Political Humor: Masters of Satire and Their Impact on U.S. Policy and Culture*. Santa Barbara CA: ABC-CLIO, pp. 459-63.