# EXHIBIT 52

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

|  |  |
|---|---|
| LAURA LOOMER, | x<br>:<br>: |
| *Plaintiff,* | : |
| - against - | :<br>: |
| BILL MAHER and HOME BOX OFFICE,<br>INC., | :<br>:<br>: |
| *Defendants.* | :<br>:<br>x |

Case No.: 5:24-cv-00625-JSM-PRL

## <u>EXPERT REPORT OF CLAY CALVERT</u>

## A.    QUALIFICATIONS AND BACKGROUND

My name is Clay Calvert. I am a professor emeritus at the University of

Florida (UF) in Gainesville. After serving as a tenured faculty member at UF for

over 13 years, I retired at the end of December 2022. I was awarded emeritus status

by UF Provost and Senior Vice President Joseph Glover, effective January 1, 2023.

At retirement, I held a joint appointment as Professor of Law at the Frederic

G. Levin College of Law and as Professor and Joseph L. Brechner Eminent

Scholar in Mass Communication in the College of Journalism and

Communications. I also served as director of UF's Marion B. Brechner First

Amendment Project from 2010 until my retirement.

As a Professor of Law at UF's Levin College of Law, I taught "Media Law"

(LAW 6841). In this upper-division elective course, we analyzed and addressed—

among other subjects—defamation law, invasion of privacy theories, and the tort of

1

intentional infliction of emotional distress (IIED). The course required reading and

discussing the U.S. Supreme Court's 1988 opinion in *Hustler Magazine v.

Falwell*.[1] That case, which involved claims for both defamation and IIED filed by a

public-figure plaintiff over a satiric ad parody, is discussed later in this report.

The "Media Law" course also covered important First Amendment theories

of free expression including the marketplace of ideas and democratic self-

governance. These theories, as I taught them in my class, provide different

rationales for safeguarding free speech and import into media law—specifically,

media law torts—fundamental First Amendment values. As I explained when

teaching, some of these venerable free-speech theories help to explain why the

U.S. Supreme Court decided to constitutionalize (i.e., add a First Amendment

protective overlay to) state law causes of action for defamation and IIED filed by

public officials and public figures.

As Professor and Joseph L. Brechner Eminent Scholar in Mass

Communication in UF's College of Journalism and Communications, I taught the

undergraduate course "Law of Mass Communications" (MMC 4200) 16 times. In

this course, I covered topics including First Amendment free-speech theories,

defamation, invasion of privacy, regulation of offensive and sexually explicit

---

[1] 485 U.S. 46 (1988).

expression, and IIED. I also taught in that course the cases of *Hustler Magazine v. Falwell* and *Cohen v. California*[2] that are addressed later in this report.

I also taught multiple graduate seminars (for M.A. and Ph.D. students) in the College of Journalism and Communications. These seminars included "First Amendment Theory" (MMC 6665), "Research in Mass Communication Law" (MMC 6666), and "Advanced Law of Mass Communications" (MMC 5206).

At UF, I won the University's 2020-2021 Teacher/Scholar of the Year Award, "the oldest and most prestigious award offered to UF faculty."[3] Only one such award is presented by UF each academic year. I am currently the only faculty member ever from either the Levin College of Law or the College of Journalism and Communications to win the Teacher/Scholar of the Year Award.

In addition to serving as a professor emeritus as UF, I currently work as a nonresident senior fellow at the American Enterprise Institute (AEI), a Washington, D.C. think tank. In that capacity and as a member of AEI's scholarly team in the Center for Technology, Science, and Energy, I write weekly columns regarding free speech, free press, and regulatory issues affecting communication technologies ranging from over-the-air broadcasting and the internet to generative artificial intelligence tools and role-playing chatbots. Since joining AEI as a nonresident

---

[2] 403 U.S. 15 (1971).
[3] Teacher/Scholar of the Year, University of Florida, https://aa.ufl.edu/awards/uf-internal-awards/teacher--scholar-of-the-year/.

senior fellow in June 2023, I have published more than 100 columns (780 to 800

words each) for AEI and have organized and/or participated in several in-person

events focused on First Amendment and media law-related issues at AEI's

Washington, D.C. headquarters.

I also serve today (and have for the past three-plus years) as an adviser for

the American Law Institute's (ALI) *Restatement of the Law Third Torts:*

*Defamation and Privacy*. Our most recent ALI advisory committee meeting, which

I attended in person, took place on March 14, 2025, in Philadelphia. We currently

are focused on revising the defamation law components of the *Restatement*.

Additionally, I currently work (and have since December 2024) as the

research director for the Uniform Law Commission's (ULC) Constitutionality

Committee. The committee addresses potential First Amendment issues of free

expression raised by various projects undertaken by the ULC's study and drafting

committees.

Prior to starting employment at UF during the Summer of 2009, I was a

faculty member at The Pennsylvania State University (Penn State) in University

Park (State College) from August 1996 through June 2009. While at Penn State, I

served, among other positions, as the John & Ann Curley Professor of First

Amendment Studies and as co-director of the Pennsylvania Center for the First

Amendment.

My scholarship and published research focus primarily on a diverse range of contemporary issues involving media law and the First Amendment freedoms of speech and press. I have published more than 150 scholarly articles in a combination of law journals (a mix of both flagship and special-topic journals) and peer-reviewed communications journals.

Of particular relevance for this report, I have published articles addressing free expression theories and First Amendment values,[4] defamation law,[5] offensive expression,[6] speech about matters of public concern,[7] and the case of *Hustler*

---

[4] *See, e.g.,* Clay Calvert, *Connecting the Marketplace of Ideas with Democratic Self-Governance and Active Liberty: Free-Speech Theories and Values Underpinning Justice Breyer's Proportionality Approach to First Amendment Scrutiny*, 21 FIRST AMENDMENT LAW REVIEW 333 (2023); Clay Calvert et al., *Fake News and the First Amendment: Reconciling a Disconnect Between Theory and Doctrine*, 86 UNIVERSITY OF CINCINNATI LAW REVIEW 99 (2018); Clay Calvert, *When First Amendment Principles Collide: Negative Political Advertising & the Demobilization of Democratic Self-Governance*, 30 LOYOLA OF LOS ANGELES LAW REVIEW 1497 (1997).

[5] *See, e.g.,* Clay Calvert, Ashton T. Hampton & Austin Vining, *Defamation Per Se and Transgender Status: When Macro-Level Value Judgments About Equality Trump Micro-Level Reputational Injury*, 85 TENNESSEE LAW REVIEW 1029 (2018); Clay Calvert, *Counterspeech, Cosby and Libel Law: Some Lessons About "Pure Opinion" & Resuscitating the Self-Defense Privilege*, 69 UNIVERSITY OF FLORIDA LAW REVIEW 151 (2017); Clay Calvert, *Difficulties and Dilemmas Regarding Defamatory Meaning in Ethnic Micro-Communities: Accusations of Communism, Then and Now*, 54 UNIVERSITY OF LOUISVILLE LAW REVIEW 1 (2016).

[6] *See, e.g.,* Clay Calvert, *Iancu v. Brunetti's Impact on First Amendment Law: Viewpoint Discrimination, Modes of Offensive Expression, Proportionality and Profanity*, 43 COLUMBIA JOURNAL OF LAW & THE ARTS 37 (2019); Clay Calvert, *Merging Offensive Speech Cases with Viewpoint-Discrimination Principles: The Immediate Impact of Matal v. Tam on Two Strands of First Amendment Jurisprudence*, 27 WILLIAM & MARY BILL OF RIGHTS JOURNAL 829 (2019); Clay Calvert, *Revisiting the Right to Offend Forty Years After Cohen v. California: One Case's Legacy on First Amendment Jurisprudence*, 10 FIRST AMENDMENT LAW REVIEW 1 (2011).

[7] *See, e.g.,* Clay Calvert, *The Power of Public Concern and First Amendment Values: Insulating Speech in Sports and Entertainment from Tort Liability for Others' Actions*, 20 VIRGINIA SPORTS & ENTERTAINMENT LAW JOURNAL 1 (2021); Clay Calvert, *Public Concern and Outrageous Speech: Testing the Inconstant Boundaries of IIED and the First Amendment Three Years After*

*Magazine v. Falwell* in which a public-figure plaintiff was satirized. My law journal articles related to *Hustler Magazine v. Falwell* include ones featuring the content of in-person interviews that a former colleague and I conducted with Hustler Magazine publisher Larry Flynt[8] and with Flynt's then-attorney, Alan Isaacman. Isaacman successfully argued the case on behalf of Hustler Magazine and Flynt in front of the U.S. Supreme Court.[9]

In addition to writing and publishing law journals articles, I am the lead author of the textbook *Mass Media Law* (22nd ed. 2023) published by McGraw Hill. I have served as a co-author on that textbook for nine consecutive editions, dating back to the *Mass Media Law 2005–2006* edition published in 2005. My co-authors (Professor Dan V. Kozlowski of Saint Louis University and Professor Derigan Silver of the University of Denver) and I are currently revising the book for a forthcoming 23rd edition that is scheduled to be published in late 2025. I also am the sole author of *Voyeur Nation: Media, Privacy, and Peering in Modern*

---

*Snyder v. Phelps*, 17 UNIVERSITY OF PENNSYLVANIA JOURNAL OF CONSTITUTIONAL LAW 437 (2014); Clay Calvert, *Defining "Public Concern" After Snyder v. Phelps: A Pliable Standard Mingles With News Media Complicity*, 19 VILLANOVA SPORTS AND ENTERTAINMENT LAW JOURNAL 39 (2012).

[8] Clay Calvert & Robert D. Richards, *Larry Flynt Uncensored: A Dialogue with the Most Controversial Man in First Amendment Jurisprudence*, 9 COMMLAW CONSPECTUS: JOURNAL OF COMMUNICATIONS LAW AND POLICY 159 (2001).

[9] Clay Calvert & Robert D. Richards, *Alan Isaacman and the First Amendment: A Candid Interview with Larry Flynt's Attorney*, 19 CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL 313 (2001).

*Culture* (2000 hardback; 2004 paperback) published by Westview Press (now published under the Basic Books imprint of the Hachette Book Group).

I have been quoted on a range of First Amendment and media law topics in news outlets including, among others, *The New York Times*, *The Wall Street Journal*, and *The Washington Post*. I have been interviewed by and appeared on CNN's "Smerconish" and on the "PBS News Hour." Since the start of 2023, I have published more than a half-dozen op-ed commentaries in *The Hill* and two in *The Tampa Bay Times*.

Regarding my education, I earned: (1) a B.A. with Distinction in Communication from Stanford University in 1987; (2) a J.D. (Order of the Coif recognition) from the University of the Pacific's McGeorge School of Law in 1991 (graduating in the Top 3% of my class); and (3) a Ph.D. in Communication from Stanford University in 1996. My Ph.D. dissertation was titled "Constitutionalizing Defamatory Meaning in Libel Law."

I have been engaged in *Loomer v. Maher*, Case No. 5:24-cv-00625-JSM-PRL (M.D. Fla.), by Defendants Bill Maher and Home Box Office, Inc. to prepare an expert report explaining how First Amendment principles, doctrines, and theories of free speech—as articulated and applied by both the U.S. Supreme Court and lower courts—provide a sturdy bulwark of protection for satiric, irreverent, hyperbolic, antagonistic, and otherwise unflattering or adverse commentary about

public figures, public officials, and matters of public and political concern. The report also explains that this robust First Amendment protection is not forfeited simply because the speech in question may offend some people, reference sexual conduct, or be uttered with a motive that some may find less than noble.

I am being compensated for work performed in connection with this proceeding at a rate of $525 per hour for researching, writing, editing, and preparing this report, as well as $650 per hour for any live deposition or trial testimony. I have not testified as an expert at trial or by deposition during the past 4 years.

My current and complete curriculum vitae is attached as Appendix A.

## B.    OPINIONS

### a.    The First Amendment Provides Expansive Protection for Commentary About Public Officials, Candidates for Public Office, Public Figures, and Matters of Public Concern

The United States Supreme Court embraces a robust, free speech-friendly First Amendment jurisprudence that affords significant constitutional protection for speech about public officials, candidates for public office, public figures, and matters of public and political concern. Indeed, the Court has concluded that "[a]t the heart of the First Amendment is the recognition of the fundamental importance of the free flow of ideas and opinions on matters of public interest and concern."[10]

---

[10] *Hustler Magazine v. Falwell*, 485 U.S. 46, 50 (1988).

First Amendment doctrine is anchored in the belief that expression of all ideas and thoughts on such matters should be allowed, no matter how offensive or disagreeable they may seem, because society benefits from robustly unfettered competition among differing opinions in the marketplace of ideas.[11] The Supreme Court has long held that the right to freely express opinions and ideas is especially important when they relate to matters of public concern, public officials, candidates for public office, and public figures who are closely connected to political matters.

This reflects the democratic self-governance theory of free expression. It is commonly associated with the writings of philosopher-educator Alexander Meiklejohn who believed that the ultimate goal of protecting speech was "the voting of wise decisions."[12] Robert Post, former dean of Yale Law School, contends that "the value of democratic self-governance is the most powerful explanation of the general pattern of First Amendment decisions."[13]

Justice Anthony Kennedy's opinion for the Court in *Citizens United v. Federal Election Commission* captures this theory when Kennedy writes that "[t]he

---

[11] *See* RODNEY A. SMOLLA, FREE SPEECH IN AN OPEN SOCIETY 8 (1992) (asserting that the "deepest strength" of the marketplace of ideas theory is that "it spurs us to accept the noblest challenge of the life of the mind: never to stop searching" for the truth via what Smolla aptly calls "the intellectual acid bath of adversarial contest").

[12] ALEXANDER MEIKLEJOHN, FREE SPEECH AND ITS RELATION TO SELF-GOVERNMENT 25 (1948).

[13] Robert C. Post, *Free Speech and Community: Reply to Bender*, 29 ARIZONA STATE LAW JOURNAL 495, 495 (1997).

right of citizens to inquire, to hear, to speak, and to use information to reach consensus is a precondition to enlightened self-government and a necessary means to protect it."[14] He added for the Court that "[s]peech is an essential mechanism of democracy, for it is the means to hold officials accountable to the people."[15]

Decades prior to its *Citizens United* ruling, the Court similarly had opined that "speech concerning public affairs is more than self-expression; it is the essence of self-government,"[16] and that "[t]he protection given speech and press was fashioned to assure unfettered interchange of ideas for the bringing about of political and social changes desired by the people."[17] It's thus unsurprising that the Court recently remarked that "dissenting political speech [is] at the First Amendment's core"[18] and reiterated that free speech "is essential to our democratic form of government."[19]

As part of the democratic process, speech about candidates running for public office merits heighted First Amendment protection. The Supreme Court wrote nearly 60 years ago that:

> Whatever differences may exist about interpretations of the First Amendment, there is practically universal agreement that a major purpose of that Amendment was to protect the free discussion of

---

[14] 558 U.S. 310, 339 (2010).

[15] *Id.*

[16] *Garrison v. Louisiana*, 379 U.S. 64, 74–75 (1964).

[17] *Roth v. United States*, 354 U.S. 476, 484 (1957).

[18] *Counterman v. Colorado*, 600 U.S. 66, 81 (2023).

[19] *Janus v. American Federation of State, County and Municipal Employees, Council 31*, 585 U.S. 878, 893 (2018).

> governmental affairs. This of course *includes discussions of candidates*, structures and forms of government, the manner in which government is operated or should be operated, and all such matters relating to political processes.[20]

The Supreme Court later explained 1971 that:

> if it be conceded that the First Amendment was "fashioned to assure the unfettered interchange of ideas for the bringing about of political and social changes desired by the people," *Roth v. United States*, 354 U.S. 476, 484, then it can hardly be doubted that the constitutional guarantee has its fullest and most urgent application precisely to the conduct of campaigns for political office.[21]

The Court reinforced this pivotal First Amendment principle five years later, asserting that "[d]iscussion of public issues and debate on the qualifications of candidates are integral to the operation of the system of government established by our Constitution."[22]

In *New York Times Co. v. Sullivan*, the Supreme Court in 1964 recognized "a profound national commitment to the principle that debate on public issues should be uninhibited, robust, and wide-open," and observed "that it may well include vehement, caustic, and sometimes unpleasantly sharp attacks on government and public officials."[23] The Court in *Sullivan* adopted the actual malice fault standard to protect defendants in defamation lawsuits filed by public officials. In doing so, the

---

[20] *Mills v. Alabama*, 384 U.S. 214, 218–19 (1966) (emphasis added).
[21] *Monitor Patriot Co. v. Roy*, 401 U.S. 265, 271–72 (1971).
[22] *Buckley v. Valeo*, 424 U.S. 1, 14 (1976).
[23] 376 U.S. 254, 270 (1964).

Court stressed the important role played by "the citizen-critic of government," remarking that "[i]t is as much his duty to criticize as it is the official's duty to administer."[24]

Three years after *Sullivan*, the Court held that public-figure plaintiffs (not just public officials) also must prove actual malice to succeed in defamation lawsuits.[25] Public figures are individuals who "have assumed roles of special prominence in the affairs of society."[26] They include both all-purpose public figures (those who "occupy positions of such persuasive power and influence that they are deemed public figures for all purposes"[27]) and limited public figures (individuals who "have thrust themselves to the forefront of particular public controversies in order to influence the resolution of the issues involved"[28]).

*Sullivan*'s principle that caustic and unpleasantly sharp attacks often are shielded by the First Amendment sometimes extends beyond condemnations of the government and public officials to also sweep up speech about matters of public concern even when a tort plaintiff is *not* a public figure. That was the situation in *Snyder v. Phelps* (a case that involved, among other torts, a defamation claim at the trial court level), with Chief Justice John Roberts writing for the majority that "[a]s

---

[24] *Id.* at 282.
[25] *Curtis Publishing Co. v. Butts*, 388 U.S. 130 (1967).
[26] *Gertz v. Robert Welch, Inc*., 418 U.S. 323, 345 (1974).
[27] *Id.*
[28] *Id.*

a Nation we have chosen . . . to protect even hurtful speech on public issues to ensure that we do not stifle public debate."[29] The fact that the plaintiff in *Snyder* was "not a public figure"[30] did not affect the Court's ruling against him.

The Court in *Connick v. Myers* emphasized that the Justices have "frequently reaffirmed that speech on public issues occupies the 'highest rung of the hierarchy of First Amendment values,' and is entitled to special protection."[31] The Court, in turn, has broadly defined issues of public concern to encompass anything that "can 'be fairly considered as relating to any matter of political, social, or other concern to the community,' . . .or when it 'is a subject of legitimate news interest; that is, a subject of general interest and of value and concern to the public.'"[32] These principles, the Court has said, "accord broad protection to speech to ensure that courts themselves do not become inadvertent censors."[33] The expansive breadth of the scope of the topics that can be considered ones of public concern under this framework is indicated by the requirement that speech only needs to "be fairly considered"—not directly or closely or clearly considered—to be about "any matter" of "other concern" to a community, not just political or social matters.

---

[29] 562 U.S. 443, 461 (2011).
[30] *Id.* at 463 (Alito, J., dissenting).
[31] 461 U.S. 138, 145 (1983) (quoting *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886, 913 (1982)).
[32] *Snyder*, 562 U.S. at 453 (internal citation omitted, and quoting *Connick v. Myers*, 461 U.S. 138, 146 (1983), and *City of San Diego v. Roe*, 543 U.S. 77, 83–84 (2004)).
[33] *Id.* at 452.

The Supreme Court typically makes it harder for public figures—in contrast to private individuals—to recover in tort law for derogatory and disparaging speech. That is largely because public figures voluntarily place themselves in the public limelight—they "invite attention and comment,"[34] as the Supreme Court put it—and because they assume a risk of criticism and readily possess the means of mass communication to respond to verbal blows with their own counter speech in the court of public opinion. For example, in this matter Plaintiff Laura Loomer "has her own media company called Illoominate Media,"[35] hosts her own show entitled "Loomer Unleashed" – "a LIVE news and political commentary show" on the Rumble streaming platform,[36] operates a Substack by the same name, which she describes as "home for the most unfiltered, groundbreaking, and controversial content from the MOST BANNED WOMAN in the world,"[37] and frequently shares her opinions and thoughts to the general public on X.[38]

Public figures who are criticized and mocked by comedians and others possess alternatives to filing lawsuits. The preferred remedy under the First Amendment for ideas and thoughts one disagrees with is counter speech—to add more speech to the marketplace of ideas rather than to censor the offending idea.

---

[34] *Gertz*, 418 U.S. at 345.
[35] Amended Complaint at 3, *Loomer v. Maher*, 5:24-cv-00625-JSM-PRL (filed Jan. 30, 2025).
[36] *See* https://rumble.com/c/LauraLoomer.
[37] *See* https://lauraloomer.substack.com/p/welcome-to-loomer-unleashed.
[38] *See* https://x.com/LauraLoomer.

As Justice Louis Brandeis eloquently wrote, "If there be time to expose through discussion the falsehood and fallacies, to avert the evil by the processes of education, the remedy to be applied is more speech, not enforced silence."[39] Brandeis also stressed that the founders—"[t]hose who won our independence," as Brandeis dubbed them—"believed that freedom to think as you will and to speak as you think are means indispensable to the discovery and spread of political truth."[40]

The Supreme Court has expressly endorsed counter speech as the preferred remedy for public-figure plaintiffs who believe they have been defamed. In explaining why public-figure plaintiffs (but not private ones) in defamation law must satisfy the rigorous actual malice fault standard to recover compensatory damages when speech involves a matter of public concern, the Court has stated that:

> The first remedy of any victim of defamation is self-help — using available opportunities to contradict the lie or correct the error and thereby to minimize its adverse impact on reputation. Public officials and public figures usually enjoy significantly greater access to the channels of effective communication and hence have a more realistic opportunity to counteract false statements than private individuals normally enjoy.[41]

---

[39] *Whitney v. California*, 274 U.S. 357, 377 (1927) (Brandeis, J., concurring).
[40] *Id.* at 375.
[41] *Gertz*, 418 U.S. at 344.

In sum, the First Amendment provides expansive protection for speech about public figures, public officials, and candidates for public office—all of whom possess the means to fight back in the media with their own counterposed views and opinions—and for statements about matters of political and public concern, as broadly defined by the Supreme Court.

### b. Crude, Lewd, and Offensive Commentary Is Protected by the First Amendment

Multiple U.S. Supreme Court decisions embody the principle that speech cannot be punished or suppressed merely because it offends. The U.S. Supreme Court crisply encapsulated this pivotal tenet of First Amendment protection more than 55 years ago in *Street v. New York*: "It is firmly settled that under our Constitution the public expression of ideas may not be prohibited merely because the ideas are themselves offensive to some of their hearers."[42]

Much more recently, the Court observed in *Matal v. Tam* that the idea that the "Government has an interest in preventing speech expressing ideas that offend . . . strikes at the heart of the First Amendment."[43] The Court emphasized in *Tam* that "the proudest boast of our free speech jurisprudence is that we protect the freedom to express 'the thought that we hate.'"[44]

---

[42] 394 U.S. 576, 592 (1969).
[43] 582 U.S. 218, 246 (2017).
[44] *Id.* (quoting *United States v. Schwimmer*, 279 U.S. 644, 655 (1929) (Holmes, J., dissenting)).

The U.S. Supreme Court elaborated in *Federal Communications Commission v. Pacifica Foundation*[45]—a case that pivoted on comedian George Carlin's "Filthy Words" comedic routine—that:

> the fact that society may find speech offensive is not a sufficient reason for suppressing it. Indeed, if it is the speaker's opinion that gives offense, that consequence is a reason for according it constitutional protection. For it is a central tenet of the First Amendment that the government must remain neutral in the marketplace of ideas.[46]

Comedians and satirists are given wide berth under the First Amendment so that their speech will not be chilled or silenced by the threat of liability and so that other citizens can hear and receive their views and ideas and, in turn, decide for themselves their value and merit. The fact that their speech may be fictional rather than purely factual news does not diminish its protection under this framework. As Rose Bird, then-Chief Justice of the Supreme Court of California, wrote more than 45 years ago:

> It is clear that works of fiction are constitutionally protected in the same manner as political treatises and topical news stories. Using fiction as a vehicle, commentaries on our values, habits, customs, laws, prejudices, justice, heritage and future are frequently expressed. What may be difficult to communicate or understand when factually reported may be poignant and powerful if offered in satire, science fiction or parable. Indeed, Dickens and Dostoevski may well have written more trenchant and comprehensive commentaries on their times than any factual recitation could ever yield.[47]

---

[45] 438 U.S. 726 (1978).

[46] *Id.* at 745–46.

[47] *Guglielmi v. Spelling-Goldberg Productions*, 603 P.2d 454, 459 (Cal. 1979) (Bird, C.J., concurring).

This logic taps into the U.S. Supreme Court's conclusion more than 75 years ago in *Winters v. New York*[48] that speech does not forfeit First Amendment protection simply because it takes the form of fictional entertainment. The Court wrote there that "[e]veryone is familiar with instances of propaganda through fiction. What is one man's amusement, teaches another's doctrine."[49]

Justice Antonin Scalia later cited favorably the above-noted quotation from *Winters* when writing the Court's 2011 opinion in *Brown v. Entertainment Merchants Association*.[50] In extending full First Amendment protection to violent video games, Justice Scalia observed that:

> The Free Speech Clause exists principally to protect discourse on public matters, but we have long recognized that it is difficult to distinguish politics from entertainment, and dangerous to try.[51]

In *Snyder v. Phelps*—an opinion referenced in Section "a" for another principle—the Court protected from tort liability the Westboro Baptist Church and its leader, the Reverend Fred W. Phelps, Sr., for hoisting signs near a funeral that conveyed harsh messages such as "God Hates the USA/Thank God for 9/11," "America is Doomed," "Don't Pray for the USA," "Thank God for IEDs," "Thank God for Dead Soldiers," "Pope in Hell," and "Priests Rape Boys."[52] The signs were

---

[48] 333 U.S. 507 (1975).
[49] *Id.* at 410.
[50] 564 U.S. 786 (2011).
[51] *Id.* at 790.
[52] 562 U.S. 443, 448 (2011).

raised near a funeral service being held for the grieving plaintiff's son, an American soldier "killed in Iraq in the line of duty."[53] Significantly, the Court concluded that the signs, despite their hurtful nature, "plainly relate[d] to broad issues of interest to society at large, rather than matters of 'purely private concern.'"[54]

The Court in *Snyder* also was explicit that offensiveness alone is not sufficient to jettison speech about matters of public concern from the First Amendment's ambit of constitutional protection: "The arguably 'inappropriate or controversial character of a statement is irrelevant to the question whether it deals with a matter of public concern.'"[55]

To support this proposition, the Court in *Snyder* cited its seminal decision in *Texas v. Johnson* safeguarding perhaps the most offensive form of speech imaginable to many patriotic U.S. citizens—namely, burning the American flag.[56] In an opinion joined by Justice Antonin Scalia, the Court wrote that "[i]f there is a bedrock principle underlying the First Amendment, it is that the government may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable."[57]

---

[53] *Id.*
[54] *Id.* at 454.
[55] *Id.* (quoting *Rankin v. McPherson*, 483 U.S. 378, 387 (1987)).
[56] *Texas v. Johnson*, 491 U.S. 397, 414 (1989).
[57] *Id.*

A key problem with punishing speech that may offend some people is that it is impossible to draw a clear line separating speech that offends from speech that does not. Offense is often in the eyes and ears of a message's beholder. The Supreme Court expressed this logic in its 1971 opinion in *Cohen v. California* protecting a person's right to engage in dissenting political expression in a public courthouse by wearing a jacket during the Vietnam War that read "Fuck the Draft."[58] The Court explained in *Cohen* that "one man's vulgarity is another's lyric. Indeed, we think it is largely because governmental officials cannot make principled distinctions in this area that the Constitution leaves matters of taste and style so largely to the individual."[59] To support this conclusion, Justice John Marshall Harlan II reasoned that the fact:

> That the air may at times seem filled with verbal cacophony is, in this sense not a sign of weakness but of strength. We cannot lose sight of the fact that, in what otherwise might seem a trifling and annoying instance of individual distasteful abuse of a privilege, these fundamental societal values are truly implicated.[60]

Among the fundamental societal values Harlan referenced in *Cohen* is "putting the decision as to what views shall be voiced largely into the hands of each of us, in

---

[58] 403 U.S. 15 (1971).

[59] *Id.* at 25.

[60] *Id.*

the hope that use of such freedom will ultimately produce a more capable citizenry
and more perfect polity."[61]

In sum, the fact that statements may be crude, lewd, or otherwise offensive
to some does not strip them of First Amendment protection.

### c. *Hustler Magazine v. Falwell*: Safeguarding Vulgar Satire and Jokes About Public Figures and Public Officials

Many of the principles described above in Sections "a" and "b" are perhaps
best captured in the Supreme Court's unanimous, speech-protective opinion written
by Chief Justice William Rehnquist in *Hustler Magazine v. Falwell*.[62] The case
centered on a public-figure plaintiff who sued for both libel and intentional
infliction of emotional distress (IIED) over a satiric ad parody the Court
characterized as "doubtless gross and repugnant in the eyes of most."[63] In ruling in
favor of the defendants—notorious publisher Larry Flynt and Hustler Magazine—
and against the Reverend Jerry Falwell, the Court emphasized that it has "been
particularly vigilant to ensure that individual expressions of ideas remain free from
governmentally imposed sanctions."[64] In so doing, the Court readily recognized
and acknowledged that:

> The sort of robust political debate encouraged by the First
> Amendment is bound to produce speech that is critical of those who

---

[61] *Id.* at 24.
[62] 485 U.S. 46 (1988).
[63] *Id.* at 50.
[64] *Id.* at 51.

hold public office or those public figures who are "intimately involved in the resolution of important public questions or, by reason of their fame, shape events in areas of concern to society at large."[65]

*Falwell* illustrates that the First Amendment's shield of protection for commentary on public figures and public matters extends to speech that may cause offense, be sexually vulgar, hyperbolic, irreverent, comedic, and satirize public figures. In *Falwell*, the Court protected from civil liability speech comedically conveying the idea that the Reverend Falwell lost his virginity "during a drunken incestuous rendezvous with his mother in an outhouse."[66] It also communicated the idea that Falwell, who founded Liberty University and then headed the conservative Moral Majority political organization,[67] is "immoral"[68] and "a hypocrite who preaches only when he is drunk."[69]

The Court in *Falwell* seemed particularly concerned about the chilling effect on "political cartoonists and satirists"[70] that a ruling in favor of the Reverend Falwell might cause. Chief Justice Rehnquist observed that "[d]espite their

---

[65] *Id.* (quoting *Curtis Publishing Co. v. Butts*, 388 U.S. 130, 164 (1967) (C.J. Warren, concurring)).

[66] *Id.* at 48.

[67] *See id.* at 57, n.5 (noting that Jerry Falwell "is the host of a nationally syndicated television show and was the founder and president of a political organization formerly known as the Moral Majority. He is also the founder of Liberty University in Lynchburg, Virginia, and is the author of several books and publications.")

[68] *Id.* at 48.

[69] *Id.*

[70] *Id.* at 53.

sometimes caustic nature, from the early cartoon portraying George Washington as an ass down to the present day, graphic depictions and satirical cartoons have played a prominent role in public and political debate."[71] Citing multiple examples of such satirical cartoons and listing some of the public figures they ridiculed, the Court nonetheless embraced the long view and concluded that "from the viewpoint of history it is clear that our political discourse would have been considerably poorer without them."[72]

Five points from the Court's *Falwell* opinion merit further consideration. First, the Reverend Jerry Falwell filed a libel claim—not just one for IIED—over the suggestion in a satiric parody of a Campari Liqueur advertisement in the November 1983 issue of Hustler Magazine that Falwell had sex with his mother in an outhouse and preached while drunk.[73] The Supreme Court pointed out that the jury had ruled against Falwell on his libel claim because the speech "could not 'reasonably be understood as describing actual facts about'" Falwell or "'actual events'" in which he participated.[74] The Supreme Court did not disturb the jury's ruling against Falwell on the libel claim that there were no factual assertions made about him in the satiric ad parody.

---

[71] *Id.* at 54.
[72] *Id.*
[73] *Id.* at 47–48.
[74] *Id.* at 49 (quoting App. to Pet. for Cert. C1).

Second, the Supreme Court concluded that when a public-figure plaintiff such as Falwell uses IIED to sue over speech such as the satiric ad parody at issue in the case, the plaintiff must—in addition to proving the common law elements of IIED—prove "that the publication contains a false statement of fact which was made with 'actual malice,' i.e., with knowledge that the statement was false or with reckless disregard as to whether or not it was true."[75] In other words, public figures and public officials cannot make end runs around the stringent actual malice fault element in libel law by using an IIED claim. The Court wrote that requiring proof of actual malice for such IIED claims "reflects our considered judgment that such a standard is necessary to give adequate 'breathing space' to the freedoms protected by the First Amendment."[76] In short, requiring public figures and public officials to satisfy the actual malice standard in both libel law and IIED claims guards against self-censorship and a chilling effect on content that criticizes and makes fun of them.

Third, the Court in *Falwell* emphasized that the breathing room against self-censorship afforded to comedians, satirists, and others is not lost or forfeited if they speak with what some might consider "a bad motive."[77] Chief Justice Rehnquist explained that:

---

[75] *Id.* at 56.
[76] *Id.*
[77] *Id.* at 53.

> in the world of debate about public affairs, many things done with motives that are less than admirable are protected by the First Amendment. In *Garrison v. Louisiana*, 379 U. S. 64 (1964), we held that even when a speaker or writer is motivated by hatred or ill-will his expression was protected by the First Amendment.[78]

Rehnquist added that "while such a bad motive may be deemed controlling for purposes of tort liability in other areas of the law, we think the First Amendment prohibits such a result in the area of public debate about public figures."[79]

Fourth, the Court in *Falwell* stressed the importance of safeguarding a hearty marketplace of ideas—one replete with harsh criticism of public figures—against the forces of punishment and censorship that would defeat it. Indeed, the Court quoted Justice Oliver Wendell Holmes Jr.'s seminal articulation of the marketplace of ideas theory of free expression in *Abrams v. United States*: "[T]he ultimate good desired is better reached by free trade in ideas. . . . [T]he best test of truth is the power of the thought to get itself accepted in the competition of the market. . . ."[80] Chief Justice Rehnquist wrote in *Falwell* that:

> We have . . . been particularly vigilant to ensure that individual expressions of ideas remain free from governmentally imposed sanctions. The First Amendment recognizes no such thing as a "false" idea.[81]

---

[78] *Id.*

[79] *Id.*

[80] *Id.* at 51 (quoting *Abrams v. United States*, 250 U.S. 616, 630 (1919) (Holmes, J., dissenting)).

[81] *Id.* (quoting *Gertz v. Robert Welch, Inc.*, 418 U. S. 323, 339 (1974)).

Furthermore, the Chief Justice quoted Justice Felix Frankfurter for the proposition "that 'one of the prerogatives of American citizenship is the right to criticize public men and measures,'"[82] and then added, in his own words, that "[s]uch criticism, inevitably, will not always be reasoned or moderate."[83] Deeply rooted, century-plus-old marketplace of ideas principles embedded in First Amendment jurisprudence thus support protecting satiric and comedic commentary about public figures. Indeed, the Court has concluded that "[h]owever pernicious an opinion may seem, we depend for its correction not on the conscience of judges and juries but on the competition of other ideas."[84]

Fifth and finally, the Court in *Falwell* cited a long history and tradition in the United States of:

> graphic depictions and satirical cartoons [that] have played a prominent role in public and political debate. [Thomas] Nast's castigation of the Tweed Ring, Walt McDougall's characterization of presidential candidate James G. Blaine's banquet with the millionaires at Delmonico's as "The Royal Feast of Belshazzar," and numerous other efforts have undoubtedly had an effect on the course and outcome of contemporaneous debate.[85]

The Court was well aware in *Falwell* that such cartoons may deliberately be unreasoned and intended to castigate and embarrass their targets, yet that didn't

---

[82] *Id.* (quoting *Baumgartner v. United States*, 322 U.S. 665, 673–74 (1944)).
[83] *Id.*
[84] *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 339–40 (1974).
[85] *Falwell*, 485 U.S. at 54–55.

stop it from ruling against Reverend Falwell. Chief Justice Rehnquist and the Court fully recognized that:

> The appeal of the political cartoon or caricature is often based on exploration of unfortunate physical traits or politically embarrassing events—an exploration often calculated to injure the feelings of the subject of the portrayal. The art of the cartoonist is often not reasoned or evenhanded, but slashing and one-sided.[86]

In sum, as Alan Isaacman, the attorney who successfully argued before the U.S. Supreme Court in *Hustler Magazine v. Falwell* on behalf of Larry Flynt and Hustler Magazine, told me during a September 2000 interview, the Court's *Falwell* decision "made it clear to everybody that the First Amendment is alive and well in the everyday life experiences of our citizenry. It made it clear that you can poke fun at public figures."[87]

### d.    Beyond *Falwell*: Lower Courts Protect Satire, Humor, and Parody

The Supreme Court's decision in *Falwell* is not an outlier. Lower courts have also extended expansive support for satire, humor, and parody, particularly when the targets are public figures and public officials. Indeed, a federal district court in 2024 concisely summed it up, observing the existence of a "longstanding tradition of critique, parody, and satire protected by the First Amendment."[88] Citing the

---

[86] *Id.* at 54.
[87] Clay Calvert & Robert D. Richards, *Alan Isaacman and the First Amendment: A Candid Interview with Larry Flynt's Attorney*, 19 CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL 313, 332 (2001).
[88] *Kohls v. Bonta*, 752 F. Supp. 3d 1187, 1195 (E.D. Cal. 2024).

Supreme Court's *Falwell* opinion for support, Senior U.S. District Judge John A.

Mendez in *Kohls v. Bonta* added that "parody and satire have relayed creative and

important messages in American politics."[89] Judge Mendez elaborated that:

> When political speech and electoral politics are at issue, the First
> Amendment has almost unequivocally dictated that Courts allow
> speech to flourish rather than uphold the State's attempt to suffocate
> it.[90]

Other lower court decisions illustrate these points. In a 2013 opinion

involving (among other causes of action) a defamation claim based on a fictional

and satiric article, the U.S. Court of Appeals for the District of Columbia cited

*Falwell* to support the proposition that satire sometimes "may seem cruel and

mocking, attacking the core beliefs of its target."[91] Nonetheless, the appellate court

found that "[d]espite its literal falsity, satirical speech enjoys First Amendment

protection."[92] The court pointed out that "a satire or parody must be assessed in the

appropriate context,"[93] and added that contextual analysis involves "not only the

immediate context of the disputed statements, but also the type of publication, the

---

[89] *Id.* at 1196. *See also United States v. Mackey*, 652 F. Supp. 3d 309, 348 (E.D.N.Y. 2023) ("It is well settled that 'parody and satire *are* deserving of substantial freedom—both as entertainment and as a form of social and literary criticism,' and are thus protected by the First Amendment.") (quoting *Cliffs Notes, Inc. v. Bantam Doubleday Dell Publishing Group, Inc.*, 886 F.2d 490, 493 (2d Cir. 1989)) (emphasis in original).
[90] *Bonta*, 752 F. Supp. 3d at 1196.
[91] *Farah v. Esquire Magazine*, 736 F.3d 528, 536 (D.C. Cir. 2013).
[92] *Id.*
[93] *Id.*

genre of writing, and the publication's history of similar works."[94] The context of a particular television program, not just the context of written statements, can affect this analysis.[95]

The Supreme Court of Texas in 2004 roundly rejected in *New Times, Inc. v. Isaacks* a defamation case filed by two public officials—a judge and a district attorney—over a satirical article published in an alternative weekly newspaper.[96] In doing so, Texas's highest appellate court remarked that "defamation claims involving humor in general, and satire in particular, raise important issues pertaining to free speech."[97]

Context was key for the Supreme Court of Texas, which wrote that "[i]n a case of parody or satire, courts must analyze the words at issue with detachment and dispassion, considering them in context and as a whole, as the reasonable reader would consider them."[98] It looked to whether "clues" in the content and context would have the "combined effect [of] provid[ing] a signal to the reasonable reader that the piece is satirical."[99] One of the clues the court noted in *Isaacks* was that the article appeared "an alternative weekly newspaper"[100] because the "type of

---

[94] *Id.*

[95] *See Herring Networks, Inc. v. Maddow*, 8 F.4th 1148 (9th Cir. 2021) (examining statements conveyed on *The Rachel Maddow Show* on MSNBC).

[96] 146 S.W.3d 144 (Tex. 2004).

[97] *Id.* at 151.

[98] *Id.* at 158.

[99] *Id.*

[100] *Id.* at 159.

publication in which the offending material appears"[101] is something that should be

considered. It added that "a superficial degree of plausibility" is "the hallmark of

satire" and "does not necessarily make it actionable."[102]

Older cases also illustrate such protection for satire and humor, regardless of

its offensiveness. For instance, the U.S. Court of Appeals for the Ninth Circuit in

1989 protected Hustler Magazine's right to make fun—through offensive cartoons,

staged photographs, and accompanying captions—of Andrea Dworkin, "a

prominent and outspoken feminist author and activist."[103] The Ninth Circuit

reasoned that "[w]e have little doubt that the outrageous and the outlandish will be

recognized for what they are."[104] To wit and among other content at issue in the

case, the appellate court safeguarded a cartoon that depicted "two women engaged

in a lesbian act of oral sex with the caption, 'You remind me so much of Andrea

Dworkin, Edna. It's a dog-eat-dog world.'"[105]

A New York appellate court in 1986 protected *Saturday Night Live* against a

defamation claim based on a skit during the show's long-running satiric newscast

segment that the plaintiff claimed mocked him.[106] The court wrote that while

humor sometimes is actionable, courts "have rejected claims of damages for

---

[101] *Id.*
[102] *Id.* at 161.
[103] *Dworkin v. Hustler Magazine, Inc.*, 867 F.2d 1188, 1190 (9th Cir. 1989).
[104] *Id.* at 1194.
[105] *Id.* at 1191.
[106] *Frank v. National Broadcasting* Co., 119 A.D.2d 252 (N.Y. App. Div. 1986).

defamation where the allegedly defamatory statements were patently humorous, devoid of serious meaning or intent and impossible of being reasonably understood otherwise."[107] It noted that "[h]ow laughter-provoking statements are viewed will depend in large part upon the context in which they are delivered."[108] Multiple decisions involving cartoons that allegedly ridiculed public figures and officials have also been protected against defamation claims.[109]

### e.  The September 13, 2024 Episode of *Real Time with Bill Maher*

I have watched in its entirety and considered as a whole the September 13, 2024, episode of *Real Time with Bill Maher* that gives rise to this litigation, as well as several other episodes of the program.[110]

*Real Time* is generally distributed on Friday evenings by Defendant Home Box Office's (HBO) entertainment service. Based on my viewing of a half-dozen

---

[107] *Id.* at 257.

[108] *Id.* at 259.

[109] *See, e.g.*, *Loeb v. Globe Newspaper Co.*, 489 F. Supp. 481, 483–485 (D. Mass. 1980) (protecting, against a defamation claim filed by a public-figure plaintiff, the publisher of a newspaper cartoon depicting the plaintiff "with a cuckoo springing from his forehead," and noting that when it comes to defamation claims filed by public figures like the plaintiff—the publisher of a competing daily newspaper—"the balance between a right of action for defamation and the right of editorial freedom is struck with greater deference to the freedom of editorial privilege"); *Yorty v. Chandler*, 13 Cal. App. 3d 467, 471–72 (Cal. Ct. App. 1970) (protecting from defamation liability a *Los Angeles Times* cartoon that allegedly suggested Samuel W. Yorty, the Mayor of the City of Los Angeles, "was insane and should be placed in a straight jacket," and emphasizing that "[b]ecause a political cartoon presents critical opinion in imaginative and symbolic form, in claimed instances of defamation a court must ferret out the underlying themes of the cartoon and then determine whether these can reasonably be considered libelous").

[110] *Real Time with Bill Maher*, Sept. 13, 2024.

episodes of *Real Time* prior to writing to this report (including the September 13, 2024, and September 20, 2024, episodes referenced in the Plaintiff's amended complaint[111]), the show formulaically opens with host and Defendant Bill Maher engaging in a comedic monologue based largely on that week's public affairs and news.

Most of the September 13, 2024 episode is devoted to Maher's interview with guest Alex Karp at Palantir and to discussion of Trump's debate performance and the presidential race more broadly, including in the opening monologue, the panel discussion, and the closing monologue. The episode also includes a segment relating to the upcoming Country Music Awards, with made-up song titles mixing country and rap; discussion of an incident that week involving football player Tyreek Hill's arrest by the police; jokes about college students masturbating, related to the start of the academic year; and a bit about a lawsuit filed that week against California State Senator Marie Alvardo-Gil for alleged sexual abuse.

Also in the headlines that week was news of Laura Loomer accompanying Trump on his plane to the presidential debate and standing by his side at a September 11 memorial. In his monologue, Maher introduced Loomer as Donald Trump's "new bullshit whisperer," reflecting her status as a public figure embroiled in matters of public concern. Maher also says that Loomer is for "MAGA people"

---

[111] Amended Complaint, *Loomer v. Maher*, 5:24-cv-00625-JSM-PRL (filed Jan. 30, 2025).

who "find Marjorie Taylor Greene too intellectual." Greene is a conservative

member of the U.S. House of Representatives from Georgia.[112]


Maher describes what he calls "a bitch fight within the Republican Party"

between Loomer and Taylor Greene, citing accusations the two reportedly made

about each other. Maher states that "Loomer has accused Marjorie Taylor Greene"

of being "an anti-Semite" who "cheats on her husband," and that Loomer said

Taylor Greene's "lady parts resemble an Arby's sandwich." Maher then

immediately quips that the latter accusation is "so offensive to Arby's," drawing

immediate laughter and applause from the studio audience. The Arby's sandwich

reference apparently is grounded in a September 11, 2024 post (tweet) on X by

Loomer that was addressed to Taylor Greene and that read, in relevant part, "Tell

me again how you and the Arby's in your pants are representatives of the GOP?"[113]

Later, in the same episode and during a panel discussion that featured

politician, comedian, and former *Saturday Night Live* comedy writer Al Franken,[114]

Maher says that Loomer "may" be the answer to the question of "who's Trump

fucking" that Maher said he had posed in "an editorial here a few years ago." He

---

[112] *See* Congresswoman Marjorie Taylor Greene, https://greene.house.gov.
[113] *See* X Post by @LauraLoomer, https://x.com/LauraLoomer/status/1834019296156033525
(Sept. 11, 2024, 8:00 p.m.).
[114] Franken describes himself as "the only U.S. Senator who was also one of the original writers
for *Saturday Night Live*, where I worked for fifteen seasons." About Senator Al Franken,
https://www.alfranken.com/about.

adds that "I think we may have our answer this week. I think it might be Laura
Loomer, I'm just saying." That quip also drew both laughter and applause from the
in-person studio audience, perhaps at the very idea of an individual who Maher
earlier described in the same episode as whispering "bullshit" and believing in
"crazy shit" possibly (with "may," "might," and "just saying" indicating the
speculative nature of) having a sexual affair with a then-former (and subsequently
re-elected) President of the United States.

All of these ideas, including the notion that then-former President Donald
Trump "might" be having sexual relations outside of his own marriage to Melania
Trump, were conveyed while Trump was running as the Republican nominee for
President of the United States in the fall of 2024. That timing seems very
important, given the Court's assertion (referenced earlier in Section "a") that
"[d]iscussion of public issues and debate on the qualifications of candidates are
integral to the operation of the system of government established by our
Constitution."[115]

In conclusion, important First Amendment principles and free-speech
theories, along with multiple rulings by the U.S. Supreme Court and other courts
across the country, offer much support for the proposition that the First
Amendment protects harsh commentary about public figures, public officials, and

---

[115] *Buckley v. Valeo*, 424 U.S. 1, 14 (1976).

public matters even when the ideas conveyed may cause offense, be sexually vulgar, hyperbolic, irreverent, comedic, and satiric.

In my opinion, imposing civil liability on Defendants Maher and HBO under these circumstances would violate the most fundamental principles of the First Amendment, and in turn might lead to a chilling effect on other late-night programs and other comic or satiric political commentary more generally about public officials and the public figures who interact with them. That is because a ruling adverse to free expression in one case can send a signal to other performers who (and other television networks that) engage in similar expression that they should pull their verbal punches, keep quiet, and retreat from the realm of political discourse to avoid the risk of liability.

By: _____
      Clay Calvert

Date: May 30, 2025

# CLAY CALVERT — CURRICULUM VITAE

4715 SW 91st Drive, Unit 104
Gainesville, FL 32608
(512) 906-9226
ccalvert@jou.ufl.edu

---

## Academic Employment

**8/09 –12/22**   **University of Florida, Gainesville, FL**

- Professor Emeritus, College of Journalism and Communications, 2023–current
- Professor of Law, Levin College of Law, 2020-2022
- Joseph L. Brechner Eminent Scholar in Mass Comm., College of Journ. & Comm., 2009-2022
- Director, Marion B. Brechner First Amendment Project, 2010–2022
- Southeastern Conference Faculty Achievement Award for the University of Florida, 2022
- University of Florida Academy of Distinguished Teaching Scholars (ADTS), inducted 2021
- University of Florida Teacher/Scholar of the Year, 2020–2021
- University of Florida Research Foundation (UFRF) Professorship, 2017–2020
- University of Florida Term Professorship, 2017–2020
- Anderson Scholars Faculty Honoree, College of Liberal Arts and Sciences, 2019
- Elizabeth Wood Dunlevie Honors Term Professor, UF Honors Program, 2018–19 & 2021–22
- Distinguished Mentor of Undergrad. Res., UF Education Celebration, 2011
- University of Florida Faculty Senate, Senator, Two Terms, 2013–2019

**8/96 – 6/09**   **Pennsylvania State University, University Park, PA**

- John & Ann Curley Professor of First Amendment Studies, 2007–2009
- Professor of Communications & Law, Promoted 2006
- Associate Prof. of Communications & Law, Tenured & Promoted 2001
- Assistant Prof. of Communications & Law, 1996–2001
- Interim Dean, Schreyer Honors College, Sept. 2005–May 2006
- Associate Dean, Schreyer Honors College, Aug. 2002–May 2003
- University-Level Promotion & Tenure Committee, 2008–2009
- Director, First-Year Seminars, College of Comm., 1999–2002
- Co-Director, Pennsylvania Center for the First Amendment, 2000–2009
- Senator, University Faculty Senate, 2000–2004
- Faculty Advisory Committee, Schreyer Honors College, 2000–04, 06–08
- Co-Director, Communications Law Institute, Penn State, 1998
- Winner, 1997 & 2006, Dean's Excellence Award, Research
- Winner, 2001, Dean's Excellence Award, Integrated Scholarship

**University of the Pacific, McGeorge School of Law, Sacramento, CA**

**1/11 – 5/11**   • Visiting Professor, "*Constitutional Law II*" (Spring Semester 2011, Two Sections)
**1/05 – 5/05**   • Adjunct Professor, "*Mass Media Law*" (Spring Semester 2005, One Section)

**9/93 – 6/96**   **Stanford University, Department of Communication, Stanford, CA**

- Instructor & Teaching Assistant

Clay Calvert
May 30, 2025

## Non-Academic Positions

06/23–    **American Enterprise Institute, Washington, D.C.**
• Nonresident Senior Fellow, Technology Policy Studies
• Author of More than 100 AEIdeas Columns on Technology & Free Speech Issues
https://www.aei.org/profile/clay-calvert/

11/24–    **Uniform Law Commission, Chicago, IL**
• Research Director, Constitutionality Committee (assessing First Amendment concerns)

## Education

**Ph.D.**    **Stanford University, Communication**
**1996**    • Dissertation: "*Constitutionalizing Defamatory Meaning in Libel Law.*"
Advisor: Prof. Jeremy Cohen (Pennsylvania State University).
Committee Members:  Prof. Steven H. Chaffee (Stanford), Prof. Theodore L.
Glasser (Stanford), & Prof. Marc A. Franklin (Stanford Law School).

**J.D.**    **McGeorge School of Law, University of the Pacific**
**1991**    • J.D. with Great Distinction; Class Rank: 6 of 217 (Top 3%); Order of the Coif
• Pacific Law Journal, Assistant Editor & Comment Staff Writer

**B.A.**    **Stanford University, Communication**
**1987**    • B.A. with Distinction (Top 20% of Communication majors)

## Scholarly Journal Articles

• Calvert, C. (2023). *Counterman v. Colorado*: Defining True Threats of Violence Under the First Amendment.
Cato Supreme Court Review, 2022–2023, 113–142.
https://www.cato.org/sites/cato.org/files/2023-09/cato-supreme-court-review-6.pdf
https://www.cato.org/supreme-court-review/2022-2023

• Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
First Amendment Speech Cases After *Bruen*.
Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/

• Calvert, C. (2023).  Connecting the Marketplace of Ideas with Democratic Self-Governance and
Active Liberty: Free-Speech Theories and Values Underpinning Justice Breyer's Proportionality
Approach to First Amendment Scrutiny.
First Amendment Law Review (University of North Carolina, Chapel Hill), 21, 333–355.
https://falrunc.files.wordpress.com/2023/08/calvert-piece-1.pdf

• Calvert, C., & Gonzalez, K. (2022). Compelled Student Speech & Contentious Academic Assignments:
Should the First Amendment Right Not to Speak in School Extend Beyond the Pledge of Allegiance
to Ideologically and Politically Charged Classroom Exercises?
University of Louisville Law Review, 61 (1), 55 – 135.
https://img1.wsimg.com/blobby/go/05e8fd6b-a5de-4f26-b65a-ac38591fe866/downloads/02.%20Calvert%20%26%20Gonzalez_Final%20Edit_Formatted.pdf?ver=1670947821569

• Calvert, C. (2022). First Amendment Battles Over Anti-Deplatforming Statutes: Examining
*Miami Herald Publishing Co. v. Tornillo's* Relevance for Today's Online Social Media Platform Cases.
New York University Law Review Online, 97 (1), 1 – 17.
https://www.nyulawreview.org/online-features/first-amendment-battles-over-anti-deplatforming-statutes-examining-miami-herald-publishing-co-v-tornillos-relevance-for-todays-online-social-media-platform-cases/
https://www.nyulawreview.org/wp-content/uploads/2022/04/Calvert-fin.pdf

Clay Calvert
May 30, 2025

• Calvert, C. (2022). Expert Testimony by Public University Faculty: Exposing Doctrinal Deficiencies of
    Academic Freedom as a Legal Right and Proposing a Solution Within the Public-Employee
    Speech Doctrine.
    University of Miami Law Review, 76 (3), 742 – 760.
    https://repository.law.miami.edu/umlr/vol76/iss3/4/
    https://repository.law.miami.edu/cgi/viewcontent.cgi?article=4679&context=umlr

• Calvert, C. (2022). Taking the Fight Out of Fighting Words on the Doctrine's Eightieth Anniversary:
    What "N" Word Litigation Today Reveals About Assumptions, Flaws and Goals of a
    First Amendment Principle in Disarray.
    Missouri Law Review, 87 (2), 493 – 464.
    https://scholarship.law.missouri.edu/mlr/vol87/iss2/7/
    https://scholarship.law.missouri.edu/cgi/viewcontent.cgi?article=4551&context=mlr

• Calvert, C. (2022). Anti-Censorship Rhetoric v. First Amendment Realities: The Fight Over
    Florida's Anti-Deplatforming Statute and Some Thoughts About Speaker Autonomy,
    Compelled Expression and Access Mandates in Online Fora.
    First Amendment Law Review (University of North Carolina, Chapel Hill), 20 (3), 385–417.
    https://falrunc.files.wordpress.com/2022/08/3-calvert-for-publication.pdf

• Calvert, C. (2021). Weaponizing Proof of Harm in First Amendment Cases: When Scientific Evidence
    and Deference to the Views of Professional Associations Collide in the Battle Against
    Conversion Therapy.
    Michigan State Law Review, 2021, 765 – 810.
    https://commons.msu.edu/deposits/item/hc:47865/
    https://doi.org/10.17613/asm9-h511

• Calvert, C. (2021). Scrutiny-Determination Avoidance in First Amendment Cases:
    Laudable Minimalism or Condemnable Evasion?
    Nevada Law Journal, 22 (1), 1 – 49.
    https://scholars.law.unlv.edu/cgi/viewcontent.cgi?article=1867&context=nlj

• Calvert, C. (2021). The Power of Public Concern and First Amendment Values:
    Insulating Speech in Sports and Entertainment from Tort Liability for Others' Actions.
    Virginia Sports & Entertainment Law Journal, 20 (1), 1 – 24.
    https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4058452

• Calvert, C. (2021). Curing the First Amendment Scrutiny Muddle Through a Breyer-Based Blend Up?
    Toward a Less Categorial, More Values-Oriented Approach for Selecting Standards of Judicial Review.
    Washington University Journal of Law & Policy, 65, 1 – 17.
    https://openscholarship.wustl.edu/law_journal_law_policy/vol65/iss1/7/

• Calvert, C. (2020). Privileging Opinion, Denigrating Discourse: How the Law of Defamation
    Incentivizes News Talk-Show Hyperbole.
    Pepperdine Law Review, 2020, 51–70.
    https://digitalcommons.pepperdine.edu/cgi/viewcontent.cgi?article=2565&context=plr

• Calvert, C. (2020). Rescinding Admission Offers in Higher Education: The Clash Between Free Speech
    and Institutional Academic Freedom When Prospective Students' Racist Posts Are Exposed.
    UCLA Law Review Discourse, 68, 282 – 300.
    https://www.uclalawreview.org/rescinding-admission-offers-in-higher-education-the-clash-between-free-speech-and-institutional-academic-freedom-when-prospective-students-racist-posts-are-exposed/
    https://www.uclalawreview.org/wp-content/uploads/securepdfs/2020/10/Vol-68-Calvert.pdf

• Calvert, C. (2020). Escaping Doctrinal Lockboxes in First Amendment Jurisprudence:
    Workarounds for Strict Scrutiny for Low-Value Speech in the Face of Stevens and Reed.
    SMU Law Review, 73 (4), 727 – 778.
    https://scholar.smu.edu/smulr/vol73/iss4/2/

• Calvert, C. (2020). Selecting Scrutiny in Compelled-Speech Cases Involving Non-Commercial Expression:
    The Formulaic Landscape of a Strict-Scrutiny World After Becerra and Janus, and a First Amendment
    Interests-and-Values Alternative.
    Fordham Intellectual Property, Media & Entertainment Law Journal, 31 (1), 1 – 117.
    https://ir.lawnet.fordham.edu/iplj/vol31/iss1/1/

Clay Calvert
May 30, 2025

- Calvert, C. (2020). The State of Research on Communication and First Amendment Law in
  Traditional Law Journals: An Evaluative and Instructional Take.
  Communication Law & Policy, 25 (3), 267 – 291.

- Calvert, C. (2020). The First Amendment and Speech Urging Suicide: Lessons from the Case of
  Michelle Carter and the Need to Expand *Brandenburg's* Application.
  Tulane Law Review, 94 (1), 79 – 97.
  https://www.tulanelawreview.org/pub/volume94/issue1/thefirstamendmentandspeechurgingsuicide

- Calvert, C. (2020). Troll Storms and Tort Liability for Speech Urging Action by Others:
  A First Amendment Analysis and an Initial Step Toward a Federal Rule.
  Washington University Law Review, 97 (4), 1303 – 32.
  https://wustllawreview.org/volumes/97/issues/4/articles/7/

- Calvert, C. (2020). Dissent, Disagreement and Doctrinal Disarray: Free Expression and
  the Roberts Court in 2020.
  William & Mary Bill of Rights Journal, 28 (4), 865 – 917.
  https://scholarship.law.wm.edu/wmborj/vol28/iss4/2/

- Calvert, C., & Hampton, A. (2020). Raising First Amendment Red Flags About Red Flag Laws:
  Safety, Speech and the Second Amendment.
  George Mason University Civil Rights Law Journal, 30 (3), 351 – 369.
  https://crljdotorg.files.wordpress.com/2021/04/qmc305_crop.pdf

- Calvert, C., McNeff, S., Vining, A., & Zarate, S. (2019). Fake News and the First Amendment:
  Reconciling a Disconnect Between Theory and Doctrine.
  In Medias Res: A Journal on Press Freedom and the Rules of the Public Sphere, 2, 274 – 309.
  [Hungarian journal; article originally published in University of Cincinnati Law Review]

- Calvert, C. (2019). Wither *Zauderer*, Blossom Heightened Scrutiny? How the Supreme Court's
  2018 Rulings in *Becerra* and *Janus* Exacerbate Problems with Compelled-Speech Jurisprudence.
  Washington and Lee Law Review, 76 (4), 1395 – 1441.
  https://scholarlycommons.law.wlu.edu/wlulr/vol76/iss4/3/

- Calvert, C. (2019). Testing the First Amendment Validity of Laws Banning Sexual Orientation
  Change Efforts on Minors: What Level of Scrutiny Applies After *Becerra* and
  Does a Proportionality Approach Provide a Solution?
  Pepperdine Law Review, 47 (1), 1 – 44.
  https://digitalcommons.pepperdine.edu/plr/vol47/iss1/1/

- Calvert, C. (2019). *Iancu v. Brunetti's* Impact on First Amendment Law: Viewpoint Discrimination,
  Modes of Offensive Expression, Proportionality and Profanity.
  Columbia Journal of Law & the Arts, 43 (1), 37 – 84.
  https://journals.library.columbia.edu/index.php/lawandarts/article/view/4125

- Calvert, C. (2019). Contextual Cues to Meaning in Communications Law and First Amendment
  Jurisprudence: True Threats and Beyond.
  Journalism and Communication Monographs, 21 (3), 259 – 263.
  https://journals.sagepub.com/doi/pdf/10.1177/1522637919859597

- Calvert, C. (2019). Certifying Questions in First Amendment Cases: Free Speech, Statutory Ambiguity
  and Definitive Interpretations.
  Boston College Law Review, 60 (5), 1349 – 1377.
  https://lawdigitalcommons.bc.edu/bclr/vol60/iss5/3/

- Calvert, C. (2019). Merging Offensive Speech Cases with Viewpoint-Discrimination Principles:
  The Immediate Impact of *Matal v. Tam* on Two Strands of First Amendment Jurisprudence.
  William & Mary Bill of Rights Journal, 27 (3), 829 – 842.
  https://scholarship.law.wm.edu/wmborj/vol27/iss3/9/

- Calvert, C. (2019). Is Everything a Full-Blown First Amendment Case After *Becerra* and *Janus*?
  Sorting Out Standards of Scrutiny and Untangling "Speech as Speech" Cases From Disputes
  Incidentally Affecting Expression.
  Michigan State Law Review, 2019, 73 – 138.
  https://digitalcommons.law.msu.edu/lr/vol2019/iss1/3/

Clay Calvert
May 30, 2025

- Calvert, C. (2019). The FCC and Profane Language: The Lugubrious Legacy of a Moral Panic and A Grossly Offensive Definition that Must be Jettisoned. <u>First Amendment Law Review (University of North Carolina, Chapel Hill), 17</u>, 147 – 185.
  https://falrunc.files.wordpress.com/2019/03/symposium-issue-vol.-17-2019-1.pdf

- Calvert, C. (2019). First Amendment Envelope Pushers: Revisiting the Incitement-to-Violence Test with Messrs. Brandenburg, Trump & Spencer. <u>Connecticut Law Review, 51</u> (1), 117 – 154.
  https://tinyurl.com/r7tp42g

- LoMonte, F., & Calvert, C. (2018). The Open-Mic, Unplugged: Challenges to Viewpoint-Based Constraints on Public-Comment Periods. <u>Case Western Reserve Law Review, 69</u> (1), 19 – 63.
  https://scholarlycommons.law.case.edu/caselrev/vol69/iss1/4/

- Calvert, C. (2018 – 2019). The First Amendment, Compelled Speech & Minors: Jettisoning the FCC Mandate for Children's Television Programming. <u>Kentucky Law Journal, 107</u> (1), 35 – 59.
  https://uknowledge.uky.edu/klj/vol107/iss1/3/
  https://uknowledge.uky.edu/cgi/viewcontent.cgi?article=5441&context=klj

- Calvert, C., Hampton, A.T., & Vining, A. (2018). Defamation Per Se and Transgender Status: When Macro-Level Value Judgments About Equality Trump Micro-Level Reputational Injury. <u>Tennessee Law Review, 85</u>, 1029 – 1072.
  https://tennesseelawreviewdotcom.files.wordpress.com/2019/03/7-calvert-macros-v5.pdf

- Calvert, C. (2018). College Campuses as First Amendment Combat Zones and Free-Speech Theatres of the Absurd: The High Price of Protecting Extremist Speakers for Shouting Matches and Insults. <u>First Amendment Law Review (University of North Carolina, Chapel Hill), 16</u>, 454 – 465.
  https://falrunc.files.wordpress.com/2018/05/falr-volume-16-spring-issue.pdf

- Calvert, C. (2018). Reconsidering Incitement, *Tinker* and the Heckler's Veto on College Campuses: Richard Spencer and the Charlottesville Factor. <u>Northwestern University Law Review Online, 112</u>, 109 – 132.
  http://www.northwesternlawreview.org/online/reconsidering-incitement-tinker-and-heckler's-veto-college-campuses-richard-spencer-and
  https://scholarlycommons.law.northwestern.edu/cgi/viewcontent.cgi?article=1254&context=nulr_online&preview_mode=1&z=1516859046

- Calvert, C. (2018). Beyond Headlines & Holdings: Exploring Some Less Obvious Ramifications of the Supreme Court's 2017 Free-Speech Rulings. <u>William & Mary Bill of Rights Journal, 26</u> (4), 899 – 937.
  http://scholarship.law.wm.edu/cgi/viewcontent.cgi?article=1856&context=wmborj

- Calvert, C., & Vining, A. (2018). Filtering Fake News Through a Lens of Supreme Court Observations and Adages. <u>First Amendment Law Review (University of North Carolina, Chapel Hill), 16</u>, 153 – 177.
  https://www.jou.ufl.edu/wp-content/uploads/2018/03/CalvertandVining_Final.pdf
  https://falrunc.files.wordpress.com/2018/03/falr-volume-16-symposium-issue3.pdf

- Calvert, C. (2018). Gag Clauses and the Right to Gripe: The Consumer Review Fairness Act of 2016 & State Efforts to Protect Online Reviews from Contractual Censorship. <u>Widener Law Review, 24</u> (2), 203 – 234.
  http://widenerlawreview.org/files/2008/10/Calvert_FINAL.pdf

- Calvert, C. (2017). Beyond Trademarks and Offense: *Tam* and the Justices' Evolution on Free Speech. <u>Cato Supreme Court Review, 2017</u>, 25 – 58.
  https://object.cato.org/sites/cato.org/files/serials/files/supreme-court-review/2017/9/2017-supreme-court-review-1.pdf

- Calvert, C. (2017). Professional Standards and the First Amendment in Higher Education: When Institutional Academic Freedom Collides with Student Speech Rights. <u>St. John's Law Review, 91</u> (3), 611 – 662.
  https://scholarship.law.stjohns.edu/lawreview/vol91/iss3/3/

Clay Calvert
May 30, 2025

- Calvert, C., McNeff, S., Vining, A., & Zarate, S. (2018). Fake News and the First Amendment: Reconciling a Disconnect Between Theory and Doctrine. University of Cincinnati Law Review, 86 (1), 99 – 138.
  https://scholarship.law.uc.edu/uclr/vol86/iss1/3/

- Calvert, C. (2017). The Government Speech Doctrine in *Walker's* Wake: Early Rifts and Reverberations on Free Speech, Viewpoint Discrimination and Offensive Expression. William & Mary Bill of Rights Journal, 25 (4), 1239 – 1299.
  http://scholarship.law.wm.edu/wmborj/vol25/iss4/3/

- Calvert, C., & Minchin, M. (2017). Can the Undue Burden Standard Add Clarity and Rigor to Intermediate Scrutiny in First Amendment Jurisprudence?: A Proposal Cutting Across Constitutional Domains for Time, Place & Manner Regulations. Oklahoma Law Review, 69 (4), 623 – 662.
  http://digitalcommons.law.ou.edu/olr/vol69/iss4/2/

- Calvert, C., Vining, A., & Zarate, S. (2017). Reining in Internet-Age Expansion of Exemption 7(C): Towards a Tort Law Approach for Ferreting Out Legitimate Privacy Concerns and Unwarranted Intrusions Under FOIA. SMU Law Review, 70 (2), 255 – 292.
  http://scholar.smu.edu/smulr/vol70/iss2/3/

- Calvert, C. (2017). Legislating the First Amendment: A Trio of Recommendations for Lawmakers Targeting Free Expression. Cardozo Arts & Entertainment Law Journal, 35 (2), 279 – 302.
  https://scholarship.law.ufl.edu/facultypub/964/

- Calvert, C. (2017). Fake News, Free Speech & the Third-Person Effect: I'm No Fool, But Others Are. Wake Forest Law Review Online, 7, 12.
  http://wakeforestlawreview.com/2017/02/fake-news-free-speech-the-third-person-effect-im-no-fool-but-others-are

- Calvert, C. (2017). Intentional Infliction of Emotional Distress & the Hulk Hogan Sex Tape: Examining a Forgotten Cause of Action in *Bollea v. Gawker Media*, the Gap It Reveals in IIED's Constitutionalization, and a Path Forward for Revenge Porn Victims. New England Law Review: On Remand, 51 (1), 1 – 26 (2017), available at:
  https://scholarship.law.ufl.edu/cgi/viewcontent.cgi?article=1938&context=facultypub

- Calvert, C., Minchin, M., Billaud, K., Bruckenstein, K., & Phillips, T. (2017). Indecency Four Years After *Fox Television Stations*: From Big Papi to a Porn Star, an Egregious Mess at the FCC Continues. University of Richmond Law Review, 51 (2), 329 – 369.
  http://lawreview.richmond.edu/files/2017/02/Calvert-512.pdf

- Calvert, C., Shumate, R., McNeff, S.A., & Waters, S. (2017). Speech v. Conduct, Surcharges v. Discounts: Testing the Limits of the First Amendment and Statutory Construction in the Growing Credit Card Quagmire. N.Y.U. Journal of Legislation and Public Policy, 20 (1), 149 – 189.
  https://nyujlpp.org/wp-content/uploads/2019/11/Calvert-Testing-the-Limits-of-the-First-Amendment-and-Statutory-Construction-in-the-Growing-Credit-Card-Quagmire-20nyujlpp149.pdf

- Calvert, C. (2017). Counterspeech, Cosby and Libel Law: Some Lessons About "Pure Opinion" & Resuscitating the Self-Defense Privilege. University of Florida Law Review, 69 (1), 151 – 179.
  http://www.floridalawreview.com/wp-content/uploads/Calvert.pdf

- Calvert, C. (2016). The Right to Record Images of Police in Public Places: Should Intent, Viewpoint or Journalistic Status Determine First Amendment Protection? UCLA Law Review Discourse, 64, 230 – 253.
  http://www.uclalawreview.org/wp-content/uploads/2016/07/Calvert-D64.pdf

- Bunker, M.D., & Calvert, C. (2016). Video Games and the Right of Publicity: The Courts Drop the Ball. Journalism & Mass Communication Quarterly, 93 (3), 627 – 643.

6

Clay Calvert
May 30, 2025

- Calvert, C. (2016). Underinclusivity and the First Amendment: The Legislative Right to
  Nibble at Problems After *Williams-Yulee*.
  Arizona State Law Journal, 48 (3), 525 – 577.
  http://arizonastatelawjournal.org/wp-content/uploads/2017/01/Calvert_Final.pdf

- Bunker, M.D., & Calvert, C. (2016). Copyright in Inanimate Characters: The Disturbing Proliferation
  of Microworks and the Negative Effects on Copyright and Free Expression.
  Communication Law and Policy, 21 (3), 281 – 300.

- Calvert, C., & Bunker, M.D. (2016). Fissures, Fractures & Doctrinal Drifts: Paying the Price in
  First Amendment Jurisprudence for a Half-Decade of Avoidance, Minimalism & Partisanship.
  William & Mary Bill of Rights Journal, 24 (4), 943 – 994.
  http://scholarship.law.wm.edu/wmborj/vol24/iss4/2/

- Calvert, C., Tobin, C.D., & Bunker, M.D. (2016).  Newsgathering Takes Flight in Choppy Skies:
  Legal Obstacles Affecting Journalistic Drone Use.
  Fordham Intellectual Property, Media & Entertainment Law Journal, 26 (3), 535 – 571.
  http://ir.lawnet.fordham.edu/iplj/vol26/iss3/1/

- Calvert, C. (2016). Protecting the Public from Itself: Paternalism and Irony in Defining Newsworthiness.
  New England Law Review, 50 (2), 165 – 190.
  https://newenglrev.com/volume-50/calvert-protecting-the-public-from-itself-paternalism-and-irony-in-defining-newsworthiness/

- Bunker, M.D., & Calvert, C. (2016). "Defamation Live": The Confusing Legal Landscape of
  Republication in Live Broadcasting and a Call for a "Breaking News Doctrine."
  Columbia Journal of Law & the Arts, 39 (4), 497 – 512.
  https://journals.cdrs.columbia.edu/wp-content/uploads/sites/14/2016/06/2-39.4-Calvert.pdf

- Calvert, C. (2016).  Difficulties and Dilemmas Regarding Defamatory Meaning in Ethnic
  Micro-Communities: Accusations of Communism, Then and Now.
  University of Louisville Law Review, 54 (1), 1 – 34.

- Calvert, C. (2015). The First Amendment Right to Record Images of Police in Public Places:
  The Unreasonable Slipperiness of Reasonableness & Possible Paths Forward.
  Texas A&M Law Review, 3 (1), 131 – 178.
  http://scholarship.law.tamu.edu/cgi/viewcontent.cgi?article=1066&context=lawreview

- Calvert, C., Morehart, E., Billaud, K., & Bruckenstein, K. (2015).
  Access to Information About Lethal Injections: A First Amendment Theory Perspective on
  Creating a New Constitutional Right.
  Hastings Communications & Entertainment Law Journal, 38 (1), 1 – 38.
  https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol38/iss1/1/

- Calvert, C. (2015). Content-Based Confusion and Panhandling: Muddling a Weathered
  First Amendment Doctrine Takes Its Toll on Society's Less Fortunate.
  Richmond Journal of Law and the Public Interest, 18 (3), 249 – 289.
  http://scholarship.richmond.edu/jolpi/vol18/iss3/3/

- Calvert, C. (2015). Legal Lessons in On-Stage Character Development:
  Comedians, Characters, Cable Guys & Copyright Convolutions.
  Berkeley Journal of Entertainment and Sports Law, 4 (1), 12 – 37.
  http://scholarship.law.berkeley.edu/bjesl/vol4/iss1/2/

- Calvert, C., & Bunker, M.D. (2015). Know Your Audience:  Risky Speech at the Intersection of
  Meaning and Value in First Amendment Jurisprudence.
  Loyola of Los Angeles Entertainment Law Review, 35 (2), 141 – 210.
  https://digitalcommons.lmu.edu/elr/vol25/iss1/6/

- Calvert, C. (2014). Public Concern and Outrageous Speech: Testing the Inconstant Boundaries of IIED
  and the First Amendment Three Years After *Snyder v. Phelps*.
  University of Pennsylvania Journal of Constitutional Law, 17 (2), 437 – 478.
  https://scholarship.law.upenn.edu/jcl/vol17/iss2/3/

Clay Calvert
May 30, 2025

• Calvert, C., Morehart, E., & Papadelias, S. (2014). Rap Music and the True Threats Quagmire:
When Does One Man's Lyric Become Another's Crime?
Columbia Journal of Law & the Arts, 38 (1), 1 – 27.
https://academiccommons.columbia.edu/doi/10.7916/D889153D

• Calvert, C., Minchin, M., & Morehart, E. (2014). Gruesome Images, Shocking Speech and
Harm to Minors: Judicial Pushback Against the First Amendment After *Brown v.
Entertainment Merchants Association?*
Virginia Sports & Entertainment Law Journal, 13 (2), 127 – 166.

• Calvert, C., Axelrod, D., Papadelias, S., & Riedemann, L. (2014). Bag Men and the Ghost
of Richard Jewell: Some Legal and Ethical Lessons About Implied Defamation,
Headlines and Reporting on Breaking Criminal Activity From *Barhoum v. NYP Holdings*.
Hastings Communications & Entertainment Law Journal, 36 (2), 407 – 449.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol36/iss2/6/

• Calvert, C. (2014). The Future of the Press and Privacy.
Communication Law and Policy, 19 (1), 119 – 128.

• Calvert, C. (2014). Revenge Porn and Freedom of Expression: Legislative Pushback to an
Online Weapon of Emotional and Reputational Destruction.
Fordham Intellectual Property, Media and Entertainment Law Journal, 24 (3), 673 – 702.
https://ir.lawnet.fordham.edu/iplj/vol24/iss3/2/

• Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
Wake Forest Law Review, 49 (1), 47 – 86.

• Calvert, C., Carnley, K., Link, B., & Riedemann, L. (2014). Conversion Therapy and Free Speech:
A Doctrinal and Theoretical First Amendment Analysis.
William & Mary Journal of Women and the Law, 20 (3), 525 – 571.
https://scholarship.law.wm.edu/wmjowl/vol20/iss3/2/

• Bunker, M.D., & Calvert, C. (2014). The Jurisprudence of Transformation: Intellectual Incoherence
and Doctrinal Murkiness Twenty Years After *Campbell v. Acuff-Rose Music*.
Duke Law and Technology Review, 12 (1), 92 – 128.
http://scholarship.law.duke.edu/cgi/viewcontent.cgi?article=1248&context=dltr

• Calvert, C. (2013). Tort Transformation in the Cultural Quicksand of Language and Values.
Litigation, 39 (2), 30 – 36. [Journal of the Section of Litigation of the American Bar Association]

• Calvert, C., Axelrod, D., Hayes, J.B., & Minchin, M. (2013). Physicians, Firearms & Free Expression:
Reconciling First Amendment Theory with Doctrinal Analysis Regarding the Right to Pose
Questions to Patients.
First Amendment Law Review (University of North Carolina, Chapel Hill), 12, 1 – 64.

• Calvert, C., & Bunker, M.D. (2013). An "Actual Problem" in First Amendment Jurisprudence?
Examining the Immediate Impact of *Brown's* Proof-of-Causation Doctrine on Free Speech and
Its Compatibility with the Marketplace Theory.
Hastings Communications & Entertainment Law Journal, 35 (3), 391 – 428.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol35/iss3/2/

• Bunker, M.D., & Calvert, C. (2013). Could Wild Horses Drag Access Away from Courtrooms?
Expanding First Amendment Rights to New Pastures. Comm. Law and Policy, 18 (3), 247 – 264.

• Calvert, C. (2013). Fringes of Free Expression: Testing the Meaning of "Speech" Amid
Shifting Mores and Changing Technologies.
Southern California Interdisciplinary Law Journal, 22 (3), 545 – 590.
https://gould.usc.edu/why/students/orgs/ilj/assets/docs/6%20-%20Calvert.pdf

• Calvert, C. (2013). A Familial Privacy Right Over Death Images: Critiquing the Internet-Propelled
Emergence of a Nascent Constitutional Right that Preserves Happy Memories and Emotions.
Hastings Constitutional Law Quarterly, 40 (3), 475 – 523.
https://repository.uchastings.edu/hastings_constitutional_law_quaterly/vol40/iss3/1/

Clay Calvert
May 30, 2025

• Calvert, C. (2012). Mixed Messages, Muddled Meanings, Drunk Dicks & Boobies Bracelets:
    Sexually Suggestive Student Speech and the Need to Overrule or Radically Refashion *Fraser*.
    <u>Denver University Law Review, 90</u> (1), 131 – 173.
    https://static1.squarespace.com/static/5cb79f7efd6793296c0eb738/t/5cb7a01a02d7bcc7a18637be/1363019293217/Issue1_Calvert_FINAL_ToDarby_020913.pdf

• Calvert, C., & Hayes, J. (2012). To Defer or Not to Defer? Deference and Its Differential Impact
    on First Amendment Rights in the Roberts Court.
    <u>Case Western Reserve Law Review, 63</u> (1), 13 – 55.
    http://law.case.edu/journals/LawReview/Documents/63CaseWResLRev1.2.Article.Calvert.pdf

• Calvert, C., Bunker, M.D., & Bissell, K. (2012). Social Science, Media Effects & the Supreme Court:
    Is Communication Research Relevant After *Brown v. Entertainment Merchants Association?*
    <u>UCLA Entertainment Law Review, 19</u> (2), 293 – 328.
    https://escholarship.org/uc/item/44f321wq

• Calvert, C. (2012). Past Bad Speakers, Performance Bonds & Unfree Speech:
    Lawfully Incentivizing "Good" Speech or Unlawfully Intruding on the First Amendment?
    <u>Harvard Journal of Sports & Entertainment Law, 3</u> (2), 245 – 276.
    http://harvardjsel.com/wp-content/uploads/2012/07/Calvert.pdf

• Calvert, C., & Bunker, M.D. (2012). Framing a Semantic Hot-News Quagmire in *Barclays Capital v.
    Theflyonthewall.Com*: Of Missed Opportunities & Unresolved First Amendment Issues."
    <u>Virginia Journal of Law & Technology, 17</u> (1), 50 – 74.
    http://www.vjolt.net/vol17/issue1/v17i1_50-Calvert.pdf

• Calvert, C., & Murrhee, K.C. (2012). Big Censorship in the Big House a Quarter-Century After
    *Turner v. Safley*: Muting Movies, Music & Books Behind Bars.
    <u>Northwestern Journal of Law and Social Policy, 7</u> (2), 257 – 300.
    http://scholarlycommons.law.northwestern.edu/njlsp/vol7/iss2/2

• Calvert, C. (2012). Defining "Public Concern" After *Snyder v. Phelps*:
    A Pliable Standard Mingles With News Media Complicity.
    <u>Villanova Sports and Entertainment Law Journal, 19</u> (1), 39 – 71.
    https://digitalcommons.law.villanova.edu/mslj/vol19/iss1/2/

• Calvert, C. (2012). Of Burning Houses and Roasting Pigs: Why *Butler v. Michigan*
    Remains a Key Free-Speech Victory More Than a Half-Century Later.
    <u>Federal Communications Law Journal, 64</u> (2), 247 – 274.
    https://www.repository.law.indiana.edu/fclj/vol64/iss2/2/

• Richards, R.D., & Calvert, C. (2012). Adult Websites and the Top-Level Domain Debate:
    ICANN's Adoption of .XXX Draws Adult-Industry Ire.
    <u>Cardozo Arts & Entertainment Law Journal, 29</u> (3), 527 – 563.
    https://cardozoaelj.com/wp-content/uploads/Journal%20Issues/Volume%2029/Issue%203/Richards_Calvert%20Final.pdf

• Calvert, C. (2011). Justice Samuel A. Alito's Lonely War Against Abhorrent, Low-Value Expression:
    A Malleable First Amendment Philosophy Privileging Subjective Notions of Morality and Merit.
    <u>Hofstra Law Review, 40</u>, 115 – 175.
    https://scholarlycommons.law.hofstra.edu/cgi/viewcontent.cgi?article=2655&context=hlr

• Calvert, C. (2011). Too Narrow of a Holding? How – and Perhaps Why –
    Chief Justice John Roberts Turned *Snyder v. Phelps* into an Easy Case.
    <u>Oklahoma Law Review, 64</u>, 111 – 134.
    https://digitalcommons.law.ou.edu/olr/vol64/iss2/1/

• Calvert, C. (2011). Revisiting the Right to Offend Forty Years After *Cohen v. California*:
    One Case's Legacy on First Amendment Jurisprudence.
    <u>First Amendment Law Review</u> (University of North Carolina, Chapel Hill), <u>10</u> (1), 1 – 56.
    https://scholarship.law.unc.edu/falr/vol10/iss1/2/
    https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1137&context=falr

• Bunker, M.D., Calvert, C., & Nevin, W.C. (2011). Strict in Theory, But Feeble in Fact?
    First Amendment Strict Scrutiny and the Protection of Speech.
    <u>Communication Law and Policy, 16</u> (4), 349 – 381.

Clay Calvert
May 30, 2025

- Calvert, C., & Torres, M. (2011). Staring Death in the Face During Times of War:
  When Ethics, Law and Self-Censorship in the News Media Hide the Morbidity of Authenticity.
  Notre Dame Journal of Law, Ethics & Public Policy, 25 (1), 87 – 121.
  https://scholarship.law.nd.edu/ndjlepp/vol25/iss1/4/

- Calvert, C., & Torres, M. (2011). Putting the Shock Value in First Amendment Jurisprudence: When
  Freedom for the Citizen-Journalist Watchdog Trumps the Right of Informational Privacy on the
  Internet.  Vanderbilt Journal of Entertainment & Technology Law, 13 (2), 323 – 355.
  https://scholarship.law.vanderbilt.edu/jetlaw/vol13/iss2/2/

- Calvert, C., & Richards, R.D. (2011). The Parents Television Council Uncensored: An Inside Look at the
  Watchdog of the Public Airwaves and the War on Indecency with Its President, Tim Winter.
  Hastings Communications & Entertainment Law Journal, 33 (3), 293 – 340.
  https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol33/iss3/1/

- Calvert, C. (2010). Fighting Words in the Era of Texts, IMs and E-Mails:
  Can a Disparaged Doctrine be Resuscitated to Punish Cyber Bullies?
  DePaul Journal of Art, Technology & Intellectual Property Law, 21 (1), 1 – 48.
  https://via.library.depaul.edu/jatip/vol21/iss1/2/

- Calvert, C., & Rich, R. (2010). Low-Value Expression, Offensive Speech and the Qualified
  First Amendment Right to Lie: From Crush Videos to Fabrications About Military Medals.
  University of Toledo Law Review, 42 (1), 1 – 36.

- Calvert, C., et al. (2010). Playing Legislative Catch-Up in 2010 with a Growing, High-Tech
  Phenomenon: Evolving Statutory Approaches for Addressing Teen Sexting.
  Pittsburgh Journal of Technology Law & Policy, 11 (1), 1 – 60.
  http://tlp.law.pitt.edu/ojs/index.php/tlp/article/view/58

- Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First Amendment and
  Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age?
  CommLaw Conspectus: Journal of Communications Law & Policy, 19 (1), 123 – 147.
  https://scholarship.law.edu/commlaw/vol19/iss1/5/

- Calvert, C., & Richards, R.D. (2010). From Falwell to Obama and Everyone (and Everything)
  in Between: Larry Flynt Unfiltered in Chapel Hill.
  First Amendment Law Review (University of North Carolina, Chapel Hill), 9, 22 – 55.
  https://scholarship.law.unc.edu/falr/vol9/iss1/3/
  https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1126&context=falr

- Richards, R.D., & Calvert, C. (2010). Prosecuting Obscenity Cases: An Interview with Mary Beth
  Buchanan. First Amendment Law Review (University of North Carolina, Chapel Hill), 9, 56 – 97.
  https://scholarship.law.unc.edu/falr/vol9/iss1/4/
  https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1128&context=falr

- Calvert, C. (2010). Dying for Privacy: Pitting Public Access Against Familial Interests in the
  Internet Era. Northwestern University Law Review Colloquy, 105, 18 – 30.
  http://www.law.northwestern.edu/lawreview/colloquy/2010/19/LRColl2010n19Calvert.pdf

- Calvert, C. (2010). Salvaging Privacy & Tranquility from the Wreckage: Images of Death,
  Emotions of Distress & Remedies of Tort in The Age of the Internet.
  Michigan State Law Review, 2010 (2), 311 – 340.

- Calvert, C., et al. (2010). Playing Politics or Protecting Children?  Congressional Action &
  A First Amendment Analysis of the Family Smoking Prevention and Tobacco Control Act.
  Notre Dame Journal of Legislation, 36 (2), 201-248.
  https://scholarship.law.nd.edu/jleg/vol36/iss2/1/

- Calvert, C. (2010). Every Picture Tells a Story, Don't It?  Wrestling With the Complex
  Relationship Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
  Columbia Journal of Law and the Arts, 32 (3), 349-375.

Clay Calvert
May 30, 2025

• Calvert, C., et al. (2010).  Judicial Erosion of Protection for Defendants in Obscenity Prosecutions?
When Courts Say, Literally, Enough is Enough and When Internet Availability Doesn't
Mean Acceptance. Harvard Journal of Sports and Entertainment Law, 1 (1), 7-37.
https://harvardjsel.com/wp-content/uploads/sites/9/2010/04/JSEL-Calvert.pdf

• Calvert, C., & Bunker, M. (2010). Free Speech, Fleeting Expletives & the Causation Quagmire:
Was Justice Scalia Wrong in Fox Television Stations? San Diego Law Review, 47, 737 – 777.
https://digital.sandiego.edu/sdlr/vol47/iss3/6/

• Calvert, C. (2010). The End of Forum Shopping in Internet Obscenity Cases?  The Ramifications
of the Ninth Circuit's Groundbreaking Understanding of Community Standards in Cyberspace.
Nebraska Law Review, 89 (1), 47-86.
https://digitalcommons.unl.edu/nlr/vol89/iss1/2/

• Calvert, C. (2010). Democracy & The Discourse of Distrust: Explicating the Hypocrisy Exposition
Value in First Amendment Jurisprudence. Thomas Jefferson Law Review, 32 (2), 177-221.

• Calvert, C. (2009-10). Freeway Porn & the Signs of Sin: Sex, Cigarettes and Censorship of Billboards.
Loyola of Los Angeles Entertainment Law Review, 30 (2), 215-261.
https://digitalcommons.lmu.edu/elr/vol30/iss2/1/

• Calvert, C., et al. (2009). David Doe v. Goliath, Inc.: Judicial Ferment in 2009 for Business Plaintiffs
Seeking the Identities of Anonymous Online Speakers. John Marshall Law Review, 43 (1), 1-49.
https://repository.law.uic.edu/lawreview/vol43/iss1/2/

• Calvert, C. (2009).  Personalizing First Amendment Jurisprudence: Shifting Audiences & Imagined
Communities to Determine Message Protection in Obscenity, Fighting Words and Defamation.
University of Florida Journal of Law & Public Policy, 20 (3), 439-477.

• Calvert, C. (2009).  Qualified Immunity and the Trials and Tribulations of Online Student Speech:
A Review of Cases and Controversies From 2009.
First Amendment Law Review (University of North Carolina, Chapel Hill), 8, 86-108.
https://scholarship.law.unc.edu/falr/vol8/iss1/3/
https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1095&context=falr

• Calvert, C. et al. (2009).  All the News That's Fit to Own: Hot News on the Internet &
the Commodification of Digital Culture.
Wake Forest Intellectual Property Law Journal, 10 (1), 1-29.
http://ipjournal.law.wfu.edu/files/2010/07/article.10.1.pdf

• Richards, R.D., & Calvert, C. (2009).  When Sex and Cell Phones Collide:
Inside the Prosecution of a Teen Sexting Case.
Hastings Communications & Entertainment Law Journal, 32 (1), 1-39.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol32/iss1/1/

• Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
Child Pornographers and the Lolita Effect Undermines the Law.
CommLaw Conspectus: Journal of Communications Law and Policy, 18 (1), 1-65.
https://scholarship.law.edu/commlaw/vol18/iss1/3/

• Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
American University Law Review, 58, 1167-1191.
https://www.wcl.american.edu/journal/lawrev/58/calvert.pdf?rd=1

• Bunker, M.D., & Calvert, C. (2010). Contrasting Concurrences of Clarence Thomas:
Deploying Originalism and Paternalism in Commercial and Student Speech Cases.
Georgia State University Law Review, 26 (2), 321-359.
https://readingroom.law.gsu.edu/gsulr/vol26/iss2/3/

• Calvert, C. (2009). Bailing Out the Print Newspaper Industry:  A Not-So-Joking Public Policy &
First Amendment Analysis.  McGeorge Law Review, 40 (3), 661-686.
https://scholarlycommons.pacific.edu/mlr/vol40/iss3/2/

Clay Calvert
May 30, 2025

• Calvert, C. (2009).  Punishing Public School Students for Bashing Principals, Teachers & Classmates
    in Cyberspace: The Speech Issue the Supreme Court Must Now Resolve.
    First Amendment Law Review (University of North Carolina, Chapel Hill), 7, 210-252.
    https://scholarship.law.unc.edu/falr/vol7/iss2/3/
    https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1098&context=falr

• Richards, R.D., & Calvert, C. (2009).  The 2008 Federal Obscenity Conviction of Paul Little &
    What It Reveals About Obscenity Law and Prosecutions.
    Vanderbilt Journal of Entertainment & Technology, 11 (3), 543-595.
    https://scholarship.law.vanderbilt.edu/jetlaw/vol11/iss3/2/

• Calvert, C. (2008). War, Death, Politics & Religion: An Emotionally Distressing Amalgamation
    for Freedom of Speech and the Expression of Opinion.  Whittier Law Review, 30 (2), 207-245.

• Calvert, C. (2008).  War & [Emotional] Peace:  Death in Iraq and the Need to Constitutionalize
    Speech-Based IIED Claims Beyond *Hustler Magazine v. Falwell*.
    Northern Illinois University Law Review, 29 (1), 51-78.
    https://commons.lib.niu.edu/handle/10843/20532

• Calvert, C. (2008). Misuse and Abuse of *Morse v. Frederick* by Lower Courts: Stretching the
    High Court's Ruling Too Far to Censor Student Expression.
    Seattle University Law Review, 32 (1), 1-34.
    https://digitalcommons.law.seattleu.edu/sulr/vol32/iss1/1/

• Calvert, C. (2008). Freedom of Speech & the High Price of College Textbooks: Do New Laws
    Affecting the Disclosure of Information Go Too Far and Violate the First Amendment?
    Michigan State Law Review, 2008 (2), 637-666.

• Calvert, C., & Richards, R. D. (2008). Law & Economics of the Adult Entertainment Industry Today:
    An Inside View from the Industry's Leading Trade Publisher.
    University of Denver Sports & Entertainment Law Journal, 4 (1), 2-69.
    http://www.law.du.edu/documents/sports-and-entertainment-law-journal/issues/04/002-069-calvert-richards.pdf

• Calvert, C. (2008).  What is News?: The FCC and the New Battle Over the Regulation of
    Video News Releases.
    CommLaw Conspectus: Journal of Communications Law and Policy, 16 (2), 361-389.
    https://scholarship.law.edu/commlaw/vol16/iss2/4/

• Calvert, C. (2008).  Support Our [Dead] Troops: Sacrificing Political Expression Rights
    For Familial Control Over Names and Likenesses.
    William & Mary Bill of Rights Journal, 16 (4), 1169-1202.
    https://scholarship.law.wm.edu/wmborj/vol16/iss4/9/

• Richards, R.D., & Calvert, C. (2008). Untangling Child Pornography From the Adult
    Entertainment Industry: An Inside Look at the Industry's Efforts to Protect Minors.
    California Western Law Review, 44 (2), 511-556.
    https://scholarlycommons.law.cwsl.edu/cwlr/vol44/iss2/5/

• Calvert, C. (2008).  Bylines Behind Bars: Fame, Frustration and First Amendment Freedom.
    Loyola of Los Angeles Entertainment Law Review, 28 (2), 71-100.
    https://digitalcommons.lmu.edu/elr/vol28/iss2/1/

• Richards, R.D., & Calvert, C. (2008). Cracking Down on Sexual Misogyny: An Analysis of the
    Obscenity Prosecution of Max Hardcore From the Perspective of His Lead Attorney and
    Adult Entertainment Industry Insiders.
    Entertainment Law Review at the University of Florida, 2 (2), 1-94.

• Calvert, C., & Richards, R. D. (2008). Inside the FBI Inspections of Adult Movie Company
    Age-Verification Records:  A Dialogue With Supervisory Special Agent Chuck Joyner.
    UCLA Entertainment Law Review, 15 (1), 55-86.
    https://escholarship.org/uc/item/7t00r79n

Clay Calvert
May 30, 2025

• Calvert, C. (2008). The Two-Step Evidentiary and Causation Quandary for Medium-Specific Laws
    Targeting Sexual and Violent Content: First Proving Harm & Injury to Silence Speech, Then
    Proving Redress & Rehabilitation Through Censorship.
    Federal Communications Law Journal, 60 (2), 157-182.
    https://www.repository.law.indiana.edu/fclj/vol60/iss2/2/

• Calvert, C. (2007). Sins of Omission and "A Line-Drawing Exercise": A Response to FCC Chairman
    Kevin Martin's Comments on the "Expansion of Indecency Regulation."
    Federal Communications Law Journal, 60 (1), 167-177.
    http://www.fclj.org/wp-content/uploads/2013/01/Calvert_Forum_Final.pdf

• Calvert, C., & Richards, R. D. (2007). A War Over Words: An Inside Analysis and Examination
    of the Prosecution of the Red Rose Stories and Obscenity Law.
    Journal of Law and Policy, Brooklyn Law School, 16 (1), 177-223.
    https://brooklynworks.brooklaw.edu/jlp/vol16/iss1/7/

• Richards, R.D., & Calvert, C. (2007). The Ethics of Exposing Sexual Affairs: An Inside Look at the
    "Flynting" of Politicians. Media Ethics, 19 (1), 11 and 25.

• Calvert, C. (2007). Imus, Indecency, Violence & Vulgarity: Why the FCC Must Not Expand
    Its Authority Over Content. Hastings Comm. & Entertainment Law Journal, 30 (1), 1-31.
    https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol30/iss1/1/

• Richards, R.D., & Calvert, C. (2007). The Legacy of Lords: The New Federal Crackdown on the
    Adult Entertainment Industry's Age-Verification and Record-Keeping Requirements.
    UCLA Entertainment Law Review, 14 (2), 155-206.
    https://escholarship.org/uc/item/0xj116dt

• Calvert, C., & Richards, R. D. (2007). Stopping the Obscenity Madness 50 Years After
    Roth v. United States. Texas Review of Entertainment & Sports Law, 9 (1), 1-38.

• Calvert, C., & Richards, R. D. (2007). Gay Pornography and the First Amendment: Unique, First-
    Person Perspectives on Free Expression, Sexual Censorship and Cultural Images.
    American University Journal of Gender, Social Policy and the Law, 15 (4), 687-731.
    https://digitalcommons.wcl.american.edu/jgspl/vol15/iss4/2/

• Calvert, C., & Richards, R. D. (2007). Violence and Video Games 2006: Legislation and Litigation.
    Texas Review of Entertainment & Sports Law, 8 (1), 49-61.

• Richards, R. D., & Calvert, C. (2007). Obscenity Prosecutions and the Bush Administration:
    The Inside Perspective of the Adult Entertainment Industry and Defense Attorney Louis Sirkin.
    Villanova Sports & Entertainment Law Journal, 14 (2), 233-286.
    https://digitalcommons.law.villanova.edu/mslj/vol14/iss2/2/

• Calvert, C., & Richards, R. D. (2007). Porn in Their Words: Female Leaders in
    The Adult Entertainment Industry Address Free Speech, Censorship, Feminism,
    Culture and the Mainstreaming of Adult Content.
    Vanderbilt Journal of Entertainment & Technology, 9 (2), 255-299.
    https://scholarship.law.vanderbilt.edu/jetlaw/vol9/iss2/1/

• Richards, R. D., & Calvert, C. (2006). Free Speech, Pornography & the Mainstreaming of
    Adult Entertainment: Mark Kulkis and the New Voice of the Adult Video Industry.
    Entertainment Law Review at the University of Florida, 1 (2), 1-66.

• Richards, R. D., & Calvert, C. (2006). Suing the News Media in the Age of Tabloid Journalism:
    L. Lin Wood and the Battle for Accountability.
    Fordham Intellectual Property, Media & Entertainment Law Journal, 16, 467-518.
    https://ir.lawnet.fordham.edu/iplj/vol16/iss2/3/

• Calvert, C., & Richards, R. D. (2005). Precedent Be Damned – It's All About Good Politics &
    Sensational Soundbites: The Video Game Censorship Saga of 2005.
    Texas Review of Entertainment & Sports Law, 6 (1), 79-155.
    https://www.bellisario.psu.edu/do/assets/pdf/pennsylvania-center-for-the-first-amendment/videogame.pdf

Clay Calvert
May 30, 2025

- Calvert, C. (2005-06). The Privacy of Death: An Emergent Jurisprudence and Legal Rebuke to
  Media Exploitation & a Voyeuristic Culture.
  Loyola of Los Angeles Entertainment Law Review, 26, 133-169.
  https://digitalcommons.lmu.edu/elr/vol26/iss2/1/

- Calvert, C., & Richards, R. D. (2005).  Free Speech and the Entertainment Software Association:
  An Inside Look at the Censorship Assault on the Video Game Industry.
  Notre Dame Journal of Legislation, 32 (1), 22-49.
  https://scholarship.law.nd.edu/jleg/vol32/iss1/2/

- Calvert, C., & Richards, R. D. (2005).  Vulgarians at the Gate: Privacy, Pornography & The End
  Of Obscenity Law as We Know It.  Southwestern University Law Review, 34, 427-448.

- Calvert, C. (2005). Payola, Pundits & the Press: Weighing the Pros and Cons of FCC Regulation.
  CommLaw Conspectus: Journal of Communications Law & Policy, 13 (2), 245-270.
  https://scholarship.law.edu/cgi/viewcontent.cgi?article=1315&context=commlaw

- Calvert, C. (2005). Victories for Privacy and Losses for Journalism?  Five Privacy Controversies
  From 2004 & Their Policy Implications for the Future of Reportage.
  Journal of Law and Policy, Brooklyn Law School, 13 (2), 649-697.
  https://brooklynworks.brooklaw.edu/jlp/vol13/iss2/8/

- Calvert, C. (2005). The First Amendment, the Media & the Culture Wars: Eight Lessons
  From 2004 About Speech, Censorship, Science and Public Policy.
  California Western Law Review, 41 (2), 325-360.
  https://scholarlycommons.law.cwsl.edu/cwlr/vol41/iss2/2/

- Calvert, C., & Richards, R. D. (2005). Lighting a FIRE on College Campuses:
  An Inside Perspective on Free Speech, Public Policy & Higher Education.
  Georgetown Journal of Law & Public Policy, 3 (1), 205-255.

- Calvert, C. (2005). The First Amendment, Journalism & Credibility: A Trio of Reforms
  For a Meaningful Free Press More Than Three Decades After Tornillo.
  First Amendment Law Review (University of North Carolina, Chapel Hill), 4, 9-42.
  https://scholarship.law.unc.edu/falr/vol4/iss1/3/
  https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=1042&context=falr

- Calvert, C. (2005). Freedom of Thought, Offensive Fantasies and the Fundamental Human
  Right to Hold Deviant Ideas: Why the Seventh Circuit was Wrong in Doe v. Lafayette.
  Pierce Law Review, 3 (2), 125-159.

- Calvert, C. (2005). All the News That's Fit to Steal: The First Amendment, A "Free" Press
  & A Lagging Legislative Response.
  Loyola of Los Angeles Entertainment Law Review, 25 (1), 117-153.
  https://digitalcommons.lmu.edu/elr/vol25/iss1/6/

- Calvert, C., & Richards, R. D. (2005). Mediated Images of Violence and the First Amendment:
  From Video Games to the Evening News.  Maine Law Review, 57 (1), 91-115.
  https://digitalcommons.mainelaw.maine.edu/mlr/vol57/iss1/6/

- Calvert, C. (2004). Voyeur War?  The First Amendment, Privacy and Images From
  The War on Terrorism.
  Fordham Intellectual Property, Media & Entertainment Law Journal, 15 (1), 147-168.
  https://ir.lawnet.fordham.edu/iplj/vol15/iss1/2/

- Calvert, C. (2004). Bono, The Culture Wars & A Profane Decision: The FCC's Reversal of Course
  on Indecency Determinations and Its New Path on Profanity.
  Seattle University Law Review, 28 (1), 61-95.
  https://digitalcommons.law.seattleu.edu/sulr/vol28/iss1/2/

- Calvert, C., & Richards, R. D. (2004). Fans and the First Amendment: Cheering and Jeering
  in College Sports. Virginia Sports & Entertainment Law Journal, 4 (1), 1-53.

Clay Calvert
May 30, 2025

• Calvert, C., & Richards, R. D. (2004).  Challenging the Wisdom of Solomon:
    The First Amendment and Military Recruitment on Campus.
    <u>William & Mary Bill of Rights Journal, 13</u> (1), 205-243.
    https://scholarship.law.wm.edu/wmborj/vol13/iss1/5/

• Richards, R. D., & Calvert, C. (2004). Suing the Media, Supporting the First Amendment:
    The Paradox of Neville Johnson & the Battle for Privacy.
    <u>Albany Law Review, 67</u> (4), 1097-1136.

• Calvert, C., & Richards, R. (2004). The Free Speech Coalition & Adult Entertainment:
    An Inside View of the Adult Entertainment Industry, Its Leading Advocate
    & The First Amendment.  <u>Cardozo Arts & Entertainment Law Journal, 22</u> (2), 247-305.
    https://cardozoaelj.com/wp-content/uploads/2011/03/Calvert-22-2.pdf

• Calvert, C. (2004). The Perplexing Problem of Child Modeling Web Sites:
    Quasi-Child Pornography and Calls for New Legislation.
    <u>California Western Law Review, 40</u> (2), 231-263.
    https://scholarlycommons.law.cwsl.edu/cwlr/vol40/iss2/2/

• Calvert, C. (2004). Revisiting the Voyeurism Value in the First Amendment:
    From the Sexually Sordid to the Details of Death. <u>Seattle Univ. Law Review, 27</u> (3), 721-749.
    https://digitalcommons.law.seattleu.edu/sulr/vol27/iss3/2/

• Calvert, C., & Richards, R. D. (2004). Stripping Away First Amendment Rights:
    The Legislative Assault on Sexually Oriented Businesses.
    <u>N.Y.U. Journal of Legislation & Public Policy, 7</u> (2), 287-331.

• Calvert, C., & Richards, R. D. (2004).  The 2003 Legislative Assault on Violent Video Games:
    Judicial Realities and Regulatory Rhetoric.
    <u>Villanova Sports & Entertainment Law Journal, 11</u> (2), 203-270.
    https://digitalcommons.law.villanova.edu/mslj/vol11/iss2/1/

• Calvert, C., & Richards, R. D. (2004). Adult Entertainment and the First Amendment:
    A Dialogue and Analysis with the Industry's Leading Litigator & Appellate Advocate.
    <u>Vanderbilt Journal of Entertainment Law and Practice, 6</u> (2), 147-170.
    https://scholarship.law.vanderbilt.edu/jetlaw/vol6/iss1/7/

• Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
    A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
    <u>McGeorge Law Review, 35</u> (1), 1-43.
    https://scholarlycommons.pacific.edu/mlr/vol35/iss1/3/

• Calvert, C., & Richards, R. D.  (2003).  Journalistic Malpractice: Suing Jayson Blair and
    The New York Times for Fraud and Negligence.
    <u>Fordham Intellectual Property, Media & Entertainment Law Journal, 14</u> (1), 1-28.
    https://ir.lawnet.fordham.edu/iplj/vol14/iss1/1/

• Richards, R. D., & Calvert, C. (2003). Columbine Fallout: The Long-Term Effects on
    Free Expression Take Hold in Public Schools.
    <u>Boston University Law Review, 83</u> (5), 1089-1140.

• Richards, R. D., & Calvert, C. (2003). Nadine Strossen and Freedom of Expression:
    A Dialogue with the ACLU's Top Card-Carrying Member.
    <u>George Mason University Civil Rights Law Journal, 13</u> (2), 185-241.

• Calvert, C. (2003). Media Liability for Violent Conduct: One Year Later.
    <u>Loyola of Los Angeles Entertainment Law Review, 23</u> (2), 247-257.
    https://digitalcommons.lmu.edu/elr/vol23/iss2/2/

• Calvert, C., & Richards, R.D. (2003). Defending the First in the Ninth: Judge Alex Kozinski
    and the Freedoms of Speech and Press.
    <u>Loyola of Los Angeles Entertainment Law Review, 23</u> (2), 259-299.
    https://digitalcommons.lmu.edu/elr/vol23/iss2/2/

15

Clay Calvert
May 30, 2025

• Calvert, C. (2002). Opening Up an Academic Privilege & Shutting Down Child Modeling Sites:
Revising Child Pornography Laws in the United States.
Dickinson Law Review, 107 (2), 253-287.
https://ideas.dickinsonlaw.psu.edu/dlra/vol107/iss2/3/

• Calvert, C. (2002). The Anthrax Investigation: A Newsgathering and Privacy Hypothetical.
Loyola of Los Angeles Entertainment Law Review, 22 (2), 263-265.
https://digitalcommons.lmu.edu/elr/vol22/iss2/4/

• Calvert, C., & Richards, R. D. (2002).  Journalism Sources as Trade Secrets:
Whose Source is it Anyway?  Whittier Law Review, 23 (4), 985-1010.

• Calvert, C., & Richards, R. D. (2002). A Pyrrhic Press Victory: Why Holding Richard Jewell is
a Public Figure is Wrong and Harms Journalism.
Loyola of Los Angeles Entertainment Law Review, 22 (2), 293-326.
https://digitalcommons.lmu.edu/elr/vol22/iss2/6/

• Calvert, C., & Richards, R. D. (2002).  Free Speech and the Right to Offend: Old Wars,
New Battles, Different Media. Georgia State University Law Review, 18 (3), 671-719.
https://readingroom.law.gsu.edu/gsulr/vol18/iss3/2

• Richards, R. D. & Calvert, C. (2002). Press Coverage of the JonBenét Ramsey Murder and
Its Legal Implications: A Dialogue with John & Patsy Ramsey and Their Attorney.
CommLaw Conspectus: Journal of Communications Law and Policy, 10 (2), 227-250.
https://scholarship.law.edu/commlaw/vol10/iss2/5/

• Calvert, C. (2002). Violence, Video Games & A Voice of Reason: Judge Posner
to the Defense of Kids' Culture and the First Amendment.
San Diego Law Review, 39 (1), 1-30.

• Calvert, C., & Richards, R.D. (2002).  The Irony of News Coverage:  How the Media Harm
Their Own First Amendment Rights.
Hastings Communications and Entertainment Law Journal, 24 (2), 215-240.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol24/iss2/2/

• Calvert, C. (2001). Framing and Blaming in the Culture Wars:
Marketing Murder or Selling Speech?
Vanderbilt Journal of Entertainment Law and Practice, 3 (2), 128-144.
https://scholarship.law.vanderbilt.edu/jetlaw/vol3/iss2/1/

• Calvert, C. (2001). Regulating Sexual Images on the Web: Last Call for Miller Time,
But New Issues Remain Untapped.
Hastings Communications and Entertainment Law Journal, 23 (3), 507-536.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol23/iss3/1/

• Calvert, C., & Richards, R. D. (2001).  Larry Flynt Uncensored: A Dialogue with the
Most Controversial Man in First Amendment Jurisprudence.
CommLaw Conspectus: Journal of Communications Law and Policy, 9 (2), 159-174.
https://scholarship.law.edu/commlaw/vol9/iss2/4/

• Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
Censorship of the Emerging Internet Underground.
Boston University Journal of Science & Technology Law, 7 (2), 243-287.
http://www.bu.edu/law/journals-archive/scitech/volume72/calvert.pdf

• Calvert, C., & Richards, R. D. (2001).  Alan Isaacman and the First Amendment:
A Candid Interview with Larry Flynt's Attorney.
Cardozo Arts & Entertainment Law Journal, 19 (3), 313-353.
https://cardozoaelj.com/wp-content/uploads/Journal%20Issues/Volume%2019/Issue%203/Calvert.pdf

• Calvert, C. (2001). Protecting the Cellular Citizen-Critic: The State of Political Speech
From Sullivan to Popa.  William & Mary Bill of Rights Journal, 9 (2), 353-383.
https://scholarship.law.wm.edu/wmborj/vol9/iss2/3/

Clay Calvert
May 30, 2025

• Calvert, C. (2001). Where the Right Went Wrong in *Southworth*:
Underestimating the Power of the Marketplace. <u>Maine Law Review, 53</u> (1), 53-80.
https://digitalcommons.mainelaw.maine.edu/mlr/vol53/iss1/18/

• Calvert, C., & Lyon, K. (2000-2001). Reporting on Child Pornography:
A First Amendment Defense for Viewing Illegal Images? <u>Kentucky Law Journal, 89</u> (1), 13-68.
https://uknowledge.uky.edu/klj/vol89/iss1/3/

• Calvert, C. (2000). Media Bashing at the Turn of the Century: The Threat to Free Speech
After Columbine High and Jenny Jones.
<u>Law Review of Michigan State University-Detroit College of Law, 2000</u> (1), 151-163.

• Calvert, C. (2000). Free Speech and Public Schools in a Post-Columbine World:
Check Your Speech Rights at the Schoolhouse Metal Detector.
<u>Denver University Law Review, 74</u> (4), 739-768.

• Calvert, C., & Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
Exposing Peeping Toms in Cyberspace.
<u>Cardozo Arts & Entertainment Law Journal, 18</u> (3), 469-568.
https://cardozoaelj.com/wp-content/uploads/Journal%20Issues/Volume%2018/Issue%203/Brown.pdf

• Calvert, C. (2000). The "Enticing Images" Doctrine: An Emerging Principle
in First Amendment Jurisprudence?
<u>Fordham Intellectual Property, Media & Entertainment Law Journal, 10</u> (3), 595-617.
https://ir.lawnet.fordham.edu/iplj/vol10/iss3/1/

• Richards, R. D., & Calvert, C. (2000). Counterspeech 2000: A New Look at
the Old Remedy for "Bad" Speech.
<u>Brigham Young University Law Review, 2000</u> (2), 553-586.
https://digitalcommons.law.byu.edu/lawreview/vol2000/iss2/2/

• Calvert, C., & Richards, R. D. (1999). Defending Larry Flynt: Why Attacking
Flynt's "Outing" of Sexual Affairs is Misguided.
<u>Hastings Communications and Entertainment Law Journal, 21</u> (4), 687-693.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol21/iss4/1/

• Calvert, C., & Richards, R. D. (1999). New Millennium, Same Old Speech:
Technology Changes But the First Amendment Issues Don't.
<u>Boston University Law Review, 79</u> (4), 959-984.

• Richards, R. D., & Calvert, C. (1999). The "True Threat" to Cyberspace: Shredding
the First Amendment for Faceless Fears.
<u>CommLaw Conspectus: Journal of Communications Law and Policy, 7</u> (2), 291-295.
https://scholarship.law.edu/commlaw/vol7/iss2/5/

• Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
<u>Cardozo Arts & Entertainment Law Journal, 17</u> (2), 273-320.
https://cardozoaelj.com/wp-content/uploads/Journal%20Issues/Volume%2017/Issue%202/Calvert.pdf

• Calvert, C. (1999). Clashing Values: Journalistic Credibility and Political Activism.
<u>Harvard International Journal of Press/Politics, 4</u> (2), 94-102.
https://journals.sagepub.com/doi/abs/10.1177/1081180X99004002010

• Calvert, C. (1999). And You Call Yourself a Journalist? Wrestling With a Definition of "Journalist" in the Law.
<u>Dickinson Law Review, 103</u> (2), 411-451.
https://ideas.dickinsonlaw.psu.edu/dlra/vol103/iss2/4/

• Calvert, C. (1998). Toxic Television, Editorial Discretion, & the Public Interest: A Rocky Mountain Low.
<u>Hastings Communications and Entertainment Law Journal, 21</u> (1), 163-204.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol21/iss1/4/

• Calvert, C. (1998). Meiklejohn, Monica, & Mutilation of the Thinking Process.
<u>Pepperdine Law Review, 26</u> (1), 37-59.
https://digitalcommons.pepperdine.edu/plr/vol26/iss1/2/

Clay Calvert
May 30, 2025

• Calvert, C. (1998). The Law of Objectivity: Sacrificing Individual Expression for Journalism Norms.
  Gonzaga Law Review, 34 (1), 19-44.

• Calvert, C. (1998). The Psychological Conditions for a Socially Significant Free Press:
  Reconsidering the Hutchins Commission Report 50 Years Later.
  Vermont Law Review, 22 (3), 493-517.

• Calvert, C. (1998). Excising Media Images to Solve Societal Ills: Communication, Media Effects,
  Social Science, and the Regulation of Tobacco Advertising.
  Southwestern University Law Review, 27 (4), 401-471.

• Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality, & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.
  https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol20/iss3/3/

• Calvert, C. (1998). The First Amendment and the Third Person: Perceptual Biases of Media Harms
  & Cries for Government Censorship.
  CommLaw Conspectus: Journal of Communications Law and Policy, 6 (2), 165-171.
  https://scholarship.law.edu/commlaw/vol6/iss2/3/

• Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
  an Increasingly Malleable Doctrine. McGeorge Law Review, 29 (1), 69-110.
  https://scholarlycommons.pacific.edu/mlr/vol29/iss1/8/

• Calvert, C. (1997). Sifting Through the Wreckage of ABC Reportage: Little Victories,
  Big Defeats & Unbridled Media Arrogance.
  Hastings Communications and Entertainment Law Journal, 19 (4), 795-821.
  https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol19/iss4/2/

• Calvert, C. (1997). Clashing Conceptions of Press Duties: Public Journalists and the Courts.
  Communication Law and Policy, 2 (4), 441-475.

• Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
  Journal of Communication, 47 (1), 4-19.

• Calvert, C. (1997). When First Amendment Principles Collide: Negative Political Advertising
  & the Demobilization of Democratic Self-Governance.
  Loyola of Los Angeles Law Review, 30 (4), 1539-72.
  https://digitalcommons.lmu.edu/llr/vol30/iss4/11/

• Calvert, C. (1997). Smoking Out Big Tobacco: Some Lessons About Academic Freedom, The World
  Wide Web, Media Conglomeration, and Public-Service Pedagogy from the Battle over the
  Brown & Williamson Documents. Pepperdine Law Review, 24 (2), 391-453.
  https://digitalcommons.pepperdine.edu/plr/vol24/iss2/1/

• Calvert, C. (1996). Stumbling Down Tobacco Road: Media Self-Censorship and Corporate Capitulation
  in the War on the Cigarette Industry. Loyola of Los Angeles Law Review, 30 (1), 139-175.
  https://digitalcommons.lmu.edu/llr/vol30/iss1/19/

• Calvert, C. (1996). The Reporter's Privilege v. The Corporate Interest Muzzle: Philip Morris v. ABC.
  University of Dayton Law Review, 22 (1), 1-24.

• Calvert, C. (1995).  Awareness of Meaning in Libel Law: An Interdisciplinary Communication
  and Law Critique. Northern Illinois University Law Review, 16 (1), 111-140.
  https://commons.lib.niu.edu/handle/10843/22516

• Calvert, C. (1995).  Harm to Reputation: An Interdisciplinary Approach to the Impact of Denial of
  Defamatory Allegations. Pacific Law Journal, 26 (4), 933-960.
  https://scholarlycommons.pacific.edu/mlr/vol26/iss4/3/

• Cohen, J., Calvert, C., & Lipari, L. (1994). Shared Goals in an Undergraduate Communication Curriculum:
  Using Q Methodology to Identify Community Expectations.
  Operant Subjectivity, 17 (3/4), 70-84.

Clay Calvert
May 30, 2025

- Calvert, C. (1990). Note, Masson v. New Yorker Magazine, Inc.: But Don't Quote Me on That. <u>Pacific Law Journal, 21,</u> 1107-1136.
  https://scholarlycommons.pacific.edu/mlr/vol21/iss4/13/

# Books

- Calvert, C., Kozlowski, D.V, & Silver, D. (2023). <u>Mass Media Law, 22nd Ed</u>. McGraw-Hill Education.
- Calvert, C., Kozlowski, D.V, & Silver, D. (2020). <u>Mass Media Law, 21st Ed</u>. McGraw-Hill Education.
- Calvert, C., Kozlowski, D.V, & Silver, D. (2018). <u>Mass Media Law, 20th Ed</u>. McGraw-Hill Education.
- Pember, D. R., & Calvert, C. (2015). <u>Mass Media Law, 19th Ed</u>. McGraw-Hill Education.
- Pember, D. R., & Calvert, C. (2013). <u>Mass Media Law, 18th Ed</u>. McGraw-Hill Education.
- Pember, D. R., & Calvert, C. (2011). <u>Mass Media Law, 17th Ed</u>. McGraw-Hill Education.
- Pember, D. R., & Calvert, C. (2008). <u>Mass Media Law, 2009-2010 Ed</u>. McGraw-Hill Higher Education.
- Pember, D. R., & Calvert, C. (2007). <u>Mass Media Law, 2007-2008 Ed</u>. McGraw-Hill Higher Education.
- Pember, D. R., & Calvert, C. (2005). <u>Mass Media Law, 2005-2006 Ed</u>. McGraw-Hill Higher Education.
- Calvert, C. (2004). <u>Voyeur Nation: Media, Privacy and Peering in Modern Culture</u>. Westview Press (Paperback).
- Calvert, C. (2000). <u>Voyeur Nation: Media, Privacy and Peering in Modern Culture</u>. Westview Press (Hardback).

# Book Chapters

- Calvert, C. (2022). Expert Testimony by Public University Faculty in Litigation Against Their States: Exposing Doctrinal Deficiencies of Academic Freedom as a Constitutional Right and Proposing a Path Forward Within the Framework of the Public-Employee Speech Doctrine. In Rodney A. Smolla (Ed.), <u>First Amendment Law Handbook: 2022-2023 Ed.</u>, 567 – 584. Eagan, MN: Thomson Reuters.
  https://static.legalsolutions.thomsonreuters.com/product_files/relateddocs/232000_2022283_33113.pdf

- Calvert, C. (2021). Curing the First Amendment Scrutiny Muddle Through a Breyer-Based Blend Up? Toward a Less Categorical, More Values-Oriented Approach for Selecting Standards of Judicial Review. In Rodney A. Smolla (Ed.), <u>First Amendment Law Handbook: 2021-2022 Ed.</u>, 31 – 44. Eagan, MN: Thomson Reuters.

- Calvert, C. (2020). Wither *Zauderer*, Blossom Heightened Scrutiny? How the Supreme Court's 2018 Rulings in *Becerra* and *Janus* Exacerbate Problems with Compelled-Speech Jurisprudence. In Rodney A. Smolla (Ed.), <u>First Amendment Law Handbook: 2020-2021 Ed.</u>, 521 – 558. Eagan, MN: Thomson Reuters.

- Calvert, C. (2020). *Iancu v. Brunetti's* Impact on First Amendment Law: Viewpoint Discrimination, Modes of Offensive Expression, Proportionality and Profanity. In Karen Tripp (Ed.), <u>Entertainment, Publishing & the Arts Handbook: 2020-2021 Ed.</u>, 1 – 48. Eagan, MN: Thomson Reuters.

- Calvert, C., Hampton, A.T., & Vining, A. (2019). Defamation Per Se and Transgender Status: When Macro-Level Value Judgments About Equality Trump Micro-Level Reputational Injury. In Rodney A. Smolla (Ed.), <u>First Amendment Law Handbook: 2019-2020 Ed.</u>, 113 – 146. Eagan, MN: Thomson Reuters.

- Calvert, C. (2018). Professional Standards and the First Amendment in Higher Education: When Institutional Academic Freedom Collides with Student Speech. In Rodney A. Smolla (Ed.), <u>First Amendment Law Handbook: 2018-2019 Ed.</u>, 46 – 84. Eagan, MN: Thomson Reuters.

Clay Calvert
May 30, 2025

- Calvert, C. (2017). Legislating the First Amendment: A Trio of Recommendations
  for Lawmakers Targeting Free Expression.
  In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2017-2018 Ed., 275 – 296.
  Eagan, MN: Thomson Reuters.

- Calvert, C., & Bunker, M.D. (2016). Fissures, Fractures & Doctrinal Drifts: Paying the Price in
  First Amendment Jurisprudence for a Half-Decade of Avoidance, Minimalism & Partisanship.
  In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2016-2017 Ed., 53 – 101.
  Eagan, MN: Thomson Reuters.

- Calvert, C. (2014). Youth-Produced Sexual Images, "Sexting," and the Cellphone.
  In Fabian M. Saleh, Albert Grudzinskas, Jr., & Abigail Judge (Eds.),
  Adolescent Sexual Behavior in the Digital Age: Considerations for Clinicians, Legal
  Professionals, and Educators (pp. 89 –116).
  New York, NY: Oxford University Press.

- Calvert, C., & Hayes, J.B. (2013). To Defer or Not to Defer?  Deference and Its Differential Impact on
  Speech Rights in the Roberts Court.
  In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2013-2014 Ed. (pp. 65 – 99).
  Eagan, MN: Thomson Reuters.

- Calvert, C. (2013). Legal Constraints on Participatory Cultures in the United States:
  Anonymity, Concealment, and Revelation.
  In Aaron Delwiche & Jennifer Jacobs Henderson (Eds.),
  The Participatory Cultures Handbook (pp. 266 – 271).
  New York, NY: Routledge, part of Taylor & Francis Group.

- Calvert, C. (2012).  Defining "Public Concern" After *Snyder v. Phelps*:  A Pliable Standard
  Mingles With News Media Complicity.
  In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2012-2013 Ed. (pp. 1 – 27).
  Eagan, MN: West (Thomson Reuters).

- Calvert, C., & Richards, R.D. (2012).  Free Speech and Entertainment Software Association.
  In Jose P. Zagal (Ed.), The Videogame Ethics Reader, First Edition (pp. 273 – 301).
  San Diego, CA: Cognella (University Readers, Inc.).

- Calvert, C. (2011). Freeway Porn & the Signs of Sin: Sex, Cigarettes and Censorship of Billboards.
  In Patricia E. Salkin (Ed.), 2011 Zoning and Planning Law Handbook (pp. 667-725).
  Eagan, MN: West (Thomson Reuters).

- Calvert, C. (2010).  Bailing Out the Print Newspaper Industry: A Not-So-Joking Public Policy
  and First Amendment Analysis.
  In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2009-2010 Ed. (pp. 575-600).
  St. Paul, MN: Thomson-West.

- Calvert, C. (2009).  Student Speech Controversies, 2008-2009: An Analysis of Recent Judicial Opinions
  Involving Battles Over Internet Postings, Dress Codes and Violent-Themed Writings.
  In Commonwealth Educational Policy Institute & Virginia Commonwealth Univ. (Eds.),
  Critical Issues in Education Law and Policy. (pp. 91-112).
  Charlottesville, VA: Matthew Bender & Co., Inc.

- Calvert, C. (2009). Imus, Indecency, Violence & Vulgarity: Why the FCC Must Not Expand
  Its Authority Over Content.
  In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2008-2009 Ed. (pp. 732-755).
  St. Paul, MN: Thomson-West.

- Calvert, C., & Richards, R. D. (2008).  Beyond Bong Hits: Student Expression in Public Schools
  And Online After *Morse v. Frederick*.
  In Commonwealth Educational Policy Institute & Virginia Commonwealth Univ. (Eds.),
  Critical Issues in Education Law and Policy. (pp. 47-67).
  Charlottesville, VA: Matthew Bender & Co., Inc.

Clay Calvert
May 30, 2025

• Calvert, C. (2008).  The Privacy of Death: An Emergent Jurisprudence and Legal Rebuke
      to Media Exploitation and a Voyeuristic Culture.
      In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2007-2008 Ed. (pp. 352-389).
      St. Paul, MN: Thomson-West.

• Calvert, C., & Richards, R. D. (2007). Recent Developments Affecting Free Expression in the Public Schools,
      2006-07:  From Speech About Drugs and Violence to Banning MySpace.Com and Library Books.
      In Commonwealth Educational Policy Institute & Virginia Commonwealth Univ. (Eds.),
      Critical Issues in Education Law and Policy. (pp. 101-114).
      Charlottesville, VA: Matthew Bender & Co., Inc.

• Calvert, C. (2007).  The First Amendment, Journalism & Credibility: A Trio of Reforms for a
      Meaningful Free Press More Than Three Decades After Tornillo.
      In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2006-2007 Ed. (pp. 437-460).
      St. Paul, MN: Thomson-West.

• Calvert, C. (2006).  The First Amendment, the Media and the Culture Wars: Eight Important Lessons
      From 2004 About Speech, Censorship, Science and Public Policy.
      In Rodney A. Smolla (Ed.), First Amendment Law Handbook: 2005-2006 Ed. (pp. 100-128).
      St. Paul, MN: Thomson-West.

• Calvert, C., & Richards, R. D. (2006). Free Expression in Public Schools 2005: From Sartorial
      Speech to the Bustling Internet Underground of Off-Campus Websites.
      In Commonwealth Educational Policy Institute & Virginia Commonwealth Univ. (Eds.),
      Critical Issues in Education Law and Policy. (pp. 81-97).
      Charlottesville, VA: Matthew Bender & Co., Inc.

• Calvert, C., & Richards, R. D. (2005). From the Pledge of Allegiance to Threats of Violence
      to the Speech Rights of Gay and Lesbian Students: Free Expression Battles From Across
      the United States in 2004.
      In Commonwealth Educational Policy Institute & Virginia Commonwealth University (Eds.),
      Critical Issues in Education Law and Policy. (pp. 27-45).
      Charlottesville, VA: Matthew Bender & Co., Inc.

• Richards, R. D., & Calvert, C. (2005).  Columbine Fallout: The Long-Term Effects on Free Expression
      Take Hold in Public Schools.
      In James L. Swanson (Ed.), First Amendment Law Handbook: 2004-2005 Ed. (pp. 575-626).
      St. Paul, MN: Thomson/West Group Publishing.

• Calvert, C., & Richards, R.D. (2004). A Critical Critique of Student Speech and Press Cases From 2003.
      In Sarah E. Redfield (Ed.). Law and Education: Crucial Issues 2004. (pp. 37-55).
      Charlottesville, VA: Matthew Bender & Co., Inc.

• Calvert, C., & Richards, R.D. (2004). Current Cases on Student Speech, Student Press &
      The Emergence of an Age-Specific Tinker Standard.
      In Commonwealth Educational Policy Institute & Virginia Commonwealth Univ. (Eds.),
      Critical Issues in Education Law and Policy. (pp. 141-157).
      Charlottesville, VA: Matthew Bender & Co., Inc.

• Calvert, C. (2004).  Dual Responsibilities of the Corporate Newsroom.
      In Emily Erickson & Wm. David Sloan (Eds.), Contemporary Media Issues, 2d Ed. (pp. 27-48).
      Northport, AL: Vision Press.

• Calvert, C., & Richards, R. D. (2004). Free Speech and the Right to Offend:
      Old Wars, New Battles, Different Media.
      In James L. Swanson (Ed.), First Amendment Law Handbook: 2003-2004 Ed. (pp. 895-943).
      St. Paul, MN: West, a Thomson Business.

• Calvert, C. (2003). Legal Resources on the World Wide Web: 2003 Update.
      In Donald Pember. Mass Media Law: Student Study Guide.
      http://highered.mcgraw-hill.com/sites/0072492171/student_view0/legal_resources_guide.html
      New York, NY: McGraw-Hill Companies.

Clay Calvert
May 30, 2025

• Calvert, C. and Richards, R. D. (2001). New Millennium, Same Old Speech:
       Technology Changes, But the First Amendment Issues Don't.
       In James L. Swanson (Ed.), First Amendment Law Handbook: 2000-2001 Ed. (pp. 85-114).
       St. Paul, MN: West Group.

• Calvert, C. (2000). Legal Resources on the World Wide Web: 2000 Update.
       In Donald Pember: Mass Media Law: Student Study Guide.
       URL: <http://www.mhhe.com/socscience/mass/pember2/legal.html>
       New York, NY: McGraw-Hill Companies.

• Calvert, C. (1999). Legal Resources on the World Wide Web: 1999 Update.
       In Donald Pember, Mass Media Law: Student Study Guide.
       On the Web at URL: <http://www.mhhe.com/socscience/mass/pember/legal.mhtml>
       New York, NY: McGraw-Hill Companies.

• Calvert, C. (1998). Revealing & Concealing a Suspect's Name.
       In David Sloan & Emily Erickson Hoff (Eds.), Contemporary Media Issues (pp. 459-471).
       Northport, AL: Vision Press.

• Calvert, C. (1998). Balancing Corporate Duties and Civic Responsibilities.
       In David Sloan & Emily Erickson Hoff (Eds.), Contemporary Media Issues (pp. 173-188).
       Northport, AL: Vision Press.

• Calvert, C. (1997). Legal Resources on the World Wide Web.
       In Donald Pember, Mass Media Law: Student Study Guide  (pp. 98-107).
       Madison, WI: Brown & Benchmark.

## Encyclopedia Entries

• Calvert, C. (2015). Voyeurism.
       In The International Encyclopedia of Human Sexuality, 1 – 2 (Patricia Whelehan &
       Anne Bolin Eds., 2105).
       Hoboken, NJ: John Wiley & Sons, Inc.

• Calvert, C. (2014). Voyeurism and Exhibitionism.
       In The Encyclopedia of Criminology and Criminal Justice, 1 – 5 (Jay S. Albanese Ed., 2014).
       Malden, MA: Wiley Blackwell (Wiley Online Library).

• Calvert, C. (2013). Cultural Voyeurism.
       In Encyclopedia of Media Violence, 96-99 (Matthew S. Eastin Ed., 2013).
       Thousand Oaks, CA: SAGE Publications, Inc.

• Calvert, C. (2007).  Censorship.
       In Encyclopedia of Sex and Gender, 252-259 (Fedwa Malti-Douglas Ed., 2007).
       Detroit: Macmillan Reference USA (The Gale Group).

• Calvert, C. (2007).  Voyeurism.
       In Encyclopedia of Sex and Gender, 1515-1517 (Fedwa Malti-Douglas Ed., 2007).
       Detroit: Macmillan Reference USA (The Gale Group).

• Calvert, C. (2006). Common Law or Statute.
       In Encyclopedia of American Civil Liberties, 336 (Paul Finkelman Ed. 2006).
       New York: Routledge (Taylor & Francis Group).

• Calvert, C. (2006). Freedom of Speech Extended to Corporations.
       In Encyclopedia of American Civil Liberties, 650 (Paul Finkelman Ed. 2006).
       New York: Routledge (Taylor & Francis Group).

Clay Calvert
May 30, 2025

# Book Reviews

- Calvert, C. (2022). Review of <u>The Fight for Free Speech: Ten Cases That Define Our First Amendment Freedoms</u>.
  Ian Rosenberg (New York, NY: New York University Press, 2021).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: https://clcjbooks.rutgers.edu/books/the-fight-for-free-speech-ten-cases-that-define-our-first-amendment-freedoms/

- Calvert, C. (Online Dec. 3, 2021; Print Summer 2022). Review of <u>The Mind of the Censor and the Eye of the Beholder: The First Amendment and the Censor's Dilemma</u>.
  Robert Corn-Revere (Cambridge, UK: Cambridge University Press 2021).
  In <u>Journalism & Mass Communication Quarterly, 99</u> (2), 591 – 593.
  https://journals.sagepub.com/doi/10.1177/10776990211063522
  https://journals.sagepub.com/doi/pdf/10.1177/10776990211063522

- Calvert, C. (2021). Review of <u>The Perilous Public Square: Structural Threats to Free Expression Today</u>.
  David E. Posen, Ed. (New York, NY: Columbia University Press, 2020).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: https://clcjbooks.rutgers.edu/books/the-perilous-public-square-structural-threats-to-free-expression-today/

- Calvert, C. (2021). Review of <u>Liars: Falsehoods and Free Speech in an Age of Deception</u>.
  Cass R. Sunstein (New York, NY: Oxford University Press, 2021).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  https://clcjbooks.rutgers.edu/books/liars-falsehoods-and-free-speech-in-an-age-of-deception/

- Calvert, C. (2020). Review of <u>Confessions of a Free Speech Lawyer: Charlottesville and the Politics of Hate</u>.
  Rodney A. Smolla (Ithaca, NY: Cornell University Press, 2020).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: https://clcjbooks.rutgers.edu/books/confessions-of-a-free-speech-lawyer-charlottesville-and-the-politics-of-hate/

- Calvert, C. (2020). Review of <u>Justice in Plain Sight: How a Small-Town Newspaper and Its Unlikely Lawyer Opened America's Courtrooms</u>.
  Dan Bernstein (Lincoln, NE: University of Nebraska Press, 2019).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: https://clcjbooks.rutgers.edu/books/justice-in-plain-sight-how-a-small-town-newspaper-and-its-unlikely-lawyer-opened-americas-courtrooms/

- Calvert, C. (2019). Review of <u>Free Speech in the Digital Age</u>.
  Susan J. Brison & Katharine Gelber, Eds. (New York, NY: Oxford University Press, 2019).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: https://clcjbooks.rutgers.edu/books/free-speech-in-the-digital-age/

- Calvert, C. (2019). Review of <u>Charlottesville 2017: The Legacy of Race and Inequity</u>.
  Louis P. Nelson & Claudrena N. Harold, Eds. (Charlottesville, VA: University of Va. Press, 2018)
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: https://clcjbooks.rutgers.edu/books/charlottesville-2017-the-legacy-of-race-and-inequity/

- Calvert, C. (2018). Review of <u>Literary Obscenities: U.S. Case Law and Naturalism After Modernism</u>.
  Erik M. Bachman (University Park, PA: Penn State University Press, 2018).
  In <u>Criminal Law and Criminal Justice Books</u> (Rutgers School of Law & Rutgers School of Crim. Just.)
  Available at: http://clcjbooks.rutgers.edu/books/literary-obscenities-u-s-case-law-and-naturalism-after-modernism-2/

- Calvert, C. (2017). Review of <u>What's Wrong with the First Amendment?</u>,
  Steven H. Shiffrin (New York, NY: Cambridge University Press, 2016).
  In <u>Journalism & Mass Communication Quarterly, 94</u> (3), 914 – 916.

- Calvert, C. (2016). Review of <u>Dirty Words & Filthy Pictures: Film and the First Amendment</u>,
  Jeremy Geltzer (Austin, TX: University of Texas Press, 2015).
  In <u>Journalism & Mass Communication Quarterly, 93</u> (3), 706 – 708.

Clay Calvert
May 30, 2025

- Calvert, C. (2016). Review of <u>Petty: The Biography</u>, Warren Zanes (NY, NY: Henry Holt, 2015).
  In <u>Journalism & Mass Communication Quarterly, 93</u> (2), 481 – 482.

- Calvert, C. (2016). Review of <u>Reporting Always: Writings from The New Yorker</u>, Lillian Ross
  (NY, NY: Scribner, 2015).
  In <u>Journalism & Mass Communication Quarterly, 93</u> (2), 471 – 473.

- Calvert, C. (2016). Review of <u>Community Newspapers and the Japanese-American Incarceration
  Camps: Community, Not Controversy</u>, Ronald Bishop (Lanham, MD: Lexington Books, 2015).
  In <u>Journalism & Mass Communication Quarterly, 93</u> (1), 239 – 241.

- Calvert, C. (2015). Review of <u>Privacy in the New Media Age</u>,
  Jon L. Mills (Gainesville, FL: University Press of Florida, 2015).
  In <u>Journalism & Mass Communication Quarterly, 92</u> (4), 996 – 998.

- Calvert, C. (2015). Review of <u>Paper Knowledge: Toward a Media History of Documents</u>,
  Lisa Gitelman (Durham, NC: Duke University Press, 2014).
  In <u>Journalism & Mass Communication Quarterly, 92</u> (3), 771 – 773.

- Calvert, C. (2015). Review of <u>The Unleashed Scandal: The End of Control in the Digital Age</u>,
  Bernhard Poerksen & Hanne Detel (Exeter, UK: Imprint Academic, 2014).
  In <u>Journalism & Mass Communication Quarterly, 92</u> (3), 751 – 753.

- Calvert, C. (2014). Review of <u>Pranksters: Making Mischief in the Modern World</u>,
  Kembrew McLeod (New York: New York University Press, 2014).
  In <u>Journalism & Mass Communication Quarterly, 91</u> (4), 876 – 878.

- Calvert, C. (2014). Review of <u>Hoover's FBI and the Fourth Estate: The Campaign to Control
  the Press and the Bureau's Image</u>, Matthew Cecil (Lawrence, KS: University Press of
  Kansas, 2014).
  In <u>Journalism & Mass Communication Quarterly, 91</u> (4), 846 – 848.

- Calvert, C. (2014). Review of <u>Learn to Write Badly: How to Succeed in the Social Sciences</u>,
  Michael Billig (Cambridge, UK: Cambridge University Press, 2013).
  In <u>Journalism & Mass Communication Quarterly, 91</u> (3), 629 – 631.

- Calvert, C. (2014). Review of <u>The First Freedoms and America's Culture of Innovation:
  The Constitutional Foundations of the Aspirational Society</u>, Narain D. Batra
  (Lanham, MD: Rowman & Littlefield, 2013).
  In <u>Journalism & Mass Communication Quarterly, 91</u> (3), 617 – 619.

- Calvert, C. (2013).  Review of <u>The FBI's Obscene File: J. Edgar Hoover and the Bureau's
  Crusade Against Smut</u>, Douglas M. Charles (Lawrence, KS: University Press of Kansas, 2012).
  In <u>Journalism & Mass Communication Quarterly, 90</u> (4), 807 – 809.

- Calvert, C. (2013).  Review of <u>Priests of Our Democracy: The Supreme Court, Academic Freedom,
  and the Anti-Communist Purge</u>, Marjorie Heins (New York: NYU Press, 2013).
  In <u>Journalism & Mass Communication Quarterly, 90</u> (3), 619 – 620.

- Calvert, C. (2013).  Review of <u>A Right to Offend: Free Expression in the Twenty-First Century</u>,
  Brian Winston (London: Bloomsbury Academic, 2012).
  In <u>Journalism & Mass Communication Quarterly, 90</u> (2), 395 – 397.

- Calvert, C. (2006).  Review of <u>Ordering Chaos: Regulating the Internet</u>, Peng Hwa Ang
  (Singapore: Thomson, 2005). In <u>Asian Journal of Communication, 16</u> (2), 218-219.

- Calvert, C. (2003).  Review of <u>Republic.com</u>, Cass Sunstein (Princeton, NJ: Princeton University, 2001).
  In <u>Journal of Communication, 53</u> (1), 187-189.

Clay Calvert
May 30, 2025

# AEI Columns, Podcast Interviews & Misc. Academic Articles

- Calvert, C. (May 21, 2025). First Amendment Fundamentals for Lawmakers as Courts Block Efforts to Protect Minors on Social Media.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/first-amendment-fundamentals-for-lawmakers-as-courts-block-efforts-to-protect-minors-on-social-media/

- Calvert, C. (May 14, 2025). Loosening an Ownership Cap and Tightening a News Rule: Can Carr's FCC Reconcile Its Objectives?
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/loosening-an-ownership-cap-and-tightening-a-news-rule-can-carrs-fcc-reconcile-its-objectives/

- Calvert, C. (May 9, 2025). Trump's Retributive Attacks on Speech and Press Rights Overshadow His Early Righteous Embrace of Online Free Expression.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/trumps-retributive-attacks-on-speech-and-press-rights-overshadow-his-early-righteous-embrace-of-online-free-expression/

- Calvert, C. (May 6, 2025). Policing News, Policing DEI: The FCC's Shifting Priorities Erode Its Credibility.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/policing-news-policing-dei-the-fccs-shifting-priorities-erode-its-credibility/

- Calvert, C. (Apr. 29, 2025). Confining Government Power Over Editorial Decisions is Vital.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/confining-government-power-over-editorial-decisions-is-vital/

- Calvert, C. (Apr. 23, 2025). The FCC's Misguided Efforts to Police News Trump Disdains.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-fccs-misguided-efforts-to-police-news-trump-disdains/

- Calvert, C. (Apr. 17, 2025). Judge McFadden's First Amendment Ruling Against the White House: Infusing Modern Speech Doctrines with History and Tradition.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/judge-mcfaddens-first-amendment-ruling-against-the-white-house-infusing-modern-speech-doctrines-with-history-and-tradition/

- Calvert, C. (Apr. 15, 2025). Irony, Congress, and the FCC: The Broadcast Freedom and Independence Act of 2025.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/irony-congress-and-the-fcc-the-broadcast-freedom-and-independence-act-of-2025/

- Calvert, C. (Apr. 9, 2025). California Finally Abandons Facets of Flawed Social-Media Mandate.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/california-finally-abandons-facets-of-flawed-social-media-mandate/

- Calvert, C. (Apr. 2, 2025). Free Speech Tradeoffs and Roleplaying Chatbots: Sacrificing the Rights of Many to Safeguard a Few?
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/free-speech-tradeoffs-and-roleplaying-chatbots-sacrificing-the-rights-of-many-to-safeguard-a-few/

- Calvert, C. (Mar. 25, 2025). The Press Clause's Disputed Meaning and Its Implications for Trump-Era Journalism.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-press-clauses-disputed-meaning-and-its-implications-for-trump-era-journalism/

- Calvert, C. (Mar. 19, 2025). The Public Interest as a Political Tool.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-public-interest-as-a-political-tool/

- Calvert, C. (Mar. 13, 2025). Trump vs. The Press.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/trump-vs-the-press/

- Calvert, C. (Mar. 12, 2025). Look Who's Jawboning Now: The FCC.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/look-whos-jawboning-now-the-fcc/

Clay Calvert
May 30, 2025

- Calvert, C. (Mar. 4, 2025). Internet Expression: Yesteryear's Supreme Court Rhetoric Meets
  Roberts' Reality Check.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/internet-expression-yesteryears-supreme-court-rhetoric-meets-roberts-reality-check/

- Calvert, C. (Feb. 25, 2025). Trump as Information Gatekeeper: Controlling Access,
  Controlling Narratives.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/trump-as-information-gatekeeper-controlling-access-controlling-narratives/

- Calvert, C. (Feb. 19, 2025). Free Speech or Culpable Conduct? When Roleplaying Chatbots Allegedly
  Harm Minors.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/free-speech-or-culpable-conduct-when-roleplaying-chatbots-allegedly-harm-minors/

- Calvert, C. (Feb. 11, 2025). *Trump v. CBS*: When Politics, Journalism, Business, and FCC
  Authority Collide.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/trump-v-cbs-when-politics-journalism-business-and-fcc-authority-collide/

- Calvert, C. (Feb. 6, 2025). When Anti-Press Ascendancy Meets FCC Public Interest Regulation.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/when-anti-press-ascendancy-meets-fcc-public-interest-regulation/

- Calvert, C. (Jan. 31, 2025). Free Speech and the Tech Leaders' Presence at Trump's
  Swearing-In Ceremony.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/free-speech-and-the-tech-leaders-presence-at-trumps-swearing-in-ceremony/

- Calvert, C. (Jan. 28, 2025). A Warning Against Warning Labels on Social Media Platforms.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/a-warning-against-warning-labels-on-social-media-platforms/

- Calvert, C. (Jan. 24, 2025). Adults, Minors, and Access to Online Pornography: SCOTUS Weighs
  the Interests.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/adults-minors-and-access-to-online-pornography-scotus-weighs-the-interests/

- Calvert, C. (Jan. 22, 2025). Liability Elasticity and Other Policy Concerns Underlying Social Media
  Addiction Lawsuits.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/liability-elasticity-and-other-policy-concerns-underlying-social-media-addiction-lawsuits/

- Calvert, C. (Jan. 21, 2025). "Breaking Down the First Amendment in a Digital World with
  Clay Calvert."
  Fair Media Council Fast Chat Podcast Hosted by Jaci Clement.
  https://fmcfastchat.alitu.com/episode/12db890a-bd87-450f-92ae-8cc410568e07
  https://www.iheart.com/podcast/269-fmc-fast-chat-74013863/
  https://www.iheart.com/podcast/269-fmc-fast-chat-74013863/episode/breaking-down-the-first-amendment-in-259861195/
  https://open.spotify.com/show/0boTLIsHaWjX5Ezy9YH9UV

- Calvert, C. (Jan. 17, 2025). Demystifying Social Media Addiction Litigation.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/demystifying-social-media-addiction-litigation/

- Calvert, C. (Jan. 14, 2025). Connecting the Dots Between Biden's Jawboning and Meta's
  Policy Changes.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/connecting-the-dots-between-bidens-jawboning-and-metas-policy-changes/

- Calvert, C. (Jan. 8, 2025). Suing OpenAI for ChatGPT-Produced Defamation: A Futile Endeavor?
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/suing-openai-for-chatgpt-produced-defamation-a-futile-endeavor/

Clay Calvert
May 30, 2025

- Calvert, C. (Dec. 23, 2024). Rebuked by the Supreme Court, Fifth Circuit Now Is Making Life Rough on NetChoice.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/rebuked-by-the-supreme-court-fifth-circuit-now-is-making-life-rough-on-netchoice/

- Calvert, C. (Dec. 20, 2024). Weighing Risks and Deference in the Supreme Court's Pending TikTok Ruling.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/uncategorized/weighing-risks-and-deference-in-the-supreme-courts-pending-tiktok-ruling/

- Calvert, C. (Dec. 18, 2024). Misinformation, Journalism, and the Squishiness of Truth: A Court Strikes Back.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/online-speech/misinformation-journalism-and-the-squishiness-of-truth-a-court-strikes-back/

- Calvert, C. (Dec. 11, 2024). The Necessity of Narrow Tailoring: Why Florida's Latest Social Media Law Is Unconstitutional
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-necessity-of-narrow-tailoring-why-floridas-latest-social-media-law-is-unconstitutional/

- Calvert, C. (Dec. 3, 2024). Trump's Misguided Battles Against CBS and 60 Minutes.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/trumps-misguided-battles-against-cbs-and-60-minutes/

- Calvert, C. (Nov. 26, 2024). AI Governance: From Fears and Fearmongering to Risks and Rewards.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/ai-governance-from-fears-and-fearmongering-to-risks-and-rewards/

- Calvert, C. (Nov. 19, 2024). Supreme Court Misses a Chance to Clarify Press Freedom for Gathering News via New Technologies.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-supreme-court-misses-a-chance-to-clarify-press-freedom-for-gathering-news-via-new-technologies/

- Calvert, C. (Nov. 13, 2024). Unconstitutionally Underinclusive: When Laws Do Too Little.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/unconstitutionally-underinclusive-when-laws-do-too-little/

- Calvert, C. (Nov. 12, 2024). An AI Chatbot and a Teen's Death: Corporate Responsibility and Legal Liability?
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/an-ai-chatbot-and-a-teens-death-corporate-responsibility-and-legal-liability/

- Calvert, C. (Nov. 7, 2024). Respecting All First Amendment Stakeholders: The Constitutional Key for Platform Regulation.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/respecting-all-first-amendment-stakeholders-the-constitutional-key-for-platform-regulation/

- Calvert, C. (Oct. 29, 2024). Free Speech, Smartphones, and Ballot Selfies: A Little Self-Restraint, Please.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/free-speech-smartphones-and-ballot-selfies-a-little-self-restraint-please/

- Calvert, C. (Oct. 23, 2024). The Benefits of Playing Small Ball and Other Observations About Social Media Litigation at the Supreme Court.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-benefits-of-playing-small-ball-and-other-observations-about-social-media-litigation-at-the-supreme-court/

- Calvert, C. (Oct. 17, 2024). Flipping Frames on the New York Times's NetChoice Profile.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/flipping-frames-on-the-new-york-timess-netchoice-profile/

- Calvert, C. (Oct. 15, 2024). The Judiciary, Gen AI, and Ordinary Meanings: Kevin Newsom Leads the Way.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-judiciary-gen-ai-and-ordinary-meanings-kevin-newsom-leads-the-way/

Clay Calvert
May 30, 2025

• Calvert, C. (Oct. 9, 2024). Transparently Unconstitutional: California Strikes Out Again with
  Compelled-Speech Mandates.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/california-strikes-out-again-in-the-ninth-circuit-with-compelled-speech-mandates-for-online-platforms/

• Calvert, C. (Oct. 2, 2024). Online Platforms and the Wall of Separation Between Government
  and Private Action.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/online-platforms-and-the-wall-of-separation-between-government-and-private-action/

• Calvert, C. (Sept. 25, 2024). The Supreme Court's Recent Rulings Buttress Platforms' Wins
  Over Robert F. Kennedy Jr.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/supreme-courts-recent-rulings-buttress-platforms-wins-over-rfk-jr/

• Calvert, C. (Sept. 19, 2024). Tips for Lawmakers About Protecting Minors Online as Instagram
  Steps Up Safety.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/tips-for-lawmakers-about-protecting-minors-online-as-instagram-steps-up-safety/

• Calvert, C. (Sept. 12, 2024). Paying Off the Watchdog: Why California's Funding of Journalism
  is Wrong.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/paying-off-the-watchdog-why-californias-funding-of-journalism-is-wrong/

• Calvert, C. (Sept. 4, 2024). Compelling Speech, Compelling Censorship: California's Misguided
  Effort to Protect Minors.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/compelling-speech-compelling-censorship-californias-misguided-effort-to-protect-minors/

• Calvert, C. (Aug. 30, 2024). Zuckerberg's Letter to Jordan: Headline Grabbing, Legally Insignificant.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/zuckerbergs-letter-to-jordan-headline-grabbing-legally-insignificant/

• Calvert, C. (Aug. 22, 2024). Social Media Platforms and Justice Thomas's Tenacity on Compelled
  Disclosures and Common Carriers.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/social-media-platforms-and-justice-thomass-tenacity-on-compelled-disclosures-and-common-carriers/

• Calvert, C. (Aug. 14, 2024). Minimalism Mingling with Maximalism: The Supreme Court on
  Social Media Regulation.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/minimalism-mingling-with-maximalism-the-supreme-court-on-social-media-regulation

• Calvert, C. (Aug. 6, 2024). Going Granular with the Tech-Savvy Justice Barrett.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/going-granular-with-the-tech-savvy-justice-barrett/

• Calvert, C. (July 30, 2024). The Right to Listen: Wrongly Rejected in *Murthy v. Missouri*?
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-right-to-listen-wrongly-rejected-in-murthy-v-missouri/

• Calvert, C. (July 18, 2024). The Judiciary and Generative AI: Thoughtful Forward Momentum.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-judiciary-and-generative-ai-thoughtful-forward-momentum/

• Calvert, C. (July 11, 2024). Inputs, Outputs, and Fair Uses: Unpacking Responses to Journalists'
  Copyright Lawsuits.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/inputs-outputs-and-fair-uses-unpacking-responses-to-journalists-copyright-lawsuits/

• Calvert, C. (July 8, 2024). Nuisance Nonsense: Dubious Theory Underlies Lawsuits Targeting
  Social Media Platforms.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/nuisance-nonsense-dubious-theory-underlies-lawsuits-targeting-social-media-platforms/

Clay Calvert
May 30, 2025

- Calvert, C. (July 4, 2024). The Supreme Court's Rebuke of Government Manipulation of the
  Marketplace of Ideas in *Moody v. NetChoice*.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-supreme-courts-rebuke-of-government-manipulation-of-the-marketplace-of-ideas-in-moody-v-netchoice/

- Calvert, C. (July 2, 2024). Reflections on *Murthy v. Missouri*: Opportunities Missed, Lessons Learned.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/reflections-on-murthy-v-missouri-opportunities-missed-lessons-learned/

- Calvert, C. (June 25, 2024). The Constitutional Problems with Social Media Warning Labels.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-constitutional-problems-with-social-media-warning-labels/

- Calvert, C. (June 19, 2024). Playing the Media Blame Game Two Years After the School Shooting
  in Uvalde, Texas.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/playing-the-media-blame-game-two-years-after-the-school-shooting-in-uvalde-texas/

- Calvert, C. (June 13, 2024). Generative AI and Child Sexual Abuse Material: An Early Cautionary
  Lesson and a Pledge from Tech Companies.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/generative-ai-and-child-sexual-abuse-material-an-early-cautionary-lesson-and-a-pledge-from-tech-companies/

- Calvert, C. (June 5, 2024). Legislation, Litigation, or Licensing? Resolving Journalists' Copyright
  Concerns About Training Generative AI Tools.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/legislation-litigation-or-licensing-resolving-journalists-copyright-concerns-about-training-generative-ai-tools/

- Calvert, C. (May 30, 2024). Justice Kavanaugh Unfiltered: What His Recent Remarks May Portend
  for *Murthy v. Missouri*.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/justice-kavanaugh-unfiltered-what-his-recent-remarks-may-portend-for-murthy-v-missouri/

- Calvert, C. (May 21, 2024). Addictive Speech-Centric Technologies: The Allegation Du Jour
  for Lawsuits and Legislation.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/addictive-speech-centric-technologies-the-allegation-du-jour-for-lawsuits-and-legislation/

- Calvert, C. (May 8, 2024). Artificial Intelligence and Constitutional Interpretation: Can New
  Technologies Uncover Old Meanings?
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/artificial-intelligence-and-constitutional-interpretation-can-new-technologies-uncover-old-meanings/

- Calvert, C. (May 1, 2024). Minimal Human Effort and New Speech-Creating Technologies:
  Protecting Both Conduct and Content.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/minimal-human-effort-and-new-speech-creating-technologies-protecting-both-conduct-and-content/

- Calvert, C. (Apr. 25, 2024). Generative AI, Soundalikes and Publicity Rights: Elvis Reenters
  the Building.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/generative-ai-soundalikes-and-public-rights-elvis-reenters-the-building/

- Calvert, C. (Apr. 16, 2024). The Off-Duty, Online Speech Rights of Public Employees:
  A Free Speech Victory.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/the-off-duty-online-speech-rights-of-public-employees-a-free-speech-victory/

- Calvert, C. (Apr. 8, 2024). Addictive Design: The Legislative and Litigation Synergy Driving
  Florida's Social Media Crackdown.
  American Enterprise Institute Ideas Post.
  http://aei.org/technology-and-innovation/addictive-design-the-legislative-and-litigation-synergy-driving-floridas-social-media-crackdown/

Clay Calvert
May 30, 2025

- Calvert, C. (Apr. 1, 2024). Journalism and Generative AI: Exploring Limitations and Apprehensions
    Within the News Industry.
    American Enterprise Institute Ideas Post.
    http://aei.org/technology-and-innovation/journalism-and-generative-ai-exploring-limitations-and-apprehensions-within-the-news-industry/

- Calvert, C. (Mar. 27, 2024). Judicial Rulemaking and Lucidity: Justice Barrett's First Amendment Opinion
    in *Lindke v. Freed*.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/judicial-rule-making-and-lucidity-justice-barretts-first-amendment-opinion-in-lindke-v-freed/

- Calvert, C. (Mar. 21, 2024). Persuasion or Coercion? Unpacking Oral Arguments and Problems
    in *Murthy v. Missouri*.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/persuasion-or-coercion-unpacking-oral-arguments-and-problems-in-murthy-v-missouri/

- Calvert, C. (Mar. 14, 2024). Resolving Only What's Necessary: Bridging Constitutional Concerns in
    *Trump v. Anderson* with Social Media Regulation.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/resolving-only-whats-necessary-bridging-constitutional-concerns-in-trump-v-anderson-with-social-media-regulation/

- Calvert, C. (Mar. 11, 2024). The First Amendment's First Principle Dictates Why Social Media Platforms
    Must Prevail in the NetChoice Cases.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/the-first-amendments-first-principle-dictates-why-social-media-platforms-must-prevail-in-the-netchoice-cases/

- Calvert, C. (Feb. 29, 2024). Why the Supreme Court's Rulings on the First Amendment Rights of
    Social Media Platforms May be Narrow.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/why-the-supreme-courts-rulings-on-the-first-amendment-rights-of-social-media-platforms-may-be-narrow/

- Calvert, C. (Feb. 21, 2024). How Distorting the Marketplace of Ideas Harms Speakers,
    Listeners, and Democracy: The Plaintiffs Weigh in on *Murthy v. Missouri*.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/how-distorting-the-marketplace-of-ideas-harms-speakers-listeners-and-democracy-the-plaintiffs-weigh-in-on-murthy-v-missouri/

- Calvert, C. (Feb. 14, 2024). Forcing Businesses to Rate Their Own Speech: Lessons from
    a Flawed Texas Statute.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/forcing-businesses-to-rate-their-own-speech-lessons-from-a-flawed-texas-statue/

- Calvert, C. (Feb. 7, 2024). Burning the House to Roast the Pig: How Not to Protect Minors on Social Media.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/burning-the-house-to-roast-the-pig-how-not-to-protect-minors-on-social-media/

- Calvert, C. (Feb. 2, 2024). Safeguarding the Modern Public Square: Texas and Florida Weigh in
    on Social Media Regulation with the Supreme Court.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/safeguarding-the-modern-public-square-texas-and-florida-weigh-in-on-social-media-regulation-with-the-supreme-court/

- Calvert, C. (Jan. 29, 2024). Copyright Law and the Inextricably Intertwined Futures of
    Journalism and Generative Artificial Intelligence.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/copyright-law-and-the-inextricably-intertwined-futures-of-journalism-and-generative-artificial-intelligence/

- Calvert, C. (Jan. 25, 2024). Social Media Platforms and the Undue Intrusiveness of
    Government-Compelled Transparency Mandates.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/social-media-platforms-and-the-undue-intrusiveness-of-government-compelled-transparency-mandates/

- Calvert, C. (Jan. 16, 2024). Calling Balls and Strikes on Artificial Intelligence with Justice Roberts.
    American Enterprise Institute Ideas Post.
    https://www.aei.org/technology-and-innovation/calling-balls-and-strikes-on-artificial-intelligence-with-justice-roberts

Clay Calvert
May 30, 2025

- Calvert, C. (Jan. 10, 2024). Persuasion or Coercion? Understanding the Government's Position in
  *Murthy v. Missouri*, Part II.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/persuasion-or-coercion-understanding-the-governments-position-in-murthy-v-missouri-part-ii/

- Calvert, C. (Jan. 8, 2024). Persuasion or Coercion? Understanding the Government's Position in
  *Murthy v. Missouri*, Part I.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/persuasion-or-coercion-understanding-the-governments-position-in-murthy-v-missouri-part-i/

- Calvert, C. (Jan. 3, 2024). Content Creators vs. Generative Artificial Intelligence: Paying a Fair Share
  to Support a Reliable Information Ecosystem.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/content-creators-vs-generative-artificial-intelligence-paying-a-fair-share-to-support-a-reliable-information-ecosystem/

- Calvert, C. (Dec. 22, 2023). Friends of the Court, Friends of the First Amendment: Exploring
  Amicus Brief Support for Platforms' Editorial Independence.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/friends-of-the-court-friends-of-the-first-amendment-exploring-amicus-brief-support-for-platforms-editorial-independence/

- Calvert, C. (Dec. 13, 2023). Moderating Speech on Social Media Platforms: A Matter of Private
  Editorial Discretion, Not Government Compulsion.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/moderating-speech-on-social-media-platforms-a-matter-of-private-editorial-discretion-not-government-compulsion/

- Calvert, C. (Dec. 6, 2023). Of Meta and Minors, Filters and Filings: An Uncertain Path Forward.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/of-meta-and-minors-filters-and-filings-an-uncertain-path-forward/

- Calvert, C. (Nov. 30, 2023). Warranted Duplicity? Manipulating Information to Reveal
  Larger Truths and Advance Interests
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/warranted-duplicity-manipulating-information-to-reveal-larger-truths-and-advance-interests/

- Calvert, C. (Nov. 27, 2023). A Blaring Wake-Up Call: Social Media Companies Should
  Prepare Better for Harm-to-Minors Lawsuits.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/a-blaring-wake-up-call-social-media-companies-should-prepare-better-for-harm-to-minors-lawsuits/

- Calvert, C. (Nov. 20, 2023). A Lesson from the Cursing Coach: Scrap the FCC's Indecency Regime.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/a-lesson-from-the-cursing-coach-scrap-the-fccs-indecency-regime/

- Calvert, C. (Nov. 14, 2023). Artificial Intelligence and Morphed Sexual Imagery of Real Minors:
  Pushing the Free-Speech Envelope Too Far.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/artificial-intelligence-and-morphed-sexual-imagery-of-real-minors-pushing-the-free-speech-envelope-too-far/

- Calvert, C. (Nov. 13, 2023). Getting Hooked on Social Media Addiction Lawsuits: What to Know
  and Some Points to Consider.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/getting-hooked-on-social-media-addiction-lawsuits-what-to-know-and-some-points-to-consider/

- Calvert, C. (Nov. 6, 2023). Of Drones and Journalists: Balancing Personal Privacy with Press Freedom
  While Juggling Federal and State Regulations.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/of-drones-and-journalists-balancing-personal-privacy-with-press-freedom-while-juggling-federal-and-state-regulations/

- Calvert, C. (Nov. 2, 2023). Playing the Social Media Blame Game: Lawsuits and Legislation Everywhere.
  <u>American Enterprise Institute Ideas Post</u>.
  https://www.aei.org/technology-and-innovation/playing-the-social-media-blame-game-lawsuits-and-legislation-everywhere/

Clay Calvert
May 30, 2025

- Calvert, C. (Oct. 30, 2023). Lawsuits, Minors, and Social Media Addiction: A Judge's Warning Shot to Platforms.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/lawsuits-minors-and-social-media-addiction-a-judges-warning-shot-to-platforms/

- Calvert, C. (Oct. 25, 2023). Supreme Court Must Protect Businesses from Bullying Governmental Efforts to Censor Citizens' Dissenting Viewpoints.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/supreme-court-must-protect-businesses-from-bullying-governmental-efforts-to-censor-citizens-dissenting-viewpoints/

- Calvert, C. (Oct. 13, 2023). Taking Stock of the Supreme Court's Upcoming NetChoice Cases, Part II.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/taking-stock-of-the-supreme-courts-upcoming-netchoice-cases-part-ii/

- Calvert, C. (Oct. 10, 2023). Taking Stock of the Supreme Court's Upcoming NetChoice Cases, Part I.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/taking-stock-of-the-supreme-courts-upcoming-netchoice-cases-part-i/

- Calvert, C. (Sept. 26, 2023). Protecting Minors Online: Some Tips for Lawmakers from Yesteryear's War on Violent Video Games.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/protecting-minors-online-some-tips-for-lawmakers-from-yesteryears-war-on-violent-video-games/

- Calvert, C. (Sept. 19, 2023). Legislating Transparency or Unconstitutional, Government-Coerced Social Media Censorship.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/legislating-transparency-or-unconstitutional-government-coerced-social-media-censorship/

- Calvert, C. (Sept. 7, 2023). Public or Private Account? Navigating First Amendment Rights When You're Blocked on Social Media.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/public-or-private-account-navigating-first-amendment-rights-when-youre-blocked-on-social-media/

- Calvert, C. (Aug. 28, 2023). Inching Closer to Editorial Freedom? The Government Weighs in on the First Amendment Rights of Social Media Platforms.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/inching-closer-to-editorial-freedom-the-government-weighs-in-on-the-first-amendment-rights-of-social-media-platforms/

- Calvert, C. (Aug. 22, 2023). Defamation Law and Generative AI: Who Bears Responsibility for Falsities?
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/defamation-law-and-generative-ai-who-bears-responsibility-for-falsities/

- Calvert, C. (Aug. 9, 2023). Understanding the Muddled Law of Jawboning in Missouri v. Biden.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/understanding-the-muddled-law-of-jawboning-in-missouri-v-biden/

- Calvert, C. (Aug. 7, 2023). Free Speech Villain or Hero? Framing the Fight Between X Corp. and the Center for Countering Digital Hate.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/free-speech-villain-or-hero-framing-the-fight-between-x-corp-and-the-center-for-countering-digital-hate/

- Calvert, C. (July 21, 2023). Academic Freedom's New Battleground: Laws Banning TikTok on Government-Owned Devices.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/academic-freedoms-new-battleground-laws-banning-tiktok-on-government-owned-devices/

- Calvert, C. (July 13, 2023). Taking Perspective of *Missouri v. Biden*: Peering Down a Legal Hall of Mirrors.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/taking-perspective-of-missouri-v-biden-peering-down-a-legal-hall-of-mirrors/

- Calvert, C. (July 7, 2023). How the Supreme Court's Decision About Same-Sex Wedding Websites May Affect Social Media Regulations, Part II.
  American Enterprise Institute Ideas Post.
  https://www.aei.org/technology-and-innovation/how-the-supreme-courts-decision-about-same-sex-wedding-websites-may-affect-social-media-regulations-part-ii/

Clay Calvert
May 30, 2025

- Calvert, C. (July 5, 2023). How the Supreme Court's Decision About Same-Sex Wedding Websites May Affect Social Media Regulations, Part I. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/how-the-supreme-courts-decision-about-same-sex-wedding-websites-may-affect-social-media-regulations-part-i/

- Calvert, C. (June 30, 2023). Threats in the DMs? Unpacking the Supreme Court's Ruling in *Counterman v. Colorado*. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/threats-in-the-dms-unpacking-the-supreme-courts-ruling-in-counterman-v-colorado/

- Calvert, C. (June 27, 2023). When Generative AI Fabricates Cases That Attorneys Cite, Sanctions Follow. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/when-generative-ai-fabricates-cases-that-attorneys-cite-sanctions-follow/

- Calvert, C. (June 21, 2023). How the Supreme Court's Increasing Focus on the Past May Impact Technology Regulation, Part II. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/how-the-supreme-courts-increasing-focus-on-the-past-may-impact-technology-regulation-part-ii/

- Calvert, C. (June 13, 2023). How the Supreme Court's Increasing Focus on the Past May Impact Technology Regulation, Part I. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/how-the-supreme-courts-increasing-focus-on-the-past-may-impact-technology-regulation-part-i/

- Calvert, C. (June 1, 2023). The Hidden Dangers of Florida's Buffer-Zone Bills: Silencing Smartphones and Shielding Police. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/the-hidden-dangers-of-floridas-buffer-zone-bills-silencing-smartphones-and-shielding-police/

- Tews, S., & Calvert, C. (May 22, 2023). Landmark Supreme Court Rulings Safeguard the Internet's Liability Shield. <u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/landmark-supreme-court-ruling-safeguards-the-internets-liability-shield/

- Calvert, C. (2021, February). Reflecting on Larry Flynt: How an Instance of Censorship Sparked A Friendship. <u>Media Law Resource Center (MLRC) Media Law Letter</u>, 77 – 80.

- Calvert, C. (2018, November). Libel by Online Social Media: Section 230 Immunity Gives Interactive Computer Services Wide Protection from Defamation Actions. <u>Computer & Internet Lawyer</u>, 35 (11), pp. 25 – 27.

- Calvert, C. (2018, Spring). Libel by Online Social Media. <u>Delaware Lawyer</u>, 36 (1), pp. 14 – 17 & 30, available at:
http://www.delawarebarfoundation.org/wp-content/uploads/2018/06/DeLawSpr18.pdf

- Calvert, C., Gajda, J., & Youm, K.H. (2016, December). Significant Media Law Developments of 2016: A Roundtable Discussion with Clay Calvert, Amy Gajda and Kyu Ho Youm. <u>Media Law Resource Center Bulletin</u>, pp. 3 – 19, available at:
http://www.medialaw.org/images/bulletin/bulletin2016no3.pdf

- Calvert, C. (2016, Summer). Does the First Amendment Protect People Who Film the Police? <u>AEJMC Media Law Notes</u>, 44 (4), pp. 3 – 4.
http://aejmc.us/law/wp-content/uploads/sites/18/2013/10/Summer-2016-Media-Law-Notes.pdf

- Calvert, C. (2015, Fall). Picking the Paper: Let's Get Started. <u>AEJMC Media Law Notes</u>, 44 (1), p. 1, available at:
http://aejmc.us/law/wp-content/uploads/sites/18/2013/10/Fall-2015-Media-Law-Notes-copy.pdf

- Calvert, C. (2013, Summer). Courts as Copy Editors and the Rash of Recycled Legislation. <u>AEJMC Media Law Notes</u>, 41 (4), p. 2.

- Calvert, C. (2013, Winter). The First Amendment Dream Docket That Just Won't Be. <u>AEJMC Media Law Notes</u>, 41 (2), p. 2.

Clay Calvert
May 30, 2025

• Calvert, C. (2012, Nov.).  Privacy and Images of Death:  A New Constitutional Right?
  Brechner Report, 36 (11), p. 4, available at: http://brechner.org/reports/2012/11nov2012.pdf

• Calvert, C. (2012, Sept.-Oct.). Evolving Technology and Sexually Explicit Speech.
  GPSolo Magazine (Am. Bar Ass'n magazine targeting General Practice, Solo & Small Firm Div.).
  Vol. 29, No. 5, pp. 72 – 73.

• Calvert, C. (2011, Fall).  Privacy, Death and the Long Shadows of Dale Earnhardt and Vincent Foster:
  Recent Legislative and Judicial Pushback to Media Voyeurism.
  American Bar Association (ABA) Media, Privacy and Defamation Law Committee Newsletter,
  pp. 6, 15 – 18.

• Calvert, C. (2011, Summer).  Supreme Court Decides Brown v. Entertainment Merchants Association.
  AEJMC Media Law Notes, 39 (4), pp. 1, 3.

• Calvert, C. (2011, Spring). Evolving Technologies Challenge Laws Regarding Sexually Explicit Speech.
  American Bar Association (ABA) Human Rights, 38 (2), pp. 8 – 10, 23.

• Calvert, C. (2011, March). Cohen v. California Turns Forty: F--- the Midlife Crisis.
  American Bar Association (ABA) Communications Lawyer, 27 (4), pp. 5 – 7.

• Calvert, C. (2011, Winter).  The Importance and Process of Publishing in Law Reviews.
  AEJMC Media Law Notes, 39 (2), pp. 1, 2 & 5.

• Calvert, C. (2009, Fall).  Are Journalists Making the Grade? Ask the Government.
  AEJMC Media Law Notes, 38 (1), pp. 1, 2.

• Calvert, C. (2009, Nov.) Military Policy Threatens Quality of War Coverage.
  Brechner Report, 33 (11), p. 4, available at: http://brechner.org/reports/2009/11Nov2009.pdf

• Calvert, C. & Richards, R. D. (2006, Fall). Legal Currents (Re: Obscenity Prosecutions).
  AEJMC Media Law Notes, 34 (5), pp. 1, 6 & 7.

• Calvert, C. & Richards, R. D. (2005, Summer). Law Division Should File Amicus Briefs.
  AEJMC Media Law Notes, 33 (4), p. 7.

• Richards, R. D., & Calvert, C. (2005, Spring).  Academic Conferences in Perspective.
  AEJMC Media Law Notes, 33 (3), p. 5, 6.

• Richards, R. D., & Calvert, C. (2004, Winter).  Reforming Conference Research Panels.
  AEJMC Media Law Notes, 33 (2), p. 3, 7.

• Richards, R. D., & Calvert, C. (2004, October). The Importance of Public Research.
  AEJMC Media Law Notes, 33 (1), p. 1, 2.

• Calvert, C. (2004, Spring). Voyeurism Revisited.
  AEJMC Media Law Notes, 32 (3), p. 1, 3.

• Calvert, C. (2002, Spring). Should You Publish in a Law Review?
  AEJMC Media Law Notes, 30 (3), p. 1, 2.

• Calvert, C. (2001, Winter). Making the Classroom a Marketplace of Ideas.
  AEJMC Media Law Notes, 30 (2), p. 1.

• Calvert, C. (1998, Winter). Integrating Communication and Law: A Challenge for a
  Unique Contribution.
  AEJMC Media Law Notes, 25 (2), p. 3, 6.

• Calvert, C. (1997, May / June). The Offending Face of Free Speech.
  Penn Stater Magazine, p. 7.

• Calvert, C. (1995, Summer).  California Judge Strikes Down Stanford University's Speech Code.
  AEJMC Media Law Notes, 22 (4), p. 5.

Clay Calvert
May 30, 2025

• Calvert, C.  (1995, Spring).  California's Leonard Law: Applying State Rules to Private Colleges.
AEJMC Media Law Notes, 22 (3), p. 2, 6.

# Refereed Conference Papers

• Calvert, C. (Aug. 2020). When Is a First Amendment Case Not a First Amendment Case?
Some Lessons About Free Speech, State Action and Ideological Divisions on the
U.S. Supreme Court from Manhattan Community Access Corp. v. Halleck.
*SECOND PLACE FACULTY PAPER, LAW DIVISION*
Paper presented to the Law Division, 2020 AEJMC Annual Conference, San Francisco, CA. (virtual).

• Calvert, C., & Hampton, A.T. (Mar. 2020). Raising First Amendment Red Flags About Red Flag Laws:
Safety, Speech and the Second Amendment.
*TOP FACULTY PAPER, LAW DIVISION*
Paper presented to the Law Division, 2020 AEJMC Southeast Colloquium, Memphis, TN.

• Calvert, C. (Aug. 2019). Troll Storms and Tort Liability for Speech Urging Action by Others.
*TOP FACULTY PAPER, LAW DIVISION*
Paper presented to the Law Division, 2019 AEJMC Annual Conference.  Toronto, Ontario, Canada.

• Calvert, C. (Aug. 2019). Media Mea Culpas and Journalistic Transparency:
When News Outlets Publicly Investigate Their Reportage.
Paper presented to the Law Division, 2019 AEJMC Annual Conference.  Toronto, Ontario, Canada.

• Calvert, C. (Aug. 2019). Wither Zauderer, Blossom Heightened Scrutiny?
Paper presented to the Law Division, 2019 AEJMC Annual Conference.  Toronto, Ontario, Canada.

• Calvert, C. (Mar. 2019). Merging Offensive Speech Cases with Viewpoint-Discrimination Principles:
The Immediate Impact of Matal v. Tam on Two Strands of First Amendment Jurisprudence.
Paper presented to the Law Division, 2019 AEJMC Southeast Colloquium, Columbia, SC.

• Calvert, C. (Mar. 2019). Certifying Questions in First Amendment Cases: Free Speech,
Statutory Ambiguity and Definitive Interpretations.
Paper presented to the Law Division, 2019 AEJMC Southeast Colloquium, Columbia, SC.

• Calvert, C. (Aug. 2018). First Amendment Envelope Pushers: Revisiting the Incitement-to-Violence Test
With Messrs. Brandenburg, Trump & Spencer.
Paper presented to the Law Division, 2018 AEJMC Annual Conference. Washington, D.C.

• Vining, A., Hampton, A., & Calvert, C. (Aug. 2018). Defamation Per Se and Transgender Status:
When Macro-Level Value Judgments About Equality Trump Micro-Level Reputational Injury.
Paper presented to the Law Division, 2018 AEJMC Annual Conference. Washington, D.C.

• Calvert, C. (Mar. 2018). Beyond Headlines & Holdings: Exploring Some Less Obvious Ramifications
of the Supreme Court's 2017 Free-Speech Rulings.
Paper presented to the Law Division, 2018 AEJMC Southeast Colloquium, Tuscaloosa, AL.

• Calvert, C. (Aug. 2017). Gag Clauses and the Right to Gripe: The Consumer Review Fairness Act of 2016.
*SECOND PLACE FACULTY PAPER, LAW DIVISION*
Paper presented to the Law Division, 2017 AEJMC Annual Conference.  Chicago, IL.

• Calvert, C., & Minchin, M. (Mar. 2017).  Can the Undue Burden Standard Add Clarity and Rigor
to Intermediate Scrutiny in First Amendment Jurisprudence?: A Proposal Cutting Across
Constitutional Domains for Time, Place & Manner Regulations.
*TOP FACULTY PAPER, LAW DIVISION*
Paper presented to the Law Division, 2017 AEJMC Southeast Colloquium, Ft. Worth, TX.

• Calvert, C. (Mar. 2017). The Hulk Hogan Sex Tape & Intentional Infliction of Emotional Distress:
Some Lessons from an Overlooked Theory in Bollea v. Gawker Media.
Paper presented to the Law Division, 2017 AEJMC Southeast Colloquium, Ft. Worth, TX.

Clay Calvert
May 30, 2025

- Calvert, C. (Aug. 2016).  <u>The Right to Record Images of Police in Public Places: Should Intent,
  Viewpoint or Journalistic Status Determine First Amendment Protection?</u>
  ***TOP FACULTY PAPER, LAW DIVISION***
  Paper presented to the Law Division, 2016 AEJMC Annual Conference.  Minneapolis, MN.

- Calvert, C. (Aug. 2016).  <u>Underinclusivity and the First Amendment: The Legislative Right
  to Nibble at Problems after <i>Williams-Yulee</i></u>.
  ***SECOND PLACE FACULTY PAPER, LAW DIVISION***
  Paper presented to the Law Division, 2016 AEJMC Annual Conference.  Minneapolis, MN.

- Calvert, C. (Aug. 2016).  <u>Counterspeech, Cosby and Libel Law: Some Lessons about
  "Pure Opinion" and Resuscitating the Self-Defense Privilege</u>.
  Paper presented to the Law Division, 2016 AEJMC Annual Conference.  Minneapolis, MN.

- Calvert, C., Tobin, C., & Bunker, D. (Apr. 2016).  <u>Newsgathering Takes Flight: Legal Obstacles
  Facing Drone Use by Broadcast News Operations</u>. ***FIRST PLACE, OPEN PAPER COMPETITION***
  Paper presented to the Law & Policy Division of the Broadcast Education Association (BEA).
  BEA Annual Convention, Las Vegas, NV.

- Bunker, M., & Calvert, C. (Apr. 2016).  <u>"Defamation Live": The Confusing Legal Landscape of
  Republication in Live Broadcasting</u>.  ***SECOND PLACE, OPEN PAPER COMPETITION***
  Paper presented to the Law & Policy Division of the Broadcast Education Association (BEA).
  BEA Annual Convention, Las Vegas, NV.

- Bunker, M., & Calvert, C. (Mar. 2016).  <u>Copyright in Inanimate Characters: The Disturbing Proliferation
  of Microworks and Its Negative Effects on Copyright and Free Expression</u>.
  ***TOP FACULTY PAPER, LAW DIVISION***
  Paper presented to the Law Division, 2016 AEJMC Southeast Colloquium.  Baton Rouge, LA.

- Calvert, C., & Bunker, M. (Mar. 2016).  <u>Fissures, Fractures & Doctrinal Drifts: Paying the Price
  in First Amendment Jurisprudence for a Half-Decade of Avoidance, Minimalism & Partisanship</u>.
  Paper presented to the Law Division, 2016 AEJMC Southeast Colloquium.  Baton Rouge, LA.

- Calvert, C. (Aug. 2015). <u>Difficulties and Dilemmas Regarding Defamatory Meaning in
  Ethnic Micro-Communities: Accusations of Communism, Then and Now</u>.
  ***TOP FACULTY PAPER, LAW DIVISION***
  Paper presented to the Law Division, 2015 AEJMC Annual Conference.  San Francisco, CA.

- Calvert, C. (Aug. 2015). <u>Begging the Question of Content-Based Confusion: Examining Problems
  With a Key First Amendment Doctrine Through the Lens of Anti-Begging Statutes</u>.
  Paper presented to the Law Division, 2015 AEJMC Annual Conference.  San Francisco, CA.

- Bunker, M., & Calvert, C. (Apr. 2015). <u>Video Games and the Right of Publicity:
  The Courts Drop the Ball</u>.  ***TOP FACULTY PAPER, OPEN PAPER COMPETITION***
  Paper presented to the Law & Policy Division of the Broadcast Education Association (BEA).
  BEA Annual Convention, Las Vegas, NV.

- Calvert, C. (Mar. 2015). <u>Legal Lessons in On-Stage Character Development: Comedians, Characters,
  Cable Guys & Copyright Convolutions</u>.
  Paper presented to the Law Division, 2015 AEJMC Southeast Colloquium.  Knoxville, TN.

- Calvert, C., Morehart, E., & Papadelias, S. (Aug. 2014).  <u>Rap Music and the True Threats Quagmire:
  When Does One Man's Lyric Become Another's Crime?</u>  ***THIRD PLACE FACULTY PAPER***
  Paper presented to the Law Division, 2014 AEJMC Annual Conference.  Montreal, Canada.

- Calvert, C. (Aug. 2014). <u>Matters of Public Concern and Outrageous Speech: Exploring the Malleable
  Boundaries of IIED and Free Speech Three Years After <i>Snyder v. Phelps</i></u>.
  Paper presented to the Law Division, 2014 AEJMC Annual Conference.  Montreal, Canada.

- Calvert, C. (Mar. 2014). <u>Revenge Porn and the First Amendment: Legislative Responses
  to an Online Weapon of Emotional and Reputational Destruction</u>.
  Paper presented to the Law Division, 2014 AEJMC Southeast Colloquium.
  Gainesville, FL.

Clay Calvert
May 30, 2025

- Calvert, C., Morehart, E., & Papadelias, S. (Mar. 2014).  Plausible Pleading of Fault in Libel Law: Fulfilling the Promise of *Sullivan* on Its Golden Anniversary.  **TOP FACULTY PAPER**
Paper presented to the Law Division, 2014 AEJMC Southeast Colloquium.
Gainesville, FL.

- Bunker, M., & Calvert, C. (Mar. 2014).   Unhappy Birthday? The Perplexing Landscape of Fair Use Doctrine as Transformative Use Turns Twenty.
Paper presented to the Law Division, 2014 AEJMC Southeast Colloquium.
Gainesville, FL.

- Calvert, C. (Aug. 2013). Fights From the First Amendment Fringes:  Debating the Meaning of "Speech" Amid Shifting Cultural Mores & Changing Technologies.
Paper presented to the Law Division, 2013 AEJMC Annual Conference.  Washington, D.C.

- Calvert, C., & Bunker, M. (Aug. 2013).  An "Actual Problem" in First Amendment Jurisprudence? Examining the Immediate Impact of *Brown's* Proof-of-Causation Doctrine on Free Speech and Its Compatibility with the Marketplace Theory.  **SECOND PLACE FACULTY PAPER**
Paper presented to the Law Division, 2013 AEJMC Annual Conference.  Washington, D.C.

- Bunker, M., & Calvert, C. (June 2013).  Could Wild Horses Drag Access Away From Courtrooms? Expanding First Amendment Rights to New Pastures.
Paper presented to the ICA Communication Law and Policy Division.
International Communication Association Annual Conference, London, U.K.

- Calvert, C. (Mar. 2013). Familial Privacy and Images of Death: Critiquing the Internet-Propelled Emergence of a Constitutional Right Preserving Happy Memories and Emotions.
**TOP FACULTY PAPER** presented to the Law Division, AEJMC Southeast Colloquium.
University of South Florida, Tampa, FL.

- Calvert, C. (Aug. 2012). Past Bad Speakers, Performance Bonds & Unfree Speech.
Paper presented to the Law Division, 2012 AEJMC Annual Conference.  Chicago, IL.

- Calvert, C., Bunker, M., & Bissell, K. (Aug. 2012).  Social Science, Media Effects & The Supreme Court: Is Communication Research Relevant After *Brown*?
Paper presented to the Law Division, 2012 AEJMC Annual Conference.  Chicago, IL.

- Calvert, C., & Hayes, J. (Aug. 2012). To Defer or Not to Defer?  Deference and Its Differential Impact on First Amendment Rights in the Roberts Court.
Paper presented to the Law Division, 2012 AEJMC Annual Conference.  Chicago, IL.

- Calvert, C. (Mar. 2012). Defining "Public Concern" After *Snyder v. Phelps*:  A Pliable Standard Mingles With News Media Complicity. **THIRD PLACE FACULTY PAPER**
Paper presented to the Law Division, AEJMC Southeast Colloquium.  Blacksburg, VA.

- Calvert, C. (Mar. 2012). Of Burning Houses & Roasting Pigs: Why *Butler v. Michigan* Remains A Key Free-Speech Victory More Than a Half-Century Later.
Paper presented to the Law Division, AEJMC Southeast Colloquium.  Blacksburg, VA.

- Calvert, C., & Murrhee, K.C. (Mar. 2012). Big Censorship in the Big House A Quarter-Century After *Turner v. Safley*: Muting Movies, Music & Books Behind Bars.
Paper presented to the Law Division, AEJMC Southeast Colloquium.  Blacksburg, VA.

- Calvert, C. (Aug. 2011).  The Texting and E-Mailing of Fighting Words:  Can an Aging Doctrine Be Reinvigorated to Punish Cyber Bullies?  **SECOND PLACE FACULTY PAPER**
Paper presented to the Law Division, 2011 AEJMC Annual Conference.  St. Louis, MO.

- Calvert, C. (Aug. 2011). Revisiting the Right to Offend Forty Years After *Cohen v. California*: One Case's Legacy on First Amendment Jurisprudence.
Paper presented to the Law Division, 2011 AEJMC Annual Conference.  St. Louis, MO.

Clay Calvert
May 30, 2025

• Calvert, C., & Torres, M. (Mar. 2011).  Putting the Shock Value in First Amendment Jurisprudence:
   When Freedom for the Citizen-Journalist Watchdog Trumps the Right of Informational Privacy
   on the Internet.  *TOP FACULTY PAPER*
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Columbia, SC.

• Calvert, C., & Rich, R. (Mar. 2011).  Low-Value Expression, Offensive Speech and the Qualified Right to
   Lie: From Crush Videos to Fabrications About Military Medals. *SECOND PLACE FACULTY PAP.*
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Columbia, SC.

• Bunker, M., Calvert, C., & Nevin, W. (Mar. 2011).  Strict in Theory, But Feeble in Fact?:
   First Amendment Strict Scrutiny and the Protection of Speech.  *THIRD PLACE FACULTY PAPER*
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Columbia, SC.

• Calvert, C., & Bruno, J. (Mar. 2011). When Cleansing Criminal History Clashes with the First
   Amendment and Online Journalism:  Are Expungement Statutes Irrelevant in the Digital Age?
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Columbia, SC.

• Calvert, C., & Bunker, M. (Aug. 2010).  Free Speech, Fleeting Expletives & The Causation
   Quagmire: Was Justice Scalia Wrong in *Fox Television Stations*?  *TOP FACULTY PAPER*
   Paper presented to the Law Division, 2010 AEJMC Annual Conference.  Denver, CO.

• Calvert, C. (Aug. 2010). Every Picture Tells a Story, Don't It?  Wrestling with the Complex Relationship
   Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
   Paper presented to the Law Division, 2010 AEJMC Annual Conference.  Denver, CO.

• Calvert, C. (Mar. 2010).  Freeway Porn & the Signs of Sin: Sex, Cigarettes and Censorship of Billboards.
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Chapel Hill, N.C.

• Calvert, C. (Mar. 2010). Owning the News: Hot News on the Internet and the Commodification of
   Digital Culture.  *THIRD PLACE FACULTY PAPER*
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Chapel Hill, N.C.

• Calvert, C. (Mar. 2010). Judicial Erosion of Protection for Defendants in Obscenity Prosecutions?
   When Courts Say, Literally, Enough is Enough and When Internet Availability Doesn't Mean
   Acceptance.
   Paper presented to the Law Division, AEJMC Southeast Colloquium.  Chapel Hill, N.C.

• Calvert, C. (Aug. 2009). *Tinker's* Midlife Crisis at 40: Tattered and Transgressed But Still Standing.
   Paper presented to the Law Division, 2009 AEJMC Annual Convention.  Boston, MA.

• Bunker, M., & Calvert, C. (Aug. 2009).  Contrasting Concurrences of Clarence Thomas:
   Deploying Originalism and Paternalism in Commercial and Student Speech Cases.
   Paper presented to the Law Division, 2009 AEJMC Annual Convention.  Boston, MA.

• Calvert, C. (Aug. 2009). Bailing Out the Print Newspaper Industry:
   A Not-So-Joking Public Policy & First Amendment Analysis.
   Paper presented to the Law Division, 2009 AEJMC Annual Convention.  Boston, MA.

• Calvert, C. (Mar. 2009). Up in Smoke:  The Distortion of *Morse v. Frederick* and Justice Alito's Narrow
   Concurrence by Lower Courts.
   *TOP FACULTY PAPER* presented to Law Division, AEJMC Southeast Colloquium. Oxford, MS.

• Calvert, C. (Aug. 2008).  What is News? The FCC and the New Battle Over the Regulation of
   Video News Releases.
   Paper presented to the Law Division, 2008 AEJMC Annual Convention. Chicago, IL.

• Calvert, C. (Aug. 2008).  Freedom of Speech & the High Price of College Textbooks: Do New Laws
   Affecting the Disclosure of Textbook Information Go Too Far and Violate the First Amendment?
   Paper presented to the Law Division, 2008 AEJMC Annual Convention. Chicago, IL.

• Calvert, C., & Richards, R.D. (July 2008). Free Speech Inside and Outside of Public Schools.
   Paper Presented to the Fifteenth Annual Education Law Conference.
   University of Southern Maine, Portland, ME.

38

Clay Calvert
May 30, 2025

- Calvert, C. (Mar. 2008). <u>The Two-Step Evidentiary and Causation Quandary For Medium-Specific Laws Targeting Sexual and Violent Content: First Proving Harm & Injury to Silence Speech, Then Proving Redress & Rehabilitation Through Censorship</u>.
  Paper presented to the Law Division, AEJMC Southeast Colloquium. Auburn, AL.

- Calvert, C. (Mar. 2008). <u>Bylines Behind Bars: Fame, Frustration and First Amendment Freedom</u>.
  Paper presented to the Law Division, AEJMC Southeast Colloquium. Auburn, AL.

- Calvert, C. (Mar. 2008). <u>Support Our [Dead] Troops: Sacrificing Political Expression Rights For Familial Control Over Names and Likenesses</u>.
  *TOP FACULTY PAPER* presented to Law Division, AEJMC Southeast Colloquium. Auburn, AL.

- Calvert, C., & Richards, R.D. (Feb. 2008). <u>Entertainment & Violent Video Games: Can Laws Restricting Minors' Access Ever Survive Judicial Scrutiny</u>?
  Paper presented to the Entertainment Studies Interest Group, AEJMC Midwinter Conference, Point Park University, Pittsburgh, PA.

- Calvert, C. (2007). <u>The 2006-2007 FCC Media Ownership Hearings & The Rhetoric of the FCC Commissioners: Framing the Fight for The Promotion of The Marketplace of Ideas & The Public Interest</u>.
  Paper presented to the Law Division, AEJMC Annual Convention, Washington, D.C.

- Calvert, C., & Richards, R. D. (2007). <u>Free Expression in Public Schools, 2006-07: From "Bong Hits 4 Jesus" to Kids' Books on Cuba</u>.
  Paper Presented to the Fourteenth Annual Education Law Conference.
  University of Southern Maine, Portland, ME.

- Calvert, C., & Richards, R. D. (2007). <u>Recent Developments Affecting Free Expression in the Public Schools, 2006-07:  From Speech About Drugs and Violence to Banning MySpace.Com and Library Books</u>.
  Paper presented to the 5th Virginia Commonwealth Education Law Conference.
  Williamsburg, VA.

- Calvert, C., & Richards, R. D. (2007). <u>Gay Pornography and The First Amendment: An Inside Perspective of Free Expression, Sexual Censorship and Cultural Images</u>.
  Paper presented the Gay, Lesbian, Bisexual and Transgender Division,
  AEJMC Midwinter Conference, Reno, NV.

- Calvert, C., & Richards, R. D. (2006).  <u>Free Expression in Public Schools 2005: From Sartorial Speech to the Bustling Internet Underground of Off-Campus Websites</u>.
  Paper Presented to the Thirteenth Annual Education Law Conference.
  University of Southern Maine, Portland, ME.

- Calvert, C., & Richards, R. D. (2006).  <u>Free Expression in Public Schools 2005: From Sartorial Speech to the Bustling Internet Underground of Off-Campus Websites</u>.
  Paper presented to the 4th Virginia Commonwealth Education Law Conference.
  Charlottesville, VA.

- Calvert, C., & Richards, R. D. (2005). <u>Free Speech and Public Schools: The Year That Was 2004</u>.
  Paper Presented to the Twelfth Annual Education Law Conference.
  University of Southern Maine, Portland, ME.

- Calvert, C., & Richards, R. D. (2005). <u>From the Pledge of Allegiance to Threats of Violence to the Speech Rights of Gay and Lesbian Students: Free Expression Battles from Across the United States in 2004</u>.
  Paper presented to the 3rd Virginia Commonwealth Education Law Conference.
  Norfolk, VA.

- Calvert, C., & Richards, R. D. (2004).  <u>Challenging the Wisdom of Solomon: The First Amendment and Military Recruitment on Campus</u>.
  *SECOND PLACE FACULTY PAPER* presented to the Law Division,
  AEJMC Annual Convention, Toronto, Canada.

Clay Calvert
May 30, 2025

- Calvert, C., & Richards, R. D. (2004). <u>A Critical Critique of Student Speech and Press
Cases From 2003</u>. Paper presented to the Eleventh Annual Education Law Conference.
University of Southern Maine, Portland, ME.

- Calvert, C., & Richards, R.D. (2004). <u>Current Cases on Student Speech, Student Press &
the Emergence of an Age-Specific Tinker Standard</u>.
Paper Presented to the 2ndVirginia Education Law Conference, Richmond, VA.

- Calvert, C., & Richards, R. D. (2004). <u>Stripping Away First Amendment Rights:
The Legislative Assault on Sexually Oriented Businesses</u>.
Paper Presented to the Law Division, AEJMC Southeast Colloquium, Tampa, FL.

- Calvert, C., & Richards, R. D. (2004). <u>The 2003 Legislative Assault on Violent Video Games:
Judicial Realities and Regulatory Rhetoric</u>.
Paper Presented to the Law Division, AEJMC Southeast Colloquium, Tampa, FL.

- Calvert, C. & Richards, R. D. (2003). <u>Free Speech and the Internet:
The State of Public Schools in Cyberspace</u>.
Paper presented to the Tenth Annual Education Law Conference.
University of New England (Westbrook College Campus), Portland, ME.

- Calvert, C. & Richards, R. D. (2003). <u>Freedom of Speech in Public Schools:
Cases and Controversies from the 2002-2003 School Year</u>.
Paper presented to the Tenth Annual Education Law Conference.
University of New England (Westbrook College Campus), Portland, ME.

- Calvert, C. & Richards, R. D. (2003). <u>Freedom of Speech in Public Schools:
Cases and Controversies from the 2002-2003 School Year</u>.
Paper presented to the Virginia Education Law Conference.
College of William and Mary, Williamsburg, VA.

- Calvert, C. & Richards, R. D. (2002).  <u>Reporters' Sources as Trade Secrets:
Whose Source is It Anyway?</u>
Paper presented to the Law Division, AEJMC Annual Convention, Miami, FL.

- Calvert, C. & Richards, R. D. (2002). <u>A Short-Sighted Victory: Why Declaring Richard Jewell
a Public Figure is Wrong and Harms Journalism</u>. ***TOP FACULTY PAPER*** presented to
the Law Division, AEJMC Annual Convention, Miami, FL.

- Richards, R. D., & Calvert, C. (2002).  <u>Taking Offense in the New Millennium</u>.
Paper Presented to the Law Division, AEJMC Southeast Colloquium, Gulfport, MS.

- Calvert, C. (2002). <u>The Battle over Video Games and Children's Culture:
Why Judge Posner Was Right in *Kendrick*</u>. ***TOP FACULTY PAPER*** presented to the
Law Division, AEJMC Southeast Colloquium, Gulfport, MS.

- Calvert, C. (2000). <u>The "Enticing Images" Doctrine: An Emerging Principle
in First Amendment Jurisprudence?</u>
Paper presented to the Law Division, AEJMC Annual Convention, Phoenix, AZ.

- Richards, R. D., and Calvert, C. (2000).  <u>Counter Speech 2000: A New Look at the Old Remedy
for "Bad" Speech</u>. Paper presented to the Law Division, AEJMC Annual Convention, Phoenix, AZ.

- Calvert, C. (1999). <u>Toxic Television, Editorial Discretion, & the Public Interest</u>.
Paper presented to the Law Division, AEJMC Southeast Colloquium, Lexington, KY.

- Calvert, C. (1999). <u>The Law of Objectivity: Sacrificing Individual Expression for Journalism Norms</u>.
Paper presented to the Law Division, AEJMC Southeast Colloquium, Lexington, KY.

- Calvert, C. (1998). <u>"Exclusive" Reputational Injury: Harm by Hypocritization & the Emerging
Reputational Dyad in Free Speech Jurisprudence</u>.
Paper presented to the Law Division, AEJMC Annual Convention, Baltimore, MD.

Clay Calvert
May 30, 2025

- Calvert, C. (1997). <u>When First Amendment Principles Collide: Negative Political Advertising</u>
  <u>& the Demobilization of Democratic Self-Governance</u>.
  *TOP FACULTY PAPER* presented to the Law Division, AEJMC Annual Convention, Chicago, IL.

- Calvert, C. (1996).  <u>Searching for the Silver Lining: Confidential Sources and the Reporter's Privilege in</u>
  <u>Philip Morris Cos., Inc. v ABC, Inc.</u>
  *TOP FACULTY PAPER* presented to Law Division, AEJMC Annual Convention, Anaheim, CA.

- Calvert, C. (1996).  <u>Stumbling Down Tobacco Road: Media Self-Censorship and</u>
  <u>Corporate Capitulation  in the War on the Cigarette Industry</u>.
  Paper presented to the Law Division, AEJMC Annual Convention, Anaheim, CA.

- Calvert, C. (1995). <u>Legislative Magic and the Leonard Law: Turning Private Universities</u>
   <u>into Public Entities</u>.
  Paper presented to the Law Division, AEJMC Annual Convention, Washington, D.C.

- Calvert, C. (1995).  <u>Hate Speech and Harm: A Communication Theory Perspective</u>.
  Paper presented to the Law Division, AEJMC Southeast Colloquium, Gainesville, FL.

- Calvert, C. (1994).  <u>Reputation and Public Opinion Process: Reconciling Libel Law with Comm. Science</u>.
  *TOP STUDENT PAPER* presented to Law Division, AEJMC Annual Convention, Atlanta, GA.

- Calvert, C. (1994).  <u>Some Lessons about Libel Law and Communication Science from the Long, Strange</u>
  <u>Trip of Jeffrey Masson and the Case of the Fabricated Quotations</u>.
  *SECOND PLACE STUDENT PAPER* presented to Law Division, AEJMC Annual Convention,
  Atlanta, GA.

## <u>Non-Refereed Conferences, Symposia, Panels & Presentations</u>

- Calvert, C. (May 16, 2025). Panelist (two panels), "Broadcast Licenses" and "Investigations, Jawboning,
  and Remedies."
  Policy Forum: Burning the House Down to Roast the Pig: Constitutional Limits of FTC, FCC
  and DOJ Interference in Media and Speech.
  Competitive Enterprise Institute (CEI) and TechFreedom.
  CEI Headquarters, 1310 L St NW
  Washington, D.C.
  https://cei.org/event/media-bias-what-can-the-ftc-fcc-doj-do-about-it/
  https://www.youtube.com/watch?v=RVQcHuSy-w4

- Calvert, C. (Apr. 15, 2025). Panelist, "Bringing Certainty to Academic Freedom's Uncertain Place
  in Higher Education." Other panelists included Prof. Risa L. Lieberwitz (Cornell University).
  Webinar Hosted by AEJMC's Professional Freedom and Responsibility Committee.
  Moderator: Assoc. Prof. Pallavi Guha (Towson University).
  https://us02web.zoom.us/rec/share/Q92K1bW_GLoaoTNiKzZKem-aSOGFNqzcHRjt9koN5P26-qpvyZX2Q4aWFwMJjZJq.bKB7sQRox1OMZeXe [ passcode: @?27GM1f ]

- Calvert, C. (Mar. 6, 2025). Panelist, "Timely First Amendment Issues."
  Other Panelist: Attorney Thomas R. Julin, Shareholder, Gunster; Moderator, George Freeman, MLRC.
  2025 Miami Media Law Conference (Media Law Resource Center).
  Holland & Knight, 701 Brickell Ave.
  Miami, FL.
  https://medialaw.org/event/2025-miami-media-law-conference/

- Calvert, C. (Mar. 3, 2025). Panelist, "Trump's Consumer Protection Claims Against the Press."
  Media Law Resource Center Zoom Panel. Other Panelist: Robert Corn-Revere, Chief Counsel,
  Foundation for Individual Rights and Expression.
  Media Law Resource Center (MLRC).
  New York, NY. (via Zoom).

Clay Calvert
May 30, 2025

- Calvert, C. (Feb. 27–28, 2025). Invited Participant, "Hoover Institution First Amendment Symposium."
  One of 30 invited participants, including professors, judges and practicing attorneys, for a symposium organized by Eugene Volokh at the Hoover Institution.
  Hoover Institution.
  Stanford, CA.

- Calvert, C. (Feb. 21, 2025). Panelist, "Privacy and the Press."
  Calvert Presentation Addressed the Tension Between Privacy and Drone Journalism.
  Villanova Law Review 2025 Norman J. Shachoy Symposium: "Journalism at a Crossroads: Legal Protections, Innovation and Democracy."
  Charles Widger School of Law, Villanova University.
  Philadelphia, PA.
  https://www1.villanova.edu/university/law/about/news-events/events/2025/0114.html

- Calvert, C. (Feb. 14, 2025). Featured Speaker, "My Professor Said What? Navigating the Intersection of Academic Freedom and Public-Employee Speech Rights at Public Universities."
  Indiana Law Review Symposium: "Raise Your Hand, Not Your Voice: Freedom of Speech in Higher Education." Keynote Speaker: Genevieve Lakier (Univ. of Chicago Law School).
  Indiana University Robert H. McKinney School of Law.
  Indianapolis, IN.
  https://mckinneylaw.iu.edu/practice/law-reviews/ilr/symposium.html

- Calvert, C. (Oct. 28, 2024). Panelist, "Academic Freedom and Free Speech on Campus: A Legal Perspective."
  Facilitator: Keith Allred, Executive Director, National Institute for Civil Discourse.
  Other Panelist: Alex Morey, Vice President of Campus Advocacy, FIRE.
  "Putting Freedom of Expression into Practice on Campus: Conversation Series."
  University of Arizona.
  Tucson, AZ.
  https://news.arizona.edu/uannounce/putting-freedom-expression-practice-campus-conversation-series
  https://events.trellis.arizona.edu/en/f44lNu67/g/O9q410kPjV/navigating-academic-freedom-and-free-speech-on-campus-legal-perspectives-5a3U6R3C0HG/overview

- Calvert, C. (Oct. 18, 2024). Panelist, "AI Applications and Freedom of Expression: Propaganda, Disinformation, and Content Guardrails."
  Other Panelists: Seungtae Han (Doctoral Candidate, Georgia Tech School of Public Policy); Tarek Naous (Doctoral Candidate, Georgia Tech Computer Science).
  "Does AI Need Governance? Examining the Political Economy of Machine Learning."
  Georgia Tech Internet Governance Project Ninth Annual Workshop.
  Georgia Institute of Technology.
  Atlanta, GA.
  https://www.internetgovernance.org/2024/08/23/igp-annual-workshop-does-ai-need-governance/
  https://www.internetgovernance.org/2024/10/23/ai-governance-workshop-summary/

- Calvert, C. (Oct. 6, 2024). Featured Speaker, General Session: "Academic Freedom."
  Department Chairs Workshop.
  Institute for Academic Leadership.
  Mission Inn, Howey-in-the-Hills, FL.
  https://ial.fsu.edu/documents/2024/Agenda10-24.pdf
  https://ial.fsu.edu/documents/2024/Academic%20Freedom%20PowerPoints2024.pdf

- Calvert, C. (Sept. 10, 2024). Panelist, "Jawboning: Weighing Government Influence Over Online Platforms' Censorship Practices."
  Other Panelists: Casey Mattox (Vice President, Legal & Judicial Strategy, Americans for Prosperity); Will Duffield (Adjunct Scholar, Cato Institute's Center for Representative Government).
  American Enterprise Institute.
  Washington, D.C.
  https://www.aei.org/events/jawboning-weighing-government-influence-over-online-platforms-censorship-practices/
  https://www.youtube.com/watch?v=2E0jaP7sKnE

Clay Calvert
May 30, 2025

• Calvert, C. (July 23, 2024). Moderator, "Court Rulings" Panel.
Panelists: Jeff Hermes (Deputy Director, Media Law Resource Center); Lyrissa Lidsky (Professor, UF Levin College of Law); Daniel Lyons (Professor, Boston College Law School).
"Free Speech Supreme Court Rulings and the Future of Digital Discourse" Event.
American Enterprise Institute.
Washington, D.C.
https://www.aei.org/events/free-speech-supreme-court-rulings-and-the-future-of-digital-discourse/
https://www.youtube.com/watch?v=mB-WDIIZ_a8&t=133s

• Calvert, C. (May 14, 2024). Invited Panelist, "Addiction: The Next Frontier in Content Liability."
Other panelists: Ambika Kumar (Davis Wright Tremaine); Robert Corn-Reverse (Chief Counsel, Foundation for Individual Rights and Expression); Page Sommerville Robinson (Sr .Director, Litigation and Intellectual Property, Activision Blizzard); Aaron Schur (General Counsel & SVP, Yelp).
Legal Frontiers in Digital Media 2024 Conference.
Media Law Resource Center (MLRC) & Berkeley Center for Law & Technology.
San Francisco, CA.
https://medialaw.org/event/legal-frontiers-in-digital-media-2024/

• Calvert, C. (Apr. 12, 2024). Invited Panelist, "AI Awry: Defamation for Bots Gone Bad."
Other panelists: Lyrissa Lidsky (Professor, UF Levin College of Law) and John Monroe (attorney).
Moderators: Jean-Paul Jassy and Kevin L. Vick (Jassy Vick Carolan, https://www.jassyvick.com/).
"Under Attack: Existential Threats to Journalism and Free Speech"
36th Annual Media and the Law Seminar, University of Kansas.
Kansas City, MO.
https://law.ku.edu/sites/law/files/images/2024/KU%20Media%20Law%20Postcard%202024.pdf
https://law.ku.edu/seminar-media-law

• Calvert, C. (Apr. 9, 2024). Invited Panelist, "Rap Lyrics as Evidence?: The Intersection of Entertainment Law and the First Amendment." Other panelists: Prietta Booker (Attorney, 300 Entertainment), Imani Deas (Legal Fellow, Sony Music Entertainment) and David Hudson (Professor, Belmont Law School).
2024 Sports and Entertainment Law Society Symposium.
American University Washington College of Law.
Washington, D.C.  (via Zoom).

• Calvert, C. (Mar. 21, 2024). Invited Panelist, "The Future of 'History and Tradition': The First Amendment Implications of *Bruen*." Other panelists: Prof. Mary-Rose Papandrea and Prof. Matthew Schafer.
Floersheimer Center for Constitutional Democracy.
Cardozo School of Law.
New York, NY.
https://www.youtube.com/watch?v=P0AFJTlIRdE
http://cardozo.yu.edu/events/future-history-and-tradition-first-amendment-implications-bruen
https://twitter.com/FloersheimerCtr/status/1770848462327709699
https://twitter.com/michaelcpollack/status/1770879881003299136

• Calvert, C. (Mar. 12, 2024). Invited Panelist, WSLR Public Newsroom Forum: "Media Law & Ethics."
Other panelists: James Lake (attorney, Thomas & LoCicero, Tampa) and Joy Mayer (Director, Trusting News, and former professor, Missouri School of Journalism).
Funded by Florida Humanities and the National Endowment for the Humanities.
WSLR 96.5 FM, Sarasota Community Radio.
Fogartyville Community Media & Arts Center.
Sarasota, FL.
https://wslr.org/event/forum-media-ethics-and-law/
https://www.youtube.com/live/1XSzi10SFKw?app=desktop&si=viK_mek2ezN5ix-8&fbclid=IwAR1LibSOENjvskN7PNw9Lps5l7Kqdf2UcuihPvtKq4EbCscsK3QRkOSBMks

• Calvert, C. (Mar. 6, 2024). Presenter, "Free Expression and Civility on Public University Campuses."
Monthly Chairs Meeting: Presentation to Department Chairs, Associate Deans and Assistant Deans.
University of Alabama Birmingham.
Birmingham, AL. (via Zoom).

Clay Calvert
May 30, 2025

- Calvert, C. (Jan. 16, 2024). Invited Panelist, "Unpacking the Supreme Court's Tech Term."
  Other panelists: David Greene (Electronic Frontier Foundation) and Alex Abdo (Knight
  First Amendment Institute at Columbia University).
  National Constitution Center.
  Philadelphia, PA (via Zoom)
  https://www.youtube.com/watch?v=BysqXpSiSlk&t=7s
  https://constitutioncenter.org/news-debate/americas-town-hall-programs/unpacking-the-supreme-courts-tech-term

- Calvert, C. (Oct. 24, 2023). Invited Panelist, "Cheap Fakes and Dirty Politics: Examining Manipulated
  Media and Platform Accountability." Other panelists: John Samples, Katie Harbath and
  Pamela San Martin.
  American Enterprise Institute.
  Washington, D.C. (via Zoom)
  https://www.youtube.com/watch?v=zPxkDJ-4Mzq&t=884s
  https://www.aei.org/events/cheap-fakes-and-dirty-politics-examining-manipulated-media-and-platform-accountability/

- Calvert, C. (Oct. 1, 2023). Featured Speaker, General Session: "Academic Freedom."
  Department Chairs Workshop.
  Institute for Academic Leadership.
  Mission Inn, Howey-in-the-Hills, FL.
  https://ial.fsu.edu/documents/2023/Agenda10-23.pdf
  https://ial.fsu.edu/documents/2023/Academic%20Freedom.pdf

- Calvert, C. (Sept. 18, 2023). Invited Panelist, "Freedom of Expression and the First Amendment."
  Addressed the 2023 U.S. Supreme Court ruling in *Counterman v. Colorado* involving true threats.
  22nd Annual Constitution Day: The Supreme Court: Past and Prologue.
  Cato Institute.
  Washington, D.C.
  https://www.cato.org/events/22nd-annual-constitution-day
  https://www.c-span.org/video/?530505-1/law-professors-freedom-expression-amendment-cases

- Calvert, C. (Aug. 29, 2023). Presenter of Two Talks, "First Amendment Fundamentals, Academic Freedom
  and Public-Employee Speech Rights" (for faculty/staff); "Free Expression and the First Amendment
  on Public University Campuses: Navigating Contention in a Pluralistic Society" (for students).
  Hill Student Center, Alumni Theater.
  University of Alabama at Birmingham.
  Birmingham, AL.
  https://calendar.uab.edu/event/the_first_amendment_college_campuses_free_speech_-_faculty_staff
  https://calendar.uab.edu/event/the_first_amendment_college_campuses_and_free_speech_-_students

- Calvert, C. (July 19, 2023). Invited Panelist, "Missouri v. Biden and Government Jawboning."
  (Other panelists included: Alex Abdo, Litigation Director, Knight First Amendment Institute at
  Columbia University; and Carl Szabo, Vice President & General Counsel, NetChoice).
  Media Law Resource Center.
  New York, NY. (via Zoom).

- Calvert, C. (Apr. 19, 2023). Invited Panelist, "Where We Are Now."
  (Other panelists included: Ari Cohn, Free Speech Counsel, Tech Freedom; Kate Ruane, Sy Syms Director,
  PEN America; and Samir Jain, Vice President of Policy, Center for Democracy & Technology)
  American Enterprise Institute Section 230 Spring Summit.
  American Enterprise Institute.
  Washington, D.C.
  https://www.aei.org/events/aei-section-230-spring-summit/
  https://www.youtube.com/watch?v=SP_Rx_KAWdA&t=36s

- Calvert, C. (Mar. 28, 2023). Invited Panelist, "Academic Freedom in Florida 2023."
  University of Florida Ethics in the Public Sphere and George A. Smathers Libraries Discussion Series.
  University of Florida.
  Gainesville, FL.
  https://www.alligator.org/article/2023/03/uf-staff-unions-host-discussion-of-academic-freedom

Clay Calvert
May 30, 2025

- Calvert, C. (Mar. 13, 2023). Featured Speaker, "Student Speech Rights and Social Media:
  The Case of the Cursing Cheerleader."
  Florida Free Speech Forum.
  Gainesville, FL.
  https://www.floridafreespeechforum.org/event/student-speech-rights-and-social-media-the-case-of-the-cursing-cheerleader/

- Calvert, C. (Nov. 18, 2022). Invited Panelist, "The Jurisprudence of Justice Breyer."
  First Amendment Law Review Symposium.
  University of North Carolina, Chapel Hill.
  Chapel Hill, NC.
  https://firstamendmentlawreview.org/2023-symposium/

- Calvert, C. (Nov. 14, 2022). Featured Speaker, "The Online, Off-Campus Speech Rights of
  Public School Students: The Case of the Cursing Cheerleader"
  Minnesota State Bar Association, Communications Law Section; CLE credit presentation.
  Minneapolis, MN. (via Zoom)
  https://www.mnbar.org/members/cle-events/tri-bar-event?EventID=5559

- Calvert, C. (Nov. 7, 2022). Invited Panelist, "Academic Freedom, Free Speech, and Freedom of Expression."
  Attended by more than 170 people, including provosts and administrators from across the country.
  Association of Public and Land Grant Universities Annual Meeting.
  Denver, CO.

- Calvert, C. (Oct. 20, 2022). Featured Speaker, "Extremism: Understanding the role of First Amendment
  and Dealing with Hate Speech on College Campuses."
  Critical Conversations: Community Civic Dialogue Forum.
  University of Alabama, Birmingham.
  Birmingham, AL. (via Zoom)
  https://www.uab.edu/dei/cace/campus-engagement/critical-conversations
  https://www.youtube.com/watch?v=Yyt56G93-zo

- Calvert, C. (Sept. 21, 2022). Keynote Speaker, "Free Speech and Public School Students –
  Lessons From a Cursing Cheerleader and South Park."
  First Amendment Day, University of North Carolina, Chapel Hill.
  Sponsored by the UNC Center for Media Law and Policy.
  Chapel Hill, NC.
  https://medialaw.unc.edu/events/clay-calvert-free-speech-public-school-students-lessons-cursing-cheerleader-south-park/
  http://hussman.unc.edu/news/carolina-community-invited-engage-renowned-scholars-first-amendment-day-2022

- Calvert, C. (Jan. 21, 2022). Invited Panelist, "Election Speech and the First Amendment."
  First Amendment Law Review Symposium.
  University of North Carolina, Chapel Hill.
  Chapel Hill, NC.
  https://firstamendmentlawreview.org/election-speech-and-the-first-amendment-symposium/

- Calvert, C. (Sept. 17, 2021). Invited Panelist, "Constitution Day Celebration 2021."
  Addressed First Amendment free of speech.  Three other professors addressed other rights.
  Levin College of Law, University of Florida.
  Gainesville, FL. (via Zoom).

- Calvert, C. (May 13, 2021). Invited Panelist, "The Defense of Rhetorical Hyperbole:
  How Is it Being Used (or Overused) in Today's Polarized Environment."
  Media Law Resource Center.
  New York, NY. (via Zoom).

- Calvert, C. (Apr. 5, 2021). Invited Panelist, "Is Censorship Necessary to Protect Democracy?"
  Cardozo International & Comparative Law Review Symposium.
  Cardozo School of Law.
  New York, NY. (via Zoom).

- Calvert, C. (Mar. 24, 2021). Invited Panelist, "Comedian Mike Ward's Human Rights Conviction
  in Canada for Offensive Humor."
  Media Law Resource Center.
  New York, NY. (via Zoom).

Clay Calvert
May 30, 2025

• Calvert, C. (Jan. 21, 2021).  Featured Speaker, "Free Speech and the First Amendment:
     Can They Really Say That?"
     Public Relations Society of America, Orlando Chapter.
     Orlando, FL. (via Zoom; more than 30 audience members).

• Calvert, C. (Oct. 30, 2020).  Invited Panelist, "A Conversation About the First Amendment."
     University of Florida Faculty Senate Webinar on Zoom.  Moderator was Laura Rosenbury,
     Dean of the UF Levin College of Law, and the other panelist was Ricardo Sandoval-Palos,
     the Public Editor of PBS.  Available at:
     https://mediasite.video.ufl.edu/Mediasite/Play/69f4a66e263a43a2abcc59374086b6471d

• Calvert, C. (Aug. 5, 2020).  Organizer & Moderator, "Strategies for Success as a Researcher in
     Communications Law and Policy: From Idea Generation Through Publication."
     Law & Policy Division Preconference Panel.
     AEJMC Annual Conference.
     San Francisco, CA. (via Zoom).

• Calvert, C. (Feb. 13, 2020).  Invited Panelist, "Supreme Court First Amendment Cases."
     [Other panelists included Prof. Alan Chen and Prof. Derigan Silver of the University of Denver]
     University of Denver Sturm College of Law.
     Denver, CO.

• Calvert, C. (Aug. 8, 2019). Invited Panelist, "Media Coverage of Hate Speech: Challenges,
     Responsibilities, and Opportunities."
     PF&R Panel Session, Religion & Media Interest Group and Mass Comm. & Society Division.
     AEJMC Annual Conference.
     Toronto, Ontario, Canada.

• Calvert, C. (Aug. 7, 2019). Invited Panelist, "Law and Gaming: Issues in News and Tech."
     PF&R Panel Session, Law & Policy and Electronic News Divisions.
     AEJMC Annual Conference.
     Toronto, Ontario, Canada.

• Calvert, C. (May 10, 2019). Invited Panelist, "Filtering Fake News."
     Legal Netlink Alliance Global Meeting.
     Hotel Monteleone.
     New Orleans, LA.

• Calvert, C. (Apr. 26, 2019). Keynote Speaker, "Free Speech, Free Press, Free Society."
     Marion County Bar Association 2019 Law Day Luncheon.
     Harvey R. Klein Conference Center, College of Central Florida.
     Ocala, FL.

• Calvert, C. (Feb. 15, 2019). Invited Speaker, "The First Amendment and Hate Speech on College Campuses."
     Naples Men's Discussion Group.
     Moorings Park.
     Naples, FL.

• Calvert, C. (Feb. 14, 2019). Invited Speaker, "The First Amendment and Hate Speech on
     College Campuses: From Richard Spencer and Beyond."
     Florida Gulf Coast University.
     Fort Myers, FL.

• Calvert, C. (Feb. 9, 2019).  Invited Speaker, "The Foreseeable Future of the First Amendment."
     First Amendment Lawyers Association (FALA) Winter Meeting.
     St. Pete Beach, FL.

• Calvert, C. (Feb. 2, 2019). Invited Panelist, "Fifty Years After *Brandenburg v. Ohio*."
     Plenary Session, ABA Forum on Communications Law, 24th Annual Conference.
     Miami, FL.

Clay Calvert
May 30, 2025

- Calvert, C. (Nov. 16, 2018). Invited Panelist, "Sex and Freedom of Expression."
  First Amendment Law Review Symposium: Sex and the First Amendment.
  University of North Carolina, Chapel Hill.
  Chapel Hill, NC.
  https://firstamendmentlawreview.org/sex-and-the-first-amendment/

- Calvert, C. (Nov. 14, 2018).  Invited Panelist, "Free Speech on Campus."
  Hosted by Cardozo Arts & Entertainment Law Journal and the Cardozo Federalist Society.
  Cardozo School of Law.
  New York, NY.

- Calvert, C. (Aug. 6, 2018). Invited Panelist, "*FCC v. Pacifica Foundation* at 40: Is Its Legacy an Enduring One?"
  Other panelists included Robert Corn-Revere of Davis Wright Tremaine and
  Prof. Angela Campbell of Georgetown Law.
  AEJMC Annual Conference.
  Washington, D.C.

- Calvert, C. (July 27, 2018). Invited Presentation, "Recent U.S. Supreme Court First Amendment Cases."
  Presentation to law professors and media law attorneys.
  School of Communication, Universidad de Los Andes.
  Santiago, Chile.

- Calvert, C. (July 26, 2018). Invited Presentation, "Extremist Speakers on Campus."
  Presentation to faculty members in the School of Communication.
  School of Communication, Universidad de Los Andes.
  Santiago, Chile.

- LoMonte, F., & Calvert, C. (Apr. 29, 2018).  Invited Presenters, "The Open Mic, Unplugged: Challenges to
  Viewpoint-Based Constraints on Public-Comment Periods."
  2018 Freedom of Expression Scholars Conference.
  Yale Law School.
  New Haven, CT.

- Calvert, C. (April 17, 2018).  Invited Panelist, "Free Speech Cases in the October 2017 Supreme Court Term."
  Other panelists included Professor Alan Chen (Sturm College of Law, University of Denver) and
  Professor Derigan Silver (Department of Media, Film and Journalism Studies, University of Denver).
  Sturm College of Law, University of Denver.
  Denver, CO.

- Calvert, C. (Feb. 2, 2018).  Keynote Speaker, "College Campuses as First Amendment Combat Zones."
  2018 University of Florida Provost's Symposium: The Role of the University and UF Faculty in
  Addressing the Rise of Extremism on Campus and in the Nation.
  Bob Graham Center for Public Service.
  University of Florida.
  Gainesville, FL.

- Calvert, C. (Nov. 13, 2017).  Invited Panelist, "Social Media, Politics and the First Amendment."
  Other panelists:  Katie Fallows (Knight First Amendment Institute) & John Samples (Cato Institute)
  Kernochan Center for Law, Media and the Arts.
  Columbia Law School.
  New York, NY.

- Calvert, C. (Oct. 27, 2017). Invited Panelist, "The Relevance of the First Amendment in a 'Post-Truth' World"
  First Amendment Law Review Symposium: Distorting the Truth – "Fake News" and Free Speech.
  University of North Carolina, Chapel Hill.
  Chapel Hill, NC.

- Calvert, C. (Oct. 11, 2017). Invited Panelist, "A Conversation on the First Amendment."
  Other panelists: Dr. Paul Ortiz, Director of Samuel Proctor Oral History Program, and
  UF Levin College of Law Professor Kenneth B. Nunn.
  University of Florida.
  Gainesville, FL.

Clay Calvert
May 30, 2025

• Calvert, C. (Oct. 7, 2017). Invited Panelist, "Faculty Leadership and Activism."
      Foundation for Individual Rights in Education (FIRE) Faculty Conference.
      University of North Texas.
      Dallas, TX.

• Calvert, C. (Sept. 19, 2017).  Invited Presenter, "Beyond Trademarks and Offense:
      What *Matal v. Tam* Reveals About Government Speech, Commercial Messages,
      Viewpoint Discrimination and the Justices' Evolving Views on Free Speech."
      University of Florida Levin College of Law.
      Gainesville, FL.

• Calvert, C. (Sept. 18, 2017).  Invited Panelist, "First Amendment Challenges."
      Symposium – The Supreme Court: Past and Prologue.
      The Cato Institute's Center for Constitutional Studies.
      Washington, D.C.

• Calvert, C. (Apr. 25, 2017). Presenter, "Fake News, Free Speech and the First Amendment."
      Faculty Workshop, Sturm College of Law, University of Denver.
      Denver, CO.

• Calvert, C. (Apr. 10, 2017).  Featured Speaker, "Fake News and the First Amendment"
      Florida Free Speech Forum's Luncheon Speaker Series.
      Wyndham Garden Conference Center.
      Gainesville, FL.
      https://myemail.constantcontact.com/-Fake-News-and-the-First-Amendment----FFSF-Talk-by-Clay-Calvert-on-April-10th.html?soid=1120993763462&aid=QH74K4wlVrc

• Calvert, C. (Apr. 7, 2017). Invited Panelist, "The First Amendment, Defamation, and Privacy in
      the Social Media Age" (one of eight invitees speaking on three different panels)
      Widener Law Review Annual Spring Symposium.
      Widener University, Delaware Law School.
      Wilmington, DE.

• Calvert, C. (Apr. 1, 2017). Invited Speaker, "Catching Cops on Camera: A Gray Area"
      TEDxUF 2017: Transparent.  See: https://livestream.com/accounts/50006/TEDxUF2017/videos/153137491
      (Calvert Talk starts at 1:56:40)
      Phillips Center.
      Gainesville, FL.

• Calvert, C. (Feb. 8, 2017). Invited Panelist, "Real News vs. Fake News: The 2016 Election and
      the Trump Presidency" (other panelists were CNN reporter Noah Gray & Prof. Amy Sanders)
      American Bar Association Media Advocacy Workshop.
      ABA Forum on Communications Law 22nd Annual Conference.
      New Orleans, LA.

• Calvert, C. (Feb. 8, 2017). Faculty Member, American Bar Association Media Advocacy Workshop.
      ABA Forum on Communications Law 22nd Annual Conference.
      New Orleans, LA.

• Calvert, C. (Mar. 1, 2016).  Invited Panelist, "Legal Aspects of Online Reviews and Reputation
      Management." (one of three featured speakers on the panel)
      American Academy of Orthopaedic Surgeons Annual Meeting.
      Orlando, FL.

• Calvert, C. (Feb. 17, 2016). Invited Speaker, "Recent Free Speech Controversies in the U.S. Supreme Court:
      Getting a Read on the Roberts Court." (speech before more than 100 people).
      Retired Faculty of the University of Florida Speaker Series.
      Gainesville, FL.

• Calvert, C. (Feb. 11, 2016). Invited Panelist, "New England Law Review Spring Book Symposium."
      New England Law – Boston.   Addressed more than 50 guests regarding Free Press issues.
      Boston, MA.

Clay Calvert
May 30, 2025

• Calvert, C. (Aug. 8, 2015). Invited Panelist, "*Teaching Taboo Topics.*"
   AEJMC Panel, co-sponsored by Law & Policy Division and Entertainment Studies Interest Group.
   AEJMC Annual Conference, San Francisco, CA.

• Calvert, C. (Apr. 22, 2015). Invited Featured Speaker, "*The United States Supreme Court: Currently Trending*" (lectured regarding the true threats case of *United States v. Elonis*)
   Bruce R. Jacob American Inn of Court (masters and barristers of this Inn of Court include assistant public defenders, assistant attorneys general, staff attorneys and judges of the Florida Second District, as well as professors from Stetson Law).
   Tampa, FL (addressed more than 65 people, including judges, attorneys & law students).

• Calvert, C. (Mar. 5, 2015). Invited Featured Speaker, "*Public Concern and Outrageous Speech: Testing the Inconstant Boundaries of IIED and the First Amendment Three Years After Snyder v. Phelps*"
   Media Law Resource Center (MLRC) Pre-Publication/Pre-Broadcast Committee Forum.
   New York, NY. (live conference call talk with more than a dozen media defense attorneys)

• Calvert, C. (Nov. 10, 2014). Invited panelist, "*Elonis v. United States*: The Intersection of True Threats, Rap Music and Muddled Meanings."
   American Constitution Society for Law & Policy, University of Richmond School of Law.
   Richmond, VA.

• Calvert, C. (May 31, 2014). Invited panelist, "Fifty Years Later: Does *Times v. Sullivan* Make Sense in the Internet Era?"
   Law and Society Association Annual Meeting.
   Minneapolis, MN.

• Calvert, C. (Feb. 6, 2014). Invited Faculty Member and Judge, "Media Advocacy Workshop."
   ABA Communications Law Forum 19th Annual Conference.
   Aventura, FL.

• Calvert, C. (Nov. 1, 2013).  Invited Panelist & Presenter, "Social Media Law: How 140 Characters Can Get You in Trouble." (Other panelists included Jennifer Mansfield, atty. Holland & Knight).
   National Association of Science Writers, Science Writers 2013 Conference.
   Gainesville, FL.

• Calvert, C. (Oct. 14, 2013).  Invited Panelist & Presenter, "Journalism in the World of Social Media, Twitter and Facebook."
   Florida Bar 2013 Reporters' Workshop.
   Supreme Court of Florida, Judicial Meeting Room.
   Tallahassee, FL.

• Calvert, C. (Oct. 9, 2014).  Featured Speaker, "Offensive Expression and the First Amendment: Lessons from Lenny Bruce to Larry Flynt."
   The Discussion Club (see: http://www.discussionclub.org/aboutus8.htm )
   St. Louis, MO.

• Calvert, C. (Aug. 7, 2013).  Panelist and Presenter, "Privacy and the Press."
   Freedom of the Press in the Twenty-First Century: An Agenda for Thought and Action.
   A Report from the Summit on Freedom of the Press in the Twenty-First Century.
   AEJMC Press Freedom Summit Workshop.
   2013 AEJMC Annual Conference.
   Washington, D.C.

• Calvert, C. (June 1, 2013). Invited Panelist, "The Courts, the Media, and the First Amendment in Push-the-Envelope Times." (other panelists included professors from Tulane, Boston College, the University of Minnesota and Brigham Young University).
   Law & Society Annual Conference.
   Boston, MA.

Clay Calvert
May 30, 2025

• Calvert, C. (Apr. 12, 2013). Discussion Leader & Panelist, "Privacy and the Press."
   Summit on Freedom of the Press in the Twenty-First Century.
   Featuring 20 invited scholars from the realms of ethics and law from across the country.
   AEJMC and the University of Oregon School of Journalism and Communication.
   Eugene, OR.

• Calvert, C. (Feb. 9, 2013). Panelist, "The Reverend, His Mother, and Their Outhouse."
   A panel addressing the impact of the Supreme Court's ruling in *Hustler v. Falwell* on the
   25th Anniversary of that 1988 opinion.  Other panelists included Larry Flynt.
   American Bar Association Forum on Communications Law, 18th Annual Conference.
   Dana Point, CA.

• Calvert, C. (Nov. 2, 2012).  *Case Western Reserve Law Review*'s "Below the Line" Series.
   Panel discussion addressing the concept of deference in First Amendment jurisprudence
   under the Roberts Court.  Other panelists were: 1) Prof. Mark Tushnet, William Nelson
   Cromwell Professor of Law, Harvard Law School; and 2) Prof. Charles Frank Reavis Sr.,
   Professor of Law, Cornell Law School.
   Podcast available via iTunes at:
   https://itunes.apple.com/us/podcast/case-western-reserve-law-review/id566631010

• Calvert, C. (Sept. 24, 2012).  Invited Panelist, "Journalism in the World of Social Media, Twitter
   and Facebook: A Look at the Trayvon Martin Case and Colorado Movie Theatre Killings"
   Florida Bar 2012 Reporters' Workshop.
   Supreme Court of Florida, Judicial Meeting Room.
   Tallahassee, FL.

• Calvert, C. (Sept. 10, 2012). Interviewer, "Marsha Ternus – The Threat of Politicized Judicial
   Elections to the Rule of Law."  Conducted videotaped interview with the Hon. Marsha Ternus,
   former Chief Justice of the Iowa Supreme Court, for event co-hosted by the Bob Graham Center
   for Public Service and the Florida Free Speech Forum.  See:
   http://bobgrahamcenter.ufl.edu/event/marsha-ternus-—-threat-politicized-judicial-elections-rule-law
   Paramount Hotel and Conference Center.
   Gainesville, FL.

• Calvert, C. (Aug. 10, 2012). Invited Panelist, "Is it in the Public Interest?
   *FCC v. Fox* and the Implications for Indecency and Culture."
   Law & Policy and Media Ethics Divisions Sponsored PF&R Panel Session.
   2012 AEJMC Annual Conference.
   Chicago, IL.

• Calvert, C. (Aug. 8, 2012). Invited Panelist, "The Supreme Court Did What?!:
   Decisions from the 2011/2012 Term."
   Part of the Law & Policy Division Pre-Conference Workshop Session entitled
   "Summer Vacation is Over: Mass Communication Law Update in 180 Minutes."
   2012 AEJMC Annual Conference.
   Chicago, IL.

• Calvert, C. (May 21, 2012).  Invited Panelist, "Legal Landmines." Other panelists included
   attorneys Tom Curley and Chad Bowman of Levine, Sullivan, Koch and Schulz.
   Specialized Information Publishers Association (SIPA) 36th Annual Conference.
   Washington, D.C.

• Calvert, C. (Apr. 4, 2012). Invited Speaker, "RTDNA Ethics Forum."  Re: coverage of Trayvon Martin.
   Radio Television Digital News Association, UF Student Chapter.
   Gainesville, FL.

• Calvert, C. (Mar. 29, 2012). Invited Speaker, "Students and the First Amendment."
   Journalism Day, Department of Journalism, Reese Phifer Hall, University of Alabama.
   Tuscaloosa, AL.

• Calvert, C. (Mar. 9, 2012).  Invited Panelist and Presenter, "Student Free Press Issues."
   AEJMC Southeast Colloquium.
   Blacksburg, VA.

Clay Calvert
May 30, 2025

- Calvert, C. (Nov. 14, 2011).  Featured Speaker, "Free Speech and the Right to Offend:
  Why *Snyder v. Phelps* was an Easy Case."
  Florida Free Speech Forum.
  Gainesville, FL.

- Calvert, C. (Nov. 4, 2011). Moderator, "*The People v. Larry Flynt*: Discussion with Larry Flynt"
  Virginia Film Festival 2011.  University of Virginia.
  Charlottesville, VA.

- Calvert, C. (Oct. 22, 2011). Invited Panelist and Presenter, "Copyright: Using the Work of Others and
  Licensing Your Own Work."  Media Law in the Digital Age Conference.
  Co-Sponsored by the Citizen Media Law Project at Harvard University's Berkman Center and
  Kennesaw State University's Center for Sustainable Journalism.
  Kennesaw State University, Kennesaw, GA.

- Calvert, C. (Oct. 22, 2011). Invited Panelist and Presenter, "Libel Law: Minimizing the Risks of
  Publishing Online."  Media Law in the Digital Age Conference.
  Co-Sponsored by the Citizen Media Law Project at Harvard University's Berkman Center and
  Kennesaw State University's Center for Sustainable Journalism.
  Kennesaw State University, Kennesaw, GA.

- Calvert, C. (Sept. 23, 2011). Invited Panelist and Presenter, "Regulation for Social Media."
  TPRC (Telecommunications Policy Research Conference) 39th Annual Conference.
  George Mason University School of Law.
  Arlington, VA.

- Calvert, C. (Sept. 20, 2011). Invited Presenter, "Of Burning Houses and Roasting Pigs:
  Why *Butler v. Michigan* Remains a Key Free Speech Victory More Than a Half-Century Later."
  Intellectual Property & Comm. Law Symposium, Michigan State University College of Law
  Invited by MSU College of Law Professor Adam Candeub.
  East Lansing, MI.

- Calvert, C. (Aug. 9, 2011). Invited Panelist, "Conversations with Textbook Authors"
  Law & Policy Division Workshop Session: Teaching Communication Law.
  2011 AEJMC Annual Conference.
  St. Louis, MO.

- Calvert, C. (Apr. 15, 2011).  Invited Speaker on "U.S. Supreme Court Free Speech Cases 2011."
  The Florida Bar Media Law Conference.
  Stetson University College of Law, Tampa Law Center.
  Tampa, FL.

- Calvert, C. (Apr. 15, 2011). Invited Panelist on "Blogging, Anonymity & Defamation" panel.
  The Florida Bar Media Law Conference.
  Stetson University College of Law, Tampa Law Center.
  Tampa, FL.

- Calvert, C. (Mar. 16, 2011). Invited Panelist, Discussion of Supreme Court case of *Snyder v. Phelps*.
  Other panelists included UC Davis Prof. Alan Brownstein, the Boochever and Bird Chair  for
  the Study and Teaching of Freedom and Equality at the UC Davis School of Law.
  American Constitution Society, UC Davis School of Law.
  Davis, CA.

- Calvert, C. (Sept. 25, 2010). Invited Panelist, Plenary Session, "New Developments in Media Law
  and What They Mean for Online Journalism." Media Law In The Digital Age: The Rules Have
  Changed – Have You? Conference hosted by the Berkman Center for Internet & Society at
  Harvard Law School and the Center for Sustainable Journalism at Kennesaw State University.
  Atlanta, GA.

Clay Calvert
May 30, 2025

- Calvert, C. (Sept. 25, 2010). Invited Panelist on "Copyright: Using the Work of Others and Licensing Your Own Work" panel.  <u>Media Law in the Digital Age: The Rules Have Changed –</u>
<u>Have You?</u> Conference hosted by the Berkman Center for Internet & Society at Harvard Law School and the Center for Sustainable Journalism at Kennesaw State University.
Atlanta, GA.

- Calvert, C. (Sept. 20, 2010). Invited Panelist on "Reporting via Social Media" panel.
The Florida Bar 2010 Reporters' Workshop; Media & Communications Law Committee.
Supreme Court of Florida, Tallahassee, FL.

- Calvert, C. (Aug. 6, 2010). Invited Panelist for AEJMC Panel hosted by the Law & Policy and Advertising Divisions. <u>Regulating Tobacco Advertising in the Current Constitutional</u>
<u>Landscape: Thirty Years Post-Central Hudson</u>.
2010 AEJMC Annual Conference.  Denver, CO.

- Calvert, C., & Richards, R.D. (Feb. 18, 2010). Moderators and Panelists for Discussion with Larry Flynt.
Symposium: Sexually Explicit Speech and the First Amendment.
Hosted by the First Amendment Law Review, University of North Carolina-Chapel Hill.
Chapel Hill, NC.

- Calvert, C. (Apr. 16, 2009). <u>Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing</u>.
Panelist and Presenter.  Symposium: Tinker Turns 40:  Freedom of Expression at School and Its Meaning For Democracy.  American University Washington College of Law.
Washington, D.C.

- Calvert, C. (Feb. 20, 2009).  <u>Treating Newspaper Websites as Internet Service Providers</u>.
Panelist & Presenter.  Cyberspeech Symposium.
Hosted by the First Amendment Law Review, University of North Carolina-Chapel Hill.
Chapel Hill, NC.

- Calvert, C. (Aug. 6, 2008).  <u>Academic Freedom: Preserving this Fundamental Right</u>.
Panelist & Presenter.  Panel sponsored by Radio-Television Journalism and Law & Policy Divs.
2008 AEJMC Annual Convention.
Chicago, IL.

- Calvert, C., & Richards, R.D. (Apr. 4, 2008).  <u>Can a Law Limiting Minors' Access to Violent Video</u>
<u>Games Ever Pass Constitutional Muster?: An Analysis of the Failings and High Costs of Prior</u>
<u>Legislative Efforts</u>.
Conference: "Playing to Win: The Business and Social Frontiers of Videogames"
University Park, PA.

- Calvert, C. (Apr. 3, 2008). <u>Corporate Responsibility Statements and Commercial Speech</u>.
Presenter & Discussion Moderator, re: Nike public relations on labor issues and *Nike v. Kasky*
"Alumni Academy in Ethical Leadership" (Robert Wood Johnson Program in Ethical Leadership)
University Park, PA.

- Calvert, C. (Mar. 6, 2008).  <u>City Lights Series:  We are . . . the People</u> (PSU Alumni Association)
Presenter, re:  First Amendment, FCC regulation of broadcast indecency & the culture wars.
(Presented to an audience of more than 80 Penn State alumni in the greater Philadelphia area)
National Constitution Center, Philadelphia, PA.

- Calvert, C., & Richards, R.D. (Aug. 22, 2007).  <u>Defamation Law Seminar</u>.
Hour-Long Presentation, LRP Publications Conference, State College, PA.
(Presentation to top editors and writers for LRP Publications' magazines, including
Human Resource Executive Magazine and Risk & Insurance Magazine).

- Calvert, C. (Aug. 9, 2007).  <u>Contemporary Media Law/First Amendment Issues Roundtable</u>.
Panelist and Presenter, 2007 AEJMC Annual Convention, Washington, D.C.
(Other invited panelists: Bob Corn-Revere, attorney, Davis Wright Tremaine;
Tom Curley, attorney, Levine Sullivan Koch & Schulz; and Robert D. Richards, Penn State).

Clay Calvert
May 30, 2025

- Calvert, C. (Oct. 14, 2005).  Game Content, Ratings, Censorship and the First Amendment.
  "Future Play: The International Academic Conference on the Future of Game Design and Technology"
  Invited presenter and panelist, Michigan State University.
  East Lansing, MI.

- Calvert, C., Richards, R.D., & Martin, R.P. (Sept. 9, 2005). The Law According to Springsteen: The Influence of Springsteen's Wisdom and Lyrics on the Judiciary and Legal Scholarship.
  "Glory Days: A Bruce Springsteen Symposium," Monmouth University.
  West Long Branch, NJ.

- Calvert, C. (Apr. 15, 2005). The First Amendment, Journalism & Credibility:  A Trio of Reforms For a Meaningful Free Press Three Decades After Tornillo.
  Invited paper presenter and panelist, Univ. of North Carolina School of Law.
  UNC First Amendment Law Review Symposium on Election Coverage and the Law.
  Raleigh, NC.

- Calvert, C. (Aug. 16, 2004). Bridging Ethical and Legal Issues in Media Law: Suing The New York Times for Negligence and Fraud Over the Jayson Blair Fiasco.
  Paper presenter, New York State Bar Assoc., Trial Lawyers Section, Summer Meeting.
  Skytop (The Poconos), PA.

- Calvert, C. (Aug. 7, 2004). Contemporary Libel Law and the Legacy of Sullivan.
  Invited Panelist. 2004 AEJMC Annual Convention, Toronto, Canada.
  (Other invited panelists: Rodney Smolla, Dean, University of Richmond School of Law & Jane Kirtley, Silha Professor of Media Ethics and Law, University of Minnesota).

- Calvert, C. (May 22, 2004). Voyeurism, Privacy and the First Amendment: Current Battles and Controversies.
  Presenter, American Civil Liberties Union of Penn. Statewide Annual Conference.
  State College, PA.

- Calvert, C. (Apr. 20, 2004). Civil Liberties, Privacy and Access to Information.
  Panelist and Presenter, ACLU Annual Meeting, Central Pennsylvania Chapter.
  [other panelists included Larry Frankel, state legislative director for the ACLU]
  State College, PA.

- Calvert, C. (Feb. 17, 2003).  Virtual Pornography: Ashcroft v. Free Speech Coalition.
  Presenter, "Freedom of Expression Cases from the Supreme Court's 2001-2002 Term"
  Western States Comm. Association (WSCA) 2003 Convention, Salt Lake City, UT.

- Calvert, C. (Nov. 2, 2002). Mentoring Matters.
  Panel Moderator & Presenter, National Collegiate Honors Council Annual Conference,
  Salt Lake City, UT.

- Calvert, C. (Oct. 26, 2002).  Free Speech on College Campuses.
  Presenter, Mid-Atlantic Assoc. of College & University Housing Officers Conference,
  University Park, PA.

- Calvert, C, & Richards, R. D. (Oct. 17, 2002).  Free Speech, Abortion and the Internet.
  Keynote Presenters, Wranglers Law Society, Baltimore, MD.

- Calvert, C. (July 30, 2002).  Media, Schools and Violence.
  Keynote Panelist, Education Law Institute, Franklin Pierce Law Center, Concord, NH.

- Calvert, C. (Mar. 15, 2002).  Ethics of Expression in the Arts.
  Panelist, Rock Ethics Institute Inaugural Symposium, University Park, PA.

- Calvert, C. (Feb. 22, 2002). Newsgathering and Privacy.
  Panelist, Loyola Law School 4th Ann. Entertainment Law Symposium, Los Angeles, CA.

- Calvert, C. (Feb. 22, 2002). Recent Developments and Trends in Privacy Law.
  Presenter, Loyola Law School 4th Ann. Entertainment Law Symposium, Los Angeles, CA.

Clay Calvert
May 30, 2025

- Calvert, C. (Sept. 21, 2001).  The Irony of News Coverage: How the Media Harm
      Their Own First Amendment Rights.
      Paper Presenter, Dickinson School of Law Lecture Series, Carlisle, PA.

- Calvert, C. (Apr. 13, 2001). Regulating Sexual Images on the Web.
      Panelist and Paper Presenter, Thirteenth Annual Computer Law Symposium.
      University of California, Hastings College of the Law, San Francisco, CA.

- Calvert, C. (Feb. 16, 2001). Voyeur Nation: Privacy Issues in the Law.
      Featured Lecturer, Riverside County Bar Association Meeting.
      Certified Continuing Legal Education Program for Members of State Bar of California.
      Riverside, CA.

- Calvert, C. (Oct. 3, 2000).  Free Expression on Campus: Students and the First Amendment.
      Panelist, The Freedom Forum's First Amendment Center "First Amendment Festival"
      University Park, PA.

- Calvert, C. (Aug. 10, 2000). Teaching Ethics in Other Courses.
      Panelist, 2000 AEJMC Annual Convention, Phoenix, AZ.

- Calvert, C. (Aug. 9, 2000).  Prying Eyes: Database Microsegmentation and Privacy.
      Panelist, 2000 AEJMC Annual Convention, Phoenix, AZ.

- Calvert, C., and Richards, R. D. (September 23, 1999). Defending Larry Flynt: Why Attacking
      Flynt's "Outing" of Sexual Affairs is Misguided.
      Featured Speakers at Presentation of Roscoe Barrow Memorial Award.
      University of California Hastings College of the Law, San Francisco, CA.

- Calvert, C. (August 6, 1999). Internet Pornography: Research Issues and Policy Considerations.
      Panelist, 1999 AEJMC Annual Convention, New Orleans, LA.

- Calvert, C. (Aug. 5, 1999). Reputational Assault: Framing the Clinton Affair Through the Lens of Gender.
      Panelist, 1999 AEJMC Annual Convention, New Orleans, LA.

- Calvert, C. (Aug. 5, 1999). On-line or Off-line: How Graduate Students May Conduct
      Methodologically Sound Legal Research.
      Panelist, 1999 AEJMC Annual Convention. New Orleans, LA.

- Calvert, C. (Apr. 10, 1999). Is There A Communications Pedagogy?
      Panelist, Graduate Education Interest Group of the AEJMC Mid-Year Research Conference.
      University Park, PA.

- Calvert, C. (Apr. 10, 1999). Interpreting and Applying the Works of James Carey.
      Panelist, Graduate Education Interest Group of the AEJMC Mid-Year Research Conference.
      University Park, PA.

- Calvert, C. (Jan. 26, 1999).  Reporters & Lawyers -- Balancing Ethical Considerations and Reporting.
      Panelist, 12th Annual PA Newspaper Association's Government Affairs Conference.
      Harrisburg, PA.

- Calvert, C. (Mar. 6, 1998). Excising Media Images to Solve Societal Ills.
      Panelist and Paper Presenter, Tobacco Litigation & Regulation Symposium.
      Southwestern University School of Law, Los Angeles, CA.

- Calvert, C. (Jan. 31, 1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality, and
      the Framing of Legal Options.
      Panelist and Paper Presenter, Tenth Annual Computer Law Symposium.
      University of California, Hastings College of the Law, San Francisco, CA.

- Calvert, C. (Nov. 18, 1997). Talk Radio: Political Participation or Pointless Pontification? -- A
      Roundtable Discussion.
      Organizer and panelist, Pennsylvania Center for the First Amendment, University Park, PA.

Clay Calvert
May 30, 2025

- Calvert, C. (Nov. 14, 1997). Tolerating Intolerance: Free Speech Values and Free Speech Harms.
  Keynote Speech at Clarion University's College Press Day 1997: A Study of Ethics in Journalism.
  Clarion University, Clarion, PA.

- Calvert, C. (Mar. 1997). Sin Advertising: The Selling of Alcohol and Cigarettes to America --
  A Roundtable Discussion.
  Organizer and panelist, Pennsylvania Center for the First Amendment, University Park, PA.

- Calvert, C. (Jan. 1997). The People vs. Larry Flynt: Hollywood First Amendment Hype or
  Cover-up of Harms Against Women? -- A Roundtable Discussion.
  Organizer and panelist, Pennsylvania Center for the First Amendment, University Park, PA.

- Calvert, C. (Nov. 1996). Rethinking the Public Interest.
  Moderator at the Benton Foundation's "Can Critical Theory Make A Difference?:
  New Approaches to Communications Law and Policy. "
  Washington College of Law, American University, Washington, D. C.

- Calvert, C. (June 1996). New Developments in Libel Law.
  Panelist, Communications Law Institute, Pennsylvania State University, University Park, PA.

- Calvert, C. (1996). Stopping the Violence: Are Ratings the Answer?
  You Can Make a Difference Conference, Stanford University, Stanford, CA.

- Calvert, C. (1994). The Logic of Public Opinion and the Values of Libel Law.
  Communication and the Law Scholar Honors Forum.
  Western States Communication Association Annual Meeting, San Jose, CA.

## Selected Briefs Filed with Federal Courts (friend-of-the-court briefs)

- ***Austin v. Illinois***
  Case No. 17-21, In the Supreme Court of the United States, Filed Mar. 20, 2020.
  *"Brief of Amici Curiae First Amendment Lawyers Association and the Marion B. Brechner First
  Amendment Project in Support of Petitioner."*
  https://www.supremecourt.gov/DocketPDF/19/19-1029/138750/20200320135240164_AustinFALABrechnerAmicus%20fixed%20PDFA%20PDFA.pdf

  Co-Author of Brief for Amici Curiae

- ***Lozman v. City of Riviera Beach, Florida***
  Case No. 17-21, In the Supreme Court of the United States, Filed Dec. 27, 2017.
  *"Brief of Amici Curiae for Marion B. Brechner First Amendment Project and Brechner Center for
  Freedom of Information in Support of Petitioner."* Available at:
  https://www.supremecourt.gov/DocketPDF/17/17-21/26219/20171228094831366_17-21%20Amicus%20Brief%20Brechner.pdf

  Counsel of Record for Amici Curiae

- ***Expressions Hair Design v. Schneiderman***
  Case No. 15-1391, In the Supreme Court of the United States, Filed June 7, 2016.
  *"Brief of Amicus Curiae the Marion B. Brechner First Amendment Project in Support
  of Petitioners."* Available at:
  https://www.scotusblog.com/wp-content/uploads/2016/06/Brechner-Amicus.pdf

  Counsel of Record for Amicus Curiae

Clay Calvert
May 30, 2025

- **Bell v. Itawamba County School Board**
  Case No. 15-666, In the Supreme Court of the United States, Filed Dec. 9, 2015.
  *"Brief of Amicus Curiae the Marion B. Brechner First Amendment Project in Support
  of Petitioner."* Available at:
  https://www.scotusblog.com/wp-content/uploads/2015/12/Brief-of-Marion-B-Brechner-First-Amendment-Project.pdf

  Counsel of Record for Amicus Curiae

- **Heffernan v. City of Paterson**
  Case No. 14-1280, In the Supreme Court of the United States, Filed Nov. 23, 2015.
  *"Amici Curiae Brief of the Thomas Jefferson Center for the Protection of Free Expression,
  The Marion B. Brechner First Amendment Project, and the Pennsylvania Center for the First
  Amendment in Support of Petitioner."* Available at:
  http://www.scotusblog.com/wp-content/uploads/2015/12/14-1280-tsac-Thomas-Jefferson-Center.pdf

  Counsel for Marion B. Brechner First Amendment Project

- **United States v. Valle**
  Case No. 14-2710-CR, In the U.S. Court of Appeals for the Second Circuit, Filed Mar. 20, 2015.
  *"Brief of Amici Curiae Electronic Frontier Foundation, Center for Democracy & Technology, Marion B.
  Brechner First Amendment Project, National Coalition Against Censorship, Pennsylvania Center for the
  First Amendment, and Law Professors in Support of Defendant-Appellee Gilberto Valle."*

  Clay Calvert, individually & as director of the Marion B. Brechner First Amendment Project

- **Ventura v. Kyle**
  Case No. 14-3876, In the U.S. Court of Appeals for the Eighth Circuit, Filed Mar. 9, 2015.
  *"Brief of Amici Curiae the First Amendment Scholars in Support of Defendant-Appellant
  and Reversal."* (Clay Calvert was one of 12 First Amendment scholars, including Erwin
  Chemerinsky and Vincent Blasi, to participate on the brief).

  Clay Calvert, One of 12 First Amendment Scholars from Across the Country Participating

- **Wollschlaeger v. Governor of Florida**
  Case No. 12-14009, In the U.S. Court of Appeals for the Eleventh Circuit, Filed Aug. 25, 2014.
  *"Amicus Curiae Brief of ACLU Found. of Fla., Inc., Alachua County Medical Society, Broward County
  Medical Assoc., Broward County Pediatric Society, Palm Beach County Medical Society, Florida Public
  Health Assoc., University of Miami School of Law Children & Youth Clinic, Children's Healthcare Is a
  Legal Duty, Inc., Early Childhood Initiative Found., and the Marion B. Brechner First Amendment
  Project in Support of Petition for Rehearing En Banc."*

  Counsel for Marion B. Brechner First Amendment Project

- **Elonis v. United States**
  Case No. 13-983, In the Supreme Court of the United States, Filed Aug. 18, 2014.
  *"Amici Curiae Brief of the Marion B. Brechner First Amendment Project and Rap Music Scholars
  (Professors Erik Nielson and Charis E. Kubrin) in Support of Petitioner"*

  Counsel of Record and Counsel for Amici Curiae

Clay Calvert
May 30, 2025

- **Elonis v. United States**
  Case No. 13-983, In the Supreme Court of the United States, Filed March 21, 2014.
  *"Amici Curiae Brief of the Thomas Jefferson Center for the Protection of Free Expression, the Marion B. Brechner First Amendment Project, and the Pennsylvania Center for the First Amendment in Support of the Petition for a Writ of Certiorari."* Available at:
  http://sblog.s3.amazonaws.com/wp-content/uploads/2014/04/13-983tsacTJCElonisvUSA.pdf

  Counsel for Marion B. Brechner First Amendment Project


- **Hunter v. Virginia State Bar**
  Case No. 12-1379, In the Supreme Court of the United States, Filed June 20, 2013.
  *"Amici Curiae Brief of the Thomas Jefferson Center for the Protection of Free Expression, the Marion B. Brechner First Amendment Project, and the Media Institute in Support of the Petition for a Writ of Certiorari to the Supreme Court of Virginia"*

  Counsel for Marion B. Brechner First Amendment Project


- **FCC v. Fox Television Stations, Inc.**
  Case No. 10 – 1293, In the Supreme Court of the United States, Filed Nov. 8, 2011.
  *"Amici Curiae Brief of the Pennsylvania Center for the First Amendment and the Marion B. Brechner First Amendment Project in Support of Respondents"*

  Counsel for Marion B. Brechner First Amendment Project


- **Kowalski v. Berkeley County Schools**
  Case No. 11-461, In the Supreme Court of the United States, Filed Oct. 28, 2011.
  *"Motion for Leave to File Brief in Support of Petitioner for Writ of Certiorari and Brief of Amicus Curiae Marion B. Brechner First Amendment Project"*

  Counsel of Record, Counsel for Marion B. Brechner First Amendment Project


- **Brown v. Entertainment Merchants Association**
  Case No. 08-1448, In the Supreme Court of the United States, Filed Sept. 13, 2010.
  *"Brief Amici Curiae of Marion B. Brechner First Amendment Project and Pennsylvania Center For the First Amendment in Support of Respondents Seeking Affirmance"*

  Counsel of Record, Counsel for Marion B. Brechner First Amendment Project


- **Snyder v. Phelps**
  Case No. 09-751, In the Supreme Court of the United States, Filed July 13, 2010.
  *"Amici Curiae Brief of The Thomas Jefferson Center for the Protection of Free Expression, The Marion B. Brechner First Amendment Project, National Coalition Against Censorship, The Pennsylvania Center for the First Amendment In Support Of Respondents"*

  Counsel for Marion B. Brechner First Amendment Project


- **J.S. v. Blue Mountain School District**
  Case No. 08-4138, In the United States Court of Appeals for the Third Circuit, Filed Mar. 9, 2010.
  *"Brief of Amici Curiae in Support of Appellants' Petition for Rehearing En Banc."*

  Counsel for Marion B. Brechner First Amendment Project

Clay Calvert
May 30, 2025

- ***Citizens for Police Accountability Political Committee v. Browning***
  Case No. 09-861, In the Supreme Court of the United States, Filed Feb. 16, 2010.
  "*Motion for Leave to File Brief in Support of Petitioner for Writ of Certiorari and
  Brief of Amici Curiae the Marion B. Brechner First Amendment Project et al.*"

  Counsel of Record, Counsel for Amici Curiae, Lead Author of the Brief

## Expert Testimony (invited testimony before legislative bodies)

- ***HR 94 Task Force on Violent Interactive Video Games***
  Invited member of this government-commissioned task force holding meetings and preparing a
  report in 2007-2008 to evaluate and determine how the Pennsylvania legislature should respond
  to concerns about violent video games.
  Harrisburg, PA (2007-2008).

- ***Pennsylvania House Children and Youth Committee, House Resolution No. 175***
  Expert testimony on video game violence issues related to laws, cases and social science.
  Testimony specifically tied to House Resolution 175: Effects of Violent Video Games on Children.
  Main Capitol, Room 140, Harrisburg, PA (Aug. 28, 2006).

- ***U.S. Senate Committee on the Judiciary***
  ***Subcommittee on the Constitution, Civil Rights and Property Rights***
  Hearing: "What's in a Game? State Regulation of Violent Video Games
  and the First Amendment."
  Expert written testimony for the record on First Amendment issues on violent video games.
  Testimony requested and invited by the Entertainment Software Association.
  Dirksen Senate Office Building, Room 226, Washington, D.C. (Mar. 29, 2006).

- ***California State Assembly Arts & Ent. Committee, Capitol Building, Sacramento, CA***
  Expert testimony on First Amendment issues affecting Assembly Bill 450
  (Bill targeting minors' access to video games depicting violent images)
  Sacramento, CA (May 3, 2005).

- ***California State Assembly Judiciary Committee, Capitol Building, Sacramento, CA***
  Expert testimony on First Amendment issues affecting Assembly Bill 450
  (Bill targeting minors' access to video games depicting violent images)
  Sacramento, CA (Apr. 19, 2005).

## Expert Legal Consultation (retained as expert consultant in litigation)

- ***Steven J. Hatfill v. New York Times Company, No. 1:04-cv-807 (E.D. Va. 2006)***
  Plaintiff's expert consultant in high-profile federal defamation case.
  Hired July 10, 2006.

- ***Other Cases*** (identification of cases available upon request; confidentiality requested)

Clay Calvert
May 30, 2025

## <u>Expert Public Commentary</u> (quotes in news media OR authored op-eds)

- ### *Tobacco & Alcohol Advertising Regulations*

    <u>The Washington Post</u>
    "FDA's Tobacco Ad Rules Face Lengthy Court Challenge"
    Rajiv Chandrasekaran (Aug. 24, 1996, A9).

- ### *Voyeurism, Media Voyeurism & Reality TV*

    <u>Refinery29</u>, Brooklyn, NY (VICE Media Group)
    "My Relationship Was Derailed by a Stranger's Viral TikTok" (quotes regarding voyeurism)
    Beth Ashley (Sept. 7, 2021), available at:
    https://www.refinery29.com/en-ca/2021/09/10663675/viral-tiktok-cheating-boyfriend

    <u>Huffington Post</u>, New York, NY
    "Honor Journalist James Foley: Don't Watch the Video" (Op-Ed Commentary)
    Clay Calvert (Aug. 20, 2014), available at:
    http://www.huffingtonpost.com/clay-calvert/honor-journalist-james-fo_b_5692978.html

    <u>Huffington Post</u>, New York, NY
    "Videotaping Death and the Dying on a Dallas Freeway: The Perversion of Social Media
    and Smart Phones in a Voyeuristic Culture" (Op-Ed Commentary)
    Clay Calvert (June 5, 2014), available at:
    http://www.huffingtonpost.com/clay-calvert/videotaping-death-and-the_b_5448137.html

    <u>The Record</u>, Bergen County, NJ
    "Analysis: Graphic Video of Home-Invasion Assault Triggers Privacy Debate" (quotes)
    Stephanie Akin (July 7, 2013, at A1).

    <u>Orlando Sentinel</u>, Orlando, FL
    "Video Voyeurs Face Tougher Penalties with New Florida Law" (quotes and comments)
    Erica Rodriguez (Sept. 20, 2012, at A1), available at:
    http://articles.orlandosentinel.com/2012-09-19/news/os-video-voyeurism-law-change-20120919_1_video-voyeurism-cellphone-cameras-erin-andrews

    <u>CBC News Network</u>, Canadian Broadcasting Corporation, Toronto, Canada
    "Connect with Mark Kelley" (interview re: live streaming on Internet of phys. assisted suicide)
    Mark Kelley, Host (July 29, 2011, 8:00 p.m. EST), available at:
    http://www.cbc.ca/connect/2011/07/debt-drama-voyeur-nation.html

    <u>WNPR</u>, Connecticut Public Radio
    The Colin McEnroe Show (hour-long interview on the topic of mediated voyeurism)
    Colin McEnroe (Feb. 3, 2010, 1:00-2:00 p.m. EST)
    http://www.cpbn.org/node/18376

    <u>Veja Magazine</u>, Brazil (weekly Brazilian newsmagazine; circulation more than one million)
    "Quando Não Há Mais Segredos" (quotes regarding voyeuristic media content and news)
    Carlos Graieb (Aug. 12, 2009).
    Available at: http://veja.abril.com.br/120809/quando-nao-ha-mais-segredo-p-078.shtml

    <u>Radio New Zealand National</u>, New Zealand
    "Media Watch" (interview re: news, newsworthiness, privacy and mediated voyeurism)
    Colin Peacock, Producer (Aug. 9, 2009).
    Available at: http://podcast.radionz.co.nz/mwatch/mwatch-20090809-0905-
    Mediawatch_for_9_August_2009-048.mp3

    <u>The Patriot-News</u>, Harrisburg, PA
    "Amid Scandal, 'John and Kate' Return Tonight" (comments re: "John and Kate Plus 8")
    David N. Dunkle (May 25, 2009, at A1).

Clay Calvert
May 30, 2025

WPVI-TV, Philadelphia, PA (ABC Philadelphia Affiliate, ABC Action News 6)
"Action News Special Report: The Practice of Voyeurism" (on-air interview for feature report)
Sarah Bloomquist (Nov. 20, 2008, 11:00 p.m. News)
Available at: http://abclocal.go.com/wpvi/video?id=6517728

Daily Bruin, Westwood, CA (student newspaper of UCLA)
"America's Dirtiest Home Videos" (quotes re: sexual mediated voyeurism)
Carrie Jones (Feb. 27, 2008).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: reality TV show "The Moment of Truth" with Larry Craig & Roger Clemens
Bob Conners, Host (Jan. 18, 2008, 8:42 a.m.).

Altoona Mirror, Altoona, PA
"All Mixed Up" (quotes and comments regarding coverage of Britney Spears breakdown)
Rebecca Berdar (Jan. 13, 2008, at A1).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: reality TV show "The Moment of Truth"
Bob Conners, Host (Nov. 27, 2007, 7:42 a.m.).

The New York Times, NY, NY
"Court TV Tilts to Tabloid Side in Ratings Quest" (quotes re: reality TV)
Pradnya Joshi (July 16, 2007, at C4).

View Magazine, National Magazine for PricewaterhouseCoopers LLP
"Privacy Under Pressure: Experts Say Our Liberties Are Being Eroded By Technological Change"
Issue No. 5 (Feb. 2007, at 27), available online at:
http://www.pwc.com/images/us/eng/main/nr/view5/PrivacyUnderPressure.pdf

Boston Globe, Boston, MA
"Anna Nicole's Rise and Fall has Captured Our Attention" (quotes re: Anna Nicole Smith)
Mark Shanahan (Feb. 10, 2007, at C1).

Boston Globe, Boston, MA
"Life in the Glare Ends Abruptly, in Mystery" (quotes re: Anna Nicole Smith)
Mark Shanahan (Feb. 9, 2007, at A1).

Orange County Register, Orange County, CA
"Reality:  Apparently It's What TV Viewers Prefer" (quotes re: new 2007 reality TV shows)
Diane Holloway (Jan. 10, 2007).

Austin American-Statesman, Austin, TX
"'Idol,' 'Apprentice,' C-list stars are TV's midseason reality" (quotes re: 2007 reality TV shows)
Diane Holloway (Jan. 9, 2007, at E01).

ESPN.Com
"Welcome to Sports Voyeur Nation" (quotes regarding photographic voyeurism of sports stars)
Patrick Hruby (June 27, 2006).
http://sports.espn.go.com/espn/page2/story?page=hruby/060627

Ventura County Star, Ventura County, CA
"Cheerleader Tapes Spur Demands for a Strict Law" (quotes regarding video voyeurism)
Stephanie Hoops (June 11, 2006, at A1).

Boston Globe, Boston, MA
"NBC Cancels Stewart's Show" (quotes regarding cancellation of Martha Stewart reality show)
Suzanne C. Ryan (Nov. 15, 2005, at E3).

Daily Nebraskan, Lincoln, NE
"Reality TV Helps Us Forget the Real World" (quotes regarding television voyeurism)
Elaine Santore (Sept. 23, 2005).

Clay Calvert
May 30, 2025

WKY – 930AM, Oklahoma City, OK
Segment on lawsuit against ABC's reality TV show "Extreme Makeover" (live on-air comments)
Brad Copeland, Host (Sept. 19. 2005).

Boston Globe, Boston, MA
"These Kids Face Harsh Reality" (quotes regarding reality TV show called "Brat Camp")
Joanna Weiss (Aug. 10, 2005, at E1).

The Toronto Star, Toronto, Ontario, Canada
"Peeping: The New Look" (regarding Terri Schiavo voyeurism and media attention)
Olivia Ward (Apr. 17, 2005).

WHYY 91FM, Philadelphia, PA, National Public Radio
"Radio Times" Program (hour-long live interview segment on Reality TV)
Marty Moss-Coane (Mar. 3, 2005, 11:00-Noon).

Afterimage: The Journal of Media Arts and Cultural Criticism
"Michael Auder: Chronicles and Other Scenes"
C. Ondine Chavoya (Jan.-Feb. 2005, at p. 4, 7).

VH1 News Presents: Extreme Reality Exposed (VH1 Cable Channel, nationwide clearance)
Half-hour news special on extreme reality media, including "Bumfights"
June 8, 9 & 10, 2004.

KDKA-AM, News Talk 1020, Pittsburgh, PA
Interview Re: "The Swan" and other new reality television shows
Larry Richert, Morning Talk Show Host (Apr. 2, 2004, 7:30 a.m.).

TV Guide
"Big Fat Fake Out: Fox Ups the Ante on a New Reality Show"
Rochell D. Thomas (Jan. 24-30, 2004, p. 20).

Los Angeles Times
"Realizing 'Idol' Dreams"
Meg James (Jan. 12, 2004, Business p. 1).

Boston Globe
"More Real Than Real"
Suzanne C. Ryan (Jan. 8, 2004, Living/Arts p. 1).

Sacramento Bee
"Paris Sizzles" (news story on our infatuation with Paris Hilton and reality TV)
Rachel Leibrock (Dec. 2, 2003, p. E1, E2).

Today Show (NBC Television, nationwide clearance)
Public Fascination with Roy Horn's (Siegfried & Roy) mauling and sales of DVD/Videotape.
Matt Lauer (Oct. 29, 2003, approx. 7:40 a.m. EST)

FOXNews.Com
"TV Takes on Celebrities -- With a Twist" (regarding "real lives" series)
Maria Lehner (Oct. 21, 2003). http://www.foxnews.com/story/0,2933,100671,00.html

CourtTV
"Closing Arguments" (regarding lawsuit against Candid Camera by Philip Zelnick)
Diane Dimind & Eddie Hayes, Hosts (Aug. 29, 2003).

Nutrition Health Review: The Consumer's Medical Journal
"So-Called Reality TV Shows Hardly Reflect Real Life" (op-ed commentary on reality TV)
Clay Calvert (Fall 2003, Issue 87, p. 12).

USA Today
"Rooting for Ruben or Clay? No Matter Who Wins, Fans Have Already Chosen Their 'Idol'"
Bill Keveney (May 20, 2003, p. 1D, 2D).

Clay Calvert
May 30, 2025

Sacramento Bee
"It's an Idol Night"
Will Evans (Apr. 22, 2003, p. E1, E5).

Time for Kids, Time, Inc.
"Get Real: Despite Its Name, Reality TV Offers A Twisted View of Life"
Kathryn R. Hoffman (Mar. 21, 2003, p. 4).

Centre Daily Times, State College, PA
"Holy Matrimony?"
Chris Rosenblum (Mar. 15, 2003, p. C1).

WBUR Radio, Boston, Mass.  (http://onpointradio.org)
"On Point: TV's New Reality" (other panelists included Bill Carter from N.Y. Times)
Tom Ashbrook, Host (Jan. 30, 2003).

The New York Times
"Getting Rowdier, TV Reality Shows are Attracting Suits"
Adam Liptak (Jan. 7, 2003, p. A1, A17).

OC Weekly, Orange County, CA
"Live Noir"
Nathan Callahan (July 12, 2002).

Broadcasting & Cable Magazine
"Facing Legal Realities: Lawsuit Potential Challenges Producers of 'Unscripted' Shows"
Linda Moss (Oct. 8, 2001).

The New York Times
"Seen My Sock Drawer Lately? Check Out My Web Site."
Tom Zeller (Aug. 19, 2001, Week in Review, p. 14).

The Evening Standard, London, England
"How Low Will Reality TV Go, Ask Watchdogs" (feature news story)
Luke Leitch (May 30, 2001, p. 19).

The Saturday Early Show, CBS News, Television (nationwide clearance)
"America's Obsession with Voyeurism" (news interview regarding Survivor and Big Brother)
Russ Mitchell live interview (July 1, 2000).

The Washington Times, Washington, D.C.
"Voyeurism at a Cost" (Op-Ed Commentary Column)
Clay Calvert (July 10, 2000).

The Milwaukee Journal Sentinel, Milwaukee, Wis.
"TV Voyeurs: Why Are We So Fascinated?" (Op-Ed Commentary Column)
Clay Calvert (July 10, 2000).

The Milwaukee Journal Sentinel, Milwaukee, Wis.
"Scholars Question Reality of 'Survivor' Behavior"
Catherine Fitzpatrick and Mary Louise Schumacher (August 25, 2000, p. 6B).

The Boston Herald, Boston, MA
"Made You Look: Long Before Reality TV, Filmmakers Were Capitalizing on Voyeurism"
Alicia Potter (August 6, 2000, Arts & Life Section, p. 45).

The Patriot-News, Harrisburg, PA
"Showing Through Reality TV: Our Very Worst Warts"
Suzanne Cassidy (September 3, 2000, Living Section, p. 1).

Courier-Journal, Louisville, KY
"What's wrong with 'Reality'?"
Thomas Nord (January 12, 2001, Features Section, p. 1F).

Clay Calvert
May 30, 2025

The Philadelphia Inquirer, Philadelphia, PA
"Personal Briefing (Sub-head: "We like to watch")
Marc Schogol (April 11, 2000, Lifestyle Section).

The Cincinnati Enquirer, Cincinnati, OH
"At Your Best" (Sub-head: "Get Moving").
Staff (April 17, 2000, p. C03).

The Des Moines Register, Des Moines, IA
"Get the Most Out of Life" (Sub-head: "Professor says TV allows voyeurism").
Staff (April 12, 2000, p. Life 3).

The Providence Journal-Bulletin, Providence, R.I.
"Stuff — Foolish Products" (Sub-head: "TV Voyeurs").
Staff (April 17, 2000, p. 1E).

Calgary Herald, Calgary, Canada
"Life Lines" (Sub-head: "We Like to Watch").
Staff (May 1, 2000, p. E5).

KMOX-AM Radio (CBS affiliate), St. Louis, MO
Afternoon Talk Show Interview
Fred Bodiver, producer (July 2, 2000).

WTVN-Radio, Columbus, OH
Morning Talk Show Interview
Mike Elliott, producer (August 3, 2000).

KOVR-TV 13 (CBS affiliate), Sacramento, CA
Special Assignment Report on Big Brother, 10:00 p.m. Newscast
(July 5, 2000).

- *Privacy and Surveillance*

Naples Daily News, Naples, FL
"Naples Neighborhoods Installing More Security Cameras to Deter Crime" (quotes)
Aisling Swift, May 2, 2014, available at:
http://www.naplesnews.com/news/2014/may/02/naples-communities-installing-more-security-camera/

Pittsburgh Post-Gazette, Pittsburgh, PA
"Parking Authority Snaps 200K Motorists a Month" (quotes re: Pittsburgh surveillance of cars)
Andrew McGill, Sept. 22, 2013, at A-1, available at:
http://www.post-gazette.com/stories/local/neighborhoods-city/pitttsburghs-parking-authority-snaps-200k-motorists-a-month-704358

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Free Speech Advocates Fear 'Chilling Effect' After NSA Phone Records Revelation" (interview)
Trent Kelly (June 7, 2013, 11:00 p.m. newscast, available at:
http://www.wcjb.com/local-news-national-news/2013/06/free-speach-advocates-fear-chilling-effect-after-nsa-phone-records

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Walking the Fine Line Between Public and Private Emails" (on-air interview)
Chris Gilmore (Nov. 13, 2012, 6:00 p.m. newscast), available at:
http://www.wcjb.com/local-news/2012/11/walking-fine-line-between-public-and-private-emails

Daytona Beach News-Journal, Daytona Beach, FL
"Earnhardt's Death Changed Racing" (quotes re: privacy and access to autopsy photos on
the 10th anniversary of the death of racecar driver Dale Earnhardt)
Dinah Voyles Pulver (Feb. 18, 2011, at A1), available at:
http://www.news-journalonline.com/racing/sprint-cup/2011/02/18/earnhardts-death-changed-racing.html

Clay Calvert
May 30, 2025

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (live four-minute interview re: "Predatory Websites and Children")
David Snyder, Host (Aug. 3, 2010, 5:40 p.m.), available at:
http://www.wcjb.com/news/7322/technology-spotlight-8-3-2010-predatory-websites-and-children

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: U.S. Senate bill on prepaid cell phone identification
Bob Conners, Host (June 10, 2010, 6:45 a.m.).

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: e-mail privacy battle between Yahoo and Justice Department
Bob Conners, Host (Apr. 16, 2010, 8:10 a.m.).

<u>Gainesville Sun</u>, Gainesville, FL
"UF Won't Punish Sororities Over Election Revelations on Secret Recording" (comments)
Thomas Stewart (Apr. 2, 2010), available at:
http://www.gainesville.com/article/20100402/ARTICLES/100409922?p=all&tc=pgall

<u>Gainesville Sun</u>, Gainesville, FL
"UF Scholar, Lawyer Wades into Rights to Privacy, Speech" (quotes re: right to know)
Nathan Crabbe (Mar. 18, 2010, at B1), available at:
http://www.gainesville.com/article/20100318/COLUMNISTS/3181057?p=all&tc=pgall

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Court: CHP Can Be Liable for Gruesome Pics" (quotes regarding appellate court privacy case)
Don J. DeBenedictis (Feb. 2, 2010, at 4).

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (three-minute live interview re: Google and China censorship).
David Snyder, anchor (Jan. 26, 2010, 5:30 p.m. newscast), available at:
http://www.wcjb.com/news/6005/technology-spotlight-1-26-10

<u>WPSU-TV</u>, State College, PA, and <u>PCN</u> (Pennsylvania Cable Network)
"To the Best of My Knowledge: Protecting Your Privacy" (invited guest on hour-long talk show)
Graham Spanier, Penn State University President, Host (Apr. 29, 2008, 7:00-8:00 p.m.)

<u>Citizens' Voice</u>, Wilkes-Barre, PA
"Predators on the Web" (quotes and comments regarding online monitoring of sex offenders)
Andrew Staub (Aug. 19, 2007).

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Privacy Versus Public Right: 'Can We Film the Operation?'" (Op-Ed Commentary Column)
Clay Calvert (May 10, 2005, at 6).

<u>Orlando Sentinel</u>, Orlando, FL
"Leesburg Under the Lens"
Etan Horowitz (Dec. 17, 2004, at 1).

<u>Privacy Journal</u>, Vol. 31, No. 2, Dec. 2004 (national monthly journal on privacy issues)
"One Issue May Be Crucial for Supreme Court Choices" (Op-Ed Commentary Column)
Clay Calvert (Dec. 2004, at 1, 4).

<u>Morning Call</u>, Allentown, PA
"Concept of Privacy is at Stake in Supreme Court Picks" (Op-Ed Commentary Column)
Clay Calvert (Nov. 19, 2004, at A21).

<u>San Francisco Chronicle</u>, San Francisco, CA
"Next Battle for Supreme Court – Privacy" (Op-Ed Commentary Column)
Clay Calvert (Nov. 10, 2004, at B-9).

Clay Calvert
May 30, 2025

WRNI-1290-AM, Providence, R.I. (National Public Radio)
"One Union Station" Talk Show, 3:00 p.m. hour-long segment
John Roberts, producer (June 20, 2001).

- ***Journalism***

NewsRadio 610 WIOD, Miami, FL
Live Interview re: Jim Acosta and CNN battle over White House press corps access
Manny C. Munoz, Co-Host, South Florida's First News with Jimmy Cefalo
(Nov. 20, 2018, at 7:54 a.m. and repeated on tape at 9:42 a.m.)

CBS News, New York, NY
"CBS Corp. Subpoenas PR Firm's Contacts With Journalists in Ongoing Legal Dispute" (quotes)
Graham Kates (Aug. 28, 2018), available at:
https://www.cbsnews.com/news/cbs-corp-subpoenas-pr-firms-contacts-with-journalists-in-ongoing-legal-dispute/

Washington Post, Washington, D.C.
"A Las Vegas newspaper killed a story on Steve Wynn." (quotes of fair report privilege).
Erik Wemple (Feb. 5, 2018), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2018/02/05/a-las-vegas-newspaper-killed-a-story-on-steve-wynn-why-cant-anyone-recall-the-details

Christian Science Monitor, Boston, MA
"Reporters Grapple with the 'Right' Way to Cover the Far Right" (comments)
Patrik Jonsson (Dec. 28, 2017), available at:
https://www.csmonitor.com/USA/Society/2017/1228/Reporters-grapple-with-the-right-way-to-cover-the-far-right

Washington Post, Washington, D.C.
"Why Won't Fox News Apologize to DeRay McKesson?" (quotes)
Erik Wemple (Dec. 13, 2017), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2017/12/13/why-wont-fox-news-apologize-to-deray-mckesson

Washington Post, Washington, D.C.
"New York Times Sues Woman for Allegedly Impersonating Times Reporter" (quotes)
Erik Wemple (Nov. 10, 2017), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2017/11/10/new-york-times-sues-woman-for-allegedly-impersonating-times-reporter

ABA Journal (flagship magazine of the American Bar Association)
"Lies and Libel: Fake News is Just False, But Its Cure May Not be So Simple" (quotes)
Steven Seidenberg (July 2017 hardcopy issue, pp. 48 – 55), also available online at:
http://www.abajournal.com/magazine/article/fake_news_libel_law

The Wrap, Los Angeles, CA
"How Trump's Attacks on the Media Turned into Literal Attacks on the Media" (quotes)
Susan Seager (May 26, 2017), available at:
http://www.thewrap.com/gianforte-wins-montana-after-trump-attacks-media/

Columbia Journalism Review, New York, NY
"Trump and Trickle-Down Press Persecution" (quotes regarding Donald Trump and press)
Jonathan Peters (May 10, 2017), available at:
https://www.cjr.org/local_news/trump-and-trickle-down-press-persecution.php

Washington Post, Washington, D.C.
"Bill O'Reilly's Website Rips Off Mainstream Media" (quotes re: fair use and copyright)
Erik Wemple (Apr. 26, 2017), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2017/04/26/bill-oreillys-website-rips-off-mainstream-media/?utm_term=.06a68d2f38ff

Huffington Post, New York, NY
Fake News, Censorship & the Third-Person Effect: You Can't Fool Me, Only Others!
Clay Calvert (Feb. 16, 2017), available at:
http://www.huffingtonpost.com/entry/fake-news-censorship-the-third-person-effect-you_us_58a4ccb3e4b026a89a7a25e4

Clay Calvert
May 30, 2025

Washington Post, Washington, D.C.
"Why Did the Atlantic Blur the Faces of Attendees at Alt-Right Conference?" (quotes)
Erik Wemple (Nov. 22, 2016), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2016/11/22/why-did-the-atlantic-blur-the-faces-of-attendees-at-alt-right-conference

Fortune Magazine, New York, NY
"Here's Why Everyone Overreacted to Facebook's 'Liberal Bias' Controversy" (Op-Ed)
Clay Calvert (May 24, 2016), available at:
http://fortune.com/2016/05/24/facebook-bias/

Washington Post, Washington, D.C.
"CNN Faces Lawsuit Over Exposé on Florida Hospital" (quotes re: libel law)
Erik Wemple (Feb. 16, 2016), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2016/02/16/cnn-faces-lawsuit-over-expose-on-florida-hospital/

Washington Post, Washington, D.C.
"Conde Nast Exec Story: Gawker is Keeping Its Sleaze Game in Shape" (quotes)
Erik Wemple (July 17, 2015), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2015/07/17/conde-nast-exec-story-gawker-is-keeping-its-sleaze-game-in-shape/

Washington Post, Washington, D.C.
"Twitter Stupidly Freaks Out About ESPN, Jason-Pierre Paul and HIPAA" (quotes)
Erik Wemple (July 9, 2015), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2015/07/09/twitter-stupidly-freaks-out-about-espn-jason-pierre-paul-and-hipaa

Washington Post, Washington, D.C.
"Lawsuit Against Rolling Stone Claims 'Doctored' Photograph Cast Dean as Villain" (quotes)
Erik Wemple (May 13, 2015), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2015/05/13/lawsuit-against-rolling-stone-claims-doctored-photograph-cast-dean-as-villain/

Gainesville Sun, Gainesville, FL
"Terrorists Can't Kill the Message" (Op-Ed column on Charlie Hebdo bombing)
Clay Calvert (Jan. 9, 2015, at 5A), available at:
http://www.gainesville.com/article/20150109/OPINION03/150109683/-1/opinion?p=all&tc=pgall

Huffington Post, New York, NY
"Boston Bombing Libel Suit Settles: New York Post's Shoddy Reporting Leaves
Legal, Ethical Lessons" (Op-Ed Commentary Column)
Clay Calvert (Oct. 3, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/boston-bombing-libel-suit_b_5929492.html

CNET, San Francisco, CA
"Ferguson, Mo., Unrest Tests Legal Right to Film Police" (quotes and comments)
Chris Matyszczyk (Aug, 14, 2014), available at:
http://www.cnet.com/news/ferguson-unrest-tests-legal-right-to-film-police/

NBC News, New York, NY
"Can the Cops Cuff You for Filming an Arrest?" (quotes and comments)
Bill Briggs (July 23, 2014), available at:
http://www.nbcnews.com/tech/gadgets/can-cops-cuff-you-filming-arrest-n162351

Huffington Post, New York, NY
"Filming Police in Public Places: A Risky First Amendment Activity for Citizen Journalists"
Clay Calvert (June 3, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/filming-police-in-public-_b_5424621.html

Huffington Post, New York, NY
"Amazon, Bezos and Book Publishers: Can One Reconcile the Cognitive Dissonance?"
Clay Calvert (May 14, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/amazon-bezos-and-book-publishers_b_5318394.html

Washington Post, Washington, D.C.
"'Homophobe': Is That Libelous?" (quotes re: potential for libel for using term "homophobe")
Erik Wemple (May 2, 2014), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2014/05/02/homophobe-is-that-libelous

Clay Calvert
May 30, 2025

<u>Gainesville Sun</u>, Gainesville, FL
"Obama's Actions Conflict with Commitment to Openness" (Op-Ed Commentary Column)
Clay Calvert (December 22, 2013), available at:
http://www.gainesville.com/article/20131222/OPINION03/131229947/-1/opinion?p=all&tc=pgall

<u>The News Media and the Law</u>, Arlington, VA (Reporters Comm. for Freedom of the Press mag.).
"A Closer Look at the 'Bag Men' Defamation Suit" (quotes re: libel lawsuit against *N.Y. Post*).
Amy Zhang (Summer 2013, at 9), available at:
http://www.rcfp.org/browse-media-law-resources/news-media-law/news-media-and-law-summer-2013/closer-look-bag-men-defamat

<u>Washington Post</u>, Washington, D.C.
"David Gregory Whiffs on Greenwald Question" (quotes: re punishing Glenn Greenwald)
Erik Wemple (June 23, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/06/23/david-gregory-whiffs-on-greenwald-question

<u>Washington Post</u>, Washington, D.C.
"Fox News Uses Bizarre Copyright Rationale to Kill Critical Advertisement" (quotes re: advert).
Erik Wemple (June 4, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/06/04/fox-news-uses-bizarre-copyright-rationale-to-kill-critical-advertisement

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
Live interview re: seizure by Justice Department of Associated Press reporters' phone records
David Snyder (May 20, 2013, on 5:30 p.m. newscast), available at:
http://www.wcjb.com/local-news-national-news/2013/05/clay-calvert-talks-freedom-press

<u>Washington Post</u>, Washington, D.C.
"Young Men, Please Sue the New York Post" (quotes re: NY Post story falsely linking individuals
to the Boston Marathon bombing)
Erik Wemple (Apr. 22, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/04/22/young-men-please-sue-the-new-york-post

<u>Washington Post</u>, Washington, D.C.
"How Did Mother Jones Obtain McConnell Tape?" (quotes regarding liability for taping)
Erik Wemple (April 9, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/04/09/how-did-mother-jones-obtain-mcconnell-tape/

<u>Washington Post</u>, Washington, D.C.
"Can George Zimmerman Prevail Against NBC?" (quotes regarding defamation lawsuit)
Erik Wemple (Dec. 6, 2012), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2012/12/06/can-george-zimmerman-prevail-against-nbc/

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: Candy Crowley's performance as moderator for second presidential debate.
Joel Riley, Host (Oct. 18, 2012, aired at 8:05 a.m.), available at:
http://www.610wtvn.com/player/?station=WTVN-AM&program_name=podcast&program_id=joelriley.xml&mid=22545924

<u>Washington Post</u>, Washington, D.C.
"Harry Reid, Keep Talking to the Huffington Post" (quotes re: Reid's allegations about Romney)
Erik Wemple (Aug. 3, 2012), available at:
http://www.washingtonpost.com/blogs/erik-wemple/post/harry-reid-keep-talking-to-the-
huffingtonpost/2012/08/03/0643ef54-dd98-11e1-af1d-753c613ff6d8_blog.html

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Taped interview re: news media coverage of shooting in Aurora, Colorado
Joel Riley, Host (July 26, 2012, aired at 6:53 a.m.).

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Taped interview re: ethical issues in editing/compressing by MSNBC of Mitt Romney speech
Joel Riley, Host (June 22, 2012, aired between 7:00 – 9:00 a.m.), available at:
http://www.610wtvn.com/player/?station=WTVNAM&program_name=podcast&program_id=joelriley.xml&mid=22203450

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: ethical issues in Trayvon Martin coverage and suspension of Ozzie Guillen
Joel Riley, Host (Apr. 11, 2012, at 7:50 a.m.).

Clay Calvert
May 30, 2025

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of shooting of Gabrielle Giffords & talk-radio influence
Bob Conners, Host (Jan. 12, 2011, 8:15 a.m.)

Ocala Star-Banner, Ocala, FL
"Duckett-Grace Case Settlement Raises Questions" (commentary re: settlement in Nancy Grace case)
Suevon Lee (Nov. 19, 2010), available at:
http://www.ocala.com/article/20101119/ARTICLES/101119675?p=all&tc=pgall

WTVN, 610 AM Radio, Columbus, OH
Live interview re: firing of Juan Williams by NPR for remarks on "The O'Reilly Factor"
Bob Conners, Host (Oct. 25, 2010, 8:15 a.m.)

WTVN, 610 AM Radio, Columbus, OH
Live interview re: President Obama's remarks that Fox News is "destructive"
Bob Conners, Host (Sept. 29, 2010, 8:12 a.m.)

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"News Coverage of Koran Controversy" (interview re: media feeding frenzy over coverage)
Kristin Giannas, reporter (Sept. 13, 2010, 6:00 p.m. newscast)

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media frenzy over the planned Quran burning in Gainesville, FL
Bob Conners, Host (Sept. 10, 2010, 7:45 a.m.)

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (live three-minute interview re: "Technology on Trial")
David Snyder, Host (June 8, 2010, 5:40 p.m.), available at:
http://www.wcjb.com/news/7045/technology-spotlight-6-8-10-technology-on-trial

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of South Carolina Lt. Gov. Bauer's "stray animals" comment
Bob Conners, Host (Jan. 26, 2010, 8:15 a.m.)

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of Harry Reid's "negro dialect" remark
Bob Conners, Host (Jan. 12, 2010, 8:45 a.m.)

The News Media & the Law, Arlington, VA (quarterly magazine of the Reporters Committee)
"An Unlikely Weapon in the Libel Arsenal" (quotes regarding Vicki Iseman libel case)
Kathleen Cullinan (Winter 2009, Vol. 33., No. 1, p. 29).

Orlando Sentinel, Orlando, FL
"Florida Laws Open Book on Casey Anthony's life" (quotes re: Florida records' laws)
Amy L. Edwards (Mar. 15, 2009), at A1.

Wall Street Journal Law Blog, New York, NY
"Vicki Iseman: Is She a Public or Private Figure?" (quotes re: defamation case)
Ashby Jones (Dec. 31, 2008), available at
http://blogs.wsj.com/law/2008/12/31/vicki-iseman-is-she-a-public-or-private-figure

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of case against Illinois Gov. Rod Blagojevich
Chuck Gillespie, Host (Dec. 12, 2008, 7:15 a.m.)

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of Rashid Khalidi and L.A. Times alleged self-censorship
Bob Conners, Host (Oct. 30, 2008, 7:15 a.m.)

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of Sarah Palin, including address to Republican convention
Bob Conners, Host (Sept. 4, 2008, 7:15 a.m.)

Clay Calvert
May 30, 2025

WTVN, 610 AM Radio, Columbus, OH
Live interview re: media coverage of Rev. Jesse Jackson's comments re: Barack Obama
Bob Conners, Host (July 11, 2008, 7:45 a.m.).

The Washington Independent, Washington, D.C.
"Owning the News: White House, Congress Face Off Over Media Consolidation" (quotes)
Mike Lillis (Apr. 17, 2008), available at   http://www.washingtonindependent.com/view/owning-the-news

WTVN, 610 AM Radio, Columbus, OH
Live interview re: use of pundits by cable and TV newscasts to comment on presidential race
Bob Conners, Host (Feb. 21, 2008, 8:12 a.m.).

ABC News.Com
"From Victims to Villains: A Familiar Role Reversal" (quotes re: coverage of McCann case)
Marcus Baram (Sept. 12, 2007), available at http://abcnews.go.com/print?id=3587167

News-Journal, Wilmington, DE
"Disparity in Attention on Missing Moms" (quotes re: media coverage of missing women)
Alison Kepner (June 26, 2007).

Tribune-Democrat, Johnstown, PA
"Federal Shield Law for Journalists Long Overdue" (Op-Ed Commentary Column)
Clay Calvert (June 22, 2007).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: news broadcasts of the videotape made by the shooter at Va. Tech.
Bob Conners, Host (Apr. 20, 2007, 7:12 a.m.; phoned in from Williamsburg, Va.).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Court Misuses Media Ethics" (Op-Ed Commentary Column)
Clay Calvert (Mar. 8, 2007, at 5).

WTAJ-TV 10, Altoona, PA
"Liberal Media? Target 10 Special Report" (on-air quotes regarding news media bias and ethics)
Megan Gilliland, reporter (Feb. 12, 2007, 6:00 p.m. news).

Intelligencer Journal, Lancaster, PA
"AG Accuses Coroner of Violating 911 Site" (quotes re: news media ethics)
Jeff Hawkes (Feb. 6, 2007, at A1).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: CNN airing videotape of insurgent snipers targeting U.S. troops in Iraq.
Bob Conners, Host (Oct. 26, 2006, 7:45 a.m.).

Columbia Journalism Review Daily (CJRDaily.Org)
"Child Pornography: To See, Or Not To See?" (quotes re: journalists' right to view illegal content)
Alia Malek (Sept. 21, 2006) Available online at:
http://www.cjrdaily.org/behind_the_news/child_pornography_to_see_or_no.php

The Washington Examiner, Washington, D.C. (daily newspaper)
"Trial by Media: A Faulty Form of Jurisprudence" (Op-Ed Commentary Column re: Karr)
Robert D. Richards & Clay Calvert (Aug. 30, 2006, at 17).

The Daily Telegraph, Sydney, Australia
"Mistakes and Misjudgments All Over Again" (quotes John Mark Karr coverage)
Adam Gellar (Aug. 30, 2006, at 27).

Associated Press: State and Local Wire
"Frenzy Surrounding Karr Arrest Shows Ramsey Case Repeating Itself" (quotes)
Adam Geller, AP National Writer (Aug. 29, 2006).
Story posted on Websites of more than a dozen newspapers including Detroit Free Press,
Toronto Star, Minneapolis Star Tribune, Sacramento Bee and Deseret Morning News.

Clay Calvert
May 30, 2025

<u>Newstalk 610 CKTB</u>, St. Catharines-Niagara, Ontario, Canada
Live interview on "Drive@Five" re: coverage of John Mark Karr
Larry Fedoruk, Host (Aug. 29, 2006, at 5:00 p.m.).

<u>Court TV Radio</u>, New York, NY (nationwide coverage on Sirius Satellite Radio 110)
Live interview on "Court TV Morning with Vinnie Politan" re: coverage of John Mark Karr
Vinnie Politan, Host (Aug. 24, 2006, at 8:00 a.m.).

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Media Must Avoid Rush to Judgment in Ramsey Murder Case" (Op-Ed Commentary Column)
Robert D. Richards & Clay Calvert (Aug. 24, 2006, at 8).

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview regarding coverage of suspect John Mark Karr in Ramsey murder.
Bob Conners, Host (Aug. 23, 2006, 7:15 a.m.).

<u>Christian Science Monitor</u>, Boston, MA (nationwide circulation)
"Why Cable News Pursues the JonBenét Ramsey Story" (quotes re: coverage and harm)
Alexandra Marks (Aug. 21, 2006, at 3).

<u>Centre Daily Times</u>, State College, PA
"Lessons, in Life and Death, for Journalists" (Op-Ed Commentary Column re: Patsy Ramsey)
Clay Calvert (July 3, 2006, at A8).

<u>Sacramento Bee</u>, Sacramento, CA
"Protecting the 'Free' in Free Speech" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (May 20, 2006, at B9).

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview regarding move of Katie Couric to CBS Evening News.
Bob Conners, Host (Apr. 6, 2006, 7:45 a.m.).

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"2005 Scandals Set News and Legal Worlds on Collision Course" (Op-Ed Commentary Column)
Clay Calvert (Jan. 4, 2006, at 6).

<u>WTVN News Radio 610</u>, Columbus, OH
Live interview and commentary regarding coverage of W. Va. Sago mining disaster.
John Corby, Host (Jan. 4, 2006, 4:15 p.m.).

<u>San Francisco Daily Journal</u>, San Francisco, CA (targeting legal community in greater Bay Area)
"Defamation Suit a Cautionary Tale" (Op-Ed Commentary Column)
Clay Calvert (Nov. 3, 2005, at 6).

<u>The Daily Times</u>, Farmington, New Mexico
"ACLU Not Worried About First Amendment Rights" (quotes re: criminal libel case)
Ryan Hall (Aug. 11, 2005, at 1).

<u>Nitebeat, CN8, The Comcast Network</u>, Boston, MA
Live on-air commentary regarding different media coverage of white v. black missing girls:
[different coverage of Natalee Holloway v. LaToyia Figueroa cases]
Barry Nolan, Host (Aug. 10, 2005, at 7:00 p.m.).

<u>WTAJ-TV, Channel 10, CBS Affiliate</u>, Altoona/State College, PA
Live on-air commentary regarding death of Peter Jennings and the future of news anchors.
John Clay, News Anchor (Aug. 8, 2005, at 5:30 p.m.).

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Newspaper's Ethics Code Runs Afoul of State Labor Law" (Op-Ed Commentary)
Clay Calvert (Aug. 4, 2005, at 8).

Clay Calvert
May 30, 2025

WKQV – 1410 AM, Pittsburgh, PA ("All News/All the Time" Radio)
Live on-air commentary regarding Matthew Cooper and Judith Miller source cases.
Joe Finn, Host (June 29, 2005, 1:30 p.m.).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Newspaper's Vigilante Reporting Raises Constitutional Question" (Op-Ed Commentary)
Clay Calvert (May 18, 2005, at 6).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in greater Bay Area)
"Law Should Hold Media Accountable for False Information" (Op-Ed Commentary Column)
Clay Calvert (Apr. 22, 2005, at 6).

Pittsburgh Post-Gazette, Pittsburgh, PA
"Keeping Public Confidences" (Op-Ed Commentary Column)
Robert D. Richards & Clay Calvert (Nov. 30, 2004, at A-21)

Sacramento Bee, Sacramento, CA
"Allawi's Warning to Journalists is Wrong Turn for Democracy" (Op-Ed Commentary Column)
Clay Calvert (Nov. 20, 2004, at B7).

WTVN, 610 AM Radio, Columbus, OH
Live Interview on ethics issue over Dan Rather and Leaked National Guard Documents.
Mike Elliott, producer, with Bob Conners, host (Sept. 21, 2004).

WTVN, 610 AM Radio, Columbus, OH
Live Interview on ethics issue over connection between CBS and Amazon.com.
Mike Elliott, producer, with Bob Conners, host (June 29, 2004).

WTVN, 610 AM Radio, Columbus, OH
Live Interview on media coverage of Scott Peterson trial and the war in Iraq.
Mike Elliott, producer, with Bob Conners, host (June 3, 2004).

York Sunday News, York, PA
"Now, Students Rate Teachers" (regarding libel for online postings about teachers)
Laura Giovanelli (Nov. 16, 2003).

WTVN, 610 AM Radio, Columbus, OH
Live Interview on media coverage of Rush Limbaugh's Donavan McNabb comments.
Mike Elliott, producer, with Bob Conners, host (Oct. 6, 2003).

Village Voice, New York, NY
"Press Clips: Editorial Flip-Flop" (regarding suing Jayson Blair and the NYT for fraud)
Cynthia Cotts, media critic (Sept. 10-16, 2003).

WTVN, 610 AM Radio, Columbus, OH
Live interview on media coverage of sniper case in Washington, D.C.
Mike Elliott, producer, with Bob Conners, host (Oct. 24, 2002, 7:00 a.m. newscast).

WTAJ-TV, Channel 10, CBS Affiliate, Altoona, PA
Live interview on media coverage of sniper case in Washington, D.C.
Carolyn Donaldson, anchor (October 15, 2002, 6:00 p.m. newscast).

Newsday, New York, NY
"Eye on the Media: Just Because It's on Tape, Is It Really News?" (Op-Ed Viewpoint)
Clay Calvert (October 2, 2002, p. A30).

Editor & Publisher Magazine
"Shop Talk at 30: When Personal Problems Undermine Good Journalism"
Alexandra Kitty (December 12, 1998, p. 70).

WTVN, 610 AM Radio, Columbus, OH
Morning Talk Show Interview re: Media Coverage of Timothy McVeigh Execution
Mike Elliott, producer, with Bob Conners, host (May 14, 2001).

Clay Calvert
May 30, 2025

WPSX, Channel 3, PBS Affiliate, State College, PA
15-minute public affairs program, "Take Note"
[Re: tabloid television, mediated voyeurism]
Patty Satalia, host (taped: January 5, 2000; first aired January 28, 2000).

WPSX, Channel 3, PBS Affiliate, State College, PA
60-minute public affairs special, "Making the News: Journalistic Ethics in the 90s"
October 30, 1998 (other panelists included Charles Bierbauer, CNN).

WTAJ, Channel 10, CBS Affiliate, Altoona, PA
Commentary on press coverage of Monica Lewinsky's allegations against President Clinton
Luke Michaels, Anchor, Evening News at 5:30 (January 22, 1998).

WTAJ, Channel 10, CBS Affiliate, Altoona, PA
Commentary on the press, paparazzi & Princess Diana's death
Luke Michaels, Anchor, Evening News at 5:30 (September 3, 1997).

Greensboro News & Record, Greensboro, NC
"ABC Case Puts Spotlight on Journalists' Ethics"  [RE: Food Lion vs. ABC]
Len Alexander (January 24, 1997, p. A1).

MSNBC-Online, www.msnbc.com/news/51960.asp
"Americans Hunger for Details of Only Most Lurid Crimes Against Children"
[RE: JonBenet Ramsey murder] Andrea Hamilton (January 20, 1997).

- ### *Sexually Explicit Speech & the First Amendment*

WTSP CBS Channel 10, Tampa Bay/St. Petersburg, FL (a TEGNA station)
"Injunctions Unlikely Before Child Social Media Law Takes Effect in Florida" (quotes)
Chris Hurst (Dec. 28, 2024), available at:
https://www.wtsp.com/article/news/politics/injunctions-unlikely-child-social-media-law-takes-effect-florida/67-d38e8fd9-ac13-48cd-b416-b500084d3eeb

Gainesville Sun, Gainesville, FL
"Window-Sticker Arrest: Is It Offensive? Sure, But Obscene? Maybe Not" (quotes and comments)
Daniel Smithson (May 8, 2019), available at:
https://www.gainesville.com/news/20190508/window-sticker-arrest-is-it-offensive-sure-but-obscene-maybe-not

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Columbia County Man Arrested for Obscene Decal" (quotes)
Paige Beck (May 8, 2019, 6:00 p.m. newscast), available at:
https://www.wcjb.com/content/news/Columbia-County-man-arrested-for-obscene--509665541.html

Yahoo! Lifestyle, Sunnyvale, CA
"Blac Chyna's Lawyer Calls Release of Revenge Porn Video a Crime" (quotes and comments)
Jennifer Gerson Uffalussy (Feb. 20, 2018), available at:
https://www.yahoo.com/lifestyle/blac-chynas-lawyer-calls-release-revenge-porn-video-crime-exactly-014318973.html

Huffington Post, New York, NY
"Indecency, Politics and the FCC:  A New Round in the Culture Wars?" (Op-Ed Commentary)
Clay Calvert (Apr. 16, 2015), available at:
http://www.huffingtonpost.com/clay-calvert/indecency-politics-and-the-fcc_b_7073328.html

Newseum Institute, Washington, D.C.
"Larry Flynt and the First Amendment" (interview conducted by Clay Calvert with Larry Flynt)
Clay Calvert (Sept. 24, 2014), available at:
http://www.newseuminstitute.org/larry-flynt-and-the-first-amendment/

Huffington Post, New York, NY
"Hustler Magazine Turns 40, Parties in L.A.: A Peak Behind the Scenes as Larry Flynt Celebrates"
Clay Calvert (Aug. 13, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/hustler-magazine-turns-40_b_5668598.html

Clay Calvert
May 30, 2025

Linux Insider, ECT News Network, Encino, CA
"Tor Embroiled in $1M Revenge-Porn Lawsuit" (quotes re: revenge porn case against PinkMeth).
Katherine Noyes (June 9, 2014), available at:
http://www.linuxinsider.com/story/Tor-Embroiled-in-1M-Revenge-Porn-Lawsuit-80711.html

Huffington Post, New York, NY
"JPMorgan Chase to Porn Stars: You're Not Welcome" (Op-Ed Commentary)
Clay Calvert (May 5, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/jpmorgan-chase-to-porn-st_b_5247668.html

Salon.Com
"GOP, Hands Off My Porn!" (quotes re: plank in GOP platform to target adult content)
Tracy Clark-Flory (Sept. 2, 2012), available at:
http://www.salon.com/2012/09/02/gop_hands_off_my_porn/print

Seattle Times, Seattle, WA
"New State Law Targeting Sex-Related Ads on Websites Faces Court Test" (quotes)
Sara Jean Green (July 20, 2012, at p. B1), available at:
http://seattletimes.nwsource.com/html/localnews/2018728919_backpage20m.html

Naples Daily News, Naples, FL
"Video Voyeurs Have Past in Region; New State Law Toughens Penalties for the Crime" (quotes)
Aisling Swift (Mar. 18, 2012), available at:
http://www.naplesnews.com/news/2012/mar/18/video-voyeurism-new-florida-law-state-smartphone

WTVN, 610 AM Radio, Columbus, OH
Live interview re:  Public Library Computer Access to Sexually Explicit Materials.
Joel Riley (Feb. 10, 2012, at 7:50 a.m.).

The Morning Call, Allentown, PA
"Colleges Pay for Protection vs. Porn" (quotes re: dot-xxx domain name).
Andrew McGill (Jan. 15, 2012, at A1).

WUFT-FM, 89.1, Gainesville, FL (Public Broadcasting, North Central Florida)
"Florida Changes Laws Related to Sexting" (radio interview re: Florida's sexting statute).
Alyssa Averette, Reporter (Oct. 17, 2011), available at:
http://www.wuft.org/news/2011/10/17/law-changes-on-sexting

WTVN, 610 AM Radio, Columbus, OH
Live interview re: new Supreme Court term and pending FCC broadcast indecency case.
Bob Connors, Host (Oct. 6, 2011, at 8:10 a.m.).

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Bans on 'Boobies' Bracelets" (comments re: federal lawsuit on "I Heart Boobies" bracelets)
Kristin Giannas, Reporter (Nov. 22, 2010, 6:00 p.m. newscast), available at:
http://www.wcjb.com/news/8159/bans-on-boobies-bracelet

The Bulletin, Bend, OR (daily newspaper in Bend, OR)
"If Local Radio Station Drops a Swear Word, Will the FCC Hear It?" (quotes re: indecency)
David Holley (Mar. 21, 2010, at A1).

AVN.Com, Los Angeles, CA (leading online news pub. for the adult entertainment industry)
"Cheering Crowd Hears Flynt Speak at UNC" (quotes on law review symposium on adult content)
Mark Kernes (Feb. 19, 2010), available at:
http://business.avn.com/articles/printable/37408.html

Hustler Magazine, Beverly Hills, CA
"Sexting 101" (1,200-word article on legal issues relating to teens who "sext")
Clay Calvert (March 2010, at 58-60).

AVN.Com, Los Angeles, CA (leading online news pub. for the adult entertainment industry)
"Paul Little: Reflections From Behind Bars" (Op-Ed Commentary Column)
Clay Calvert (Aug. 4, 2009), available at:
http://business.avn.com/articles/35989.html

Clay Calvert
May 30, 2025

<u>Voices of Central Pennsylvania</u> (alternative monthly newsmagazine in Central Pennsylvania)
"Sexting: Harmless Fad or a Criminal Act" (quotes regarding "sexting" by minors)
Lucy Green (June 2009, at 5, 8-9), available at: http://www.voicesweb.org/node/2635

<u>AVN.Com</u>, Los Angeles, CA (leading online news pub. for the adult entertainment industry)
"Should Max Hardcore Serve Prison Time?" (Op-Ed Commentary Column)
Clay Calvert (Oct. 14, 2008), available at:
http://www.avn.com/law/articles/32832.html

<u>The National Law Journal</u>, New York, NY (national circulation legal publication)
"Chill Out, It's Just Sex" (Op-Ed Commentary Column re: Judge Kozinski's porn collection)
Robert D. Richards & Clay Calvert (July 28, 2008).

<u>AVN.Com</u>, Los Angeles, CA (leading online news pub. for the adult entertainment industry)
"Unhappy Birthday: *Roth* at 50" (quotes and comments regarding obscenity law)
Mark Kernes (Jan. 28, 2008), available at:
http://www.avn.com/law/articles/4866.html

<u>Playboy Magazine</u>
"Do-It-Yourself Porn" (commissioned letter solicited by <u>Playboy</u> re: Red Clouds Website)
Clay Calvert (Dec. 2007, at 18).

<u>ABC News.Com</u>
"Court Strikes Down Anti-Porn Law" (quotes re: federal appellate court decision)
Scott Michels (Oct. 26, 2007), available at http://abcnews.go.com/print?id=3777990

<u>AVN</u>, Los Angeles, CA (leading hardcopy news pub. for the adult entertainment industry)
"An Inside Look at the Max Hardcore Prosecution" (News Article)
Clay Calvert & Robert D. Richards (Sept. 2007, at 105).

<u>AVN</u>, Los Angeles, CA (leading hardcopy news pub. for the adult entertainment industry)
"FBI Agent Joyner: 2257 Record-Keeping 'Very Poor' But Improving" (Op-Ed Commentary)
Clay Calvert & Robert D. Richards (Aug. 2007, at 113).

<u>AVN.Com</u>, Los Angeles, CA (leading online news pub. for the adult entertainment industry)
"An Inside Look at the Prosecution of Max Hardcore" (News Article)
Clay Calvert & Robert D. Richards (July 17, 2007), available at:
http://www.avn.com/law/articles/5788.html

<u>AVN.Com</u>, Los Angeles, CA (leading online news pub. for the adult entertainment industry)
"FBI Agent Joyner: 2257 Record-Keeping 'Very Poor' But Improving" (Op-Ed Commentary)
Robert D. Richards & Clay Calvert (June 26, 2007).
http://www.avn.com/law/articles/2699.html

<u>San Francisco Daily Journal</u>, San Francisco, CA (targeting legal community in greater Bay Area)
"U.S. Obscenity Prosecutions Smack of Persecutions" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (June 8, 2007, at 6).

<u>XBiz Video</u> (hardcopy adult industry news magazine)
"Public Opinion: Pro-Adult Article Published in Law Journal" (quotes re: article adult ent. law)
Anne Winter (April 2007, at 1).

<u>Xbiz.Com</u> (online adult industry news publication)
"Pro-Adult Article Published in Vanderbilt Law Journal" (quotes re: law journal article)
Anne Winter (Mar. 8, 2007, available at http://www.xbiz.com/news_piece.php?id=20011).

<u>Slate Magazine</u>
"Explainer: Is Dakota Fanning in Kiddie Porn?" (re: movie "Hounddog")
Torie Bosch (Jan. 23, 2007, available at http://www.slate.com/id/2158152/?nav=fix).

<u>Pittsburgh Tribune-Review</u>, Pittsburgh, PA
"City Set to Weed Out Garden" (quotes re: closing of adult movie theatre on eminent domain)
Bonnie Pfister (Dec. 29, 2006, at 1).

Clay Calvert
May 30, 2025

Sunday Times, London
"Booming Porn Faces Backlash" (quotes re: crackdown on adult content in United States)
John Harlow (Oct. 29, 2006, at Business).
Available Online at: http://www.timesonline.co.uk/article/0,,2095-2426135,00.html

Pennsylvania Law Weekly, Philadelphia, PA (targeting legal community across Pennsylvania)
"Knowing It When You See It" (Op-Ed Commentary Column regarding obscenity cases)
Clay Calvert & Robert D. Richards (Aug. 28, 2006, at 5).

New Jersey Law Journal, NJ (targeting legal community in the state of New Jersey)
"Adult Entertainment: Pointless Prosecution" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Aug. 14, 2006).

The National Law Journal, New York, NY (national circulation legal publication)
"Adult Entertainment: Pointless Prosecution" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Aug. 7, 2006, at 27).

Free Speech Coalition.Com, Los Angeles, CA
"Squelching Adult Speech and Wasting Taxpayer Dollars" (Op-Ed Commentary Column)
Robert D. Richards & Clay Calvert (July 21, 2006).
http://www.freespeechcoalition.com/FSCView.asp?coid=623 (posted July 21, 2006).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Adult-Industry Women Don't Worry About Feminist Cant" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (July 19, 2006, at 8).

The Recorder, San Francisco, CA (daily legal newspaper for the state of California)
"Porn Power Plays" (Op-Ed Commentary Column)
Robert D. Richards & Clay Calvert (July 7, 2006).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Bush's Efforts Against Adult Porn Waste Money" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (June 23, 2006, at 8).

The National Law Journal (national weekly newspaper targeting attorneys and judges)
"Thought Crimes?" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Apr. 3, 2006).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Thought Crimes and Unjust Punishments" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Mar. 20, 2006, at 8).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Media Maestro Makes Inroads for Adult Free Speech" (Op-Ed Commentary Column)
Robert D. Richards & Clay Calvert (Mar. 6, 2006, at 8).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in greater Bay Area)
"Free Speech Claims Victory in Unpublished Obscenity Decision" (Op-Ed Commentary Column)
Clay Calvert (Mar. 14, 2005, at 6).

WBAI 99.5 FM Radio, New York, NY
Interview regarding adult entertainment and the First Amendment.
Hugh Hamilton, host (Dec. 28, 2004, 4:00-5:00 p.m. EST).

Boston Globe, Boston, MA
"The Politics of Porn" (Op-Ed Commentary Column)
Robert D. Richards & Clay Calvert (Dec. 27, 2004, at A15).

WTVN, 610 AM Radio, Columbus, OH
Janet Jackson & Howard Stern controversy and FCC indecency standards.
Mike Elliott, producer, with Bob Conners, host (March 2, 2004).

Clay Calvert
May 30, 2025

<u>WTAJ, Channel 10, CBS Affiliate</u>, Altoona, PA
Commentary on Janet Jackson Super Bowl controversy and FCC indecency standards.
Patrick Schurr, reporter, 11:00 p.m. News (Feb. 16, 2004).

<u>York Dispatch</u>, York, PA
"Adult Clubs Dwindle; Zoning, Opposition Keep Them Scarce"
R. Scott Rappold (Aug. 6, 2003).

<u>WTOP-AM Radio</u>, Washington, D.C.
Live Commentary on U.S. Supreme Court decision in *U.S. v. American Library Assoc.*
Afternoon News Program (June 23, 2003).

<u>WRSC, 1390 AM</u>, State College, PA
Commentary on the movie, "The People vs. Larry Flynt"
Timothy Mulnar Show at 11:00 a.m. (Jan. 21, 1997).

<u>WTAJ, Channel 10, CBS Affiliate</u>, Altoona, PA
Commentary on the movie, "The People vs. Larry Flynt"
Saturday Morning News (Jan. 11, 1997).

- *Misc. Topics: FCC, Video Game Violence, Student Speech Rights, Media Content, Libel, Social Media Platforms, First Amendment, etc.*

<u>Evansville Courier & Press</u>, Evansville, IN
"Judge Rejects Journalists' Bid to Witness Indiana Executions While Lawsuit Proceeds" (quotes)
Houston Harwood (May 18, 2025), available at:
https://www.courierpress.com/story/news/local/2025/05/18/journalists-request-witness-indiana-executions-rejected-preliminary-injunction-benjamin-ritchie/83653120007/

<u>Radio & Television Business Report</u>, Boca Raton, FL
"Irony, Congress, and the FCC" (republication an AEI post I wrote on this topic).
Clay Calvert (Apr. 15, 2025), available at:
https://rbr.com/irony-congress-and-the-fcc/

<u>Washington Examiner</u>, Washington, D.C.
"House Democrats Go Blue in More Way Than One" (quotes regarding profanity by politicians)
John Scott Lewinski (Apr. 2, 2025, at page 34), available at online with Mar. 28, 2025, publication date:
https://www.washingtonexaminer.com/premium/3356743/house-democrats-profanity-language-trump-verbal-obscenities/

<u>Book and Film Globe</u>, New York, NY
"What's Going on at the Kennedy Center?" (quotes)
Michael Washburn (Feb. 12, 2025), available at:
https://bookandfilmglobe.com/politics/whats-going-on-at-the-kennedy-center/

<u>Washington Post</u>, Washington, D.C.
"You Cannot Say That in the $%@! Super Bowl Halftime Show" (quotes re: broadcast indecency)
Artur Galocha (Feb. 8, 2025), available at:
https://www.washingtonpost.com/style/2025/02/08/super-bowl-halftime-show-lyrics-profanity-kendrick-lamar/

<u>Deadline</u>, Los Angeles, CA
"Donald Trump Again Calls for CBS to Lose Its License, '60 Minutes' to be 'Terminated,'"
In Early-Morning Rage Post" (quotes)
Ted Johnson (Feb. 6, 2025), available at:
https://deadline.com/2025/02/trump-cbs-60-minutes-1236280340/

<u>Radio & Television Business Report</u>, Boca Raton, FL
"When Anti-Press Ascendancy Meets FCC Public Interest Regulation" (quotes)
Adam Jacobson (Feb. 6, 2025), available at:
https://rbr.com/when-anti-press-ascendancy-meets-fcc-public-interest-regulation/

<u>Wall Street Journal</u>, New York, NY
"CNN's Reporting Tactics on Display as Defamation Trial Heads to Jury" (quotes)
Jacob Gershman & Isabella Simonetti (Jan. 16, 2025), available at:
https://www.wsj.com/business/media/cnns-reporting-tactics-on-display-as-defamation-trial-heads-to-jury-19bc42b9

Clay Calvert
May 30, 2025

BBC Weekend World Service, London, UK
Interview re: Trump Lawsuit against pollster Ann Selzer.
Gary O'Donoghue (Dec. 22, 2024, 6:00 am GMT), available at:
https://www.bbc.co.uk/sounds/play/w172czxc6pbqx76

RealClearPolicy, Washington, D.C.
"Contextualizing Risk Weighing and Deference in the TikTok Decision" (op-ed)
Clay Calvert (Dec. 20, 2024), available at:
https://www.realclearpolicy.com/articles/2024/12/20/contextualizing_risk_weighing_and_deference_in_the_tiktok_decision_1080108.html

PBS News Hour, Washington, D.C.
Interview re: Trump lawsuits against pollster Ann Selzer and 60 Minutes and settlement with ABC.
Geoff Bennett (Dec. 19, 2024, 7:00 p.m. Eastern), available at:
https://www.pbs.org/newshour/show/a-look-at-the-legal-tactics-trump-is-using-against-media-outlets
https://www.wabe.org/tv-episodes/targeting-the-media-1734645722/
https://x.com/NewsHour/status/1869891389451895075

NewsRadio WIOD 610-AM, Miami, FL (an iHeartRadio/iHeartMedia station)
Live interview re: Trump lawsuit against pollster Ann Selzer and settlement with ABC News.
Manny Munoz (Dec. 18, 2024, 10:38 a.m.), available at:
https://x.com/WIOD/status/1869402238281806035
https://www.iheart.com/podcast/1248-manny-munoz-106868591/episode/12-18-24-dr-clay-calvert-249575921/
https://wiod.iheart.com/featured/manny-s-blog/content/2024-12-18-1248-manny-munoz-12-18-24-dr-clay-calvert/

NBC News, New York, NY
"Trump Files Suit Against Iowa Pollster Ann Selzer and Des Moines Register Newspaper" (quotes)
Katherine Doyle (Dec. 17, 2024), available at:
https://www.nbcnews.com/politics/2024-election/trump-files-suit-iowa-pollster-ann-selzer-des-moines-register-newspap-rcna184494
Quotes picked up by:
https://www.niemanlab.org/reading/trump-files-suit-against-the-des-moines-register-for-writing-about-a-poll/
https://www.thedailybeast.com/trump-makes-good-on-his-threat-to-sue-iowa-pollster-j-ann-selzer-and-de-moines-register/
https://www.commondreams.org/news/selzer-poll-trump
https://www.morningbrew.com/stories/2024/12/18/trump-s-legal-blitz-against-news-orgs

RealClearHealth, Washington, D.C.
"Protecting Minors Online as Instagram Steps Up Safety"
[Picked up AEIdeas Post of Sept. 19, 2024]
Clay Calvert (Sept. 20, 2024), available at:
https://www.realclearhealth.com/2024/09/20/protecting_minors_online_as_instagram_steps_up_safety_1059863.html

Voice of America (for Russia: Голос Америки), Washington, D.C.
"Meta Blocks Accounts of RT and Other Russian Media"
Karina Bafradzhian ("America" program, Sept. 17, 2024), available at:
https://www.golosameriki.com/a/meta-blocks-rt-and-other-state-media-accounts/7788155.html
https://x.com/GolosAmeriki/status/1836165735166378423

RealClearPolicy, Washington, D.C.
"Compelling Speech, Compelling Censorship in California"
[Picked up AEIdeas Post of Sept. 4, 2024]
Clay Calvert (Sept. 5, 2024), available at:
https://www.realclearpolicy.com/2024/09/05/compelling_speech_compelling_censorship_in_california_1056415.html

Communications Daily, Washington, D.C.
"Tech Interests Turn to SCOTUS After 3rd Circuit's TikTok Ruling" (quotes)
Karl Herchenroeder (Sept. 4, 2024), available behind a paywall at:
https://communicationsdaily.com/article/2024/09/04/tech-interests-turn-to-scotus-after-3rd-circuits-tiktok-holding-2409030044

WTSP CBS Channel 10, Tampa Bay/St. Petersburg, FL (a TEGNA station)
"Proposed Changes at USF May Limit Protests, Events, Fundraisers" (interview)
Miguel Octavio (July 17, 2024, 11:00 p.m. newscast), available at:
https://www.wtsp.com/article/news/local/usf-campus-events-protests-events/67-5b985de0-adc5-4e9d-b6d5-4f365adb7f36

Clay Calvert
May 30, 2025

The National Desk, Washington, D.C. (part of Sinclair Broadcast Group)
"Trump Assassination Attempt Photos Will Define Historic Moment in Time" (quotes)
Geoff Harris (July 15, 2024), available at:
https://thenationaldesk.com/news/americas-news-now/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama#
https://cnycentral.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama
https://mynbc15.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama
https://midmichigannow.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama
https://cbsaustin.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama
https://www.nbcmontana.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama
https://foxsanantonio.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama
https://m.kfoxtv.com/news/nation-world/trump-assassination-attempt-photos-will-define-historic-moment-in-time-butler-pennsylvania-secret-service-2024-election-photographers-capture-president-bush-obama

Business Insider, New York, NY
"Big Tech Gets a Big Win From the Supreme Court" (quotes)
Grace Elizabeth Goodwin (July 1, 2024), available at:
https://www.businessinsider.com/supreme-court-ruling-netchoice-big-tech-analysis-2024-7

WPEC CBS Channel 12, West Palm Beach, FL (a Sinclair Broadcast Group station)
"Supreme Court Backs NRA; Ruling Could Impact Future Cases" (television interview)
Geoff Harris (May 31, 2024, at 11:00 p.m. newscast):
https://www.cbs12.com/news/nation-world/supreme-court-backs-nra-ruling-could-impact-future-cases-national-rifle-association-state-regulators-advocacy-groups-first-amendment-lawsuit-murthy-missouri-social-media-biden-administration
https://thenationaldesk.com/top-videos/supreme-court-backs-nra-ruling-could-impact-future-cases-national-rifle-association-state-regulators-advocacy-groups-first-amendment-lawsuit-murthy-missouri-social-media-biden-administration#

WTSP CBS Channel 10, Tampa Bay/St. Petersburg, FL (a TEGNA station)
"Protesters Gather Outside Jail After 10 Arrested at USF During Pro-Palestinian Demonstration"
Miguel Octavio (Apr. 30, 2024, at 11:00 p.m. newscast):
https://www.youtube.com/watch?v=0i6mlYo4wp8

Tampa Bay Times, Tampa, FL
"Here's a Way to Reframe Trump's Stormy Daniels Hush Money Case" (op-ed)
Clay Calvert (Apr. 28, 2024, at 1P, 5P), available online Apr. 25, 2024, at:
https://www.tampabay.com/opinion/2024/04/25/heres-way-reframe-trumps-stormy-daniels-hush-money-case/

NewsRadio WFLA 970-AM, Tampa, FL (an iHeartRadio/iHeartMedia station)
Taped Interview re: protests on college campuses and First Amendment issues related thereto.
Ryan Gorman (Apr. 23, 2024, 5:36 a.m.).
https://wflanews.iheart.com/featured/the-ryan-gorman-show/content/2024-04-24-1248-the-ryan-gorman-show-analysis-campus-protests-first-amendment-protecti/
https://twitter.com/WFLANews/status/1782694468338024928

Editor & Publisher, Hendersonville, TN
"Journalism and Generative AI: Exploring Limitations and Apprehensions Within the
News Industry" (Op-Ed).
Clay Calvert (Apr. 1, 2024), available at:
https://www.editorandpublisher.com/stories/journalism-and-generative-ai-exploring-limitations-and-apprehensions-within-the-news-industry,248979

NewsRadio WIOD 610-AM, Miami, FL (an iHeartRadio/iHeartMedia station)
Live Interview re: U.S. Supreme Court oral arguments in Murthy v. Missouri.
Manny Munoz (Mar. 19, 2024, 10:48 a.m.).
https://twitter.com/WIOD/status/1770089083802423774

CBSNews.com, New York, NY
"Supreme Court to Hear Free Speech Case Over Government Pressure on Social Media Sites
to Remove Content" (quotes)
Melissa Quinn (Mar. 16, 2024), available at:
https://www.cbsnews.com/detroit/news/supreme-court-social-media-sites-government-content-misinformation-censorship/

WTSP CBS Channel 10, Tampa Bay/St. Petersburg, FL (a TEGNA station)
"Florida Social Media Bill Affecting Teens Could be Decided Friday" (quotes and TV interview)
Miguel Octavio (Feb. 29, 2024, at 11:00 p.m. newscast), available at:
https://www.wtsp.com/article/news/politics/florida-social-media-bill/67-d9d78336-babe-482d-b181-e5afa3d283a5

NewsRadio WFLA 970-AM, Tampa, FL (an iHeartRadio/iHeartMedia station)
Taped Interview re: U.S. Supreme Court NetChoice Cases and Florida Social Media Legislation.
Ryan Gorman (Feb. 27, 2024, at 6:36 a.m.).

NewsRadio WIOD 610-AM, Miami, FL (an iHeartRadio/iHeartMedia station)
Live Interview re: U.S. Supreme Court NetChoice Cases and Florida Social Media Legislation.
Manny Munoz (Feb. 26, 2024, 10:18 a.m.).

78

Clay Calvert
May 30, 2025

STAT, Boston, MA
"Supreme Court to Weigh Whether Covid Misinformation is Protected Speech" (quotes)
Sarah Owermohle (Feb. 6, 2024), available at:
https://www.statnews.com/2024/02/06/supreme-court-covid-misinformation-public-health-free-speech/

Tampa Bay Times, Tampa, FL
"Have Some Pride, Lawmakers. Don't Restrict Flags in Florida." (quotes)
Stephanie Hayes (Jan. 26, 2024), available at:
https://www.tampabay.com/opinion/2024/01/26/florida-ban-pride-flags-black-lives-matter/

The Record, Bergen County, NJ
"Trump's Mongering of Violence Isn't Protected Free Speech. There's a Critical Difference." (quotes)
Rob Miraldi (Jan. 25, 2024), available at:
https://www.northjersey.com/story/opinion/2024/01/25/trump-incited-violence-free-speech-first-amendment/72280929007/

Epoch Times, New York, NY
"Analysis: Viral Anti-Semitism Testimony Exposes Duplicity Over Campus Free Speech" (quotes)
Michael Washburn (Dec. 21, 2023), available at:
https://www.theepochtimes.com/us/analysis-viral-anti-semitism-testimony-exposes-duplicity-over-campus-free-speech-5549087

Miami Herald, Miami, FL
"Mac Phipps was a Rising Rap Star. Did His Lyrics Put Him Behind Bars for Two Decades?" (quotes)
Grethel Aguila (Dec. 17, 2023), available at:
https://www.miamiherald.com/news/local/crime/article277802868.html

Miami Herald, Miami, FL
"Art or Evidence? Closest U.S. Supreme Court has Looked at Rap Lyrics is for 'True Threat'" (quotes)
Grethel Aguila (Dec. 17, 2023), available at:
https://www.miamiherald.com/news/local/crime/article283018618.html

Politico, Arlington, VA
"A Federal TikTok Ban Appears Doomed by Montana Ruling" (quotes)
Rebecca Kern (Dec. 1, 2023), available at:
https://www.politico.com/news/2023/12/01/tiktok-ban-montana-00129692

The Record, Bergen County, NJ
"Why Does Government Need to More Closely Regulate Social Media? We Need Free Speech" (quotes)
Rob Miraldi (Oct. 12, 2023), available at:
https://www.northjersey.com/story/opinion/2023/10/12/free-speech-does-the-u-s-government-need-to-regulate-social-media/71121377007/

The Hill, Washington, D.C.
"What Was Behind the Fifth Circuit's Sudden Reversal on Social Media Censorship?" (op-ed)
Clay Calvert (Sept. 30, 2023), available at:
https://thehill.com/opinion/judiciary/4228885-what-was-behind-the-fifth-circuits-sudden-reversal-on-social-media-censorship/

Miami Herald, Miami, FL
"You Can Speak at Miami-Dade Commission Meetings. Just Don't Criticize a Commissioner" (quotes)
Douglas Hanks (Sept. 21, 2023), available at:
https://www.miamiherald.com/news/local/community/miami-dade/article279559769.html

Yahoo! News, New York, NY
"Future of Social Media Headed for Supreme Court" (quotes)
Jon Ward (Sept. 19, 2023), available at:
https://news.yahoo.com/future-of-social-media-headed-for-supreme-court-220202010.html

The Hill, Washington, D.C.
"Missouri v. Biden and the Crossroads of Politics, Censorship and Free Speech" (op-ed)
Clay Calvert (Sept. 13, 2023), available at:
https://thehill.com/opinion/judiciary/4198285-missouri-v-biden-and-the-crossroads-of-politics-censorship-and-free-speech/

Yahoo! News, New York, NY
"Censorship or Free Speech? Supreme Court Likely to Decide on 'Momentous' Question" (quotes)
Jon Ward (Aug. 29, 2023), available at:
https://news.yahoo.com/censorship-or-free-speech-supreme-court-likely-to-decide-on-momentous-question-001920450.html

Clay Calvert
May 30, 2025

Associated Press, New York, NY
"Explainer: Why Is a Police Raid on a Newspaper in Kansas So Unusual?" (comments)
David Bauder & Jim Salter (Aug. 14, 2023), available at multiple news outlets:
https://apnews.com/article/kansas-newspaper-raid-explainer-5adfc0f2857abaf8b7478c613662363e
https://www.washingtonpost.com/politics/2023/08/14/kansas-newspaper-raid-explainer/403a14e2-3ae6-11ee-aefd-40c039a855ba_story.html
https://thehill.com/homenews/ap/ap-u-s-news/ap-explainer-why-is-a-police-raid-on-a-newspaper-in-kansas-so-unusual/
https://fortune.com/2023/08/14/police-raid-newspaper-kansas/
https://www.stltoday.com/news/nation-world/marion-kansas-newspaper-police-raid/article_5cbe6592-e123-5c85-9829-297231979ee4.html
https://richmond.com/news/nation-world/marion-kansas-newspaper-police-raid/article_dea72d44-ee23-5c24-90df-11331e637dd4.html
https://federalnewsnetwork.com/government-news/2023/08/explainer-why-is-a-police-raid-on-a-newspaper-in-kansas-so-unusual/

Wall Street Journal, New York, NY
"Police Raid Small Kansas Paper, Seizing Phones, Computers" (quotes)
Shannon Najmabadi (Aug. 13, 2023), available at:
https://www.wsj.com/articles/police-raid-small-kansas-paper-seizing-phones-computers-3f7d5891

Washington Examiner, Washington, D.C.
"Understanding the Muddled Law of Jawboning in *Missouri v. Biden*" (op-ed)
Clay Calvert (Aug. 9, 2023), available at:
https://www.washingtonexaminer.com/restoring-america/faith-freedom-self-reliance/understanding-the-muddled-law-of-jawboning-in-missouri-v-biden

The Hill, Washington, D.C.
"'Buffer-Zone' Restrictions on Recording Police are Unnecessary and Unconstitutional" (op-ed)
Clay Calvert (July 27, 2023), available at:
https://thehill.com/opinion/judiciary/4118943-buffer-zone-restrictions-on-recording-police-are-unnecessary-and-unconstitutional/

Louisiana Illuminator, Baton Rouge, LA
"Free Speech Experts place LSU on Shaky Legal Ground" (quotes)
Claire Sullivan (July 26, 2023), available at:
https://lailluminator.com/2023/07/26/lsu-grad-assistant-firing/

Business Insider, New York, NY
"Fox News Paid a Record-Breaking Sum to Settle Dominion's Defamation Lawsuit.
Smartmatic Could Get Even More Money" (quotes)
Jacob Shamsian (July 17, 2023), available at:
https://www.businessinsider.com/fox-news-potential-smartmatic-settlement-record-dominion-2023-7

Florida Times-Union, Jacksonville, FL
"Supreme Court Ruling on Colorado LGBTQ Case Could Influence Lawsuit Over Jacksonville HRO"
Steve Patterson (July 3, 2023), available at:
https://www.jacksonville.com/story/news/courts/2023/07/03/jacksonville-hro-lawsuit-may-be-shaped-by-supreme-court-lgbtq-ruling/70378024007/

Palm Beach Post, Palm Beach, FL
"Supreme Court First Amendment Ruling on LGBTQ Rights: What's It Mean for Florida?" (quotes)
Douglas Soule (July 1, 2023), available at:
https://www.palmbeachpost.com/story/news/politics/2023/07/01/florida-reacts-to-first-amendment-supreme-court-ruling/70372943007/

Tallahassee Democrat, Tallahassee, FL
"Supreme Court First Amendment Ruling on LGBTQ Rights: What's It Mean for Florida?" (quotes)
Douglas Soule (July 1, 2023), available at:
https://www.tallahassee.com/story/news/politics/2023/07/01/florida-reacts-to-first-amendment-supreme-court-ruling/70372943007/

WTSP CBS Channel 10, CBS affiliate, Tampa Bay, FL
"No, SCOTUS Didn't Rule That Stalking is Protected Under the First Amendment" (quotes)
Kelly Jones (June 29, 2023), available at:
https://www.wtsp.com/article/news/verify/scotus-verify/scotus-did-not-rule-that-stalking-is-protected-under-the-first-amendment-fact-check/536-aa4115c9-a64d-442b-b22e-7a96e6ef8c5e

Evansville Courier & Press, Evansville, IN
"Experts Voice Concern Over Police Use of Facial Recognition Tech in Evansville" (quotes)
Houston Harwood (June 26, 2023), available at:
https://www.courierpress.com/story/news/local/2023/06/26/evansville-police-use-clearview-ai-technology-but-no-policies-in-place/70322014007/

Clay Calvert
May 30, 2025

The Hill, Washington, D.C.
"AI Gets Political: How Do We Keep Fake News Out of Campaign Ads?" (op-ed)
Clay Calvert (June 13, 2023), available at:
https://thehill.com/opinion/technology/4046406-ai-gets-political-how-do-we-keep-fake-news-out-of-campaign-ads/

The Hill, Washington, D.C.
"Donald Trump's Repeated Libel — Where Does the Law Stand?" (op-ed)
Clay Calvert (June 1, 2023), available at:
https://thehill.com/opinion/judiciary/4028406-donald-trumps-repeated-libel-where-does-the-law-stand/

The Hill, Washington, D.C.
"The Supreme Court May Soon Reverse a Core Legal Tenet" (op-ed)
Clay Calvert (May 18, 2023), available at:
https://thehill.com/opinion/judiciary/4008753-the-supreme-court-may-soon-reverse-a-core-legal-tenet/

Tampa Bay Times, Tampa, FL
"Here's How We Can Encourage Coherent Conversation, Including on Florida Campuses" (op-ed)
"Shout Down Speakers? No, Ask Hard Questions." (print edition headline)
Clay Calvert (May 6, 2023, at A20 in print edition), available at:
https://www.tampabay.com/opinion/2023/05/06/heres-how-we-can-encourage-coherent-conversation-including-florida-campuses-column/

The Hill, Washington, D.C.
"The Supreme Court's Next Target: Social Media" (op-ed)
Clay Calvert (May 4, 2023), available at:
https://thehill.com/opinion/judiciary/3984468-the-supreme-courts-next-target-social-media/

Telemundo Utah, KULX Channel 10, Salt Lake City, UT
"Pornhub Bloquea el Acceso en un Estado del País en Respuesta a Polémica Ley" (television interview)
Marcos Andrade (May 2, 2023, at 9:57 p.m.), available at:
https://www.telemundo51.com/noticias/eeuu/pornhub-bloquea-el-acceso-a-usuarios-de-utah-tras-ley-de-verificacion-de-datos/2422428/

NewsRadio WIOD 610-AM, Miami, FL (an iHeartRadio/iHeartMedia station)
Live interview re: Disney v. DeSantis
Manny Munoz, Host (Apr. 27, 2023, 10:48 a.m.).
https://twitter.com/WIOD/status/1651580941821792256

WTSP CBS Channel 10, CBS affiliate, Tampa Bay, FL
"Disney Sues DeSantis, Accuses Him of Retaliation" (television interview)
Miguel Octavio (Apr. 26, 2023, 11:00 p.m. newscast), available at:
https://www.wtsp.com/video/news/regional/florida/disney-sues-desantis-accuses-him-of-retaliation/67-993c81c4-0981-41fb-ab98-1035183f591d

Axios, Arlington, VA
"Disney Sues DeSantis Over Alleged 'Targeted Campaign'" (quotes)
Yacob Reyes (Apr. 26, 2023), available at:
https://www.axios.com/2023/04/26/disney-sues-desantis-reedy-creek-florida

Axios, Arlington, VA
"What's Going on With DeSantis' Takeover of Disney Special District" (quotes)
Jacob Knutson (Apr. 26, 2023), available at:
https://www.axios.com/2023/04/03/desantis-investigation-disney-world-florida

Times of San Diego, San Diego, CA
"Will San Diego's OAN Follow Fox News' Lead and Settle? Legal Filings Offer Hints" (quotes)
Ken Stone (Apr. 18, 2023), available at:
https://timesofsandiego.com/business/2023/04/18/will-san-diegos-oan-follow-fox-news-lead-and-settle-legal-filings-offer-hints/

The Hill, Washington, D.C.
"Shoring Up Protection for Academic Freedom in Public University Classrooms Urgently Needed"
Clay Calvert (Apr. 14, 2023) (op-ed), available at:
https://thehill.com/opinion/judiciary/3950253-shoring-up-protection-for-academic-freedom-in-public-university-classrooms-urgently-needed/

Tampa Bay Times, Tampa, FL
"What is Ahead in the Legal Fight Between DeSantis and Disney?" (quotes)
Mary Ellen Klas (Mar. 31, 2023), available at:
https://www.tampabay.com/news/florida-politics/2023/03/30/what-is-ahead-legal-fight-between-desantis-disney/

Clay Calvert
May 30, 2025

<u>Orlando Sentinel</u>, Orlando, FL
"All Views Should be Welcome on Florida's Campuses" (op-ed)
Clay Calvert (Mar. 26, 2023, at 17A), available at:
https://www.orlandosentinel.com/opinion/guest-commentary/os-op-commentary-calvert-free-speech-university-20230326-mjclixrb5d6vjff4drhtnhkoe-story.html

<u>Tampa Bay Times</u>, Tampa Bay, FL
"In Florida, What Does 'Tenure' Actually Mean? Amid the Fictions, Here Are the Facts" (op-ed)
Print Headline: "In Fla., what does 'tenure' actually mean? Here are facts."
Clay Calvert (Mar. 16, 2023 online; Mar. 19, 2023 in print at P1, P3), available at:
https://www.tampabay.com/opinion/2023/03/16/florida-what-does-tenure-actually-mean-amid-fictions-here-are-facts-column/

<u>Business Insider</u>, New York, NY
"Rupert Murdoch Testified That Fox News Hosts Lied About the 2020 Election" (quotes)
Jacob Shamsian (Mar. 6, 2023), available at:
https://www.businessinsider.com/fox-news-corp-election-lawsuit-why-rupert-murdoch-dominion-defamation-2023-3

<u>NewsOne</u>, New York, NY
"Florida Republican Introduces Bill to Make Paid Political Bloggers Register With the State" (quotes)
Zack Linly (Mar. 6, 2023), available at:
https://newsone.com/4530706/florida-bloggers-bill/

<u>Newsweek</u>, New York, NY
"Newt Gingrich Demands Withdrawal of 'Insane' Republican Bill" (quotes)
Andrew Stanton (Mar. 5, 2023), available at:
https://www.newsweek.com/newt-gingrich-demands-withdrawal-insane-republican-bill-1785622

<u>Mediaite</u>, New York, NY
"Florida Bill Requiring Bloggers to Register with Government Won't Survive Court Challenge,
Says UF Law Prof" (quotes)
Sarah Rumpf (Mar. 3, 2023), available at:
https://www.mediaite.com/opinion/bill-filed-by-florida-gop-legislator-requiring-bloggers-to-register-with-government-wont-survive-court-challenge-says-uf-law-prof/

<u>Tampa Bay Times</u>, Tampa Bay, FL
"Want to Get Paid to Blog About DeSantis? Report Earnings to the State, Bill Says" (quotes)
Kirby Wilson (Mar. 3, 2023), available at:
https://www.tampabay.com/news/florida-politics/2023/03/03/desantis-press-media-legislature-lobbying-constitution-freedom/

<u>NBC News</u>, New York, NY
"New Florida Bill Aims to Limit Legal Protections for News Media" (quotes)
Angela Yang (Feb. 28, 2023), available at:
https://www.nbcnews.com/news/new-florida-bill-aims-limit-legal-protections-news-media-rcna71957

<u>The Hill</u>, Washington, D.C.
"Are We Headed Toward a Dystopian Online World? Supreme Court Must Prevent It" (op-ed)
Clay Calvert (Feb. 27, 2023), available at:
https://thehill.com/opinion/judiciary/3875569-are-we-headed-toward-a-dystopian-online-world-supreme-court-must-prevent-it/

<u>Tampa Bay Times</u>, Tampa Bay, FL
"Those Accused of Discrimination Would Have New Protections Under Florida Bill" (quotes)
Kirby Wilson (Feb. 22, 2023), available at:
https://www.tampabay.com/news/florida-politics/2023/02/23/defamation-andrade-sexuality-race-gender-desantis-libel/

<u>Palm Beach Post</u>, Palm Beach, FL
"Antisemite Group Hits Campus" (quotes)
Giuseppe Sabella (Feb. 5, 2023, 1A, 28A), available online under different heading and date:
https://www.palmbeachpost.com/story/news/education/2023/02/06/ye-is-right-campaign-across-florida-universities-what-schools-can-do/69840797007/

<u>The Hill</u>, Washington, D.C.
"Supreme Court Must Step in to Defend the Editorial Rights of Social Media Platforms" (op-ed)
Clay Calvert (Jan. 29, 2023), available at:
https://thehill.com/opinion/judiciary/3834966-supreme-court-must-step-in-to-defend-the-editorial-rights-of-social-media-platforms/

Clay Calvert
May 30, 2025

Times of San Diego, San Diego, CA
"San Diego's OAN Formally Denies Libel Claims by Dominion, Hits D.C. 'Animosity'" (quotes)
Ken Stone (Jan. 23, 2023), available at:
https://timesofsandiego.com/business/2023/01/23/san-diegos-oan-formally-denies-libel-claims-by-dominion-hits-d-c-animosity/

USA Today, McLean, VA
"Federal Appeals Court Ruling Offers Window into Battle Over Free Speech and Abortion Access After Roe" (quotes)
Tami Abdollah (Jan. 20, 2023), available at:
https://www.usatoday.com/story/news/politics/2023/01/20/court-ruling-offers-window-into-battle-over-free-speech-after-roe/11039786002/

The 19th, Austin, TX
"Canceled High School Play Raises Concerns Over Ripple Effects of Florida's 'Don't Say Gay' law"
Jennifer Gerson (Jan. 18, 2023), available at:
https://19thnews.org/2023/01/florida-school-play-cancellation-dont-say-gay-effects/

Jacksonville Today, Jacksonville, FL
"Mayor Lenny Curry could be violating the First Amendment on Twitter" (quotes)
Claire Heddles (Dec. 13, 2022), available at:
https://jaxtoday.org/2022/12/13/mayor-lenny-curry-could-be-violating-the-first-amendment-on-twitter/

ABA Journal, Chicago, IL
"State Laws Targeting Social Media Platforms Face First Amendment Challenges" (quotes)
David Hudson Jr. (Dec. 2022 / Jan. 2023 print edition on pp. 32–33), available at:
https://www.abajournal.com/magazine/article/state-laws-targeting-social-media-platforms-face-first-amendment-challenges

Epoch Times, New York, NY
"Helena Bonham Carter's Defense of J.K. Rowling Is Brave, Increasingly Rare: Free Speech Expert"
Michael Washburn (Dec. 2, 2022), available at:
https://www.theepochtimes.com/helena-bonham-carters-defense-of-j-k-rowling-is-brave-increasingly-rare-free-speech-expert_4898952.html

Washington Post, Washington, DC
"Threatened with Jail for Livestreaming Traffic Stop, He Sued" (quotes)
Rachel Weiner (Nov. 29, 2022), available at:
https://www.washingtonpost.com/dc-md-va/2022/11/29/livestreaming-police-traffic-stop/

University World News, London, U.K.
"Judge Strikes Down Florida's 'Anti-Woke' Law for Universities" (quotes)
Nathan Greenfield (Nov. 25, 2022), available at:
https://www.universityworldnews.com/post.php?story=20221125055232508

Washington Post, Washington, DC
"Judge Nixes Higher Education Portions of Florida's Stop WOKE Act" (quotes)
Ben Brasch (Nov. 17, 2022), available at:
https://www.washingtonpost.com/nation/2022/11/17/judge-nixes-higher-education-portions-floridas-stop-woke-act/

Tampa Bay Business Journal, Tampa, FL
"Hillsborough Transit Agency Fights a First Amendment Lawsuit in U.S. Court. Why?" (quotes)
Henry Queen (Sept. 26, 2022), available at:
https://www.bizjournals.com/tampabay/news/2022/09/26/hart-freedom-of-religion-lawsuit-tampa.html

Gainesville Sun, Gainesville, FL
"For Many Professors, Fall Is the Season for Writing Letters of Recommendation" (op-ed column)
Clay Calvert (online Sept. 14, 2022; print Sept. 18, 2022, at F4), available at:
https://www.gainesville.com/story/opinion/2022/09/14/clay-calvert-fall-season-writing-letters-recommendation/10364750002/

Courthouse News, Pasadena, CA
"Rap Lyrics, Criminal Prosecutions and the First Amendment" (interviewed on Podcast).
Sidebar by Courthouse News, Hosts Daniel Jackson & Kirk McDaniel (Sept. 13, 2022), available at:
https://podcasts.apple.com/us/podcast/rap-lyrics-criminal-prosecutions-and-the-first-amendment/id1569183190?i=1000579325246
https://www.youtube.com/watch?v=dazYI98AS9E

Clay Calvert
May 30, 2025

Washington Post, Washington, DC
"Lachlan Murdoch's Pathetic Attack on an Australian News Outlet" (quotes re: libel law)
Erik Wemple (Aug. 25, 2022), available at:
https://www.washingtonpost.com/opinions/2022/08/25/lachlan-murdoch-australian-site-defamation/

Epoch Times, New York, NY
"Legal Battle Over Florida's Big Tech Censorship Law May Impact Future of Free Speech On Social Media" (quotes)
Michael Washburn (Aug. 4, 2022), available at:
https://www.theepochtimes.com/legal-battle-over-floridas-big-tech-censorship-law-may-impact-future-of-free-speech-on-social-media_4644359.html

Gainesville Sun, Gainesville, FL
"School Record Redactions Questioned" (quotes)
Andrew Caplan (July 24, 2022), available online under a different headline and date at:
https://www.gainesville.com/story/news/2022/07/22/alachua-county-school-district-withholds-camp-crystal-public-records/10120936002/

Epoch Times, New York, NY
"Demands to Cancel J.K. Rowling Are Latest Example of 'Community Censorship,' Analysists Say"
Michael Washburn (July 21, 2022), available at:
https://www.theepochtimes.com/demands-to-cancel-j-k-rowling-are-latest-example-of-community-censorship-analysts-say_4611283.html

Mediaite, New York, NY
"Sarasota Herald-Tribune Deletes Op-Ed by Proud Boy Wife After Backlash" (quotes)
Sarah Rumpf (July 11, 2022), available at:
https://www.mediaite.com/online/sarasota-herald-tribune-deletes-op-ed-by-proud-boy-wife-after-backlash-without-addressing-failure-to-disclose-conflict/

Associated Press, New York, NY
"Posts Mischaracterize Florida Law on College Campus Surveys" (quotes)
Sophia Tulp (July 8, 2022), available at:
https://apnews.com/article/Fact-Check-Florida-University-Survey-Law-107829663504

The Guardian, New York, NY (U.S. office)
"A Florida Power Company Didn't Like a Journalist's Commentary. Its Consultants Had Him Followed" (quotes)
Mario Alejandro Ariza & Annie Martin (June 24, 2022), available at:
https://www.theguardian.com/environment/2022/jun/24/a-florida-power-company-didnt-like-a-journalists-commentary-its-consultants-had-him-followed

University World News, London, U.K.
"Tenure is Under Attack in the US and Your Country is Next" (quotes)
Nathan M. Greenfield (June 8, 2022), available at:
https://www.universityworldnews.com/post.php?story=20220607143353415

Communications Daily, Washington, D.C.
"Texas Urges SCOTUS to Deny Emergency Appeal in Social Media Case" (quotes)
Adam Bender & Karl Herchenroeder (May 19, 2022), available online behind a paywall at:
https://communicationsdaily.com (search for "Clay Calvert" to find article)

Orlando Sentinel, Orlando, FL
"Records: DeSantis' Office Eyed Bill to Alter Libel" (quotes)
Skyler Swisher (May 18, 2022, at 1A), available online under a different headline and date at:
https://www.orlandosentinel.com/politics/os-ne-libel-law-draft-bill-20220517-ujyksk3uzzb5rl5y4y6puik3ha-story.html

Sun Sentinel, Fort Lauderdale, FL
"Schools Warn: Don't Say Gay in Protest" (quotes re: free speech rights in public schools)
Brooke Baitinger (May 14, 2022, at 1A), available online under a different headline and date at:
https://www.sun-sentinel.com/news/politics/fl-ne-dont-say-gay-graduation-20220516-a4hoafnsifeerosjtudztmgtr4-story.html

Orlando Sentinel, Orlando, FL
"'Don't Say Gay' Protest Photos to be Covered Up" (quotes re: student press issue)
Skyler Swisher (May 10, 2022, at 1A), available online under a different headline and date at:
https://www.orlandosentinel.com/news/education/os-ne-seminole-yearbook-censorship-20220509-bme2ndwu2faqjh5qk6lim2j7si-story.html

Clay Calvert
May 30, 2025

Palm Beach Post, Palm Beach, FL
"Babylon Bee CEO of Juno Beach Backs Twitter Firebrand Who Calls LGBTQ
People Pedophiles" (quotes re: defamation law)
Chris Persaud (May 10, 2022), available at:
https://www.palmbeachpost.com/story/news/local/2022/05/10/babylon-bee-ceo-juno-beach-backs-libs-tiktok-creator/7385009001/

WTSP CBS Channel 10, CBS affiliate, Tampa Bay, FL
"Judges to Hear Arguments Over New Florida Law Cracking Down on Social Media Giants" (quotes)
Houston Harwood (Apr. 27, 2022; updated Apr. 28, 2022), available at:
https://www.wtsp.com/article/tech/florida-law-court-twitter-social-media/67-b55964f6-3505-4482-9171-8102194fc476

Reason, Los Angeles, CA
"Florida Faces First Amendment, Contract, and Budget Issues in Dissolving Disney District" (quotes)
Elizabeth Nolan Brown (Apr. 27, 2022), available at:
https://reason.com/2022/04/27/florida-faces-first-amendment-contract-and-budget-issues-in-dissolving-disney-district/

Fortune, New York, NY
"Elon Musk Says He Wants Twitter to be a Free-Speech Bastion But His Companies
Have a Long History of Silencing Critics" (quotes)
Dana Hull, Sarah Frier & Maxwell Adler (Apr. 22, 2022), available at:
https://fortune.com/2022/04/22/elon-musk-twitter-free-speech-tesla-spacex-long-history-silencing-critics/

Mediaite, New York, NY
"Conservative Media Cheering DeSantis Crackdown on Disney Are Ignoring
What a Catastrophe It Would Be for Florida" (quotes)
Sarah Rumpf (Apr. 21, 2022), available at:
https://www.mediaite.com/opinion/conservative-media-cheering-desantis-crackdown-on-disney-are-ignoring-what-a-catastrophe-it-would-be-for-florida/

LifeHacker.com, New York, NY
"What Is Protected Free Speech (and What Isn't)?" (quotes)
Lindsey Ellefson (Apr. 15, 2022), available at:
https://lifehacker.com/what-is-protected-free-speech-and-what-isnt-1848799655

Communications Daily, Washington, D.C.
"SCOTUS – Section 230 Focus Renewed After Jackson Hearings" (quotes)
Karl Herchenroeder (Mar. 28, 2022), available behind paywall at:
https://communicationsdaily.com/

PolitiFact, The Poynter Institute, St. Petersburg, FL
"'Don't Say Gay' vs. 'Parental Rights': Fact-Checking Claims About Florida's HB 1557" (quotes)
Yacob Reyes (Mar. 23, 2022), available at:
https://www.politifact.com/article/2022/mar/23/dont-say-gay-vs-parental-rights-fact-checking-clai/

Law360, New York, NY
"Fla. Bills on Gender, Race Vulnerable to 14th Amendment Fire" quotes
Carolina Bolado (Mar. 21, 2022), available at:
https://www.law360.com/publicpolicy/articles/1474938/fla-bills-on-gender-race-vulnerable-to-14th-amendment-fire

NBCNews.com, New York, NY
"Here's What Florida's 'Don't Say Gay' Bill Would Do, And What It Wouldn't Do" quotes
Matt Lavietes (Mar. 16, 2022), available at:
https://www.nbcnews.com/nbc-out/out-politics-and-policy/floridas-dont-say-gay-bill-actually-says-rcna19929

The Hill, Washington, D.C.
"Does Florida's 'Don't Say Gay' Bill Violate the First Amendment?" (quotes)
Brooke Migdon (Mar. 5, 2022), available at:
https://thehill.com/changing-america/respect/equality/596981-does-floridas-dont-say-gay-bill-violate-the-first-amendment

Huffington Post, New York, NY
"Sarah Palin's Battle Against Press Freedom Faces Rocky Road to Supreme Court" (quotes)
Sara Boboltz (Mar. 2, 2022), available at:
https://www.huffpost.com/entry/sarah-palin-actual-malice-supreme-court_n_621e37a8e4b0d1388f1ad015

Clay Calvert
May 30, 2025

Orlando Sentinel, Orlando, FL
"Legality of 'Don't Say Gay' Bill – Q & A" (quotes)
Brooke Baitinger (Feb. 22, 2022, at p. 1A), available under different headline at:
https://www.orlandosentinel.com/news/education/fl-ne-dont-say-gay-qa-20220222-jfpxvbfz6bdotmgmcocdqxpbum-story.html

South Florida Sun Sentinel, Deerfield Beach, FL
"Your Questions About Florida's 'Don't Say Gay' Bill and Other proposals, Answered"
Brooke Baitinger (Feb. 22, 2022), available at:
https://www.sun-sentinel.com/news/education/fl-ne-dont-say-gay-qa-20220222-jfpxvbfz6bdotmgmcocdqxpbum-story.html

Newsweek, New York, NY
"'Don't Say Gay' Bill Aimed at Florida Teachers May Violate Students' Right to Free Speech (quotes)
Katherine Fung (Jan. 26, 2022), available at:
https://www.newsweek.com/dont-say-gay-bill-aimed-florida-teachers-may-violate-students-right-free-speech-1673272

WCJB Channel 20, ABC affiliate, Gainesville, FL
"Bill Inspired by NCFL Tragedy Would Limit Public Access to Certain Autopsy Records" (interview)
Jordyn Markoff (Jan. 25, 2022, 11:00 p.m. newscast), available at:
https://www.wcjb.com/2022/01/26/bill-inspired-by-dixie-county-tragedy-would-limit-public-access-certain-autopsy-records/

ABA Journal, Chicago, IL
"Protest Unrest: Is the Right to Assemble and Demonstrate Under Threat?" (quotes)
David L. Hudson, Jr. (Dec. 2021, Vol. 17, No. 6, pp. 18–19 in print magazine), available at:
https://www.abajournal.com/magazine/article/is-the-right-to-assemble-and-demonstrate-under-threat

Business Insider, New York, NY
"Will Dominion End Up Owning MyPillow If It Wins a $1.3 Billion Defamation Lawsuit
Against Mike Lindell? Here Are 2 Ways It Could Take Control" (quotes)
Jacob Shamsian (Nov. 2, 2021), available at:
https://www.businessinsider.com/will-dominion-own-mypillow-if-it-wins-defamation-lawsuit-2021-11

WCJB Channel 20, ABC affiliate, Gainesville, FL
"UF Professors Can Testify in Voting Rights Lawsuit If They Do Not Receive Pay,
Officials Say" (quotes)
Jordyn Markhoff (Nov. 1, 2021, 6:00 p.m. newscast), available at:
https://www.wcjb.com/2021/11/01/uf-professors-can-testify-voting-rights-lawsuit-if-they-do-not-receive-pay-officials-say/

Centre Daily Times, State College, PA
"Free Speech, Hate and Penn State: What First Amendment Experts Say About
Milo Yiannopoulos Controversy" (quotes)
Josh Moyer (Oct. 31, 2021), available at:
https://www.centredaily.com/news/local/education/penn-state/article255362161.html

The Independent, London, United Kingdom
"Why Donald Trump Jr's 'Bumper Sticker' T-Shirts Are Constitutionally Protected Trolling" (quotes)
Alex Woodward (Oct. 29, 2021), available at:
https://www.independent.co.uk/news/world/americas/us-politics/donald-trump-jr-alec-baldwin-shirt-b1948113.html

The 74, New York, NY
"Free Speech vs. Violent Threats: Partisan Feud Pits School Board Members' Safety
Against Parents' First Amendment Rights" (quotes)
Mark Keierleber (Oct. 27, 2021), available at:
https://www.the74million.org/article/free-speech-vs-violent-threats-partisan-feud-pits-school-board-members-safety-against-parents-first-amendment-rights/

Providence Journal, Providence, RI
"First Amendment vs. Public Duty: Police Social Posts Renew Concerns About Bias, Solutions" (quotes)
Kyle Stucker (Oct. 26, 2021), available at:
https://www.providencejournal.com/story/news/2021/10/26/police-officers-racist-inappropriate-social-media-posts-can-draw-criticism-reveal-bias/6108222001/

Gainesville Sun, Gainesville, FL
"Alachua County Not Violating First Amendment by Blocking Public Comment on
Social Media Sites, Experts Say" (quotes)
John Henderson (Oct. 21, 2021), available at:
https://www.gainesville.com/story/news/2021/10/21/alachua-county-blocks-public-comment-social-media-pages/6116596001/

Clay Calvert
May 30, 2025

WCJB Channel 20, ABC affiliate, Gainesville, FL
"ASO and Deputy Cut Ties Following Internal Investigation Over Social Media Posts" (interview)
Ruelle Fludd (Oct. 20, 2021, 11:00 p.m. newscast), available at:
https://www.wcjb.com/2021/10/21/aso-deputy-cut-ties-following-internal-investigation-over-social-media-posts/

Business Insider, New York, NY
Mike Lindell Wants to Crush Dominion's Defamation Lawsuit" (quotes)
Jacob Shamsian (Oct. 20, 2021), available at:
https://www.businessinsider.com/mike-lindell-mypillow-defamaition-lawsuit-argues-dominion-public-official-2021-10

USA Today, McLean, VA
"Fact Check: Shouting Profanity About the President is Protected by the First Amendment, Legal
Experts Say" (quotes)
McKenzie Sadeghi (Sept. 23, 2021), available at:
https://www.usatoday.com/story/news/factcheck/2021/09/23/fact-check-legal-experts-say-swearing-president-not-illegal/5785903001/

Reuters, New York, NY
"Cursing About Biden Is Not Illegal, As Satirical Posts Claim" (quotes)
Reuters Fact Check (Sept. 21, 2021), available at:
https://www.reuters.com/article/factcheck-biden-cursing-idUSL1N2QN289

Washington Post, Washington, D.C.
"Website's Parody Has Olney Baseball Team Crying Foul" (quotes)
John Kelly (Sept. 14, 2021, at B3), available online under a different headline on Sept. 13, 2021, at:
https://www.washingtonpost.com/local/onlyfans-olneyfans-baseball/2021/09/13/3e981d22-14ba-11ec-9589-31ac3173c2e5_story.html

Courthouse News Service, Pasadena, CA
"Experts Say Trump Lawsuits Against Big Tech Are 'Dead on Arrival'" (quotes)
Kayla Goggin (Aug. 27, 2021), available at:
https://www.courthousenews.com/experts-say-trump-lawsuits-against-big-tech-are-dead-on-arrival/

Times of San Diego, San Diego, CA
"Bankruptcy for OAN? Dominion Libel Suit Imperils San Diego Cable Outlet" (quotes)
Ken Stone (Aug. 14, 2021), available at:
https://timesofsandiego.com/business/2021/08/14/bankruptcy-for-oan-dominion-libel-suit-imperils-san-diego-cable-outle/

Washington Examiner, Washington, D.C.
"YouTube Eases Up on COVID-19 Misinformation Censorship After Local Government Backlash"
Nihal Krishan (Aug. 9, 2021), available at:
https://www.washingtonexaminer.com/news/youtube-reduce-censorship-around-covid-misinformation-local-government-backlash

Washington Post, Washington, D.C.
"YouTube Yanked Public Meeting Videos Over Covid Misinformation. Now It's Backtracking."
Caroline Anders (Aug. 7, 2021), available at:
https://www.washingtonpost.com/technology/2021/08/07/youtube-covid-misinformation-city-council/

Communications Daily, Washington, D.C.
"Trump's Suit Against Big Tech Widely Dismissed" (quotes regarding lawsuit against Facebook)
Karl Herchenroeder (July 8, 2021), link not available due to paywall, Ref. No. 2107070065.

Washington Post, Washington, D.C.
"Justice Gorsuch is Concerned About Internet Disinformation. But His Solution is Backwards."
Erik Wemple (July 7, 2021), available at:
https://www.washingtonpost.com/opinions/2021/07/07/justice-gorsuch-is-concerned-about-internet-disinformation-his-solution-is-backwards/

Orlando Sentinel, Orlando, FL
"Why was Casey Anthony Trial Such a Phenomenon?  Experts Cite Power of Cable News,
Rise of Social Media" (quote and comments regarding appeal of Casey Anthony case)
Monivette Cordeiro (July 3, 2021), available at:
https://www.orlandosentinel.com/news/casey-anthony/os-prem-ne-casey-anthony-verdict-phenomenon-20210703-q37coebd3zh2bbmytraszvbwqe-story.html

WUCF TV (Public Broadcasting Station), Orlando, FL
"NewsNight" (taped interview re: Florida law affecting public universities)
Peter Mort, Host (July 2, 2021, at 8:30 p.m.), available at:
https://www.youtube.com/watch?v=5vSQKKd8I6Y&t=1s

Clay Calvert
May 30, 2025

WJCT 89.9 FM (Public Radio Station), Jacksonville, FL
"Florida Roundup" (live interview re: Fla. laws affecting social media platforms & universities)
Melissa Ross, Host & Producer (July 2, 2021, at 12:30 p.m.)

Wisconsin Public Radio, Madison, WI
"Central Time" News Program (live interview re: Florida law affecting public universities)
Rob Ferrett, Host (July 1, 2021, at 4:00 Eastern Time), available at:
https://www.wpr.org/look-new-viewpoint-diversity-laws-college-campuses

Orlando Sentinel, Orlando, FL
"DeSantis Says New Law Promotes Speech at Florida Colleges; Critics Fear 'Chilling Effect'" (quotes)
Annie Martin (July 1, 2021), available at:
https://www.orlandosentinel.com/news/education/os-ne-universities-viewpoint-diversity-20210701-svclz2uft5dlzpq7fff3ryjkci-story.html

Rolling Stone, New York, NY
"A Florida Free Speech Professor Discusses Ron DeSantis' Assault on the First Amendment" (quotes)
Ryan Bort (June 29, 2021), available at:
https://www.rollingstone.com/politics/politics-news/ron-desantis-anti-free-speech-legislation-1189909/

University World News, London, U.K.
"Universities Required to Monitor 'Viewpoint Diversity'" (quotes re: new Florida law)
Nathan M. Greenfield (June 26, 2021), available at:
https://www.universityworldnews.com/post.php?story=20210625150419850

Washington Post, Washington, D.C.
"In Push Against 'Indoctrination,' DeSantis Mandates Surveys . . . " (quotes re: new Florida law)
Caroline Anders (June 24, 2021), available at:
https://www.washingtonpost.com/education/2021/06/24/florida-intellectual-freedom-law-mandates-viewpoint-surveys/

Washington Times, Washington, D.C.
"Lawsuit Says Florida's Social Media Anti-Censorship Law Violates Free-Speech Rights" (quotes)
Alex Swoyer (June 11, 2021), available at:
https://www.washingtontimes.com/news/2021/jun/11/lawsuit-says-floridas-social-media-anti-censorship/

WLRN 93.1-FM, Miami, FL (National Public Radio member station, South Florida).
Live radio interview on "The Florida Roundup" program re: Senate Bill 7072.
Tom Hudson, Host of The Florida Roundup (May 28, 2021, interview hit at 12:45 p.m.), available at:
https://www.wlrn.org/2021-05-28/floridas-economy-on-a-really-positive-trajectory-critical-race-theory-and-taking-on-big-tech

NewsRadio WFLA 970-AM, Tampa, FL (an iHeartRadio/iHeartMedia station)
Taped interview regarding Gov. DeSantis's signing of Senate Bill 7072 and First Amendment Issues
Ryan Gorman, Host of PM Tampa Bay with Ryan Gorman (May 25, 2021, at 6:00 p.m.).

NewsRadio WIOD 610-AM, Miami, FL (an iHeartRadio/iHeartMedia station)
Live interview regarding Gov. DeSantis's signing of Senate Bill 7072 and First Amendment Issues
Ryan Gorman, Guest Host of South Florida's First News with Jimmy Cefalo (May 25, 2021, at 7:40 a.m.),
https://www.iheart.com/podcast/53-first-news-with-jimm-28270573/episode/05-25-21-social-media-policing-in-82930249/

Inc. Magazine, New York, NY
"Why You Should Care About Florida's New Social Media 'Deplatforming' Law" (quotes)
Cameron Albert-Deitch (May 18, 2021), available at:
https://www.inc.com/cameron-albert-deitch/florida-social-media-platforms-law-business-explainer.html

WTSP CBS Channel 10, CBS Affiliate, Tampa-St. Petersburg, FL
"Can DeSantis' Exclusive Fox News Bill Signing be Considered Unconstitutional?" (quotes)
Andrew Quintana (May 7, 2021), available at:
https://www.wtsp.com/article/news/regional/florida/desantis-fox-news-election-bill-first-amendment/67-06c7fd47-48da-4074-80bf-c3f98784dba4

Miami Herald, Miami, FL
"Fox News Says It Didn't Know DeSantis Would Bar Other Press from Bill Signing" (quotes)
Steve Contorno (May 7, 2021, at 2A), updated online version available at:
https://www.miamiherald.com/news/politics-government/article251214899.html

Clay Calvert
May 30, 2025

Miami Herald, Miami, FL
"'Bad Government.' First Amendment Experts Question DeSantis' 'Exclusive' Bill Signing" (quotes)
Steve Contorno (May 7, 2021), available at:
https://www.miamiherald.com/news/politics-government/article251231924.html

Tampa Bay Times, Tampa, FL
"Did DeSantis Violate First Amendment with Fox News-Only Bill Signing?" (quotes
Steve Contorno (May 7, 2021), available at:
https://www.tampabay.com/news/florida-politics/2021/05/07/did-desantis-violate-first-amendment-with-fox-news-only-bill-signing/

WPEC, Channel 12, CBS Affiliate, West Palm Beach, FL
"First Amendment Advocates Denounce Gov. DeSantis' Decision to Bar Media from Bill Signing"
John O'Brien (May 6, 2021), available at:
https://cbs12.com/news/local/first-amendment-advocates-denounce-gov-desantis-decision-to-bar-media-from-bill-signing

Fox 35 Orlando, WOFL TV, Orlando, FL
"Florida Bill Would Allow Students to Record Professor Lectures to Use as Political Bias Evidence"
Fox News (Apr. 25, 2021), available at:
https://www.fox35orlando.com/news/florida-bill-would-allow-students-to-record-professor-lectures-to-use-as-political-bias-evidence

ABA Journal (flagship magazine of the American Bar Association)
"How Florida's New Anti-Riot Law Could Run Afoul of the First Amendment" (comments)
Debra Cassens Weiss (Apr. 21, 2021), available at:
https://www.abajournal.com/news/article/how-floridas-new-anti-riot-law-could-run-afoul-of-the-first-amendment

Law360, New York, NY
"Courts Likely to Dismantle Florida's 'Anti-Riot' Law" (quotes)
Carolina Bolado (Apr. 20, 2021), available at:
https://www.law360.com/articles/1376639/

Orlando Sentinel, Orlando, FL
"Sheriffs Find Viral Fame, But Not Without Critics" (quotes)
Joe Mario Pederson (Apr. 19, 2021, at 1B), available at:
https://www.orlandosentinel.com/features/gone-viral/os-prem-ne-florida-law-enforcement-social-media-20210419-gdqjg6m6cnafnnb2oznffmuioy-story.html

Popular Information, Washington, D.C.
"How Not to Protect Free Speech" (quotes re: Florida legislation affecting speech on campus)
Judd Legum & Tesnim Zekeria (Apr. 8, 2021), available at:
https://popular.info/p/how-not-to-protect-free-speech

Florida Political Review, Gainesville, FL
"Florida Senators Debate Intellectual Freedom and Cancel Culture" (quotes re: legislation)
Shayna Schulman (Apr. 2, 2021), available at:
http://www.floridapoliticalreview.com/florida-senators-debate-intellectual-freedom-and-cancel-culture/

Asbury Park Press, Asbury Park, NJ
"Trump and the Capitol Riot: What Could a Trial Look Like?" (quotes)
Rob Miraldi (Mar. 12, 2021), available at:
https://www.app.com/story/opinion/columnists/2021/03/12/trump-and-capitol-riot-what-could-trial-look-like-opinion/6944952002/

Poughkeepsie Journal, Poughkeepsie, NY
"Trump and the Capitol Riot: What Could a Trial Look Like?" (quotes)
Rob Miraldi (Mar. 12, 2021), available at:
https://www.poughkeepsiejournal.com/story/opinion/columnists/2021/03/12/trump-and-capitol-riot-what-could-trial-look-like-opinion/6944952002/

Democrat & Chronicle, Rochester, NY
"Trump and the Capitol Riot: What Could a Trial Look Like?" (quotes)
Rob Miraldi (Mar. 12, 2021), available at:
https://www.democratandchronicle.com/story/opinion/columnists/2021/03/12/trump-and-capitol-riot-what-could-trial-look-like-opinion/6944952002/

Miami Herald, Miami, FL
"Florida Lawmakers Debate Political Bias on College Campuses" (quotes)
Anila Yoganathan (Mar. 10, 2021), available at:
https://www.miamiherald.com/news/article249833208.html

Clay Calvert
May 30, 2025

Washington Post, Washington, D.C.
"Florida Lawmakers Debate Political Bias on College Campuses" (quotes)
Anila Yoganathan (Mar. 10, 2021), available at:
https://www.washingtonpost.com/climate-environment/florida-lawmakers-debate-political-bias-on-college-campuses/2021/03/10/05e4223c-81da-11eb-be22-32d331d87530_story.html

Legal Talk Network, Los Angeles, CA
"DeSantis v. Big Tech" (podcast interview regarding proposed Florida legislation)
Laurence Colletti (Feb. 26, 2021), available at:
https://legaltalknetwork.com/podcasts/legal-talk-today/2021/02/desantis-vs-big-tech/

Washington Post, Washington, D.C.
"In Tennessee, GOP Senators Seek to Ban Protests During Anthem, Raising Legal Concerns" (quotes)
Glynn A. Hill (Feb. 24, 2021), available at:
https://www.washingtonpost.com/sports/2021/02/24/tennessee-gop-anthem-protest/

Miami Herald, Miami, FL
"DeSantis' Attacks on Big Tech are Political Theater and Go Against the First Amendment" (quotes)
Editorial (Feb. 23, 2021), available at:
https://www.miamiherald.com/opinion/editorials/article249428520.html

Washington Post, Washington, D.C.
"It's Not a Typical Trial. Lawyers in the Trump Impeachment Case Will Argue Big Constitutional Questions." (quotes regarding First Amendment issues and incitement)
Ann E. Marimow & Tom Hamburger (Feb. 8, 2021), available at:
https://www.washingtonpost.com/politics/trump-impeachment-trial-constitutional-senate/2021/02/08/fb1c2a4e-6a09-11eb-ba56-d7e2c8defa31_story.html

Minneapolis Star Tribune, Minneapolis, MN
"Florida Lawmakers Challenge Silicon Valley Over 'Censorship'" (quotes)
Bobby Caina Calvan, Associated Press Reporter (Feb. 2, 2021), available at:
https://www.startribune.com/florida-lawmakers-challenge-silicon-valley-over-censorship/600018100/

Philadelphia Inquirer, Philadelphia, PA
"Florida Lawmakers Challenge Silicon Valley Over 'Censorship'" (quotes)
Bobby Caina Calvan, Associated Press Reporter (Feb. 2, 2021), available at:
https://www.inquirer.com/wires/ap/florida-lawmakers-challenge-silicon-valley-over-censorship-20210203.html

ATTN:, Los Angeles, CA
"The First Amendment Doesn't Give Us the Right to Say Just Anything and Everything" (interview)
Zach Rodham, Producer (Jan. 21, 2021), available at:
https://twitter.com/attn/status/1352292373296947201
https://fb.watch/39rqbTXzHZ/
https://www.instagram.com/tv/CKUFeB3sc2T/

KTBC-TV Channel 7 (FOX owned-and-operated station), Austin, TX
Live interview regarding social media companies banning President Trump
Amanda Salinas, Good Day Austin (Jan. 14, 2021, at 10:16 a.m. Eastern)

WTTG-TV Channel 5 (FOX owned-and-operated station) Washington, D.C.
Live interview regarding social media companies banning President Trump
Jeannette Reyes, Fox 5 Morning (January 13, 2021, at 8:30 a.m.), available at:
https://www.fox5dc.com/video/889713

CNET, San Francisco, CA
"Why the First Amendment Can't Protect Trump on Twitter or Save Parler" (quotes)
Marguerite Reardon (Jan. 11, 2021), available at:
https://www.cnet.com/news/why-the-first-amendment-cant-protect-trump-on-twitter-or-save-parler/

WJXT, News 4 JAX, Jacksonville, FL
"Does a Twitter Ban Violate First Amendment Rights? A Legal Expert Weighs In" (TV interview)
Joe McLean (Jan. 11, 2021), available at:
https://www.news4jax.com/news/local/2021/01/11/does-a-twitter-ban-violate-first-amendment-rights-a-legal-expert-weighs-in/

Clay Calvert
May 30, 2025

<u>Business Insider</u>, New York, NY
"Dominion Is Going After Trump Allies and Right-Wing Media Over Election Conspiracy Theories"
Jacob Shamsian (Jan. 11, 2021), available at:
https://www.businessinsider.com/dominion-trump-fox-news-newsmax-oan-sidney-powell-defamation-lawsuits-2021-1

<u>WLTX-TV Channel 19</u> (CBS affiliate), Columbia, SC
"Is Twitter Violating President Trump's Right to Free Speech? Experts Say No" (interviewed)
Ryan Bass (Jan. 9, 2021), available at:
https://www.wltx.com/article/news/nation-world/is-twitter-violating-president-trumps-right-to-free-speech-expert-says-no/67-76f384eb-a2d7-4253-bc50-e1fbc1ca7eef

<u>WTSP CBS Channel 10</u> (CBS affiliate), Tampa Bay / St. Petersburg, FL
"Twitter Permanently Suspends President Donald Trump's Personal Account" (interviewed)
Ryan Bass (Jan. 8, 2021), available at:
https://www.wtsp.com/video/news/national/twitter-permanently-suspends-president-donald-trumps-account/67-88d8cb04-ecd0-4136-8ef0-ccfb522c0b74

<u>USA Today</u>, McLean, VA
"President Trump Permanently Banned From Twitter Over Risk He Could Incite Violence" (quotes)
Jessica Guynn (Jan. 8, 2021), available at:
https://www.usatoday.com/story/tech/2021/01/08/twitter-permanently-bans-president-trump/6603578002/

<u>Business Insider</u>, New York, NY
"Dominion's CEO Says the Voting-Technology Company Will Bring a Defamation Lawsuit
Against Sidney Powell and May Do So with Trump as Well" (quotes)
Jacob Shamsian (Jan. 4, 2021), available at:
https://www.businessinsider.com/dominion-ceo-defamation-lawsuit-sidney-powell-donald-trump-2021-1

<u>New York Post</u>, New York, NY
"Libel Law May Hinder Hunter Biden Computer Repairman's Lawsuit" (quotes re: §230)
Rebecca Rosenberg & Bruce Golding (Dec. 29, 2020), available at:
https://nypost.com/2020/12/29/libel-law-may-hinder-hunter-biden-computer-repairmans-lawsuit/

<u>New York Times</u>, New York, NY
"Defamation Suits Could Sink Right-Wing Media" (quotes re: potential defamation lawsuits)
Ben Smith (Dec. 21, 2020, B1), online version with different headline available at:
https://www.nytimes.com/2020/12/20/business/media/smartmatic-lawsuit-fox-news-newsmax-oan.html

<u>WESH 2</u> (NBC affiliate; Hearst Television, Inc.), Orlando, FL
"The First Amendment and Florida's Historic Access to Public Records (interviewed)
Greg Fox (Sept. 25, 2020), available at:
https://www.wesh.com/article/the-first-amendment-and-floridas-historic-access-to-public-records/34168720

<u>Orlando Sentinel</u>, Orlando, FL
"Florida Protest Laws Could be Harshest in Nation Under DeSantis Proposal" (quotes)
Desiree Stennett et al. (Sept. 23, 2020), available at:
https://www.orlandosentinel.com/news/florida/os-ne-desantis-protest-bill-opposition-20200923-ihsipkhwdncorouj4whycypss4-story.html

<u>Communications Daily</u>, Washington, D.C.
"Wicker Calls CDA 230 Bill 'Very Reasonable'; Others Disagree" (quotes re: legislation)
Karl Herchenroeder (Sept. 23, 2020), link not available due to paywall.

<u>First Coast News WTLV-WJXX</u> (NBC & ABC Duopoly), Jacksonville, FL
"Parents Concerned About School COVID-19 Cases Fear Laws May Protect Districts from Disclosing
Important Health Information" (quotes re: FERPA and student educational records)
Robert Bradfield (Sept. 22, 2020), available at:
https://www.firstcoastnews.com/article/news/local/parents-concerned-about-schools-reporting-covid-19-cases-see-shield-in-laws-protecting-districts-from-disclosing-health-information/77-31ccff6a-bf75-4a70-886b-03a28e9d9472

<u>Washington Post</u>, Washington, D.C.
"Stop Whining, Alan Dershowitz" (quotes re: libel lawsuit filed against CNN)
Erik Wemple (Sept. 16, 2020), available at:
https://www.washingtonpost.com/opinions/2020/09/16/stop-whining-alan-dershowitz/

<u>Orlando Sentinel</u>, Orlando, FL
"Court Records Helped Expose Flaws in Florida's Guardianship System" (quotes)
Monivette Cordeiro (Sept. 8, 2020), available at:
https://www.orlandosentinel.com/news/florida/guardians/os-ne-attorneys-guardianship-records-confidential-20200908-xx3kso7nifq7jfyorot27zuiq4-story.html

Clay Calvert
May 30, 2025

PolitiFact, St. Petersburg, FL
"What is QAnon, the Baseless Conspiracy Spilling into US Politics?" (quotes)
Daniel Funke (Aug. 27, 2020), available at:
https://www.politifact.com/article/2020/aug/27/what-qanon-baseless-conspiracy-spilling-us-politic/

Commentary Magazine, New York, NY
"The Emerging Campus Police State" (quote re: ability of students to rally in person during Covid)
Noah Rothman (Aug. 24, 2020), available at:
https://www.commentarymagazine.com/noah-rothman/the-emerging-campus-police-state/

New York Times, New York, NY
"Some Schools Keeping Quiet on Covid Cases; Lack of Data Muddles Efforts to Reopen" (quotes)
Dan Levin (Aug. 22, 2020 at A1, A7 in print edition), online version available at:
https://www.nytimes.com/2020/08/22/us/school-reopenings-coronavirus-reporting.html

Voice of America, Washington, D.C.
"Police Response to Press at Black Lives Matter Protests Tests First Amendment" (quotes)
Eric Neugeboren (Aug. 21, 2020), available at:
https://www.voanews.com/press-freedom/police-response-press-black-lives-matter-protests-tests-first-amendment

Independent Florida Alligator, Gainesville, FL
"Officials Brace for Protests as Students Prepare Their Return to Campus" (quotes)
Alexandra Buckley (Aug. 13, 2020), available at:
https://www.alligator.org/covid-19/officials-brace-for-protests-as-students-prepare-their-return-to-campus/article_3a5b78b2-ddc0-11ea-ba0b-3b3fb0f73a4c.html

TODAY.com, New York, NY
"Colleges are Revoking Admissions Offers Due to Racist Posts" (quotes)
Rachel Paula Abrahamson (July 31, 2020), available at:
https://www.today.com/parents/colleges-are-revoking-admissions-offers-due-racist-posts-t187632

CNN, New York, NY
Live interview on "Smerconish" regarding admission offer rescissions
Michael Smerconish (July 18, 2020, at 9:40 a.m. EST), available at:
https://www.cnn.com/videos/tv/2020/07/17/college-admissions-revoked-over-racist-social-media-posts.cnn

PolitiFact, St. Petersburg, FL
"Trump's Promise to 'Open Up Our Libel Laws' is Stalled" (quotes)
Daniel Funke (July 15, 2020), available at:
https://www.politifact.com/truth-o-meter/promises/trumpometer/promise/1365/open-libel-laws/

The Michael Smerconish Program, SiriusXM POTUS 124
Live interview regarding universities rescinding admissions offers
Michael Smerconish (July 7, 2020, at 11:04 a.m. EST)

Teen Vogue, New York, NY
"Racist Social Media Posts From Students Are Forcing Colleges to Respond" (quotes)
Zach Schermele (July 6, 2020), available at:
https://www.teenvogue.com/story/racist-social-media-posts-college-students

New York Times, New York, NY
"Colleges Revoke Offers Overs Slurs and Screeds" (quotes re: First Amendment issues)
Dan Levin (July 3, 2020, at A19 in print edition; published online July 2, 2020), available at:
https://www.nytimes.com/2020/07/02/us/racism-social-media-college-admissions.html

Washington Post, Washington, D.C.
"The Recklessness of Tucker Carlson" (quotes re: defamation lawsuit against Fox News & Carlson)
Erik Wemple (June 26, 2020), available at:
https://www.washingtonpost.com/opinions/2020/06/26/recklessness-tucker-carlson/

Northwest Arkansas Democrat-Gazette, Fayetteville, AR
"Can't Act on Posts, Says Chief at UAFS" (quotes re: rescission of admissions offers)
Jaime Adame (June 23, 2020), available at:
https://www.nwaonline.com/news/2020/jun/23/cant-act-on-posts-says-chief-at-uafs/

Clay Calvert
May 30, 2025

<u>Gainesville Sun</u>, Gainesville, FL
"Shaming of Online Posts Results in Consequences" (quotes re: rescinding offers of admission)
Tatiana Navarro (print edition: June 21, 2020, at B1, B7-B8; online edition June 17, 2020),
https://www.gainesville.com/news/20200617/students-others-forwarding-racist-online-posts-for-public-shaming-real-world-consequences

<u>Palm Beach Post</u>, Palm Beach, FL
"Students, Others Forwarding Racist Online Posts for Public Shaming, Real-World Consequences"
Tatiana Navarro (June 17, 2020), available at:
https://www.palmbeachpost.com/news/20200617/students-others-forwarding-racist-online-posts-for-public-shaming-real-world-consequences

<u>Orlando Sentinel</u>, Orlando, FL
"Students' Racist Social Media Posts Prompt University Investigations, Raise Free Speech Questions"
Leslie Postal & Annie Martin (June 13, 2020), available at:
https://www.orlandosentinel.com/news/education/os-ne-admissions-universities-racist-posts-20200613-bnqgz5rzlvey5oxzgqgj745k5u-story.html

<u>USA Today</u>, McLean, VA
"A North Carolina Professor Who Sparked Outrage with His Tweets Still has His Job. Why?
It's called the First Amendment" (quotes regarding professor's offensive language)
Jordan Culver (June 11, 2020), available at:
https://www.usatoday.com/story/news/nation/2020/06/10/first-amendment-north-carolina-wilmington-professor-tweets/3173332001/

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"UF Reverses Admission Decision After Racist Post" (TV interview regarding First Amendment)
Nicole Rogers (June 9, 2020, 6:00 p.m. newscast),
https://www.wcjb.com/content/news/UF-reverses-admission-decision-after-racist-post-arises-571141451.html

<u>Business Insider</u>, New York, NY
"'Absolutely No Legal Authority': Trump's Threats to Shut Down Twitter are 'Totally Asinine' and
Reek of Censorship, According to Legal Experts" (quotes)
Sonam Sheth & Eliza Relman (May 27, 2020), available at:
https://www.businessinsider.com/can-trump-regulate-or-shut-down-twitter-facebook-2020-5

<u>Times of San Diego</u>, San Diego, CA
"Seattle Judge Throws Out COVID-19 'Hoax' Suit Against Fox News" (quotes)
Ken Stone (May 27, 2020), available at:
https://timesofsandiego.com/business/2020/05/27/seattle-judge-throws-out-covid-19-hoax-suit-against-fox-news/

<u>Times of San Diego</u>, San Diego, CA
"Court TV: Fox News Hearing in COVID-19 Lawsuit Set for YouTube Live" (quotes)
Ken Stone (May 20, 2020), available at:
https://timesofsandiego.com/business/2020/05/20/court-tv-fox-news-hearing-in-covid-19-lawsuit-set-for-youtube-live/

<u>Bloomberg Law</u>, New York, NY
"Refusing to Wear a Mask at Work Could Get You Fired" (quotes re: First Amendment issues)
Paige Smith & Robert Iafolla (May 20, 2020), available at:
https://news.bloomberglaw.com/daily-labor-report/refusing-to-wear-a-mask-at-work-could-get-you-fired

<u>Times of San Diego</u>, San Diego, CA
"Powerful Cable-TV, Reporter Groups Side With Fox News in Lawsuit" (quotes)
Ken Stone (May 18, 2020), available at:
https://timesofsandiego.com/business/2020/05/18/powerful-cable-tv-reporter-groups-side-with-fox-news-in-lawsuit/

<u>The Appalachian</u>, Boone, NC
"English Department Responds to Use of N-word in Class" (quotes)
Moss Brennan & Justin Lundy (Feb. 29, 2020), available at:
https://theappalachianonline.com/english-department-responds-to-use-of-n-word-in-class/#

<u>The College Fix</u>, Hillsdale, MI
"Expert Says Prof's In-class 'N-word' Comparison May Not be Protected Speech" (quotes)
Dave Huber (Feb. 16, 2020), available at:
https://www.thecollegefix.com/expert-says-profs-in-class-n-word-comparison-may-not-be-protected-speech/

Clay Calvert
May 30, 2025

Oklahoma University Daily, Norman, OK
"OU Professor's Use of Racial Slur May Not be Protected, First Amendment Expert Says" (quotes)
Jordan Miller (Feb. 14, 2020), available at:
http://www.oudaily.com/news/ou-professor-s-use-of-racial-slur-may-not-be/article_7f8f41d4-4f72-11ea-9037-6b21718bf7e5.html

Washington Times, Washington, D.C.
"Tulsi Gabbard sues Hillary Clinton for Defamation" (quotes re: libel suit against Hillary Clinton)
David Sherfinski (Jan. 22, 2020), available at:
https://www.washingtontimes.com/news/2020/jan/22/tulsi-gabbard-sues-hillary-clinton-defamation/

Daytona Beach News-Journal, Daytona Beach, FL
"Trump 2020 Flagler Ave. Brick Controversy Shelves NSB Sidewalk Program" (quotes)
Mark Harper (Oct. 26, 2019), available at:
https://www.news-journalonline.com/news/20191026/trump-2020-flagler-ave-brick-controversy-shelves-nsb-sidewalk-program

Washington Post, Washington, D.C.
"Harvard Crimson Pressured by Campus Immigration Activists to Bail on Journalism" (quotes)
Erik Wemple (Oct. 23, 2019), available at:
https://www.washingtonpost.com/opinions/2019/10/23/harvard-crimson-pressured-by-campus-immigration-activists-bail-journalism/

Business Insider, New York, NY
"Alexandria Ocasio-Cortez Says She has the Right to Block Critics on Social Media" (quotes)
Sonam Sheth & John Haltiwanger (Aug. 31, 2019), available at:
https://www.businessinsider.com/alexandria-ocasio-cortez-trump-first-amendment-aoc-block-critics-2019-8

Washington Times, Washington, D.C.
"PragerU Wages Legal Battle Against YouTube Over 'Censoring' of Conservative Videos" (quotes)
Valerie Richardson (Aug. 28, 2019), available at:
https://www.washingtontimes.com/news/2019/aug/28/prageru-fights-youtube-over-censoring-conservative/

Wall Street Journal, New York, NY
"Conservative Group Argues First Amendment Should Apply to YouTube" (quotes)
Jacob Gershman (Aug. 27, 2019), available at:
https://www.wsj.com/articles/conservative-group-argues-first-amendment-should-apply-to-youtube-11566937988

Mother Jones, San Francisco, CA
"Could Red Flag Laws Prevent the Next Massacre?" (quotes)
Matt Cohen & Kara Voght (Aug. 6, 2019), available at:
https://www.motherjones.com/politics/2019/08/red-flag-laws-trump-shootings/

Palm Beach Post, Palm Beach, FL
"Appeals Court Rules Against Trump Blocking Critics on Twitter" (op-ed commentary)
Clay Calvert (July 22, 2019), available at:
https://www.palmbeachpost.com/opinion/20190722/point-of-view-appeals-court-rules-against-trump-blocking-critics-on-twitter

Gainesville Sun, Gainesville, FL
"Twitter Ruling is Victory for First Amendment Rights" (op-ed commentary)
Clay Calvert (July 15, 2019), available at:
https://www.gainesville.com/opinion/20190715/clay-calvert-twitter-ruling-is-victory-for-first-amendment-rights

Sierra Leone Times, Republic of Sierra Leone
"Trump Can No Longer Block Critics on Twitter Account" (op-ed commentary)
Clay Calvert (July 10, 2019), available at:
https://www.sierraleonetimes.com/news/261683488/trump-can-no-longer-block-critics-on-twitter-account

The Conversation, Boston, MA
"Appeals Court Rules Against Trump Blocking Critics on Twitter" (op-ed commentary)
Clay Calvert (July 9, 2019), available at:
https://theconversation.com/appeals-court-rules-against-trump-blocking-critics-on-twitter-97159

CNN, Atlanta, GA
"These Four Letters Spawned Five Supreme Court Opinions" (op-ed commentary)
Clay Calvert (June 24, 2019), available at:
https://www.cnn.com/2019/06/24/opinions/supreme-court-decision-fuct-first-amendment-calvert/index.html

Clay Calvert
May 30, 2025

<u>Washington Post</u>, Washington, D.C.
"President Trump, Proven Leaker" (quotes and comments)
Erik Wemple (June 21, 2019), available at:
https://www.washingtonpost.com/opinions/2019/06/21/president-trump-proven-leaker

<u>Business Insider</u>, New York, NY
"A Woman says a Dominican Republic Resort Pushed Her to Sign an NDA After
She Became Severely Sick at the Hotel" (quotes and comments)
Nicole Einbinder (June 11, 2019), available at:
https://www.businessinsider.com/woman-dominican-republic-resort-nda-sick-hotel-2019-6

<u>Forbes</u>, Jersey City, NJ
"YouTube Won't Ban Controversial Creator Steven Crowder—But Cuts Off His Funds" (quotes)
Rachel Sandler (June 5, 2019), available at:
https://www.forbes.com/sites/rachelsandler/2019/06/05/youtube-wont-ban-controversial-creatorbut-cuts-off-his-funds

<u>WSYX, ABC 6</u>, Columbus, OH
"Trump Dismisses Fears Assange Case Signals Effort to Stifle Media" (quotes)
Stephen Loiaconi (Apr. 12, 2019), available at:
https://abc6onyourside.com/news/nation-world/trump-dismisses-fears-assange-case-signals-effort-to-stifle-media

<u>Daily Mail</u>, London, U.K.
"Florida Rapper is Arrested for Lyrics Threatening Mass Murder at a College Campus" (quotes)
Connor Boyd (Apr. 11, 2019), available at:
https://www.dailymail.co.uk/news/article-6911931/Sheriff-Rapper-threatened-shoot-University-Florida.html

<u>FOX News</u>, New York, NY
"Sheriff: Rapper Threatened to Shoot Up University of Florida" (quotes)
Associated Press (Apr. 11, 2019), available at:
https://www.foxnews.com/us/sheriff-rapper-threatened-to-shoot-up-university-of-florida

<u>Miami Herald</u>, Miami, FL
"He Rapped That He's Shoot Up the University of Florida. Are His Lyrics Free Speech?" (quotes)
Howard Cohen (Apr. 11, 2019), available at:
https://www.miamiherald.com/news/state/florida/article229116554.html

<u>Gainesville Sun</u>, Gainesville, FL
"What's a Threat? Arrest of Ocala Rapper Tests Limits on Speech" (quotes)
Cindy Swirko (Apr. 10, 2019), available at:
https://www.gainesville.com/news/20190410/whats-threat-arrest-of-ocala-rapper-tests-limits-on-speech

<u>WKRC-TV, Local 12</u>, Cincinnati, OH
"Nunes Faces High Bar to Clear in $150 Million Defamation Suit Against Newspaper Chain" (quotes)
Stephen Loiaconi (Apr. 9, 2019), available at
https://local12.com/news/nation-world/nunes-faces-high-bar-to-clear-in-150-million-defamation-suit-against-newspaper-chain

<u>Media Law Resource Center</u>, New York, NY
"Hot Topics Roundtable: *Sandmann v. The Washington Post*" (quotes on libel case)
Media Law Resource Center (Apr. 2019), available at:
http://www.medialaw.org/component/k2/item/4524

<u>Bloomberg News</u>, New York, NY
"Trump Wants Appeals Court to Let Him Block Critics on Twitter" (quotes)
Chris Dolmetsch (Mar. 24, 2019), available at:
https://www.bloomberg.com/news/articles/2019-03-24/trump-wants-appeals-court-to-let-him-block-critics-on-twitter

<u>Washington Post</u>, D.C.
"Trump Praises First Amendment a Day After Attacking 'Phony' Press" (quotes)
Colby Itkowitz (Mar. 21, 2019), available at:
https://www.washingtonpost.com/politics/trump-really-cares-about-the-first-amendment--except-that-part-about-the-press/2019/03/21/16506e48-4c15-11e9-b79a-961983b7e0cd_story.html

<u>Newsweek</u>, New York, NY
"Donald Trump Campus Free Speech Order 'Highly Symbolic' And 'Ironic,' Advocates Say" (quotes)
Ramsey Touchberry (Mar. 21, 2019), available at:
https://www.newsweek.com/trump-free-speech-order-symbolic-ironic-1371491

Clay Calvert
May 30, 2025

CNN, Atlanta, GA
"What Killer Mike Can Teach SCOTUS" (op-ed commentary on Jamal Knox case)
Clay Calvert (Mar. 18, 2019), available at:
https://www.cnn.com/2019/03/18/opinions/supreme-court-rappers-first-amendment-case-calvert/index.html

Washington Examiner, Washington, D.C.
"No Slam Dunk for Covington Catholic Student in Suit Against Washington Post" (quotes)
Melissa Quinn (Feb. 21, 2019), available at:
https://www.washingtonexaminer.com/policy/courts/no-slam-dunk-for-covington-catholic-student-in-suit-against-washington-post

Washington Times, Washington, D.C.
"Covington Teen Cheered by Conservatives for Washington Post Lawsuit Despite
Legal Hurdles" (quotes)
Valerie Richardson (Feb. 20, 2019), available at:
https://www.washingtontimes.com/news/2019/feb/20/covington-teen-nicholas-sandmann-cheered-conservat/

WJLA ABC 7, Washington, D.C.
"Attorneys Say More Lawsuits Coming as Covington Student Accuses Post of Defamation" (quotes)
Stephen Loiaconi (Feb. 20, 2019), available at:
https://wjla.com/news/nation-world/attorneys-say-more-lawsuits-coming-as-covington-student-accuses-post-of-defamation

Variety, Los Angeles, CA
"Jeff Bezos vs. National Enquirer: Did AMI Break Any Laws?" (quotes and comments)
Todd Spangler (Feb. 8, 2019), available at:
https://variety.com/2019/biz/news/jeff-bezos-national-enquirer-did-ami-break-laws-1203133396/

Washington Times, Washington, D.C.
"Covington Catholic Teen Threatens to Sue 54 News Outlets, Lawmakers and Celebrities" (quotes)
Valerie Richardson (Feb. 5, 2019), available at:
https://www.washingtontimes.com/news/2019/feb/5/covington-catholic-teen-begins-legal-battle-agains/

Seattle Post-Intelligencer, Seattle, WA
"Rap Music and Threats of Violence: A Case for the Supreme Court to Decide" (op-ed column)
Clay Calvert (Jan. 29, 2019), available at:
https://www.seattlepi.com/news/article/Rap-music-and-threats-of-violence-A-case-for-the-13569570.php

WTOP News, Washington, D.C.
"Rap Music and Threats of Violence: A Case for the Supreme Court to Decide" (op-ed column)
Clay Calvert (Jan. 29, 2019), available at:
https://wtop.com/social-media/2019/01/rap-music-and-threats-of-violence-a-case-for-the-supreme-court-to-decide/

The Conversation, Boston, MA
"Rap Music and Threats of Violence: A Case for the Supreme Court to Decide" (op-ed column)
Clay Calvert (Jan. 29, 2019), available at:
https://theconversation.com/rap-music-and-threats-of-violence-a-case-for-the-supreme-court-to-decide-110418

Washington Post, Washington, D.C.
"Julian Assange Fails the Smell Test" (quotes re: libel law)
Eirk Wemple (Jan. 7, 2019), available at:
https://www.washingtonpost.com/opinions/2019/01/07/julian-assange-fails-smell-test/?noredirect=on&utm_term=.83f4b7db6f98

Daily Business Review, Miami, FL
"Media Company Fires Back at Ex-Trump Staffer's $100M Suit Over Stripper Abortion Report" (quotes)
Raychel Lean (Jan. 4, 2019), available at:
https://www.law.com/dailybusinessreview/2019/01/04/media-company-fires-back-at-ex-trump-staffers-100m-suit-over-stripper-abortion-report/

VICE, Brooklyn, NY
"Should People Have Called the Cops Over Cesar Sayoc's MAGA Van?" (quotes re: true threats)
Francisco Alvarado (Oct. 31, 2018), available at:
https://www.vice.com/en_ca/article/7x3gq4/should-people-have-called-the-cops-over-cesar-sayocs-maga-van

Clay Calvert
May 30, 2025

Washington Post, Washington, D.C.
"The Kavanaugh Controversy Meets Fake News.  Real Fake News" (quote)
Erik Wemple (Sept. 21, 2018), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2018/09/21/the-kavanaugh-controversy-meets-fake-news-real-fake-news/

Education Week, Bethesda, MD
"DeVos' Strong Words on Suppression of Speech, State of Civics Education" (quotes)
Alyson Klein (Sept. 17, 2018), available at:
http://blogs.edweek.org/edweek/campaign-k-12/2018/09/devos_civics_education_colleges_constitution_center.html

Washington Post, Washington, D.C.
"Rapper Jailed for Song Threatening Cops Tries a Free Speech Appeal — and Loses" (quotes)
Allyson Chiu (Aug. 22, 2018), available at:
https://www.washingtonpost.com/news/morning-mix/wp/2018/08/22/lets-kill-these-cops-jailing-of-rapper-for-song-threatening-officers-upheld-by-pa-supreme-court/

Washington Post, Washington, D.C.
"What Can CNN Do to Stop Trump's Abuse?" (quotes and comments)
Erik Wemple (July 27, 2018), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2018/07/27/what-can-cnn-do-to-stop-trumps-abuse/

National Law Journal, Washington, D.C.
"As Cosby Defamation Cases Reach SCOTUS, Possible Fresh Look at . . ." (quotes)
Tony Mauro (July 19, 2018), available at:
https://www.law.com/nationallawjournal/2018/07/19/as-cosby-defamation-cases-reach-scotus-possible-fresh-look-at-lawyers-free-speech-rights/

Ars Technica, Boston, MA
"If an Algorithm Draws Lines on a Map, Is That the Same as Land Surveying?" (quotes and comments)
Cyrus Farivar (July 13, 2018), available at:
https://arstechnica.com/tech-policy/2018/07/if-an-algorithm-draws-lines-on-a-map-is-that-the-same-as-land-surveying/

Tampa Bay Times, Tampa, FL
"In Appeal, Lawyers Say Woman's Urging of Boyfriend to Kill Himself Was Free Speech (quotes)
Erin B. Logan (July 11, 2018), available at:
http://www.tampabay.com/news/courts/In-appeal-lawyers-say-woman-s-urging-of-boyfriend-to-kill-himself-was-free-speech_169917442

Washington Post, Washington, D.C.
"She Urged Her Boyfriend to Kill Himself.  Her Lawyers Say It Was Free Speech" (quotes)
Erin B. Logan (July 10, 2018), available at:
https://www.washingtonpost.com/news/true-crime/wp/2018/07/10/she-urged-her-boyfriend-to-kill-himself-her-lawyers-say-it-was-free-speech/

Law 360, New York, NY
"Creative Attys Get Anti-Regulation Ammo in High Court Case" (quotes and comments)
Jeff Overley (July 6, 2018), available at:
https://www.law360.com/articles/1059188/creative-attys-get-anti-regulation-ammo-in-high-court-case

Washington Post, Washington, D.C.
"Did President Trump Defame the Red Hen?" (quotes regarding libel law)
Erik Wemple (June 25, 2018), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2018/06/25/did-president-trump-defame-the-red-hen

Times Higher Education, London, U.K.
"US Universities Battle 'Exploitation' by Extremist Speakers" (quotes and comments)
John Morgan (June 20, 2018), available at:
https://www.timeshighereducation.com/news/us-universities-battle-exploitation-extremist-speakers

Tampa Bay Times, Tampa, FL
"Cuffed by Those He Criticized, He Wins Right to Fight" (op-ed column print edition headline)
"Fane Lozman's Long Fight to Criticize Riviera Beach May Go On, Supreme Court Rules" (online ed.)
Clay Calvert (June 19, 2018 at 6A in print edition), (June 18, 2018 in online edition), available at:
http://www.tampabay.com/opinion/columns/Column-Fane-Lozman-s-long-fight-to-criticize-Riviera-Beach-may-go-on-Supreme-Court-rules_169259588

WTOP News, Washington, D.C.
"Federal Judge Rules Trump's Twitter Account is a Public Forum" (op-ed column)
Clay Calvert (May 24, 2018), available at:
https://wtop.com/social-media/2018/05/federal-judge-rules-trumps-twitter-account-is-a-public-forum/

Clay Calvert
May 30, 2025

The Conversation, Boston, MA
"Federal Judge Rules Trump's Twitter Account is a Public Forum" (op-ed column)
Clay Calvert (May 24, 2018), available at:
https://theconversation.com/federal-judge-rules-trumps-twitter-account-is-a-public-forum-97159

Bloomberg News,
"Judge Rules Trump Can't Block People on Twitter" (quotes and comments)
Chris Dolmetsch & Patricia Hurtado (May 23, 2018), available at:
https://www.bloomberg.com/news/articles/2018-05-23/trump-told-by-judge-not-to-block-users-from-his-twitter-feed

Politico, Arlington, VA
"County Emergency Chiefs Frustrated by Delay in Storm Money" (quotes and comments)
Arek Sarkissian (Apr. 3, 2018), available at:
https://www.politico.com/states/florida/story/2018/04/03/county-emergency-chiefs-frustrated-by-delay-in-storm-money-347698

ABA Journal (flagship magazine of the American Bar Association)
"Fighting Words: Can Anti-Profanity Laws and the Fighting Words Doctrine be
Squared with the First Amendment?" (quotes and comments)
David L. Hudson, Jr. (Apr. 2018, at 18 – 19), available at:
http://www.abajournal.com/magazine/article/fighting_words_profanity_1st_amendment

Refinery29, New York, NY
"Do Crisis Pregnancy Centers Have a Right to Mislead Women? The Supreme Court Will Decide"
Amelia Harnish (Mar. 20, 2018), available at:
https://www.refinery29.com/2018/03/194178/supreme-court-crisis-pregnancy-centers-abortion-rights-first-amendment-case-2018

Salon, San Francisco, CA
"What the National School Walkout Says About Schools and Free Speech" (op-ed column)
Clay Calvert (Mar. 14, 2018), available at:
https://www.salon.com/2018/03/14/what-the-national-school-walkout-says-about-schools-and-free-speech_partner/

Albany Times Union, Albany, NY
"What the National School Walkout Says About Schools and Free Speech" (op-ed column)
Clay Calvert (Mar. 14, 2018), available at:
https://www.timesunion.com/news/article/What-the-National-School-Walkout-says-about-12752035.php \

The Conversation, Boston, MA
"What the National School Walkout Says About Schools and Free Speech" (op-ed column)
Clay Calvert (Mar. 14, 2018), available at:
https://theconversation.com/what-the-national-school-walkout-says-about-schools-and-free-speech-93327

Las Vegas Review-Journal, Las Vegas, NV
"County Withholds Autopsy Reports for 58 Las Vegas Shooting Victims" (quotes and comments)
Michael Scott Davidson (Feb. 20, 2018), available at:
https://www.reviewjournal.com/crime/shootings/county-withholds-autopsy-reports-for-58-las-vegas-shooting-victims/

Las Vegas Review-Journal, Las Vegas, NV
"Judge Orders Las Vegas Review-Journal to Destroy Autopsy Report" (quotes and comments)
Rachel Crosby (Feb. 9, 2018), available at:
https://www.reviewjournal.com/crime/shootings/judge-orders-las-vegas-review-journal-to-destroy-autopsy-report/

Gainesville Sun, Gainesville, FL
"Petty 101: 1-Credit UF Course to Focus on Rocker's Biography" (quotes and comments)
Deborah Strange (Feb. 1, 2018), available at:
http://www.gainesville.com/news/20180201/petty-101-1-credit-uf-course-to-focus-on-rockers-biography

WUFT (National Public Radio affiliate), Gainesville, FL
"Gainesville High School Student No Longer Enrolled After Offensive Social Media Posts" (quotes)
Bryan Boggiano (Jan. 31, 2018), available at:
https://www.wuft.org/news/2018/01/31/gainesville-high-school-student-no-longer-enrolled-after-offensive-social-media-posts/

Clay Calvert
May 30, 2025

<u>Background Briefing with Ian Masters</u>, KPFK FM-90.7, Los Angeles, CA (a Pacifica station)
"Trump Tries to Stop the Publication of a Number 1 Best-Seller" (radio interview)
Ian Masters (Jan. 4, 2018), available at:
http://bit.ly/2mcTHLp
http://archives.ianmasters.com/sites/default/files/mp3/bbriefing_2018_01_04c_clay%20clavert.mp3

<u>Columbia Journalism Review</u>, New York, NY
"If Trump White House is Meddling in AT&T Deal, It Wouldn't be Unprecedented" (quotes)
Jonathan Peters (Nov. 13, 2017), available at:
https://www.cjr.org/united_states_project/att-deal-cnn-trump.php

<u>The Wrap</u>, Los Angeles, CA
"#MeToo Stories Can Lead to Libel Suits" (quotes regarding Brett Ratner libel suit)
Susan Seager (Nov. 4, 2017), available at:
https://www.thewrap.com/brett-ratner-melanie-kohler-sexual-assault-rape-hollywood-harvey-weinstein/

<u>WTVN-AM 610</u>, Columbus, OH
Live interview regarding Richard Spencer lawsuit against the Ohio State University
The Joel Riley Morning Show (Oct. 24, 2017, at 8:38 a.m.).

<u>Gainesville Sun</u>, Gainesville, FL
"Behind-Scenes Logistics at Protest Let Officers Control Chaos" (quotes re: Richard Spencer)
Cindy Swirko & Daniel Smithson (Oct. 21, 2017, at 1A), available at:
http://www.gainesville.com/news/20171020/behind-scenes-logistics-at-protest-let-officers-control-chaos

<u>KFPK 90.7 FM</u>, Los Angeles, CA (a Pacifica station)
"Background Briefing with Ian Masters" (radio interview regarding Richard Spencer UF visit)
Ian Masters (Oct. 19, 2017), available at:
https://fdmedia.org/background_briefing/october-19-2017/

<u>WINK News</u>, Ft. Myers, FL
"White Nationalist Speech Has UF on High Alert" (quotes in TV interview, not text of article)
(Oct. 19, 2017), available at:
http://www.winknews.com/2017/10/18/security-tight-ahead-of-white-nationalist-speech-at-uf/

<u>The Guardian</u>, New York, NY
"White Nationalist to Control Which Journalists Cover Free Speech Event" (quotes)
Lois Beckett (Oct. 18, 2017), available at:
https://www.theguardian.com/us-news/2017/oct/18/white-nationalist-richard--florida-free-speech

<u>Dallas Morning News</u>, Dallas, TX
"From Charlottesville to College Station, Colleges Weigh Free Speech Rights Against Student Safety"
Lauren McGaughy (Oct. 18, 2017), available at:
https://www.dallasnews.com/news/higher-education/2017/10/18/charlottesville-college-station-colleges-weigh-free-speech-rights-student-safety

<u>Huffington Post</u>, New York, NY
"The University of Florida Really Does Have to Let Richard Spencer Speak" (quotes)
Christopher Mathias (Oct. 18, 2017), available at:
https://www.huffingtonpost.com/entry/florida-richard-spencer-university_us_59e6fa11e4b0d0e4fe6bf6ed

<u>New York Times</u>, New York, NY
"University of Florida Braces for Appearance By White Nationalist" (quotes)
Anemona Hartocollis (Oct. 18, 2017, at A17 print edition), available at:
https://www.nytimes.com/2017/10/17/us/florida-richard-spencer.html

<u>WJXT, News 4 JAX</u>, Jacksonville, FL
"UF, Law Enforcement Ready for White Nationalist Speech" (TV interview and quotes)
Vic Micolucci (Oct. 17, 2017), available at:
https://www.news4jax.com/news/uf-law-enforcement-ready-for-white-nationalist-speech

<u>NewsRadio 610 WIOD</u>, Miramar, FL
Live interview re: Richard Spencer speaking engagement on UF campus
Jimmy Cefalo (Oct. 17, 2017, 8:11 a.m.).

Clay Calvert
May 30, 2025

Bay News 9, St. Petersburg, FL
"UF Students Hold Free Speech Forum Ahead of Richard Spencer Appearance" (quotes)
Laurie Davison (Oct. 12, 2017), available at:
http://www.baynews9.com/content/news/baynews9/news/article.html/content/news/articles/bn9/2017/10/11/uf_students_hold_fre.html

WUFT (National Public Radio affiliate), Gainesville, FL
"First Amendment Professor on Richard Spencer's Right to Speak" (interview)
Elayza Gonzalez (Oct. 10, 2017), available at:
https://www.wuft.org/news/2017/10/10/first-amendment-professor-on-richard-spencers-right-to-speak/

Washington Post, Washington, D.C.
"Harvey Weinstein's Puzzling Legal Threat Against the New York Times" (quotes)
Erik Wemple (Oct. 6, 2017), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2017/10/06/harvey-weinsteins-puzzling-legal-threat-against-the-new-york-times

Miami Herald, Miami, FL
"UF, Facing Lawsuit, Opens Door for White Nationalist to Speak – But at Different Date" (quotes)
Alex Harris (Sept. 1, 2017), available at:
http://www.miamiherald.com/news/local/education/article170722927.html

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Without Formal Complaint, Richard Spencer Will Not Be Able to Speak at UF" (interview)
Carla Bayran (Aug. 31, 2017), available at:
http://www.wcjb.com/content/news/Without-formal-complaint-Richard-Spencer-may-not-be-able-to-speak-at-UF-442408983.html

INTO Magazine, West Hollywood, CA
"'Calling Someone Transgender is Not an Insult': Landmark Ruling in Richard Simmons Case"
Nico Lang (Aug. 31, 2017), available at:
https://intomore.com/impact/calling-someone-transgender-is-not-an-insult-landmark-ruling-in-richard-simmons-case/7c95df4baa16412a

Tampa Bay Times, Tampa Bay, FL
"When Controversial Speakers Come to Campus" (Op-Ed column)
Clay Calvert (Aug. 25, 2017), available at:
http://www.tampabay.com/opinion/columns/column-when-controversial-speakers-come-to-campus/2335151

Washington Post, Washington, D.C.
"New York Times Editorial Chief Pleads Ignorance in Response to Sarah Palin's Lawsuit" (quotes)
Erik Wemple (Aug. 17, 2017), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2017/08/17/new-york-times-editorial-chief-pleads-ignorance-in-response-to-sarah-palins-lawsuit/

Portland Press Herald, Portland, ME
"ACLU Calls on LePage to Stop Censoring Posts to His Facebook Page" (quotes)
Scott Thistle (July 24, 2017), available at:
http://www.pressherald.com/2017/07/24/aclu-of-maine-calls-on-lepage-to-stop-censoring-posts-to-his-facebook-page/

Columbia Journalism Review (CJR), New York, NY
"10 Overlooked Press Freedom Groups that Deserve Support" (quotes)
Jonathan Peters (July 14, 2017), available at:
https://www.cjr.org/united_states_project/press-freedom-media-law-groups.php

The Conversation, Boston, MA
"First Amendment Lawsuit Says President Trump Can't Block Twitter Followers
He Doesn't Like" (op-ed column)
Clay Calvert (July 12, 2017), available at:
https://theconversation.com/first-amendment-lawsuit-says-president-trump-cant-block-twitter-followers-he-doesnt-like-79074

The Hill, Washington, D.C.
"Media Law Expert: Trump Tweets 'Hateful' But 'Probably Not Libel'" (quotes)
Judy Kurtz (June 29, 2017), available at:
http://thehill.com/blogs/in-the-know/in-the-know/340122-media-law-expert-trump-tweets-hateful-but-probably-not-libel

ABA Journal Online (flagship magazine of the American Bar Association)
"Sarah Palin Sues New York Times for Alleged Defamation in Editorial" (quotes)
Debra Cassens Weiss (June 28, 2017), available at:
http://www.abajournal.com/news/article/sarah_palin_sues_new_york_times_for_alleged_defamation_will_the_newspaper_w

Clay Calvert
May 30, 2025

<u>Washington Post</u>, Washington, D.C.
"Sarah Palin Files Convincing Lawsuit Against the New York Times Editorial Board" (quotes)
Erik Wemple (June 27, 2017), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2017/06/27/sarah-palin-files-convincing-lawsuit-against-the-new-york-times-editorial-board

<u>International Business Times</u>, New York, NY
"Trump's Tweets and How the President Could be Sued for Twitter" (op-ed column)
Clay Calvert (June 12, 2017), available at:
http://www.ibtimes.com/trumps-tweets-how-president-could-be-sued-twitter-2550830

<u>CBS News</u>, New York, NY
"Should President Trump be Allowed to Block Someone on Twitter?" (op-ed column)
Clay Calvert (June 9, 2017), available at:
http://www.cbsnews.com/news/should-president-trump-be-allowed-to-block-someone-on-twitter/

<u>The Conversation</u>, Boston, MA
"Is There a First Amendment Right to Follow President Trump's Twitter Account?" (op-ed col.)
Clay Calvert (June 8, 2017), available at:
https://theconversation.com/is-there-a-first-amendment-right-to-follow-president-trumps-twitter-account-79074

<u>ABA Journal</u> (flagship magazine of the American Bar Association)
"Speech Under Scrutiny: The Supreme Court Considers 3 First Amendment Cases This Term"
David L. Hudson, Jr. (April 2017, pp. 16 – 18), available at:
http://www.abajournal.com/magazine/article/scotus_first_amendment_trademark_surcharge

<u>Newsweek</u>, New York, NY
"Where Does Neil Gorsuch Stand on Key First Amendment Issues?" (op-ed column)
Clay Calvert (Mar. 18, 2017), available at:
http://www.newsweek.com/where-does-gorsuch-stand-key-first-amendment-issues-569738

<u>ATTN:</u>, Los Angeles, CA (see: http://www.attn.com/about)
"President Donald Trump Reacts To Snoop Dogg's Music Video" (quotes on true threats doctrine)
Kyle Jaeger (Mar. 15, 2017), available at:
http://www.attn.com/stories/15666/president-trump-reacts-snoop-doggs-music-video

<u>Time Magazine</u>, New York, NY
"What the Senate Should Ask Neil Gorsuch – But Probably Won't" (op-ed column)
Clay Calvert (Mar. 12, 2017), available at:
http://time.com/4698430/neil-gorsuch-senate-hearing-questions/

<u>The Conversation</u>, Boston, MA
"Neil Gorsuch and the First Amendment: Questions the Senate Judiciary Committee Should Ask"
Clay Calvert (Mar. 9, 2017), available at:
https://theconversation.com/neil-gorsuch-and-the-first-amendment-questions-the-senate-judiciary-committee-should-ask-73887

<u>Christian Science Monitor</u>,
"Pittsburgh Becomes the Latest City to Approve a Ban on Conversion Therapy" (quotes)
Gretel Kauffmann (Dec. 14, 2016), available at:
http://www.csmonitor.com/USA/Society/2016/1214/Pittsburgh-becomes-the-latest-city-to-approve-a-ban-on-conversion-therapy

<u>Tampa Bay Times</u>, Tampa, FL
"Gawker and Hulk Hogan Reach Settlement in Sex Tape Case" (quotes on settlement)
Laura C. Morel (Nov. 2, 2016), available at:
http://www.tampabay.com/news/courts/gawker-and-hulk-hogan-reach-settlement-in-sex-tape-case/2301088

<u>VICE</u>, Brooklyn, NY
"Cops Detained a Guy for Joking at a Bar About Killing Trump" (quotes on true threats)
Matt Taylor (Oct. 27, 2016), available at:
http://www.vice.com/en_uk/read/trump-bar-joke-nypd-life-no-meaning

<u>Huffington Post</u>
"An Ex-Dartmouth Student is Trying Bury His Rape Case" (quotes re: open-records decision)
Tyler Kingkade (Aug. 26, 2016), available at:
http://www.huffingtonpost.com/entry/parker-gilbert-rape-records_us_57bf247ae4b02673444ee28e?eoro3mfji7q1a714i

Clay Calvert
May 30, 2025

ABA Journal (flagship magazine of the American Bar Association)
"Prove It: New Jersey Committee Says Lawyers May Advertise Superlative Rankings" (quotes)
David L. Hudson, Jr. (August 2016, pp. 24 – 25), available at:
http://www.abajournal.com/magazine/article/best_lawyer_rankings_ethics_guidance

Marketplace, National Public Radio, Los Angeles, CA
"Tech Companies Combatting Terrorist Propaganda Through Video" (quotes)
Reema Khrais (Aug. 2, 2016) available at:
http://www.marketplace.org/2016/08/02/tech/tech-companies-combating-terrorist-propaganda-through-video

Tampa Bay Times, Tampa, FL
"Is Video Taping Police Against the Law in Florida?  Experts Say No, But It's Still a Risk" (quotes)
Zachary T. Sampson (July 8, 2016), available at:
http://www.tampabay.com/news/courts/is-video-taping-police-against-the-law-in-florida-experts-say-no-but-its/2284638

Skift, New York, NY (news site for the travel industry)
"Legal Experts Give Edge to Airbnb in Its Suit Against San Francisco" (quotes)
Joshua Brustein (June 29, 2016), available at:
https://skift.com/2016/06/29/legal-experts-give-edge-to-airbnb-in-its-suit-against-san-francisco/

ABA Journal (flagship magazine of the American Bar Association)
"Sharing Secrets: Despite Resistance From Presidents and Bureaucrats, the Freedom of Information Act Continues to be the Primary Tool for Getting Information from the Federal Government 50 Years After Its Passage" (quotes regarding 50th anniversary of FOIA)
David L. Hudson, Jr. (July 1, 2016, pp. 48 – 55), available at:
http://www.abajournal.com/magazine/article/50th_anniversary_of_the_freedom_of_information_act

Law 360
"Donald Trump's Hair May Finally Get Its Day in Court" (quotes regarding Ivari libel suit)
Carmen Germaine (June 17, 2016), available at:
http://www.law360.com/in-depth/articles/808470

BYU Radio, Provo, UT
"Gawker and the First Amendment" (live radio interview re: Peter Thiel's funding of Hogan lawsuit)
Matt Townsend Show (June 15, 2016), available at:
http://bit.ly/1sGlEuD

The Conversation, Boston, MA
"Does Billionaire-Funded Lawsuit Against Gawker Create Playbook for Punishing Press?" (op-ed)
Clay Calvert (May 29, 2016), available at:
http://theconversation.com/does-billionaire-funded-lawsuit-against-gawker-create-playbook-for-punishing-press-60097

Washington Post, Washington, D.C.
"The Libel Laws Targeted by Donald Trump Are Helping Him Big-Time" (quotes)
Erik Wemple (Apr. 19, 2016), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2016/04/19/the-libel-laws-targeted-by-donald-trump-are-helping-him-big-time/

Washington Post, Washington, D.C.
"Whatever you do, Michelle Fields, do NOT sue Trump Campaign Manager" (quotes)
Erik Wemple (Apr. 14, 2016), available at:
https://www.washingtonpost.com/blogs/erik-wemple/wp/2016/04/14/whatever-you-do-michelle-fields-do-not-sue-trump-campaign-manager-corey-lewandowski/

Student Press Law Center Report, Washington, D.C.
"Speech Beyond the Schoolhouse Gate" (quotes re: student speech rights)
Allison Kowalski (Winter 2016, Vol. 37, No. 1, pp. 26 – 28).

Tampa Bay Times, Tampa, FL
"Memo to Donald Trump: Hulk Hogan Sex Tape Trial Has Nothing to Do with Libel" (quotes)
Katie Mettler (Mar. 23, 2016), available at:
http://www.home.tampabay.com/news/courts/civil/memo-to-donald-trump-hulk-hogan-sex-tape-trial-has-no-effect-on-libel-law/2270428

Clay Calvert
May 30, 2025

WAMC – Northeast Public Radio, Albany, NY
"The Academic Minute" (radio discussion of the right to film police in public places)
Host: Lynn Pasquerella (Mar. 23, 2016), available at:
http://academicminute.org/2016/03/clay-calvert-university-of-florida-filming-police/

CJAD – 800 AM, Montreal, Canada
Live radio interview re: Hulk Hogan jury verdict.
Aaron Rand Show (Mar. 21, 2016, at 3:50 p.m. Eastern Time), available at:
https://audioboom.com/boos/4332191-budget-preview-hogan-vs-gawker-le-pen-talk-kevin-o-leary-mar-21

Huffington Post, New York, NY
"What the Hulk Hogan Verdict Means for Freedom of the Press" (quotes and comments)
Chris D'Angelo (Mar. 19, 2016), available at:
http://www.huffingtonpost.com/entry/hulk-hogan-gawker-impact-freedom-of-press_us_56ec9bbde4b09bf44a9d6224

New Republic, New York, NY
"Does the First Amendment Protect People Who Film the Police?" (op-ed commentary)
Clay Calvert (Mar. 18, 2016), available at:
https://newrepublic.com/article/131768/first-amendment-protect-people-film-police

The Conversation, Boston, MA
"Does the First Amendment Protect People Who Film the Police?" (op-ed commentary)
Clay Calvert (Mar. 18, 2016), available at:
https://theconversation.com/does-the-first-amendment-protect-people-who-film-the-police-56001

ABA Journal (flagship magazine of the American Bar Association)
"Cash or Credit? Federal Appeals Courts Split Over Law on Surcharges" (quotes re: cases)
David L. Hudson, Jr. (Mar. 2016), available at:
http://www.abajournal.com/magazine/article/federal_appeals_courts_split_over_law_on_credit_card_surcharges

Law 360 (a LexisNexis Publication), New York, NY
"Is Hulk Hogan's Sex Tape News? That's for a Jury to Decide" (quotes re: lawsuit)
Brandon Lowery (Mar. 4, 2016), available at:
http://www.law360.com/florida/articles/767152

WIRED Magazine, San Francisco, CA
"Hulk Hogan's NSFW Gawker Lawsuit is a Free-Speech Battle Royale" (quotes re: lawsuit)
Julia Greenburg (Mar. 3, 2016), available at:
http://www.wired.com/2016/03/hulk-hogans-nsfw-gawker-suit-free-speech-battle-royale/

ABA Journal (flagship magazine of the American Bar Association)
"Something Special" (quotes and comments re: Florida Bar rules on attorney advertising)
David L. Hudson, Jr. (Feb. 2016), available at:
http://www.abajournal.com/mobile/mag_article/florida_rules_prohibiting_uncertified_lawyers_from_advertising_as_specialis

The Raw Story
"Supreme Court Will Soon Decide If Schools Can Punish Students for Off-Campus, Online Speech"
Clay Calvert (Jan. 12, 2016), available at:
http://www.rawstory.com/2016/01/supreme-court-will-soon-decide-if-schools-can-punish-students-for-off-campus-online-speech/

The Conversation, Boston, MA
"Can Schools Punish Students for Off-Campus, Online Speech?" (op-ed commentary)
Clay Calvert (Jan. 12, 2016), available at:
https://theconversation.com/can-schools-punish-students-for-off-campus-online-speech-52466

Gainesville Sun, Gainesville, FL
"Sandy Hook Denial Ignites Debate" (quotes and comments re: firing of FAU professor)
Jenny Wilson (Dec. 28, 2015), available at:
http://www.gainesville.com/article/20151227/ARTICLES/151229761?Title=Sandy-Hook-denial-ignites-debate

The Independent, London, United Kingdom
"Killer Mike, Big Boi and T.I. Petition Supreme Court for Student Disciplined Over Rap Song"
Andrew Buncombe (Dec. 21, 2015), available at:
http://www.independent.co.uk/arts-entertainment/music/killer-mike-big-boi-and-ti-petition-supreme-court-for-student-disciplined-over-rap-song-a6782131.html

Clay Calvert
May 30, 2025

Florida Times-Union, Jacksonville, FL
"Religion Study Early Raises Ire of Some Duval Parents" (quotes re: First Amendment issues)
Denise Smith Amos (Dec. 21, 2015), available at:
http://jacksonville.com/news/metro/2015-12-21/story/parents-question-age-appropriateness-world-religions-lessons

WTVN, 610 AM Radio, Columbus, OH
Live Interview re: on-campus speech issues at Missouri and other college campuses
Brandon "Boxer" Nasby, Host (Nov. 15, 2015, at 5:05 p.m.).

Newsweek, Washington, D.C.
"The Sneaky Suppressing of Critical Online Reviews" (op-ed commentary)
Clay Calvert (Nov. 12, 2015), available at:
http://www.newsweek.com/sneaky-suppressing-critical-online-reviews-393188

Fortune, New York, NY
"Why Consumers Should Think Twice About Writing Negative Reviews Online" (op-ed)
Clay Calvert (Nov. 10, 2015), available at:
http://fortune.com/2015/11/10/consumers-writing-negative-reviews-online/

The Conversation, Boston, MA
"Businesses Can Actually Sue You for Posting Negative Reviews" (op-ed commentary)
Clay Calvert (Nov. 10, 2015), available at:
https://theconversation.com/businesses-can-actually-sue-you-for-posting-negative-reviews-and-now-congress-is-fighting-back-50295

The Conversation, Boston, MA
"How Do Libraries Get Away with Banning Books?" (op-ed commentary)
Clay Calvert (Oct. 2, 2015), available at:
https://theconversation.com/how-do-libraries-get-away-with-banning-books-48418

U.S. News & World Report, Washington, D.C.
"Arrested 'Impeach Obama' Advocate Sues for 1st Amendment Payday" (quotes and comments)
Steven Nelson (Sept. 10, 2015), available at:
http://www.usnews.com/news/articles/2015/09/10/arrested-impeach-obama-advocate-sues-for-1st-amendment-payday

HuffPost Live, New York, NY
"$10M Lawsuit Highlights Twitter Free Speech Issues" (live interview re: James Woods libel case)
Alyona Minkovski (Sept. 8, 2015, at 12:15 p.m.), available at:
http://live.huffingtonpost.com/r/segment/actor-james-woods-sues-twitter-user/55e8809102a760b13300034f

U.S. News & World Report, Washington, D.C.
"Calling Police 'Pigs' Lands Teen in Jail" (quotes re: arrest of teenager)
Steven Nelson (Aug. 17, 2015), available at:
http://www.usnews.com/news/articles/2015/08/17/calling-police-pigs-lands-teen-in-jail

Columbia Journalism Review, New York, NY
"How University Foundations Try to Avoid Scrutiny – And What Reporters Can Do" (quotes)
Jonathan W. Peters & Jackie Spinner (July 16, 2015), available at:
http://www.cjr.org/united_states_project/how_university_foundations_try_to_avoid_public_scrutiny_and_what_reporters_can_do.php

National Law Journal, New York, NY
"Narrow Win for Speech in Online Threats Case" (quotes and comments re: *Elonis* case)
Tony Mauro (June 8, 2015), available at:
http://www.nationallawjournal.com/id=1202728583213/Narrow-Win-For-Speech-in-Online-Threats-Case

Time Magazine, New York, NY
"What the Supreme Court Didn't Say About Rap" (quotes and comments re: *Elonis* case)
Maya Rhodan (June 1, 2015), available at:
http://time.com/3904221/supreme-court-facebook-threats-rap/

VICE, New York, NY
"For Now, The Supreme Court Has Little to Say About Online Harassment" (quotes re: *Elonis*)
Drew Millard (June 1, 2015), available at:
http://www.vice.com/read/for-now-the-supreme-court-has-little-to-say-about-the-issue-of-online-harassment-061

Clay Calvert
May 30, 2025

Gainesville Sun, Gainesville, FL
"'Cannibal Cop' Case Test Boundaries of Free Speech" (Op-Ed Column)
Clay Calvert (May 3, 2015, at 5F), available at:
http://www.gainesville.com/article/20150503/OPINION03/150509972/-1/opinion?p=all&tc=pgall

Naples Daily News, Naples, FL
"Incident Illustrates Growing Clash Between Cops, Cameras" (quotes and comments)
Kristine Gill (May 1, 2015, at 1A), available at:
http://www.naplesnews.com/news/crime/rules-on-filming-cops-arent-clear-cut_76469535

WPIX-TV (PIX11), New York, NY (Tribune Broadcasting's New York City flagship station)
"Man Claims He Was Illegally Detained for Filming Jersey City Police" (quotes)
Christie Duffy (Apr. 28, 2015), available at:
http://pix11.com/2015/04/28/man-claims-he-was-illegally-detained-for-filming-jersey-city-police/

Huffington Post, New York, NY
"Humanizing Cannibal Cop on Eve of Appeal: 'Thought Crimes' Doc Reveals Unseen Side
of Gilberto Valle" (Op-Ed commentary column on HBO documentary "Thought Crimes")
Clay Calvert (April 24, 2015), available at:
http://www.huffingtonpost.com/clay-calvert/humanizing-cannibal-cop-o_b_7102972.html

The Daily Beast, New York, NY
"Can Rap Lyrics Send You to Jail?  If You're a Young Black Male, Yes" (quotes and comments)
Lewis Beale (Apr. 6, 2015), available at:
http://www.thedailybeast.com/articles/2015/04/06/can-rap-lyrics-send-you-to-jail-if-you-re-a-young-black-male-yes.html

Huffington Post, New York, NY
"Can Students Wear American Flag Clothing to School?" (column on *Dariano* case)
Clay Calvert (Mar. 31, 2015), available at:
http://www.huffingtonpost.com/clay-calvert/can-students-wear-america_b_6971952.html

Huffington Post, New York, NY
"Man Jailed for Swearing During 911 Call: The Sad Saga of Boyd Green and a Senseless Arrest"
Clay Calvert (Mar. 24, 2015), available at:
http://www.huffingtonpost.com/clay-calvert/man-jailed-for-swearing-d_b_6925696.html

Florida Times-Union, Jacksonville, FL
"Most Florida Counties Will Put Court Records Online" (quotes re: Florida open records law)
Andrew Pantazi (Mar. 9, 2015, at B-1), available at:
http://jacksonville.com/news/crime/2015-03-08/story/most-florida-counties-will-soon-put-court-records-online-lawsuits-arrest

ABA Journal (flagship magazine of the American Bar Association)
"Bragging Rights: Federal Court Strikes Down Florida Bar Restrictions
on Lawyers Citing Past Results in Advertising" (quotes re: Florida court ruling)
David L. Hudson, Jr. (Mar. 2015), at 24 – 25, available at:
http://www.abajournal.com/magazine/article/federal_court_strikes_down_florida_bar_restrictions_on_lawyers_citing_past

ABA Journal (flagship magazine of the American Bar Association)
"Second Time's a Winner" (quotes and comments re: ruling on attorney free speech rights)
David L. Hudson, Jr. (Feb. 2015), at 22 – 23, available at:
http://www.abajournal.com/magazine/article/3rd_circuit_ruling_upholds_a_lawyers_right_to_post_glowing_judicial_comment

Huffington Post, New York, NY
"Honor Charlie Hebdo: Let Satirical and Offensive Images Speaker Louder Than Words"
Clay Calvert (Jan. 7, 2015), available at:
http://www.huffingtonpost.com/clay-calvert/honor-charlie-hebdo-let-s_b_6430522.html

Huffington Post, New York, NY
"Sony Pictures Mans Up: Now We Need to Watch *The Interview*"
Clay Calvert (Dec. 29, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/sony-pictures-mans-up-now_b_6375806.html

Clay Calvert
May 30, 2025

<u>International Business Times</u>, New York, NY
"Hands Up, Don't Speak? Arrests for Facebook Threats Against NYPD Test Free Speech Limits"
Paul McDougall (Dec. 16, 2014), available at:
http://www.ibtimes.com/hands-dont-speak-arrests-facebook-threats-against-nypd-test-free-speech-limits-1767744

<u>Huffington Post</u>, New York, NY
"Cowardly Sony Picture Caves: The Slippery Slope of Self-Censorship"
Clay Calvert (Dec. 18, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/cowardly-sony-pictures-ca_b_6347176.html

<u>Tech News World</u>, Encino, CA
"Sony Sends News Outlets a Stern But Toothless Warning" (quotes re: Sony hacking)
John P. Mello, Jr. (Dec. 16, 2014), available at:
http://www.technewsworld.com/story/Sony-Sends-News-Outlets-a-Stern-but-Toothless-Warning-81489.html

<u>Tech News World</u>, Encino, CA
"High Court Hears Arguments in Facebook Threat Case" (quotes re: <em>Elonis v. United States</em>)
John P. Mello, Jr. (Dec. 2, 2014), available at:
http://www.ectnews.com/story/81429.html

<u>Al Jazeera America</u>, New York, NY
"When Does the First Amendment Protect Threatening Speech Online?"
(Live interview regarding <em>Elonis v. United States</em>)
Inside Story with Ray Suarez (Dec. 1, 2014, at 5:00 p.m. Eastern), available at:
https://ajam.boxcn.net/s/8g87ondyp1obarwcexap

<u>International Business Times</u>, New York, NY
"Supreme Court May Protect Facebook Rants Under First Amendment" (quotes re: <em>Elonis</em>)
Paul McDougall (Dec. 1, 2014), available at:
http://www.ibtimes.com/supreme-court-may-protect-facebook-rants-under-first-amendment-1731521

<u>Washington Post</u>, Washington, D.C.
"A Social Media Test for Justices" (citing brief filed by Marion B. Brechner First Amend. Project)
Robert Barnes (Nov. 24, 2014, at A1), available at:
http://wapo.st/1y607vh

<u>Wall Street Journal</u>, New York, NY
"Not Guilty Plea in Mine Case" (quotes re: gag order in prosecution of Don Blankenship)
Kris Maher (Nov. 21, 2014, at A3), available at:
http://online.wsj.com/articles/plea-coming-in-west-virginias-widely-watched-mine-blast-case-1416506582

<u>ABA Journal</u> (flagship magazine of the American Bar Association)
"Bully Fighting: New York's High Court Says Anti-Cyberbullying Law Won't Pass
First Amendment Muster"
David L. Hudson, Jr. (Nov. 2014, at 15), available at:
http://www.abajournal.com/magazine/article/bully_fighting_new_yorks_high_court_says_anti_cyberbullying_law_wont_pass_f

<u>WTVN-AM</u>, Columbus, Ohio
Live on-air interview re: petition with FCC to ban term "Redskins" from broadcast airwaves.
The Joel Riley Morning Show (Oct. 2, 2014, at 8:05 a.m.).

<u>Slate Magazine</u>
"Schooling the Supreme Court on Rap Music: It is Art or a True Threat of Violence?"
Dahlia Lithwick (Sept. 17, 2014), available at:
http://www.slate.com/articles/health_and_science/jurisprudence/2014/09/elonis_v_united_states_facebook_free_speech_case_supreme_court_justices.single.html

<u>Huffington Post</u>, New York, NY
"Religious Crimes and Free Speech: From Pussy Riot to Fellatio with Jesus Statuary,
the Controversies Keep on Coming" (Op-Ed Commentary)
Clay Calvert (Sept. 16, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/religious-crimes-and-free_b_5819120.html

Clay Calvert
May 30, 2025

The National Law Journal, New York, NY
"Justices Get Schooled in Rap" (quotes and comments on rap music brief filed in *Elonis v. U.S.*)
Tony Mauro (Sept. 15, 2014), available at:
http://www.jou.ufl.edu/news/files/2014/09/JusticesGetSchooledinRap-.pdf

Billboard Magazine, New York, NY
"Exclusive: Man Jailed for Posting Lyrics to Facebook Says 'It's Pretty Worrisome'" (quotes)
Harley Brown (Sept. 9, 2014), available at:
http://www.billboard.com/articles/business/6244129/exclusive-james-evans-exodus-lyrics-facebook-jail

Huffington Post, New York, NY
"Metal Music, First Amendment Under Attack: Man Jailed For Posting Exodus Lyrics"
Clay Calvert (Sept. 8, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/metal-music-first-amendmendment_b_5774354.html

Huffington Post, New York, NY
"Docs v. Glocks Case Fires Up in Florida: ACLU Files Brief on First Amendment Speech Rights"
Clay Calvert (Aug. 27, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/docs-v-glocks-case-fires-_b_5718743.html

The Scientist Magazine,
"PubPeer Threatened with Legal Action" (quotes and comments)
Kate Yandell (Aug. 19, 2014), available at:
http://www.the-scientist.com/?articles.view/articleNo/40800/title/PubPeer-Threatened-with-Legal-Action/

Huffington Post, New York, NY
"Rap Music Scores Big Legal Win in New Jersey: Now on to the Supreme Court" (Op-Ed)
Clay Calvert (Aug. 7, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/rap-music-scores-big-lega_b_5659162.html

Huffington Post, New York, NY
"Florida Court Tells Doctors to Shut Up About Guns" (Op-Ed Commentary)
Clay Calvert (July 29, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/florida-court-tells-doctors-to-shut-up_b_5630818.html

San Jose Mercury News, San Jose, CA
"Citizen Cellphone Videos Help Monitor Police" (quotes and comments)
Tammerlin Drummond (July 21, 2014), available at:
http://www.mercurynews.com/ci_26191120/tammerlin-drummond-citizen-cellphone-videos-help-monitor-police

Huffington Post, New York, NY
"False Accusations of Homophobia and Racism: Are They Libelous?" (Op-Ed Commentary)
Clay Calvert (July 17, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/false-accusations-of-homo_b_5597047.html

WJCT News, Jacksonville, FL
"Lit Hit List: The Controversial and Banned Books of Duval County" (quotes and comments)
Rhema Thompson (July 16, 2014), available at:
http://news.wjct.org/post/lit-hit-list-controversial-and-banned-books-duval-county

First Amendment Center, Washington, DC
"Telling the Police to F*** Off: Risky First Amendment Business" (Op-Ed Commentary)
Clay Calvert (July 17, 2014), available at:
http://www.firstamendmentcenter.org/telling-the-police-to-f-off-risky-first-amendment-business

Huffington Post, New York, NY
"Telling the Police to F*** Off: Risky First Amendment Business" (Op-Ed Commentary)
Clay Calvert (July 10, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/telling-the-police-to-first-amendment_b_5575198.html

First Amendment Center, Washington, DC
"Cannibal Cop: Freedom for Thoughts, Fantasies We Hate" (Op-Ed Commentary)
Clay Calvert (July 7, 2014), available at:
http://www.firstamendmentcenter.org/cannibal-cop-freedom-for-thoughts-fantasies-we-hate

Clay Calvert
May 30, 2025

Vice Magazine, Brooklyn, NY
"The Cannibal Cop and the Freedom to Have Fucked-Up Fantasies" (quotes)
Harry Cheadle (July 3, 2014), available at:
http://www.vice.com/read/the-cannibal-cop-and-the-freedom-to-have-fucked-up-fantasies-703

Huffington Post, New York, NY
"Cannibal Cop and the First Amendment: Freedom for Thoughts and Fantasies We Hate"
Clay Calvert (July 2, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/cannibal-cop-and-the-first-amendment_b_5549527.html

Huffington Post, New York, NY
"Abortion Buffer-Zone Ruling in McCullen: The Supreme Court's Façade of Unity and
the Future of Abortion Rights" (Op-Ed Commentary)
Clay Calvert (June 26, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/abortion-buffer-zone-ruling_b_5534697.html

Huffington Post, New York, NY
"Slipperiness Behind Aereo Ruling: Solving Riddles of Legislative Intent and Separation of Powers"
Clay Calvert (June 25, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/slipperiness-behind-aereo_b_5531330.html

Huffington Post, New York, NY
"First Amendment Ignorance: Survey Reveals Land of the Free and Uninformed"
Clay Calvert (June 25, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/first-amendment-ignorance_b_5527339.html

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"North Central Florida Reacts to Redskins Name Change" (quotes re: trademark issue)
Lauren Verno (June 18, 2014), available at:
http://www.wcjb.com/sports-local-news/2014/06/north-central-florida-reacts-redskins-name-change

Huffington Post, New York, NY
"Threats of Violence, Rap Lyrics and 'I Was Only Joking': The Supreme Court Weighs In"
Clay Calvert (June 17, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/threats-of-violence-rap-l_b_5499986.html

Miami Herald, Miami, FL
"High Court Will Hear Appeal Over Illegal Threats" (quotes re: Elonis case)
Sam Hananel (June 16, 2014), available at:
http://www.miamiherald.com/2014/06/16/4181505/high-court-will-hear-appeal-over.html

Tech World News, Encino, CA
"SC to Mull Free Speech vs. 'True Threats' on Social Media" (quotes re: Elonis case)
John P. Mello, Jr. (June 16, 2014), available at:
http://www.ectnews.com/story/80598.html

First Amendment Center, Washington, DC
"'Slender Man' and the First Amendment: Why It Protects His Creator" (Op-Ed Commentary)
Clay Calvert (June 10, 2014), available at:
http://www.firstamendmentcenter.org/slender-man-and-the-first-amendment-why-it-protects-his-creator

Huffington Post, New York, NY
"Slender Man Meets the First Amendment: Why Suing Character's Creator Won't Work"
Clay Calvert (June 9, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/slender-man-meets-the-fir_b_5470902.html

First Amendment Center, Washington, DC
"Still Risky for Citizens to Video Police – Even in Public Places" (Op-Ed Commentary)
Clay Calvert (June 8, 2014), available at:
http://www.firstamendmentcenter.org/still-risky-for-citizens-to-video-police-even-in-public-places

Clay Calvert
May 30, 2025

Huffington Post, New York, NY
"Connecting the Digital Dots From Elliot Rodger to Alyssa Funke: Slacktivism, Reductionism and the Predictable Blame Game of Tragic Death" (Op-Ed Commentary)
Clay Calvert (May 30, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/connecting-the-digital-do_b_5407399.html

New York Times, New York, NY
"Limits to Law and Information Sharing, Despite Gunman's Danger Signs" (quotes)
Adam Nagourney & Erica Goode (May 27, 2014, p. A14 of New York ed., p. A11 national ed.)
http://www.nytimes.com/2014/05/27/us/limits-to-law-and-information-sharing-despite-gunmans-danger-signs.html

Forbes, New York, NY
"Rap Lyrics or True Threats? It's Time for the High Court to Decide" (Op-Ed Commentary)
Clay Calvert, Erik Nielson & Charis E. Kubrin (May 24, 2014), available at:
http://www.forbes.com/sites/realspin/2014/05/24/rap-lyrics-or-true-threats-its-time-for-the-high-court-to-decide/

Huffington Post, New York, NY
"Generation Connected Disconnected: An Unexpected Study of Living Without WiFi"
Clay Calvert (May 20, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/generation-connected-disc_b_5353129.html

Huffington Post, New York, NY
"Dear College Students: We Really Do Read Your Evaluations" (Op-Ed Commentary)
Clay Calvert (Apr. 28, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/dear-college-students-we-_b_5219675.html

Huffington Post, New York, NY
"Free Speech Lessons From a Lifetime Movie that Beat Censorship, Not Women" (Op-Ed)
Clay Calvert (Apr. 22, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/free-speech-lessons-from-_b_5187577.html

Huffington Post, New York, NY
"Larry Flynt's Fights for Access Continue Today" (Op-Ed Commentary)
Clay Calvert (Apr. 18, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/larry-flynts-fights-for-a_b_5159608.html

Vice Magazine, Brooklyn, NY
"When Trolling Gets Teens Thrown in Jail" (quotes re: true threats of violence online)
Harry Cheadle (Apr. 17, 2014), available at:
http://www.vice.com/read/when-trolling-gets-teens-thrown-in-jail

Huffington Post, New York, NY
"Supreme Court Should Decide Whether Rap Lyrics are Free Speech" (Op-Ed Commentary)
Clay Calvert (Apr. 3, 2014), available at:
http://www.huffingtonpost.com/clay-calvert/supreme-court-should-deci_b_5086608.html

York Daily Record, York, PA
"Local reaction: Westboro's Fred Phelps 'inflicted a lot of pain'" (quotes re: Phelps' legacy).
Teresa Ann Boeckel (Mar. 21, 2014), available at:
http://www.ydr.com/news/ci_25382724/local-reaction:-westboros-fred-phelps-inflicted-a-lot-of-pain

Orlando Sentinel, Orlando, FL
"Teacher's Mission is to Wean Kids Off Violent Games, Films" (quotes re: violent video games).
Martin E. Comas (Mar. 2, 2014, at B1), available at:
http://www.orlandosentinel.com/features/education/os-teacher-violent-movie-buy-back-20140301,0,5127867.story

Gainesville Sun, Gainesville, FL
"Group Vows to Keep Fighting for Atheist Monument" (quotes and comments).
Morgan Watkins (Feb. 18, 2014, at 1A), available at:
http://www.gainesville.com/article/20140218/ARTICLES/140219583/0/search?p=all&tc=pgall

Wall Street Journal, New York, NY
"Files Request is Met with Black Pen: A Tough Redact to Follow"
(quotes re: redacted documents produced by the SEC under FOIA in AIG bailout case).
Jean Eaglesham (Jan. 28, 2014, at C1, C2).

Clay Calvert
May 30, 2025

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Court's Net Neutrality Ruling Could Hurt Start-Up Companies" (interview and quotes).
Trent Kelly (Jan. 15, 2014, at 11:00 p.m. newscast), available at:
http://www.wcjb.com/local-news-national-news-technology/2014/01/courts-net-neutrality-ruling-could-hurt-startup

Gainesville Sun, Gainesville, FL
"Blackout Rules Keeping Pro Football Fans in the Dark" (Op-Ed Commentary Column)
Clay Calvert (Jan. 11, 2014, at 7A), available at:
http://www.gainesville.com/article/20140111/OPINION03/140109644/-1/opinion?template=printpicart

ABA Journal (flagship magazine of the American Bar Association)
"Virginia Supreme Court Holds That Advertising Rules May be Applied to a Lawyer's Blog"
(quotes regarding ramifications of decision in *Hunter v. Virginia State Bar*).
David L. Hudson, Jr. (November 2013), available at:
http://www.abajournal.com/magazine/article/virginia_supreme_court_holds_that_advertising_rules_may_be_applied_to_a_law

ABA Journal (flagship magazine of the American Bar Association)
"Merchants Say Loss of Credit Card 'Swipe Fees' Violates Their 1st Amendment Rights"
(quotes re: N.Y. law prohibiting merchants from calling credit-card fees "surcharges")
David L. Hudson, Jr. (October 2013, at 18 – 19), available at:
http://www.abajournal.com/magazine/article/merchants_say_loss_of_credit_card_swipe_fees_violates_their_1st_amendment_r/

Inside Higher Ed, Washington, D.C.
"Free Speech or Heckling?" (quotes regarding student speech controversy at Florida Atlantic)
Carl Straumsheim (August 15, 2013), available at:
http://www.insidehighered.com/news/2013/08/15/student-protesters-accuse-florida-atlantic-university-violating-their-first

Washington Post, Washington, D.C.
"Fox News Sued Over Car Chase/Suicide Coverage" (quotes regarding lawsuit for IIED).
Erik Wemple (June 13, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/06/13/fox-news-sued-over-car-chase-suicide-coverage

ABA Journal (flagship magazine of the American Bar Association)
"Corporate Prophets" (quotes regarding whether corporations possess religious liberties in cases
disputing funding for insurance that covers contraception under the Affordable Care Act)
David L. Hudson, Jr., (June 2013, at 19 – 20), available at:
http://www.abajournal.com/magazine/article/along_with_political_speech_many_companies_also_claim_they_have_religious/

Washington Post, Washington, D.C.
"Andrea Tantaros Advises Listeners to Punch Obama Supporters" (quotes re: incitement)
Erik Wemple (May 24, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/05/24/andrea-tantaros-advises-listeners-to-punch-obama-supporters

Tampa Bay Times, Tampa, FL
"Online Ads Under Scrutiny" (quotes regarding Backpage.com ads for sexual services).
Keyonna Summers (May 20, 2013, at 1B).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: FCC not targeting David Ortiz's use of the F-Word in speech in Boston.
Joel Riley (Apr. 23, 2013, at 8:23 a.m.), available at:
http://www.610wtvn.com/player/?station=WTVN-AM&program_name=podcast&program_id=joelriley.xml&mid=23127481

Salon.Com
"The 'Cannibal Cop' Debate" (quotes regarding jury decision in Gilberto Valle case).
Tracy Clark-Flory (Mar. 13, 2013), available at:
http://www.salon.com/2013/03/13/the_cannibal_cop_debate

WTVN, 610 AM Radio, Columbus, OH
Live interview re: smoking bans on college campuses.
Joel Riley (Mar. 12, 2013, at 8:23 a.m.)

Clay Calvert
May 30, 2025

Washington Post, Washington, D.C.
"Inside the Lawsuit Against FishbowlDC" (quotes re: defamation lawsuit).
Erik Wemple (Jan. 22, 2013), available at:
http://www.washingtonpost.com/blogs/erik-wemple/wp/2013/01/22/inside-the-lawsuit-against-fishbowldc

ABA Journal (flagship magazine of the American Bar Association)
"Site Unseen: Schools, Bosses Barred From Eyeing Students', Workers' Social Media" (quotes)
David L. Hudson, Jr. (Nov. 2012, at 22 – 23), available at:
http://www.abajournal.com/magazine/article/site_unseen_schools_bosses_barred_from_eyeing_students_workers_social_media

FOX News Radio
"U.S. Military Tried to Silence Florida Pastor" (quotes re: Pastor Terry Jones controversy)
Todd Starnes (September 12, 2012), available at:
http://radio.foxnews.com/toddstarnes/top-stories/did-military-try-to-censor-pastors-speech.html

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
Live in-studio interview with anchor David Snyder re: Pastor Terry Jones speech rights and
"The Innocence of Muslims" movie's alleged connection to attacks in Libya.
David Snyder (September 12, 2012, 6:00 p.m.)

Washington Post, Washington, D.C.
"R.E.M. Blasts Fox for Using Tune" (quotes re: Fox News' use of R.E.M. song during newscast)
Erik Wemple (Sept. 10, 2012), available at:
http://www.washingtonpost.com/blogs/erik-wemple/post/rem-blasts-fox-for-using-tune/2012/09/10/1e935856-f922-11e1-8398-0327ab83ab91_blog.html

WTVN, 610 AM Radio, Columbus, OH
Live interview re: a) celebrities and politics; b) unauthorized wearing military medals; and
c) begging as speech (Michigan statute restricting begging struck down).
Joel Riley (Sept. 4, 2012, at 7:52 a.m.), available at:
http://media.ccomrcdn.com/media/station_content/1279/9-4.calvert_1346761216_4883.mp3

ABA Journal (flagship magazine of the American Bar Association)
"'Like' is Unliked: Clicking on a Facebook Item is Not Free Speech, Judge Rules" (quotes re: issue)
David L. Hudson, Jr. (September 2012, at 23 – 24), available at:
http://www.abajournal.com/magazine/article/like_is_unliked_clicking_on_a_facebook_item_is_not_free_speech_judge_rules

WTVN, 610 AM Radio, Columbus, OH
Live interview re: case of Bland v. Roberts on issue of Facebook "likes" constituting speech
Joel Riley (Aug. 14, 2012, at 7:35 a.m.), available at:
http://www.610wtvn.com/player/?station=WTVN-AM&program_name=podcast&program_id=joelriley.xml&mid=22347943

Gainesville Sun, Gainesville, FL
"Dove World's Presence Brings Counter Protest and Business Concerns' (quotes re: free speech)
Christopher Curry, July 2, 2012, at 1A, available at:
http://www.gainesville.com/article/20120701/ARTICLES/120709992?p=all&tc=pgall

Orlando Sentinel, Orlando, FL
"Clash Likely Over Releasing Zimmerman Witness Names" (interview quotes)
Jeff Weiner & Rene Stutzman, May 25, 2012, at A1, available at:
http://articles.orlandosentinel.com/2012-05-24/news/os-george-zimmerman-secret-witnesses-20120524_1_special-prosecutor-angela-corey-witness-safety-trial

Sun Sentinel, Fort Lauderdale, FL
"Identifying Witnesses Poses Legal Dilemma" (interview quotes re: Zimmerman prosecution)
Jeff Weiner & Rene Stutzman, May 25, 2012, at 5B.

Gainesville Sun, Gainesville, FL
"UF Researchers Being Harassed By Animal Rights Group" (quotes re: true threats and speech)
Nathan Crabbe, May 2, 2012, at 1B, available at:
http://www.gainesville.com/article/20120501/ARTICLES/120509970/1139?p=all&tc=pgall

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Twitter Death Threats Hurled at Martin Case Judge" (interview quotes)
Kristin Giannis, Reporter (Apr. 23, 2012, at 11:00 p.m.),
http://www.wcjb.com/local-news/2012/04/twitter-death-threats-hurled-martin-case-judge

111

Clay Calvert
May 30, 2025

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Is Gainesville High Viral Video Protected Under Free Speech?" (interview quotes)
Kyla Ryan, Reporter (Feb. 16, 2012, at 6:00 p.m.),
http://www.wcjb.com/local-news/2012/02/gainesville-high-viral-video-protected-under-free-speech

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (three-minute live interview re: SOPA and PIPA legislation)
David Snyder, Anchor (Feb. 7, 2012, at 5:40 p.m.).

<u>Tallahassee Democrat</u>, Tallahassee, FL
"Giants Join Fight Between Providers and Distributors" (quotes re: SOPA and website blackouts)
Gerald Ensley (Jan. 22, 2012).

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: SOPA bill, online piracy issues, and website blackouts.
Joel Riley (Jan. 19, 2012, at 8:20 a.m.).

<u>Gainesville Sun</u>, Gainesville, FL
"Wikipedia Blackout Does Its Job, Experts Say" (quotes re: SOPA bill and website blackouts)
Cindy Swirko (Jan. 19, 2012), available at:
http://www.gainesville.com/article/20120118/ARTICLES/120119471/1002/news01?p=all&tc=pgall

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: CALM Act and Lowe's advertising controversy.
Joel Riley (Dec. 14, 2011, at 7:10 a.m.).

<u>Gainesville Sun</u>, Gainesville, FL
"What UF Should Learn From Penn State's Downfall" (Op-Ed Commentary)
Clay Calvert (Nov. 15, 2011), available at:
http://www.gainesville.com/article/20111115/OPINION03/111119779/-1/opinion?template=printart

<u>SCOTUS Blog, Supreme Court of the United States Blog</u> (sponsored by <u>Bloomberg Law</u>)
"The Stolen Valor Act" (invited and promoted comment on constitutionality of this Act).
Tejinder Singh (Oct. 13, 2011), available at:
http://www.scotusblog.com/community/the-stolen-valor-act

<u>Independent Florida Alligator</u> (University of Florida student newspaper)
"Berkeley Bake Sale Protests Using Race to Determine Admissions" (quotes re: free speech)
Emily Morrow (Sept. 28, 2011, at 1).

<u>Time Magazine</u>
"A Teacher is Back in Class After Anti-Gay Diatribe, But Did He Really Win?" (quotes)
Tim Padgett (Aug. 30, 2011), available at:
http://www.time.com/time/printout/0,8816,2091038,00.html

<u>Gainesville Sun</u>, Gainesville, FL
"Returning UF Students Face Warnings About Safety" (quotes re: First Amendment issues)
Nathan Crabbe (Aug. 22, 2011, at 1A), available at:
http://www.gainesville.com/article/20110821/ARTICLES/110829926/1182

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: First Amendment issues of BART shutting down wireless to prevent flash mob.
Bob Connors, Host (Aug. 17, 2011, at 8:15 a.m.).

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Taped five-minute interview re: Time Warner Cable's acquisition of Insight Communications.
Matt Demczyk (Aug. 15, 2011, taped at 3:30 p.m.; soundbites aired multiple times in next 24 hrs)

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight: True Threats on the Internet" (live interview re: threats to Casey Anthony)
David Snyder (July 26, 2011, at 5:45 p.m.), available at:
http://www.wcjb.com/technology/2011/07/technology-spotlight-72611-true-threats

Clay Calvert
May 30, 2025

<u>Gainesville Sun</u>, Gainesville, FL
"Offensive Perhaps, But Not Unconstitutional Speech" (op-ed commentary on Court ruling)
Clay Calvert (June 29, 2011, at 8A), available at:
http://www.gainesville.com/article/20110629/OPINION03/110629574/-1/opinion?p=all&tc=pgall

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Violent Video Games Given Protection" (interview for story on Supreme Court ruling)
Steve Campion, Reporter (June 27, 2011, 11:00 p.m.), available at:
http://www.wcjb.com/news/9862/violent-video-games-given-protection

<u>WTVN, 610 AM Radio</u>, Columbus, OH
Live interview re: President Obama's online launch of his re-election campaign.
Bob Conners, Host (Apr. 5, 2011, 8:15 a.m.)

<u>Capital Public Radio</u>, Sacramento, CA (National Public Radio affiliate for Sacramento)
"Insight" (live, on-air 12-minute interview re: Supreme Court ruling in *Snyder v. Phelps*).
Jeffrey Callison, Host (Mar. 4, 2011, at 10:37 a.m. Pacific Time), available at:
http://www.capradio.org/news/insight/2011/03/04/insight-democrats-budget-plan--photographer-in-yemen--westboro-free-speech--kaki-king

<u>Independent Alligator</u>, Gainesville, FL (University of Florida student newspaper)
"UF Free Speech Advocate Group Backs Supreme Court's Westboro Decision"
(quotes regarding U.S. Supreme Court ruling in *Snyder v. Phelps*).
Alexander Klausner (Mar. 4, 2011, at 1).

<u>The Patriot-News</u>, Harrisburg, PA
"Westboro Baptist Church vs. Marine's Father: Supreme Court Makes Unpopular Decision
on Free Speech" (quotes regarding U.S. Supreme Court ruling in *Snyder v. Phelps*).
Jeff Frantz (Mar. 3, 2011, at A1), available at:
http://www.pennlive.com/midstate/index.ssf/2011/03/westboro_baptist_church_vs_mar.html

<u>York Daily Record</u>, York, PA
"Albert Snyder Rips Supreme Court's Decision Upholding Westboro Funeral Protest"
(quotes regarding U.S. Supreme Court ruling in *Snyder v. Phelps*).
Melissa Nann Burke (Mar. 3, 2011, at A1), available at:
http://www.ydr.com/ci_17522611

<u>KFBK, NewsTalk 1530 AM</u>, Sacramento, CA
Live, on-air interview re: U.S. Supreme Court decision in *Snyder v. Phelps*.
Kitty O'Neal, Host (Mar. 2, 2011, 5:20 p.m.).

<u>Gainesville Sun</u>, Gainesville, FL
"UF Group Filed Brief Supporting Free Speech Rights of Westboro Church"
(quotes regarding the U.S. Supreme Court's decision in *Snyder v. Phelps*)
Nathan Crabbe (Mar. 2, 2011), available at:
http://www.gainesville.com/article/20110302/ARTICLES/110309872/1169?Title=UF-group-filed-brief-supporting-free-speech-rights-of-Westboro-church

<u>Gainesville Sun</u>, Gainesville, FL
"Attorney: Stop Using Name and Photo of Adu-Brempong" (quotes re: cease-and-desist letter)
Nathan Crabbe (Feb. 23, 2011), available at:
http://www.gainesville.com/article/20110223/ARTICLES/110229759

<u>York Daily Record</u>, York, PA
"Experts:  Supreme Court May Be Divided in Snyder v. Phelps" (comments re: case)
Jeff Frantz (Oct. 10, 2010).

<u>WCJB-TV, ABC 20</u>, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (three-minute live interview re: regulation of violent video games)
David Snyder, Host (Sept. 21, 2010, at 5:30 p.m. newscast), available at:
http://www.wcjb.com/news/7633/technology-spotlight-9-21-10-violent-videogames

Clay Calvert
May 30, 2025

Bradenton Herald, Brandenton, FL
"Experts Say Court Ruling on Online Comments Sets Precedent" (quotes re: speech case)
Duane Marsteller (Sept. 11, 2010), available at:
http://www.bradenton.com/2010/09/11/2568256/experts-say-court-ruling-sets.html

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Koran Burning Sparks Media Circus in Gainesville" (interview and quotes)
Kristin Giannas (Sept. 8, 2010, at 6:00 p.m. newscast), available at:
http://www.youtube.com/watch?v=DIOZawnHemE

The News Media & the Law, Arlington, VA (quarterly magazine of the Reporters Committee)
"State Courts Rule Libel Lawsuits Extend Beyond Borders" (quotes and comments re: libel cases)
Mike Torralba (Summer 2010, Vol. 34, No. 3, at 23), available at:
http://www.rcfp.org/news/mag/34-3/state_courts_rule_libel_lawsuits_extend_beyond_borders_23.html

WTVN, 610 AM Radio, Columbus, OH
Live interview re: Dr. Laura's repeated use of the "n-word" on the radio
Bob Conners, Host (Aug. 24, 2010, 8:45 a.m.).

WOFL – FOX 35, Orlando, FL (Fox affiliate station for Orlando, FL)
Live from Orlando studio interview re: New York City mosque controversy
(Aug. 17, 2010, 7:18 a.m.).

Fox News Channel, NY, NY (segment shot live in Fox's Orlando affiliate)
"Fox & Friends" (live interview segment re: *Phelps-Roper v. Koster* Missouri funeral statute)
(Aug. 17, 2010, 6:50 a.m.).

Orlando Sentinel, Orlando, FL
"Does Hunger for News Mean Every Tidbit Becomes Fair Game?" (quotes re: Casey Anthony)
Anthony Colarossi (Aug. 4, 2010, at A1).

Daytona Beach News-Journal, Daytona Beach, FL
"Closed Meetings Preceded Bert Fish Deal – Expert: Merger Talks Violated Sunshine Law"
Anne Geggis (Aug. 1, 2010, at A1) (quotes re: closed-meetings controversy)

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (three-minute live interview re: FCC indecency appellate court ruling)
David Snyder, Host (July 20, 2010, at 5:30 p.m. newscast), available at:
http://www.wcjb.com/news/7255/technology-spotlight-7-20-10-broadcast-indecency

WTVN, 610 AM Radio, Columbus, OH
Live interview re: 2nd Circuit U.S. Court of Appeals ruling striking down FCC's indecency policy
Bob Conners, Host (July 19, 2010, 8:10 a.m.).

Gainesville Sun, Gainesville, FL
"UF Group Files Brief in Funeral Protest Case" (quotes on brief in *Snyder v. Phelps*)
Nathan Crabbe (July 16, 2010), The Chalkboard: News Items for the Univ. of Florida, available at:
http://chalkboard.blogs.gainesville.com/2010/07/uf-group-files-brief-in-funeral-protest-case

York Daily Record, York, PA
"Westboro Church Wants Judges to See Albert Snyder as Public Figure" (quotes: *Snyder v. Phelps*)
Jeff Frantz (July 11, 2010, at A1).

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (three-minute live interview re: FCC and "Net Neutrality").
David Snyder, Host (May 11, 2010), available at:
http://www.wcjb.com/news/6829/technology-spotlight-5-11-10-network-neutrality

WTVN, 610 AM Radio, Columbus, OH
Live interview re: FCC and Net Neutrality
Bob Conners, Host (May 7, 2010, 8:15 a.m.).

Clay Calvert
May 30, 2025

Fox News Channel, NY, NY
"Fox & Friends" (live interview segment re: *Snyder v. Phelps* funeral protest case)
Gretchen Carlson (Apr. 6, 2010, 6:15 a.m.), available at:
http://video.foxnews.com/v/4140214/court-order-controversy

Gainesville Sun, Gainesville, FL
"UF Students Run Afoul of UF's Haiti Travel Ban" (quotes on First Amendment issues)
Nathan Crabbe (Mar. 30, 2010), available at:
http://www.gainesville.com/article/20100330/ARTICLES/3301002?p=all&tc=pgall

York Daily Record/Sunday News, York, PA
"What the Supreme Court Sees in Snyder v. Phelps" (quotes and comments re: case)
Jeff Frantz (Mar. 14, 2010, at A1).

WCJB-TV, ABC 20, Gainesville, FL (ABC TV affiliate in Gainesville, FL)
"Technology Spotlight" (three-minute live interview re: student speech rights in cyberspace).
David Snyder, Host (Mar. 9, 2010), available at:
http://www.wcjb.com/news/6311/technology-spotlight-3-9-10

The National Law Journal (national newspaper for the legal community, ALM Media)
"A 3d Circuit Split on Student Speech Rights" (Op-Ed Commentary)
Robert D. Richards & Clay Calvert (Mar. 8, 2010), available at:
http://www.law.com/jsp/nlj/PubArticleNLJ.jsp?id=1202445539281

Student Press Law Center, Arlington, VA
Podcast on Recent Federal Appellate Court Rulings on Student Speech
Frank LoMonte, SPLC Executive Director and Host (February 2010), available at:
http://www.splc.org/podcasts/Feb10podcast.mp3

Pittsburgh Post-Gazette, Pittsburgh, PA
"Students Can Speak Up, Too; Off Campus Students Shouldn't Be Censored by School Officials"
Robert D. Richards & Clay Calvert (Feb. 11, 2010, at B5).

Gainesville Sun, Gainesville, FL
"Supreme Court Rules for Free Expression" (Op-Ed Commentary on *Citizens United* opinion)
Clay Calvert (Jan. 26, 2009, at 8A).

UF Law, Gainesville, FL (newsmagazine of the University of Florida Levin College of Law)
"Cyberbullying: Hot Air or Harmful Speech?" (quotes re: cyberbullying and the law)
Kara Carnley-Murrhee (Winter 2010, at 16-19).

Orlando Sentinel, Orlando, FL
"Do You Think Text Messages Are Public Records" (quotes re: storing of text messages)
Jeannette Rivera-Lyles (Jan. 17, 2010, at B1), available online at:
http://www.orlandosentinel.com/news/local/os-law-and-you-texting-20100117,0,2607741.story

South Florida Sun-Sentinel, Ft. Lauderdale, FL
"When an Official Texts, Is It a Public Record?" (quotes regarding texting and Florida laws)
Josh Hafenbrack & Kathy Bushouse (Jan. 7, 2010), available online at:
http://www.sun-sentinel.com/news/florida/fl-text-messages-public-  20100107,0,1381049,full.story

South Florida Sun-Sentinel, Ft. Lauderdale, FL
"Pledge Controversy: Students Should Have the Right of Silence" (Op-Ed Commentary)
Clay Calvert (Oct. 25, 2009, at 5F).

WTVN, 610 AM Radio, Columbus, OH
Live interview regarding controversy over (and media coverage of) Rush Limbaugh's possible
ownership of the St. Louis Rams football team.
Bob Conners, Host (Oct. 14, 2009, 8:15 a.m.)

Clay Calvert
May 30, 2025

Ocala Star-Banner, Ocala, FL
"Permission Not to Speak: Show Me the Note" (Op-Ed Commentary on Supreme Court case)
Clay Calvert (Oct. 11, 2009), available online at:
http://www.ocala.com/article/20091011/OPINION02/910119994/1183/OPINION?Title=Permission-not-to-speak-Show-me-the-note

York Daily Record, York, PA
"Experts:  Appeal Unlikely to be Heard in Westboro Case" (quotes re: *Snyder v. Phelps*)
Jeff Frantz (Sept. 26, 2009), available online at:
http://ydr.inyork.com/ydr/newsfull/ci_13421099

Student Press Law Center Report, Arlington, VA
"Profiles Cause Crackdown" (quotes re: schools punishing students for Facebook postings)
Brian Stewart (Vol. 30, No. 3, Fall 2009, at 34), available online at:
https://www.splc.org/report_detail.asp?id=1525&edition=50

Gainesville Sun, Gainesville, FL
"Free Speech and the Right to Offend" (Op-Ed Opinion Commentary on t-shirt controversy)
Clay Calvert (Aug. 30, 2009, at 3F), available online at:
http://www.gainesville.com/article/20090830/OPINION03/908289915/-
1/OPINION?Title=Clay-Calvert-Free-speech-and-the-right-to-offend

The Morning Call, Allentown, PA
"Southern Lehigh High School Students Cry Foul" (comments re: student speech controversy)
Marion Callahan & Andrew McGill (June 4, 2009, at A1).

Legal Update for Teachers (national circulation newsletter for teachers)
"Is Lawsuit Over Yearbook Likely to Succeed?" (comments re: speech controversy)
Betsy Wheeler (Vol. 5, No. 42, May 2009).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: Fairness Doctrine and FCC policing radio airwaves under Obama
Bob Conners, Host (Apr. 9, 2009, 7:15 a.m.).

Student Press Law Center Report, Arlington, VA
"Weighing Fears Against Rights" (quotes re: school policies targeting cyberbullying)
Lisa Waananen (Vol. 30, No. 2, at 24), available online at:
https://www.splc.org/report_detail.asp?id=1494&edition=49

GamePolitics.Com (Ent. Consumers Ass'n. news site: "Where Politics and Video Games Collide")
"First Amendment Expert Considers Final Version of Utah Video Game/Movie Bill"
Quotes and comments regarding final revised version of Utah video game bill
Dennis McCauley (posted Mar. 25, 2009), available online at:
http://www.gamepolitics.com/2009/03/25/first-amendment-expert-considers-final-version-utah-video-gamemovie-bill

GamePolitics.Com (Ent. Consumers Ass'n. news site: "Where Politics and Video Games Collide")
"1st Amendment Expert: Jack Thompson's Utah Video Game Bill is Fatally Flawed"
Quotes and comments regarding Utah video game bill
Dennis McCauley (posted Feb. 12, 2009), available online at
http://www.gamepolitics.com/2009/02/12/1st-amendment-expert-jack-thompson039s-utah-video-
game-bill-fatally-flawed

Legal Update for Teachers (national circulation newsletter for teachers)
"Did Court Simply OK an End Run Around the Dress Code?" (comments re: speech case)
Betsy Wheeler (Vol. 4, No. 35, Oct. 2008)

WTVN, 610 AM Radio, Columbus, OH
Live interview re: negative political ads.
Bob Conners, Host (Oct. 23, 2008, 8:15 a.m.).

Centre Daily Times, State College, PA
"Carlin's Legacy Felt in Jackson Decision" (Op-Ed Opinion Commentary)
Clay Calvert & Robert D. Richards (July 28, 2008, at A8).

Clay Calvert
May 30, 2025

Pittsburgh Tribune-Review, Pittsburgh, PA
"Pa. Wiretap Loophole Targeted" (quotes re: PA law, grand jury leaks and free speech)
Matthew Spolar (July 25, 2008)

Pittsburgh Post-Gazette, Pittsburgh, PA
"Will Democrats Hush Rush?" (quotes re: possible revival of the Fairness Doctrine)
Vivian Nereim (July 13, 2008, at A1).

The Evening Sun, Hanover, PA
"Disabilities-Rights Activist Fights BoroughVENT Creators" (quotes re: defamation and speech)
Erin James (Apr. 17, 2008), available at http://www.eveningsun.com/ci_8957832

The Washington Independent, Washington, D.C. (a Center for Independent Media Site)
"What Happened to the Fairness Doctrine?" (quotes re: Alabama TV station killing *60 Minutes*)
Mike Lillis (Mar. 31, 2008), available at:
http://www.washingtonindependent.com/view/what-happened-to-the

The Daily Pennsylvanian (student newspaper, University of Pennsylvania, Phila., PA)
"Gossip Site Investigated For Consumer Fraud in N.J." (quotes re: Juicy Campus website)
Jessica Bell (Mar. 26, 2008)

Philadelphia Gay News, Philadelphia, PA (leading weekly gay newspaper in Philadelphia)
"Web Site Promotes Campus Gossip, Homophobia" (quotes re: Juicy Campus website)
Jen Colletta (Feb. 29-Mar. 6, 2008, at 9)

The Daily Pennsylvanian (student newspaper, University of Pennsylvania, Phila., PA)
"Site Stirs Juicy Gossip – And Potential Defamation" (quote re: online defamation)
Jessica Bell (Feb. 20, 2008).

Wall Street Journal
"Prescient on Crescent City" (letter re: fraud in New Orleans and media coverage of it)
Clay Calvert (Dec. 3, 2007, at A19).

Classroom Management & Education Law Update (national circulation newsletter for teachers)
"Answers to Tough Questions" (comments re: using religious examples in public school classes)
Betsy Wheeler (Dec. 2007, at 3).

Evening Sun, Hanover, PA
"Experts: Speech Trumps Privacy in Funeral Protest Case" (quotes re: funeral protest verdict)
Jeff Frantz (Nov. 5, 2007, at 1).

York Daily Record, York, PA
"Verdict Spurs Free Speech Concerns" (quotes re: funeral protest verdict in *Snyder v. Phelps*)
Jeff Frantz (Nov. 4, 2007, at 1).

Slate Magazine
"Dress as the Explainer for Halloween" (re: "right of publicity" legal issues in Halloween masks)
Torie Bosch (Oct. 30, 2007, available at http://www.slate.com/id/2176866).

The Times-Tribune, Scranton, PA
"Some Rights Can Add Up to a Wrong" (comments regarding First Amendment freedoms)
Ron Davis (Sept. 8, 2007, at Lifestyles).

Classroom Management & Education Law Update (national circulation newsletter for teachers)
"Answers to Tough Questions" (comments re: *Morse v. Frederick* opinion on school speech)
Betsy Wheeler (Sept. 2007, at 3).

Student Press Law Center Report, Arlington, VA
"Chipping Away: U.S. Supreme Court's Decision in Morse v. Frederick Leaves Narrow Hole in
Landmark Tinker Standard" (quotes re: *Morse v. Frederick* opinion)
Judy Wang (Fall 2007, at 20, 23).

Clay Calvert
May 30, 2025

Student Press Law Center Report, Arlington, VA
"Thomas' Opinion Considered Extreme" (quotes re: *Morse v. Frederick* opinion)
Tim Hoffine (Fall 2007, at 21).

Student Press Law Center Report, Arlington, VA
"Court Throws Out Kansas State U. Censorship Lawsuit" (quotes re: case and mootness)
Staff (Fall 2007, at 15).

Orange County Register, Orange County, CA
"California Focus: Accept That It's 'Game Over' for Appeal" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Aug. 16, 2007).

WTVN, 610 AM Radio, Columbus, OH
Live interview re: TV programs targeting overlapping black and white audiences
Bob Conners, Host (Aug. 14, 2007, 8:12 a.m.).

National Law Journal, New York, NY (national legal newspaper)
"Morse v. Frederick: A Narrow Win for Schools"
Clay Calvert & Robert D. Richards (Aug. 1, 2007).

Pittsburgh Post-Gazette, Pittsburgh, PA
"Speaking Up for Students" (Op-Ed Commentary on student speech cases involving Internet)
Robert D. Richards & Clay Calvert (July 29, 2007, at H4).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Student Speech Rights on Internet Cry Out for Supreme Court Review" (Op-Ed Commentary)
Clay Calvert & Robert D. Richards (July 24, 2007, at 6).

Centre Daily Times, State College, PA
"FCC Overreaching into Too Many Areas" (Op-Ed Commentary Column)
Clay Calvert (June 11, 2007, at A8).

Christian Science Monitor, Boston, MA
"TV Violence Tough to Curb Despite FCC's New Plea" (quotes on FCC proposal)
Amanda Paulson (Apr. 30, 2007, at 2).

The Patriot-News, Harrisburg, PA
"The FCC and Television Violence: Questionable Combination" (Op-Ed Commentary)
Clay Calvert & Robert D. Richards (Apr. 29, 2007, at F1).

Indiana Lawyer (Bi-monthly newspaper targeting the legal community in Indiana)
"Violent Video Game Bill Faces Costly Hurdles" (Op-Ed Commentary)
Robert D. Richards & Clay Calvert (Apr. 18, 2007, at 9).

WTVN, 610 AM Radio, Columbus, OH
Morning Talk Show Interview re: Don Imus's remarks about Rutgers women basketball team
Bob Conners, host (Apr. 11, 2007, at 7:15 a.m.).

On The Docket, Evanston, IL
"Morse v. Frederick" (quotes re: student speech case before the U.S. Supreme Court)
Emily Whipp (Mar. 1, 2007, at http://docket.medill.northwestern.edu/archives/004162.php)

The Express-Times, Easton, PA
"Writer Finds An Agent – From the Secret Service" (quotes re: speech & true threats of violence)
James S. Young (Jan. 20, 2007, at 1).

WTVN, 610 AM Radio, Columbus, OH
Morning Talk Show Interview re: Orville Redenbacher Digitized Popcorn Ad
Bob Conners, host (Jan. 16, 2007, at 8:45 a.m.).

Toronto Star, Canada
"TV and Movies Shape Perceptions of Amish" (quotes re: coverage of Amish school shooting)
Pat Carroll & Li Wang (Oct. 14, 2006, at L11).

Clay Calvert
May 30, 2025

<u>Metro</u>, Philadelphia, PA (free daily newspaper)
"A Stormed Tower" (quotes re: bankruptcy of Tower Records, music industry, and culture)
Erin Calandriello (Oct. 10, 2006).  Available in hard copy or online at:
http://philly.metro.us/metro/local/article/A_stormed_Tower/5007.html

<u>Washington Times</u>, Washington, D.C.
"Freedom of Expression: T-Shirt Case is Ripe for Review" (Op-Ed Commentary)
Clay Calvert & Robert D. Richards (Oct. 6, 2006, at A19).

<u>Harrisburg Patriot-News</u>, Harrisburg, PA
"Pop Culture Breeds Our Misconceptions" (quotes re: media coverage of Amish school shooting)
Pat Carroll & Li Wang (Oct. 5, 2006, at A5).

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Supreme Court Should Rule on 'Bong Hits For Jesus' Banner" (Op-Ed Commentary)
Clay Calvert (Sept. 27, 2006, at 6).

<u>Harrisburg Patriot-News</u>, Harrisburg, PA
"State Probes Link Between Video Games, Violence" (quotes re: video game legislation)
Chris Mautner (Sept. 24, 2006, at G11).

<u>Minnesota Lawyer</u> (Weekly newspaper covering Minnesota's courts and legal community)
"It's 'Game Over' for Video Game Restrictions"
Robert D. Richards & Clay Calvert (Aug. 7, 2006, at 4).

<u>Pittsburgh Post-Gazette</u>, Pittsburgh, PA
"Direct the Johnstown Flood Tax to Today's Flood Victims" (Op-Ed Commentary)
Robert D. Richards & Clay Calvert (July 5, 2006, at A-13).

<u>Pittsburgh Post-Gazette</u>, Pittsburgh, PA
"Civics Lesson; Some Upper St. Clair Students Got a Lesson in School Politics" (quotes)
Dennis Roddy (May 28, 2006, at H-4).

<u>Baltimore Sun</u>, Baltimore, MD
"A Muddled Message on Students' First Amendment Rights" (Op-Ed commentary)
Robert D. Richards & Clay Calvert (May 23, 2006, at 11A).

<u>WPSU-TV</u> (Public Broadcasting, Central Pennsylvania)
"What Matters: Free Speech/Hate Speech" (Live, on-air guest on talk show about hate speech)
Barbara Farmer, Host; Cynthia Berger, Producer (May 16, 2006).

<u>Minnesota Lawyer</u> (Weekly newspaper covering Minnesota's courts and legal community)
"Video Game Legislation Implicates First Amendment Concerns" (Op-Ed commentary)
Clay Calvert & Robert D. Richards (May 15, 2006).

<u>Macworld.Com</u> (Online newspaper targeting Macintosh computer uses and computer industry)
"Oklahoma Bill Would Peg Some Video Games to Porn" (quotes re: violent video game bill)
Peter Cohen (May 8, 2006).
http://www.macworld.com/news/2006/05/08/oklabill/index.php

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Harper Protects Gay Sensitivities, Not Free Speech" (Op-Ed commentary)
Robert D. Richards & Clay Calvert (Apr. 28, 2006, at 8).

<u>San Diego Union-Tribune</u>, San Diego, CA
"Banning Free Speech on Clothing" (Op-Ed commentary)
Robert D. Richards & Clay Calvert (Apr. 28, 2006).

<u>Los Angeles Daily Journal</u>, Los Angeles, CA (targeting legal community in greater Los Angeles)
"An Indecent Proposal? Saying No to the FCC" (Op-Ed commentary)
Clay Calvert (Apr. 21, 2006, at 8).

Clay Calvert
May 30, 2025

Education Technology News (national circulation journal published by Gale Group, Inc.)
"Should Schools Punish Their Students for Off-Campus Sites? The Experts Speak" (quotes)
Vol. 23, Issue 3, p. 19 (Mar. 1, 2006).

Salt Lake Tribune, Salt Lake City, UT
"Leave Video Game Choice to Parents" (Op-Ed commentary)
Clay Calvert & Robert D. Richards (Feb. 19, 2006).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in S.F. Bay Area)
"Cartoons Shock Americans Only in the Reaction" (Op-Ed commentary)
Clay Calvert (Feb. 16, 2006, at 8)

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Media Foes Put Heavy Hand on Eyes of America" (Op-Ed commentary)
Clay Calvert (Feb. 1, 2006, at 8).

Philadelphia Inquirer, Philadelphia, PA
"A Bill of Rights for Parents, Not the Feds" (Op-Ed commentary)
Robert D. Richards & Clay Calvert (Jan. 4, 2006, at A11).

San Francisco Examiner, San Francisco, CA
"Courts' Decisions are Wins for Parents" (Op-Ed commentary)
Robert D. Richards & Clay Calvert (Dec. 28, 2005).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Dear Santa: A Cert Grant, and Free Speech for All" (Op-Ed commentary)
Clay Calvert (Dec. 6, 2005, at 8).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in S.F. Bay Area)
"Relax, School Officials – It's Just Free Speech" (Op-Ed commentary)
Clay Calvert (Nov. 23, 2005, at 8).

Los Angeles Daily News, Los Angeles, CA
"Arnold Takes on Cause He Won't be Able to Win" (Op-Ed commentary)
Clay Calvert & Robert D. Richards (Oct. 24, 2005).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Governor's Video-Image Law is Unconstitutional" (Op-Ed commentary)
Clay Calvert & Robert D. Richards (Oct. 17, 2005, at 8).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in S.F. Bay Area)
"The Ask: A Primer for Wannabe Law Students" (Op-Ed commentary)
Clay Calvert (Oct. 6, 2005, at 8).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"College Students Risk Failing to Appreciate Free Speech" (Op-Ed commentary)
Clay Calvert (Sept. 8, 2005, at 8).

WLQV-AM 1500, Detroit, MI
On-air commentary regarding video game legislation pending in Michigan
Harold Sullivan, Host (Sept. 1, 2005).

WTCM-AM 580, Traverse City, MI
On-air commentary regarding video game legislation pending in Michigan
Norm Jones, Host (Sept. 1, 2005, 10:45 a.m.).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in greater Los Angeles)
"Why is There a Greater Willingness to be Offensive?" (Op-Ed commentary)
Clay Calvert (Aug. 24, 2005, at 8).

York Dispatch, York, PA
"Legislative Attacks on Video Game Violence Misguided, Legally Flawed" (Op-Ed commentary)
Robert D. Richards & Clay Calvert (Aug. 3, 2005).

Clay Calvert
May 30, 2025

Christian Science Monitor, Boston, MA
"Target Real Violence, Not Video Games" (Op-Ed Commentary on video game regulations)
Robert D. Richards & Clay Calvert (Aug. 1, 2005, at 9).

Louisville Courier-Journal, Louisville, KY
"Protect Unpopular Expression" (Op-Ed Commentary on video game regulations)
Clay Calvert & Robert D. Richards (July 29, 2005).

St. Louis Post-Dispatch, St. Louis, MO
"Go After the Real Crooks" (Op-Ed Commentary on video game regulations)
Robert D. Richards & Clay Calvert (July 27, 2005, at B7).

Pittsburgh Post-Gazette, Pittsburgh, PA
"Banging the Drums" (Op-Ed Commentary on video game regulation)
Clay Calvert & Robert D. Richards (July 23, 2005, at B-7).

Los Angeles Times, Los Angeles, CA
"Modified Video Game Spurs Clinton Protest" (quotes re: video game content and the law)
Steven Bodzin & Alex Pham (July 15, 2005, A21).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in S.F. Bay Area)
"Wider Media Market Helps Counter Deregulation Damage" (Op-Ed Commentary)
Clay Calvert (July 8, 2005, at 6).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in Los Angeles area)
"A Tale of Two Flags: When Symbolism Clashes With the Constitution" (Op-Ed Commentary)
Clay Calvert (June 17, 2005, at 6).

San Francisco Daily Journal, San Francisco, CA (targeting legal community in greater Bay Area)
"Would-Be Censors Call in the Troops – Girl Scout Troops, That Is" (Op-Ed Commentary)
Clay Calvert (June 7, 2005, at 6).

Student Press Law Center Report, Arlington, VA
"Students' Off-Campus Web Publications Out of Schools' Reach, Two Courts Affirm"
Staff (Spring 2005, at 15, 17).

San Francisco Chronicle, San Francisco, CA
"Bill to Ban Sale of Violent Video Games to Kids Fails in Committee" (quotes re: legislation)
John M. Hubbell (May 4, 2005, at B3).

Sacramento Bee, Sacramento, CA
"Playing Games with Free Speech" (Op-Ed Commentary Column)
Clay Calvert (Mar. 27, 2005, at E3).

Los Angeles Daily Journal, Los Angeles, CA (targeting legal community in Los Angeles area)
"Lawmaker Plays Dangerous Game With First Amendment" (Op-Ed Commentary Column)
Clay Calvert (Mar. 7, 2005, at 6).

Charlotte Observer, Charlotte, NC
"Should N.C. Step in on Video Games?" (quotes re: video game legislation in North Carolina)
Andrew Shain (Mar. 5, 2005, at 1).

Patriot-News, Harrisburg, PA
"Foxx, Swank, Eastwood, 'Aviator' Win Big at Oscars" (quotes re: celebrity culture)
Li Wang (Feb. 28, 2005, at 1).

Charleston Gazette, Charleston, W. Va.
"Inside the 1st Amendment; Video Game Restrictions Unrealistic" (quotes re: video games)
Paul K. McMasters (Feb. 27, 2005, at 1E)

Sacramento Bee, Sacramento, CA
"Teens Miss the First Amendment's Point" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Feb. 7, 2005, at B5).

Clay Calvert
May 30, 2025

<u>Voice of America Radio</u> (international radio stations)
"Violent Video Games" (radio news package on the regulation of violent video games)
Maura Farrelly (Jan. 26, 2005).

<u>Human Events</u> (Washington, D.C.)
"Video Game Vice" (quotes regarding violent video game laws)
Terence P. Jeffrey (Jan. 10, 2005, at 5).

<u>The National Law Journal</u> (national circulation, weekly law newspaper)
"Solomon Amendment: 3d Circuit Got it Right" (Op-Ed Commentary Column)
Clay Calvert & Robert D. Richards (Jan. 10, 2005, at 31).

<u>Christian Science Monitor</u>, Boston, MA
"A Battle Over Sale of Violent Video Games" (quotes regarding violent video game laws)
Amanda Paulson (Dec. 31, 2004, at 1).

<u>Chicago Tribune</u>, Chicago, IL
"Censorship of Video Games Wrongheaded" (Op-Ed Commentary Column)
Clay Calvert (Dec. 28, 2004, at 21).

<u>Press Enterprise</u>, Riverside, CA
"JFK Game Stirs Outrage" (quotes regarding violent video games)
Charles Homans (Nov. 24, 2004, at A1).

<u>Chattanooga Times Free Press</u>, Chattanooga, TN
"Critics Take Aim at 'JFK Reloaded' Assassination Video Game"
Charles Homans (Nov. 24, 2004, at A2).

<u>Knight Ridder Washington Bureau</u> (news service for all Knight Ridder newspapers)
"Critics Take Aim at 'JFK Reloaded' Video Game"
Charles Homans (Nov. 24, 2004).

<u>Student Press Law Center Report</u>
"N.J. Student Sues School District That Punished Him for Off-Campus Web Site"
Staff (Spring 2004, p. 39).

<u>Student Press Law Center Report</u>
"Courts Determine What Rights Students Have in Distributing Religious Materials"
Staff (Winter 2003-04, pp. 6-7).

<u>Cosmo Girl</u>
"Raise Your Grade" (article on academic strategies for improving grades)
Staff (May 2003, pp. 160-161).

- *Television Ratings System*

<u>WTAJ, Channel 10, CBS Affiliate</u>, Altoona, PA
30-Minute public affairs program on television violence and ratings
"Action Newsmakers," Dawn Ostrom, Host (August 30, 1997).

<u>WTAJ, Channel 10, CBS Affiliate</u>, Altoona, PA
Commentary on the TV industry's system for rating television content
Luke Michaels, Anchor, Evening News at 5:30 (December 10, 1996)

Clay Calvert
May 30, 2025

## Teaching Experience: Courses Taught

### *University of Florida*

- Advanced Law of Mass Communications (MMC 5206, Graduate Seminar)
  - Fall Semesters 2020, 2021

- First Amendment Theory (MMC 6665, Graduate Seminar)
  - Spring Semesters 2013, 2015, 2017

- Free Speech Now (JOU 4930, § 08D7, Undergraduate Course)
  - Spring Semester 2012

- Law of Mass Communications (MMC 4200, Undergraduate Course)
  - Spring Semesters 2010, 2014, 2019
  - Summer Semester 2010
  - Fall Semesters 2010, 2011, 2012, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022

- Media Law (LAW 6841)
  - Spring Semesters 2020, 2021, 2022

- Research in Mass Communication Law (MMC 6666, Graduate Seminar)
  - Fall Semesters 2009, 2013
  - Spring Semesters 2016, 2018

- UF Honors Program, Free Speech and the First Amendment (IDH 3931)
  - Spring Semesters 2019, 2022

- UF Honors Program, Petty: The Biography (IDH 2930, Sec. 2196, Honors Course)
  - Fall Semester 2018

- UF Honors Program, The FBI's Obscene File (IDH 3931, Honors Course)
  - Fall Semester 2014

### *Pennsylvania State University*

- Media & Privacy: Social and Legal Issues (Comm. 597A, Graduate Seminar)
  - Spring Semester 2006

- Legal Research & Writing Methods (Comm. 597B, Graduate Seminar)
  - Spring Semester 2004

- Contemporary First Amendment Issues (Comm. 597C, Graduate Seminar)
  - Fall Semesters 2003, 2004

- Law of Mass Communications (Comm. 403, 403H, and/or World Campus 403)
  - Fall and/or Spring 1996-2009
  - Summer Semesters 1999, 2000, 2001, 2002, 2003, 2004

- First Amendment and Communication (Comm. 497H)
  - Spring Semester 1997-98

- Introduction to Mass Media & Society (Comm. 100)
  - Summer & Fall Semesters 1997-98, 1998-99

- News Media Ethics (Comm. 409)
  - Fall Semesters 1996-97, 1999-2000

- The First Amendment and Democracy (PSU 009 and/or 009T)
  - Fall & Spring 1999-2000, 2000-01, 2001-02, 02 (Fall), 03 (Fall), 04 (Fall), 07 (Fall), 08 (Fall)
  - Summer Semesters 2000, 2001, 2002, 2003, 2004

123

Clay Calvert
May 30, 2025

- <u>Mediated Voyeurism: Why We Like to Watch</u> (First-Year Seminar, PSU 009)
  - Spring & Fall Semesters 2001

- <u>Images of Smoking in the Media</u> (First-Year Seminar, PSU 009)
  - Summer Semester 1999

## *University of the Pacific, McGeorge School of Law*

### Visiting Professor

- <u>Constitutional Law II</u> (Two Sections)
  - Spring 2011

### Adjunct Professor

- <u>Mass Media Law</u>
  - Spring 2005

## *Stanford University*

### Instructor

- <u>Communication and the Law</u>
  - Winter Quarters, 1994-95, 1995-96

- <u>Mass Media Law</u>
  - Autumn Quarters, 1994-95, 1995-96

### Teaching Assistant

- <u>Power, Persuasion & Propaganda</u>
  - Spring Quarter, 1995-96 (Prof. Robert Kubey)

- <u>Media Ethics and Responsibility</u>
  - Spring Quarters, 1994-95, 1995-96 (Prof. Theodore Glasser)

- <u>Comm., Technology and Society</u>
  - Spring Quarter, 1993-94 (Prof. Clifford Nass)

- <u>Mass Communication and Society</u>
  - Winter Quarter, 1993-94 (Prof. Theodore Glasser)

- <u>Communication and the Law</u>
  - Winter Quarter, 1993-94 (Prof. Jeremy Cohen)

- <u>Mass Media Law</u>
  - Fall Quarter, 1993-94 (Prof. Jeremy Cohen)

### Consultant

- Center for Teaching & Learning, Stanford University
  - 1994-95, 1995-96

Clay Calvert
May 30, 2025

# Legal Citation Index
### Selected citations by courts, amici curiae and authors to Calvert articles

## U.S. Supreme Court Briefs & Petitions: Citations to Calvert Articles

• <u>Tah v. Global Witness Publishing, Inc.</u>, No. 21–121, Petition for Writ of Certiorari (July 26, 2021).
  https://www.supremecourt.gov/DocketPDF/21/21-121/184903/20210726124624148_Christiana%20Tah%20v%20Global%20Witness%20Petition%20for%20Writ%20of%20Certiorari.pdf

  *CITING:*

  Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
  Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
  <u>Wake Forest Law Review, 49</u> (1), 47 – 86.


• <u>Kowalski v. Berkeley Cnty. Schs.</u>, No. 11-461, 2011 U.S. Briefs 461; 2011 U.S. S. Ct. Briefs LEXIS 2875.
  Reply Brief: Appellant-Petitioner Kara Kowalski.
  (Reply Brief filed Dec. 27, 2011).

  *CITING:*
  Calvert, C. (2009).  Punishing Public School Students for Bashing Principals, Teachers &
  Classmates in Cyberspace: The Speech Issue the Supreme Court Must Now Resolve.
  <u>First Amendment Law Review</u> (Univ. of North Carolina School of Law), <u>7</u>, 210-252.


• <u>Kowalski v. Berkeley Cnty. Schs.</u>, No. 11-461, 2011 U.S. Briefs 461; 2011 U.S. S. Ct. Briefs LEXIS 2084.
  Brief Amici Curiae of Alliance Defense Fund and Liberty Institute in Support of Petitioner.
  (Amici Brief filed Nov. 14, 2011).

  *CITING:*
  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
  Censorship of the Emerging Internet Underground.
  <u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.


• <u>FCC v. Fox Television Stations</u>, No. 10-1293, 2010 U.S. Briefs 1293; 2011 U.S. S. Ct. Briefs LEXIS 2050.
  Brief Amici Curiae of National Ass'n of Broadcasters and Radio-Television Digital News Ass'n
  In Support of Respondents.
  (Amici Brief filed Nov. 10, 2011).

  *CITING:*
  Calvert, C. (2005). The First Amendment, the Media & the Culture Wars: Eight Lessons
  From 2004 About Speech, Censorship, Science and Public Policy.
  <u>California Western Law Review, 41</u> (2), 325-360.


• <u>Kowalski v. Berkeley Cnty. Schs.</u>, No. 11-461, 2011 U.S. Briefs 461; 2011 U.S. S. Ct. Briefs LEXIS 1624.
  Petition for Writ of Certiorari on Behalf of Kara Kowalski.
  (Petition filed Oct. 11, 2011).

  *CITING:*
  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
  Censorship of the Emerging Internet Underground.
  <u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.

Clay Calvert
May 30, 2025

- <u>Schwarzenegger v. Entertainment Merchants Ass'n</u>, No. 08-1448, 2008 U.S. Briefs 1448; 2010 U.S. S. Ct. Briefs LEXIS 1778.
  Brief of Microsoft Corporation as Amicus Curiae in Support of Respondents.
  (filed Sept. 17, 2010).

  *CITING:*
  Calvert, C., & Richards, R. D. (2007).  Stopping the Obscenity Madness 50 Years After Roth v. United States.  <u>Texas Review of Entertainment & Sports Law, 9</u> (1), 1-38.

- <u>Schwarzenegger v. Entertainment Merchants Ass'n</u>, No. 08-1448, 2008 U.S. Briefs 1448; 2010 U.S. S. Ct. Briefs LEXIS 1784.
  Brief Amici Curiae of The Reporters Committee for Freedom of the Press, The American Society of News Editors, The First Amendment Project, The National Press Photographers Association, The Radio-Television Digital News Association, The Society of Professional Journalists, and Student Press Law Center in Support of Respondents.
  (filed Sept. 17, 2010).

  *CITING:*
  Calvert, C., & Richards, R. D. (2005). Mediated Images of Violence and the First Amendment: From Video Games to the Evening News.  <u>Maine Law Review, 57</u> (1), 91-115.

  &

  Calvert, C. (2000). Media Bashing at the Turn of the Century:  The Threat to Free Speech After Columbine High and Jenny Jones.
  <u>Law Review of Michigan State University-Detroit College of Law, 2000</u> (1), 151-163.

- <u>Macerich Management Co. v. United Brotherhood of Carpenters</u>, No. 09-235, 2009 WL 3162183 (U.S.).
  Brief Amicus Curiae of Pacific Legal Foundation in Support of Petitioners.
  (Amicus Brief filed Sept. 25, 2009).

  *CITING:*
  Richards, R. D., and Calvert, C. (2000).  Counter Speech 2000: A New Look at the Old Remedy for "Bad" Speech.
  <u>Brigham Young University Law Review, 2000</u> (2), 553-586.

- <u>FCC v. Fox Television Stations, Inc.</u>, No. 07-582, 2008 U.S. S.Ct. Briefs LEXIS 643, 2008 WL 3285396 (U.S.).
  Amici Curiae Brief filed by the National Association of Broadcasts (NAB) and The Radio-Television News Directors Association (RTNDA) in Support of Respondents.
  (Amici Brief filed Aug. 8, 2008).

  *CITING:*
  Calvert, C. (2005). The First Amendment, the Media & the Culture Wars: Eight Lessons From 2004 About Speech, Censorship, Science and Public Policy.
  <u>California Western Law Review, 41</u> (2), 325-360.

- <u>Morse v. Frederick</u>, No. 06-278, 2007 WL 542417 (U.S.).
  Amici Curiae Brief of the Student Press Law Center, the First Amendment Project, the Freedom to Read Foundation, and the Thomas Jefferson Center for the Protection of Free Expressions as Amici Curiae Supporting Respondent.
  (Amici Brief Filed Feb. 2007).

  *CITING:*
  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment: Censorship of the Emerging Internet Underground.
  <u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.

Clay Calvert
May 30, 2025

- <u>Lohrenz v. Donnelly</u>, No. 03-1272, 2004 WL 531004 (U.S.).
  Petition for a Writ of Certiorari on behalf of Carey Dunai Lohrenz
  (Petition Filed Mar. 10, 2004).

  *CITING:*
  Calvert, C., and Richards, R. D. (2002). A Pyrrhic Press Victory: Why Holding Richard
  Jewell is a Public Figure is Wrong and Harms Journalism.
  <u>Loyola of Los Angeles Entertainment Law Review, 22</u> (2), 293-326.

- <u>Jewell v. Cox Enterprises, Inc.</u>, No. 01-1627, 2002 WL 32135435 (U.S.).
  Petition for a Writ of Certiorari on behalf of Richard Jewell
  (Petition Filed May 2, 2002).

  *CITING:*
  Calvert, C., and Richards, R. D. (2002). A Pyrrhic Press Victory: Why Holding Richard
  Jewell is a Public Figure is Wrong and Harms Journalism.
  <u>Loyola of Los Angeles Entertainment Law Review, 22</u> (2), 293-326.

- <u>Ashcroft v. Free Speech Coalition</u>, No. 00-795, Amicus Curiae Brief of the Liberty Project.
  (Amici Brief Filed July 2, 2001).

  *CITING:*
  Calvert, C. (2000). The "Enticing Images" Doctrine: An Emerging Principle
  in First Amendment Jurisprudence?
  <u>Fordham Intellectual Property, Media & Entertainment Law Journal, 10</u> (3), 595-617.

- <u>Ashcroft v. Free Speech Coalition</u>, No. 00-795, Amici Curiae Brief of Association of American
  Publishers, Inc. et al.  (Amici Brief Filed July 2, 2001).

  *CITING:*
  Calvert, C. (2000). The "Enticing Images" Doctrine: An Emerging Principle
  in First Amendment Jurisprudence?
  <u>Fordham Intellectual Property, Media & Entertainment Law Journal, 10</u> (3), 595-617.

## *Federal Appellate Court Briefs: Citations to Calvert Articles*

- <u>Prison Legal News v. Executive Office for United States Attorneys</u>, No. 09-1511 (10th Cir.),
      Appellant's Reply Brief (filed May 28, 2010).

  *CITING:*
  Calvert, C. (2005-06). The Privacy of Death: An Emergent Jurisprudence and Legal Rebuke to
  Media Exploitation & a Voyeuristic Culture.
  <u>Loyola of Los Angeles Entertainment Law Review, 26</u>, 133-169.

Clay Calvert
May 30, 2025

## *Judicial Opinions Other than U.S. Supreme Court:*
## *Citations by Courts to Calvert Articles*

- <u>Galanakis v. City of Newton</u>, 2023 U.S. Dist. LEXIS 88116 (S.D. Iowa May 8, 2023).

    *CITING:*

    Calvert, C. (2020). Troll Storms and Tort Liability for Speech Urging Action by Others:
    A First Amendment Analysis and an Initial Step Toward a Federal Rule.
    <u>Washington University Law Review, 97</u> (4), 1303 – 32.
    https://wustllawreview.org/volumes/97/issues/4/articles/7/

- <u>Lowell v. Wright</u>, 369 Ore. 806 (Supreme Court of Oregon, June 23, 2022).

    *CITING AND QUOTING:*

    Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
    Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
    <u>Wake Forest Law Review, 49</u> (1), 47 – 86.

- <u>Moore v. Louisville/Jefferson Cnty. Metro. Gov't</u>, 2022 Ky. App. LEXIS 1 (Ky. Ct. App. Jan. 7, 2022).

    *CITING AND QUOTING:*

    Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First Amendment
    and Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age?
    <u>CommLaw Conspectus: Journal of Communications Law & Policy, 19</u> (1), 123 – 147.
    https://scholarship.law.edu/commlaw/vol19/iss1/5/

- <u>State of Connecticut v. Liebenguth</u>, 250 A.3d 1 (Conn. 2020).

    *CITING:*

    Calvert, C. (2019). First Amendment Envelope Pushers: Revisiting the Incitement-to-Violence Test
    with Messrs. Brandenburg, Trump & Spencer.
    <u>Connecticut Law Review, 51</u> (1), 117 – 154.
    https://tinyurl.com/r7tp42g

- <u>NYC Medical Practice v. Shokrian</u>, 2020 U.S. Dist. LEXIS 154386 (E.D.N.Y. Aug. 25, 2020).

    *CITING:*

    Calvert, C. (1999). And You Call Yourself a Journalist?
    <u>Dickinson Law Review, 103</u> (2), 411-451.

- <u>Doe v. McKesson</u>, 945 F.3d 818 (5th Cir. 2019).

    *CITING:*

    Calvert, C. (2019). Certifying Questions in First Amendment Cases: Free Speech, Statutory
    Ambiguity and Definitive Interpretations.
    <u>Boston College Law Review, 60</u> (5), 1349 – 1377.
    https://lawdigitalcommons.bc.edu/bclr/vol60/iss5/3/

Clay Calvert
May 30, 2025

- <u>State of Washington v. Dawley</u>, 455 P.3d 205 (Wash. Ct. App. 2019).

  *CITING:*

  Bunker, M.D., Calvert, C., & Nevin, W.C. (2011).  Strict in Theory, But Feeble in Fact?
  First Amendment Strict Scrutiny and the Protection of Speech.
  <u>Communication Law and Policy, 16</u> (4), 349 – 381.

- <u>State of Minnesota v. Casillas</u>, 938 N.W.2d 74 (Minn. Ct. App. 2019).

  *CITING:*

  Calvert, C., & Richards, R. D. (2007).  Porn in Their Words: Female Leaders in
  The Adult Entertainment Industry Address Free Speech, Censorship, Feminism,
  Culture and the Mainstreaming of Adult Content.
  <u>Vanderbilt Journal of Entertainment & Technology, 9</u> (2), 255-299.

- <u>In re S.K.</u>, 215 A.3d 300 (Md. 2019).

  *CITING:*

  Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
  Child Pornographers and the Lolita Effect Undermines the Law.
  <u>CommLaw Conspectus: Journal of Communications Law and Policy, 18</u>, 1-65.
  https://scholarship.law.edu/commlaw/vol18/iss1/3/

- <u>Gleason v. Smolinski</u>, 125 A.3d 920 (Conn. 2015)

  *CITING:*

  Calvert, C. (2014). Public Concern and Outrageous Speech: Testing the Inconstant
  Boundaries of IIED and the First Amendment Three Years After *Snyder v. Phelps*.
  <u>University of Pennsylvania Journal of Constitutional Law, 17</u> (2), 437 – 478.

- <u>Hodges v. Indiana</u>, 2014 Ind. App. Unpub. LEXIS 1545 (Ind. Ct. App. Dec. 1, 2014).

  *CITING:*

  Calvert, C., et al. (2010).  Judicial Erosion of Protection for Defendants in Obscenity
  Prosecutions?  When Courts Say, Literally, Enough is Enough and When Internet Availability
  Doesn't Mean Acceptance.
  <u>Harvard Journal of Sports and Entertainment Law, 1</u> (1), 7-37.

- <u>Commonwealth v. Pon</u>, 14 N.E.3d 182 (Mass. 2014).

  *CITING:*

  • Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First
  Amendment and Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age?
  <u>CommLaw Conspectus: Journal of Communications Law & Policy, 19</u> (1), 123 – 147.
  https://scholarship.law.edu/commlaw/vol19/iss1/5/

Clay Calvert
May 30, 2025

• <u>Tayoun v. City of Pittston</u>, 39 F. Supp. 3d 572 (M.D. Pa. 2014)

  *CITING*:

  Calvert, C. (2102). Defining "Public Concern" After *Snyder v. Phelps*:
  A Pliable Standard Mingles With News Media Complicity.
  <u>Villanova Sports and Entertainment Law Journal, 19</u> (1), 39 – 71.

  [calling the article "a thoughtful analysis of the merits and demerits of the Supreme Court's formulation in *Phelps*"]

• <u>Jones v. UPS Ground Freight</u>, 683 F.3d 1283 (11th Cir. 2012).

  *CITING*:

  Calvert, C., & Richards, R. D. (2004). Fans and the First Amendment: Cheering and Jeering in College Sports.
  <u>Virginia Sports & Entertainment Law Journal, 4</u> (1), 1-53.

• <u>Sassower v. Gannett Company, Inc.</u>,
  2011 NY Slip Op 32872U; 2011 N.Y. Misc. LEXIS 5148 (N.Y. Sup. Ct. Sept. 22, 2011).

  *CITING*:

  Calvert, C., & Richards, R. D.  (2003).  Journalistic Malpractice: Suing Jayson Blair and The New York Times for Fraud and Negligence.
  <u>Fordham Intellectual Property, Media & Entertainment Law Journal, 14</u> (1), 1-28.

• <u>Sandals Resorts International Limited v. Google, Inc.</u>,
  86 A.D.3d 32 (N.Y. App. Div. 2011).

  *CITING AND QUOTING APPROVINGLY:*

  Calvert, C., et al. (2009). David Doe v. Goliath, Inc.: Judicial Ferment in 2009 for Business Plaintiffs Seeking the Identities of Anonymous Online Speakers.
  <u>John Marshall Law Review, 43</u> (1), 1-49.

• <u>J.S. v. Blue Mountain School District</u>, 650 F.3d 915 (3d Cir. 2011) (Smith, J., concurring, with whom McKee, C.J., Sloviter, Fuentes, and Hardiman join).

  *CITING APPROVINGLY*:

  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
  Censorship of the Emerging Internet Underground.
  <u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.

• <u>Catsouras v. Dept. Calif. Highway Patrol</u>,
  181 Cal. App. 4th 856 (Cal. Ct. App. 2010), *rev. denied*, 2010 Cal. LEXIS 3456 (Apr. 14, 2010).

  *CITING AND QUOTING APPROVINGLY:*

  Calvert, C. (2006). The Privacy of Death: An Emergent Jurisprudence and Legal Rebuke to Media Exploitation & a Voyeuristic Culture.
  <u>Loyola of Los Angeles Entertainment Law Review, 26</u>, 133-169.

  &

Clay Calvert
May 30, 2025

Calvert, C. (2008).  Support Our [Dead] Troops: Sacrificing Political Expression Rights
For Familial Control Over Names and Likenesses.
William & Mary Bill of Rights Journal, 16 (4), 1169-1202.


• Doninger v. Niehoff, 594 F. Supp. 2d 211 (D. Conn. 2009).

    *CITING:*

    Richards, R. D., & Calvert, C. (2003). Columbine Fallout: The Long-Term Effects on
    Free Expression Take Hold in Public Schools.
    Boston University Law Review, 83 (5), 1089-1140.


• Rhode Island v. Byrne, 2007 R.I. Super. LEXIS 163 (R.I. Sup'r. Ct. Nov. 5, 2007).

    *CITING:*

    Calvert, C., & Brown, J. (2000). Video Voyeurism, Privacy and the Internet: Exposing
    Peeping Toms in Cyberspace.  Cardozo Arts & Entertainment Law Journal, 18 (3), 469-568.


• Washington v. Boyd, 155 P.3d 188 (Wash. Ct. App. 2007).

    *CITING:*

    Calvert, C. (2004). Revisiting The Voyeurism Value in the First Amendment:
    From the Sexually Sordid to the Details of Death. Seattle Univ. Law Review, 27 (3), 721-749.


• Romero v. Drummond Co., 480 F.3d 1234 (11th Cir. 2007).

    *CITING:*

    Richards, R. D., and Calvert, C. (2000).  Counter Speech 2000: A New Look at
    the Old Remedy for "Bad" Speech.
    Brigham Young University Law Review, 2000 (2), 553-586.


• Sassower v. New York Times Co., Decision and Order, No. 05-19841 (N.Y. Sup. Ct. 2006).

    *CITING:*

    Calvert, C., & Richards, R. D.  (2003).  Journalistic Malpractice: Suing Jayson Blair and
    The New York Times for Fraud and Negligence.
    Fordham Intellectual Property, Media & Entertainment Law Journal, 14 (1), 1-28.


• United States v. Frabizio, 459 F.3d 80 (1st Cir. 2006).

    *CITING:*

    Calvert, C. (2004). The Perplexing Problem of Child Modeling Web Sites:
    Quasi-Child Pornography and Calls for New Legislation.
    California Western Law Review, 40 (2), 231-263.

Clay Calvert
May 30, 2025

• <u>Porter v. Ascension Parish School Board</u>, 393 F.3d 608 (5th Cir. 2004).

    *CITING:*

    Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
    Censorship of the Emerging Internet Underground.
    <u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.

    &amp;

    Richards, R. D., & Calvert, C. (2003). Columbine Fallout: The Long-Term Effects on
    Free Expression Take Hold in Public Schools.
    <u>Boston University Law Review, 83</u> (5), 1089-1140.

• <u>Vo v. City of Garden Grove</u>, 115 Cal. App. 4th 425 (Cal. Ct. App. 2004).

    *CITING:*

    Calvert, C., and Richards, R.D. (2003). Defending the First in the Ninth:
    Judge Alex Kozinski and the Freedoms of Speech and Press.
    <u>Loyola of Los Angeles Entertainment Law Review, 23</u> (2), 259-299.

• <u>Craver v. Povich</u>, 768 N.Y.S. 2d 571 (N.Y. Sup. Ct. 2003).

    *CITING:*

    Calvert, C. (2003). Media Liability for Violent Conduct: One Year Later.
    <u>Loyola of Los Angeles Entertainment Law Review, 23</u> (2), 247-257.

    &amp;

    Calvert, C. (2000). Media Bashing at the Turn of the Century:  The Threat to Free Speech
    After Columbine High and Jenny Jones.
    <u>Law Review of Michigan State University-Detroit College of Law, 2000</u> (1), 151-163.

## *Legal Texts*

• Jerome A. Barron, C. Thomas Dienes, Vayne McCormack & Martin H. Redish (2012).
    <u>Constitutional Law: Principles and Policy Cases and Materials</u> (8th ed. LexisNexis)

    *CITING:*
    Calvert, C. (2009).  Personalizing First Amendment Jurisprudence: Shifting Audiences & Imagined
    Communities to Determine Message Protection in Obscenity, Fighting Words and Defamation.
    <u>University of Florida Journal of Law & Public Policy, 20</u> (3), 439-477.

• Solove, D.J., & Schwartz, P.M. (Professors of Law at George Washington and Cal-Berkeley, respectively)
    (2008). <u>Privacy and the Media</u>.

    *CITING:*
    Calvert, C. (Westview, 2000). <u>Voyeur Nation: Media, Privacy and Peering in Modern Culture</u>.

    &amp;

    Calvert, C. (2004). Revisiting the Voyeurism Value in the First Amendment:
    From the Sexually Sordid to the Details of Death. <u>Seattle Univ. Law Review, 27</u> (3), 721-749.

Clay Calvert
May 30, 2025

• Choper, J.H. et al. (Professor of Law, University of California, Berkeley)
    (2001). <u>Constitutional Law: Cases, Comments, Questions</u> (9th ed.)

    *CITING:*
    Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
    <u>Cardozo Arts & Entertainment Law Journal, 17</u> (2), 273-320.

## Law Journals (Selected; in Chronological Order)

• Aviel, R., Kaminski, M.E., Massaro, T.M., & Woods, A.K. (Aviel = Prof. of Law, University of Denver
    Sturm College of Law; Kaminski = Prof. of Law, University of Colorado Law School; Massaro =
    Regents Prof. of Law Emerita & Dean and Milton O. Riepe Chair in Constitutional Law Emerita,
    University of Arizona James E. Rogers College of Law; Woods = Milton O. Riepe Professor of Law
    & Distinguished Legal Scholar, University of Arizona James E. Rogers College of Law).
    (2025). From Gods to Google.
    <u>Yale Law Journal, 134</u> (4), 1269.
    https://www.yalelawjournal.org/pdf/134.4.AvielKaminskiMassaroWoods_cipq1bjm.pdf

    *CITING:*

    Calvert, C. (2020). Selecting Scrutiny in Compelled-Speech Cases Involving Non-Commercial
    Expression: The Formulaic Landscape of a Strict-Scrutiny World After *Becerra* and *Janus*, and a First
    Amendment Interests-and-Values Alternative.
    <u>Fordham Intellectual Property, Media & Entertainment Law Journal, 31</u> (1), 1 – 117.
    https://ir.lawnet.fordham.edu/iplj/vol31/iss1/1/

• Lakier, G., & Douek, E. (Lakier = Professor of Law, University of Chicago Law School;
    Douek = Assistant Professor, Stanford Law School).
    (2025). The First Amendment Problem of Stalking: *Counterman*, *Stevens*, and the
    Limits of History and Tradition.
    <u>California Law Review, 113</u>, 143.
    https://www.californialawreview.org/print/stalking-counterman

    *CITING:*

    Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
    First Amendment Speech Cases After *Bruen*.
    <u>Duke Journal of Constitutional Law & Public Policy, 18</u>, 59 – 103.
    https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
    https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/

• Haupt, C.E. (Professor of Law and Political Science, Northeastern University).
    (2025). Democratic Self-Defense.
    <u>Fordham Law Review, 93</u>, 1377.
    https://fordhamlawreview.org/wp-content/uploads/2025/02/Vol.-93_Mar_13_Haupt_1377-1426.pdf

    *CITING:*

    Calvert, C. (2022). Anti-Censorship Rhetoric v. First Amendment Realities: The Fight Over
    Florida's Anti-Deplatforming Statute and Some Thoughts About Speaker Autonomy,
    Compelled Expression and Access Mandates in Online Fora.
    <u>First Amendment Law Review (University of North Carolina, Chapel Hill), 20</u> (3), 385–417.
    https://falrunc.files.wordpress.com/2022/08/3-calvert-for-publication.pdf

Clay Calvert
May 30, 2025

• Lawrence, M.B., & Yan, H. (Lawrence = Assoc. Dean of Faculty & Associate Prof., Emory Law).
(2025). Moral Panic or Public Health Crisis? Lessons from Drugs and Gambling for
"Addictive" Design.
<u>Seattle University Law Review, 48</u> (3), 623.
https://digitalcommons.law.seattleu.edu/sulr/vol48/iss3/4/

*CITING:*

Calvert, C. (Oct. 30, 2023). Lawsuits, Minors, and Social Media Addiction:
A Judge's Warning Shot to Platforms.
<u>American Enterprise Institute Ideas Post</u>.
https://www.aei.org/technology-and-innovation/lawsuits-minors-and-social-media-addiction-a-judges-warning-shot-to-platforms/

• Post, R. (Sterling Professor of Law, Yale Law School).
(2024). Theorizing Student Expression: A Constitutional Account of Student Free
Speech Rights.
<u>Stanford Law Review, 76</u> (Symposium), 1643.
https://review.law.stanford.edu/wp-content/uploads/sites/3/2024/10/Post-76-Stan.-L.-Rev.-1643.pdf

*CITING:*

Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
Censorship of the Emerging Internet Underground.
<u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.

• Papandrea, M.-R. (Samuel Ashe Distinguished Prof. of Constitutional Law, UNC School of Law).
(2024). Law Schools, Professionalism, and the First Amendment.
<u>Stanford Law Review, 76</u> (Symposium), 1609.
https://review.law.stanford.edu/wp-content/uploads/sites/3/2024/10/Papandrea-76-Stan.-L.-Rev.-1609.pdf

*CITING:*

Calvert, C. (2017). Professional Standards and the First Amendment in Higher Education:
When Institutional Academic Freedom Collides with Student Speech Rights.
<u>St. John's Law Review, 91</u> (3), 611 – 662.
https://scholarship.law.stjohns.edu/lawreview/vol91/iss3/3/

• Logan, W.A. (Steven M. Goldstein Professor, Florida State University College of Law).
(2024). Governmental Authority to Compel the Carrying of Stigmatizing Documents.
<u>Stanford Journal of Civil Rights and Civil Liberties, 20</u> (2), 220.
https://law.stanford.edu/publications/governmental-authority-to-compel-the-carrying-of-stigmatizing-documentsing-documents/

*CITING:*

Calvert, C. (2017). The Government Speech Doctrine in *Walker's* Wake: Early Rifts and
Reverberations on Free Speech, Viewpoint Discrimination and Offensive Expression.
<u>William & Mary Bill of Rights Journal, 25</u> (4), 1239 – 1299.
http://scholarship.law.wm.edu/wmborj/vol25/iss4/3/

• Reid, B.E. (Associate Professor of Law, University of Colorado Law School).
(2024). Uncommon Carriage.
<u>Stanford Law Review, 76</u> (1), 89.
https://review.law.stanford.edu/wp-content/uploads/sites/3/2024/01/Reid-76-Stan.-L.-Rev.-89.pdf

*CITING:*

Calvert, C. (2022). First Amendment Battles Over Anti-Deplatforming Statutes: Examining
*Miami Herald Publishing Co. v. Tornillo's* Relevance for Today's Online Social Media Platform Cases.
<u>New York University Law Review Online, 97</u> (1), 1 – 17.
https://www.nyulawreview.org/online-features/first-amendment-battles-over-anti-deplatforming-statutes-examining-miami-herald-publishing-co-v-tornillos-relevance-for-todays-online-social-media-platform-cases/

Clay Calvert
May 30, 2025

• Freilich, J. (Professor, Fordham Law School).
  (2024). Government Misinformation Platforms.
  University of Pennsylvania Law Review, 172 (6),1537.
  https://scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=9857&context=penn_law_review

  *CITING:*

  Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First Amendment
  and Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age?
  CommLaw Conspectus: Journal of Communications Law & Policy, 19 (1), 123 – 147.


• Rauch, D.E. (Climenko Fellow & Lecturer on Law, Harvard Law Sch.; Visiting Fellow, Yale Info. Soc'y Proj.).
  (2024). Defamation as Democracy Tort.
  University of Pennsylvania Law Review, 172 (6), 1453.
  https://scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=9856&context=penn_law_review

  *CITING:*

  Calvert, C. (1995).  Harm to Reputation: An Interdisciplinary Approach to the Impact
  of Denial of Defamatory Allegations.
  Pacific Law Journal, 26 (4), 933-960.


• Beermann, J.M. (Philip S. Beck Professor of Law, Boston University School of Law).
  (2024). The Anti-Innovation Supreme Court: Major Questions, Delegation, *Chevron*, and More.
  William & Mary Law Review, 65 (6), 1265.
  https://scholarship.law.wm.edu/cgi/viewcontent.cgi?article=4034&context=wmlr

  *CITING:*

  Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
  First Amendment Speech Cases After *Bruen*.
  Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
  https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
  https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/


• Levy, K.M. (Holt B. Harrison Distinguished Professor of Law, LSU Law School).
  (2024). The First Amendment in Education: May Faculty at Public Schools be Disciplined for
  Political Hate Speech?
  William & Mary Bill of Rights Journal, 33 (1), 169.
  https://scholarship.law.wm.edu/cgi/viewcontent.cgi?article=2094&context=wmborj

  *CITING:*

  Calvert, C. (2019). Merging Offensive Speech Cases with Viewpoint-Discrimination Principles:
  The Immediate Impact of *Matal v. Tam* on Two Strands of First Amendment Jurisprudence.
  William & Mary Bill of Rights Journal, 27 (3), 829 – 842.
  https://scholarship.law.wm.edu/wmborj/vol27/iss3/9/


• Blocher, J. (Lanty L. Smith Professor of Law, Duke Law School).
  (2024). Safe Storage and Self-Defense from *Heller* to *Bruen*.
  North Carolina Law Review, 102 (5), 1353.
  https://scholarship.law.unc.edu/cgi/viewcontent.cgi?article=6985&context=nclr

  *CITING:*

  Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
  First Amendment Speech Cases After *Bruen*.
  Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
  https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
  https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/

Clay Calvert
May 30, 2025

• Pettys, T.E. (H. Blair & Joan V. White Chair in Civil Litigation, University of Iowa College of Law).
    (2024). The First Amendment Speech Rights of College Student-Athletes.
    George Mason Law Review, 31 (3), 781.
    https://lawreview.gmu.edu/wp-content/uploads/2024/07/2-Pettys-Ready-for-Online-v3.pdf

    *CITING:*

    Calvert, C., & Richards, R. D. (2004).
    Fans and the First Amendment: Cheering and Jeering in College Sports.
    Virginia Sports & Entertainment Law Journal, 4 (1), 1-53.


• Willinger, A. (Lecturing Fellow, Duke Univ. Sch. of Law, & Exec. Director, Duke Center for Firearms Law).
    (2024). Missing Pieces: Gaps in the Record of Early American Decisional Law.
    Duke Law Journal Online, 73, 209.

    *CITING:*

    Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
    First Amendment Speech Cases After *Bruen*.
    Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
    https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
    https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/


• Elder, D.A. (Regents Prof. of Law Emeritus, Salmon P. Chase College of Law, Northern Ky. Univ.)
    (2024). "First Amendment Exceptionalism" and the Specter of an Orwellian America:
    Recordings of Police, All Public Officials (and Likely All of Us) in Public at Ground Level.
    George Mason University Civil Rights Law Journal, 34 (1), 1.

    *CITING:*

    Calvert, C. (2016). The Right to Record Images of Police in Public Places: Should Intent,
    Viewpoint or Journalistic Status Determine First Amendment Protection?
    UCLA Law Review Discourse, 64, 230 – 253.
    http://www.uclalawreview.org/wp-content/uploads/2016/07/Calvert-D64.pdf

    &

    Calvert, C., Tobin, C.D., & Bunker, M.D. (2016).  Newsgathering Takes Flight in Choppy Skies:
    Legal Obstacles Affecting Journalistic Drone Use.
    Fordham Intellectual Property, Media & Entertainment Law Journal, 26 (3), 535 – 571.
    http://ir.lawnet.fordham.edu/iplj/vol26/iss3/1/

    &

    Calvert, C. (Westview, 2004). Voyeur Nation: Media, Privacy and Peering in Modern Culture.

    &

    Calvert, C., and Richards, R.D. (2002).  The Irony of News Coverage:
    How the Media Harm Their Own First Amendment Rights.
    Hastings Communications and Entertainment Law Journal, 24 (2), 215-240.

Clay Calvert
May 30, 2025

• Bell, M.C. (Professor of Philosophy and Law, Washington & Lee University).
(2024). Children's Right to Access Potentially Critical Learning: Liberating Youth
From Propagation of Structural Injustice,
Southern California Review of Law & Social Justice, 33, 29.

*CITING:*

Calvert, C., & Bunker, M.D. (2013). An "Actual Problem" in First Amendment Jurisprudence?
Examining the Immediate Impact of *Brown's* Proof-of-Causation Doctrine on Free Speech and
Its Compatibility with the Marketplace Theory.
Hastings Communications & Entertainment Law Journal, 35 (3), 391 – 428.
https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol35/iss3/2/


• Segall, E.J. (Ashe Family Chair Professor of Law, Georgia State University College of Law).
(2024). Originalism, *Bruen*, and Constitutional Insanity.
Fordham Urban Law Journal Online, 1, 1.
https://ir.lawnet.fordham.edu/uljo/vol1/iss1/1/

*CITING:*

Calvert, C. (June 13, 2023). How the Supreme Court's Increasing Focus on the Past May Impact
Technology Regulation, Part I.
American Enterprise Institute Ideas.
https://www.aei.org/technology-and-innovation/how-the-supreme-courts-increasing-focus-on-the-past-may-impact-technology-regulation-part-i/


• Blocher, J., & Ruben, E. (Blocher: Lanty L. Smith '67 Prof. of Law, Duke University School of Law;
Ruben: Associate Prof. of Law, SMU Dedman School of Law).
(2023). Originalism-by-Analogy and Second Amendment Adjudication.
Yale Law Journal, 133, 99.

*CITING:*

Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
First Amendment Speech Cases After *Bruen*.
Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/


• Barnett, R.E., & Solum, L.B. (Barnett: Patrick Hotung Prof. of Con. Law, Georgetown University Law Center;
Solum: William L. Matheson & Robert M. Morgenthau Distinguished Prof. of Law, Univ. of Virginia
School of Law).
(2023). Originalism After *Dobbs, Bruen,* and *Kennedy*: The Role of History and Tradition.
Northwestern University Law Review, 118, 433.

*CITING:*

Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
First Amendment Speech Cases After *Bruen*.
Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/

Clay Calvert
May 30, 2025

- Charles, J.D. (Associate Professor of Law, Pepperdine University Caruso School of Law).
  (2023). The Dead Hand of a Silent Past: *Bruen*, Gun Rights, and the Shackles of History.
  Duke Law Journal, 73, 67.

  *CITING:*

  Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
  First Amendment Speech Cases After *Bruen*.
  Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
  https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
  https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/

- Inazu, J. (Sally D. Danforth Distinguished Prof. of Law and Religion, Washington University in St. Louis).
  (2023). First Amendment Scrutiny: Realigning First Amendment Doctrine Around
  Government Interests.
  Brooklyn Law Review, 89, 1.

  *CITING:*

  Calvert, C. (2021). Curing the First Amendment Scrutiny Muddle Through a Breyer-Based Blend Up?
  Toward a Less Categorial, More Values-Oriented Approach for Selecting Standards of Judicial Review.
  Washington University Journal of Law & Policy, 65, 1 – 17.
  https://openscholarship.wustl.edu/law_journal_law_policy/vol65/iss1/7/

- Levi, L. (Professor of Law, University of Miami School of Law).
  (2023). Disinformation and the Defamation Renaissance: A Misleading Promise of "Truth."
  University of Richmond Law Review, 57, 1235.

  *CITING:*

  Calvert, C. (2020). Privileging Opinion, Denigrating Discourse: How the Law of Defamation
  Incentivizes News Talk-Show Hyperbole.
  Pepperdine Law Review, 2020, 51–70.
  https://digitalcommons.pepperdine.edu/cgi/viewcontent.cgi?article=2565&context=plr

  &

  Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
  Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
  Wake Forest Law Review, 49 (1), 47 – 86.

- Tsesis, A. (Prof. & D'Alemberte Chair in Constitutional Law, Florida State University College of Law).
  (2023). Levels of Free Speech Scrutiny.
  Indiana Law Journal, 98, 1225.

  *CITING:*

  Calvert, C. (2020). Escaping Doctrinal Lockboxes in First Amendment Jurisprudence:
  Workarounds for Strict Scrutiny for Low-Value Speech in the Face of *Stevens* and *Reed*.
  SMU Law Review, 73 (4), 727 – 778.
  https://scholar.smu.edu/smulr/vol73/iss4/2/

138

Clay Calvert
May 30, 2025

• Schafer, M. (Adjunct Professor, Fordham University School of Law).
   (2023). A Duty to Impeach: Libel and Modern Liberalism after Dobbs.
   Missouri Law Review, 88, 811.

   *CITING:*

   Calvert, C., & Papandrea, M.-R. (2023). The End of Balancing? Text, History & Tradition in
   First Amendment Speech Cases After *Bruen*.
   Duke Journal of Constitutional Law & Public Policy, 18, 59 – 103.
   https://scholarship.law.duke.edu/djclpp/vol18/iss1/2/
   https://djclpp.law.duke.edu/article/the-end-of-balancing-text-history-tradition-in-first-amendment-speech-cases-after-bruen-calvert-vol18-iss1/

• Tsesis, A. (Visiting Professor of Law, George Washington University Law School).
   (2023). Justice Breyer's Balanced Reasoning on Free Speech: A Comparative Analysis.
   First Amendment Law Review, 21, 395.

   *CITING:*

   Calvert, C. (2020). Selecting Scrutiny in Compelled-Speech Cases Involving Non-Commercial
   Expression: The Formulaic Landscape of a Strict-Scrutiny World After *Becerra* and *Janus*, and a First
   Amendment Interests-and-Values Alternative.
   Fordham Intellectual Property, Media & Entertainment Law Journal, 31 (1), 1 – 117.
   https://ir.lawnet.fordham.edu/iplj/vol31/iss1/1/

• Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney School of Law).
   (2023). Core and Periphery in Constitutional Law.
   William & Mary Law Review Online, 64, 53.

   *CITING:*

   Calvert, C. (2019). *Iancu v. Brunetti's* Impact on First Amendment Law: Viewpoint Discrimination,
   Modes of Offensive Expression, Proportionality and Profanity.
   Columbia Journal of Law & the Arts, 43 (1), 37 – 84.
   https://journals.library.columbia.edu/index.php/lawandarts/article/view/4125

• Pettys, T.E. (H. Blair & Joan V. White Chair in Civil Litigation, University of Iowa College of Law).
   (2023). Serious Value, Prurient Appeal, and "Obscene" Books in the Hands of Children.
   William & Mary Bill of Rights Journal, 31, 1003.

   *CITING:*

   Calvert, C. (2001). Regulating Sexual Images on the Web: Last Call for Miller Time,
   But New Issues Remain Untapped.
   Hastings Communications and Entertainment Law Journal, 23 (3), 507-536.

• Smolla, R.A. (President, Vermont Law and Graduate School).
   (2023). Stalking, True Threats and the Evolving Meaning of Intent Under the First Amendment:
   The Significance of *Counterman v. Colorado*.
   Vermont Law Review, 48, 1.

   *CITING:*

   Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
   Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
   Wake Forest Law Review, 49 (1), 47 – 86.

139

Clay Calvert
May 30, 2025

- Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney School of Law).
  (2023). University Missions and Legal Limitations on Campus Speech.
  Journal of Law & Education, 52, 222.

  *CITING:*

  Calvert, C. (2017). Professional Standards and the First Amendment in Higher Education:
  When Institutional Academic Freedom Collides with Student Speech Rights.
  St. John's Law Review, 91 (3), 611 – 662.
  https://scholarship.law.stjohns.edu/lawreview/vol91/iss3/3/

- West, S.R., et al. (Brumby Distinguished Prof. of First Amendment Law, Univ. of Georgia School of Law).
  (2023). All the News That's Fit to be Identified: Facilitating Access to High-Quality News Through
  Internet Platforms.
  Colorado Technology Law Journal, 21, 1.

  *CITING:*

  Calvert, C. (1999). And You Call Yourself a Journalist? Wrestling With a Definition of "Journalist"
  in the Law.
  Dickinson Law Review, 103 (2), 411-451.
  https://ideas.dickinsonlaw.psu.edu/dlra/vol103/iss2/4/

- Klein, L., & Peters, J. (Klein: Carter Research Fellow, Grady College of Journ. & Mass Comm, U. of Georgia;
  Peters: Associate Prof. of Journalism, Grady College of Journ. & Mass Comm, U. of Georgia).
  (2023). Regulating Off-Campus Student Expression: Mahanoy Area School District v. B.L.:
  The Good News for College Student Journalists.
  First Amendment Law Review, 21, 40.

  *CITING:*

  Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
  American University Law Review, 58, 1167-1191.
  https://www.wcl.american.edu/journal/lawrev/58/calvert.pdf?rd=1

  &

  Calvert, C. (2008). Misuse and Abuse of *Morse v. Frederick* by Lower Courts: Stretching the
  High Court's Ruling Too Far to Censor Student Expression.
  Seattle University Law Review, 32 (1), 1-34.

- Ardia, D.S. (Reef C. Ivey II Excellence Fund Term Professor of Law, U. of North Carolina Sch. of Law).
  (2022). Beyond the Marketplace of Ideas: Bridging Theory and Doctrine to Promote Self-Governance.
  Harvard Law & Policy Review, 16, 275.

  *CITING:*

  Richards, R. D., & Calvert, C. (2000).  Counterspeech 2000: A New Look at
  the Old Remedy for "Bad" Speech.
  Brigham Young University Law Review, 2000 (2), 553-586.
  https://digitalcommons.law.byu.edu/lawreview/vol2000/iss2/2/

Clay Calvert
May 30, 2025

• Papandrea, M.-R. (Samuel Ashe Distinguished Prof. of Constitutional Law, U. of North Carolina Sch. of Law).
(2022). The Future of the First Amendment Foretold.
Wake Forest Law Review, 57, 897.

CITING:

Bunker, M.D., & Calvert, C. (2010). Contrasting Concurrences of Clarence Thomas:
Deploying Originalism and Paternalism in Commercial and Student Speech Cases.
Georgia State University Law Review, 26 (2), 321-359.


• Pettys, T.E. (H. Blair and Joan V. White Chair in Civil Litigation, University of Iowa College of Law).
(2022). Constructing Students' Speech Rights, from College Admissions to Professional Schools.
San Diego Law Review, 59, 229.

CITING:

Calvert, C. (2020). Rescinding Admission Offers in Higher Education:  The Clash Between Free Speech
and Institutional Academic Freedom When Prospective Students' Racist Posts Are Exposed.
UCLA Law Review Discourse, 68, 282 – 300.
https://www.uclalawreview.org/rescinding-admission-offers-in-higher-education-the-clash-between-free-speech-and-institutional-academic-freedom-when-prospective-students-racist-posts-are-exposed/

&

Calvert, C. (2017). Professional Standards and the First Amendment in Higher Education:
When Institutional Academic Freedom Collides with Student Speech Rights.
St. John's Law Review, 91 (3), 611 – 662.
https://scholarship.law.stjohns.edu/lawreview/vol91/iss3/3/


• Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney School of Law).
(2022). Fighting Words Today.
Pepperdine Law Review, 2022, 805.

CITING:

Calvert, C. (2010). Fighting Words in the Era of Texts, IMs and E-Mails:
Can a Disparaged Doctrine be Resuscitated to Punish Cyber Bullies?
DePaul Journal of Art, Technology & Intellectual Property Law, 21 (1), 1 – 48.


• Turley, J. (J.B. and Maurice C. Shapiro Chair of Public Interest Law, George Washington University).
(2022). Harm and Hegemony: The Decline of Free Speech in the United States.
Harvard Journal of Law & Public Policy, 45, 571.

CITING:

Calvert, C. (2020). Escaping Doctrinal Lockboxes in First Amendment Jurisprudence:
Workarounds for Strict Scrutiny for Low-Value Speech in the Face of Stevens and Reed.
SMU Law Review, 73 (4), 727 – 778.
https://scholar.smu.edu/smulr/vol73/iss4/2/


• Post, R. (Sterling Professor of Law, Yale Law School).
(2022). NIFLA and the Construction of Compelled Speech Doctrine.
Indiana Law Journal, 97, 1071.

CITING:

Calvert, C. (2019).  Wither Zauderer, Blossom Heightened Scrutiny?  How the Supreme Court's
2018 Rulings in Becerra and Janus Exacerbate Problems with Compelled-Speech Jurisprudence.
Washington and Lee Law Review, 76 (4), 1395 – 1441.
https://scholarlycommons.law.wlu.edu/wlulr/vol76/iss4/3/

Clay Calvert
May 30, 2025

&

Calvert, C. (2019).  Is Everything a Full-Blown First Amendment Case After *Becerra* and *Janus*?
Sorting Out Standards of Scrutiny and Untangling "Speech as Speech" Cases From Disputes
Incidentally Affecting Expression.
<u>Michigan State Law Review, 2019</u>, 73 – 138.
https://digitalcommons.law.msu.edu/lr/vol2019/iss1/3/

• Chen, A. (Thompson G. Marsh Law Alumni Professor, University of Denver Sturm College of Law).
(2022). Compelled Speech and the Regulatory State.
<u>Indiana Law Journal, 97</u>, 881.

*CITING:*

Calvert, C. (2019).  Wither *Zauderer*, Blossom Heightened Scrutiny?  How the Supreme Court's
2018 Rulings in *Becerra* and *Janus* Exacerbate Problems with Compelled-Speech Jurisprudence.
<u>Washington and Lee Law Review, 76</u> (4), 1395 – 1441.
https://scholarlycommons.law.wlu.edu/wlulr/vol76/iss4/3/

• Tsesis, A. (George Washington University Law School, Visiting Prof. of Law; Loyola University Chicago
School of Law, Prof. and Raymond & Mary Simon Chair in Constitutional Law).
(2022). Compelled Speech and Proportionality.
<u>Indiana Law Journal, 97</u>, 812.

*CITING:*

Calvert, C. (2019).  Wither *Zauderer*, Blossom Heightened Scrutiny?  How the Supreme Court's
2018 Rulings in *Becerra* and *Janus* Exacerbate Problems with Compelled-Speech Jurisprudence.
<u>Washington and Lee Law Review, 76</u> (4), 1395 – 1441.
https://scholarlycommons.law.wlu.edu/wlulr/vol76/iss4/3/

&

Calvert, C. (2019).  Is Everything a Full-Blown First Amendment Case After *Becerra* and *Janus*?
Sorting Out Standards of Scrutiny and Untangling "Speech as Speech" Cases From Disputes
Incidentally Affecting Expression.
<u>Michigan State Law Review, 2019</u>, 73 – 138.
https://digitalcommons.law.msu.edu/lr/vol2019/iss1/3/

• Stern, N. (John W. & Ashley E. Frost Professor of Law, Florida State University College of Law).
(2022). The Stubborn Survival of the *Central Hudson* Test for Commercial Speech.
<u>Seattle University Law Review, 45</u>, 647.

*CITING:*

Calvert, C. (2019).  Is Everything a Full-Blown First Amendment Case After *Becerra* and *Janus*?
Sorting Out Standards of Scrutiny and Untangling "Speech as Speech" Cases From Disputes
Incidentally Affecting Expression.
<u>Michigan State Law Review, 2019</u>, 73 – 138.
https://digitalcommons.law.msu.edu/lr/vol2019/iss1/3/

&

Bunker, M.D., Calvert, C., & Nevin, W.C. (2011).  Strict in Theory, But Feeble in Fact?
First Amendment Strict Scrutiny and the Protection of Speech.
<u>Communication Law and Policy, 16</u> (4), 349 – 381.

Clay Calvert
May 30, 2025

• Stern, N. (John W. & Ashley E. Frost Professor of Law, Florida State University College of Law).
  (2022). Rethinking Absolute Immunity from Defamation Suits in Private Quasi-Judicial Proceedings.
  University of New Hampshire Law Review, 21, 117.

  *CITING:*

  Calvert, C. (2020). Selecting Scrutiny in Compelled-Speech Cases Involving Non-Commercial
  Expression: The Formulaic Landscape of a Strict-Scrutiny World After *Becerra* and *Janus*, and a First
  Amendment Interests-and-Values Alternative.
  Fordham Intellectual Property, Media & Entertainment Law Journal, 31 (1), 1 – 117.
  https://ir.lawnet.fordham.edu/iplj/vol31/iss1/1/

• Garfield Tenzer, L.Y. (Luk-Cummings Fac. Scholar & Prof. of Law, Elisabeth Haub Sch. of Law, Pace Univ.)
  (2022). Social Media Harms and the Common Law.
  Brooklyn Law Review, 88, 227.

  *CITING:*

  Calvert, C. (2010). Fighting Words in the Era of Texts, IMs and E-Mails:
  Can a Disparaged Doctrine be Resuscitated to Punish Cyber Bullies?
  DePaul Journal of Art, Technology & Intellectual Property Law, 21 (1), 1 – 48.
  https://via.library.depaul.edu/jatip/vol21/iss1/2/

• Bunker, M.D., & Erickson, E. (Reese Phifer Prof. of Journalism Emeritus, University of Alabama;
  Prof., Department of Comm., California State University, Fullerton).
  (2022). The Jurisprudence of Public Concern in Anti-SLAPP Law: Shifting Boundaries in
  State Statutory Protection of Free Expression.
  Hastings Communications and Entertainment Law Journal, 44, 133.

  *CITING:*

  Calvert, C. (2012). Defining "Public Concern" After *Snyder v. Phelps*:
  A Pliable Standard Mingles With News Media Complicity.
  Villanova Sports and Entertainment Law Journal, 19 (1), 39 – 71.
  https://digitalcommons.law.villanova.edu/mslj/vol19/iss1/2/

  &

  Calvert, C., & Bunker, M.D. (2015). Know Your Audience:  Risky Speech at the Intersection of
  Meaning and Value in First Amendment Jurisprudence.
  Loyola of Los Angeles Entertainment Law Review, 35 (2), 141 – 210.
  https://digitalcommons.lmu.edu/elr/vol25/iss1/6/

• Rapp, G.C. (Harold A. Anderson Prof. of Law and Values, the University of Toledo College of Law).
  (2022). LGBTQ+ Rights, Anti-Homophobia and Tort Law Five Years After *Obergefell*.
  University of Illinois Law Review, 2022, 1103.

  *CITING:*

  Calvert, C., Hampton, A.T., & Vining, A. (2018). Defamation Per Se and Transgender Status:
  When Macro-Level Value Judgments About Equality Trump Micro-Level Reputational Injury.
  Tennessee Law Review, 85, 1029 – 1072.
  https://tennesseelawreviewdotcom.files.wordpress.com/2019/03/7-calvert-macros-v5.pdf

Clay Calvert
May 30, 2025

• Gersen, J.S. (John H. Watson, Jr. Professor of Law, Harvard Law School).
   (2022). Academic Freedom and Discrimination in a Polarizing Time.
   Houston Law Review, 59, 781.

   *CITING:*

   Calvert, C. (2020). Rescinding Admission Offers in Higher Education:  The Clash Between Free Speech
   and Institutional Academic Freedom When Prospective Students' Racist Posts Are Exposed.
   UCLA Law Review Discourse, 68, 282 – 300.
   https://www.uclalawreview.org/rescinding-admission-offers-in-higher-education-the-clash-between-free-speech-and-institutional-academic-freedom-when-prospective-students-racist-posts-are-exposed/

• Goldberg, E. (Professor of Law, University of Dayton Law School).
   (2022). First Amendment Contradictions and Pathologies in Discourse.
   Arizona Law Review, 64, 307.

   *CITING:*

   Calvert, C. (2019). First Amendment Envelope Pushers: Revisiting the Incitement-to-Violence Test
   with Messrs. Brandenburg, Trump & Spencer.
   Connecticut Law Review, 51 (1), 117 – 154.
   https://tinyurl.com/r7tp42g

• Coleman, C.H. (Professor of Law, Seton Hall Law School).
   (2022).  Physicians Who Disseminate Medical Misinformation: Testing the Constitutional Limits
   on Professional Disciplinary Action.
   First Amendment Law Review, 20, 1.

   *CITING:*

   Calvert, C. (2019).  Wither *Zauderer*, Blossom Heightened Scrutiny?  How the Supreme Court's
   2018 Rulings in *Becerra* and *Janus* Exacerbate Problems with Compelled-Speech Jurisprudence.
   Washington and Lee Law Review, 76 (4), 1395 – 1441.
   https://scholarlycommons.law.wlu.edu/wlulr/vol76/iss4/3/

• Robertson, C.B., & Hoffman, S. (BakerHostetler Prof. of Law, Case Western Reserve University
   School of Law; Prof. of Law and Prof. of Bioethics Case Western Reserve University
   School of Law).
   (2022). Professional Speech at Scale.
   University of California Davis Law Review, 55, 2063.

   *CITING:*

   Calvert, C. (2019).  Is Everything a Full-Blown First Amendment Case After *Becerra* and *Janus*?
   Sorting Out Standards of Scrutiny and Untangling "Speech as Speech" Cases From Disputes
   Incidentally Affecting Expression.
   Michigan State Law Review, 2019, 73 – 138.
   https://digitalcommons.law.msu.edu/lr/vol2019/iss1/3/

• Pettys, T.E. (H. Blair & Joan V. White Chair in Civil Litigation, University of Iowa College of Law).
   (2022). Hostile Learning Environments, the First Amendment, and Public Higher Education.
   Connecticut Law Review, 54, 2.

   *CITING:*

   Bunker, M.D., & Calvert, C. (2010). Contrasting Concurrences of Clarence Thomas:
   Deploying Originalism and Paternalism in Commercial and Student Speech Cases.
   Georgia State University Law Review, 26 (2), 321-359.

Clay Calvert
May 30, 2025

• Elder, D. (Regents Prof. of Law Emeritus, Salmon P. Chase College of Law, Northern Kentucky Univ.).
    (2022). The Law of Defamation, the First Amendment, and Justice William H. Rehnquist's
    Attempts to "Hold[] the Balance True": A Framework for Assessing the Continuing Viability of
    New York Times v. Sullivan.
    Louisiana Law Review, 83, 129.

    *CITING:*
    Richards, R. D., & Clay Calvert (2006). Suing the News Media in the Age of Tabloid Journalism:
    L. Lin Wood and the Battle for Accountability.
    Fordham Intellectual Property, Media & Entertainment Law Journal, 16, 467-518.


• Molk, P., & Partnoy, F. (Prof. of Law, Univ. of Florida Levin College of Law, & Adrian A. Kragen Prof.
    of Law, UC Berkeley School of Law).
    (2022). The Long-Term Effects of Short Selling and Negative Activism.
    University of Illinois Law Review, 2022, 1.

    *CITING:*

    Calvert, C. (2011). Revisiting the Right to Offend Forty Years After *Cohen v. California*:
    One Case's Legacy on First Amendment Jurisprudence.
    First Amendment Law Review (University of North Carolina, Chapel Hill), 10 (1), 1 – 56.


• Gilden, A., & Wasserman Rajec, S.R. (Assoc. Prof., Willamette U. College of Law, & Prof. of Law,
    William & Mary Law School).
    (2022). Pleasure Patents.
    Boston College Law Review, 63, 571.

    *CITING:*

    Calvert, C. (2010). The End of Forum Shopping in Internet Obscenity Cases? The Ramifications
    of the Ninth Circuit's Groundbreaking Understanding of Community Standards in Cyberspace.
    Nebraska Law Review, 89 (1), 47-86.


• Kasper, E.T. (Prof. & Director of the Menard Center for Constitutional Studies, Univ. Wisc.-Eau Claire).
    (2022). Free Speech, Social Media, and Public Universities: How the First Amendment Limits
    University Sanctions for Online Expression and Empowers Students, Staff, and Faculty.
    Mitchell Hamline Law Review, 48, 407.

    *CITING:*

    Calvert, C. (2019). *Iancu v. Brunetti's* Impact on First Amendment Law: Viewpoint Discrimination,
    Modes of Offensive Expression, Proportionality and Profanity.
    Columbia Journal of Law & the Arts, 43 (1), 37 – 84.
    https://journals.library.columbia.edu/index.php/lawandarts/article/view/4125


• Bedi, S. (Assistant Professor of Business Law, Indiana University).
    (2001). The Myth of the Chilling Effect.
    Harvard Journal of Law & Technology, 35, 267.

    *CITING:*

    Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
    Journal of Communication, 47 (1), 4-19.

Clay Calvert
May 30, 2025

• Batchis, W. (Director of Legal Studies and Assoc. Prof. of Political Science, University of Delaware).
   (2021). Against Strict Scrutiny: The Supreme Court's Quiet Degradation of First Amendment
   Speech Protection.
   University of Kansas Law Review, 70, 39.

   *CITING:*

   Bunker, M.D., Calvert, C., & Nevin, W.C. (2011). Strict in Theory, But Feeble in Fact?
   First Amendment Strict Scrutiny and the Protection of Speech.
   Communication Law and Policy, 16 (4), 349 – 381.


• Matwyshyn, A.M., & Mowbray, M. (Assoc. Dean of Innovation & Prof. of Law & Engineering Policy,
   Penn State Law, & Honorary Lecturer, Centre for Doctoral Training in Interactive AI,
   Univ. of Bristol).
   (2021). Fake.
   Cardozo Law Review, 43, 643.

   *CITING:*

   Calvert, C., McNeff, S., Vining, A., & Zarate, S. (2018). Fake News and the First Amendment:
   Reconciling a Disconnect Between Theory and Doctrine.
   University of Cincinnati Law Review, 86 (1), 99 – 138.
   https://scholarship.law.uc.edu/uclr/vol86/iss1/3/


• Aswad, E.M. (Herman G. Kaiser Chair in International Law, University of Oklahoma College of Law)
   (2021). Taking Exception to Assessments of American Exceptionalism: Why the United States
   Isn't Such an Outlier on Free Speech.
   Dickinson Law Review, 126, 69.

   *CITING:*

   Calvert, C., & Bunker, M.D. (2013). An "Actual Problem" in First Amendment Jurisprudence?
   Examining the Immediate Impact of *Brown's* Proof-of-Causation Doctrine on Free Speech and
   Its Compatibility with the Marketplace Theory.
   Hastings Communications & Entertainment Law Journal, 35 (3), 391 – 428.
   https://repository.uchastings.edu/hastings_comm_ent_law_journal/vol35/iss3/2/


• Smith, Jr., F.O. (Associate Professor, Emory University School of Law).
   (2021). On Time, (In)Equality, and Death.
   Michigan Law Review, 120, 195.

   *CITING:*

   Calvert, C. (2005-06). The Privacy of Death: An Emergent Jurisprudence and Legal Rebuke to
   Media Exploitation & a Voyeuristic Culture.
   Loyola of Los Angeles Entertainment Law Review, 26, 133-169.
   https://digitalcommons.lmu.edu/elr/vol26/iss2/1/


• Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney School of Law).
   (2021). How to Do Surgery on the Constitutional Law of Libel.
   SMU Law Review Forum, 74, 145.

   *CITING:*

   Calvert, C. (2014). Public Concern and Outrageous Speech: Testing the Inconstant Boundaries
   of IIED and the First Amendment Three Years After *Snyder v. Phelps*.
   University of Pennsylvania Journal of Constitutional Law, 17 (2), 437 – 478.
   https://scholarship.law.upenn.edu/jcl/vol17/iss2/3/

Clay Calvert
May 30, 2025

- Harduf, A. (Senior Lecturer, Zefat Academic College, Israel).
  (2021). Rape Goes Cyber: Online Violations of Sexual Autonomy.
  University of Baltimore Law Review, 50, 357.

  *CITING:*

  Calvert, C., et al. (2010). Playing Legislative Catch-Up in 2010 with a Growing, High-Tech
  Phenomenon: Evolving Statutory Approaches for Addressing Teen Sexting.
  Pittsburgh Journal of Technology Law & Policy, 11 (1), 1 – 60.
  http://tlp.law.pitt.edu/ojs/index.php/tlp/article/view/58

- Gibbons, J.L. (Distinguished University Professor of Law, University of Toledo College of Law).
  (2021). Liberty or Licentiousness: Disinsenting, Disparaging, and Scandalous Marks Post-*Tam*
  and *Brunetti*.
  Hastings Science and Technology Law Journal, 12, 83.

  *CITING:*

  Calvert, C. (2019).  Merging Offensive Speech Cases with Viewpoint-Discrimination Principles:
  The Immediate Impact of *Matal v. Tam* on Two Strands of First Amendment Jurisprudence.
  William & Mary Bill of Rights Journal, 27 (3), 829 – 842.
  https://scholarship.law.wm.edu/wmborj/vol27/iss3/9/

- Thusi, I.I. (Professor, Indiana University Maurer School of Law).
  (2021). Reality Porn.
  New York University Law Review, 96, 738.

  *CITING:*

  Calvert, C. (2001). Regulating Sexual Images on the Web: Last Call for Miller Time,
  But New Issues Remain Untapped.
  Hastings Communications and Entertainment Law Journal, 23 (3), 507-536.

- Snow, N. (Ray Taylor Fair Professor of Law, University of South Carolina).
  (2021). Copyright, Obscenity, and Unclean Hands.
  Baylor Law Review, 73, 386.

  *CITING:*

  Calvert, C., & Richards, R. D. (2007). Porn in Their Words: Female Leaders in
  The Adult Entertainment Industry Address Free Speech, Censorship, Feminism,
  Culture and the Mainstreaming of Adult Content.
  Vanderbilt Journal of Entertainment & Technology, 9 (2), 255-299.

- Volokh, E. (Gary T. Schwartz Professor of Law, UCLA School of Law).
  (2021).  What Cheap Speech Has Done: (Greater) Equality and Its Discontents.
  U.C. Davis Law Review, 54, 2303.

  *CITING:*

  Calvert, C. (2012). Defining "Public Concern" After *Snyder v. Phelps*:
  A Pliable Standard Mingles With News Media Complicity.
  Villanova Sports and Entertainment Law Journal, 19 (1), 39 – 71.
  https://digitalcommons.law.villanova.edu/mslj/vol19/iss1/2/

Clay Calvert
May 30, 2025

• Baker, III, T.A., Edelman, M., & Holden, J.T. (Baker=Prof. of Sports Law, Sport Management Program,
         University of Georgia).
         (2021). Global Sports Leagues and China's Free Speech Problem.
         <u>Tulane Law Review, 95</u>, 821.

         *CITING:*

         Calvert, C., & Richards, R. D. (2004).
         Fans and the First Amendment: Cheering and Jeering in College Sports.
         <u>Virginia Sports & Entertainment Law Journal, 4</u> (1), 1-53.


• Garon, J. (Professor of Law, Nova Southeastern University Shepard Broad College of Law).
         (2021). Constitutional Limits on Administrative Agencies in Cyberspace.
         <u>Belmont Law Review, 8</u>, 499.

         *CITING:*

         Calvert, C. (2018 – 2019). The First Amendment, Compelled Speech & Minors:
         Jettisoning the FCC Mandate for Children's Television Programming.
         <u>Kentucky Law Journal, 107</u> (1), 35 – 59.


• LoMonte, F., & Shannon, C. (Prof. & Director Joseph L. Brechner Center for Freedom of Information at the
         University of Florida; Legal Researcher, Joseph L. Brechner Center for Freedom of Information).
         (2021). Admissions Against Pinterest: The First Amendment Implications of Reviewing College
         Applicants' Social Media Speech.
         <u>Hofstra Law Review, 49</u>, 773.

         *CITING:*

         Calvert, C. (2020). Rescinding Admission Offers in Higher Education:  The Clash Between Free Speech
         and Institutional Academic Freedom When Prospective Students' Racist Posts Are Exposed.
         <u>UCLA Law Review Discourse, 68</u>, 282 – 300.
         https://www.uclalawreview.org/rescinding-admission-offers-in-higher-education-the-clash-between-free-speech-and-institutional-academic-freedom-when-prospective-students-racist-posts-are-exposed/


• Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney Sch. of Law).
         (2021). A Variable Number of Cheers for Viewpoint-based Regulations of Speech.
         <u>Notre Dame Law Review Online, 96</u>, 82.

         *CITING:*

         Calvert, C. (2019).  *Iancu v. Brunetti's* Impact on First Amendment Law: Viewpoint Discrimination,
         Modes of Offensive Expression, Proportionality and Profanity.
         <u>Columbia Journal of Law & the Arts, 43</u> (1), 37 – 84.
         https://journals.library.columbia.edu/index.php/lawandarts/article/view/4125


• Chen, A. (Professor of Law, University of Denver Sturm College of Law).
         (2020). Free Speech, Rational Deliberation, and Some Truths About Lies.
         <u>William & Mary Law Review, 62</u>, 357.

         *CITING:*

         Calvert, C., & Vining, A. (2018).  Filtering Fake News Through a Lens of Supreme Court
         Observations and Adages.
         <u>First Amendment Law Review (University of North Carolina, Chapel Hill), 16</u>, 153 – 177.
         https://www.jou.ufl.edu/wp-content/uploads/2018/03/CalvertandVining_Final.pdf
         https://falrunc.files.wordpress.com/2018/03/falr-volume-16-symposium-issue3.pdf

Clay Calvert
May 30, 2025

&

Calvert, C., McNeff, S., Vining, A., & Zarate, S. (2018). Fake News and the First Amendment:
Reconciling a Disconnect Between Theory and Doctrine.
University of Cincinnati Law Review, 86 (1), 99 – 138.
https://scholarship.law.uc.edu/uclr/vol86/iss1/3/


• Strasser, M.P. (Trustees Professor of Law, Capital University Law School).
(2020). Those Are Fighting Words, Aren't They?  On Adding Injury to Insult.
Case Western Reserve Law Review, 71, 249.

CITING:

Calvert, C. (2011, March). *Cohen v. California* Turns Forty: F--- the Midlife Crisis.
American Bar Association (ABA) Communications Lawyer, 27 (4), pp. 5 – 7.


• Hudson, Jr., D.L., & Glenn, J.D (Hudson is the Justice Robert H. Jackson Fellow with the Foundation for
Individual Rights in Education (FIRE) and Assist. Prof. of Law at Belmont University College of Law).
(2020). Fixed Stars: Famous First Amendment Phrases and Their Indelible Impact.
Charleston Law Review, 15, 189.

CITING:

Calvert, C. (2011). Revisiting the Right to Offend Forty Years After *Cohen v. California*:
One Case's Legacy on First Amendment Jurisprudence.
First Amendment Law Review (University of North Carolina, Chapel Hill), 10 (1), 1 – 56.


• Prescott, J.J., & Starr, S.B. (Henry King Ransom Prof. of Law and Henry M. Butzel Prof. of Law,
respectively, and Co-Directors of the Empirical Legal Studies Center, University of Michigan
Law School).
(2020). Expungement of Criminal Convictions: An Empirical Study.
Harvard Law Review, 133, 2460.

CITING:

Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First Amendment
and Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age?
CommLaw Conspectus: Journal of Communications Law & Policy, 19 (1), 123 – 147.


• Sunstein, C. (Robert Walmsley University Prof., Harvard Law School).
(2020). Falsehoods and the First Amendment.
Harvard Journal of Law & Technology, 33, 387.

CITING:

Richards, R. D., & Calvert, C. (2000).  Counterspeech 2000: A New Look at
the Old Remedy for "Bad" Speech.
Brigham Young University Law Review, 2000 (2), 553-586.

Clay Calvert
May 30, 2025

• Schauer, F. (David and Mary Harrison Distinguished Professor of Law, University of Virginia).
(2020). Oliver Wendell Holmes, the Abrams Case, and the Origins of the Harmless Speech Tradition.
Seton Hall Law Review, 51, 205.

CITING:

Richards, R. D., & Calvert, C. (2003). Columbine Fallout: The Long-Term Effects on
Free Expression Take Hold in Public Schools.
Boston University Law Review, 83 (5), 1089–1140.


• Rohr, M. (Professor of Law Emeritus, Shepard Broad College of Law, Nova Southeastern University).
(2020). Some First Amendment Implications of the Trademark Registration Decisions.
Marquette Intellectual Property Law Review, 24, 105.

CITING:

Calvert, C. (2019).  Merging Offensive Speech Cases with Viewpoint-Discrimination Principles:
The Immediate Impact of Matal v. Tam on Two Strands of First Amendment Jurisprudence.
William & Mary Bill of Rights Journal, 27 (3), 829 – 842.
https://scholarship.law.wm.edu/wmborj/vol27/iss3/9/


• Hudson, Jr., D.L. (Justice Robert H. Jackson Fellow for the Foundation for Individual Rights in Education
(FIRE) and First Amendment Fellow for the Freedom Forum Institute).
(2020). Tinker at 50: Student Activism on Campus: Unsettled Questions in Student Speech Law.
University of Pennsylvania Journal of Constitutional Law, 22, 1113.

CITING:

Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
American University Law Review, 58, 1167-1191.

&

Calvert, C. (2009).  Punishing Public School Students for Bashing Principals, Teachers &
Classmates in Cyberspace: The Speech Issue the Supreme Court Must Now Resolve.
First Amendment Law Review (Univ. of North Carolina School of Law), 7, 210 – 252.


• Mendlow, G.S. (Prof. of Law and Prof. of Philosophy, University of Michigan).
(2020). Thoughts, Crimes, and Thought Crimes.
Michigan Law Review, 118, 841.

CITING:

Calvert, C. (2005). Freedom of Thought, Offensive Fantasies and the Fundamental Human
Right to Hold Deviant Ideas: Why the Seventh Circuit was Wrong in Doe v. Lafayette.
Pierce Law Review, 3 (2), 125–159.


• Perry, R. (Prof. of Law and Director, Aptowitzer Center for the Study of Risk, Liability, and Insurance,
University of Haifa).
(2020). Civil Liability for Cyberbullying.
University of California Irvine Law Review, 10, 1219.

CITING:

Calvert, C. (2010). Fighting Words in the Era of Texts, IMs and E-Mails:
Can a Disparaged Doctrine be Resuscitated to Punish Cyber Bullies?
DePaul Journal of Art, Technology & Intellectual Property Law, 21 (1), 1 – 48.

Clay Calvert
May 30, 2025

- Papandrea, M.R. (Samuel Ashe Distinguished Prof. of Con. Law, Univ. North Carolina School of Law).
  (2020). Protecting the Role of the Press During Times of Crisis.
  William & Mary Law Review, 61, 1159.

  *CITING*:

  Calvert, C., & Torres, M. (2011). Putting the Shock Value in First Amendment Jurisprudence: When Freedom for the Citizen-Journalist Watchdog Trumps the Right of Informational Privacy on the Internet.  Vanderbilt Journal of Entertainment & Technology Law, 13 (2), 323 – 355.


- Redish, M.H. & Pereya, J. (Redish: Louis and Harriet Ancel Prof. of Law and Public Policy, Northwestern University Pritzker School of Law).
  (2020). Resolving the First Amendment's Civil War: Political Fraud and the Democratic Goals of Free Expression.
  Arizona Law Review, 62, 451.

  *CITING*:

  Calvert, C. (1997). When First Amendment Principles Collide: Negative Political Advertising & the Demobilization of Democratic Self-Governance.
  Loyola of Los Angeles Law Review, 30 (4), 1539-72.


- Lasson, K. (Professor of Law, University of Baltimore).
  (2020). Dalliances, Defenses, and Due Process: Prosecuting Sexual Harassment in the Me Too Era.
  University of Massachusetts Law Review, 15, 54.

  *CITING*:

  Calvert, C.  (2014). False Accusations of Homophobia and Racism: Are They Libelous?
  Huffington Post (July 17, 2014, 5:53 PM),
  https://www.huffingtonpost.com/clay-calvert/false-accusations-of-homo_b_5597047.html [https://perma.cc/RA6E-8CTZ]
  (last updated Sept. 16, 2014).


- Fuller, B.P., et al. (Fuller: Asst. Prof. of Journalism, Elon Univ. School of Communications, and Director of the North Carolina Open Government Coalition).
  (2020). Porn Wars: Serious Value, Social Harm, and the Burdens of Modern Obscenity Doctrine.
  American University Journal of Gender, Social Policy & Law, 28, 121.

  *CITING*:

  Calvert, C., & Richards, R. D. (2007). Porn in Their Words: Female Leaders in The Adult Entertainment Industry Address Free Speech, Censorship, Feminism, Culture and the Mainstreaming of Adult Content.
  Vanderbilt Journal of Entertainment & Technology, 9 (2), 255-299.

  &

  Richards, R. D., & Calvert, C. (2003). Nadine Strossen and Freedom of Expression: A Dialogue with the ACLU's Top Card-Carrying Member.
  George Mason University Civil Rights Law Journal, 13 (2), 185-241.

Clay Calvert
May 30, 2025

• Blocher, J. (Lanty L. Smith '67 Prof. of Law, Duke Law School).
  (2019). Free Speech and Justified True Belief.
  Harvard Law Review, 133, 439.

  *CITING*:

  Calvert, C., & Vining, A. (2018).  Filtering Fake News Through a Lens of Supreme Court
  Observations and Adages.
  First Amendment Law Review (University of North Carolina, Chapel Hill), 16, 153 – 177.
  https://www.jou.ufl.edu/wp-content/uploads/2018/03/CalvertandVining_Final.pdf
  https://falrunc.files.wordpress.com/2018/03/falr-volume-16-symposium-issue3.pdf


• Citron, D.K. (Macht Prof. of Law, University of Maryland Carey School of Law).
  (2019). Sexual Privacy.
  Yale Law Journal, 128, 1870.

  *CITING*:

  Calvert, C. (Westview, 2004). Voyeur Nation: Media, Privacy and Peering in Modern Culture.


• Schauer, F. (David and Mary Harrison Distinguished Prof. of Law, University of Virginia).
  (2019). Costs and Challenges of the Hostile Audience.
  Notre Dame Law Review, 94, 1671.

  *CITING*:

  Calvert, C. (2018). Reconsidering Incitement, *Tinker* and the Heckler's Veto on College Campuses:
  Richard Spencer and the Charlottesville Factor.
  Northwestern University Law Review Online, 112, 109 – 132.
  http://www.northwesternlawreview.org/online/reconsidering-incitement-tinker-and-heckler's-veto-college-campuses-richard-spencer-and
  https://scholarlycommons.law.northwestern.edu/cgi/viewcontent.cgi?article=1254&context=nulr_online&preview_mode=1&z=1516859046


• Candeub, A. (Prof. of Law, Michigan State University).
  (2019). Nakedness and Publicity.
  Iowa Law Review, 104, 1747.

  *CITING*:

  Calvert, C. (2014). Revenge Porn and Freedom of Expression:  Legislative Pushback to an
  Online Weapon of Emotional and Reputational Destruction.
  Fordham Intellectual Property, Media and Entertainment Law Journal, 24 (3), 673 – 702.

  &

  Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
  Child Pornographers and the Lolita Effect Undermines the Law.
  CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.

  &

  Calvert, C., & Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
  Exposing Peeping Toms in Cyberspace.
  Cardozo Arts & Entertainment Law Journal, 18 (3), 469-568.

Clay Calvert
May 30, 2025

• Carroll, J.E. (Prof. of Law, University of Alabama School of Law).
  (2019). Graffiti, Speech, and Crime.
  Minnesota Law Review, 103, 1285.

  *CITING:*

  Calvert, C. (2010). The End of Forum Shopping in Internet Obscenity Cases?  The Ramifications
  of the Ninth Circuit's Groundbreaking Understanding of Community Standards in Cyberspace.
  Nebraska Law Review, 89 (1), 47-86.

• Skinner-Thompson, S. (Assoc. Prof., University of Colorado Law School).
  (2019). Recording as Heckling.
  Georgetown Law Journal, 108, 125.

  *CITING:*

  Calvert, C. (2016).  The Right to Record Images of Police in Public Places: Should Intent,
  Viewpoint or Journalistic Status Determine First Amendment Protection?
  UCLA Law Review Discourse, 64, 230 – 253.
  http://www.uclalawreview.org/wp-content/uploads/2016/07/Calvert-D64.pdf

  &

  Calvert, C. (2015). The First Amendment Right to Record Images of Police in Public Places:
  The Unreasonable Slipperiness of Reasonableness & Possible Paths Forward.
  Texas A&M Law Review, 3 (1), 131 – 178.
  http://scholarship.law.tamu.edu/cgi/viewcontent.cgi?article=1066&context=lawreview

• Cooley, A.H. (Wayne Fisher Research Prof. of Law, South Texas College of Law Houston).
  (2019).  Inculcating Suppression.
  Georgetown Law Journal, 107, 365.

  *CITING:*

  Bunker, M.D., & Calvert, C. (2010). Contrasting Concurrences of Clarence Thomas:
  Deploying Originalism and Paternalism in Commercial and Student Speech Cases.
  Georgia State University Law Review, 26 (2), 321-359.

• Coenen, M. (Associate Professor of Law, LSU Law Center).
  (2018). Characterizing Constitutional Inputs.
  Duke Law Journal, 67, 743.

  *CITING:*

  Calvert, C. (2011)  Justice Samuel A. Alito's Lonely War Against Abhorrent, Low-Value
  Expression: A Malleable First Amendment Philosophy Privileging Subjective Notions of Morality
  and Merit.
  Hofstra Law Review, 40, 115 – 175.

• Shepard, J.M. (Assoc. Prof. and Chair, Dep't of Communications, California State University, Fullerton).
  (2018). The First Amendment and Mandatory Condom Laws: Rethinking the "Porn Exception"
  in Strict Scrutiny, Content Neutrality and Secondary Effects Analysis.
  Nevada Law Journal, 19, 86.

  *CITING:*

  Calvert, C., & Richards, R. D. (2008). Law & Economics of the Adult Entertainment Industry Today:
  An Inside View from the Industry's Leading Trade Publisher.

Clay Calvert
May 30, 2025

University of Denver Sports & Entertainment Law Journal, 4 (1), 2-69, available at:
http://www.law.du.edu/documents/sports-and-entertainment-law-journal/issues/04/002-069-calvert-richards.pdf

&

Calvert, C., & Richards, R. D. (2007).  Stopping the Obscenity Madness 50 Years After
Roth v. United States.  Texas Review of Entertainment & Sports Law, 9 (1), 1-38.

&

Richards, R. D., & Calvert, C. (2007). Obscenity Prosecutions and the Bush Administration:
The Inside Perspective of the Adult Entertainment Industry and Defense Attorney Louis Sirkin.
Villanova Sports & Entertainment Law Journal, 14 (2), 233-286.

&

Richards, R.D., & Calvert, C. (2009).  The 2008 Federal Obscenity Conviction of Paul Little &
What It Reveals About Obscenity Law and Prosecutions.
Vanderbilt Journal of Entertainment & Technology, 11 (3), 543-595.

&

Richards, R.D., & Calvert, C. (2010). Prosecuting Obscenity Cases: An Interview with Mary Beth
Buchanan. First Amendment Law Review (University of North Carolina, Chapel Hill), 9, 56 – 97.


• Napoli, P.M. (James R. Shepley Prof. of Public Policy, Sanford School of Public Policy, Duke University).
  (2018). What If More Speech Is No Longer the Solution?  First Amendment Theory Meets
  Fake News and the Filter Bubble.
  Federal Communications Law Journal, 70, 55.

  *CITING:*

  Richards, R. D., & Calvert, C. (2000).  Counterspeech 2000: A New Look at
  the Old Remedy for "Bad" Speech.
  Brigham Young University Law Review, 2000 (2), 553-586.


• Green, S.P. (Distinguished Professor of Law, Rutgers Law School).
  (2018).  To See and be Seen: Reconstructing the Law of Voyeurism and Exhibitionism.
  American Criminal Law Review, 55, 203.

  *CITING:*

  Calvert, C. (Westview, 2000). Voyeur Nation: Media, Privacy and Peering in Modern Culture.


• Bunker, M.D. (Reese Phifer Professor of Journalism, University of Alabama).
  (2018). Corporate Chaos: The Muddled Jurisprudence of Corporate Public Figures.
  Communication Law & Policy, 23, 1.

  *CITING:*

  Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
  Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
  Wake Forest Law Review, 49 (1), 47 – 86.

Clay Calvert
May 30, 2025

• Murray, B.M. (Fellow, Quattrone Center for Fair Admin. of Justice, University of Penn. Law School).
  (2018). Unstitching Scarlet Letters?: Prosecutorial Discretion and Expungement.
  Fordham Law Review, 86, 2821.

  *CITING:*

  Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First Amendment
  and Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age?
  CommLaw Conspectus: Journal of Communications Law & Policy, 19 (1), 123 – 147.


• Gielow Jacobs, L. (Professor of Law, University of Pacific, McGeorge School of Law).
  (2017). Making Sense of Secondary Effects Analysis After Reed v. Town of Gilbert.
  Santa Clara Law Review, 57, 385.

  *CITING:*

  Calvert, C., & Richards, R. D. (2004). Stripping Away First Amendment Rights:
  The Legislative Assault on Sexually Oriented Businesses.
  N.Y.U. Journal of Legislation & Public Policy, 7 (2), 287-331.


• Zick, T. (Mills E. Godwin, Jr., Professor of Law, William & Mary Law School).
  (2017). The Dynamic Relationship Between Freedom of Speech and Equality.
  Duke Journal of Constitutional Law & Public Policy, 12, 13.

  *CITING:*

  Calvert, C., & Richards, R. D. (2004).  Challenging the Wisdom of Solomon:
  The First Amendment and Military Recruitment on Campus.
  William & Mary Bill of Rights Journal, 13 (2), 205-243.


• Campbell, A.J. (Professor, Georgetown University Law Center).
  (2017).  Newbs Lose, Experts Win: Video Games in the Supreme Court.
  Nebraska Law Review, 95, 965.

  *CITING:*

  Calvert, C., Bunker, M.D., & Bissell, K. (2012). Social Science, Media Effects & the Supreme Court:
  Is Communication Research Relevant After *Brown v. Entertainment Merchants Association?*
  UCLA Entertainment Law Review, 19 (2), 293 – 328.

• Sohoni, M. (Associate Professor, University of San Diego School of Law).
  (2017).  Crackdowns.
  Virginia Law Review, 103, 31.

  *CITING:*

  Richards, R.D., & Calvert, C. (2007).  The Legacy of Lords:  The New Federal Crackdown on the
  Adult Entertainment Industry's Age-Verification and Record-Keeping Requirements.
  UCLA Entertainment Law Review, 14 (2), 155-206.


• Cornett, J.M. (College of Law Distinguished Professor, University of Tennessee College of Law).
  (2017).  Pleading Actual Malice in Defamation Actions After Twiqbal: A Circuit Survey.
  Nevada Law Journal, 17, 709.

  *CITING:*

  Calvert, C., Morehart, E., & Papadelias, S. (2014). Plausible Pleading & Media Defendant Status:
  Fulfilled Promises, Unfinished Business in Libel Law on the Golden Anniversary of *Sullivan*.
  Wake Forest Law Review, 49 (1), 47 – 86.

Clay Calvert
May 30, 2025

• Levi, L. (Professor of Law, University of Miami School of Law).
  (2017). The Weaponized Lawsuit Against the Media: Litigation Funding as a
  New Threat to Journalism.
  American University Law Review, 66, 761.

  *CITING:*

  Calvert, C. (2014). The Future of the Press and Privacy.
  Communication Law and Policy, 19 (1), 119 – 128.


• Berger-Walliser, G., et al. (Assistant Professor Business Law, University of Connecticut).
  (2017). From Visualization to Legal Design: A Collaborative and Creative Process.
  American Business Law Journal, 54, 347.

  *CITING:*

  Calvert, C. (2010). Every Picture Tells a Story, Don't It?  Wrestling With the Complex
  Relationship Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
  Columbia Journal of Law and the Arts, 32 (3), 349-375.


• Gilden, A. (Thomas C. Grey Fellow, Stanford Law School).
  (2016).  Raw Materials and the Creative Process.
  Georgetown Law Journal, 104, 355.

  *CITING:*

  Bunker, M.D., & Calvert, C. (2014). The Jurisprudence of Transformation: Intellectual
  Incoherence and Doctrinal Murkiness Twenty Years After *Campbell v. Acuff-Rose Music*.
  Duke Law and Technology Review, 12 (1), 92 – 128.


• Papandrea, M.-R. (Professor, University of North Carolina School of Law).
  (2016).  The Government Brand.
  Northwestern University Law Review, 110, 1195.

  *CITING:*

  Calvert, C. (2011).  Justice Samuel A. Alito's Lonely War Against Abhorrent, Low-Value
  Expression: A Malleable First Amendment Philosophy Privileging Subjective Notions of Morality
  and Merit.
  Hofstra Law Review, 40, 115 – 175.


• Tushnet, R. (Professor, Georgetown Law; co-founder, Organization for Transformative Works).
  (2015). Content, Purpose, or Both?
  Washington Law Review, 90, 869.

  *CITING:*

  Bunker, M.D., & Calvert, C. (2014). The Jurisprudence of Transformation: Intellectual
  Incoherence and Doctrinal Murkiness Twenty Years After *Campbell v. Acuff-Rose Music*.
  Duke Law and Technology Review, 12 (1), 92 – 128.

Clay Calvert
May 30, 2025

• Litman, J. (John F. Nickoll Professor of Law and Professor of Information, University of Michigan).
  Campbell at 21 / Sony at 31.
  Washington Law Review, 90, 651.

  *CITING:*

  Bunker, M.D., & Calvert, C. (2014). The Jurisprudence of Transformation: Intellectual
  Incoherence and Doctrinal Murkiness Twenty Years After *Campbell v. Acuff-Rose Music*.
  Duke Law and Technology Review, 12 (1), 92 – 128.

  &

  Calvert, C. (2102). Defining "Public Concern" After *Snyder v. Phelps*:
  A Pliable Standard Mingles With News Media Complicity.
  Villanova Sports and Entertainment Law Journal, 19 (1), 39 – 71.


• Schauer, F. (David and Mary Harrison Distinguished Professor of Law, University of Virginia).
  (2015). The Politics and Incentives of First Amendment Coverage.
  William & Mary Law Review, 56, 1613.

  *CITING:*

  Calvert, C. (2013).  Fringes of Free Expression: Testing the Meaning of "Speech" Amid
  Shifting Mores and Changing Technologies.
  Southern California Interdisciplinary Law Journal, 22 (3), 545 – 590.


• Levi, L. (Professor of Law, University of Miami School of Law).
  (2015).  A "Faustian Pact"? Native Advertising and the Future of the Press.
  Arizona Law Review, 57, 647.

  *CITING:*

  Calvert, C. (2008).  What is News?: The FCC and the New Battle Over the Regulation of
  Video News Releases.
  CommLaw Conspectus: Journal of Communications Law and Policy, 16 (2), 361-389.


• Bhagwat, A. (Professor of Law, U.C. Davis School of Law).
  (2015). Producing Speech.
  William & Mary Law Review, 56, 1029.

  *CITING:*

  Calvert, C. (2013).  Fringes of Free Expression: Testing the Meaning of "Speech" Amid
  Shifting Mores and Changing Technologies.
  Southern California Interdisciplinary Law Journal, 22 (3), 545 – 590.


• Smith, N.L. (Assistant Professor of Law, North Carolina Central University School of Law).
  (2015). Consumer Protection in the Marketplace of Ideas: A Proposal to Extend the News Distortion
  Doctrine to Cable Television News Programs.
  Thurgood Marshall Law Review, 40, 223.

  *CITING:*

  Calvert, C. (2008).  What is News?: The FCC and the New Battle Over the Regulation of
  Video News Releases.
  CommLaw Conspectus: Journal of Communications Law and Policy, 16 (2), 361-389.

Clay Calvert
May 30, 2025

• Bejesky, R. (Lecturer, Western Michigan University Thomas M. Cooley Law School).
      (2015). How Security Threat Discourse Can Precipitate a Press Clause Death Spiral.
      Drake Law Review, 63, 1.

      CITING:

      Calvert, C., & Torres, M. (2011). Staring Death in the Face During Times of War:
      When Ethics, Law and Self-Censorship in the News Media Hide the Morbidity of Authenticity.
      Notre Dame Journal of Law, Ethics & Public Policy, 25 (1), 87 – 121.


• Han, D.S. (Associate Professor of Law, Pepperdine University School of Law).
      (2014). Rethinking Speech-Tort Remedies.
      Wisconsin Law Review, 2014, 1135.

      CITING:

      • Calvert, C. (1995). Harm to Reputation: An Interdisciplinary Approach to the Impact
      of Denial of Defamatory Allegations.
      Pacific Law Journal, 26 (4), 933-960.


• Corbin, C.M. (Professor of Law, University of Miami School of Law).
      (2014). Compelled Disclosures.
      Alabama Law Review, 65, 1277.

      CITING:

      • Calvert, C., et al. (2010). Playing Politics or Protecting Children? Congressional Action &
      A First Amendment Analysis of the Family Smoking Prevention and Tobacco Control Act.
      Notre Dame Journal of Legislation, 36, 201-248.


• West, S. (Associate Professor of Law, University of Georgia School of Law).
      (2014). Freedom of the Press: Press Exceptionalism.
      Harvard Law Review, 127, 2434.

      CITING:

      Calvert, C. (1999). And You Call Yourself a Journalist?
      Dickinson Law Review, 103 (2), 411-451.

• Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney School of Law).
      (2014). Post-Tinker.
      Stanford Journal of Civil Rights and Civil Liberties, 10, 1.

      CITING:

      Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
      American University Law Review, 58, 1167-1191.


• Gonzales, A.R. (Former Counsel to the President and U.S. Attorney General under George W. Bush).
      (2014). In Search off Justice: An Examination of the Appointments of John G. Roberts and
      Samuel A. Alito to the U.S. Supreme Court and Their Impact on American Jurisprudence.
      William & Mary Bill of Rights Journal, 22, 647.

      CITING:

      Calvert, C. (2011). Justice Samuel A. Alito's Lonely War Against Abhorrent, Low-Value
      Expression: A Malleable First Amendment Philosophy Privileging Subjective Notions of
      Morality and Merit.
      Hofstra Law Review, 40, 115 – 175.

Clay Calvert
May 30, 2025

• Langvardt, A.W. (Prof. of Business Law & Graf Family Prof., Kelley School of Bus., Indiana Univ.).
  (2014).  Tobacco Advertising and the First Amendment: Striking the Right Balance.
  William & Mary Business Law Review, 5, 331.

  *CITING:*

  Calvert, C., et al. (2010). Playing Politics or Protecting Children?  Congressional Action &
  A First Amendment Analysis of the Family Smoking Prevention and Tobacco Control Act.
  Notre Dame Journal of Legislation, 36, 201-248.

• Dolin, G. (Assoc. Prof. of Law, Co-Director, Center for Medicine & Law, Univ. Baltimore Sch. of Law).
  (2014).  Speaking of Science: Introducing Notice and Comment into the Legislative Process.
  Utah Law Review, 2014, 243.

  *CITING:*

  Calvert, C. (2005). The First Amendment, the Media & the Culture Wars: Eight Lessons
  From 2004 About Speech, Censorship, Science and Public Policy.
  California Western Law Review, 41 (2), 325-360.

• Han, D.S. (Associate Professor of Law, Pepperdine University School of Law).
  (2014). The Mechanics of First Amendment Audience Analysis.
  William & Mary Law Review, 55, 1647.

  *CITING:*

  Calvert, C., & Bunker, M. (2010). Free Speech, Fleeting Expletives & the Causation Quagmire:
  Was Justice Scalia Wrong in Fox Television Stations? San Diego Law Review, 47, 737 – 777.

• Levi, L. (Professor of Law, University of Miami School of Law).
  (2014). Journalism Standards and "The Dark Arts": The U.K.'s Leveson Inquiry and
  the U.S. Media in the Age of Surveillance.
  Georgia Law Review, 48, 907.

  *CITING:*

  Calvert, C. (2010). Every Picture Tells a Story, Don't It?  Wrestling With the Complex
  Relationship Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
  Columbia Journal of Law and the Arts, 32 (3), 349-375.

• Sawicki, N.N. (Assistant Professor of Law, Loyola University Chicago School of Law).
  (2014). Compelling Images: The Constitutionality of Emotionally Persuasive Health Campaigns.
  Maryland Law Review, 73, 458.

  *CITING:*

  Calvert, C., & Richards, R. D. (2007).  A War Over Words:  An Inside Analysis and Examination
  of the Prosecution of the Red Rose Stories and Obscenity Law.
  Journal of Law and Policy, Brooklyn Law School, 16 (1), 177-223.

• Cooley, A.H. (Associate Professor of Law, South Texas College of Law).
  (2104). Controlling Students and Teachers: The Increasing Constriction of
  Constitutional Rights in Public Education.
  Baylor Law Review, 66, 235.

  *CITING:*

  Calvert, C., & Hayes, J. (2012).  To Defer or Not to Defer?  Deference and Its Differential Impact
  on First Amendment Rights in the Roberts Court.
  Case Western Reserve Law Review, 63 (1), 13 – 55.

Clay Calvert
May 30, 2025

• Wright, R.G. (Lawrence A. Jegen Prof. of Law, Indiana University Robert H. McKinney School of Law).
   (2014). How to Modestly Defend a Patently Defective Free Speech Rule.
   First Amendment Law Review, 12, 559.

   *CITING:*

   Calvert, C. (2102). Defining "Public Concern" After *Snyder v. Phelps*:
   A Pliable Standard Mingles With News Media Complicity.
   Villanova Sports and Entertainment Law Journal, 19 (1), 39 – 71.


• McCarthy, M. (Presidential Prof., Loyola Marymount Univ., & Chancellor's Prof. Emeritus, Indiana Univ.).
   (2014). Cyberbullying Laws and First Amendment Rulings: Can They be Reconciled?
   Mississippi Law Journal, 83, 805.

   *CITING:*

   Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
   American University Law Review, 58, 1167-1191.


• Sanders, A.K., & Miller, H. (Sanders = Assoc. Prof. of Mass Comm., University of Minnesota).
   (2014). Revitalizing *Rosenbloom*: The Matter of Public Concern Standard
   in the Age of the Internet.
   First Amendment Law Review, 12, 529.

   *CITING:*

   Calvert, C. (Westview, 2000). Voyeur Nation: Media, Privacy and Peering in Modern Culture.


• Hudson, Jr., D.L. (Instructor, Vanderbilt Law School and the Nashville School of Law).
   (2013). Black Armbands, "Boobies" Bracelets and the Need to Protect Student Speech.
   UMKC Law Review, 81, 595.

   *CITING:*

   Calvert, C. (2000). Free Speech and Public Schools in a Post-Columbine World:
   Check Your Speech Rights at the Schoolhouse Metal Detector.
   Denver University Law Review, 74 (4), 739-768.


• Rostron, A. (William R. Jacques Con. Law Schol. & Prof. of Law, Univ. Mo.-Kansas City School of Law).
   (2103). The Mugshot Industry: Freedom of Speech, Rights of Publicity, and the Controversy
   Sparked by an Unusual New Type of Business.
   Washington University Law Review, 90, 1321.

   *CITING:*

   Calvert, C. (2010). Every Picture Tells a Story, Don't It? Wrestling With the Complex
   Relationship Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
   Columbia Journal of Law and the Arts, 32 (3), 349-375.


• Schroeder, W.A. (Professor of Law, Southern Illinois University).
   (2013). Factoring the Seriousness of the Offense into Fourth Amendment Equations:
   Strip Searches In Detention Facilities – Atwater Strikes Again.
   Akron Law Review, 46, 331.

   *CITING:*

Clay Calvert
May 30, 2025

Calvert, C., & Bruno, J. (2010). When Cleansing Criminal History Clashes With the First Amendment and Online Journalism: Are Expungement Statutes Irrelevant in the Digital Age? CommLaw Conspectus: Journal of Communications Law & Policy, 19 (1), 123 – 147.

• Alexander, J.R. (Prof. of Political Science, University of Pittsburgh at Johnstown).
    (2013). Evil Angel Eulogy: Reflections on the Passing of the Obscenity Defense in Copyright. Journal of Intellectual Property Law, 20, 209.

    *CITING:*

    Calvert, C. (2010). The End of Forum Shopping in Internet Obscenity Cases? The Ramifications of the Ninth Circuit's Groundbreaking Understanding of Community Standards in Cyberspace. Nebraska Law Review, 89 (1), 47-86.

    &

    Richards, R. D., & Calvert, C. (2007). Obscenity Prosecutions and the Bush Administration: The Inside Perspective of the Adult Entertainment Industry and Defense Attorney Louis Sirkin. Villanova Sports & Entertainment Law Journal, 14 (2), 233-286.

    &

    Richards, R.D., & Calvert, C. (2009). The 2008 Federal Obscenity Conviction of Paul Little & What It Reveals About Obscenity Law and Prosecutions. Vanderbilt Journal of Entertainment & Technology, 11 (3), 543-595.

• Berman, M.L. (Asst. Prof. Health Policy & Law, Ohio State Univ. College of Public Health & Moritz College of Law).
    (2013). Commercial Speech Law and Tobacco Marketing: A Comparative Discussion of the United States and Canada. American Journal of Law & Medicine, 39, 218.

    *CITING:*

    Calvert, C., et al. (2010). Playing Politics or Protecting Children? Congressional Action & A First Amendment Analysis of the Family Smoking Prevention and Tobacco Control Act. Notre Dame Journal of Legislation, 36, 201-248.

• Bittakis, M. (Assoc. Prof. of Law, Barry University School of Law).
    (2013). Tragic Representations: The Curious Contradiction Between Cases Seeking Access to Autopsy and Death Scene Photographs and Cases Regarding the Consequences of Such Photographs Being Published. Northern Kentucky Law Review, 40, 161.

    *CITING:*

    Calvert, C. (2010). Dying for Privacy: Pitting Public Access Against Familial Interests in the Internet Era. Northwestern University Law Review Colloquy, 105, 18 – 30.

    &

    Calvert, C. (2005-06). The Privacy of Death: An Emergent Jurisprudence and Legal Rebuke to Media Exploitation & a Voyeuristic Culture. Loyola of Los Angeles Entertainment Law Review, 26, 133-169.

    &

Clay Calvert
May 30, 2025

Calvert, C. (2004). Revisiting The Voyeurism Value in the First Amendment:
From the Sexually Sordid to the Details of Death. <u>Seattle Univ. Law Review, 27</u> (3), 721-749.

&

Calvert, C. (2010). Salvaging Privacy & Tranquility from the Wreckage: Images of Death,
Emotions of Distress & Remedies of Tort in The Age of the Internet.
<u>Michigan State Law Review, 2010</u> (2), 311 – 340.

• LaFrance, M. (IGT Prof. of Intellectual Property Law, Boyd School of Law, Univ. of Nevada, Las Vegas).
 (2103). The Disappearing Fourth Wall: Law, Ethics, and Experiential Theatre.
 <u>Vanderbilt Journal of Entertainment and Technology Law, 15</u>, 507.

 *CITING:*

 Calvert, C., & Richards, R. D. (2001).  Larry Flynt Uncensored: A Dialogue with the
 Most Controversial Man in First Amendment Jurisprudence.
 <u>CommLaw Conspectus: Journal of Communications Law and Policy, 9</u> (2), 159-174.

• Murray, M.D. (Professor, Valparaiso University School of Law).
 (2013). Dios Mio – The KISS Principle of the Ethical Approach to Copyright and
 Right of Publicity Law.
 <u>Minnesota Journal of Law, Science & Technology, 14</u>, 89.

 *CITING:*

 Calvert, C. (2010). Every Picture Tells a Story, Don't It?  Wrestling With the Complex
 Relationship Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
 <u>Columbia Journal of Law and the Arts, 32</u> (3), 349-375.

• Strasser, M.P. (Trustees Professor of Law, Capital University Law School).
 (2013).  A Family Affair?  Domestic Relations and Involuntary Public Figure Status.
 <u>Lewis & Clark Law Review, 17</u>, 69.

 *CITING:*

 Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
 A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
 <u>McGeorge Law Review, 35</u> (1), 1-43.

• Alemzadeh, S. (Staff Attorney / Skadden Fellow at the Chicago Alliance Against Sexual Exploitation).
 (2013).  Baring Inequality: Revisiting the Legalization Debate Through the Lens of Strippers' Rights.
 <u>Michigan Journal of Gender & Law, 19</u>, 339.

 *CITING:*

 Calvert, C., & Richards, R. D. (2004). Stripping Away First Amendment Rights:
 The Legislative Assault on Sexually Oriented Businesses.
 <u>N.Y.U. Journal of Legislation & Public Policy, 7</u> (2), 287-331.

• Smolla, R.A. (President, Furman University).
 (2012 / 2013). Categories, Tiers of Review, and the Roiling Sea of Free Speech Doctrine and
 Principle: A Methodological Critique of *United States v. Alvarez*.
 <u>Albany Law Review, 76</u>, 499.

 *CITING:*

Clay Calvert
May 30, 2025

Calvert, C. (2011).  Justice Samuel A. Alito's Lonely War Against Abhorrent, Low-Value
Expression: A Malleable First Amendment Philosophy Privileging Subjective Notions of
Morality and Merit.
Hofstra Law Review, 40, 115 – 175.


• Collins, R.K. (Harold S. Shefelman Scholar, University of Washington, School of Law).
    (2012 / 2013).  Exceptional Freedom – the Roberts Court, the First Amendment,
    and the New Absolutism.
    Albany Law Review, 76, 409.

    CITING:

    Calvert, C. (2011).  Justice Samuel A. Alito's Lonely War Against Abhorrent, Low-Value
    Expression: A Malleable First Amendment Philosophy Privileging Subjective Notions of
    Morality and Merit.
    Hofstra Law Review, 40, 115 – 175.


• Carter, E.L. (Assoc. Prof. of Communications, Brigham Young University).
    (2012).  Supreme Court Oral Argument Video: A Review of Media Effects Research and
    Suggestions for Study.
    Brigham Young University Law Review, 2012, 1719.

    CITING:

    Calvert, C. (1998). The First Amendment and the Third Person: Perceptual Biases of Media
    Harms & Cries for Government Censorship.
    CommLaw Conspectus: Journal of Communications Law and Policy, 6 (2), 165-171.


• Hudson, Jr., D. L. (First Amendment Scholar, First Amendment Center, Nashville, Tenn.)
    (2012).  First Amendment Essay: Time for the Supreme Court to Address
    Off-Campus, Online Student Speech.
    Oregon Law Review, 91, 621.

    CITING:

    Calvert, C. (2009).  Punishing Public School Students for Bashing Principals, Teachers &
    Classmates in Cyberspace: The Speech Issue the Supreme Court Must Now Resolve.
    First Amendment Law Review (Univ. of North Carolina School of Law), 7, 210-252.

    &

    Calvert, C. (2009).  Qualified Immunity and the Trials and Tribulations of
    Online Student Speech:  A Review of Cases and Controversies From 2009.
    First Amendment Law Review (Univ. of North Carolina School of Law), 8, 86-108.


• Logan, W. A. (Gary & Sallyn Pajcic Professor of Law, Florida State University College of Law).
    (2012).  Constitutional Cacophony: Federal Circuit Splits and the Fourth Amendment.
    Vanderbilt Law Review, 65, 1137.

    CITING:

    Calvert, C. (2010). The End of Forum Shopping in Internet Obscenity Cases?  The
    Ramifications of Ninth Circuit's Groundbreaking Understanding of Community Standards
    in Cyberspace.
    Nebraska Law Review, 89 (1), 47-86.

163

Clay Calvert
May 30, 2025

• Barbas, S. (Associate Professor of Law, State University of New York at Buffalo).
    (2012).  Saving Privacy from History.
    DePaul Law Review, 61, 973.

    *CITING:*

    Calvert, C. (Westview, 2000). Voyeur Nation: Media, Privacy and Peering in Modern Culture.


• Heyman, S. J. (Professor of Law, Chicago-Kent College of Law).
    (2012).  To Drink the Cup of Fury: Funeral Picketing, Public Discourse, and the First Amendment.
    Connecticut Law Review, 45, 101.

    *CITING:*

    Calvert, C. (2102). Defining "Public Concern" After *Snyder v. Phelps*:
    A Pliable Standard Mingles With News Media Complicity.
    Villanova Sports and Entertainment Law Journal, 19 (1), 39 – 71.


• Walman, A. E. (Visiting Assistant Professor of Law, California Western School of Law).
    (2012).  Cyberlaw: Hostile Educational Environments.
    Maryland Law Review, 71, 705.

    *CITING:*

    Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
    Censorship of the Emerging Internet Underground.
    Boston University Journal of Science & Technology Law, 7 (2), 243-287.


• Tushnet, R. (Professor, Georgetown University Law Center).
    (2012).  Worth a Thousand Words: The Images of Copyright.
    Harvard Law Review, 125, 683.

    *CITING:*

    Calvert, C. (2010). Every Picture Tells a Story, Don't It?  Wrestling With the Complex
    Relationship Among Photographs, Words & Newsworthiness in Journalistic Storytelling.
    Columbia Journal of Law and the Arts, 32 (3), 349-375.

    &

    Calvert, C., & Richards, R. D. (2007).  A War Over Words:  An Inside Analysis and Examination
    of the Prosecution of the Red Rose Stories and Obscenity Law.
    Journal of Law and Policy, Brooklyn Law School, 16 (1), 177-223.


• Kendrick, L. (Associate Professor, University of Virginia School of Law).
    (2012).  Content Discrimination Revisited.
    Virginia Law Review, 98, 231 – 300.

    *CITING:*

    Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
    an Increasingly Malleable Doctrine. McGeorge Law Review, 29 (1), 69-110.

Clay Calvert
May 30, 2025

• Wright, R. G. (Lawrence A. Jegen Prof. of Law, Indiana University School of Law – Indianapolis).
    Broadcast Regulation and the Irrelevant Logic of Strict Scrutiny.
    Journal of Legislation, 37, 179 – 199.

    CITING:

    Calvert, C., & Bunker, M. (2010). Free Speech, Fleeting Expletives & the Causation Quagmire:
    Was Justice Scalia Wrong in Fox Television Stations? San Diego Law Review, 47, 737 – 777.


• Ryan, M.J. (Assistant Prof. of Law, Southern Methodist University, Dedman School of Law).
    (2012). The Missing Jury: The Neglected Role of Juries in Eighth Amendment Punishments
    Clause Determinations.
    Florida Law Review, 64, 549 – 590.

    CITING:

    Calvert, C. (2009).  Personalizing First Amendment Jurisprudence: Shifting Audiences &
    Imagined Communities to Determine Message Protection in Obscenity, Fighting Words
    and Defamation.
    University of Florida Journal of Law & Public Policy, 20 (3), 439-477.


• Nunziato, D.C. (Professor of Law, George Washington University Law School).
    (2012). Romeo and Juliet Online and in Trouble: Criminalizing Depictions of Teen Sexuality.
    Northwestern Journal of Technology and Intellectual Property, 10, 57.

    CITING:

    Richards, R.D., & Calvert, C. (2009).  When Sex and Cell Phones Collide:
    Inside the Prosecution of a Teen Sexting Case.
    Hastings Communications & Entertainment Law Journal, 32 (1), 1-39.


• Shackelford, S.J. (Ass't Prof. Business Law and Ethics, Indiana Univ., Kelley School of Business).
    (2012). Fragile Merchandise: A Comparative Analysis of the Privacy Rights for Public Figures.
    American Business Law Journal, 49, 125.

    CITING:

    Calvert, C., & Richards, R.D. (2003). Defending the First in the Ninth: Judge Alex Kozinski and
    the Freedoms of Speech and Press.
    Loyola of Los Angeles Entertainment Law Review, 23 (2), 259-299.

    &

    Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
    Cardozo Arts & Entertainment Law Journal, 17 (2), 273-320.


• West, S. (Assistant Professor of Law, University of Georgia School of Law).
    (2011).  Awakening the Press Clause.
    UCLA Law Review, 58, 1025.

    CITING:

    Calvert, C. (1999). And You Call Yourself a Journalist?
    Dickinson Law Review, 103 (2), 411-451.

Clay Calvert
May 30, 2025

• Kreimer, S. F. (Kenneth W. Gemmill Professor of Law, University of Pennsylvania Law School).
     (2011). Pervasive Image Capture and the First Amendment:
     Memory, Discourse, and the Right to Record.
     University of Pennsylvania Law Review, 159, 335.

     *CITING:*

     Calvert, C., & Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
     Exposing Peeping Toms in Cyberspace.
     Cardozo Arts & Entertainment Law Journal, 18 (3), 469-568.

     &

     Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment:
     When Children Become Child Pornographers and the Lolita Effect Undermines the Law.
     CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.


• DeMitchell, T.A., & Parker-Magagna, M.  (DeMitchell: Lamberton Prof. Univ. of New Hampshire)
     (2011). Student Victims or Student Criminals? The Bookends of Sexting in a Cyber World.
     Cardozo Public Law, Policy & Ethics Journal, 10, 1 – 41.

     *CITING:*

     Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
     Child Pornographers and the Lolita Effect Undermines the Law.
     CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.

     &

     Richards, R.D., & Calvert, C. (2009).  When Sex and Cell Phones Collide:
     Inside the Prosecution of a Teen Sexting Case.
     Hastings Communications & Entertainment Law Journal, 32 (1), 1-39.


• Zipursky, B.C. (Assoc. Dean for Research, Prof. & James H. Quinn Chair, Fordham Univ. Sch. of Law).
     (2011). *Snyder v. Phelps*, Outrageousness, and the Open Texture of Tort Law.
     DePaul Law Review, 60, 473.

     *CITING:*

     Calvert, C. (2008).  War, Death, Politics & Religion: An Emotionally Distressing Amalgamation
     for Freedom of Speech and the Expression of Opinion.  Whittier Law Review, 30 (2), 207-245.


• Lamparello, A. (Assoc. Prof. of Law & Westerfield Fellow, Loyola Univ. New Orleans, College of Law).
     (2011). Why Wait Until the Crime Happens? Providing for the Involuntary Commitment of
     Dangerous Individuals Without Requiring a Showing of Mental Illness.
     Seton Hall Law Review, 41, 875.

     *CITING:*

     Richards, R. D., & Calvert, C. (2003). Columbine Fallout: The Long-Term Effects on
     Free Expression Take Hold in Public Schools.
     Boston University Law Review, 83 (5), 1089-1140.

166

Clay Calvert
May 30, 2025

• Podlas, K. (Assoc. Prof. of Media Law, University of North Carolina, Greensboro).
    (2011).  The "Legal Epidemiology" of the Teen Sexting Epidemic:
    How the Media Influenced a Legislative Outbreak.
    University of Pittsburgh Journal of Technology Law & Policy, 12, 1.

    *CITING:*

    Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment:
    When Children Become Child Pornographers and the Lolita Effect Undermines the Law.
    CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.


• Bird, R. C. (Assoc. Prof. & Ackerman Scholar, Dep't of Marketing, Univ. of Connecticut).
    (2011). Law, Strategy, and Competitive Advantage.
    Connecticut Law Review, 44, 61.

    *CITING:*

    Calvert, C. (1998). Excising Media Images to Solve Societal Ills: Communication, Media Effects,
    Social Science, and the Regulation of Tobacco Advertising.
    Southwestern University Law Review, 27 (4), 401-471.


• Hayward, J. O. (Senior Lecturer in Law, Bentley Univ., Waltham, Mass.).
    (2011). Anti-Cyber Bullying Statutes: Threat to Student Free Speech.
    Cleveland State Law Review, 59, 85.

    *CITING:*

    Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
    Censorship of the Emerging Internet Underground.
    Boston University Journal of Science & Technology Law, 7 (2), 243-287.

    &

    Calvert, C. (2009).  Punishing Public School Students for Bashing Principals, Teachers &
    Classmates in Cyberspace: The Speech Issue the Supreme Court Must Now Resolve.
    First Amendment Law Review (Univ. of North Carolina School of Law), 7, 210-252.


• Heymann, L. A. (Prof. of Law, College of William & Mary, Marshall-Wythe School of Law).
    (2011). The Law of Reputation and the Interest of the Audience.
    Boston College Law Review, 52, 1341.

    *CITING:*

    Calvert, C. (1995).  Harm to Reputation: An Interdisciplinary Approach to the Impact of Denial of
    Defamatory Allegations. Pacific Law Journal, 26 (4), 933-960.


• Fradella, H. F., et al. (Prof. & Chair, Dep't of Criminal Justice, Cal. State University, Long Beach).
    (2011).  Quantifying Katz: Empirically Measuring "Reasonable Expectations of Privacy" in the
    Fourth Amendment Context.
    American Journal of Criminal Law, 38, 289.

    *CITING:*

    Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment:
    When Children Become Child Pornographers and the Lolita Effect Undermines the Law.
    CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.

Clay Calvert
May 30, 2025

• Moss, S. (Associate Professor, University of Colorado Law School).
    (2011). The Overhyped Path from *Tinker* to *Morse*: How the Student Speech Cases Show the
    Limits of Supreme Court Decisions – for the Law and for the Litigants.
    <u>Florida Law Review, 63</u>, 1407.

    *CITING:*

    Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
    <u>American University Law Review, 58</u>, 1167-1191.

    &

    Calvert, C. (2008). Misuse and Abuse of *Morse v. Frederick* by Lower Courts: Stretching the
    High Court's Ruling Too Far to Censor Student Expression.
    <u>Seattle University Law Review, 32</u> (1), 1-34.


• Sweeny, J. (Assistant Professor of Law, University of Louisville).
    (2011). Do Sexting Prosecutions Violate Teenagers' Constitutional Rights?
    <u>San Diego Law Review, 48</u>, 951.

    *CITING:*

    Richards, R.D., & Calvert, C. (2009).  When Sex and Cell Phones Collide:
    Inside the Prosecution of a Teen Sexting Case.
    <u>Hastings Communications & Entertainment Law Journal, 32</u> (1), 1-39.

    &

    Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment:
    When Children Become Child Pornographers and the Lolita Effect Undermines the Law.
    <u>CommLaw Conspectus: Journal of Communications Law and Policy, 18</u>, 1-65.


• Blocher, J. (Assistant Professor, Duke Law School).
    (2011). Viewpoint Neutrality and Government Speech.
    <u>Boston College Law Review, 52</u>, 695.

    *CITING:*

    Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
    an Increasingly Malleable Doctrine.
    <u>McGeorge Law Review, 29</u> (1), 69-110.


• Birckhead, T.R. (Assistant Prof. of Law, University of North Carolina at Chapel Hill School of Law).
    (2011). The "Youngest Profession": Consent, Autonomy, And Prostituted Children.
    <u>Washington University Law Review, 88</u>, 1055.

    *CITING:*

    Calvert, C., and Lyon, K. (2000-2001). Reporting on Child Pornography:
    A First Amendment Defense for Viewing Illegal Images?
    <u>Kentucky Law Journal, 89</u> (1), 13-68.


• Folami, A.N. (Assoc. Professor, Hofstra University School of Law).
    (2011). Freeing the Press from Editorial Discretion and Hegemony in Bona Fide News:
    Why the Revolution Must be Televised.
    <u>Columbia Journal of Law & the Arts, 34</u>, 367.

    *CITING:*

Clay Calvert
May 30, 2025

Calvert, C. (1998). Toxic Television, Editorial Discretion, & the Public Interest:
A Rocky Mountain Low.
Hastings Communications and Entertainment Law Journal, 21 (1), 163-204.


• Strandburg, K. J. (Professor, New York University School of Law).
  (2011). Home, Home on the Web and Other Fourth Amendment Implications
  of Technosocial Change.
  Maryland Law Review, 70, 614.

  *CITING:*

  Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
  Child Pornographers and the Lolita Effect Undermines the Law.
  CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.


• Thompson, A. C. (Professor, New York University School of Law).
  (2011). Unlocking Democracy: Examining the Collateral Consequences of Mass Incarceration
  on Black Political Power.
  Howard Law Journal, 54, 587.

  *CITING:*

  Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
  American University Law Review, 58, 1167-1191.


• Smith, II, G.P. & Bailey, G.P. (Prof. of Law, Catholic Univ. of America; Trial Atty, U.S. Dept Justice).
  (2011). Regulating Morality Through the Common Law and Exclusionary Zoning.
  Catholic University Law Review, 60, 403.

  *CITING:*

  Calvert, C., and Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
  Exposing Peeping Toms in Cyberspace.
  Cardozo Arts & Entertainment Law Journal, 18 (3), 469-568.


• Waldman, E.G. (Associate Professor of Law, Pace University School of Law).
  (2011). Badmouthing Authority: Hostile Speech About School Officials and
  the Limits of School Restrictions.
  William & Mary Bill of Rights Journal, 19, 591.

  *CITING:*

  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
  Censorship of the Emerging Internet Underground.
  Boston University Journal of Science & Technology Law, 7 (2), 243-287.

  &

  Calvert, C. (2009). Punishing Public School Students for Bashing Principals, Teachers &
  Classmates in Cyberspace: The Speech Issue the Supreme Court Must Now Resolve.
  First Amendment Law Review (Univ. of North Carolina School of Law), 7, 210-252.

Clay Calvert
May 30, 2025

• Cunningham-Parmeter, K. (Assistant Professor of Law, Willamette University).
    (2011). Alien Language: Immigration Metaphors and the Jurisprudence of Otherness.
    Fordham Law Review, 79, 1545.

    *CITING:*

    Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
    & the Framing of Legal Options.
    Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Peters, J. (Attorney and Frank Martin Fellow at the Missouri School of Journalism).
    (2011). WikiLeaks Would Not Qualify to Claim Federal Reporter's Privilege in Any Form.
    Federal Communications Law Journal, 63, 667.

    *CITING:*
    Calvert, C. (1999). And You Call Yourself a Journalist?
    Dickinson Law Review, 103 (2), 411-451.


• Volokh, E. (Gary T. Schwartz Professor of Law, UCLA School of Law).
    (2010). Freedom of Speech and the Intentional Infliction of Emotional Distress Tort.
    Cardozo Law Review De Novo, 2010, 300.

    *CITING:*

    Calvert, C. (2008). War, Death, Politics & Religion: An Emotionally Distressing Amalgamation
    for Freedom of Speech and the Expression of Opinion. Whittier Law Review, 30 (2), 207-245.


• Tomain, J. (Visiting Assistant Professor of Law, University of Louisville Brandeis School of Law).
    (2010) Cyberspace is Outside the Schoolhouse Gate: Offensive, Online Student Speech
    Receives First Amendment Protection.
    Drake Law Review, 59, 97.

    *CITING:*

    Calvert, C. (2009). Tinker's Midlife Crisis: Tattered and Transgressed But Still Standing.
    American University Law Review, 58, 1167-1191.


• Knake, R. (Assistant Professor of Law, Michigan State University College of Law).
    (2010). From Research Conclusions to Real Change: Understanding the First Amendment's
    (Non)Response to the Negative Effects of Media on Children by Looking to the Example of
    Violent Video Game Regulations.
    Southern Methodist University Law Review, 63, 1197.

    *CITING:*

    Calvert, C., & Richards, R. D. (2007). Violence and Video Games 2006:
    Legislation and Litigation.
    Texas Review of Entertainment & Sports Law, 8 (1), 49-61.

Clay Calvert
May 30, 2025

• Walters, L. (Attorney, Walters Law Group, a law firm focusing on First Amendment and Internet law).
    (2010). How to Fix the Sexting Problem: An Analysis of the Legal and Policy Considerations
    for Sexting Legislation.
    First Amendment Law Review, 9, 98.

    *CITING:*

    Richards, R.D., & Calvert, C. (2009).  When Sex and Cell Phones Collide:
    Inside the Prosecution of a Teen Sexting Case.
    Hastings Communications & Entertainment Law Journal, 32 (1), 1-39.

• Hopkins, W. (Professor of Communication, Virginia Tech University).
    Snyder v. Phelps, Private Persons and Intentional Infliction of Emotional Distress:
    A Chance for the Supreme Court to Set Things Right.
    First Amendment Law Review, 9, 149.

    *CITING:*

    Calvert, C. (2008).  War & [Emotional] Peace:  Death in Iraq and the Need to Constitutionalize
    Speech-Based IIED Claims Beyond *Hustler Magazine v. Falwell*.
    Northern Illinois University Law Review, 29 (1), 51-78.

• Ugland, E., & Lamble, J.L. (Assoc. Prof., J. William & Mary Diederich College of Comm., Marquette
    Univ. & Assoc. Prof., Dep't of Comm., Univ. of Delaware)
    (2010). Newspaper Theft, Self-Preservation and the Dimensions of Censorship.
    Communication Law and Policy, 15, 365.

    *CITING:*

    Calvert, C. (2005). All the News That's Fit to Steal: The First Amendment, A "Free" Press
    & A Lagging Legislative Response.
    Loyola of Los Angeles Entertainment Law Review, 25 (1), 117-153.

• Reed-Huff, L.N. (Associate Professor of Law, Syracuse University College of Law).
    (2010). Political Advertisements in ohe Era Of Fleeting Indecent Images and Utterances.
    St. John's Law Review, 84, 199.

    *CITING:*

    Calvert, C. (2008). The Two-Step Evidentiary and Causation Quandary For Medium-Specific
    Laws Targeting Sexual and Violent Content: First Proving Harm & Injury to Silence Speech,
    Then Proving Redress & Rehabilitation Through Censorship.
    Federal Communications Law Journal, 60 (2), 157-182.

• Maher, B.S. (Assistant Professor, Oklahoma City University School of Law).
    (2010). Understanding and Regulating the Sport of Mixed Martial Arts.
    Hastings Communications and Entertainment Law Journal, 32, 209.

    *CITING:*

    Calvert, C. (2008). The Two-Step Evidentiary and Causation Quandary For Medium-Specific
    Laws Targeting Sexual and Violent Content: First Proving Harm & Injury to Silence Speech,
    Then Proving Redress & Rehabilitation Through Censorship.
    Federal Communications Law Journal, 60 (2), 157-182.

Clay Calvert
May 30, 2025

• Caplan, A.H. (Associate Professor of Law, Loyola Law School Los Angeles).
(2010). Freedom of Speech in School and Prison.
Washington Law Review, 85, 71.

   *CITING:*

   Calvert, C. (2008).  Bylines Behind Bars: Fame, Frustration and First Amendment Freedom.
   Loyola of Los Angeles Entertainment Law Review, 28 (2), 71-100.


• Day, T. (Professor of Law, Barry University).
(2010). The New Digital Dating Behavior – Sexting: Teens' Explicit Love Letters: Criminal
Justice or Civil Liability.
Hastings Communications and Entertainment Law Journal, 33, 69.

   *CITING:*

   Richards, R.D., & Calvert, C. (2009).  When Sex and Cell Phones Collide:
   Inside the Prosecution of a Teen Sexting Case.
   Hastings Communications & Entertainment Law Journal, 32 (1), 1-39.

• Pauli, C. (Westerfield Fellow, Loy. Univ. New Orleans Coll. of Law; Asst. Prof. of Comm., Marist Coll.).
(2010). Killing the Microphone: When Broadcast Freedom Should Yield to Genocide Prevention.
Alabama Law Review, 61, 665.

   *CITING:*

   Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
   Journal of Communication, 47 (1), 4-19.


• Rapp, G.C. (Professor of Law, University of Toledo College of Law).
(2010). Defense Against Outrage and the Perils of Parasitic Torts.
Georgia Law Review, 45, 107.

   *CITING:*

   Calvert, C. (2008).  War, Death, Politics & Religion: An Emotionally Distressing Amalgamation
   for Freedom of Speech and the Expression of Opinion.  Whittier Law Review, 30 (2), 207-245.


• Wheeler, J.J. (Lecturer, Univ. of Va. School of Law, and Assoc. Director, Thomas Jefferson Center for
the Protection of Free Expression).
(2010).  The Road Not Taken: How the Fourth Circuit Reached the Right Result for the Wrong
Reason in Snyder v. Phelps.
Cardozo Law Review De Novo, 2010, 273.

   *CITING:*

   Richards, R. D., and Calvert, C. (2000).  Counter Speech 2000: A New Look at the Old Remedy for
   "Bad" Speech.  Brigham Young University Law Review, 2000 (2), 553-586.


• Morant, B.D. (Dean and Professor of Law, Wake Forest University School of Law).
(2009). The Inescapable Intersection of Credibility, Audience and Profit
in Broadcast Media's Coverage of Elections.
St. John's Journal of Legal Commentary, 24, 479.

   *CITING: Three different articles*

   Calvert, C. (1996). The Reporter's Privilege v. The Corporate Interest Muzzle:
   Philip Morris v. ABC.
   University of Dayton Law Review, 22 (1), 1-24.

Clay Calvert
May 30, 2025

&

Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
<u>McGeorge Law Review, 35</u> (1), 1-43.

&

Calvert, C. (1999). And You Call Yourself a Journalist?
<u>Dickinson Law Review, 103</u> (2), 411-451.

• Blomquist, R.F. (Prof. of Law/Swygert Research Fellow, Valparaiso University School of Law).
    (2009). The Pragmatically Virtuous Lawyer?
    <u>Widener Law Review, 15</u>, 93.

    *CITING:*

    Richards, R. D., & Calvert, C. (2004). Suing the Media, Supporting the First Amendment:
    The Paradox of Neville Johnson & the Battle for Privacy.
    <u>Albany Law Review, 67</u> (4), 1097-1136.

• Karcher, R.T. (Assoc. Prof of Law, Florida Coastal School of Law).
    (2009). Tort Law and Journalism Ethics.
    <u>Loyola University of Chicago Law Journal, 40</u>, 781.

    *CITING:*

    Calvert, C. (2005). The First Amendment, Journalism & Credibility: A Trio of Reforms
    For a Meaningful Free Press More Than Three Decades After Tornillo.
    <u>First Amendment Law Review, Univ. of North Carolina School of Law, 4</u>, 9-42.

    &

    Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
    A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
    <u>McGeorge Law Review, 35</u> (1), 1-43.

• Wood, R.H. (Assistant Prof., University of Central Florida).
    (2009). Violent Video Games: More Ink Spilled than Blood – An Analysis of the 9th
    Circuit Decision in Video Software Dealers Association v. Schwarzenegger.
    <u>Texas Review of Entertainment & Sports Law, 10</u>, 103.

    *CITING:*

    Calvert, C., & Richards, R. D. (2007). Violence and Video Games 2006:
    Legislation and Litigation.
    <u>Texas Review of Entertainment & Sports Law, 8</u> (1), 49-61.

• Entman, R.M, & Gross, K.A. (Entman: Shapiro Prof. of Media and Public and Int'l Affairs,
    School of Media and Public Affairs, George Washington Univ.; Gross: Assoc. Prof. of
    Media and Public Affairs, School of Media & Public Affairs, George Washington Univ.).
    (2008) Race To Judgment: Stereotyping Media And Criminal Defendants.
    <u>Law and Contemporary Problems, 71</u>, 93. (Duke University)

    *CITING:*

Clay Calvert
May 30, 2025

Calvert, C., and Richards, R. D. (2002). A Pyrrhic Press Victory: Why Holding Richard
Jewell is a Public Figure is Wrong and Harms Journalism.
<u>Loyola of Los Angeles Entertainment Law Review, 22</u> (2), 293-326.

&

Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
<u>McGeorge Law Review, 35</u> (1), 1-43.


• Gajda, A. (Assistant Professor of Journalism, Assistant Professor of Law, University of Illinois).
(2009). Judging Journalism: The Turn Toward Privacy and Judicial Regulation of the Press.
<u>California Law Review, 97</u>, 1039.

*CITING:*

Calvert, C. (1998). The Law of Objectivity: Sacrificing Individual Expression for
Journalism Norms.
<u>Gonzaga Law Review, 34</u> (1), 19-44.

&

Calvert, C., and Richards, R.D. (2002).  The Irony of News Coverage:
How the Media Harm Their Own First Amendment Rights.
<u>Hastings Communications and Entertainment Law Journal, 24</u> (2), 215-240.


• Schauer, F. (David & Mary Harrison Distinguished Prof. of Law, University of Virginia).
(2009).  Free Speech in An Era of Terrorism: Is It Better to be Safe than Sorry?
Free Speech and the Precautionary Principle.
<u>Pepperdine Law Review, 36</u>, 301.

*CITING:*


Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
Censorship of the Emerging Internet Underground.
<u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.


• Pritchard, D. (Professor, Dept. of Journalism & Mass Comm., University of Wisconsin-Milwaukee).
(2009). Rethinking Criminal Libel: An Empirical Study.
 <u>Communication Law & Policy, 14</u>, 303.

*CITING:*

Pember, D. R., & Calvert, C. (2008). <u>Mass Media Law, 2009-2010 Ed</u>.
McGraw-Hill Higher Education.


• Newcombe, C.B. (Adjunct Prof. of Administrative Law, Southwestern Law School; Chair, American Bar
Association Education Committee Administrative Law Section).
(2009). Morse v. Frederick One Year Later: New Limitations on Student Speech and the
"Columbine Factor."
<u>Suffolk University Law Review, 42</u>, 427.

*CITING:*

 <u>National Law Journal</u>, New York, NY (national legal newspaper)
"Morse v. Frederick: A Narrow Win for Schools"
Clay Calvert & Robert D. Richards (Aug. 1, 2007).

Clay Calvert
May 30, 2025

• Rothstein, M.A. (Herbert F. Boehl Chair of Law and Medicine and Director, Institute for Bioethics,
  Health Policy and Law, University of Louisville School of Medicine).
  (2009) Genetic Stalking and Voyeurism: A New Challenge to Privacy.
  Kansas Law Review, 57, 539.

  *CITING:*

  Calvert, C. (Westview, 2004). Voyeur Nation: Media, Privacy and Peering in Modern Culture.


• Doering, S.L. (Vice President and General Counsel, NEBCO, Inc., Lincoln, Nebraska).
  (2009). Tinkering with School Discipline in the Name of the First Amendment:
  Expelling a Teacher's Ability to Proactively Quell Disruptions Caused by Cyberbullies at the
  Schoolhouse.
  Nebraska Law Review, 87, 630.

  *CITING:*

  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
  Censorship of the Emerging Internet Underground.
  Boston University Journal of Science & Technology Law, 7 (2), 243-287.


• Papandrea, M. (Assistant Professor, Boston College Law School).
  (2008) Student Speech Rights in the Digital Age.
  Florida Law Review, 60, 1027.

  *CITING:*

  Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:
  Censorship of the Emerging Internet Underground.
  Boston University Journal of Science & Technology Law, 7 (2), 243-287.


• Strossen, N. (Professor of Law, New York Law School, and former President, ACLU).
  (2008/2008) Constitutional Law and Values – Version '08 (Not Necessarily an Upgrade).
  New York Law School Law Review, 53, 735.

  *CITING:*

  Calvert, C., & Richards, R. D. (2007).  Stopping the Obscenity Madness 50 Years After
  Roth v. United States.
  Texas Review of Entertainment & Sports Law, 9 (1), 1-38.


• Kutner, P.B. (Hugh Roff Professor of Law, The University of Oklahoma).
  (2008) What is Truth?: True Suspects and False Defamation.
  Fordham Intellectual Property, Media and Entertainment Law Journal, 19, 1.

  *CITING:*

  Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
  A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
  McGeorge Law Review, 35 (1), 1-43.

  &

  Richards, R. D., & Clay Calvert (2006). Suing the News Media in the Age of Tabloid Journalism:
  L. Lin Wood and the Battle for Accountability.
  Fordham Intellectual Property, Media & Entertainment Law Journal, 16, 467-518.

Clay Calvert
May 30, 2025

• Boyce, B. (Assistant Professor, University of Detroit Mercy School of Law).
    (2008). Obscenity and Community Standards.
    Yale Journal of International Law, 33, 299.

    *CITING:*

    Calvert, C., & Richards, R.D. (Aug. 7, 2006).
    Pointless Prosecution
    National Law Journal, 27.


• Thomas, D.A. (Rex E. Lee Endowed Chair and Professor of Law, Brigham Young University).
    (2008).  Tips for Successfully Regulating Sexually Oriented Businesses.
    Probate & Property, 22 (1), 43-46.

    *CITING:*

    Calvert, C., & Richards, R. D. (2004). Stripping Away First Amendment Rights:
    The Legislative Assault on Sexually Oriented Businesses.
    N.Y.U. Journal of Legislation & Public Policy, 7 (2), 287-331.


• Goldman, L. (Professor of Law, University of Detroit Mercy School of Law).
    (2008). False Campaign Advertising and the "Actual Malice" Standard.
    Tulane Law Review, 82, 889.

    *CITING:*

    Calvert, C. (1997). When First Amendment Principles Collide: Negative Political Advertising
    & the Demobilization of Democratic Self-Governance.
    Loyola of Los Angeles Law Review, 30 (4), 1539-72.


• Robbins, I. (Barnard T. Welsh Scholar & Prof. of Law & Justice, American Univ., Wash. College of Law).
    (2008). Digitus Impudicus: The Middle Finger and the Law.
    University of California, Davis Law Review, 41, 1402.

    *CITING:*

    Calvert, C. (2004). Bono, The Culture Wars & A Profane Decision: The FCC's Reversal of
    Course on Indecency Determinations and Its New Path on Profanity.
    Seattle University Law Review, 28 (1), 61-95.


• Horowitz, P. (Associate Professor, University of Alabama School of Law).
    (2008).  Three Faces of Deference).
    Notre Dame Law Review, 83, 1061.

    *CITING:*

    Calvert, C., & Richards, R. D. (2004).  Challenging the Wisdom of Solomon:
    The First Amendment and Military Recruitment on Campus.
    William & Mary Bill of Rights Journal, 13 (2), 205-243.


• West, S. (Assistant Professor of Law, the University of Georgia School of Law).
    (2008). Sanctionable Conduct: How the Supreme Court Stealthily Opened the Schoolhouse Gate.
    Lewis & Clark Law Review, 12, 27.

    *CITING:*

    Calvert, C. (2001). Off-Campus Speech, On-Campus Punishment:

Clay Calvert
May 30, 2025

Censorship of the Emerging Internet Underground.
<u>Boston University Journal of Science & Technology Law, 7</u> (2), 243-287.

• Halliburton, C.M. (Associate Professor, Seattle University School of Law)
(2007).  Letting Katz Out of the Bag: Cognitive Freedom and Fourth Amendment Fidelity.
<u>Hastings Law Journal, 59</u>, 309.

*CITING:*

Calvert, C. (2005). Freedom of Thought, Offensive Fantasies and the Fundamental Human
Right to Hold Deviant Ideas: Why the Seventh Circuit was Wrong in Doe v. Lafayette.
<u>Pierce Law Review, 3</u> (2), 125-159.

• Abril, P. T. (Asst. Prof. of Business Law, Univ. of Miami School of Business Administration)
(2007). Recasting Privacy Torts in a Spaceless World.
<u>Harvard Journal of Law & Technology, 21</u>, 1.

*CITING:*

Calvert, C., and Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
Exposing Peeping Toms in Cyberspace.
<u>Cardozo Arts & Entertainment Law Journal, 18</u> (3), 469-568.

• Balter-Reitz, S. (Asst. Prof. & Assoc. Chair, Dept. of Comm. & Theater, Montana State Univ.-Billings)
(2006/2007). Mass Media in the Twenty-First Century: In Search of Truthiness.
<u>Florida International University Law Review, 2</u>, 7.

*CITING:*

Calvert, C. (1999). And You Call Yourself a Journalist?
<u>Dickinson Law Review, 103</u> (2), 411-451.

• Fairman, C.M. (Associate Professor of Law, The Ohio State University Moritz College of Law).
(2007). Fuck.
<u>Cardozo Law Review, 28</u>, 1711.

*CITING:*

Calvert, C. (2005). The First Amendment, the Media & the Culture Wars: Eight Lessons
From 2004 About Speech, Censorship, Science and Public Policy.
<u>California Western Law Review, 41</u> (2), 325-360.

&

Calvert, C., and Richards, R. D. (2002).  Free Speech and the Right to Offend: Old Wars,
New Battles, Different Media. <u>Georgia State University Law Review, 18</u> (3), 671-719.

&

Calvert, C. (2004). Bono, The Culture Wars & A Profane Decision: The FCC's Reversal of
Course on Indecency Determinations and Its New Path on Profanity.
<u>Seattle University Law Review, 28</u> (1), 61-95.

Clay Calvert
May 30, 2025

• Eliason, R.D. (Professorial Lecturer in Law, George Washington Univ. School of Law & Am. Univ.).
    (2006). Leakers, Bloggers, and Fourth Estate Inmates:  The Misguided Pursuit of a
    Reporter's Privilege.
    Cardozo Arts & Entertainment Law Journal, 24, 385.

    *CITING:*

    Calvert, C. (1999). And You Call Yourself a Journalist?
    Dickinson Law Review, 103 (2), 411-451.

• Kielbowicz, R.B. (Associate Professor, University of Washington).
    (2006, Summer).  The Role of News Leaks in Governance and the Law of Journalists'
    Confidentiality, 1795-2005.
    San Diego Law Review, 43, 425.

    *CITING:*

    Calvert, C. (1999). And You Call Yourself a Journalist?
    Dickinson Law Review, 103 (2), 411-451.

• Goodman, E.P. (Associate Professor, Rutgers University School of Law-Camden).
    (2006, November).  Stealth Marketing and Editorial Integrity.
    Texas Law Review, 85, 83.

    *CITING:*

    Calvert, C. (2005). Payola, Pundits & the Press: Weighing the Pros and Cons of FCC Regulation.
    CommLaw Conspectus: Journal of Communications Law & Policy, 13 (2), 245-270.

• Wasserman, H.M. (Assistant Professor of Law, Florida International University College of Law).
    (2006).  Fans, Free Expression, and the Wide World of Sports.
    University of Pittsburgh Law Review, 67 (3), 525-583.

    *CITING:*

    Calvert, C., & Richards, R. D. (2004).
    Fans and the First Amendment: Cheering and Jeering in College Sports.
    Virginia Sports & Entertainment Law Journal, 4 (1), 1-53.

• Dogan, S.L., & Lemley, M.A. (Dogan: Professor of Law, Northeastern University School of Law;
    Lemley: William H. Neukom Professor, Stanford Law School).
    (2006). What the Right of Publicity Can Learn from Trademark Law.
    Stanford Law Review, 58, 1161.

    *CITING:*

    Calvert, C., and Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
    Exposing Peeping Toms in Cyberspace.
    Cardozo Arts & Entertainment Law Journal, 18 (3), 469-568.

Clay Calvert
May 30, 2025

• Failinger, M.A. (Professor of Law, Hamline University School of Law).
(2006) Against Idols: the Court as a Symbol-Making or Rhetorical Institution.
<u>University of Pennsylvania Journal of Constitutional Law, 8</u>, 367.

CITING:

Calvert, C. (2001). Where the Right Went Wrong in Southworth:
Underestimating the Power of the Marketplace.
<u>Maine Law Review, 53</u> (1), 53-80.

• Horwitz, P. (Associate Professor of Law, Southwestern University School of Law)
(2006). The Blogosphere and the Law: "Or of the [Blog]."
<u>Nexus Journal of Opinion, 11</u>, 45.

CITING:

Calvert, C. (1999). And You Call Yourself a Journalist?
<u>Dickinson Law Review, 103</u> (2), 411-451.

• Solove, D.J. (Associate Professor, George Washington University Law School).
(2006). A Taxonomy of Privacy.
<u>University of Pennsylvania Law Review, 154</u> (3), 477.

CITING:

Calvert, C. (Westview, 2000). <u>Voyeur Nation: Media, Privacy and Peering in Modern Culture</u>.

• Morriss, A.P. (Roush Prof. of Business Law & Regulation, Case Western Res. School of Law).
(2006). The Market for Legal Education & Freedom of Association:
Why the "Solomon Amendment" is Constitutional and Law Schools are not Expressive    Associations.
<u>William & Mary Bill of Rights Journal, 14</u>, 415.

CITING:

Calvert, C., & Richards, R. D. (2004).  Challenging the Wisdom of Solomon:
The First Amendment and Military Recruitment on Campus.
<u>William & Mary Bill of Rights Journal, 13</u> (2), 205-243.

• Flanagan, A. (Visiting Scholar, Brooklyn Law School Center for Study of International Bus. Law).
(2006). Blogging: A Journal Need Not a Journalist Make.
<u>Fordham Intellectual Property, Media & Entertainment Law Journal, 16</u>, 395.

CITING:
Calvert, C., and Richards, R. D. (2003). Defending the First in the Ninth:
Judge Alex Kozinski and the Freedoms of Speech and Press.
<u>Loyola of Los Angeles Entertainment Law Review, 23</u> (2), 259-299.

• Post, R. (David Boies Professor of Law, Yale Law School).
(2005). Compelled Subsidization Of Speech: Johanns v. Livestock Marketing Association.
<u>Supreme Court Review, 2005</u>, 195.

CITING:
Calvert, C. (2005). Payola, Pundits & the Press: Weighing the Pros and Cons of FCC Regulation.
<u>CommLaw Conspectus: Journal of Communications Law & Policy, 13</u> (2), 245-270.

Clay Calvert
May 30, 2025

• Brown, K., & Candeub, A.  (Brown: Economist, Center for Naval Studies; Candeub: Assistant Professor  of
Law at Michigan State University College of Law).
        (2005). The Law and Economics of Wardrobe Malfunction.
        <u>Brigham Young University Law Review, 2005</u>, 1463.

        *CITING:*
        Calvert, C. (2004). Bono, The Culture Wars & A Profane Decision:
        The FCC's Reversal of Course on Indecency Determinations and Its New Path on Profanity.
        <u>Seattle University Law Review, 28</u> (1), 61-95.


• Chafee, E.D. (Associate, Jones Day, Cleveland, Ohio).
        (2005). Sailing Toward Safe Harbor Hours:
        The Constitutionality of Regulating Television Violence.
        <u>University of Michigan Journal of Law Reform, 39</u>, 1.

        *CITING:*
        Calvert, C. (2002). Violence, Video Games & A Voice of Reason:
        Judge Posner to the Defense of Kids' Culture and the First Amendment.
        <u>San Diego Law Review, 39</u> (1), 1-30.


• Parsons, R.D. (Chairman of the Board and Chief Executive Officer of Time Warner Inc.).
        (2005). An Evening with Richard D. Parsons.
        <u>Media Law & Policy, 15</u>, 7.

        *CITING:*
        Calvert, C. (2005). The First Amendment, the Media & the Culture Wars: Eight Lessons
        From 2004 About Speech, Censorship, Science and Public Policy.
        <u>California Western Law Review, 41</u> (2), 325-360.


• Reza, S. (Associate Professor, New York Law School).
        (2005). Privacy and the Criminal Arrestee or Suspect: In Search of a Right, In Need of a Rule.
        <u>Maryland Law Review, 64</u>, 755.

        *CITING:*
        Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
        A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
        <u>McGeorge Law Review, 35</u> (1), 1-43.


• Friedman, L.M. (Marion Rice Kirkwood Professor of Law, Stanford University).
        (2005). The Eye That Never Sleeps: Privacy And Law In The Internet Era.
        <u>Tulsa Law Review, 40</u>, 561.

        *CITING:*
        Calvert, C. (Westview, 2000). <u>Voyeur Nation: Media, Privacy and Peering in Modern Culture.</u>


• Kang, J. (Professor of Law, UCLA School of Law, & Visiting Professor of Law, Georgetown Univ.).
        (2005). Trojan Horses of Race.
        <u>Harvard Law Review, 118</u>, 1489.

        *CITING:*
        Calvert, C. (1998). Toxic Television, Editorial Discretion, & the Public Interest:
        A Rocky Mountain Low.
        <u>Hastings Communications and Entertainment Law Journal, 21</u> (1), 163-204.

Clay Calvert
May 30, 2025

• Horwitz, P. (Assoc. Prof., Southwestern University School of Law).
        (2005). Grutter's First Amendment.
        Boston College Law Review, 46, 461.

        *CITING:*

        Calvert, C., & Richards, R. D. (2004).  Challenging the Wisdom of Solomon:
        The First Amendment and Military Recruitment on Campus.
        William & Mary Bill of Rights Journal, 13 (2), 205-243.

        &

        Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
        an Increasingly Malleable Doctrine.
        McGeorge Law Review, 29 (1), 69-110.


• Garfield, A.E. (Professor of Law, Widener University School of Law).
        (2005). Protecting Children from Speech.
        Florida Law Review, 57, 565.

        *CITING:*

        Calvert, C. (2002). Violence, Video Games & A Voice of Reason: Judge Posner
        to the Defense of Kids' Culture and the First Amendment.
        San Diego Law Review, 39 (1), 1-30.


• Morant, B. (Professor of Law, Washington and Lee University School of Law).
        (2005).  The Endemic Reality of Media Ethics and Self-Restraint.
        Notre Dame Journal of Law, Ethics & Public Policy, 19, 595.

        *CITING:*

        Calvert, C., & Richards, R. D. (2004). Journalism, Libel Law and a Reputation Tarnished:
        A Dialogue with Richard Jewell and His Attorney, L. Lin Wood.
        McGeorge Law Review, 35 (1), 1-43.

        &

        Calvert, C. (1999). And You Call Yourself a Journalist?
        Dickinson Law Review, 103 (2), 411-451.

        &

        Calvert, C. (1998). The Psychological Conditions for a Socially Significant Free Press: Reconsidering the
        Hutchins Commission Report 50 Years Later.
        Vermont Law Review, 22 (3), 493-517.

        &

        Calvert, C. (1996). The Reporter's Privilege v. The Corporate Interest Muzzle:
        Philip Morris v. ABC.
        University of Dayton Law Review, 22 (1), 1-24.


• Loewy, A.H. (Graham Kenan Professor at the Univ. of No. Carolina-Chapel Hill School of Law).
        (2005). Obscenity: An Outdated Concept for the Twenty-First Century.
        Nexus: A Journal of Opinion, 10, 21.

        *CITING:*
        Calvert, C., & Richards, R. D. (2004). Adult Entertainment and the First Amendment:
        A Dialogue and Analysis with the Industry's Leading Litigator & Appellate Advocate.
        Vanderbilt Journal of Entertainment Law and Practice, 6 (2), 147-170.

Clay Calvert
May 30, 2025

• Ammori, M. (J.D. Harvard Law; Fellow, Yale University, 2004-2005).
   (2005). Another Worthy Tradition: How the Free Speech Curriculum Ignores Electronic
   Media and Distorts Free Speech Doctrine.
   Missouri Law Review, 70, 59.

   *CITING:*
   Calvert, C., and Richards, R. D. (1999). New Millennium, Same Old Speech:
   Technology Changes But the First Amendment Issues Don't.
   Boston University Law Review, 79 (4), 959-984.

• Reid, A.S., & Alexander, L.B. (Reid = Law Clerk, U.S. Dist. Ct. Judge H.E. Schlesinger; Alexander =
   Professor of Journalism, University of Florida).
   (2005). A Test Case for Newsgathering: The Effects of September 11, 2001 on the Changing
   Watchdog Role of the Press.
   Loyola of Los Angeles Entertainment Law Review, 25, 357.

   *CITING:*
   Calvert, C., and Lyon, K. (2000-2001). Reporting on Child Pornography:
   A First Amendment Defense for Viewing Illegal Images?
   Kentucky Law Journal, 89 (1), 13-68.

• Friedman, L.M. (Marion Rice Kirkwood Professor of Law, Stanford University, School of Law).
   (2004). The One-Way Mirror: Law, Privacy, And The Media.
   Washington University Law Quarterly, 82, 319.

   *CITING:*
   Calvert, C. (Westview, 2000). Voyeur Nation: Media, Privacy and Peering in Modern Culture.

• Marshall, W.P. (Kenan Professor of Law, University of North Carolina).
   (2004). Symposium: The Law Of Democracy: New Issues In The Law Of Democracy:
   False Campaign Speech And The First Amendment.
   University of Pennsylvania Law Review, 153, 285.

   *CITING:*
   Calvert, C. (1997). When First Amendment Principles Collide:
   Negative Political Advertising & the Demobilization of Democratic Self-Governance.
   Loyola of Los Angeles Law Review, 30 (4), 1539-72.

• Huhn, W.R. (McDowell Professor of Law and Research Fellow, University of Akron School of Law).
   (2004). Assessing the Constitutionality of Laws that are Both Content-Based and Content-Neutral:
   The Emerging Constitutional Calculus.
   Indiana Law Journal, 79, 801.

   *CITING:*
   Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
   an Increasingly Malleable Doctrine.
   McGeorge Law Review, 29 (1), 69-110.

Clay Calvert
May 30, 2025

• Van Detta, J.A. (Assoc. Prof. of Law & Assoc. Dean of Academic Affairs, John Marshall Law School).
   (2004). The Irony Of Instrumentalism: Using Dworkin's Principle-Rule Distinction To Reconceptualize
   Metaphorically A Substance-Procedure Dissonance Exemplified By Forum Non Conveniens Dismissals
   In International Product Injury Cases.
   Marquette Law Review, 87, 425.

   CITING:
   Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
   & the Framing of Legal Options.
   Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Bunker, M.D. et al. (Reese Phifer Professor of Journalism, University of Alabama)
   (2004). Standing at the Crossroads: Social Science, Human Agency and Free Speech Law.
   Communication Law and Policy, 9, 1.

   CITING:
   • Calvert, C. (1997).  Hate Speech and Its Harms:  A Communication Theory Perspective.
   Journal of Communication, 47 (1), 4-19.


• Iijima, C.K. (Assoc. Prof. of Law, William S. Richardson School of Law, University of Hawaii)
   (2004). Shooting Justice Jackson's "Loaded Weapon" At Ysar Hamdi:
   Judicial Abdication At The Convergence Of Korematsu And McCarthy.
   Syracuse Law Review, 54, 109.

   CITING:
   Calvert, C., and Lyon, K. (2000-2001). Reporting on Child Pornography:
   A First Amendment Defense for Viewing Illegal Images?
   Kentucky Law Journal, 89 (1), 13-68.


• Benjamin, S.M. (Professor of Law, Duke University School of Law)
   (Dec. 2003). Spectrum Abundance And The Choice Between Private And Public Control.
   New York University Law Review, 78, 207.

   CITING:
   Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
   an Increasingly  Malleable Doctrine.
   McGeorge Law Review, 29 (1), 69-110.


• Wardle, L.D. (Professor of Law, J. Reuben Clark Law School, Brigham Young University)
   (2003). Is Marriage Obsolete?
   Michigan Journal of Gender & Law, 10, 189.

   CITING:
   Calvert, C. (2001). Regulating Sexual Images on the Web: Last Call for Miller Time,
   But New Issues Remain Untapped.
   Hastings Communications and Entertainment Law Journal, 23 (3), 507-536.


• Burke, D. D. (Professor, Western Carolina University)
   (Fall 2003). Thinking Outside the Box: Child Pornography, Obscenity and the Constitution.
   Virginia Journal of Law and Technology, 8.

   CITING:

183

Clay Calvert
May 30, 2025

Calvert, C. (2001). Regulating Sexual Images on the Web: Last Call for Miller Time,
But New Issues Remain Untapped.
Hastings Communications and Entertainment Law Journal, 23 (3), 507-536.

&

Calvert, C. (2000). The "Enticing Images" Doctrine: An Emerging Principle
in First Amendment Jurisprudence?
Fordham Intellectual Property, Media & Entertainment Law Journal, 10 (3), 595-617.


• Gore, S.A. (Assistant Professor of Law, Florida State University College of Law).
(Fall 2004). "A Rose By Any Other Name": Judicial Use Of Metaphors For New Technologies.
University of Illinois Journal of Law, Technology & Policy, 2003, 403-456.

  *CITING:*
  Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
  & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Krotoszynski, Jr., R.J. (Professor of Law, Washington & Lee University School of Law)
(Spring 2003) Childproofing The Internet.
Brandeis Law Journal, 41, 447.

  *CITING:*
  Calvert, C., and Richards, R. D. (2002).  Free Speech and the Right to Offend: Old Wars,
  New Battles, Different Media.
  Georgia State University Law Review, 18 (3), 671-719.


• Hunter, D. (Robert F. Irwin IV Term Assistant Professor of Legal Studies, University of Pennsylvania)
(March 2003). Cyberspace as Place and the Tragedy of the Digital Anticommons.
California Law Review, 91, 439.

  *CITING:*
  Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
  & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Barron, J. A. (Harold H. Greene Professor of Law, George Washington University Law School)
(Summer 2002). The Open Society and Violence in the Media.
McGeorge Law Review, 33, 617.

  *CITING:*
  Calvert, C., and Richards, R. D. (2001).  Larry Flynt Uncensored: A Dialogue with the
  Most Controversial Man in First Amendment Jurisprudence.
  CommLaw Conspectus: Journal of Communications Law and Policy, 9 (2), 159-174.


• Yen, A. C. (Professor of Law, Boston College of Law)
(Fall, 2002). Western Frontier or Feudal Society?: Metaphors and Perceptions of Cyberspace.
Berkeley Technology Law Journal, 17, 1207.

  *CITING:*
  Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
  & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.

Clay Calvert
May 30, 2025

• Wasserman, H. M. (Visiting Assistant Professor of Law, Florida Statute University College of Law)
    (November, 2002). Compelled Expression and the Public Forum Doctrine.
    Tulane Law Review, 77, 163.

    *CITING:*
    Calvert, C. (2001). Where the Right Went Wrong in Southworth:
    Underestimating the Power of the Marketplace.
    Maine Law Review, 53 (1), 53-80.


• Kitrosser, H. (Visiting Assistant Professor of Law, Northwestern University).
    (Summer, 2002). From Marshall McLuhan to Anthropomorphic Cows:
    Communicative Manner and the First Amendment.
    Northwestern University Law Review, 96, 1339.

    *CITING:*

    Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
    an Increasingly Malleable Doctrine.
    McGeorge Law Review, 29 (1), 69-110.

    &

    Richards, R. D., and Calvert, C. (2000). Counter Speech 2000: A New Look at
    the Old Remedy for "Bad" Speech.
    Brigham Young University Law Review, 2000 (2), 553-586.

• Berman, M. N. (Assistant Professor of Law, University of Texas-Austin).
    (April, 2002). Commercial Speech and the Unconstitutional Conditions Doctrine:
    A Second Look at "The Greater Includes the Lesser."
    Vanderbilt Law Review, 55, 639.

    *CITING:*
    Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
    an Increasingly Malleable Doctrine.
    McGeorge Law Review, 29 (1), 69-110.


• Berrigan, H.G. (Chief Judge, U.S. District Court, Eastern District, Louisiana)
    (Spring, 2002). "Speaking Out" About Hate Speech.
    Loyola Law Review.

    *CITING:*
    Richards, R. D., and Calvert, C. (2000). Counter Speech 2000: A New Look at
    the Old Remedy for "Bad" Speech.
    Brigham Young University Law Review, 2000 (2), 553-586.

• Ausness, R. C. (Professor of Law, University of Kentucky)
    (Summer, 2002). Tort Liability for the Sale of Non-defective Products: An Analysis and
    Critique of the Concept of Negligent Marketing.
    South Carolina Law Review, 53, 907.

    *CITING:*
    Calvert, C. (1998). Excising Media Images to Solve Societal Ills: Communication, Media Effects,
    Social Science, and the Regulation of Tobacco Advertising.
    Southwestern University Law Review, 27 (4), 401-471.

Clay Calvert
May 30, 2025

• Kang, J. (Professor, UCLA School of Law).
  (March, 2000). Cyber-Race.
  Harvard Law Review, 113, 1131.

  *CITING:*
  Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
  & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Johnson, B. (Frederick Wertham Professor of Law and Psychiatry, Harvard University).
  (Summer, 1998).  New Direction: Anthropomorphism in Lyric and Law.
  Yale Journal of Law & the Humanities, 10, 549.

  *CITING:*
  Calvert, C. (1997). Smoking Out Big Tobacco: Some Lessons About Academic Freedom, The World
  Wide Web, Media Conglomeration, and Public-Service Pedagogy from the Battle over the Brown &
  Williamson Documents.
  Pepperdine Law Review, 24 (2), 391-453.


• Keller, B.P. (Partner, Debevoise & Plimpton, New York, NY).
  (May, 1999) The Game's the Same: Why Gambling in Cyberspace Violates Federal Law.
  Yale Law Journal, 108, 1569.

  *CITING:*
  Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
  & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Harvard Law Review Staff Project.
  (May, 1999). Developments in the Law -- The Law of Cyberspace.
  Harvard Law Review, 112 (7), 1574.

  *CITING:*
  Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
  & the Framing of Legal Options.
  Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Cohen, J. E. (Associate Professor of Law, Georgetown University Law Center).
  (May, 2000). Examined Lives: Informational Privacy and Subject as Object.
  Stanford Law Review, 52, 1373.

  *CITING:*
  Calvert, C. (1997). Free Speech & Content Neutrality: Inconsistent Applications of
  an Increasingly  Malleable Doctrine.
  McGeorge Law Review, 29 (1), 69-110.


• Allen, A. L. (Professor of Law, University of Pennsylvania School of Law).
  (May, 2000). Gender and Privacy in Cyberspace.
  Stanford Law Review, 52, 1175

  *CITING:*
  • Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
  Cardozo Arts & Entertainment Law Journal, 17 (2), 273-320.

186

Clay Calvert
May 30, 2025

• Froomkin, A. M. (Professor of Law, University of Miami School of Law).
    (May, 2000). The Death of Privacy?
    Stanford Law Review, 52, 1461.

        CITING:
        Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
        Cardozo Arts & Entertainment Law Journal, 17 (2), 273-320.


• Ortiz, F. (Associate Professor of Law, South Texas College of Law).
    (Summer, 2001). Zoning the Voyeur Dorm: Regulating Home-Based Voyeur Web Sites
    Through Land Use Laws.
    U.C. Davis Law Review, 34, 929.

        CITING:
        Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
        Cardozo Arts & Entertainment Law Journal, 17 (2), 273-320.


• Cowan, K. G.
    (Winter 2001). The Tailoring of Statutory Bubble Zones: Balancing Free Speech
    and Patients' Rights.
    Journal of Criminal Law & Criminology, 91 (2), 385-427.

        CITING:
        Calvert, C., and Richards, R. D. (1999). New Millennium, Same Old Speech:
        Technology Changes But the First Amendment Issues Don't.
        Boston University Law Review, 79 (4), 959-984.


• Levi, L. (Professor of Law, University of Miami School of Law).
    (May 2000). Viacom-CBS Merger: Reflections on the FCC's Recent Approach to
    Structural Regulation of the Electronic Mass Media.
    Federal Communications Law Journal, 52, 81.

        CITING:
        Calvert, C. (1996). Stumbling Down Tobacco Road: Media Self-Censorship and Corporate
        Capitulation in the War on the Cigarette Industry.
        Loyola of Los Angeles Law Review, 30 (1),139-175.


• Lytton, T. (Associate Professor, New York Law School).
    (Summer, 1998). Negligent Marketing: Halberstam v. Daniel and the Uncertain Future of
    Negligent Marketing Claims Against Firearms Manufacturers.
    Brooklyn Law Review, 64, 681.

        CITING:
        Calvert, C. (1998). Excising Media Images to Solve Societal Ills: Communication, Media Effects,
        Social Science, and the Regulation of Tobacco Advertising.
        Southwestern University Law Review, 27 (4), 401-471.


• Dubin, J. (Professor of Law, St. Mary's University School of Law).
    (July-August, 1998). Clinical Design for Social Justice Imperatives.
    Southern Methodist University Law Review, 51, 1461.

        CITING:
        Calvert, C. (1997). Smoking Out Big Tobacco: Some Lessons About Academic Freedom, The World
        Wide Web, Media Conglomeration, and Public-Service Pedagogy from the Battle over the Brown &
        Williamson Documents.
        Pepperdine Law Review, 24 (2), 391-453.

Clay Calvert
May 30, 2025

• Madison, M. (Visiting Assistant Professor, University of Pittsburgh School of Law).
    (December, 1998). Legal-Ware: Contract and Copyright in the Digital Age.
    Fordham Law Review, 67, 1025.

    CITING:
    Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality, & Framing Legal Options.
    Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Madison, M. (Visiting Assistant Professor, University of Pittsburgh School of Law).
    (2000) Complexity and Copyright in Contradiction.
    Cardozo Arts & Entertainment Law Journal, 18, 125-174.

    CITING:
    Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality, & Framing Legal Options.
    Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Vandall, F. (Professor of Law, Emory University School of Law).
    (1998). Settlement: The Legal Theory and the Visionaries That Led to the Proposed
    $365.8 Billion Tobacco Settlement.
    Southwestern University Law Review, 27, 473.

    CITING:
    Calvert, C. (1997). Smoking Out Big Tobacco: Some Lessons About Academic Freedom, The World
    Wide Web, Media Conglomeration, and Public-Service Pedagogy from the Battle over the Brown &
    Williamson Documents.
    Pepperdine Law Review, 24 (2), 391-453.

• Nance, C. (Assistant Professor of Law, University of Arkansas School of Law).
    (1998). The Uniform Correction or Clarification of Defamation Act
    Arkansas Law Review, 51, 721.

    CITING:
    Calvert, C. (1995).  Harm to Reputation: An Interdisciplinary Approach to the Impact
    of Denial of Defamatory Allegations.
    Pacific Law Journal, 26 (4), 933-960.


• Kim, I. L. (Assistant District Attorney, Philadelphia District Attorney's Office).
    (1999). Defending Freedom of Speech: The Unconstitutionality of Anti-Paparazzi
    Legislation.
    South Dakota Law Review, 44, 275.

    CITING:
    Calvert, C. (1997). Sifting Through the Wreckage of ABC Reportage: Little Victories,
    Big Defeats & Unbridled Media Arrogance.
    Hastings Communications and Entertainment Law Journal, 19 (4), 795-821.


• Thomas, J. E. (Assistant Professor, University of Missouri-Kansas City School of Law).
    (1999) A Pragmatic Approach to Meaning in Defamation Law.
    Wake Forest Law Review, 34, 333.

    CITING:
    Calvert, C. (1995). Awareness of Meaning in Libel Law: An Interdisciplinary
    Communication & Law Critique.
    Northern Illinois University Law Review, 16 (1), 111-140.

Clay Calvert
May 30, 2025

• Allen, D. S. (Associate Professor, Dept. of Communication, Illinois State University).
    (Autumn, 1999). Merging Law and Ethics: Discourse Legal Theory and Freedom of
    Expression in *Hurley*.
    Communication Law and Policy, 4 (4), 403-430.

    *CITING:*
    Calvert, C. (1997). Clashing Conceptions of Press Duties: Public Journalists and the Courts.
    Communication Law and Policy, 2 (4), 441-475.


• Wagner, W. E. (Professor, Case Western Reserve University School of Law)
    (1999). Rough Justice and Attorney General Litigation.
    Georgia Law Review, 33, 935.

    *CITING:*
    Calvert, C. (1997). Smoking Out Big Tobacco: Some Lessons About Academic Freedom, The World
    Wide Web, Media Conglomeration, and Public-Service Pedagogy from the Battle over the Brown &
    Williamson Documents.
    Pepperdine Law Review, 24 (2), 391-453.


• Kimmel, M. (Former Appellate Counsel, U.S. Dept. of Justice)
    (1999). A Proposal to Strengthen The Right of Response to Negative Campaign Commercials.
    Catholic University Law Review, 49, 89.

    *CITING:*
    Calvert, C. (1997). When First Amendment Principles Collide: Negative Political Advertising
    & the Demobilization of Democratic Self-Governance.
    Loyola of Los Angeles Law Review, 30 (4), 1539-1572.

• Abramowitz, M.  (Assistant Professor, George Mason University School of Law).
    (1999). The Law-and-Markets Movement.
    American University Law Review, 49, 327.

    *CITING:*
    Calvert, C. (1997). When First Amendment Principles Collide: Negative Political Advertising
    & the Demobilization of Democratic Self-Governance.
    Loyola of Los Angeles Law Review, 30 (4), 1539-1572.


• Wu, T. (Attorney, J.D. Harvard).
    (2000). When Law & the Internet First Met.
    Green Bag 2d, 3, 171.

    *CITING:*
    Calvert, C. (1998). Regulating Cyberspace: Metaphor, Rhetoric, Reality,
    & the Framing of Legal Options.
    Hastings Communications and Entertainment Law Journal, 20 (3), 541-566.


• Packard, A. (Assistant Professor of Communication, Univ. of Houston-Clear Lake).
    (2000). Threats or Theater: Does Planned Parenthood v. American Coalition of Life Activists
    Signify that Tests for "True Threats" Need to Change?
    Communication Law & Policy, 5 (2), 235-267.

    *CITING:*
    • Richards, R. D., and Calvert, C. (1999). The "True Threat" to Cyberspace:
    Shredding the First Amendment for Faceless Fears.
    CommLaw Conspectus, 7 (2), 291-295.

Clay Calvert
May 30, 2025

• King, Jr., J. H. (Distinguished Professor, University of Tennessee College of Law).
  (2000). Reference to the Plaintiff Requirement in Defamatory Statements Directed at Groups.
  Wake Forest Law Review, 35, 343.

  *CITING:*
  • Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
  Cardozo Arts & Entertainment Law Journal, 17 (2), 273-320.

• Patton, W. W. (Professor, Whittier School of Law).
  (1999/2000). Pandora's Box: Opening Child Protection Cases to the Press and Public.
  Western State University Law Review, 27, 181.

  *CITING:*
  • Calvert, C. (1999). And You Call Yourself a Journalist?
  Dickinson Law Review, 103 (2), 411-451.

## Communication, Psychology, Business & English Journals Citation Index (selected citations by other authors to Calvert articles)

• Jung, Y., et al. (Asst. Prof., Wee Kim Wee School of Comm., Nanyang Tech. University, Singapore).
  (2012). Why Do People Post and Read Personal Messages in Public? The Motivation of
  Using Personal Blogs and Its Effects on Users' Loneliness, Belonging, and Well-Being.
  Computers in Human Behavior, 28, 1626 – 1633.

  *CITING:*
  Calvert, C. (2000).
  Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

• Judge, A.M. (Harvard Medical School; Children & the Law Program, Mass. Gen. Hospital).
  (2012). "Sexting" Among U.S. Adolescents: Psychological and Legal Perspectives.
  Harvard Review of Psychiatry, 20 (2), 86-96.

  *CITING:*

  Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
  Child Pornographers and the Lolita Effect Undermines the Law.
  CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.

  &

  Richards, R.D., & Calvert, C. (2009). When Sex and Cell Phones Collide:
  Inside the Prosecution of a Teen Sexting Case.
  Hastings Communications & Entertainment Law Journal, 32 (1), 1-39.

• Karaian, L. (Asst. Prof., Institute of Criminology & Criminal Justice, Carleton University, Canada).
  (2012). Lolita Speaks: 'Sexting,' Teenage Girls and the Law.
  Crime Media Culture, 8 (1), 57-73.

  *CITING:*

  Calvert, C. (2009). Sex, Cell Phones, Privacy & the First Amendment: When Children Become
  Child Pornographers and the Lolita Effect Undermines the Law.
  CommLaw Conspectus: Journal of Communications Law and Policy, 18, 1-65.

Clay Calvert
May 30, 2025

• Silver, D. (Assistant Professor, University of Denver)
    (2011) The Framers' First Amendment: Originalist Citations in U.S. Supreme Court
    Freedom of Expression Opinions.
    Journalism & Mass Communication Quarterly, 88 (1), 99-120.

    *CITING:*
    Bunker, M.D., & Calvert, C. (2010). Contrasting Concurrences of Clarence Thomas:
    Deploying Originalism and Paternalism in Commercial and Student Speech Cases.
    Georgia State University Law Review, 26 (2), 321-359.

• Hellmueller, L.C., & Aeschbacher, N. (Hellmueller = Fulbright Researcher, Univ. of Missouri).
    Media and Celebrity: Production and Consumption of "Well-Knownness."
    Communication Research Trends, 29 (4), 3.

    *CITING:*
    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

• Baruh, L. (Asst. Prof., Dep't of Advertising, Kadir Has University, Istanbul).
    (2009).  Publicized Intimacies on Reality Television:  An Analysis of Voyeuristic Content and
    Its Contribution to the Appeal of Reality Programming.
    Journal of Broadcasting & Electronic Media, 53 (2), 190 – 210.

    *CITING:*
    Calvert, C. (2004, Paperback Ed.).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

• Kozlowoski, D.V., Bullard, M.E. & Deets, K. (2009) (Kozlowski: Asst. Prof., St. Louis University)
    Uncertain Rights: Student Speech and Conflicting Interpretations of Morse v. Frederick.
    Journalism & Mass Communication Quarterly, 86 (1), 138-156.

    *CITING:*
    Calvert, C. (2008). Misuse and Abuse of *Morse v. Frederick* by Lower Courts: Stretching the
    High Court's Ruling Too Far to Censor Student Expression.
    Seattle University Law Review, 32 (1), 1-34.

• de Laat, P.B. (2008). (Faculty of Philosophy, University of Groningen, The Netherlands).
    Online Diaries: Reflections on Trust, Privacy, and Exhibitionism.
    Ethics and Information Technology, 10, 57-69.

    *CITING:*
    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

• Utt, S.H. (2007). (Assoc. Prof. & Assistant Chair, Dep't of Journalism, University of Memphis).
    Region, Circulation Influence Newspapers' Ad Refusals.
    Newspaper Research Journal, 28 (3), 76-84.

    *CITING:*
    Pember, D.R., & Calvert, C. (2005).
    Mass Media Law.  McGraw Hill.

Clay Calvert
May 30, 2025

• Bell, V., Hemmens, C., & Steiner, B. (2006).
    Up Skirts and Down Blouses: A Statutory Analysis of Legislative Responses to Video Voyeurism.
    Criminal Justice Studies: A Critical Journal of Crime, Law & Society, 19 (3), 301-314.

    *CITING:*

    Calvert, C., and Brown, J. (2000). Video Voyeurism, Privacy and the Internet:
    Exposing Peeping Toms in Cyberspace.
    Cardozo Arts & Entertainment Law Journal, 18 (3), 469-568.

    &

    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

    &

    Calvert, C. (1999). The Voyeurism Value in First Amendment Jurisprudence.
    Cardozo Arts & Entertainment Law Journal, 17 (2), 273-320.

• Blazer, S.M. (2006).
    Rear Window Ethics: Domestic Privacy versus Public Responsibility in the Evolution
    Of Voyeurism.
    The Midwest Quarterly: A Journal of Contemporary Thought, 47 (4), 379-392.

    *CITING:*
    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

• Rose, R.L., & Wood, S.L. (2005). (Professors of Marketing, Moore Sch. of Bus., Univ. of South Carolina).
    Paradox and the Consumption of Authenticity Through Reality Television.
    Journal of Consumer Research, 32 (2), 284-296.

    *CITING:*
    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press

• Metzl, J.M. (2004). (Assistant Professor, Department of Psychiatry, University of Michigan).
    Voyeur Nation? Changing Definitions of Voyeurism, 1950-2004.
    Harvard Review of Psychiatry, 12 (2), 127-131.

    *CITING:*
    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press

• Westin, A.F. (2003) (Professor of Public Law and Government, Emeritus, Columbia University).
    Social and Political Dimensions of Privacy.
    Journal Of Social Issues, 59 (2), 431-453.

    *CITING:*
    Calvert, C. (2000).
    Voyeur Nation: Media, Privacy and Peering in Modern Culture. Westview Press.

Clay Calvert
May 30, 2025

• Wackwitz, L. A. (Assistant Professor, Dept. of Speech Communication, Oregon State University).
    (March, 2002).
    Burger on Miller: Obscene Effects and the Filth of a Nation.
    Journal of Communication, 52 (1), 196-210.

    *CITING:*
    Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
    Journal of Communication, 47 (1), 4-19.

    &

    Calvert, C. (1995).  Harm to Reputation: An Interdisciplinary Approach to the Impact
    of Denial of Defamatory Allegations. Pacific Law Journal, 26 (4), 933-960.

    &

    Calvert, C. (2000). The "Enticing Images" Doctrine: An Emerging Principle
    in First Amendment Jurisprudence?
    Fordham Intellectual Property, Media & Entertainment Law Journal, 10 (3), 595-617.


• Cowan, G., & Mettrick, J.  (Cowan, Professor, Dept. of Psychology, CSU-San Bernardino)
    (February, 2002).
    The Effects of Target Variables and Setting on Perceptions of Hate Speech.
    Journal of Applied Social Psychology, 32 (2) 277-299.

    *CITING:*
    Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
    Journal of Communication, 47 (1), 4-19.


• Price, V. (Associate Professor, Annenberg School of Communication, University of Pennsylvania).
    (Spring, 1998).
    Third-Person Effects on Publication of a Holocaust-Denial Advertisement.
    Journal of Communication, 48 (2), 3-26.

    *CITING:*
    Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
    Journal of Communication, 47 (1), 4-19.


• Lenert, E.M. (Assistant Professor, S.I. Newhouse School of Public Communications, Syracuse).
    (Autumn, 1998).
    A Communication Theory Perspective on Telecommunications Policy.
    Journal of Communication, 48 (4), 3-23.

    *CITING:*
    Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
    Journal of Communication, 47 (1), 4-19.


• Hasian, M. & Delgado, F.  (Assistant Professors, Arizona State University).
    (August, 1998).
    The Trials and Tribulations of Racialized Critical Rhetorical Theory:
    Understanding the Rhetorical Ambiguities of Proposition 187.
    Communication Theory, 8 (3), 245-270.

    *CITING:*
    Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
    Journal of Communication, 47 (1), 4-19.

Clay Calvert
May 30, 2025

• Downing, J.D. (Professor of Communication, College of Comm., University of Texas at Austin)
   (April 1999). Hate Speech and First Amendment Absolutism Discourses in the US.
   Discourse & Society, 10 (2), 175-189.

   *CITING:*
   Calvert, C. (1997). Hate Speech and Its Harms: A Communication Theory Perspective.
   Journal of Communication, 47 (1), 4-19.

• Sanders, C. (Assistant Professor of Communications, John Carroll University).
   (Summer, 1999). Fitting Past, Present and Future into One Law Course Syllabus.
   Journalism and Mass Communication Educator, 54 (2), 15-23.

   *CITING:*
   Calvert, C. (1998, Winter). Integrating Communication and Law: A Challenge for a
   Unique Contribution. AEJMC Media Law Notes, 25 (2), p. 3, 6.

## Service to Learned Societies, Academic Orgs., Journals & Publishers

- **External Reviews for Promotion and/or Tenure (most recent reviews only)**
  - Dr. Jared Schroeder, University of Missouri, Columbia, MO (reviewed Dec. 2022)
  - Dr. Brett G. Johnson, University of Missouri, Columbia, MO (reviewed July 2020)
  - Dr. Jared Schroeder, Southern Methodist University, Dallas, TX (reviewed July 2019)
  - Dr. Michael T. Martinez, University of Tennessee, Knoxville, TN (reviewed Aug. 2018)
  - Dr. Daxton R. "Chip" Stewart, Texas Christian Univ., Ft. Worth, TX (reviewed July 2017)
  - Dr. J. Michael Farrell, University of Kentucky, Lexington, KY (reviewed Sept. 2015)
  - Dr. Erik Nielson, University of Richmond, Richmond, VA (reviewed July 2015)
  - Dr. Jason Martin, DePaul University, Chicago, IL (reviewed July 2015

- **Journal of Free Speech Law**
  - Member, Editorial Board, 2021–current
  - Manuscript Referee, Journal of Free Speech Law, Manuscript Reviewed, Mar. 2025
  - Manuscript Referee, Journal of Free Speech Law, Manuscript Reviewed, Aug. 2024
  - Manuscript Referee, Journal of Free Speech Law, Manuscript Reviewed, Sept. 2023
  - Manuscript Referee, Journal of Free Speech Law, Manuscript Reviewed, Sept. 2022
  - Manuscript Referee, Journal of Free Speech Law, Manuscript Reviewed, Jan. 2022
  - Manuscript Referee, Journal of Free Speech Law, Manuscript Reviewed, Aug. 2021

- **Association for Education in Journalism and Mass Communication**
  - Member, Editorial Board, Communication Law and Policy, 2002-2021
  - Member, Task Force, Status & Future of the Structure/Organization of AEJMC, 2001-03
  - ABA Liaison, Law Division, 1998-99 & 1999-2000

  - Panel Discussant, Law Division, AEJMC Southeast Colloquium, 2020
  - Panel Discussant, Law Division, AEJMC Southeast Colloquium, 2018
  - Panel Discussant, Law Division, AEJMC Annual Conference, 2017
  - Panel Discussant, Law Division, AEJMC Southeast Colloquium, 2017
  - Panel Discussant, Law Division, AEJMC Southeast Colloquium, 2015
  - Panel Discussant, Law Division, AEJMC Annual Conference, 2014
  - Panel Moderator/Discussant, Law Division, AEJMC Southeast Colloquium, 2013
  - Panel Moderator, Law Division, AEJMC Annual Convention, 2004

  - Manuscript Referee, Journ. & Comm. Monos., Manuscript No. JCMO 16 – 0009, 2016
  - Manuscript Referee, Journ. & Comm. Monos., Manuscript No. JCMO 16 – 0007, 2016

  - Manuscript Referee, Journ. & Mass Comm. Q., Manuscript No. JMCQ 21-0255, 2021

Clay Calvert
May 30, 2025

- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 20-0279.R2, 2021
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 20-0279.R1, 2021
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 20-0279, 2020
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 17-0028.R2, 2017
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 17-0028.R1, 2017
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 17-0028, 2017
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 16-0356, 2016
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 15-0180.R1, 2015
- Manuscript Referee, <u>Journ. & Mass Comm. Q.</u>, Manuscript No. JMCQ 15-0180, 2015

- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-686, 2021
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-648, 2020
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-618, 2019
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-604, 2018
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-588, 2018
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-564, 2017
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-521, 2016
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-475, 2015
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-470, 2015
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. T-005, 2014
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. T-003, 2014
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-432, 2013
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-423, 2013
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-396, 2012
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-394, 2012
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-366, 2011
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-348, 2011
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-003P, 2011
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-325, 2010
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-254, 2008
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-221, 2007
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-208, 2007
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-177, 2006
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-168, 2006
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. B-003, 2005
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-149, 2005
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-110, 2004
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-101, 2004
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-098, 2004
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-057, 2003
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-048, 2003
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-038, 2002
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-027, 2002
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-023, 2002
- Manuscript Referee, <u>Communication Law and Policy</u>, Manuscript No. A-011, 2002

- Paper Referee, Law Division, AEJMC Southeast Colloquium, 2007
- Paper Referee, Law Division, AEJMC Annual Convention, 2006
- Paper Referee, Law Division, AEJMC Southeast Colloquium, 2005
- Paper Referee, Law Division, AEJMC Annual Convention, 2003
- Paper Referee, Law Division, AEJMC Annual Convention, 2001
- Paper Referee, Law Division, AEJMC Annual Convention, 2000
- Paper Referee, Law Division, AEJMC Southeast Colloquium, 2000

- **American Bar Foundation**
  - Manuscript Referee, <u>Law & Social Inquiry</u>, Manuscript No. LSI-17-0012.R1 (revised) 2017
  - Manuscript Referee, <u>Law & Social Inquiry</u>, Manuscript No. LSI-17-0012, 2017

- **American Psychological Association**
  - Manuscript Referee, <u>Psychology, Public Policy and Law</u>, Manuscript No. 2008-0131, 2008

Clay Calvert
May 30, 2025

- **Center on Media and Child Health**
  - Manuscript Referee, <u>Journal of Children and Media</u>, Manuscript No. 100101, 2010

- **For Beginners Books**
  - Manuscript Review, <u>The First Amendment for Beginners</u> by Michael J. Lamonica, Feb. 2018

- **Ford Foundation (Sponsorship)**
  - Manuscript Referee, <u>Journal of Information Policy</u>, Manuscript No. 184, 2014
  - Manuscript Referee, <u>Journal of Information Policy</u>, Manuscript No. 81-234-1, 2011

- **Griffith Journal of Law & Human Dignity** (Griffith Law School, Australia)
  - Manuscript Referee for article "*Seeing Through the Image,*" Jan. 2015

- **Harvard University Press**
  - Manuscript Review, <u>The First Amendment Bubble</u> by Amy Gajda, Nov. 2013

- **International Communication Association**
  - Manuscript Referee, <u>Journal of Communication</u>, Manuscript No. 00-150, 2000
  - Manuscript Referee, <u>Journal of Communication</u>, Manuscript No. 99-126, 1999

- **Pennsylvania State University Press**
  - Book Proposal Review, "<u>Speaking Hatefully: Culture, Public Communication, Political Action</u>" Sept. 2011

- **Red Line Editorial**
  - Book Editorial Consultant, "<u>Violence in Video Games</u>," October 2012
  - Book Editorial Consultant, "<u>Parental Guidance Ratings</u>," August 2012

- **Routledge**
  - Book Proposal Review, "<u>The Journalists' Guide to American Law</u>," July 2011

- **Rowman & Littlefield**
  - Manuscript Review, "The First Amendment Enemy: The European Right to be Forgotten" A Lexington Books, a scholarly imprint of Rowman & Littlefield, Jan. 2018

- **Sage Publications**
  - Manuscript Referee, <u>Educational Policy</u>, Manuscript No. EP-09-092, 2010

- **Taylor & Francis Publications**
  - Manuscript Referee, <u>Mass Communication and Society</u>, Manuscript MCS-11-0142, 2011
  - Manuscript Referee, <u>Mass Communication and Society</u>, Manuscript MCS-10-0219, 2010

## <u>Academic Honors & Awards</u>

### Association for Education in Journalism and Mass Communication

- Winner, <u>2004 Krieghbaum Under-40 Award</u>, for Teaching, Research and Public Service.

- Top Faculty Paper, Law Division, 2020 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2019 AEJMC Annual Conference
- Top Faculty Paper, Law Division, 2017 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2016 AEJMC Annual Conference
- Top Faculty Paper, Law Division, 2016 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2015 AEJMC Annual Conference
- Top Faculty Paper, Law Division, 2014 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2013 AEJMC Southeast Colloquium

Clay Calvert
May 30, 2025

- Top Faculty Paper, Law Division, 2011 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2010 AEJMC Annual Convention
- Top Faculty Paper, Law Division, 2009 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2008 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 2002 AEJMC Annual Convention
- Top Faculty Paper, Law Division, 2002 AEJMC Southeast Colloquium
- Top Faculty Paper, Law Division, 1997 AEJMC Annual Convention
- Top Faculty Paper, Law Division, 1996 AEJMC Annual Convention

- Second Place Faculty Paper, Law Division, 2020 AEJMC Annual Conference
- Second Place Faculty Paper, Law Division, 2017 AEJMC Annual Conference
- Second Place Faculty Paper, Law Division, 2016 AEJMC Annual Conference
- Second Place Faculty Paper, Law Division, 2013 AEJMC Annual Conference
- Second Place Faculty Paper, Law Division, 2011 AEJMC Annual Conference
- Second Place Faculty Paper, Law Division, 2011 AEJMC Southeast Colloquium
- Second Place Faculty Paper, Law Division, 2004 AEJMC Annual Convention

- Third Place Faculty Paper, Law Division, 2014 AEJMC Annual Conference
- Third Place Faculty Paper, Law Division, 2012 AEJMC Southeast Colloquium
- Third Place Faculty Paper, Law Division, 2011 AEJMC Southeast Colloquium
- Third Place Faculty Paper, Law Division, 2010 AEJMC Southeast Colloquium

## Broadcast Education Association

- Top Faculty Paper, Law & Policy Division, 2016 BEA Annual Convention
- Top Faculty Paper, Law & Policy Division, 2015 BEA Annual Convention

- Second Place Faculty Paper, Law & Policy Division, 2016 BEA Annual Convention

## The University of Florida

- SEC Faculty Achievement Award, 2022
- University of Florida Academy of Distinguished Teaching Scholars (ADTS), inducted 2021
- University of Florida Teacher/Scholar of the Year, 2020-2021
- University of Florida Research Foundation (UFRF) Professorship, 2017 – 2020
- University of Florida Term Professorship, 2017 – 2020
- Anderson Scholars Faculty Honoree, College of Liberal Arts and Sciences, 2019
- Elizabeth Wood Dunlevie Honors Term Professor, University Honors Program, 2018 – 19
- Distinguished Mentor of Undergrad. Res., UF Education Celebration, 2011

## The Pennsylvania State University

- Winner, 2009 Panhellenic Council Faculty Appreciation Award, Delta Gamma Selection
- Winner, 2006 Dean's Excellence Award, Research
- Winner, 2001 Dean's Excellence Award, Integrated Scholarship
- Winner, 1997 Dean's Excellence Award, Research
- Certificate of Achievement, Penn State Leadership Academy, 2002-03
- Adviser for University Scholars Program (Schreyer Honors College), 1996-2008

## Doctoral Candidate

- Top Student Paper, Law Division, 1994 AEJMC Annual Convention
- Kappa Tau Alpha Research Award, Top Student Paper, Law Div., 1994 AEJMC Annual Con.
- Runner-Up Student Paper, Law Division, 1994 AEJMC Annual Convention
- Keynote Speaker: Center for Teaching & Learning, Stanford 1995, "T.A. Orientation"

Clay Calvert
May 30, 2025

### Law School

- Order of the Coif (National Legal Honor Society)
- McGeorge Honor Roll: 1988-89, 1989-90, 1990-91
- Traynor Honor Society (McGeorge Honor Society)
- American Jurisprudence Award, Federal Courts, 1990-91
- West Pub. Co. Award for Outstanding Legal Scholarship, 1989-90
- Assistant Comment Editor, <u>Pacific Law Journal</u>, Vol. 22
- Comment Staff Writer, <u>Pacific Law Journal</u>, Vol. 21

### Undergraduate Work

- Mary Jane Clark Award for Effective Writing, Dept. of Communication, 1986

## Legal Experience

### Admitted to Practice
- State Bar of California, December 1991
  - CA State Bar No. 155130 (Active Status: Dec. 1991–Dec. 2023; Inactive: Dec. 2023–)
- United States Supreme Court, February 2010
  - Member, Bar of the Court

### Associate Attorney
- Damrell, Nelson, Schrimp et. al, 1991-92
  (Honorable Frank Damrell, Jr., U.S. Dist. Ct. Judge, Eastern Dist. of Cal.)
  Modesto, CA
  - Civil Litigation

### American Bar Association
- Member Since 1992, Tort & Insurance Practice Section
- Media Law and Defamation Torts Committee

## Relevant Work Experience

### Journalism

- <u>The Stanford Daily</u>, Stanford, CA, 1983-86
  Opinions Editor (Vol. 185), Editorial Board Member (Vol. 185),
  Senior Staff Writer (Vols. 186, 187, 188), Staff Writer (Vol. 184)

### Public Relations

- <u>Aaron D. Cushman and Associates</u>, St. Louis, MO, Spring 1988
  Assistant Account Executive (Internship)

## Appendix B

## <u>Materials Relied Upon</u>

1.  **Case Materials** (chronological, starting with the oldest)

    - Complaint, *Loomer v. Maher*, Case No. 60-2024-CA-000504-CAAXMX (Fla. Sumter County Co. filed Oct. 21, 2024)

    - Defendants Bill Maher and Home Box Office, Inc.'s Motions to Dismiss and Memorandum of Law in Support Thereof, *Loomer v. Maher*, Case No. 5:24-cv-00625-JSM-PRL (M.D. Fla. filed Nov. 25, 2024)

    - Order (on Motion to Dismiss), *Loomer v. Maher*, Case No. 5:24-cv-00625-JSM-PRL (M.D. Fla. filed Jan. 16, 2025)

    - Amended Complaint, *Loomer v. Maher*, Case No. 5:24-cv-00625-JSM-PRL (M.D. Fla. filed Jan. 30, 2025).

2.  **Episodes of *Real Time with Bill Maher*** (chronological, starting with oldest)

    - January 19, 2024

    - February 16, 2024

    - September 13, 2024

    - September 20, 2024

    - January 17, 2025

    - January 31, 2025

3.  **U.S. Supreme Court Opinions** (alphabetical)

    - *Abrams v. United States*, 250 U.S. 616 (1919)

    - *Baumgartner v. United States*, 322 U.S. 665 (1944)

    - *Brown v. Entertainment Merchants Association*, 564 U.S. 786 (2011)

    - *Buckley v. Valeo*, 424 U.S. 1 (1976)

    - *Citizens United v. Federal Election Comm'n*, 558 U.S. 310 (2010)

    - *City of San Diego v. Roe*, 543 U.S. 77 (2004)

    - *Cohen v. California*, 403 U.S. 15 (1971)

    - *Connick v. Myers*, 461 U.S. 138 (1983)

    - *Counterman v. Colorado*, 600 U.S. 66 (2023)

    - *Curtis Publishing Co. v. Butts*, 388 U.S. 130 (1967)

- *Federal Communications Comm'n v. League of Women Voters of California*, 468 U.S. 364 (1984)

- *Federal Communications Comm'n v. Pacifica Found.*, 438 U.S. 726 (1978)

- *Garrison v. Louisiana*, 379 U.S. 64 (1964)

- *Gertz v. Robert Welch, Inc.*, 418 U.S. 323 (1974)

- *Hustler Magazine v. Falwell*, 485 U.S. 46 (1988)

- *Janus v. American Federation of State, County and Municipal Employees, Council 31*, 585 U.S. 878 (2018)

- *Matal v. Tam*, 582 U.S. 218 (2017)

- *McCullen v. Coakley*, 573 U.S. 464 (2014)

- *Mills v. Alabama*, 384 U.S. 214 (1966)

- *Monitor Patriot Co. v. Roy*, 401 U.S. 265 (1971)

- *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886 (1982)

- *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964)

- *Rankin v. McPherson*, 483 U.S. 378 (1987)

- *Roth v. United States*, 354 U.S. 476 (1957)

- *Snyder v. Phelps*, 562 U.S. 443 (2011)

- *Street v. New York*, 394 U.S. 576 (1969)

- *Texas v. Johnson*, 491 U.S. 397 (1989)

- *United States v. Schwimmer*, 279 U.S. 644 (1929)

- *Whitney v. California*, 274 U.S. 357 (1927)

- *Winters v. New York*, 333 U.S. 507 (1948)

4. **Lower Court Opinions** (alphabetical by case name)

- *Cliffs Notes, Inc. v. Bantam Doubleday Dell Publishing Group, Inc.*, 886 F.2d 490 (2d Cir. 1989)

- *Dworkin v. Hustler Magazine, Inc.*, 867 F.2d 1188 (9th Cir. 1989)

- *Farah v. Esquire Magazine*, 736 F.3d 528 (D.C. Cir. 2013)

- *Frank v. National Broadcasting Co.*, 119 A.D.2d 252 (N.Y. App. Div. 1986)

- *Guglielmi v. Spelling-Goldberg Productions*, 603 P.2d 454 (Cal. 1979)

- *Herring Networks, Inc. v. Maddow*, 8 F.4th 1148 (9th Cir. 2021)

- *Kohls v. Bonta*, 752 F. Supp. 3d 1187 (E.D. Cal. 2024)

- *Loeb v. Globe Newspaper Co.*, 489 F. Supp. 481 (D. Mass. 1980)

- *New Times, Inc. v. Isaacks*, 146 S.W.3d 144 (Tex. 2004)
- *United States v. Mackey*, 652 F. Supp. 3d 309 (E.D.N.Y. 2023)
- *Yorty v. Chandler*, 13 Cal. App. 3d 467 (Cal. Ct. App. 1970)

5.    **Books** (alphabetical by last name of lead author)

- Clay Calvert, Dan V. Kozlowski & Derigan Silver, *Mass Media Law* (22nd ed. 2023)
- Clay Calvert, *Voyeur Nation: Media, Privacy, and Peering in Modern Culture* (2000 hardback; 2004 paperback)
- Alexander Meiklejohn, *Free Speech and Its Relation to Self-Government* (1948)
- Rodney A. Smolla, *Free Speech in an Open Society* (1992)

6.    **Law Journal Articles** (alphabetical by last name of lead author)

- Joseph Blocher, "Institutions in the Marketplace of Ideas," 57 DUKE LAW JOURNAL 821 (2008).
- Clay Calvert & Robert D. Richards, "Alan Isaacman and the First Amendment: A Candid Interview with Larry Flynt's Attorney," 19 CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL 313, 332 (2001).
- Clay Calvert et al., "Fake News and the First Amendment: Reconciling a Disconnect Between Theory and Doctrine," 86 UNIVERSITY OF CINCINNATI LAW REVIEW 99 (2018).
- Clay Calvert, "Connecting the Marketplace of Ideas with Democratic Self-Governance and Active Liberty: Free-Speech Theories and Values Underpinning Justice Breyer's Proportionality Approach to First Amendment Scrutiny," 21 FIRST AMENDMENT LAW REVIEW 333 (2023).
- Clay Calvert, "When First Amendment Principles Collide: Negative Political Advertising & the Demobilization of Democratic Self-Governance," 30 LOYOLA OF LOS ANGELES LAW REVIEW 1497 (1997).
- Clay Calvert, Ashton T. Hampton & Austin Vining, "Defamation Per Se and Transgender Status: When Macro-Level Value Judgments About Equality Trump Micro-Level Reputational Injury," 85 TENNESSEE LAW REVIEW 1029 (2018).
- Clay Calvert, "Counterspeech, Cosby and Libel Law: Some Lessons About 'Pure Opinion' & Resuscitating the Self-Defense Privilege," 69 UNIVERSITY OF FLORIDA LAW REVIEW 151 (2017).
- Clay Calvert, "Difficulties and Dilemmas Regarding Defamatory Meaning in Ethnic Micro-Communities: Accusations of Communism, Then and Now," 54 UNIVERSITY OF LOUISVILLE LAW REVIEW 1 (2016).

- Clay Calvert, "Iancu v. Brunetti's Impact on First Amendment Law: Viewpoint Discrimination, Modes of Offensive Expression, Proportionality and Profanity," 43 COLUMBIA JOURNAL OF LAW & THE ARTS 37 (2019).

- Clay Calvert, "Merging Offensive Speech Cases with Viewpoint-Discrimination Principles: The Immediate Impact of Matal v. Tam on Two Strands of First Amendment Jurisprudence," 27 WILLIAM & MARY BILL OF RIGHTS JOURNAL 829 (2019).

- Clay Calvert, "Revisiting the Right to Offend Forty Years After Cohen v. California: One Case's Legacy on First Amendment Jurisprudence," 10 FIRST AMENDMENT LAW REVIEW 1 (2011).

- Clay Calvert, "The Power of Public Concern and First Amendment Values: Insulating Speech in Sports and Entertainment from Tort Liability for Others' Actions," 20 VIRGINIA SPORTS & ENTERTAINMENT LAW JOURNAL 1 (2021).

- Clay Calvert, "Public Concern and Outrageous Speech: Testing the Inconstant Boundaries of IIED and the First Amendment Three Years After Snyder v. Phelps," 17 UNIVERSITY OF PENNSYLVANIA JOURNAL OF CONSTITUTIONAL LAW 437 (2014).

- Clay Calvert, *Defining* " 'Public Concern' After Snyder v. Phelps: A Pliable Standard Mingles With News Media Complicity," 19 VILLANOVA SPORTS AND ENTERTAINMENT LAW JOURNAL 39 (2012).

- Clay Calvert & Robert D. Richards, "Larry Flynt Uncensored: A Dialogue with the Most Controversial Man in First Amendment Jurisprudence," 9 COMMLAW CONSPECTUS: JOURNAL OF COMMUNICATIONS LAW AND POLICY 159 (2001).

- Robert C. Post, "Free Speech and Community: Reply to Bender," ARIZONA STATE LAW JOURNAL 495 (1997).

- Ira Robbins, "Explaining Florida Man," 49 FLORIDA STATE UNIVERSITY LAW REVIEW 1 (2021).

## 7.    **Miscellaneous**

- About Senator Al Franken, https://www.alfranken.com/about.

- Ad Parody, "Jerry Falwell Talks About His First Time," *Hustler Magazine*, Nov. 1983, available at https://famous-trials.com/falwell/1775-parodyad.

- Congresswoman Marjorie Taylor Greene, https://greene.house.gov.

- Mari A. Johnson, "Satire," in *Encyclopedia of Identity* (Ronald L. Jackson II ed. 2010), https://doi.org/10.4135/9781412979306.

- @Laura Loomer, X, https://x.com/LauraLoomer

- @LauraLoomer, X, https://x.com/LauraLoomer/status/1834019296156033525 (Sept. 11, 2024, 8:00 p.m.).

- Laura Loomer, *Loomer Unleashed*, Rumble, https://rumble.com/c/LauraLoomer

- Laura Loomer, "Welcome to LOOMER UNLEASHED," Substack (Jan. 24, 2023), https://lauraloomer.substack.com/p/welcome-to-loomer-unleashed