# EXHIBIT 55

## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

                      Plaintiff,

   v.

BILL MAHER et al

                      Defendants.

**Case No: 5:24-cv-00625-JSM-PRL**

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF REQUEST FOR INTERROGATORIES

Plaintiff Laura Loomer hereby supplements her responses to Defendants' first set of interrogatories.

<u>Interrogatory 1</u>: Provide a computation of each category of damages that You allege in this action.

<u>Supplemental Response to Interrogatory 1</u>: The following is an estimated computation of the damages that I have suffered and will continue to suffer:

1) Loss of reputation, goodwill, and standing – in excess of $ **15,000,000** in an amount to be determined by the jury.

2) Loss of salary in Trump administration between 2024 - 2028 – in excess of **$920,000** in an amount to be determined by the jury. This is $180,000 x 4 based on a reported $180,000 salary for the role of White House Press Secretary in 2024.

3) Loss of future earnings stemming from a role in the Trump administration, such as potential book deals, television hosting

1

positions, and other lucrative – in excess of **$20,000,000** in an amount to be determined by a jury. This is based on reports of former White House Press Secretary Jen Psaki's deal with MSNBC and my best estimate of her earnings through her book deal with Simon and Schuster.

Interrogatory 7: Describe all meetings you have had with Susie Wiles, including the date of each meeting, the subject matter of the meeting, and the identities of other persons present at the meeting.

Supplemental Response to Interrogatory 7: I had a meeting with Susie Wiles and President Trump on March 16, 2023 at Trump's office in Mar-a-Lago. The topic was my reporting on Ron DeSantis in the 2024 election and Trump offered me a position to work on his campaign. I had several other interactions with Wiles during the 2024 campaign season while travelling aboard Trump's plane.

Interrogatory 8: Identify all revenues You have earned for your work as an investigative journalist and the source of such revenues.

Supplemental Response to Interrogatory 8: My tax returns up to 2023 were previously produced. My tax forms for 2024 have not yet been completed because I have filed for an extension. I get revenue from my work as an investigative journalist through subscriptions on X and Substack, donations on live shows, and in 2024, from a show called Loomer Unleased on Rumble.

Interrogatory 9: Identify all business opportunities You contend you lost as a result of, or were otherwise impacted by, the September 13, 2024 Episode.

Supplemental Response to Interrogatory 9: *See* Supplemental Response to

2

Interrogatory 1, which showed that people who work in previous presidential administrations often go on to sign lucrative television contracts, book deals and have other lucrative potential professional doors opened for them.  I had in person discussions with President Trump on his plane when travelling with him on his campaign about a position in his administration. These conversations occurred to best of my recollection in January of 2024 around the Iowa Caucus, February of 2024 around the South Carolina primary, July of 2024 around the Republican National Convention, and in September of 2024 around the Presidential debate and 9/11 memorial ceremony in Washington D.C. After the Defamatory Statements were made Bill Maher, I received a call from Trump's advisor Chris LaCivita who told me that I would no longer be allowed to travel with President Trump on his plane for the duration of the election.

Interrogatory 10: Identify all social relationships You contend You lost as a result of, or were otherwise impacted by, the September 13, 2024 Episode.

Supplemental Response to Interrogatory 10: For the duration of the Trump campaign, after the September 13, 2024 Episode aired, I was no longer allowed to travel on President Trump's plane and my communications with his campaign staff were significantly reduced.

Interrogatory 11: Identify any persons who you contend were led to mistakenly believe, based on the September 13, 2024 Episode, that You and President Trump had engaged in a sexual relationship.

Supplemental Response to Interrogatory 11: This is impossible to quantify, as the September 13, 2024 Episode was broadcasted to millions of people. As shown in

3

Production 0159 - 0312, there are countless tweets of individuals who mistakenly believe that based on the September 13, 2024 Episode, that President Trump and I had engaged in a sexual relationship and committed adultery behind the back of Melania Trump.

<u>Interrogatory 13</u>: Identify all persons with knowledge of your alleged damages.

<u>Supplemental Response to Interrogatory 13</u>: Myself

Dated:      September 10, 2025

*Sworn to Under Penalty of Perjury Based on Information and Belief Available at this time to Me. These interrogatories will be supplemented as more information becomes available to me and my counsel. Please also refer to my 8 hour deposition.*



　　　　　　　　　　　　　　　　　　*/s/ Laura Loomer*
　　　　　　　　　　　　　　　　　　Laura Loomer

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, September 10, 2025 the foregoing document is being served this day on all counsel of record via email.

　　　　　　　　　　　　　　　　　　*/s/ Larry Klayman*

4