# EXHIBIT 56

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

---

LAURA LOOMER,

        *Plaintiff*,

- against -

BILL MAHER and HOME BOX OFFICE, INC.,

        *Defendants*.

Case No.: 5:24-cv-00625-JSM-PRL

---

## DEFENDANTS' SECOND SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants Bill Maher and Home Box Office, Inc. ("Defendants") hereby request that Plaintiff Laura Loomer ("Plaintiff") serve upon their counsel answers, in writing and under oath, to the following interrogatories within thirty (30) days of service hereof.

These interrogatories shall be deemed continuing so as to require supplemental answers if new or different information is obtained by Plaintiff between the time the initial answers to these interrogatories are made and the time final judgment is entered in this action.

## DEFINITIONS

1. **Any/All.** The terms "any" or "all" shall be construed as "any and all."

2. **And/Or.** The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the

discovery request all responses that might otherwise be construed to be outside of its scope.

3. **Communication.**  The term "communication" includes any type of correspondence (*e.g.*, letters, electronic mail, instant messages, voicemail, memoranda, or any other document in any medium used to make or record communications), and any oral conversation, interview, discussion, negotiation, agreement, understanding, meeting or telephone conversation, as well as every kind of written or graphic communication.

4. **Concerning.**  The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

5. **Document.**  The term "document" means any and every kind of printed, typed, recorded, written, graphic or photographic matter (including audiotape and/or videotape recordings), however printed, produced, reproduced, coded, or stored (including in electronic or digitized form), of any kind or description, whether sent or received or not, including originals, copies, reproductions, facsimiles, and drafts, regardless of their author or origin, however denominated.  A draft or non-identical copy is a separate document for purposes of these requests.

6. **You/Your.**  The terms "You" and "Your" mean Plaintiff Laura Loomer.

## **INSTRUCTIONS**

1. "Describe" or "identify," when used with reference to an individual, means to state the individual's name and present or, if that is not known, last known address, telephone number, email address, and occupation and employer.

2. "Describe" or "identify," when used with reference to any non-written communication, means to identify the person(s) making and receiving the communication and to state the date, manner, and place of communication and the substance of the communication.

3. Throughout these requests, the singular shall include the plural and the plural shall include the singular.

4. The following terms should be read as if they were synonymous, and each should be taken to include the meaning of all of the others: relating to, relating in any manner to, concerning, referring to, alluding to, responding to, in connection with, connected with, with respect to, commenting on, about, regarding, announcing, explaining, discussing, showing, describing, studying, reflecting, analyzing, establishing, supporting, refuting, or constituting.

5. If, in answering these interrogatories or any other discovery request, you encounter any vagueness or ambiguity in construing either the interrogatory or a definition or instruction relevant to the inquiry contained within the interrogatory, set forth the matter deemed vague or ambiguous and set forth the construction chosen or used in answering the interrogatory.

6. If You claim that the attorney-client privilege or any other privilege is applicable to the response to any interrogatory, You shall state the following: (a) the nature of the allegedly privileged information, i.e., written or oral; (b) the date of that communication; (c) the parties to that communication; and (d) the subject matter and circumstances of each communication in sufficient detail to allow a ruling on such claim as to said communication.

7. Unless otherwise specified, the relevant time period to which these Interrogatories relate is June 1, 2023 to the present.

## **INTERROGATORIES**

1. Identify each client of "Loomered Strategies" referred to in the following paragraph of the July 8, 2025 New York Times article titled "*Laura Loomer, Trump's Blunt Instrument*":

> It has not escaped Ms. Loomer's notice that many of her peers in the MAGA ecosystem have become rich. Recently, in hopes of improving her financial fortunes, she started a consulting business, Loomered Strategies, with a business partner in New York State. "I'm kind of like pivoting," she said. "I do journalism, but also I'm now going to be doing a lot of advising in terms of opposition research, executive-level vetting and advocacy." She says that she has five clients and that overall her activities earn a gross income of about $300,000.

Ken Bensinger and Robert Draper, *Laura Loomer, Trump's Blunt Instrument*, N.Y. Times, Mar. 27, 2019, available at https://www.nytimes.com/2025/07/08/us/politics/laura-loomer-trump.html.

2. Identify when each client identified in response to Interrogatory No. 1 engaged You or "Loomered Strategies" to perform work.

4

3. Identify the amount paid by each client identified in Interrogatory No. 1 to You or Loomered Strategies.

Dated: July 21, 2025

/s/ *Katherine M. Bolger*
Katherine M. Bolger*
Alexandra Perloff-Giles*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com

Rachel E. Fugate (Florida Bar No. 144029)
Yelan Escalona (Florida Bar No. 1031564)
SHULLMAN FUGATE PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

* Admitted *Pro Hac Vice*

*Counsel for Defendants Bill Maher and Home Box Office, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025 a true and correct copy of the foregoing was served via electronic mail on Larry Klayman, counsel of record to Plaintiff Laura Loomer.

/s/ *Katherine M. Bolger*
Katherine M. Bolger

5

## **VERIFICATION**

By: _____
      Name: _____
      Title: _____

STATE OF FLORIDA    )
                                )
COUNTY OF _____ )

      BEFORE ME, the undersigned authority, personally appeared _____, who, is personally known to me or has produced _____ as identification, and after taking an oath, deposes and says that she answered the foregoing Interrogatories and that the answers are true and correct.

      SWORN TO and subscribed before me this _____ day of _____, 2025.

                                  NOTARY PUBLIC, State of Florida

                                  Sign: _____

                                  Print: _____

                                  My Commission Expires:

(SEAL)