# EXHIBIT 57

# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>                              Plaintiff,<br><br>        v.<br><br>BILL MAHER et al<br><br>                              Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SET OF REQUEST FOR INTERROGATORIES

### The above title seems strange. Pl check that name of what was served

Plaintiff Laura Loomer hereby responds to Defendants' first set of interrogatories.

<u>Interrogatory 1</u>: Identify each client of "Loomered Strategies" referred to in the following paragraph of the July 8, 2025 New York Times article titled "Laura Loomer, Trump's Blunt Instrument":

> It has not escaped Ms. Loomer's notice that many of her peers in the MAGA ecosystem have become rich. Recently, in hopes of improving her financial fortunes, she started a consulting business, Loomered Strategies, with a business partner in New York State. "I'm kind of like pivoting," she said. "I do journalism, but also I'm now going to be doing a lot of advising in terms of opposition research, executive-level vetting and advocacy." She says that she has five clients and that overall her activities earn a gross income of about $300,000.

Ken Bensinger and Robert Draper, Laura Loomer, Trump's Blunt Instrument, N.Y.    Times,    Mar.    27,    2019,    available    at https://www.nytimes.com/2025/07/08/us/politics/laura-loomer-trump.html..

Response to Interrogatory 1: Objection as overly broad, vague, vexatious, and harassing. Objection as to relevance. Subject to and without waiving these objections, Plaintiff responds as follows: See response to Interrogatory 3 below.

Interrogatory 2: Identify when each client identified in response to Interrogatory No. 1 engaged You or "Loomered Strategies" to perform work.

Response to Interrogatory 2: Objection as overly broad, vexatious, and harassing. Objection as to relevance. The names of Plaintiff's clients are not calculated to lead to any relevant evidence. Ms. Loomer's income for purposes of any alleged damages is set forth in her tax returns, which have been and are being produced, with her 2024 tax return not yet being available because she has filed an extension. Subject to and without waiving these objections, Plaintiff responds as follows: The information sought of Plaintiff's clients that Defendants seek are subject to   non-disclosure agreements. The names of any such clients are thus not calculated to lead to admissible evidence.

Interrogatory 3: Identify the amount paid by each client identified in Interrogatory No. 1 to You or Loomered Strategies.

Response to Interrogatory 3: Objection as overly broad, vague, vexatious, and harassing. Objection as to relevance. Subject to and without waiving these objections, Plaintiff responds as follows: The information sought by the Defendants in this request are strictly confidential and subject to non-disclosure agreements. Subject to this, the New York Times incorrectly described the nature of my work and income. The $300,000 number cited is the $25,000 per month from a sponsorship deal for my show, Loomer Unleashed. That was conveyed in

person to Ken Bensinger and Robert Draper. My production costs and staffing costs exceed $20,000 per month. $12,000 per month for video production, and $8,000 for staffing. Additionally, I have costs associated with my studio and camera gear. Thus, the article statement that "her activities earn a gross income of about $300,000" is not accurate. That is my show sponsorship, not my income. And again my income for purposes of alleged damage calculations is set forth in my tax returns, which have been and are being produced, with my 2024 tax return not yet being available because I have filed an extension.

Dated:       September 10, 2025

*Sworn to Under Penalty of Perjury Based on Information and Belief Available to Me at this time.*

\_\_\_\_\_*/s/ Laura Loomer*_____
Laura Loomer

Larry Klayman, Esq.
Florida Bar No.: 246220
KLAYMAN LAW GROUP P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

As to Objections Only

**CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, September 10, 2025 the foregoing document is being served this day on all counsel of record via email.

*/s/ Larry Klayman*