# EXHIBIT 60





Post

**Laura Loomer**

...le with [maher] and [HBO] before we
...for defamation after Bill Maher falsely
...resident Trump and committing
...

...an invitation to appear on his show on
...mage he caused me.

...rogantly refused. Their lawyer from
...

...ost their motion to dismiss my lawsuit,
and they are in deep trouble.

Today, Bill Maher's lawyers contacted my lawyer and begged for my lawyer and I to agree to keep all of their documents pertaining to this lawsuit CONFIDENTIAL.

That shows you how scared they are.

Guess what?

I'm not agreeing to keep the documents confidential because this is a public defamation lawsuit, and there's nothing confidential about this case.

My reputation has been smeared by Bill Maher and I have been financially and professionally harmed by [billmaher]'s lies about me.

Maher and HBO will be deposed by my lawyer on April 4th at noon in Los Angeles and I will be there in the room, present for Bill Maher's video deposition.

Please support the costs associated with this expensive video deposition here:

Thank you! May justice prevail! 👊

Bill Maher and HBO must be held accountable.

givesendgo.com/LoomerLawfare

**Laura Loomer** @LauraLoomer
LAWSUIT UPDATE

My video deposition of Trump-hater Bill Maher @billmaher will be taking place in Los Angeles, California on Friday, April 4th at noon. My attorney will be able to ask Bill Maher questions about why he falsely stated and published to the...
Show more

Read 1.9K replies

Post



Laura Loomer
@LauraLoomer

LAWSUIT UPDATE

My video deposition of Trump-hater Bill Maher @billmaher will be taking place in Los Angeles, California on Friday, April 4th at noon. My attorney will be able to ask Bill Maher questions about why he falsely stated and published to the world on his show that I had sexual relations with President @realDonaldTrump and committed adultery against @MELANIATRUMP when I was invited to the Presidential debate and flew on President Trump's plane in September of 2024.

The judge has already ruled in my favor by DENYING Bill Maher and @HBO's motion to dismiss.

The reason why Bill Maher is trying to get to the White House to meet with President Trump is because my deposition of him will be RECORDED ON VIDEO, and Maher wants to blunt his hatred of Trump and his hatred of me since he's going to be asked about it under oath, ON VIDEO.

Bill Maher is going to have to explain under oath why he lied and falsely accused me of having sex with President Donald Trump.

See you next week, Bill!



Laura Loomer @LauraLoomer · Oct 22, 2024
🚨ANNOUNCEMENT🚨

Today, I filed a defamation lawsuit against @billmaher Bill Maher and HBO @HBO for falsely accusing me of having an affair with President Donald Trump on a September 13th episode of Maher's show @RealTimers. ...

Show more



10:19 AM · Mar 29, 2025 · 1.3M Views

