# EXHIBIT 61

# Must Read Stories

D deadline.com/2024/10/laura-loomer-bill-maher-hbo-trump-1236144266

Ted Johnson                                                                                                    October 22, 2024





Laura Loomer David Dee Delgado/Getty Images

An attorney for right-wing activist Laura Loomer has filed suit against HBO and Bill Maher over a quip that the comedian made on *Real Time* last month.

On his September 13 show, Maher said that he thought that Loomer was maybe "in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type."

Maher added, "We did an editorial here a few years ago … it was basically, who's Trump f*cking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer."

The lawsuit called the comment "false, malicious and defamatory." Loomer is seeking more than $150 million in damages.

In the lawsuit, Loomer contended that the comment "is reasonably understood by any reasonable viewer as Defendant Maher making a factual statement of objectively verifiable fact of and concerning Ms. Loomer."

A spokesperson for Maher's show did not immediately return a request for comment.

The lawsuit was filed in Florida' Fifth Judicial Circuit in Sumter County on Monday, according to a posting of the case on the site of Loomer's attorney, Larry Klayman, himself an activist known for causes and clients on the right.

The lawsuit added, "This statement is also plainly false. Ms. Loomer has never engaged in sexual relations with President Donald Trump. There is not a shred of credible reporting or evidence suggesting otherwise. Defendant Maher had no basis in fact to make this statement. He simply fabricated it for attention, notoriety, "clicks" and profit for himself and Defendant HBO, his employer."

In the lawsuit, Loomer also claimed that *Real Time* rejected a retraction and apology, and declined a request that she be invited to appear on the show. That refusal underscored their "malicious intention to harm Plaintiff and to seek to influence, with their unlawful actions, the 2024 presidential election by also defaming President Donald Trump, who Defendants loathe, if not hate, outright," according to the lawsuit.

Maher made the comment after Loomer was spotted on trips with Trump and raised concerns among some of his allies over her influence. That led to a public X spat between Loomer and Rep. Marjorie Taylor Greene (R-GA), herself a firebrand figure on the right.

Trump himself sued Maher in 2013. In an appearance on *The Tonight Show,* the comedian said that he would give $5 million to charity if Trump could prove he was not the son of an orangutan. The lawsuit was later withdrawn.

## Subscribe to Deadline

Get our Breaking News Alerts and Keep your inbox happy.

Sign Up
New Studies Show "Happiness Spice" Has Powerful Anti-Anxiety Benefits health-headline.com | Sponsored

0026

Ask A Pro: "I'm 70 With $1.4M in IRAs. Should I Convert $160k/ Year to a Roth to Save on RMDs?" SmartAsset | Sponsored

Muscle After 60: It's Not About Protein Alpha Health Secrets | Sponsored

Can I Retire at 65 with $2.5 Million? smartasset.com | Sponsored

The Chic Layer Everyone's Wearing This Summer 2025 fashioninusa.com | Sponsored

Get Ozempic Dirt Cheap & Start Shedding Weight (Take The Quiz) futurhealth.com | Sponsored

- Anon-a-Mouse on October 24, 2024 4:56 pm

  I heard at least three other late night comedians say the same or allude to the same thing. I guess she might as well Sue everyone. Hell I thought it!

- Me on October 24, 2024 6:39 am

  A lawsuit for someone saying i THINK it MIGHT be laura…
  What a joke.
  1st amendment moron.
  Waste of time, money, including the courts.

- Anonymous on October 23, 2024 8:32 am

  Wasn't Trump that set up the Disinformation Council or use the government to police "mis-information" on covid.. ( mis-oinformation that subsequently, in many cases, was found to be true

  Biden/Harris is the team that DID attack our freedom of speech..

  wake up and think for yourself

  - Anonymous on October 24, 2024 5:42 pm

    Did brain worms think up that comment?

- Anonymous on October 23, 2024 5:31 am

  It's interesting how the right gets away with complaining about "wokeness," and they whine how the left can't take a joke, while they simultaneously sue comedians over jokes they don't like.

  - Anonymous on October 24, 2024 6:20 am

    Yeah, the right shouldnjust keep taking it until the left stops on their own.

- She hasn't got a chance. 🤣🤣🤣