# EXHIBIT 62

X
← Post
Q Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Laura Loomer** @LauraLoomer   Subscribe

Hey @mtgreenee

Remember when you destroyed your family so you could have sex with a Zangief cosplayer?

Tell me again how you and the Arby's in your pants are representatives of the GOP?

You couldn't even run your own family.

Don't tell me how to run my FREE SPEECH!

EXCLUSIVE: Embattled QAnon congresswoman Marjorie Taylor Greene 'openly cheated' on her husband of 25 years with a polyamorous tantric sex guru and then moved on to another affair with the manager at her gym

**Marjorie Taylor Greene** @mtgreenee · Sep 11, 2024
This is appalling and extremely racist. It does not represent who we are as Republicans or MAGA.

This does not represent President Trump.
...

12:00 AM · Sep 12, 2024 · **750.2K** Views

💬 1.3K      🔁 717      ♥ 2.5K      🔖 249      ⬆

Post your reply                                    Reply

**Joshua Stone** @JoshuaS41548340 · Sep 12, 2024
I think you both need to focus on the priority, winning the election! Then go ahead and fight after we have won.
💬 23   🔁 4   ♥ 533   📊 22K   🔖 ⬆

**Nowellstradamus** @nowellstradamus · Sep 12, 2024
I really wanna keep this focused on the Marxist we're trying to defeat 🙏 can't we all attack one another once we make sure we don't end up in breadlines
💬 16   🔁 5   ♥ 397   📊 16K   🔖 ⬆

**Kevin S.** @LapstrakeNYS · Sep 12, 2024
LL why in the world would you attack MTG over her personal life?

It makes zero sense.
💬 25   🔁 2   ♥ 397   📊 18K   🔖 ⬆

**DaWrTrem** @JamesTremaine2

**ATLien Patriot** @ATLien_Patriot · Sep 12, 2024
Guys, this is NOT THE FUCKING time for a cat fight. Stop it. We have an election to win, fuck sake.

Relevant people

**Laura Loomer** @LauraLoomer   Follow
Investigative Journalist 🇺🇸 Free Spirit🌹 Founder of LOOMERED. Host of @LoomerUnleashed Form @Project_Veritas operative. 📸 America First ✡ Feisty Jewess

**Marjorie Taylor ...** @mtgreenee   Follow
Congresswoman for GA-14, Christian, Mom, Small Business Owner, Proud American 100% Pro Life Pro-Gun Pro-Trump t.me/RealMarjorieGr...

What's happening
Cubs at Nationals
Starts at 6:45 PM

Trending in United States
#SFB15

Trending in United States
Burn Notice

Sports · Trending
#Stampede
58.1K posts

Music · Trending
#TSTheErasTour

Show more

Terms of Service | Privacy Policy | Cookie Policy
More · © 2025 X Corp.

EXHIBIT Loomer
30b
6-4-25  SAP

Document title: (2) Laura Loomer on X: &quot;Hey @mtgreenee Remember when you destroyed your family so you could have sex with a Zangief cosplayer? Tell m