# EXHIBIT 63

**Page Vault**

| | |
|---|---|
| Document title: | (3) Laura Loomer on X: "☐    https://t.co/3fxWuMJCzz" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1691047508191870976 |
| Page loaded at (UTC): | Tue, 23 Sep 2025 23:10:49 GMT |
| Capture timestamp (UTC): | Tue, 23 Sep 2025 23:12:44 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 45 |
| Capture ID: | mtkQmnEYuHmfGM6279pDtW |
| Display Name: | salgutierrez |

PDF REFERENCE #:        2pUDBg8QKtnHUcXuLxRgad





32        13        4.3K

**Jack Hopkins** ✓ @thejackhopkins · Aug 14, 2023
That is creepy. Just creepy.

3        1        153        5.7K

**RealHousewifeOfMich...** ✓ @RealHousew... · Aug 14, 2023
He's married, Laura.

Not like that has mattered to him before.

13        2        145        4.7K

**Charles Weber** ✓ @CWBOCA · Aug 14, 2023
Dude, he's 4 times your age. Gross. 🤢

3        2        42        2.8K

**Julia** 🇺🇸 ✓ @Jules31415 · Aug 14, 2023
Dream Team 2024

10        21        6.5K

**josette caruso** ✓ @josettecaruso · Aug 14, 2023
You already know this @LauraLoomer - haters only insult you out of jealousy.

I, like every other President Trump supporter, am VERY proud of you and want your dreams to come true.

7        1        20        1.7K

**johnny maga** ✓ @_johnnymaga · Aug 14, 2023
Kino

2        16        7.9K

**colony** @rmed64 · Aug 14, 2023
Geez Laura, back up a bit 😄 🤣

Let the man breathe

8        213        7.9K

**WW2 The Eastern Front** ✓ @ShoahUkraine · Aug 14, 2023
She is just now rubbing it in MTG's face 😄

1        5        1.3K

**RyanMatta** 🇺🇸 ✓ @RyanMattaMedia · Aug 15, 2023
Someone is on cloud 9! Congratulations Laura!

2        1K

**ScottOstby/** ✓ @ScottOstby · Aug 15, 2023
would you provide conjugal visits while he's in prison?

1        310

**Claude Bouchard** ✓ @ceebee308 · Aug 14, 2023
Don't let @MELANIATRUMP see this! 👍😁

558

**Croaky Caiman** 🐊🇺🇸 @InstaGator2024 · Aug 14, 2023



### Relevant people



**Laura Loomer** ✓ @LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🔥 America First 🇺🇸 Feisty Jewess

**Follow**

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2





X

# Post

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

DaWrTrem
@JamesTremaine2





💬 4     🔁 9     ♥ 86     📊 4.3K

**Peaches** 🍑 ✅ @PeachesPilled · Aug 14, 2023
This whole love and obsessed for Trump is ultra cringe and makes me feel uncomfortable.

But perhaps that is just me.

💬 19     🔁 3     ♥ 70     📊 2K

**POTUS_turd, Trump's Neme...** @potus_t... · Aug 14, 2023
His hand is moving lower. Here it comes Laura, his signature move!

LET'S
GO
GRAB
SOME

@potus_turd

💬 8     🔁 1     ♥ 63     📊 2.4K

**Danny Divito** 🔧🗽✅ @realdannydivito · Aug 14, 2023
Don't piss Melania off!

💬 6          ♥ 35     📊 3K

**dad rabbot** ✅ @dadrabbot · Aug 14, 2023
Ewww. Investigative reporter?! 😱😱 Trump fan girl worshipping her idol 😱😱😱😱

💬 2          ♥ 32     📊 2K

**tasMAGADonian** ✅♣ @TASPatriot · Aug 14, 2023
This is exactly how I'd be looking at him! ❤️

💬 27          ♥ 26     📊 4.7K

## Relevant people



**Laura Loomer** ✅ 🇺🇸
@LauraLoomer                    **Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 😤 Feisty Jewess

## What's happening



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service     Privacy Policy     Cookie Policy
Accessibility     Ads info     More ···     © 2025 X Corp.



**Post**

🔍 Search

**tasMAGADonian** ✓ 🔷 @TASPatriot · Aug 14, 2023
This is exactly how I'd be looking at him! ❤️

💬 27     ↻     ♡ 26     📊 4.7K     🔖 ⬆️

🌶️**Jarett &** 🌷**Lilly vs EVERYT...** ✓ 🔵 @JLVs... · Aug 14, 2023
😵😵😵

💬     ↻     ♡ 23     📊 3.3K     🔖 ⬆️

**\*\*PureSangOne\*\*** ✓ 🔵 @TerraSolis17 · Aug 14, 2023
$Trump or bust @magatrumpeth



💬 9     ↻ 1     ♡ 21     📊 4.3K     🔖 ⬆️

**J. H. Heinkel** @JayHeinkel · Aug 14, 2023
When your a star women will smash their bobas right on your stomach.

💬     ↻     ♡ 19     📊 1.4K     🔖 ⬆️

**Always, Alicia** ✓ @Love_ThisLife · Aug 14, 2023
Laura - I love you, but this is getting more than a bit cringe. 🙂

💬 2     ↻     ♡ 18     📊 732     🔖 ⬆️

**Andrew Wilhiemer** ✓ @AndrewWilhiemer · Aug 14, 2023
Trump takes care of his fighters! Congratulations

💬 8     ↻ 1     ♡ 14     📊 3.1K     🔖 ⬆️

**Brian Rundle** 🇺🇸💙🤍 💙🤍🤍 @BRun13 · Aug 14, 2023
You are so f'n weird lady

💬 1     ↻     ♡ 13     📊 1.9K     🔖 ⬆️

**TOM777-α** ✓ @tomsuzuki1014 · Aug 14, 2023
Trump! Trump! Trump 2024!!!

💬 2     ↻     ♡ 13     📊 4.8K     🔖 ⬆️

**Luciana** 🌄 @Chulita07761356 · Aug 14, 2023
The admiration for the person you believe in.
The look of respect for THE REAL.

  Respect for who wants their nation free of corruption and prosperous.

#TheReal #Trump2024 #MAGA

💬 7     ↻ 1     ♡ 10     📊 1.7K     🔖 ⬆️

---

**Relevant people**



**Laura Loomer** ✓
@LauraLoomer        **Follow**
Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🟨 Feisty Jewess

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
◧ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service   |   Privacy Policy   |   Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

---

**DaWrTrem**
@JamesTremaine2







Respect for who wants their nation free of corruption and prosperous.

