# EXHIBIT 64

www.washingtonpost.com /politics/2024/09/12/trump-presidential-campaign-laura-loomer/

# Trump's time with Loomer, a far-right activist, upsets his GOP allies

: 9/12/2024

By Patrick Svitek

Updated September 13, 2024 at 2:54 p.m. EDT|Published September 12, 2024 at 4:20 p.m. EDT

Former president Donald Trump has traveled the country this week accompanied by far-right activist Laura Loomer, unnerving some GOP allies with his increasing embrace of a provocateur with a history of espousing conspiracy theories and incendiary rhetoric.

"The history of statements by Ms. Loomer are beyond disturbing," Sen. Lindsey Graham (R-S.C.) said in an interview Thursday. "I hope this problem gets resolved. I think we should be talking about things that people are concerned about, and this issue, I think, doesn't help the cause."

On Friday, Sen. Thom Tillis (R-N.C.) posted on X that Loomer is "a crazy conspiracy theorist who regularly utters disgusting garbage intended to divide Republicans. A DNC plant couldn't do a better job than she is doing to hurt President Trump's chances of winning re-election. Enough."

Loomer most notably joined Trump as he made multiple stops Wednesday to mark the 23rd anniversary of the Sept. 11, 2001, terrorist attacks, standing nearby as Trump and his running mate, Sen. JD Vance (R-Ohio), met with firefighters in New York City. Just last year, Loomer posted a video on X that called the 9/11 assault on the United States an "inside job."

A few days earlier, Loomer launched a racist attack against Trump's Democratic opponent in the November election, Vice President Kamala Harris, who is Indian American. If Harris wins, Loomer wrote, the White House "will smell like curry & White House speeches will be facilitated via a call center." In July, Loomer baselessly called Harris a "drug using prostitute."

In addition to joining Trump in New York, Loomer was seen getting off his plane the day before in Philadelphia before his debate with Harris there. And after she visited New York with Trump, Loomer headed with him to Shanksville, Pa., for ceremonies commemorating 9/11.

Loomer emphasized this week that she does "not work" for Trump, but the campaign has declined to say why she has been traveling with him amid increasingly harsh scrutiny from Democrats and some Republicans.

1/5

DEFENDANTS00000567

ID00001460_0001

During a news conference Friday in California, Trump downplayed his connection to Loomer, saying she is "a supporter of mine, just like a lot of people are supporters." He added that he does not "control" her and dodged questions about her recent comments.

"She is a strong person," Trump said. "She's got strong opinions, and I don't know what she said."

Trump promised to look at Loomer's comments and "put out a statement later on."

In a Truth Social post on Friday evening, Trump appeared to distance himself from Loomer, and wrote: "Laura Loomer doesn't work for the Campaign. She's a private citizen and longtime supporter. I disagree with the statements she made but, like the many millions of people who support me, she is tired of watching the Radical Left Marxists and Fascists violently attack and smear me, even to the point of doing anything to stop their Political Opponent, ME!"

Trump repeatedly has pushed debunked claims and conspiracy theories, including peddling the lie that former president Barack Obama was not born in the United States, and amplified falsehoods from the deep recesses of the internet. Loomer regularly espouses conspiracy theories — including claims that both the 2018 school massacres in Parkland, Fla., and Santa Fe, Tex., were staged. Loomer, 31, has provided plenty of fodder for the Republican presidential nominee.

Loomer said Thursday afternoon she stands by "everything I have said." A former two-time congressional candidate, Loomer previously gained notoriety for her strident anti-Muslim rhetoric, once labeling herself a "proud Islamophobe."

Rep. Marjorie Taylor Greene (R-Ga.), a Trump loyalist who has long feuded with Loomer, told reporters Thursday that Loomer's "rhetoric and hateful tone" are a "huge problem" for Republicans. The congresswoman previously spoke out against Loomer last year when reports surfaced that Trump wanted to hire her for his campaign; he ultimately decided against it.

Loomer's rhetoric "doesn't represent MAGA as a whole," Greene said Thursday. "It doesn't represent who we are as Republicans." She added that she does not think Loomer "has the experience or the right mentality to advise a very important presidential election."

Loomer, on social media, quickly lashed out at Graham and Greene after their comments criticizing her presence in Trump's entourage.

The Harris campaign did not respond to a request for comment on Loomer's association with Trump, but at the White House, press secretary Karine Jean-Pierre said, "No leader should ever associate with someone who spreads this kind of ugliness, this kind of racist poison."

House Minority Leader Hakeem Jeffries (D-N.Y.) told reporters at a Capitol Hill news conference that Loomer's attendance at Trump's 9/11 stops should "shock the conscience of all decent Americans."

