# EXHIBIT 65

 HOMEPAGE

RAKE IN THE REWARDS
Earn 30k Membership Rewards® points.
Terms apply. American Express National Bank. Member FDIC.
AMERICAN BUSINE[SS]

POLITICS →

# Laura Loomer: I 'Outed' GOP Senator Because I Was Under Oath

### UMM, OK?

The right-wing activist has doubled down on her claim that a GOP senator is secretly gay.

 **Josh Fiallo**
Breaking News Reporter

Updated Aug. 13 2025 6:35PM EDT
Published Aug. 13 2025 2:59PM EDT

   



Stephanie k[...]



SUBSCRIBE



### Sign Up for The Swamp Newsletter

Must-know stories (and glorious gossip) from the D.C. mire.

Enter your email                                    SIGN UP

By clicking "Sign Up" you agree to our Terms of Use and Privacy Policy .

Laura Loomer has spoken out for the first time since her bizarre deposition in which she accused a senator of lying about his sexuality became public.

The MAGA firebrand—whose influence on President Donald Trump is growing—was pressed in her deposition about insults she made regarding the genitals of Marjorie Taylor Greene and Kamala Harris, as well as the sexuality of Lindsey Graham. Her claim that the senator is secretly gay became public when the deposition was briefly available on a court docket before being sealed.

"I was under oath," Loomer posted to X. "I couldn't lie."



HOMEPAGE



Sen. Lindsey Graham was memorably booed by the MAGA crowd when he spoke at a campaign rally for then-candidate Donald Trump on July 1, 2023. Still, Trump endorsed the senator for reelection in March.

Sean Rayford/Getty Images

The right-wing activist has long alleged that Graham, a South Carolina Republican, is secretly gay. She claimed that officials in the White House have told her as much.

"When is Lindsey coming out of the closet? We all you know you're gay, Lindsey," Loomer posted to X last year. "And that's OK. It's OK. It's 2024. There's nothing wrong with gay people."

AD 1/2



DAILY BEAST

SUBSCRIBE

HOMEPAGE

vice president—had an "infested snatch." She also said that Greene had "Arby's" in "her pants," appearing to suggest that the Republican lawmaker's vagina resembles roast beef.

Those three claims have become part of a lawsuit Loomer has brought against HBO, claiming that late-night host Bill Maher defamed her and ruined her future career prospects by suggesting on his show that she had an affair with Trump last summer.

Loomer claimed that Maher's remark about her sleeping with Trump, which was a widespread rumor at the time, kept her from landing a job in the White House and, thus, from profiting from the experience she would have received in the role. HBO has countered that Maher's First Amendment rights protect his speech, just like they protect Loomer when she makes remarks about the genitals and sexuality of rival politicians.

The claims were revisited by HBO's lawyer, Katherine Bolger, during a deposition early in June which since became public when it was briefly available in court. It has since been sealed.



SUBSCRIBE

![Deposition transcript excerpt]

```
11   Q    -- right?
12   A    Yeah.  That's true.
13   Q    Okay.  And you responded to him on Twitter;
14   right?
15   A    Yeah.  I called him, "gay."
16   Q    Okay.
17        MS. BOLGER:  Can you might mark this as
18   Exhibit --
19        THE WITNESS:  It's well-known --
20        MS. BOLGER:  Can we mark this as
21   Exhibit -- whatever we're at?
22        THE REPORTER:  31.
```

Laura Loomer's deposition went viral this week. Her answers follow the "A" and "THE WITNESS." She was questioned by Katherine Bolger, who is representing HBO in the case.

U.S. District Court

Loomer did not change her stance on Graham's sexuality when Bolger brought it up during the June 4 deposition.

"It's well-known," Loomer said of Graham's sexuality. "Several of President Trump's staff have told me in confidence that—that Lindsey Graham is gay."

Bolger tried to move on, saying, "Hold on. Ms. Loomer, there's no question."

Loomer responded, "I know. I'm just explaining."



SUBSCRIBE



Lindsey Graham has denied rumors that he is gay for decades. He has never been married and is a Southern Baptist.

Susan Walsh/Getty Images

Graham, 70, has never been married and has no children. Questions about the staunch conservative senator's sexuality have swirled for decades, but he has repeatedly denied being gay. A Southern Baptist, he said he once considered proposing to a longtime girlfriend but never did, because she wanted to remain in Vienna, Austria, and he wanted to return to his loved ones in South Carolina. He said other relationships with women did not work out.

"I know it's really gonna upset a lot of gay men—I'm sure hundreds of 'em are gonna be jumping off the Golden Gate Bridge—but I ain't available," Graham told The New York Times in 2010. "I ain't gay. Sorry."

Loomer is unflinchingly loyal to Trump and is quick to attack anyone who speaks or acts against him, especially those who have used their affiliation with Trump to boost their own political or media ambitions.



SUBSCRIBE

HOMEPAGE

LOOMERED

Liam Archacki

To Loomer, Greene is among those who are not truly MAGA, and she has relentlessly attacked the congresswoman from Georgia. Under oath, however, she was careful with her response when asked what she meant by Greene having Arby's in her pants.

"Arby's sells roast beef," Loomer said to Bolger.

"Right," Bolger responded. "Can you tell me what—why you were talking about 'the Arby's in her pants?'"

Loomer answered, "Well, it's just a—an expression."



Laura Loomer, 32, has advocated for the firing of Republicans in the Trump administration she deemed as not loyal enough to President Donald Trump.

Tom Williams/Tom Williams/Getty Images

Bolger then asked, "What is the expression trying to convey?"



SUBSCRIBE

← HOMEPAGE

her pants; that's what you're trying to say there? You're literally saying she put Arby's in her pants?"

Loomer answered: "I'm saying she literally—it's so ridiculous. I'm saying she literally put Arby's in her pants. Yes."



Josh Fiallo

Breaking News Reporter

ByJoshFiallo    Josh.Fiallo@thedailybeast.com

Got a tip? Send it to The Daily Beast here.

## Trending Now



**OPINION**

### The MAGA Movement Is Ready to Dump Donald Trump. Here's His Replacement



**POLITICS**

### Trump Officials Address ICE Barbie Affair Rumors: 'Worst-Kept Secret in D.C.'

Ewan Palmer



**POLITICS**



**POLITICS**

### Leavitt Busted Telling Untruths About Homan's $50K Sting

Janna Brancolini



**POLITICS**

DAILY BEAST    SUBSCRIBE

 HOMEPAGE

**Pokemon to Promote ICE Raids**

Tom Latchem

**Free Speech Rebellion**

Farrah Tomazin

ADVERTISEMENT

ADVERTISEMENT



SUBSCRIBE

HOMEPAGE

| CHEAT SHEET | CULTURE | SUBSCRIPTION | GET THE APP |
| POLITICS | U.S. NEWS | CROSSWORD | |
| OBSESSED | INNOVATION | NEWSLETTERS | FOLLOW US |
| MEDIA | SCOUTED | PODCASTS | |
| WORLD | TRAVEL | | |

ABOUT   CONTACT   TIPS   JOBS   ADVERTISE   HELP   PRIVACY   CODE OF ETHICS & STANDARDS   INCLUSION   TERMS & CONDITIONS   COPYRIGHT & TRADEMARK

© 2025 The Daily Beast Company LLC