# EXHIBIT 66



Media   Politics   Video          **MEDIA**ite          Sign in   Subscribe

# 'He Doesn't Take This Election Seriously': Trump Allies Fear Laura Loomer Will Tank His Campaign

Diana Falzone | Sep 12th, 2024, 4:57 pm

Share   280 comments



AP Photo/Chris Szagola

**Top Stories**

 Trump's Education Secretary Whiffs on Question About America's Rankings

 John Yoo Rebukes Trump: He'd 'Be in Jail Right Now' Without Federalist Society

 CNBC Drops Brutal Breakdown on 'Real Cost' of Trump Tariffs

 Steve Bannon Returns to Spotify Five Years After Beheadings Controversy

 WATCH: HS Grad Dropkicks Classmate as Celebratory Backflip Goes Horribly Wrong

The presence of infamous bigot and conspiracy theorist **Laura Loomer** on **Donald Trump's** campaign has caused anxiety among those close to the former president, sources tell Mediaite.

"She is an extreme liability," said a former Trump campaign staffer with knowledge of the campaign's inner workings. "She has no filter on her mouth and says hateful, racist, judgmental things. This is the exact opposite of what

**Tips**

Have a tip or story





Document title: Trump Allies Fear Laura Loomer Will Tank His Campaign
Capture URL: https://www.mediaite.com/politics/he-doesnt-take-this-election-seriously-trump-allies-fear-laura-loomer-will-tank-his-campaign/
Capture timestamp (UTC): Tue, 03 Jun 2025 17:48:20 GMT

Page 1 of 6

knowledge of the campaign's inner workings. "She has no filter on her mouth and says hateful, racist, judgmental things. This is the exact opposite of what the RNC has been trying to achieve by incorporating new energy."

The insider added that Loomer has been angling for a job with the Trump campaign for the last year, and that her ability to get close to the former president is a worrying sign for the discipline of his campaign.

"The fact that Trump had someone with limited education who is a complete grifter on his plane, just proves he doesn't take this election seriously," they said. "He shouldn't be taking advice from someone who lost two political runs and is nothing but a grifter. His debate performance and overly broad messaging show that he's listening to the wrong people and Laura Loomer is the wrong person."

Loomer, who once claimed the September 11 terror attack was an "inside job," was seen exiting Trump's plane ahead of the debate this week, raising alarms given her long history of bigotry and conspiracy theorizing. On Wednesday, she was later spotted with Trump at a 9/11 event at a firehouse in Manhattan.

Her appearances with Trump on the trail come as she takes fire for unhinged commentary on social media, namely a racist attack on Vice President **Kamala Harris** that was so over the line it even prompted a rebuke from Rep. **Marjorie Taylor Greene** (R-GA).

"This is appalling and extremely racist," Greene wrote in response to Loomer. "It does not represent who we are as Republicans or MAGA. This does not represent President Trump. This type of behavior should not be tolerated ever."

Loomer responded by calling Greene "the most miserable lying bitch in Congress" and accusing her of a litany of sins, from uttering racial slurs to working behind the scenes to sabotage Trump.

Despite fears in the campaign that Loomer is a negative influence on Trump, the former president is fond of the far-right influencer, who he endorsed in her two failed bids for Congress.

Document title: Trump Allies Fear Laura Loomer Will Tank His Campaign
Capture URL: https://www.mediaite.com/politics/he-doesnt-take-this-election-seriously-trump-allies-fear-laura-loomer-will-tank-his-campaign/
Capture timestamp (UTC): Tue, 03 Jun 2025 17:48:20 GMT
Page 2 of 6

failed bids for Congress.

"He likes her content," one friend of Trump's told Mediaite. "But she's a loose cannon. Really loose and a really big cannon. I've seen him with her and he likes her. His staff is probably freaking out that she's going to go off the rails."

They explained that Trump rewards loyalty and Loomer is a "great warrior" who "goes to battle for him."

When Trump regurgitated the fake rumors of Haitian migrants eating pets in Ohio on the debate stage Tuesday night, amidst a performance seen internally in his campaign as an abject disaster, many pointed the finger at Loomer, who has herself been pushing the pet-eating conspiracy theory on her social media platforms.

Advertisement

The Trump campaign insider told Mediaite that there is an active effort within the campaign to keep Loomer away from Trump.

"Most of the higher level professionals try to limit Trump's exposure to her instead of giving her VIP passes to events. She is limited to regular access," they said. "She finds this infuriating because she thinks far more highly of herself than she should."

Yet her proximity to Trump in recent days suggests he could be "auditioning" Loomer for a potential role in either his campaign or administration if he's elected, the source speculated.

"She wanted to be an advisor," they said. "Trump taking Loomer to events, which he hasn't done before, means he is taking her advice and testing the waters to see if his base approves of her."

At the time of publication Loomer nor Trump's representative responded to requests for comment.



















Americans Are Freaking Out Over This All-New Hyundai Tucson (Take a Look)
2025 Hyundai Tucson | Sponsored



Residental Home Elevators You May Not Know Exist (Take A Look)
QuestionHero | Sponsored



Readers Are Shocked To Find Out A Grimacing Face Might ...
Ingrezza For As Treatment | Sponsored





Get the best deals on food shrink wraps machines here!
Catering World | Sea... | Sponsored

Internet For $10/Month if Seniors Live In These Zip Codes!
Internet for seniors ... | Sponsored

The New GMC Sierra Is Nearly Unrecognizable (Take A Peek At...
Frequent Searches | Sponsored

**Tags:** 2024 Election   Donald Trump   Laura Loomer   Republican Party

‹ Previous Post          Next Post ›

Load Comments

**You may also like:**



**Trump Absolutely Torches Rand Paul for Opposing His 'Big, Beautiful Bill': 'People of Kentucky Can't Stand Him!'**
Zachary Leeman   142 comments



**'Now You Are President': Brit Hume Calls for Trump to 'Be More Effective' Following Antisemitic Firebomb Attack**
Colby Hall   106 comments



**Escaped Louisiana Inmate Who's Still on the Run Releases Video Pleading With Trump and Lil' Wayne for Help**
Zachary Leeman   200 comments



**CNN Anchor Agrees 'Both Sides' To Blame For 'Batshit' Trump Conspiracy Post**
Tommy Christopher   419 comments














Tags: 2024 Election  Donald Trump  Laura Loomer  Republican Party





You may also like:

**Trump Absolutely Torches Rand Paul for Opposing His 'Big, Beautiful Bill': 'People of Kentucky Can't Stand Him!'**
Zachary Leeman   142 comments

**'Now You Are President': Brit Hume Calls for Trump to 'Be More Effective' Following Antisemitic Firebomb Attack**
Colby Hall   106 comments

**Escaped Louisiana Inmate Who's Still on the Run Releases Video Pleading With Trump and Lil' Wayne for Help**
Zachary Leeman   200 comments

**CNN Anchor Agrees 'Both Sides' To Blame For 'Batshit' Trump Conspiracy Post**
Tommy Christopher   419 comments

© 2025 Mediaite, LLC | About Us | Careers | Advertise | Privacy | Accessibility | User Agreement | Ethics & Diversity Policy | Contact