# EXHIBIT 67

**Page Vault**

| | |
|---|---|
| Document title: | (1) Wade 'n Tarnation ☐  ☐   on X: "&gt;no wedding ring &gt;Melania supposedly in NYC but Loomer is Trump's date to 9/11 &gt;Trump has cheated on every woman he's ever married Yeah, I'm thinking he's a Loomer Coomer https://t.co/Sx6IQ1FmXu" / X |
| Capture URL: | https://x.com/watn_tarnation/status/1834648760313680354 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:56:02 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 13:56:50 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 11 |
| Capture ID: | q9CB4zwCNmbG7W5gdbgpFZ |
| Display Name: | elyse |

PDF REFERENCE #:        1yknLwRh8g8C7gGg2uqJRn













Document title: (1) Wade &#39;n Tarnation ☐ ☐     on X: &quot;&gt;no wedding ring &gt;Melania supposedly in NYC but Loomer is Trump&#39;s date to 9/11 &gt;Trump h...
Capture URL: https://x.com/watn_tarnation/status/1834648760313680354
Capture timestamp (UTC): Sat, 20 Sep 2025 13:56:50 GMT



Document title: (1) Wade &#39;n Tarnation ☐    on X: &quot;&gt;no wedding ring &gt;Melania supposedly in NYC but Loomer is Trump&#39;s date to 9/11 &gt;Trump h
Capture URL: https://x.com/watn_tarnation/status/1834647603313680354
Capture timestamp (UTC): Sat, 20 Sep 2025 13:56:50 GMT





Document title: (1) Wade &#39;n Tarnation □    □    on X: &quot;&gt;no wedding ring &gt;Melania supposedly in NYC but Loomer is Trump&#39;s date to 9/11 &gt;Trump h
Capture URL: https://x.com/watn_tarnation/status/1834648760313680354
Capture timestamp (UTC): Sat, 20 Sep 2025 13:56:50 GMT

