# EXHIBIT 68

PageVault

| | |
|---|---|
| Document title: | (1) stricture on X: "Can we get some gigachad to rizz up laura loomer for 2 months because she could cost us the election if she gives donald trump a lewinsky and the press finds out https://t.co/yz3PSQh6eZ" / X |
| Capture URL: | https://x.com/bog_beef/status/1834748320540975416 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:59:40 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 14:00:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | 1RsxVqsZAS6qHzE2Xihfof |
| Display Name: | elyse |

PDF REFERENCE #:   uggHDmtYX7DLHCV5wKmm5x









