# EXHIBIT 69

PageVault

| | |
|---|---|
| Document title: | (1) Frank Conniff on X: "Laura Loomer is such a bad influence on Trump. Since they hooked up, he's refused to rent apartments to black people, defamed the Central Park 5, defrauded children's charities, raped woman... Yeah, she has turned him into a horrible person!" / X |
| Capture URL: | https://x.com/FrankConniff/status/1834723413887230096 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:57:36 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 13:58:01 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | voEKTTrq5qVsUg7PWgJQ16 |
| Display Name: | elyse |

PDF REFERENCE #:     dcDXaQtEZvZgeCvqvMwZG7





