# EXHIBIT 70

PageVault

| | |
|---|---|
| Document title: | (1) Haters_gonna_hate on X: "So Trump is taking advice from Loomer. He's traveling with her. Taking shady pictures with her and she's STAYING AT MAR-A-Lago -which Melania is not. They are banging. Love child on the way" / X |
| Capture URL: | https://x.com/princess_kim_k/status/1834607721548497385 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 14:01:16 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 14:01:56 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 8 |
| Capture ID: | eRswfq6XWjy6T1fsn6jcTn |
| Display Name: | elyse |

PDF REFERENCE #:            6dVWhNW9DNZnUELbhMgn4L













