# EXHIBIT 71

PageVault

| | |
|---|---|
| Document title: | (1) Guy who gets shot in the head 100,000 times a day on X: "the thought of Trump and Loomer having sex brought on a sense of revulsion and horror that I haven't felt since seeing my first beheading video" / X |
| Capture URL: | https://x.com/lib_crusher/status/1834659618829766680 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 14:01:58 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 14:02:25 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | chF8SsNuNAgDT5jxBtBRWs |
| Display Name: | elyse |

PDF REFERENCE #:    vuKqr91GEoWtK1ZR6wB3wV





