# EXHIBIT 72

| | |
|---|---|
| Document title: | (1) Thembo on X: "You're all making fun of Trump fucking Laura Loomer. I see you saying the bed looks like a slip n slide of grease and bronzer. That watching them go at it looks like someone added silly putty to a lava lamp. But I think you're just cynical; all love is beautiful. Grow up." / X |
| Capture URL: | https://x.com/OnlyAWorldAway/status/1834645082588189136 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:58:50 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 13:59:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | uxShT9qhjkyqKQ6DHNPRdW |
| Display Name: | elyse |

PDF REFERENCE #:   59dtkTvLfT9UhKvZPe9sVY



