# EXHIBIT 73

PageVault

| | |
|---|---|
| Document title: | (1) X on X: "@RepJackKimble Trump/Loomer- the first couple in history where they're both dating down." / X |
| Capture URL: | https://x.com/mgshn/status/1834720047484281003 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:58:25 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 13:58:49 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | huSRgN1u8ncKs7ZBRGv2X1 |
| Display Name: | elyse |

PDF REFERENCE #:    uxZmJ5zgrHRTX9qAtpcUat



