# EXHIBIT 74

| | |
|---|---|
| Document title: | (1) Drew Pavlou ☐ ☐ ☐ ☐ ☐ ☐ ☐ on X: "BREAKING NEWS: Trump decides to drop out of the 2024 US Presidential election after gazing down at Laura Loomer during missionary sex and questioning what he is doing with his life https://t.co/ferh9w9v5Z" / X |
| Capture URL: | https://x.com/DrewPavlou/status/1834753322651374061 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:57:09 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 13:57:35 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | boZsGQ3K5ytDyrRevVDTNp |
| Display Name: | elyse |

PDF REFERENCE #:   djNnU6oPNwxnziNkQv5aSa





