# EXHIBIT 75

PageVault

| | |
|---|---|
| Document title: | (1) Michael Jones on X: "@bennyjohnson Trump's just bitter he arranged the "suicide" of his connection to that sex trade market now, and he's forced to fuck Laura Loomer." / X |
| Capture URL: | https://x.com/mlwjones/status/1834751651468468534 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 14:02:50 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 14:03:13 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | rFQovHPwiyoAKfJ57vAZa2 |
| Display Name: | elyse |

PDF REFERENCE #:    nvV1dyZWesL9m4szN61JCf



Document title: (1) Michael Jones on X: &quot;@bennyjohnson Trump's just bitter he arranged the "suicide" of his connection to that sex trade market now, and he's…
Capture URL: https://x.com/mlwjones/status/1834751651468468534
Capture timestamp (UTC): Sat, 20 Sep 2025 14:03:13 GMT
Page 1 of 2

