# EXHIBIT 76

PageVault

| | |
|---|---|
| Document title: | (1) Erik Loomis on X: "Trump and Laura Loomer having sex makes me actively want to think about Bill Belichick and his 28 year old girlfriend for something just slightly less gross." / X |
| Capture URL: | https://x.com/ErikLoomis/status/1834744764983623921 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 13:59:16 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 13:59:39 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 4Btg4fNGbDg3GXDWs9h3oP |
| Display Name: | elyse |

PDF REFERENCE #:    cYFjm7iRorwdtn8H8e74YP



