# EXHIBIT 77

PageVault

| | |
|---|---|
| Document title: | (1) k (top 99% on OF) on X: "I respect Laura Loomer's ability to have sex with Trump for her own gain. I had a truly foul bf with a crazy adderall Rx and I remember just closing my eyes and thinking of England many a time" / X |
| Capture URL: | https://x.com/how_do_i_pdf/status/1834740547032117455 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:38:35 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:39:23 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 8tAef5vqRax6e6TeyJC6ZD |
| Display Name: | elyse |

PDF REFERENCE #:    hgHHUabeReXkvFhp8FtH1o









Document title: (1) k (top 99% on OF) on X: &quot;I respect Laura Loomer's ability to have sex with Trump for her own gain. I had a truly foul bf with a crazy adderall Rx…
Capture URL: https://x.com/how_do_i_pdf/status/1834740547032117455
Capture timestamp (UTC): Sat, 20 Sep 2025 15:39:23 GMT

Page 1 of 3





Document title: (1) k (top 99% on OF) on X: &quot;I respect Laura Loomer's ability to have sex with Trump for her own gain. I had a truly foul bf with a crazy adderall Rx…
Capture URL: https://x.com/how_do_i_pdf/status/1834740547032117455
Capture timestamp (UTC): Sat, 20 Sep 2025 15:39:23 GMT