# EXHIBIT 78

PageVault

| | |
|---|---|
| Document title: | (1) Trumpett on X: "TRUMP IS SO SO SO WEIRD!!!!! HIM AND HIS NEW SEX PARTNER ARE SO SO SO WEIRD!! Laura Loomer https://t.co/1ITKhGY7C1" / X |
| Capture URL: | https://x.com/Trumpett3/status/1834732893119431020 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:39:24 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:39:41 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | 9hmCwabUuFoGZ3PUSG5qj8 |
| Display Name: | elyse |

PDF REFERENCE #:    6x6MX24QqLsNxWxYkoYLcm

# Post

**Trumpett**
@Trumpett3

TRUMP IS SO SO SO WEIRD!!!!!

HIM AND HIS NEW SEX PARTNER ARE SO SO SO WEIRD!!

Laura Loomer



7:16 PM · Sep 13, 2024 · **27** Views

⟲ 1

Post your reply

**Reply**

### Relevant people

**Trumpett**
@Trumpett3

**Follow**

Trumpeting Trumps "known as the FREAK" attempt to GASLIGHT America. I do not follow Donald Trump, He has nothing important to say.

### What's happening

**The Axios Show**
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,840 posts

Sports · Trending
**Yoro**
4,406 posts

Only on X · Trending
**#SaturdayVibes**
5,481 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2025 X Corp.

