# EXHIBIT 79

| | |
|---|---|
| Document title: | (1) Christopher Tchidap on X: "@LauraLoomer Only Trump would WILLINGLY have sex with Laura Loomer." / X |
| Capture URL: | https://x.com/Braves2124/status/1834732675975819567 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:38:35 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:38:57 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | tePXeEdAZPekQsc1r8Rpxd |
| Display Name: | elyse |

PDF REFERENCE #:    rTAr5akUbJ9zhaSsZEpZvh





Document title: (1) Christopher Tchidap on X: &quot;@LauraLoomer Only Trump would WILLINGLY have sex with Laura Loomer.&quot; / X
Capture URL: https://x.com/Braves2124/status/1834732675975819567
Capture timestamp (UTC): Sat, 20 Sep 2025 15:38:57 GMT
Page 2 of 2