# EXHIBIT 80

PageVault

| | |
|---|---|
| Document title: | (1) Magnolia Viper on X: "@MayoIsSpicyy @MstrKnowItAll How many countries would ban a Donald Trump and Laura Loomer sex tape, I wonder. Probably the ones that ban bestiality." / X |
| Capture URL: | https://x.com/OleanderNectar/status/1834732356193693785 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:40:43 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:41:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | njTajxt1ZjrbeXMvVqBWe1 |
| Display Name: | elyse |

PDF REFERENCE #:     iXtjpZgfP24uP9oHSNPt6C




Document title: (1) Magnolia Viper on X: &quot;@MayoIsSpicyy @MstrKnowItAll How many countries would ban a Donald Trump and Laura Loomer sex tape, I wonder.…
Capture URL: https://x.com/OleanderNectar/status/1834732356193693785
Capture timestamp (UTC): Sat, 20 Sep 2025 15:41:04 GMT
Page 1 of 2

