# EXHIBIT 81

PageVault

| | |
|---|---|
| Document title: | (1) Christopher Tchidap on X: "@LauraLoomer How ELSE but Trump would WILLINGLY have sex with Laura Loomer?" / X |
| Capture URL: | https://x.com/Braves2124/status/1834730084005040495 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:42:51 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:43:58 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | mixLtVscKEoW7VAoc7z9da |
| Display Name: | elyse |

PDF REFERENCE #:   9Jd44tS4w3tzqTFpJUe3nT



