# EXHIBIT 82

PageVault

| | |
|---|---|
| Document title: | (1) every "every the sopranos frame in order" tweets i on X: "the trump loomer sex tape is going to drop in the next 48 hours https://t.co/oR7f82TfPM" / X |
| Capture URL: | https://x.com/ross_hewage/status/1834724324235718942 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:40:43 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:41:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | qnYvFxc8dEPrNwZjGqT1rb |
| Display Name: | elyse |

PDF REFERENCE #:    iji3j8iHFifk4CjCFhXsqm


