# EXHIBIT 83

PageVault

| | |
|---|---|
| Document title: | (1) David Leavitt ☐ ☐ ☐ ♂☐ on X: "No please do not share a Laura Loomer and Donald Trump sex tape ☐ ☐ https://t.co/NZeTjgQP1I" / X |
| Capture URL: | https://x.com/David_Leavitt/status/1834723899235299491 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:42:16 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:42:50 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | 6JQhMRr1PLqjPnEioEGJp6 |
| Display Name: | elyse |

PDF REFERENCE #:    tKfcQeo18Cd8uiQfeVwA8c

← Post

**David Leavitt** 🎲🎮🏔️🌈 ✓
@David_Leavitt

Subscribe

No please do not share a Laura Loomer and Donald Trump sex tape 🤢🤮



II  GIF  ALT

6:40 PM · Sep 13, 2024 · **13.2K** Views

💬 30    🔁 46    ♥ 514    🔖 3    ⬆️

Post your reply    Reply

**David Leavitt** 🎲🎮🏔️🌈 ✓  @David_Leavitt · Sep 13, 2024
Is that a baby bump 🤔



💬 72    🔁 31    ♥ 252    📊 9.2K    🔖 ⬆️

**Tony Parisi** ✓  @auradeluxe · Sep 13, 2024
Yeah no

💬    🔁    ♥    📊 120    🔖 ⬆️

**Caring Guy** 🩵🏳️‍🌈✊🏽 ✓  @caringguy1957 · Sep 13, 2024
You will love this. Drunk Laura trying to pick up some guy.

---

**Relevant people**



**David Leavitt** 🎲🎮... ✓
@David_Leavitt    Follow

Award-Winning Multimedia Journalist. Bylines: CBS, AXS, Yahoo, Examiner, etc. I love #Games. Casual #MTG & #Boardgames player. Work w/me: DavidLeavitt@gmail.com

**What's happening**

The Axios Show
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,840 posts

Sports · Trending
**Yoro**
4,561 posts

Sports · Trending
**Vini**
19.6K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More... © 2025 X Corp.



**Post**    Reply

Yeah no    👁 120

**Caring Guy** 💙🇺🇸🌈✌️ @caringguy1957 · Sep 13, 2024
You will love this. Drunk Laura trying to pick up some guy.

ebaumsworld.com
Laura Loomer Hitting On Some Poor Guy In a Bar
She has her sights set on him tonight and the grip to match.

🔁 2    ♥ 1    👁 282

**The Big Big Loader Guy** @BigBigActual · Sep 13, 2024
I feel like someone is going to make an AI generated one, and that is going to be the tipping point that makes AI decide to eradicate us all.

♥ 2    👁 49

**Amethyst** 💜 @Loveamethyst90 · Sep 13, 2024



GIF — EEEEEEW !!!

♥ 1    👁 54

**None-ya** @AllKnowingGuru · Sep 13, 2024
That would probably violate the Geneva Convention. 🤮

♥ 1    👁 49

**rob** @RobertSecundus · Sep 13, 2024
guy who owns that one russian hotel has the opportunity to do the funniest thing

♥ 1    👁 84

**@Monica Fuentes15 (Mrs.) NO …** @MonicaPanto… · Sep 13, 2024
👌😹

👁 43

**Colette** @aurora_b_gazer · Sep 13, 2024
Exactly! 🤢🤮

👁 28

**Sean** 🇨🇦 @CsbWorlds · Sep 13, 2024

### Relevant people



**David Leavitt** 🎲🎮… ✓    **Follow**
@David_Leavitt
Award-Winning Multimedia Journalist. Bylines: CBS, AXS, Yahoo, Examiner, etc. I love #Games. Casual #MTG & #Boardgames player. Work w/me: DavidLeavitt@gmail.com

### What's happening



**The Axios Show**
LIVE

**New iPhone 17 Pro**
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,840 posts

Sports · Trending
**Yoro**
4,561 posts

Sports · Trending
**Vini**
19.6K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More… | © 2025 X Corp.



Document title: (1) David Leavitt 🎲 🎮 🏳️‍🌈 ♂️ on X: "No please do not share a Laura Loomer and Donald Trump sex tape 🎲 🎮    https://t.co/NZeTjgQP1I&q
Capture URL: https://x.com/David_Leavitt/status/1834723899235299491
Capture timestamp (UTC): Sat, 20 Sep 2025 15:42:50 GMT

Page 2 of 6













