# EXHIBIT 84

| | |
|---|---|
| Document title: | (1) intel.cpu on X: "Donald Trump just potentially sank his campaign to (allegedly) have sex with Laura Loomer, an ugly, mentally unstable attention whore that ruins everything she touches If Kamala wins, ruins the economy, and lets infinity illegals come in, I'm blaming Laura Loomer https://t.co/p0wfr1AkKR" / X |
| Capture URL: | https://x.com/intel_c_p_u/status/1834714461409546607 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:39:24 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:40:03 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | uVQrDJkZMy9ScK2vDNRwWU |
| Display Name: | elyse |

PDF REFERENCE #:    snb2Uq6hR1ifpFtH3uivoE

# Post

**intel.cpu**
@intel_c_p_u

Donald Trump just potentially sank his campaign to (allegedly) have sex with Laura Loomer, an ugly, mentally unstable attention whore that ruins everything she touches

If Kamala wins, ruins the economy, and lets infinity illegals come in, I'm blaming Laura Loomer



6:03 PM · Sep 13, 2024 · **422** Views

💬   🔁 1   ♥ 5   🔖   ⬆️

**Post your reply**   Reply

## Relevant people

**intel.cpu**
@intel_c_p_u
Follow
5.6 GHz

## What's happening

**The Axios Show**
LIVE

**New iPhone 17 Pro**
📢 Promoted by AT&T

Trending in United States
**#HardRockBet**
1,840 posts

Sports · Trending
**Yoro**
4,406 posts

Only on X · Trending
**#SaturdayVibes**
5,481 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.