# EXHIBIT 85

**PageVault**

| | |
|---|---|
| Document title: | (1) CherylHeuton on X: "It doesn't matter whether or not Trump is having sex with Laura Loomer. What matters is that he supports her racist hateful conspiracy mongering. And we don't have to guess about that. It's out in the open." / X |
| Capture URL: | https://x.com/CherylHeuton/status/1834710345610674375 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:43:59 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:44:33 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | jR998MJ7n8gAhvgHnrNaeF |
| Display Name: | elyse |





Document title: (1) CherylHeuton on X: &quot;It doesn&#39;t matter whether or not Trump is having sex with Laura Loomer. What matters is that he supports her racist…
Capture URL: https://x.com/CherylHeuton/status/1834710345610674375
Capture timestamp (UTC): Sat, 20 Sep 2025 15:44:33 GMT