# EXHIBIT 86

PageVault

| | |
|---|---|
| Document title: | (1) Bo Kross on X: "The October surprise is going to be a Trump/Loomer sex tape leaked to TMZ." / X |
| Capture URL: | https://x.com/Bo_Kross/status/1834704316386394623 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:40:04 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:40:42 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | hwir4izaByNZFKbwFeGvh1 |
| Display Name: | elyse |

PDF REFERENCE #:   2jY2KHjCJ1JDiPCNVMY6Nd

