# EXHIBIT 87

PageVault

| | |
|---|---|
| Document title: | (1) Julie on X: "@RpsAgainstTrump And trump disgustedly said Kamala "puts out"! What will he say about looney loomer when he's done with her? I'll say my opinion now - she's a whore who it looks like is selling herself to trump, trying to get a job at WH if he would somehow win. Betting even the sex is weird" / X |
| Capture URL: | https://x.com/75flamingo/status/1834700816743059889 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:41:28 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:41:51 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | arkXeB5jQLF4iS37d9NDGi |
| Display Name: | elyse |



Post

**Republicans against Trump** @RpsAgainstTrump · Sep 13, 2024
Trump on Laura Loomer: "Really talented" "Amazing" "Very important person" "She's fantastic"

LIVE INDIANOLA, IA
CAUCUS JAN. 15
COUNTRY
TEXT IOWA TO 88022
TRUMP
TRUMP DELIVERS REMARKS IN INDIANOLA, IA
LIVE COVERAGE
RSBN
2:29 PM ET
0:33
TRUMP POISED TO TROUNCE NIKKI HALEY IN NEW HAMPSHIRE IN TWO WEEKS

From **Kamala HQ**

426 · 640 · 1.9K · 181K

**Julie**
@75flamingo

And trump disgustedly said Kamala "puts out"! What will he say about looney loomer when he's done with her? I'll say my opinion now - she's a whore who it looks like is selling herself to trump, trying to get a job at WH if he would somehow win. Betting even the sex is weird

5:08 PM · Sep 13, 2024 · **39** Views

3

Post your reply

Reply

## Relevant people

**Julie**
@75flamingo
Follow
Love animals, people not so much, despise trump & all his maga riffraff, Maga is a mental illness. Atheist; Please DON'T SEND DMs

**Republicans agains...**
@RpsAgainstTrump
Follow
Pro-democracy conservatives Republicans fighting Trump & Trumpism. Please support our work: buymeacoffee.com/RFJBIDENj

## What's happening

**The Axios Show**
LIVE

**New iPhone 17 Pro**
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,895 posts

Sports · Trending
**Yoro**
4,406 posts

Soccer · Trending
**Mbappe**
35.5K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Post
Julie
@75flamingo
And trump disgustedly said Kamala "puts out"! What will he say about looney loomer when he's done with her? I'll say my opinion now - she's a whore who it looks like is selling herself to trump, trying to get a job at WH if he would somehow win. Betting even the sex is weird
5:08 PM · Sep 13, 2024 · 39 Views
3
Post your reply
Reply
Relevant people
Julie
@75flamingo
Follow
Love animals, people not so much, despise trump & all his maga riffraff, Maga is a mental illness. Atheist; Please DON'T SEND DMs
Republicans agains...
@RpsAgainstTrump
Follow
Pro-democracy conservatives Republicans fighting Trump & Trumpism. Please support our work: buymeacoffee.com/RFJBIDENj
What's happening
The Axios Show
LIVE
New iPhone 17 Pro
Promoted by AT&T
Trending in United States
#HardRockBet
1,895 posts
Sports · Trending
Yoro
4,406 posts
Soccer · Trending
Mbappe
35.5K posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.