# EXHIBIT 88

PageVault

| | |
|---|---|
| Document title: | (1) Poker and Politics on X: "My Trump-Loomer conspiracy theory is that after he got shot at he had sex with her a few times and then she called him and recorded a conversation where she claimed to be pregnant and he told her to get an abortion and now she has power over the whole GOP." / X |
| Capture URL: | https://x.com/PokerPolitics/status/1834698955956875472 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:42:51 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:43:34 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 11 |
| Capture ID: | ek1yibSxbdijJurFd7dENm |
| Display Name: | elyse |

PDF REFERENCE #:    4WphpACHb3xiiMtB1YKU2j



The birth



Vis Viva @Vis_Viva · Sep 13, 2024
Laughing and barfing simultaneously is something I'd expect the Germans tp have a word for.

Anyway, that's what I'm doing now.

1            ♡ 11    ıl 550

Notifications @whatadecade2020 · Sep 13, 2024
I like your thinking, but I think its simplier than that. She has sex with him and strokes his ego. That is all it takes.
Even Alina Habba won't go that far. Loomer will.

1    ↻ 1    ♡ 5    ıl 174

Fave Doley @Sevenofnot · Sep 13, 2024
I think she just wants the baby.

1            ♡ 6    ıl 634

dayna @daynahmk · Sep 14, 2024
I think this might be true. I read it on the internet.

            ♡ 3    ıl 207

Jane Gail @Jaynitess · Sep 13, 2024
😄

[GIF: "I'm not gonna be ignored..."]

            ♡ 3    ıl 176

ri0t @ri0t_ctrl · Sep 13, 2024
idunno about alla that but she definitely let him hit.

also, my add on to your theory is: this is why MTG is freaking out, cause the bar has been raised and she probably doesn't think she can clear it now lol.

            ♡ 3    ıl 108

---

**Relevant people**



Poker and Politics    [Follow]
@PokerPolitics

Lee Harvey Oswald acted alone in the assassination of President Kennedy.
Patreon.com/pokerpolitics

**What's happening**

The Axios Show
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
#HardRockBet
1,895 posts

Sports · Trending
Vini
19.7K posts

Sports · Trending
Yoro
4,406 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More… | © 2025 X Corp.

Document title: (1) Poker and Politics on X: &quot;My Trump-Loomer conspiracy theory is that after he got shot at he had sex with her a few times and then she called hi…
Capture URL: https://x.com/PokerPolitics/status/1834698955956875472
Capture timestamp (UTC): Sat, 20 Sep 2025 15:43:34 GMT
Page 2 of 10












**NBCT for Public Schools** ⭐ @can_tdisplay · Sep 14, 2024
When I think about how it might be true



**Roger Dorn 3B** @ErictheGrey_1 · Sep 13, 2024
That would be too perfect.

225

**cMdM89** @md_m89 · Sep 13, 2024
that makes as much sense as anything else...

189

This Post was deleted by the Post author. Learn more

**GenXCurmudgeon** @curmudgeon_x · Sep 14, 2024
Makes as much sense as anything

15

### Relevant people



**Poker and Politics**
@PokerPolitics                    Follow

Lee Harvey Oswald acted alone in the assassination of President Kennedy.
Patreon.com/pokerpolitics

### What's happening



**The Axios Show**
LIVE

**New iPhone 17 Pro**
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,895 posts

Sports · Trending
**Vini**
19.7K posts

Sports · Trending
**Yoro**
4,406 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More··· © 2025 X Corp.



**Everyone Knew Her As Nancy** @pawdebb · Sep 13, 2024
As good as any of theirs!

316

**David Laccoarce** 💙🇺🇸 @cubfan801 · Sep 13, 2024
His tiny mushroom hasn't been standing at attention in at least a decade. He's 80 years old. Still love the theory though

109

**Presumably Humor** 🌎 @OXHarryH1 · Sep 13, 2024
That's a good one.

212

**Your Mom** @loogieloogs · Sep 14, 2024
Sounds sadly believable.

17

**Mike "Enemy Within" Simons** 🇺🇸 @TheMikk17 · Sep 13, 2024
That's some good fan fiction right there. I would hope that as much of it as you read everyday, some of it would've rubbed off on you. 😂
#TrumpisaNationalDisgrace



90

**PAGAN gamer bro** 🔗 @ccurious7 · Sep 14, 2024
This is hilarious. It is also sad. Sad because even if true & news of her abortion made it to Fox, they would still support him. In fact, they might even abandon Fox. Facts or hypocrisy have zero impact on a death cult.

17

**fien' X** @fien_X · Sep 13, 2024
Omg I can't believe it.

442

**City of Flint | Commentary** @C1TYofFL1NT · Sep 13, 2024
Well my conspiracy theory is that Donald Trump subscribes to the Medusa theory

152

**OnlyXcoMmenT** @dustin_fen6998 · Sep 14, 2024
Lol, that's how easy it would be!

9

### Relevant people



**Poker and Politics**
@PokerPolitics

[Follow]

Lee Harvey Oswald acted alone in the assassination of President Kennedy.
Patreon.com/pokerpolitics

### What's happening

**The Axios Show**
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,895 posts

Sports · Trending
**Vini**
19.7K posts

Sports · Trending
**Yoro**
4,406 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2025 X Corp.

**OnlyXcoMmenT** @dustin_fen6998 · Sep 14, 2024
Lol, that's how easy it would be!

9

**John James** @JohnJames888j · Sep 13, 2024
Sold.

144

**paul krasnasky** @palkpaul · Sep 13, 2024
🤣🤣🤣🤣

269

**El El Cool Bey** @elelcoolbey · Sep 14, 2024
On the down side, it's a baseless claim backed by absolutely no evidence.

But on the plus side, it's a baseless claim backed by absolutely no evidence, so MUST be true.

It's less convoluted than ANY of their conspiracy "theories".

And let's face it, she is Jigsaw.



5

**Mark Arnest** @markarnest1 · Sep 14, 2024
Good story, but I think that in a few weeks the Trump campaign is going to announce that Loomer is pregnant with the God-King.

106

**Paul says Mask It or Casket** 🏴‍☠️🏴‍☠️ @idealust · Sep 14, 2024

**Relevant people**



**Poker and Politics**
@PokerPolitics    [Follow]

Lee Harvey Oswald acted alone in the assassination of President Kennedy.
Patreon.com/pokerpolitics

**What's happening**

The Axios Show
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,895 posts

Sports · Trending
**Vini**
19.7K posts

Sports · Trending
**Yoro**
4,406 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· © 2025 X Corp.










Document title: (1) Poker and Politics on X: &quot;My Trump-Loomer conspiracy theory is that after he got shot at he had sex with her a few times and then she called hi…
Capture URL: https://x.com/PokerPolitics/status/1834698955956875472
Capture timestamp (UTC): Sat, 20 Sep 2025 15:43:34 GMT
Page 10 of 10