# EXHIBIT 89

PageVault

| | |
|---|---|
| Document title: | (1) Christo Aivalis ☐  ☐  on X: "Here's the thing: Even if Trump and Loomer aren't fucking, the actual sex scandal is real because Trump is a pig who routinely cheated on his wives." / X |
| Capture URL: | https://x.com/christoaivalis/status/1834698110599414133 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:43:59 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:44:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | 5vEM3P32SDRvVBZ2Y8ESbB |
| Display Name: | elyse |

PDF REFERENCE #:    dtCtFshqkLz15DCFpEEZce

