# EXHIBIT 90

| | |
|---|---|
| Document title: | (1) Deva Hazarika on X: "@dugmartsch MTG bags mystic gym bro sex guru and Loomer bags Trump, obv she's fuming" / X |
| Capture URL: | https://x.com/devahaz/status/1834697504925139389 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:40:04 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:40:26 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | aT8ezYbWatY1vefk4WFSDG |
| Display Name: | elyse |

PDF REFERENCE #:   tcJbEQtkUoqhxjsJo6smEk





Document title: (1) Deva Hazarika on X: &quot;@dugmartsch MTG bags mystic gym bro sex guru and Loomer bags Trump, obv she's fuming&quot; / X
Capture URL: https://x.com/devahaz/status/1834697504925139389
Capture timestamp (UTC): Sat, 20 Sep 2025 15:40:26 GMT

Page 1 of 2

