# EXHIBIT 91

**Page Vault**

| | |
|---|---|
| Document title: | (1) Winston Smith on X: "@O75541342O @cryptocassowar2 @BenStanton77 @MikeSington https://t.co/DuwW5vpzKm He def hitting that, good for him. She can't date anyone because she puts Trump first. What a good loyal little sex servant. Any guy would kill for that." / X |
| Capture URL: | https://x.com/dolansadist/status/1834697149109408128 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:41:28 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:42:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kzSCxqyVzit28Pa8Pxjr7x |
| Display Name: | elyse |

**Post**

**Mike Sington** ✔ @MikeSington · Sep 12, 2024
This is why Trump is hanging out with Laura Loomer. Watch them with their hands all over each other at Mar-a-Lago. Note: He's married.



0:03

💬 10K    🔁 5.5K    ♡ 18K    📊 3.9M    🔖    ⬆️

**MAGA Elvis** 🇺🇸 ✔ @BenStanton77 · Sep 12, 2024
Oh no he hugged her and touched her back

💬 195    🔁 27    ♡ 4.4K    📊 94K    🔖    ⬆️

This Post is from a suspended account. Learn more

**Dermot O Brien** @O755413420 · Sep 13, 2024
Biden sniffs kids, Trump gives a young woman a hug.

💬 4    🔁    ♡ 2    📊 118    🔖    ⬆️

**Winston Smith** @dolansadist

mediaite.com/news/trump-tha...

He def hitting that, good for him. She can't date anyone because she puts Trump first. What a good loyal little sex servant. Any guy would kill for that.



Trump Thanks Laura Loomer For Claiming She's Single Because She Loves Him Too Mu...

From mediaite.com

4:54 PM · Sep 13, 2024 · **17** Views

💬    🔁    ♡    🔖    ⬆️

Post your reply    Reply

---

**Relevant people**



**Winston Smith** @dolansadist    Follow
We shall meet in the place where there is no darkness.

**Dermot O Brien** @O755413420    Follow
Spokesperson for, The Peoples Front of Judea. The Judean Peoples Front are bastards

**MAGA Elvis** 🇺🇸 ✔ @BenStanton77    Follow
Singer of Songs, Weightlifter, Trump/MAGA 2024🇺🇸

**What's happening**

**The Axios Show**
LIVE

**New iPhone 17 Pro**
📣 Promoted by AT&T

Trending in United States
**#HardRockBet**
1,840 posts

Sports · Trending
**Yoro**
4,561 posts

Sports · Trending
**Vini**
19.6K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2025 X Corp.



**Post**

**Winston Smith**
@dolansadist

mediaite.com/news/trump-tha...

He def hitting that, good for him. She can't date anyone because she puts Trump first. What a good loyal little sex servant. Any guy would kill for that.

Trump Thanks Laura Loomer For Claiming She's Single Because She Loves Him Too Mu...

From mediaite.com

4:54 PM · Sep 13, 2024 · **17** Views

Post your reply

Reply

### Relevant people

**Winston Smith**
@dolansadist      Follow

We shall meet in the place where there is no darkness.

**Dermot O Brien**
@O75541342O      Follow

Spokesperson for, The Peoples Front of Judea. The Judean Peoples Front are bastards

**MAGA Elvis** 🇺🇸 ✓
@BenStanton77      Follow

Singer of Songs, Weightlifter, Trump/MAGA 2024🇺🇸

### What's happening

**The Axios Show**
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,840 posts

Sports · Trending
**Yoro**
4,561 posts

Sports · Trending
**Vini**
19.6K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· | © 2025 X Corp.

