# EXHIBIT 92

PageVault

| | |
|---|---|
| Document title: | (1) That Blame Guy on X: "We about to get a Trump sex scandal too?? These last few days till the election gonna be as good as a season of House of Cards. Cause he definitely fucking that Loomer chick." / X |
| Capture URL: | https://x.com/ImToBlame/status/1834689108494676387 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:44:34 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:45:21 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 9w5XvTXvpZCLKnQ1nXHm5B |
| Display Name: | elyse |

PDF REFERENCE #:    9VZ11kcV42e6tuH9K6uC7c



Document title: (1) That Blame Guy on X: &quot;We about to get a Trump sex scandal too?? These last few days till the election gonna be as good as a season of Hous…
Capture URL: https://x.com/ImToBlame/status/1834689108494676387
Capture timestamp (UTC): Sat, 20 Sep 2025 15:45:21 GMT
Page 1 of 2

