# EXHIBIT 93

| | |
|---|---|
| Document title: | (1) EyeOnStalk on X: "@Skrrt__Vonnegut @KntckyBlck @jules_su I mean, she WOULD, but sex to Trump is a way to get other rich powerful men to respect you. Can you see him bragging on the golf course he banged Laura Loomer, the oversurgeried pick-me who tried to hit on a neo Nazi by bragging about her Ashkenazi IQ?" / X |
| Capture URL: | https://x.com/EyeOnStalk/status/1834682460606697860 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:45:22 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:45:47 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | dbTjmJPh1udn2VaPq9EeU2 |
| Display Name: | elyse |

PDF REFERENCE #:    4NpkNsYmeRScyv5n6PmR7n






Document title: (1) EyeOnStalk on X: &quot;@Skrrt__Vonnegut @KntckyBlck @jules_su I mean, she WOULD, but sex to Trump is a way to get other rich powerful men t…
Capture URL: https://x.com/EyeOnStalk/status/1834682460606697860
Capture timestamp (UTC): Sat, 20 Sep 2025 15:45:47 GMT

Page 2 of 3

