# EXHIBIT 94

Page Vault

| | |
|---|---|
| Document title: | (1) Hettie on X: "@RepMTG @Jon_Gross Let's ask Laura Loomer. Apparently she's Trump's number-one gal right now. You've been replaced. Maybe a trip to the gym for some revenge sex on the mats would make you feel better." / X |
| Capture URL: | https://x.com/StHettie/status/1834682260211061146 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:44:34 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:44:57 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | pfjXoyv5TSE6KDm665p84V |
| Display Name: | elyse |

PDF REFERENCE #:        aGZkjHjqzFk8BLwSRPezRC



Post

**Rep. Marjorie Taylor Greene**🇺🇸 ✓ 🔴 @RepMTG · Sep 13, 2024

Thank you to @Jon_Gross for your kind words of support!

More importantly, thank you for everything you are doing to righteously defend nonviolent January 6 political prisoners!

@REPMTG

GREG KELLY    DOJ CONTINUES TO UNFAIRLY PROSECUTE JAN 6 DEFENDANTS
7:38 PT LIVE BREAKING NEWS . . . . . . . GAMESTOP TO CLOSE MORE STORES AFTER EARNINGS REPORT . . .

💬 279      ↻ 259      ♡ 1.1K      📊 81K      🔖    ⬆️

**Hettie**
@StHettie

Let's ask Laura Loomer. Apparently she's Trump's number-one gal right now.

You've been replaced.

Maybe a trip to the gym for some revenge sex on the mats would make you feel better.

3:55 PM · Sep 13, 2024 · **155** Views

💬      ↻      ♡ 1      🔖      ⬆️

👤  Post your reply                          Reply

### Relevant people

**Hettie**                                    Follow
@StHettie

Critter loving, mushroom hunting dweller in the heart of America.
#BidenIsMyPresident #BLM #ScienceIsReal #ClimateMatters #VoteBlue

**Rep. Marjorie Ta...** ✓ 🔴              Follow
@RepMTG

Christian, Mother, American, Business Owner, and Congresswoman representing Georgia's 14th District |Chairwoman @DOGECommittee | AMERICA ONLY 🇺🇸

### What's happening

**The Axios Show**
LIVE

New iPhone 17 Pro                          ···
📶 Promoted by AT&T

Trending in United States                  ···
**#HardRockBet**
1,917 posts

Sports · Trending                          ···
**Kudus**
2,971 posts

Politics · Trending                        ···
**H1-B**
38K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2025 X Corp.



Document title: (1) Hettie on X: &quot;@RepMTG @Jon_Gross Let&#39;s ask Laura Loomer. Apparently she&#39;s Trump&#39;s number-one gal right now....

Capture URL: https://x.com/StHettie/status/1834682260211061146

Capture timestamp (UTC): Sat, 20 Sep 2025 15:44:57 GMT

Page 1 of 2



