# EXHIBIT 95

| | |
|---|---|
| Document title: | (1) The Alternate Historian on X: "So many wordsmiths trying to write the most memorable line of the 2024 election, but its probably going to come down to either the person who said Vance had sex with a couch and the first person who asked "are Trump and Loomer having sex?"" / X |
| Capture URL: | https://x.com/alt_historian/status/1834677815976861783 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:45:22 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:46:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | 3S9PChTC8hPAt1LZXKoYzi |
| Display Name: | elyse |

PDF REFERENCE #:    kjL9WFYExikjJJrxsE8kBP

