# EXHIBIT 96

PageVault

| | |
|---|---|
| Document title: | (1) mentally chill on X: "Loomer and trump having sex is just hysterically funny to me. Two of the most uncanny-looking people on earth, joined in the flesh. Truly, "the beast with two backs."" / X |
| Capture URL: | https://x.com/eleum_fuck/status/1834672364900303161 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:49:53 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:50:32 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | 8BkRFHgz3veZJMxaSG587u |
| Display Name: | elyse |

PDF REFERENCE #:   pqffZp9aJ6E1eM7qSmqQwT



Document title: (1) mentally chill on X: &quot;Loomer and trump having sex is just hysterically funny to me. Two of the most uncanny-looking people on earth, joined in th…
Capture URL: https://x.com/eleum_fuck/status/1834672364900303161
Capture timestamp (UTC): Sat, 20 Sep 2025 15:50:32 GMT

Page 1 of 1