# EXHIBIT 97

PageVault

| | |
|---|---|
| Document title: | (1) Coyote's Kenning - Jess on X: "I told my mam about the laura loomer affair and she responded 'what would any woman get out of having sex with donald trump' and frankly I don't know how to answer that question" / X |
| Capture URL: | https://x.com/Coyotes_Kenning/status/1834665132477255943 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:46:57 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:47:20 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kss5VQ8tmxPWDciEvibdr2 |
| Display Name: | elyse |

PDF REFERENCE #:    jwnZSZZf5uTAYCVX55d55G

**Coyote's Kenning - Jess**
@Coyotes_Kenning

I told my mam about the laura loomer affair and she responded 'what would any woman get out of having sex with donald trump' and frankly I don't know how to answer that question

2:47 PM · Sep 13, 2024 · **340** Views

💬 2    🔁    ♡ 9    🔖 1    📤

Post your reply    [Reply]

**Coyote's Kenning - Jess** @Coyotes_Kenning · Sep 13, 2024
it reminds me of how eliezer yudkowsky had a manson family style harem of women and also said that random women should sleep with him so they have 'something to tell their grandkids' about. eliezer yudkowsky looks like this btw



💬    🔁    ♡ 1    📊 69    🔖 📤

**Samuli Karjalainen** @SamuliKarjalai4 · Sep 13, 2024
Different strokes for different folks. Where is my Laura Loomer? Do I need to become a 78 year old cult leader in order to get one?

💬    🔁    ♡ 1    📊 54    🔖 📤

**Relevant people**

**Coyote's Kenning - Jess**
@Coyotes_Kenning    [Follow]
Master's research student in Nuclear Physics. Nerd. Secular witch. she/her, trans. bi lesbian. 23. pfp by @anonhistory

**What's happening**

**The Axios Show**
LIVE

**New iPhone 17 Pro**
Promoted by AT&T

Trending in United States
**#HardRockBet**
1,917 posts

Politics · Trending
**H1-B**
38.1K posts

Trending in United States
**Miami OH**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More… © 2025 X Corp.





Document title: (1) Coyote&#39;s Kenning - Jess on X: &quot;I told my mam about the laura loomer affair and she responded &#39;what would any woman get out of…
Capture URL: https://x.com/Coyotes_Kenning/status/1834665132477255943
Capture timestamp (UTC): Sat, 20 Sep 2025 15:47:20 GMT