# EXHIBIT 98

PageVault

| | |
|---|---|
| Document title: | (1) Jerry Gann on X: "@ArtCandee Come on people, Trump is way past his prime of sex (ED) For all of you that have no common sense (Democrats one &amp; All) Laura Loomer has political ambitions. She's sucking up to Trump because she wants a position in the White House when he's elected!" / X |
| Capture URL: | https://x.com/Gann15Jerry/status/1834664751411913022 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:47:43 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:49:06 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | eLFA3ohLVugaPtrkBYk36f |
| Display Name: | elyse |

PDF REFERENCE #:    9KHUtkGnLeuLpsEq1SyeaP



