# EXHIBIT 99

| | |
|---|---|
| Document title: | (1) Steve Phillips ☐ stevepphill.bsky.social on X: "@thetrueshelby A few more surgeries and Loomer will look just like tRump. tRump would probabally enjoy the sex more looking at his own face." / X |
| Capture URL: | https://x.com/StevePPhill/status/1834643145197293859 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:49:07 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:49:29 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | iFtBkcE9PkXZdeXySgx9qB |
| Display Name: | elyse |

PDF REFERENCE #:   nL15oUcufzQygNJfeFcSbp





Document title: (1) Steve Phillips 🟦 stevepphill.bsky.social on X: &quot;@thetrueshelby A few more surgeries and Loomer will look just like tRump. tRump would…
Capture URL: https://x.com/StevePPhill/status/1834643145197293859
Capture timestamp (UTC): Sat, 20 Sep 2025 15:49:29 GMT                                                                              Page 2 of 2