# EXHIBIT 100

PageVault

| | |
|---|---|
| Document title: | (1) Kimberley Johnson on X: "Many people are saying Loomer and Trump are having an affair. Maybe they are and maybe they aren't. What's for sure is they are using each other. Either way, their relationship is not about sex or love. It's about titanic egos and the grasp for power." / X |
| Capture URL: | https://x.com/AuthorKimberley/status/1834641034275385597 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:46:05 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:46:56 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | gWfxrNwqGss6L51NQMSLKP |
| Display Name: | elyse |

PDF REFERENCE #:    m3eZqz1Nw8XobMgUBHCNKZ



**Bill** 🚴 @ldroadie · Sep 13, 2024

I think for Tr*** it would be about the sex, as long as his chemistry supply is handy.

For Loomer, however, it is about power. She is only 31(?) and has only a few short steps up the Repub ladder as long as she stays w/DT.

26

🇺🇸🏳️‍🌈 **Jim Martin** 🏳️‍🌈JusticeForTheP... @JimMart8... · Sep 13, 2024
🤣🤣🤣



6

**Questergirl (Cancer sucks)** @Questergirl · Sep 13, 2024
And brain bleach for the rest of us!

WHERE'S THE BRAIN BLEACH

13

**XXXXXXXXX** @SharonMayhill · Sep 13, 2024
Ew.

6

Relevant people



Kimberley Johnson
@AuthorKimberley    Follow

I'm over at a good blue place. See my pinned tweet. This place is vile, but I come here to mock Nazis and stupid people.

What's happening

The Axios Show
LIVE

New iPhone 17 Pro
Promoted by AT&T

Trending in United States
#HardRockBet
1,936 posts

Sports · Trending
Kudus
3,062 posts

Politics · Trending
H1-B
38.1K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More… © 2025 X Corp.





Document title: (1) Kimberley Johnson on X: &quot;Many people are saying Loomer and Trump are having an affair. Maybe they are and maybe they aren&#39;t.…
Capture URL: https://x.com/AuthorKimberley/status/1834641034275385597
Capture timestamp (UTC): Sat, 20 Sep 2025 15:46:56 GMT
Page 4 of 4