# EXHIBIT 101

![PageVault]

| | |
|---|---|
| Document title: | (1) Osprey ☐  Account on X: "@nirol__ @LizRummy I didn't think the idea of Trump having sex could get worse, but Trump havingvsex with Laura Loomer made me take psychic damage." / X |
| Capture URL: | https://x.com/caseinsensit1ve/status/1834579562765648197 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:47:43 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:48:06 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 2EjxAfSLdD1VtmoRvYN29K |
| Display Name: | elyse |



Document title: (1) Osprey □    Account on X: &quot;@nirol__ @LizRummy I didn&#39;t think the idea of Trump having sex 🦅 get worse, but Trump havingvsex with…
Capture URL: https://x.com/caseinsensit1ve/status/1834579562765648197
Capture timestamp (UTC): Sat, 20 Sep 2025 15:48:06 GMT



