# EXHIBIT 102

PageVault

| | |
|---|---|
| Document title: | (1) Alison ☐ on X: "@Trump_Detester He's having sex with Laura Loomer" / X |
| Capture URL: | https://x.com/AlisonHart98/status/1834576674702147605 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:49:53 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:50:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | g8gLgD2ZEcP5KiFGRvXLht |
| Display Name: | elyse |

PDF REFERENCE #:    4EP9FMcrB8YgnHeMLq1npE



Document title: (1) Alison ✨ on X: &quot;@Trump_Detester He's having sex with Laura Loomer&quot; / X
Capture URL: https://x.com/AlisonHart98/status/1834576674702147605
Capture timestamp (UTC): Sat, 20 Sep 2025 15:50:15 GMT
Page 1 of 2

