# EXHIBIT 103

| | |
|---|---|
| Document title: | (1) Legal Weed 4 SC ☐ on X: "Laura Loomer and Donald Trump are having sex? Seems like a double paper bag over their heads situation." / X |
| Capture URL: | https://x.com/LegalWeed4SC/status/1834570452301132260 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:49:07 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:49:52 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | bz1gKgoJAuuD5jYSgewDru |
| Display Name: | elyse |

PDF REFERENCE #:    9J9TUMQytQzu4N1yDj5P2Z



