# EXHIBIT 104

| | |
|---|---|
| Document title: | (1) x on X: "@atrupar Fact that trump is banging loomer, who looks like a trans sex worker, has me suddenly interested!" / X |
| Capture URL: | https://x.com/goodman4798765/status/1834563026667851879 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:46:05 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:46:26 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | pJShs4in82Q7y3g2pzMLn5 |
| Display Name: | elyse |

PDF REFERENCE #:   s6yxrzayqFXN5aQP8SoZ99



Document title: (1) x on X: &quot;@atrupar Fact that trump is banging loomer, who looks like a trans sex worker, has me suddenly interested!&quot; / X
Capture URL: https://x.com/goodman4798765/status/1834563026667851879
Capture timestamp (UTC): Sat, 20 Sep 2025 15:46:26 GMT

