# EXHIBIT 105

**Page Vault**

| | |
|---|---|
| Document title: | (1) Trevor Fibraio ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ on X: "@atrupar There is a 100% chance Laura Loomer made a sex tape with Trump and she's hanging it over his head." / X |
| Capture URL: | https://x.com/dollycule/status/1834559928092024873 |
| Page loaded at (UTC): | Sat, 20 Sep 2025 15:46:57 GMT |
| Capture timestamp (UTC): | Sat, 20 Sep 2025 15:47:42 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | gp947g1D9xEsfTfa4Mc1hx |
| Display Name: | elyse |

PDF REFERENCE #:          u738vYhnEm6ZwvQqU1gRDa







