# EXHIBIT 108

# HBO BROADCAST TRANSCRIPT
### September 20, 2024

Episode #2228

# "REAL TIME WITH BILL MAHER"

**BILL MAHER**

**BJORN LOMBORG**

**STEPHANIE RUHLE**

**BRET STEPHENS**

**(includes "OVERTIME" on YouTube)**

All "Real Time with Bill Maher" transcripts are prepared immediately following the initial HBO broadcast. Due to the speed with which these transcripts are prepared, complete accuracy cannot be guaranteed.

[ROLL OPENING CREDITS]

[applause] [cheers] [standing ovation]

BILL MAHER:  How you doin'? Thank you. Thank you, people. Hi, everybody! How you doin'? Thank you! I appreciate it. Thank you very much! All right, sit down. We have so much. This…I mean, unbelievable, the amount of news we have to cover! It's a good thing we've stopped clapping. [laughter]

So let's not bury the lede. The big story this week: they tried to shoot Trump again. Let's not—[just a few giggles]—NOT funny! [laughter]  It's…okay. [laughter]  I'm being serious now.

This is the second time this happened. I said this before. There can be no fuzz on this. This is not funny. Okay? It's not okay. It's not okay to wish it happened. [titters] [laughter]

Well, this is a problem. [he chuckles] [laughter]  Where people – well, I mean, look, this happens too frequently. I'm sorry. This happened on the golf course. A guy was laying in wait. And it happens too much.

In fact, besides the shooter, there were other – two other shooters behind him waiting to play through. [laughter]  [applause] This has got to stop!

And, of course, the NRA had to come out with a statement: "This is no time to talk about gun control." They said, "Guns do not kill people. Pagers kill people!" [laughter] [applause]

Yeah, that's the other big story this week. The fight with Hezbollah is on there in the Middle East, and the way Israel did it is pretty amazing, you know. Terrorists know this for a long time: first thing you gotta do, get rid of your cell phone because they could track you there. So they've been using old-school pagers!

And the Israelis this week made all the pagers blow up, in what they call "Operation 1980s Drug Dealer." [laughter]  [applause]

1

DEFENDANTS00000656

ID00001811_0002

Yes! Ooh, do not fuck with Israel. Man, they – they took the fight from their river to their pants! [laughter] [applause] [cheers] They blew up a lot of dicks.

Oh, I'm telling you, nobody is in the mood to take any shit these days. Did you see Kamala with Oprah Winfrey? Asked her about owning a gun, and Kamala said, "Anybody breaks into my house is getting shot." [applause] [cheers]

And Trump immediately accused her of turning "even Blacker." [laughter] [he laughs]

Oh, Trump…Trump is losing his mind, he's losing his cool, and he's going to lose the election. [applause] [cheers] Well, you know I…okay…I put – I put down my marker on that last week, made my prediction. But this – I'm telling you – even for him, it's going off the rails.

He keeps saying now kids are undergoing sex change operations AT SCHOOL! At school?! [laughter] They're doing it AT SCHOOL?! Wow, and I was nervous for picture day. [laughter] [applause] AT SCHOOL!

Oh, and you know, in that case, girls who want to become boys, you've got to get 'em early…before first period. [laughter] [applause] [cheers]

And then…there's – there is a Republican who is – who is the candidate for governor – GOVERNOR – in North Carolina, named Mark Robinson. He's a super-Christy Jesus-loving, hard-right conservative, African American man. And then CNN has dug up a lot of his past. That's what happens when you run.

Okay, he was on all these websites. He liked "tranny porn," didn't care about abortion, he said, and he wanted to…or intimated he would like to bring back slavery.

And of course, the Republican reaction to this is predictable: "Awful! Unforgiveable! Continue…" [laughter] [applause]

Oh, yes…yes, and he also referred to himself as a "Black Nazi." [laughter] Who also posted that he spied on women in the girls' locker room. So he's a "peeping tom, and an Uncle Tom." [laughter] [applause] [cheers] That's…that's something new. I've never…I've said this for 25 years: when you think the Republicans can't go lower, they do." [laughter] They…I mean, a Black Nazi?! And I think it is. You know, on his website, he referred to his penis as "PeeWee German." [laughter] [applause]

And this is…and this is embarrassing, because the Trump campaign has  a rally scheduled for North Carolina tomorrow. And they told Mark Robinson: "You are no

2

DEFENDANTS00000657

longer welcome there. Absolutely not. This is for white Nazis ONLY!" [laughter] [applause]

They're not Nazis.

So, now the Republicans want to replace him with someone less freaky. But Diddy's in jail. [laughter]  So…[applause]…oh, that…well, I mean, come on. That is – that is an American tragedy story. I mean, P Diddy…I don't know if anybody has fallen from that height. I mean, this guy is worth, they say, over $400 million from basically three sources: owning a record label, brand affiliation, and…buying lube in bulk. [laughter] [applause]

I…did you see this? I don't want to – I don't want to judge a book by its cover, but…they seized a thousand bottles of lube and baby oil in his houses, because he was having these parties they called "Freak Offs," which went on for days. Sometimes, people needed IV, they were partying so hard.

And, you know, a "Freak Off," I'm all good with it…[laughter]  …The one thing that always bothered me about it is, do you bring a gift? [laughter]  [applause] And I would…And then, you're like, "Well, I'll bring baby oil," and then you get there: "Oh, everybody brought baby oil." [laughter]  [applause] "Put it with the…oh, it's just…"

But, oh, I mean, I don't know if he's ever going to see the light of day again. He's in jail – they wouldn't even give him bail. I mean the charges: sex trafficking, forced labor, kidnapping, arson, bribery, obstruction of justice…"

And you may say, "Arson, that's going a little bit too far," but you try putting out a baby oil fire! [laughter]  [applause] [cheers]

All right, we've got a great show! We have Bret Stephens and Stephanie Ruhle! But first up, he is a Danish political scientist and author of the recently re-released book, *False Alarm: How Climate Change Panic Cost Us Trillions, Hurts the Poor, and Fails to Fix the Planet.* Bjorn Lomborg! [applause] [cheers] Bjorn! [Bill greets Bjorn Lomborg] [standing ovation] How are you, sir? How are you?

BJORN LOMBORG: Hey.

MAHER: It's been a while.

LOMBORG: Thank you. Thank you.

3

DEFENDANTS00000658

MAHER: Okay. All right. I'm so glad you're here, because we can talk about environment. Every time we have a political campaign in this country, it becomes the forgotten issue.

LOMBORG: Yeah.

MAHER: People care about it, they care about it and they care about it. And then they just don't seem to want to talk about it. Maybe because it doesn't poll very well.

But, I mean, you are a skeptic of a lot of what goes on, about what people say about how dire climate change is. And I think that's good. I think we need skepticism. But I must say, I am skeptical of you. [he chuckles] [laughter]

LOMBORG: You should be.

MAHER: Exactly. We all just need to be skeptical. So, first of all, you've never been paid by anybody, right? Like an oil company?

LOMBORG: No. No, we don't take money from oil companies. And the important part here is to remember that what we're talking about is really just saying what does the science tell us, and what does the economics tell us?

MAHER: Yeah.

LOMBORG: Climate change is a real problem. It is one of the things—[voices overlap]

MAHER: [overlapping] Right.

LOMBORG: [overlapping] –that we need to fix in the 21st century. But it's not this Armageddon that it's been made out to be. You know, you hear on the news, these catastrophic, calamitous climate stories all the time. But these are very carefully-selected worst-case scenarios often based on ultra-unrealistic scenarios.

MAHER: [voices overlap] But I've – I've seen you do the opposite.

LOMBORG: I'm sorry?

MAHER: I've seen you do the opposite.

LOMBORG: Okay.

MAHER: Like…well, I've…it's a while ago, I'm not remembering what year, but maybe it's 15 years—

4

DEFENDANTS00000659

ID00001811_0005

LOMBORG: [overlapping] Sure.


MAHER: [overlapping] –you saying that sea levels in the last two years hadn't risen. But if you look at the chart over time, they are. [voices overlap]

LOMBORG: [overlapping] Oh, sure. Yeah. Yeah, yeah.

MAHER: [overlapping] But…and if you cherry-pick two years, I mean, that's what the climate deniers always did. And I know you are not a denier.

LOMBORG: No.

MAHER: I wouldn't have you on if you were. But—[voices overlap]

LOMBORG: [overlapping] The – the point I was trying to make there was actually – and you can read the whole story in – it was in *The Guardian* newspaper – and the point I was trying to make was, you constantly hear this thing is getting incredibly bad. And then a couple of years later, it doesn't.

On the sea level rise, it was actually – so those two years were going down – but, obviously, I even said it is going to go back up. But the point here is that we can't make these arguments just to show here's something that's really terrible going on, and then scare people with this. [voices overlap]

MAHER: [overlapping] I agree. I – I really hate it when people want to manipulate me, you know, try – move me to…just tell me the truth. [applause] Okay. But – but I feel like the title of the book, *False Alarm,* I don't like that. I think that goes way too far.

