# EXHIBIT 109

**PageVault**

| | |
|---|---|
| Document title: | Laura Loomer on X: "I'm excited to announce that after a year of breaking the most impactful stories that pertain to our nation's national security and rooting out deceptive and disloyal bad actors from the Department of War, I have joined the Pentagon Press Corps! LOOMERED is now a credentialed" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1985560924720124414 |
| Page loaded at (UTC): | Wed, 05 Nov 2025 22:44:29 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 22:45:48 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| Capture ID: | 25cWdrNXn7hUCeApYsqQYH |

PDF REFERENCE #:   xiC2Jegy1rdhwJtB3Cb3Ws

# Post

**Laura Loomer** ✓
@LauraLoomer

I'm excited to announce that after a year of breaking the most impactful stories that pertain to our nation's national security and rooting out deceptive and disloyal bad actors from the Department of War, I have joined the Pentagon Press Corps!

LOOMERED is now a credentialed outlet at the Pentagon.

There is no denying that my investigative reporting has had a massive impact on the landscape of personnel decisions within the Executive Branch, our intelligence agencies and the Pentagon.

I look forward to covering the Pentagon and breaking more stories that impact our country and our national security.

I have developed a Rolodex of sources and if you have any tips, feel free to contact the Loomered Tip Line: the most influential Tip Line in all of DC.



Tip Line
From loomered.com

4:13 AM · Nov 4, 2025 · **1.4M** Views

💬 6.6K   🔁 10K   ♥ 51K   🔖 811   ⬆

Read 6.6K replies
---

**New to X?**
Sign up now to get your own personalized timeline!

G  Sign up with Google
  Sign up with Apple
   Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Trending in United States
**Shroud**
4,419 posts

Politics · Trending
**Fateh**
48.5K posts

Politics · Trending
**Sharia Law**
68.5K posts

Politics · Trending
**19th Amendment**
4,335 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up