# EXHIBIT 110

| | |
|---|---|
| Document title: | HBO Max Receives The Most Emmy Nominations With 142 Nods, Setting A New Record For The Platform \| Pressroom |
| Capture URL: | https://press.wbd.com/us/media-release/hbo-max/hbo-max-receives-most-emmy-nominations-142-nods-setting-new-record-platform |
| Page loaded at (UTC): | Wed, 05 Nov 2025 22:46:03 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 22:46:49 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| Capture ID: | uNVtVViAn49p9Yskf8jE3L |

PDF REFERENCE #:     ixLPqEccRbT51GUeKuC19U



United States / English | Login

PRESSROOM > HBO MAX > MEDIA RELEASES

**MEDIA RELEASE**
Tuesday, July 15, 2025

 

# HBO Max Receives The Most Emmy Nominations With 142 Nods, Setting A New Record For The Platform

HBO | HBO MAX

HBO Max received 142 Emmy® nominations across 20 original programs for the upcoming 77th annual Emmy® Awards.

"These Emmy nominations highlight the exceptional craftsmanship and storytelling that define HBO Max," said **Casey Bloys, Chairman & CEO, HBO & HBO Max Content**. "From The Pitt and Noah Wyle's standout recognition to Somebody Somewhere's first nomination for its final season, it's incredible to see such a wide range of programming and creative talent celebrated across our slate."

HBO Max's 142 Emmy® nominations this year include:

- **24 nominations for HBO Original "The White Lotus"** including Outstanding Drama Series, Outstanding Directing for a Drama Series (Mike White), Outstanding Writing for a Drama Series (Mike White), 3 for Outstanding Supporting Actor in a Drama Series (Jason Isaacs, Sam Rockwell, Walton Goggins), 4 for Outstanding Supporting Actress in a Drama Series (Carrie Coon, Parker Posey, Natasha Rothwell, Aimee Lou Wood), and Outstanding Guest Actor in a Drama Series (Scott Glenn)

- **24 nominations for HBO Original "The Penguin"** including Outstanding Limited or Anthology Series, 2 for Outstanding Directing for a Limited or Anthology Series or Movie (Helen Shaver, Jennifer Getzinger), Outstanding Writing for a Limited or Anthology Series or Movie (Lauren LeFranc), Outstanding Lead Actor In A Limited Or Anthology Series Or Movie (Colin Farrell), Outstanding Lead Actress In A Limited Or Anthology Series Or Movie (Cristin Milioti), and Outstanding Supporting Actress in a Limited or Anthology Series or Movie (Deirdre O'Connell)

- **17 nominations for HBO Original "The Last of Us"** including Outstanding Drama Series, Outstanding Lead Actor in a Drama Series (Pedro Pascal), Outstanding Lead Actress in a Drama Series (Bella Ramsey), 2 for Outstanding Guest Actor in a Drama Series (Jeffrey Wright, Joe Pantoliano), and 2 for Outstanding Guest Actress in a Drama Series (Catherine O'Hara, Kaitlyn Dever)

- **15 nominations for Max Original "Hacks"** including Outstanding Comedy Series, Outstanding Directing for a Comedy Series (Lucia Aniello), Outstanding Writing for a Comedy Series (Lucia Aniello, Paul W. Downs, Jen Statsky), Outstanding Lead Actress in a Comedy

Document title: HBO Max Receives The Most Emmy Nominations With 142 Nods, Setting A New Record For The Platform | Pressroom
Capture URL: https://press.wbd.com/us/media-release/hbo-max/hbo-max-receives-most-emmy-nominations-142-nods-setting-new-record-platform
Capture timestamp (UTC): Wed, 05 Nov 2025 22:46:49 GMT
Page 1 of 3



United States / English  |  Login

Our Brands     Search

- Outstanding Directing for a Comedy Series (Lucia Aniello), Outstanding Writing for a Comedy Series (Lucia Aniello, Paul W. Downs, Jen Statsky), Outstanding Lead Actress in a Comedy Series (Jean Smart), Outstanding Supporting Actress in a Comedy Series (Hannah Einbinder), and 2 for Outstanding Guest Actress in a Comedy Series (Julianne Nicholson, Robby Hoffman)

