Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 1 of 14 PageID 5864



Podcasts    Charts    Monitoring    For Business    For Podcasters    More



Episode from the podcast
**Somebody's Gotta Win with Tar...**

Next Episode

Love Triangles with Political Peril at Mar-a-Lago With Meghan McCain

About    Insights PRO    Reviews    Credits 3    Lists    **Transcript**

# Episode Transcript

Search transcript...

Content may have changed since transcription.

**00:00:00**  In the fall of 2014, a group of hackers pulled off the biggest Hollywood heist of all time. They broke into computer servers belonging to Sony Pictures and released hundreds of thousands of top secret documents.

**00:00:12**  The attack would cause an international incident, upend thousands of lives, and change the movie industry forever. From Spotify and the Ringer Podcast Network, I'm Brian Raftery, and this is the Hollywood Hack. Listen on the Big Picture feed. This episode is brought to you by Vitamin Water.

11/7/25, 3:14 PM   Love Triangles with Political Peril at Mar-a-Lago with Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 2 of 14 PageID 5865

▶ 00:00:31   Food. Entertainment. Sports teams. New York City is one of those places that oozes choice. It's got something for every taste. So it's fitting that Vitamin Water was born there. It's a product of its environment. Colorful. Flavorful. Anything but boring.

▶ 00:00:49   Vitamin Water injects a daily dose of vibrancy into a watered-down life. So grab some Vitamin Water today. NYC style. Vitamin Water is a registered trademark of glass-o. This episode is brought to you by Vitamin Water.

▶ 00:01:04   So much of what the world is obsessed with starts out in New York City. It's a place full of style and character that has something for everyone. With a range of flavors to meet any kind of taste, it's no wonder Vitamin Water was born there. Colorful. Flavorful.

▶ 00:01:17   Anything but boring. Vitamin Water injects a daily dose of vibrancy into a watered-down life. Grab a Vitamin Water today. Vitamin Water is a registered trademark of glass-o. Hi, I'm Tara Palmeri.

▶ 00:01:37   I'm Puck's senior political correspondent and this is Somebody's Gotta Win. This is a special edition of the show because we're collaborating with Meghan McCain's show, Citizen McCain. I was a guest on her show on Tuesday. Meghan and I are obviously friends.

▶ 00:01:58   And so like friends, we started with all of the hot political gossip, like Laura Loomer's fatal attraction with Donald Trump, the troubled waters between Donald Trump Jr. and Kimberly Guilfoyle, whether Nikki Haley's new talk show will be a success,

▶ 00:02:12    and which campaign is actually speaking to Meghan, the center-right voter, the forgotten suburban mom, perhaps the last remaining double hater, or maybe someone who just needs more information about what a Harris administration will be like.

▶ 00:02:26    We also talk about how Trump's team is feeling post-debate and assassination, plus political strategy and more. This is a fun one, so I hope you'll hang in there and take a listen. Tara, I have to start with you. I have to talk.

▶ 00:02:38    I've really been, like I woke up this morning and I was like, I can't wait to talk to Tara about this. Laura Loomer, the- Laura Loomer. Exactly. The famed conspiracy theorist, online troll. Look, I never say shit like this and I'm going to say it.

▶ 00:02:56    Ladies, you all know I'm not like this. Her plastic surgery is very difficult to look at. It is very extreme, very overdone. It's a lot of filler. A lot of filler. It's a lot of filler. I just don't, I don't understand, I never understand why women do that to themselves.

▶ 00:03:12    Anyway, she has been hanging out with President Trump. She was seen on his plane going to the election. MSNBC host and former RNC chair Michael Steele has criticized his relationship with Laura Loomer.

▶ 00:03:28    There are some reports saying that he has, in fact, hired her. Some reports saying he has not hired her. When I say she's a conspiracy theorist, we're talking like 9-11, Holocaust, like all the greatest hits. Like just- Terrible, terrible xenophilbit kind of language.

