# The Declaration of Dean Johnsen will be filed under seal