# EXHIBIT A

Message

| | |
|---|---|
| **From:** | "Jack Cygan (via Google Docs)" [drive-shares-dm-noreply@google.com] |
| on behalf of | "Jack Cygan (via Google Docs)" |
| **Sent:** | 9/11/2024 10:09:23 AM |
| **Subject:** | Document shared with you: "OVERTIME QUESTIONS (9/13 - 2227)" |
| **Attachments:** | OVERTIME QUESTIONS (9_13 - 2227).docx |

## Jack Cygan shared a document

　Jack Cygan (jack.cygan@realtimehbo.com) has invited you to **edit** the following document:


OVERTIME QUESTIONS (9/13 - 2227)



Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because jack.cygan@realtimehbo.com shared a document with you from Google Docs.

Google Workspace

CONFIDENTIAL                                                                                                         DEFENDANTS00002288
ID00000591_0001