# EXHIBIT B



**FOR PANEL** — What are the panel's thoughts on Trump's relationship with Laura Loomer, who even Marjorie Taylor Greene has called out as racist? Will this help or hurt him?

CONFIDENTIAL
ID00000592_0001

DEFENDANTS00002289



CONFIDENTIAL

ID00000592_0002

DEFENDANTS00002290



CONFIDENTIAL

ID00000592_0003

DEFENDANTS00002291



CONFIDENTIAL
ID00000592_0004                                                                              DEFENDANTS00002292



CONFIDENTIAL
ID00000592_0005

DEFENDANTS00002293