# EXHIBIT D

# Trump takes the bait: Takeaways from Harris' big night

∧ axios.com/2024/09/11/trump-harris-debate-takeaways

September 11, 2024

9 hours ago - Politics & Policy



Zachary Basu



Photo: Doug Mills/The New York Time/Bloomberg via Getty Images

Over and over at last night's presidential debate, Kamala Harris set traps surgically designed to provoke, rattle and enrage Donald Trump.

And over and over, Trump stepped right into them.

**Why it matters:** With just eight weeks until the election, Harris delivered for Democrats on the biggest possible stage — the type of national stage that ended President Biden's political career less than three months ago.

- She did so by being "exquisitely prepared," as former Trump debate coach Chris Christie described her, and by exploiting her opponent's well-documented triggers.
- The result was a firehouse of angry rants and bizarre claims by Trump — including a baseless conspiracy theory about immigrants eating pet cats and dogs — that will fuel headlines and Democratic ads for weeks.

## Takeaways from the debate

### 1. Trump takes the bait

- About a half-hour into the debate, Harris seemed to flip a switch inside Trump by inviting Americans to attend one of his rallies — where she claimed people leave early "out of exhaustion and boredom."
- It was at that moment that the debate went fully off the rails: Trump vigorously defended the size of his crowds, then baselessly claimed that Harris buses and pays supporters to attend her rallies.
- He went on to defend his conduct on Jan. 6, deny that he lost the 2020 election, attack Hunter Biden and accuse Harris of "[wanting] to do transgender operations on illegal aliens that are in prison."
- On virtually every topic, Harris knew how to needle Trump. She used some of his favorite words he employs to criticize others — calling him a "disgrace," "weak," and saying other leaders laugh at him.
- She also raised his felony convictions, his praise for authoritarians, Project 2025, and his 2020 election loss: "Donald Trump was fired by 81 million people," she said, twisting the knife by mentioning President Biden's vote total.

### 2. Truth Social comes to life

- The most shocking moment of the debate came when Trump plucked a conspiracy theory about Haitian immigrants out of right-wing social media and unleashed it on national television.
- "In Springfield [Ohio], they're eating the dogs. The people that came in. They're eating the cats. They're eating the pets of the people that live there," Trump insisted, drawing a fact-check from the moderator.
- Some Republicans blamed the coterie of online influencers close to the Trump campaign — including far-right activist Laura Loomer, who traveled to the debate with Trump — for polluting his preparation.

### 3. Moderator blame-game

- Struggling to defend Trump's performance, conservatives attacked ABC News moderators David Muir and Linsey Davis for fact-checking the former president — but not Harris — in real time.
- Many of the debate topics played to Harris' strengths: Jan. 6, Trump's threats to jail his opponents, abortion, the Affordable Care Act, race and climate change.

CONFIDENTIAL                                                                                      DEFENDANTS00002186

- "The moderators might as well be on the DNC payroll. This is ridiculous. This is the worst moderated debate in history," Sen. Lindsey Graham (R-S.C.) tweeted.
- "This is not a debate, this is public show trial where the judge, jury, and executioner is ABC News," Talking Points USA founder Charlie Kirk wrote.

### 4. The "new" Harris

- In what many billed as Harris' chance to "reintroduce" herself to the country, the vice president made a clean break with the progressive policies of her failed 2019 campaign and pivoted hard to the middle.
- Harris accused Trump of being soft on China, defended private health care, vowed not to ban fracking, called herself a gun owner and touted the endorsements of 200 Republicans, including former Vice President Dick Cheney.
- "Clearly, I am not Joe Biden, and I am certainly not Donald Trump," Harris said, directing a response to the 28% of Americans who said in a New York Times/Siena College poll that they need to learn more about her.

**The bottom line:** In an election in which the majority of Americans say they want "change," Harris — the sitting vice president — was remarkably effective at painting Trump as the incumbent.

- It wasn't until his closing statement that Trump delivered his most compelling line of attack: "Why hasn't she done it?" Trump asked about Harris' agenda.
- By then, it was nearly two hours late.

CONFIDENTIAL

DEFENDANTS00002187