# EXHIBIT G

Message
---

| | |
|---|---|
| From: | Sheila Griffiths [sheila.griffiths@realtimehbo.com] |
| Sent: | 9/12/2024 10:39:26 AM |
| To: | Bill Maher |
| Subject: | Fwd: Trending morning stories 9-12-24 |
| Attachments: | Certification of Election Will Get Extra Security to Try to Prevent Another Capitol Attack - The New York Times.pdf; Arizona GOP's new billboards say 'EAT LESS KITTENS,' echo Trump's claims - The Washington Post.pdf; America's election is mired in conflict_CompressPdf.pdf; A Temporary Truce_ Harris, Trump and Biden Mark 9_11 - The New York Times.pdf; Election 2024_ The first general election ballots are going in the mail _ AP News_CompressPdf.pdf; Cook Political Report shifts Montana Senate race to GOP_CompressPdf.pdf; Housing market sees rent costs rise faster than home values in 2023 - The Washington Post.pdf; Hurricane Francine lands in Louisiana, hitting New Orleans with wind and rain _ Reuters_CompressPdf.pdf; Ex-Google exec said goal was to 'crush' competition, trial evidence shows _ Reuters.pdf; Harris-Trump Debate Ratings_ 67.1 Million, Bigger Than Biden Debate.pdf; Inflation Extends Cooling Streak to Hit 2.5% in August - WSJ_CompressPdf.pdf; Laura Loomer, who promoted 9_11 conspiracy theory, joins Trump for anniversary ceremonies _ AP News_CompressPdf.pdf; More than 337,000 people visit Taylor Swift's link to register to vote.pdf; Mortgage Rates Hit 19-Month Low.pdf; MTV VMAs 2024 best moments, performances as Taylor Swift takes top prize - The Washington Post.pdf; Israeli airstrikes in Gaza kill at least 34 people, hospitals say _ AP News_CompressPdf.pdf; New York City Police Commissioner Edward Caban Resigns - WSJ_CompressPdf.pdf; Opinion _ Former Attorney General Alberto Gonzales Will Support Kamala Harris - POLITICO.pdf; SpaceX Polaris astronauts complete first spacewalk by private citizens - The Washington Post.pdf; Shannon Sharpe Apologizes for Going Live on Instagram While Having Sex.pdf; Speaker Mike Johnson yanks government funding bill amid growing GOP defections.pdf; Trump sells himself as a 'leader' on IVF, angering some Republicans - POLITICO.pdf |

**Subject: Trending morning stories 9-12-24**

--The Harris-Trump debate drew 67.1 million US viewers across multiple networks, almost 16M more viewers than the final Biden-Trump debate in June
https://variety.com/2024/tv/news/harris-trump-debate-ratings-viewers-1236141034/

--By Wednesday afternoon, more than 337,000 people visited Taylor Swift's link to vote.gov, a website that helps visitors register to vote in their states,
https://www.nbcnews.com/politics/2024-election/over-300000-people-visit-taylor-swift-link-register-vote-rcna170740

--Arizona GOP billboards implore voters to 'EAT LESS KITTENS'. Arizona's Republican Party erected about a dozen billboards in the Phoenix area that say "EAT LESS KITTENS" and look similar to Chick-fil-A's promos. In a news release, the Arizona GOP said the billboards are "a humorous, but sobering reminder of the stakes involved in the fight for secure borders and safe communities."
https://www.washingtonpost.com/politics/2024/09/11/arizona-gop-eat-cats-billboards/?

--After Biden spoke about bipartisanship in Pennsylvania, a Trump supporter asked him to put on a Trump baseball cap. He did. See the photo
https://www.nytimes.com/2024/09/11/us/politics/harris-trump-biden-911.html?

--The Cook Political Report shifted the Montana Senate race from "toss up" to "lean Republican" on Thursday as polls show Republican Tim Sheehy leading incumbent Sen. Jon Tester (D) in a contest critical to control of the upper chamber
https://thehill.com/homenews/campaign/4876084-montana-senate-tester-sheehy-cook-report/

CONFIDENTIAL

ID00006231_0001

DEFENDANTS00005792

--The latest Fox News Power Rankings finds Donald Trump has lost his edge in Georgia and North Carolina which gives Kamala Harris a lead in the overall forecast for the first time
https://www.foxnews.com/politics/fox-news-power-rankings-trump-loses-his-edge-forecast-we-brace-again-post-debate-impact?intcmp=tw_fnc

--The Capitol will get extra security when Congress meets to certify the presidential election winner, to prevent another Jan. 6 attack
https://www.nytimes.com/2024/09/11/us/politics/electoral-college-certification-security.html?

--Far-right activist Laura Loomer, who posted a video last year calling 9/11 an "inside job," flew with Trump to the debate after spending the day promoting false claims about immigrants eating pets
https://apnews.com/article/laura-loomer-trump-911-conspiracy-theories-18198b8ea2ce567467acfd6bf7f19f1e?utm_source=newsletter&utm_medium=email&utm_campaign=newsletter_axiosam&stream=top

--Several Trump advisers privately admitted that he had performed poorly against Harris. RFK Jr. said on Fox News that Harris "clearly won."
https://www.nytimes.com/2024/09/11/us/politics/trump-debate-performance.html?

