# EXHIBIT I

From: **Mike Allen** mike@axios.com
Subject: 👀 Axios AM: Trump's glaring glitch
Date: September 12, 2024 at 3:11 AM
To:





View in browser

PRESENTED BY PHRMA

# Axios AM

By Mike Allen · Sep 12, 2024

**Happy Thursday!** *Smart Brevity™ count: 1,973 words ... 7½ mins. Thanks to Noah Bressner for orchestrating. Copy edited by Bryan McBournie.*

🚨 **Situational awareness:** To deter another attack on the Capitol, federal authorities will dramatically ramp up security for the joint session of Congress where electoral votes are counted on Jan. 6, 2025. *(The Washington Post)*

## 1 big thing: Trump's glaring glitch



DEFENDANTS00001122
MGUNN_000282_0001



Photo illustration: Sarah Grillo. Photo: Kevin Dietsch/Getty Image

**Here's what troubles** former President Trump's advisers most: He knew that with precision and preparation, Vice President Harris would bait him on things like crowd size, and buck discussion about her power today and liberalism in the past.

- **He *knew* exactly** how to try to turn each moment against her, *Jim VandeHei and Mike Allen write in a "Behind the Curtain" column.*

**Why it matters:** But he blew it badly ... repeatedly ... predictably. He simply cannot help himself, Trump insiders begrudgingly admit.

- **No practice,** pleas or sage advice keep Trump from being Trump.
- **It's a feature** — not a correctable bug.

🎨 **The big picture:** There is a straight, illuminating through-line from Trump's post-assassination-attempt convention speech and his debate performance Tuesday night.

- **Go back in time.** Go back to the seconds after he was shot at in Pennsylvania. The moment Trump rose, ear bloodied, fist held high, American flag flying behind, and mouthed: "Fight!"

**It was an iconic moment,** an unforgettable image, a political memory money can't buy. And, Trump's team believed, a sure-bet ticket to winning in November.

- **All he had to do,** they told him, was use the moment to say he took

MGUNN_000282_0002

DEFENDANTS00001123

a bullet for America, and felt like a changed man ready to pull the nation together. For a few days, he did ... until 28 minutes into his prime-time convention speech on July 18.



Former President Trump and JD Vance at the 9/11 Memorial ceremony in New York yesterday. Photo: Yuki Iwamura/AP

**Trump knew** — and was told — he could walk off the convention stage up double digits in the polls if he exploited the assassination attempt and cut the grievance crap.

- **But just like Tuesday's debate,** he simply couldn't help himself. He went on for 60 more rambling minutes in that convention speech, rehashing his greatest grievance hits.

**The same pattern** unfolded at the debate, like clockwork. You saw it in the first 20 minutes or so: Trump was calm, confident, self-controlled in discussing the economy and what he could deliver for voters.

DEFENDANTS00001124

MGUNN_000282_0003

- **Then Harris went** for Trump's obvious ego soft spot: crowd size. You don't need to be Freud to know Trump is sensitive about his fans — and their attention and affection. Advisers told him she'd bait relentlessly on this or similar topics. Don't bite, they counseled.

- **He didn't just nibble** at the bait. He crushed it like a starving, roaring river salmon. He was on a wild run the rest of the debate.

*Column continues below.*



## 2. 👀 Part 2: Why Trump won't change



Former President Trump walks off stage after Tuesday's debate. Photo: Alex Brandon/AP

DEFENDANTS00001125
MGUNN_000282_0004

**A top adviser,** asked about the reporting in this column, said the team lets Trump be Trump, *Jim and Mike write.*

- **"Nobody has tried** to tell President Trump to be anything other than his genuine self," the adviser said, insisting on anonymity. "That's why we have been so successful so far, and that's why there has been harmony on this campaign. We're not trying to put him in a box. We want to amplify his strengths and use that as guidance for what we do."

- **The adviser added** that the debate "went very well — just ask the actual voters" (a reference to conversations with undecided voters by the N.Y. Times, BBC and Reuters).

**In an alternative world,** one that advisers tried to create with ad hoc debate prep sessions (which his campaign called "policy time," since Trump doesn't think he needs debate practice), he would have calmly turned every question against her.

