# EXHIBIT J

Message

| | |
|---|---|
| **From:** | Elliot Gordon [elliot.gordon@realtimehbo.com] |
| on behalf of | Elliot Gordon |
| **Sent:** | 9/12/2024 8:19:21 PM |
| **To:** | Joaquin Torres <joaquin.torres@realtimehbo.com> |
| **CC:** | Chelsea Braun <chelsea.braun@realtimehbo.com> |
| **Subject:** | Mono Snap |
| **Attachments:** | Screenshot 2024-09-12 at 7.24.55 PM.png; Screenshot 2024-09-12 at 8.06.50 PM.png; Screenshot 2024-09-12 at 8.10.09 PM.png; Screenshot 2024-09-12 at 8.11.59 PM.png |

### The Late Show With Stephen *Colbert* - John Dickerson; Tems

Tuesday 11:50:13 PM - 2 days ago

And there is nothing, absolutely nothing, nothing that could have made tonight any better for **Kamala Harris**.
>> **Taylor Swift** and a picture of her and her cat. Has just posted that she watched the debate tonight and that **she is endorsing Kamala Harris**.

### The Late Show With Stephen *Colbert* - Samuel L. Jackson; Amy Ryan

Yesterday 11:47:35 PM - 20 hours ago

Taylor **Swift** endorsed [cheering] It was exciting. That was a big deal. Not to be outdone, Travis kelce has announced his brave endorsement of hat. Tay-tay made her endorse-may-may on Instagram, posting, "I'm voting for @kamala**harris**because she fights for the rights and causes I believe need a warrior to champion them." [Cheers and applause] That's simple. That seems pretty clear to me. Unless... Unless this post is actually full of her famous Easter eggs! Join me at the Taylor **Swift** decoder cam. Okay, let's see. "Kamala **Harris**" has 12 letters, which is one less than 13, which is **Taylor**'s favorite number. So, take away the one, **Taylor** has a song called "The one" off her album "Folklore," which was produced by jack antonoff. "Off," I'm off the deep end, "Shallow," lady gaga, joker 2. Two is one more than one. Taylor **Swift** has a song called "The one." Who "Won" the debate last night? Kamala **Harris**. Oh, my god! She's voting for Kamala **Harris**! I mean, it's... It's ironclad. But the knockout punch came at the end of the post, which featured this photo and the sign off "With love and hope, Taylor **Swift**, childless cat lady." [Cheering] Meow! Man, oh, she is dragging J.D. Vance! I hear he's also the inspiration for her next album, "The tortured couch humpers department."

### *Jimmy* Kimmel Live! - Dave Bautista; James Adomian; Midland

Yesterday 11:41:49 PM - 20 hours ago

And as if the night didn't go disastrously enough for him, it wrapped up with an endorsement from **Taylor Swift** who posted a photo to Instagram moments after the debate -- [ cheers and applause ] -- Endorsing clafrs. **Kamala Harris**. **She** signed it with a shot at J.D. Vance, "With love and hope, **Taylor Swift**, childless cat lady." Good work, J.D., you really screwed the sofa bed with this one.

### The Tonight Show Starring *Jimmy* Fallon - Kathryn Hahn; Jayson Tatum; Nore Davis

Yesterday 11:40:15 PM - 20 hours ago

**Jimmy**: Oh, and if **Kamala Harris**' night wasn't good enough, after the debate ended, **she**received an endorsement on Instagram from **Taylor Swift**. >> Steve: Whoa! [ Cheers and applause ] >> **Jimmy**: Here it is. Yeah. Trump was like, "See? **She's** eating **her** cat." [ Laughter ] "Everyone's" -- but everyone is talking about how she signed it. Look

CONFIDENTIAL                                                                                                       DEFENDANTS00003104
ID00001081_0001

how she signed it. "**Taylor Swift**, childless cat lady." [ Laughter ] And **Taylor** looked at Travis and said, "Now, that's how you spike the ball."

## The *Daily Show*

Yesterday 8:18:35 PM - 23 hours ago

Last night, **Kamala Harris** and Donald Trump took to the debate stage to make their cases to **Taylor** Alison **swift**.

## The *Daily Show*

Tuesday 10:49:40 PM - 2 days ago

Apparently, they did move the needle enough for one undecided boater, **Taylor Swift** has endorsed **Kamala Harris**. [Cheers and applause] That is what happened. So you know what this means... **Taylor Swift** and I were watching TV of the same program at the same time.

## Jimmy Kimmel Live! - Dave Bautista; James Adomian; Midland

Yesterday 11:40:31 PM - 20 hours ago

Some of these nuts who worship him are saying **she** was wearing special bluetooth **earrings** that allowed **her** staff to food **her** information during the debate. Or, could be, I don't know if you ever thought about this? Maybe the reason he lost the debate is because he was the only candidate who claimed foreigners are getting meals delivered by petco in Ohio.

## The *Daily Show*

Today 8:01:07 PM - 12 minutes ago

And if you want an idea of just how extreme **Loomer** is, **Marjorie Taylor Greene** is calling her out for being racist. And not even in a "Stop stealing my bit!" Kind of way. **I didn't even know there was level of racist above Marjorie Taylor Greene**. It's like finding out a movie can be rated nc-39.

## The *Daily Show*

Today 8:01:07 PM - 12 minutes ago

Donald Trump has been flying around the country with far-right internet troll Laura **Loomer**, **a 9/11 conspiracy theorist** who trump brought to a 9/11 ceremony yesterday. A 9/11 truther at a 9/11 ceremony?

--

Elliot Gordon
PRODUCTION ASSISTANT
REAL TIME WITH BILL MAHER
(c) 510.508.3441
elliot.gordon@realtimehbo.com

CONFIDENTIAL

DEFENDANTS00003106

ID00001081_0003