# EXHIBIT K

Message

|  |  |
|---|---|
| **From**: | Joe Petro [joe.petro@realtimehbo.com] |
| on behalf of | Joe Petro |
| **Sent**: | 9/12/2024 4:34:38 PM |
| **To**: | Dave Stenson <dave.stenson@realtimehbo.com>; Dean Johnsen <dean.johnsen@realtimehbo.com>; Stacy Talbot <​​​​​​​​​​​​​​​​>; Randy Lee <randy.lee@realtimehbo.com>; Joaquin Torres <joaquin.torres@realtimehbo.com>; Will Beeker <will.beeker@realtimehbo.com>; Jaron Widman <jaron.widman@realtimehbo.com>; John Klafta <john.klafta@realtimehbo.com>; Jack Cygan <jack.cygan@realtimehbo.com>; Miles Leicher <miles.leicher@realtimehbo.com>; Sheila Griffiths <sheila.griffiths@realtimehbo.com>; Elliot Gordon <elliot.gordon@realtimehbo.com>; Joe Petro <joe.petro@realtimehbo.com>; Sean Whelan <​​​​​​​​​​​​​​​​>; Matt Wood <matt.wood@realtimehbo.com>; Chelsea Braun <chelsea.braun@realtimehbo.com> |
| **Subject**: | 2227 CARDS |
| **Attachments**: | 2227 CARDS.docx; 2227 CARDS.pdf |

Hi all—This week's cards are attached. We included the Laura Loomer research, so we're not expecting anything more tomorrow morning unless Bill asks for additional stuff. Digital cards will be sent to Bill momentarily.

Joe

CONFIDENTIAL                                                                                                          DEFENDANTS00001740
ID00000012_0001