# EXHIBIT L



1



2

CONFIDENTIAL
ID00000013_0002

DEFENDANTS00001742



3

DEFENDANTS00001743



4

DEFENDANTS00001744



5

CONFIDENTIAL
ID00000013_0005



6

CONFIDENTIAL
DEFENDANTS00001746



7

CONFIDENTIAL
ID00000013_0007

DEFENDANTS00001747



8

CONFIDENTIAL
ID00000013_0008



9

CONFIDENTIAL
DEFENDANTS00001749
ID00000013_0009



10

DEFENDANTS00001750



11

DEFENDANTS00001751



12

CONFIDENTIAL
DEFENDANTS00001752
ID00000013_0012



13

CONFIDENTIAL
ID00000013_0013

DEFENDANTS00001753



14

CONFIDENTIAL
ID00000013_0014



15

CONFIDENTIAL
DEFENDANTS00001755
ID00000013_0015

**Laura Loomer's racist attack on Kamala Harris**

If Kamala Harris wins, the White House will smell like curry &
White House speeches will be facilitated via a call center and the
American people will only be able to convey their feedback
through a customer satisfaction survey at the end of the call that
nobody will understand.
        — Twitter (Sept. 8, 2024)

**Rep. Marjorie Taylor Greene's (R-GA) response:**

This is appalling and extremely racist. It does not represent who
we are as Republicans or MAGA. This does not represent
President Trump. This type of behavior should not be tolerated
ever. Laura Loomer should take this down.
        — Twitter  (Sept. 11, 2024)

16

CONFIDENTIAL
ID00000013_0016

**Laura Loomer in an online video selling dog food:**

I just ate dog food. It's human grade. Which means you and your dog can share a tasty, nutrient dense treat together. Order yours today.

**Roger Stone's comment on the video:**

Gross.

(Sept. 6, 2024)

17