# EXHIBIT N



CONFIDENTIAL
ID00000030_0001



CONFIDENTIAL



CONFIDENTIAL
DEFENDANTS00001853



CONFIDENTIAL
ID00000030_0004



CONFIDENTIAL
DEFENDANTS00001855



CONFIDENTIAL
DEFENDANTS00001856



CONFIDENTIAL
DEFENDANTS00001857

CONFIDENTIAL
DEFENDANTS00001858
ID00000030_0008



He says he doesn't smoke it and he hates the smell, but if one of those gummies can put Melania in the mood…





CONFIDENTIAL
ID00000030_0010



CONFIDENTIAL
DEFENDANTS00001861
ID00000030_0011



CONFIDENTIAL
DEFENDANTS00001862







CONFIDENTIAL
DEFENDANTS00001865



CONFIDENTIAL
ID00000030_0016



CONFIDENTIAL



CONFIDENTIAL
ID00000030_0018



CONFIDENTIAL
ID00000030_0019



CONFIDENTIAL



CONFIDENTIAL
ID00000030_0021
DEFENDANTS00001871





CONFIDENTIAL
DEFENDANTS00001873
ID00000030_0023



CONFIDENTIAL
DEFENDANTS00001874



**Trump's new BFF is a far-right activist named Laura Loomer.**

She's the worst thing in his ear since that bullet.

**She's a 9/11 truther, and Trump brought her with him to the memorial!**

I haven't seen Trump desecrate sacred ground like that since two weeks ago.

**Marjorie Taylor Greene called Loomer "extremely racist."**

Even better: Lauren Boebert says she's a complete jerkoff.



CONFIDENTIAL



CONFIDENTIAL
DEFENDANTS00001877



**Trump's been flying around the country with this woman, Laura Loomer. She accompanied him to the debate.**

It's a shame she's on his side, because the nickname "Loony Laura Loomer" is just sitting there.

She's a mail order bride from a strange foreign country – Florida.

"Laura Loomer" – because "Chrissy Crazypants" turned him down.

**She's into birther-ism, truther-ism, Pizzagate, "crisis actors" in school shootings, voting machines and illegals rig elections, you name it.**

She's never met a conspiracy theory she wouldn't spread.

You've heard of Florida Man? She's Florida Woman.

**She's also reportedly the one who told Trump Kamala isn't really Black.**

Anytime he says, "I'm hearing," it's from this cuckoo.

**She's a 9/11 Truther, so naturally Trump brought her as his date to the 9/11 remembrance ceremony on Wednesday.**

That's why he said, "Never forget the tragic events of 9/11, when the twin towers got eaten by Haitians."

**Before JD Vance, even, she was part of the group spreading the pet eating conspiracy.**

Or as I call them, "petters."

She's for MAGA Republicans who find Marjorie Taylor Greene too intellectual.

**On Sunday, she tweeted that if Harris is elected, "the White House will smell like curry" and "speeches will be facilitated via a call center."**

And Marjorie Taylor Greene tweeted back, "That's too racist even for me! And I'm into Jewish space lasers!"

**Marjorie really did tweet, "This is appalling and extremely racist. It does not represent who we are as Republicans or MAGA. This does not represent President Trump."**

Always so politically correct, that one.

Translation: get your hands off my man.

Wow, look who's jealous of the other white trash.

Prediction: these two will see each other soon, and immediately start pulling out each other's hair. Then, just when you think it can't get more redneck, Lauren Boebert will give the winner a handjob.

**Loomer says Taylor Swift and Travis Kelce are in an "arranged relationship" to "influence the 2024 election."**

Taylor Swift said, "Damn right I am."





CONFIDENTIAL
ID00000030_0031

That's quite a gesture considering that Melania refuses to touch Trump's hand.



CONFIDENTIAL
ID00000030_0032



CONFIDENTIAL
ID00000030_0033

DEFENDANTS00001883



CONFIDENTIAL



## MONOLOGUE



CONFIDENTIAL
DEFENDANTS00001886
ID00000030_0036



CONFIDENTIAL
DEFENDANTS00001887



CONFIDENTIAL
DEFENDANTS00001888



CONFIDENTIAL
ID00000030_0039

DEFENDANTS00001889



CONFIDENTIAL
ID00000030_0040



CONFIDENTIAL



**He really lost it when Kamala started insulting his rallies. She said that
"people start leaving early out of exhaustion and boredom."**

Like Melania whenever she sees him enter a room.



CONFIDENTIAL
ID00000030_0042



CONFIDENTIAL
ID00000030_0043
DEFENDANTS00001893