# EXHIBIT P

Message

| | |
|---|---|
| **From**: | Will Beeker [will.beeker@realtimehbo.com] |
| on behalf of | Will Beeker |
| **Sent**: | 9/12/2024 4:20:06 PM |
| **To**: | Bill Maher ▉▉▉▉▉▉▉▉▉; David Stenson <dave.stenson@realtimehbo.com>; markmonto ▉▉▉▉▉▉▉▉▉ Sheila Griffiths <sheila.griffiths@realtimehbo.com>; Joe Petro <joe.petro@realtimehbo.com>; Chelsea Braun <chelsea.braun@realtimehbo.com>; Dean Johnsen <dean.johnsen@realtimehbo.com>; Matt Wood <matt.wood@realtimehbo.com> |
| **Subject**: | Meeting Clarifications 9-12-24 |
| **Attachments**: | Meeting Clarifications 9-12-24.pdf |

PDF attached.

CONFIDENTIAL

ID00000025_0001

DEFENDANTS00001802