# EXHIBIT Q

Message

**From:** Joaquin Torres [joaquin.torres@realtimehbo.com]
**on behalf of** Joaquin Torres
**Sent:** 9/12/2024 8:44:47 PM
**To:** Bill Maher
**Subject:** SHOW 2227
**Attachments:** Mono(1st Draft)2227.pdf; Saves(1st Draft)2227.pdf; Intros(1st Draft)2227.pdf; CMA Snubs(2nd Revision)2227.pdf; New Rules(2nd Revision)2227.pdf; Editorial(4th Revision)2227.pdf; Plugs 2227.pdf; Pronunciations 2227.pdf

## SIMILAR JOKES:
N/A

## PRONUNCIATIONS:



--
Joaquin Torres
Co-Producer
Real Time with Bill Maher
323-575-7728  office
Joaquin.Torres@RealTimeHBO.com