# EXHIBIT R

MONOLOGUE (1st Draft)   SHOW 2227 – 9/13/24   1



Case 5:24-cv-00625-JSM-PRL   Document 151-18   Filed 11/10/25   Page 3 of 3 PageID 6024

MONOLOGUE (1st Draft)          SHOW 2227 – 9/13/24                              2

11. Trump has a new bullshit whisperer – Laura Loomer… She's for MAGA Republicans who find Marjorie Taylor Greene too intellectual.

12. She's into birther-ism, …9/11-truther, Pizzagate, "crisis actors" in school shootings, voting machines and illegal rigged elections, you name it. You've heard of Florida Man? She's Florida Woman.



CONFIDENTIAL                                                    DEFENDANTS00001896
ID00000036_0002