# EXHIBIT U

# Trump allies alarmed by Laura Loomer's influence on him

axios.com/2024/09/13/trump-allies-far-right-activist-loomer

September 13, 2024

9 hours ago - Politics & Policy



- Sophia Cai,
- Alex Thompson



Laura Loomer speaks to the media before the start of former President Trump's trial on April 15, 2024. Photo: David Dee Delgado/Getty Images.

Some Republicans are sounding alarms over far-right activist Laura Loomer's increasing presence in former President Trump's inner circle, concerned it's a sign he's moving deeper into a world of conspiracies and racism.

**Why it matters:** Trump's top advisers usually have been able to fend off or limit fringe characters' access to him during much of this campaign, but now it appears that he's insistent on letting in more of them in.

**Driving the news:** On Thursday, Sen. Lindsey Graham (R-S.C.) joined another Trump ally, Rep. Marjorie Taylor Greene (R-Ga.) in expressing concerns about Loomer's access to Trump and a racist post Loomer made about Vice President Harris this week.

DEFENDANTS00000028

ID00000208_0001

- "Marjorie Taylor Greene is right. I don't say that a lot... but the history of this person is just really toxic...I don't think it's helpful at all," Graham told the Huffington Post, referring to Loomer.
- Greene, a GOP firebrand known for her politically provocative speeches in Congress, has had a series of disagreements with Loomer long before this week.
- Late Wednesday, Greene denounced Loomer for a post on X in which Loomer said that if Harris is elected president the White House, "will smell like curry & White House speeches will be facilitated via a call center" an apparent reference to Harris' South Asian heritage.
- "This is appalling and extremely racist," Greene replied to Loomer on X. "It does not represent who we are as Republicans or MAGA. This does not represent President Trump. This type of behavior should not be tolerated ever."

**Zoom in:** Loomer, a twice-failed congressional candidate in Florida, is frequent guest of Trump's at Mar-a-Lago, has called the 9/11 attacks an "inside job," and described herself as a "proud Islamophobe." She has 1.2 million followers on X.

- She has spent significant time with the ex-president this week, flying on his plane to the debate in Philadelphia and appearing with him on the sidelines of the 9/11 memorial ceremonies in New York City and Shanksville, Penn., on Wednesday.
- Her presence at the 9/11 ceremonies in particular drew groans from several Republicans who back Trump. "I don't understand what the issue is about me going to the 9/11 memorial," Loomer told CNN, adding that those at the ceremony were "very happy to see me."
- Critics also noted that this week, Loomer was among those making false posts on X about immigrants killing and eating dogs and cats in Ohio — a claim that Trump made in Tuesday's debate.

**The Trump-Loomer admiration fest** is well documented. He's given her shout-outs while on stage at his rallies, and sent her handwritten notes in response to her tweets.

"Laura — I hear you! Sounds good to me," Trump wrote in August 2023 next to a printed out Loomer tweet that read: "Traitors in your own camp is danger I will sniff them all out in 2025."

- "Laura — Happy birthday — You are fantastic!" Trump wrote in response to Loomer's request to have dinner with Trump for her birthday.
- Loomer said this week she doesn't work for Trump.

**The big picture:** Trump's senior advisers have tried for the past 1½ years to keep fringe provocateurs from appearing with him, at least in public.

DEFENDANTS00000029
ID00000208_0002

- After white nationalist Nick Fuentes dined with Trump at Mar-a-Lago in 2022, top campaign aides coordinated to try to make sure that someone was always with Trump to screen potentially politically damaging dinner guests, Axios previously reported.
- When Trump wanted to hire Loomer last year, co-campaign manager Susie Wiles sat in on her interview with Trump but made sure Loomer wasn't hired, Axios learned.

**But recently,** Trump has been furious that his successful June debate against President Biden led to Biden being replaced on the Democratic ticket by Harris, who has erased Trump's big lead in the polls.

> The developments appear to have led Trump to question to his own campaign advisers, and insist on bringing in other voices such as past adviser Corey Lewandowski.

**What they're saying:** "Anyone who thinks they know what is going on — whether people on the outside or reporters — is full of sh*t and simply trying to stir up fabricated stories," Trump campaign spokesperson Steven Cheung said.