# EXHIBIT V

Message
---

| | |
|---|---|
| **From:** | Sheila Griffiths [sheila.griffiths@realtimehbo.com] |
| **Sent:** | 9/13/2024 10:48:46 AM |
| **To:** | Bill Maher |
| **Subject:** | Fwd: Trending morning stories 9-13-24 |
| **Attachments:** | Biden Poised to Approve Ukraine's Use of Long-Range Western Weapons in Russia - The New York Times.pdf; ABC News - Charges expected in Iranian hack of Trump campaign Sources.pdf; Bomb threats force second consecutive day of school closures in Springfield, Ohio_compressed.pdf; Bipartisan group of lawmakers signs pledge to certify 2024 election results - Live Updates - POLITICO.pdf; CBS News - Boeing workers go on strike after overwhelming votes to reject contract offer and walk off the job.pdf; America's stores are winning the war on shoplifting _ CNN Business.pdf; China approves plan to raise retirement age from January 2025 _ Reuters_compressed.pdf; Dutch aim for migration clampdown as government sees _asylum crisis_ _ Reuters.pdf; Exclusive _ Elon Musk Secretly Funded Attacks on George Soros-Backed Prosecutor in Texas - WSJ_compressed.pdf; Forbes - Trump Vs Harris 2024 Polls Harris Up 5 Points In Early Post-Debate Surveys.pdf; Harris vs. Trump_ Who is leading the polls_ _ Reuters_compressed.pdf; NBC News - Far-right activist Laura Loomers access to Trump reveals a crisis in his campaign.pdf; Nebraska ballot will include competing measures to expand or limit abortion rights, top court rules _ AP News_compressed.pdf; New York Times - After Bomb Threats and Political Vitriol Ohio Mayor Says Enough.pdf; North Dakota's Abortion Ban Is Overturned - The New York Times.pdf; North Korea offers rare glimpse into secretive facility to produce uranium _ AP News_compressed.pdf; Reuters - Russia expels six UK diplomats as tensions rise over Ukraine missiles.pdf; Sleeper we're watching_ Maryland's Senate race.pdf; TGIF_ Concepts of a Plan _ The Free Press_compressed.pdf; Trump allies alarmed by Laura Loomer's influence on him_compressed.pdf; The 'feral 25-year-olds' making Kamala Harris go viral on TikTok - The Washington Post.pdf; Trump and Harris battle for youngest swing voters_compressed.pdf; Trump Calls for Ending Taxes on Overtime Pay in Tucson Speech - The New York Times.pdf; US locks in steep China tariff hikes, many to start Sept. 27 _ Reuters_compressed.pdf |

**Subject: Trending morning stories 9-13-24**

--**Bomb threats on Friday forced the evacuation and closure of public schools and municipal buildings for a second consecutive day in Springfield, Ohio, as the city continues to deal with sudden national attention due to false claims involving its Haitian population**
https://www.nbcnews.com/news/us-news/bomb-threats-force-second-consecutive-day-school-closures-springfield-rcna171043

--**Some Republicans are sounding alarms over far-right activist Laura Loomer's increasing presence in Trump's inner circle, concerned it's a sign he's moving deeper into a world of conspiracies and racism. Loomer, who has pushed a number of conspiracy theories, was on Trump's plane to the debate and accompanied him to memorial services on Sept. 11**
https://www.nbcnews.com/politics/2024-election/far-right-activist-laura-loomer-access-trump-crisis-campaign-rcna170915

--**The Biden administration locked in steep tariff hikes on Chinese imports, including a 100% duty on electric vehicles, to strengthen protections for strategic domestic industries from China's state-driven excess production capacity**
https://www.reuters.com/business/us-locks-steep-china-tariff-hikes-many-start-sept-27-2024-09-13/?

--**America's stores are winning the war on shoplifting. Retailers have added ways to prevent theft and are getting more assistance from many local and state governments. In California, for example, Gov. Gavin Newsom last month signed legislation creating stricter penalties for retail theft, including longer sentences for large-scale theft rings and lower thresholds for prosecutors to charge people for felony thefts**
https://www.cnn.com/2024/09/13/business/theft-retail-shrink-stores/a

CONFIDENTIAL
ID00006254_0001
DEFENDANTS00005796

--Trump, campaigning in Arizona, called for the elimination of taxes on overtime pay
https://www.nytimes.com/2024/09/12/us/politics/trump-debate-tucson-rally-arizona.html?campaign_id=9&emc=edit_nn_20240913&instance_id=134212&nl=the-morning&regi_id=85791462&segment_id=177687&te=1&user_id=740acb6931cc0ec08ad940954d7d58b3

--Reasons to love the U.S. economy: Innovation, Dynamism, Trade, and Demographics. A list of Europe's economic shortcomings is a reminder of the strength that underpins the U.S. economy
https://www.axios.com/2024/09/12/us-economy-strength-report?utm_source=newsletter&utm_medium=email&utm_campaign=newsletter_axiosam&stream=top

--North Korea for the first time showed images of the centrifuges that produce fuel for its nuclear bombs, as leader Kim Jong Un visited a uranium enrichment facility and called for more weapons-grade material to boost the arsenal
https://apnews.com/article/north-korea-nuclear-uranium-kim-feedc5606c455a94fcee67fa50e1236d

--China's top legislative body has approved a proposal to raise the country's retirement age, accelerating an overhaul of decades-old laws to tackle the economic pressure of a shrinking workforce. China's retirement ages are currently amongst the lowest globally. The retirement age will be raised for men to 63 years old from 60, while for women in white collar work it would be raised to 58 years from 55. For women in blue collar work it will be increased to 55 from 50.
https://www.reuters.com/world/china/chinas-legislature-approves-draft-proposal-raise-retirement-age-2024-09-13/?utm_source=Sailthru&utm_medium=Newsletter&utm_campaign=Daily-Briefing&utm_term=091324&user_email=821dd1c178bf7bc8245760fec5eb447461e9386be5c3ae8769f9413abb939519&lctg=61f03618f3830d2bb45e281b

