# EXHIBIT W

Message

| | |
|---|---|
| **From:** | The Free Press [bariweiss@substack.com] |
| **Sent:** | 9/13/2024 3:02:03 AM |
| **To:** | Bill Maher |
| **Subject:** | TGIF: Concepts of a Plan |

<u>View in browser</u>

# TGIF: Concepts of a Plan

*Kamala wins the debate, Trump hangs with a 9/11 truther, Biden enjoys retirement-in-office, the media cheers censorship, and OnlyFans models are thriving. Plus: Is anyone actually eating dogs?*

NELLIE BOWLES

SEP 13 · PAID



   

READ IN APP ↗



Kamala Harris listens to Donald Trump speak during this week's presidential debate. (Photo by
SAUL LOEB/AFP via Getty Images)

*Readers, I won't tell you that I haven't enjoyed my leave. The days and hours are
shapeless, and I mean that in a good way. With the yoke of the almighty column off my
neck, I realized a few things. Namely, and I mean this in the most feminist way possible,
I was built to have kids. I've had hangovers that took more recovery than birthing our
perfect, giant son. How big, you ask? Have you ever seen a foot-tall sumo wrestler? An
infant with the head circumference of a man and no neck to speak of whatsoever, at all?
Have you ever had to engage your leg strength to lift your newborn child? I have.*

*Frankly, if it were 200 years ago, I would be in a wagon, skinning rabbits and cruising
across Oregon with my fifteen tiny, alarmingly strong future colonizers by now. But we
don't live then. We live now.* **TGIF** *is the rabbit. And so, it's great to be back. Thank you
to all the incredible* **TGIF** *guest writers—and thank you to the comments section for
ravaging them.*

**→ Old man and the coconut tree:** So far the two presidential debates have been the
best TV I've seen in years—more than 67 million Americans watched this week's Trump
vs. Kamala extravaganza. Which means they watched Kamala handily win the night.
Sorry, I call them like I see them. She took the moderators' questions like an
Impressionist painter, more as a suggestion of a thing than a thing itself, and launched
time and again into sharp talking points. She met Trump's off-kilter rambles with a
bemused smile, which is much more effective than the left's typical carnal shriek. Sure,
the moderators were biased toward her, letting her repeat debunked memes (for the last
time, he really didn't call neo-Nazis "very fine people"). But you can't always blame the
refs.

Trump tried to do an "I'm talking" moment to, I guess, remind viewers that Kamala had
done that four years earlier, but it just came off as petty and weird: "Wait a minute," he
said to her. "I'm talking now, if you don't mind, please. Does that sound familiar?" Then,
for some godforsaken reason, he randomly invoked Viktor Orbán as his primary character
witness to prove that he is beloved and respected on the world stage. And then there was
Kamala going for the jugular: Trump rally vibes are off. She said, "People start leaving his
rallies early out of exhaustion and boredom."

Give whomever prepped her a prize, a raise, and, since we don't do ass slaps anymore, a
firm handshake. It short-circuited Trump. Lest we forget, Trump once made a grown

man—his press secretary, Sean Spicer—hold an entire underline briefing about how the Trump inauguration was "the largest audience to ever witness an inauguration, period, both in person and around the globe." The man was president of the United States, sitting in the Oval Office, able to command the greatest military ever assembled, and it's still just all about the ratings.

One interesting turn is that some of the wackiest progressive policies, policies that Kamala Harris heartily endorsed in a more exciting era, now come across as crazy and bizarre to even ask about. When Trump said that Kamala Harris "wants to do transgender operations on illegal aliens that are in prison," he was saying something that is quite literally true (here's the CNN story on that exact position of hers). But it *sounds crazy.* And Kamala reacted as if it *was* crazy ("What is he talking about?" she said, smiling toward the audience). Trans aliens became a meme with *BuzzFeed*'s headline: "Donald Trump Might Have Said One Of The Most Baffling Things Of His Career In The Debate, And The Internet Is Having A Field Day." But. . . but. . . she *did* support that! No, the media says now; no, she did not. Here's the stately *New Yorker* with their political analysis of the debate: "His line about how the Vice-President 'wants to do transgender operations on illegal aliens that are in prison' was pretty memorable, too. What the hell was he talking about?" We have all been normal moderates all this time, silly goose. What are you even talking about? *<Hides the incarcerated and medically transitioned illegal aliens under the bed>*

