# EXHIBIT X

Message

| | |
|---|---|
| **From:** | Elliot Gordon [elliot.gordon@realtimehbo.com] |
| on behalf of | Elliot Gordon |
| **Sent:** | 9/13/2024 12:52:46 PM |
| **To:** | Joaquin Torres <joaquin.torres@realtimehbo.com> |
| **CC:** | Chelsea Braun <chelsea.braun@realtimehbo.com> |
| **Subject:** | mono snap |
| **Attachments:** | Screenshot 2024-09-13 at 12.43.52 PM.png |



## Jimmy Kimmel Live! - Martin Lawrence; Joey King; Soul Coughing

Yesterday 11:44:48 PM - 13 hours ago

Do you know what a vomit you have to be, to get called out by **Marjorie** Taylor Greene?  And yet somehow, this **Laura Loomer**. She's traveling all over the country with **trump**, on his plane. Not only is she pushing the cat and dog-eating lie, today she said -- "Haitian immigrants aren't just eating cats and dogs.

--

**Elliot Gordon**
PRODUCTION ASSISTANT
REAL TIME WITH BILL MAHER
(c) 510.508.3441
elliot.gordon@realtimehbo.com

CONFIDENTIAL
ID00001079_0001