# EXHIBIT Y

Case 5:24-cv-00625-JSM-PRL    Document 151-25    Filed 11/10/25    Page 2 of 3 PageID 6073



CONFIDENTIAL
ID00004713_0001

DEFENDANTS00004531



**This Laura Loomer. Some people think Trump is fucking her.**

He's very touchy with her. She's flying with him on the plane. Melania is nowhere to be found. Plus, she's got that face that Trump men can't seem to resist – plastic. …Mmm. And when the lips look like the bumper on a Toyota Corolla? (Chef's kiss.)

CONFIDENTIAL
ID00004713_0002
DEFENDANTS00004532