# EXHIBIT Z



**Right-wing nutjob Laura Loomer seems to be extremely close to Trump.**

She came out of nowhere this week, and suddenly she's his best friend. And Tiffany can't get him to return her phone calls.

Some people say she's the new Melania. To which Melania said, "Sister, you can have him."

There are pictures of her cozied up next to Trump at Mar-A-Lago. He's got his arm around her, and she's always looking up at him adoringly. Somewhere in DC, Lindsey Graham is going, "Hey! Those are my moves, bitch!"

CONFIDENTIAL
ID00004716_0001
DEFENDANTS00004537

**Justin Timberlake pleaded guilty to a lesser charge of "driving while impaired," and must now issue a public safety announcement.**



CONFIDENTIAL

ID00004716_0002

DEFENDANTS00004538