# EXHIBIT AA

**9-13-24 Mono** 



**Trump's new campaign advisor is far right influencer Laura Loomer.**

They met on O-KKK-Cupid.

CONFIDENTIAL
BOSHACK_000006_0001

DEFENDANTS00001310

**Evidently, Marjorie Taylor Greene called Trump in a rage over Laura Loomer.**

Two women fighting over Trump?  It's like a MAGA soap opera:  "The Young and the Toothless."

For young people, there used to be a public space where women like this could fight over a man called "Springer."



CONFIDENTIAL
BOSHACK_000006_0002

DEFENDANTS00001311

CONFIDENTIAL
BOSHACK_000006_0003

DEFENDANTS00001312