# EXHIBIT AB



CONFIDENTIAL                                                          DEFENDANTS00003314
ID00001211_0001



10. Trump has a new bullshit whisperer – Laura Loomer… She's for MAGA Republicans who find Marjorie Taylor Greene too intellectual.

11. She's into birther-ism, …9/11-truther, Pizzagate, "crisis actors" in school shootings, voting machines and illegal rigged elections, you name it. You've heard of Florida Man? She's Florida Woman.

12. There's a bitch fight in MAGA land between Laura Loomer and Marjorie Taylor Greene. Loomer accused Marjorie of being an antisemite, using the "n" word, cheating on her husband, and having lady parts that resemble an Arby's sandwich. Which is so offensive. To Arby's.

13. Then Lindsey Graham called Loomer "toxic," so she posted, "We know you're gay, Lindsey." Wow, let's see David Muir fact-check *that*.

CONFIDENTIAL                                                                                        DEFENDANTS00003315
ID00001211_0002