# EXHIBIT AC

# HBO BROADCAST TRANSCRIPT
## September 13, 2024

Episode #2227

# "REAL TIME WITH BILL MAHER"

## BILL MAHER

## ALEX KARP

## KRISTEN SOLTIS ANDERSON

## Fmr. Sen. AL FRANKEN

## (includes "OVERTIME" on YouTube)

All "Real Time with Bill Maher" transcripts are prepared immediately following the initial HBO broadcast. Due to the speed with which these transcripts are prepared, complete accuracy cannot be guaranteed.

ID00001822_0001

DEFENDANTS00000139

[ROLL OPENING CREDITS]

[applause] [cheers] [standing ovation]

BILL MAHER:  Hi! Hey, everybody. How you doin'? Thank you very much. I – I know…here…Thank you very much! Hey! [he blows a kiss] I appreciate it! [applause] [cheers] Oh, stop. Okay, wow! I – I know why you're excited today. [he laughs] [laughter]  Because…Trump's in L.A. today. That's…[reactions from a few audience members]…yeah, can you feel it? [laughter] Doing some fundraising.

Also, he's going to meet with the studios. He's got a great idea for a remake of "The Truth About Cats and Dogs." [laughter] [applause] [cheers]

Oh, man…did you – did you see the debate Tuesday night? Wow. [mixed reactions] I'm just going by what…CNN had 25 independents who didn't – hadn't made their mind before the debate. She won 23 to 2. So that's pretty…I haven't seen a woman beat an opponent that bad since that Olympic boxer with the suspicious high levels of testosterone. [laughter] [applause]

Wow, it was pretty bad for him. But, halfway through it, he had a look on his face like, "Boy, where's a sniper when you need one?" [laughter] [applause] [cheers] Oh, we kid. [he chuckles] Oh, yeah.

I mean, nobody thought he did good. His – his teenage son Barron was… [laughter]…watching with some other kids in his dorm, and at one…one point, he –he jumped up and screamed, "THAT'S NOT MY DAD!" [laughter] [applause] "That's NOT my dad."

No, I thought…I mean, she made Trump look so much like a bitch…[laughter]…that a Haitian migrant tried to eat him. [laughter] [applause] That's…well, that's…well, that's – this is – this is what he's basing his campaign on now. That in Springfield, Illinois – Springfield, always – always the name of the town where the invasions come. [laughter] Whether it's a body snatcher. Now it's Haitian migrants, he says, are eating—[laughter] –eating the dogs.

1

DEFENDANTS00000140

ID00001822_0002

And that's when the Korean migrants when, "Phew!" [laughter] [applause] "That was close. Could have been us."

No, but today – today – I couldn't make this shit up—[laughter] –today…I can't! How – how could you top this? Today, Trump is walking it back. He said, "No, I'm sorry, it's not…not the…the the—[he chuckles] [laughter] –not the cats and dogs that they're eating. "It's the – it's the ducks and the geese! They're going to the ponds! [laughter] [applause] They're going to the ponds, and they're taking the geese to eat them!"

And this is what Trump supporters are doing now: trying to prove that this Facebook meme, this insanity that he's basing the campaign on, is true. They're literally on a "wild goose chase." [laughter] They so insist. [applause] [cheers]

And, as the list of animals keeps growing and growing…[l…like Noah's Ark, if Noah was a fat asshole. [laughter] [applause]

And, to me, I've got to say, the most ridiculous part of this whole thing is Trump defending dogs?! Trump…Trump HATES dogs! [laughter] He's the one guy in the world who hates dogs. The only president who didn't have a dog!

Everything bad, he's "like a dawg," [laughter] "like a dawg's…dying like a dawg…Dogs, they're rapists!" [laughter] And "they bring drugs, and some I assume, are 'good boys.'" [laughter] [applause]

But…and where's he getting this from? Well, he's got a new "bullshit whisperer," [laughter] named Laura Loomer. Of course that's her name. Laura Loomer. [slide shown] There she is. He's with her everywhere now.

For MAGA people, it's…she's like, for people who find Marjorie Taylor Greene too intellectual. [laughter] [applause] [cheers]

I mean…you name the crazy shit, she believes in it: "birtherism," she's a "9/11 Truther," "crisis actor," "pizza-gate," "rigged elections."

You've heard of "Florida Man." She's "Florida Woman." [laughter] [applause] [cheers]

Did you see this? She…she ate dogfood. Am I making that up? You saw that, right? Like a Haitian. No, I'm kidding. [laughter]

2

DEFENDANTS00000141

But listen to this: now there's a bitch-fight within the Republican Party. I love this. Because, yes, Marjorie Taylor Greene, the 'voice of sanity'—[laughter] –has come out against Laura Loomer! Says she's too far right! Says she's a racist.

Now Loomer has accused Marjorie Taylor Greene…she says Marjorie Taylor Greene is an anti-Semite, and she cheats on her husband. And she said – mm, I can't believe I have to report this…[laughter…she said her "lady-parts resemble an Arby's sandwich." [laughter] Which is…so offensive to Arby's! [laughter] [applause] [cheers]

But…and then…and then, Lindsey Graham—[he chuckles] [laughter] – the other "Real Housewives" cast member –[laughter] –got involved. And he's attacking Laura Loomer. Says she's toxic.

And she posted back, "We know you're gay, Lindsey." [laughter]

Well, let's see David Muir fact-check that! [laughter] [applause]

All right, we've got a great show! [applause] [cheers] We have Al Franken and Kristen Soltis Anderson! But first up, he is the co-founder and CEO of Palantir Technologies: Alex Karp is here! [applause] [cheers] Alex! All right. [Karp joins Bill onstage] Hey, nice to meet you. How you doin'? [they shake hands]

ALEX KARP: All right.

MAHER: All right. Now, Alex, usually, first guests here, people have some idea who that person is. These people don't know who you are. [laughter] That's…not an insult. They should, and we're going to fix that tonight.

But, say you're on a plane – you probably own your own plane because you're a rich guy – but, say you're on a plane today, and, "Hey, where you goin'?" And you say, "I'm going to do the 'Bill Maher' show." And they go, "I love that show," because that's mostly what would happen. [laughter] [applause]

And – and they say to you… "Why does Bill Maher want to have you on the show?" What would you say?

KARP: I'm a funny guy. [laughter] I don't know. I could—[voices overlap]

MAHER: [overlapping] That's not it. [voices overlap]

KARP: [overlapping] –I could supply some material? No, well, the Palantir was – first of all—[voices overlap]

3

ID00001822_0004

MAHER: [overlapping] That's your company.

KARP: [overlapping] –yeah, my company. I co-founded it. There's a cultural element. We were the first anti-woke, pro-American, pro-defense, successful – we went public – company. So there's a cultural element.

We defined Silicon Valley's reversal from "I sell you something that makes you dumber, slower, stupider, and I tell you some platitude you don't believe."

MAHER: [he laughs]

KARP: [overlapping] You know, I don't believe it, but you still – somehow you get to be rich.

MAHER: Right.

KARP: So, we got rid of that.

MAHER: Well…[he applauds] [applause] [cheers] That's great, yeah. That's great. [voices overlap]

KARP: [overlapping] I can – since there's also a cultural element, I've been the most vocal about the pagan religion that's infected our colleges. [Maher laughs] I've been the most vocal about getting rid of the carcinogen TikTok. So there's a lot of cultural stuff.

But then, from a technical perspective, we were the first people to – we had the biggest impact on anti-terror of any company in the world. Europe – if you were European, the only reason you're not goose-stepping in your streets, it's because we stopped the terror attack that would have led to a change in government to the far right. [applause]

MAHER: [overlapping] Okay, so…[voices overlap]…all right, let this—[voices overlap]

KARP: [overlapping] If…if…one more thing:

MAHER: [overlapping] Yeah.

KARP: [overlapping] If you are a – if you are pro – if you are in favor of America defending its allies, whether they be Israel, Ukraine and others, those allies are

4

DEFENDANTS00000143

ID00001822_0005

being defended by our product on the battlefield. If you want to find a bad person—[voices overlap]

MAHER: [overlapping] Okay, and—[voices overlap]

KARP: [overlapping] –you use our product to do it.

MAHER: [overlapping] –okay, I'm – I think I asked the right first question. [laughter] [applause] I got that all out. And – and, by the way, I'm going to agree with you – all of it. That's why I wanted to have you on, because I think people should know this, and I'm all – I'm with you on all this.

