## MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

```
------------------------------------------------------------------------- x
LAURA LOOMER,                              :
                                           :
                    Plaintiff,             :
                                           :
          - against -                      :    Case No.: 5:24-cv-00625-JSM-PRL
                                           :
BILL MAHER and HOME BOX                    :
OFFICE, INC.,                              :
                                           :
                    Defendants.            :
                                           :
------------------------------------------------------------------------- x
```

## DECLARATION OF BILL MAHER

I, Bill Maher, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1.     I am over the age of eighteen, a resident of California, and competent to make this declaration. I have personal knowledge of the statements set forth below. I submit this declaration, together with the exhibits annexed hereto, in support of the motion for summary judgment of Defendants Bill Maher and Home Box Office, Inc. ("HBO").

2.     I am the host of *Real Time with Bill Maher* ("*Real Time*"), which airs on HBO on Friday nights at 7 p.m. PT / 10 p.m. ET.

### My Background

3.     I began working as a comedian in 1978, when I started performing stand-up comedy in New York City. In 1983, I moved to California where I continued my comedy career. I made numerous appearances on *The Tonight Show*, many other late

night shows, and in several movies and sitcoms, while continuing to perform stand-up comedy.

4.      In 1993, I began to host the show *Politically Incorrect*, a late-night comedy show that aired first of Comedy Central and then on ABC five nights a week. I hosted *Politically Incorrect* until 2002.

5.      In 2003 I began to host *Real Time with Bill Maher* ("*Real Time*") on HBO. I serve as an executive producer and writer for the show, as I have since it premiered. The show is currently in its 23rd season.

6.      While continuing with my hosting duties on *Real Time* and *Politically Incorrect*, I also have released 13 stand-up comedy specials on HBO. I only recently stopped performing stand-up comedy after forty-six years in 2024.

7.      I have been nominated for 83 awards, including 42 Emmys. The vast majority of my award nominations relate to my work as a comedian and host of *Politically Incorrect* and *Real Time with Bill Maher*.

### *Real Time with Bill Maher*

8.      *Real Time* is a late night comedy show. We use news and politics as fodder for our comedy.

9.      Because the show revolves around current events, both the writers on the show and I keenly follow the news cycle.

10.     While I have a team of writers, producers, and others who work on the show, I have sole discretion as to the content of the show.

### The Week of the September 13, 2024 Episode

11.     In the week leading up to the September 13, 2024 episode of *Real Time with Bill Maher*, I read stories in many different outlets about the events of that week, including the Presidential debate, Taylor Swift's endorsement of Kamala Harris, Joe Biden wearing a "Make America Great Again" hat, presidential polling, inflation, mortgage rates, the resignation of the New York City police commissioner, hurricane Francine, the MTV music awards, and a potential government shutdown. I received these copies of headlines concerning these stories on September 12. **Exhibit A**. I also read stories concerning potential tariffs placed on Chinese goods, a bomb threat made against a school in Springfield, Ohio, North Korea's nuclear weapon development, and Senate races around the country. I received these copies of headlines concerning these stories on September 13. **Exhibit B**. Also among the topics I read about was President Trump traveling with Laura Loomer. The articles that I read included, but were not limited to an Associated Press article titled "Laura Loomer, who promoted 9/11 conspiracy theory, joins Trump for anniversary ceremonies" that noted that Loomer was "spotted departing Trump's plane when he landed in Philadelphia," attached hereto as **Exhibit C**. In addition, I received an email from a writing assistant for the show containing research about Laura Loomer, as shown in **Exhibits D** and **Exhibit E**.

12.     The story surrounding Loomer's close relationship to President Trump was everywhere. I saw videos in which Loomer blew kisses to President Trump. I saw tweets in which she expressed her love for President Trump and used emojis with

hearts in them. I saw that President Trump had once, while holding Loomer's waist, said something to the effect of "she's softer than you think she is." I saw that Loomer was President Trump's guest at the 9/11 commemoration ceremony and his guest at the debate.

13.     I was of course also aware of President Trump's reported history of infidelity, including with Marla Maples and Stormy Daniels.

### The September 13, 2024 Episode

14.     Despite the presence of jokes about President Trump's relationship with Loomer appearing in multiple drafts of scripts, none of those jokes made it into the final script for the opening monologue. Instead, my opening monologue contained jokes about Loomer's history of racism and incendiary commentary, including that Loomer once stated that Marjorie Taylor Greene had "lady-parts [that] resemble an Arby's sandwich." The opening monologue also included numerous jokes that did not involve Loomer, including jokes about President Trump's debate performance, including his widely reported claim that Haitian immigrants were eating pets..

15.     Every episode of *Real Time* includes a panel discussion. The discussion is unscripted and is often informed by current events. During the panel discussion, having seen many news reports about Loomer traveling with Trump, having seen Loomer's tweets expressing her affection for President Trump, and having read multiple jokes about Loomer and her closeness with President Trump, I said "Here's my question, because she said – Laura Loomer said, 'Taylor Swift,' she believes, 'is in an arranged relationship with Travis Kelce to influence the 2024 election.' I think

maybe Laura Loomer's in an arranged relationship to affect the election, because she's very close to Trump. She's 31, looks like his 'type.' We did an editorial here a few years ago, who—you're remembering it already. It was basically 'Who's Trump Fucking?' Because I said, you know, it's not nobody. He's – he's been a dog for too long—and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer. I'm just saying." The joke lasted for less than a minute of the fifty-seven minute episode.

16.    The statement at the center of this lawsuit is a joke that I, as a professional comedian, told on a late-night comedy show. Based on everything that I had read and seen about Laura Loomer's relationship with President Trump and President Trump's history of infidelity, I had no reason to doubt that Loomer "may" have been having an affair with President Trump, as I quipped.

Executed on October 31, 2025, in Los Angeles, CA.

Bill Maher