# EXHIBIT C

# Laura Loomer, who promoted 9/11 conspiracy theory, joins Trump for anniversary ceremonies

**AP** apnews.com/article/laura-loomer-trump-911-conspiracy-theories-18198b8ea2ce567467acfd6bf7f19f1e

September 11, 2024



1 of 4 |

Lynne Patton, Laura Loomer and Corey Lewandowski watch as Republican presidential nominee former President Donald Trump visits the Shanksville Volunteer Fire Company in Shanksville, Pa., Wednesday, Sept. 11, 2024. (AP Photo/Matt Rourke)



2 of 4 |
Laura Loomer watches as Republican presidential nominee former President Donald Trump
visits the Shanksville Volunteer Fire Company in Shanksville, Pa., Wednesday, Sept. 11,
2024. (AP Photo/Matt Rourke)



3 of 4 |

Laura Loomer arrives with Republican presidential nominee former President Donald Trump for a visit to the Shanksville Volunteer Fire Company in Shanksville, Pa., Wednesday, Sept. 11, 2024. (AP Photo/Matt Rourke)

DEFENDANTS00002175



4 of 4 |
Laura Loomer arrives with Republican presidential nominee former President Donald Trump
at Philadelphia International Airport, Tuesday, Sept. 10, 2024, in Philadelphia, for the
presidential debate. (AP Photo/Chris Szagola)

Laura Loomer, a right-wing activist who posted last year that 9/11 was an "inside job," joined
Republican presidential nominee Donald Trump in New York and Pennsylvania on
Wednesday as he commemorated the anniversary of the attacks.

The 31-year-old provocateur and influencer posted photos from ground zero and shared a
video of Trump talking with firefighters in Lower Manhattan on Wednesday morning, writing,
"They were thrilled to see him." She also accompanied the former president to Shanksville,
Pennsylvania, where one of the planes crashed 23 years ago after crew members and
passengers fought back against the hijackers.

"HAPPENING NOW: President Trump just visited the Shanksville Fire Department after
visiting the memorial site of United Flight 93 and meeting with family members of 9/11
terrorist attack victims in Shanksville, Pennsylvania," she posted on X on Wednesday
afternoon. "NEVER FORGET!"

Loomer said in a text message to The Associated Press that she doesn't work for the Trump campaign and that she was "invited as a guest." She did not respond to questions about her past statements about 9/11.

Related Stories



Election 2024 Latest: Trump and Harris focus on tax policy ahead of next week's debate



9/11 anniversary: US commemorates attacks with politics in view



Election 2024 Latest: Trump and Harris zero in on economic policy plans ahead of first debate

The Trump campaign responded with a statement from an unnamed campaign official. "Today, President Trump put politics aside and stood beside Kamala Harris and Joe Biden to honor those who lost their lives during the worst terrorist attack in our nation's history. The day wasn't about anyone other than the souls who are no longer with us, their families, and the heroes who courageously stepped up to save their fellow Americans on that fateful day," it read.

DEFENDANTS00002177

Loomer was also spotted departing Trump's plane when he landed in Philadelphia for
Tuesday's debate.

Trump has a long history of elevating and associating with people who trade in falsehoods
and conspiracy theories, and he regularly amplifies posts on his social media site shared by
those like Loomer, who promote QAnon, an apocalyptic and convoluted conspiracy theory
centered on the belief that Trump is fighting the "deep state." During the debate, Trump
pushed baseless claims about migrants stealing and eating cats and dogs and later
defended his comments by saying he was repeating things he'd seen on TV.

She frequently makes anti-Islam and anti-immigrant posts on social media and has been
targeting Trump's Democratic opponent, Vice President Kamala Harris, with vile racist and
sexist attacks. Last year, she shared a video on X that said "9/11 was an Inside Job!" and
claimed it was somehow related to then-Secretary of Defense Donald Rumsfeld's
announcing $2.3 trillion in "lost" government funds on Sept. 10, 2001.

The post misrepresented Rumsfeld's remarks, which were about a challenge in tracking
funds due to outdated technology. The day before 9/11 was not the first time the problem had
been discussed.

The conspiracy theory that U.S. officials are hiding information about the Sept. 11 attacks or
were somehow involved in the planning has taken hold among a segment of determined
"truthers," but many of their most prevalent claims have fallen apart upon further scrutiny.

Loomer's stepped-up presence in Trump's entourage comes as he has made a number of
staff changes in recent weeks, including bringing back veterans of his 2016 and 2020
campaigns, like former campaign manager Corey Lewandowski. Lewandowski was known
for the mantra "Let Trump be Trump."

**What to know about the 2024 Election**

- **Today's news:** Follow live updates from the campaign trail from the AP.
- **Ground Game:** Sign up for AP's weekly politics newsletter to get it in your inbox every
  Monday.
- **AP's Role:** The Associated Press is the most trusted source of information on election
  night, with a history of accuracy dating to 1848. Learn more.

She has long served as one of Trump's fiercest supporters in the Make America Great Again
wing of the Republican Party. She led attacks against Florida Gov. Ron DeSantis on Trump's
behalf during the primary phase of the 2024 campaign and has been deeply involved in pro-
Trump politics — and the more extreme elements it has attracted — for years.

Some Trump allies would prefer the former president to distance himself from Loomer, but Trump has welcomed her as a semi-regular presence in recent months.

When she ran as a Republican for Congress in Florida in 2020, Loomer celebrated her primary win at a party attended by controversial figures including Gavin McInnes, the founder of the far-right extremist group the Proud Boys. She later lost the 2020 House race to Democrat Lois Frankel. She also ran unsuccessfully for Congress in 2022.

CONFIDENTIAL
ID00000231_0007