# EXHIBIT D



**Who is Laura Loomer?**

Laura Loomer, 31, is a far-right activist and internet personality well-known for her anti-Muslim rhetoric and for spreading conspiracy theories. She unsuccessfully ran as a Republican for Congress in Florida in 2020 and 2022.

Recently, Loomer has been accompanying Trump on his travels, including the day of the presidential debate. Many Republicans worry that Trump is too close to Loomer, blaming her for Trump's botched debate performance

CONFIDENTIAL                                                                    DEFENDANTS00001803
ID00000026_0001

and pet-eating rant. The next day, Loomer posted an unfounded allegation that Harris had worn earphones disguised as earrings during the debate.

Loomer also joined Trump as he made multiple stops Wednesday to mark the 23rd anniversary of the 9/11 attacks, despite posting a video on X last year that claimed "9/11 was an Inside job!"

A few days earlier on Sept. 8th, Loomer launched a racist attack against Kamala Harris (who is Indian American) posting on X:

> "If Kamala Harris wins, the White House will smell like curry & White House speeches will be facilitated via a call center and the American people will only be able to convey their feedback through a customer satisfaction survey at the end of the call that nobody will understand."

Rep. Marjorie Taylor Greene (R-GA) responded to Loomer's post saying:

> "This is appalling and extremely racist. It does not represent who we are as Republicans or MAGA. This does not represent President Trump. This type of behavior should not be tolerated ever. Laura Loomer should take this down."

Loomer ate dog food in an online video posted on Sept. 6th. Loomer hosts a show called *Loomer Unleashed* on Rumble—a YouTube-like video platform often associated with the far-right. In July, Rumble launched a pet-focused brand called "Pawsitive," which offers "high-quality, human-grade treats" for dogs. In a publicity stunt to demonstrate the high quality of the dog food, Loomer ate some and posted the video saying:

> "I just ate dog food. It's human grade. Which means you and your dog can share a tasty, nutrient dense treat together. Order yours today: http://Pawsitive.com/Loomer"

Roger Stone responded to Loomer's post saying, "Gross."

9/12/24                                                                              2