IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

   Plaintiff,

v.

BILL MAHER et al

   Defendants.

Case No: 5:24-cv-00625-JSM-PRL

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL MAHER AND HBO INC'S REQUEST FOR ATTORNEYS FEES AND COSTS AND RELATED MATTERS**

  Throughout this case, Defendants Maher and HBO and their counsel Kate Bolger have sought to run up attorney's fees and costs for an individual Plaintiff, Laura Loomer by improperly, overly and incessantly objecting to simple questions, making speaking objections to tip off witnesses on how to answer and instructing witnesses not to answer, and other inappropriate conduct at depositions and elsewhere. In addition, they have also sought to improperly influence this Court with ongoing matters before the Supreme Court of Florida and other courts concerning a disciplinary matter. Today, counsel for Ms. Loomer informed the magistrate judge overseeing this disciplinary matter in this Court of the status, as he is required to do. Exhibit 1. Despite this, Defendants' counsel unabashedly attempted to continue to make this an issue with regard to their own behavior, which should be subject to sanctions.

  Accordingly, Defendants and their counsel's request should be denied and they should be publicly reprimanded and ordered to pay attorney's fees and costs for their obstructionist litigation tactics and other improper conduct. This

can be gleaned from video at depositions, particularly the one of Plaintiff Laura Loomer, where she was effectively browbeaten by Ms. Bolger. Regrettably Davis Wright Tremaine has a reputation for this conduct, not only in this litigation but in many others in which Mr. Klayman and other counsel have been involved.

Finally, just today Ms. Bolger and her clients have filed a frivolous summary judgment motion, coming after the Court already ruled that the defamation of Plaintiff falls within the ambit of defamation *per se* in denying their motion to dismiss. This voluminous motion is yet another attempt to run up the time and costs of this litigation for an individual plaintiff like Ms. Loomer. As for the request to President Trump to help resolve this case – as he and First Lady Melania Trump were defamed as well in the same publication -- it is noteworthy that when Plaintiff's counsel held out the possibility of settlement early on, as reflected in the testimony of Defendant Maher at his deposition, he was not even advised of this overture, and instead Ms. Bolger unethically hid this from him and HBO. A settlement would obviously deprive them of the huge attorney's fees they continue to reap in this case. Their frivolous motion for summary judgment is a case in point, and so is their response to Plaintiff's motion for sanctions.

Dated:     November 10, 2025            Respectfully Submitted,

                                        By: /s/ Larry Klayman
                                        Larry Klayman, Esq.
                                        Klayman Law Group P.A.
                                        7050 W. Palmetto Park Rd
                                        Boca Raton, FL, 33433
                                        leklayman@gmail.com

2

Counsel for Plaintiff