IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAURA LOOMER<br>      Plaintiff,<br>v.<br>BILL MAHER et al<br>      Defendants. | Case No: 5:24-cv-00625-JSM-PRL |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

  Plaintiff Laura Loomer ("Plaintiff") hereby moves the Court for a twenty-one (21) days extension of time to file a response in opposition to Defendants' Motion for Summary Judgment, until and including December 22, 2025, a thirty (30) day extension of the trial date, and a ten (10) day extension of time for Defendants to file a reply brief. No further extensions will be sought unless a corresponding extension to the trial date and reply deadline is also sought and received.

  The reason for this request is that the undersigned counsel has had a very heavy litigation schedule and is short-staffed during this holiday period. Mr. Klayman also has a Supreme Court petition coming due during this period which will require advance printing. Finally, Mr. Klayman also was travelling abroad to the United Kingdom on a client matter during this time, which he previously had not anticipated being necessary.

  Counsel for Defendants do not oppose this motion. Specifically, counsel for Defendants state: "if you would like to request a 30-day extension on the trial date from the court, along with a 21-day extension of Ms. Loomer's time to

respond, and a 10-day extension of Defendants'' time to reply, we will not object to your request. This would mitigate some, though not all, of the prejudice to Defendants. Moreover, we request that you represent that Ms. Loomer will not seek any further extensions to the summary judgment briefing schedule even to substitute in new counsel, unless a corresponding extension to the trial date and reply deadline is also sought and received." Plaintiff agrees to this.

  WHEREFORE, Plaintiff respectfully requests that this motion be granted.

Dated:  December 1, 2025    Respectfully Submitted,

                By: /s/ Larry Klayman
                Larry Klayman, Esq.
                Klayman Law Group P.A.
                7050 W. Palmetto Park Rd
                Boca Raton, FL, 33433
                leklayman@gmail.com

                Counsel for Plaintiff