UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

| | |
|---|---|
| LAURA LOOMER, | |
|         *Plaintiff*, | |
| - against - | Case No.: 5:24-cv-00625-JSM-PRL |
| BILL MAHER and HOME BOX OFFICE, INC., | |
|         *Defendants*. | |

## DEFENDANTS' RESPONSE TO PLAINTFF'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Defendants Bill Maher and Home Box Office Inc. respectfully submit this response to Plaintiff's Motion for an Extension of Time. Defendants do not oppose Plaintiff's request, but write to provide their full response to Plaintiff's counsel's November 24, 2025 email in order to provide the Court with full context of Defendants' position on this issue. This is attached as Exhibit 1.

Dated: December 1, 2025

Respectfully submitted,

*/s/ Rachel E. Fugate*

Rachel E. Fugate (FL Bar No. 144029)
Yelan Escalona (FL Bar No. 1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (561) 429-3619
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
Davis Wright Tremaine LLP
1251 Avenue of the Americas,
21st Floor
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com