# Exhibit 1

**Bolger, Kate**
___

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Monday, November 24, 2025 12:44 PM |
| **To:** | 'Oliver Peer' |
| **Cc:** | Larry Klayman; Rachel E. Fugate |
| **Subject:** | RE: Loomer v. Maher - Request for Extension of Time for SJ JD EDITS |

Mr. Peer,
As you may recall, when we first learned of Mr. Klayman's suspension from the Florida bar, we notified him that we were going to request clarification from the court regarding the summary judgment briefing schedule and whether it would or should be changed. Mr. Klayman responded: "Nothing needs to be stayed at this time and even if I am not reinstated there will be counsel substituted. No reason for delay. Please do not misrepresent at usual."

The Court then so-ordered our letter saying that our motion was "granted to the extent that the deadlines imposed in the Amended Case Management and Scheduling Order (Dkt. 139) remain unchanged." We consequently filed our motion on the due date under the scheduling order, with the understanding that Plaintiff would do the same.

Agreeing to Plaintiff's proposed extension now will materially prejudice Defendants in a number of ways. First, Plaintiff would now receive a total of almost two months to review and respond to Defendants' motion – almost double the time that she would have received under the rules. Indeed, the proposed extension would mean that Plaintiff's response is due several weeks after Mr. Klayman is no longer eligible to practice law before the Middle District of Florida, and Defendants are not convinced that additional requests for extensions to substitute new counsel will not be filed. Second, Plaintiff's proposed schedule would permit her to file her opposition just before the Christmas and New Year holidays, while Defendants would be left with a ten-day stretch over those holidays to draft and file their own response. Third, and most importantly, with a trial date scheduled for April of 2026, Defendants cannot agree to an extension that would result in such an abbreviated period of time between when the summary judgment motion is fully briefed and trial is set to begin.
We note that, while Mr., Klayman's busy schedule is cited as the reason for the requested delay, we are aware of two other actions in the Middle District of Florida where Mr. Klayman has recently requested and been granted extensions, thereby lightening the load of his other casework.

Due to all of these issues, we are unable to agree to your proposed schedule in its current form. That said, if you would like to request a 30-day extension on the trial date from the court, along with a 21-day extension of Ms. Loomer's time to respond, and a 10-day extension of Defendants'' time to reply, we will not object to your request. This would mitigate some, though not all, of the prejudice to Defendants. Moreover, we request that you represent that Ms. Loomer will not seek any further extensions to the summary judgment briefing schedule

1

even to substitute in new counsel, unless a corresponding extension to the trial date and reply deadline is also sought and received.

Please confirm how you would like to proceed.
Kate Bolger

**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Oliver Peer <oliver.peerfw@gmail.com>
**Sent:** Monday, November 24, 2025 10:07 AM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Larry Klayman <leklayman@gmail.com>; Rachel E. Fugate <rfugate@shullmanfugate.com>
**Subject:** Re: Loomer v. Maher - Request for Extension of Time for SJ JD EDITS

**[EXTERNAL]**

Good morning:

Please advise if you will consent to a twenty-one day extension of time to file a response to Defendants' Motion for Summary Judgment. The reason for this request is that Mr. Klayman has a very heavy litigation schedule and is short staffed during this holiday period and has a Supreme Court petition coming due in this period which will require advance printing. Thank you.

Regards,
Oliver Peer
Klayman Law Group P.A.

On Tue, Sep 30, 2025 at 7:58 PM Bolger, Kate <KateBolger@dwt.com> wrote:

> Hi Mr. Klayman
>
> Attached is a proposed joint request for an extension of time. Let us know any comments and we can file tomorrow.
>
> Kate
>
> **Kate Bolger**
> **Partner,** Davis Wright Tremaine LLP
>
> **P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
> **A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
> **DWT.COM**