UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

LAURA LOOMER,

        *Plaintiff*,

    - against -

BILL MAHER and HOME BOX OFFICE, INC.,

        *Defendants*.

Case No.: 5:24-cv-00625-JSM-PRL

---

## MOTION FOR LEAVE TO FILE REDACTED VERSION OF THE DECLARATION OF DEAN JOHNSEN

Pursuant to the Court's December 4, 2025 Order denying Defendants' Motion to Seal the Declaration of Dean Johnsen filed in support of Defendants' Motion for Summary Judgment, *see* ECF No. 159, Defendants Home Box Office Inc. and Bill Maher respectfully seek leave to file a redacted version of the Declaration of Dean Johnsen.

In its December 4, 2025 Order, the Court recognized that "[w]hile the Declaration does appear to contain some confidential and proprietary business information, the Court is not persuaded that it necessitates sealing the entire document." ECF No. 159. Defendants are submitting herewith a version of the Declaration with limited redactions designed to protect confidential and proprietary business information.

Dated: December 11, 2025

Respectfully submitted,

/s/ *Rachel E. Fugate*
Rachel E. Fugate (#144029)
Yelan Escalona (#1031564)
Shullman Fugate PLLC
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (813)935-5098
rfugate@shullmanfugate.com
yescalona@shullmanfugate.com

Katherine M. Bolger (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
Davis Wright Tremaine LLP
1251 Ave. of the Americas, Fl. 21
New York, NY 10020
Tel: (212) 489-8230
katebolger@dwt.com
alexandraperloffgiles@dwt.com