## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

---

LAURA LOOMER,

    *Plaintiff*,

    - against -

BILL MAHER and HOME BOX OFFICE, INC.,

    *Defendants*.

Case No.: 5:24-cv-00625-JSM-PRL

---

### DECLARATION OF DEAN JOHNSEN

I, Dean Johnsen, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1.    I am over the age of eighteen, a resident of California, and competent to make this declaration. I have personal knowledge of the statements set forth below. I submit this declaration, together with the exhibits annexed hereto, in support of the motion for summary judgment of Defendants Bill Maher and Home Box Office, Inc. ("HBO").

2.    I am one of the Executive Producers of *Real Time with Bill Maher* ("*Real Time*"), which airs on HBO on Friday nights at 7 p.m. PT / 10 p.m. ET.

**My Background**

3.    I have spent my professional career in television. After I graduated from California State University, Chico in 1991, I worked as a writer for USA's Up All

1

Night from 1992 to 1995, as a production assistant for 20th Century Fox's Courage Under Fire from 1995 to 1996, and as a staff coordinator at Dreamworks from 1996 to 1999. From 1999 to 2001, I worked as a producer on *Politically Incorrect with Bill Maher*. I have worked as a producer or executive producer for *Real Time* since the show began in 2003.

4. I have worked with Bill Maher for 26 years. Bill Maher is a comedian and political satirist. *Politically Incorrect* was a late-night political comedy show that first aired on Comedy Central from 1993 to 1996 and then aired on ABC from 1997 to 2002. *Real Time* is a weekly hour-long late night television show presented by Bill Maher.

5. In addition to these shows, Maher does comedy specials. Maher also wrote and performed the Tony award-nominated one-man show *Bill Maher: Victory Begins at Home* on Broadway.

6. *Real Time* and *Real Time with Bill Maher: Overtime* have been nominated for 14 Emmy awards, including for Outstanding Variety Series, Outstanding Variety Talk Series, or Outstanding Variety, Music or Comedy Series in 2006, 2007, 2008, 2009, 2010, 2011 2012, 2014, 2016, 2017, and 2024. While the title of the category has changed over the years, the show has only ever been nominated for awards within the Primetime Emmy Award categories, not the News & Documentary Emmy Award categories.

### *Real Time with Bill Maher*

7.  *Real Time* is now in its 23rd season. While the show initially aired live, it is now recorded "live to tape" before a studio audience in Los Angeles, California on Friday evenings at 4 p.m. PT / 7 p.m. ET, and then airs on HBO later that same evening at 7 p.m. PT / 10 p.m. ET.

8.  *Real Time* is a late night comedy and talk show with a political bent. For example, the show's description on HBO Max, the platform on which subscribers can stream the show, states: "This award-winning talk/comedy series is the premiere platform for debate, comedy, and social discourse."

9.  The show is produced by HBO and, as an executive producer on the series, I am directly involved in the day-to-day operations.

10. Every episode of *Real Time* generally follows the same format. After a video montage intro accompanied by theme music, the show opens with a scripted comedic monologue performed by Maher. After that, Maher interviews one-on-one the first guest for that show. There is then a panel discussion, typically with two guests, often one left-leaning and one-right leaning. The interview and the panel discussion are unscripted, though Maher will have thought in advance of topics and questions. In the middle of the panel session, Maher, while sitting at the panel table, performs a comedic bit about a notable current event, known as the "desk piece" by those who work on the show. After the panel discussion, there is a segment called "New Rules" with scripted comedic takes related to popular culture and American politics. The show closes with an editorial monologue about a topical issue that is also scripted. All

of these elements are comedic and are designed to make the studio audience and the home viewer laugh and think about newsworthy events from that week.

11. Examples of Republicans who have been on the show in the past year or so include Florida congressional representative Byron Donalds, South Carolina congressional representative Nancy Mace, former chief strategist and senior counselor to President Donald Trump and well-known conservative fire-brand Steve Bannon, former Governor Chris Sununu, former Secretary of Defense Mark Esper, former Colorado congressional representative Ken Buck, former Illinois representative Adam Kinzinger, Director of National Intelligence Tulsi Gabbard, Surgeon General nominee Casey Means, and former Trump adviser KellyAnne Conway, as well as conservative or neoconservative commentators and public figures such as Ann Coulter, Ben Shapiro, Robert Stone, Douglas Murray, Sarah Isgur, Phil McGraw ("Dr. Phil"), and Kid Rock.

12. The show bears all the hallmarks of late-night comedy television, from *The Tonight Show Starring Johnny Carson*, which helped establish the genre, to *Late Night with David Letterman*, *The Tonight Show with Jay Leno*, and *Late Night with Conan O'Brien*. Like those shows, Real Time features a witty comedian host; an opening monologue with jokes about current events, pop culture, and politics; recurring segments (e.g., Letterman's "Top Ten List," or *Real Time*'s "New Rules"); an interview with a prominent person or celebrity; and a highly responsive studio audience that laughs, applauds, groans, boos, and otherwise engages actively.

4

13. Every week, we follow a similar format in putting together the show.

14. A team of ███ writers works on the scripted elements of the show.

15. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████

16. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████

17. ████████████████████████████████████████████████
████████████████████████████████████████████████
██████

18. ████████████████████████████████████████████████
████████████████████████████████████████.

19. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████

20. ████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

21. ████████████████████████████████

████████████████████████████████████████

██████████████████████████

22. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████

23.     On Friday afternoon at approximately 4:00 p.m. PT, the show tapes. As noted, the show is filmed live-to-tape before a studio audience. Usually the show's head writer warms up the crowd by telling jokes before Bill Maher appears, readying the audience to laugh, as is typical of late-night television, sit-coms, and other comedy series.

