IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BILL MAHER et al<br><br>　　　　　　　Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## NOTICE OF APPEARANCE

To clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Laura Loomer

Dated:　　　December 15, 2025　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　By:/s/ Frederick Sujat
　　　　　　　　　　　　　　　　　　　　　Frederick Sujat, Esq.
　　　　　　　　　　　　　　　　　　　　　Fla. Bar # 27081
　　　　　　　　　　　　　　　　　　　　　5675 Brookfield Cir E
　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL, 33312
　　　　　　　　　　　　　　　　　　　　　fsujat@yahoo.com
　　　　　　　　　　　　　　　　　　　　　Tel: 954-815-5221

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1