# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LAURA LOOMER,**

    Plaintiff,

v.                                                Case No: 5:24-cv-625-JSM-PRL

**BILL MAHER and HOME BOX OFFICE, INC.,**

    Defendants.

## ORDER

The Court previously denied Defendants' motion to seal the Declaration of Dean Johnsen filed in support of Defendants' motion for summary judgment. (Doc. 159). As the court explained, while the Declaration appeared to contain some confidential and proprietary business information, it was not necessary to seal the entire document. Now, Defendants have filed a motion for leave to file a redacted version of the Declaration. (Doc. 164). The Court has reviewed the proposed redactions and agrees that the excerpts are properly redacted because they contain confidential and proprietary information about how episodes of Real Time are created, including the processes by which writers and editors gather information about news events and draft and edit scripts.

Accordingly, Defendants' motion (Doc. 164) is GRANTED. The redacted version of the Declaration (Doc. 164-1) shall stand as filed. The Declaration of Dean Johnsen filed in its entirety at Doc. 153-1 shall remain under seal. The Clerk shall link the sealed Declaration

- 2 -

(Doc. 153-1) and the redacted Declaration (Doc. 164-1) to the Declaration with attached exhibits filed in support of the motion for summary judgment (Doc. 151).[1]

DONE and ORDERED in Ocala, Florida on December 15, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record

---

[1] In support of their motion for summary judgment, Defendants filed the Declaration of Dean Johnson with exhibits (Doc. 151). The Declaration itself was replaced by a single page that stated, "The Declaration of Dean Johnsen will be filed under seal." As noted above, the Court denied Defendants' request to file the Declaration under seal but granted the motion to file a redacted version of the Declaration.