## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

| | |
|---|---|
| LAURA LOOMER<br><br>                      Plaintiff,<br><br>  v.<br><br>BILL MAHER et al<br><br>                      Defendants. | **Case No: 5:24-cv-00625-JSM-PRL** |

## **CONSENT MOTION TO EXCEED PAGE LIMITS**

Plaintiff Laura Loomer ("Ms. Loomer") hereby moves the Court for an order permitting Ms. Loomer to file a response in opposition to Defendants' Motion for Summary Judgment containing forty (40) pages.

This would allow Ms. Loomer the same number of pages in opposition as the Defendants were granted for their Motion for Summary Judgment. ECF No. 124 (Motion for Leave to File Summary Judgment in Excess of Page Limitations); ECF No. 136 (Endorsed Order Granting Defendants' Motion).

In Defendants' Motion for Leave to File Summary Judgment in Excess of Page Limitations, they state, "Defendants would consent to any request from Plaintiff for a similar number of pages for her summary judgment brief and/or her opposition to Defendants' motion." ECD No. 124 ¶ 4. Thus, they have consented to this instant motion, which must be granted in the interests of fundamental fairness and justice.

1

WHEREFORE, Ms. Loomer respectfully requests that the Court grant this motion and permit her to file a 40-page response in opposition to Defendants' summary judgment motion.

Dated:       December 15, 2025               Respectfully Submitted,


By: /s/ Frederick Sujat
Frederick Sujat, Esq.
Fla. Bar # 27081
5675 Brookfield Cir E
Fort Lauderdale, FL, 33312
fsujat@yahoo.com
Tel: 954-815-5221

*Counsel for Plaintiff*