1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~          CASE NO.:
                                            5:24-cv-00625-
LAURA LOOMER,                               JSM-PRL

                    Plaintiff,

     vs.

BILL MAHER, et al.,

                    Defendant(s).
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~




                    CONFIDENTIAL

          VIDEOTAPED DEPOSITION OF

                    BILL MAHER


               APRIL 4, 2025
          12:02 P.M. TO 4:45 P.M.


        9150 WILSHIRE BOULEVARD, SUITE 350
         BEVERLY HILLS, CALIFORNIA 90212




     Deidre Young, RPR, CSR No. 11461

2

```
 1                    APPEARANCES OF COUNSEL

 2

 3      FOR THE DEFENDANTS:

 4          Davis Wright Tremaine
            By:  Katherine M. Bolger, Esq.
 5          1251 Avenue of the Americas
            21st Floor
 6          New York, New York 10020-1104
            +1 212.402.4068
 7          Katebolger@dwt.com

 8

 9      FOR THE PLAINTIFF:

10          Klayman Law Group, P.A.
            By:  Larry Klayman, Esq.
11          7050 West Palmetto Park Road
            Boca Raton, Florida 33433
12          +1 561.558.5336
            Leklayman@gmail.com
13

14

15
        THE VIDEOGRAPHER: Kirill Davidoff
16
        ALSO PRESENT:
17        Jessica Davidovich, In-house counsel for HBO

18        Laura Loomer

19

20

21

22

23

24

25
```

3

1                          INDEX OF EXAMINATION

2

3      WITNESS:
       BILL MAHER
4

5

6      EXAMINATION BY:                              PAGE
       BY MR. KLAYMAN                                  8
7

8

9

10                        INFORMATION REQUESTED

11                               NONE

12

13

14                      INSTRUCTION NOT TO ANSWER

15                          PAGE       LINE
                              9          7
16                           31         19
                             32         15
17                           69         23
                             73         21
18                           74         20
                             80          4
19                           95          7
                            104          1
20                          126         19
                         ** 131         14
21                          140          2
                            146          5
22                          150         22
                            174         11
23                          194         25
                            199          4
24                          209         23
                         ** Certified Question
25

4

1                    INDEX OF EXHIBITS

2

3     NO.                   DESCRIPTION                    PAGE

4     EXHIBIT 1    Amended Notice of Taking                 8
                   Deposition
5
      EXHIBIT 2    List of political campaign             34
6                  contributions as listed by the
                   Federal Election Commission
7
      EXHIBIT 3    Letter from Larry Klayman to           53
8                  Bill Maher dated September 16,
                   2024
9
      EXHIBIT 4    Defendants Bill Maher and Home         71
10                 Box Office, Inc.'s Motions To
                   Dismiss And Memorandum Of Law In
11                 Support Thereof

12    EXHIBIT 6    Answer to Amended Complaint            91

13    EXHIBIT 7    Plaintiff's First Request for          92
                   Production of Documents
14
      EXHIBIT 8    Amended complaint filed by            106
15                 Plaintiff Loomer

16    EXHIBIT 9    Collection of tweets                  115

17    EXHIBIT 10   Collection of tweets                  170

18

19

20

21

22

23

24

25

5

1              DEPOSITION OF BILL MAHER

2               FRIDAY, APRIL 4, 2025

3

4

5

6

7         THE VIDEOGRAPHER:  Here begins media Number 1

8    in the deposition of Bill Maher in the matter of Laura

9    Loomer versus Bill Maher, et al., in the United States

10   District Court, Middle District of Florida.  The case        12:01:41

11   number is 524 CV 00625JSMPRL.

12        Today's date is April 4, 2025.  The time on the

13   video monitor is 12:02 p.m. Pacific time.  The

14   videographer today is Kirill Davidoff representing Legal

15   Video of California.  This video deposition is taking        12:02:14

16   place at 9150 Wilshire Boulevard, Suite 350, Beverly

17   Hills, California 90212.  And it was noticed by

18   plaintiff's counsel.

19        Counsel, please voice identify yourselves and

20   the state whom you represent.                                12:02:33

21        MR. KLAYMAN:  Larry Klayman on behalf of Laura

22   Loomer, the plaintiff.

23        MS. BOLGER:  Katherine Bolger from Davis Wright

24   Tremaine on behalf of Mr. Maher and HBO.  And with me is

25   Jessica Davidovitch from HBO.                                12:02:48

6

1           MR. KLAYMAN:  Can you pan to the counsel so --

2     just to -- pan the camera?  You can identify.

3           Great.  Thank you.

4           MS. BOLGER:  So -- sorry, go ahead.

5           THE VIDEOGRAPHER:  The court reporter today is    12:03:04

6     Deidre Young from Apex Court Reporters.  Will the

7     reporter please swear in the witness.

8           THE REPORTER:  My name is Deidre Young.  My CSR

9     number is 11461.  I will now swear in the witness.

10

11                    BILL MAHER,

12      having been duly administered an oath by the Court

13       Reporter, was examined and testified as follows:

14

15    BY MR. KLAYMAN:

16      Q    Could you please state --

17           MS. BOLGER:  Sorry, just before we begin, as I

18    mentioned before we went on the record, I want to, on

19    the record, confirm our agreement that this -- the

20    deposition, the videotape, and the contents of this       12:03:36

21    deposition will be kept confidential for 15 days.  And

22    if we choose to seek it longer, we'll go to the court.

23    But you've agreed to keep it confidential, the video,

24    the transcript, and the content, correct?

25           MR. KLAYMAN:  I'm looking upon your good faith    12:03:48

7

1    not to overly designate things as confidential.  And if

2    you do, we'll have to go to the court ourselves to break

3    that impasse.  But what we're trying to do is to avoid

4    running up the costs of litigation and burdening the

5    court in terms of its time, because these kinds of          12:04:03

6    agreements, and I'm trying to be accommodating to you

7    and your client, can get very, very costly if you overly

8    designate.  There's going to be very little, if

9    anything, that I ask today that is of confidential

10   nature.                                                     12:04:17

11        MS. BOLGER:  To be clear, I just am confirming

12   our agreement.

13        MR. KLAYMAN:  That's fine.

14        MS. BOLGER:  Okay.  I would also ask that --

15   that -- make a representation to me that there's no          12:04:23

16   recording of a surreptitious or other nature other than

17   that by the videographer and the stenographer.  We are

18   in California.  It is an all-party consent state.  I do

19   not agree to be recorded.  So I'd just like your

20   representation that there is no surreptitious recording      12:04:37

21   by you or by Ms. Loomer.

22        MR. KLAYMAN:  We're not doing that nor would we

23   do that.  We rely upon the court reporter --

24        MS. LOOMER:  I'm also happy, just for the

25   record too, to turn my phone off too to, you know...         12:04:48

8

```
 1              MS. BOLGER:  I'll accept a representation.  I

 2      just want a representation.

 3              MS. LOOMER:  It's off just so you see.

 4              THE WITNESS:  Good.

 5              MS. BOLGER:  All right.  With that         12:04:54

 6      representation and that agreement, I think we can go.

 7

 8                          EXAMINATION

 9      BY MR. KLAYMAN:

10          Q   Will you please state your name?         12:04:57

11          A   Bill Maher.

12              MR. KLAYMAN:  I'm going to ask that the court

13      reporter mark as Exhibit 1 to your deposition the

14      amended notice of deposition.

15              MS. BOLGER:  Do you have a copy for me?    12:05:09

16              (Deposition Exhibit 1 was marked for

17              identification by the Court Reporter and is

18              attached hereto.)

19              MR. KLAYMAN:  If I can get one back that I gave

20      you.  I take it this is -- okay.  Here we go.

21              MS. BOLGER:  Thank you.

22              THE WITNESS:  Here you go.

23              MR. KLAYMAN:  Thank you.

24      BY MR. KLAYMAN:

25          Q   Mr. Maher, I don't mean this in an offensive  12:05:36
```

9

```
1    way at all, but you have talked about taking marijuana,

2    cannabis, before.  Have you taken anything prior to this

3    deposition?

4        A    No, just coffee.

5        Q    Just coffee?                              12:05:50

6        A    Probably too much, yes.

7        Q    You look kind of wired.

8            MS. BOLGER:  Object to the form of the

9    question.

10           THE WITNESS:  I'm not --                   12:05:57

11           MS. BOLGER:  Don't answer that.  Ask a real

12   question.

13   BY MR. KLAYMAN:

14       Q    Okay.  When were you born?

15       A    January 20, 1956.                         12:06:02

16       Q    And where were you born?

17       A    New York City.

18       Q    Run us briefly through your educational

19   background.

20       A    Well, I went to school in New Jersey where I  12:06:13

21   grew up, Bergen County.  The town was River Vale.  I

22   believe the first school was called Holdrum, and the

23   second one's called Woodside.  Then I went to Pascack

24   Hills High School in Montvale, New Jersey.  And then I

25   went to Cornell University.                        12:06:33
```

10

1     Q    What did you major in, if anything, at Cornell?

2     A    First, I was a history major.  I believe I

3  graduated an English major.

4     Q    Where were you ever disciplined at Cornell?

5     A    No, not to my knowledge.            12:06:45

6     Q    When did you graduate?

7     A    I graduated in 1978.

8     Q    And what, if anything, did you do then?

9     A    Then I moved to New York City to start my

10  career as a stand-up comedian.            12:07:00

11     Q    And how long did you come -- how long did you

12  do stand-up comedy in New York City?

13         MS. BOLGER:  Object to the form.

14         You can answer.

15  BY MR. KLAYMAN:                        12:07:12

16     Q    I'm going to run through this quickly.

17         MS. BOLGER:  I said object to the form.

18         You can answer.

19  BY MR. KLAYMAN:

20     Q    Okay.  How long were you in New York City doing  12:07:16

21  stand-up comedy?

22     A    Okay.  I arrived, to my best recollection, in

23  the fall -- yes, of 1978, so I think that was October is

24  when I moved into the city.  I moved to California right

25  at the beginning of 1983.  So those were the years I was  12:07:35

11

```
1    in New York working at the comedy clubs.  And then I

2    moved out to California in '93[SIC] and kept going with

3    my comedy career.

4        Q    And where did you keep going with your comedy

5    career in LA?                                        12:07:52

6        A    Well, I was -- by that time, I started doing

7    The Tonight Show, which was important to a comedian and

8    also was trying to get on sitcoms, which is what young

9    comics did in those days.  I did that.  Did some movies

10   in the 80s.  I mostly made my living as an actor doing   12:08:10

11   comedy movies and sitcoms.  But I never stopped doing

12   stand-up and continued that up until, you know, a few

13   months ago.

14       Q    You're not doing, as you claim, comedy up to

15   two months ago?                                      12:08:30

16       MS. BOLGER:  Object to the form.

17       You can answer.

18   BY MR. KLAYMAN:

19       Q    Go ahead.

20       A    I'm not -- I'm not doing stand-up anymore.   12:08:34

21       Q    You're not really a comedian, are you?

22       MS. BOLGER:  Object to the form.

23       You can answer the question.

24       THE WITNESS:  Everyone has their own opinion

25   about someone's art form.  I would say after doing 12 --  12:08:45
```

12

```
 1    no, 13 stand-up specials for HBO, and I don't know how

 2    many appearances on other people's shows and doing a

 3    monologue every night on a show that has lasted on

 4    television -- two shows for 32 years, I would think a

 5    lot of people would consider me not just a comedian but   12:09:05

 6    a very good one.

 7    BY MR. KLAYMAN:

 8        Q    In fact you're more of a political pundit,

 9    aren't you?

10            MS. BOLGER:  Object to the form.                  12:09:14

11            You can answer.

12            THE WITNESS:  Politics is part of what the

13    fodder I use for comedy and stand-up.  Just watch my

14    latest special; it's partly about politics and it's

15    partly about everything else that goes on.  There are     12:09:25

16    many parts of my stand-up that have nothing to do with

17    politics.

18    BY MR. KLAYMAN:

19        Q    I've been on your show, correct, when it was --

20            MS. BOLGER:  Object to the form.  What show?      12:09:39

21            MR. KLAYMAN:  When it was Politically

22    Incorrect.

23            THE WITNESS:  Correct, yes, I recall.

24    BY MR. KLAYMAN:

25        Q    Long time ago?                                   12:09:45
```

13

1       A    Yeah.

2       Q    And I haven't been invited back for 20 years,

3   correct?

4       A    It's a different show.  You were invited back

5   to Politically Incorrect.  The show we do now is a          12:09:52

6   different show.  That show, Politically Incorrect, was

7   five nights a week, four guests a night.  That's 20

8   guests a week.  Now I do a show once a week with three

9   guests.

10      Q    I don't take any offense.  I just want to --      12:10:04

11      A    I'm just --

12      Q    -- to confirm because what I observed and what

13  I've observed when I've seen you on TV today is that you

14  read your lines that you have a teleprompter and you're

15  reading them?                                               12:10:17

16          MS. BOLGER:  Object.  Is there a question there

17  or are you testifying?

18  BY MR. KLAYMAN:

19      Q    That's accurate; is it not?

20      A    It is not --                                       12:10:23

21          MS. BOLGER:  Stop.  Object to the form.  You

22  don't get to testify, Mr. Klayman.  You can ask

23  questions.

24          Now you can answer.

25          THE WITNESS:  The show has written elements and    12:10:30

14

```
 1    it also has ad-lib elements.  Here are the written

 2    elements.  The monologue:  For that there are bullet

 3    points in the prompter, so those jokes are written and

 4    then I rewrite them to suit my voice and put the bullet

 5    points in the prompter.  So if you want to call that        12:10:50

 6    written, yes, there is prewriting there.

 7              Then there are -- there is what we call a desk

 8    piece.  That's a comedy bit in the middle of the show.

 9    That is prewritten and I'm reading off the prompter.

10    And then there are new rules, our signature comedy piece   12:11:05

11    at the end, that is also prewritten and in the prompter.

12    In between the panel discussion is completely ad-lib.

13    BY MR. KLAYMAN:

14       Q    You have writers, don't you, for your show,

15    Real --                                                    12:11:21

16       A    Correct.  I just mentioned that those -- there

17    are written elements to it.

18       Q    At the time of the subject publication here of

19    September 13, 2024, who were your writers?

20       A    You want me to name all --                         12:11:35

21       Q    I want you to name them.

22       A    Okay.  Billy Martin, Chris Kelly, Brian

23    Jacobsmeyer, Jay Jaroch, Matt Gunn, Amy Holmes, Samantha

24    Matti, Danny Vermont, Nick Vatterot.  I think I'm not

25    leaving out anybody.  I apologize to them if I -- if I     12:12:09
```

15

1    am.

2        Q    Did any of those individuals participate in

3    writing anything with regard to the show of

4    September 13, 2024?

5        A    Of course.                                    12:12:21

6            MS. BOLGER:  Object to the form.

7            You can answer.

8            THE WITNESS:  Of course.  They contribute to

9    every show.  I just told you that we have written

10   elements on the show.                                  12:12:28

11   BY MR. KLAYMAN:

12       Q    And did they write with regard to Laura Loomer?

13       A    We certainly discussed Laura Loomer because she

14   was all in the news that week.  My show is a show that

15   catches people up on all the important events that      12:12:41

16   happen that week.  So I'm sure she was discussed in the

17   meeting.

18       Q    Meeting or meetings?

19           MS. BOLGER:  Object to the form.  He was -- let

20   him answer his question.  You don't get to interrupt    12:12:53

21   him.

22           You can finish.

23           THE WITNESS:  I forget what we were talking

24   about.  We -- yes, we discussed Laura Loomer.  I'm

25   guessing -- well, we have one in-person meeting a week.  12:13:04

16

1    That's where we discuss events that we -- probably will

2    come up on the panel.  So I'm guessing -- I don't

3    remember for a fact, but I'm guessing we discussed her

4    in that meeting.  We definitely did not discuss what

5    we're here talking about today.                    12:13:29

6    BY MR. KLAYMAN:

7        Q    So you are saying that -- you are saying that

8    was an ad-lib?

9            MS. BOLGER:  Object.  Stop interrupting the

10   witness, Mr. Klayman.  Let him --                   12:13:37

11           MR. KLAYMAN:  I didn't interrupt him.  I

12   thought he was done.  You're interrupting me.

13           MS. BOLGER:  That's two in a row, my friend.

14           You can answer the question.

15           MR. KLAYMAN:  Thank you for keeping score.   12:13:42

16           THE WITNESS:  That was an ad-lib.  The writers

17   have nothing to do with that.

18   BY MR. KLAYMAN:

19       Q    The subsequent show of September 20, 2024 --

20       A    That was written.                          12:13:52

21       Q    That was written by your writers?

22       A    That's -- I mentioned the desk piece, the

23   comedy bit in the middle of the show, that was 24 things

24   you don't know about, which is a bit we do many times

25   about -- we've done it about many different people.  And  12:14:06

17

1    it's especially something we do when there's somebody in

2    the news who is new to the audience and it's a way we

3    comedically inform them of who that person is.

4        Q    What did you discuss with your staff prior to

5    the broadcast of September 13, 2024, with regard to          12:14:28

6    Laura Loomer?

7            MS. BOLGER:   Object to the form.

8            You can answer.

9            THE WITNESS:   I don't remember anything

10   except -- I don't remember -- I -- at all.  Like -- as I    12:14:39

11   say, because she was in the news so much that week, I

12   can't imagine that we didn't discuss her in the meeting.

13   But she was not a topic that we I don't think prepared

14   the guests to talk about.  It was just -- but that

15   happens often is that there are topics that just come up    12:15:01

16   on the panel or I bring up because I think that is

17   something the audience should be aware of.

18           This show is on Friday night.  It is, as I've

19   always said, a catch-up show for people who possibly

20   don't have time to follow the news all week and they        12:15:23

21   watch my show to catch up on the news and to have it

22   delivered in a way that's comedic and goes down easier

23   than dry news.

24           It's also a show for people who are political

25   junkies who know all these topics.  But I don't deliver      12:15:40

18

1    the show to those people especially.  I want people

2    watching this show who perhaps don't have time in their

3    lives to watch the news as us news junkies do.  And so

4    I'm telling them all the things that happened that week

5    that I think they should be aware of.              12:15:58

6    BY MR. KLAYMAN:

7        Q    What do you recollect in terms of Ms. Loomer

8    that she was in the news?

9        A    She was everywhere that week.

10       Q    In what respect?                          12:16:06

11       A    Suddenly, there was this very attractive young

12    woman who was at the side of the president everywhere.

13    For me not to have commented on that, I would have been

14    remiss in doing my job.  I was hardly the only one

15    commenting on it.  It was everywhere.  She seemed to be  12:16:22

16    everywhere suddenly.  She was blowing kisses at him or

17    saying "I love you.  I love you.  I love you," and he

18    was blowing kisses back at her.  He had his arm around

19    her saying "She's softer than you think she is."  They

20    went to the 9/11 memorial together.  She was his guest.  12:16:40

21    She was his guest at the debate.

22         I mean -- I mean, you can hardly imagine any

23    other presidential candidate ever suddenly appearing

24    with a very attractive young woman at his side

25    everywhere.  You're asking me a question.  I'm answering  12:16:56

19

```
 1    it.
 2              MR. KLAYMAN:  I'm not --
 3              MS. BOLGER:  No, no, you interrupted him again.
 4              Finish the answer.
 5              MR. KLAYMAN:  Well, I'm not interested in        12:17:01
 6    coached responses.  Okay?
 7              MS. BOLGER:  Finish -- finish the answer.
 8              MR. KLAYMAN:  I want answers to the question.
 9              MS. BOLGER:  Finish the answer.
10              THE WITNESS:  You're not interested in my        12:17:07
11    answers.  You're interested in yours.
12    BY MR. KLAYMAN:
13       Q    This wasn't an answer.
14       A    What was the question again?
15              MS. BOLGER:  No, no, no, don't fight.            12:17:13
16    BY MR. KLAYMAN:
17       Q    What was discussed, not your observation, what
18    was discussed with your writers and your staff?  That's
19    my question.
20              MS. BOLGER:  So that's not the question you      12:17:20
21    asked.
22              MR. KLAYMAN:  It is.
23              MS. BOLGER:  It's not the question --
24              THE WITNESS:  No, it wasn't.
25              MR. KLAYMAN:  It is.                             12:17:24
```

20

```
 1            MS. BOLGER:  Can you read back the question
 2     that he asked, that Bill was responding --
 3            MR. KLAYMAN:  You want to delay this thing or
 4     just move on, Ms. Bolger?
 5            MS. BOLGER:  I would like -- I would like to      12:17:28
 6     have --
 7            MR. KLAYMAN:  Yeah, why don't we delay --
 8            MS. BOLGER:  Why don't you --
 9               (Reporter clarification.)
10            MS. BOLGER:  Can you please -- can you please    12:17:34
11     read back the question he asked?
12            THE REPORTER:  Yes.
13            MR. KLAYMAN:  I'll rephrase the question just
14     to move forward.
15            MS. BOLGER:  I'd like you to read the question,
16     please?
17            MR. KLAYMAN:  Of course, let's run him off the
18     clock.
19            (The record was read by the reporter as
20            follows:
21            Q    "What do you recollect in terms of
22            Ms. Loomer that she was in the news?
23            A    "She was everywhere" --)
24     BY MR. KLAYMAN:
25        Q    Are you finished with that response?            12:18:08
```

21

```
 1      A    Sure.

 2      Q    So what was discussed with your staff

 3   concerning Ms. Loomer?

 4           MS. BOLGER:  Objection.  Asked and answered.

 5           You may answer again.                        12:18:19

 6           THE WITNESS:  As I told you, I don't remember,

 7   but I can't imagine that we didn't discuss her because

 8   she was everywhere in the news.  But what I -- what I

 9   know we did not plan was what we're here discussing,

10   that I was intimating that there was a relationship with 12:18:36

11   him, which other people were discussing as well.  It

12   was -- it was hard not to make that joke.

13   BY MR. KLAYMAN:

14      Q    I didn't ask for that answer, but you can leave

15   your answer, that's fine.  The fact is there a lot of    12:18:49

16   attractive women in Beverly Hills, aren't there?

17           MS. BOLGER:  Object to the form.

18           You can answer.

19           THE WITNESS:  I suppose there are, yes.

20   BY MR. KLAYMAN:                                          12:18:58

21      Q    Do they all become subjects of your show?

22      A    No, but all --

23      Q    So because someone's attractive, that's why

24   you're going --

25           MS. BOLGER:  He --                              12:19:05
```

22

```
 1              THE WITNESS:  No.  But all of them weren't at

 2     the side of the president everywhere he was going that

 3     week.

 4     BY MR. KLAYMAN:

 5        Q    And the president has a lot of attractive        12:19:10

 6     people by his side on a regular basis, based upon your

 7     observation, correct?

 8        A    I never said --

 9              MS. BOLGER:  Object to the form.

10              You've got to let me object, Bill.  Object to    12:19:16

11     the form.

12              You can answer now.

13              THE WITNESS:  I never saw anything like that

14     and neither did anybody else.

15     BY MR. KLAYMAN:                                           12:19:24

16        Q    So you decided to defame Ms. Loomer because

17     she's attractive, correct?

18        A    I made a joke.  I made a joke based on their

19     sudden closeness in the news that week.  I could have

20     shown a video of them together and all the places they   12:19:39

21     were together and all the things that were going on, the

22     "I love you" the "I love you," the blowing of the

23     kisses, you're very special, all this stuff, and then

24     just said, "Hey, get a room."  It's just -- this is just

25     comedy.  This is -- these are jokes.  And this is what    12:19:57
```

23

1    we do in America.  We're allowed to tell jokes.

2        Q    Apparently the court didn't think so.

3            MS. BOLGER:  Object to the characterization.

4    He has not asked you a question.  Do not respond.  You

5    can ask a question if you'd like.                    12:20:12

6    BY MR. KLAYMAN:

7        Q    You don't have any information, do you, that

8    Ms. Loomer had sex with Donald Trump, do you?

9        A    No, that's why it's a joke.

10        Q    You don't have any information that she       12:20:22

11    committed adultery behind the back of Melania Trump, do

12    you?

13        A    Nor did I say I did.  I said "I think she

14    might."  Those are very important words, "I think" and

15    "she might."                                          12:20:37

16            That's quite different than what Ms. Loomer

17    said about Kamala Harris when she said "I know she sucks

18    dick to get where she got."

19        Q    Ms. Loomer is not a part of this case in that

20    regard.                                               12:20:51

21        A    I know, but I feel like it's relevant.

22            MS. BOLGER:  I'm sorry.

23            THE WITNESS:  I feel like it's relevant.

24    BY MR. KLAYMAN:

25        Q    Well, anything that's off color is relevant to  12:20:55

24

```
 1    you, isn't it, Mr. Maher?
 2         A    No.  The fact that she said "I know" and I said
 3    "I think she might" and she said "I know that she sucked
 4    dick to get where she's got -- gotten to."
 5         Q    How long did you meet with counsel to prepare     12:21:10
 6    for this deposition?
 7         A    Once.
 8         Q    When was that?
 9         A    Yesterday.
10         Q    And how long was that?                            12:21:16
11         A    Couple of hours.
12         Q    Who was present?  I'm not going to ask you what
13    was discussed, but who was present?
14         A    Kate and Jessica.
15         Q    Kate Bolger?                                      12:21:27
16         A    Yes.
17         Q    And Jessica Davidovitz(phonetic)?
18              MS. BOLGER:  Davidovitch.
19              MR. KLAYMAN:  Davidovitch.  How is that
20    spelled?                                                    12:21:36
21              MS. BOLGER:  There's no reason for you to be
22    talking to her.  She's my client.  It's D-A-V -- it's on
23    the record, D-A-V-I-D -- sorry, D-A-V-I-D-O-V-I-T-C-H,
24    sorry, Jessica, I did that too quickly.
25    ///
```

25

```
 1    BY MR. KLAYMAN:

 2        Q    Why was it necessary for you to talk about

 3    using that vulgar language, sucking dick?  Why is that

 4    necessary, Mr. Maher?

 5            MS. BOLGER:  So object to the form.  Those were    12:22:00

 6    not his words.  Those were Ms. Loomer's words.

 7            But you may answer.

 8    BY MR. KLAYMAN:

 9        Q    It was -- it was not part of my question,

10    correct?                                                   12:22:08

11        A    Well, again, Larry, I don't have to give the

12    answer you want to the questions you ask.  I give

13    answers that I think are relevant to the questions you

14    asked.  That seemed very relevant.

15        Q    ████████████████████████████████████    ████████

██    ████████████████████

17            MS. BOLGER:  ███████████████████████████

██    ███████████████████████████████████████

██    ██████████████████████████████████████

20            ██████████████████████████████████████████████

██    ██████████████████████████████████████████

██    ████████████████████████████████████████████

██    █████████

██            ██████████████████████████████████

██    ██████████████████████████████████████    12:22:40
```

26

1    ██████████████████████████.

2            MR. KLAYMAN:  ███████████████████████████

█    ██████

4            MS. BOLGER:  ████████████████████████████

5            THE WITNESS:  ██████████████████     12:22:47

6   BY MR. KLAYMAN:

7        Q    █████████████████████████████████

█    ██████████████████████

9            MS. BOLGER:  █████████████████████████

██   ███████████████████                        12:22:57

11           ██████████████

12           MR. KLAYMAN:  ███████████████████

13           MS. BOLGER:  ██████████████

14           THE WITNESS:  ████████████████████████

██   ████████████████████████████████  ████████

██   ███████████████████████████████████

██   ███████████████████████████████

██   ███████████████████████████████

██   ████████████████████████████████

██   ████████████████████████████        12:23:19

21   █████████████████

22   BY MR. KLAYMAN:

23       Q    By using that kind of language in your claimed

24   comedy, you create more clicks and profitability for

25   yourself and HBO, correct?                  12:23:39

27

```
 1              MS. BOLGER:  Object to the form and foundation.

 2              You may answer.

 3              THE WITNESS:  Which language?

 4    BY MR. KLAYMAN:

 5         Q    To deal in the salacious?                  12:23:44

 6         A    Which language are we talking about, suck dick?

 7         Q    Yes.

 8         A    Well, that wasn't mine.  That was hers.

 9         Q    I'm talking about -- but you use that kind of

10    language on your show, don't you?                    12:23:55

11         A    If I'm quoting Laura Loomer.

12         Q    And you've used it otherwise, correct?  You've

13    disparaged Melania Trump; you've disparaged Trump's

14    family?

15              MS. BOLGER:  Object to the form.            12:24:04

16    BY MR. KLAYMAN:

17         Q    Correct?

18              MS. BOLGER:  First of all, this is no

19    relevance.  It's also -- it's also compound and I don't

20    know how Bill can answer it.                          12:24:09

21              But you can answer it.

22              THE WITNESS:  Public figures in this country,

23    this is America, they get made fun of.  When you're a

24    public figure, that's part of it.  In America, we take

25    pride in that we take the piss out of the powerful,    12:24:25
```

28

1    that's why we're not China or Russia.

