IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

                Plaintiff,

v.

BILL MAHER et al

                Defendants.

Case No: 5:24-cv-00625-JSM-PRL

## MOTION FOR EXTENSION OF TIME

Larry Klayman, Esq. ("Mr. Klayman") hereby respectfully requests a ten-day extension of time until and including December 29, 2025 to file a response to the Court's December 4, 2025 order directing him and counsel for Defendants, Kate Bolger, to "show cause why, for the conduct described, they should not be sanctioned under the Court's authority to maintain standards of civility and professionalism." ECF No. 158 at 11.

This additional time is needed during this holiday period where Mr. Klayman is short staffed so that he has the necessary time to go through the transcripts of the depositions in order to properly respond to the Court's December 4, 2025 order.

Counsel for Defendants' position is as follows: "Ms. Bolger would be prepared to respond on December 18 but as a courtesy does not oppose Mr. Klayman's request for an extension on the condition that her time to respond be extended by the same amount of time."

WHEREFORE, Mr. Klayman respectfully requests that this motion be granted.

1

Dated: December 16, 2025

Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman, Esq.
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
leklayman@gmail.com

Pro se