# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| LAURA LOOMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BILL MAHER AND HOME BOX OFFICE, INC.,<br><br>　　　　Defendants. | Case No. 5:24-cv-625-JSM-PRL |

## NOTICE OF APPEARANCE OF WILLIAM J. SCHIFINO, JR.

Pursuant to Local Rule 2.02, the undersigned attorney, William J. Schifino, Jr. of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Katherine M. Bolger ("Ms. Bolger") in the above-styled cause for the limited purpose of responding to the Court's Order to Show Cause (Doc. 158).

Respectfully submitted on January 6, 2026.

                                              */s/ William J. Schifino, Jr.*
                                              William J. Schifino, Jr., Esq.
                                              Florida Bar No. 564338
                                              Justin P. Bennett, Esq.
                                              Florida Bar No. 112833
                                              **GUNSTER, YOAKLEY & STEWART, P.A.**
                                              401 E. Jackson Street, Suite 1500
                                              Tampa, Florida 33602
                                              Telephone: (813) 228-9080
                                              Facsimile: (813) 228-6739
                                              wschifino@gunster.com
                                              jbennett@gunster.com

George S. LeMieux, Esq.
Florida Bar No. 16403
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (561) 650-0577
Facsimile: (561) 655-5677

*Attorneys for Katherine M. Bolger*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
