# Exhibit B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| LAURA LOOMER,<br><br>    Plaintiff,<br><br>v.<br><br>BILL MAHER and<br>HOME BOX OFFICE, INC.,<br><br>    Defendants. | Case No. 5:24-cv-625-JSM-PRL |

### Declaration of George S. LeMieux

I, George S. LeMieux, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over the age of 18, and I am otherwise competent to make the statements in this Declaration. The statements made in this Declaration are based upon my personal knowledge. I submit this Declaration in support of Kate Bolger's Response to the Court's Order to Show Cause (Doc. 158).

2.    I was admitted to the Florida Bar in 1994. I graduated with my J.D. from Georgetown University in 1994. Currently, I am a shareholder with the law firm of Gunster, Yoakley & Stewart, P.A., and I serve as the Chairman of the Firm's Board of Directors.

3.    I am admitted to practice in, and I am in good standing with, the United States Supreme Court, the United States Court of Appeals for the Eleventh Circuit,

and the United States District Courts for the Northern, Middle, and Southern Districts of Florida. I am also in good standing with The Florida Bar.

4. I have known Kate Bolger for approximately five years, and I have served as co-counsel with Ms. Bolger on two high-profile federal cases. During those cases, I had the opportunity to work closely with, and observe, Ms. Bolger in depositions, in multiple interactions with opposing counsel, and in several hearings, including before the United States District Court for the Southern District of Florida and the Eleventh Circuit Court of Appeals.

5. During my involvement in those cases, Ms. Bolger consistently demonstrated the highest level of professionalism, sound judgment, and respect for opposing counsel, the parties, and the judicial process. Her advocacy was firm, diligent, and respectful, and she conducted herself during depositions and in the courtroom with composure, candor, and integrity.

6. Based on my professional experience, Ms. Bolger's professional conduct reflects a strong commitment to civility and the standards of professionalism expected by The Florida Bar and the Court.

[Intentionally left blank]

7.   I offer these statements as a sincere reflection of my professional observations and experiences with Ms. Bolger.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of January, 2026.

_____
George S. LeMieux