UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| LAURA LOOMER,<br><br>    Plaintiff,<br><br>v.<br><br>BILL MAHER AND HOME BOX OFFICE, INC.,<br><br>    Defendants. | Case No. 5:24-cv-625-JSM-PRL |

## NOTICE OF APPEARANCE OF JUSTIN P. BENNETT

Pursuant to Local Rule 2.02, the undersigned attorney, Justin P. Bennett of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Katherine M. Bolger ("Ms. Bolger") in the above-styled cause for the limited purpose of responding to the Court's Order to Show Cause (Doc. 158).

Respectfully submitted on January 6, 2026.

/s/ Justin P. Bennett
William J. Schifino, Jr., Esq.
Florida Bar No. 564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
jbennett@gunster.com

1

George S. LeMieux, Esq.
Florida Bar No. 16403
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (561) 650-0577
Facsimile: (561) 655-5677

*Attorneys for Katherine M. Bolger*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Justin P. Bennett*