UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---------------------------------------------------------------x
LAURA LOOMER,

              *Plaintiff*,

    - against -                            Case No.: 5:24-cv-00625-JSM-PRL

BILL MAHER and HOME BOX OFFICE, INC.,

              *Defendants*.
---------------------------------------------------------------x

## REPLY DECLARATION OF KATHERINE M. BOLGER IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    I, Katherine M. Bolger, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

    1.    I am a partner at Davis Wright Tremaine LLP and counsel for Defendants Home Box Office, Inc. and Bill Maher. I make this declaration in reply in support of Defendants' Motion for Summary Judgment and for the limited purpose of attaching documents relevant to that Motion.

    2.    Annexed hereto as **Exhibit 112** is a true and correct copy of a November 30, 2025 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1995333285082218849.

    3.    Annexed hereto as **Exhibit 113** is a true and correct copy of an October 11, 2025 post from the X account @LauraLoomer, available at

https://x.com/LauraLoomer/status/1977000877526585650.

4. Annexed hereto as **Exhibit 114** is a true and correct copy of an August 19, 2025 post from the X account @LauraLoomer, available at https://x.com/LauraLoomer/status/1957847652315668482.

5. Annexed hereto as **Exhibit 115** is a true and correct copy of a July 21, 2025 post from the X account @LauraLoomer, containing an embedded video, available at https://x.com/LauraLoomer/status/1951085899820695895. The relevant portion of the embedded video is at 45:10–46:44.

Executed on January 15, 2026

Katherine M. Bolger