# EXHIBIT 112

| | |
|---|---|
| Document title: | Laura Loomer on X: "It is true. I get threats everyday and have even been subjected to Islamic blasphemy laws in the US by the same Judge who ordered the raid on Mar a Lago. The media has never once reported on what I'm currently dealing with as a US citizen and how my rights have been violated by" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1995333285082218849 |
| Page loaded at (UTC): | Tue, 06 Jan 2026 00:13:12 GMT |
| Capture timestamp (UTC): | Tue, 06 Jan 2026 00:13:13 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 98.82.170.166 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | oV7VayNzWxvzP876U5Hy9t |
| Display Name: | TonyGuzman |

PDF REFERENCE #:    waa6VcipNfEaEzYrHrsA8k



Document title: Laura Loomer on X: &quot;It is true. I get threats everyday and have even been subjected to Islamic blasphemy laws in the US by the same Judge who…
Capture URL: https://x.com/LauraLoomer/status/1995333285082218849
Capture timestamp (UTC): Tue, 06 Jan 2026 00:13:13 GMT
Page 1 of 1