# EXHIBIT 113

PageVault

| | |
|---|---|
| Document title: | Laura Loomer on X: "@ShaykhSulaiman You should see my inbox everyday and the death threats I get." / X |
| Capture URL: | https://x.com/LauraLoomer/status/1977000877526585650 |
| Page loaded at (UTC): | Tue, 06 Jan 2026 00:12:49 GMT |
| Capture timestamp (UTC): | Tue, 06 Jan 2026 00:12:50 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.228.210.161 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | toHT2bTFPSB68Xpb3QBbXx |
| Display Name: | TonyGuzman |

PDF REFERENCE #:    ijmx3GDu8V6imqLjk4qxua



Document title: Laura Loomer on X: &quot;@ShaykhSulaiman You should see my inbox everyday and the death threats I get.&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1977000877526585650
Capture timestamp (UTC): Tue, 06 Jan 2026 00:12:50 GMT

Page 1 of 1