# EXHIBIT 114

PageVault

| | |
|---|---|
| Document title: | Laura Loomer on X: "I get so many death threats on a daily basis that it is now at the point where Whenever I travel and I start to not feel well, I start wondering if someone poisoned my food or if someone poisoned something in my hotel room. You start to see life differently when you wake up to" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1957847652315668482 |
| Page loaded at (UTC): | Tue, 06 Jan 2026 00:13:47 GMT |
| Capture timestamp (UTC): | Tue, 06 Jan 2026 00:13:48 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.174.245.70 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | mgkBvz3UvnsL5SEQqAKoSh |
| Display Name: | TonyGuzman |

PDF REFERENCE #:   bZAWwYfjpdFEdNYa2VjKxa

**Laura Loomer**
@LauraLoomer

I get so many death threats on a daily basis that it is now at the point where Whenever I travel and I start to not feel well, I start wondering if someone poisoned my food or if someone poisoned something in my hotel room.

You start to see life differently when you wake up to dozens of death threats everyday.

4:50 PM · Aug 19, 2025 · **538.4K** Views

4.9K   3.5K   17K   215

Read 4.9K replies

**Don't miss what's happening**
People on X are the first to know.

 Log in    Sign up