# EXHIBIT 115

PageVault

| | |
|---|---|
| Document title: | Laura Loomer on X: "EP136: YOU'RE FIRED! White House Vetting Crisis Continues https://t.co/ryCGR467Jn" / X |
| Capture URL: | https://x.com/LauraLoomer/status/1951085899820695895 |
| Page loaded at (UTC): | Tue, 06 Jan 2026 00:13:45 GMT |
| Capture timestamp (UTC): | Tue, 06 Jan 2026 00:13:46 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.174.243.43 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | dSWmFYdWjbBBmwAyfCCYpZ |
| Display Name: | TonyGuzman |

PDF REFERENCE #:   1CtbGe7DDG799RsXh48C6u



Document title: Laura Loomer on X: &quot;EP136: YOU&#39;RE FIRED! White House Vetting Crisis Continues https://t.co/ryCGR467Jn&quot; / X
Capture URL: https://x.com/LauraLoomer/status/1951085899820695895
Capture timestamp (UTC): Tue, 06 Jan 2026 00:13:46 GMT
Page 1 of 1