IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

              Plaintiff,

v.

BILL MAHER et al

              Defendants.

Case No: 5:24-cv-00625-JSM-PRL

## MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*

Larry Klayman ("Mr. Klayman") that the Court grant a fourteen (14) day extension of time *nunc pro tunc*, until and including February 20, 2026 to file objections to Magistrate Judge Philip R. Lammens' ("Magistrate Lammens") Order of January 15, 2026 referring Mr. Klayman to the grievance committee for the Ocala Division and to The Florida Bar.

The reason for this motion is that this deadline was inadvertently calendared incorrectly by new staff at Mr. Klayman's office, who saw the Honorable James S. Moody's ("Judge Moody") January 15, 2026 order granting the Emergency Motion to Stay as an order staying this entire issue. This was a good-faith error which was not discovered until today and no further extensions will be requested. Mr. Klayman respectfully requires this additional time to prepare and submit objections to Magistrate Lammens' order, as it is an issue of paramount importance that affects his livelihood and ability to practice law.

WHEREFORE, Mr. Klayman respectfully requests a fourteen (14) day extension of time *nunc pro tunc* to submit objections to Magistrate Lammens' Order of January 15, 2026.

1

Dated: February 6, 2026

Respectfully Submitted,

By: /s/ Larry Klayman
Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
leklayman@gmail.com

*Pro Se*