IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAURA LOOMER<br><br>                 Plaintiff,<br>v.<br><br>BILL MAHER et al<br>                 Defendants. | Case No: 5:24-cv-00625-JSM-PRL |

**CONSENT MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC***

Larry Klayman ("Mr. Klayman") that the Court grant a fourteen (14) day extension of time *nunc pro tunc*, until and including February 20, 2026 to file objections to Magistrate Judge Philip R. Lammens' ("Magistrate Lammens") Order of January 15, 2026 referring Mr. Klayman to the grievance committee for the Ocala Division and to The Florida Bar.

The reason for this motion is that this deadline was inadvertently calendared incorrectly by new staff at Mr. Klayman's office, who saw the Honorable James S. Moody's ("Judge Moody") January 15, 2026 order granting the Emergency Motion to Stay as an order staying this entire issue. This was a good-faith error which was not discovered until today and no further extensions will be requested. Mr. Klayman respectfully requires this additional time to prepare and submit objections to Magistrate Lammens' order, as it is an issue of paramount importance that affects his livelihood and ability to practice law.

Counsel for Defendants consent to this motion.

2

WHEREFORE, Mr. Klayman respectfully requests a fourteen (14) day extension of time *nunc pro tunc* to submit objections to Magistrate Lammens' Order of January 15, 2026.

Dated:        February 9, 2026				Respectfully Submitted,

						By:/s/ Larry Klayman_____
						Larry Klayman
						7050 W. Palmetto Park Rd
						Boca Raton, FL, 33433
						leklayman@gmail.com

						*Pro Se*