## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

                Plaintiff,

     v.

BILL MAHER et al                        **Case No: 5:24-cv-00625-JSM-PRL**

                Defendants.

## CONSENT MOTION FOR EXTENSION OF TIME

Larry Klayman ("Mr. Klayman") respectfully requests that the Court grant a five (5) day extension of time, until and including February 25, 2026 to file objections to Magistrate Judge Philip R. Lammens' ("Magistrate Lammens") Order of January 15, 2026 referring Mr. Klayman to the grievance committee for the Ocala Division and to The Florida Bar.[1]

The reason for this motion is that Mr. Klayman is currently very ill with pneumonia. Mr. Klayman is attaching a note from Doctor Robert Huizenga in this regard, which diagnoses his condition:

> Mr. Larry Klayman has been a patient of mine for the last 10 years. He currently has a chronic cough, general weakness, and lightheadedness with an infiltrate on his CXR consistent with pneumonia. The cough worsens after several minutes of talking, which results in significant chest congestion, weakness, lightheadedness and incessant coughing, such that he has great difficulty speaking. This likely occurred by his frequent travel. Mr. Klayman has been placed on strong antibiotics, anti-tussive and fluids. His full recovery is expected to take at least another 10-14 days.

---

[1] This Motion is being filed through counsel for Plaintiff's ECF account due to the Mr. Klayman's ECF account having been deactivated due to his suspension from this Court on February 13, 2026.

Please excuse him from any court appearances during his treatment and recovery period. <u>Exhibit 1.</u>

This brief additional extension is therefore respectfully necessary while Mr. Klayman recovers, as he is having extreme difficulty doing any type of work due to his illness. No further extensions will be requested. Defendants consent to a 5-day extension of time for Mr. Klayman to object to Magistrate Judge Lammens' order referring him for sanctions.

WHEREFORE, Mr. Klayman respectfully requests a five (5) day extension of time to submit objections to Magistrate Lammens' Order of January 15, 2026.

Dated:          February 19, 2026          Respectfully Submitted,

By:<u>/s/ Larry Klayman          </u>
Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
leklayman@gmail.com

*Pro Se*

2