**Dr. Robert Huizenga MD**
<u>**A Medical Corporation**</u>
**415 N Crescent Dr. Suite #200**
**Beverly Hills, CA 90210**
**Phone (310) 657-9191 Fax (310) 657-9088**

Name: Klayman, Larry (DOB: 07/20/1951)

Date: 2/12/2026

To Whom it May Concern,

Mr. Larry Klayman has been a patient of mine for the last 10 years. He currently has a chronic cough, general weakness, and lightheadedness with an infiltrate on his CXR consistent with pneumonia. The cough worsens after several minutes of talking, which results in significant chest congestion, weakness, lightheadedness and incessant coughing, such that he has great difficulty speaking. This likely occurred by his frequent travel. Mr. Klayman has been placed on strong antibiotics, anti-tussive and fluids. His full recovery is expected to take at least another 10-14 days.

Please excuse him from any court appearances during his treatment and recovery period.

Sincerely,

*[signature]*

Robert Huizenga M.D Diplomate, American Board of Internal Medicine Associate Clinical Professor of Medicine, UCLA

Klayman, Larry
(DOB: 07/20/1951)
