## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**LAURA LOOMER,**

    **Plaintiff,**

**v.**                                                         **Case No: 5:24-cv-625-JSM-PRL**

**BILL MAHER, et al.,**

    **Defendants.**

## ORDER

On February 13, 2026, United States Magistrate Judge James R. Klindt entered an order suspending Mr. Klayman from the Bar of the United States's District Court for the Middle District of Florida and directing Mr. Klayman to file a notice of his suspension in each of his pending cases within ten days. *See* Case 3:25-mc-20-JRK, (Doc. 4). On or before **March 3, 2026**, Mr. Klayman shall show cause why he has not filed the required notice in this case.

DONE and ORDERED in Ocala, Florida on February 24, 2026.

                                            PHILIP R. LAMMENS
                                            United States Magistrate Judge

Copies furnished to:
Counsel of Record