

# From Lawfare to Barfare: Another Way To Target Trump Allies

**By Benjamin Weingarten, RealClearInvestigations**
**September 30, 2025**

Fulton County Sheriff's Office

*Jeffrey Clark's 2023 arraignment photo on charges related to the 2020 election.*

When Jeffrey Clark was tapped to lead the second Trump administration's chief regulatory review office, it marked an astonishing redemption.

For years, congressional investigators and prosecutors had pursued the former Department of Justice official primarily over an unsent letter he drafted, in support of President Trump's 2020 election challenge, calling for Georgia to consider launching a last-minute legislative session to review its results.

Trump's return to power has not ended Clark's troubles: Washington, D.C.'s legal disciplinary authority has recommended he be disbarred over his conduct from five years ago. Lawyers for Clark claim that the effort seeks to punish "thought crime" regarding their client's belief in potential irregularities in an election that authorities declared devoid of widespread fraud.

Even as President Trump's critics now claim he is engaging in retribution against a wide range of past assailants, including former FBI Director James Comey, his supporters say Clark's case reveals there is an ongoing, politically motivated push to punish MAGA advocates. In their telling, the president's adversaries who weaponized the justice system through "lawfare" have opened another front in their war through "barfare."

### The Rise of Barfare

Since 2020, Democratic officials and progressive groups established specifically to target conservatives have lodged bar complaints against dozens of Trump-allied attorneys such as Clark. While supporters of these efforts say they are trying to hold officeholders and advocates accountable for actions that betrayed the canons of ethical legal practice, conservative opponents say the push to punish their political foes via

the canons of ethical legal practice, conservative groups say the push to punish their political foes via bar complaints, often brought in politically partisan jurisdictions, threatens not only the ability of presidents to receive counsel but the American legal system itself.

"The most politicized situations are the ones where the bar should be the most reticent," to consider punishing attorneys over their work, James Burnham, former DOGE general counsel, said during a recent panel discussion on alleged bar weaponization hosted by the right-leaning Federalist Society. "That's when lawyers are supposed to be the most creative and the most aggressive. But it's not the kind of situation where we want lawyers to be afraid to even engage in advocacy in the first place."

The Clark complaint concerned his activities in the final weeks of the first Trump administration, while he served in part as acting assistant attorney general for the Justice Department's Civil Division. Clark, an environmental and regulatory lawyer by background, believed that there was potentially election-altering fraud or irregularities in Georgia and other states, requiring resolution before the fast-approaching January 6, 2021, election certification date.



In response, he wrote a draft letter dated Dec. 28 and addressed to Georgia leaders recommending that the state legislature convene a special session to further probe potential irregularities and take remedial steps as necessary if they impacted the election outcome.

The Trump DOJ officials responsible for probing the 2020 election, Jeffrey Rosen (center) and Richard Donoghue (right), rejected Clark's analysis.
AP

Clark circulated the letter to acting Attorney General Jeffrey Rosen and Deputy Attorney General Richard Donoghue, who were responsible for probing 2020 election issues. Rosen and Donoghue disagreed with its thrust – especially the suggestion that there was potentially election-altering fraud – and declined to sign and deliver it.

### Trump Gets Wind

As Trump's election challenge proceeded, he got wind of Clark's views. Apparently finding an ally, the president floated the idea of making Clark acting attorney general. Clark allegedly offered to decline any such appointment if Rosen would sign off on the letter, the then-Democrat-led Senate Judiciary Committee would later report – an allegation Clark would flatly deny. In opposition to a possible appointment, Clark's superiors convened a Jan. 3, 2021, meeting with President Trump and other officials, at which several said they and other colleagues would resign en masse should the president elevate him.

Ultimately, the president backed off, and Clark's letter was consigned to the ashbin of history – until one or several ex-Trump administration officials leaked word of its existence and contents to the New York Times. The Times wrote about Clark's efforts in a Jan. 22 article titled "Trump and Justice Dept. Lawyer Said to Have Plotted to Oust Acting Attorney General."

A flurry of probes pertaining to the president's election challenge would follow. Clark – a Harvard- and Georgetown-educated litigator who had spent the bulk of his career as a partner at white-shoe law firm Kirland & Ellis – would spend the next several years facing the scrutiny of congressional committees, including the Democrat-dominated January 6 Committee, and prosecution in cases brought by Fani Willis in Fulton County, Georgia, and Special Counsel Jack Smith in Washington, D.C. In June 2022, he was forced to wait outside his home in his undergarments while federal investigators searched his suburban Virginia residence, seizing electronic devices in connection with their January 6 probe.



The House panel investigating the Jan. 6 attack on the Capitol held Clark in contempt for refusing to cooperate.
**AP**

In July 2022, in response to a complaint lodged by the then-Democrat-led Senate, the D.C. Board on Professional Responsibility charged Clark with violating the D.C. Rules of Professional Conduct. It accused him of engaging "in conduct involving dishonesty" by drafting the letter the board alleged contained false statements, and for "attempt[ing] to engage in conduct that would seriously interfere with the administration of justice."

The allegations against Clark rested in part on the argument that because his superiors disagreed with his views on potential election fraud in Georgia, Clark's assertions in the letter were fraudulent.

**Unprecedented Case**

In his defense, Clark invoked a slew of privileges, and raised myriad procedural and substantive arguments – including that the local D.C. disciplinary board lacked jurisdiction over Clark's conduct as a federal lawyer providing counsel to the president; that Clark enjoyed immunity from liability while rendering advice to the president; and that the purported false statements were merely proposed Justice Department positions for consideration by superiors – positions largely consistent, as his lawyers noted, with those raised by several U.S. Supreme Court justices and nearly 20 state attorneys general.

Clark's lawyers argued during his trial that "[N]o one has ever been charged by the D.C. Bar with attempted dishonesty in a draft letter that recommended a change in policy or position where that document was not approved and never even left the office."

His lawyers made the point that sanctioning him for such conduct would lead to a limitless array of disciplinary actions against attorneys over private or internal deliberations on behalf of clients should they hold contrarian views.

Government "lawyers will be afraid to give their candid opinions for fear of losing their careers. Likewise, lawyers will not join government for the same reason," Harry MacDougald, one of Clark's lawyers, told RealClearInvestigations.

*"Government lawyers will be afraid to give their candid opinions for fear of losing their careers."*

On July 31, 2025, despite acknowledging "that there are no factually comparable prior disciplinary cases," a majority of the board recommended that Clark be disbarred. While rejecting Clark's arguments, including that he was protected as a government lawyer giving advice, the nine-member board said that the charges against him "focus on the truthfulness of the factual assertions" in the letter that he authored.

Although Clark's superiors had testified that Clark had "sincere *personal* concerns" regarding the integrity of the election, the board said, "they also agreed that the *Justice Department* had not identified potentially

outcome-determinative issues in Georgia or other states."

Therefore, his continued efforts to press officials to send the letter "constituted an attempt to make intentionally false statements about the results of the Justice Department's investigation," the board said.

The tribunal added that Clark "should be disbarred as a consequence and to send a message to the rest of the Bar and to the public that this behavior will not be tolerated."

The disbarment decision is pending before the D.C. Court of Appeals, which has final say over such decisions in the nation's capital.

## Claims of Unequal Justice

In an August 2025 filing with the appeals court obtained by RCI detailing Clark's exceptions to the board's order, his counsel contrasted the disciplinary tribunal's treatment of the Justice Department lawyer with that of FBI lawyer Kevin Clinesmith. He received just a one-year suspension for doctoring a document submitted to the FISA Court supporting the government's FISA warrant application that enabled them to surveil Trump adviser Carter Page.



"The disciplinary process in the D.C. bar is radically disparate according to the political affiliation and views of the respondent attorney," Clark's lawyers charged.

A preliminary review of public records indicates that a majority of the board that made the Clark recommendation was comprised of registered Democrats, individuals who had contributed to Democrat candidates, or public advocates of progressive causes. Only one board member was publicly identifiable as a Republican.

Clark's lawyers said the D.C. Bar was far kinder to former FBI lawyer Kevin Clinesmith, whose actions hurt a Trump ally.
**YouTube/Fox News**

The board recommendation followed a trial before a separate three-member panel, at least two of whom were registered Democrats and had contributed financially to Democratic Party candidates, public records show.

The Office of Disciplinary Counsel, which handed down the original charges against Clark and effectively prosecutes such cases, is also headed by an attorney, Hamilton P. Fox III, who, according to public records, is a Democrat.

"D.C. voted Democrat more than 90% against Trump all three times he was on the ballot – the most lopsided margin in the country to have its own Bar," MacDougald noted on X in a <span style="color:red">response</span> to the disciplinary authority's decision.

Many prominent Republicans also took issue with the actions of Trump and his confidantes in challenging the 2020 election. This includes the sole publicly identifiable Republican board member, Margaret M. Cassidy, a member of the Republican National Lawyers Association who concurred in the recommendation that Clark be disbarred.

After the panel handed down its recommendation to disbar Clark, MacDougald told RCI, "the reason Jeff has been singled out is lawfare – straight up political persecution."

# Trump's 'weaponization' chief accuses D.C. disciplinary counsel investigating him of weaponization

nbcnews.com/politics/justice-department/trumps-weaponization-chief-accuses-dc-disciplinary-counsel-investigati-rcna206881

Ryan J. Reilly                                                                      May 14, 2025



May 14, 2025, 6:39 PM CDT

By Ryan J. Reilly

WASHINGTON — The incoming director of the Justice Department's "Weaponization Working Group" revealed Wednesday he was under investigation by D.C.'s Office of Disciplinary Counsel, accusing the official in charge of investigating bar complaints of "weaponizing" his role, according to an letter viewed by NBC News.

