IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAURA LOOMER

                Plaintiff,

v.

BILL MAHER et al

                Defendants.

Case No: 5:24-cv-00625-JSM-PRL

## MOTION FOR EXTENSION OF TIME

Larry Klayman ("Mr. Klayman") respectfully requests that the Court grant a three (3) day extension of time until and including March 6, 2026 to file a response to Magistrate Judge Philip R. Lammens' ("Magistrate Lammens") Order to Show Cause of February 24, 2026.

Mr. Klayman has only mostly recovered from his recent pneumonia diagnosis, and is still feeling the effects. He regrettably has to be on an airplane today travelling for an important matter. He therefore respectfully requests this brief three-day extension to file a response to Magistrate Lammens' Order to Show Cause of February 24, 2026.

WHEREFORE, Mr. Klayman respectfully requests a three (3) day extension of time to submit a response to Magistrate Lammens' order to show cause of February 24, 2026.

Dated:     March 3, 2026                              Respectfully Submitted,

                                                                       By: /s/ Larry Klayman
                                                                       Larry Klayman
                                                                       7050 W. Palmetto Park Rd
                                                                       Boca Raton, FL, 33433
                                                                       leklayman@gmail.com

1

*Pro Se*

*Pro Se*