# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LAURA LOOMER,**

    **Plaintiff,**

**v.**                                                                 **Case No: 5:24-cv-625-JSM-PRL**

**BILL MAHER, et al.,**

    **Defendants.**

## ORDER

The Court previously ordered Mr. Klayman to show cause, on or before March 3, 2026, why he has not filed notice of his suspension in this case. (Doc. 189). Mr. Klayman now seeks a three-day extension of time to respond to the order to show cause due to sickness and travel for an important matter. (Doc. 191). Upon due consideration, Mr. Klayman's motion (Do. 191) is granted and his deadline to respond to the Court's order to show cause (Doc. 189) is extended until March 6, 2026.

DONE and ORDERED in Ocala, Florida on March 3, 2026.

*/s/ Philip R. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record