## IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

LAURA LOOMER

Plaintiff,

v.

BILL MAHER et al

Defendants.

**Case No: 5:24-cv-00625-JSM-PRL**

### NOTICE OF APPEAL

Plaintiff Laura Loomer ("Ms. Loomer") hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit the April 22, 2026 order of the Honorable James S. Moody granting Defendants' Motion to Summary Judgment, Exhibit 1, and all other orders adverse to Plaintiff Ms. Loomer in this matter.

Dated:        May 21, 2026          Respectfully Submitted,

By:/s/ Frederick Sujat_____
Frederick Sujat, Esq.
Fla. Bar # 27081
5675 Brookfield Cir E
Fort Lauderdale, FL, 33312
fsujat@yahoo.com
Tel: 954-815-5221

*Counsel for Plaintiff*

1