In the

# United States Court of Appeals

For the Eleventh Circuit

No. 26-11795

LAURA LOOMER,
individually,

*Plaintiff-Appellant,*

*versus*

BILL MAHER,
HOME BOX OFFICE, INC.,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:24-cv-00625-JSM-PRL

ORDER:

Attorney Frederick Sujat's motion to withdraw as counsel for Appellant Laura Loomer is GRANTED.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 05, 2026

Frederick Sujat
Law Office of Frederick Sujat
5675 BROOKFIELD CIR E
FORT LAUDERDALE, FL 33312

Appeal Number: 26-11795-EE
Case Style: Laura Loomer v. Bill Maher, et al
District Court Docket No: 5:24-cv-00625-JSM-PRL

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action