#TheReal #Trump2024 #MAGA

💬 7   ↻ 2   ♡ 10   📊 1.7K   🔖  ⬆️

**Tracy smith** ✓ @browt1971 · Aug 14, 2023
I'm jealous!' But happy for you❤️!!!

💬 7   ↻   ♡ 12   📊 4.3K   🔖  ⬆️

**Caroline for Congress** ✓ @CarolineForPA · Aug 14, 2023
Cloud 45

💬   ↻   ♡ 12   📊 3.8K   🔖  ⬆️

**Petard** 🌊🌊🌊 @GaryBut28626677 · Aug 14, 2023
Trump is thinking his ass kissers used to be so much better looking than BIG FACE. After the Fox/Dominion lawsuit and his third indictment all the good looking hangers on seemed to disappear.

💬   ↻ 1   ♡ 9   📊 85   🔖  ⬆️

**Bill Bailey** ✓ @ShowMeTJ · Aug 14, 2023
🤢🤮

💬   ↻ 1   ♡ 8   📊 3.4K   🔖  ⬆️

**Liberty An** @libertyanfree76 · Aug 14, 2023
Personal Space



💬   ↻ 1   ♡ 8   📊 456   🔖  ⬆️

**JD** ✓ @jstndoyle · Aug 14, 2023
🟠 man good

💬   ↻   ♡ 9   📊 4.9K   🔖  ⬆️

**Curious Gazelle** ✓ @CuriousGazelle · Aug 14, 2023

💬   ↻   ♡ 9   📊 745   🔖  ⬆️

**DaWrTrem** ···
@JamesTremaine2

**DTPrez** ✓ @debmintx · Aug 14, 2023
I get it, I love him, too! But, don't you think that's a little TOO close?

---

## Relevant people

**Laura Loomer** ✓  **Follow**
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🗽Founder of LOOMERED. Host of #LoomerUnleashed Former @Project_Veritas operative. 🌸 America First 🌸 Feisty Jewess

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana** ···
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States ···
**Google**
Trending with Nexstar
443K posts

Sports · Trending ···
**Brady Singer**

Sports · Trending ···
**Oneil Cruz**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.





## Relevant people



**Laura Loomer** ✔
@LauraLoomer

Investigative Journalist 🇺🇸 Free Spirit🇺🇸Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🐸 Feisty Jewess

## What's happening



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini App
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.

---

**DTPrez** ✔ @debmintx · Aug 14, 2023
I get it, I love him, too! But, don't you think that's a little TOO close?

💬 3          ↻          ♡ 5          ᴵᴵᴵ 642          🔖 ⬆️

**Bets** @BetsyGirl76 · Aug 14, 2023
I love ya girl but its getting a bit creepy... plus hes married... how do you think Melania feels w/ all your posts? Like, its getting a bit extra now...

💬          ↻          ♡ 7          ᴵᴵᴵ 158          🔖 ⬆️

**José Galindo** @Brandulf44 · Aug 14, 2023
Dog loves master.

💬          ↻          ♡ 6          ᴵᴵᴵ 728          🔖 ⬆️

**David Twerkowitz** @RvrLrd · Aug 15, 2023
"Please don't stand so close to me, Jigsaw"

💬          ↻          ♡ 6          ᴵᴵᴵ 576          🔖 ⬆️

🇺🇸 **in** @LikeFleasOnADog · Aug 14, 2023
I'm sorry, Laura...but this is all just creepy.

💬 1          ↻          ♡ 6          ᴵᴵᴵ 273          🔖 ⬆️

**PaulMay.Patriot** @PaulMaypatriot · Aug 15, 2023
Where has that hand been?

💬 1          ↻          ♡ 6          ᴵᴵᴵ 204          🔖 ⬆️

🌱**KatySays**🥀 @kat96819281 · Aug 14, 2023
It kind of looks like you got a bit of a problem. I'm not sure trump would want hire someone who was going to glom onto his face like out of alien every time he shifted position slightly or uttered a word or farted. But who knows maybe he likes that idk 🤷‍♀️

💬 1          ↻          ♡ 6          ᴵᴵᴵ 2.6K          🔖 ⬆️

**Boaty McBoatface** ✔ @22pecoman · Aug 14, 2023
I don't think this is going to end well for Laura.

💬 2          ↻          ♡ 5          ᴵᴵᴵ 1.4K          🔖 ⬆️

**M A Yeagley** @mayeagley · Aug 14, 2023

I would do anything for love but I won't do that

GIF

💬          ↻ 1          ♡ 3          ᴵᴵᴵ 63          🔖 ⬆️

**Bucket** @Buckethatheada1 · Aug 14, 2023

**DaWrTrem**
@JamesTremaine2



Post

GIF

but I won't do that

💬    ↻ 1    ♡ 3    📊 63    🔖    ⬆️



**Bucket** @Buckethatheada1 · Aug 14, 2023

"ma'am, back up"

💬 1    ↻    ♡ 5    📊 117    🔖    ⬆️

**Brian Lane** @BrianLaneSleuth · Aug 14, 2023
So gross.

💬    ↻    ♡ 5    📊 289    🔖    ⬆️

**DD** @votedbluein24 · Aug 14, 2023
Republicans can do better.

💬    ↻    ♡ 4    📊 225    🔖    ⬆️

**Carlos America** @CarlosBtnoCigar · Aug 14, 2023
I'm paraphrasing, but it's pretty much what he said, right? 😂

---

**Home**
**Explore**
**Notifications** 3
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**DaWrTrem**
@JamesTremaine2

---

### Relevant people



**Laura Loomer** ✓
@LauraLoomer    **Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🇺🇸 Feisty Jewess

### What's happening



**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
⬛ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.



Document title: (3) Laura Loomer on X: &quot;□    https://t.co/3fxWuMJCzz&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1691047508191870976
Capture timestamp (UTC): Tue, 23 Sep 2025 23:12:44 GMT



LAURA LOOMER FOR PRESS SEC '24

💬    ⟲    ♡ 4    📊 1K    🔖 ⬆

💙**SantaCruzBaby**💙 @Stacy_Bo_Bacy · Aug 14, 2023
😭😡😂🤢🍄😵

unnecessary
Dickriding
15 yards

💬    ⟲ 2    ♡ 2    📊 45    🔖 ⬆

**Not A Biologist😷** @Cyclopath11 · Aug 14, 2023
Ok now this is getting creepy and borderline obsessive

💬    ⟲    ♡ 4    📊 21    🔖 ⬆

**Tommy T** 🏖️🦅🇺🇸 @Kagukan11 · Aug 14, 2023
OMG he looks so old. Aging rapidly.

💬    ⟲    ♡ 4    📊 438    🔖 ⬆

**As I See It** @AsISeeIt22 · Aug 14, 2023
How many of these cringe photos are you going to post? We get it,
you have cheeto fever.