"It was shocking and irresponsible and offensive to the thousands of people who lost their lives on Sept. 11, including hundreds of brave first responders, members of the NYPD, FDNY and others, who raced toward the danger in order to help people escape the danger — and lost their lives as a result of it," Jeffries said. He called Trump "a conspiracy theory-peddling racial arsonist and pathological liar."

Trump's campaign did not directly respond to questions about Loomer's latest involvement in the campaign, instead seeking to emphasize the 9/11 anniversary.

"The day wasn't about anyone other than the souls who are no longer with us, their families, and the heroes who courageously stepped up to save their fellow Americans on that fateful day," Trump campaign spokeswoman Karoline Leavitt said in a statement.

Graham said he has not gotten clarity on what role Loomer is playing in the campaign. He added that he was not previously aware of all her statements and that "some of the stuff is just cruel." He cited Loomer's personal attacks on Claudia Conway, the daughter of former Trump adviser Kellyanne Conway.

Loomer first gained national notoriety as an undercover agent for Project Veritas, focusing her efforts on infiltrating Hillary Clinton's 2016 presidential campaign. She left the group in 2017 to do stunts under her own name, such as chaining herself to Twitter's New York headquarters and leading a group of undocumented immigrants to hop the fence at a Napa, Calif., home owned by former House speaker Nancy Pelosi (D-Calif.).

Loomer ran for Congress in Florida twice, in 2020 and 2022, and lost both times. Her anti-Muslim rhetoric, among other alleged terms-of-use violations, have led Facebook, Instagram, Lyft, Uber, Venmo, PayPal, GoFundMe and Cash App to ban her, Loomer claims.

Loomer fashioned herself as a social media warrior for Trump during the 2024 Republican presidential primary, crusading against one of his rivals, Florida Gov. Ron DeSantis. She repeatedly accused DeSantis and his wife, Casey DeSantis, of using Casey DeSantis's breast cancer diagnosis to generate sympathy from voters.

These days, Loomer identifies as an investigative journalist in service of Trump's reelection.

"I'm happy to dedicate all my time to helping Trump, because if Trump doesn't get back in, I don't have anything," she told The Washington Post last March. She says she was in talks to work for Trump's reelection campaign in the spring of 2023.

The New York Times reported that Trump wanted to hire her; a backlash from Trump loyalists ensued, including a fierce rebuke from Greene. No job ultimately materialized — an outcome for which Loomer holds Greene responsible.

DEFENDANTS00000569

ID00001460_0003

The lack of formal campaign employment, however, put little distance between Loomer and the former president. Trump invited Loomer to his private balcony at his Bedminster golf course last summer, and she has made several trips on Trump Force One with the former president, joining him and his campaign team on flights to rallies throughout the Republican primaries. At a rally in Iowa last January, Trump told the gathered crowd that Loomer was a "very important person, politically." In March, he called her a "woman with courage" at a fundraiser at Mar-a-Lago.

"The great Laura Loomer — some of you know Laura — she's a fantastic person, great woman," Trump said during a July speech in Nashville.

Trump routinely reposts Loomer's content to his Truth Social account. She supplied the first post the former president ever made questioning Harris's racial identity: a graphic that compared a headline from Harris's historic U.S. Senate win in 2016, which noted her as the "first Indian-American U.S. Senator," and one from 2020, which noted she was the "first Black woman" to be selected as a presidential running mate. A friend had made the graphic for her; Loomer thinks she was "probably" the first person to bring Harris's racial identity to Trump's attention. Later that week, he raised the issue at the National Association of Black Journalists' conference in Chicago.

"She was always of Indian heritage, and she was only promoting Indian heritage," Trump said in July. "I did not know she was Black until a number of years ago when she happened to turn Black, and now she wants to be known as Black."

Loomer has also amplified the baseless conspiracy theory that Haitian immigrants in an Ohio town are abducting and eating pets, a claim that Trump echoed in his Tuesday debate against Harris.

Loomer's recent attack on Harris over her Indian heritage comes at a time when Harris is not the only Indian American playing a prominent role in the presidential race. Vance's wife, lawyer Usha Vance, is the daughter of Indian immigrants.

A Vance spokesperson did not immediately respond to a request for comment on the Loomer post that said the White House would smell like curry if Harris wins.

Greene responded Wednesday on X, calling Loomer's post "appalling and extremely racist." The congresswoman told reporters Thursday that she usually tries to ignore Loomer's posts, but the attack on Harris as an Indian American "bothered me so much."

Graham called the attack "abhorrent." He said he spoke Thursday morning with Greene about the matter and that she is "very concerned about the political impact this will have in Georgia," a battleground state that is home to one of the largest Indian American populations in the country.

*Kara Voght and Marianna Sotomayor contributed to this report*