LOMBORG: [overlapping] Okay.

MAHER: [overlapping] It's not a false alarm, right?

LOMBORG: All right. So – so, it's false in the sense that we are being told this is the end of the world. A lot of people believe this is really the end of the world. A new OECD survey of all the rich countries—[voices overlap]

MAHER: [overlapping] And it could be. Not tomorrow, but it could be. You know, Dick Cheney, when we were fighting terrorism—[voices overlap]

LOMBORG: [overlapping] Mm-hmm.

5

DEFENDANTS00000660

MAHER: [overlapping]  --said, if there's a one-percent chance – this was their reasoning—

LOMBORG: [overlapping] Yeah.

MAHER: [overlapping] –to go into Iraq, which was stupid, okay – if there's a one-percent chance, we should treat it like it could happen. I feel like this is more than a one-percent chance.

LOMBORG: Okay, I'm going to show you some of the data that actually indicates this is a problem, but it's not the end of the world by any means.

MAHER: Okay.

LOMBORG: So, there's two of the world's leading climate economists. One is Richard Tol, one of the most quoted climate economists from – from this year. And the other one is William Nordhaus, the guy who got the only Nobel Prize in Climate Economics. They both made estimates across all the different estimates of how bad is climate change going to be.

By the end of the century, at a three degree Centigrade or 5.4 degree Fahrenheit temperature rise, the cost is going to be somewhere between two and three percent of GDP.

MAHER: But what will the ocean look like? I mean, I'm not talking about oceans rising. I'm talking about oceans dying. And the world can't live without [sic] dead oceans. And it seems like they're in bad shape, between all the plastic in them; they're over-fished. I mean, there's very – many places have no fish left at all. They're too acidic.

Coral reefs – I know you've talked about "oh, that's exaggerated." Tell me about why you think the coral reef problem is exaggerated.

LOMBORG: That's just the data. So, can I just finish the other point I was trying to make—

MAHER: [overlapping] Yes. Go ahead.

LOMBORG: [overlapping] –before we go on to the coral reefs? So, two-to-three percent of global GDP is a problem. But, remember, by the end of the century, the U.N. estimates the average person on the planet will be 450% as rich as he or she is today. So that means instead of being 450% as rich, we will feel like we're only 435% as rich.
Yes, that's a problem. No, it's not the end of the world.

6

On – on the coral reef bit—[voices overlap]

MAHER: [overlapping] Rich? How does "rich" fix the ocean?

LOMBORG: [overlapping] –no. So, on the coral reefs bit, we have a situation where we have, on Great Barrier reef – so, the world's biggest coral reef – the Australian Marine Scientific…sorry, I can't remember what they're called, but they're the guys who—[voices overlap]

MAHER: [overlapping] Yeah. Yeah, yeah.

LOMBORG: [overlapping] –who do the data every year on the coral reef since 1986 – and they have been assessing what is the total outcome of how – how good does the reef look like. And in 2009-to-2012, we thought it was terrible. It was really dramatic. *The Guardian* wrote the obituary for the—[voices overlap]

MAHER: [overlapping] Right.

LOMBORG: [overlapping] –Great coral reef.

MAHER: I know.

LOMBORG: And the point I've just been making is, the last three years, they've been at the highest level, the most coral reef we've ever seen in those areas.

And so the point is not that there's not a challenge for coral reefs. There is. But most of the challenge comes from over-fishing, from industrial pollution, from sea runoff. And those are the kinds of things that we should fix. But we're not being well-informed if we're being told this is because of climate change, so we've got to change our entire infrastructure and our global economy in order to save the oceans, when it's not actually what's going to happen. [applause]

MAHER: Maybe. Well…And…and, why do we imagine, as we treat the oceans ever worse, that the coral reefs are enjoying it more now?

LOMBORG: Look, I don't think that they're going to enjoy this—[voices overlap]

MAHER: [overlapping] Why?

LOMBORG: [overlapping] I think—

MAHER: [overlapping] But why are the y – why are they doing better in the last three years?

7

DEFENDANTS00000662

ID00001811_0008

LOMBORG: [overlapping] I don't know.

MAHER: [overlapping] It's not like we did anything.

LOMBORG: [overlapping] I don't know.

MAHER: [overlapping] Oh, well, there we go.

LOMBORG: [overlapping] So, look—

MAHER: [overlapping] All right. [laughter]  As long as we're – that's – that's honest. We don't know.

LOMBORG: [overlapping] –I'm – I'm – I'm a data guy.

MAHER: Okay.

LOMBORG: I simply try to say—[voices overlap]

MAHER: [overlapping] Right, I get it.

LOMBORG: [overlapping] –we need to look at the numbers—[voices overlap]

MAHER: [overlapping] And – and what I love that you do is that you inform people of things that, you know, again, the people who just want to usher me to a point of view would never tell me. Like, "Yes, we are using a lot more green energy, but it's not making the amount of fossil fuels we use go down." Why? Because people just use more.

LOMBORG: Yeah.

MAHER: That's a really key thing that I don't think Americans are aware of. We just use more. How do we fix that?

LOMBORG: [overlapping] And…and one of the—[voices overlap]

MAHER: [overlapping] Or do we not have to?

LOMBORG: [overlapping] –one of the reasons is because energy is incredibly good. Remember, you and I and most of the audience in here—[voices overlap]

MAHER: [overlapping] Yeah.

8

DEFENDANTS00000663

ID00001811_0009

LOMBORG: [overlapping] –lives in an incredibly energy-rich world. We have the opportunity—

MAHER: [overlapping] Yeah.

LOMBORG: [overlapping] –we can keep cool in the summer and hot in the winter. We can get food. We can get transportation – I mean, I came from Sweden. I – I wasn't going to row a boat over here, right? [laughter]

So, the whole point – the whole point is, energy makes us much, much better off, and it also makes us more resilient. We can do a lot more things. Most people in the world have virtually no energy. They want a lot more energy. They honestly – you know, most people in Sub-Saharan Africa live on less energy per year than your refrigerator. It's not just your…my refrigerator uses.

MAHER: [overlapping] Right. I…

LOMBORG: [overlapping] And – and so the reality is, we need much more energy. What we do need to fix climate change is to invest more in green energy research and development—[applause] –so that—[voices overlap]

MAHER: [overlapping] Well, yeah. [voices overlap] Let's get to that.

LOMBORG: [overlapping] Sorry…so that we, in the long run, actually can make sure that Africans and Indians and Chinese can live an energy-rich life, but without the CO2 emissions.

MAHER: Yeah. Well, I want to—[applause] –I mean, that's, I think, the future.

LOMBORG: Yeah.

MAHER: Because, I mean, I've said it here a couple of year ago: like, I don't know what will work to solve this problem. I know what didn't work, and that's asking people to be good.

LOMBORG: Yes. [applause]

MAHER: That I know doesn't work. It's just human nature.

LOMBORG: [overlapping] And…yeah, yeah. And one of the of the things that we have been trying to do for the last 20 years in climate policy is basically tell people to be poorer, be less well off, be, you know, uncomfortable: "would you mind being a little hotter in the summer and a little colder in the winter?"

9

DEFENDANTS00000664

ID00001811_0010

MAHER: Right.

LOMBORG: That's just not going to work. What is going to work is innovation. Remember Los Angeles in the 1950s – sorry, I don't mean to say you remember – but remember that—[he laughs] [laughter] –sorry, I just made that worse, didn't I?

MAHER: [overlapping] No, no, no. That's all right. [applause]

LOMBORG: [overlapping] Anyway…anyway—[voices overlap]

MAHER: [overlapping] I – I was alive.

LOMBORG: [overlapping] Yeah.

MAHER: [overlapping] But not in – I hadn't moved out here yet. [laughter]

LOMBORG: [overlapping] Yeah. Anyway, it was terribly polluted. And the – the sort of standard climate way of tackling that would be to tell – "would you mind walking instead of driving around in cars?"

MAHER: [overlapping] Right.

LOMBORG: And, of course, that wouldn't work, in Los Angeles or anywhere else. But what we did was, instead, we invented the catalytic converter. It's a little gizmo you put on the tailpipe—[voices overlap]

MAHER: [overlapping] Oh.

LOMBORG: [overlapping] –of a car, and then you can drive much longer and pollute much, much less. That's how you solve the problem both of air pollution and, in the long run, in climate change. [applause]

MAHER: All right, so let's go through…let's go through some of these new things. Just quickly, we only have a couple of minutes, and I want to ask you if you ever run into Greta in Sweden. [laughter]  And how does that go, I wonder.

But, okay. Giant umbrellas. These are the new things that they're going to do, that would block a crucial amount of solar radiation. And these are all things that they have in pilot programs or the beginning of.

Iron fertilization. Dumping iron into the ocean, it makes photo-plankton bloom, and when they die, they carry the $CO_2$ they absorb down to the seabed.