- **13 nominations for Max Original "The Pitt"** including Outstanding Drama Series, 2 for Outstanding Directing for a Drama Series (Amanda Marsalis, John Wells), 2 for Outstanding Writing for a Drama Series (Joe Sachs, R. Scott Gemmill), Outstanding Lead Actor in a Drama Series (Noah Wyle), Outstanding Supporting Actress in a Drama Series (Katherine LaNasa), and Outstanding Guest Actor in a Drama Series (Shawn Hatosy)

- **6 nominations for HBO Original "House of the Dragon"** including Outstanding Fantasy/Sci-Fi Costumes and Outstanding Special Visual Effects in a Season or a Movie

- **6 nominations for HBO Original "Last Week Tonight with John Oliver"** including Outstanding Scripted Variety Series, Outstanding Directing for a Variety Series (Paul Pennolino), and Outstanding Writing for a Variety Series

- **6 nominations for HBO Original "The Righteous Gemstones"** including Outstanding Cinematography for a Series (Half-Hour)

- **5 nominations for HBO Original "Pee-wee As Himself"** including Outstanding Documentary or Nonfiction Special and Outstanding Directing for a Documentary/Nonfiction Program

- **4 nominations for HBO Original "Dune: Prophecy"** including Outstanding Special Visual Effects in a Season or Movie

- **4 nominations for HBO Original "The Rehearsal"** including Outstanding Directing for a Comedy Series (Nathan Fielder) and Outstanding Writing for a Comedy Series

- **4 nominations for HBO Original "Super/Man: The Christopher Reeve Story"** including Outstanding Directing for a Documentary/Nonfiction Program (Ian Bonhôte, Peter Ettedgui) and Outstanding Writing for a Nonfiction Program (Peter Ettedgui, Ian Bonhôte, Otto Burnham)

- **4 nominations for HBO Original "100 Foot Wave"** including Outstanding Documentary or Nonfiction series

- **2 nominations for HBO Original "Chimp Crazy"** including Outstanding Writing for a Nonfiction program

- **2 nominations for Max Original "Conan O'Brien Must Go"** including Outstanding Hosted Nonfiction series or special and Outstanding Writing for a Nonfiction program

- **2 nominations for HBO Original "Somebody Somewhere"** including Outstanding Writing for a Comedy Series (Hannah Bos, Paul Thureen, Bridget Everett) and Outstanding Supporting Actor in a Comedy Series (Jeff Hiller)

- **1 nomination for HBO Original "Mountainhead"** for Outstanding Television Movie

- **1 nomination for HBO Original "Fantasmas"** for Outstanding Hairstyling For A Variety, Nonfiction or Reality Program

- **1 nomination for HBO Original "Ren Faire"** for Outstanding Cinematography for a Nonfiction Program

- **1 nomination for HBO Original "Yacht Rock: A Dockumentary (Music Box)"** for





United States / English | Login

Our Brands    Search

- Nonfiction series

- **2 nominations for HBO Original "Chimp Crazy"** including Outstanding Writing for a Nonfiction program

- **2 nominations for Max Original "Conan O'Brien Must Go"** including Outstanding Hosted Nonfiction series or special and Outstanding Writing for a Nonfiction program

- **2 nominations for HBO Original "Somebody Somewhere"** including Outstanding Writing for a Comedy Series (Hannah Bos, Paul Thureen, Bridget Everett) and Outstanding Supporting Actor in a Comedy Series (Jeff Hiller)

- **1 nomination for HBO Original "Mountainhead"** for Outstanding Television Movie

- **1 nomination for HBO Original "Fantasmas"** for Outstanding Hairstyling For A Variety, Nonfiction or Reality Program

- **1 nomination for HBO Original "Ren Faire"** for Outstanding Cinematography for a Nonfiction Program

- **1 nomination for HBO Original "Yacht Rock: A Dockumentary (Music Box)"** for Outstanding Sound Mixing for a Nonfiction program

The 77th annual Emmy® Awards is scheduled to be presented on Sunday, September 14. All HBO and Max Original nominated programs are available to stream on HBO Max. Program assets can be found at https://pressroom.wbd.com/us.

## Media Contacts

**Raina Falcon**
Media Relations
Raina.Falcon@wbd.com



United States / English 

Follow us:

    

Legal & Privacy

© 2025 Warner Bros. Discovery, Inc. or its subsidiaries and affiliates. All trademarks are the property of their respective owners. All rights reserved.