11/7/25, 3:14 PM
Love Triangles with Political Peril at Mar-a-Lago With Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser
Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 4 of 14 PageID 5867

▶ 00:03:39   I mean, she, the latest tweet was that the White House is going to smell like curry with a couple of hairs. Even Marjorie Taylor Greene condemned it, but it was strategic for Marjorie Taylor Greene because she has a large Indian American community in Georgia.

▶ 00:03:53   So don't give her that much credit. Can you tell me what the hell's going on? Like her being there. And I just, the thing, like you said, not just Indian Americans, but like the conspiracy theory, it is such a egregious reminder to me that like these are his people.

▶ 00:06:10   It's conspiracy theory, it controls its ugly racists, it's people on the internet. I'm not saying all his supporters, I'm saying like media figures that he's drawn to.

▶ 00:06:21   And I just don't understand, is there anyone in the campaign that's upset? Like the genius, the genius, Susie Crystal. Oh my God, I don't want her, yeah, no, Susie Crystal, they don't want her anywhere near the campaign.

▶ 00:06:31   And again, like this is a coin flip election, right? Like this is gonna be so close. You can't afford to offend swing voters who are tired of the racist bullshit or the people who are offended by her.

▶ 00:06:43   You know, like the Indian American people, the population, I think of about 10,000 in Georgia, just enough people that could change the race. And it's like, why go to the extremes right now? Your base is gonna come out.

▶ 00:06:56   You got like JD bands out there, like drumming up the heat, keeping them out there, working the young men that they wanna, the young men who are not, they're low propensity voters, they don't come out like we do as women.

11/7/25, 3:14 PM
Love Triangles with Political Peril at Mar-a-Lago with Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 5 of 14 PageID 5868

▶ 00:07:12   But you know, you've been working your base, the assassination attempt, they've been fueling that. You don't need to isolate and offend swing voters right now. You cannot play with fire right now.

▶ 00:07:26   Well, Tara, that's the part I don't understand because I always say, and excuse how this sounds, but I'm like, my demographic, which is like the right center, right non-magga, suburban mom, is the most shit upon, disrespected, like the most, like we

▶ 00:07:36   don't need you, but at the end of the day, you're gonna need us a lot when it comes to election day to come out and vote for Trump or vote for Vice President Harris.

▶ 00:07:51   I do feel like the Harris campaign has made a concerted effort to really reach out to women in a lot of different ways. Why is it that they think that they just don't need it? Like your, it's childless cat ladies or it's...

▶ 00:18:01   wins, he's going to go after Disney, trust me. And yeah, and, you know, he criticized Ron DeSantis for going after Disney, but they said, mark my words, he's going to go after them for this debate.

▶ 00:18:17   So expect that I think they think there's some people that Trump campus split about whether he should debate or not. I'll tell you what they think. I'll tell you what I think. They think that you need to win every news cycle before this election.

▶ 00:18:27   Some of them think this, right? And if he loses another debate, which he'll inevitably lose in the eyes of the press, right? They can't afford that right now. And they also think people will have forgotten about the debate in a month. They know what Trump is like.

11/7/25, 3:14 PM	Love Triangles with Political Peril at Mar-a-Lago with Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 6 of 14 PageID 5869

▶ 00:18:41  If you like Trump, you like that he's a fighter, then you didn't mind that he was a fire breathing dragon on stage, right? And so for people who are kind of tired of the Trump show anyway, and they just are hoping that they won't vote for Kamala

▶ 00:18:54  Harris, they just don't think they need another opportunity for Trump to go out there and possibly botch it again.

▶ 00:19:05  There are others who say just like in 2020, he needs another chance to show that he can show some restraint, can show that he can nail a debate and could possibly win a few punches on her because he really didn't do a good job of even nailing her

▶ 00:19:13  for her flip flops from what she said in 2019 to now. And so they're kind of split. I personally think he needs to debate again, because of just like in 2020, how he just came off way too aggressive in the first debate. And then he was able to bring it back in the second debate.