--Israeli airstrikes across Gaza overnight and Wednesday hit a U.N. school sheltering displaced Palestinian families as well as two homes, killing at least 34 people, including 19 women and children, hospital officials said. A U.N. official said six staffers were among the dead
https://apnews.com/article/israel-palestinians-gaza-school-hospital-displaced-44f93845d6b6cfc9dcc4d0ba37bdd263?

--Inflation slows to 3-year low
https://www.wsj.com/economy/inflation-august-cpi-report-interest-rate-d8c8c65a

--The Economist: America's election is mired in conflict — "American elections tend to create conflict. America is the only proper presidential democracy in which the person who wins the most votes does not necessarily win power. The two-month gap between voting and election certification in Congress is the most drawn-out anywhere. Complexity invites legal challenges, which add to the complexity."
https://www.economist.com/leaders/2024/09/12/americas-election-is-mired-in-conflict

--Looming Government Shutdown: Speaker Mike Johnson on Wednesday yanked a government funding bill off the House floor hours before an expected vote after a growing number of disgruntled Republicans vowed to tank the measure Following Trump's lead, Johnson had tied a six-month funding bill to the SAVE Act, which would overhaul voting laws to require people to show proof of citizenship when registering to vote
https://www.nbcnews.com/politics/congress/house-republicans-vote-trump-backed-plan-avoid-shutdown-defections-rcna170592

--Alberto Gonzales, George W. Bush's attorney general, endorses Kamala Harris, warning of Donald Trump's "threat to the rule of law"
https://www.politico.com/news/magazine/2024/09/12/alberto-gonzales-kamala-harris-endorsement-00178746?nname=playbook&nid=0000014f-1646-d88f-a1cf-5f46b7bd0000&nrid=0000014e-f115-dd93-ad7f-f915af250001&nlid=630318

--Trump sells himself as a 'leader' on IVF, angering some Republicans
https://www.politico.com/news/2024/09/12/trump-ivf-gop-roe-abortion-00178760

CONFIDENTIAL

ID00006231_0002

DEFENDANTS00005793

--Voting starts: The first general election ballots are going in the mail as Alabama officials begin sending them to absentee voters with the Nov. 5 contest less than two months away
https://apnews.com/article/election-2024-first-ballots-voting-alabama-mail-1ef4f9694cc5edbb07fd3d641d6d248e?

--Mortgage rates fell to the lowest level since early 2023. The average rate on the standard 30-year fixed mortgage fell to 6.20% from 6.35% a week earlier, according to a survey of lenders released
https://www.wsj.com/livecoverage/stock-market-today-dow-sp500-nasdaq-live-09-12-2024/card/mortgage-rates-hit-19-month-low-TCDaYkK6UF87P7kMGK1c?mod=lctimeline_article

--The cost of rent and utilities in 2023 rose faster than home values for the first time in a decade, the latest sign that a distorted housing market has pushed more people into renting. New data from the 2023 American Community Survey also showed that nearly half of renters' households spent more than 30% of their income on housing
https://www.washingtonpost.com/business/2024/09/12/rent-housing-cost-acs/?

--New York City Police Commissioner Edward Caban has resigned after becoming embroiled in one of several federal investigations that have swirled around the administration of Mayor Eric Adams
https://www.wsj.com/us-news/new-york-city-police-commissioner-edward-caban-to-resign-d917c580?mod=breakingnews

--A Google executive told colleagues the goal for the company's then-nascent online advertising business in 2009 was to "crush" rival advertising networks, according to evidence prosecutors presented at the tech titan's antitrust trial
https://www.reuters.com/technology/ex-google-exec-said-goal-was-crush-competition-trial-evidence-shows-2024-09-11/?

--Hurricane Francine has come ashore in southern Louisiana, pounding New Orleans with heavy rains and gusty winds while threatening the wider Gulf Coast with a potentially deadly storm surge that led to evacuation orders for thousands of people
https://www.reuters.com/world/us/new-orleans-braces-hurricane-francine-evacuations-ordered-2024-09-11/?

--SpaceX Polaris astronauts complete first spacewalk by private citizens. The historic mission is intended to test new spacesuits developed by SpaceX
https://www.washingtonpost.com/technology/2024/09/12/spacex-polaris-dawn-spacewalk-astronauts/?

--Jon Bon Jovi helps talk woman down from ledge on Nashville bridge. Bon Jovi was on the bridge shooting a music video
https://apnews.com/article/bon-jovi-nashville-woman-ledge-bridge-safety-0079c31b85a35f32c4ecaf31ab23eabc?

--Taylor Swift took home seven trophies at the MTV Video Music Awards, tying her with Beyonce for the most lifetime honors in the 40-year history of the video accolades. Swift snagged the top prize, video of the year, for "Fortnight" featuring Post Malone
https://www.washingtonpost.com/entertainment/music/2024/09/12/mtv-vmas-awards-winners-highlights-taylor-swift-chappell-roan/

--Shannon Sharpe apologizes after explicit audio of him having sex was heard via his Instagram Live
https://people.com/shannon-sharpe-apologizes-instagram-live-having-sex-8710896

--Sean Hannity: This was the most overt, sickening display of left-wing bias during a presidential debate. ABC-Disney was masquerading as a news division, Hannity says

https://www.foxnews.com/media/sean-hannity-most-overt-sickening-display-left-wing-bias-during-presidential-debate

CONFIDENTIAL

ID00006231_0004

DEFENDANTS00005795