- **He was told** to repeatedly ask why Harris hadn't used her power as vice president to do all the wonderful things she promises today. Taunt and bait her on her vice-presidential record, he was told. Make her own the border, inflation, crime, trouble overseas.

- **He was told** to repeatedly remind viewers that Harris wants to focus on the future because the present is more bleak and her past is much more liberal than she presents today. Simply ask viewers: Do you feel richer and safer today than you did under Trump?

- **He was told** to hold her accountable for the deadly, hasty withdrawal from Afghanistan. Yet when the moderators teed up that softball *twice,* he swung at other topics.

DEFENDANTS00001126

MGUNN_000282_0005

- **It wasn't until** the closing minutes of the debate that he seemed to follow that advice. By then, the damage was done.

## Most frequently used words by each candidate

In the Sept. 10, 2024 debate; Sized by the number of times used



Kamala Harris

president 57 people 49 Trump 38 understand 26 plan 23 want 21 work 20 United States 20 know 19 can 18 American people 18 America 17 talk 17 us 17 need 15 stand 15 believe 13 afford 12 country 12 back 11 care 11 clear 11 first 11 lead 11 now 11 world 11 vice president 11 act 10 end 10 tax 10 former president 10 family 9 military 9 security 9 support 9 economy 8 election 8 focus 8 home 8 include 8 respect 8 value 8 Americans 7 business 7 day 7 dream 7 importance 7 invest 7 invite 7 national 7 new 7 small 7 Affordable Care Act 7

people 79 country 69 vote 32 never 28 president 28 now 27 million 25 back 22 done 22 world 21 good 20 plan 19 talk 19 ever 18 job 18 state 17 war 17 bad 16 billion 16 great 16 many 16 economy 15 kill 15 allow 14 Biden 14 destroy 14 history 13 money 13 border 12 you know 12 every 11 month 11 much 11 nation 11 nobody 11 pay 11 ago 10 ask 10 China 10 crime 10 end 10 worst 10 abortion 9 criminal 9 election 9 fact 9 inflation 9 lead 9 Russia 9 something 9 start 9 believe 8 big 8 build 8 person 8 Putin 8 reason 8 tariff 8 Trump 8 try 8 afraid 7 better 7 create 7 governor 7



Donald Trump

> Israel 7  loan 7  lost 7  negotiate 7  pipeline 7  policy 7  rally 7
> saw 7  student 7  Taliban 7  unite 7  right now 7  years ago 7

Data: Rev. *(Some common and filler words have been removed for brevity.)* Chart: Erin Davis/Axios Visuals

🔢 **Four reasons** Trump cannot and will not change, according to friends and advisers:

1. **He's haunted.** He can't stand being seen as a loser. So it's impossible to fully admit he didn't win in 2020. He looks to distractions like crowd size and adoring coverage for solace. So, seemingly silly taunts — like Harris' "people start leaving his rallies early out of exhaustion and boredom" — hit deep.
2. **He falls for fake news.** For a guy who made "fake news" a household term, he falls for it often and easily. It wasn't hard to learn that the allegations of Haitians eating pet dogs and cats were silly and wrong. But far-right activist Laura Loomer was on the plane ride to the debate with him, egging him on.
3. **He's old.** A wise man told us three types of people never change: Old guys. Rich guys. Guys with their names on the building. So the chances that Trump — a 78-year-old, self-proclaimed billionaire with his name on buildings, bottles and golf courses — will change are, um, nil.
4. **His bubble lies to him.** All politicians live in self-protective bubbles. But Trump's, which extends from his social media cocoon to his Mar-a-Lago luxury, is almost impossible to penetrate with hard truths. There's always a Loomer to tell Trump he's winning ... even when he's not.

*Share this column.*

MGUNN_000282_0007

DEFENDANTS00001128



## 3. 🔍 Anatomy of a Trump conspiracy theory



Illustration: Aïda Amer/Axios

**An unverified Facebook rumor** about Haitian immigrants eating pets rocketed to the center of right-wing discourse this week — rapidly mutating into racist memes like a twisted game of telephone, *Axios' Zachary Basu writes*.

- **On Tuesday night,** it reached its appalling final form: an endorsement by former President Trump on the presidential debate stage.