**--33,000 Boeing assembly workers walked off the job today after union members voted overwhelmingly to go on strike after** rejecting a tentative contract that would have increased wages by 25% over four years
https://www.cbsnews.com/news/boeing-strike-overwhelming-vote/

--Biden appears on the verge of allowing Ukraine to launch long-range Western weapons deep inside Russian territory, as long as it doesn't use U.S. arms. Putin warned yesterday that allowing long-range strikes "would mean that NATO countries, the United States, and European countries are at war with Russia"
https://www.nytimes.com/2024/09/12/us/politics/biden-ukraine-weapons.html?utm_source=newsletter&utm_medium=email&utm_campaign=newsletter_axiosam&stream=top

--Coin-toss election gives young voters new sway. For Trump, that means gunning for the "bro" vote with testosterone-fueled appearances on podcasts and at UFC fights. Harris is betting that young women — who appear to be moving left much faster than young men are moving right — turn out in record numbers, in part because of the GOP's assault on abortion rights
https://www.axios.com/2024/09/13/trump-harris-campaign-young-voters

--Democrats' already brutal Senate map took another hit yesterday: The Cook Political Report moved Montana from "toss-up" to "lean R" away from Democrat Sen. Jon Tester
https://www.axios.com/2024/09/13/maryland-senate-race-alsobrooks-hogan-polling?utm_source=newsletter&utm_medium=email&utm_campaign=newsletter_axiosam&stream=top

--Reuters/Ipsos poll: Kamala Harris leads Donald Trump 47% to 42% in the race to win the presidential election, increasing her advantage after a debate against the former president that voters largely think she won. Trump said he would not participate in another presidential debate

CONFIDENTIAL                                                                                                                              DEFENDANTS00005797
ID00006254_0002

https://www.reuters.com/world/us/harris-builds-lead-over-trump-voters-see-her-debate-winner-reutersipsos-poll-2024-09-12/?utm_source=Sailthru&utm_medium=Newsletter&utm_campaign=Daily-Briefing&utm_term=091324&user_email=821dd1c178bf7bc8245760fec5eb447461e9386be5c3ae8769f9413abb939519&lctg=61f03618f3830d2bb45e281b

--Dutch aim for migration clampdown as government sees "asylum crisis"
https://www.reuters.com/world/europe/dutch-aim-migration-clampdown-government-sees-asylum-crisis-2024-09-13/

--Russia expels 6 UK diplomats as tensions rise over Ukrainian missiles, which the UK says was a tit-for-tat reaction to their removal of diplomatic status from several Russian properties in May
https://www.reuters.com/world/europe/russia-revokes-accreditation-six-uk-diplomats-interfax-reports-2024-09-13/

--Federal prosecutors are expected to file criminal charges next week in connection with the Iranian email hack of the Trump campaign
https://abcnews.go.com/Politics/charges-expected-iranian-hack-trump-campaign-sources/story?id=113660527

--More than 30 House members, including a half-dozen Republicans, have signed a bipartisan pledge to uphold the results of the 2024 election amid an increased focus on Congress' role in certifying the tally next January
https://www.politico.com/live-updates/2024/09/13/congress/house-centrists-vow-to-certify-2024-election-00178945

--Elon Musk secretly channeled hundreds of thousands of dollars into a local race in Travis County, Texas, in an unsuccessful effort to unseat a prosecutor who had won the office with the backing of the investor and Democratic donor George Soros
https://www.wsj.com/us-news/elon-musk-texas-da-jose-garza-oust-atempt-206db043?st=0r4kfh0mlpe0euo

--A judge overturned North Dakota's near-total abortion ban, saying that the State Constitution protected the right to an abortion until fetal viability. While the judge's order means that abortion will become legal soon, the procedure will remain largely unavailable because the only clinic in the state moved to Minnesota
https://www.nytimes.com/2024/09/12/us/north-dakota-abortion-ban-overturned.html?campaign_id=9&emc=edit_nn_20240913&instance_id=134212&nl=the-morning&regi_id=85791462&segment_id=177687&te=1&user_id=740acb6931cc0ec08ad940954d7d58b3

--Nebraska ballot will include competing measures to expand or limit abortion rights, top court rules
https://apnews.com/article/abortion-ballot-measures-nebraska-a545d1cb44b18cf37084e4a62e27019a

--The 'feral 25-year-olds' making Kamala Harris go viral on TikTok. Harris's "digital rapid response" operation and all-Gen-Z TikTok team are tapping the trends and rhythms of internet culture to create an online presence that's unique in presidential politics
https://www.washingtonpost.com/technology/2024/09/13/harris-tiktok-social-media-team/?

--Sean Hannity: Donald Trump isn't just facing off against Kamala Harris. Trump is running against our vicious, powerful institutions, Hannity says
https://www.foxnews.com/media/sean-hannity-donald-trump-isnt-just-facing-off-against-kamala-harris

CONFIDENTIAL

ID00006254_0003

DEFENDANTS00005798

--**Nellie Bowles TGIF: Concepts of a Plan — Kamala wins the debate, Trump hangs with a 9/11 truther, Biden enjoys retirement-in-office, the media cheers censorship, and OnlyFans models are thriving. Plus: Is anyone actually eating dogs?**
https://www.thefp.com/p/tgif-concepts-of-a-plan

CONFIDENTIAL DEFENDANTS00005799
ID00006254_0004