Meanwhile, we're told that Trump is doing fake news when he talks about Seattle's antifa occupation. Fact check: false, says *The Seattle Times.* He said it was *big* but it was *only* six square blocks *and a police station* in a major commercial and residential neighborhood. Not big! Medium! False, the paper screams:



**The Seattle Times** ✔
@seattletimes

Trump falsely claimed during the presidential debate Tuesday that protesters took over a big portion Seattle during the Capitol Hill Organized Protest in 2020.

Trump did bring plenty of random chaos to the debate. He latched onto the viral (and completely unverified) story of Haitian migrants in Ohio stealing pets to eat. On immigration, he said: "In Springfield, they're eating the dogs. The people that came in, they're eating the cats. They're eating, they're eating the pets of the people that live there. And this is what's happening in our country, and it's a shame." How come it's always the sweet dogs in Springfield and not my own, who I loved but who bit a man who works for State Farm and had to be sent to Pittsburgh and now here I am learning about liability limits? I could have used someone hungry for dog stew. . .

→ **Stewed the pooch:** There are plenty of interesting conservative talking points right now. Government incompetence, taxes, things such as that. But the Trump campaign and the right in general have seized upon something much more deranged and also not true: Haitian migrants are eating your pets! In Ohio!

Here's J.D. Vance on the topic: "Months ago, I raised the issue of Haitian illegal immigrants draining social services and generally causing chaos all over Springfield, Ohio. Reports now show that people have had their pets abducted and eaten by people who shouldn't be in this country. Where is our border czar?" Not only are they *not* eating pets, but Haitians are, in fact, not committing a disproportionate amount of crime.

But there is an emotional truth, which is that immigration has soared and people know there are large demographic shifts going on (I'm stealing this from the writer Razib Khan, much like I steal cats to eat). During these years of massive waves of immigration, the line has been that talking about this at all is racist, and anything but open borders is fascism. And that all these new undocumented immigrants need to start voting right away, which will be great for Dems, but also that that is not happening and never will happen, nope. Anyway, here's some data pulled together by *The Wall Street Journal* last week:

DEFENDANTS00005829



Net immigration to the U.S.

The colored bars show the components of net immigration, which the CBO categorizes into three main groups: lawful permanent residents, nonimmigrants and other foreign nationals.

Now, there is indeed a viral photo of a black man carrying a goose. We don't know what's going on there. But I will say: Geese are fair to eat. They're birds, like chickens. We had a flock of geese in San Francisco, and I would go as a kid with my grandma to feed them old bread, and some of those geese were real jerks, flapping aggressively, stealing the loaf. So as an expert I'll say: American geese have gotten too comfortable. We feed them bread, and yet they never feed us? Uh, freeload much? If someone grabs one for dinner every once in a while, that's probably good. Keep them on their little webbed toes.

→ **Concepts of a plan:** Trump has long railed against Obamacare. He's railed against it for so very long that you'd definitely think he had a good alternative in mind, right? During the debate, moderators asked for any specifics on his healthcare plan.

FORMER PRESIDENT DONALD TRUMP: If we can come up with a plan that's going to cost our people, our population, less money and be better healthcare than Obamacare, then I would absolutely do it. But until then I'd run it as good as it can be run.

ABC'S LINSEY DAVIS: So just a yes or no, you still do not have a plan?

FORMER PRESIDENT DONALD TRUMP: I have concepts of a plan.

How come Trump always manages to sound like a husband losing a fight? "Concepts of a plan" feels very "How was I supposed to know you wanted the dishes clean?" to me. Very "If you don't want me to flirt with your sister you shouldn't invite her over." How am I going to pay the mortgage when I spent five hundred dollars on video games this month? Honey, I have *concepts* of a plan, okay?

→ **Biden enjoying a beautiful retirement:** He is still technically president of the United States, technically sitting in the world's most powerful office. But the American media has made a gentleman's agreement to pretend that is not the case anymore at all. To bring it up is pretty rude, actually. Biden is just a lovely man in retirement now, an elder statesman who deserves to sit under his fig tree. When the phone rings at 3 a.m. for the president, it just keeps ringing and ringing, and that's fine. Haven't we put this man through enough? Can you just let him watch Turner Classic Movies and eat his melon in peace?