But, what do you actually do, Alex? I mean, I – I understand a little bit. But I want you to explain it, because Palantir Technologies, I've heard it's been called the "A.I. arms dealer of the 21st century." That "sounds" evil…[laughter] …but you're – you're using—[voices overlap]

KARP: [overlapping] Depends who you're selling to.

MAHER: [overlapping] –you're using your power for good and not evil, right?

KARP: If you are pro-West, pro-America, you think that Ukraine and Israel should defend themselves, you love us. If – and the reason you love us is because the way you find the adversary on the battlefield – so, if the adversary is in the desert, or in Ukraine, where there's a general of terrorists…and the way you do it ethically, before you take them out, is you use our platform to use huge – huge, huge sets of data, to drill down on the one person who's hidden and them out. [applause]  And you also use it—[voices overlap]

MAHER: [overlapping] So…

KARP: [overlapping] –which is very important, and it—[voices overlap]

MAHER: [overlapping] …were you – were you…that…that sounds like Bin Laden. Were you involved in getting Bin Laden?

KARP: [overlapping] –we are not allowed – obviously can't discuss specifics, but—[voices overlap]

MAHER: [overlapping] Oh, come on.

KARP: [overlapping] –yeah, well—[laughter] –in any case—[voices overlap]

DEFENDANTS00000144

ID00001822_0006

MAHER: [overlapping] You're on television.

KARP: [overlapping] –we're on television!

MAHER: Come on.

KARP: But, Palantir is central to every conflict now where America is involved in finding adversaries, organizing our troops, bringing our troops home safely. And it's faster, cheaper and better.

And I'll tell you something else. The central advantage the U.S. has over China, Russia, Iran, is our ability to produce weapons-grade software and use it on the battlefield. [applause] [cheers]

MAHER: [overlapping] So, that's…okay, so…so this is your actual business: weapons-grade software.

KARP: And then, because it's weapon-grade, a lot of commercial people buy it. So, like, we have – we have massive growth in U.S. commercial, so people use it to drill oil, people use it to organize their – their fleets. People use it for manufacturing.

You can use our various products in the civil – civilian—[voices overlap]

MAHER: [overlapping] Right. I know you're involved with the Defense Department, the intel agencies, ICE, Border Patrol, the FDA, the IRS.

KARP: [overlapping] –we—[voices overlap]

MAHER: [overlapping] What do you do? [laughter] What – what are these people buying from you?

KARP: [overlapping] –so…so, for example, Operation Warp Speed, which arguably saved three-and-a-half-million—[voices overlap]

MAHER: [overlapping] The vaccine.

KARP: [overlapping] –the vaccine. So—[voices overlap]

MAHER: [overlapping] Right.

6

DEFENDANTS00000145

ID00001822_0007

KARP: [overlapping] –how do you…so that the civilian-use cases are, like, how do you distribute a vaccine to the whole country? How do you distribute masks when you don't have enough? How do you do that overnight?

This – the military-use cases are: where do you place your troops, how do you find somebody. And the civilian-use cases is – are how do you make your business more efficient, how do you do it in a way that's cheaper? How do you get the car to the right place? The – the doctor to the right place at the right time, when you have huge regulatory oversight. [applause]

MAHER: Umm, could you do something here in the state of California? [laughter] Because we could – we could really use some. [applause] And I know you….

KARP: [overlapping] We have to want help to get it.

MAHER: I mean, you left California.

KARP: [overlapping] I left California.

MAHER: [overlapping] Like…like another guy who's involved in some of this kind of stuff, which is Elon Musk…and Starlink. [voices overlap]

KARP: [overlapping] Yeah, we – we were the two biggest companies to leave California early.

MAHER: And the two biggest that are involved in the defense of our country.

KARP: Yeah.

MAHER: I mean, Starlink is very important.

KARP: Well, I – I feel like…look, I – I owe California great debt of…gratitude. I went to school here. I built a company here. Obviously, California has gone in the past way too far on this kind of hyper-woke "we can get nothing done, but we – it doesn't have to work, because we pretend it works, because we're good people" thing. [laughter]

And…

KARP: [overlapping] So true. [applause] Right.

KARP: [overlapping] …and I think – and there are real consequences, so some – something like 87% of – of the most important tech companies in the world are

7

ID00001822_0008

American. And if you look at what should have happened, Germany and other places should have a tech scene. But you have to have rigorous thought, meritocracy, truth, to build these companies.

And that's what you have to – we've – we've been fighting to preserve, because if you're going to have Palantir or SpaceX, or whatever you're going to build, you need to have a system where people can build things, it's rigorous, they keep the value of what they build, and they share it with society. [applause] [cheers]

MAHER: Okay. Agreed. And I'm certainly with you on the over-woke stuff. But if it is that constraining, how come – what did you say – 86% of the American—[voices overlap]

KARP: [overlapping] Eighty-seven percent.

MAHER: [overlapping] –okay, then how come they – we have been so successful if we're so shackled?

KARP: We have the best immigrants. We organize people the best way. We – we have a sense of fairness, togetherness. We bring the most creative people here. And that's why the companies develop here. Yeah.

MAHER: But you say we could be even better.

KARP: We could be even better.

MAHER: Right. And what I also love about your philosophy is that you're not afraid to say America is still the good guys, even though we've done horrible things. Everybody has. We're human. But have a little perspective. I feel like that is what is so lacking today.

KARP: Well, look, of course America, like every great nation, has done some really fucked-up things.

MAHER: Right.

KARP: [overlapping] Right? So that's obvious, right? [applause] But – but, look – but we know they're messed because—

MAHER: [overlapping] Yes.

KARP: [overlapping] –we hold ourselves to a high standard. And if you're going to compare us, which at the end of day morality has to be slightly compared –

8

DEFENDANTS00000147

ID00001822_0009

you're going to compare us to China, Russia, Iran? Who else even aspires to these standards? [applause]

And by the way, look at how our lives have changed. We're roughly the same age. When I was born, half – you know, people had – gays, Blacks, Hispanic – people didn't have the rights you have now. Look at the progress we've made!

MAHER: [overlapping] I've – I've—[voices overlap]

KARP: [overlapping] It's like, in one lifetime, it's like magic. [applause]

MAHER: [overlapping] –it's amazing! Yeah. [cheers]

KARP: It's literally – it's literally like magic. And – and no other society – I mean, like, I spent half my life in Germany. It's a very interesting, very developed society. You do not have the integration, you do not – innovation – you do not have the fairness. You don't have meritocracy. Most of the companies in Germany that are big, are owned by families that owned them 50-100 years earlier.

This is one country that produces. Part of the problem and part of the reason why people don't stand up for America is they don't understand how magical it is to get these things to work. And no other place does it at our scale, with our diversity, and different kinds of people and different kinds of thought.

And in my case, I – Iike, you know, I was viewed as the Frankenstein monster. I don't come from wealth, and I get the opportunity to prove myself. No one in this country cares how crazy you are, if you deliver! [laughter] [applause]

MAHER: [he chuckles] That's so…so true. Yeah. And, I also like that you feel that we – you know, you're helping America have the biggest swinging dick in the world. [laughter]

KARP: Absolutely.

MAHER: [overlapping] And—[voices overlap]

KARP: [overlapping] And size matters! [laughter] [applause] [voices overlap]

MAHER: [overlapping] And…and you're not afraid to say, if somebody has to have that, it should be us. And it should be us. And you're not afraid to say we should scare our enemies, right? With—[voices overlap]

9

DEFENDANTS00000148

ID00001822_0010

KARP: [overlapping] Well, you know, one of the things I've been on kind of mantra about is, as a leftie, our foreign policy should be: if you touch an American, we are going to make you and your friends' life hell. [applause] [cheers]

MAHER: Well, we do. We do that.

KARP: Not enough.

MAHER: Not enough?

KARP: Not enough.

MAHER: You don't think we do that enough? Because I feel like—[voices overlap]

KARP: [overlapping] No. I mean, we had, I think 43—[voices overlap]

MAHER: [overlapping] –I mean, we just had the anniversary of 9/11.

KARP: [overlapping] –yeah.

MAHER: Okay, we – look, I mean, we attacked an entire country that had nothing to do with it. I would say—[voices overlap]

KARP: [overlapping] Okay, well, there are many things we did that make no sense.