### The September 13, 2024 Episode

24.     One of the most prominent news stories in the week leading up to the September 13, 2024 was Laura Loomer's appearances with President Trump, including traveling with President Trump on his campaign plane and appearing at his side at public events. Maher and our writers were of course aware of that news story

given its extensive coverage, just as they were aware of other notable stories widely covered during the week.

25. For example, on Wednesday, September 11, ███████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

26. ███████████████████████████████████████████

███████████████████████████████████████████████

██████████

- "Trump takes the bait. The former president repeatedly stepped into Harris' traps during last night's debate designed to provoke, rattle and enrage him"

- "David Leonhardt: The Harris-Trump Debate — Kamala Harris seemed to win the debate with Donald Trump, but didn't have a perfect night. She often ignored the questions from ABC's moderators and made a few misleading statements"

- "Taylor Swift endorses Kamala Harris after presidential debate"

- "Asked if he wants Ukraine to defeat Russia, Trump didn't say yes. Trump repeated his claim that he can end the war and refused to say if defending Ukraine was in America's national security interests"

- "Trump pushes baseless claim about immigrants eating pets. 'They're eating the dogs, the people that came in, they're eating the cats,' Trump said during an answer to a question about immigration. 'They're eating the pets of the people that live there, and this is what's happening in our country, and it's a shame"

7

- "Vox: Pet eating, 'transgender operations on illegal aliens that are in prison,' 'J6' — Donald Trump lost the debate because he's too online. The GOP nominee spoke to swing voters as though they were his Truth Social followers"

- "'Three on one' — Conservatives attacked ABC News moderators David Muir and Linsey Davis for fact-checking the debate in real-time. How Muir and Davis firmly pursued real-time fact-checking to build guardrails around Trump in the ABC News debate between Trump and Harris"

- "CNN Flash Poll: Majority of debate watchers say Harris outperformed Trump onstage. Debate watchers said, 63% to 37%, that Harris turned in a better performance onstage in Philadelphia"

- "Inflation falls to 3-year low as Fed preps to cut interest rates next week"

- "Middle-income American households finally saw rising inflation-adjusted incomes last year. It's the first gain in four years"

- "Sarah McBride, a Democratic state senator, won her primary for a Delaware House seat. She's poised to become the first openly transgender member of Congress."

27. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████

28. Loomer remained prominently in the news the next day. ████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

29. █████████████████████████████████████████████

30. These stories and tweets were front of mind for the writers as they drafted their monologue joke pitches for that week. ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████

31.   ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████

32. ████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

33. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████

34. ███████████████████████████████████████

███████████████████████████████████████████

██████

35. On Friday, September 13, Loomer was in the headlines yet again. ████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

36. ███████████████████████████████████████

37. ███████████████████████████████████████ *See* **Exhibit** Y (

DEFENDANTS00004531), **Exhibit Z** (DEFENDANTS00004537), **Exhibit AA** (DEFENDANTS00001310).

38. █████████████████████████████████████████

39. As these various drafts demonstrate, given all the reporting about Loomer appearing with Trump and the seeming closeness between the two, jokes about a romantic relationship between Loomer and Trump were topical and timely. Ultimately, however, none of the draft jokes submitted about their relationship was selected for the monologue. The monologue, which lasted 2 minutes and 3 seconds (from 4:55-6:58), instead largely focused on President Trump's debate performance, including multiple jokes about his claim that Haitian immigrants were eating pets. It also included jokes about Laura Loomer's outlandish controversies and her war of words with conservatives Lindsey Graham and Marjorie Taylor Greene. Other scripted portions of the episode, such as the "New Rules," contained no references to Loomer at all, but included jokes about Travis Kelce's dressing habits, the emotional unavailability of cats, a lawsuit filed against a California State Senator, and the length

of the presidential campaign season. In short, no jokes about Laura Loomer's relationship with President Trump appeared in any scripted portion of the episode.

40. Instead, during the unscripted panel discussion, Bill Maher, having read those draft jokes and the public reporting about the two appearing together, ad-libbed the joke at issue in this case. In particular, he noted that Trump brought Loomer to a 9/11 memorial and then said: "Here's my question, because she said – Laura Loomer said, 'Taylor Swift,' she believes, 'is in an arranged relationship with Travis Kelce to influence the 2024 election.' I think maybe Laura Loomer's in an arranged relationship to affect the election, because she's very close to Trump. She's 31, looks like his 'type.' We did an editorial here a few years ago, who—you're remembering it already. It was basically 'Who's Trump Fucking?' Because I said, you know, it's not nobody. He's – he's been a dog for too long—and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer. I'm just saying." *See* **Exhibit AC** (DEFENDANTS00000139).

41. That joke did not occur until 41 minutes and 38 seconds into the episode, and accounted for just 42 seconds of an over 57-minute episode. (By comparison, the panel discussed Loomer's 9/11 trutherism for 1 minute and 2 seconds.) When Maher said that, we all understood it was a joke and certainly did not think that Maher had information about the true nature of the relationship between Loomer and Trump beyond what had been reported in the news that week. At the same time, in light of all of the news reports regarding their close relationship, it seemed plausible that Trump and Loomer were romantically involved. In other words, neither I, nor—to my

15

knowledge—any other members of the show staff, thought Maher was intentionally lying when he said he "th[ought]" Trump "might be" "fucking" "Laura Loomer."

42. After the September 13 show aired, as with all shows, the show team prepared the as-broadcast transcript, as shown in **Exhibit AC** (DEFENDANTS00000139).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2025 in Los Angeles, CA.

*Dean Johnsen*
Dean Johnsen