2    BY MR. KLAYMAN:

3        Q    You didn't have any compunction in trying to

4    harm a woman like Ms. Loomer, did you, when you made the

5    statements on September 13, 2024?                    12:24:40

6            MS. BOLGER:   Object to the form.

7    BY MR. KLAYMAN:

8        Q    Didn't bother you?

9        A    No, I make jokes about people who have injected

10   themselves into the public debate by being so present.   12:24:49

11   If you -- if you want to get to the top of the tree,

12   you're going to have people staring at your rear end and

13   commenting on it, metaphorically.

14       Q    It's one thing to comment.  It's another thing

15   to try to destroy somebody's reputation; is it not?    12:25:07

16       A    I wasn't trying to destroy anybody's reputation

17   nor did I destroy anybody's reputation.  She's the one

18   who made all of this a big deal.  She's the one looking

19   for publicity by filing this lawsuit.  Nobody was

20   talking about it until she did that.                  12:25:24

21       Q    You think this lawsuit is just about publicity?

22       A    Yes.

23       Q    You -- and you're aware that you lost a motion

24   to dismiss, correct?

25       A    That's why we're here.                       12:25:36

29

```
 1      Q     Apparently, the judge didn't think it was just
 2   publicity.
 3            MS. BOLGER:  Object to the form.  First of all,
 4   he's not a lawyer.  Second of all, that's not true.
 5            You may answer.                              12:25:45
 6            THE WITNESS:  What's the question?
 7   BY MR. KLAYMAN:
 8      Q     Apparently the judge didn't just view this as
 9   publicity, correct?
10            MS. BOLGER:  Object to the form.             12:25:51
11            THE WITNESS:  I can't look into the judge's
12   mind or why judges rule what they do.  I just follow
13   them because, again, we're in America, judges rule, we
14   follow.
15   BY MR. KLAYMAN:                                       12:26:01
16      Q     Have you ever been deposed before?
17      A     Never.
18      Q     Have you ever been sued before?
19            MS. BOLGER:  I'm going to ask you to limit that
20   question to based on publication.  What happens to     12:26:11
21   Mr. Maher in his private life is not relevant.  So let's
22   base it based upon professional life.
23   BY MR. KLAYMAN:
24      Q     No, I'm not -- I'm talking about any lawsuit
25   that was filed in a court.  Have you ever been sued    12:26:19
```

30

1    before?

2            MS. BOLGER:  Again, based on his professional

3    life, right?  We're not asking for personal matters.

4            MR. KLAYMAN:  I'm asking for all matters.

5            MS. BOLGER:  Well, he's not going to answer his    12:26:29

6    personal matters.  They're not relevant.

7            MR. KLAYMAN:  That's inappropriate.

8            MS. BOLGER:  But you can answer as to

9    professional matters.

10           THE WITNESS:  ████████████████████  ████████

██   ████████████████████████████████████

██   ████████████████████████████

██   ████████████████████

14   BY MR. KLAYMAN:

15       Q   ██████████████████████   ████████

██       █   ████████████████████████

██   ████████████████████████

██       █   █████████████

19           MS. BOLGER:  ████████████████

20           THE WITNESS:  ██████████████████████████

██   ████████████████████████████

██   ████████████████████████████

██   █████████████

24   BY MR. KLAYMAN:

25       Q   ████████████                                    12:27:21

31

```
 1              MS. BOLGER:  ████████████████████████
 █       █████████████
 3     BY MR. KLAYMAN:
 4        Q      █████████████████████████
 5        A      ████████████████████              12:27:28
 6        Q      █████████████████████████
 █       ██████████████
 8              MS. BOLGER:  █████████████████████████
 █       ██████████████████
10              MR. KLAYMAN:  ██████             12:27:37
11              THE WITNESS:  ████████████████
12              MS. BOLGER:  █████████████████
13              THE WITNESS:  ██████████████
14              MS. BOLGER:  █████
15     BY MR. KLAYMAN:                           12:27:44
16        Q      ████████████████
17              MR. KLAYMAN:  ███████████████
18     BY MR. KLAYMAN:
19        Q      ███████████████
20              MS. BOLGER:  ████████████████████  ████████
 █       █████████████████████
22              THE WITNESS:  ██████.
23              MS. BOLGER:  ████████████████████
 █       ██████████████
25     ///
```

32

```
1      BY MR. KLAYMAN:

2          Q      ████████████████████████████

3                 MS. BOLGER:  ███████████████████

   ██  ███████████████████████████████████████

   ██  ██████████████████████████████     12:28:02

6                 ███████████████████████

7                 THE WITNESS:  ███████████████

8      BY MR. KLAYMAN:

9          Q      ███████████████████████

10         A      ███████████████████████  ██████

   ██  █████████████

12                MS. BOLGER:  ███████████████████

   ██  █████████

14     BY MR. KLAYMAN:

15         Q      ████████████████████████  12:28:20

16                MS. BOLGER:  ██████████████████

   ██  ███████████████████████████████

18                ███████████████████████

19     BY MR. KLAYMAN:

20         Q      ██████████████████████████████████

   ██  ████████████████

22                MS. BOLGER:  ████████████████████

   ██  █████████████████

24                MR. KLAYMAN:  ████████████████████

   ██                                     12:28:41
```

33

```
 1    BY MR. KLAYMAN:
 2        Q    Have you ever disparaged Kamala Harris over an
 3    alleged sexual relationship with Willie Brown?  Have you
 4    ever -- I'll let the word disparage out.
 5             Have you ever made a joke about Kamala Harris    12:29:01
 6    having an alleged sexual relationship with Willie Brown?
 7        A    Not that I recall, but I know Laura Loomer has.
 8        Q    Kamala Harris has a reputation for promiscuity,
 9    does she not?
10             MS. BOLGER:  Oh, my God.  Object to the form of   12:29:18
11    the question.
12             THE WITNESS:  She does not to my knowledge.
13    She does not to my knowledge.
14    BY MR. KLAYMAN:
15        Q    ████████████████████████████████████  ███████
██   ████
17        A    ████████████████████████████████████
██        ████████████████████████████████████
██        ██████████████████
20        Q    ████████████████████████████████████  ███████
██        █████████████████████████████████████
██        █████████████████
23             MS. BOLGER:  ████████████████████
24             MR. KLAYMAN:  ███████████████████
25    █████████████████████████████████                    12:29:46
```

34

1    ██████████

2         MS. BOLGER:  ████████████████████

3 ██  ████████

4         THE REPORTER:  ██████████████

5         MS. BOLGER:  ████████████           12:30:06

6         THE WITNESS:  ██████

7         (Deposition Exhibit 2 was marked for

8         identification by the Court Reporter and is

9         attached hereto.)

10        MS. BOLGER:  ██████████-           12:30:17

11        THE WITNESS:  ██████████

12        MS. BOLGER:  ████████████

13 ██  ██████████████████

14 ██  ██████████████████

15 ██  ████████████████    ████

16 ██  █████████████████

17 ██  █████████████████

18 ██  ████

19        MR. KLAYMAN:  █████████

20        MS. BOLGER:  ██████████████████

21 ██  █████████████████

22 ██  ███████████████

23 ██  █████████████████

24 ██  ██████████████

25        MR. KLAYMAN:  ██████████████    12:30:46

35

1    ██████████████████████████████████████████

2    ██████████████████████████████████████████

3    ████

4    BY MR. KLAYMAN:

5        Q    ██████████████████████████████████████    ████████

6    ███████████████████████████████████

7    ████████████████████████████████████████

8        A    ██████████████

9        Q    ███████████████████████████████████

10   ██████████████████████████████████████    ████████

11   █████████████████████████████████

12   ████████

13           MS. BOLGER:    ████████████████████████

14   ████████████

15           MR. KLAYMAN:    ██████████████████    ████████

16   ████████████████████████████████████

17   ████████

18           THE WITNESS:    █████████████████

19           MS. BOLGER:    ██████████████████

20   BY MR. KLAYMAN:                              12:31:49

21       Q    ██████████████

22       A    ████████████████

23           MS. BOLGER:    ██████████████████████

24   █████████████████████████

25           MR. KLAYMAN:    ██████████████████    12:32:00

36

1    ███████████████████████████████████

2    BY MR. KLAYMAN:

3        Q    ███████████████████████████████

█    █████████████████████████████████████

█    █████████████████████████████████        ████████

█    ███████████████████

7              MS. BOLGER:    █████████████████████████

█    ████████████████████████████████████████

█    ██████████

10              ██████████████████████                    12:32:19

11              MR. KLAYMAN:    ███████████████

12              THE WITNESS:    █████████████████████████

██    █████████████████████████████

14    BY MR. KLAYMAN:

15        Q    ███████████████████████████████████    ████████

██    ████████████████████████████████████████

██    █████████████████████

18        A    ███████████

19        Q    ███████████████████████████████

██    ███████████████████████████████████████████    12:32:43

21        A    ████████████████████████████████

██    ██████████████████████

23        Q    By publishing what you did in the -- on the

24    show of September 13th, and we'll get to that

25    specifically, you were trying to help Kamala Harris    12:33:08

37

1    become president of the United States, correct?

2        A    It's not my job to help people become president

3    or not.  It's part of my job to render my opinion on the

4    passing parade of American politics.

5        Q    You, in fact, made a prediction that Donald        12:33:32

6    Trump would never become president again, correct?  Do

7    you remember that?

8        A    No, but so what?

9        Q    You don't remember that?

10       A    When?                                              12:33:45

11       Q    I don't know.  I don't watch your show anymore,

12   so -- but I read it.  I read it.

13       A    Well, you read a lot of things on the internet

14   that aren't true.

15       Q    Well, I'm asking you.                              12:33:57

16       A    Here's what I remember.  When he was running

17   the first time, I was one of the few people who said

18   "This guy could win" when everybody else said it was

19   impossible to win.

20            In the period between his presidencies, there     12:34:19

21   was a time, probably right around the show we're talking

22   about, when I did think his goose was cooked

23   politically.  I think it was after the debate about

24   the -- they're eating the pets, they're eating the pets.

25   I did think that that was something that was too crazy     12:34:44

38

1    even for his folks, but apparently it didn't bother

2    people and he got elected again.

3        Q    You recently met with President Trump in the

4    White House, correct?

5        A    Correct.                                      12:35:01

6        Q    Who arranged for that meeting?

7        A    Kid Rock.

8        Q    What did you say to Kid Rock that would

9    convince Kid Rock to set up the meeting?

10       A    I didn't say anything to him.  He suggested it  12:35:09

11   completely.  He was on my podcast.  We got to be

12   friends.  He said "I think you and Donald Trump should

13   meet.  I think it's a way to start to heal America."

14   And I said, "Well, if you set it up, I'll go."  And he

15   called him right after the podcast and it was set up    12:35:30

16   rather quickly.

17       Q    In fact, this meeting in the White House with

18   Donald Trump was timed to try to blunt the impact of

19   this deposition, correct?

20       A    Completely false.  It had nothing to do with   12:35:40

21   it.  And nobody ever raised the issue.  I didn't mention

22   it and he didn't mention --

23       Q    In fact, you used --

24            MS. BOLGER:  Hey, let him talk.

25   ///

39

```
 1    BY MR. KLAYMAN:

 2        Q    In fact, you used Laura Loomer as a way to get

 3    to Donald Trump by saying the things that you said about

 4    her on September 13, 2024?

 5        A    Complete --                              12:36:00

 6             MS. BOLGER:  Object to the form.  You're also

 7    harassing the witness.

 8             You can answer.

 9             THE WITNESS:  Completely incorrect.  You're

10    making this up.  You're pulling it out of your ass.  It   12:36:06

11    has nothing to do -- one has nothing to do with the

12    other.

13             From what I had read about Laura Loomer until

14    today when she's back in the news was that she was out

15    of favor with the White House.  I hadn't read about her   12:36:22

16    since.  She suddenly was there that week that we're

17    talking about and then she was just gone, because a lot

18    of other Republicans apparently didn't even like her.

19    So it had nothing to do with this meeting.

20             We didn't talk -- Kid Rock and I didn't talk     12:36:39

21    about her.  The name never came up at the podcast.  The

22    name never came up when he suggested this meeting.  And

23    the name never came up during my two-and-a-half hours at

24    dinner at the White House this past Monday.

25    ///
```

40

1    BY MR. KLAYMAN:

2        Q    But to blunt the effect of this deposition when

3    it becomes public, and a lot of it will become public

4    regardless because I'm not asking confidential questions

5    primarily, you wanted to meet with Trump to blunt the        12:37:03

6    reaction -- public reaction, correct?

7            MS. BOLGER:  Asked and answered.

8            You can answer.

9            THE WITNESS:  I just told you no.  I just told

10   you one had absolutely nothing to do with the other.        12:37:12

11   Once again, it wasn't mentioned with Kid Rock when we

12   were planning to have this.  It wasn't mentioned during

13   the dinner at the White House.  It just wasn't part of

14   anything that had to do with me meeting with Trump.

15           That was completely an attempt to have two          12:37:33

16   former adversaries, possibly future adversaries, people

17   who don't agree politically meet together to show that

18   we can be civil and friendly to each other even though

19   we don't agree in an attempt to heal this terrible

20   divide that goes on in America, this terrible hatred.       12:37:56

21   BY MR. KLAYMAN:

22       Q    Have you always been civil towards Donald

23   Trump?

24           MS. BOLGER:  Object to the form.

25           I don't know what that means.  But if you do,       12:38:03

41

1    you can answer it.

2          THE WITNESS:  I don't know what it means

3    either.  He's a public figure.  He's the president.

4    He's out there every day.  He does things which many

5    people -- and I'm one of them -- often don't agree with.  12:38:14

6    Am I going to ridicule some of those things?  Of course

7    I am, as do hundreds and hundreds of other people, as is

8    our right as Americans.

9    BY MR. KLAYMAN:

10    Q    So it's your view that if you're a public          12:38:28

11    figure that you can say anything you want about a public

12    figure?

13          MS. BOLGER:  Object to the form.

14          THE WITNESS:  I'm not a lawyer, so I don't know

15    the answer to that question exactly.  What I do know is   12:38:38

16    that I've been on the air for 32 years and nobody has

17    ever deposed me or sued me for anything that I've said

18    on the air.  So my radar on this must be pretty good.

19    BY MR. KLAYMAN:

20    Q    Have you had discussions with HBO about why        12:38:56

21    you're here today in terms of what you said?  I'm not

22    asking what was discussed.  But have you had discussions

23    with HBO?  Did they question you why you said what you

24    said?

25          MS. BOLGER:  So I'm going to -- I'm going         12:39:11

42

1    to object and tell you that if you've had conversations

2    with a lawyer or at the direction of a lawyer, you

3    should not answer that question.  That would be

4    privileged.  I'm sure Mr. Klayman would agree with me on

5    that.                                              12:39:24

6         I have to confess I'm not sure what the

7    question called for.  But if the only conversations

8    you've had with someone from HBO have been with a

9    lawyer, you should not -- you should not answer that

10   question.                                          12:39:32

11        MR. KLAYMAN:  I'm not asking about a

12   conversation with a lawyer.

13   BY MR. KLAYMAN:

14        Q    But has anyone at HBO questioned you or wanted

15   to discuss with you what happened with regard to Laura   12:39:41

16   Loomer on the show of September 13, 2024?

17        MS. BOLGER:  Same instruction.

18   BY MR. KLAYMAN:

19        Q    Any nonlawyer at HBO.

20        A    My recollection is my producers at one point   12:39:55

21   said she's suing us and we didn't talk about a hell of a

22   lot more than that and then they got the lawyers

23   involved.

24        Q    Well, tell me what you talked about.

25        MS. BOLGER:  Object to the form.  Not with the   12:40:13

43

1    lawyers.

2    BY MR. KLAYMAN:

3        Q    "Hell of a lot" is a subjective phrase.  What

4    did you talk about with your producer?

5            MS. BOLGER:  Not --                        12:40:19

6            THE WITNESS:  Just that we were going to have

7    to deal with this, that she was suing and get the

8    lawyers involved.  That's about it.

9    BY MR. KLAYMAN:

10       Q    Who is your producer?  Who was the producer    12:40:27

11   you're referencing?

12       A    Sheila Griffiths and Dean Johnsen are my

13   executive producers.

14       Q    Did they refer you to the lawyers?

15           MS. BOLGER:  Object to the form.              12:40:43

16           THE WITNESS:  I didn't find them myself, so

17   they must have.

18   BY MR. KLAYMAN:

19       Q    Is an insurance carrier paying for your defense

20   in this case?                                         12:40:56

21           MS. BOLGER:  If you know.

22           THE WITNESS:  I don't know.  I mean, I'm not.

23   BY MR. KLAYMAN:

24       Q    You're aware --

25       A    HBO is.                                      12:41:02

44

```
 1        Q     You're aware HBO does have insurance?

 2        A     Of course.

 3              MS. BOLGER:  Object to the form.  Lack of

 4    foundation.

 5              You can answer.                         12:41:07

 6              THE WITNESS:  Yeah, I assume.

 7              MS. BOLGER:  Don't assume.  Mr. Klayman doesn't

 8    want you to guess and I don't want you to guess.  Just

 9    testify as to what you know.

10    BY MR. KLAYMAN:                                   12:41:16

11        Q     How did -- how did it come to pass that that

12    Davis Wright Tremaine came to represent you in this case

13    as well as your Florida counsel?

14        A     That who what?

15        Q     As well as your Florida counsel.  How did it   12:41:29

16    occur, if you know, how Davis Wright Tremaine became

17    your lawyer in this case along with your Florida counsel

18    Shullman Fugate?

19              MS. BOLGER:  You can answer that question

20    without talking about privileged communications, that's  12:41:40

21    fine.

22              But I'd like to know why you asked that

23    question?  Why does what -- who represents Mr. Maher

24    have any relevance to this lawsuit?

25              MR. KLAYMAN:  I want to see -- I want to see if  12:41:47
```

45

1     there --

2            MS. BOLGER:  No, I want an answer the -- I want

3     to hear the answer to that question.  What does Davis

4     Wright Tremaine have to do with anything in this

5     lawsuit?                                              12:41:54

6            MR. KLAYMAN:  We'll see.

7            MS. BOLGER:  No, I'd like to know the answer to

8     your question.  I'd like to know the answer to your

9     question.

10           MR. KLAYMAN:  I'm asking -- I want to know what  12:41:59

11    his knowledge is in terms of what -- why he's here.

12           THE WITNESS:  This is the first time I've heard

13    the term -- the words Davis Wright Tremaine.  So if

14    that's my lawyers, then thank you, Davis Wright

15    Tremaine --                                           12:42:13

16           MS. BOLGER:  That's me, Bill.

17           THE WITNESS:  -- for recommending.  That's you?

18    Okay.  I didn't know what firm you were with, sorry.

19    BY MR. KLAYMAN:

20       Q    Besides meeting with Ms. Bolger yesterday, had  12:42:20

21    you ever talked to her before?

22       A    Yeah, we met.  When was it?

23           MS. BOLGER:  About a month ago.

24           THE WITNESS:  About a month ago.

25    ///

46

1    BY MR. KLAYMAN:

2        Q    Have you talked to any other lawyer with regard

3    to this case before a month ago?

4        A    No.

5        Q    Including in-house counsel for HBO?         12:42:40

6        A    No.

7        Q    What did you discuss with Donald Trump at your

8    dinner for two hours?

9            MS. BOLGER:  So this portion of the transcript

10   is going to be marked as confidential.  And I'm going to  12:42:55

11   ask Mr. Maher to be thoughtful about this.

12           Mr. Maher has publicly said that he's going to

13   talk about this on April 11th on his show, that HBO

14   would take the position that this is a trade secret,

15   what he's going to say.  So I'm going to ask that this   12:43:09

16   information be kept confidential at least until the show

17   is over.  But Mr. Maher can answer the question.

18           MR. KLAYMAN:  That's not a trade secret.

19           MS. BOLGER:  I didn't ask your opinion.

20   Mr. Maher can still answer the question.                12:43:18

21           THE WITNESS:  It was not an interview.  It was

22   just a dinner.  It was, you know, anything and

23   everything.  There was no agenda, and it was -- it

24   wasn't always political.  Sometimes it was.

25           He was incredibly gracious, took me on a tour   12:43:36

47

```
1      of the White House, an extensive tour.  We looked at the

2      paintings and talked about that and had dinner and he

3      often turned the conversation to asking me what I

4      thought about things.

5      BY MR. KLAYMAN:                                     12:43:59

6          Q    Did you apologize to him at that dinner?

7          A    No.

8          Q    Did you say "I regret the things I've said

9      about you"?

10         A    No.  It wasn't presented that way.  The dinner 12:44:09

11     was to heal America.  I --

12         Q    But --

13              MS. BOLGER:  Don't interrupt the witness.

14              MR. KLAYMAN:  Don't scream at me.

15              MS. BOLGER:  You can answer.             12:44:25

16              THE WITNESS:  I did bring him a piece of paper

17     upon which my staff had collected and printed almost 60

18     insulting epithets he has said about me through his

19     social media or at his rallies and asked him to sign it,

20     which he graciously did and with good humor.        12:44:49

21              And it was a harbinger for what became a most

22     pleasant evening, that we were able to sort of laugh at

23     the fact that we have hurled insults at each other from

24     3,000 miles away and now we were trying to start a new

25     beginning.                                          12:45:11
```

48

1    BY MR. KLAYMAN:

2        Q    So you're not going to give a full response to

3    what was discussed at that dinner because you're going

4    to monetize that dinner on April 11th with your show?

5            MS. BOLGER:  I didn't tell him he couldn't        12:45:22

6    answer the questions.  I told him it was -- I told you

7    to keep it confidential.  You can give whatever response

8    you'd like, Mr. Maher.

9            THE WITNESS:  I'm not monetizing.  They pay me

10   every week to do my show on HBO anyway.  The fact that   12:45:31

11   it has to do with this this week -- this coming week is

12   not monetizing anything.  I'm not making any more money

13   on this than I normally would by doing my show.

14           A lot of stickies you got there, Larry.

15   BY MR. KLAYMAN:                                            12:45:49

16       Q    Don't you think that apologizing or saying you

17   regret what you've said before with regard to Donald

18   Trump would be a way to heal the nation?

19           MS. BOLGER:  Oh, my gosh.  Object to the form.

20           You can answer that.                               12:46:00

21           THE WITNESS:  Yeah, you know, he signed that

22   list.  I think at some point I did say, you know, "I

23   probably have taken some cheap shots" and, look, we're

24   talking about years and years and years of commentary

25   and some of its ad-lib.  Not everything I say every       12:46:22

49

1    night do I look back and think "Oh, that was exactly the

2    way I would have planned it or would have said it."

3    We're all human.  We don't always say it exactly the way

4    we want.  And I think that that's a great example for

5    this country is that we need to stop hating each other.  12:46:45

6    BY MR. KLAYMAN:

7        Q    So you're going to change your routine on your

8    shows to not create hate?  Is that what you're saying?

9        A    I don't create hate.

10       Q    Before you do a show, such as September 13,     12:47:02

11   2024, do you rehearse it with yourself?

12           MS. BOLGER:  Object to the form.

13   BY MR. KLAYMAN:

14       Q    In other words, do you -- do you go over it?

15   Do you talk to yourself in a mirror?  Do you try to      12:47:24

16   prepare for it?

17           MS. BOLGER:  Object to the form.

18           THE WITNESS:  Well --

19           MS. BOLGER:  You can answer.

20           THE WITNESS:  Well, of course I prepare for it.  12:47:31

21   I don't use a mirror.

22   BY MR. KLAYMAN:

23       Q    ███████████████████████████████████████████

██   ████████████████████████████████████████████

██   ███████████████████████████████████████             12:47:39

50

1      A    ████████████████████████████████

   ████████████████████████████████████

   ████████████████████████████████████

   ████████████████████████████████████

   █████████████████████                    12:48:05

6          MS. BOLGER:    ████████████████████

   ██████████████

8          MR. KLAYMAN:    ████████████████████

   ████████████████████

10          MS. BOLGER:    ███████████████████████████████

   ██████████████

12          MR. KLAYMAN:    ████████████████

13          MS. BOLGER:    █████████████████████

   ███████████████

15          MR. KLAYMAN:    W████████████████████████████████

   ██████████████████████████████████

   ██████████████████████████

18          MS. BOLGER:    ████████████████

   ██████████████████████████████████

   ███████████████████                    12:48:27

21          MR. KLAYMAN:    █████████████████████

   ██████████████████████

23          MS. BOLGER:    ████████████████████

   ██████████████████████████████████

   ██████████                    12:48:36

51

```
 1              THE WITNESS:     ██████████████
 2    BY MR. KLAYMAN:
 3       Q    Did you ever find me funny when I was on your
 4    show?
 5       A    I'm not smiling.  I'm laughing at you.        12:48:39
 6       Q    Did you ever find me funny when I was on your
 7    show?
 8       A    I don't remember.  Were you?
 9       Q    I thought I was pretty funny.
10       A    We had you on enough.  You must have done well. 12:48:47
11       Q    Well, that's before you veered away from having
12    real conservatives on, correct?
13       A    Could not be further from the truth.  We are in
14    fact probably the only show that consistently has on
15    conservatives.  And I don't just mean conservatives; I   12:49:03
16    mean Trump people.  It'd be hard to name someone who
17    wasn't a Trump person who we haven't had on.  And I'm
18    talking about we've had on people in the cabinet.  We've
19    had on RFK.  We've had on Tulsi Gabbard.  We've had on
20    Attorney General William Barr, Kellyanne Conway.  All    12:49:21
21    these people have been on my show --
22       Q    You have -- you have RINOS on --
23            MS. BOLGER:  He's not done talking.
24            THE WITNESS:  RINOS.  They're in the cabinet.
25    These people were in Trump's cabinet.  You call that a   12:49:31
```

52

1     RINO?  I think you've -- I think you've pretty much

2     illustrated to us where your politics are.

3     BY MR. KLAYMAN:

4         Q    No.  Bill Barr --

5              MS. BOLGER:  Interrupt for a second.  I'd like    12:49:41

6     to also point out that whether -- this is not a

7     political debate.  This is a deposition.  So why don't

8     you stop making a political debate and ask Mr. Maher

9     relevant questions.

10    BY MR. KLAYMAN:                                            12:49:51

11        Q    People like Laura Loomer you don't want to have

12    on your show, correct?

13             MS. BOLGER:  Object to the form.  What does it

14    mean to be a person like Laura Loomer?

15             You can answer if you understand.               12:50:00

16             THE WITNESS:  I don't know what you mean "like

17    Laura Loomer."  There's Laura Loomer as a person and I

18    don't think she deserves to be compared with anybody

19    else.  She's her own person.  We make our decisions

20    individually on who gets on the show.                     12:50:16

21    BY MR. KLAYMAN:

22        Q    Who's your booker?  Who was your booker on

23    September 13, 2024?

24        A    Well, the producers I mentioned oversee the

25    booking.  I don't generally get involved in the booking.  12:50:27

53

1    I've told them many times you do the booking.  I can't

2    do everything on this show.  I will show up and talk to

3    the people who you put on that panel.

4              Now, do we have meetings where names come up?

5    Of course.  And they ask me.  I don't remember them ever    12:50:49

6    asking whether -- I don't think it ever occurred to them

7    to book Laura Loomer on the show.

8        Q    Did you ever request to have her booked?

9        A    I did not.

10        Q    I'm going to show you what I'll ask the court    12:51:04

11   reporter to mark as Exhibit 3.

12              (Deposition Exhibit 3 was marked for

13              identification by the Court Reporter and is

14              attached hereto.)

15              (A discussion was held off the record.)    12:51:07

16              THE WITNESS:  What is it?

17   BY MR. KLAYMAN:

18        Q    Take a look at it.  Take your time to review

19   it.

20        A    Yeah, I saw this.  It's your letter.    12:52:27

21        Q    Did you see it on or about September 16, 2024?

22        A    No, I saw it last night.

23        Q    And that's the first time you saw it?

24        A    Yeah.

25        Q    The letter is addressed to you; is it not?    12:52:43

54

```
 1      A    I guess.  Someone must have summarized it for

 2   me.

 3      Q    So you're saying it was never forwarded by

 4   William Morris to you?

 5           MS. BOLGER:  Object to the form.  That's not    12:52:58

 6   what he's saying.

 7           THE WITNESS:  William Morris?  What does that

 8   have to do with it?

 9   BY MR. KLAYMAN:

10      Q    Who's your agent?  Who was your agent on or     12:53:03

11   about September 13, 2024?  Agency?

12      A    William Morris Endeavor.

13      Q    Okay.  So they were your agency?

14      A    Yeah.

15      Q    Okay.  And --                                    12:53:15

16      A    Why are they involved?

17      Q    This letter is written attention Bill Maher and

18   Home Box Office.

19      A    Yeah.

20      Q    And I'm going to ask you some questions about   12:53:29

21   it.

22      A    Okay.

23      Q    "This letter is to put you on notice of false,

24   malicious, and defamatory statements of and concerning

25   my client, Laura Loomer, made by Bill Maher on the      12:53:37
```

55

1    September 13, 2024, episode of Real Time with Bill

2    Maher, which was broadcasted by Home Box Office, Inc.

3    and to demand a correction or retraction of these

4    statements along with a published apology on an episode

5    of Real Time with Bill Maher featuring Ms. Loomer as a        12:53:55

6    guest.  These false, malicious, and defamatory

7    statements are set forth below."