Outgoing Interim U.S. Attorney for the District of Columbia Ed Martin, in a going-away email to his staff, complained about the actions of Disciplinary Counsel Hamilton P. "Phil" Fox III, who serves as chief prosecutor for disciplinary matters for attorneys who are members of the D.C. Bar.

"Please know that I will continue to fight against the systemic abuse of our prosecutors by
[Public Defender Service], the Judges, and especially the DC Disciplinary
Counsel," Martin wrote in the email to staff. "It is an outrage how they treat us and I will
continue the fight against the weaponization of our law licenses against us. Please see the
attached — I am taking on Mr. Fox head on. His conduct is personally insulting and
professionally unacceptable."

Several outside organizations and members of Congress have sought investigations into
Martin over his actions while he was U.S. attorney, and Fox had previously declined to take
further steps on at least one of the requests. Most requests sent to Fox's office are turned
away, but Martin's letter indicted that at least one probe was moving forward, which has been
given a disciplinary docket number: 2025-D047.

The investigation is in a non-public stage, and will only become a matter of public record if
the office makes a decision to move forward with a disciplinary case against Martin.

Fox declined to comment. News of the investigation was first reported by Reuters.

Martin's goodbye email was accompanied by a copy of a letter to Judge Anna Blackburne-
Rigsby of the District of Columbia Court of Appeals, in which he complains that Fox sent
"signature required paid postage" to his home and office which "prompted questions from my
family and work colleagues who had to sign." Martin called it an "annoyance" and saying it
"pushed the envelope of confidentiality." He also writes that Fox sent the letter to the intake
email box for the U.S Attorney's Office's Civil Division.

"To be clear, Mr. Fox is weaponizing his role, responsibilities, and his office against me and
this office. He is using a recent bar complaint as his weapon," Martin wrote in the letter. "I
ask that you not only suspend Mr. Fox immediately to investigate his conduct, but also to
dismiss this case against me because of his prejudicial conduct."

## Recommended



**Artificial intelligenceTrump posts AI video showing him dumping on No
Kings protesters**



## Guns in AmericaSupreme Court agrees to review law that bars drug users from having firearms

The Justice Department's Weaponization Working Group, of which Martin is taking charge, was formed by Attorney General Pam Bondi in response to an executive order from President Donald Trump and is charged with looking into several issues, including the work of former Special Counsel Jack Smith and the Justice Department's handling of the Jan. 6, 2021, riot at the U.S. Capitol.

Martin's letter came the same day that former Fox News host Jeanine Pirro took over the role of interim U.S. attorney, after the Senate didn't move forward with confirming Martin to serve on a permanent basis.

In a press conference on Tuesday, Martin said that he planned to "shame" individuals he said "did some really bad things to the American people" even if the Justice Department did not pursue criminal charges.

In an interview with former Fox News host Tucker Carlson that posted on Wednesday, Martin said that he doesn't think that prosecuting individuals for criminal wrongdoing is enough, continuing to suggest that he'll use the bully pulpit of the Justice Department to communicate information about uncharged parties.

"One of the reasons I say information is so key, you can't, we can't win the Article III battle fast enough," Martin said, referring to courts. "You can't win it fast enough to get the progress we need."

"So you're in the courts fighting to get the truth out, fighting to make these things, prosecutions and all, but they take a longer time than just getting the word out, right, getting the information out," Martin said. "I feel like it's a different moment in history."

Ryan J. Reilly

Ryan J. Reilly is a justice reporter for NBC News.

Sponsored Stories

H2O Smart Home Solution

All-in-One Water Treatment Solution That Is Affordable To Everyone In Texas

hear.comWhy Americans Over 55 Are Ditching Hearing Aids for This New Device

# EXCLUSIVE: Ed Martin Teases Potential Target For His DOJ Weaponization Group's Microscope

 aol.com/exclusive-ed-martin-teases-potential-203615287.html

Katelynn Richardson                                                                                                    May 15, 2025

Katelynn Richardson

May 15, 2025



Credit: Screenshot/YouTube/FOX 5 Washington DC ©Credit: Screenshot/YouTube/FOX 5 Washington DC

Newly-appointed head of the Department of Justice (DOJ) Weaponization Working Group Ed Martin revealed Thursday that he may spend time looking into bar associations for targeting conservative attorneys.

Martin, who says he is being targeted by the D.C. Office of Disciplinary Counsel, told the Daily Caller News Foundation he wants to expose the "weaponization of the bar associations against lawyers."

"The bar associations exist with a sort of monopoly, but they also exist at the discretion of the courts," he said, noting they mostly target conservatives. "I've seen the impact on the legal system, not only advocates like myself who are targeted, but rank and file prosecutors who are abused by the system because the left wants to have sort of lawlessness."

James Phalen, executive attorney of the D.C. Board on Professional Responsibility, told the DCNF that "any matters involving allegations of disciplinary misconduct are confidential unless and until Disciplinary Council brings charges." Disciplinary counsel Hamilton Fox also

told the DCNF that investigations are confidential until formal charges are brought.

Martin revealed in a going-away email to staff that he was under an ethics investigation by
the D.C. Office of Disciplinary Counsel, Reuters reported Wednesday.

Democratic lawmakers requested an investigation into Martin in March for allegedly abusing
his position as interim U.S. Attorney for the District of Columbia, accusing him of "dismissing
charges against his own client and using the threat of prosecution to intimidate government
employees and chill the speech of private citizens." The office previously declined in
February to address a prior complaint against Martin for dismissing charges against a Jan. 6
defendant he previously represented.

"Most bar associations, state and national, are 501(c)(3) organizations," he told the DCNF,
noting that status comes with certain benefits. "If they're not living up to what they should be,
they'll have to face scrutiny. And also, part of it is just the name and shame."

There are hundreds of bar associations in the United States.

Other conservative attorneys, like John Eastman in California, have faced disciplinary
proceedings from the bar.

Martin said the D.C. Office of Disciplinary Counsel is "completely hypocritical" about how it
does its job. **(RELATED: Ed Martin Says He's Looking Into Last-Minute Sweeping
Pardons Issued By Joe Biden)**

"It's one thing for liberals, another thing for conservatives, confidentiality for themselves, and
yet, somebody like me, I had a complaint against me, they exposed my confidential, the
confidentiality of the bar complaint, and exposed it to random people in my work
environment."

The DOJ implemented a policy in April placing restrictions on its attorneys participation in
American Bar Association (ABA) events.

"The ABA is free to litigate in support of activist causes, including by inserting itself into
pending litigation as an amicus curiae," Deputy Attorney General Todd Blanche wrote in the
memo. "The Department of Justice must, consistent with the Constitution, be careful
stewards of the public fisc, represent all Americans regardless of ideology or political
preferences, and defend the policies chosen by America's democratically elected leadership-
as reflected in Congressionally enacted statutes and Presidential policy choices."

A judge blocked the DOJ's effort to cancel $3.2 million in grants to the ABA on Wednesday.

"Part of it is the monopoly that bar associations maintain over the practice of law may have
to change," Martin said.

*Editor's note: This article has been updated to include comment from another D.C. Board on Professional Responsibility official.*

All content created by the Daily Caller News Foundation, an independent and nonpartisan newswire service, is available without charge to any legitimate news publisher that can provide a large audience. All republished articles must include our logo, our reporter's byline and their DCNF affiliation. For any questions about our guidelines or partnering with us, please contact licensing@dailycallernewsfoundation.org.

# DOJ On Defense: Federal Lawyers Face Ethics Probes For 'Zealous' Advocacy

TFP **tampafp.com**/doj-on-defense-federal-lawyers-face-ethics-probes-for-zealous-advocacy

Jack Kaminsky                                                                                          October 12, 2025



U.S. Attorney General Pam Bondi

A political battle is raging in the halls of justice, not in the courtroom, but within the state bar associations. A coalition of left-wing groups and law professors is aggressively filing ethics complaints against high-ranking government lawyers, including US Attorney General Pam Bondi, alleging professional misconduct for "zealously" advocating for the interests of the United States and the president.

The controversy highlights a growing trend of "lawfare" where ethics complaints are being used as a political weapon, primarily targeting conservative attorneys serving in or defending the administration.

has been singled out is lawfare – straight up political prosecution.

With the Clark disbarment decision now in the hands of federal judges, the lawyer may have just gotten a big boost. On Sept. 25, three former attorneys general submitted an amicus brief in support of his case. William P. Barr, Jeff Sessions, and Michael Mukasey – all Republican-appointed prosecutors, but not all supportive of Clark's conduct – echoed his arguments in writing:



Former Attorney General Bill Barr wrote in support of Clark even though he did not support his arguments.
AP

"The District of Columbia Board on Professional Responsibility…has no business – indeed, no authority whatever – in policing internal deliberative discussions and documents exchanged within the federal Executive Branch for containing purportedly 'dishonest' (yet somehow also 'sincere') ideas or assertions," they said.

They added that "immunity for top advisors is necessary to ensure that the President may receive candid and necessary advice prior to acting."

"Although we are not persuaded by Mr. Clark's proposed legal strategy, and former Attorney General Barr has publicly criticized it in no uncertain terms, disbarring or otherwise disciplining Mr. Clark for those actions would set a dangerous precedent that would significantly interfere with Executive Branch functions," while sending a "biting chill throughout the federal government," they concluded.

### Not Alone in the Dock

On the same July day that the D.C. tribunal formally made its recommendation to disbar Clark, three current Justice Department officials were hit with ethics complaints lodged with the bar disciplinary authorities where they are licensed to practice.