💬    ⟲    ♡ 3    📊 79    🔖 ⬆

**JaneMcDemo @JaneS&A** @JaneSA78769249 · Aug 14, 2023
You look like a puppy dog & sound completely unhinged 🤣

💬    ⟲    ♡ 3    📊 18    🔖 ⬆

**Turd Ferguson** @FergtheTurd · Aug 14, 2023
Same vibe........

### Relevant people

**Laura Loomer** ✔
@LauraLoomer    [Follow]
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🔯
America First Feisty Jewess

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**    •••
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States    •••
**Google**
Trending with Nexstar
443K posts

Sports · Trending    •••
**Brady Singer**

Sports · Trending    •••
**Oneil Cruz**

**Show more**

Terms of Service | Privacy Policy | Cookie Policy
Accessibility   Ads info   More •••   © 2025 X Corp.

**DaWrTrem**    •••
@JamesTremaine2





X

Home

Explore

Notifications ③

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**DaWrTrem**
@JamesTremaine2

Post                           Reply

**Mamagüevo** @sonicbloos · Aug 14, 2023
Seek help pls
💬    ♡ 3    ↻    ᐧ 122

**Ricky** @Rickyrg2012 · Aug 14, 2023
Let the man breathe 😳😳
💬    ♡ 3    ↻    ᐧ 482

**Lucas Perez** 🇺🇸 🏳️ ✔ @LucasPerezNY · Aug 14, 2023
Personal space? This is objectively weird.
💬 1    ♡ 3    ↻    ᐧ 331

**Trevor** @tdavis1346 · Aug 14, 2023
Stunning! 👍👍👍
💬    ♡ 3    ↻    ᐧ 3.5K

**MICHELLE** 🦋 @4AllSoulKind · Aug 14, 2023
🥰

GIF

↻ 1    ♡ 1    ᐧ 172

**Raven Nevermore** @themrsgenx · Aug 14, 2023
🤢🤢🤢🤢🤢🤢🤢
💬    ♡ 2    ↻    ᐧ 576

**J** ✔ @Jrwebster79 · Aug 14, 2023
You're infatuation with this man is really really gross.
💬    ♡ 2    ↻    ᐧ 156

**Mikey Likes It** @miketheadguy · Aug 14, 2023
Just gross
💬    ♡ 2    ↻    ᐧ 66

**Deborah** @guyswife_cocos · Aug 14, 2023
Gross 😂
💬    ♡ 2    ↻    ᐧ 240

**Ragnarok** @Ragnarok461 · Aug 14, 2023
This is just weird.
💬    ♡ 2    ↻    ᐧ 237

**James Scott** @LongerTables · Aug 14, 2023
Creepy

**Relevant people**

**Laura Loomer** ✔
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🏳️
America First 🏳️‍🌈 Feisty Jewess

**Follow**

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

# X

- Home
- Explore
- Notifications $\textbf{3}$
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

## Post

**Ragnarök** @Ragnarok461 ·
This is just weird.

♡ 2      237

**James Scott** @LongerTables · Aug 14, 2023
Creepy



💬      ⇄      ♡ 2      ᐧᐧᐧ 151

**Pete Engel** @PeteEngel1 · Aug 14, 2023
I question her taste in men.

💬      ⇄      ♡ 2      ᐧᐧᐧ 91

**Million Dollar Baby** @RThirlkill · Aug 14, 2023
Lol I know he grew tired of you groveling over him real quick.

💬      ⇄      ♡ 2      ᐧᐧᐧ 149

**CBlueDreams** @Cbluedreams · Aug 14, 2023

💬      ⇄      ♡ 2      ᐧᐧᐧ 51

**Dawn Backman** @DawnBackman · Aug 14, 2023
OMG - why so close?

💬      ⇄      ♡ 2      ᐧᐧᐧ 264

**Marvin Bauer** @merv_the_swerv · Aug 14, 2023

---

**DaWrTrem**
@JamesTremaine2

---

## Relevant people

**Laura Loomer** ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🎥
America First 🔯 Feisty Jewess

**Follow**

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility   Ads info   More ᐧᐧᐧ   © 2025 X Corp.







**Patricia Garcia** 🇺🇸🚩🛕🏕️... ⚡ · Aug 14, 2023  @BEACHB...
Damn, back it up!!!

💬    🔁    ♡ 1    ılıl 244    🔖 ⬆️

**Fred Tee** 🇺🇸 @TencicFred · Aug 15, 2023
I hear he's an animal in the bathroom....

💬    🔁    ♡ 1    ılıl 16    🔖 ⬆️

**Modern Trailhead** 🇺🇸 @ModernTrailhead · Aug 14, 2023
Melania should kick the sh|t out of you for this.

💬    🔁    ♡ 1    ılıl 15    🔖 ⬆️

🤙 **Just Chris** 🇺🇸 ✓ @JustChrisFL · Aug 14, 2023
Looks like you just asked him if he'd be your daddy. FTR, You
should've backed up a bit before your slobber dripped all over his
shirt. 😐

💬    🔁    ♡ 1    ılıl 219    🔖 ⬆️

**Paddy O'Mugwump** ⚠️ @PatrickDowns · Aug 15, 2023
Seek help.

💬    🔁    ♡ 1    ılıl 13    🔖 ⬆️

**DBJ** @therealdbj4 · Aug 14, 2023
Y r u so close to him

💬    🔁    ♡ 1    ılıl 80    🔖 ⬆️

**REW** @ndruss · Aug 14, 2023
Jesus you are standing so close to him and he is a married man.

💬 2    🔁    ♡ 1    ılıl 275    🔖 ⬆️

**IndependentVoice** ✓ @CourageIsC57112 · Aug 14, 2023

💬    🔁    ♡ 1    ılıl 613    🔖 ⬆️

**Emilia** @EmiliaRainbows · Sep 13, 2024
Why do I always feel you should be riding a little trike?

💬    🔁    ♡ 1    ılıl 8    🔖 ⬆️

**Bushdog** @bus40074774 · Aug 14, 2023
I think someone has daddy issues.

💬    🔁    ♡ 1    ılıl 136    🔖 ⬆️

**Relevant people**

**Laura Loomer** ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🇺🇸
America First 🟧 Feisty Jewess

**Follow**

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.





Post

Reply

Q Search



leaving so you could stand a...