10

DEFENDANTS00000665

Carbon capture. They already have something in Iceland that pulls 4,000 metric tons out of the atmosphere, and they put them in underground caverns, and then they turn into stone.

Cloud brightening. Sea-salt aerosols into the sky that brighten clouds and deflect the sun's rays.

So, this is the future, you're saying?

LOMBORG: Mm-hmm.

MAHER: This is what we're going to be—

MAHER: [overlapping] No, these are some of the things that we should be looking at. Because, remember, if we could come up with a way to suck out the CO2 of the atmosphere – that was what you were talking about from Iceland – at really low cost, we basically have solved the problem! We could continue doing everything do, and get rid of the entire global warming problem at fairly low cost.

We're not there yet at all. But this could be one solution. And the point is, they have lots of these potential solutions that – most of them are not going to work, but we – if we invested a lot more into energy – green energy innovation, and also these technologies – so, basically, innovation, we would have a much better chance of fixing this problem.

Right now, we're spending trillions of dollars really badly on poor climate policy. I'm simply saying, let's spend billions, but spend it much smarter on things that will actually—[voices overlap] [applause]

MAHER: [overlapping] All right. Let's stay skeptical.

LOMBORG: [overlapping] –thank you. Thank you.

MAHER: [overlapping] Thanks, pal, I appreciate it. Good job.

LOMBORG: [overlapping] Thank you so much. [applause] [cheers]

MAHER: [overlapping] Bjorn Lomborg, everybody!

LOMBORG: Thank you.

MAHER: [overlapping] Let's meet our panel!

11

DEFENDANTS00000666

LOMBORG: [overlapping] Thank you. [applause] [cheers]

[Bill joins the panel]

MAHER: Hi!

STEPHANIE RUHLE: Hi. [she shakes his hand] I'm Stephanie.

MAHER: [voices overlap] Great to see you. How are you? Great to see you.

RUHLE: [overlapping] Nice to meet you.

MAHER: All right. That was like – like Kamala at the debate. You had to, like, reach out first and make sure I was okay. [laughter]  [he laughs]  He's a columnist for the *New York Times.* Bret Stephens! [applause] [cheers]

And, she hosts "The 11th Hour" on MSNBC – MSNBC – and is the senior business analyst for NBC News. Stephanie Ruhle is with us. [applause] [cheers]

Okay, so, two media people here today. I thought maybe we would talk about rhetoric, because that's what's on Trump's mind. He got shot at again, and he says, "Their rhetoric is causing me to be shot at."

And then, of course, in true Trumpian fashion, always the most un-self-aware person in the universe, goes on to say, "When they are the ones that are destroying the country." [he laughs] [laughter]  Which would be also the kind of rhetoric that would make a borderline person shoot at you.

But, I mean, he's right. Rhetoric has consequences. But he is possibly the worst person to make this case.

BRET STEPHENS: Yeah, I mean, it's the pot calling kettle black. I think that's what the expression was – was basically born for.

MAHER: I mean, he used it.

STEPHENS: This is the guy who called the media the "enemy of the American people."

MAHER: "Scum," "vermin."

STEPHENS: All these – all these phrases. Now, he's – of course, he's course, he's absolutely right that we probably should tone it down when we're calling our opponents

12

DEFENDANTS00000667

ID00001811_0013

"the end of democracy," "the end of western civilization," we're not helping our arguments, and we're—[voices overlap]

MAHER: [overlapping] I – I disagree. That's – that's a dumb argument, I think, because you – what? No, you – their – that's their argument, which is that, "You guys are saying 'Trump is a threat to democracy.'" But he IS a threat to democracy. The answer can't be that we can't say what's true. I want to say what's true. And the left has to do that, too.

STEPHENS: No, I'm sorry, but every time the left call Trump a threat to democracy, Americans remember that in 2016, guys like me were calling Trump a threat to democracy, and here we are. I don't think—[voices overlap]

RUHLE: [overlapping] And he was then.

MAHER: [overlapping] He IS!

STEPHENS: [overlapping] –and that dog – and that dog is not going to hunt. You have to say the case against Trump is that he is going to be a terrible president who is going to divide the country, that is going to accomplish absolutely nothing, that is going to embarrass us in front of – of the world, and is going to conduct a miserable foreign policy—

RUHLE: [overlapping] Hold on. Bret—

STEPHENS: [overlapping] –but those are policy questions.

RUHLE: [overlapping] –you don't stop calling out the truth because people aren't listening, right? [applause] When Donald Trump tells lie after lie, you don't say, "Well, nobody seems to care." It's our job in the media, right? When people complain, Donald Trump got fact-checked way more than Kamala Harris did. You're damn right he did. You know why? He told more lies! [applause]

STEPHENS: Trump has done nothing but benefit from a campaign that seeks to treat him as outside the borders of political respectability. So if you want to help—[voices overlap]

MAHER: [overlapping] He is! [voices overlap] He's—

STEPHENS: [overlapping] –what you have been doing, not you.

MAHER: [overlapping] –you said he's going to be a bad president. [voices overlap] He's going to – he's a bad president because he doesn't concede elections. Not the policy shit. That's – that comes and goes.

13

DEFENDANTS00000668

ID00001811_0014

STEPHENS: Look, most Americans realize that here we are – Joe Biden is the president of the United States; Kamala Harris is likely the next president of – of the United States. But the reason that Trump has an enduring appeal on so many Americans is that so – so many of us in the media want to treat him – right? – as absolutely beyond the pale.

And you know how Trump supporters respond? By saying, "Oh, yeah, he's beyond the pale? I'm going to vote for him." We have done nothing but help Trump for the last eight years. [voices overlap]

MAHER: [overlapping] Okay…So that's how we should organize our political views? By what the idiots will do? [laughter]  [applause] I mean that – that – and he IS beyond the pale. And on this rhetoric question, I mean, they both have things that they say about the other person that are pretty bad. That's politics. It's always gone on. There's only one side – there should be no false equivalency here – that uses the kind of rhetoric that they use. Like, I remember Trump's…here, I dug it up… "the tough people."

"I can tell you, I have the support of the police, the support of the military" – and then he brings up the bikers—[laughter] –"the support of the bikers." Right, I think if you have the military and the police, I don't know if we're going to need the bikers, but okay. [overlapping]

"I have the tough people, but they don't play it tough until the Democrats go to a certain point, and then it would be very bad."

This is the Heritage Foundation president. That's like the number-one Republican— [voices overlap]

RUHLE: [overlapping] The king of Project 2025.

MAHER: [overlapping] –okay, well, that's kind of a bullshit talking point, 2025, but we don't have to go to there now. But he is – the Heritage Foundation is the main conservative think tank. "We are in the process of the second American revolution which will remain bloodless if the Left allows it to be."

You don't hear that from the other side, this idea of, "look, we don't want to have to kill you…" [laughter]  "but if you keep winning and the country keeps going your way, we will." [voices overlap] Would you not agree that that is…different?

STEPHENS: [overlapping] No…No, I – I absolutely agree. And, look, I've been an opponent of Trump from the day – from day one – and I've suffered professional consequences.

MAHER: [he chuckles]

14

STEPHENS: For – no, I have.

MAHER: Well…

STEPHENS: [overlapping] No, I have. For – for that opposition.

RUHLE: You're here tonight.

STEPHENS: Well, that's cool. That's – that is definitely…look, the point is here, if we are asking ourselves how we want to best make the case against Donald Trump, constantly pressing the button that he is an existential threat—

MAHER: [overlapping] Well—

STEPHENS: [overlapping] –to our democracy when we are here in 2024 having – having an election – is not going to work. Make the case that he was and would be a terrible president. [applause] And that's an effective case.

MAHER: Okay.

RUHLE: Here – here's where I take Bret's point: that we really all could bring down the rhetoric. Donald Trump was the one who – who started with the divisive, vile language, when he went down the escalator in 2015. He has capitalized on it. He ran on it. He's benefited politically for it. And our country has suffered. But what he did, he saw vulnerabilities and sensitivities that – that the American people had, and he saw that they were scared, and he told them lies, and he freaked them out, and he made them panicked.

And what we need to do, or what Democrats need to do, is take a look at those vulnerabilities, right? Look at the immigration thing. In the last two weeks, all we're talking about is Donald Trump with the dogs and the cats in Springfield, Ohio. And we're saying that's absurd and it's vile and it's idiotic.

However, there is something to talk about with an issue like immigration, with the country changing so rapidly.

MAHER: Yeah.

RUHLE: [overlapping] There are people in the country who are saying, "The country is moving so fast because of technology, because of demographics." And instead of saying to those people, "Well, then you're old or stupid or you're xenophobic or you're racist," instead, see where they are, talk to them and actually embody "love thy neighbor."