▶ 00:19:28  But there's just a you know, he's lost debates in form one elections like in 2016.

▶ 00:19:42  So Kamala Harris on the other hand, I think she could really use another debate because it's another opportunity for her to speak before a massive audience 67 million in the last debate, probably won't get as many people on this.

▶ 00:19:47  To tell them like, here are my policies here is who I am. This is how I think here is the fine print and make them feel more comfortable with her and really give a vision. There really wasn't much of a vision. There was a lot of flowery.

11/7/25, 3:14 PM
Love Triangles with Political Peril at Mar-a-Lago with Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL   Document 150-11   Filed 11/10/25   Page 7 of 14 PageID 5870

▶ 00:22:00 right that that messaging might work certainly a safer pair of hands of Donald Trump who's considered erratic I think with them they're trying to say you know we're here for you more of the same we're looking out for your future right that's what a

▶ 00:22:11 daddy does that's what a mom does you know well they must be doing focus groups that show that that that Tim Walz is a soothing figure and also I think it's a little bit of sexism too ultimately because I mean you saw the interview with Dana Bash

▶ 00:22:30 right mm-hmm he saw the way that they set it up Tim Walz was actually closer to the camera than Kamala Harris was higher up in the seat she was further back into the corner a triangle but shorter and lower and it seemed like he was kind of the

▶ 00:22:45 puppet master standing over her and and she was there you know behind him even though he didn't answer any questions and I think it creates this sort of like something in politics optics but the optics that he's a safe you know white male voice

▶ 00:23:03 whispering in her ear I know you've never seen a president that looks like this an African-American woman but don't worry there's a safe white man behind yeah right keeping her safe and sane and keeping you safe and saying that's where the daddy

▶ 00:23:16 maybe comes from otherwise like what what else is there about Tim Walz like you can be too vanilla right just ask Hillary Clinton about her running mate this episode is brought to you by an all-new season of Survivor Survivor is back for season 47

▶ 00:23:34 and it's even better when you watch with your tribe friends family anyone who's in for the adventure of a lifetime Jeff Proops returns to host and trust me even after all these seasons you'll still be surprised who will outwit outplay and outlast

11/7/25, 3:14 PM
Love Triangles with Political Peril at Mar-a-Lago With Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 8 of 14 PageID 5871

▶ 00:23:49   it's anyone's game you can even follow our podcast on the Ring of Reality TV podcast we love Survivor gather your tribe new season September 18th eight 7 Central on CBS and streaming on Paramount+. This episode is brought to you by the 2025 Lincoln Aviator SUV.

▶ 00:24:05   Nice car. The 2025 Lincoln Aviator exudes confidence with its updated grille headlamps and daytime running lights powered by a twin turbocharged V6 engine. It moves with commanding presence, a luxurious three row interior, available massage seats.

▶ 00:24:26   All that ensures you're revitalized for whatever comes next. Explore more at lincoln.com. Some models, trims and features may not be available or may be subject to change. Check with your local retailer for current information.

▶ 00:24:41   Lincoln, an aviator, or trademarks of Ford or its affiliates.

▶ 00:24:53   How much of an asset do you think Tim Walz has been? I still believe that JD Vance is hurting Trump if that's even possible to hurt Trump, but I just think everything he says and does, unless you are a MAGA Kool-Aid drinker, he's just not for you,

▶ 00:24:58   for a lot of different reasons. And I find this shitty set about women very incendiary and offensive, and I'm standing by that. Do you think Tim Walz is helping? Do you agree with me that you think JD Vance is hurting or do you think he's helping? Oh yeah, certainly.

11/7/25, 3:14 PM
Love Triangles with Political Peril at Mar-a-Lago With Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL   Document 150-11   Filed 11/10/25   Page 9 of 14 PageID 5872

▶ 00:25:11  I mean, like JD Vance is not adding women, certainly. I don't think he's helping. I think he was the right choice when you were beating Biden by whatever it was after that debate. It was an insane amount, 10 points for some people. Yeah, exactly.