DEFENDANTS00001129

MGUNN_000282_0008

**Why it matters:** It should come as no surprise that Trump, the country's chief election denier and a champion of the anti-Obama "birther" movement, is susceptible to conspiracy theories.

- **But as Trump** has gotten older, the rabbit holes have grown deeper and more radical — a backdrop to his distrust of the media and refusal to accept that he lost the 2020 election.

- **The result** — on display as he falsely claimed immigrants are eating people's pets in Springfield, Ohio — is a candidate who's become a walking liability for his own campaign.

🖼️ **The big picture:** Today, Trump routinely feasts on a stream of misinformation on Truth Social and X, where a cottage industry of MAGA influencers has flourished since Elon Musk acquired and renamed Twitter.

- **Several of those influencers** — including "Pizzagate" conspiracy theorist Jack Posobiec and anti-trans activist Chaya Raichik — were hosted by the Trump campaign in a special debate "war room" on Tuesday.

**Far-right activist Laura Loomer,** who posted a video last year calling 9/11 an "inside job," flew with Trump to the debate after spending the day promoting the Haitian pet claims.

- **Even Rep. Marjorie Taylor Greene** (R-Ga.) denounced Loomer last night for an "appalling and extremely racist" tweet two days *before* Trump welcomed Loomer on Trump Force One en route to the debate.

*Keep reading.*

MGUNN_000282_0009

DEFENDANTS00001130



**A MESSAGE FROM PHRMA**

## Price setting may mean fewer medicines in your Medicare plan



As a result of the Inflation Reduction Act (IRA):

- **89%** of insurers have stated they expect to exclude more medicines from their Medicare prescription drug plans.
- **85%** state they will likely use step therapy more often in the future.

Learn more about how the IRA will impact patients.

4. 🧨 Scoop: Leonard Leo tells right to

DEFENDANTS00001131

MGUNN_000282_0010

## 4. 🫖 Scoop: Leonard Leo tells right to toughen up



Leonard Leo at a Federalist Society dinner in D.C. last year. Photo: Jahi Chikwendiu/The Washington Post via Getty Images

**Leonard Leo,** the conservative activist with an estimated $1 billion at his disposal, is threatening to withhold money from the dozens of groups he supports unless they develop plans to "weaponize" their ideas.

- **Why it matters:** Leo's call for conservative groups to get more aggressive will send shockwaves through the right-wing ecosystem he helped create, *Axios' Hans Nichols writes.*

**Leo wants less conversation** and more action — fewer seminars and more campaigns — as part of a plan to "crush liberal dominance at the choke points of influence and power in our society," he told the groups in a letter obtained by Axios.

DEFENDANTS00001132

MGUNN_000282_0011

- **The goal should be** to direct "funding to operationalize or weaponize the conservative vision," Leo wrote.

🔭 **Zoom out:** Leo helped build the Federalist Society, an organization for conservative law students, into an incubator for lawyers and judges that reshaped the federal judiciary and American society.

- **He helped** former President Trump select three conservative jurists for the Supreme Court — Neil Gorsuch, Brett Kavanaugh and Amy Coney Barrett.
- **Leo has** an estimated $1 billion left to spend.

*Keep reading.*

# 5. 🇺🇸 Charted: America's advantage



Projected population ages 15-64 years old
Annually; 2024–2100

U.S. — 241m
European Union

DEFENDANTS00001133
MGUNN_000282_0012



Data: UN. Chart: Axios Visuals

**One of America's key** competitive advantages — especially over Europe — lies in its demographics, *Axios' Courtenay Brown writes.*

- **Why it matters:** The U.S. labor force is expected to keep growing for the rest of the century — in stark contrast to Europe, where it's already shrinking (even after accounting for immigration).

**America faces plenty** of economic challenges. But compared to its allies across the Atlantic Ocean, things look pretty good.

- *Go deeper with Axios Markets.*



# 6. 💰 OpenAI's $150 billion valuation



DEFENDANTS00001134
MGUNN_000282_0013



Illustration: Natalie Peeples/Axios

**OpenAI's fundraising** talks could see the company raise another $6.5 billion in a deal that would value it at $150 billion, *Bloomberg reports.*

- **Why it matters:** That's "significantly higher than the $86 billion valuation from the company's tender offer earlier this year, and cements its place as one of the most valuable startups in the world."