Asked about his plans recently, Biden put it beautifully: "I'm going up to my granddaughter's birthday in New York. Then we're going to watch the debate and tomorrow I'm doing 9/11." As though he was hitting up bingo. Happy 9/11, Mr. President. Hope it's a good one.

It's funny because we're also supposed to believe that Kamala Harris has no connection to the White House right now either.



**POLITICO** ✔
@politico

'Our corrupt leadership': Vance tries to tether Harris to Biden during Michigan rally

She's not part of our leadership. That's just Biden, and he retired years ago. Why do you keep bringing this up?! Stop being so obsessed with who the president is!

→ **Not Laura Loomer:** Trump's entourage is always a rogue's gallery. But for now I'll
highlight Laura Loomer, a conspiracy-minded conservative influencer, who is traveling
with the former president. She says that 9/11 was an inside job, naturally. And here's what
she wrote about Kamala Harris this week:

 **Laura Loomer** ✔
@LauraLoomer                                                    Subscribe     ···

If @KamalaHarris wins, the White House will smell like curry & White
House speeches will be facilitated via a call center and the American
people will only be able to convey their feedback through a customer
satisfaction survey at the end of the call that nobody will understand.

Majorie Taylor Greene—she of "Jewish space lasers" notoriety—said this of Loomer's
tweet: "This is appalling and extremely racist. It does not represent who we are as
Republicans or MAGA. This does not represent President Trump. This type of behavior
should not be tolerated ever."

Okay, if Marjorie Taylor Greene is all, "this is appalling and extremely racist," you are
squarely in blackface territory. That's like Danny DeVito calling you short.

→ **Comings and goings:** Dick Cheney endorsed Kamala Harris. Mr. Cheney, Darth
Vader of my adolescence, chief pilot of the military-industrial complex, Welcome to the
Resistance. Meanwhile, Alan Dershowitz left the Democratic Party. So presumably,
Welcome to MAGA, Dersh. Though he's still sort of soft-pedaling it, with a *Wall Street
Journal* confessional op-ed this week: "Will I Have to Vote for Donald Trump?" And
Taylor Swift comes out—or maybe calls herself in—for Kamala, signing off as "Taylor
Swift, Childless Cat Lady." Cue the most insufferable time of the year: endorsement
season.

→ **Miami didn't work out for you, eh?** The prominent venture capital firm
Andreessen Horowitz is closing its Miami office, tail between legs. See, with much fanfare,
a few years ago the tech rich decided instead of fighting for a place of great beauty like San
Francisco, they'd throw their hands up and leave for the boiling alligator swamps of
Florida. Instead of silly woke politics and some annoying anti-housing leftists, all of which

can be defeated, they wanted mosquitos the size of cats and MS-13, both of which cannot
be defeated. Okay, and <u>bikinis, bottles, models, and neon Lambos</u>. We don't have those
things in San Francisco, fine. We do have one really beautiful bakery that's open for three
hours per week and instead of bikinis, there's one ratty fleece quarter zip perennially tied
loosely around the waist, really hiding anything good you got going on there.

Anyway, Miami didn't work! Sorry, guys! Welcome back. Here's your pronoun pin. Bakery
is open every third Thursday of the month.

→ **Alarm as Asian enrollment is up:** With the fall of affirmative action, some schools
are reporting an alarming trend. Brace yourselves. When admissions officers can't be as
openly racist, white enrollment remains stable and. . . ASIAN ENROLLMENT GOES UP.
Here's how Brown's student newspaper, *The Brown Daily Herald*, <u>responded</u>: "The
Herald's first-year poll also outlined early warning signs of marked decreases in the share
of Black and Hispanic students and an increase in Asian students." Yes, early warning
signs of. . . an increase in Asian students. Gird your loins, Brown. The school perhaps
needs an early warning alarm system. Life Alerts around campus if it feels too Asian,
perhaps. The blue light system, but for when you see someone using Weibo.

Admissions officers used to have a simple tool kit: racial justice quotas, Hezbollah loyalty
tests, and assurances that the white admits all came with funding to build a new gym.
Now? Now the Supreme Court has made them look at *scores* and *grades*.

→ **Penn to stop issuing political statements:** I don't know why this is news. I don't
know why our nation's various random nonprofit institutions decided they would all issue
statements on every political moment, but they did and they didn't stop. I'm still getting
emails from a juice bar about justice and assurances that my pilates studio stands on the
right side of history.

Now, after a backlash from "academic freedom" types, a backlash that was characterized
as crazy right-wing derangement, the universities are all <u>solemnly declaring</u> that they will
stop issuing random political statements of the communist variety and now issue
statements only when it's relevant to the university or the broader issues of academia.
Which does seem intuitive. Here's the University of Pennsylvania: "The University will
issue messages on local or world events rarely, and only when those events lie within our
operational remit."

This is the nightmare world that the academic freedom people wanted. Indeed, this is the hell that *Free Press* readers have wrought. What will you do if your federally funded university doesn't issue a statement on every news event? How will you know what to condemn if a random dean hasn't done it first?

→ **License and pregnancy test, please:** The state of Texas is suing to block a federal rule that would protect the privacy of medical records for women crossing state lines for abortions. Texas wants to be able to see those medical records. Because if a woman crosses state lines for an abortion, Texas wants to be able to punish her for it and, I don't know, issue sanctions against the doctors like they're mullahs. Soon many women may well be considered normal ladies in blue states and full-on murderers in red states. The stakes are high: If blue state women have to cancel their Nashville bachelorette's where the plan was a pedal bus party, brunch, a stripper, and another brunch, the entire economy of Tennessee falls.

Kamala very successfully dodged the question of abortion limits in the debate—it's too unsavory to admit that in the blue state version of ideal abortion laws, there are no real limits. It's rare to do it late, but that's not the point—the point is that it's legal. Everyone tries to pretend that's not true while also saying it's great. Americans would sooner eat house cats than compromise, but compromise we must, if for nothing else than to save America's Bachelorettes.

*More on Iranian nukes, OnlyFans millionaires, and Phoenix's self-driving cars below, after a word from* **David Mamet***, Free Press cartoonist extraordinaire:*

CONFIDENTIAL
ID00006323_0009

DEFENDANTS00005834



→ **Iran not sure whether to build a nuke super quick or what:** The Ayatollah Khamenei is carefully watching polls. Because if it looks like Trump's going to win, then Iran is planning to really quickly finish building their nukes, according to reporting from *The Free Beacon*. However, if Kamala's going to win, then it's cool and they don't need to rush. Why? Because the Ayatollah knows that Kamala's foreign policy, helmed by <u>Philip Gordon</u>, is going to be deeply loving of Iran. It's basically the only thing we know *for sure* about her administration's policy agenda. So if she wins, Iran doesn't need to build a nuke. We'll give it to them!  It'll be part of a special American peace offering to Iran, where America gives Iran nukes and five of our most annoying gays to be thrown off their ancient gay-throwing roofs (I vote myself to be one!).

And then from Iran, we will get much: Iranian leaders will continue chanting "death to America" (very good), arming Houthis and Hezbollah (yes), training groups that want to bomb Jewish preschools in Paris (you shouldn't have!), and forming a new <u>center of gravity</u> with Russia and China (which feels like decolonization, like are Russians really white? Because to me, genuinely, they feel kind of like an edge case—and I say "let the subaltern speak!").

→ **More censorship, please! Do it!** Something happened when Elon Musk bought Twitter. It made the mainstream media short-circuit. They lost their already fragile minds. <u>They left</u> for places like Bluesky and decided that actually, Mark Zuckerberg was Now Very Good and Threads is their new forever home. So now, when governments like Brazil ban Twitter, the mainstream media is very, very pleased. Did you know Twitter in Brazil was allowing political opponents to write mean things about the socialist president? Seems super wrong. Here's the <u>tone</u> of the <u>coverage</u>:

**Brazil**

## Lula says Elon Musk's wealth does not mean world must accept his 'far-right free-for-all'

"Far-right free-for-all," in this case, means Elon Musk is allowing critics of the sitting Brazilian president to keep posting on Twitter. He thinks they ought to be able to tweet. How dare he allow that! Criticizing the president is a threat to democracy, as we all know. This isn't a tailgate. We're not a *free for all*. In fact, having two parties at all is a threat to

democracy. I cannot wait till Kamala Harris's staff gets to define what is "a threat to democracy." (It's this column.)

As for Musk, instead of giving in to this call to purge political dissidents, he's saying he's okay losing a huge Twitter market. He's a nut, absolutely, but that is remarkable. Me, I would sell Brazilian dissidents out immediately. And this is how *Wired*, once a great tech publication, underlines{covers the situation}:

> **LESS THAN TWO** years after <u>taking over Twitter</u>, <u>now X</u>, Elon Musk has managed to lose the company access to its third largest market and reportedly more than <u>40 million users</u>. And despite <u>his bravado online</u>, he seems to have backed himself into a corner.

A huge democracy censored dissident speech online and kicked a company out of the country, but the story *Wired* sees is that Musk "backed himself into a corner." Bravado and such. Threats to democracy.

→ **There is so much money in OnlyFans:** The success of OnlyFans cannot be overstated, and new numbers show just how massive the growth has been (I will make no sex jokes or innuendos in this item; I'm an old-school feminist and I disapprove of everything about porn and of sex more broadly, and of women wearing anything but sensible, comfortable clothes in layers).

"In 2024, OnlyFans generated $6.3 billion in gross revenues, up from $300 million five years earlier," writes Matthew Ball in the smart blog *Profits and Loss*. "OnlyFans revenues are now believed to be twice that of pornography giant Aylo, which owns PornHub, Brazzers, RedTube, YouPorn, and XTube." And OnlyFans creators have collected $5.3 billion in 2023 alone. "As a point of comparison, total NBA salaries during the 2023–2024 season was $4.9B." To be fair, the NBA is way less good at bouncing balls. (Okay, I lied.)

Now, I like that porn kingpins are falling and that individual content creators are making money and owning their work, I suppose. On the other hand, I do think it's bad that everyone is just a micro–porn producer now. On a third hand, after reading this I

CONFIDENTIAL

ID00006323_0012

immediately sent it to our business team. Perhaps we can learn something here, I Slacked, in what surely will one day show up in litigation. OnlyFans for the radical centrist? Spend $3 to send Douglas Murray a digital rose and then he'll. . . read another poem to you dorks? And $5 bucks a month to watch Olly eat lunch at his desk? Just an idea.

→ **Waymo is a miracle:** In other pro-tech takes, three cheers for Waymo, the driverless car company. They just underlined released data on their journeys in Phoenix and San Francisco. How's it been going? Very, very well. "Waymo vehicles get into injury-causing crashes less than one-third as often, per mile, as human-driven vehicles," writes Timothy Lee, who has a great newsletter about AI. "Out of the 23 most serious Waymo crashes, 16 involved a human driver rear-ending a Waymo. Three others involved a human-driven car running a red light before hitting a Waymo. There were no serious crashes where a *Waymo* ran a red light, rear-ended another car, or engaged in other clear-cut misbehavior." I'll say it: As a busy mom of two, and as a woman, this thing drives way better than me.

Media coverage obsesses over every error a self-driving car makes. And rightly so, to some extent (we cover the planes that crash). But humans are horrible drivers. Think about the people you see wandering around the streets. Honestly, even think about your various family members. Really think about them. I'm not naming names (Mom) or incidents (parking lot of the drugstore, Exit 32, over Christmas '98) but really consider it. Should the people you know and love (and appreciate!) helm a two-ton machine screeching through the world at 85 mph? Probably not.

→ **The antinatalists are about to win big:** Kamala Harris has a new Climate Engagement Director, Camila Thorndike, who was in one of those trend stories where everyone talks about how they can't have kids because of climate change. Her take featured in *The Washington Post* is tender and a little heartbreaking: "It's coming partly from a place of love for my hypothetical child. I want to protect them from suffering. Not that life is ever free from suffering, but. . . what of the joys and peace and goodness that make me happiest to be alive will be accessible in 20, 30, 40 years?" Me, I look at my kids and I think: My job is to train you to live on literal lava and on that lava you must construct a small village and give me grandchildren. I look at their sweet faces and think: No, I won't cut the edges off this bread *again but differently*, why? Because one day you'll have to go to war for water, and I want you to win. (Okay, I did cut it differently but that is the *last time*.)

The *Los Angeles Times* gifts us this week with another in the genre:

CLIMATE & ENVIRONMENT

# 'It's almost shameful to want to have children'

I'm okay with the antinatalists, and I suggest you make peace as well. Because sometimes cultures die out. Happens all the time, historically speaking. Some of us now simply got too advanced. And while usually, historically, that means we would kill others and expand, in this case we got so advanced we decided to end our project altogether. Cut the music! We're going home! There's no policy that reverses the trend (socialist utopias in Europe are having the same issues as right-wing utopias in Europe). Dog strollers are outselling baby strollers in Korea now.

The smartest people are dying off by choice, god bless 'em. Which is why I'm glad I'm dumb. Dumb and happy. And we have to celebrate these beautiful, intelligent cultures as they think themselves dead: Korea was spectacular! The Nordic countries did some cool stuff with furniture! We will miss you! My illiterate but copious descendants won't be able to read about you, obviously. But that's okay. You did your best.

*I have to admit something: While on leave, I've gone on a coconut journey. Was I coconut-pilled? I was. I was pure Grade A Coconut for a few weeks there. Then I asked myself: Do I know anything about what Kamala Harris will do as president? And: Has she been a particularly effective vice president? These questions shook me out of my coconut mariachi trance, and I return to you ready to see the world clearly. But wow. It was fun.*

This column is brought to you by household staffing that would make *Downton Abbey* blush. Also: **Suzy Weiss**, **Olly Wiseman**, **Julia Steinberg**, **Coby Weiss**, and **Natalie Ballard**.

*And where do you TG? As always, submit to TGIF@thefp.com.*

**Talya and Elizabeth write:** *TGIF'ing from a mother/daughter trip to Glacier National Park in Montana, USA, while simultaneously TGNICBS'ing (Thanking God Nellie Is Coming Back Soon).*

DEFENDANTS00005839



**Simon writes**: *Catching up on TGIF before climbing Big Daddy dune at <u>Sossusvlei</u> in Namibia. Been missing Nellie's distinctive sense of humor but delighted she is returning imminently!*

CONFIDENTIAL
ID00006323_0015



**Annie writes**: *Reviewing my family's weekly calendar, while being inspired by the note my husband left for me on it.*

ID00006323_0016



**Sharon writes**: *While enjoying TGIF as we watched Old Faithful, a man sitting behind us asked, "Free Press?"*



**Kyle writes**: *On Amtrak from Boston to NYC. Train travel is so much less hectic! No traffic, security, checked bags, or lines. Despite it being the "milk run," I'm enjoying the down time and still feeling productive with TGIF.*



**Roberta writes**: *TGIF'ing on our 50th anniversary while waiting for the sun to set over Santorini.*



**Andrew writes**: *When meeting a hero.*



**Kim writes**: *TGIFing during a sunset in Albufeira, Portugal. Just spent a fabulous 10 days in the country. Sadly leaving tomorrow!*



**Thibault writes**: *Enjoying TGIF with the cheerful clatter of cowbells echoing through the Swiss Alps in Anzère!*



**Steven writes**: *Two days ago I was with my wife in Fernie, British Columbia (a small town right by a great ski hill). With time to spare, I pulled out my laptop to catch up on this week's TGIF. (See attached image). And what did I see as I glanced up from my computer and took a look around? There I was standing in front of The Free Press's branch office in Fernie!  Impressive.*

CONFIDENTIAL
DEFENDANTS00005848
ID00006323_0023



**Colleen writes**: *From the Sacred Valley at the foot of the Andes in Peru.*



**And Janet writes**: *Enjoying TGIF and Michigan wine at a beautiful Northern Michigan vineyard after e-biking the Leelanau Trail—perfect combination!*



**TGIF, everyone.**

❖     ❖     ❖



© 2024 Bari Weiss
548 Market Street PMB 72296, San Francisco, CA 94104
Unsubscribe

 

CONFIDENTIAL
ID00006323_0026

DEFENDANTS00005851