MAHER: [overlapping] Right. All right. [voices overlap]

KARP: [overlapping] So, okay, yes…and there – but that we also – we have not had another 9/11 partly because of intel services.

MAHER: [overlapping] Right. Yes.

KARP: [overlapping] And partly because of what we did. And partly because we scared the living shit out of people. [applause]

MAHER: Yes. Right.

KARP: [overlapping] And that's why…so, and then…so, this is like, you either – we – you either have to show action and live safely, or you can talk a lot and live very dangerously. [applause]

DEFENDANTS00000149

ID00001822_0011

MAHER: All right, last question and I'll let you go. I think we've covered a lot here. You say we will – we will soon have "terminator robots." Will they have the Austrian accent? [laughter] [applause]

KARP: Well, you know, I speak—[sounds like] "Carolinian" with a nice flair! [he chuckles]

MAHER: [overlapping] What does that mean, "terminator robots"? I mean— [voices overlap]

KARP: [overlapping] Well, I – there – there's a question…see, the modern war-fighting, we're going to go to peer-to-peer war-fighting. I think the more interesting thing we're going to have very soon is drone-on-drone war-fighting. Especially if we have a near peer, meaning China, Russia adversary.

You're not going to be fighting as much with these big instruments. You're going to be using software to control small instruments. And there's going to be hundreds of thousands of them. And they're going to be somewhat autonomous.

MAHER: Okay, well, I certainly hope you stay in the cause of good and not evil, because you're a very powerful guy. [applause] [applause] Thank you.

Alex, great to meet you! I'll see you after.

All right! Let's meet our panel! [applause] [cheers] [Bill joins the panel] Interesting guy! Okay! She is a conservative pollster and a CNN contributor. Kristen Soltis Anderson is here! [applause] [cheers]

And look who's here! Writer-comedian-former Democratic senator from Minnesota, who now hosts "The Al Franken Podcast." [applause] He's good enough, he's smart enough, and doggone it, we like him. [cheers] Al Franken is over here. Oh, it's been too long since I had you on the panel.

All right, I'm – I'm going to make this a very momentous night, with a prediction, because I…[he chuckles]…tell you…and I think I have the credibility for this prediction, because I have been called a "Trump alarmist" for a very long time. They were wrong; I was right. [laughter] [applause] He wasn't going to leave power…

Okay, but ever since then, and since the "Hollywood Access" tape where he said, "I'm going to grab them by the pussy," and he survived that…every time he's –

11

ID00001822_0012

done crazy shit and gotten himself in trouble, I said, "No, no, it's not over." I've said that. I've argued with people.

Bret Stephens, my good friend –he's on the show next week – he said at one point a few years ago that the Trump thing…I said, "No, no, no."

Tonight, I'm saying…I think it's over. [applause] [cheers] I just want to bring up an analogy to one person. Even before we were around, there was a guy named Joe McCarthy in the early fifties, and he had a hold on America. And it blew out in about two years, right? Two-three years, he was the biggest thing. And then it was just…

And I feel like "eating the dogs," we're at this point. [laughter] I think – I feel like we're at the "Captain Queeg with the strawberries," we're at Denzel at the end of "Training Day"—[laughter] – and King Kong at the—[applause] –I just think he's going to lose.

KRISTEN SOLTIS ANDERSON: I do not share your confidence—[voices overlap]

MAHER: [overlapping] Okay, great.

SOLTIS ANDERSON: [overlapping] –in knowing how this is going to go. I mean, I know people don't think that the polls are very accurate. So, setting all of that aside, the reality is that people have known Donald Trump, and known who he is, for a very long time. And when you ask people, "Do you need to know more about these candidates," with Kamala Harris they say, "Yes." Like three in ten people say, "I feel like I need to know more in order to make a decision."

But when you ask that about Donald Trump, only a fraction of voters say that they do. And so people know who he is, and yet he's still competitive. You look at these battleground states, they're still 50/50.

MAHER: [overlapping] Oh, it'll – it'll—[voices overlap]

SOLTIS ANDERSON: [overlapping] He's hanging in there.

MAHER: [overlapping] –it'll be tied on Election Day, as always. The polls will be tied. And then he'll lose. That's my prediction. We'll see. I'm just saying, things aren't until they are.

AL FRANKEN: Phew!

12

DEFENDANTS00000151

ID00001822_0013

MAHER: Yeah.

FRANKEN: Thank God. [laughter] [applause] [cheers]

MAHER: [he laughs] Don't you feel better, Al? [he chuckles] Next issue, huh? [laughter] Okay. You don't agree? Or…you don't…

FRANKEN: I hope you're right! [l

MAHER: [overlapping] –okay, all right. [applause] All right. So let me move onto the next question. Since – since he is the guy who, nothing he can do can deter about half the country from voting for him, I see the Democrats have – have two choices. They can either say, "Well, he's such a monster, he's so crazy…" I mean, and this week was just above and beyond, with the racial stuff, with Kamala and this Laura Loomer person now. The dogs. [laughter]

I mean, I…you know, you can either say half the country is deplorable. They tried that. I never believed that. I don't think half the country is deplorable. I don't think you did. I know that you believe that, right?

FRANKEN: No. There – there are some people who are deplorable.

MAHER: Absolutely.

FRANKEN: Okay.

MAHER: Yeah.

FRANKEN: We agree on that.

MAHER: Well, obviously, it's a country of 250 million people. [laughter] Some of them are going to be…but you can either say half the country is deplorable – anybody who likes him is deplorable – or the Democrats can say, "Why? Why is this insane monster still attractive to half the country?"

If not attractive, why are they willing to vote – what are we doing that makes so many people go, "Yeah, but this other thing is worse." I mean, Alex was talking a little bit about it up front. But—[voices overlap]

SOLTIS ANDERSON: [overlapping] Yeah. You have – if you look at people who say they're voting for Donald Trump, 93% of them like Donald Trump. But, like, seven percent of voters who say "I'm voting for him," really, really don't want to.

13

DEFENDANTS00000152

ID00001822_0014

But they feel like they have to, because they feel like, "Well, I agree with him on policy, I'm not necessarily looking for someone that I like."

And that's, like, well-trod territory, right? That – that he's got some voters who are going for him because they just think the alternative is worse. And that's why I think Kamala Harris' strategy has been so fascinating over the last two weeks.

She's a blank slate to a lot of voters. They have no idea what she stands for. You've got a lot of these clips of really crazy positions she's taken in the past, and they're going, "Is that who she still is?"

And she gets up there on that debate stage and she says, "You know what? I don't even know '2019-2020 Kamala Harris.' I own a gun. Dick Cheney likes me. Goldman Sachs likes my economic policy. I throw gang leaders in jail."

She's, like, begging Nikki Haley voters to come vote for her. And she's going to be able to get away with it, because progressives right now hate Donald Trump so much that she has, like, this unbelievably, unlimited long leash to go and say that she is basically an RNC 20...or 2004 keynote speaker: "Please vote for me, Republicans." And it might work. [voices overlap]

MAHER: [overlapping] Well, I would hardly say 'I own a gun' makes you a keynote speaker. [laughter]

SOLTIS ANDERSON: [overlapping] No, but – but I do think that – that he – like, if you add it all together, it's not just the...it is that, at every turn, she is trying to make the case: "My passion is small business." I mean, she's really going after that slice of the Republican Party that left and said, "Trump's not for me." She really thinks that she can make them not just leave the top of the ticket blank.

MAHER: Why does that have to be the Republican Party? You don't think there are Democrats who own a gun?

SOLTIS ANDERSON: I think there are.

MAHER: Democrats who like small business?

SOLTIS ANDERSON: But I don't think that, typically, when they're running for president—[voices overlap]

FRANKEN: [overlapping] Yeah, yeah! [laughter]

SOLTIS ANDERSON: [overlapping] –they're out there...[she chuckles]

14

DEFENDANTS00000153

ID00001822_0015

FRANKEN: What's wrong with you? [laughter] [applause]

MAHER: Al, no, no!

FRANKEN: No? Too much? I apologize.

SOLTIS ANDERSON: It's okay.

FRANKEN: I apologize. [laughter]

MAHER: Oh…Al's a little rusty. You know, he—[voices overlap]

FRANKEN: [overlapping] Yeah…

MAHER: [overlapping] –um.

FRANKEN: Go on. [laughter]  [applause]

SOLTIS ANDERSON: Do you think that Kamala is as conservative as she is
portraying herself to be right now? Or do you think that she is more accurately
described by the words she used to give her own issue positions back in 2019-
2020? Like, who is the real Kamala Harris, do you think?

FRANKEN: I think she really is where she is today, where what she – in that
debate – I thought it was a brilliant debate. I thought it was one of the best I've –
I've ever seen. [applause]

And, you know…and, yeah, some of those positions are a little bit remarkable:
how gung ho she is for fracking. [laughter] But, you know, I still believe that she –
she – she's a politician.

MAHER: Right.

FRANKEN: And she wants to win this election, thank God! [laughter] [applause]

MAHER: Yeah, and also, I – I – I want to push back on your assessment that that
makes her conservative. I don't think anything she's saying now makes her
conservative. [voices overlap] I think—[voices overlap]

SOLTIS ANDERSON: [overlapping] Oh, I don't think she's actually
conservative. Let's be clear.

15

DEFENDANTS00000154

ID00001822_0016

MAHER: [overlapping] –but that's the word you used.

SOLTIS ANDERSON: [overlapping] But I think she's trying to appeal to conservatives.

MAHER: [overlapping] But I just think this shows how far we've moved. Where she was in 2019 and 2020 was super-far-left.

SOLTIS ANDERSON: Yes.

MAHER: Super…what we'd call "woke." I know people don't like that term, but, okay, that's where she was. Now I feel like she's just, like, center-left. I mean, I don't know that fracking – even fracking has to be something that we demean this way.

I mean, what we're trying to do is get the environment to its best place, right. [applause] It's – it's a difficult thing to do. And we're not there yet. If we could have 100% solar and wind, yes. But we're so far from there. We have to use other things.

Germany tried this. Other places have tried this, where they got rid of all the – the coal plants. They – they needed more energy. They had to reopen them.

SOLTIS ANDERSON: Mm-hmm.

FRANKEN: But, they're back to over 50% renewable. They are.

MAHER: Okay, but we're still not even close. And – and the thing that – I think we have Bjorn Lomborg on next week; what he's been talking about, which is quite interesting, is that when we have new energy from renewables, the amount of fossil fuels doesn't go down. People just use more. "We're Americans." [laughter] [applause] [cheers]

So…anyway…

SOLTIS ANDERSON: Well, there's also the reality that during the time that she has been in the White House, you had this moment where gas prices were going up so much that if she comes out and says, "Look, the reason I've changed positions on fracking is because gas prices were really high, I realized we needed to produce more," that's great. I'm all for people learning more and converting.

The problem I think she has is that she has SO MANY positions from the past that she has changed a lot on.

16

MAHER: [overlapping] Right.

SOLTIS ANDERSON: [overlapping] And I don't think in that debate, she got pressed nearly hard enough on "Why have you had this conversion besides "this new position is really popular in Pennsylvania? [applause]

MAHER: Nobody cares.

FRANKEN: You know who should have pressed her, is Trump.

MAHER: Trump, yes.

FRANKEN: But he had a hard time in the debate. [laughter] Because all – all she did was talk about what she was for, and then – and end it by saying something that got him mad. [laughter]

MAHER: Yeah.

FRANKEN: That was it. That was her debate strategy.

MAHER: [overlapping] It's—

FRANKEN: [overlapping] And – and it worked.

MAHER: [overlapping] –the most predictable strategy in the world.

FRANKEN: Yeah.

MAHER: It was…it's so easy. It's like a cockfight. Of course you can get the cocks to do it. You just put them in each other's face. And she—[applause] – I mean, he's…one of so many reasons why he is unthinkable as a leader. Because he cannot control his impulses.

SOLTIS ANDERSON: On – on an issue like immigration – that Donald Trump LOVES to talk about, she got him to start his answer by talking about crowd size. Like that is unbelievable!

MAHER: Yeah.

SOLTIS ANDERSON: That's – that's like the slow pitch over the middle. He should be able to just knock that out of the park. Instead it was like, *"Squirrel!"* [laughter] [applause] And he just—[voices overlap]

17

DEFENDANTS00000156

ID00001822_0018

FRANKEN: [overlapping] What was that sound? Do it again.

SOLTIS ANDERSON: No, I will not do it again.

FRANKEN: Okay.

MAHER: "They're eating the squirrels." [laughter] [applause] [cheers] All right. Listen, one day a year, I can never get to sleep at night. And people know me – who know me, know that night is the night before the Country Music Award nominations…[laughter]

Honestly, I…[laughter] [applause] …I have – I've tried everything: gummies, melatonin. Nothing works. [laughter] I'm just so excited.

And this year was especially exciting because there was a big controversy, because this the year that Beyoncé put out her big album, "Country Carter," with the number-one hit. [applause] And it got completely shut out of getting a nomination for the Country Music Awards.

So I was looking into this. And, you know, it's – it's interesting. Not just this song, but this is the new vogue in music, is mixing country and rap. It's a new genre called "Crap." No! [laughter] [applause] I'm…it's…you know. [he chuckles] [cheers]

It's not. It's NOT. It's actually great stuff! I remember – remember "Old Town Road"? That was, like, the number-one hit. And then Post Malone now is a country singer, and Jelly Roll, and Beyoncé. It's – it's the newest thing.

So, some of this – if you're not aware, here are some of the other songs that were up for a Country Music Award that are crossover between country and rap. [laughter]

There's "All My Shorties Drink From 40s," is…[laughter] [applause]…a big one.

And…oh, this one was great: "Bling of Fire." [laughter] Do you have that on your iPod? [applause] Oh, it's terrific.

"The Hennessy Waltz." [laughter] "THE HENNESSY Waltz."

"In Da Sam's Club." [laughter] [applause] I think…

"To All the Grills I've Loved Before." [laughter] [applause]

18

DEFENDANTS00000157

"Boyz N the Hoods." [laughter] [applause] That's really a movie, but we shoehorned it in.

"I Twerk the Line" is a very…[laughter] [applause]…moving…

"I Like…I like Big Buckles." [laughter] [applause] [cheers] All these are just terrific songs.

"The Devil Went Down to Freaknik" is—[laughter] [applause]

And, of course, "I'm So Lonesome I Could Crunk." [laughter] [applause] [cheers]

Okay, so…

FRANKEN: Solid bit.

MAHER: All right. So we're having a great time, let's talk about an ugly incident that happened this week. Tyreek Hill, he's a football player. You may not be a football fan – if you're not a fan, you probably don't know who he is. I definitely know who he is. Did not know what he looked like, okay, because they wear helmets, you know? [l

So, we'll get to that part of it. But he got pulled over by the cops, and they roughed him in a way I thought was not called for. But I thought it was just a depressingly emblematic—[he sighs]—part of what his country represents now, which is that "Everybody's an Asshole." [laughter] [applause] [cheers]

I feel like everybody is just trying to trigger everybody else. I mean—[voices overlap]

FRANKEN: [overlapping] Was Tyreek an asshole in this?

MAHER: Yes.

FRANKEN: Yes.

MAHER: Bot of them were.

FRANKEN: That's what you're saying.

MAHER: I'm saying they were both assholes. If you want to trigger cops: don't comply, act superior to them, be a wiseass, that'll—[voices overlap]

19

DEFENDANTS00000158
ID00001822_0020

FRANKEN: [overlapping] Roll up your…roll up your – your darkened window.

MAHER: [overlapping] –that's – roll up your window tinted with…yes. If you're – and if you're a cop, and you want to trigger a Black man in America, after the history we have in this country, lay your hands on them when it's not absolutely necessary.

You know, cops, they act like it's a bar fight. If I hear one more cop on the… "It's a fuck…get the fuck!" "Fuck" shouldn't come out of your mouth! You're the pro. [applause] [cheers]  You're the pro! It's not a bar fight. You're not in a bar!

So, that's it. "Everybody's an asshole." [laughter]

SOLTIS ANDERSON: But I actually thought that Tyreek Hill's response was great on this, because – in fact, the only thing I didn't like about his response is I was playing against him in fantasy football, and he ran for an 80-yard touchdown. [laughter] And I…but everything else…I mean, because he came out and didn't say that I'm – he didn't say, "I'm blameless."

He came out and said, "You know, I probably should have kept my window down. I rolled it up because I was worried that fans were going to see me and start taking pictures. But, you know what? I was wrong."

And I thought that was good of him. Because two things can be true at once. That he probably should have left his window down. But there was no need for him to get dragged out of the car like that.

But it also reminded me a lot of a very different incident that happened this year with another athlete on the way to a sporting event. Scottie Scheffler, the number-one golfer in the world. He is a nice, sweet, Christian boy from Dallas, a new dad that week. And he gets yanked out of a car by the Louisville P.D., booked, and his mug shot goes up before he even plays the round that day.

And it's just bizarre to me that we keep having these incidents. And yet it doesn't feel like this has rallied any news, sort of fresh push for any kind of action. It's like, "Well, we go the body cams, but all the body cams are doing is showing us this bad stuff that's happening.

FRANKEN: Well, we need the body cams.

MAHER: Yes, we do.

DEFENDANTS00000159

ID00001822_0021

FRANKEN: Yeah.

MAHER: For both sides. [applause]

FRANKEN: Thank God for body cams.

MAHER: Yeah. I mean, the cops fought them for a long time. The cops fought everything. And they've lost a lot of those battles. They never used to go to jail when they did horrible shit. And now they do. [applause]

Okay, again, progress. And…but also, you know, when he was sitting on the ground – and they shouldn't have dragged him out, it was horrible—[voices overlap]

FRANKEN: [overlapping] Yeah.

MAHER: [overlapping] –but he's sitting on the ground and he said something like, "Just being Black in America, bro." And the cop says to him, "We're not white either," because they were Hispanic. And, like being—[voices overlap]

FRANKEN: [overlapping] Well, that was nice. [he offers a courtly gesture toward Bill] [laughter]

MAHER: [he laughs] But, I mean, being Black in America is still a thing. You still can get a lot of shit just for being Black in America. But also—[voices overlap]

FRANKEN: [overlapping] Which is why you should not roll up a darkened window.

MAHER: [overlapping] Yeah.

FRANKEN: I mean, that…but I – he didn't want his fans recognizing him. He's right near the stadium, right?

MAHER: Yeah.

FRANKEN: It was, like, a few blocks away. There was a way he could have handled this, and nothing would have happened. [voices overlap]

MAHER: [overlapping] Well…yeah, he had a bad attitude, you know? And to say, "Being Black in America," that – again, it does happen still, and shouldn't. And we should always be fighting it. But it can't be a…when shit goes sideways, an

21

DEFENDANTS00000160

ID00001822_0022

all-access card to just say, "No, it's because I'm Black in America." No, you were also out of line.

FRANKEN: [overlapping] Well, it's actually THE reason to not roll up the window.

MAHER: [overlapping] Yeah, added reasons.

FRANKEN: [overlapping] I mean, it's…the mayor of St. Paul, Melvin Carter, his father was a cop. And he said that, growing up, he'd meet all these other cops – go over to his house, friends of his father. And then when he got to be 16, and a driver, he said, "I met all the cops again." [laughter] [applause]

But, you know: "It's me. It's Melvin." And, "Oh, hi, Melvin. Yeah, sorry to assume something." But…

MAHER: Yeah. I mean, I think it's in some ways a sign of progress that Black folks can now act like entitled assholes like white people always could. [laughter] [applause]

FRANKEN: That's…that's the lesson. [laughter]

MAHER: All right, let's get to the big news this week: Taylor Swift finally told people who to vote for. [applause] [cheers] And, of course, immediately, the response on the other side was, "Celebrity endorsements don't matter." This is…people are always so behind on these things, you know? That's the conventional wisdom for a long time.

And…and many celebrity endorsements don't work.

Not in this case, okay? I mean, just the number of people who immediately were registered from that tweet.

SOLTIS ANDERSON: [overlapping] Yeah.

MAHER: And, I'm sorry, but we live in "star-fucker" America. [laughter] More than anything. I mean, George Clooney is the one who got Biden to step down. I wrote the exact same—[voices overlap] –editorial he did, and so many other people did, too. Nobody cared. As soon as George Clooney said it, "He's got to go." [laughter] [applause]

FRANKEN: [overlapping] I'm going to…I disagree with you there.

22

DEFENDANTS00000161

ID00001822_0023

MAHER: Okay.

FRANKEN: [overlapping] Okay?

MAHER: Let's debate! [laughter]

FRANKEN: It…it was Pelosi, and it was members of Congress. And it was a while between when Clooney wrote—[voices overlap]

MAHER: [overlapping] I feel like that's when the dam broke. I feel like that was very key—

FRANKEN: [overlapping] Well, I think you live here in…in Hollywood. [laughter]

SOLTIS ANDERSON: [overlapping] But I think…[applause]

MAHER: [he laughs]

FRANKEN: [overlapping] And I think that maybe…

MAHER: Oh…

FRANKEN: [overlapping] …from some perspective…you have the wrong perspective. [laughter] [applause]

MAHER: [overlapping] Well…and—

SOLTIS ANDERSON: [overlapping] What I think made the Clooney thing so impactful was not that he's George Clooney, the guy you know from "ER." What I think made the Clooney op-ed stand out was that he said, "I was in Joe Biden's presence at a fundraiser, and I saw him. And he's not what you think."

I think it wasn't just the messenger. I think it was also the message. And that's why I think the Taylor Swift endorsement – I'll agree with you, it – it does matter, and it's not the message of "You should vote for Kamala Harris." Because I don't think there are a lot of voters out there going—[voices overlap] –"Gee, I don't know who to vote for; let me wait for Taylor Swift to tell me." [laughter]

But I think that, in terms of turnout, to the extent that there are voters who are on the sidelines, and they previously thought, "I thought Hillary Clinton wasn't great. I thought Joe Biden wasn't great. They don't motivate me to turn out." To the

23

DEFENDANTS00000162

ID00001822_0024

extent that she's getting people to actually get off the couch, the couch is the enemy.

FRANKEN: It was 400,000 the first day.

MAHER: It's amazing.

FRANKEN: Of people who registered because she told them to go register. [applause]

MAHER: And, I must say, in George Clooney's defense—[building applause] [referring to those applauding] –"Those are the good people." [laughter] In George Clooney's defense, he's done a few things since "ER." [laughter] [applause] [cheers] [voices overlap]

But this – this…let me know – you're a pollster, tell me what this means. Because this was the most surprising part of it, was who she influenced. Swift, it says, "would have more influence over MALE voters; 27% of male voters say they'd be more likely to vote for a candidate endorsed by Swift. I must have this phenomenon gauged all wrong. [laughter] [applause] I – I thought it would be women.

FRANKEN: Another one.

MAHER: What?

FRANKEN: Another one.

MAHER: [overlapping] Another…[he laughs]…that I got wrong. Okay, I see. I get you. [applause] [voices overlap]

FRANKEN: [overlapping] Ah, that was cheap. [laughter]

MAHER: [overlapping] Okay, no, that's all right. [laughter] That's fine.

So, Laura Loomer, may we talk about her for…

FRANKEN: Oooh...[he shudders]

MAHER: [overlapping] Okay.

FRANKEN: [overlapping] To bring her…

24

DEFENDANTS00000163

ID00001822_0025

MAHER: [overlapping] Right.

FRANKEN: [overlapping] …he brought her to a 9/11—

MAHER: [overlapping] Eleven—

FRANKEN: [overlapping] –remembrance.

MAHER: [overlapping] –yes.

FRANKEN: Which is obscene.

MAHER: Well, she's a "truther," right, a "9/11 Truther." And, by the way—
[voices overlap]

FRANKEN: [overlapping] Yes.

MAHER: [overlapping] –in the 23 years since 9/11, at the beginning, there was a
lot of "truthers." I mean, you don't know what happened at first. People sent me
a lot of videos. I watched them all. I said, "You know, I – I don't trust anybody in
the media these days. I'm doing the deep dive."

Okay, even most of the people at the beginning who were "9/11 Truthers" have
fallen away. It's just not even a thing anymore. Everybody gets it. It involved…to
think that George Bush could have planned something like that. Just ridiculous.
[laughter]

So, to be a – to be a "9/11 Truther," this is what I mean about "Captain Queeg":
we're at that end stage, I really think.

Here's my question, because she said – Laura Loomer said, "Taylor Swift," she
believes, "is in an arranged relationship with Travis Kelce to influence the 2024
election."

I think maybe Laura Loomer's in an arranged relationship to affect the election,
because she's very close to Trump. She's 31, looks like his "type." [laughter]

We did an editorial here a few years ago, who—[laughter] –you're remembering it
already. [laughter] It was basically "Who's Trump Fucking?" Because I said, you
know, it's not nobody. He's – he's been a dog for too long—[laughter] –and it's
not Melania.

25

DEFENDANTS00000164

ID00001822_0026

I think we may have our answer this week. I think it might be Laura Loomer. I'm just saying. [laughter] [applause]

SOLTIS ANDERSON: [overlapping] Well, I don't know what his…

MAHER: [overlapping] "I don't know…I don't know what?"

SOLTIS ANDERSON: [overlapping] …I don't know what he's doing behind the scenes, but I do know that a big part of why he was able to be so successful up until the kind of flailing of the last few weeks, is that he had actually brought in a really impressive teams of operatives around him that had kept him kind of muzzled, kept him on message.

Susie Wiles and Chris LaCivita, his campaign managers, they are good at what they do. And the fact that he's now bringing all of these other people to Mar-a-Lago, I do think lends some credibility to your prediction that this could be the end. That if he's – if he's able to actually keep the pros in charge—[voices overlap] –he would be very formidable. But—[voices overlap]

MAHER: [overlapping] I – I really think it is. And – and these people who are still undecided – I mean, you can answer – this is your field – these people who are like the people who go to McDonald's every day and still…[l…still need to look at the menu for ten minutes. [laughter] What are they waiting for? What…who is…hmm, "Harris/Trump?" [laughter]

FRANKEN: They get their information from places that – that we don't. And so they have a bias toward Trump, maybe, and that's why they…are undecided.

SOLTIS ANDERSON: They're waiting to see if they—[voices overlap]

FRANKEN: [overlapping] What was wrong with that theory? [laughter] [applause]

MAHER: It wasn't good.

FRANKEN: That's…

MAHER: It was no good. That was – that was terrible.

FRANKEN: It's a very…

MAHER: [overlapping] It's – it's the non-undecideds who have the bias, the people who are locked into MSNBC and that's all they see, or they only see Fox

DEFENDANTS00000165

ID00001822_0027

News. These are the people who supposedly are outside those bubbles…who are weighing it. [laughter] And this is back to my point earlier. Like, I don't think they are blind to what a monster he is. They just say, "Yeah, but there are things going on."

And, again, unless the Democrats start marginalizing some of the crazy people – you know, the Hamas lovers and the gender deniers and the, you know, "men can get pregnant" people…[he thumps the table] Boom. [applause]

SOLTIS ANDERSON: But, I think…I do think that if you want to win over the political center, getting rid of your extremes is helpful. But I also think that for a lot of these swing voters, it's not that they love Donald Trump, and it's not that they love Kamala Harris. They're trying to figure out, "Is it even worth my time to go participate? Or is this all pointless?"

MAHER: Right.

SOLTIS ANDERSON: "Are we just…is it just going to be a disaster no matter what?" There was a woman in one of my focus groups. She's a moderate voter in Pennsylvania. Her name was Kay. And she said, "Look, I didn't want to vote at all. But I'm probably going to go out and vote for Kamala Harris, because my friends have convinced me that if I don't vote, it's basically like voting for Trump. But I'm not going to like it. I'm not going to enjoy it. And I'm going to need wine afterwards."

MAHER: [overlapping] Yeah, who told you, you have to like everything in life? [laughter] [applause] Vote for her! All right, time for New Rules! Thank you, guys! [applause] [cheers]

Okay! All right. New Rules!

New Rule: Now that Taylor Swift has saved democracy by endorsing Kamala Harris, she has one more mission: stop making Travis Kelce dress like a douche. [laughter] [applause] I don't own a cat, but I know what it smells like when they mark their turf. [laughter] [applause]

And since – since cats are so on everyone's mind these days, New Rule: The makers of TABLY, the app that tells you whether or not your cat is happy, have to answer one question: doesn't that ruin the mystery? [laughter] [applause]

I mean, plainly, that is the attraction of a cat. [laughter] If you want a pet that goes ape-shit for you when you come home, we have that. It's called a dog. [laughter] [applause]

27

DEFENDANTS00000166

Some people like that. And some people like when you come home and your pet
glances at you like a Stepford wife in a loveless marriage. [laughter] I guess we're
all different! [laughter] [applause]

Okay, New Rule: Everyone must recognize that when we say, "Never forget"
about something, we always forget. Not only have we forgotten 9/11, Ground Zero
is now a shopping mall with a Banana Republic, Sephora and Jamba Juice.

But on the bright side, to recap, [scoreboard score:] The Galleria at the World
Trade Center 1, Caliphate 0! [laughter] [applause] [cheers] [he chuckles]

New Rule: The college freshman who's – I'll get them back with this one—
[laughter] –the college freshman who's been complaining on *reddit* that his dorm
mate sits in their room all day playing League of Legends, and so he hasn't been
able to jerk off for two weeks…[laughter] …must be told, "It gets better."
[laughter] [applause]

[soothing piano plays] Hi…Hi, I'm Bill Maher, with a message to college
freshmen with backed-up sperm. [laughter] I know how hard it can be for you. It's
your first time away from home, your roommate barely speaks English, [laughter]
someone stole your weighted blanket, your—[laughter] –your Ritalin prescription
ran out. [laughter] And the "From the river to the sea" chants outside your window
are keeping you up at night. [laughter]

But, hang in there. As Nietzsche said, "What doesn't kill us makes us stronger."
Also, you know the shower right down the hall? Use that, dumb-ass. [laughter]
[applause] [cheers] Told you.

New Rule: Someone has to tell Chad Condit, who is suing California State Senator
Marie Alvarado-Gil because he claims she forced him to perform oral sex on her
while she was his boss, including once in her car. And it left him with three
herniated discs and a collapsed hip…[laughter] [applause] …that I'm sorry, but
this is the biggest humble-brag in history. [laughter] [applause] [cheers]

I mean…I mean, who amongst us hasn't tapped out because they couldn't keep
going, but…[laughter] …you're saying you stuck it out at the expense of your
spinal cord in order to…[laughter] [applause] …in order to get your boss to the
finish line? Good God, man, you're the greatest lover of all time, and employee of
the month! [applause] [cheers]

DEFENDANTS00000167

ID00001822_0029

And finally, New Rule: Now that we've shown that it's possible to begin a campaign for president just three months before the election, let's always do that! [applause] [cheers]

Yeah! They always say, "Voters don't pay attention until Labor Day." Well, then let's start the election on Labor Day and end it on Election Day! [applause] [cheers]

When the Civil War starts. [laughter]

But I'll get to that in a minute. But honestly, what sentient person couldn't cast their vote right now? Trump announced his run nearly two years ago. Did anyone say, "Good, I need – need to hear more about this Donald Trump"? [laughter] If he can support forcing a woman to choose whether to have an abortion in six weeks, we can choose whether or not to abort him in 12. [applause] [cheers]

Americans are a funny people. For most things, we have zero attention span. [laughter] Nearly half of TikTok users say watching videos that last over a minute is stressful! [laughter]

FRANKEN: [he laughs] Oh, my…

MAHER: Thirty-seven states have no waiting period for a gun, because if we order a pizza and it's not there in 30 minutes, someone has to die. [laughter] [applause]

If you order…if you order a garden gnome when you're drunk, on Amazon, it's on your doorstep before you sober up! [laughter] [applause]

We have five-minute car-washes, speed dating, 15-minute oil change, 20-minute facelifts.

A 2005 survey found that vaginal sex typically lasts three to seven minutes. Because we fuck like we eat. [laughter] [applause] Yeah.

And yet we do elections like we're fucking on cocaine! [laughter] [applause]

When…when Joe Biden was still hanging on to be the candidate, many of the pundits said that to switch him out this late would cause chaos! Yeah, that was never my position. And, indeed, what happened was, Kamala Harris said, "Oh, look, I guess it's my turn." And the next day, a grateful nation handed her $500 million. [laughter]

DEFENDANTS00000168

ID00001822_0030

The only reason we stay stuck in permanent campaign mode is money. It's estimated this year that $16 billion will be spent on political ads. It's time we admit that the endless campaign exists only to enrich advertisers, political consultants, and what's left of the news media. [applause]

And the fact that we're just getting to know Kamala isn't bad. It's great! Great for her, great for the country! People didn't used to get sick of the candidates because you barely ever saw them unless you happened to be standing at the back end of a train. [laughter] [applause]

But...but now we never stop seeing them! The winner in modern elections comes down to who we're less tired of. They're just constantly on us. TV, radio, the mail, on our phones, texting! "Hey, Bill. Tim Walz here! You up?" [laughter]

They're everywhere all the time. Jesus Christ! Fuck off! Let mommy put her purse down! [applause] [cheers]

I don't get it. Everything in the modern world moves so fast...except politics. It's the one exception. Well, politics and streaming series. [laughter] People are always telling me I should binge-watch a show that "gets good in season three." Season three?! [laughter] What about my needs?

Every idea that would make one single decent movie, is now a ten-part series, and the middle three episodes are just the old cop with a dark secret, and the lesbian cop with the neck tattoo saying, "Are you as confused as I am?" [laughter] [applause]

Well, I'm very confused. Why the hell do we still need a ridiculous 11-week period between election and inauguration? It made sense in the old days when it took that long to get from Illinois to Washington by horse. But...[laughter] ...we have planes now!

We don't have to strap William Howard Taft to a buckboard and wheel his ass in from Ohio! [laughter] [applause]

We...we – we talk of the intermission between election and inauguration as a transition period, like that's good, and it makes us mature. It's not! It's a fetid swamp which breeds nothing but mischief.

When other countries vote out their politicians, they throw their clothes right out on the front lawn within days: "Buh-bye, loser." [laughter] [applause]

DEFENDANTS00000169

ID00001822_0031

You don't – you don't get…you don't get three months to sit there and think about rioting. Where else in life does this ever happen, where a person gets terminated, and they just let you stay on for a couple of months? No!

When you get fired at Google, you pack up your cardboard box with the sad plant, and you're gone that day. [applause]

Canada elects a new prime minister, and they take over in two weeks. The French hit-it-and-quit-it in three. [laughter] Japan's "season" lasts 12 days. In England, their campaign is 25 working days, and the new prime minister moves into 10 Downing Street within hours.

In Mexico and the Philippines, campaigns last 90 days. In Brazil, 45. And these are the laid-back countries. [laughter] The ones where you ask room service for a bucket of ice, and it comes as you're boarding the flight home. [laughter] [applause]

And yet…yet they all manage to wrap up an election in the same amount of time that it takes a "90 Day Fiancé" to say, "Sure, I'll fuck a fat guy for a green card." [l

If TLC can do "90 Day Fiancé," we can do "90 Day Commander in Chief." [applause] [cheers]

Because, at this point, I feel like Melania in the bedroom. I just want to get whatever's going to happen over with. [laughter] [applause] [cheers]

All right, that's our show. I'll be at the Taft Theatre in Cincinnati, September 29th, the Majestic in San Antonio, October 12th, and the Tulsa in Tulsa, October 13th.

I want to thank Kristen Soltis Anderson, Al Franken and Alex Karp! [applause] [cheers]

Go watch "Overtime" now on YouTube!

Thank you, ladies and gentlemen! [applause] [cheers] Okay.

[ROLL END CREDITS]

*

31

DEFENDANTS00000170

ID00001822_0032

## "OVERTIME" on YouTube

[applause] [cheers]

BILL MAHER: All right, here we are in "Overtime" with a conservative pollster and CNN contributor, Kristen Soltis Anderson and the former Democratic Senator from Minnesota, and the host of "The Al Franken Podcast," Al Franken! [applause] [cheers]

Okay, here are what the people want to know. "Al, do – do Americans not understand how tariffs work, and who ultimately pays the price for them?

AL FRANKEN: Americans don't understand how tariffs work.

MAHER: Thank you! [laughter] Questions?

FRANKEN: No. Okay. Trump keeps saying that he put these tariffs on…around – well, let's say China, and that –[with Trumpian inflection] "CHJINA"—[laughter]

MAHER: [he laughs]

FRANKEN: [overlapping] –has paid us…sometimes he says "tens of billions," sometimes "hundreds of billions"—[laughter] –sometimes "trillions." Tariffs don't work that way.

MAHER: No. [laughter]

FRANKEN: When we put a tariff, let's say, on Chinese TV, okay?

MAHER: Why don't we say cars, because that's what we're actually doing under the Biden Administration? [applause]

FRANKEN: Okay.

MAHER: I read it today: 100% tariffs on Chinese cars. That makes Chinese cars, which are very inexpensive, competitive now – or I guess not competitive at all—

FRANKEN: [overlapping] Not competitive.

MAHER: [overlapping] –with American cars. So why is – why does it not work only for Republicans? I don't get it. Because this is what Biden is doing?

32

DEFENDANTS00000171

ID00001822_0033

FRANKEN: I don't know why he's doing that exactly. But I just want to get the concept of what a tariff is down.

MAHER: Let's do that.

FRANKEN: Okay, because a lot of people think – let's say – I'm going to use a different example. I'm going to use televisions, okay? [laughter] Let's say...let's say Best Buy wants to buy 1,000 televisions from China, Chinese tele…And Trump, or whoever, has put a tariff on it of 20% , and they're $500 each. So that means $100 each tariff.

Now, according to Trump, he thinks China…[laughter] …pays the tariff. China doesn't pay the tariff. [laughter] Best Buy pays the tariff.

MAHER: Of course.

FRANKEN: Yeah. And when Best Buy pays the tariff, it has to decide whether to pass that on to their—

MAHER: [overlapping] The consumer.

FRANKEN: [overlapping] –the consumer, or maybe cut it in half and make it…that's how tariffs work.

MAHER: Right.

FRANKEN: And Trump keeps saying this over and over again. And I wish this was kind of one of the things that the moderators had been asked during the thing: "Is that how tariffs work?" NO! No, it doesn't! [laughter] And…and she was right—[applause]—saying it's a…it's a tax on the middle class, is what she was saying.

MAHER: Okay. But let's say it's cars. [laughter]

FRANKEN: Yes, let's say…

MAHER: So—

FRANKEN: [overlapping] No.

MAHER: [overlapping] –now it's not Best Buy paying the tariff.

33

DEFENDANTS00000172

ID00001822_0034

FRANKEN: [overlapping] Yes.

MAHER: It's Ford.

FRANKEN: Right.

MAHER: And General Motors.

FRANKEN: Right.

MAHER: Why doesn't it work the same way? Why isn't it a bad idea when the Democrats are doing it?

FRANKEN: I think that—

MAHER: [overlapping] [he laughs]

FRANKEN: [overlapping] –well, I don't know electric cars very well. And I don't know what the rationale behind that is. Whether we – they're inferior products or…but as far I'm concerned—

MAHER: [overlapping] No, I think they're not inferior. I think that's why we have to protect our own makers here, because they would be very, very…

FRANKEN: [overlapping] –well, in that case, dammit, Biden's wrong.

MAHER: There you go! Was that so hard? [laughter] Let's not play team sports. Let's play truth. Okay. "What role, if any, will SNL parodies of political figures play in the election? Well, you're an alumni of SNL. That's perfect for you.

FRANKEN: Oh, okay. [laughter] It will play a big role. They'll do a fake debate. That's what we used to do all the time. We'd have…that was our big sketch of the year.

MAHER: Right.

FRANKEN: And then they'll have…see, so who do they have doing – oh, Maya Rudolph would be doing—

MAHER: [overlapping] Kamala.

FRANKEN: [overlapping] –Kamala. [applause]

34

DEFENDANTS00000173

ID00001822_0035

MAHER: And that genius who does Trump will be Trump. Yeah. I mean…

KRISTEN SOLTIS ANDERSON: I feel like it's – it matters more when the politician isn't well known. Like, I don't know if SNL actually plays a big role if it's Hillary Clinton and Donald Trump—[voices overlap]

MAHER: [overlapping] No.

SOLTIS ANDERSON: [overlapping] –who everybody knows. But think about somebody like Sarah Palin. People actually believed that she said, "I can see Russia from my house," because they said it on SNL, and it's so believable! [laughter] Like, people really think that happens.

FRANKEN: That's when you have power! [laughter] [applause]

MAHER: [overlapping] Oh…hey…

FRANKEN: [overlapping] As a hysterical show.

MAHER: [overlapping] …I…we used to have a lovely lady – I'm still friendly with her – a Christian, and she said in 2010 something about she was a witch, or she used to be a witch. And because she was running – she said that way back on "Politically Incorrect." Christine O'Donnell.

SOLTIS ANDERSON: [overlapping] Mm-hmm.

MAHER: And then she was running for Congress in, I think, Delaware, in 2010.

FRANKEN: [overlapping] The Senate, yeah.

MAHER: [overlapping] The Senate, okay, right.

FRANKEN: She got the nomination.

MAHER: And I – I brought up the witch thing. And it – I mean, I felt a little bad, because she's sweet; but she shouldn't have been a senator. [laughter] But, like, we brought it up on this show… a week later, there was Kristen Wiig on a broom doing—[laughter] –it had passed to that level where they were – she was the witch flying in on the broom. I mean, it – it can move that fast.

SOLTIS ANDERSON: Yes.

35

DEFENDANTS00000174

ID00001822_0036

MAHER: [overlapping] And that's to my point about George Clooney – I know—
[laughter] –but…and Taylor Swift, I do think this really does affect the culture,
because I think that's where people get…why did—[voices overlap]

FRANKEN: [overlapping] Well, Taylor Swift really is registering—

MAHER: [overlapping] Yes! Right!

FRANKEN: [overlapping] –tons and tons of people, which – it could easily –
easily make the difference in this election.

MAHER: Yes. And they will do whatever she says. I mean, Trump is a cult, and
she's a cult. [laughter] It is. It's just it's a better cult. [applause] [cheers]

"Kristen, who are the feral 25-year-olds making Kamala Harris go viral on
TikTok?" [laughter]

SOLTIS ANDERSON: [she laughs]

MAHER: Do you know what that means? Feral 25-year-olds"?

SOLTIS ANDERSON: So what I think this means is that she has – her campaign
has leaned into the way that she has kind of – gone viral online with, like, memes
that most people have never heard of. Like, a very small subset of very engaged
activists online have. And it has made Kamala Harris go from… "If Joe Biden
steps out, is it really going to be her?" to "Oh, she's really cool, and Democrats are
really excited about her."

And, in a way, like, it is – she's trying to capture some of that same kind of energy
that Democrats had when Barack Obama first came on the scene, and was getting
young people to organize online in support of him. And it was dismissed a little bit
at first, and then turned out to be really important and decisive.

So she's doing that again. And what's different and helpful to her this time is, in
2019, arguably, her campaign staff was too online. They were too intent on trying
to win over very online, political activists who had really far-left preferences, to
go down rabbit holes on issues nobody cared about. And this time around, being
too online actually means doing things that are reaching people who are not
watching traditional political news at all.

And that's a difference that's really important. It means that instead of getting
your message in front of the people that already believe, it's getting your message

36

DEFENDANTS00000175

ID00001822_0037

in front of people that may have thought politics had nothing for them. But "hey, she seems cool, maybe it's worth voting for." [applause]

MAHER: All right. I feel like the Democrats have been smart. I mean, getting rid of Biden, getting her in quickly. I feel like they're usually the – the party that you're like, "Oh, God…" And this time I feel like they're playing everything pretty smart. You would agree, Al? As a…[voices overlap]

FRANKEN: [overlapping] Yeah, and that debate, really, I mean, they prepared—[voices overlap]

MAHER: [overlapping] Yeah.

FRANKEN: [overlapping] –her and she prepared herself remarkably well.

MAHER: Yeah.

FRANKEN: And she performed great. It's one of the—[applause]

MAHER: [overlapping] Like I said, it's already in the bag. Do you think there's a…if Trump sees he's losing – and I see the polls: he's way down now – do you think there's a—[voices overlap]

FRANKEN: [overlapping] Really? A new poll since the debate? [voices overlap]

MAHER: [overlapping] –yeah, since the debate, yeah. Yes. What do you think? He went up? [laughter] [voices overlap]

FRANKEN: [overlapping] Oh, no, I would think he'd go down. But I didn't know that they'd have a—

MAHER: [overlapping] Yeah, no, no, I saw it today…yeah.

FRANKEN: [overlapping] –a debate…that…I'm sorry. A poll—

MAHER: [overlapping] –yeah, of course. Sure.

FRANKEN: [overlapping] –that was…is a poll this quickly – is it – mean that much?

MAHER: [overlapping] Yeah, of course. It was Tuesday. It's Friday.

37

DEFENDANTS00000176

ID00001822_0038

SOLTIS ANDERSON: [overlapping] I could. There's going to be a lot that'll come out over the weekend.

MAHER: Yeah. Anyway—

SOLTIS ANDERSON: [overlapping] Ask me again on Monday. [she laughs]

MAHER: [overlapping] –do you…okay, but…do you think there's a world where he sees, like, a month before the election that he's losing? And he switches out Vance?

SOLTIS ANDERSON: No. No.

MAHER: [overlapping] He…you don't think…no?

SOLTIS ANDERSON: [overlapping] No. No, no, no.

MAHER: RFK? [voices overlap]

FRANKEN: [overlapping] No.

SOLTIS ANDERSON: [overlapping] No…no universe. [laughter]

MAHER: I'm just – just throwing it out there. You don't think he would ever do that?

FRANKEN: RFK—[voices overlap]

SOLTIS ANDERSON: [overlapping] So, speaking of SNL, I want to remind you, I remember in 2016, Lin Manuel Miranda guest-hosted SNL, and it was the weekend after all the "Access Hollywood" stuff came out. And he started singing that song from "Hamilton," "Never Gonna Be President Now," pointing at Trump's picture in 30 Rock, because Trump had hosted SNL. Everyone thought the election was DONE at that point. [voices overlap]

MAHER: [overlapping] Okay, but…but everybody—

SOLTIS ANDERSON: [overlapping] And it wasn't.

MAHER: [overlapping] But everybody in that audience is already going to vote for the Democrat. It's a super-woke show with a super-woke audience. And the people who aren't—[voices overlap]

DEFENDANTS00000177

ID00001822_0039

SOLTIS ANDERSON: [overlapping] What I'm saying is that over-confidence—
[voices overlap]

MAHER: [overlapping] –that way—[voices overlap]

SOLTIS ANDERSON: [overlapping] –that, like, oh, there's no way he can survive
this thing. I just – I remember—

MAHER: [overlapping] –and the people who don't feel that way—[voices
overlap]

SOLTIS ANDERSON: [overlapping] –he survived—[voices overlap]

MAHER: [overlapping] –watch that show for the comedy, and they see that, and
they go, "Oh, fuck you. [laughter] Fuck you, you smug assholes." [applause]

FRANKEN: [overlapping] Also…Comey happened. Also, Comey happened.

MAHER: Yes, James Comey put out a letter 11 days before the election.

FRANKEN: [overlapping] Yeah, yeah, and that's—

MAHER: [overlapping] Right, yeah, that happened.

FRANKEN: [overlapping] –that's it, that's happened.

MAHER: [overlapping] Okay.

FRANKEN: [overlapping] And that's how close these things are. And…

MAHER: Oh, yeah.

FRANKEN: [overlapping] Yeah.

MAHER: So…okay, here's one: "Do you think it was a good idea for Joe Biden to
put on a MAGA hat?" Okay, if you missed this story.

SOLTIS ANDERSON: [overlapping] Oh…[laughter]

MAHER: [overlapping] It was – I think this happened at – at the World Trade
Center site, right?

SOLTIS ANDERSON: Yeah.

39

DEFENDANTS00000178

ID00001822_0040

MAHER: Wasn't that where it was?

SOLTIS ANDERSON: It was like – it was like a hat exchange. It was – it was – I actually think it was okay. It was essentially, like, after a soccer match when the players, like, trade jerseys.

MAHER: [overlapping] Yeah, but this—

SOLTIS ANDERSON: [overlapping] It was kind of like that. And he was trying to make, like, a nice gesture.

MAHER: [overlapping] –I – I know. But it just showed—

SOLTIS ANDERSON: [overlapping] You know—

MAHER: [overlapping] –it's good we got rid of him. [laughter]  It's – it was a dumb – it's a dumb thing to do, because it's not a soccer match.

FRANKEN: Was he trading hats?

SOLTIS ANDERSON: Yeah.

MAHER: [overlapping] I mean – just – you don't put on a MAGA hat.

FRANKEN: What kind of hat did he have?

MAHER: [overlapping] I don't know. But it's like…it's like…it would be like drawing a penis on my own forehead, you know? [laughter] [applause] It's – it's just a dumb idea. [applause] All right, we've got to go! Thank you very much! [applause] [cheers] That's a good one to end with.

**

40

DEFENDANTS00000179

ID00001822_0041