8           Quote -- from your broadcast of September 13,

9    2024.  "I think maybe Laura Loomer" -- "I think maybe

10   Laura Loomer is in an arranged relationship to affect        12:54:15

11   the election because she's very close to Trump.  She's

12   31, looks like his type.  We did an editorial here a few

13   years ago.  It was basically who's Trump fucking.

14   Because I said, you know, it's not nobody.  He's been a

15   dog for too long and it's not Melania.  I think we may       12:54:33

16   have our answer this week.  I think it might be Laura

17   Loomer," unquote.

18          "Maher has falsely, and without any factual

19   basis, accused Ms. Loomer of having committed adultery

20   with Mr. Trump, who is married to Melania Trump.  These      12:54:52

21   statements are highly damaging to Ms. Loomer's

22   reputation and goodwill and are, in fact, defamatory per

23   se, '...words which falsely accuse a woman of adultery,

24   which are libelous, per se, and that a plaintiff need

25   not allege or prove general or specific -- or special       12:55:09

56

1     damages.'"  I cite a case, Bobenhausen,

2     B-o-b-e-n-h-a-u-s-e-n versus Cassat, C-a-s-s-a-t, Avenue

3     Mobile Homes, Inc., 344 So. 2d 279, 281 (Florida

4     District Court of Appeal 1977.)

5          "Accordingly, with full reservation of all     12:55:29

6     rights to pursue legal remedies including but not

7     limited to filing suit, Ms. Loomer demands correction or

8     retraction of these false, malicious, and defamatory

9     statements within five days pursuant to Florida Statute

10    section 770.01, along with a public apology on an     12:55:45

11    episode of Real Time with Bill Maher featuring

12    Ms. Loomer as a guest."  Larry Klayman, counsel for

13    Laura Loomer, September 16, 2024.

14          Now having seen this letter for the first

15    time --                                              12:56:05

16          MS. BOLGER:  Objection.  That's not what he

17    testified.

18    BY MR. KLAYMAN:

19    Q     Just yesterday --

20          MS. BOLGER:  Okay.  There you go.             12:56:09

21    BY MR. KLAYMAN:

22    Q     If you had seen this letter, would you have

23    considered issuing a retraction of what you said on your

24    show of September 13, 2024?

25    A     No, because I knew what was in this letter.  I     12:56:19

57

1    knew the -- what this was about.  The fact that I saw it

2    in your words didn't change anything.

3        Q    If you never saw the letter, you didn't know

4    what was in my letter, correct?

5        A    They told me what was in the letter.  They said    12:56:33

6    she's suing you because you said this on the show.  I

7    knew what it was about, Larry.  I'm an American

8    comedian.  I have the right to say the things that you

9    quoted me saying.  The audience was enjoying them.  It's

10   a joke.  We get to make jokes about people who inject    12:56:52

11   themselves into the national debate.

12       Q    Look, you can -- asked and answered.  Please

13   don't waste time.  In fact --

14       A    Who's wasting time?

15       Q    You just said that you knew that you were being    12:57:06

16   sued.  And in fact, this letter doesn't say you're being

17   sued.  It's trying to avoid being sued, correct?

18           MS. BOLGER:  This letter is not signed.  I'm

19   not confident that this is a letter as was sent.  But

20   you can ask questions.                                   12:57:19

21   BY MR. KLAYMAN:

22       Q    Go ahead.

23       A    This letter is not suing me?

24       Q    This letter was written to avoid suit, correct?

25           MS. BOLGER:  Object to the form.  How could he    12:57:26

58

1      possibly know what you intended?

2      BY MR. KLAYMAN:

3          Q      Read the -- read the terms of the letter.

4          A      Okay.  I assumed that you were suing me, that's

5      why I'm here.  Why would I be here unless this was a        12:57:36

6      suit?

7          Q      Well, you were sued and it says do you -- can

8      you look at the letter, please?

9          A      Yes, sir, I -- I've seen it.

10         Q      You have a college degree.  You can read it.     12:57:44

11             MS. BOLGER:  Hey, Mr. Klayman, we're not here

12     to insult the witness.  And that is the last time you

13     will insult the witness or we will leave.

14             MR. KLAYMAN:  I agree.  You don't need to

15     have -- be a college degree to read all this.              12:57:54

16     BY MR. KLAYMAN:

17         Q      Okay.  Look.  It says at the bottom:

18     "Accordingly, with full reservation of all rights to

19     pursue legal remedies including but not limited to

20     filing suit."                                               12:58:02

21         A      What's your question?  What's your point?

22         Q      We're not saying at that point that we're

23     filing suit, are we?

24         A      I guess not.

25         Q      No.                                              12:58:08

59

1       A    So what are you asking me?

2       Q    So then it says:  "Ms. Loomer demands

3   correction or retraction of these false, malicious, and

4   defamatory statements within five days pursuant to

5   Florida Statute 770.01, along with a public apology on    12:58:18

6   an episode of Real Time With Bill Maher

7   featuring Ms. Loomer as a guest."

8       A    Yeah.

9       Q    No one ever said to you should -- no one ever

10  brought it to your attention that one of the ways to      12:58:31

11  mitigate any damage here would be to put her on the show

12  and let her explain, correct?

13          MS. BOLGER:  Object to the form.

14          THE WITNESS:  I don't have -- I don't have any

15  obligation to put on the show every person who's not      12:58:40

16  happy with everything I say.

17          This again, Larry, is America.  Check your flag

18  pin.  We get to say what we want in this America -- in

19  this America.  That's why we love this country.  That's

20  why I love this country.  It's called free speech.  And   12:58:55

21  this is covered by it.

22  BY MR. KLAYMAN:

23      Q    Now --

24      A    Again, 32 years on the air, nobody's ever done

25  this to me.                                                12:59:04

60

1      Q    You are aware that public figures have brought

2    successful cases in the past against persons who defame

3    them?

4           MS. BOLGER:  Object to the form.  Calls for a

5    legal conclusion.                                    12:59:16

6           MR. KLAYMAN:  Right?

7           MS. BOLGER:  You can answer if you'd like.

8           THE WITNESS:  I'm guessing possibly, but I

9    don't know.  Name one.

10   BY MR. KLAYMAN:                                      12:59:25

11     Q    Well, you're aware that George Stephanopoulos

12   and ABC paid $15 million to settle the lawsuit when

13   Stephanopoulos said on ABC that President Trump had

14   raped a woman, E. Jean Carroll, who figured out 40 years

15   later she was raped?                                 12:59:40

16          MS. BOLGER:  Again, we're not here to talk

17   about your politics, Mr. Klayman.  And in addition, that

18   wasn't a victory.  Your question was a settlement.

19          But you can answer the question.

20          THE WITNESS:  I read that, yes.              12:59:50

21   BY MR. KLAYMAN:

22     Q    So President Trump prevailed, correct?

23          MS. BOLGER:  Object to the form.  He's not a

24   lawyer and it was a settlement.

25   ///

61

```
 1    BY MR. KLAYMAN:

 2        Q    Well, $15 million isn't chopped liver, is it,

 3    Bill?

 4        A    It is not chopped liver, but it could buy a lot

 5    of it.                                            01:00:07

 6            MS. BOLGER:  We're going to take a break

 7    whenever you're -- when you're done with this exhibit.

 8            MR. KLAYMAN:  When I'm finished with this

 9    letter.

10            MS. BOLGER:  Absolutely.  We'll take a break.   01:00:15

11    BY MR. KLAYMAN:

12        Q    Based on your experience for 30-some years

13    being successful, as you state you have been, Ms. Loomer

14    would have been a really great guest, correct?

15        A    Incorrect.                               01:00:58

16        Q    You didn't want to confront her personally, did

17    you?

18        A    Had nothing to do with it.  Even the

19    Republicans didn't like her.  My show is, as I mentioned

20    a few minutes ago, mostly a debate show.  And we've had   01:01:11

21    on many, many Trumpers.  We want both sides.  I want to

22    hear both sides.  Most shows don't do that.  But if the

23    Democrats don't like her, and that's obvious they don't,

24    and even the Republicans -- even Marjorie Taylor Greene

25    doesn't like her, who is the constituency to watch her   01:01:29
```

62

1    on my show?

2         Q    That's not --

3         A    Also, she said things like "If Kamala Harris

4    wins, the White House will smell like curry."  Even for

5    my show, that's way too out of bounds.                    01:01:41

6         Q    Oh, really?

7         A    Yeah, I'm not going to put somebody on who says

8    something that racist.

9         Q    There are -- you are aware there are a lot of

10   people that like Laura Loomer, aren't you?               01:02:03

11             MS. BOLGER:  Object to the form.

12             THE WITNESS:  I'm sure there are some.

13   BY MR. KLAYMAN:

14        Q    And that is not the criterion with regard to

15   whether someone should be heard or not.  You just said    01:02:14

16   this is America, you can say whatever you want, you can

17   do whatever you want in terms of speaking, in terms of

18   expressing your opinion so.  You're saying that you

19   discriminated against Ms. Loomer?

20        A    I did not.                                       01:02:27

21             MS. BOLGER:  Object to the form -- sorry, that

22   was a crazy mischaracterization of Mr. Maher's

23   testimony.

24             But you may answer it yourself.

25             THE WITNESS:  I did not discriminate against    01:02:34

63

1    her.  We made a decision based on who the audience wants

2    to see.  Again, I do a show once a week.  There's only

3    three guests a week, so it's kind of the A-team.  I did

4    not think she rose to that level.

5            MS. BOLGER:  Are we done with this exhibit so      01:02:52

6    we can take a break?

7            MR. KLAYMAN:  No, no, I have a few more

8    questions.  We haven't been going that long.

9            MS. BOLGER:  We've been going an hour and we'd

10   like to take a break when you're done with this line of   01:03:01

11   question.

12           MR. KLAYMAN:  Well, I'm not done with this line

13   of questioning.

14   BY MR. KLAYMAN:

15      Q    In fact, putting on controversial people will     01:03:07

16   increase clicks and viewership; will it not --

17           MS. BOLGER:  Object to the form.

18   BY MR. KLAYMAN:

19      Q    -- based on your experience?

20      A    You're assuming I do my show for clicks.  I        01:03:16

21   don't.  In fact, I had a billboard up twice and the

22   catch phrase on it was "He's not in it for the likes."

23      Q    If you have no viewership you're off the air,

24   correct?

25      A    No -- what that means "he's not in it for the      01:03:30

64

1    likes" is I say what I mean and I mean what I say.  And

2    that's my bond with the audience.  I don't do it to

3    pander to them.  I don't do it for the clicks.

4        Q    In fact, you didn't --

5        A    So you're just making an assumption about who I    01:03:44

6    put on my show based on your venality, not mine.

7        Q    In fact -- are you insulting me?

8            MS. BOLGER:  Are you kidding?

9            THE WITNESS:  You can --

10           MS. BOLGER:  Move on, Mr. Klayman.              01:03:55

11           THE WITNESS:  I'm saying you made an assumption

12   about me that was wrong.

13   BY MR. KLAYMAN:

14       Q    You didn't want to have Ms. Loomer on because

15   you didn't want to look her in the face after what you    01:04:03

16   did to her?

17       A    I can look her in the face right now.

18       Q    You came in this -- in this deposition, you

19   didn't look at her, did you?

20       A    I'm looking at her right now.                  01:04:10

21       Q    Well, now you loosened up.

22           THE WITNESS:  I don't know what --

23           MS. BOLGER:  What was that, Mr. Klayman?  What

24   was that?  Was that a question, did you loosen up?  You

25   don't get to make editorial comments about witnesses in    01:04:21

65

```
 1    depositions, Mr. Klayman.
 2              MR. KLAYMAN:  Neither do you.  Neither do you.
 3    You made a lot of them.
 4              MS. BOLGER:  You should act like a
 5    professional.                                      01:04:27
 6              MR. KLAYMAN:  I should.  You're right.  And you
 7    should too.  I agree with you.
 8              MS. BOLGER:  Are you done with this line --
 9              MR. KLAYMAN:  I have a few more questions.
10    Don't rush me, please.                             01:04:34
11    BY MR. KLAYMAN:
12       Q    ███████████████████████████████
13              MS. BOLGER:  ████████████████████
██    ███████████████████████████████████████
██    █████████████████████████████████████    01:04:55
16              THE WITNESS:  ██████████████████████
17    BY MR. KLAYMAN:
18       Q    ████████████████████████████████████████
██    ███
20       A    I██████████████████████████████    ████████████
██       ██  █████████████████████████████████████████
██    ███████████████████████████████████████████
██    █████████████████████████████████████████████
██    ███████████████████████
25              MS. BOLGER:  █████████████████████████  01:05:22
```

66

1      ████████████████████

2              THE WITNESS:  █████████████████████

▆      ████████████████████████████████████████

▆      ███████████████████████

5    BY MR. KLAYMAN:                                    01:05:37

6          Q    ███████████████████████████

▆      ██████████████████████████████████

8          A    ██████

9              MS. BOLGER:  ████████████████████

10             THE WITNESS:  ████████████████      ██████

▆      █████████████████████████████████████

▆      ████████████████████████████████

▆      ████████████████████████████████

▆      █████████████████████████████████████

▆      ███████████████████████████████████████████████

▆      ███████████████████████████████

17   BY MR. KLAYMAN:

18         Q    Y████████████████████████████

▆      █████████████████████████████████████

▆      ███████████████████████████████████████████████

▆      ███████████████████████████████████████

▆      ██████████████████████████████████████

▆      █████████████████████████████

▆      ██     ████████████████████████████

▆      ████████████████████████████████      01:06:38

67



```
 1    ███████████████
 2        Q    ████████████████
 3        A    ████████████████████
 █    ██████████████████████████
 █    ██████████████████████████        ████████
 █    ██████████████████████████
 █    ████████████████████████
 8        Q    ████████████████████
 █    ████████████
10        A    ████████████████████        ████████
██    ████████████████
12            MS. BOLGER:    ████████████████
13    Mr. Klayman.
14    BY MR. KLAYMAN:
15        Q    ████████████████████        ████████
██    ██████████████████████████
██    ██████████████████████████
██    ██████████████████████████
19            MS. BOLGER:    ████████████
20    BY MR. KLAYMAN:                         01:07:23
21        Q    ████████
22        A    ████████████████████
23    ███████
24        Q    ████████████████
25        A    ████████████████████        ██:07:27
```

68

1 ████████████████████████████████

2 ███████████████████████████

■ █████

4    Q ███████████████████████████

5 █████                                               01:07:43

6          MS. BOLGER: ███████████████████████

■ ███████████████

8          MR. KLAYMAN: █████████████

9          MS. BOLGER: ███████████████

██ ███████████████                                   01:07:48

11          MR. KLAYMAN: ████████████

██ ████████████████████████████████

██ ███████

14          MS. BOLGER: ███████████

15          MR. KLAYMAN: ███████████████   01:07:54

16          MS. BOLGER: ██████████

17          MR. KLAYMAN: █████████████████

██ █████████████████

19          MS. BOLGER: ███████████████████

██ ███████                                           01:08:00

21          MR. KLAYMAN: ███████████████

██ ████████████████████

23          MS. BOLGER: ████████████████

██ ███████

25    ///

69

```
 1    BY MR. KLAYMAN:

 2         Q    ██████████████████████████████████

 █    ███████████████████

 4              MS. BOLGER:    ████████████████████

 5    █████████████████████████████████████████████████████

 █    █████████████████████████████████

 █    █████████████████████████

 8              THE WITNESS:    █████████████████████

 █    ████████████████████████████████

 ██   █████████████████████████████████████  ████████

 ██   ███████████████████████████████████████

 ██   █████████████████████████

 13        ██████████████████████████████

 ██   ████████████████████████████

 ██   ████████████████████████████████████████████████████

 ██   ██████████████████████████████████

 ██   ███████████████████████████████

 ██   ████████████████████

 19   BY MR. KLAYMAN:

 20        Q    ██████████████████████████████  ████████

 ██   ████████████████████████

 22        A    ███████████████████████

 23        Q    █████████████████████████

 ██   ██████

 25              MS. BOLGER:    ████████████████████        01:09:01
```

70

1      ████████████████████████████████████

██  ████████████

 3              MR. KLAYMAN:  Okay.

 4              THE VIDEOGRAPHER:  Mic off, please?

 5              MR. KLAYMAN:  What's that?                01:09:15

 6              THE VIDEOGRAPHER:  Are we going off the record?

 7              MR. KLAYMAN:  We are off the record, right?

 8              THE VIDEOGRAPHER:  Nope.

 9              MR. KLAYMAN:  Can you please tell us how much

10      time we --                                        01:09:19

11              THE VIDEOGRAPHER:  We're going off the record

12      at 1:09 p.m.

13              (Recess.)

14              THE VIDEOGRAPHER:  We're back on the record at

15      1:25 p.m.                                         01:25:49

16              Please continue.

17      BY MR. KLAYMAN:

18          Q    Now, in response, Mr. Maher, to my letter of

19      September 16, 2024, which is Exhibit 3, are you aware

20      that lawyers on your behalf wrote a response?       01:26:03

21          A    Yes.

22          Q    When did they write that response?

23              MS. BOLGER:  Object to the form.

24              THE WITNESS:  I assume soon after you sent the

25      letter.                                           01:26:17

71

```
 1    BY MR. KLAYMAN:

 2         Q    Have you ever seen that response?

 3         A    Yes.

 4         Q    When did you see it?

 5         A    Last night.                                    01:26:23

 6         Q    It's the first time?

 7         A    Yes.

 8         Q    I'll show you what I'll ask the court reporter

 9    to mark as Exhibit 4.

10              (Deposition Exhibit 4 was marked for           01:26:26

11              identification by the Court Reporter and is

12              attached hereto.)

13    BY MR. KLAYMAN:

14         Q    Given your response, I take it you had no input

15    into this letter of September 26, 2024, written by your  01:26:52

16    counsel, Kathryn M. Bolger?

17              MS. BOLGER:  I'm going to object to the form

18    and instruct you not to answer if you had any

19    conversations with a lawyer, but if you had other

20    conversations or can otherwise answer the question,      01:27:04

21    please do.

22    BY MR. KLAYMAN:

23         Q    Not what she told you, but I'm just saying

24    whether you had any input.  I'm asking what that input

25    was.  That's not attorney-client.                        01:27:14
```

72

```
 1      A    No.  It was all very brief.  They told me we
 2   were being sued and I said, "Okay.  You know, do what we
 3   have to do and answer it and follow the law and I'm not
 4   settling."  We all agreed on that, that it was
 5   preposterous.                                       01:27:33
 6      Q    Who's we?
 7      A    Me and the producers and then the lawyer.
 8      Q    What lawyer?
 9           MS. BOLGER:  Object to the --
10           THE WITNESS:  Kate.                          01:27:42
11   BY MR. KLAYMAN:
12      Q    Did HBO weigh in on this in terms of whether --
13      A    I don't know.  HBO is a giant company.  I don't
14   know who you are referring to when you say HBO.  I told
15   you --                                               01:27:52
16      Q    Home Box Office.
17      A    I know what it stands for, Larry.  I don't know
18   what you mean when you say HBO.  It's a giant company.
19   I talked to my producers who I mentioned and named and I
20   talked to Kate, the lawyer.  That's it.             01:28:03
21      Q    And you've never talked to anyone with HBO
22   about this lawsuit?
23      A    Well, again, my producers work for HBO as do I.
24   Those, as I keep saying, are the people I talked to very
25   briefly:  "We're being sued.  It's ridiculous.  We'll  01:28:18
```

73

1    answer it.  We'll handle it."

2        Q    Did anyone from HBO have a reaction after your

3    motion to dismiss was denied?  Did anyone talk to you

4    about this case?

5            MS. BOLGER:  Objection.  Lack of foundation.    01:28:32

6            And also, you can answer the question without

7    talking about any conversation you had with an attorney.

8            THE WITNESS:  Just that we have to keep going

9    forward with this nonsense.

10   BY MR. KLAYMAN:                                          01:28:46

11       Q    Are you aware that I approached your counsel,

12   Ms. Bolger, and said "Would you like to consider

13   settlement?"

14       A    I don't think I was aware it was you until a

15   couple days ago, that was the lawyer.  Did -- I guess I   01:28:58

16   was because I remember saying "We're not settling" and

17   everyone agreed.  Everyone suggested that to me and I

18   agreed.

19       Q    That's not my question.

20       A    Oh, I'm sorry.                                  01:29:18

21       Q    My question was -- my question was whether you

22   were advised that counsel for Ms. Loomer, which is me,

23   recently approached your counsel and said before your

24   deposition, would you like to consider settlement?

25           MS. BOLGER:  Object to the form.                 01:29:34

74

1          You may not answer that question because all of

2    it was done at the direction of an attorney, me.

3          And you're not entitled to ask Mr. Maher what

4    he knows or what he doesn't know about information he

5    obtained or did not obtain from me.                    01:29:43

6          MR. KLAYMAN:  Let's take you out of the

7    equation.  Let's take you out of the question.

8    BY MR. KLAYMAN:

9      Q    Are you aware from any source that I raised the

10   issue of settlement before you had to sit here at      01:29:56

11   deposition today?

12     A    Can I answer this?

13         MS. BOLGER:  As long as you didn't learn it

14   from me.  If you learned it from me, you cannot answer

15   it.  If you learned it from someone else, you can      01:30:02

16   answer.

17         THE WITNESS:  I learned it from you.

18         MS. BOLGER:  Then you cannot answer.

19   BY MR. KLAYMAN:

20     Q    When did you learn it from Ms. Bolger?          01:30:09

21         MS. BOLGER:  We're not having this

22   conversation, Larry.  It's irrelevant anyway.  You can

23   say when you learned -- no -- no, that's a content of a

24   conversation.  No, you can't.  You -- no, he's not

25   answering questions about his discussions with me,     01:30:20

75

1   period.  Don't answer.

2          THE WITNESS:  I have no objection to answering

3   this, but on advice of counsel, apparently I'm not going

4   to.

5   BY MR. KLAYMAN:                                    01:30:30

6      Q    Would you like to settle this case or do you

7   want to go to a jury in Ocala, Florida?

8      A    Well, it's -- I don't think it's going to go to

9   a journey -- jury, and I do not want to settle this

10  case.                                              01:30:38

11     Q    Do you know anything about Ocala, Florida?

12         MS. BOLGER:  Object to the form.

13         You can answer.

14         THE WITNESS:  No, I don't.

15  BY MR. KLAYMAN:                                    01:30:47

16     Q    Do you know that it's the heart of the Bible

17  Belt?

18         MS. BOLGER:  I'm so sorry, I object and also

19  have no idea what this -- it sounds like you're

20  threatening --                                     01:30:55

21  BY MR. KLAYMAN:

22     Q    Well, you'll learn about it.

23         MS. BOLGER:  It sounds like you're threatening

24  my client.

25         MR. KLAYMAN:  I'm not.  I'm just asking.    01:30:57

76

```
 1              MS. BOLGER:  I know you wouldn't be doing that.

 2              MR. KLAYMAN:  I'm not threatening him.

 3    BY MR. KLAYMAN:

 4       Q    I'm saying do you know the makeup of the likely

 5    jury in Ocala, Florida?  They're very religious people.  01:31:03

 6              MS. BOLGER:  Object to the form.

 7              If there's a question, you can answer.

 8    BY MR. KLAYMAN:

 9       Q    Because in Los Angeles --

10       A    You're -- you're apprising me of this          01:31:11

11    information for the first time.

12       Q    You think they are going to like your humor?

13       A    I don't know what that has to do with this.

14    And I have faith in this country and its principles and

15    hope that would obtain to all of the country.  And I    01:31:25

16    don't have a prejudice against certain parts of the

17    country, that they don't have the ability to see through

18    a case that has no merit.

19       Q    I just want to get your state of mind.

20       A    I think I just gave it to you.               01:31:43

21       Q    Are you --

22              MS. BOLGER:  Don't answer.  There's no

23    question.

24    BY MR. KLAYMAN:

25       Q    Yeah.  Again, I'm not going to ask more than   01:31:47
```

77

1    one question here.  But you see what's going on with

2    judges, whether it's left or right, correct?

3            MS. BOLGER:  Object to the form.

4    BY MR. KLAYMAN:

5        Q    You've observe that?                         01:31:55

6            MS. BOLGER:  Mr. Klayman, what is the question?

7            MR. KLAYMAN:  I'm laying a foundation.  Please

8    don't harass me.

9            MS. BOLGER:  That's not what's happening.

10           MR. KLAYMAN:  This is a benign question.      01:32:03

11           MS. BOLGER:  This is irrelevant questioning and

12   you're wasting my time --

13           MR. KLAYMAN:  Well, you know what, in

14   discovery, you can get into that which may lead to

15   relevant evidence, and you know that.                 01:32:10

16           MS. BOLGER:  And this is not that.

17           MR. KLAYMAN:  So -- it is.

18           MS. BOLGER:  What's the question?  Actually,

19   really, what's the question?

20           MR. KLAYMAN:  Well, you're not letting me      01:32:16

21   ask --

22           MS. BOLGER:  Ask one.

23           MR. KLAYMAN:  I am.  Stop harassing me.  This

24   is very rude.

25           MS. BOLGER:  Mr. Maher, no -- there's no       01:32:23

78

```
 1    pending question.  Don't speak.

 2    BY MR. KLAYMAN:

 3        Q    Yeah, you're aware that whether it's judges or

 4    human beings, they reach -- they frequently reach

 5    decisions based upon their own personal experience?     01:32:35

 6            MS. BOLGER:  Object to the form.

 7    BY MR. KLAYMAN:

 8        Q    And beliefs.  And beliefs?

 9            MS. BOLGER:  Go ahead.

10            THE WITNESS:  It sounds to me like you're       01:32:44

11    threatening me, putting a gun to my head and saying this

12    case is going to be tried in an -- in an area that is

13    politically hostile to a lot of my politics.  And

14    therefore, you should just surrender and give up your

15    principles and the principles of the United States of    01:33:05

16    America and just do what we want and settle and put

17    Ms. Loomer on your show.  That's to me what -- that

18    sounds to me like what you're asking me to do.

19    BY MR. KLAYMAN:

20        Q    No, it's not.  I'm wanting to know --           01:33:17

21        A    No?  Then what is it?

22        Q    It sounds me -- and I'll lay this as a

23    foundation.

24            You've had little to no contact with your

25    attorneys about this case, that they made all the        01:33:25
```

79

1    decisions here.  And actually, I'm trying to do you a

2    service in many ways.

3              MS. BOLGER:  So I'm going to object to the

4    form.  That is wildly unprofessional, totally

5    inconsistent with his testimony.  And I suppose you        01:33:37

6    could answer it if there was a question.  So you have

7    ruminated that I've done something wrong, but you've not

8    asked a question.  So why don't you ask a question?

9              MR. KLAYMAN:  I'm not saying you did something

10   wrong.  I'm saying that the guy is not informed of        01:33:50

11   anything.

12             MS. BOLGER:  I'm so sorry, are you asking a

13   question or are you giving a speech because I haven't

14   heard a question --

15             MR. KLAYMAN:  That's what I'm trying to figure   01:33:56

16   out.  I'm trying to figure out what his state of mind

17   was when whether he played any role in this Exhibit 4.

18   He says he didn't.

19             THE WITNESS:  I did say -- may I answer?

20             MS. BOLGER:  You may answer.                     01:34:06

21             THE WITNESS:  Okay.  As I've said, I did

22   discuss this with my producers, who I assume had been

23   talking to the lawyers, especially at HBO.  The

24   consensus across the board was that this was

25   preposterous.  We were very surprised when a judge let     01:34:27

80

```
 1    it go this far.  We don't think a judge will let it go
 2    further than this, especially after he hears this.
 3    BY MR. KLAYMAN:
 4        Q    Do you -- did anyone ever explain to you what
 5    defamation per se is?                              01:34:37
 6            MS. BOLGER:  Object to the form.  That would be
 7    a conversation he had with a lawyer.
 8            And you may not answer that question.  You may
 9    not answer the question.
10    BY MR. KLAYMAN:                                     01:34:44
11        Q    Well, outside of a lawyer -- outside of a
12    lawyer, do you -- do you know what defamation per se is?
13        A    Roughly.  And I also know what an opinion is.
14    And when I -- when I say "I think she might," that's an
15    opinion.  "I think."  It's very different than "I know   01:34:59
16    Kamala Harris sucked dick."  That's saying -- that's
17    basically a statement of fact.  I didn't say that.  I
18    said "I think" and "she might."  "Think" and "might" are
19    very different kinds of words.
20        Q    I'm going to show you what I'll ask the court   01:35:31
21    reporter to mark as Exhibit 5.  It's Defendant Bill
22    Maher and Home Box Office's Motions to Dismiss and
23    Memorandum of Law Thereof.
24            MS. BOLGER:  I'd like a copy, please.
25            MR. KLAYMAN:  I'm going to give you a copy,      01:35:51
```

81

```
 1    don't worry.  You wrote it.

 2              THE WITNESS:  You didn't really get your

 3    paperwork in order, Larry.

 4              MR. KLAYMAN:  I know.  I'm not good with paper.

 5              MS. LOOMER:  I have copies.              01:36:08

 6              MR. KLAYMAN:  Okay.

 7              MS. LOOMER:  Which one is it?

 8              MR. KLAYMAN:  You know, it's the -- Exhibit 5

 9    their motion to dismiss.

10              I don't have an extra copy of that.     01:36:16

11              THE WITNESS:  It's okay.

12              MR. KLAYMAN:  I didn't make one.

13              MS. LOOMER:  Is that it?

14              MR. KLAYMAN:  Yeah.  Okay.  Here, you can have

15    that.                                            01:36:20

16              MS. BOLGER:  Thanks.

17    BY MR. KLAYMAN:

18         Q    Okay.  Take a look at that, Mr. Maher.

19         A    This big one?

20         Q    Yeah.                                   01:36:27

21         A    Okay.

22         Q    Do you want to review it further?  Have you

23    ever seen it before?

24         A    What is it?

25         Q    It's your lawyer's motion to dismiss.  01:36:38
```

82

```
 1            MS. BOLGER:  Object to the form.
 2            THE WITNESS:  Okay.
 3            MS. BOLGER:  It's not my motion.
 4            MR. KLAYMAN:  It's his motion written by you.
 5   BY MR. KLAYMAN:                                    01:36:49
 6      Q    Have you ever seen it before?
 7      A    I may have.  I don't feel like I read it as
 8   closely as you have, but --
 9      Q    You never saw -- you hadn't seen it before
10   today?                                             01:37:03
11            MS. BOLGER:  Object to the form.  That's not
12   what he said.
13            You can answer.
14            THE WITNESS:  I am aware that the counsel on my
15   behalf filed a motion to dismiss.                  01:37:10
16   BY MR. KLAYMAN:
17      Q    But you don't know what was in it?
18            MS. BOLGER:  Object to the form.
19            THE WITNESS:  Not to the degree of detail that
20   the lawyers do.  I'm not the lawyer.               01:37:20
21   BY MR. KLAYMAN:
22      Q    Okay.  What detail do you know of that's in
23   that motion to dismiss without reading it right now?
24      A    You tell me.
25      Q    I don't have to tell you.  I'm asking you the  01:37:29
```

83

1    questions.

2        A    I just answered the question.  I don't --

3        Q    You don't know?

4            MS. BOLGER:  Object to the form.  That's not

5    what he said, Mr. Klayman.                          01:37:36

6            THE WITNESS:  For the millionth time, I

7    discussed this with my producers when it first came up

8    and then a -- the lawyer got involved and my contact

9    with them was very brief.  We all thought it was a

10   ridiculous lawsuit --                               01:37:57

11   BY MR. KLAYMAN:

12       Q    I got it.

13       A    -- because of the freedom of speech in this

14   country.

15       Q    I got it.                                  01:38:02

16       A    Therefore, I was -- it was not necessary for me

17   to get involved with all the details as clients don't

18   usually in cases where the lawyers are involved.  That's

19   their job.

20       Q    Isn't it your duty to verify that what your    01:38:12

21   lawyers are putting forward --

22       A    I trust them.

23       Q    -- is accurate and true?

24       A    I trust them.

25           MS. BOLGER:  Object to the form.            01:38:18

84

1              THE WITNESS:  I trust my lawyers.

2    BY MR. KLAYMAN:

3        Q    Now -- now --

4        A    I have trustworthy lawyers.

5        Q    Your -- do you know what defamation per se is,  01:38:26

6    that's the question?

7              MS. BOLGER:  Okay.  That's -- objection.

8    That's been asked and answered.

9              MR. KLAYMAN:  He didn't -- he didn't answer it.

10   I said --                                                01:38:37

11             THE WITNESS:  I did.

12   BY MR. KLAYMAN:

13       Q    I said take out of the equation -- take out of

14   the equation anything you may have learned from your

15   lawyer?                                                  01:38:42

16             MS. BOLGER:  You may answer the question the

17   same way again, Bill.

18             THE WITNESS:  Again, I'm not a lawyer.  But

19   having worked in television for 32 years and never been

20   accused of it, I assumed that my radar was pretty good   01:38:55

21   on what it was and what it wasn't.

22             And I was -- have always been very happy that I

23   lived in a country, unlike some countries in the world,

24   including some western democracies where they don't have

25   the kind of laws we have, where they don't have the kind 01:39:11

85

1    of free speech we have.

2          It would be easier to prove a kind of case like

3    this in Britain, for example.  But we don't live in

4    Great Britain.  We live in America, the greatest country

5    in the world.                                    01:39:22

6    BY MR. KLAYMAN:

7      Q    I got it, okay?  You don't have to keep

8    repeating it.  Okay?

9      A    Then don't keep asking it.

10   BY MR. KLAYMAN:                                  01:39:27

11     Q    It's in the -- it's in the record five times.

12         MS. BOLGER:  There's no pending question.

13         THE WITNESS:  Because you asked it five times.

14   BY MR. KLAYMAN:

15     Q    Ten.  Ten.                                01:39:31

16     A    How ridiculous --

17         MS. BOLGER:  Mr. Klayman, we're not here for

18   you to chat with Mr. Maher.  Ask a question.

19   BY MR. KLAYMAN:

20     Q    All right.  This is not a Miss America contest.  01:39:37

21         MS. BOLGER:  Ask a question.

22         THE WITNESS:  Then don't ask the same question

23   and you won't get the same answer.

24         MS. BOLGER:  Wait until he asks a question.

25         THE WITNESS:  How silly of you.             01:39:42

86

```
 1   BY MR. KLAYMAN:

 2       Q    Now, if you had read that, you might have

 3   learned about defamation per se, correct?

 4           MS. BOLGER:  Object to the form.

 5           I don't even know how you can answer that      01:39:56

 6   question, but you can answer that question.

 7           THE WITNESS:  What is it -- what is the

 8   question?

 9   BY MR. KLAYMAN:

10       Q    You don't know what defamation per se is?     01:40:03

11           MS. BOLGER:  Object to the form.  That's not

12   what he said, three times.

13           But you can say it again.

14           MR. KLAYMAN:  All right.  And I'm closing --

15   I'm closing the question.  I'm closing the line of       01:40:10

16   questioning so we can move on.

17           THE WITNESS:  Again, I just assumed that for

18   32 years, since I was doing what I do and it hadn't come

19   up yet that that was a pretty good guide, that I was

20   hewing to the line of what defamation wasn't.  This is   01:40:26

21   the first time it's ever come up.

22   BY MR. KLAYMAN:

23       Q    You are aware -- so you're not aware -- are you

24   aware -- I'll ask an open question -- that defamation

25   per se is when you disparage someone's moral turpitude   01:40:39
```

87

1    and affect their line of business and profession and

2    everything else.  Are you aware of that?

3         MS. BOLGER:  Okay.  So object to the form.

4    You're asking him for a legal conclusion.  You're also

5    misstating the law.                           01:40:54

6         MR. KLAYMAN:  All right.  Just generally

7    speaking.

8         MS. BOLGER:  If you feel you can answer that

9    question, you can.  But that question was misleading,

10   incorrect, and asked and answered.  You can answer.   01:41:02

11   BY MR. KLAYMAN:

12       Q    Go ahead.

13       A    I make jokes.  Some people like them.  Some

14   people don't.

15       Q    Are you aware that under Florida law -- I'm not  01:41:10

16   asking what your lawyer may or may not have told you,

17   particularly since you didn't communicate with her on

18   the substance --

19        MS. BOLGER:  Objection.  Right now, that

20   misstates the lawyer's testimony.  It is strangely an   01:41:22

21   unprofessional, personal attack on me for no reason.

22        MR. KLAYMAN:  That's what he said.

23        MS. BOLGER:  It's not what he said.  It's

24   definitely not what he said, Mr. Klayman.  This is a

25   weird area of communication.                   01:41:35

88

```
 1            He's going to answer one more time what he
 2    knows defamation per se is.  And then we're not letting
 3    him answer any more questions.
 4    BY MR. KLAYMAN:
 5       Q    All right.  Outside of anything with your        01:41:42
 6    counsel, are you aware that when it's defamation per se
 7    that malice and damages are presumed under Florida law?
 8            MS. BOLGER:  That is a radical misstatement of
 9    the law in Florida.  In Florida, very specifically, if a
10    plaintiff sues a media defendant, damages are not         01:41:56
11    presumed.  You are not telling the truth to Mr. Maher.
12            MR. KLAYMAN:  We cited -- we cited cases.
13            You're not a Florida lawyer, are you?
14            MS. BOLGER:  You're about not to be,
15    Mr. Klayman.  And you are misstating the law.             01:42:08
16            MR. KLAYMAN:  Thank you.  Thank you for your --
17            MS. BOLGER:  Answer the -- you can answer the
18    question, Bill, if there's a pending question.
19            THE WITNESS:  I forgot what the question was
20    minutes ago.                                              01:42:15
21    BY MR. KLAYMAN:
22       Q    Well, apparently you don't know.
23            MR. KLAYMAN:  I'm going to ask you to just mark
24    as Exhibit 7 --
25            MS. BOLGER:  I want the record to reflect that    01:42:23
```

89

1     Mr. Klayman said, "Well, apparently you don't know."

2     Mr. Maher didn't testify to that.  That's what

3     Mr. Klayman said.  Not what Mr. Maher said.

4                    (Simultaneous speaking.)

5              MR. KLAYMAN:  Open-ended question.          01:42:31

6              THE WITNESS:  Do I know what?

7     BY MR. KLAYMAN:

8         Q    Do you -- do you know that -- let's parse it;

9     that if defamation per se is shown, that the damages are

10    presumed?                                            01:42:45

11             MS. BOLGER:  That is a false statement.

12             You may answer the question.

13             MR. KLAYMAN:  Somehow you're an expert.

14    BY MR. KLAYMAN:

15        Q    Go on.                                       01:42:52

16        A    Aren't lawyers supposed to be expert --

17             MS. BOLGER:  I've been a defamation lawyer for

18    25 years.

19             But it's fine.  You can answer the question.

20             MR. KLAYMAN:  Apparently you never read the   01:43:01

21    law.

22    BY MR. KLAYMAN:

23        Q    Go on.

24        A    I would not presume to speak on a lawyerly

25    subject since I am not a lawyer.  So I just -- I guess   01:43:06

1    I've just been going by my good instincts.

2        Q    I'm going to ask that a -- the Answer to the

3    Amended Complaint and Affirmative Defenses be marked as

4    Exhibit 7.

5            MS. BOLGER:  I don't have that.              01:43:21

6            MR. KLAYMAN:  I'm going to give it to you.

7            MS. BOLGER:  Exhibit 6.

8            THE REPORTER:  Exhibit 6.

9            MR. KLAYMAN:  Exhibit 6, I'm sorry.

10   BY MR. KLAYMAN:                                       01:43:26

11       Q    If you wish, you could be my assistant here and

12   you can do it rather than laughing.

13       A    Well you sure -- you sure need one.

14       Q    Yeah, I think you need assistance.

15           MS. BOLGER:  You need to give that to the court 01:43:38

16   reporter.  And if you make a disparaging comment about

17   the witness one more time, I'll end the deposition.  And

18   you need to give that to the court reporter so she can

19   mark it.

20           MR. KLAYMAN:  I will.  I'm showing it to him    01:43:45

21   first.

22           MS. BOLGER:  He's not going to see it first.

23   Please mark the exhibit.

24           MR. KLAYMAN:  Here.

25           THE WITNESS:  Oh.                              01:44:07

91

1              MS. BOLGER:  Is that -- is -- are these pages

2    part of that exhibit, Mr. Klayman?

3              MR. KLAYMAN:  Yes.

4              THE WITNESS:  Are we passing it around or is

5    this --                                              01:44:11

6              MS. BOLGER:  This is all part of yours and may

7    I have a copy, please?  May I have a copy, please?

8              THE WITNESS:  Take my copy.

9              MS. BOLGER:  No, no, you need to look at it.

10             MR. KLAYMAN:  Answers to the Amended Complaint. 01:44:19

11   I've got another one.  I've got another one.

12                  (Simultaneous speaking.)

13             MR. KLAYMAN:  Here you go.  Here's one for you.

14             THE WITNESS:  Oh, here.  So this goes --

15   BY MR. KLAYMAN:                                      01:44:31

16      Q    And I'll give you -- I'll give you a stapled

17   one.

18             MS. LOOMER:  Well, they have clips.

19             THE WITNESS:  Okay.  Got it.

20             (Deposition Exhibit 6 was marked for         01:44:35

21             identification by the Court Reporter and is

22             attached hereto.)

23   BY MR. KLAYMAN:

24      Q    You have never seen this document before

25   either, have you?                                    01:44:40

92

1          MS. BOLGER:  Object to the form.  He didn't

2     testify he hadn't seen any other documents.  You are

3     misstating his testimony.

4          You may answer.

5          THE WITNESS:  What is it?                      01:44:48

6     BY MR. KLAYMAN:

7     Q    When, if at all, have you seen this document,

8     amended -- answer to amended complaint?

9     A    I don't believe I have.

10    Q    You're aware that it was filed on your behalf?  01:44:55

11    A    Correct.  Well, I assume it was.  Again, I

12    trust my lawyers.  They're very professional.

13         MR. KLAYMAN:  I'm going to ask the court

14    reporter to mark the next exhibit as Exhibit 7.  Okay.

15    This is Plaintiff's First Request For Production of     01:45:48

16    Documents.

17         (Deposition Exhibit 7 was marked for

18         identification by the Court Reporter and is

19         attached hereto.)

20         MS. BOLGER:  Take a look at that.              01:46:13

21    BY MR. KLAYMAN:

22    Q    What I just handed you, have you ever seen

23    this?

24         MS. BOLGER:  Take a look at the document --

25    ///

93

```
1    BY MR. KLAYMAN:

2        Q    Exhibit 7.

3        A    Don't think so.

4        Q    Has anyone ever asked you to look for documents

5    in response to a document request by Ms. Loomer?       01:46:29

6        A    Yes.

7        Q    When was that?

8        A    I don't remember.  But somewhere in the

9    process, they said that they had to look in my computer

10   for anything that was related to the case and we let     01:46:44

11   them.

12       Q    Where is your computer located?

13       A    In my office.

14       Q    Is it a desktop or a laptop?

15       A    Desk.                                           01:46:58

16       Q    What's the make of it?

17       A    Don't know.

18       Q    How long have you had it?

19       A    I don't know that either.  I mean, I don't

20   know.                                                   01:47:15

21       Q    Did you find any documents that you gave to

22   your counsel when you looked?

23       A    I wasn't there.  They went through it and they

24   were told, you know, you can't fish through the whole

25   thing, just anything that had to do with Laura Loomer    01:47:33
```

94

```
 1     and apparently they got what they wanted.

 2          Q    Who is they?

 3          A    The lawyers.

 4          Q    Which lawyers?

 5          A    Yours and mine.                          01:47:45

 6          Q    No, I didn't go into your computer.

 7          A    Okay.  Well, somebody did.

 8          Q    Do you know which lawyers went into your

 9     computer?

10               MS. BOLGER:   The lawyers who represented him --  01:47:53

11     represent him.

12     BY MR. KLAYMAN:

13          Q    Yeah, I know.  Which ones?  Names?

14          A    I don't -- these are the lawyers I have.  These

15     are the lawyers I know.                            01:48:03

16          Q    But you have no knowledge of which lawyers if

17     any went into your computer?

18          A    Well, it wasn't the lawyers.  It was -- I mean,

19     lawyers don't actually go through the computer.  Whoever

20     does that on behalf of the law firm.               01:48:16

21          Q    Did you see anyone going through your computer

22     or know of it?

23          A    Yes, I knew it.

24          Q    Firsthand?

25          A    Yes, absolutely.                          01:48:23
```

95

```
 1        Q    Were you there when they went through your
 2    computer?
 3        A    I was in the next room.
 4        Q    Okay.  So it wasn't Ms. Bolger; it was somebody
 5    else?                                              01:48:32
 6        A    I don't know.  I don't know.
 7        Q    ████████████████████████████████████████
 8    ███████████████████████████████
 9            MS. BOLGER:   ████████████████████████████
10  ████████████████████████████████████████████████████████████
11  ██████████████
12            MR. KLAYMAN:   ██████████████
13            MS. BOLGER:   ████████████████████████████
14  █████████████████████████████████████████████████
15  ███████████████████████████████████████            01:48:50
16    BY MR. KLAYMAN:
17        Q    Who determined what on your computer your
18    lawyers could -- could see?
19        A    I was told it was only things that pertained to
20    this case.                                        01:49:04
21        Q    Were there things on your computer that were
22    filtered out that they could not view?
23            MS. BOLGER:  Object to the form.
24            If you know, you can answer that question.
25            MR. KLAYMAN:  That's --                    01:49:14
```

96

1              THE WITNESS:  Well --

2              MR. KLAYMAN:  That's a speaking objection,

3    which gives the client an answer.

4              MS. BOLGER:  Well, ask a question with a

5    foundation then.                                    01:49:20

6              MR. KLAYMAN:  Inappropriate.

7              THE WITNESS:  Obviously, there are things in my

8    computer that have -- that don't have to do with Laura

9    Loomer.  There's very little on it that did.  Only the

10   material from those two weeks of the show where she was   01:49:29

11   in the news.  These were correspondence, e-mails from

12   the staff to me, especially the week when she was part

13   of the written material, the desk piece I spoke of

14   before.  So that came through the computer.  My writers

15   and I communicate that way.  That's mostly, I assume,    01:49:56

16   what they were finding.

17   BY MR. KLAYMAN:

18      Q    No one went through your cell phone though, did

19   they?

20             MS. BOLGER:  Object to the form.              01:50:05

21             THE WITNESS:  No.  And there's nothing on my

22   cell phone.

23   BY MR. KLAYMAN:

24      Q    You get e-mails on your cell phone, don't you,

25   and texts?                                              01:50:13

97

```
 1        A    But they're the same e-mails that are on the

 2   computer.  There was no text about this.

 3        Q    You can send texts off your cell phone,

 4   correct, that are not on your computer?

 5        A    I don't text with the writers.              01:50:24

 6        Q    But no one searched your cell phone?

 7        A    No, but they searched the writers' cell phones.

 8        Q    What kind of cell phone do you have?

 9        A    Don't know.

10        Q    What service do you use?                    01:50:37

11        A    Don't know.

12        Q    Verizon?  T-Mobile?

13        A    Don't even know that.

14        Q    Who owns your cell phone?

15        A    I'm not -- I'm not a tech person.           01:50:45

16        Q    Who owns your cell phone?

17        A    I do.

18        Q    It's not HBO's cell phone?

19        A    No.

20        Q    You purchased it?                           01:50:52

21        A    Yeah.

22        Q    Who pays the monthly bill for it?

23        A    I do through my business manager.

24        Q    And who's your business manager?

25        A    ███████████████                             01:51:03
```

98

```
1        Q    Is he a member of this firm here that we're
2    here today on?
3        A    No.  Business manager.
4        Q    Do you have a production company yourself,
5    right, Bill Maher Productions?                        01:51:22
6        A    Correct.
7        Q    Where is that located?
8        A    Located?
9        Q    Yeah, does it have an office?
10       A    No.                                          01:51:32
11       Q    Do you have a home office?
12       A    Well, I work out of my home.  I guess you'd
13   call that a home office.
14       Q    The offices that we're in today, what relation
15   if any does this firm have with you?                  01:51:46
16            MS. BOLGER:  What relation, if any, does this
17   line of questioning have to do with this lawsuit?
18            MR. KLAYMAN:  It's about documents.  He may
19   have documents.
20            THE WITNESS:  This is my manager's office.  Not 01:51:57
21   business manager.  Manager.
22   BY MR. KLAYMAN:
23       Q    And what's the difference between a business
24   manager and a manager with regard to you?
25       A    Business manager pays your bills and does your  01:52:09
```

99

```
 1    finances.  Manager has to do with managing your career
 2    in show business.
 3        Q    So the office we're in today manages your bills
 4    and such?
 5        A    No.                                      01:52:26
 6            MS. BOLGER:  Object to the form.
 7            THE WITNESS:  I just --
 8    BY MR. KLAYMAN:
 9        Q    I got it confused.  It's the reverse?
10        A    Correct, the reverse.  Business manager pays   01:52:31
11    your bills, and manager manages your career.
12        Q    Who represents you here?
13            MS. BOLGER:  Do you -- do you mean in this room
14    or in the building?  I don't understand the question.
15            MR. KLAYMAN:  With this firm that we're here    01:52:47
16    taking the deposition today.
17            THE WITNESS:  ███████████████
18    BY MR. KLAYMAN:
19        Q    How is that spelled?
20        A    ██████████████                           01:52:54
21        Q    You've discussed this lawsuit with him; have
22    you not?
23        A    Yes.
24        Q    And what did you discuss with him?
25            MS. BOLGER:  I'm going to object and tell you   01:53:04
```

100

```
 1    that you can only talk about things you have talked to

 2    him about outside of the presence of an attorney, either

 3    me or any other attorney that may represent you.

 4              THE WITNESS:  Say that again.

 5              MS. BOLGER:  So you can talk about what you've    01:53:16

 6    talked about with ███ related to this lawsuit, but only

 7    if I wasn't present or another lawyer who represents you

 8    wasn't present.

 9              THE WITNESS:  Same theme.

10    BY MR. KLAYMAN:                                             01:53:31

11        Q    Well, just tell me --

12        A    Can I finish?

13        Q    Yes.

14        A    She's suing us.  It's ridiculous, but we have

15    to follow the law.                                          01:53:38

16        Q    But he asked you what it was about, right,

17    specifically?

18              MS. BOLGER:  Object to the form.  I don't

19    understand the question.

20    BY MR. KLAYMAN:                                             01:53:46

21        Q    You had a specific conversation about the

22    lawsuit, right?

23        A    No, not really.

24        Q    Just that she's suing and it's ridiculous?

25        A    That's it.                                         01:53:55
```

101

1     Q    And he had no problem otherwise?

2          MS. BOLGER:  Object to the form.

3          You can answer.

4          THE WITNESS:  We all had a problem with it, but

5     we have to follow the law.                    01:53:59

6     BY MR. KLAYMAN:

7     Q    But you don't know what the law is, do you?

8          MS. BOLGER:  Object to the form.  He's not a

9     lawyer.

10    BY MR. KLAYMAN:                                01:54:10

11    Q    No one ever told you?

12         MS. BOLGER:  Object to the form.  You may not

13    testify about conversations you had with a lawyer.

14    BY MR. KLAYMAN:

15    Q    I didn't say with a lawyer.  Weren't you    01:54:17

16    curious to know what you were sued about?

17    A    I knew what I was sued about.

18    Q    I'm going to ask that -- do you keep paper

19    files?

20         MS. BOLGER:  Object to the form.            01:54:55

21    BY MR. KLAYMAN:

22    Q    For your business?  You have stuff in paper

23    that's in files?

24         MS. BOLGER:  In general?  About this

25    litigation --                                    01:55:02

102

1          MR. KLAYMAN:  In general.  In general.

2          MS. BOLGER:  -- about in life, does he have

3     paper files?

4          MR. KLAYMAN:  Yeah, it pertains to his

5     professional activities.                          01:55:08

6     BY MR. KLAYMAN:

7     Q    Do you keep paper files with tax returns, with

8     correspondence, with matters like that?

9     A    Yes.

10    Q    And where are they kept?                      01:55:15

11    A    In my house.

12    Q    No one searched them, did they, with regard to

13    what was requested in this request to produce?

14         MS. BOLGER:  Object to the form.

15         THE WITNESS:  There's nothing in it about this  01:55:25

16    case.

17    BY MR. KLAYMAN:

18    Q    But you don't know if you didn't look, correct?

19    A    I know what's in my files.

20         MS. BOLGER:  Object to the form.              01:55:33

21    BY MR. KLAYMAN:

22    Q    Did anyone ever ask you to search your paper

23    files in your home?

24    A    Not to my knowledge.

25    Q    Did anyone specifically go through with you the  01:55:41

103

1    specific documents requested on Page 2 of Exhibit 7?

2            MS. BOLGER:  Object to the form.  Asked and

3    answered.

4            You can answer it again.

5            MR. KLAYMAN:  I'm going to go one by one.      01:56:25

6    BY MR. KLAYMAN:

7        Q    Number 1:  "Any and all documents that refer or

8    relate to Laura Loomer having sex with Donald Trump."

9            Did anyone ever say look for those documents to

10   you?                                                   01:56:35

11       A    They said they were going to go through

12   everything in the computer that mentioned Laura Loomer

13   and they did.

14       Q    But you made no effort yourself to do that?

15           MS. BOLGER:  Object to the form.              01:56:52

16           THE WITNESS:  I wouldn't even know how to do

17   that.

18   BY MR. KLAYMAN:

19       Q    You know how to do a word search in a computer,

20   don't you?                                             01:56:58

21       A    Very briefly.  Very meagerly.  I told you I'm

22   not a very good tech person.  I don't even know what

23   kind of phone I have.

24       Q    Do you have your phone with you?

25       A    It's right there.                            01:57:09

104

1      Q     Yeah.  Can you tell me what kind of phone you

2   have?

3           MS. BOLGER:  Absolutely not.  Put your phone

4   down.

5           MR. KLAYMAN:  Just the mark.  Just the brand.   01:57:13

6           MS. BOLGER:  You don't need to know that.  You

7   can ask another question.  He's not looking at his phone

8   during the deposition.  He's not doing it.

9   BY MR. KLAYMAN:

10     Q     What service provider do you use?             01:57:21

11          MS. BOLGER:  You already asked this question.

12   He doesn't know.

13          THE WITNESS:  I said this two minutes ago.

14   BY MR. KLAYMAN:

15     Q     Well, maybe you might remember.               01:57:26

16     A     No, I'm not a liar.

17     Q     Two:  "Any and all documents that refer or

18   relate to Laura Loomer and her relationship with Donald

19   Trump."

20           Did you ever search yourself for any such     01:57:36

21   documents?

22     A     No.

23     Q     "Any and all documents with regard to internal

24   discussions at Home Box Office concerning Laura Loomer

25   and allegations that she was defamed by Bill Maher."    01:57:44

105

```
1                Did you ever yourself search for such

2    documents?

3         A    No.

4         Q    "Any and all documents that refer or relate to

5    criticism and/or discipline by HBO concerning Bill        01:57:53

6    Maher's publication of the following statement on the

7    September 13, 2024, episode of Real Time."

8                That's the one I read to you earlier.  Did you

9    search for any such documents?

10                MS. BOLGER:  Object to the form.             01:58:07

11   BY MR. KLAYMAN:

12        Q    Yourself?

13                MS. BOLGER:  You can answer.

14                THE WITNESS:  No.

15   BY MR. KLAYMAN:                                           01:58:11

16        Q    Five:  "Any and all documents which refer or

17   relate to Donald Trump's relationship, sexual or

18   otherwise, with Melania Trump."

19                Did you yourself ever search for any such

20   documents?                                                01:58:20

21        A    No.

22        Q    So you don't have any firsthand knowledge

23   whether any such documents that I've just read to you

24   exist?

25                MS. BOLGER:  Object to the form.  In fact, you  01:58:31
```

106

1    asked that question the first time, Mr. Maher answered

2    it.

3            But you may answer it again as to whether you

4    have firsthand knowledge about the search for documents.

5            THE WITNESS:  Firsthand, no.              01:58:40

6    BY MR. KLAYMAN:

7        Q    Okay.

8        A    I know they did it.

9        Q    Let's go back to the amended complaint.

10           MR. KLAYMAN:  Madam Court Reporter, what     01:59:08

11   exhibit number is that?

12           THE REPORTER:  They're not in front of me.

13           MR. KLAYMAN:  Okay.

14           MS. BOLGER:  We didn't get the complaint.

15           MR. KLAYMAN:  Can you give her --            01:59:18

16           MS. BOLGER:  We don't have the complaint.  You

17   didn't mark the complaint.

18           MR. KLAYMAN:  Oh, okay.  Please mark as

19   Exhibit 8 the Amended Complaint of Ms. Loomer.

20           (Deposition Exhibit 8 was marked for         01:59:22

21           identification by the Court Reporter and is

22           attached hereto.)

23   BY MR. KLAYMAN:

24       Q    Have you ever seen the amended complaint that

25   Ms. Loomer filed against you?                        01:59:54

107

1        A     No.

2        Q     Are you aware that early on in this case, I

3   asked your counsel to accept service of the complaint

4   for you?

5        A     Accept service?                              02:00:07

6        Q     Means that I wouldn't have to go through a

7   process server to hunt you down.

8             MS. BOLGER:  Object to the form.

9             You can answer.

10            THE WITNESS:  I'm not sure I understand the    02:00:15

11   question.

12   BY MR. KLAYMAN:

13        Q     Well, a lawyer -- well, I don't want to, you

14   know, tell you otherwise, but are you aware that I asked

15   your lawyer to accept service such that I didn't have to  02:00:23

16   get a process server to find you?

17            MS. BOLGER:  Object to the form.

18            THE WITNESS:  I don't remember.  I seem to

19   remember being told that they were going to serve me and

20   then they did, but not me directly.  They dropped it off  02:00:46

21   at the house.  And I think I asked, "Does that count as

22   being served?"  And they said, "Well, they're going to

23   serve you anyway so just accept it."  So the upshot is

24   you served me and I -- we accepted it.

25   ///

108

 1    BY MR. KLAYMAN:

 2        Q    But you're not aware that before that happened,

 3    I asked your lawyer to accept service to avoid putting

 4    Ms. Loomer through initial expense?

 5            MS. BOLGER:  I'm going to object to the form      02:01:20

 6    and ask you why this is relevant to anything?  This

 7    feels a little bit like you're trying to ask questions

 8    to imply I did something wrong, so I'm just wondering

 9    what -- what's going on here?

10            MR. KLAYMAN:  No, I just -- I'm trying to        02:01:29

11    figure out, you know, what -- at what point he saw this

12    complaint.

13            MS. BOLGER:  Well, he told you.  He saw the

14    complaint when it was delivered to his house.  So why

15    don't you ask a question that has relevance to this     02:01:36

16    litigation?

17            MR. KLAYMAN:  I have one more question.

18    BY MR. KLAYMAN:

19        Q    You're aware that HBO was served before you and

20    they had already been served?  Did HBO tell you that    02:01:43

21    they were served with the original complaint?

22        A    I thought it was all one complaint.

23        Q    Now, turning to -- I take it you've never

24    reviewed this amended complaint?  It's Exhibit 8.

25            MS. BOLGER:  Take a look at it.                  02:02:11

109

1          THE WITNESS:  I think we've established I'm a

2     big picture guy.  I get the big picture from people I

3     trust.  That's it.

4     BY MR. KLAYMAN:

5          Q    So the answer is you never saw this amended          02:02:23

6     complaint until today?

7          A    Probably not.

8          Q    Turn to Page 8 of this amended complaint,

9     paragraph 30:  "As further evidence of the Defendants'

10    intent to defame, and actual and constitutional malice,      02:03:34

11    on September 20, 2024 -- on the September 20, 2024,

12    episode of Real Time, defendant Maher, being on notice

13    of this pending lawsuit, pursuant to Florida Statute

14    770.01, retaliated and compounded the damage to

15    Ms. Loomer with a segment titled, '24 Things You Don't       02:03:53

16    Know About Laura Loomer,' where he continues to make

17    false, disparaging statements about Ms. Loomer.  For

18    instance, he and his joint tortfeasor Defendant HBO,

19    published, acting in concert, 'It's because the person

20    like Trump, the nut at the center of this, starts           02:04:13

21    surrounding himself with -- I mean, he normally

22    surrounds himself with pretty crazy people.  But this

23    Laura Loomer...she's the new groupie in Trump's

24    circle...here are 24 things you don't know about Laura

25    Loomer.'"                                                    02:04:33

110

1              Was that written by your writers or was -- is

2    that something you ad-libbed?

3        A    That's something --

4            MS. BOLGER:  Object to the form.  You mean, the

5    entire paragraph that you wrote or the quote that --          02:04:41

6            MR. KLAYMAN:  The quote.  The quote.

7            MS. BOLGER:  Well, ask a good question then.

8            THE WITNESS:  No, that's me.  Writers don't

9    write the intros to the -- to the desk piece.

10   BY MR. KLAYMAN:                                               02:04:51

11       Q    By using the word groupie, you're again

12   implying that Ms. Loomer had sex with Donald Trump

13   behind Melania's back, correct?

14           MS. BOLGER:  Object to the form.

15           THE WITNESS:  Well, groupie has become a word     02:05:01

16   that is more widely used than just that.  I mean,

17   obviously a groupie started out as a word that referred

18   to people who follow rock bands.  It means anyone who is

19   a devoted follower.

20           It does not in my view, and I think the view of   02:05:16

21   most people in this country if you ask them, necessarily

22   imply sex.  It implies -- I mean, she said herself on

23   many occasions Donald Trump is the most important person

24   in her life.  In the broad sense, that's kind of a

25   groupie, yes.                                                 02:05:35

111

```
 1    BY MR. KLAYMAN:

 2        Q    Well you said necessarily implies sex, but it

 3    can imply sex, correct?

 4            MS. BOLGER:  Object to the form.

 5    BY MR. KLAYMAN:                                    02:05:41

 6        Q    Based on your knowledge?

 7            MS. BOLGER:  Object to the form.  It's what you

 8    said.

 9            THE WITNESS:  And again, it's a joke.  So if it

10    does, I don't retract it.                          02:05:48

11    BY MR. KLAYMAN:

12        Q    Paragraph 31.

13        A    Okay.

14        Q    "He," meaning Bill Maher, "and HBO then proceed

15    to conjure up fabricated 'facts' about and attributed to 02:05:58

16    Ms. Loomer, including but not limited to, 'My biggest

17    fear is immigrants taking my job as a right-wing hate

18    monger.'"

19            Is that you or was that your writers or both?

20            MS. BOLGER:  Object to the form.            02:06:13

21            THE WITNESS:  Now, we're into the written

22    material.  And you seem to not understand what a joke

23    is.  Jokes are not literal.  They are things that are

24    not literally true or else they wouldn't be jokes.  Can

25    I --                                               02:06:29
```

112

```
 1    BY MR. KLAYMAN:

 2        Q    That's not my question.

 3        A    Oh, I thought it was.

 4        Q    Who wrote that, you or your writers, and then

 5    you endorsed what the -- your writers wrote?          02:06:37

 6             MS. BOLGER:  Object to the form.  You can

 7    answer.

 8             THE WITNESS:  The writers write the pieces.  We

 9    decide on what the desk piece is, they all present me

10    with their version of it, and then I choose the ones I    02:06:46

11    want to use.  And so they wrote it, I chose it.  I

12    chose --

13    BY MR. KLAYMAN:

14        Q    You endorsed it?

15        A    Correct.  I did it.  I performed it.          02:07:00

16        Q    Which writer or writers wrote that?

17        A    I can't tell you that.  That was in September.

18    They wrote it and I don't know which writer wrote which

19    ones.

20        Q    Number 2:  "I don't hate all brown people, just  02:07:14

21    the brown ones."

22        A    Yes, this is satire based on things that she

23    has said, like "When Kamala Harris moves into the White

24    House, it will smell of curry."  That joke makes perfect

25    sense.                                                 02:07:29
```

113

1     Q     You're implying that she's a racist, correct?

2     A     Yes.

3           MS. BOLGER:  Object to the form.

4           THE WITNESS:  Yes.  I think someone who says

5     that is a racist, among other things.  She's a birther.    02:07:43

6     That to me was racism.

7     BY MR. KLAYMAN:

8     Q     What is a birther?

9     A     Someone who thinks that Obama was not born in

10    this country.                                              02:08:02

11    Q     You are aware that his birth certificate is

12    published by the White House, said he was

13    African-American?

14          MS. BOLGER:  Are we actually talking about

15    birtherism as a serious thing in this deposition?          02:08:14

16          MR. KLAYMAN:  He brought it up.  He brought it

17    up.

18          MS. BOLGER:  No, he didn't.  Move on.

19          MR. KLAYMAN:  No, I'm not going to move on.

20          MS. BOLGER:  Okay.  You're going to waste your    02:08:21

21    time asking him whether Obama was born in Kenya?

22          MR. KLAYMAN:  You're aware -- that's not what

23    I'm asking.  Maybe you believe that.  I'm asking a

24    different question.

25          MS. BOLGER:  I know you believe that.  You sued    02:08:29

114

1    to get him off the ballot on this basis.

2            MR. KLAYMAN:  That was not what I sued on.  You

3    better get better reading glasses.

4    BY MR. KLAYMAN:

5        Q    You are aware that the -- that there are          02:08:38

6    legitimate bases to question the authenticity of Obama's

7    birth certificate?

8        A    It doesn't matter.  That's my opinion.  That's

9    my opinion, that anybody who went after Barack Obama for

10   not being born in this country had some racial animus    02:08:51

11   because he was born in this country.

12       Q    You're aware that he himself filed documents

13   with the passport office that said he wasn't --

14           MS. BOLGER:  Object to the form.

15   BY MR. KLAYMAN:                                           02:09:04

16       Q    -- born in this country.  Are you aware of

17   that?

18           MS. BOLGER:  You can answer again.

19           THE WITNESS:  I am not aware of that.

20           MR. KLAYMAN:  I'm going to ask the following      02:09:39

21   document be marked as composite Exhibit 9.

22           MS. BOLGER:  I'll take a look at this one.

23   It's very long.

24           MR. KLAYMAN:  We're going to go through them.

25           MS. BOLGER:  He's entitled to look at it in its   02:10:08

115

```
 1    entirely before you ask him a question.

 2              MR. KLAYMAN:  Sure.  He can.  Look at all of

 3    them.

 4              THE WITNESS:  Okay.  I see what it is.  I get

 5    the gist.                                          02:10:17

 6              (Deposition Exhibit 9 was marked for

 7              identification by the Court Reporter and is

 8              attached hereto.)

 9    BY MR. KLAYMAN:

10       Q    Okay.  These are all statements that you made  02:10:19

11    on Real Time, correct?

12              MS. BOLGER:  Object to the form.

13              THE WITNESS:  I haven't read all of them.  If

14    you want me to read them all now, that's going to take

15    some time.                                         02:10:30

16    BY MR. KLAYMAN:

17       Q    Well, we're going to go as quickly as we can

18    through them.  We've got some time here.

19              Let's look at the first page of Exhibit 9.

20    Bill Maher @billmaher, November 10, 2015, "Trump:     02:10:44

21    'We're a country of laws' Thankfully, bankruptcy laws."

22              You stated that, correct?

23              MS. BOLGER:  I'm going to object to form.  I

24    think you said that this was on Real Time with Bill

25    Maher.  This is not Real Time with Bill Maher.  So I    02:10:56
```

116

1    don't --

2    BY MR. KLAYMAN:

3        Q    Okay.  What was -- where did you make that

4    statement?

5        A    Where are we?                                    02:11:00

6            MS. BOLGER:  No, first -- first page.

7    BY MR. KLAYMAN:

8        Q    Okay.  These are --

9            MS. BOLGER:  I don't know.  That's the --

10           MR. KLAYMAN:  These are tweets.  Okay.        02:11:04

11           MS. LOOMER:  Yes.

12           MS. BOLGER:  Are you representing that to us?

13           MR. KLAYMAN:  Yes, we are.

14           THE WITNESS:  "We are a country of laws,

15   Thankfully, bankruptcy laws."  I'm just going on good    02:11:14

16   faith that these are my tweets.  I don't remember tweets

17   from ten years ago.

18   BY MR. KLAYMAN:

19       Q    Well, this raises the question:  Did anyone

20   search your phone for tweets that might be responsive to  02:11:26

21   our document requests which I've gone through before?

22       A    I haven't personally tweeted in years.

23       Q    Okay.  Let's look at the next one.

24       A    Definitely was not tweeting at the time of

25   September --                                            02:11:45

117

```
 1      Q    Bill Maher --

 2      A    -- of last year.

 3      Q    -- @billmaher, 3/26/16:  "Cruz could be our

 4  worst president.  But Trump might well be our last" --

 5  and then hashtag "better Ted than dead."         02:11:56

 6           That's your tweet, correct?

 7      A    I'm, again, taking on good faith that it is.

 8  If you're asking me if I specifically remember that, of

 9  course I do not.

10      Q    Next one, Bill Maher @billmaher, 3/10/16:    02:12:16

11  "Trump:  Only I can stop me from fucking America's

12  workers," quoting Trump.

13           That's your tweet, correct?

14      A    Same answer, don't remember.  Taking on good

15  faith that you're taking this actually off of Twitter.  02:12:34

16      Q    Flip down to a tweet on 7/19/16.

17           MS. BOLGER:  You need to tell him what page

18  it's on.

19           MS. LOOMER:  Just past two pages.

20  BY MR. KLAYMAN:                                  02:12:55

21      Q    Yeah.  7/19/16.

22      A    Um-hum.

23      Q    Okay.  Bill Maher on July 19, 2016, "Trump's

24  sons (Douchebag Von Fuckface and Thurston Shitbag the

25  3rd, you'll recall) look like the date rapist in every  02:13:13
```

118

1    after school special ever."

2           Which Trump sons were you referring to as

3    Douchebag Von Fuckface?

4           MS. BOLGER:  Object to the form.

5           You can answer.                                    02:13:25

6           THE WITNESS:  Again, assuming on good faith

7    that this is an actual tweet of mine, that must be Don

8    and Eric, who were public figures and very much injected

9    themselves also into the public debate as public

10   figures.                                                  02:13:45

11   BY MR. KLAYMAN:

12      Q    In order:  The first one, Douchebag, is Don,

13   Jr.; the other one is Eric?

14          MS. BOLGER:  Object to the form.

15          THE WITNESS:  Oh, for God's sakes, that I don't  02:13:49

16   know.  And I don't think -- I don't know.  Sure, Larry.

17   The first one is Don, if that matters to you.

18   BY MR. KLAYMAN:

19      Q    And you're referring to them both as date

20   rapists in every --                                       02:14:02

21      A    No, I didn't.  I said "look like" and, again, a

22   joke.  A joke here in America where we're allowed to

23   make jokes.  That's a joke.  Look like.  That's not

24   accusing them of being one.  Saying "look like" as a

25   joke.                                                     02:14:20

119

1        Q    It shows an animus towards President Trump's

2    sons, doesn't it?

3              MS. BOLGER:  Object to the form.

4              You can answer.

5              THE WITNESS:  I have every right to have        02:14:27

6    differing politics from someone as controversial as

7    Donald Trump and his sons.

8    BY MR. KLAYMAN:

9        Q    You hate them all, don't you?

10       A    I do not hate anyone.                            02:14:41

11       Q    You hate all the Trumps?

12       A    I do not.

13       Q    Including Melania Trump?

14       A    I do not hate anyone.  And I certainly don't

15   hate her.  I don't even hate you.                        02:14:48

16       Q    And by hating them, you're able to increase

17   your viewership among a certain left-wing audience?

18       A    Stop putting words in my mouth.  I just told

19   you I don't hate anyone.

20       Q    I'm entitled to ask leading questions.          02:15:02

21             MS. BOLGER:  You're not entitled to misstate

22   testimony.

23             MR. KLAYMAN:  I didn't state anything.  I'm

24   asking a question.

25             MS. BOLGER:  You certainly did.                02:15:08

120

```
 1              THE WITNESS:    ███████████████

 2    BY MR. KLAYMAN:

 3         Q    ██████████████████████████████

 █  ███████████████████████████

 5              MS. BOLGER:    ██████████████           02:15:15

 6         ██████████████████████████

 7              THE WITNESS:    █████████████████

 █  ████████████████████████████████████████

 █  ████████████████████████████████████████

10    BY MR. KLAYMAN:                                 02:15:32

11         Q    ████████████████████████████

 █  ████████████████?

13              MS. BOLGER:    ██████████████

14              THE WITNESS:    ███████████████████

 █  ██████████████████████████████      ████████

 █  ███████████████████

17    BY MR. KLAYMAN:

18         Q    ████████████████████████████████

 █  ██████████████

20              MS. BOLGER:    ██████████████████████   ██████████

 █  █████████████████

22    BY MR. KLAYMAN:

23         Q    █████████████████████████████

24         A    █████████████████████████████

 █  █████████████████████                       02:15:59
```

121

1      Q      ███████████████████████████████████

2      ████████████████

3            MS. BOLGER:   ████████████████████

4            ████████████████████████████

5            THE WITNESS:   ██████████████████        ██████████

6      ████████████████████████████████████████

7      █████████████████████████████████████████

8      █████████████████████████████████████████

9      ███████████████████████████████.

10     BY MR. KLAYMAN:                                    02:16:37

11     Q      ███████████████████████████████

12     ████████████████████████████████

13     A      ██████████████████████████████

14     ███████████████████–

15     Q      ████████████████████                       02:16:47

16     A      ████████████████████████████████

17     ████████████████████████████████████████████

18     ████████████████████████████████████████████

19     ██████████████████████████████████

20     ████████████████████████                          02:17:09

21     Q      ████████████████████████████

22     ████████████

23     █    ████████████████████████████

24     ████████████████████████████

25     █    ███████████████████████████████           02:17:16

122



1          MS. BOLGER:

2

3

4          MR. KLAYMAN:

5                                                    02:17:25

6          MS. BOLGER:

7

8

9          MR. KLAYMAN:

10

11

12   BY MR. KLAYMAN:

13        Q

14

15

16

17

18

19

20          MS. BOLGER:

21

22

23

24

25          MR. KLAYMAN:                              02:18:10

123

```
 1    ████████████████████████████
 2            THE WITNESS:  ████████████
 3            MS. BOLGER:  ████████████████████████████
 █    ████████████████████████████████████████████
 █    ████████████████████████████████████████  ████████
 █    ██████████████████████
 7            MR. KLAYMAN:  ████████████████████
 8            THE WITNESS:  ██████████████████████████████
 █    ███████████.
10            MS. BOLGER:  ████████████████████████████  ████████
██    ████████████████████████████████████████████
12            THE WITNESS:  ██████████████████████████████
██    ████████████████████████████
14    BY MR. KLAYMAN:
15        Q    ██████████████████████████████████  ████████
██    ██████████████████████████
17        A    ████████████████
18            MS. LOOMER:  ████████████████████
19    BY MR. KLAYMAN:
20        Q    ████████████                              02:18:53
21            MS. BOLGER:  ██████████████████
22            THE WITNESS:  ████████████████████████████
██    ████████████████████████████████████████████
██    ████████████████████████████████████
██    ██████████████████████████████████████  02:19:11
```

124



1

3

5          MS. BOLGER:

9

10          THE WITNESS:

02:20:14

21

25          ///

125



126

1    ███████████████████████████████████████

2    ███████████████████████████████

3         MR. KLAYMAN:    ██████████████

4         MS. BOLGER:    ███

5         MR. KLAYMAN:    ███████████          02:21:10

6         MS. BOLGER:    ████████████████

7    ██████████

8         MR. KLAYMAN:    ████████████████

9    ██████████████████████

10        MS. BOLGER:    ████████████████    ████████

11   ████████████████████████

12   BY MR. KLAYMAN:

13        Q    ████████████████████

14   ██████████████

15        A    ███████████████████████████    ████████

16   ████████████████████████████████

17   ████████████████████████████████

18   █████████████████████

19        Q    ██████████████████

20   ████████████████████████           02:21:37

21        MS. BOLGER:    ████████████████

22   █████████████████████████████████████

23   ████████████████████████

24        MR. KLAYMAN:    ██████████████████

25   ████████                               02:21:47

127



128

```
 1    ████████████████
 2            MR. KLAYMAN:  ██████████████████████
 █    ████████████████
 4    BY MR. KLAYMAN:
 5        Q   ███████████████████████████████    02:22:31
 6        A   ████████████████████████████████
 7        Q   ██████████████████████████
 █    ██████████████████████████████████
 █    ████████████████████████████████████
 █    ███████████████████████                        02:22:49
11            MS. BOLGER:  ███████████████
12            THE WITNESS:  █████████████
13    BY MR. KLAYMAN:
14        Q   ██████████████
15        A   ██████████████████████████    02:23:00
16    ████████████████████████████
17        Q   █████████████████████████
18            MS. BOLGER:  █████████
19            MR. KLAYMAN:  ██████████████████
20            MS. BOLGER:  █████████████████    02:23:22
21    ████████
22            THE WITNESS:  ███████
23    BY MR. KLAYMAN:
24        Q   ██████████████
25            █████████████████████████    02:23:30
```



129

1  ████████████████████████████

2  ████████████████████████████████

■  ███████████

■     ████████████████████████████

■  ██████████████                    02:23:46

6     A    █████████████████████████

■  ███████████████████████████████████

■  ███████████████████████████████████

■  █████████████

10    Q    ████████████████████████        ████████

■  ███████████████████████████████

■  ███████████████████████████████

■  ███████████████████████████████

■  █████████████

15        ██████████████████████████        ████████

■  ██████

17    A    ████

18        MS. BOLGER:   ████████████████████

■  ████████████

20        ██████████████.                    02:24:24

21        MR. KLAYMAN:   ████████████████████

■  ██████████████

23        MS. BOLGER:   ██████████████████

24        THE WITNESS:   ████████████████████

■  ███████████████████████████        02:24:30

130

1    ███████████████████████████████████

2    ██████████████████████████████████

3    ███████████████████████████████████

4    ███████████████████

5    BY MR. KLAYMAN:                                    02:24:54

6        Q    W████████████████

7        A    █████████████████

8        Q    ████████████████████████

9    ████████████████████████████

10   ██████████                                          02:25:05

11       A    ████

12            MS. BOLGER:  ███████████████

13   ██████████████████████

14   ███████████████

15            ████████████████████                      02:25:12

16            MR. KLAYMAN:  █████████████████

17   █████████████

18            THE WITNESS:  ████████████████

19   ████████████████████████

20   ████████████████████████      ██████

21   ████████████████████████

22   ████████████████████████

23   ████████████████

24   BY MR. KLAYMAN:

25       Q    ████████████████  --                      02:25:33

131

1      A      ██████████

2      Q      ██████████████████████████

██ ████████████████████████████████

██ ████████████████████████████████████

██ █████████████████████████████████████████████████████

██ █████████████████████████

7           ██████████████████████████████████

██ ████████████████

9           MS. BOLGER:    ████████████████

10          THE WITNESS:    ████████████████████    ████████████

██ ████████████████████████████████████

██ ████████████████████████████████

13   BY MR. KLAYMAN:

14      Q      ██████████████████████████████

██ ██████████████████████                    02:26:14

16          MS. BOLGER:    ████████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████████

██ ██████████

20          MR. KLAYMAN:    ██████████████    02:26:22

21          MS. BOLGER:    ██████████████████████

22          THE WITNESS:    ████████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████████

██ ██████████████████████████████        02:26:51

132

1    BY MR. KLAYMAN:

2         Q    ██████████████

3         A    █████

4         Q    ████████████████████████████████████████████████

5    ████████████████████████████                    02:26:57

6         A    █████████████████████████████

7         Q    ██████████████████████████████████

8         A    █████

9         Q    ████████████████████████████████████████████████

10   █████████████████████████████                    02:27:05

11        A    ███████████████████

12        Q    █████████████████████████████████████

13             MS. BOLGER:  █████████████████████████

14             MR. KLAYMAN:  █████████████████████████████

15   ████████████████████████████                    02:27:35

16             MS. BOLGER:  ████████████████████████████████████

17             THE WITNESS:  ███████████████████████████████

18   █████████████

19   BY MR. KLAYMAN:

20        Q    ███████████████████████████████████    02:27:38

21             MS. BOLGER:  █████████████████████████████████

22   ████████████████████████████████████████████

23   ████████

24             THE WITNESS:  ████████████████████████████████

25   ██████████████████████████████                    02:27:50

133

1              MS. BOLGER: ██████████████████████████

2    BY MR. KLAYMAN:

3         Q    ███████████████████████████████████████

██    ████████████████████████

5              ██████████████████████████████████████████████████

██    ███████████████████████████

7              MS. BOLGER: ████████████████████████

██              ████████████████████████

9              THE WITNESS: ████████████████████████

██    ██████████████████████████████████████████        ██████████

██    ██████████████████████████████████████████

██    ███████████████████████████████████████

██    █████████████

14             ████████████████████████████████████

██    ██████████████████████████████████████████        ██████████

██    ████████████████████████████████████████████████

██    █████████████████████████████████████

██    █████████████████████████████████████

██    ██████████████████████

20   BY MR. KLAYMAN:                                    02:28:52

21        Q    ████████████████████████████████████████

22   ██████████████████████████████████████

23        A    ████████████████████████████████

24        Q    ████████████████████████████████████████

██    ██████████████████                              02:29:08

134

1     A     ████████████████████████████████████

█     ████████████████████

3     Q     ██████████████████████████████████

█     ██████████████████████████

5     A     ██████████████████████████████████     ████████

█     ████████████████████████████████

█     ██████

8     ████████████████████████████████████████████

█     ██████████████████████████████████████

█     ████████████████████████████████████████     ████████

█     ███████████████████████████

12    Q     ██████████████████████████████████████

13    A     ██████████████

14    Q     ██████████████████████

15    A     ██████████████     02:29:54

16    Q     █████████████████████████████████

█     ███████████████████████

18          MS. BOLGER:     █████████████

19          █████████████

20          THE WITNESS:     ██████████████████     ████████

█     ██████████████████████████████████████

█     ████████████████████████

23    BY MR. KLAYMAN:

24    Q     ████████████████████████████

█     █████████████████     02:30:13

135

1       A       ████████████████████████████████████

2 ██     ██████████████████████████

3       Q       And you have no problem using Ms. Loomer as a

4  way to get to Trump, correct?

5               MS. BOLGER:  Object to the form.          02:30:24

6               You can answer.

7               THE WITNESS:  She has nothing to do with this.

8  BY MR. KLAYMAN:

9       Q       █████████████████████████████████████

10 ██  ████████████████████████████████████████     ████████

11 ██  ██████████████████████████████████

12      ████████████████████████████████

13      A       ████████████████████████

14              MS. BOLGER:  ████████████████████████████

15 ██  █████████████████████                               02:31:00

16 BY MR. KLAYMAN:

17      Q       Y█████████████████████████████

18      A       ██████████████████████████████████████

19 ██  █████████████████████████████████████████████

20 ██  █████████████████████████████████████████     ████████

21 ██  ███████████████████████████████████

22              MS. BOLGER:  ████████████████████████████

23 ██  ████████

24 BY MR. KLAYMAN:

25      Q       █████████████████████████████████████    02:31:22

136

1   ███████████████████████████████████

2   █████████████████████████████████████

3   █████████████████████████████████████

4   ████████

5          MS. BOLGER: ████████████████████    ████████

6   ██████████████████████████████

7          ██████████████████ ─

8          MR. KLAYMAN: ████████████████

9          MS. BOLGER: ██████████████

10  ████████████████████                    02:31:44

11         THE WITNESS: ██████████████████

12  ████████████████████████████████████

13  █████████████████████████████████

14  ███████████████████████████████

15         ██████████████████████████████████████████████

16  ███████████████████████████████

17  ████████████████████

18  BY MR. KLAYMAN:

19      Q   █████████████

20      A   ██████                           02:32:12

21      Q   ███████████████████████

22         MS. BOLGER: ██████████████████

23         THE WITNESS: ██████████████████

24  █████████████████████████████████████

25  ████████████████████████████████        02:32:21

137

```
 1      ████████████████
 2      BY MR. KLAYMAN:
 3          Q    ████████████████████████████████████████
 4               MS. BOLGER:    ████████
 5      BY MR. KLAYMAN:                                    02:32:33
 6          Q    ████████████████
 7               MS. BOLGER:    ████████████████
 8               THE WITNESS:    ██████████████████████
 █      ████████
10      BY MR. KLAYMAN:                                    02:32:37
11          Q    ██████████████████████████
12          A    ██████████████████████████
██      ██████████████████████████████
██      ████████████████████████████████████
██      █████████████████████████████████    ██████
██      ████████
17          Q    ████████████████████████████
██      ████████
19               MS. BOLGER:    ██████████████████████
██      ██████████████████████████████              02:33:04
21      BY MR. KLAYMAN:
22          Q    ██████████████████████
23          A    ██████████████████████████
██      ██████████████████
25          Q    ████████████████████████    02:33:18
```

138

1    ███████████████████████████████████

2    ████████████████████████████

3                  █████████████████

4       A    ████

5            MS. BOLGER:    ██████████████              02:33:33

6            THE WITNESS:    ████████████████

7    ████████████████████████████████████

8    █████████████████████████████████

9    █████████████████████████████████

10   ████████████████████████████████████    ███████

11   ████████

12              ███████████████████████████████

13   ████████████████████████████

14   █████████████████████████████

15   ████████████████████████████████████    ███████

16   ███████████████████████████████████

17   ████████████████████████████████████

18   ███████████████████████████

19   ████████████████████

20   BY MR. KLAYMAN:                              02:34:21

21      Q    ███████████

22      A    ████████████████

23   ██████████████████████████████

24   ██████████████

25      Q    ███████████████████              02:34:35

139

```
 1   ████████████
 2      A    █████████████████████
 3      Q    ██████████████████████
 █  █████████████████████████████████████
 █  █████████                              02:34:43
 6           ███████████████████
 7           MS. BOLGER:  ██████████████████████
 █  █████████████████████████
 9           MR. KLAYMAN:  ████████████████
10           MS. BOLGER:  █████████████████    ██████████
 █  ████████████
12           █████████████████████████
 █  ████████████
14           ████████████████████████
15           THE WITNESS:  ████████████████████    ██████████
 █  █████████████
17   BY MR. KLAYMAN:
18      Q    ████████████████████████████████
 █  █████████████████████████████████████
 █  ████████████                            02:35:05
21      A    ██████████
22      Q    ████████████████████████████
 █  ████████████████████████████
24           MS. BOLGER:  █████████████████
25   ///
```

140

```
1    BY MR. KLAYMAN:

2         Q    ███████████████████████████████

3    █ ████████████████████████████████

4              MS. BOLGER:  ███████████████

5    BY MR. KLAYMAN:                              02:35:22

6         Q    ██████████████

7              MS. BOLGER:  ██████████████████

8    █ ████████████████

9              ████████

10   ████████████████████████████            02:35:26

11   BY MR. KLAYMAN:

12        Q    █████████████████

13             MS. BOLGER:  W████████████████████

14   ██ ██████████████████████████████

15   ██ ███████████████████            02:35:39

16             MR. KLAYMAN:  ████████████████

17   ██ █████████

18             MS. BOLGER:  ████████████████████

19   ██ █████████████████████████████

20   ██ █████████████████            02:35:45

21             MR. KLAYMAN:  ██████████████████

22   ██ ████████████

23             MS. BOLGER:  ███████████████████

24   ██ █████████

25             MR. KLAYMAN:  ███████████            02:35:49
```

141

```
 1              MS. BOLGER:  -- ████████████████████████
 2     ███████
 3              MR. KLAYMAN: ██████████████████
 4           ████████████████████████████████
 5     █████████████████████████               02:35:56
 6              THE VIDEOGRAPHER: ███████████████████
 7     █████████████
 8         (Recess.)
 9              THE VIDEOGRAPHER: W████████████████████
10     ███████████████████                      02:50:39
11   BY MR. KLAYMAN:
12         Q    Mr. Maher, are you aware of the damages that
13   Ms. Loomer has requested in her amended complaint?
14         A    The money she's asking for?
15         Q    Yes.                             02:50:50
16         A    I think I am, yes.  I think it's 150 million.
17         Q    350 million in punitive in excess?
18         A    350 million?
19         Q    Yes.
20         A    Wow, that's quite a number.      02:51:04
21         Q    Are you aware of that?
22         A    I'm aware now.
23         Q    Okay.  Is that something that would cause you
24   to pay more attention to what's going on in this case?
25              MS. BOLGER:  Oh, my gosh, are we threatening  02:51:16
```

142

1    again, Larry?

2              MR. KLAYMAN:  No.

3              THE WITNESS:  I have to pay attention to this

4    because the law tells me I have to pay attention to it.

5    That's it.  The numbers are crazy, but it doesn't really  02:51:24

6    matter what the numbers are.

7    BY MR. KLAYMAN:

8        Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15       A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

02:52:43

143

1    ████████████████████████████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    ███████████████████████████████        ████████

▮        ███████████████████████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    ██████████████████████████████

▮    ████████████████████            ████████

▮        ███████████████████████████

▮    ████████████████████████████████

▮    ████████████████████

14    Q    ████████████████████████████

▮    ███████████████████████████████        ████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    █████████████

19    A    ████████████████████

20        MS. BOLGER:    ████████████████        02:53:53

21        THE WITNESS:    ████████████████████

22    ████████████

23    BY MR. KLAYMAN:

24    Q    ████████████████████████████

▮    ███████████████████████████████        02:54:00

144

1   ███████████

2        MS. BOLGER: ███████████████

3  █ ████████

4        ███████████████████

5        THE WITNESS: █████████████        ██████████

6  █ █████████████████████████████

7  █ ████████████████████████

8  BY MR. KLAYMAN:

9      Q   ███████ -

10     A   ████████████████████████    ██████████

11 █ ████████

12     Q   ████████████████████████

13 █ ████████████████████████

14 █ ███████████████████████

15 █ █████████████              02:54:24

16        MS. BOLGER: O███████████████n

17 █████████.

18 BY MR. KLAYMAN:

19     Q   ███████████████████

20        MS. BOLGER: ███████████████████████

21 █ █████

22        █████████████

23        THE WITNESS: █████████████████

24 █ ████████████████████████████

25 █ ████████████████████████        02:54:38

145

1    ████████████████████████████

▪    ████████████████████████████

▪    ██████████████████████████

▪    █████████████████████

▪    ██████████████████████████    ████

▪    ██████████████████████████

▪    ████████████████

8    BY MR. KLAYMAN:

9        Q    ████████████████████

▪    ██████████████████████████    ████

▪    █████████████████  --

12       A    ████████████████

13       Q    ██████████████████████

14           MS. BOLGER:    ████████████

▪    ██████████████████████████    ████

▪    ███████████████

17           MR. KLAYMAN:    ████████

18           MS. BOLGER:    █████████

▪    ██████████████████████

▪    ██████████████████████████    ████

▪    ████████████

22           █████████████████████

▪    ███████████████████████

▪    ██████████████████████████

▪    █████████████                    02:55:41

146

1      ████████████████████████████████████

2           MR. KLAYMAN: ██████████████████████

3           THE WITNESS: ███████████████.

4    BY MR. KLAYMAN:

5        Q ████████████████████████████    ████████

█    ██████████████████████████████████████

█    ████████████████████████████████████

█    ██████████████████████████████

█    ████████████████████████

10          MS. BOLGER: ███████████████    02:56:02

11       ██████████████████████████

12       ████████████

13    BY MR. KLAYMAN:

14       Q ████████████████████████

█    █████████                          02:56:09

16          MS. BOLGER: ████████████████████

17          THE WITNESS: ██████████████████.

18    BY MR. KLAYMAN:

19       Q ███████████████████

20       A ████████████████████████    ████████

█    ███████████████████████████████████

█    █████████████████████████████████████

█    ██████████████████████████████

█    █████████████████████████████████

█    ██████████████████████████████████    02:56:37

147

1        ████████████████████████

    ████████████████████████████

    ██████████████████████████

    ████████████████████████

    ████████████████████████████     ████████

    ████████████████████████████

    ████████

8       Q     ████████████████████████

    ██████████████████████████████

    ████████████████           02:57:14

11          MS. BOLGER:   ████████████████████

    ██████████████████

13         ████████████

14    BY MR. KLAYMAN:

15       Q     ████████████████           02:57:19

16          MS. BOLGER:   ████████████████████

17    ██████████████████████

18          THE WITNESS:   ████████████████

19    BY MR. KLAYMAN:

20       Q     ████████████████████████     ████████

    ████████████████████████

    ██████████████████

23          MS. BOLGER:   ████████████████████████

    ████████████████████

25          MR. KLAYMAN:   ████████████████   02:57:33



148

```
 1    ████████████████
 2            MS. BOLGER:    █████████████████
 3            MR. KLAYMAN:    ██████████████████████
 4    BY MR. KLAYMAN:
 5        Q    ████████                                      02:57:37
 6        A    ███████████
 7            MS. BOLGER:    ██████████████████
 █    ████████████
 9            THE WITNESS:    ████████████████
██    █████████████████████████████████    ████████
██    ███████████████████████████████
██    ██████████████████
13    BY MR. KLAYMAN:
14        Q    ██████████████████████
██    █████████████████████████████████    ████████
██    ██████████████████████
17        A    ████████████████████████
██    ████████████████████████████
██    ██████████████████████
██    █████████████████    ████████
██    █    ███████████
22            MS. BOLGER:    ████████████████████
██    █████████████████████
██    ████████████████████████
██    ███████████████████                           02:58:29
```

149

```
 1            MR. KLAYMAN:  ████████████████████████
 2      ████████████████████
 3            MS. BOLGER:  █████████████████████████
 4      ███████████████
 5   BY MR. KLAYMAN:                                    02:58:37
 6       Q  ████████████████████████████████
 7      ████████████████████████████
 8       A  ██████████████████████
 9       Q  ████████████████████████████
10       A  ██████████████████████████████    ████████
11      ████████████████████
12       Q  █████
13       A  ██████████████████████████
14      ██████████████████████████
15      █████████████████████████████████████     02:58:55
16      █████
17       Q  ████████████████████████████
18      ████████████████████████████████████
19      ████████████████████████████████████
20      ████████████████████████████████████    ████████
21      ███████████████████████████████
22      ███████████████.
23            MS. BOLGER:  ██████████████████
24            MR. KLAYMAN:  █████████████████████
25            MS. BOLGER:  ██████████████████     02:59:41
```

150

1    BY MR. KLAYMAN:

2         Q    ███████████████████

3              MS. BOLGER:    █████████████████████

4    BY MR. KLAYMAN:

5         Q    ████████████████████                        02:59:42

6         A    ███████████████████████

     ██   ████████████████████████████

     ██   ██████████████████████████████

     ██   ████████

10        Q    ████████████████████                        02:59:57

11        A    ██████████████████

12   ███████████████████████████

██   ██████████████████████████████

██   ██████████████████████████████

██   █████████                                            03:00:14

16        ██████████████████████████

██   ██████████████████████████

██   ████████████████████████████

██   █████████████████████████████

██   █████████████████████████████████████

██   █████████

22        Q    ████████████████████████████

██   █████████████████████████████████

██   ███████████

25             MS. BOLGER:    ████████████               03:00:39

151

1   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

2   ▆▆▆▆▆

3          THE WITNESS:  Y▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆

5          MS. BOLGER:  ▆▆▆▆▆                                03:00:45

6   BY MR. KLAYMAN:

7      Q   ▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆

9          MS. BOLGER:  ▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆                                                    03:00:52

11         THE WITNESS:  ▆▆▆▆▆▆

12         MS. BOLGER:  ▆▆▆▆▆

13         THE WITNESS:  ▆▆

14  BY MR. KLAYMAN:

15     Q   ▆▆▆▆▆▆▆▆▆▆▆▆▆              ▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆

20         MS. BOLGER:  ▆▆▆▆▆▆                               03:01:23

21         THE WITNESS:  ▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆                                                    03:01:45

152

1    BY MR. KLAYMAN:

2         Q    ████████████████████████

3              MS. BOLGER:    █████████

4              ████████████████

5              THE WITNESS:    █████████████████        ██████████

6    ██ ████████████████████████████████████

7    BY MR. KLAYMAN:

8         Q    ██████████████████████████████

9         A    █████████

10             MS. BOLGER:   I █████████████████████████████████████

11   ██    ███████████████████████████████

12   ██    █████████████████████████████

13   ██    ██████████████████████████████████

14   ██    ███████████████████████████████████

15   ██    ████████████████████                    03:02:24

16             MR. KLAYMAN:    ████████████████████████

17   ██    █████████████████████████████████

18   ██    ██████████████████████████████████████

19   ██    █████████████████

20             THE WITNESS:    ████████████        03:02:33

21   BY MR. KLAYMAN:

22        Q    ██████████████████████████

23             MS. BOLGER:    ████████████

24             MR. KLAYMAN:    █████████████

25             MS. BOLGER:    █████████████████        03:02:42

153

```
 1      ██████████
 2              MR. KLAYMAN:  ███████████████████
 3      BY MR. KLAYMAN:
 4          Q    ████████████████
 5          A    ████████                              03:02:47
 6              MS. BOLGER:   ████████
 7              MR. KLAYMAN:  ██████████████
 8              MS. LOOMER:   ███████████████
 9              THE WITNESS:  ██████████████████
10      BY MR. KLAYMAN:                               03:03:39
11          Q    ████████████████████
12              MS. BOLGER:   ████████████████████████████
██      ██████████████████████████
14              THE WITNESS:  ████████████
15              MR. KLAYMAN:  ██████████████████████    03:03:48
16              THE WITNESS:  ██████
17      BY MR. KLAYMAN:
18          Q    ██████████████████████████████████████
██      ██████████████████████████████████████
██      ██████████████████                          03:04:00
21              ██████████████████████████████████
22              MS. BOLGER:   █████████████████
23              THE WITNESS:  ████
24      BY MR. KLAYMAN:
25          Q    ██████████████████████████████████    03:04:08
```

[redacted]

A P[redacted]

Q [redacted]

A [redacted] 03:04:21 [redacted]

Q [redacted] 03:04:35

A [redacted]

Q [redacted]

MS. BOLGER: [redacted] 03:05:06

MR. KLAYMAN: [redacted]

MS. BOLGER: [redacted]

MR. KLAYMAN: [redacted] 03:05:12

155

1    ███████████████████

2            THE WITNESS:  ██████████████████████

3    ██  ██████████

4    BY MR. KLAYMAN:

5        Q    ██████████████████.                    03:05:19

6        A    ███████

7        Q    ████████████████████████████████

8    ██  ████████████████████████████████████

9    ██  ███████████

10           MS. BOLGER:  █████████████████        03:05:41

11           MR. KLAYMAN:  ████

12           MS. BOLGER:  █████████████████

13   BY MR. KLAYMAN:

14       Q    ███████████████████████████

15   ██  █████████████████████████           03:05:47

16       A    ███████████

17           MS. BOLGER:  T████████████████████████

18   ██  ███████████████████████████████

19   ███████████████████████████████

20   ██  ████████████████████████           03:05:54

21           MR. KLAYMAN:  █████████████████

22   ██  ███████████.

23           MS. BOLGER:  ████████████████████████

24   ██  ███████████████████████

25           THE WITNESS:  ████████████████        03:06:00

156

```
 1              MS. BOLGER:  ████
 2              THE WITNESS:  ████████████████
 ■      ████████████████████████████
 ■      ████████████████████████████
 ■      ████████████                      03:06:11
 6    BY MR. KLAYMAN:
 7         Q    ██████████████
 8         A    ████████████████████
 ■         ██████████████
10         Q    ██████████████████████████████████
■      ████████
12              MS. BOLGER:  ██████████████
13              THE WITNESS:  ████████████████
■      ████████████
15              MS. BOLGER:  ██████████████████    █████
■  ██████████████████████████████████
■  █████████████████
18              MR. KLAYMAN:  ████████████████
19              MS. BOLGER:  ██████████
20              MR. KLAYMAN:  ██████████      03:06:36
21              MS. BOLGER:  ██████████
22              MR. KLAYMAN:  ██████████
23              MS. BOLGER:  ██████████████
24              MR. KLAYMAN:  ██████████
25              THE WITNESS:  ████████████████      03:06:44
```

157

1   BY MR. KLAYMAN:

2        Q      ████████████████████████

3               MS. BOLGER: ████████████████

██   ████████████████████████████████

5               MR. KLAYMAN: ███████████                      03:06:54

6               THE WITNESS: ██████████████████

7   BY MR. KLAYMAN:

8        Q      ██████████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████████        ██████████

██   ███████████

12       A      █████████████

13              MS. BOLGER: ████████████████

14   BY MR. KLAYMAN:

15       Q      ██████████████████████████████████████      03:07:28

16              MS. BOLGER: █████████████████

17              THE WITNESS: ██████████████████

██   ███████████████████████████████████

██   ██████████████

20   BY MR. KLAYMAN:                                          03:07:39

21       Q      ██████████████████████████████

██   ███████████████████████

23       A      ██████████████████

24              MS. BOLGER: ███████████████████████

██   ████████████████████                                    03:07:47

158

```
1    BY MR. KLAYMAN:

2        Q    ████████████████████████████████

█    ███████████████████████

4            MS. BOLGER:  ██████████████████████

█    ████████████████████████████████    █████████

█    ██████████████████████

7            THE WITNESS:  ████████████████████

█    ████████████████████████████

█    ████████████████████████████████

█    ████████████████████████████    █████████

█    ████████████████████████████████

█    ████████████████████████

13   BY MR. KLAYMAN:

14       Q    ████████████████████████████████

█    ████████████████████████████████    █████████

█    ████████████████████████████

█    ████████████████████████

18           ████████████████████████

19       A    ████████████████

█    ████████████████████████████████    █████████

█    ████████████████████████████████

█    ████████████████████████████

█    ████████████████████████████

█    ██████████████

25           By the way, before, when you asked me about    03:09:19
```

159

1    papers, I did turn over cards.

2        Q    What do you mean there?

3        A    Well, you asked me about papers.  But cards --

4    show cards, I turned over the show cards that were -- my

5    blue show cards, cardboard cards.  There weren't many of    03:09:34

6    them and they didn't have anything much to do with this,

7    but I turned them over.

8        Q    ████████████████████████████████████

9    ████

10       A    ███████████                                        03:10:34

11       Q    ████████████████████

12            MS. BOLGER:  ███████████████████████

13   ██████

14   BY MR. KLAYMAN:

15       Q    ████████████████████████████            03:10:41

16       A    █████████

17       Q    ████████████████████

18   █████████████████████████████████

19   ████

20            ████████████████████            ██████

21   ████████████████████████████████

22       A    ████████████████████

23   ██████

24            ████████████████████

25   █████████████████████████████            03:11:08

160

1    ███████████████████████████████████████

2    ████████████████████████████████████████

3    █████████████████████████████████████

4    ███████████████████████████████████

5    ██████████████████████████████████      ████████

6      ██    ████████████████████████████████

7    █████████████████████████

8        A    ████████████

9            MS. BOLGER:    █████████████

10           THE WITNESS:    █████████████████    ████████

11   █████████████████████████████████████

12   ██████████████████████████

13   BY MR. KLAYMAN:

14       Q    ████████████████

15       A    ████████████████████                03:11:51

16       Q    ██████████

17       A    ████████████████████████

18   ██████████████████████

19       Q    ████████████

20       A    ██████████████████████    ████████

21   ███████████████████

22       Q    ██████████

23           MS. BOLGER:    O████████████████████

24   ███████████████████

25   ///

161

```
 1    BY MR. KLAYMAN:
 2        Q    ███████████████████████████████
 3             MS. BOLGER:    ███████████████████
 4             MR. KLAYMAN:    ██████████████████████
 5             MS. BOLGER:    ██████████████████████    ████████
 6    ██    ████████████████
 7    BY MR. KLAYMAN:
 8        Q    ███████████████████████████████████
 9    ██    ████████
10        A    ████████████████████████████████    ████████
11    ██    █████████████████████████████
12    ██    ██████████████████████████████████████
13    ██    ███████████████████████████████████
14    ██    ████████████████████████████████████████
15    ██    ██████████████                          03:12:48
16        Q    ██████████████████████
17             MS. BOLGER:    ████████████████████
18             ██████████████████████████████
19             THE WITNESS:    ███████████████████████
20             MS. BOLGER:    ██████████████          03:12:59
21    BY MR. KLAYMAN:
22        Q    ██████████████████████████████████
23    ██    █████████████████████████████████████
24             MS. BOLGER:    █████████████████
25             THE WITNESS:    ████████████████████    03:13:11
```

BY MR. KLAYMAN:

Q [REDACTED]

A [REDACTED]

MS. BOLGER: [REDACTED]

[REDACTED] 03:13:24

BY MR. KLAYMAN:

Q [REDACTED]

[REDACTED]

A W[REDACTED]

[REDACTED] 03:13:34

MS. BOLGER: [REDACTED]

[REDACTED]

THE WITNESS: [REDACTED]

MS. BOLGER: [REDACTED]

BY MR. KLAYMAN: 03:14:11

Q Turning to your tweet of 2/5/18: "Being that Donald Trump is so in the doghouse with his wife. We suggested a few cards to help him make up with Melania #free Melania, #Stormy Daniels."

A picture of you and an inscription below that 03:14:27 it was 19 accusers?

Again, you're trying to sow marital discord between Trump and Melania.

MS. BOLGER: Object. Object to the form. First of all, it's not an inscription below, so that's 03:14:37

163

1    an incorrect thing to say.

2            But you can answer the question.

3            THE WITNESS:  Well, I think if we are making a

4    list of people who are responsible for marital discord

5    between Trump and Melania, I don't think I'm the first        03:14:46

6    one on that list.  I think that person might be Donald

7    Trump himself.

8    BY MR. KLAYMAN:

9        Q  ████████████████████████████████████████

██  ████████████████████████                                    03:14:57

11       A  ████

12       Q  ████████████?

13       A  ████

14       Q  ████████████████████████.

15           MS. BOLGER:  ██████                                 03:15:06

16   BY MR. KLAYMAN:

17       Q  ██████████████████████████████████████████

██  ██████████████

19       A  ████

20       Q  █████████████████████                              03:15:10

21           MS. BOLGER:  █████████████████████████

██  ████████████████████████████

23           MR. KLAYMAN:  █████████████████████

24           MS. BOLGER:  ███████████████████

██  ███████████████████████████████                             03:15:18

164

1 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2 ▬▬▬▬▬▬▬▬▬▬▬

3         MR. KLAYMAN: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4 ▬▬▬▬▬

5         MS. BOLGER: ▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬

6 ▬▬▬▬▬

7         THE WITNESS: ▬▬▬▬▬▬▬▬▬▬▬▬

8 ▬▬▬▬▬▬▬▬▬▬▬

9 BY MR. KLAYMAN:

10    Q ▬▬▬▬▬▬▬▬▬                03:15:28

11    A ▬▬▬▬▬▬▬

12        MS. BOLGER: ▬▬▬▬

13 BY MR. KLAYMAN:

14    Q ▬▬▬▬▬▬▬▬▬▬▬▬

15 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬

16 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

17 ▬▬▬▬▬▬▬▬▬▬▬▬

18      ▬▬▬▬▬▬▬▬▬▬▬

19 ▬▬▬▬▬▬▬▬

20        MS. BOLGER: ▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬

21 ▬▬▬▬▬▬▬▬▬▬▬▬▬

22 ▬▬▬▬▬

23 BY MR. KLAYMAN:

24    Q ▬▬▬▬▬▬▬▬▬

25    A ▬▬▬▬▬▬▬                  03:16:02

165

1          MS. BOLGER: ████████████████████

2    ████████████████████████████████████

3    ████████████████

4              (Simultaneous speaking.)

5              (Reporter clarification.)          03:16:13

6          MS. BOLGER: ██████████████████████

7    ████████████████████████████████████

8    ██████████████████████████████████████

9    ████████████████████

10         MR. KLAYMAN: ███████████████████  ████████

11   ██████████████████████████████████████

12   ████████████████████

13           ██████████████████████

14         THE WITNESS: ██████████████████

15   ████████████████████████████████████  ████████

16   ██████████████████████████

17   BY MR. KLAYMAN:

18       Q  █████████████████

19       A  ███████████████████

20         MS. BOLGER: ██████████████          03:17:00

21   BY MR. KLAYMAN:

22       Q  ██████████████████████

23   ████████████████████████████████████████

24   ██████████████████████████████████████

25   ███████████████████████████████          03:17:14

166

1    ▬▬▬▬▬▬▬▬▬▬

�as ▬▬▬▬▬▬▬▬▬▬

3    A    A▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          03:17:35

6    Q    Tweet on June 9, 2018, Bill Maher @billmaher

7    "Trump bragged yesterday that he didn't prepare for

8    North Korea.  Of course, when he has ever prepared for

9    anything.  This guy didn't bring a condom to fuck a porn

10   star."                                               03:18:12

11        That's your tweet, right?

12   A    How many times do I have to say it?  I'm going

13   on good faith that you're reprinting them.  I don't

14   remember it.

15   Q    ▬▬▬▬▬▬▬▬▬▬                                      03:19:20

16   MS. BOLGER:    ▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬                                                   03:19:49

21   BY MR. KLAYMAN:

22   Q    ▬▬▬▬▬▬▬▬▬▬▬▬

▬    ▬    ▬▬▬▬▬▬▬▬▬▬

▬    ▬    ▬▬▬▬▬▬

25   MS. BOLGER:    ▬▬▬▬▬▬▬▬▬                             03:19:56

167

```
1            THE WITNESS:    ████████████████
2     BY MR. KLAYMAN:
3        Q   ████████████████████████
█     ██████████████████████████████████████
█     ████████████████████████████████████████████████
█     █████████████████████████████████████
7            ██████████████████████████████
█     ███████
9            MS. BOLGER:    █████████████████
10           THE WITNESS:    █████████████████████████    ██████
██    ████████████████████████████████████
██    ████████████████████████████████████
██    ████████████████████████████████████
██    ██████████████████████████████████
██    ████████████████████████████████████    ██████
██    ████████████████████████████████
17           MS. BOLGER:    █████████████████████████
██    ███████████████████████
19           MR. KLAYMAN:    ██████████████████████
20           MS. BOLGER:    ████████████████████    03:20:59
21           MR. KLAYMAN:    ████████████████
22           MS. BOLGER:    ██████████████████████████
██    █████████████████████████████████
██    █████████████████████████████████
██    ███████████████████████████████████    03:21:07
```

168

```
 1              MR. KLAYMAN:  ███████████████████████

 ▪   ████████████████████████████████████████████

 ▪   ████████████████████████████████████████

 ▪   █████████████████████

 5              MS. BOLGER:  ██████                    03:21:17

 6              MR. KLAYMAN:  ████

 7              MS. BOLGER:  ████████████████████████

 ▪   ███████████████████████████████████████████

 ▪   ██████████████████████████

10              MR. KLAYMAN:  ████████████████         03:21:23

11              MS. BOLGER:  --  ██████████████████

▪▪   ███████████████████████████████

13                       ██████████████████████████████

▪▪   ████████████████████████████████████

▪▪   ████████████████████             03:21:35

16              MR. KLAYMAN:  ██████████████████████████

▪▪   ████████████████████████████████████

▪▪   █████████████████████

19              MS. BOLGER:  ████████████████████████

▪▪   █████████████████████████         03:21:47

21              MR. KLAYMAN:  ██████████████████████████

▪▪   █████████████████

23              MS. BOLGER:  ██████████████████████

24              MR. KLAYMAN:  █████████████

25              MS. BOLGER:  ████████████████████████    03:21:51
```

169

1    ███████████████

2            MR. KLAYMAN:  ████████████████████

█    ██████████████████████████

4            MS. BOLGER:  █████████████████████

█    ████████████████████████                          03:22:02

6            MR. KLAYMAN:  ████████████████████

█    ███████████████████████████████

8            MS. BOLGER:  ████████████████████

█    ████████████████

10            MR. KLAYMAN:  ██████████████████        █████████

██    ██████████████████████

12            MS. BOLGER:  ████████████████████

██    ███████████████

14            MR. KLAYMAN:  ████████████████████

██    █████████████████████████████████          03:22:17

16            MS. BOLGER:  ███████████████████

██    ██████████████████████████████

██    ██████████████████

19    BY MR. KLAYMAN:

20        Q    ██████████████████████          03:22:24

21            MS. BOLGER:  █████████████████████

22            MR. KLAYMAN:  ████████████████████

██    ████████████████████████

24            MR. KLAYMAN:  ███████████████████

██    ███████████████████████████████          03:22:34

170

1    ████████

2         (Deposition Exhibit 10 was marked for

3    identification by the Court Reporter and is

4    attached hereto.)

5         MS. BOLGER:  ██████████████████████  ████████

6    ██  ████████████████████████████████████

7    ██  ████████████████████████████████████

8    ██  ██████████████████████████████████

9    ██  ████████████████████████████████

10   ██  ████████████████████████████████████  ████████

11   ██  ██████████████████████████████

12        MR. KLAYMAN:  ████████████████████████

13   ██  ████████████████████████████████

14   ██  ██████████████████████████████

15   ██  ████████████████████████████████████████████

16   ██  ██████████████████████████████

17        MS. BOLGER:  ██████████████████████

18   ██  ████████████

19        MR. KLAYMAN:  ████████████████████████

20   ██  ████████████████                    03:23:30

21        MS. BOLGER:  Y█████████████████████

22   ██  ████████████

23        MR. KLAYMAN:  ████████████████████████

24   ██  ████████████

25        MS. BOLGER:  ████████████████████      03:23:35

171

1    ████████████████████████████████

2         MR. KLAYMAN:    ███████████████

█    ███████████████████████████████████

█    █████████████████████████████

5         MS. BOLGER:    ████████████████████████████████

█    ██████████    ████████████████

7         MR. KLAYMAN:    █████████████████████

█    █████████████████████████

9         MS. BOLGER:    ██████████████

10   BY MR. KLAYMAN:                              03:23:58

11      Q    ██████████████████████████

█    ██████████████████████████████

█    █████████████████████

14         ███████████████████████████

█    █████████████                          03:24:09

16         MS. BOLGER:    ██████████████

17         THE WITNESS:    ██████████████

18   BY MR. KLAYMAN:

19      Q    ███████████████████

20         MS. LOOMER:    ████████████      03:24:50

21         MR. KLAYMAN:    █████████

22   BY MR. KLAYMAN:

23      Q    ██████████████████████████

█    ██████████████████████████████

█    ██████████████████████████      03:25:14

172



```
 1    ████████████████████████████████████████
 2    ██████████████████
 3         A███████████████████████████████
 4         MS. BOLGER:  ██████████████████.
 5         THE WITNESS:  █████████████████████████████
 6    █████████████████████████████████████
 7    █████████████████████████████████████
 8    ██████████████████████████████████████
 9    ██████████████████████████████████████
10    ████████████████████████████████████████████
11    ████████████████████████████████████████
12    ████████████████████████████████████████
13    ███████████████████████████████████████
14    ████████████████████████████████
15          ███████████████████████████████████████████
16    ██████████████████████████████████████
17    ██████████████████████████████████████
18    ██████████████████████████████████████
19    █████████
20    BY MR. KLAYMAN:                          03:26:12
21       Q  █████████████████████████████
22    ████████████████████████
23       ██  █████████████████████
24         MS. BOLGER:  ██████████████  ████████
25         THE WITNESS:  ████████████████████████  03:26:18
```

173

1    ████████████████████████████████

▪    ████████████████████████████████

▪    ██████████████████████████████████

▪    ███████████████████

▪    ███████████                                        ████████

▪       ▪    ███████████████████████████

▪    ████████████████████████████████

▪    █████████████████

9            MS. BOLGER:  O████████████████

10           THE WITNESS:  ██████████████████████

▪    ██████████████████████████████████

▪    ██████████████████████████

▪    █████████████████████████████████

▪    ██████████████████████████████████

▪            █████████████████████████        ████████

▪    ██████████████████████████████████

▪    ██████████████████████████████████

▪    ██████████████████████

19   BY MR. KLAYMAN:

20       Q      ████████████████████████        ████████

▪    █████████████████████████

22           MS. BOLGER:  ███████████████████████

▪    ████████

24           MR. KLAYMAN:  ███████████████.

25           MS. BOLGER:  ████████████████           03:27:42

174

```
 1    BY MR. KLAYMAN:

 2         Q    ████████████████████████

 █    ████████████

 4              ████████████

 5         A    ████                                03:27:49

 6         Q    ████

 7         A    ████████████

 8         Q    ██████████████████████

 █    ████████████

10         A    ████████                            03:28:06

11         Q    ████████████████████

█    ██████████████████████

█    ████████████

14              MS. BOLGER:    ████████████████

█    ██████████████████                            03:28:14

16              MR. KLAYMAN:    ████████████████

█    ██████████████████

█    ████████████████

19              MS. BOLGER:    ████████████████████

█    ████████████████                              03:28:53

21              MR. KLAYMAN:    ████████████████

█    ████

23              MS. BOLGER:    ████████████

24              MR. KLAYMAN:    ████████████

25              MS. LOOMER:    ████████████████     03:29:06
```

175



1    ██████████████████████████

2         MS. BOLGER:  ███████████████████████████

█    ███████████████████

4    BY MR. KLAYMAN:

5        Q   ████████████████████                        03:30:03

6         MS. BOLGER:  █████████████████████████████

█    █████████████████████████

8         THE WITNESS:  ██████████████████████

9         MR. KLAYMAN:  ███████████████████████

█    ████████████                                        03:30:16

11        THE WITNESS:  ██████████████████████

█    ██████████████████

13    BY MR. KLAYMAN:

14       Q   ██████████████████████

15        MS. BOLGER:  █████████████████████████████  ███████

█    █████████████

17        THE WITNESS:  ██████████████

18            ████████████████████

19    BY MR. KLAYMAN:

20       Q   ████████                                     03:30:30

21        MS. BOLGER:  ████████████████

22    BY MR. KLAYMAN:

23       Q   ████████████████████████████

█    ███████████████████████████████████

█    ███████████████████████████████████           03:30:50



176

1    ████████████████████████████████████

▪    ██████████████████

▪         ████████████████████████████████

▪    ████████

5    A    ████████████████████████████████  ████████

▪    ████████████████████████████

7    Q         ██████████████████████████████

▪    ████████████████████████████████████

9         MS. BOLGER:  ██████████████████████████

▪    ████████                                    03:31:15

11         ████████████████

12         THE WITNESS:  ██████████████████████████

▪    ████████████████████████████████████

▪    ████████████████████████████████████

▪    ████████████████████████████████  ████████

▪    ████████████████████████████████████

▪    ██████████████████████████

18    BY MR. KLAYMAN:

19    Q         ██████████████████████████████

▪    ████████████████████████████████████  ████████

▪    ██████████████████

22         MS. BOLGER:  ██████████████████████████

▪    ██████████████████████████

24         THE WITNESS:  ██████████████████████████

▪    ████████████████████████████████████      03:31:58

177

1    ███████████████████████████████████

2    ███████████████████████████████████

3    ███████████████

4    BY MR. KLAYMAN:

5        Q    ██████████████████████████████    03:32:10

6              MS. BOLGER:    ███████████████████?

7              THE WITNESS:    ████████████████.

8    ██████████████████

9    BY MR. KLAYMAN:

10       Q    ██ █████████████████████████    ██████████

11   ████████████████████████████████████████

12   █████████████████

13             MS. BOLGER:    █████████████████████

14   ████████████████

15             MR. KLAYMAN:    ███████████    03:32:34

16             MS. BOLGER:    ████████████████

17   BY MR. KLAYMAN:

18       Q    ██████████████████████████████

19   ████████████████████████████████████████

20   ████████████████████████████████████████    ██████████

21   █████████████

22             ████████████████████████

23   ███████████████████

24       A    ██████

25             MS. BOLGER:    █████████████    03:32:56

178



```
 1              ████████████████████
 2              THE WITNESS:  █████████████████████████
 █      ████████████████████████████████████████
 █      ████████████████████████████████████████
 █      ████████████████████████████████████    ████████████
 █      ████████████████████████████████████████████
 █      ████████████████████████████████████████████
 █      █████████████████████████████████████
 █      ██████████████████████████████████████
 █      ████████████████████████████████████    ████████████
 █      ███████████████████████████
 █      ████████████████████████████████████████████
 █      ████████████████████████████████████
 █      ████████████████████████████████
15              MS. BOLGER:  ███████████████████        03:34:00
16      BY MR. KLAYMAN:
17          Q    T████████████████████████████████
 █      █████████████████████████████████████
19              MS. BOLGER:  █████████████████████████
 █      ████████████████████████████████████    ████████████
 █      ██████████████████████████
22      BY MR. KLAYMAN:
23          Q    ████████████████████████████████████
 █      █████████████████
25          A    ████████████████        03:35:04
```

179

```
 1              MS. BOLGER:  ███████████████
 2      BY MR. KLAYMAN:
 3         Q    ████████████
 4         A    █████████████████████████
 █         ██████████████                    03:35:11
 6         Q    ███████████████████████████████
 █    █████████████████████████████████
 █              █████████████████████████████
 9              MS. BOLGER:  █████████████████████
10              THE WITNESS:  ████████████        03:35:22
11              MR. KLAYMAN:  ████████████████████
 █      ██████████████
13              THE WITNESS:  ██████████████
14              MR. KLAYMAN:  ███████████████
15              THE WITNESS:  █████████████    ██████
 █    ████████████████████████████████████████
 █    ████████████████████████████████████
 █    ████████████████████████████████████████
 █    ██████████████████████████████
20      BY MR. KLAYMAN:                           03:35:43
21         Q    Y███████████████████████████████
 █      █████████████████████████
23              MS. BOLGER:  ██████████████████
24              THE WITNESS:  ██████████████████████
 █      █████████████████████████████             03:35:52
```

180

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓

3 BY MR. KLAYMAN:

4     Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓

▓ ▓▓▓▓▓▓▓▓

12          MS. BOLGER:   ▓▓▓▓▓▓

13          ▓▓▓▓▓▓▓▓▓▓▓▓

14          THE WITNESS:   ▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓

17          ▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓                              03:37:27

21 BY MR. KLAYMAN:

22     Q   ▓▓▓▓▓▓▓▓▓

23     A   ▓

24     Q   ▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      03:37:55

181

```
 1   ████████████████████████████████
 █   ████████████████████
 3       ████████████████████████████
 █   ██████
 5      A   A█████████████████████████████████
 █   ███████████████
 █       █   ████████████████████████
 8            MS. BOLGER:  ████████████
 9            THE WITNESS:  ██████████████
██   ██████████████████████                    03:38:25
11   BY MR. KLAYMAN:
12       Q   ████████████████████
██   ████████████████████████
██   ████████████████
15            MS. BOLGER:  ██████████████████  ██████
██   ██████████████████
17   BY MR. KLAYMAN:
18       Q   ███████████████████
19            MS. BOLGER:  █████████████
██   ███████████████                           03:38:44
21            THE WITNESS:  ████████████
██   █████
23            MS. BOLGER:  ████
24            THE WITNESS:  ██████████████
██   ██████████████████████                    03:39:02
```

```
                                                                    182
1       ███████████████████████████

■       ████████████████████████████████████

■       ████████████████████████████████████

■       ██████████████████████████████

5       BY MR. KLAYMAN:                                       03:39:18

6           Q     █████████████████████████████

■       ████████████████████████████████████

■       ██████████████████████████████████

■           █████████████████████████████

10          A     ████████████                              03:39:32

11          Q     █████.

12          A     █████████

13          Q     ██████████████████████

■       ████████

15          A     A██████████████████████████████    ██████████

■       ██████████████████████████████████

■       ██████████████████████████████████

■       █████████.

19          Q     ██████████████████████

■       ██████████████████████████████████       03:40:21

21          ████████████████████████

22          A     ██████

23                MS. BOLGER:  S████████████████████████

■       █████████████████████

■           ████████████████████████         03:40:31
```

183

```
 1            THE WITNESS:  ██████████████

 2    BY MR. KLAYMAN:

 3        Q    What investigation did you do, if any, before

 4    publishing the statement that's at issue in this case,

 5    that we went through earlier today, that "I think maybe    03:42:18

 6    Laura Loomer is in an arranged relationship to affect

 7    the election because she's very close to Trump.  She's

 8    31.  Looks like his type.  We did an editorial here a

 9    few years ago.  It was basically who's Trump fucking

10    because I said, you know, it's not nobody.  He's been a    03:42:32

11    dog for too long.  And it's not Melania.  I think we may

12    have our answer this week.  I think it might be Laura

13    Loomer."

14            What investigation did you have done to come up

15    with the conclusion and/or the implication that Laura      03:42:45

16    Loomer was fucking Trump?

17            MS. BOLGER:  Object to the form.

18    BY MR. KLAYMAN:

19        Q    What investigation?  That's the question,

20    investigation?                                             03:42:54

21            MS. BOLGER:  And I object to the form.

22            But you can answer.

23            THE WITNESS:  It's a joke.  You cut off the

24    beginning of it, by the way, where I'm talking about

25    Taylor Swift and Travis Kelce, right?  Isn't there a       03:43:02
```

1    beginning to that?  I know there is, which Trump, I

2    think, or somebody from the camp -- maybe him, maybe

3    somebody from the camp accused her or implied that she

4    was in an arranged relationship with Travis Kelce to try

5    to affect the election.                          03:43:26

6           Again, using that as comedic fodder, then based

7    on the fact that everywhere in the news that week Laura

8    Loomer was beside the president, I love you, I love you,

9    screaming at him; he, blowing kisses at her, putting his

10   arm around her waist, saying she's a lot softer in      03:43:45

11   person.

12          She was in the news talking about how she has

13   trouble keeping a boyfriend because Donald Trump is more

14   important than any other man in her life.  It was all

15   over and I was not the only one who was making these     03:44:00

16   kind of jokes or making this kind of speculation.  It's

17   in the Drudge Report.  Meghan McCain talked about it.

18   Lots of people were.

19          Again, I would be remiss if I didn't make jokes

20   about this.  That is my job.  It was low-lying fruit.    03:44:14

21   The president of the United States was seen everywhere

22   suddenly, at the 9/11 ceremony, at the debate.

23   Suddenly, that there's this very attractive woman is by

24   his side everywhere.  So it was fodder for comedy and

25   that's what I do.                                 03:44:33

185

```
 1    BY MR. KLAYMAN:

 2        Q    But you didn't --

 3        A    I make jokes.

 4        Q    You didn't do an investigation, did you?

 5        A    It is not --                              03:44:39

 6             MS. BOLGER:  Object to the form.

 7    BY MR. KLAYMAN:

 8        Q    That was the question.

 9             MS. BOLGER:  Asked and answered.

10             MR. KLAYMAN:  No, it isn't.           03:44:41

11             MS. BOLGER:  You may answer it again.

12    BY MR. KLAYMAN:

13        Q    You didn't do an investigation?

14        A    I'm a comedian.  Comedians don't do

15    investigations.  They make jokes.             03:44:48

16        Q    And you never gave Ms. Loomer an opportunity to

17    reply to your defamatory allegations, correct?

18        A    A show like mine does not give anyone an

19    opportunity to reply if we don't invite them on the

20    show.  It's not that kind of thing.  And there's no   03:45:06

21    obligation to.

22        Q    You're not saying that every time a man has a

23    close friendship with a woman there's a sexual

24    relationship, are you?

25             MS. BOLGER:  Object to the form.       03:45:23
```

186

1            THE WITNESS:  Of course I'm not saying that.

2       But it would be hard to imagine any other president --

3       oh, I don't know, Barack Obama, George Bush, Ronald

4       Reagan, anybody, even Bill Clinton, just suddenly

5       appearing everywhere for a whole week with a new and        03:45:38

6       very attractive young woman at his side.  It just would

7       be hard for -- to imagine that of any other president.

8       And I don't think it's ever happened with any other

9       president.  So obviously, that's the reason why me and

10      everyone else in the media was commenting on it.           03:45:58

11      BY MR. KLAYMAN:

12          Q    So if you appear with someone who is

13      attractive, that's worse than if you're actually doing

14      it behind closed doors with some woman, like Clinton or,

15      for instance, John F. Kennedy, or other people --          03:46:15

16      presidents like that?

17            MS. BOLGER:  Object to the form.  Calls for

18      hypothetical.

19            If you feel you can answer that without

20      speculating, you can answer.                               03:46:21

21            THE WITNESS:  I don't know what this has to do

22      with anything.  But if you're asking me -- what are you

23      asking me?

24      BY MR. KLAYMAN:

25          Q    Why is there an implication or a statement that   03:46:32

187

1    Trump is having sex with Ms. Loomer because he appears

2    with her in public when, as you know, there were lots

3    of -- there were several presidents who had affairs

4    behind closed doors and tried to hide that?

5       A    Because --                     03:46:52

6         MS. BOLGER:  Object to the form.  I don't even

7    understand it.

8         But you can answer it, Bill.

9         THE WITNESS:  Okay.  Because he's been in the

10   news a lot for marital infidelity, the Stormy Daniels,   03:46:57

11   the Marla Maples, the "I grab pussies.  When you're a

12   star, they let you do it."  It was, again, low-lying

13   fruit for a comedian, which is why all comedians were

14   making jokes about this new...

15   BY MR. KLAYMAN:                          03:47:26

16      Q    All right.

17        MS. BOLGER:  She's not -- he's not done

18   answering.  You can't cut him off.

19   BY MR. KLAYMAN:

20      Q    I'm not cutting him off.              03:47:30

21      A    It's okay.  You can cut me off.

22      Q    What if I -- you know --

23      A    Cut me off.

24      Q    ████████████████████████

██    ████████████████████████████   03:47:37

188

1    ██████████

2    A    ██████████████

3    Q    ██████████████████

█    ████████████████████████

█    ███████████████████████    03:47:51

6        MS. BOLGER:  ███████████████

█        ██████████████████████

8        MR. KLAYMAN:  ████████████

█    ████████████████

10   BY MR. KLAYMAN:    03:48:01

11   Q    D███████████████

12   A    █████████████████

██   █████████████████

██   ██████████████████

██   ████████████████    03:48:16

16   Q    ████████████████████

██   ████

18   A    ██████████████

19       MS. BOLGER:  ███

20       MR. KLAYMAN:  ████████████████████████

██   ████████████

22       THE WITNESS:  █████████████████

██   ████████?

24   BY MR. KLAYMAN:

25   Q    █████████████    03:48:28

189



1    A    B███████████████████████

2    Q    ████████

3    A    ████████████████████████████████████
     ■    ██████████████████████

5    Q    ██████████████████                03:48:36

6    A    S██████████████████████

7    Q    Y████████████████████████████████████
     ■    ██████████████████

9    A    ████████████████████

10   Q    █████                            03:48:44

11   A    ████████████████████

12       Q    Okay.  You had a preconceived desire to

13   disparage Ms. Loomer to be able to harm Donald Trump,

14   correct?

15           MS. BOLGER:  Objection.              03:48:59

16           THE WITNESS:  Completely incorrect.  I'd never

17   heard of her before that week.

18   BY MR. KLAYMAN:

19       Q    And you've made repetitive attacks on

20   Ms. Loomer; have you not?                   03:49:07

21       A    No.  She was in the news for two weeks and

22   that's when we talked about her, when everyone was

23   talking about her for two weeks.

24       Q    Have you made any jokes in any forum about her,

25   since the one that's at issue in this case and then the   03:49:21

190

1    one that was September 13th, and then the September 20,

2    2024 --

3        A    Not to my --

4        Q    -- publication?

5        A    Not to my recollection because she flew out of    03:49:33

6    the news as quickly as she flew in.

7        Q    Now, you are aware that in the last day or so,

8    she -- Ms. Loomer's made a lot of news?

9        A    I just read in the paper briefly today, I saw

10   the headline that she was at the White House this week    03:49:49

11   and influenced the president to fire six people.  That's

12   as much as I know.

13       Q    Are you planning to make so-called jokes about

14   that?

15       A    Well, we're not on this week.  We're on next    03:49:59

16   week.  So that's a week from now.  It would be a little

17   stale as far as a news story by then, but it is possible

18   that that will be part of what we talk about because it

19   is news.  It was on the front page of the New York

20   Times.  I have every right to comment on that.    03:50:18

21       Q    Are you going to again state that the reason

22   that she allegedly influenced the president is because

23   of a sexual relationship that she has with him?

24           MS. BOLGER:  Object to the form.  Misstates

25   testimony.  You can answer.    03:50:31

191

 1            THE WITNESS:  I have no idea what I'm going to

 2    say a week from tonight.  That's for next week's show.

 3    BY MR. KLAYMAN:

 4        Q    You think that would be a good idea in light of

 5    this lawsuit?                                          03:50:40

 6        A    It sounds like another threat, Larry.

 7        Q    I'm helping you out, Bill.

 8        A    I see.  We'll have to see what happens on

 9    Friday.  I have a lot to talk about.

10        Q    I'll give you my cell phone.  Give me a call    03:50:53

11    when you decide to make that joke.  Okay?

12            MS. BOLGER:  Again, we're not here to chat,

13    Larry.

14            MR. KLAYMAN:  All right.

15            THE WITNESS:  Yeah.                             03:50:59

16    BY MR. KLAYMAN:

17        Q    The airing of the September 20th episode on

18    Real Time, paraphrasing 24 things you need to know about

19    Laura Loomer, that was meant to really put the nail in

20    the coffin with her and Trump, correct?                03:51:24

21            MS. BOLGER:  Object to the form.  You can

22    answer.

23            THE WITNESS:  No, it was just meant to give us

24    a comedy bit in a week when Laura Loomer was in the news

25    every day and, therefore, would be a good subject to do  03:51:37

192

```
 1   a comedy bit about.  That's all that was.  I got to do a

 2   show every week, Larry.  You've got to do a lot of --

 3   there's a lot of comedy that has to be covered.

 4   BY MR. KLAYMAN:

 5       Q    So you have to -- so you have to go to an easy    03:51:58

 6   target like Loomer if you run out of material; is that

 7   what you're saying?

 8            MS. BOLGER:  Object to the form.

 9            THE WITNESS:  No.  No, that's not what I'm

10   saying at all.  What I'm saying is that whoever is in     03:52:09

11   the news that week, they are subject to me doing my job

12   with and that is making jokes about.  And I make plenty

13   of them about people on the left also, by the way.

14   BY MR. KLAYMAN:

15       Q    You are aware the things that you say can        03:52:31

16   severely harm someone's reputation and goodwill and

17   financial condition?  You're aware that that could

18   happen?

19            MS. BOLGER:  I'll object to the form.

20            But you can answer the question.                 03:52:44

21            THE WITNESS:  It is never my aim.  And I just

22   call them as I see them.  My bond with my audience is

23   that I never pull a punch.  So I'm going to make jokes

24   about whoever I think make -- needs a joke made about

25   them and that does happen on the left and the right.      03:53:02
```

193

1    BY MR. KLAYMAN:

2        Q    Is that a consideration you ever take into

3    account when you make a so-called joke, what it can do

4    to harm the subject of that joke?

5            MS. BOLGER:  Object to the form.              03:53:17

6            You can answer.

7            THE WITNESS:  Yes, I think I -- I can't think

8    of an example, but I -- hypothetically, are there times

9    when I'm sure I think that joke or a joke that -- here's

10   I think the proper way to answer this.                03:53:42

11           My writers present me with many jokes that I

12   reject.  I mean, I do -- I don't know -- 12 monologue

13   jokes, five new rules, the desk piece has eight to ten

14   jokes in it.  Okay.  So how much is that?  That's like

15   25 different jokes there.  Well, during that week, my   03:54:03

16   writers present me with hundreds.  Now I reject jokes

17   for different reasons, but among the reasons I have

18   rejected jokes is yeah, that's too mean or that person

19   doesn't deserve that, so --

20   BY MR. KLAYMAN:                                        03:54:24

21       Q    Or what --

22           MS. BOLGER:  No, don't interrupt the witness,

23   so.

24           MR. KLAYMAN:  Go ahead.  I thought he was done.

25           MS. BOLGER:  So.                               03:54:30

194

1              THE WITNESS:  I'm done.

2    BY MR. KLAYMAN:

3        Q    Or is any consideration what reputational and

4    goodwill and financial damage you can do with a joke?

5              MS. BOLGER:  Object to the form.  You can      03:54:41

6    answer.

7              THE WITNESS:  Well, again, if someone injects

8    themselves into the public debate, including at the

9    highest levels, then all bets are off.  It is my job to

10   comment on it.  And it is the beauty of this country      03:54:54

11   that I am able to comment on it.

12   BY MR. KLAYMAN:

13       Q    So if someone injects themselves into a public

14   debate, you can say anything you want, no holds barred?

15       A    I didn't --                                      03:55:07

16             MS. BOLGER:  Object to the form.

17   BY MR. KLAYMAN:

18       Q    That's your concept?

19             MS. BOLGER:  That's not what he said.

20             THE WITNESS:  I -- that's not what I said.      03:55:12

21   That's what you said.  And by the way, people say things

22   about me all the time because I'm in the public debate.

23   What's good for the goose is good for the gander.

24   BY MR. KLAYMAN:

25       Q    Well, you're quite wealthy; are you not?         03:55:22

195

1              MS. BOLGER:  Object to the form.  Don't answer

2      that question.

3      BY MR. KLAYMAN:

4          Q    You are aware that Ms. Loomer is an individual

5      person who doesn't have a lot of financial means like      03:55:31

6      you?

7              MS. BOLGER:  How can he possibly know what

8      Ms. Loomer's financial means are?  Come on.  Ask a

9      question that lays a foundation for.

10     BY MR. KLAYMAN:                                             03:55:41

11         Q    I'm asking.

12         A    I have no idea.

13         Q    Is she part a big law firm that you -- any

14     knowledge to that?

15         A    I have no knowledge of that.                       03:55:47

16         Q    Do you know whether she's represented by

17     William Morris like you are?

18         A    What does that have to do with anything?

19         Q    She's just one individual, one woman, an

20     influencer, correct?                                        03:55:58

21             MS. BOLGER:  Object to the form.

22             THE WITNESS:  Well -- answer?

23             MS. BOLGER:  You can answer, yeah.

24             THE WITNESS:  An influencer --

25     ///

196

```
 1    BY MR. KLAYMAN:

 2        Q    A journalist?

 3        A    I'm glad you used the word influencer.  You're

 4    correct, she is an influencer.  She's influences people

 5    in a way that I think is untoward and often racist and      03:56:15

 6    wrong.  Therefore, I feel I have complete free rein to

 7    make jokes about her.  And they are just jokes.

 8        Q    And you have free rein to try to destroy her?

 9        A    I did not try to destroy her and she is not

10    destroyed.  You just said she was at the White House       03:56:37

11    this week, so plainly she's not been destroyed.

12        Q    You're aware that she's a legitimate,

13    investigative journalist who has uncovered a lot of

14    things that are true?

15        A    I am not aware of that.  She talks about          03:56:49

16    birtherism.  She talks about 9/11 trutherism.  I don't

17    think these things are true.

18        Q    W███████████████████████████████████
   ██    █████████████████████████████████████████
   ██    █████████████████████████████████████████      ████████
   ██    ██████████████████████████████████

22             MS. BOLGER:    █████████████████████████
   ██    ████████████████████████████

24             MR. KLAYMAN:    ███████████████████

25             THE WITNESS:    ████████████████████      03:57:15
```

197

1　　████████████████

2　BY MR. KLAYMAN:

3　　　Q　████████████████████████

4　　　　　MS. BOLGER: ███████████████████

█　████████████████████████████ ███████

█　████████████████████

7　　　　　MR. KLAYMAN: ███████████████

█　████████████████████

9　　　　　MS. BOLGER: ████████████████

█　████████████████ 　　　　　　　　03:57:28

11　　　　　MR. KLAYMAN: ██████████████

█　████████████████████

13　　　　　MS. BOLGER: ██████████████

█　██████████████████████████

█　██████████████████████ ███████

█　██████████████████████

█　██████████████████

18　BY MR. KLAYMAN:

19　　　Q　████████████████████

█　█████████████████████████████████

█　████████████████

22　　　　　MS. BOLGER: ████████████

23　　　　████████████

24　　　　　THE WITNESS: █████████████

█　██████████████████████ 　　　　　　03:57:57

198

1    ████████████████████████████████████████████

2    ████████████████████

3    BY MR. KLAYMAN:

4        Q    ██████████████████████████████

5        ████████████████████████            03:58:10

6        A    ████████████████████████

7    ████████████████████████████████████████████

8    ██████

9        Q    ██████████████████████████

10       A    ████████████████████████████████    ████████

11   ██████████████████████

12       Q    ██████████████████████████

13   ████████████████████

14       A    ████████████████████████

15   ████████████████████████████████████████████    ████████

16   ████████████████████

17       Q    ██████

18       A    ████████████████████████

19       █    ██████████████████

20            MS. BOLGER:    ████████████    ████████

21            ████████

22            THE WITNESS:    ████████████████

23   ████████████████████████████████████████████

24   ████████████████████

25   ///

199

1    BY MR. KLAYMAN:

2        Q    ████████████████████████████

▮        ▮    █████

4        Q    ██████████████████████████████

▮    ████████████████████████████████    ████████

▮    ████████████

7            MS. BOLGER:    ██████████████████████

▮    ████████████████████████

9            ████████████████████████████████

▮    ████████████████████████████    ████████

▮    ████████████████████████████████

▮    ████████████████

13    BY MR. KLAYMAN:

14        Q    ██████████████████████████████

▮    ████████████████████████████████    ████████

▮    ██████████████████

17            MS. BOLGER:    ████████████████

18            MR. KLAYMAN:    ████████████████████

▮    ██████████████████████████████████

20            MS. BOLGER:    ████████████████████    ████████

▮    ██████████████████████████

▮    ████████████████████████████

▮    ████████████████████████████

▮    ████████████████████████████

▮    ██████████████████████████    03:59:41

200

1    ███████████████████████████████████████

2    ████████████████████

3         MR. KLAYMAN:    ██████████████████████

4    ███████████████████████████████████

5    ████████████████████████████████████████    ████████████

6         ████████████████████████████████████

7    ███████████████████████████████████

8    ████████████████████████████

9         MS. BOLGER:    ██████████████████████████

10    ██████████████████████████████████████    ████████████

11    ████████████████

12         MR. KLAYMAN:    █████████████████████

13    ███████████████████████████████████████

14    █████████████████████████████████████████

15    ██████████████████████████████████    ████████████

16    ███████████████████████████████████████████

17         THE WITNESS:    ████████████████████████

18    █████████████████████████████████

19    BY MR. KLAYMAN:

20         Q    A██████████    ████████████

21         ██    ████████████████████████████

22         ██    ███████████████████████████████████

23         ██    ██████████████████████████████

24         THE VIDEOGRAPHER:    We are going off the record

25    at 4:00 p.m.                                    04:00:34

201

```
 1          (Recess.)

 2          THE VIDEOGRAPHER:  We're back on the record at

 3     4:20 p.m.  Please continue.

 4     BY MR. KLAYMAN:

 5      Q     Mr. Maher, as part of the publication that you    04:20:41

 6     made on Real Time on September 13, 2024, you stated:  "I

 7     think maybe Laura Loomer is in an arranged relationship

 8     to affect the election."

 9          You have -- you did not have any basis to make

10     that in terms of doing any investigation, did you?       04:20:58

11          MS. BOLGER:  Object to the form.

12          THE WITNESS:  Again, I've answered this so many

13     times.  You're leaving off the front part of that.  It's

14     a joke because Taylor Swift was accused that week of

15     being in an arranged relationship with Travis Kelce to   04:21:14

16     affect the election.  This is called parody.

17     BY MR. KLAYMAN:

18      Q     Well, if as you claim Ms. Loomer is so

19     unpopular with Republicans, how would that help

20     President Trump?                                         04:21:28

21          MS. BOLGER:  I'm sorry, object to the form.  I

22     don't -- I don't understand.

23     BY MR. KLAYMAN:

24      Q     If you claim that she's so unpopular with

25     Republicans, how would that help Trump in being in an    04:21:35
```

202

1    arranged relationship with her?

2        A    It's a joke.  I -- it's not meant to be taken

3    literally.  Did you not hear the part about Taylor

4    Swift?

5        Q    No, I don't see Taylor Swift at all mentioned    04:21:45

6    in what you've published with regard to Ms. Loomer.

7            MS. BOLGER:  That's because that's your letter.

8    That's not what he published.  That's outrageous.

9    That's outrageous.

10           MR. KLAYMAN:  Please do not -- what you're    04:21:52

11   doing is outrageous because you're testifying --

12           MS. BOLGER:  Mr. Klayman, you just picked up

13   your own letter and suggested that it was what Mr. Maher

14   published.  That's improper.

15           MR. KLAYMAN:  You are interrupting.    04:21:59

16           THE WITNESS:  We watched the tape.  That's what

17   it was about.  I start the bit talking about Travis

18   Kelce.  That's why that makes sense; otherwise, it

19   doesn't make sense.  You edited it.  You cut off the

20   beginning of it.    04:22:13

21   BY MR. KLAYMAN:

22       Q    But you said what you said, correct?

23           MS. BOLGER:  Object to the form.

24           THE WITNESS:  Oh, yeah.

25   ///

203

```
 1   BY MR. KLAYMAN:

 2       Q    Okay.

 3       A    Yeah, that's my joke.

 4       Q    At the time that you published the statements

 5   about Ms. Loomer on September 13th --                    04:23:07

 6       A    I didn't publish them.

 7       Q    You aired them.  Okay.  Published them, it's a

 8   phrase in terms of, you know, sending them out to the

 9   public.

10           You're aware that it was going to have a wide    04:23:21

11   reach in Florida, nationally, and internationally,

12   correct?

13           MS. BOLGER:  Object to the form.

14           THE WITNESS:  I know my show's on all over the

15   country and people watch it.                             04:23:32

16   BY MR. KLAYMAN:

17       Q    How many viewers did you get approximately or

18   were you getting around September 13, 2024?

19       A    I don't know.  I don't follow that.

20       Q    You don't look at your ratings?                 04:23:43

21       A    I do not.

22       Q    No idea?

23       A    Well, I mean, roughly, I remember the Hollywood

24   Reporter, I think it was, did a story maybe four or

25   five years ago about all the late night shows.  And we   04:23:55
```

204

```
 1    were the second most watched; John Oliver was first.  So
 2    I assume as long as they keep reupping my contract, it
 3    does well enough, the network, and I have never involved
 4    myself in that.  So I don't know what the numbers are.
 5    And TV has a very hard time with the way --              04:24:21
 6         Q    Well, those are things that I can get --
 7              MS. BOLGER:  Hey, he's talking.  Finish what
 8    you were saying.
 9              THE WITNESS:  TV is a very hard time these
10    days, ascertaining ratings because it's not like the old 04:24:31
11    days where you had a Nielsen box on your TV and people
12    watched when shows were on.  You can watch them on
13    YouTube.  You can watch them on, you know, DVR or
14    something.  I mean, it's just -- it's very hard to say
15    how many people watch a show.  Again, no -- I have no    04:24:50
16    idea what this has to do with this, but --
17    BY MR. KLAYMAN:
18         Q   So what you're saying is it's not just the
19    airing of it in terms of HBO and on cable, but it's also
20    picked up on YouTube and other forum for it as well and  04:25:02
21    it's widely seen?  Your show is widely seen?
22         A    Yes.
23              MS. BOLGER:  That's not what he said.
24              But you can answer the question.
25              THE WITNESS:  Yes, we want it to be seen.      04:25:11
```

205

1     That's why we film it.

2     BY MR. KLAYMAN:

3         Q    And it's seen internationally as well?

4             MS. BOLGER:  If you know.

5             MR. KLAYMAN:  That is an improper objection.    04:25:19

6     That's telling him not to know.

7             MS. BOLGER:  That's a foundation.

8             MR. KLAYMAN:  No.

9             MS. BOLGER:  If he knows, he can answer.

10            MR. KLAYMAN:  This is outrageous.              04:25:26

11    BY MR. KLAYMAN:

12        Q    Go ahead.  Outrageous.

13        A    I don't follow that either.  I believe we're on

14    in Canada.  I do the show for an American audience, so I

15    assume anything can be seen anywhere because of the way    04:25:42

16    the world is and technology is.  But whether we're on in

17    Argentina or someplace.  I don't know.  I don't follow

18    that either.  Maybe I should.

19    BY MR. KLAYMAN:

20        Q    Would your agency know that, William Morris?    04:25:58

21            MS. BOLGER:  That's a question to ask the HBO

22    representative.

23            But you can answer.

24            MR. KLAYMAN:  Why are you interrupting me on

25    that?  It's a simple question.  It shows -- it shows a    04:26:08

206

1    lack of respect.

2             MS. BOLGER:  Oh, Mr. Klayman, you're just

3    wasting time.  It's exhausting.

4             You can answer the question.

5             MR. KLAYMAN:  It's not for you to decide.      04:26:15

6    Apparently you're the -- you're the client here,

7    Ms. Bolger, so he knew -- he knew nothing about what you

8    were doing, so, please, butt out.

9             MS. BOLGER:  What did you say?

10            MR. KLAYMAN:  Listen to the testimony.  He      04:26:23

11   had -- he had -- he had no input in -- into any of the

12   pleadings or anything else that have been filed.

13            MS. BOLGER:  Mr. Klayman, that's not what he

14   testified to.

15            MR. KLAYMAN:  It is.                            04:26:31

16   BY MR. KLAYMAN:

17        Q    You can answer.

18        A    I forgot the question.

19        Q    Would your agency, William Morris, know your

20   ratings?                                                04:26:41

21        A    If they don't, they can look it up and find

22   out, I'm sure.

23        Q    And that your ratings bear on your contract

24   negotiations, correct?

25        A    I would assume yes.                           04:26:56

207

```
 1              MS. BOLGER:  Don't assume.  You can only --
 2      Mr. Klayman can only ask you for what you know.  He
 3      can't ask you to speculate.
 4              THE WITNESS:  Oh.  Well, then I can't answer
 5      that question because I do have to speculate.  I can       04:27:04
 6      only speculate that they wouldn't keep hiring me if I
 7      wasn't doing well for the network.
 8      BY MR. KLAYMAN:
 9          Q   ████████████████████████████
███         ████████████████████████████                        04:27:16
11          A   █████████
12      BY MR. KLAYMAN:
13          Q   █████████
14              MS. BOLGER:  ████████████████████
███         ████████████████████                                04:27:26
16              MR. KLAYMAN:  ████████████████████████
███         ███████████
18              MS. BOLGER:  ███████████████████████
███         ████████████████
20              MR. KLAYMAN:  ████████              04:27:31
21              MS. BOLGER:  ████████████████████████
███         █████████
23                  ████████████████████
24              MR. KLAYMAN:  ████████████████████████
25              MS. BOLGER:  ████████████              04:27:37
```

208

```
 1          MR. KLAYMAN:  ████████████████████
 ██     ██████████████████████
 3    BY MR. KLAYMAN:
 4       Q    ██████
 5       A    ████████████████████████        ████████
 ██     ████████
 7       Q    ██████████████████████████████████
 ██     ██████████████
 9          MS. BOLGER:  W████████████████████
10          MR. KLAYMAN:  ████████                    04:27:52
11          THE WITNESS:  ███████████████████
 ██     ██████████████████████████
 ██     █████████████████
14    BY MR. KLAYMAN:
15       Q    ███████████████████████████████  ████████
 ██     ██████████████████████████
 ██     █████████████████
18          MS. BOLGER:  █████████████
19               ███████████
20          THE WITNESS:  █ ████████████████████████
 ██     ████████████████████████
 ██     ████████████████████████
 ██     ██████████████████████████
 ██     ███████████████████████
 ██     █████████████                           04:28:38
```

209

1       ████████████████████████████

■       ███████████████████████████████████

■       ███████████████████████████████████

■       ███████████████████████████████████████

■       ██████████████████████                    04:28:57

6       BY MR. KLAYMAN:

7           Q    ███████████████████████████████

■       ███████████████████████████████████████

■       ██████

10              MS. BOLGER:    ████████████        04:29:07

11              MR. KLAYMAN:   ██████████

12      BY MR. KLAYMAN:

13          Q    ███████████████████████████████████

■       █████████████████

15          A    ████                              04:29:15

16          Q    ███████████

17          A    ██████████████████

18          Q    ████████████████████████████

19          A    W███████████████████████

■       ██████████████████████████████    ██████████

■       ██████████████████████████████████

■       ██████████████████

23          Q    ██████████████████████████████████

24              MS. BOLGER:    ███████████████

25              ██████████████████████████████    :29:38

210

```
 1   ████████████████████████████████████
 █          ████████████████████████████████
 3   BY MR. KLAYMAN:
 4       Q    Have you talked about Real Time when you do
 5   your comedy shows throughout the country?          04:29:47
 6       A    Talk about Real Time?
 7       Q    Yeah, talk about what you've done in Real Time
 8   in your comedy acts?
 9       A    Could it have come up, I guess.  But generally,
10   the audience, if they're coming to see me live and pay   04:30:00
11   a -- pay for a ticket to see me, they know me from Real
12   Time.
13       Q    Yeah, and that's what creates your reputation
14   and goodwill and that's why people, you know, want to
15   pay to see you when you go out around the country and    04:30:16
16   tour, correct, because you've developed that?
17           MS. BOLGER:  Object to the form.
18   BY MR. KLAYMAN:
19       Q    Go ahead.  You can answer it.
20       A    It's also actually why people don't pay to see  04:30:24
21   you because they see you at home and that can be a
22   detriment to selling tickets on the road because they
23   figure "Why should I go and pay for something that I can
24   see at home that I'm already paying HBO for?"  So it
25   works both ways.                                    04:30:41
```

211

1      Q    Other than what you've testified to, you don't

2   have any additional information of late that Ms. Loomer

3   has a sexual relationship with Donald Trump, right?

4           MS. BOLGER:   I'm going to object to the form of

5   the question.  You've asked and answered it at least six   04:31:10

6   times.

7           MR. KLAYMAN:   Okay.  Fine.  Fine.  I accept

8   that.

9   BY MR. KLAYMAN:

10     Q    And if this overlaps with a prior question,      04:31:33

11  indulge me for one question here, just to clear it up is

12  at the time that you made the statements on

13  September 13, 2024, you had reason to believe that that

14  could harm Ms. Loomer's reputation, goodwill, and

15  financial status, correct?                                04:31:52

16          MS. BOLGER:   Objection to the form.

17          You've asked and answered that several times.

18  BY MR. KLAYMAN:

19     Q    You may answer it again.

20          MS. BOLGER:   You can answer it again, but        04:31:57

21  exactly the same way.

22          THE WITNESS:   I was just making a joke about

23  someone in the news.

24  BY MR. KLAYMAN:

25     Q    You will concede that your viewers take much of   04:32:40

212

```
 1    what you say to be true?
 2            MS. BOLGER:  Object to the form.  I don't
 3    understand that question or how can you possibly
 4    conceive what viewers think.
 5    BY MR. KLAYMAN:                                    04:32:53
 6        Q    Based on your experience.  Based on your
 7    experience.
 8        A    My viewers are a sophisticated HBO audience.
 9    They absolutely know when something is a joke.  That's
10    why they laugh.                                    04:33:00
11        Q    You started off this deposition by saying that
12    people watch your show because they want the news.
13            MS. BOLGER:  Object to the form.  That's not
14    what he said.
15            THE WITNESS:  I --                         04:33:10
16    BY MR. KLAYMAN:
17        Q    Correct?
18        A    I did not say that.
19        Q    I will let your testimony stand.
20        A    No, I didn't say -- should I go on?       04:33:15
21            MS. BOLGER:  Sure.
22            THE WITNESS:  I did not say they watch the show
23    because they want the news.  I said it's a wrap-up show
24    that uses news as comedy -- news as fodder for its
25    comedy, that people who don't get a chance to see the  04:33:29
```

213

1    news and want to be caught up of the big stories in a

2    week in a way that is -- presents them in a comedic way

3    as opposed to the more dry way on regular news shows.

4    They can do that by watching our show.

5    BY MR. KLAYMAN:                                        04:33:46

6        Q    But you are aware that at a minimum when you

7    say that Ms. Loomer had a sexual relationship with

8    Trump, that people could take that to be true?

9            MS. BOLGER:  Object to the form.

10           You can answer again.                          04:33:56

11           THE WITNESS:  I can't help how people interpret

12   jokes.  And I can't not do jokes about people who are in

13   the news, including Donald Trump and his marital

14   infidelities that were much in the news and Ms. Loomer

15   being by his side every day for a week.  I can't not     04:34:18

16   comment on that.  I would be remiss.

17   BY MR. KLAYMAN:

18       Q    Because Mr. Trump had alleged marital

19   infidelities with other women doesn't mean that he did

20   it with Ms. Loomer, does it?                           04:34:28

21       A    It does not.  And I was not saying that that

22   was a definitive.  I was making a joke.

23       Q    Do you regret making this joke?

24           MS. BOLGER:  Oh, gosh.  Mr. Klayman, the last

25   four questions are questions you've already asked.      04:34:42

214

```
 1    You've got to ask something new or we're going to end
 2    this deposition.  Ask a new question.
 3              MR. KLAYMAN:  It's over shortly so just
 4    please --
 5              MS. BOLGER:  Ask --                        04:34:50
 6              MR. KLAYMAN:  Don't interrupt me.  You've
 7    interrupted me throughout this deposition.  It's
 8    inappropriate.
 9              MS. BOLGER:  Ask a new question.
10              MR. KLAYMAN:  Inappropriate.  And I've -- and  04:34:54
11    I've taken it from you because you're -- you yourself
12    are not doing the right thing.
13              MS. BOLGER:  What?  I'm sorry, Mr. Klayman,
14    that insult, I didn't understand if you want to clear it
15    up.                                                 04:35:11
16              MR. KLAYMAN:  You're not -- you're not allowing
17    me to take my deposition.  You're obstructing it.
18    BY MR. KLAYMAN:
19        Q    ████████████████████████████████████
██    ████████████████                              ████████
██              ██████████████████████████████████
██    ██████████████████████████████████████████
██    ██████████████
24              MS. BOLGER:  ████████████████████
25              THE WITNESS:  ██████████████████████   04:36:01
```

215

1    ████████████████████████████████████

2    BY MR. KLAYMAN:

3        Q    Y███████████████████████████████████

█    ██████████████████████████████████

5            MS. BOLGER:  ███████████████████████    ██████████

█    ██████████████████████████████████

7            MR. KLAYMAN:  H██████████████████

8            THE WITNESS:  ████████████████████████

█    ██████████████████████████████████████

██    ████████████████████████████████████████    ██████████

██    ████████████████████████████████████

██    ██████████████████████████████████████████

██    ██████████████████████████████████████

██    ██████

15            MS. LOOMER:  ███████████                04:36:44

16    BY MR. KLAYMAN:

17        Q    ██████████████████████████████████████

██    ████████████████████████████████████

19            MS. BOLGER:  ██████████████████████████████

██    ██████████████████████████          04:36:55

21            THE WITNESS:  ████████████████████████

██    ██████████████████████████████████████

██    ████████████████████████████████

██    ██████████

25    ///

216

1    BY MR. KLAYMAN:

2        Q    ████████████████████████████████████

████████████████████████████████████████

███████████

5        A    ████████████████████████████████    ████████

███████████████████████████

7        Q    ████████████████████████████████████████

████████████████████████████████████████

████████████████████████

10       A    ████████████████████████████████    ████████

████████████████████████████████████████████

██████████████████████████████

13       Q    You are aware that she's earned the trust of

14   President Trump and many conservatives because of the

15   things she's uncovered as an investigative journalist?    04:37:50

16       A    Well, I seem to remember that on

17   September 13th, the day we were doing that show, Trump

18   himself was starting to distance himself from her.  And

19   then again, we did not see Ms. Loomer on the public

20   stage or around Trump for up until this week, like    04:38:10

21   today.  So obviously, I don't know what goes on behind

22   the scenes.  Not my business.  But your contention that

23   I've somehow ruined her obviously is not true since

24   she's at the White House, influencing him about big,

25   national decisions.    04:38:32

217

1      Q     You are -- you don't know how many people would

2   have otherwise supported her financially and otherwise

3   if you hadn't made the statements that you made on

4   September 13th?

5           MS. BOLGER:  Object to the form of the              04:38:46

6   question.

7           You can answer.

8           THE WITNESS:  You are giving me way too much

9   power.  I'm just a comedian making jokes.  Nobody

10  changed anything in their real life because I made those  04:39:00

11  jokes.

12  BY MR. KLAYMAN:

13     Q     But you have no knowledge of that?

14          MS. BOLGER:  Object to the form.  You just

15  asked him his knowledge.                                  04:39:07

16          THE WITNESS:  No one has -- no one has any full

17  knowledge of anything that people do.  But this became

18  publicized because she publicized it.  It would have

19  gone away if she didn't file a lawsuit.

20  BY MR. KLAYMAN:                                           04:39:20

21     Q     Now, with --

22     A     So it stayed in the public eye because of her,

23  not me; otherwise, it would have just been another week

24  of jokes that went by and no one thought about them the

25  week after.                                               04:39:29

218

1      Q     You're aware that once things go up on YouTube

2   or on the internet they're always there?

3           MS. BOLGER:  Object to the form of the

4   question.

5           If you can even understand that question, you    04:39:38

6   can answer it.

7           MR. KLAYMAN:  You can -- I understand it.  He

8   does -- he does too.

9   BY MR. KLAYMAN:

10     Q     Answer it, please.                               04:39:43

11     A     Yes, I suppose that's right.  I suppose that

12  anything on the internet stays there forever.

13     Q     So when people search to find out about you,

14  they find out all the stuff that you said -- they can

15  find out all the stuff that you said about her?          04:39:57

16          MS. BOLGER:  That's a hypothetical.  Calls for

17  speculation.

18          If you have independent knowledge, you can

19  answer.

20  BY MR. KLAYMAN:                                           04:40:04

21     Q     Correct?

22          MS. BOLGER:  You can't call for speculation.

23          MR. KLAYMAN:  I'm asking if he's aware of it.

24          THE WITNESS:  Plainly, people can look up

25  anything.  I doubt if anyone does or cares.  The only    04:40:10

219

```
 1    reason they would have it in their mind is because of

 2    this suit.

 3    BY MR. KLAYMAN:

 4        Q    Are you aware that she gets called a whore

 5    every day because of your claims that she slept with      04:40:26

 6    Trump?

 7        A    I reject that premise completely that it's my

 8    fault.  I get called names too.  I don't -- I don't

 9    blame any one person.

10        Q    In today's political environment, using that     04:40:45

11    kind of language and statements can actually endanger

12    her life, based upon your experience in observing what's

13    going on in our country today.

14             MS. BOLGER:  Sorry, is there a question?

15    Because that's just you giving a lesson.                  04:41:00

16             MR. KLAYMAN:  Yes, that's it.  No, that's a --

17             MS. BOLGER:  What's the question?

18             MR. KLAYMAN:  That's a leading question.

19             MS. BOLGER:  That's not a leading question.

20    That's a statement.                                       04:41:04

21    BY MR. KLAYMAN:

22        Q    You're are aware of that --

23             MR. KLAYMAN:  Please don't interrupt.

24             MS. BOLGER:  Object to the form.  That was

25    ridiculous.                                               04:41:09
```

220

1          THE WITNESS:  I don't know what the question

2    is.  My comment would be both sides do it.  Nobody does

3    it more than Donald Trump.

4    BY MR. KLAYMAN:

5        Q    And there's a lot of violence in the country    04:41:14

6    today --

7        A    There is a lot of violence in the country and

8    there's probably some because he says things like lock

9    her up and --

10       Q    I'm talking about Ms. Loomer here.              04:41:22

11       A    I know.  You're asking general questions, so

12   you get general answers.

13       Q    Isn't it in your -- in your experience

14   reasonably foreseeable that what you said about her

15   could endanger her physically?                          04:41:33

16          MS. BOLGER:  Object to the form.

17          THE WITNESS:  What anybody says about anything

18   could incite any sort of borderline person to do

19   anything.

20          MS. BOLGER:  Even releasing press releases      04:41:44

21   about a video deposition.

22   BY MR. KLAYMAN:

23       Q    ████████████████████████████████████████

████  ████████████████████████████████████████

████  ████████████████████████████████████████        04:42:05

221

1    ████████████

2      A      ████████████

3            MS. BOLGER:  A██████████████████████

█  ██████████████████████████████████

█  ████████████████████████████████████████████████

█  ██████████████████████████████████

█  ██████████████████████

8            MR. KLAYMAN:  ████████████████████

█  ████████████████████████████████████

10           MS. BOLGER:  ██████████████████████    ████████████

██  ██████████████████████████

12           MR. KLAYMAN:  ██████████████████████

██  ████████████████████████████████████

14           MS. BOLGER:  ██████████████████████

██  ████████████████████████████████  04:42:31

16           MR. KLAYMAN:  ████████████████

17           MS. BOLGER:  ████████████████████████

██  ██████████████████████

19           MR. KLAYMAN:  ████████████████████████

20              (Simultaneous speaking.)      04:42:35

21           MS. BOLGER:  ██████████████████████

██  ████████████████

23           MR. KLAYMAN:  ██████████████████

24    BY MR. KLAYMAN:

25      Q    Have you ever had any contact with the Florida    04:42:48

222

1    law firm representing you, Shullman Fugate?

2        A    No.

3            MR. KLAYMAN:    I'm going to reserve all the time

4    that I haven't used based upon your litigating what's

5    confidential and what's not confidential because          04:43:10

6    Mr. Maher may have to come back.    I will come back to LA

7    if I have to.

8            And also there are other issues that may arise

9    that require a further deposition.    But we have not used

10   the full seven hours.    It may be that we don't need any    04:43:22

11   more time, but I'm going to reserve it and adjourn the

12   deposition at this time.

13           MS. BOLGER:    I -- on the record, you may ask

14   Mr. Maher any question.    He is here.    I have not

15   instructed him to not answer a question on the basis of    04:43:35

16   confidentiality.    In fact, I've let him answer every

17   confidentiality question.    I instructed him not to

18   answer questions that were frankly so outrageous that

19   I -- he wasn't going to answer them.

20           This is your time.    We are not producing          04:43:48

21   Mr. Maher -- I'm not done talking.    We're not producing

22   Mr. Maher again.    This is the time you have now with

23   Mr. Maher.    Please ask him any questions you have and he

24   will answer them.    But we are here today and this is the

25   only time we will be here with Mr. Maher.                  04:44:04

223

1          MR. KLAYMAN:  We will let the court decide

2     that.  And for the record, the only question that is

3     potentially confidential is his compensation and I was

4     very --

5          MS. BOLGER:  That's surprising, Mr. Klayman,    04:44:14

6     because earlier in the day you said that another

7     question was confidential, so maybe you forgot that.

8          MR. KLAYMAN:  What was that?

9          MS. BOLGER:  It was your completely

10    inappropriate questions about lawsuits that he was      04:44:20

11    involved in.  You asked for the name --

12         MR. KLAYMAN:  That's not confidential at all.

13         MS. BOLGER:  You said it was confidential.

14         MR. KLAYMAN:  That's not.  No, it's not.  So

15    maybe I misheard you or you misheard me, but that is not 04:44:28

16    confidential.

17         MS. BOLGER:  That's what you said.

18         MR. KLAYMAN:  Okay.  That is a normal question

19    which is asked in a case that involves --

20         MS. BOLGER:  And what's what you said.         04:44:34

21         MR. KLAYMAN:  -- tort actions in --

22         MS. BOLGER:  Mr. Maher -- Mr. Maher is not

23    coming back for a deposition.  You may ask him any

24    question you have.

25         MR. KLAYMAN:  I understand your position.      04:44:42

224

1           MS. BOLGER:  He is right here.

2           MR. KLAYMAN:  I understand your position, which

3    is the typical position that someone in your position

4    would take.  So the deposition is adjourned.  I am not

5    concluding the deposition.                          04:44:51

6           I thank you, Mr. Maher, for coming.

7           THE WITNESS:  Thank you.

8           MR. KLAYMAN:  Okay.

9           THE WITNESS:  Thank you.

10          MS. LOOMER:  Thank you.                      04:44:57

11          MR. KLAYMAN:  And please in the future, be

12   careful about what you say.

13          MS. BOLGER:  No.  No.  No lectures.  No

14   lectures.  No lectures.

15          THE WITNESS:  Okay.                          04:45:02

16          MS. BOLGER:  Don't -- unplug yourself, Bill.  I

17   mean, do unplug yourself.  Don't --

18          THE VIDEOGRAPHER:  This concludes today's

19   deposition.  We are going off the record at 4:45 p.m.

20          THE REPORTER:  And Ms. Bolger, you want your

21   copy by this Wednesday as well?

22          MS. BOLGER:  Yes, please.

23          (Whereupon, at the hour of 4:45 p.m., the

24          deposition of BILL MAHER was adjourned.)

25                          ---oOo---

225

1                    REPORTER'S CERTIFICATION

2

3        I, Deidre Young, RPR, a Certified Shorthand

4    Reporter in and for the State of California, do hereby

5    certify:

6

7        That the foregoing witness was by me duly sworn;

8    that the deposition was then taken before me at the time

9    and place herein set forth; that the testimony and

10   proceedings were reported stenographically by me to the

11   best of my ability and later transcribed into

12   typewriting under my direction; that the foregoing is a

13   true record of the testimony and proceedings taken at

14   that time.

15

16       IN WITNESS WHEREOF, I have subscribed my name this

17   8th day of APRIL, 2025.

18

19

20   _____

21        Deidre Young, RPR, CSR No. 11461

22

23

24

25

226

 1                    DEPOSITION ERRATA SHEET

 2

 3

 4      Case Caption:  LAURA LOOMER

 5      vs. BILL MAHER, et al.,

 6

 7            DECLARATION UNDER PENALTY OF PERJURY

 8

 9            I declare under penalty of perjury that I

10      have read the entire transcript of my Deposition taken

11      in the above captioned matter or the same has been read

12      to me, and the same is true and accurate, save and

13      except for changes and/or corrections, if any, as

14      indicated by me on the DEPOSITION ERRATA SHEET hereof,

15      with the understanding that I offer these changes as if

16      still under oath.

17            Signed on the _____ day of _____, 20___,

18

19      _____

20                    BILL MAHER

21

22

23

24

25

227

1                       DEPOSITION ERRATA SHEET

2        Page No._____Line No._____Change to:_____

3        _____

4        Reason for change: _____

5        Page No._____Line No._____Change to:_____

6        _____

7        Reason for change: _____

8        Page No._____Line No._____Change to:_____

9        _____

10       Reason for change: _____

11       Page No._____Line No._____Change to:_____

12       _____

13       Reason for change: _____

14       Page No._____Line No._____Change to:_____

15       _____

16       Reason for change: _____

17       Page No._____Line No._____Change to:_____

18       _____

19       Reason for change: _____

20       Page No._____Line No._____Change to:_____

21       _____

22       Reason for change: _____

23

24       SIGNATURE:_____DATE_____

25                       BILL MAHER

228

1                        DEPOSITION ERRATA SHEET

2        Page No._____Line No._____Change to:_____

3        _____

4        Reason for change: _____

5        Page No._____Line No._____Change to:_____

6        _____

7        Reason for change: _____

8        Page No._____Line No._____Change to:_____

9        _____

10       Reason for change: _____

11       Page No._____Line No._____Change to:_____

12       _____

13       Reason for change: _____

14       Page No._____Line No._____Change to:_____

15       _____

16       Reason for change: _____

17       Page No._____Line No._____Change to:_____

18       _____

19       Reason for change: _____

20       Page No._____Line No._____Change to:_____

21       _____

22       Reason for change: _____

23

24       SIGNATURE:_____DATE_____

25                        BILL MAHER