The parallel complaints – targeting Deputy Assistant Attorney General Eric Hamilton, Special Counsel Brad Rosenberg, and Trial Attorney Liam Holland – allege they made "intentionally and materially misleading statements" in litigation over the Trump administration's attempt to curtail the work of the Consumer Financial Protection Bureau. The complaints note that presiding Judge Amy Berman Jackson of the D.C. District Court upbraided the lawyers over certain representations made to the court.

Several ex-DOJ staff members have defended their colleagues, writing that "our former colleagues took immediate steps to correct the record in response to plaintiffs' evidence," while noting that "leaving any such inquiry in the first instance to the court and the parties, who have intimate knowledge of the facts and circumstances that state bar authorities lack, would be a far better approach for determining whether sanctionable misconduct occurred."

The Justice Department did not respond to RCI's inquiries regarding the complaints against its employees.

The three complaints were filed by the Legal Accountability Center. The advocacy group's executive director, Michael J. Teter, has said its efforts are aimed at "going on offense in defense of democracy" at a time when "the rule of law is under direct assault." The organization maintains it is merely seeking to hold to account "attorneys who abuse their power and violate professional conduct rules." Its financials are unavailable. A broken web link appears to tie the nonprofit to progressive tech billionaire Pierre Omidyar's Democracy Fund.

Among the Legal Accountability Center's initiatives is The
65 Project. The so-called "dark money" outfit was
launched in the wake of the 2020 election to "shame"
lawyers who represented President Trump in some 65
lawsuits challenging the election and "make them toxic in
their communities and their firms," according to
Democrat operative David Brock, founder of the partisan
watchdog group Media Matters, who is one of the
group's advisers.



Billed as a bipartisan effort, The 65 Project is led by
staffers with ties to Democratic Party campaigns and
causes. Teter, who also serves as its managing director,
has worked for candidates including John Kerry and
counseled the liberal American Civil Liberties Union. Its
senior advisor, Melissa Moss, is a former Clinton
appointee and finance director of the Democratic
National Committee.

Advisers to The 65 Project, which has
filed many bar complaints against
Trump allies, include Democratic
operative David Brock.
AP

The 65 Project was originally run through another nonprofit, Moss' Law Works, which
achieved notoriety for hosting a stage adaptation of the Mueller Report performed by Hollywood stars.
According to archived websites, The 65 Project was sponsored by the Franklin Education Forum, a
supporter of progressive causes previously chaired by Brock, and a grant recipient of Omidyar's
Democracy Fund.

Neither Teter nor the organizations with which he is affiliated responded to RCI's inquiries in connection
with this story.

### Justice or Harassment?

More senior officials, as well, have gotten hit with bar complaints in recent months. In September, the
center filed a bar complaint against Deputy U.S. Attorney General Todd Blanche, claiming, among other
things, a conflict of interest in his interviewing of Ghislaine Maxwell. It also filed a complaint against Ed
Martin, the former U.S. attorney for D.C., asserting he had abused his position and conduct rules by
engaging in politically motivated investigations, among other matters. Martin, now a DOJ special attorney,
also faces scrutiny from the D.C. disciplinary body. During his tenure as U.S. attorney, he had requested
information of that office, citing in part the Clark case, indicating his concern that it might be biased
against conservatives.

*"Of the nearly 80 complaints filed against attorneys
who represented Trump or related causes, only three
resulted in public discipline."*

Elected Republican officials around the country, including Montana Attorney General Austin Knudsen, and Lawrence VanDyke, the former solicitor general in Montana and Nevada, and a current judge on the Ninth Circuit Court of Appeals, have also been targeted.

Judging by their disposition, most of these accusations were of dubious legal merit. A recent analysis of nearly 80 complaints filed by third-party organizations like The 65 Project against attorneys who represented Trump or related causes – many of them Republican state attorneys general – found that in only three instances did attorneys face public discipline.

The conservative group America First Legal filed a bar complaint against Teter last fall for his The 65 Project work, claiming he was abusing the bar disciplinary process in targeting attorneys associated with Trump. It is unclear whether the Utah Bar, which received the complaint, has taken any action.

### De-Weaponizing the Bar Discipline Process

Those who believe the bar is being weaponized against those who hold disfavored viewpoints – namely on the right – say corrective action is required. They assert that, beyond pursuing arguments regarding the immunity that federal lawyers ought to have from state and local authorities, there is a First Amendment right to viewpoint diversity that quasi-governmental entities, such as state bar associations, are currently violating.

Some, such as Michael Francisco, an appellate litigator who formerly clerked for Supreme Court Justice Neil Gorsuch, believe that "attorneys are not capable of regulating themselves."

America First Legal's Gene Hamilton echoed these remarks, adding during the Federalist Society panel: "I really do think that each of the state bar associations need to take a really hard look at the rules and to modify them to prevent abuses of the disciplinary process."

Clark's lawyer, MacDougald, told RCI that ultimately, lawyers advocating for Republican and Democratic causes will be losers if the weaponization of discipline doesn't end.

"Lawyers have a job to do and should be allowed to do it," he said. "State legislatures and State Bar associations must reform themselves and commit to political neutrality or they will destroy themselves and the profession."

*We're proud to make our journalism accessible to everyone, but producing high-quality investigative pieces still comes at a cost.*

*That's why we need your help. By making a contribution today, you'll be supporting RealClearInvestigations and ensuring that we can keep providing in-depth reporting that holds the powerful accountable.*

*Donate now and help us continue to publish distinctive journalism that makes a difference. Thank you for your support!*

### Support RealClearInvestigations →



Case 5:24-cv-00625-JSM-PRL    Document 190-2    Filed 02/25/26    Page 16 of 57 PageID 6804





# DC Bar Restores Convicted FBI Russiagate Forger to 'Good Standing' Amid Irregularities and Leniency

By **Paul Sperry**, **RealClearInvestigations**
December 16, 2021

DC Bar

A former senior FBI lawyer who falsified a surveillance document in the Trump-Russia investigation has been restored as a member in "good standing" by the District of Columbia Bar Association even though he has yet to finish serving out his probation as a convicted felon, according to disciplinary records obtained by RealClearInvestigations.



Kevin Clinesmith, convicted ex-FBI lawyer: Allowed to negotiate a light sentence.

**YouTube/Fox News**

The move is the latest in a series of exceptions the bar has made for Kevin Clinesmith, who pleaded guilty in August 2020 to doctoring an email used to justify a surveillance warrant targeting former Trump campaign adviser Carter Page.

Clinesmith was sentenced to 12 months probation last January. But the D.C. Bar did not seek his disbarment, as is customary after lawyers are convicted of serious crimes involving the administration of justice. In this case, it did not even initiate disciplinary proceedings against him until February of this year — five months after he pleaded guilty and four days after RealClearInvestigations first reported he had not been disciplined. After the negative publicity, the bar temporarily suspended Clinesmith pending a review and hearing. Then in September, the court that oversees the bar and imposes sanctions agreed with its recommendation to let Clinesmith off suspension with time served; the bar, in turn, restored his status to "active member" in "good standing."

Before quietly making that decision, however, records indicate the bar did not check with his probation officer to see if he had violated the terms of his sentence or if he had completed the community service requirement of volunteering 400 hours.

To fulfill the terms of his probation, Clinesmith volunteered at Street Sense Media in Washington but stopped working at the nonprofit group last summer, which has not been previously reported. "I can confirm he was a volunteer here," Street Sense editorial director Eric Falquero told RCI, without elaborating about how many hours he worked. Clinesmith had helped edit and research articles for the weekly newspaper, which coaches the homeless on how to "sleep on the streets" and calls for a "universal living wage" and prison reform.

From the records, it also appears bar officials did not consult with the FBI's Inspection Division, which has been debriefing Clinesmith to determine if he was involved in any other surveillance abuses tied to Foreign Intelligence Surveillance Act warrants, in addition to the one used against Page. Clinesmith's cooperation was one of the conditions of the plea deal he struck with Special Counsel John Durham. If he fails to fully cooperate, including turning over any relevant materials or records in his possession, he could be subject to perjury or obstruction charges.

Clinesmith — who was assigned to some of the FBI's most sensitive and high-profile investigations — may still be in Durham's sights regarding others areas of his wide-ranging probe.



The scope of his mandate as special counsel is broader than commonly understood: In addition to examining the legal justification for the FBI's "Russiagate" probe, it also includes examining the bureau's handling of the inquiry into Hillary Clinton's use of an unsecured email server, which she set up in her basement to send and receive classified information, and her destruction of more than 30,000 subpoenaed emails she generated while running the State Department. As assistant FBI general counsel in the bureau's national security branch, Clinesmith played an instrumental role in that investigation, which was widely criticized by FBI and Justice Department veterans, along with ethics watchdogs, as fraught with suspicious irregularities.

John Durham, Trump-Russia special counsel: He may still have Clinesmith in his sights.

**Department of Justice via AP**

Clinesmith also worked on former Special Counsel Robert Mueller's probe into the 2016 Trump campaign as the key attorney linking his office to the FBI. He was the only headquarters lawyer assigned to Mueller. Durham's investigators are said to be looking into the Mueller team's actions as well.

The D.C. Bar's treatment of Clinesmith, a registered Democrat who sent anti-Trump rants to FBI colleagues after the Republican was elected, has raised questions from the start. Normally the bar automatically suspends the license of members who plead guilty to a felony. But in Clinesmith's case, it delayed suspending him on even an interim basis for several months and only acted after RCI revealed the break Clinesmith was given, records confirm.



It then allowed him to negotiate his fate, which is rarely done in any misconduct investigation, let alone one involving a serious crime, according to a review of past cases. It also overlooked violations of its own rules: Clinesmith apparently broke the bar's rule requiring reporting his guilty plea "promptly" to the court — within 10 days of entering it — and failed to do so for five months, reveal transcripts of a July disciplinary hearing obtained by RCI.

"I did not see evidence that you informed the court,"


Hamilton "Phil" Fox: Disciplinary
counsel who handled Clinesmith is a
major donor to Democrats.
**Facebook/D.C. Bar**

Rebecca Smith, the chairwoman of the D.C. Bar
panel conducting the hearing, admonished Clinesmith.

"[T]hat was frankly just an error," Clinesmith's lawyer
stepped in to explain.

Smith also scolded the bar's Office of Disciplinary
Counsel for the "delay" in reporting the offense, since
it negotiated the deal with Clinesmith, pointing out:
"Disciplinary counsel did not report the plea to the court
and initiate a disciplinary proceeding." Bill Ross, the
assistant disciplinary counsel who represented the office
at the hearing, argued Clinesmith shouldn't be held responsible and blamed the oversight on the COVID
pandemic.

The Democrat-controlled panel, known as the Board on Professional Responsibility, nonetheless gave
Clinesmith a pass, rubberstamping the light sentence he negotiated with the bar's chief prosecutor,
Disciplinary Counsel Hamilton "Phil" Fox, while admitting it was "unusual." Federal Election Commission
records show Fox, a former Watergate prosecutor, is a major donor to Democrats, including former
President Obama. All three members of the board also are Democratic donors, FEC data reveal.

While the D.C. Bar delayed taking any action against Clinesmith, the Michigan Bar, where he is also
licensed, automatically suspended him the day he pleaded guilty. And on Sept. 30, records show,
the Michigan Bar's attorney discipline board suspended Clinesmith for two years, from the date of his
guilty plea through Aug. 19, 2022, and fined him $1,037.

"[T]he panel found that respondent engaged in conduct that was prejudicial to the proper administration
of justice [and] exposed the legal profession or the courts to obloquy, contempt, censure or reproach," the
board ruled against Clinesmith, adding that his misconduct "was contrary to justice, ethics, honesty or
good morals; violated the standards or rules of professional conduct adopted by the Supreme Court; and
violated a criminal law of the United States."

Normally, bars arrange what's called "reciprocal discipline" for unethical attorneys licensed in their
jurisdictions. But this was not done in the case of Clinesmith. The D.C. Bar decided to go much easier on
the former FBI attorney, further raising suspicions the anti-Trump felon was given favorable treatment.

In making the bar's case not to strip Clinesmith of his
license or effectively punish him going forward, Fox
disregarded key findings by Durham about Clinesmith's
intent to deceive the FISA court as a government
attorney who held a position of trust.

Clinesmith confessed to creating a false document by
changing the wording in a June 2017 CIA email to state
Page was "not a source" for the CIA when in fact the
agency had told Clinesmith and the FBI on multiple
occasions Page had been providing information about
Russia to it for years — a revelation that, if disclosed to
the Foreign Intelligence Surveillance Court, would have
undercut the FBI's case for electronically monitoring
Page as a supposed Russian agent and something that
Durham noted Clinesmith understood all too well.


Carter Page: FBI lawyer Clinesmith
misled the surveillance court when he
falsified a document to say Page was
"not a source" who had helped the CIA,
when in fact he was.
**FNC**

Bar records show Fox simply took Clinesmith's word that
he believed the change in wording was accurate and that
in making it, he mistakenly took a "shortcut" to save time
and had no intent to deceive the court or the case agents
preparing the application for the warrant.

Case 5:24-cv-00625-JSM-PRL Document 190-2 Filed 02/25/26 Page 20 of 57 PageID 6808

Durham demonstrated that Clinesmith certainly did intend to mislead the FISA court. "By his own words, it appears that the defendant falsified the email in order to conceal [Page's] former status as a source and to avoid making an embarrassing disclosure to the FISC," the special prosecutor asserted in his 20-page memo to the sentencing judge, in which he urged a prison term of up to six months for Clinesmith. "Such a disclosure would have drawn a strong and hostile response from the FISC for not disclosing it sooner [in earlier warrant applications]."

As proof of Clinesmith's intent to deceive, Durham cited an internal message Clinesmith sent the FBI agent preparing the application, who relied on Clinesmith to tell him what the CIA said about Page. "At least we don't have to have a terrible footnote" explaining that Page was a source for the CIA in the application, Clinesmith wrote.

The FBI lawyer also removed the initial email he sent to the CIA inquiring about Page's status as a source before forwarding the CIA email to another FBI agent, blinding him to the context of the exchange about Page.

Durham also noted that Clinesmith repeatedly changed his story after the Justice Department's watchdog first confronted him with the altered email during an internal 2019 investigation. What's more, he falsely claimed his CIA contact told him in phone calls that Page was not a source, conversations the contact swore never happened.

Fox also maintained that Clinesmith had no personal motive in forging the document. But Durham cited virulently anti-Trump political messages Clinesmith sent to other FBI employees after Trump won in 2016 – including a battle cry to "fight" Trump and his policies – and argued that his clear political bias may have led to his criminal misconduct.

"It is plausible that his strong political views and/or personal dislike of [Trump] made him more willing to engage in the fraudulent and unethical conduct to which he has pled guilty," Durham told U.S. District Judge Jeb Boasberg.



James E. "Jeb" Boasberg: Obama appointee spared Clinesmith jail time.

Boasberg, a Democrat appointed by President Obama, spared Clinesmith jail time and let him serve out his probation from home. Fox and the D.C. Bar sided with Boasberg, who accepted Clinesmith's claim he did not intentionally deceive the FISA court, which Boasberg happens to preside over, and even offered an excuse for his criminal conduct.

"My view of the evidence is that Mr. Clinesmith likely believed that what he said about Mr. Page was true," Boasberg said. "By altering the email, he was saving himself some work and taking an inappropriate shortcut."

Fox echoed the judge's reasoning in essentially letting Clinesmith off the hook. (The deal they struck, which the U.S. District Court of Appeals that oversees the bar approved in September, called for a one-year suspension, but the suspension began retroactively in August 2020, which made it meaningless.) Boasberg opined that Clinesmith had "already suffered" punishment by losing his FBI job and $150,000 salary.

But, Boasberg assumed, wrongly as it turned out, that Clinesmith also faced possible disbarment. "And who knows where his earnings go now," the judge

DC Bar Lets Convicted FBI Russiagate Lawyer Back in Good Standing, Would Legalities and Agency's Roll Gum Suspicions

DC District Court

sympathized. "He may be disbarred or suspended from the practice of law."

Anticipating such a punishment, Boasberg waived a recommended fine of up to $10,000, arguing that Clinesmith couldn't afford it. He also waived the regular drug testing usually required during probation, while returning Clinesmith's passport. And he gave his blessing to Clinesmith's request to serve out his probation as a volunteer journalist, before wishing him well: "Mr. Clinesmith, best of luck to you."

Fox did not respond to requests for comment. But he argued in a petition to the board that his deal with Clinesmith was "not unduly lenient," because it was comparable to sanctions imposed in similar cases. However, none of the cases he cited involved the FBI, Justice Department or FISA court. One case involved a lawyer who made false statements to obtain construction permits, while another made false statements to help a client become a naturalized citizen – a far cry from falsifying evidence to spy on an American citizen.

Durham noted that in providing the legal support for a warrant application to the secret FISA court, Clinesmith had "a heightened duty of candor," since FISA targets do not have legal representation before the court.

He argued Clinesmith's offense was "a very serious crime with significant repercussions" and suggested it made him unfit to practice law.

"An attorney – particularly an attorney in the FBI's Office of General Counsel – is the last person that FBI agents or this court should expect to create a false document," Durham said.

The warrant Clinesmith helped obtain has since been deemed invalid and the surveillance of Page illegal. Never charged with a crime, Page is now suing the FBI and Justice Department for $75 million for violating his constitutional rights against improper searches and seizures.



Michael Sussmann, ex-Hillary Clinton lawyer: Not facing bar discipline, despite being charged with a crime.
perkinscoie.com



Rudolph Giuliani, Trump lawyer: Facing bar discipline, even though he's not charged with a crime.
PBS

Explaining the D.C. Bar's disciplinary process in a 2019 interview with Washington Lawyer magazine, Fox said that "the lawyer has the burden of proving they are fit to



to lose a lawyer has the burden of proving they are fit to practice again. Have they accepted responsibility for their conduct?" His office's website said a core function is to "deter attorneys from engaging in misconduct."

In the same interview, Fox maintained that he tries to insulate his investigative decisions from political bias. "I try to make sure our office is not used as a political tool," he said. "We don't want to be a political tool for the Democrats or Republicans."

Bar records from the Clinesmith case show Fox suggested the now-discredited Trump-Russia "collusion" investigation was "a legitimate and highly important investigation."

One longstanding member of the D.C. Bar with direct knowledge of Clinesmith's case before the bar suspects its predominantly Democratic board went soft on him due to partisan politics. "The District of Columbia is a very liberal bar," he said. "Basically, they went light on the him because he's also a Democrat who hated Trump."

Meanwhile, the D.C. Bar has not initiated disciplinary proceedings against Michael Sussmann, another Washington attorney charged by Durham. Records show Sussmann remains an "active member" of the bar in "good standing," which also has not been previously reported. The former Hillary Clinton campaign lawyer, who recently resigned from Washington-based Perkins Coie LLP, is accused of lying to federal investigators about his client while passing off a report falsely linking Trump to the Kremlin.

While Sussmann has pleaded not guilty and has yet to face trial, criminal grand jury indictments usually prompt disciplinary proceedings and interim suspensions.

Paul Kamenar of the National Legal and Policy Center, a government ethics watchdog, has called for the disbarment of both Clinesmith and Sussmann. He noted that the D.C. Court of Appeals must automatically disbar an attorney who commits a crime of moral turpitude, which includes crimes involving the "administration of justice."

"Clinesmith pled guilty to a felony. The only appropriate sanction for committing a serious felony that also interfered with the proper administration of justice and constituted misrepresentation, fraud and moral turpitude, is disbarment," he said. "Anything less would minimize the seriousness of the misconduct" and fail to deter other offenders.

Disciplinary Counsel Fox appears to go tougher on Republican bar members. For example, he recently opened a formal investigation of former Trump attorney Rudy Giuliani, who records show Fox put under "temporary disciplinary suspension" pending the outcome of the ethics probe, which is separate from the one being conducted by the New York bar. In July, the New York Bar also suspended the former GOP mayor on an interim basis.

Giuliani has not been convicted of a crime or even charged with one.

*This and all other original articles created by RealClearInvestigations may be republished for free with attribution. (These terms do not apply to outside articles linked on the site.)*

*We provide our stories for free but they are expensive to produce. Help us continue to publish distinctive journalism by making a contribution today to RealClearInvestigations.*

**Support RealClearInvestigations →**    

## The Bondi Complaint: 'Override Ethical Obligations'

According to the complaint, shortly after taking office, Bondi reportedly instructed Department of Justice (DOJ) attorneys to "zealously" advocate for the United States and the president. This directive prompted a complaint filed by a coalition of left-wing groups and law professors, urging the Florida bar to investigate her for misconduct.

The complaint accuses Bondi of a "concerted effort to override ethical obligations," citing internal incidents such as the firing of a lawyer and dismissing a high-profile prosecution.

***READ: Florida Rep. Byron Donalds Slams Obamacare Costs: "It's Never Been Affordable"***

The Florida bar, however, had previously declined two prior complaints against Bondi, stating it "does not investigate or prosecute sitting officers appointed under the U.S. Constitution while they are in office." This policy, the complainants argue, leaves federal officers immune from bar authority.

## A Broader Strategy of 'Lawfare'

The case against Bondi is just one of at least a dozen ethics complaints leveled against lawyers in high positions—including Deputy United States Attorney General Todd Blanche and DOJ attorneys defending the administration in litigation.

The Legal Accountability Center (LAC), led by Michael Teter, is at the forefront of this effort.

Teter also led The 65 Project, which filed complaints against numerous attorneys associated with President Donald Trump after the 2020 election, including John Eastman and Cleta Mitchell. Eastman faces a recommendation to lose his license in California, while former DOJ official Jeff Clark faces an ongoing threat to his law license following the D.C. Bar's finding that he attempted to give "dishonest" legal advice related to the 2020 election.

***READ: ICE Targets Illegal Immigrant Teens Arrested In Reckless Virginia I-295 Shooting Spree***

## Backlash and Defense

Conservative lawyers are pushing back. America First Legal (AFL) filed a bar complaint against Michael Teter for allegedly abusing the process "to punish lawyers associated" with Trump.

AFL Executive Director Gene Hamilton condemned the tactic, stating that "Seeking the personal destruction and financial ruin of another lawyer—simply because of the client he represented or the cause he took up—runs counter to…the way we conduct ourselves in a free society."

Former U.S. Attorneys General William Barr, Jeff Sessions, and Michael Mukasey also weighed in, filing a brief supporting Jeff Clark.

They argue that disciplining federal attorneys for internal debates over policy and law enforcement functions would interfere with the Executive Branch's core constitutional ability to carry out its duties. They warned that such "acts of political retribution" would "severely discourage lawyers from serving in the federal government."

Meanwhile, a DOJ spokesperson defended the department's attorneys, saying they "are going into court and vigorously defending the Executive Branch with integrity" and that "Any assertion that our attorneys have engaged in professional misconduct is baseless and unfounded."

## Calls for a Jurisdictional Shift

With standards varying by jurisdiction and Congress limited by state-level law practice regulation, Fragoso suggests that the solution may lie in a strategic shift: "The solution might be for conservative lawyers to get admitted in a state like Texas or Florida and for their supreme courts to make it clear that lawfare bar discipline from liberal jurisdictions won't bear on fitness to practice."

The increasing use of ethics complaints as a political tool signals a widening, and potentially disruptive, politicization of the legal profession's regulatory bodies.

**Please make a small [donation to the Tampa Free Press to help sustain independent journalism](#). Your contribution enables us to continue delivering high-quality, local, and national news coverage.**

**Sign up:** Subscribe to our free [newsletter](#) for a curated selection of top stories delivered straight to your inbox.

Login To Facebook To Comment

# 'Free speech' advocate works to silence Larry Klayman

**Exclusive: Jack Cashill exposes radical ideology of lawyer pushing punishment**

 **By** _Jack Cashill_

**Published January 1, 2020 at 5:38pm**

In July of 2019, a hearing committee of the District of Columbia Bar Board of Professional Responsibility made a recommendation that Judicial Watch founder Larry Klayman be suspended, a recommendation now under appeal, from the practice of law in the district for 33 months.

The three-person committee strangely and inexplicably included only two attorneys, both of whom are of the left, and one of whom, Michael Tigar, is proudly far left.

How far left? Consider the following review on the jacket of Tigar's most recent book: "'An incisive, unsparing, creative, brilliant critique of capitalist law and its dire human consequences.' – BERNARDINE DOHRN, co-editor with Bill Ayers, Race Discourse: Against White Supremacy."

In the book, "Mythologies of State and Monopoly Power," Tigar emphasizes the Marxist notion that "the law is not what is says but what it does." Not liking the "dire human consequences" of the law as it exists, Tigar is not above twisting the law to his own ends.

Klayman suspects that Tigar, something of a superstar in Marxist circles, was recruited by the committee chairman, Anthony Fitch to sit on the committee with him. The two appeared chummy throughout the proceeding, and Fitch seemed downright deferential.

Throughout the proceeding, Tigar could barely conceal his disdain for the conservative, pro-capitalist, pro-Israel, pro-Trump activist Klayman.

In testifying as to why he founded Judicial Watch, Klayman explained his objections to the fact that federal judges were often chosen on the basis of political contributions by their law firms, labor unions or corporations.

As a result, said Klayman, "the best and the brightest" do not always make their way onto the bench. At this, Tigar grew visibly angry and shot back that his son, Jon Tigar, also a graduate of Berkeley Law School, was a federal judge.

President Barack Obama had appointed young Tigar to the federal bench in San Francisco. Klayman said he did not mean to impugn Tigar's son, but Judge Tigar deserved impugning. Tigar is the same federal judge who willy-nilly enjoined President Trump's asylum policy for illegal immigrants.

In its article on Klayman's recommended suspension, the Washington Post observed, that the "conservative" Klayman "is a notably combative litigant whose no-holds-barred tactics and robust use of the Freedom of Information Act have made him a dreaded – and sometimes loathed – inquisitor."

The Post also noted that Klayman writes for "WorldNetDaily, a right-wing news aggregator site." As to the left-wing politics of Fitch and Tigar, the Post predictably made no mention at all and failed to take seriously Klayman's claim that "It was a very politicized hearing committee."

The case itself has little to do with politics. It involves Klayman's pro-bono defense of a female Persian broadcaster at Voice of America. When she did not get the result she wanted, she turned on Klayman.

Both the Florida and Pennsylvania Bars dismissed identical complaints six years earlier. Following Trump's election, the head of the D.C. Bar Disciplinary Counsel resurrected the complaint six years after the woman had abandoned it.

Klayman believes that it was his high-profile legal advocacy on Trump's behalf that awakened legal radicals to the political potential of what is now a 10-year-old case.

"For Tigar, I am a conservative scalp," says Klayman, who is still able to practice law in D.C. during the appeal, "and one that he obviously harbors an animus toward, particularly given my support of Trump."

The 78-year-old Tigar has been an unapologetic disciple of the hard left from his student days. In his memoir, he boasts of his fond feelings for the brothers Castro and his attendance at the notorious Soviet-sponsored World Festival of Youth and Students in Helsinki in 1962.



Tigar's radicalism alarmed even liberal Supreme Court Chief Justice Earl Warren. According to Tigar, in 1965 Warren ordered Justice William Brennan to fire Tigar, then clerking for Brennan, and Brennan did just that.

Michael Tigar with Ramon Castro, the oldest of the Castro brothers, in 1978.

Tigar has not mellowed as he has grown older.
In fact, he has turned as the larger progressive movement has from defending free speech to suppressing it.

"Of all the remarkable developments of the past decade," argues British author Frank Furedi, "none has been more sinister than the West's gradual surrender of mankind's most important values: the twin ideals of freedom of speech and expression."

In Washington, that "surrender" has been imposed almost exclusively on the political right. Enforcing it are attorneys like Tigar and Fitch, the Democrats in Congress, federal judges of the Jon Tigar mold, and the intel agencies, all with the indispensable support of an increasingly leftist media.

The same Michael Tigar who supported the free speech movement while a law student at Berkeley in the 1960s is now working actively to silence Larry Klayman. It is hard to interpret Tigar's behavior otherwise.

# Left-Wing Groups Weaponize Bar Complaints Against Trump Admin Attorneys

IJR ijr.com/left-wing-groups-weaponize-bar-complaints-against-trump-admin-attorneys

Daily Caller News Foundation                                          October 11, 2025

Home News
by Daily Caller News Foundation
October 11, 2025 at 9:34 am
in News, Wire
250 2
0



491

SHARES
1.4k

VIEWS
Share on FacebookShare on Twitter



Shortly after taking office, Attorney General Pam Bondi told Department of Justice (DOJ) attorneys that they must "zealously" advocate for the interests of the United States and the president. A coalition of left-wing groups and law professors responded by urging the Florida bar to investigate her for misconduct.

The complaint filed against Bondi in June is one of at least a dozen ethics complaints left-wing groups have thrown at lawyers in high positions, including Deputy United States Attorney General Todd Blanche, as well as DOJ attorneys simply defending the administration in litigation.

"Part of the problem is that many government lawyers are licensed in liberal jurisdictions, with liberal bars, managed by liberal supreme courts — D.C., California, and New York, most notably," Mike Fragoso, who was chief counsel to former Senate Republican Leader Mitch McConnell, told the Daily Caller News Foundation.

Jeff Clark, a White House official who served in the DOJ during Trump's first administration, faces the ongoing threat of losing his law license after the D.C. Bar found he attempted to give "dishonest" legal advice related to the 2020 election.

Standards for evaluating complaints vary by jurisdiction, Fragoso said.

The bar complaint critiques Bondi's leadership by citing several internal incidents — such as the firing of a lawyer on the Kilmar Abrego Garcia case and dismissing the prosecution of New York Mayor Eric Adams — to allege she has "launched a concerted effort to override ethical obligations." The coalition of left-wing groups and law professors filed it despite the state bar declining two prior complaints others filed against Bondi because it "does not investigate or prosecute sitting officers appointed under the U.S. Constitution while they are in office."

"This policy means that the Bar will exercise no authority over the behavior of lawyers licensed in Florida who happen to be appointed as an officer of the United States," their complaint states.

A few groups are responsible for the bulk of recent complaints, with The Legal Accountability Center (LAC) leading the charge. LAC hit three DOJ attorneys in August with a complaint alleging they made "misleading" statements in court about the administration's effort to close the Consumer Financial Protection Bureau (CFPB).

The same organization filed a complaint against Pardon Attorney Ed Martin in February. Martin told the DCNF in May that he wanted to spend time looking into bar associations for targeting conservative attorneys, noting he hopes to expose the "weaponization of the bar associations against lawyers."

Michael Teter, who leads LAC, also led the 65 Project, a group that filed complaints against President Donald Trump's attorneys after the 2020 election, including Cleta Mitchell and John Eastman.

A California court upheld in July a recommendation for Eastman to lose his law license. While he has faced complaints in both D.C. and California, Teter's group pushed for him to be removed from the Supreme Court Bar in 2022.

The 65 Project also filed complaints against Republican State Attorneys General like Lynn Fitch of Mississippi and Steve Marshall of Alabama.

Only three of nearly 80 complaints filed by the 65 Project between 2022 and 2023 resulted in publicly disclosed disciplinary actions, according to an analysis by The Center Square. Teter told CNN in 2022 that his organization's complaints are "creating a system of deterrence."

America First Legal (AFL) hit Teter with a bar complaint in October for allegedly abusing the process "to punish lawyers associated" with Trump.

"Seeking the personal destruction and financial ruin of another lawyer–simply because of the client he represented or the cause he took up–runs counter to not only the letter and spirit of the law governing the activities of lawyers, but is completely contrary to the way we conduct ourselves in a free society," AFL Executive Director Gene Hamilton said in a statement.

NYC Bar on Comey's indictment: "Such politically motivated prosecutions strike at the very core of our democratic system."

NYC Bar on Trump's indictment: "Nothing suggests that Mr. Trump will not receive a fair trial, nor that any violations of his legal rights have thus far…
pic.twitter.com/aqNUtfeclk

> **Should bar associations investigate attorneys for their political actions during their terms?**

— Katelynn Richardson (@katesrichardson) September 30, 2025

Yet Teter's organization, which did not respond to a request for comment, isn't alone.

Campaign for Accountability (CfA), which was founded by former leaders of the left-wing Citizens for Responsibility and Ethics in Washington (CREW), is behind other complaints. CfA has received funding from the New Venture Fund and the Hopewell Fund, left-wing organizations that are part of Arabella Advisors' nonprofit network.

In June, CfA filed a complaint against Alina Habba for "her ordering the arrest of Newark Mayor Ras Baraka, subsequent prosecution of Congresswoman LaMonica McIver, and announcing a criminal investigation into New Jersey Governor Phil Murphy and Attorney General Matt Platkin."

It filed a complaint in February against Emil Bove, who served as the DOJ's third-in-command at the beginning of Trump's term and is now a Third Circuit judge, suggesting he violated ethics rules in directing the dismissal of the Adams indictment. The Attorney Grievance Committee in New York declined in May to investigate CFA's request.

Democratic California Sen. Adam Schiff in March called on the New York State Bar to investigate Emil Bove. The New York Senate Judiciary Committee also filed a complaint against Bove.

Most recently, CfA filed a complaint against Federal Communications Commission (FCC) Chair Brennan Carr, alleging he may have violated the Rules of Professional Conduct by suggesting ABC should suspend Jimmy Kimmel's show.

"Every day, the Justice Department's attorneys are going into court and vigorously defending the Executive Branch with integrity," a DOJ spokesperson told the DCNF. "Any assertion that our attorneys have engaged in professional misconduct is baseless and

unfounded."

CfA did not respond to a request for comment.

"No one should be able to just read the newspaper and file such a complaint," Clark wrote on X in response to the complaint against Carr.

"President Trump is your client in his official capacity as the head of the Executive Branch," Clark continued. "What the 'Campaign for Accountability' thinks is irrelevant. They are just outside observers."

Clark, whose entire fight to keep his law license hinges on a draft letter he wrote suggesting there had been outcome-determinative fraud in the 2020 election, recently received support in his appeal from three former attorney generals.

"Disciplining federal attorneys for internal debates over policy and law enforcement functions would interfere with the Executive Branch's core constitutional ability to carry out its duties far more concretely than mere disclosure," former U.S. Attorneys General William Barr, Jeff Sessions and Michael Mukasey wrote in a brief supporting Clark.

"Disciplining Mr. Clark would open the door to charging federal lawyers with 'dishonesty' or 'attempted dishonesty' for statements made during oral arguments, theories in briefs, legal advice provided in memoranda, or even (as here) proposals in privileged internal draft documents and discussions," they wrote. "Such acts of political retribution would severely discourage lawyers from serving in the federal government and invite extraordinary dysfunction as federal lawyers constrain the advice they provide for fear of political retaliation by the Bar."

Congress, the Executive Branch and the Supreme Court are limited in what they can do, given that the practice of law is a state matter, Fragoso said.

"Twenty years ago I think the ethics boards would have done the right thing and made it very clear they don't want their time wasted with these complaints, but the John Eastman and Jeff Clark examples make it clear that is unlikely," he said.

"The solution might be for conservative lawyers to get admitted in a state like Texas or Florida, and for their supreme courts to make it clear that lawfare bar discipline from liberal jurisdictions won't bear on fitness to practice," Fragoso continued. "It would be sort of like how companies are leaving Delaware for Texas now that the Delaware courts are getting politicized. But that would probably require red states to liberalize their admission requirements, which are often quite strict."

All content created by the Daily Caller News Foundation, an independent and nonpartisan newswire service, is available without charge to any legitimate news publisher that can provide a large audience. All republished articles must include our logo, our reporter's byline and their DCNF affiliation. For any questions about our guidelines or partnering with us, please contact licensing@dailycallernewsfoundation.org.

Tags: DCNFU.S. NewsUS
Share196Tweet123



**Do This Daily to Unclog Arteries, Improve Blood Circulation, Live Longer!**

Holistic MD Journal



**Skin Tags Were Parasites, Here's How I Removed Them!**

Holistic MD Journal



**Walgreens Hides This $1 Generic Viagra - Here's The Aisle It's Really In**

Friday Plans



**Seniors Can't Believe These Hearing Aids Are Under $99**

Oricle Hearing



**This Simple Ingredient Kills All Parasites in The Body!**

Holistic MD Journal



**Memory Loss & Dementia Starts With Bleeding Gums - Chew This to Fix It**

Health-Review24



**Kurt Russell Finally Admits What We Suspected All Along**

Buzzday



**Karine Jean Reveals Her Partner and You Will Easily Recognize**

Buzzday



**Doctor: Your Hair Might Grow Like Crazy (Try This)**

HydraLift



**This Pillow for Sleep Apnea Has Hundreds of 5-Star Reviews - Here's Why**

Health Wellness Daily



**Md: Nerve Pain (Neuropathy) After 50 Comes Down to 1 Thing**

NeuropathyGuide



**Cardiologist: How to Quickly Lose a Hanging Tummy (For Good)**

Health-Review24



## **Daily Caller News Foundation**

'.
,

Home Commentary

## BILL FLAIG And TOM CARTER: Conservatives Can't Afford To Believe Big Tech's And Big Bank's Empty Mea Culpa

by Daily Caller News Foundation
October 11, 2025 at 4:02 am
in Commentary, Op-Ed, Wire
240 12
0



491

SHARES
1.4k

VIEWS
[Share on Facebook](#)[Share on Twitter](#)



For years, conservatives warned that America's most powerful corporations were colluding with the government to muzzle free speech, cut off financial services, and marginalize half the country. We were dismissed as paranoid, told Silicon Valley's algorithms were neutral and Wall Street's policies were "standard procedure." Now, as the political winds shift, Big Tech and Big Banks are admitting, at least partially, that conservatives were right.

Conservatives should ask a simple question: are these reforms real, or just corporate window dressing designed to avoid accountability? That is the core issue, and it should frame every discussion about the supposed mea culpas we are hearing from the corporate elite.

Recent testimony to Congress confirmed what many of us experienced firsthand: under President Biden, technology giants systematically censored conservative voices, throttled their reach, and suppressed stories that challenged the administration's narrative. At the same time, major financial institutions quietly "de-banked" conservatives, closing their accounts, freezing funds, or refusing to do business with them altogether. This was ideological discrimination dressed up as "misinformation policy" or "risk management."

The evidence is clear. Platforms throttled reporting on the Hunter Biden laptop story, labeling it "Russian disinformation" in the critical days before the 2020 election. Conservative commentators, from sitting members of Congress to grassroots activists, were shadow-banned or de-platformed. Even satire, memes, or religious expression was flagged as dangerous "hate speech" if it came from the right.

Meanwhile, banks and payment processors targeted individuals and organizations tied to conservative causes. Pro-life groups had transactions blocked. Firearms businesses found their accounts abruptly closed. Commentators who opposed government COVID mandates saw their personal banking privileges revoked. The excuses "violations of terms of service" or "risk to our brand" were always vague, but the pattern was unmistakable.

This was not accidental. It was a coordinated environment where government pressure and corporate power worked hand in hand to stifle dissent. The Biden White House bragged about "flagging misinformation" to social media companies. Banks embraced ESG frameworks that penalized conservative industries.

Now, with a new political era dawning and Congress investigating, these same corporations are suddenly singing a different tune. Tech executives claim they are revising moderation policies. Bank CEOs assure lawmakers they have learned from their mistakes. But these reforms are reactive, not proactive. They did not come because corporate leaders rediscovered the First Amendment. They came because the political balance is shifting, the public is angry, and lawsuits are piling up. That is self-preservation, not conviction.

And the reforms are superficial. The content moderation teams enforcing the rules remain ideologically uniform. Banks continue to embrace ESG frameworks that punish industries tied to conservative values. Nothing fundamental has changed.

This is not the first time we have seen Big Tech attempt to rewrite history. Their so-called mea culpa began years ago with symbolic gestures, like donations to President Trump's inauguration, but that was just a hedge against political backlash. In practice, they doubled

down on building ideological infrastructures that reflect the values of liberal executives and activist employees. They have created entire departments and enforcement mechanisms to advance those values.

There is still no accountability. No top executive has been fired, demoted, or admitted wrongdoing. Many still justify their actions as "responsible corporate citizenship." These leaders are young, entrenched, and willing to play the long game, confident they can outlast the current Republican surge powered by executive orders and oversight hearings. Unless leadership changes, conservatives should expect more of the same, just wrapped in better PR.

> **Should conservatives trust Big Tech and Big Banks' recent reforms?**

The conservative movement cannot afford to accept empty promises. The cost of complacency is too high. If we let corporations write their own redemption stories without scrutiny, the cycle will repeat itself the next time Democrats control Washington.

Congress must continue aggressive oversight. Hearings, subpoenas, and legislation should shine light on how these abuses occurred and prevent them from happening again. Transparency requirements for content moderation, clear prohibitions against political discrimination in banking, and penalties for government-corporate collusion must be part of the solution.

Conservatives should also build alternatives. Independent platforms, payment processors, and news outlets prove there is demand and opportunity for companies that respect free speech. Competition is the most effective antidote to monopoly.

And cultural pressure matters. Corporations are sensitive to brand image. When Big Tech or a bank discriminates, conservatives must be relentless in exposing it and rallying others to withdraw support. Sunlight is still the best disinfectant.

This is bigger than social media posts or checking accounts. It is about whether Americans can participate in public life without fear of corporate punishment for their beliefs. If a handful of executives and bankers can decide whose voice counts and whose livelihood is secure, democracy itself is compromised.

Big Tech and Big Banks want us to believe they have turned the page. But until we see meaningful reform, genuine accountability, and an end to double standards, conservatives must remain skeptical. The same institutions that silenced us under Biden cannot be trusted to police themselves now.

The lesson is simple: freedom is not something corporations give back once they have taken it. It is something citizens must demand, defend, and never compromise on again.

*Bill Flaig and Tom Carter are the Co-Founders of The American Conservatives Values ETF (ACVF). Learn more at www.investconservative.com.*

*The views and opinions expressed in this commentary are those of the author and do not reflect the official position of the Daily Caller News Foundation.*

(*Featured Image Media Credit: Screen Capture/CSPAN*)

All content created by the Daily Caller News Foundation, an independent and nonpartisan newswire service, is available without charge to any legitimate news publisher that can provide a large audience. All republished articles must include our logo, our reporter's byline and their DCNF affiliation. For any questions about our guidelines or partnering with us, please contact licensing@dailycallernewsfoundation.org.

Tags: big-tent-ideasDCNFU.S. News
Share196Tweet123



**Skin Tags Were Parasites, Here's How I Removed Them!**

Holistic MD Journal



**Do This Daily to Unclog Arteries, Improve Blood Circulation, Live Longer!**

Holistic MD Journal



## Seniors Can't Believe These Hearing Aids Are Under $99

Oricle Hearing



## This Simple Ingredient Kills All Parasites in The Body!

Holistic MD Journal



## Walgreens Won't Like This: A Legal 87¢ Generic Viagra Trick for Everyone

Health Alliance by Friday Plan



## Kurt Russell Finally Admits What We Suspected All Along

Buzzday



## Study Shows: Dementia and Memory Loss Have Been Linked to Bleeding Gums

Health-Review24



## Thinning Hair in Old Age? Try This Home Remedy (Simple)

HydraLift



## Karine Jean Reveals Her Partner and You Will Easily Recognize

Buzzday



## Doctors Warn: Ignoring Sleep Apnea Can Be Fatal – Try This Pillow

HealthWellnessDaily



**Neuropathy is Not From Low Vitamin B (Meet The Real Enemy)**

NeuropathyGuide



**Cardiologist: How to Quickly Lose a Hanging Tummy (For Good)**

Health-Review24



**[Daily Caller News Foundation](#)**

## Hunter Biden remains in 'good standing' with DC Bar Association despite felony indictments

nypost.com/2024/01/27/news/hunter-biden-remains-in-good-standing-with-dc-bar-despite-felony-indictments

Jon Levine                                                                            January 27, 2024

### Explore More



**Hunter Biden's shrink puts Joe Biden, Barack Obama and ANTIFA on the couch!**



**Dr. Keith Ablow interprets Hunter Biden's 'Freudian desire' to leave laptops behind on 'Pod Force One'**



**Dr. Keith Ablow tells 'Pod Force One' how he became Hunter Biden's shrink — and what happened to laptop left in his office**

Hunter Biden remains in "good standing" with the District of Columbia Bar Association, despite facing multiple felony indictments.

Biden is an attorney by training if not by trade, having graduated from Yale Law School in 1996. He was admitted to the D.C. bar in 2007.

The bar's official stamp of approval comes despite Biden's seeming violation of the bar's own code of professional conduct.

"It is professional misconduct for a lawyer to commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects," the bar notes in its official rules.

More
Settings
Full Screen (F)
Play (SPACE)

Quality Auto
Connatix
V2108987923
Quality
360p
720p HD
1080p HD
Auto(360p)


00:00
04:19

360p

720p HD
1080p HD
Auto(360p)

Connatix
V2108987923
Skip
Ad

0:00

0:00

0:00

0:00





The video player is currently playing an ad.

"Many kinds of illegal conduct reflect adversely on fitness to practice law, such as offenses involving fraud and the offense of willful failure to file an income tax return," the rules note.



3

Hunter Biden has a long history of drug and alcohol abuse which
violates the DC bar's code of conduct.

The First Son is facing multiple felony counts stemming from allegations that he dodged more than $1 million in income taxes which helped finance years of "extravagant" living, according to special counsel David Weiss. He currently faces up to 17 years in prison.

A criminal conviction is not required for bar discipline. Former Trump attorney Rudy Giuliani's D.C. bar status is currently suspended as punishment for his role in trying to overturn the 2020 presidential election. He has not been convicted of a crime.

Harvard Law Professor Alan Dershowitz said Biden's various legal troubles "merits investigation" by the bar.

| Member Details | |
| --- | --- |
| Full Name | Mr. Robert H Biden |
| Business Address | |
| Business Email | |
| Business Phone | |
| DC Bar Member Status | GOOD STANDING |
| Member Type | Active |
| Admit Date | 4/9/2007 |

Return

3

Hunter Biden remains in good standing with the DC Bar Association — despite facing multiple felony indictments.



**Complete your morning routine.**

Get the Post's top stories straight to your inbox.



[3](#)

The DC Bar Association has punished attorneys in the past for violating codes of conduct even without a formal
conviction. Google

"He has admitted to conduct that would probably constitute criminal behavior, use of drugs and things of that kind, so I think the bar would
have to look into it," the longtime lawyer said. "There is a double standard. Bar discipline has been weaponized by the left against the right."

What do you think? Post a comment.

Hunter Biden's attorney, Abbe Lowell, did not respond to a request for comment from The Post.

Hunter Biden pays $331 yearly to maintain his active membership in the bar. He has never actively practiced law in D.C. but did hold a cushy
"of counsel" position at the Democratic law firm of Boies Schiller Flexner LLP while his father was vice president.

# Pam Bondi's brother defeated in D.C. bar election : NPR

**npr.org**/2025/06/09/g-s1-71568/pam-bondi-brother-race-election-dc-bar

Carrie Johnson                                                                 June 9, 2025

## Law

## Pam Bondi's brother overwhelmingly defeated in heated race to lead the D.C. Bar

June 9, 20252:21 PM ET



[Carrie Johnson](#)



Courtroom

ftwitty/Getty Images

Employment attorney Diane Seltzer has won a [closely watched contest to lead the D.C. Bar Association](#), defeating securities lawyer Brad Bondi in a race with record turnout.

Seltzer tallied more than 90 percent of the electronic vote with "no issues or irregularities" in the voting system, D.C. Bar CEO Bob Spagnoletti said in a press call Monday.

More than 38,000 people voted in the race, more than five times as many voters in a typical election, he said.

Sponsor Message



## Law

## Race to lead D.C. lawyers' association grows heated amid attacks on law firms

"Member engagement in this election was, to say the least, extraordinary," Spagnoletti said.

The race became a microcosm for the clashes and pressures on the American legal system this year, in part because [one of the two top candidates](#) is the younger brother of Attorney General Pam Bondi.

This year, the Justice Department has fired prosecutors who once investigated President Trump and the White House has targeted law firms with punitive executive orders in part because of the lawyers they hired and the clients they represent.

"WE DID IT!!!!!!" Seltzer posted on the site LinkedIn.

Seltzer made the rule of law a key [focus of her campaign](#) to lead the bar, which plays no role in attorney discipline matters.

"We're literally afraid of terrible consequences just for doing our jobs," she said at a candidate forum in May. "My priority is making sure that the rule of law is upheld, that we feel that we are safe to do our jobs and that we can go forward every day representing the clients we choose."



## Law

## Critics warn DOJ is being politicized despite vows to end its purported weaponization

## Politics

## D.C. Bar Association election gets outsized attention as lawyers face Trump attacks

Brad Bondi is a prominent lawyer who has represented billionaire Elon Musk and the Trump Media & Technology Group, among other large corporate clients.

He said he wanted to keep the bar group nonpartisan — and separate from the sound and fury of national politics.

In a statement, Bondi said he had hoped the race would focus on free training programs for lawyers and more pro bono work.

"Instead, I am disgusted by how rabid partisans lurched this election into the political gutter, turning a professional campaign into baseless attacks, identity politics, and partisan recrimination," Bondi said. "Never before has a D.C. Bar election been leveraged along partisan lines in this way, an explicit call for members to vote based not on what's best for the institution but according to their political affiliations."

Pam Bondi

## More Stories From NPR



THE THREAT TO
CIVIL LIBERTIES,
DUE PROCESS,
AND OUR
CONSTITUTIONAL
RULE OF LAW

# GET
# TRUMP

## ALAN DERSHOWITZ

**#1 *NEW YORK TIMES* BESTSELLING AUTHOR**

Political Science                    US $26.99/Can $35.99

In *Get Trump: The Threat to Civil Liberties, Due Process, and Our Constitutional Rule of Law*, Alan Dershowitz—**#1 *New York Times* bestselling author and one of America's most respected legal scholars**—analyzes the unremitting efforts by political opponents of Donald Trump to "get" him—to stop him from running in 2024—at any cost.

Alan Dershowitz has been called "one of the most prominent and consistent defenders of civil liberties in America" by *Politico* and "the nation's most peripatetic civil liberties lawyer and one of its most distinguished defenders of individual rights" by *Newsweek*.

*Get Trump* makes clear that unconstitutional efforts to stop Trump from retaking the presidency challenge the very foundations of our liberty: due process, right to counsel, and free speech. Those who justify these dangerous departures from the rule of law argue that the threat posed by a second Trump presidency is "different" and "immediate," while the departures from constitutional norms are longer term and more abstract.

Dershowitz explains that defenders of Trump's constitutional rights—even those like him who strongly oppose Trump politically—are sought to be silenced; their free speech rights attacked, their integrity questioned, and their careers threatened. Much of the media substitutes advocacy against Trump for objective reporting, while many in academia petition and propagandize against rights they previously valued—all in the interest of getting Trump.

The essence of justice is that it must be equally applicable to all, Dershowitz notes. No one

*(continued on back flap)*

*(continued from front flap)*

is above the law but digging to find crimes in order to influence an election does not constitute the equal application of the law. In order to assure equal application in comparable situations, he proposes two criteria for indicting a likely candidate of the opposing party: the Richard Nixon standard and the Hillary Clinton standard—and most recently, the Joe Biden standard.

*Get Trump* warns that regardless of whether this anti-democratic effort to stop Trump from running succeeds or fails, it is likely to create dangerous precedents that will lie around like loaded weapons ready to be deployed against other controversial candidates, officials, or citizens about whom it can be argued that the danger they pose "is different."

**ALAN DERSHOWITZ** is one of the most celebrated lawyers in the world. He was the youngest full professor in Harvard Law School history where he is now the Felix Frankfurter Professor of Law, Emeritus. The author of numerous bestselling books, from *Chutzpah* to *Guilt by Accusation* to *The Case Against Impeaching Trump* to *The Best Defense* to *Reversal of Fortune* (which was made into an Academy Award–winning film) to *Defending Israel*, Dershowitz has advised presidents and prime ministers and has represented many prominent men and women, half of them pro bono.



HOT BOOKS
an imprint of Skyhorse Publishing, Inc.
New York, New York
www.skyhorsepublishing.com

Jacket design by Brian Peterson
Printed in the United States of America

of classified information, but Trump is also being investigated for other alleged crimes related to his challenging the results of the election and the events of January 6.

In addition to targeting Donald Trump himself, the "Get Trump" campaign is also out to get his lawyers and anyone associated with him. The targeting of his lawyers is especially troubling, since it implicates the Sixth Amendment right to effective assistance of counsel. Good lawyers are understandably afraid of becoming the subjects of criminal or bar investigation if they dare to defend Trump. Even I, who has never been suspected or accused of any misconduct during my representation of Trump in the Senate, have been subject to punishment, cancellation, and a bar complaint. My family, too, has been attacked. Several first-rate lawyers have told me that they don't want to be "Dershowitzed"—that is, subjected to the kind of punishments to which I have been subjected.

Recently, the FBI has seized the telephones of some of Trump's lawyers (and others). As a result, there have been calls for these lawyers to recuse themselves because of a conflict of interest. This reminds me of what I experienced in the Soviet Union during the late 1960s and early 1970s when I represented dissidents and refuseniks. Whenever I retained a Soviet lawyer to assist me, that lawyer would be investigated and sometimes even deported. Deportation from the Soviet Union was not always a bad thing, and some Jewish lawyers volunteered to assist me precisely in order to be deported! But this is not the Soviet Union, and American lawyers do not want to be investigated or prosecuted.

We experienced a similar reaction during McCarthyism, when American lawyers were punished for representing

Case 5:24-cv-00625-JSM-PRL    Document 190-2    Filed 02/25/26    Page 56 of 57 PageID
6844

accused communists and fellow travelers. Many good law-
yers, law firms, and legal organizations refused to represent
the victims of McCarthyism because they didn't want to be
investigated or tainted with the accusation that they must be
communists, fellow travelers, or sympathizers if they are will-
ing to defend them. When I was in college, I was a fervent
anti-communist, but I defended the rights of accused com-
munists to teach and speak. This led the right-wing president
of the college to refuse to recommend me for a Rhodes and
other scholarships. Today, I am opposed to many of Trump's
policies, but I defend his constitutional rights, so I too am
accused by leftists of being a Trump supporter and enabler.
Even one of my oldest childhood friends wrote me that, "It's
pretty obvious that your pro-Trump bias is influencing your
viewpoints, just wish I could figure out why?" It apparently
never occurred to him that my viewpoints have always been
influenced by civil liberties for all!

Lawyers must be encouraged to represent people with
whom they disagree politically and ideologically, lest only
sympathizers will represent controversial defendants. Today,
lawyers are discouraged and worse from defending those with
whom they disagree. This has been especially problematic
when it comes to representing Trump and/or his associates.
What is true of Trump today may be true in the future of
controversial Democrats. Our legal system is based on prec-
edent, and there are only two alternatives: precedent will be
followed and will end up compromising the rights of future
public figures; or precedent will not be followed and will turn
the law into an ad hoc weapon that can selectively target
political opponents. Justice Robert Jackson once criticized
a Supreme Court decision for being ad hoc and not creating

Case 5:24-cv-00625-JGM-PRL   Document 190-2   Filed 02/25/xx   Page 57 of 57 PageID

a precedent, analogizing it to a limited train ticket: for this day and time only. The High Court in *Bush v. Gore* opened itself to similar criticism when the majority went out of its way to say that "our consideration is limited" to the "present circumstances."

Neither alternative is acceptable in a democracy governed by the rule of law.

In at least one respect, the current attacks on our fundamental rights by "Get Trump" zealots are even more dangerous than the past attacks on our fundamental rights by McCarthyites. McCarthyites were generally old men who represented America's past. McCarthyism lasted less than a decade and its effects were quickly overcome (except on those who were permanently injured). Many victims of McCarthyism were glorified when it ended. The marvelous film *The Front* captures both the evils of McCarthyism and the aftermath. The film itself was written, directed, and acted by blacklisted artists.

The lessons learned from McCarthyism have stayed with us for a considerable amount of time. Tragically, however, they have not been learned—or at least accepted—by the "Get Trump" brigade. Moreover, those who are advocating and practicing the elimination or reduction of civil liberties in their efforts to get Trump tend to be younger and more representative of the future of America. They include many teachers who are propagandizing our future leaders into a distain for inconvenient constitutional rights that are seen as hindrances to their utopian progress. They fail, or refuse, to see the dystopian future that their attitudes and actions threaten to impose on our nation. This attitude is not limited to the current "Get Trump" movement. It applies more