💬    ↻    ♡ 1    📊 25

**Relevant people**

Laura Loomer ✓
@LauraLoomer

**Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🦅 America First 🟫 Feisty Jewess

**Joe Schmo** @__desolationRow · Aug 14, 2023    ⊘ ···

▶ GIF

💬    ↻    ♡ 1    📊 49

**M A Yeagley** @mayeagley · Aug 14, 2023    ⊘ ···
Where's Mrs Trump ?

💬    ↻    ♡ 1    📊 49

**Bob Wire** @pops30575819 · Aug 14, 2023    ⊘ ···
This lady has issues. Jeez.

💬    ↻    ♡ 1    📊 58

**Jessica** @jessica_braden1 · Aug 14, 2023    ⊘ ···
This is disturbing

💬    ↻    ♡ 1    📊 307

**Loiş ฿atemanX** @LuisBatteman · Aug 15, 2023    ⊘ ···
GORGEOUS.. 🇺🇸

💬    ↻    ♡ 1    📊 6

**Paul Southern** @paulsouthern714 · Aug 14, 2023    ⊘ ···
Will you visit him in prison?

💬    ↻    ♡ 1    📊 63

**True BLUE American** @Reality2x4 · Aug 14, 2023    ⊘ ···
Looks like you'll have to settle for conjugal visits.

💬    ↻    ♡ 1    📊 93

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📣 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2



🇺🇸 **True BLUE American** @Reality2x4 · Aug 14, 2023
Looks like you'll have to settle for conjugal visits.
💬          🔁          ♡ 1          ılıl 93          🔖  ↥

**Ben Ghazi** @RandoCa48411908 · Aug 14, 2023
Looks like his hand is about to get frisky
💬 1          🔁          ♡ 1          ılıl 268          🔖  ↥

**Marvin Mcclain** 🇺🇸🇺🇸🇺🇸 @MrBrookwood · Aug 14, 2023
Need my wife to start admiring me like this lol
💬 1          🔁          ♡ 1          ılıl 307          🔖  ↥

**Suzooooo** @Suzoo305 · Aug 14, 2023
Why's your boob on the Prez😜
💬 1          🔁          ♡ 1          ılıl 39          🔖  ↥

**MCE Photography** @Chad_Edwardz · Aug 14, 2023
Idol worship. You're not really a Christian. But you know this.
💬          🔁          ♡ 1          ılıl 62          🔖  ↥

**Marian Shuter** @shuter_marian · Aug 14, 2023
Looks like you have a full blown crush going here. Don't let Melania
see this.
💬          🔁          ♡ 1          ılıl 30          🔖  ↥

**DrRachisProChoice** @RachelleFriedm2 · Aug 14, 2023
He's not going to marry you.
💬          🔁          ♡ 1          ılıl 9          🔖  ↥

**Anthony Saldana** @ajs1390 · Aug 14, 2023
Wife cheater and support a sexual abuser. U need help
💬          🔁          ♡ 1          ılıl 10          🔖  ↥

**Just Kim** @K_W_Walker · Aug 14, 2023
Wow, a little close there honey.
💬          🔁          ♡ 1          ılıl 25          🔖  ↥

**Stephen Leary** ✅ @stephenleary · Aug 14, 2023
You're asking if you can have his hat?
💬          🔁          ♡ 1          ılıl 2.7K          🔖  ↥

**Michelle** @FirstPogMoThoin · Aug 14, 2023
Rapists deserve nothing but 🚽 and looks to me like he's getting
smeared in it already.
💬          🔁          ♡ 1          ılıl 41          🔖  ↥

**Teddy Roosevelt's Must...** @mustache_t... · Aug 15, 2023
Did he rape you?

That seems to happen when he is around women.
💬          🔁          ♡ 1          ılıl 10          🔖  ↥

**Cas** @caskor · Aug 14, 2023
You did remember your knee pads, right?
💬          🔁          ♡ 1          ılıl 64          🔖  ↥

**SayNoToTrump** @DischargeTrump · Aug 15, 2023
You are so sad
💬          🔁          ♡ 1          ılıl 7          🔖  ↥

**Relevant people**

Laura Loomer ✅
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🇺🇸
America First 🇮🇱 Feisty Jewess

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2



# X

- Home
- Explore
- Notifications 3
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

DaWrTrem
@JamesTremaine2

## Post    Reply

You are a cringeworthy MAGA
Pathetic AF.

♡ 6

**Poloplayboy** @mallieg1023 · Aug 14, 2023
He's saying he can't grab it in public so he has to keep his hands up lol

📊 62

**Rich Feinberg** @RichFeinberg1 · Aug 15, 2023
Melania will be coming at you with her claws sharpened once she gets a load of this picture, Looper!

📊 16

**Eb** @whatstheworldeb · Aug 14, 2023
Think she wants to sleep with this 75 year old man. Sweaty stinky salty balls

📊 159

**Cooper Sharp DeJean P...** ✓ @ShootahM... · Aug 14, 2023
Restraining order coming

📊 12

**Troy** ✓ @BassBurg · Aug 14, 2023
where's your hat?

📊 1K

**Whezzy McNubbins** ✓ @WheezyMcNubbins · Aug 14, 2023
I wonder what its like to be the one woman trying to fuck him he wont touch. You're too old for him Laura.

📊 3

**Whezzy McNubbins** ✓ @WheezyMcNubbins · Aug 14, 2023
How pathetic

📊 173

**BreviLOCAcious** 💙🇺🇦🌀 @KSfirefly24 · Aug 14, 2023
Why did you crop your protruding gut, Schizzo?



📊 10

**OEF** @Baluchitherium0 · Aug 15, 2023
@RepMTG are you aware of this one moving in on your man ? Or is Kevin your man now ?

## Relevant people

**Laura Loomer** ✓
@LauraLoomer        **Follow**
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🟪 Feisty Jewess

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📣 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility  Ads info  More ···  © 2025 X Corp.

Document title: (3) Laura Loomer on X: &quot;☐     https://t.co/3fxWuMJCzz&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1691047508191870976
Capture timestamp (UTC): Tue, 23 Sep 2025 23:12:44 GMT





**Casey** @CaseyCarroll63 · Aug 14, 2023
You cool with him being a rapist?

1        97

**Emma** 💛🖤🐘 @emmapowell68 · Aug 14, 2023

GIF

35

**Shaun Humphrey** ✔ @ShaunHumphrey65 · Aug 14, 2023
Awesome picture!

882

**Kismet** @Cinder39 · Aug 14, 2023
We live in a strange universe.

29

**VOTE BLUE!! GO BLUE!!** 🩸 ... @JackieDa... · Aug 14, 2023
You know he's married,right? Doesn't mean anything to him,what about you? And where is his other hand?

10

**Urightmeanscorrect** @rightiscorrectZ · Aug 14, 2023
Your expertise in #triggertism and triggering ought to be taught in some sort of training session.
It's an awesome trait you have.
Let this new word stay from now on...Triggertism.

324

**Miss T** 💙✌️ @MissTaken2050 · Aug 14, 2023
Same energy.

18

Andrew Thomas @Thomas21998191A · Aug 15, 2023

**Relevant people**

**Laura Loomer** ✔
@LauraLoomer                    Follow

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🟪 Feisty Jewess

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.



# Post

## Relevant people

**Laura Loomer** ✓
@LauraLoomer

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🟪 America First 🟪 Feisty Jewess

[Follow]

---

**Andrew Thomas** @Thomas21998191A · Aug 15, 2023
Anti-American, anti-military, defund the police gang.

💬    🔁    ♡    ᴸˡ 3    🔖    ᐁ

---

**Alicia Preston** @APPreston · Aug 14, 2023
This is so creepy. Ewwww

💬    🔁    ♡    ᴸˡ 4    🔖    ᐁ

---

**Make Speech_Speechy A...** @rinosgott... · Aug 14, 2023
Laura girl, I'm a Trump supporter, too, but your photoshop is creepy.

💬    🔁    ♡    ᴸˡ 155    🔖    ᐁ

---

**Gabriel James** 🧵threads.net/@... @The_... · Aug 14, 2023
You're never gonna be #4, pumpkin.

💬 1    🔁    ♡    ᴸˡ 10    🔖    ᐁ

---

**Tanya Nicole** @Tanya79589084 · Aug 15, 2023
That's so gross

💬    🔁    ♡    ᴸˡ 4    🔖    ᐁ

---

**Mr. Smith** @drebin2323 · Aug 14, 2023

💬    🔁    ♡    ᴸˡ 5    🔖    ᐁ

---

**Joe Wilder** @JoeWilder01 · Aug 15, 2023

💬    🔁    ♡    ᴸˡ 10    🔖    ᐁ

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2



< Post    Reply    Q Search

**Relevant people**



Laura Loomer ✓
@LauraLoomer                      Follow

Investigative Journalist 🇺🇸 Free
Spirit🗽 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🪤
America First 🇺🇸 Feisty Jewess

**What's happening**



Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...    © 2025 X Corp.

---

☀️🌺Macie⛰️🏝️ @Macie2603 · Aug 14, 2023
🐸🌽

💬    ⟳    ♡    �ılı 12    🔖    ⬆️

**Gareth Alan** @GenghisCANN · Aug 15, 2023
I'm trying to figure out which one of you is the creep

💬    ⟳    ♡    ılı 5    🔖    ⬆️

**Putney Swope** @PutneySwope9 · Aug 15, 2023
#TrumpIndictment4
#TrumpisGoingToPrison



💬    ⟳    ♡    ılı 2    🔖    ⬆️

**Jason Cook** @JasonCookPhoto · Aug 14, 2023
You are so pathetic!

💬    ⟳    ♡    ılı 17    🔖    ⬆️

**Laffytaffy55** @Laff5577 · Aug 15, 2023
Man, she's pressing up against him.

💬    ⟳    ♡    ılı 15    🔖    ⬆️

**Kate of the North** @KateOfTheN0rth · Aug 14, 2023
I don't think it's a weird photo at all. I bet he smells nice.

💬    ⟳    ♡    ılı 22    🔖    ⬆️

nastruck @NastruckHarold · Aug 15, 2023

💬    ⟳    ♡    ılı 7    🔖    ⬆️

**DaWrTrem**
@JamesTremaine2    ···



Post

Reply

Search

**Relevant people**



↻ 7

**Prism Metanews (prism-metan...** @Pris... · Aug 14, 2023 ⊘ ···
this is getting weird laura

↻ 21

**Bloo** @EricAnd56759863 · Aug 14, 2023 ⊘ ···
His FUPA is touching your FUPA . Very nasty picture

↻ 9

**IamWholam** ✓ @TrixieTrumpet · Aug 15, 2023 ⊘ ···
Back away Laura. He has to win and SAVE this country. My
goodness you look like you are going to jump him. He HAS to save
this country. What are you doing??

↻ 16

**Jose Torres** @jedi9131969 · Aug 14, 2023 ⊘ ···

# HERE IS
# THE TRUTH

Trump's supporters don't measure
his success by what he does FOR
them, they measure by what he
does AGAINST people they don't
like. That's why they see him as
being "successful." This is why
they will NEVER abandon him.
His tormenting of the "others"
sustains them.

↻ 2

**alan segel** @anmis · Aug 15, 2023 ⊘ ···
Did you perform for him yet ?

↻ 5

**PresidentHambone** @HANDxOFxGODx · Sep 14, 2024 ⊘ ···
"granddaddy"

↻ 11

**PresidentHambone** @HANDxOFxGODx · Sep 14, 2024 ⊘ ···
she's a millennial.. in case anybody was wondering. lol

↻ 8

**dolce cann global.** @HeywoodJab77561 · Aug 14, 2023 ⊘ ···
I u new apprentice

↻ 2.4K

▢ẉ̅ẻp̅◻l̅◻a̅◻y̅◻ @wweplay1 · Aug 14, 2023 ⊘ ···

**Laura Loomer** ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🗽Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🟥
America First 🟪 Feisty Jewess

**Follow**

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
▶ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

**DaWrTrem**
@JamesTremaine2 ···

Document title: (3) Laura Loomer on X: &quot;◻    https://t.co/3fxWuMJCzz&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1691047508191870976
Capture timestamp (UTC): Tue, 23 Sep 2025 23:12:44 GMT

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

DaWrTrem
@JamesTremaine2

< Post    ↩ Reply    🔍 Search



🄦wep🄿a🄿y🄿 @wweplay1 · Aug 14, 2023

ANOTHER HOLE-IN-ONE!

---

Mitch Smith 🍵@Blue Sky So... @mitch... · Aug 14, 2023
Keep swallowing

---

XO_BB_XO 💎🌹 @XO_BB_XO · Aug 15, 2023
Where's his wife?
19

---

Joe Cecchini @joececchini · Sep 13, 2024
As a lifelong Democrat, I thank god every day for all the hard work
you're doing, Laura.
18

---

19 ✔ @RuthStan68 · Aug 14, 2023
Remember sweetheart, Melania will be looking at resume's, too!

And know the Trump "hen house" is full of killers. Just ask Kim...

15

---

Woody @liberals_ipa · Aug 14, 2023
"I worship every hair up your nose" says Laura happily.
13

---

Gideon🕎🐸✔ @GideonDoofie · Aug 15, 2023
Better get off my girl #trump!
154

## Relevant people

Laura Loomer ✔
@LauraLoomer    **Follow**
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🇺🇸
America First 🔯 Feisty Jewess

## What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📷 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.





Case 5:24-cv-00623-JSM-PRL    Document 150-63    Filed 11/10/25    Page 30 of 46
PageID 5537

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

DaWrTrem
@JamesTremaine2

---

**Post**

⟲ ▢ 13

**Gideon** 🇺🇸🇮🇹✓ @GideonDoofie · Aug 15, 2023
Better get off my girl #trump!

💬    ⟲    ♡    ⬚ 154    🔖    ⬆

**Vecton** @Osbournegreen · Aug 14, 2023
It's on!!! The women love this man. 😂

💬    ⟲    ♡    ⬚ 57    🔖    ⬆

**GREAT GRANDMOTHER** ✓ @144KDNA · Aug 14, 2023
Is your right boob actually touching him?

Is this real?

Is it photochopped?

And, furthermore, why post it this way?

I feel yucky for running into it accidentally.

Sincerely Signed,

Great Grandmother is not a prude, but this is ridiculous for lack of respectability.

💬    ⟲    ♡    ⬚ 69    🔖    ⬆

**Mike C** @MikeCluff · Aug 15, 2023
Where is Melanie????

💬    ⟲    ♡    ⬚ 6    🔖    ⬆

**HRS Joanna** @jo3gr8r · Aug 14, 2023

youtube.com
Watch Prophecy: Sign of a New Financial Order...
#prophetelvismbonye www.prophetelvis.com

💬    ⟲    ♡    ⬚ 7    🔖    ⬆

**Deathmonkey** @Wherring65 · Aug 15, 2023
Did you have to change his diapers ?

**Relevant people**

Laura Loomer ✓
@LauraLoomer
**Follow**
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🇮🇱 Feisty Jewess

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
▢ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.

Document title: (3) Laura Loomer on X: &quot;▢    https://t.co/3fxWuMJCzz&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1691047508191870976
Capture timestamp (UTC): Tue, 23 Sep 2025 23:12:44 GMT



Document title: (3) Laura Loomer on X: &quot;☐    https://t.co/3fxWuMJCzz&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1691047508191870976
Capture timestamp (UTC): Tue, 23 Sep 2025 23:12:44 GMT





X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Terry247** ✓ @Terry247238189 · Aug 14, 2023
You do know he is married..
Melanie wont want u near him if he wins president seat.
263

**Kimberly T** @Tutsgirl718 · Aug 16, 2023
This is so weird!
8

**ElonMuskApartheidPri...** @csmiley46865... · Sep 13, 2024
Don't know if I've ever seen that much ick in a single photo
14

😐🧨**BirdTalk**😐🧨 @BirdtalkLark · Aug 15, 2023
I feel 😡😡😡😡😡😡😡😡
9

**mikey74** @MichaelSparo · Aug 14, 2023
Yikes! I just threw up my lunch.
146

**SomethingNew** ✓ @TrumpWon1234567 · Aug 14, 2023
Hi Laura. I am asking you again. I follow you, support you,
appreciate you and admire you. We are like minded. I would like to
ask for a follow back. Thank you for the consideration. John
419

**Raoul, pardon my french** @randog64 · Aug 14, 2023
Is this one of those Which one is more gross pictures?
10

**JT** @TitanUpCaliFan · Aug 14, 2023
Creepy
28

**BlueFreedom** @gulfcoastnomad1 · Aug 14, 2023
Boob graze. Oops!
And both with your eyes closed! 🤣
86

**"Hack" King** ✓ @Schnauzerdaddy6 · Aug 15, 2023
🎭 Parody account



**DaWrTrem**
@JamesTremaine2

**Relevant people**

Laura Loomer ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🇺🇸
America First 🔯 Feisty Jewess

**Follow**

**What's happening**

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
📢 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...   © 2025 X Corp.





# Post

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



**MrsRushLBaby** ✔ @pammy3006 · Aug 14, 2023
Great picture. You look fantastic

🔁 ... 125

**Haptic Ulcer** @HapticUlcer · Aug 15, 2023
You rn. 😍

#WomenForTrump #MAGA

12

**Man Of Eck** 🇺🇸 ⚠️ 🐸 🔱 ✔ @ManOfEck · Aug 15, 2023
😫😡😷

108

**NOTHERETHERE** @lmhisnonna · Aug 15, 2023

13

**DaWrTrem**
@JamesTremaine2

## Relevant people



**Laura Loomer** ✔ **Follow**
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🇺🇸
America First 🌸 Feisty Jewess

## What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
⏺ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...   © 2025 X Corp.



Document title: (3) Laura Loomer on X: &quot;□    https://t.co/3fxWuMJCzz&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1691047508191870976
Capture timestamp (UTC): Tue, 23 Sep 2025 23:12:44 GMT





← Post                Reply            🔍 Search

🐦 X

🏠 Home
🔍 Explore
🔔 Notifications ③
✉️ Messages
Grok
☰ Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
✖️ Premium
⚡ Verified Orgs
👤 Profile
⊕ More

**Post**

DaWrTrem
@JamesTremaine2

...Criminal Defendant Donald Trump is going to jail 😂🤣😜💥

💬    🔁    ♡    📊 3    🔖 ⬆️

Lu🤚 @ILOVCOMEDY · Aug 14, 2023
😥😢🙏

💬    🔁    ♡    📊 51    🔖 ⬆️

K bill what @justmeb4w · Aug 14, 2023
youtu.be/GOCK2cQs03g

💬    🔁    ♡    📊 9    🔖 ⬆️

Turd Ferguson @FergtheTurd · Aug 14, 2023
This is what you're acting like.

💬    🔁    ♡ 5    📊 30    🔖 ⬆️

Alvino Vilante @DiscoAl_66 · Aug 14, 2023
Damn girl, how much plastic surgery have you had?

💬    🔁    ♡ 2    📊 8    🔖 ⬆️

Booch Johnson @booch_johnson · Aug 14, 2023
LAURA LOOMER SAID "DON'T VOTE FOR REPUBLICANS!" (after she lost her primary). The only smart thing she ever said.

**Sore loser Laura Loomer tells her MAGA base not to vote Republican. Great idea.**

Despite being as despicable as she is, in 2020 Loomer won the GOP nomination in another Florida congressional district.

Republican congressional candidate Laura Loomer celebrates with Milo Yiannopoulos (left) and campaign director Karen Giorno (right) at an election night event at the airport Hilton in West Palm Beach on Aug. 18, 2020 [ALLEN EYESTONE / Palm Beach Post, via Image File]

💬    🔁    ♡ 2    📊 20    🔖 ⬆️

Jason Cook @JasonCookPhoto · Aug 14, 2023

## Relevant people



Laura Loomer ✓
@LauraLoomer                    **Follow**
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🟪 America First 🟪 Feisty Jewess

## What's happening



Stockton Street
● LIVE

Create with Nano Banana              ⋯
Edit images with Google Gemini
▶️ Promoted by Google Gemini App

Trending in United States           ⋯
**Google**
Trending with Nexstar
443K posts

Sports · Trending              ⋯
**Brady Singer**

Sports · Trending              ⋯
**Oneil Cruz**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯    © 2025 X Corp.





Republican congressional candidate Laura Loomer celebrates with her campaign director Karen Giorno (right) at an election night event at the airport Hilton in West Palm Beach on Aug. 18, 2020 [ALLEN EYESTONE/palmbeachpost.com]
Allen Eyestone / Palm Beach Post via Image Files

💬          🔁          ♡ 2          📊 20          🔖  📤

**Jason Cook** @JasonCookPhoto · Aug 14, 2023                    ⟳  …
You aren't special. He is in photos with lots of people. Like here for example.

💬          🔁          ♡ 2          📊 18          🔖  📤

**Asad Y.R.** @AsadYR · Aug 14, 2023                              ⟳  …
😍😍😍

MOCKS REPORTER WITH DISABIL
Trump  (R) Presidential Candidate

💬          🔁          ♡ 2          📊 223          🔖  📤

**˜"*°•Deb Seahorse😡😈•°*"˜** @surfnsafri · Aug 14, 2023       ⟳  …
10 felonies????

| | Details | | |
|---|---|---|---|
| 11 |  |  |  |
| 12 | Conspiracy To Commit Forgery in the First Degree | 16-4-8 | Felony |
| 13 | Conspiracy To Commit False Statements and Writings | 16-4-8 | Felony |
| 15 | Conspiracy To Commit Filing False Documents | 16-4-8 | Felony |
| 17 | Conspiracy To Commit Forgery in the First Degree | 16-4-8 | Felony |
| 19 | Conspiracy To Commit False Statements and Writings | 16-4-8 | Felony |
| 27 | Filing False Documents | 16-10-20.1(b) | Felony |
| 28 | Solicitation of Violation of Oath by Public Officer | 16-4-7(b) | Felony |

**DaWrTrem**
@JamesTremaine2

---

### Relevant people

**Laura Loomer** ✓  **Follow**
@LauraLoomer
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🌴
America First 🌺 Feisty Jewess

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**                    …
Edit images with Google Gemini
📣 Promoted by Google Gemini App

Trending in United States          …
**Google**
Trending with Nexstar
443K posts

Sports · Trending            …
**Brady Singer**

Sports · Trending            …
**Oneil Cruz**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.



| 19 | Conspiracy To Commit False Statements and Writings | | Felony | |
| 27 | Filing False Documents | 16-10-20.1(b) | Felony | |
| 28 | Solicitation of Violation of Oath by Public Officer | 16-4-7(b) | Felony | |
| 29 | False Statements and Writings | 16-10-20 | Felony | |
| 38 | Solicitation of Violation of Oath by Public Officer | 16-4-7(b) | Felony | |
| 39 | False Statements and Writings | 16-10-20 | Felony | |

💬    ⟲    ♡ 2    �III 15    🔖    ⬆

**Matthew Stover** ✓ @MatthewStover7 · Aug 14, 2023
Keeper 🗝️
💬 1    ⟲    ♡ 2    �III 1.6K    🔖    ⬆

**Cuckturd** @CattardSlim · Aug 14, 2023
When your crazy stalker shows up in person.

💬    ⟲    ♡ 1    �III 13    🔖    ⬆

**Chris_H** ✓ @Christo_t_D · Aug 14, 2023
Geez, you have no self-respect at all do you...
💬    ⟲    ♡ 1    �III 54    🔖    ⬆

**Romza** @Romzido · Aug 15, 2023
Such a creepy pic.

You should put advisory message before posting. Yikes

**DaWrTrem**
@JamesTremaine2

---

### Relevant people

**Laura Loomer** ✓
@LauraLoomer    [ Follow ]
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🌐 America First 🟧 Feisty Jewess

### What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📣 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2025 X Corp.



X

Home

Explore

Notifications 3

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

KD6-3.7 @mattcolvin50 · Aug 15, 2023



💬   🔁   ♡   📊 3   🔖 ⬆️

Andy Winston @AndyWinston17 · Aug 14, 2023
Embarrassing. Girls admiring a convicted sexual predator and rapist.

💬   🔁   ♡   📊 1   🔖 ⬆️

Cop Perry ✓ @TheCuemaster · Aug 15, 2023
America's Mayor Live (E211): Fulton County, Georgia is Leaking like a Sieve. Felony crime at Georgia da leaks grand jury information!!!

Rudy has it and is going through it live lol maga everyone!!

youtube.com
America's Mayor Live (E211): Fulton County, …
Weeknights from 8-9 pm ET

💬 1   🔁   ♡   📊 435   🔖 ⬆️

MakeUSA_Great ✓ @MakeUSA_Great · Aug 15, 2023
NOT Real Trump.

The actor playing FAKE Trump is CLEARLY wearing a Trump Mask.

## Relevant people



Laura Loomer ✓
@LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed 📺 Former @Project_Veritas operative. 🎥 America First 🌸 Feisty Jewess

**Follow**

## What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini
▶️ Promoted by Google Gemini App

Trending in United States
Google
Trending with Nexstar
443K posts

Sports · Trending
Brady Singer

Sports · Trending
Oneil Cruz

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.



DaWrTrem
@JamesTremaine2  ···

X

**Post**

Search

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**DaWrTrem**
@JamesTremaine2



**MakeUSA_Great** ✔ @MakeUSA_Great · Aug 15, 2023
NOT Real Trump.

The actor playing FAKE Trump is CLEARLY wearing a Trump Mask.

Loomer is another Establishment Fake News Deep State Asset playing one more of the Controlled Opposition parts.

Just like Mitchell. They are both on the same side.

💬     🔁     ♡     ılıl 19     🔖 ↑

**Woke Like Jesus** 🌻🇺🇦 @RadioPatti · Aug 15, 2023

💬     🔁     ♡     ılıl 6     🔖 ↑

**Patriotess** 🇺🇸🇨🇦🇬🇧🇮🇱 @Patriotess1976 · Aug 14, 2023
Up close and personal 😂 hey when you see a chance take it. Btw have we all forgotten about Melania 😉

💬     🔁     ♡     ılıl 6     🔖 ↑

**Patriotess** 🇺🇸🇨🇦🇬🇧🇮🇱 @Patriotess1976 · Aug 14, 2023
Basking in the patriotic glow of the golden plumed Hoplite warrior. Must be nice 😍

💬     🔁     ♡     ılıl 7     🔖 ↑

**WokeSouthernBoomerLa...** @ElizabethM... · Aug 14, 2023

💬     🔁     ♡     ılıl 13     🔖 ↑

**Anti-Communist** ✔ @charli3mike · Aug 15, 2023

## Relevant people

**Laura Loomer** ✔
@LauraLoomer

**Follow**

Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 😤 Feisty Jewess

## What's happening

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
⚡ Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2025 X Corp.





# Post

**Relevant people**


**Laura Loomer** ✔ @LauraLoomer
Investigative Journalist 🇺🇸 Free Spirit🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🇺🇸 America First 🇺🇸 Feisty Jewess

**Follow**

**What's happening**

**Stockton Street**
LIVE

**Create with Nano Banana**
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States
**Google**
Trending with Nexstar
443K posts

Sports · Trending
**Brady Singer**

Sports · Trending
**Oneil Cruz**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2025 X Corp.

---

💬 ↻ 13 ♡ 🔖 ⬆

**Anti-Communist** ✔ @charli3mike · Aug 15, 2023

💬 ↻ � 219 🔖 ⬆

**Jason** 🇺🇸 ✔ @thoughtproven · Aug 15, 2023
Uneducated women with no shame in their game.

For contact information: Please see local public restroom

💬 ↻ ♡ � 7 🔖 ⬆

**Truth in Christ** ✔ @ChristInsideMe · Aug 15, 2023
x.com/DanScavino/sta...

💬 ↻ ♡ � 12 🔖 ⬆

**DjDoug4ever** ✔ @djdoug4ever · Aug 14, 2023
Must have felt hugely good to press those boobies up against the former president of the United States.

You are a despicable person. Trashy. No woman should be this close up to a married man, let alone a former president and a man running for president.

💬 ↻ ♡ � 237 🔖 ⬆

**Tim** @tim10bob · Aug 14, 2023
You're trash.

💬 ↻ ♡ � 10 🔖 ⬆

**Drew** @Drewdr1 · Aug 15, 2023
@LauraLoomer is a beautiful woman! Inside and out! Keep fighting for We The American People my friend! And we are behind you and President Trump 100%
#Trump2024TheOnlyChoice
#Trump2024NowMorethanEver
#TRUMP2024ToSaveAmerica

💬 ↻ ♡ � 14 🔖 ⬆

**That One Guy** @Kenny_Poe_ · Aug 15, 2023
Any of you haters notice that he isn't groping or sniffing anyone? How about the guy you voted for?

💬 ↻ ♡ � 9 🔖 ⬆

**Pvt. Snarky Fella** 🐕🇺🇸 @AzovLife · Aug 16, 2023


**DaWrTrem** @JamesTremaine2





# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications ③
- ✉️ Messages
- Grok
- 🗒️ Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✖️ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ⊙ More

**Post**



💬    🔁    ♡    📊 2    🔖 ↥

**Wook Hunter** @WookHunter99 · Aug 16, 2023    ⊘ ···
Are you caressing his orange balls?

💬    🔁    ♡    📊 20    🔖 ↥

😮**Trixie Delight**😮 @bestICNnurse · Sep 13, 2024    ⊘ ···
You are certifiable. Seriously. Check yourself into a psych facility
asap @LauraLoomer

💬    🔁    ♡    📊 23    🔖 ↥

**The Stugotz** @The_Stugotz · Aug 14, 2023    ⊘ ···



💬    🔁    ♡    📊 3    🔖 ↥

**The Outsider** @calendarking · Aug 15, 2023    ⊘ ···

**DaWrTrem** ···
@JamesTremaine2

**Relevant people**


**Laura Loomer** ✓
@LauraLoomer                    **Follow**
Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🎥
America First 😈 Feisty Jewess

**What's happening**


**Stockton Street**
LIVE

**Create with Nano Banana**    ···
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States    ···
**Google**
Trending with Nexstar
443K posts

Sports · Trending    ···
**Brady Singer**

Sports · Trending    ···
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility  Ads info  More ···  © 2025 X Corp.



Page 44 of 46

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Post

Reply

Search

**Relevant people**



**Laura Loomer** ✓
@LauraLoomer                    Follow

Investigative Journalist 🇺🇸 Free
Spirit🇺🇸 Founder of LOOMERED.
Host of @LoomerUnleashed Former
@Project_Veritas operative. 🫡
America First 🟨 Feisty Jewess

**What's happening**

Stockton Street
LIVE

Create with Nano Banana                ...
Edit images with Google Gemini
📱 Promoted by Google Gemini App

Trending in United States               ...
**Google**
Trending with Nexstar
443K posts

Sports · Trending                       ...
**Brady Singer**

Sports · Trending                       ...
**Oneil Cruz**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility   Ads info   More ...   © 2025 X Corp.

**Steve Richards** @Sterrrwrrrzzz · Aug 14, 2023
Creep attracted to a morbidly obese geriatric rapist. Ok, whatever floats your degenerate boat 😷😷😷😷😷

💬          🔁          ♡          📊 5          🔖          ⬆️

**WealthSquad Kaido** @unluck099 · Aug 14, 2023
Keep men out of women's sports

💬          🔁          ♡          📊 4          🔖          ⬆️

**Jodythedeadcat -Looking for san...** @jo... · Aug 15, 2023
Says Looney Loomer ?



**DaWrTrem**
@JamesTremaine2





Relevant people

Laura Loomer ✔
@LauraLoomer

Follow

Investigative Journalist 🇺🇸 Free Spirit 🇺🇸 Founder of LOOMERED. Host of @LoomerUnleashed Former @Project_Veritas operative. 🎥 America First 🟣 Feisty Jewess

What's happening

Stockton Street
LIVE

Create with Nano Banana
Edit images with Google Gemini app
📷 Promoted by Google Gemini

Trending in United States
Google
Trending with Nexstar
443K posts

Sports · Trending
Brady Singer

Sports · Trending
Oneil Cruz

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ···  | © 2025 X Corp.

jh @jackh00 · Aug 15, 2023

Show probable spam

DaWrTrem
@JamesTremaine2