15

DEFENDANTS00000670

Because you know what? In Springfield, Ohio, it has changed dramatically. Right, you've—[voices overlap]

STEPHENS: [overlapping] But you know—[voices overlap]

RUHLE: [overlapping] –got a huge influx of Haitian migrants legally there for jobs, but you also should give time and space – maybe for an older generation that's saying, "My town is changing; I want to know about this, or learn about this." Instead of just saying, "Just get with it, the country's moving." [applause]

STEPHENS: So, this is such an important…this is such a terrific point that Stephanie is making—[voices overlap]

RUHLE: [overlapping] I'm sorry, I didn't hear you?

STEPHENS: [overlapping] –because – it's a terrific point—[voices overlap]

RUHLE: [overlapping] Oh, okay.

STEPHENS: [overlapping] –as you often make terrific points. [laughter]  The way in which demagogues succeed, historically, is not by – that they tell lies – yes, they do tell lies – but they traffic in half-truths. And the problem that we've had in responding to Trump  is that we listen to the lie, like people eating cats in Springfield, Ohio, but we don't listen to the part of the argument that contains an important seed of truth, which is that mass illegal migration has had huge and often negative consequences.

And Trump's opponents have to, like, come to grips with the parts of the message that are resonating with tens of millions of voters.

MAHER: Yeah.

RUHLE: And Democrats will immediately say, "But it's not illegal; they're here legally." But, hold on. Even if they're here legally, and even if that is the fabric of the United States, since our country was founded we've struggled with assimilating to immigrants, whether it was Irish people or Italian people, and take the opportunity to help educate people rather than just say, "Get with it or you're out of favor." [applause]

MAHER: Yeah, I mean…I've certainly been preaching that for a long time. And, look, I think, as I said last week, I think – I think he's toast. I think Trumpism will go on after him. They will look for somebody else. As long as there is, on the left, people – racial hysterics and Hamas lovers and extreme socialists and gender deniers, and people who want to keep the parents in the dark, there will be another Trump.

16

DEFENDANTS00000671

But this one, I think, is done. You can just feel it. I mean, here are some of the things he said this week: "I'm the greatest of all time." [laughter]  Maybe…maybe greater than Elvis. Elvis had a guitar. I don't have the privilege of a guitar." [laughter]  [applause]

I mean, it's – first of all, when I think of great guitarists, Elvis, like, you know— [laughter]  –it's like, Clapton, Hendrix, Joe Walsh—

RUHLE: [overlapping] Prince.

MAHER: [overlapping] –Elvis. [laughter]  It was a prop. He never even played it. [laughter]

He also said, "I really haven't been treated very well. But that's the story of my life." [laughter]  Yes, born into crushing wealth. [laughter]

STEPHENS: You know—[voices overlap]

RUHLE: [overlapping] Inheriting a real estate fortune that he squandered.

MAHER: I feel like it's just at that point where they've had enough. And it'll – trust me, the polls will be tied on election day, but the people will get I the booth, and enough of them will be, like, "Yeah, I'm glad this is private, because I don't want people to know I'm turning my back on him." But I promise you they will.

I feel like there's a third of America that's always with the Trumps. They used to call them the – the Birchers, and the Birthers or the Tea Party. They go by many different names. They're the same people.

And then he moved it to, like, half the country. And it'll move back a little closer to the third, and we'll be okay.

STEPHENS: We'll see.

MAHER: Yeah, we'll see. But the state of the union: Feds – the Fed lowered interest rates, so that's really good for people who want to buy a house and stuff. [laughter]  In…inflation is down, gas prices are down, crime down. Border crossings, way down. Wages are up, and the stock market is at record high.

And the candidate said, "I hate Taylor Swift." [laughter]  And the Republicans are running a Black Nazi in North Carolina. [laughter]  I mean, I…I'm not worried—[voices overlap]

RUHLE: [overlapping] Democrats need to do a better job. [voices overlap]

17

DEFENDANTS00000672

STEPHENS: [overlapping] And the polls are dead even.

RUHLE: Okay, when was the last time you answered a pollster? [voices overlap]

MAHER: [overlapping] I'm telling you the polls will be—[voices overlap]

STEPHENS: [overlapping] And the polls are dead even. Even with that.

MAHER: I promise you they will be, and I promise you it's going to come out okay.

STEPHENS: Why – why isn't Kamala running away with it?

MAHER: Well, here's another reason why I think it's going – you can always tell when it's going south, when the ship is sinking. It's because the person, like Trump, not at the center of it, starts surrounding himself with – I mean, he normally surrounds himself with pretty crazy people.

But this Laura Loomer…I don't know if you know anything about her, but I mean this – this is…yeah, I want to go through the list of conspiracy theorists, but thought this would be a good week to get the audience to know her a little better. She's the new groupie in Trump's circle. [laughter]  That's MY opinion.

So we do one of our – one of our favorites here, "24 Things You Don't Know About Laura Loomer." [applause] [cheers]

For example:

1 – My spirit animal was eaten by Haitians. [laughter]  [applause]

4 – My biggest fear is immigrants taking my job…as a right-wing hate-monger. [laughter]  [applause]

7 – As a child, I had two of my Bratz dolls deported. [laughter]  [applause]

10 – I don't hate all brown people, just the brown ones. [laughter]  [applause]

13 – People think I'm all in on Trump. But some of the voices in my head like Jill Stein. [laughter]  [applause]

16 – My hobby is refurbishing vintage lawn jockeys. [laughter]  [applause]

18 – I think Michael Jackson faked the "moonwalking." [laughter]  [applause]

18

DEFENDANTS00000673
ID00001811_0019

21 – If you say "Beetlejuice" four times, you get me. [laughter] [applause] [cheers]

And, 24 – I believe the government put something in the water that makes you pee. [laughter] [applause]

She is a bit of a nut, that one. [cheers] Okay.

So…all right, let's talk a little about the international scene. The long-awaited second front in the Israeli war seems to have started this week. Not just the pagers, but they're bombing all over the…Lebanon, yesterday and today.

Here's what Kamala Harris said this week about what we should do when the war is over: "No re-occupation of Gaza. No changing of the territorial lines of Gaza. And an ability to have security in the region for all concerned in a way that we create stability."

I feel like if that's what you have to say, don't say anything. Just shut up. I mean everybody who talks about Israel these days is just so full of shit. I mean…or just not – you know, "I don't want children to die." Duh, who does?

None of us want children to die. None of us want this war to go on. But it's not addressing what the problem is. The problem is that one side wants a two-state solution, or at least always did; it's a little more right wing now – I'm talking about Israel – but that still has been their position.

One side never did, and still doesn't.

One side uses terrorism to get their goals. One side retaliates against terrorism.

One side is accused of genocide but doesn't do it. The other side actually would love to do it.

People keep saying Israel has the right to defend itsel. And then whenever Israel does, they object to it.

STEPHENS: Oh, yeah, I mean, this is one of the astonishing things about the response to the pager bombings. I understand how people are upset about the sight of Gaza being bombed. They're being bombed because Hamas hides beneath and behind its own population—[voices overlap]

MAHER: [overlapping] Yes.

19

DEFENDANTS00000674

ID00001811_0020

STEPHENS: [overlapping] –to cynically exploit their – their deaths. But then the Israelis turn around with the most astonishingly well-targeted attach in history – like, literally, going off in the hands of any one – any Hezbollah member – who has one of these pagers.

And you have people like Congresswoman AOC lam—lambasting Israel. The head of the U.N. lambasting Israel. The head of the U.N. lambasting Israel. So they say Israel is entitled to self-defense, but there's no conceivable self-defense that they're actually prepared to defend for – for the Israelis.

I'm glad the Israelis are taking things in their – matters in their own hand. They just took care of a terrorist who had the death of 350 or 300 Americans on their hand – going back to – on their <u>hands</u> – going back to 1983. He had a $7-million State Department State Department bounty on his head.

If I were Antony Blinken, I would pay the Israelis $7 million and say thank you for avenging the death of our Marines. [applause]

RUHLE: To Kamala Harris' response, she is in a tricky position. Because Joe Biden is currently the commander in chief, and she's the VP. So she – it's very difficult for anybody in her position to kind of thread this needle and say, "Here's what we should do; here's our plan," when he's the current commander in chief.

She's in this weird space of, like, an improv show of, like, a "yes, and…" <u>Yes</u> to what he's doing, <u>and</u> I think we should do this. So it's especially tricky.

STEPHENS: But my question to you – and it's an honest question: is she just being vague because the political equities are such that it doesn't pay to be specific? Or does she simply have no idea? And, you know, I am an undecided—[voices overlap]

RUHLE: [overlapping] Okay, then that's not an honest question to me, because there's no way you think I'm going to turn and say, "You know what, Bret? You're right. She has no idea."

STEPHENS: [overlapping] No! No, it's—

RUHLE: [overlapping] No, I…[laughter]  [applause]

STEPHENS: [overlapping] –the question – the question that Americans have, okay – the question – I'm an undecided voter; I'm never going to vote for Trump, but I'm not sure I want to vote for Kamala. And my fear is that she doesn't really have a very good command of what she wants to do as president. It would be great for her to—[voices overlap]

20

DEFENDANTS00000675

RUHLE: [overlapping] Okay.

STEPHENS: [overlapping] –sit down with you or George Stephanopoulos, or you, Stephanie—

MAHER: [overlapping] [he laughs] Me!

STEPHENS: [overlapping] –and get a succession of—[voices overlap]

MAHER: [overlapping] As if she'd sit down with me. [laughter]  [applause]

RUHLE: [overlapping] Okay, Brad—[voices overlap]

STEPHENS: [overlapping] Ask her – ask her – ask her – you know, George W. Bush 25 years ago was asked if he could name the president of Pakistan and other people. He had no idea. And people said, "This guy has no command of – of a foreign policy. And it turned out to be a prescient set of questions.

It's not too much to ask Kamala, say, "Are you for a Palestinian state if Hamas is going to run that state?"

RUHLE: [overlapping] Okay.

STEPHENS: [overlapping] "Yes or no?"

RUHLE: And let's say you don't like her answer. Are you going to vote for Donald Trump?

STEPHENS: [overlapping] No, I'm not – I just said I'm not going to vote for her. [voices overlap]

RUHLE: [overlapping] Kamala Harris is not running for "perfect." She's running against Trump. We have two choices. And so there are some things you might not know her answer to. And in 2024, unlike 2016 for a lot of the American people, we know exactly what Trump will do, who he is, and the kind of threat he is to democracy. [applause]

STEPHENS: [overlapping] I don't know—[voices overlap]

RUHLE: [overlapping] So it's unclear to me how there could be any—[voices overlap]

STEPHENS: [overlapping] Stephanie, the problem that a lot of people have with Kamala is we don't know her answer to ANYTHING, okay?

21

RUHLE: [overlapping] But you know his answer to everything.

STEPHENS: [overlapping] And I think – I – and that's why I would never vote for him. And people shouldn't vote for him. But people also are expected to have some idea of what the program is of the person you're supposed to vote for. You're just not supposed to say, "Well, you have to vote for Y because X is this, that and the other. Let's find out a little bit more."

And I don't think it's a lot to ask her to sit down for a real interview—[applause] – as opposed to a puff piece in which she describes, like, her – her feelings of growing up in Oakland with nice laws.

RUHLE: Then I would just say to that, when you move to Nirvana, give me your real estate broker's number and I'll be your next door neighbor. [laughter]  [applause] We don't live there.

MAHER: Okay, I've got to agree with that. I can't…I mean, you're – I feel like you're – you're the dog we're trying to get in the car to go to the vet. [laughter]  You know? [applause] [he laughs]

STEPHENS: Ouch.

RUHLE: We're going to put that cone on your head for the rest of the day.

MAHER: I say that as one of your biggest fans. You know, I mean, I gobble up everything you write. I just don't understand how you – you get to this place. But, okay, let's – let's not badger. [laughter]

RUHLE: But, do you know, for the last two weeks, I've been going on and on, like, I can't figure out where undecided voter – where "informed, undecided voters" are. I'm like, who's the person who has a list on their refrigerator of, like, "Well, she said this and he…"

MAHER: [overlapping] Right.

RUHLE: [overlapping] I'm like who is this person? And then I opened the *New York Times* three days ago, and it's you. [laughter]  [applause] [cheers] [voices overlap] And I read it and I enjoyed it.

STEPHENS: I appreciate it, but it's actually millions of Americans who Kamala has to persuade if she wants to win, including votes like mine. You might not like the fact that

22

DEFENDANTS00000677

I'm not "in the car," but if you want to get—[laughter] – if you want to get me in the car, okay? [applause] [voices overlap]

MAHER: Okay—

STEPHENS: [overlapping] Feed me… feed me, Staphanie, a little truth and a little—[voices overlap]

MAHER: [overlapping] – Bret, I have some treats here that I could—[laughter]

STEPHENS: [overlapping] –good, yes, give it to me. [applause] Pass it over. And the little treat is a substantive answer on real questions facing the American people on inflation, immigration, foreign policy: basic things that we used to expect presidential candidates could answer. [applause]

RUHLE: [overlapping] Okay, then I would just say this: did you ever play the game "Would You Rather?"

MAHER: [he laughs]

RUHLE: Because that is what voting for the president is.

MAHER: Okay, all right, all right.

RUHLE: Okay?

MAHER: Okay, let me move onto one other – get off this. And poor Bret Stephens, we love him. [laughter]  [applause] So, this is kind of interesting. Again, I don't think a lot of people know this. I didn't before a couple of days ago when it was brought to my attention.

Crypto…first of all, Trump is getting into the crypto business. I mean, right there, can you imagine Kamala saying, "I'm getting into the crypto business"? [laughter]  I mean, no, it's just unimaginable what he gets away with.

Okay, so he's getting into the business with some guy who used to be in the "colon cleanse" business. [laughter]  It's called "Shitcoin." No. [laughter] [applause] [cheers] Thank you, thank you.

But almost half of the corporate political contributions this cycle are from crypto. I did not know this. And, now, here's the thing. The Federal Reserve wants to make their own central bank digital currency, CBDC. I don't know what that stands for.

23

But, of course, this is exactly why the people who have crypto don't want – don't want – they don't want regulation of any kind. Which is why it's used completely by criminals. And so it's perfect for Trump. He's a criminal. [laughter]  [applause]

But I also kind of understand why people are afraid of big governments these days. I mean, when Canada had that trucker strike, I mean, Canada, like, froze a lot of those people's assets. That's a scary thing, is it not, when governments can freeze your assets. You – you have money and everything is online now, and they just hit a button, and you don't have any money anymore, because your politics were different.

I mean, Justin Trudeau can try to bend this any way he wants. That's what Canada did. And that's Canada.

STEPHENS: Look, I don't know about you, but I've never understood crypto as anything other than a Ponzi scheme.

MAHER: [overlapping] It is.

STEPHENS: [overlapping] So, if Trump wants to put all his money into it, so much the better, because eventually he'll lose it. [applause]

RUHLE: Okay, but, yes. But here's the thing. Just like his publicly-traded media company, Ticker DJT, he's not putting any of his money in. He won't lose any of HIS money. But he'll stand to make an enormous amount. And you're hitting on the most important part of this crypto – crypto exchange that – that Trump is now involved with. Yes, the "old-school Trump original-bros" are going to invest in this and they're going to lose their shirts. The same guys who put $1000 in DJT stock the day it went public, and now it's worth 200 bucks.

MAHER: And Truth Social.

RUHLE: Correct. And Truth Social. You know, these original Trump fans, and they're going to lose their shirts. [voices overlap]

MAHER: [overlapping] Right.

RUHLE: That's not why you should be concerned. You should be concerned with what you said a moment ago: half of Trump's corporate contributions come from the biggest people in the crypto space, and they realize that he is a completely transactional guy. And so they said, "Great. We – he can't spell CRYPTO. [laughter]  He didn't—[voices overlap]

MAHER: [overlapping] And he doesn't know what it is.

24

DEFENDANTS00000679

ID00001811_0025

RUHLE: [overlapping] –he doesn't know what it is!

MAHER: He – he thinks it's like a commemorative coin. [laughter]

RUHLE: He does.

MAHER: He says – no, he talked about it: "We should have it in America. We should…" It's…it's—

RUHLE: [overlapping] But they don't want any regulation. And Trump is, like, "We'll get rid of the SEC Chair." So they're like "Great. He doesn't know. He doesn't care. We're going to buy him and get whatever regulation we want, which is none."

And this idea from the American people that, like, Trump's great for the economy because he's going to cut taxes and we'll have no regulation," remember it's not that NO regulation is what we want. We want smart regulation.

You want no regulation.

MAHER: [overlapping] Right.

RUHLE: [overlapping] Go drink the water in Flint, Michigan. That's what no regulation looks like. [applause]

MAHER: Right. Here's the other thing. Here's the other big secret about crypto that nobody talks about. This bugs me so much. We just had Bjorn talking about the environment. All the progress that we're making with green energy is being sucked away…by crypto!

Crypto uses eight percent of total electricity. Their data centers, their mining – this nonsense of finding a number…I mean, I can't even go through the whole thing, it's so ridiculous what crypto really is.

RUHLE: That's why it's, of course, this is – this is, like, Trump's final business just before the election. Of course he'd end up in crypto. It's a grifters' paradise.

MAHER: It's…it's – it's comparable to putting 15.7 million additional gas-powered cars on the road. So as we take them off to go to electric, crypto eats it all up and goes the other way.

Okay, I have one minute to ask about Mark Robinson.

DEFENDANTS00000680
ID00001811_0026

RUHLE: Ohhh. [laughter]

MAHER: How is it the Republicans keep nominating people like that? I mean, I could go through a long list of people like that who are just crazy, who – I mean, Herschel Walker was that – where was that, Georgia? I mean, before that, the – you know…remember the guy with the unintentional rapes or whatever that—[voices overlap]

STEPHENS: [overlapping] No, I think they were intentional.

MAHER: [overlapping] –or – or what he said that…

RUHLE: [overlapping] When I read about Robinson, yesterday, and I was, like, "Yeah, he's a Black Nazi"…and then I saw… "on a porn site?!" I'm like, you have to be kidding. But you can't expect the Republican Party to ask him or anyone else to step aside when the head of your party is Donald Trump. [applause]

STEPHENS: Yeah.

MAHER: But don't they vet these people a little before? [voices overlap]

STEPHENS: Well, I mean—[voices overlap]

RUHLE: [overlapping] Great, yeah, who's – who's going to vet them? Laura Loomer?

MAHER: [overlapping] I don't know. But – but before you went to the nominating process – he is the nominee for governor – why don't you look at the porn site—[voices overlap]

STEPHENS: [overlapping] Well, it's because – because Trump picked him. And, you know, there's the expression that karma is – is a bitch. But, for the Republicans, it might turn out that karma is a porn site chatroom. [laughter]  And that'll be– [voices overlap]

RUHLE: [overlapping] Okay—[voices overlap]

MAHER: [overlapping] All right.

STEPHENS: [overlapping] –that'll be a historical turn in America—[voices overlap] – you know, in our history of our republic.

RUHLE: [overlapping] There are Republicans that could even help Donald Trump win, like a Nikki Haley—

MAHER: [overlapping] Right.

26

DEFENDANTS00000681

ID00001811_0027

STEPHENS: [overlapping] Yeah.

RUHLE: [overlapping] –who is – is suitable to so many "Bret Stephens" voters. [laughter]  But Donald Trump doesn't want that.

STEPHENS: She is!

MAHER: And she meant that as a compliment. [applause] [voices overlap] All right, I've got to leave it there. Thank you, guys. That was fun.

Time for New Rules! [applause] [cheers] Okay. New Rule: The people participating in the new trend of "fridge-scaping," where you decorate the inside of your refrigerator by placing flowers and picture-frames next to the hotdogs and mayonnaise…[laughter] … must be congratulated for their unique sense of tasteful expression. I'm kidding. You people are nuts. [laughter]  [applause]

If you're going to put things in appliances that don't belong, might I suggest your head and the oven? [laughter]  [applause]

New Rule: Someone has to tell Jane's Addiction, you don't get to cancel your tour just because you got into a fight onstage. [laughter]  The guys in the band hate each other? And…? [laughter]  [applause]

Name a band where they don't! The Rolling Stones, Van Halen, Guns 'n Roses, Metallica, Fleetwood Mac, the Eagles, the Ramones, Pink Floyd, the Beach Boys, the Black Crowes, Aerosmith, Kiss, Simon & Garfunkel…

Hoping to catch a fight onstage is the only reason anyone's going to see these guys! [slide of OASIS onstage] [laughter]  [applause] [cheers]

New Rule: Someone needs to explain to wannabe assassin Ryan Routh, that when you're being arrested, it's not the time for a "thirst trap." [laughter]  [applause] [he chuckles]

RUHLE: [she almost does a spit take]

MAHER: All right, got a spit take out of Stephanie Ruhle!

RUHLE: That was funny. [she laughs]

MAHER: Thank you. New Rule: Now that the U.S. attorney handling the case against the guy who wanted to shoot Trump is a Haitian immigrant…[he sighs] [laughter]

DEFENDANTS00000682

ID00001811_0028

…everyone has to admit this season of "The Election" is AWESOME! [laughter] [applause]

I mean, it had everything! Plot twists, assassination attempts, we even killed off the main character! [slide of Joe Biden] [laughter] [applause] [mixed reactions]

And the animals! We've had dogs, cats, geese! Bears! [laughter] And tune in next week when Trump reveals his dad isn't an orangutan after all! [laughter] [applause] [cheers] It's Tonka from "Chimp Crazy"!!

New Rule: Scott LoBaido, the MAGA artist who created this painting of Kamala Harris maniacally eating a dead bald eagle with a nuclear mushroom cloud in the background…has to put down the brush and back away from the easel. [laughter] It's…it's time to find some other form of artistic expression. Might I suggest fridge-scaping? [laughter] [applause]

And finally, New Rule: Someone has to tell me how Americans can keep becoming more alike, but also hate each other more than ever. I was made to think of this recently when it came to my attention that vice presidential candidate JD Vance fucks his couch. [laughter]

Oh, I'm sure you heard it, too. It was everywhere. One guy wrote it on Twitter, and immediately, half the country was all in. Our hate for each other is so intense we all just immediately believe anything bad about the other side.

I mean, don't get me started on "They're eating the dogs! They're eating the dogs!" [laughter] [applause] "They're coming for the pets! They're eating the dogs!"

Now…look, I think JD Vance is kind of a giant asshole. [laughter] Still would love to get you on the show, JD. [laughter] [applause]

But…but he doesn't fuck the couch! It's not in his book, as the rumor suggested. What goes on between a man and upholstery is none of my business. [laughter] But in this case, it just didn't happen.

But what is in that book is a much more interesting passage where Vance recalls how, at age eight, he thought he might be gay.

This really resonated with me because when I was eight, puberty was still a few years off, so I hated girls at eight! They had cooties! And I only wanted to be with boys!...Well, that does sound gay. [laughter] [applause]

28

DEFENDANTS00000683

ID00001811_0029

So…so the eight-year-old Vance goes to his grandmother, who he calls "Mamaw," and who has 19 fucking guns stashed around the house in case Sherman's army comes back, I guess. [laughter]  And he asks her if she, a woman born in Kentucky in 1933, thinks he's gay.

And she says, "JD, do you want to suck dicks?" [laughter]  And he says, "No, Mamaw!" And she says, "Then you're not gay." [laughter]  "And even if you DID want to suck dicks, that would be okay, God would still love you." [laughter]  "But stay away from my makeup." [laughter]  [applause] No, I made that last one up. Get rid of that one.

But other than that, I feel like this is a teachable moment. Maybe the hicks are not as hick-y as they used to be. I know it's a cliché that the coastal folks just fly over the "flyover" states, but they mostly do. So they're stuck in a time warp where, I don't know, farmers looked like this. [slide of Grant Wood's "American Gothic"] [laughter]

But farmers use iPads now. They believe in climate change. They went to college and majored in "Ag." It's a science to grow food. Could you do it? Are there still prejudiced people in small towns in the former Confederacy? Of course. Some of those places are as bad as Boston. [muted laughter] [Bill glares] [laughter]  Have you ever been? [laughter]

But Kansas last year voted strongly FOR abortion rights, and they have a woman governor. Whereas California is a state that has NEVER had a woman governor.

America is complicated. We talk about red and blue states, but every state is purple. Forty-seven percent of Texans voted Democrat in 2020. Yeah, because Texas is a giant state full of people with different ethnicities, philosophies, cultures, and forms of shit-kicking. [laughter]  [applause]

Many rural traditions have even crossed over to become quite mainstream. Look on Pornhub! Now EVERYBODY is banging their sister! [laughter]  [applause]

I've played all the cities of the Deep South, and they're not that different. They have Starbucks just like up north. They've even got that thing where you can tip 22% for no reason. [laughter]

Sure it sounds funny when you hear, "Order ready for American Patriot! American Patriot, your decaf mocha latte is ready!" [laughter]

But that's the thing. America is a funny, mixed up place now.

Belle Fourche, South Dakota, has a biker bar that's LGBT friendly. And nearby Rapid City has a rooftop sky-bar that sells $18 cocktails, just like the assholes in L.A. do! [laughter]  [applause] [cheers] Yow!

29

Eureka Springs, Arkansas, is home to a 70-foot-tall statue of Jesus…and is also the place the *Advocate* called, "The Gayest Small Town in America." [laughter]

The third-largest statue in the whole country is in Sugarland, Texas, and it's of a Hindu Monkey God. Yeah. Well, 100 years ago, there was a trial about monkeys in the South, and it really triggered people back then.

But things change. Nobody in Sugarland, Texas, cares now about Hindus or monkey gods, and they don't seem to be scared by Indian Americans either. They're too many people's doctors. [laughter]  [applause]

Now, the food never really caught on, that's true. [laughter]  But an Indian American is going to be president. And another one might be for the other side someday. And JD Vance, for all his insanity, is married to an Indian American.

And despite what Laura Loomer said about "curry," Mrs. Vance was welcomed warmly at the Republican Convention. And no one but the truly deranged is thinking about curry. Although that may be why the food never caught on. [laughter]  [applause]

I'm just…I'm just saying, it's not all bullets and mullets out there anymore. Just look at the music! Maybe that's the best analogy for where we are culturally.

I used to hate country music for a very good reason. It sucked. [laughter]  But it changed, because the people making it changed. It's not some pickin'-and-a-grinnin' bumpkin in a rhinestone leisure suit vaguely longing for the return of segregation anymore. [laughter] [applause] Mostly. [laughter]

A lot of it's good now!  It sounds like the Eagles in 1972! The number-one song on the country chart this week is by Shaboozey! Does he look like an Oakridge Boy to you? [laughter]  [applause]

Post-Malone is a country star now, and you need a bookmark just to make it through his face! [laughter]  [applause]

Snoop Dogg and Willie Nelson both have the same hobby! [laughter]  [applause] [cheers]

At this year's Grammy Awards, Luke Combs performed a duet with Tracy Chapman, a queer, Black woman. And no one ran screaming from the building. In fact, they all loved it. The big hat people and the big hair people, they don't hate each other. They like and respect each other. They want to work together.

We can't duplicate this on a grander scale in America? [applause]

30

DEFENDANTS00000685

Why…why don't we just resist our worst impulses? And next time we're tempted to be hateful and just want the other side "TO DIE!" [laughter]  Stop!

Stop and think about JD Vance's cocksucker-loving grandma. [laughter]  [applause] [cheers] If she's cool with it, maybe we're not so different after all.

All right. Thank you very much. That's our show! [applause] [cheers] I'll be at the Orpheum in Memphis, September 28th, the David Copperfield Theater at the MGM Grand in Vegas, November 1st and 2nd! And watch "Club Random," my podcast on YouTube! Or listen wherever you get your podcasts.

I want to thank Bret Stephens, Stephanie Ruhle and Bjorn Lomborg. [applause] [cheers] Now go watch "Overtime" on YouTube!

Thank you, folks! [applause] [cheers]

[ROLL END CREDITS]

*

## "OVERTIME" on YouTube

[applause] [cheers]

BILL MAHER: All right, he's a Danish political scientist and author of the book *False Alarm,* Bjorn Lomborg. [applause]

He's a *New York Times* columnist, Bret Stephens! [applause]

And she hosts MSNBC's "The 11th Hour, " Stephanie Ruhle! [applause] [cheers]

And, next week on the show, Fran Lebowitz! Oh, awesome. Yuval Noah Harari – I love him – and Ian Bremmer. I'm going to have such a good time next week. And I had a great time this week. Let's get right to the things the people want to know.

For Bret: "What do you think of anti-immigrant backlash in Europe, and news that Sweden will now" – Sweden, is that you? [laughter]

31

DEFENDANTS00000686
ID00001811_0032

BJORN LOMBORG: A little bit.

MAHER: I thought you – you're Danish.

LOMBORG: I'm Danish.

MAHER: But…

LOMBORG: I live in Sweden. It's complicated. [he laughs] [laughter]

MAHER: Not really.

LOMBORG: No.

MAHER: It used to be all one big Viking country, didn't it? [laughter]

LOMBORG: Don't tell the Swedes that.

MAHER: Why?

LOMBORG: We used to own them.

MAHER: [overlapping] You used to own the Danish?

LOMBORG: No, the Danes used to own Sweden.

MAHER: Oh…sorry. [laughter]

LOMBORG: Yes.

MAHER: And they forgive! So why can't we? [laughter]  "And news that Sweden will now offer immigrants $34,000 to LEAVE!" Oh. [he chuckles] [laughter]  They're offering – Sweden is offering immigrants $34,000 to leave? Wow, that's interesting, because we – they come here we give them money to stay. That's a new approach there from Sweden. What do you think, Bret?

BRET STEPHENS: Look, I think immigration is great for any society, in particular in Europe, where they have a declining birthrate. They absolutely need immigration for a labor force, for the creativity and innovation immigrants bring.

The problem is that when you have mass, unrestricted, or illegal immigration that the people haven't agreed they want, it creates populist backlashes. And that's why in

32

DEFENDANTS00000687

ID00001811_0033

Sweden, France, Germany, Italy, all throughout Europe, and of course here in the United States, you have this massive backlash.

The right response is to have high walls, but big gates. To have a way in which lots of people can come to this country in an orderly process through a – through laws that were – were – that have been agreed – so that people understand that this is good for the country.

Republicans – if you go back to 1980, there's this amazing debate between George H. W. Bush and Ronald Reagan. They were both running for – for the nomination that year.

MAHER: Yeah.

STEPHENS: In – in Texas. And they're both agreeing how important it is to have a liberal, open immigration system that brings in talented people from all over the world. Not just the Swedes. Mexicans where I grew up. All over the world, because we need them in this country.

But if you do it in the way that we've seen in the last five years, you're going to get the right-wing, populist, illiberal backlash that I think is – is destructive for the country. [applause]

MAHER: And a lot of eaten cats. All right.

STEPHANIE RUHLE: There was, of course, a bipartisan immigration bill this year that two parties worked on together, that they tried to pass. And if was blocked by…Donald Trump.

STEPHENS: Yeah.

MAHER: Well, Donald Trump was – is not in Congress, but he did call up his people and say – you know, I mean, that's the story. I mean, I've heard the other side, too, that apparently it was not strong enough, and that the – what – what they're doing now just through executive order is actually a lot more—[voices overlap]

STEPHENS: [overlapping] Yeah. I mean, two things can be true. The Biden Administration absolutely dropped the ball on immigration because they were—

MAHER: [overlapping] Right.

STEPHENS: [overlapping] –overreacting to the cruelty of the Trump Administration. And it is also true, right, that we need both border security, border reform and a way for immigrants who want to come to this country and become American citizens, assimilated

33

DEFENDANTS00000688
ID00001811_0034

American citizens, to arrive here. And it's crazy that they have to take these insane risks through the Darien Gap—

MAHER: [overlapping] Yeah.

STEPHENS: [overlapping] –and elsewhere, instead of going to American consulates and having a fast-track to getting into our – our country. [applause]

MAHER: Okay. This is for you. "Are electric vehicles as environmentally friendly as they are advertised to be?" Oh, I was going to ask you about that. We ran out of time. But it's another thing that I'm glad you hear to, you know, shine a light on these things that you don't hear a lot.

But I've read what you've – I know – I'm sure you could say it better than I can – but electric vehicles, you know, electricity doesn't come from a fairy in the sky. [laughter] It comes…you know, they are – and also the things that we have mine, the – the cobalt and stuff that goes into the batteries…they're not – it's not as – as – "oh, electric perfect and gas awful" as – the parity is a lot closer, right?

LOMBORG: No. So, electric vehicles are probably better. You have to actually drive them a lot. So a lot of people buy them as second vehicles, you know, just mostly to virtue signal and drive down to the – to the local store or something. And then I doesn't actually work. But for most electric—[voices overlap]

MAHER: [overlapping] That's exactly why I have it. [laughter] [applause]

LOMBORG: There you go.

MAHER: I don't drive it a lot. [he laughs] I want to virtue signal, and I want to go to the store once in a while.

LOMBORG: No.

MAHER: Okay. [he chuckles]

LOMBORG: But for most of the electric vehicles, they are actually emitting less CO2. But, unfortunately, they're also much heavier because of the batteries than their comparative gasoline cars.

MAHER: Really?

LOMBORG: Yeah. They're—[voices overlap]

34

DEFENDANTS00000689

ID00001811_0035

MAHER: [overlapping] Then why do they go faster?

LOMBORG: [overlapping] –because they have much better torque, as I understand it.

MAHER: Oh.

LOMBORG: So, the point here is they are about 700 pounds heavier. That gives more air pollution from the brakes and the tires, which is a major part of the pollution from – from all cars. And it makes them more dangerous in traffic. So there's a new paper in *Nature* a couple years ago that showed that because heavier cars are safer for you but much more unsafe for the people you're going to hit, they will probably end up killing more people.

STEPHENS: Bjorn, one question.

LOMBORG: Yeah?

STEPHENS: What about the mining lithium, mining cobalt—

MAHER: [overlapping] Yeah.

STEPHENS: [overlapping] –mining all the minerals that go into batteries—

LOMBORG: [overlapping] Yes.

STEPHENS: [overlapping] –that's dirty, right?

LOMBORG: Yes, that's dirty.

MAHER: Very dirty.

LOMBORG: Very dirty. But again, when you look at electric cars, people almost entirely talk about CO2, and they should talking about many – many other things as well. That's a problem. But, again, it's one of the things we know how to fix. So, again, we should – you know, if we – if we – if we get better regulation on mining, that's not the main part I'd be worried about.

MAHER: Okay.

LOMBORG: It is much more the fact that we're going to get much heavier cars.

RUHLE: If driving just an electric vehicle is virtue signaling, what are you signaling to society—[voices overlap]

35

DEFENDANTS00000690

ID00001811_0036

MAHER: [overlapping] No, I'm – I was kidding.

RUHLE: [overlapping] –if you have a Cybertruck? [laughter]

MAHER: No, I'm not. [applause]

LOMBORG: No.

STEPHENS: Good question.

RUHLE: [she chuckles] I'm easy. Hard pass.

MAHER: I did try to be actually virtuous. I had the first Prius model. Not the very first one that came off the line, but the first model, and the first Tesla. And they both sucked. [laughter]

I felt I was taking one for the team. They both were really terrible. [laughter]  It's true. Okay.

All right, speaking of dirty, this is for you, Stephanie—[laughter]  –"What's…[applause] [cheers]…what's your reaction to the revelation that New York City's COVID Czar, Dr. Jay K. Varma, was attending sex parties during the pandemic while telling the public to stay at home?"

Well, it makes the French Laundry look good. [laughter]  [he laughs]

RUHLE: Only in New York, kids. Only in New York. I mean—

MAHER: [overlapping] Well—

RUHLE: [overlapping] –it's – you read this headline and you're like, "You have got to be kidding me."

MAHER: [overlapping] –but it's not just in New York. I mean, this is – I mean, is everyone—[voices overlap]

STEPHENS: [overlapping] It happens elsewhere.

MAHER: [overlapping] –is everyone having a "freak off"? [laughter]  [applause]

RUHLE: Yeah. I guess that's the question. Like—

MAHER: [overlapping] Is…it's like…

36

DEFENDANTS00000691

ID00001811_0037

RUHLE: [overlapping] –is it city officials? Is it—[voices overlap]

MAHER: [overlapping] –well, I mean—[voices overlap]

RUHLE: [overlapping] –the question is, what does it say about all of us if we're not getting invited? [laughter]

MAHER: [overlapping] Well, I—

RUHLE: [overlapping] I guess your silence means you are. [laughter] [applause] [cheers]

MAHER: Yes. But, I'm not a hypocrite, because I always thought COVID was bullshit. [silence, then] [laughter] [applause] Jesus Christ—[voices overlap]

STEPHENS: But, you know, that's – actually, that's the central point here, which is why there's – and it helps explain why there's so much resentment that the people who made these rules, that made life intolerable for millions of Americans, especially service-workers who had to wear these masks all the time – were flouting them as if they had no applicability to them, and as if they didn't work. Because if you actually believed that you were going to get COVID and die at a sex party, you would probably not go to the sex party.

RUHLE: You don't know how hard up he was. [laughter] [applause]

LOMBORG: No.

MAHER: But, I mean…

RUHLE: Wait a minute. If you thought you had a week to live, you'd think about what you might spend that week doing. [laughter]

MAHER: Well…

RUHLE: I wouldn't be at home with a mask on. Just sayin'.

MAHER: Okay. But you…but just in this one week, I mean, I read a story about Matt Gaetz today, that he went to a party with – I mean we've read this story before, maybe they have something new: underage girls.

Okay, then I read about the guy in North Carolina and, you know, that was just off the charts what this guy was into.

37

And then this guy. It seems like…Puff Daddy…it's like – is everybody out there – doesn't anybody just fuck anymore? [laughter]  [applause]

RUHLE: Okay, there's only one – there's one – there's only one question allied to all of this. There's one question.

MAHER: Yeah.

RUHLE: How do you have 1,000 bottles of baby oil – hyphen/slash – lube—[voices overlap]

MAHER: [overlapping] I'm going to tell you.

RUHLE: Please.

MAHER: Have you ever been to Costco? [laughter]  [applause] Because, I'm telling you—[cheers] – they get you. They get you every time. [he laughs] You just…I – I once went in stoned to Costco, and I bought like a thousand cocktail weenies. [laughter]  And probably still have them. [laughter]

Okay. "What were the panel's thoughts on Trump saying if he loses, the Jewish people will have – if he loses, the Jewish people will have a lot to do with it? Well, whenever an autocrat starts blaming the Jews, I think it's a great sign. Because when has that ever turned out badly?

Yes, I saw that. He – Trump is saying – first of all, he says he should – he should have gotten 100% of the Jewish vote. 100% of the vote? That would be very good. And now he's saying if he loses, he's – he's looking to blame the Jews.

I don't like it.

STEPHENS: No, it's – it's – he's – he's a really scary guy. And I don't think he's an anti-Semite. But he's anti-Semitic-adjacent, and he hangs out with people like Tucker Carlson who – who are platforming Holocaust deniers. And he has Yeezy, or whatever his name currently is, you know, to – to Mar-a-Lago on – on his home.

And, listen, to me antisemitism is always the canary in – in the proverbial coalmine. Ten years ago, there were about 700 recorded incidents of antisemitism in America. Last year, there were over 8,000. A lot of them are coming from the far left, but they're also there there on – on the right, too.

38

DEFENDANTS00000693

ID00001811_0039

And when people start hating on Jews, other people are going to be inevitably the targets. Essentially, democracy is – is at risk whenever antisemitism rears its head. And that's a point I'm thinking about.

MAHER: What if we go to the dog park after? [laughter] [applause] [he laughs] Would that be? No? Oh. All right.

"Bjorn, ahead of the U.N. General Assembly next week – oh, is it that time of year again? – what should be the focus of global development work?"

LOMBORG: Well, so we've actually promised – even the U.S. – have promised to do everything. We've promised 169 things we should do. We should get rid of poverty and hunger, and, you know, get good education and fix climate and fix war, and fix everything in between.

MAHER: [overlapping] [he laughs]

LOMBORG: [overlapping] Of course, we're not actually doing all of that. So what I've worked on is very much to focus on saying, "Where can you spend an extra dollar and do the very most good? And it turns out that there are some incredibly simple, cheap things we can do.

For instance, fixing tuberculosis? Remember? I mean, we used to die a lot from tuberculosis 100 years ago.

MAHER: [overlapping] Die of a lot of – many things 100 years ago.

LOMBORG: Yes!

MAHER: Even 50 years ago.

LOMBORG: We still die of a lot of – a lot of things.

MAHER: Way less than we used to.

LOMBORG: [overlapping] We all die, yes. But – just later. [voices overlap]

RUHLE: [overlapping] Do you know why? Because of vaccines.

MAHER: Partly, yes.

LOMBORG: Yeah. I mean vaccines—[voices overlap]

39

DEFENDANTS00000694

MAHER: [overlapping] Yes, that's not the only reason why.

LOMBORG: [overlapping] –and antibiotics.

MAHER: [overlapping] We also have refrigeration and sewage treatment. Not sewage.
[voices overlap]

LOMBORG: And – and antibiotics. So—

MAHER: [overlapping] Yeah, and antibiotics, yeah.

LOMBORG: [overlapping] ---antibiotics worked. So 1.4 million people die from
tuberculosis. We could fix I easily. Maternal and newborn death, so about 300,000 moms
die in childbirth each year on the planet; 2.3 million kids die in their first month on the
planet.

We could save most of these at very, very low cost. We find, for about $3 billion. So,
virtually a rounding error for anything else we're talking about, we could get women to
give birth in facilities, and it would mean we could save 166,000 moms each year, and
1.2 million kids. It would be one of the best things the world could do.

That's what they should be talking about at the U.N. next week. [applause]

MAHER: Okay. "What did the panel think about Kamala's interview with Oprah, and her
admission not only that she has a gun but she would shoot an intruder to her home. I
think I – I applauded it. I mean, she had my vote, and then I doubled down. [laughter]

RUHLE: It was a surprise. And I think it's great to have that. Right? So people keep –
you know, you love to look at a candidate and say, "I know they're this. I assume they're
that." So when she is sort of speaking this surprising truth that, oh, when you look at a
Black woman candidate, she – she must mean X, Y & Z. When she showed up and said,
"Guess not. I'm this," I thought it was a positive.

STEPHENS: It's also great to have a journalist ask Kamala a real question and get a
substantive answer. Draws me closer to her.

MAHER: Yeah.

RUHLE: Okay, yes, but – but what interview did Donald Trump do this week? He did a
Twitter Spaces with a crypto bro. [laughter]  Again, you're voting between two different
candidates. [applause] Not perfect.

MAHER: And – and said he was bigger than Elvis. [laughter]

40

RUHLE: Correct.

MAHER: All right. We've been down this road. But…so…what about the substance of it? Do you think if someone breaks into your house, would you shoot him? Can you – is that – is that right? Is that the right thing to do?

RUHLE: I wouldn't choose to do that.

MAHER: What would you do?

RUHLE: I'm not a gun person. I would hope that my husband would shoot that person. But…[laughter] [applause]

MAHER: Well…All right, final question for you. "What were your thoughts on the Fed cutting interest rates? Will that have an economic impact before the election that could help Harris?

STEPHENS: Yes.

RUHLE: Yeah, mortgage rates are already going down. Anybody who thinks "Oh my gosh, this was so political…" if it was so political, the Fed would have done it six months ago. And I would remind you Fed Chair Jay Powell was appointed by Donald Trump. He doesn't choose the rate cut. It's the Fed governors. There are eleven of them. He just announces it.

MAHER: Right. [applause] Trump's right! Everything bad happens to him!

All right. Thank you, everybody. I appreciate you coming! [applause] [cheers]

**

DEFENDANTS00000696

ID00001811_0042