▶ 00:25:27  That was the dark ages, right? For the half and a half. But yeah, I don't think JD Vance helps at all with women, but maybe he does help to activate male voters, right? Low propensity male voters, the base.

▶ 00:25:44  Maybe he brings out some of those men under 30 who used to be Democrats, but now look at Donald Trump because they like his form of masculinity. They like the anger, the bro culture that he activates and talks to when he goes on. big fat serious XM deal.

▶ 00:30:00  I have no like ill feelings toward Nikki Haley. I actually voted for her in the primary. She's the last person. Yeah, I was that person. And by the way, my- Did she only win Virginia or something like that? I live in Virginia and I was like, we're fucking cliches in this area.

▶ 00:30:19  I love non-naga, Republican people that live in this area. Like it won this area. And I was like, okay. It was after Trump had already secured. It was sort of like a feudal exercise, but I still didn't.

▶ 00:30:35  But I do- Who's your user? Who's your- I just, you know, it's right down the street. My podium is mine, whatever. But I do want to know, hosting, I actually kind of expected more from her. I guess this assumes that she's not gonna have a job in the Trump administration if there is a Trump administration.

11/7/25, 3:14 PM Love Triangles with Political Peril at Mar-a-Lago With Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL Document 150-11 Filed 11/10/25 Page 10 of 14 PageID 5873

▶ 00:30:47 And I don't want to listen to a podcast from her because I like listening to you and other people who are very charming and give me good gossip and are funny and have good sources. And I've met her many times and she's a very nice lady.

▶ 00:31:03 I would not call her charming. Wow. Interesting choice because she has been someone who's basically run an entire campaign on like platitudes essentially, right? And like canned comments. And you can't run a show on canned comments essentially.

▶ 00:31:18 You know that, you have to be able to riff. You have to be authentic. You've got to say crazy shit sometimes. And that's not because you want to, but because let's be honest in conversation, we say crazy shit.

▶ 00:31:29 But she was so controlled as a candidate and even her attacks and her digs, you could tell she'd been practicing them with such precision, right? So yeah, I don't know about that. We'll see how the show goes.

▶ 00:31:40 I mean, if she's just throwing caution to the wind and she thinks that her entire political career is dead, then maybe she'll be a cool podcast host. She is also on the board probably of Raytheon and a bunch of other major who knows, like security firms.

▶ 00:31:51 So you can't be going, you can't be just mouthing off when you have corporate jobs as well. So how- How exciting and interesting is she going to be? I don't know.

▶ 00:32:04 She could probably book a lot of interesting people, right? Maybe a lot of business leaders and some politicians. But at the end of the day, she can be a tough interviewer. I don't know.

Case 5:24-cv-00625-JSM-PRL   Document 150-11   Filed 11/10/25   Page 11 of 14 PageID 5874

▶ 00:32:13  And sometimes when the interview is too soft with these people in power, you just get a little bored by it. Career stories with Nikki Haley on our last snooze.

▶ 00:32:24  But if she really believes that her political career is over and she's willing to just go down the meteor route, let's see. I mean, Huckabee was able to keep a job at Fox for a long time. Does he still have a contract there? Yeah, they show. Yeah. My job is really funny. Yeah, he's funny.

▶ 00:32:36  You're right. He's different. So I don't know. We'll have to see. Maybe she'll, she should have us both on the show. We'll help with the ratings. The thing is she'll never have some people like us on because you and I are unfiltered.

▶ 00:32:52  And I feel like, you know, I actually think it's part of the reason why she lost is because like, I just don't think people can handle the like contrived politician that's so controlled within their life. I think it's like a relic of a different time.

▶ 00:33:03  I just know she didn't want any network except Fox the entire time she was running. I tried to get her on my podcast. She wouldn't go on.

▶ 00:33:15  Did she go on with you? No, she wouldn't do anything with and her and her team was quite rude, by the way, just I have been it. She's my fellow podcast for now. You know, and I get I don't have like ill will towards her. I just just is a really bizarre move from my perspective.

▶ 00:33:25  And yeah, I just think it's just like a sign that she knows the Republican Party is no longer placed. Yeah. Yeah. Although Vipasswami just got a show on Fox News too. And I think he did. What? Yeah. Fox Nation. Yeah. So I'm not watching that. No, I'm not.

11/7/25, 3:14 PM	Love Triangles with Political Peril at Mar-a-Lago, With Meghan McCain by Somebody's Gotta Win with Tara Palmieri | Podchaser

12/14

Case 5:24-cv-00625-JSM-PRL   Document 150-11   Filed 11/10/25   Page 12 of 14 PageID 5875

▶ 00:33:44   I respectfully or maybe it's a platform for her second run when everyone realizes that, you know, I mean, Trump is the media to get where he is right now. You know, as well as I do that Nikki Haley is not running. I mean, she could run for president again, but she won't.

▶ 00:33:58   But sometimes I feel like in the matrix when they're like we're still here like that's how I feel I'm like you're still gonna need me like I'm still here But you just shit all over me and then you keep losing I think so do you think it's gonna

▶ 00:36:09   happen in Arizona? I'm sorry.

▶ 00:36:27   I keep bothering you, but I know Brain genius, so I need to know I'm not all but I I think Kerry Lake's gonna lose at least by six points possibly more I think it's going to be a very Significant loss I was actually talking about talking recently

▶ 00:36:29   with some family members who live in Arizona About if she'll run again, and they think that she's like just dumb enough to keep running I just don't know if the Republican Party will keep you know feeding into you know insanity by Nominating her to

▶ 00:36:41   just continue to lose elections.

▶ 00:36:56   I think Ruben Gallego has ran a very shrewd moderate middle-of-the-road campaign I know a lot of people don't like him personally and he has a very kind of like strange messy personal life with his ex-wife but People seem to really like him, and I

▶ 00:36:58   think he'll easily win I don't that is not gonna be a nail biter for you on election night Tara.

Case 5:24-cv-00625-JSM-PRL    Document 150-11    Filed 11/10/25    Page 13 of 14 PageID 5876

▶ 00:37:10   They're gonna call it from when Arizona or does it go to Kamala Harris like coattails she rides his coattails out I think he could win Arizona, but it'll be Like nail biter like a pointer to us, but I definitely think it's in play with her Like I

▶ 00:37:18   think it's closer than people think but I I think if I had to bet I would bet that he wins Arizona But that Kerry Lake loses and honestly as long as Kerry Lake Split ticket voting because you would be like that in Arizona you either independent type

▶ 00:37:33   people Bellville's Christian cinema.

▶ 00:37:49   I mean there's this is yeah, Arizona's really Democrat Like very libertarian I think you're more independent registered voters in Arizona than any other state like you know I always say it's like there's a lot of rock people living off the land

▶ 00:37:51   There's a lot of doomsday preppers like as people that like really take like independent thought into their whole being and I don't is going to be force fed MAGA clearly and we're like, you know, a MAGA imitation.

▶ 00:38:05   And I've just enjoyed watching Kerry like, like, rither and not succeed on a personal level. Do you disagree with me? No, I agree. I think Trump has a problem.

▶ 00:38:19   He's got a lot of crazies on the ballot below him, you know, like in Mark Robinson in North Carolina, who's running for governor, and he said some really shit. He's racist, xenophobic, and sexist.

11/7/25, 3:14 PM Love Triangles with Political Heril at Mar-a-Lago, With Meghan McCain by Somebody's Gotta Win with Tara Palmeri | Podchaser

Case 5:24-cv-00625-JSM-PRL Document 150-11 Filed 11/10/25 Page 14 of 14 PageID 5877

▶ **00:38:31**   He's got some just weaker candidates too on the ballots below him and, you know, in



Unlock audience data, contacts, and more with Podchaser Pro

**Request A Demo**   Quick Links   **Best Podcasts**   **Podcast Charts**   Podchaser