*Keep reading* (gift link).



## 7. 🏆 What government gets right



DEFENDANTS00001135
MGUNN_000282_0014


Photo: Allison Shelley for the Partnership for Public Service

The **Partnership for Public Service** honored extraordinary public servants with the 23rd annual Samuel J. Heyman Service to America medals — the Sammies! — during a ceremony at the Kennedy Center last night.

- **Why it matters:** These Oscars for government service provide a fascinating glimpse into innovative and consequential work being done by federal employees who otherwise would be largely anonymous.

**This year's Sammies winners:**

- **Nancy Alcantara, Shannon Rebolledo, Justin Uphold** and the **Labor Department's Packers Sanitation Investigation leads team** *(Chicago)* won the top Sammies honor, **Federal Employee of the Year**. They discovered 100+ children ages 13-17 working illegally on dangerous machinery in 13 meat slaughterhouses across eight states, leading to a large civil penalty and a new approach to child labor-law enforcement.

- **Christopher Mark** of the Mine Safety and Health Administration *(Pittsburgh)* received the **Paul A. Volcker Career Achievement Medal** for devoting a lengthy federal career to preventing fatalities from roof falls and other underground mining disasters, saving countless lives.

- **Jerry Ma**, 27, of the U.S. Patent and Trademark Office (*West Lafayette, Ind.*) was awarded the **Emerging Leaders Medal** for helping pioneer the agency's approach to AI.

DEFENDANTS00001136
MGUNN_000282_0015

- **Amira Boland**, formerly of the Office of Management and Budget *(D.C.)*, received the **Management Excellence Medal** for improving customer experience in areas ranging from newborn care and disaster assistance to renewing passports online.

- **Marc Levitan and Long Phan** of the National Institute of Standards and Technology *(Gaithersburg, Md.)* received the **Science, Technology and Environment Medal**. They created the world's first tornado-resistant building codes, conducting groundbreaking research that will save lives and protect schools, hospitals and emergency centers.

- **Steve Calanog, Tara Fitzgerald** and **Pete Guria** of the EPA *(San Francisco)* won the **Safety, Security and International Affairs Medal.** They directed 300+ EPA personnel in removing tons of hazardous materials from the Maui wildfires while respecting local cultural norms.

- **Judy Chen and Jay Evans** of the Agriculture Department *(Beltsville, Md.)* received the **People's Choice Award** in July for revolutionizing bee-disease diagnosis and treatment.

*Go deeper.*



## 8. 🇬🇧 1 for the road: How they see us



DEFENDANTS00001137
MGUNN_000282_0016



Two British takes on the election across the pond. Images: The Economist, Via X

**"After election night in America,** complexity will meet conspiracy," the London-based Economist writes in a cover editorial out this morning.

- **"America is the only** proper presidential democracy in which the person who wins the most votes does not necessarily win power.
- **"The two-month gap** between voting and election certification in Congress is the most drawn-out anywhere.
- **"Complexity invites** legal challenges, which add to the complexity."



A MESSAGE FROM PHRMA

# The unintended consequences of government price setting in Medicare

DEFENDANTS00001138

MGUNN_000282_0017



If you depend on Medicare, the government price setting policies in the Inflation Reduction Act (IRA) could mean:

- **Fewer** prescription drug plans to choose from
- **Fewer** medicines covered
- **Higher** out-of-pocket costs
- **More** frustrating insurance denials.

**See how the IRA could impact patients.**

📬 *Please invite your friends to join AM.*

Are you a fan of this email format?

Your essential communications — to staff, clients and other stakeholders — can have the same style. Axios HQ, a powerful platform, will help you do it.

MGUNN_000282_0018

DEFENDANTS00001139

Axios thanks our partners for supporting our newsletters.

Sponsorship has no influence on editorial content.

Advertise with us.

Axios, PO Box 101060, Arlington VA 22201

You received this email because you signed up for newsletters from Axios.
To stop receiving this newsletter, unsubscribe or manage your email preferences.

Was this email forwarded to you?
Sign up now to get Axios in your inbox.
And make sure you subscribe to Mike's afternoon wrap up, Axios PM.

Follow Axios on social media:

